IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KÉTO NORD HODGES, *et al.*,

   *Plaintiffs*,

v.

KATHLEEN PASSIDOMO, in her official capacity as President of the Florida Senate, *et al.*,

   *Defendants*.

_____/

Case No. 8:24-cv-879

## **PLAINTIFFS' DISCLOSURE STATEMENT**

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

    ☒ No.
    ☐ Yes, and
        ☐ These parent corporations and publicly held corporations own 10% or more of the filer's shares: [].
        ☐ The filer has no parent corporation.
        ☐ No publicly held corporation owns 10% or more of the filer's shares.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

    ☒ No.
    ☐ Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer: [].

    a. Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

        ☐ No.

1

    ☐ Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

 b. Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

    ☐ No.
    ☐ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

 c. Is the filer an insurer?

    ☐ No.
    ☐ Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

 d. Is the filer a legal representative?

    ☐ No.
    ☐ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

 e. Has the filer identified any corporation?

    ☐ No.
    ☐ Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

 f. Has the filer identified any natural person?

    ☐ No.

    ☐ Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3. Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company,

subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

- ☐ No.
- ☒ Yes. These additional persons and entities have or might have an interest in the outcome of the action:

    - Plaintiffs:
        - Kéto Nord Hodges
        - Meiko Seymour
        - Jarvis El-Amin
        - Jennifer Garcia
        - Jacqueline Azis
    - Defendants:
        - Kathleen Passidomo
        - Cord Byrd
    - Lawyers:
        - Nicholas L.V. Warren
        - Daniel B. Tilley
        - Caroline A. McNamara
        - Deborah N. Archer
        - David Chen
        - James Michael Shaw, Jr.
        - Naomi Robertson
    - Law firms:
        - ACLU Foundation of Florida, Inc.
        - Butler Weihmuller Katz Craig LLP
        - Civil Rights & Racial Justice Clinic at NYU School of Law
        - Washington Square Legal Services, Inc.
    - Other entities:
        - American Civil Liberties Union of Florida, Inc.
        - American Civil Liberties Union
        - New York University
        - Florida Department of State
        - Florida Senate

4. Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

    ☒ No.

☐    Yes, and this is the entity: [].

5. Is this a bankruptcy action?

    ☒    No.
    ☐    Yes, and the debtor is [].
    ☐    Yes, and the members of the creditors' committee are [].

6. Is this a criminal case?

    ☒    No.
    ☐    Yes, and these persons are arguably eligible for restitution: [].

7. Is there an additional entity likely to actively participate in this action?

    ☒    No.
    ☐    Yes, and this is the entity: [].

8. Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

    ☒    Yes.

Respectfully submitted this 10th day of April, 2024,

/s/ Nicholas L.V. Warren

Nicholas L.V. Warren (FBN 1019018)
**ACLU Foundation of Florida**
1809 Art Museum Drive, Suite 203
Jacksonville, FL 32207
(786) 363-1769
nwarren@aclufl.org

Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400

Deborah N. Archer*
David Chen*
**Civil Rights & Racial Justice Clinic**
**Washington Square Legal Services, Inc.**
245 Sullivan Street
New York, NY 10012
(212) 998-6473
deborah.archer@nyu.edu
davidchen@nyu.edu

James Michael Shaw, Jr. (FBN 677851)

4

Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org
cmcnamara@aclufl.org

Naomi Robertson (FBN 1032076)
**Butler Weihmuller Katz Craig LLP**
400 North Ashley Drive, Suite 2300
Tampa, FL 33602
(813) 281-1900
jshaw@butler.legal
nrobertson@butler.legal

*Counsel for Plaintiffs*

\* *Special admission motions forthcoming*