## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

KETO NORD HODGES, MEIKO
SEYMOUR, JARVIS K. EL-AMIN,
JENNIFER GARCIA and
JACQUELINE AZIS,

    Plaintiffs,

v.                                            Case No: 8:24-cv-879-CEH-UAM

KATHLEEN PASSIDOMO and
CORD BYRD,

    Defendants.

_____

## ORDER PURSUANT TO 28 U.S.C. § 2284

    This cause comes before the Court upon the filing of the Complaint (Doc. 1), which contains a request to convene a district court of three judges pursuant to 28 U.S.C. § 2284(a).

    Under 28 U.S.C. § 2284(a),

> A district court of three judges shall be convened when otherwise required by Act of Congress, or when an action is filed challenging the constitutionality of the apportionment of congressional districts or the apportionment of any statewide legislative body.

28 U.S.C. § 2284(a). In such an action, the judge to whom a request for three judges is presented "shall, unless he determines that three judges are not required, immediately notify the chief judge of the circuit, who shall designate two other judges[.]" *Id.* at 2284(b)(1).

A review of the Complaint demonstrates that this action challenges the constitutionality of the apportionment of a statewide legislative body. *See* Doc. 1. Specifically, Plaintiffs allege that two Florida Senate districts in the Tampa Bay area are racially gerrymandered in violation of the Fourteenth Amendment to the U.S. Constitution. *Id.* Therefore, the Court determines that three judges are required in this action. The Court has notified the Chief Judge of the United States Court of Appeals for the Eleventh Circuit.

Accordingly, it is ORDERED:

1. Pursuant to 28 U.S.C. § 2284(b)(1), the Court determines that 28 U.S.C. § 2284(a) requires a district court of three judges to be convened in this action.

**DONE** and **ORDERED** in Tampa, Florida on April 11, 2024.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties, if any