AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:24-cv-879

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Florida Senate President Kathleen Passidomo

was received by me on *(date)*    4/11/2024    .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    Carlos Rey, General Counsel    , who is

designated by law to accept service of process on behalf of *(name of organization)*

Florida Senate President Kathleen Passidomo    on *(date)* 4/12/2024    ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $   0.00   for travel and $   0.00   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  4-12-2024

_____
*Server's signature*

Abdelilah Skhir, Policy Strategist
*Printed name and title*

ACLU of Florida
336 E. College Ave. Ste. 203
Tallahassee, FL 32301
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:24-cv-879

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Secretary of State Cord Byrd

was received by me on *(date)*   4/11/2024   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   Jon F. Morris, Assistant General Counsel   , who is

designated by law to accept service of process on behalf of *(name of organization)*

Secretary of State Cord Byrd   on *(date)* 4/11/2024   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $   0.00   for travel and $   0.00   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   4-11-24

_____
*Server's signature*

Abdelilah Skhir, Policy Strategist
*Printed name and title*

ACLU of Florida
336 E. College Ave. Ste. 203
Tallahassee, FL 32301
*Server's address*

Additional information regarding attempted service, etc: