IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KÉTO NORD HODGES, MEIKO
SEYMOUR, JARVIS EL-AMIN,
JENNIFER GARCIA, and
JACQUELINE AZIS,

   *Plaintiffs*,

v.      CASE NO: 8:24-cv-879

KATHLEEN PASSIDOMO, in her official
capacity as President of the Florida Senate,
and CORD BYRD, in his official capacity
as Florida Secretary of State,

   *Defendants*.
_____/

## NOTICE OF APPEARANCE

Ashley E. Davis gives notice of her appearance on behalf of CORD BYRD, in his official capacity as Florida Secretary of State, in the above-styled action, and requests that all papers filed in this case be served upon the undersigned.

Dated: April 16th, 2024     Respectfully submitted,

    */s/ Ashley E. Davis*
    ASHLEY E. DAVIS (FBN 48032)
    *Chief Deputy General Counsel*
    ashley.davis@dos.myflorida.com
    jenna.mclanahan@dos.florida.com
    FLORIDA DEPARTMENT OF STATE
    R.A. Gray Building, Suite 100

500 South Bronough Street
Tallahassee, Florida 32399-0250
Phone: (850) 245-6536
Fax: (850) 245-6127

*Counsel for Secretary of State*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of April 2024, a true copy of this notice was filed electronically with the Clerk of Court by using CM/ECF, which shall serve a copy via e-mail to all counsel of record.

*/s/ Ashley E. Davis*
Ashley E. Davis

2