IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KÉTO NORD HODGES, MEIKO
SEYMOUR, JARVIS EL-AMIN,
JENNIFER GARCIA, and
JACQUELINE AZIS,

    *Plaintiffs*,

v.                                                                                    CASE NO: 8:24-cv-879

KATHLEEN PASSIDOMO, in her official
capacity as President of the Florida Senate,
and CORD BYRD, in his official capacity
as Florida Secretary of State,

    *Defendants*.
_____/

## NOTICE OF APPEARANCE

Ashley E. Davis gives notice of her appearance on behalf of CORD BYRD, in his official capacity as Florida Secretary of State, in the above-styled action, and requests that all papers filed in this case be served upon the undersigned.

Dated: April 17th, 2024                        Respectfully submitted,

                                                        /s/ *Ashley E. Davis*
                                                        ASHLEY E. DAVIS (FBN 48032)
                                                        *Chief Deputy General Counsel*
                                                        ashley.davis@dos.myflorida.com
                                                        jenna.mclanahan@dos.florida.com
                                                        FLORIDA DEPARTMENT OF STATE
                                                        R.A. Gray Building, Suite 100

500 South Bronough Street
Tallahassee, Florida 32399-0250
Phone: (850) 245-6536
Fax: (850) 245-6127

*Counsel for Secretary of State*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of April 2024, a true copy of this notice was filed electronically with the Clerk of Court by using CM/ECF, which shall serve a copy via e-mail to all counsel of record.

*/s/ Ashley E. Davis*
Ashley E. Davis