IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KÉTO NORD HODGES, MEIKO
SEYMOUR, JARVIS EL-AMIN,
JENNIFER GARCIA, and
JACQUELINE AZIS,

    *Plaintiffs*,

v.                                                                  CASE NO: 8:24-cv-879

KATHLEEN PASSIDOMO, in her official
capacity as President of the Florida Senate,
and CORD BYRD, in his official capacity
as Florida Secretary of State,

    *Defendants.*

_____/

## NOTICE OF APPEARANCE

Joseph Van de Bogart gives notice of his appearance on behalf of CORD BYRD, in his official capacity as Florida Secretary of State, in the above-styled action, and requests that all papers filed in this case be served upon the undersigned.

Dated: April 17th, 2024          Respectfully submitted,

                                              */s/ Joseph S. Van de Bogart*
                                              JOSEPH S. VAN DE BOGART (FBN 84764)
                                              *General Counsel*
                                              joseph.vandebogart@dos.myflorida.com
                                              jenna.mclanahan@dos.myflorida.com
                                              FLORIDA DEPARTMENT OF STATE
                                              R.A. Gray Building, Suite 100

500 South Bronough Street
Tallahassee, Florida 32399-0250
Phone: (850) 245-6519
Fax: (850) 245-6127

*Counsel for Secretary of State*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of April 2024, a true copy of this notice was filed electronically with the Clerk of Court by using CM/ECF, which shall serve a copy via e-mail to all counsel of record.

*/s/ Joseph S. Van de Bogart*
Joseph S. Van de Bogart