IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| KETO NORD HODGES, MEIKO SEYMOUR, JARVIS K. EL-AMIN, JENNIFER GARCIA and JACQUELINE AZIS,<br><br>Plaintiffs,<br><br>v.<br><br>KATHLEEN PASSIDOMO and CORD BYRD,<br><br>Defendants. | Case No. 8:24-cv-879-CEH-UAM<br><br>1. <u>Requesting Judge</u><br><br>Hon. Charlene E. Honeywell<br><br>2. <u>District Judge</u><br><br>Hon. Thomas P. Barber<br><br>3. <u>Circuit Judge</u><br><br>Hon. Andrew L. Brasher |

<u>DESIGNATION OF THREE-JUDGE COURT</u>
[28 U.S.C. § 2284]

Judge Charlene E. Honeywell has notified me that this action is one required by Act of Congress to be heard by a district court of three judges. I hereby designate District Judge Thomas P. Barber and Circuit Judge Andrew L. Brasher to serve with the requesting judge, Judge Honeywell, as members of the three-judge court to hear and decide the action.

This designation is not a prejudgment as to whether this action should be heard by a three-judge court. Federal law requires the chief circuit judge to designate a three-judge panel upon the filing of a request for such a panel. 28

U.S.C. § 2284(b)(1). "[T]he chief judge's duty is solely ministerial. . . . The three-judge court itself, of course, may subsequently determine that it should not have been constituted." *Merced Rosa v. Herrero*, 423 F.2d 591, 593 n.2 (1st Cir. 1970). The parties will have the opportunity to brief and argue all questions before the three-judge court as the court concludes is appropriate.

Dated this 11th day of April, 2024.

_____
William H. Pryor Jr.
Chief Judge, United States Court of
Appeals for the Eleventh Circuit

2