IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KÉTO NORD HODGES, MEIKO
SEYMOUR, JARVIS EL-AMIN,
JENNIFER GARCIA, and
JACQUELINE AZIS,

    *Plaintiffs*,

v.

CASE NO: 8:24-cv-879

KÁTHLEEN PASSIDOMO, in her official
capacity as President of the Florida Senate,
and CORD BYRD, in his official capacity
as Florida Secretary of State,

    *Defendants*.
_____/

## NOTICE OF APPEARANCE

Bradley R. McVay gives notice of his appearance on behalf of CORD BYRD, in his official capacity as Florida Secretary of State, in the above-styled action, and requests that all papers filed in this case be served upon the undersigned.

Dated: April 23rd, 2024

Respectfully submitted,

*/s/ Bradley R. McVay*
BRADLEY R. MCVAY (FBN 79034)
*Deputy Secretary of State*
brad.mcvay@dos.myflorida.gov
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building, Suite 100
500 South Bronough Street

Tallahassee, Florida 32399-0250
Phone: (850) 556-1731
Fax: (850) 245-6127

*Counsel for Secretary of State*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of April 2024, a true copy of this notice was filed electronically with the Clerk of Court by using CM/ECF, which shall serve a copy via e-mail to all counsel of record.

*/s/ Bradley R. McVay*
Bradley R. McVay