IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KÉTO NORD HODGES, *et al.*,

   *Plaintiffs*,

v.

KATHLEEN PASSIDOMO, in her official capacity as President of the Florida Senate, *et al.*,

   *Defendants*.

Case No. 8:24-cv-879-CEH-TPB-ALB

_____/

## **UNOPPOSED MOTION FOR SPECIAL ADMISSION**

David Chen, Esquire, moves for special admission to represent Plaintiffs in this action.

I am not a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, the United States District Court for the Southern District of New York, and the United States District Court for the District of New Jersey.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in no cases in state or federal court in Florida.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required

by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

/s/ David Chen
David Chen
**Civil Rights & Racial Justice Clinic**
**Washington Square Legal Services, Inc.**
245 Sullivan Street
New York, NY 10012
(212) 998-6473
davidchen@nyu.edu

**Local Rule 3.01(g) Certification**

I have conferred with the opposing parties and represent the opposing parties do not oppose my special admission.

Respectfully submitted this 23rd day of April, 2024,

/s/ Nicholas L.V. Warren

Nicholas L.V. Warren (FBN 1019018)     Deborah N. Archer*
**ACLU Foundation of Florida**              David Chen*

2

1809 Art Museum Drive, Suite 203  
Jacksonville, FL 32207  
(786) 363-1769  
nwarren@aclufl.org  

Daniel B. Tilley (FBN 102882)  
Caroline A. McNamara (FBN 1038312)  
**ACLU Foundation of Florida**  
4343 West Flagler Street, Suite 400  
Miami, FL 33134  
(786) 363-2714  
dtilley@aclufl.org  
cmcnamara@aclufl.org  

**Civil Rights & Racial Justice Clinic**  
**Washington Square Legal Services, Inc.**  
245 Sullivan Street  
New York, NY 10012  
(212) 998-6473  
deborah.archer@nyu.edu  
davidchen@nyu.edu  

James Michael Shaw, Jr. (FBN 677851)  
Naomi Robertson (FBN 1032076)  
**Butler Weihmuller Katz Craig LLP**  
400 North Ashley Drive, Suite 2300  
Tampa, FL 33602  
(813) 281-1900  
jshaw@butler.legal  
nrobertson@butler.legal  

*Counsel for Plaintiffs*

*\* Special admission motions pending*