IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KÉTO NORD HODGES, MEIKO SEYMOUR, JARVIS EL-ALMIN, JENNIFER GARCIA, and JACQUELINE AZIS,

    *Plaintiffs*,

v.

KATHLEEN PASSIDOMO, in her official capacity as President of the Florida Senate, and CORD BYRD, in his official capacity as Florida Secretary of State, et al.,

    *Defendants*.
_____/

Case No. 8:24-cv-879

## **NOTICE OF APPEARANCE**

Mohammad O. Jazil gives notice of his appearance as lead counsel on behalf of CORD BYRD, in his official capacity as Florida Secretary of State, in the above-styled action, and requests that all papers filed in this case be served upon him.

Dated: April 24, 2024 Respectfully submitted,

<u>/s/ Mohammad O. Jazil</u>
Mohammad O. Jazil (FBN 72556)
mjazil@holtzmanvogel.com
zbennington@holtzmanvogel.com
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St. Suite 500
Tallahassee, FL 32301
(850) 270-5938

*Counsel for the Secretary*

## CERTIFICATE OF SERVICE

I certify that on April 24, 2024, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

<u>/s/ Mohammad O. Jazil</u>
Mohammad O. Jazil