IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KÉTO NORD HODGES, MEIKO SEYMOUR, JARVIS EL-ALMIN, JENNIFER GARCIA, and JACQUELINE AZIS,

    *Plaintiffs*,

v.

KATHLEEN PASSIDOMO, in her official capacity as President of the Florida Senate, and CORD BYRD, in his official capacity as Florida Secretary of State, et al.,

    *Defendants*.
_____/

Case No. 8:24-cv-879

### NOTICE OF APPEARANCE

Michael Beato gives notice of his appearance on behalf of CORD BYRD, in his official capacity as Florida Secretary of State, in the above-styled action, and requests that all papers filed in this case be served upon him.

<table>
<tr><td>Dated: April 24, 2024</td><td>Respectfully submitted,<br><br>/s/ Michael Beato<br>Michael Beato (FBN 1017715)<br>mbeato@holtzmanvogel.com<br>zbennington@holtzmanvogel.com<br>HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC<br>119 S. Monroe St. Suite 500<br>Tallahassee, FL 32301<br>(850) 270-5938<br><br>*Counsel for the Secretary*</td></tr>
</table>

## CERTIFICATE OF SERVICE

I certify that on April 24, 2024, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Michael Beato
Michael Beato