# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

KÉTO NORD HODGES, et al.,

    *Plaintiffs*,

v.                                                 Case No: 8:24-cv-879

KATHLEEN PASSIDOMO, et al.,

    *Defendants*.

_____/

## NOTICE OF APPEARANCE

Daniel E. Nordby gives notice of his appearance as lead counsel in this action on behalf of Senate President Kathleen Passidomo, in her official capacity, and requests that all papers filed in this case be served on him.

Dated: May 3, 2024

                                                   Respectfully submitted,

                                                   */s/ Daniel Nordby*
                                                   DANIEL E. NORDBY (FBN 14588)
                                                   **SHUTTS & BOWEN LLP**
                                                   215 South Monroe Street, Suite 804
                                                   Tallahassee, Florida 32301
                                                   (850) 241-1717
                                                   *DNordby@shutts.com*

*Counsel for Kathleen Passidomo,*
*in her official capacity as President of the Florida Senate*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2024, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

*/s/ Daniel Nordby*
Attorney
