IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KÉTO NORD HODGES, et al.,

    *Plaintiffs*,

v.

Case No: 8:24-cv-879

KATHLEEN PASSIDOMO, et al.,

    *Defendants*.

_____/

## NOTICE OF JOINDER

Senate President Kathleen Passidomo, in her official capacity, joins in the Secretary's Motion to Dismiss, filed April 25, 2024, and agrees the Complaint should be dismissed because Plaintiffs have failed to state a claim upon which relief can be granted.

Dated: May 3, 2024

                         Respectfully submitted,

|  |  |
|---|---|
| | */s/ Daniel Nordby* |
| CARLOS REY (FBN 11648) | RICKY L. POLSTON (FBN 648906) |
| **FLORIDA SENATE** | DANIEL E. NORDBY (FBN 14588) |
| 404 South Monroe Street | ALYSSA L. CORY (FBN 81977) |
| Tallahassee, Florida 32399 | KASSANDRA S. REARDON (FBN 1033220) |
| (850) 487-5855 | **SHUTTS & BOWEN LLP** |
| *Rey.Carlos@flsenate.gov* | 215 South Monroe Street, Suite 804 |
| | Tallahassee, Florida 32301 |
| | (850) 241-1717 |
| | *RPolston@shutts.com* |
| | *DNordby@shutts.com* |
| | *ACory@shutts.com* |
| | *KReardon@shutts.com* |

*Counsel for Kathleen Passidomo,*
*in her official capacity as President of the Florida Senate*

## LOCAL RULE 3.01(A) CERTIFICATION

The undersigned certifies that this notice does not exceed twenty-five pages inclusive of all parts.

*/s/ Daniel Nordby*
Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2024, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

*/s/ Daniel Nordby*
Attorney
