IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KÉTO NORD HODGES, et al.,

   *Plaintiffs*,

v.                                                                                  Case No:  8:24-cv-879

KATHLEEN PASSIDOMO, et al.,

   *Defendants*.

_____/

## NOTICE OF APPEARANCE

Carlos Rey gives notice of his appearance in this action on behalf of Senate President Kathleen Passidomo, in her official capacity, and requests that all papers filed in this case be served on him.

Dated: May 3, 2024

                                        Respectfully submitted,

                                        */s/ Carlos Rey*
                                        CARLOS REY (FBN 11648)
                                        **FLORIDA SENATE**
                                        404 South Monroe Street
                                        Tallahassee, Florida 32399
                                        (850) 487-5855
                                        *Rey.Carlos@flsenate.gov*

*Counsel for Kathleen Passidomo,
in her official capacity as President of the Florida Senate*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2024, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

*/s/ Carlos Rey*
Attorney
