IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KÉTO NORD HODGES, *et al.*,

    *Plaintiffs*,

v.

KATHLEEN PASSIDOMO, in her official capacity as President of the Florida Senate, *et al.*,

    *Defendants*.
_____/

Case No. 8:24-cv-879

## JOINT NOTICE RE MEDIATOR SELECTION

On June 6, 2024, the Court ordered the Parties to "confer and agree upon a Court approved mediator" and ordered the Parties to "file written notice informing the Court of the parties' selection" by today, June 20. ECF No. 37. The Parties are unable to agree on a mediator and thus ask the Court to appoint one.

Respectfully submitted June 20, 2024,

/s/ *Nicholas L.V. Warren*

Nicholas L.V. Warren (FBN 1019018)
**ACLU Foundation of Florida**
1809 Art Museum Drive, Suite 203
Jacksonville, FL 32207
(786) 363-1769
nwarren@aclufl.org

Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134

/s/ *Daniel Nordby*

Ricky L. Polston (FBN 648906)
Daniel E. Nordby (FBN 14588)
Alyssa L. Cory (FBN 81977)
Kassandra S. Reardon (FBN 1033220)
**Shutts & Bowen LLP**
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
(850) 241-1717
RPolston@shutts.com
DNordby@shutts.com
ACory@shutts.com
KReardon@shutts.com

1

(786) 363-2714
dtilley@aclufl.org
cmcnamara@aclufl.org

Deborah N. Archer*
David Chen*
**Civil Rights & Racial Justice Clinic**
**Washington Square Legal Services, Inc.**
245 Sullivan Street
New York, NY 10012
(212) 998-6473
deborah.archer@nyu.edu
davidchen@nyu.edu

James Michael Shaw, Jr. (FBN 677851)
Naomi Robertson (FBN 1032076)
**Butler Weihmuller Katz Craig LLP**
400 North Ashley Drive, Suite 2300
Tampa, FL 33602
(813) 281-1900
jshaw@butler.legal
nrobertson@butler.legal

* *Special admission*

*Counsel for Plaintiffs*

Carlos Rey (FBN 11648)
**Florida Senate**
404 South Monroe Street
Tallahassee, Florida 32399
(850) 487-5855
Rey.Carlos@flsenate.gov

*Counsel for Defendant Senate President Kathleen Passidomo*

 /s/ Mohammad O. Jazil

Bradley R. McVay (FBN 79034)
Joseph S. Van de Bogart (FBN 84764)
Ashley Davis (FBN 48032)
**Florida Department of State**
R.A. Gray Building
500 S. Bronough St.
Tallahassee, FL 32399
(850) 245-6536
brad.mcvay@dos.myflorida.com
joseph.vandebogart@dos.myflorida.com
ashley.davis@dos.myflorida.com

Mohammad O. Jazil (FBN 72556)
Michael Beato (FBN 1017715)
**Holtzman Vogel Baran Torchinsky & Josefiak**
119 S. Monroe St. Suite 500
Tallahassee, FL 32301
(850) 270-5938
mjazil@holtzmanvogel.com
mbeato@holtzmanvogel.com
zbennington@holtzmanvogel.com

*Counsel for Defendant Secretary of State Cord Byrd*