IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KETO NORD HODGES, et al.,

   *Plaintiffs*,

v.                                          Case No. 8:24-cv-879

KATHLEEN PASSIDOMO, et al.,

   *Defendants*.

_____/

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

Defendants Senate President Passidomo and Secretary of State Byrd move this Court for an extension of time to serve their disclosures of expert reports.

The current deadline is September 2, 2024, Doc.37 at 2, and Defendants seek a one-week extension to **September 9**. The extension would afford Defendants' experts additional time to review and opine on late-disclosed data from Plaintiffs' experts, and the extension might allow both Defendants to join one another's expert reports, thus reducing the total number of experts and expert reports to which Plaintiffs must respond to.

Because Defendants seek a one-week extension, they consent to a one-week extension of Plaintiffs' disclosures of rebuttal expert reports, from a deadline of October 2, 2024 to **October 9**. Doc.37 at 2.

1

Defendants conferred with Plaintiffs before filing this motion; Plaintiffs don't oppose it.

Defendants therefore ask this Court to grant their motion for an extension of time.

Respectfully submitted,

/s/  Daniel Nordby
Ricky L. Polston (FBN 648906)
Daniel E. Nordby (FBN 14588)
Alyssa L. Cory (FBN 118150)
Kassandra S. Reardon (FBN 1033220)
SHUTTS & BOWEN LLP
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
(850) 241-1717
RPolston@shutts.com
DNordby@shutts.com
ACory@shutts.com
KReardon@shutts.com

Carlos Rey (FBN 11648)
FLORIDA SENATE
404 South Monroe Street
Tallahassee, Florida 32399
(850) 487-5855
Rey.Carlos@flsenate.gov

/s/ Mohammad O. Jazil
Mohammad O. Jazil (FBN 72556)
mjazil@holtzmanvogel.com
Michael Beato (FBN 1017715)
mbeato@holtzmanvogel.com
zbennington@holtzmanvogel.com
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St. Suite 500
Tallahassee, FL 32301
(850) 270-5938

Bradley R. McVay (FBN 79034)
brad.mcvay@dos.myflorida.com
Joseph S. Van de Bogart (FBN 84764)
joseph.vandebogart@dos.myflorida.com
Ashley Davis (FBN 48032)
ashley.davis@dos.myflorida.com
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building
500 S. Bronough St.
Tallahassee, FL 32399
(850) 245-6536

August 27, 2024

**Local Rule 3.01(g) Certification**

I certify that I conferred with Plaintiffs' counsel before filing this motion; they don't oppose this motion.

/s/ Mohammad O. Jazil
Mohammad O. Jazil

**Certificate of Service**

I certify that on August 27, 2024, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Mohammad O. Jazil
Mohammad O. Jazil
