IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KETO NORD HODGES, et al.,

   *Plaintiffs*,

v.                                Case No. 8:24-cv-879

KATHLEEN PASSIDOMO, et al.,

   *Defendants*.

_____/

**THE SECRETARY'S FIRST REQUESTS FOR ADMISSIONS TO PLAINTIFFS**

    Under Federal Rule of Civil Procedure 36, Defendant Secretary of State Cord Byrd request Plaintiffs to admit or answer the following.

**Definitions**

    1.     The "Fair Districts Amendments" refer to article III, section 21 of the Florida Constitution.

    2.     The "non-vote-dilution provision" refers to the Fair Districts Amendments' mandate that "districts shall not be drawn with the intent or result of denying or abridging the equal opportunity of racial or language minorities to participate in the political process."

    3.     The "non-diminishment provision" refers to the Fair District Amendments' mandate that "districts shall not be drawn with the intent or result" "to diminish" racial or language monitories' "ability to elect representatives of their choice."

1

4. The "2022 redistricting cycle" refers to September 2021 to April 2022.

5. "Members" and "officers" are defined to include all members, fellows, students, residents, agents, leadership, executives, managers, or any other individuals associated or affiliated with the organization.

## Requests for Admission

1. Admit that, for a legislative district to comply with the non-vote-dilution provision, race must predominate its drawing.

2. Admit that, for a legislative district to comply with the non-diminishment provision, race must predominate its drawing.

3. Admit that members or officers of the American Civil Liberties Union of Florida discussed redistricting with members of the state legislature during the 2022 redistricting cycle.

4. Admit that members or officers of the American Civil Liberties Union of Florida discussed redistricting with Matthew Isbell during the 2022 redistricting cycle.

5. Admit that members or officers of the American Civil Liberties Union of Florida encouraged Matthew Isbell to participate in the 2022 redistricting cycle.

6. Admit that members of the American Civil Liberties Union of Florida discussed the 2022 redistricting cycle with Barbara Pariente.

| | |
|---|---|
| Dated: June 21, 2024 | Respectfully submitted, |
| Bradley R. McVay (FBN 79034)<br>brad.mcvay@dos.myflorida.com<br>Joseph S. Van de Bogart (FBN 84764)<br>joseph.vandebogart@dos.myflorida.com<br>Ashley Davis (FBN 48032)<br>ashley.davis@dos.myflorida.com<br>FLORIDA DEPARTMENT OF STATE<br>R.A. Gray Building<br>500 S. Bronough St.<br>Tallahassee, FL 32399<br>(850) 245-6536 | /s/ Mohammad O. Jazil<br>Mohammad O. Jazil (FBN 72556)<br>mjazil@holtzmanvogel.com<br>Michael Beato (FBN 1017715)<br>mbeato@holtzmanvogel.com<br>zbennington@holtzmanvogel.com<br>HOLTZMAN VOGEL BARAN<br>TORCHINSKY & JOSEFIAK<br>119 S. Monroe St. Suite 500<br>Tallahassee, FL 32301<br>(850) 270-5938 |

## CERTIFICATE OF SERVICE

I certify that on June 21, 2024, I electronically served the foregoing to all counsel of record.

/s/ Mohammad O. Jazil
Mohammad O. Jazil