Gmail

**Nicholas Warren <nicholaslvwarren@gmail.com>**

## Congressional map submissions

**Nicholas Warren** <nicholaslvwarren@gmail.com>                    Tue, Nov 16, 2021 at 8:23 PM
To: bradley.jennifer.web@flsenate.gov

Senator Bradley,

I wanted to thank you for your thoughtful leadership of today's committee meeting, and draw your attention again to my plan submissions, now they've been posted:

- **C0044**: 'Snaps' the eastern CD 2 boundary to county lines, makes the 4/6 line more compact and regular in St. Johns, makes Sumter County, Groveland, and Mascotte whole.
- **C0045**: Builds on C0044, plus makes Volusia whole, following the St. Johns River.
- **C0046**: Eliminates CD 20's Boynton Beach appendage, makes 8 or 9 cities whole, while maintaining Black ability-to-elect.
- **C0047**: Utilizes the Everglades as the major boundary line in South Florida, makes CDs 19 and 25 compact, and incorporates other Tier Two improvements.

A full discussion of the goals, advantages, and tradeoffs for these can be found in the suggestion forms for each. Each of these partial plans can be plugged into the rest of the staff maps. Each district has 0 population deviation.

As I mentioned today, I'd be happy to answer questions about or otherwise discuss these suggestions.

On another subject, I've been doing some work in your neck of the woods recently – Bradford County (Starke and Lawtey). I've met some really great people over there, and I'm glad to have the opportunity to work on that project.

All the best,
Nick Warren

Nicholas Warren
(850) 509-5450
nicholaslvwarren@gmail.com

 **Gmail**

**Nicholas Warren <nicholaslvwarren@gmail.com>**

---

## Redistricting Plan Submitted

**Nicholas Warren <nicholaslvwarren@gmail.com>**                    Thu, Nov 11, 2021 at 5:22 PM
To: help@floridaredistricting.gov

Hello,

Attached is my signed Redistricting Suggestion Form for this submitted plan, "S8010 – Modified Tampa Bay," number 06db4fed56bc4dcc825691730b6436b4.

Do let me know if there's any more information you need from me or anything else I need to do.

Thanks!

Nicholas Warren
(850) 509-5450
nicholaslvwarren@gmail.com

On Thu, Nov 11, 2021 at 5:11 PM <help@floridaredistricting.gov> wrote:

> Thank you for submitting your redistricting plan to the Florida Legislature.
>
> Please note that by submitting your plan it is now considered final and you cannot modify your formal map submittal.
>
> Here is a copy of your submission details for your records.
>
> Plan submitted on Thu Nov 11 2021 17:11:39 GMT-0500 (Eastern Standard Time)
>
> Contact Information
>     Name:  Nicholas Warren
>     Username:  nlvwarren
>     Organization:
>     Email address:  nicholaslvwarren@gmail.com
>
> Plan Information
>     Plan name:  S8010 – Modified Tampa Bay
>     Plan number:  06db4fed56bc4dcc825691730b6436b4
>
> Description:
>
> Please look for a follow-up email from help@floridaredistricting.gov with additional instructions and steps for getting your plan posted to www.FloridaRedistricting.gov.
>
> If you have any questions regarding your plan and/or the redistricting process, please visit www.FloridaRedistricting.gov or email us at help@floridaredistricting.gov.

---

📄 **Redistricting_Suggestion_Form - Nicholas Warren - S8010 - Modified Tampa Bay.pdf**
178K

**Please Provide Completed Form To:**
help@floridaredistricting.gov

House Committee on Redistricting
402 House Office Building
402 South Monroe Street
Tallahassee, FL 32399-1300

Senate Committee on Reapportionment
2000 The Capitol
404 South Monroe Street
Tallahassee, FL 32399-1100

*Field is required.

Prefix_____ *First Name Nicholas _____   *Last Name Warren _____ Suffix_____

Organization Name (if applicable)_____

*Your Address 304 West 8th Ave _____ *City Tallahassee _____ *State FL ____ *Zip 32303

*Your County Leon _____ Your Email _____

*Your Phone Number (850) 509-5450 _____

*Have you received compensation or anything of value (travel, meals, lodging, etc.) from any groups or organizations that have an interest in redistricting as part of, or in exchange for, your comments, suggestions, or map?

☐ YES   ☒ NO

If YES, please list what you received and who provided it to you below:

List the name of every person(s), group(s), or organization(s) you collaborated with on your comment, suggestion, or submitted map below:

None

By submitting this form, I acknowledge and agree to the following terms and conditions:

☒ YES, I understand that my comments, suggestions, or map submission may be displayed on www.FloridaRedistricting.gov or other public websites maintained by the Florida Legislature.

☒ YES, I understand that my communications with the Florida Legislature, including this form and any submitted materials, are subject to public records laws in Florida.

P-001666

☑    YES, I understand that I may be contacted by a member of the legislature or their staff to answer questions about my comments, suggestions, or map submission.

☑    YES, I understand that similar to other pieces of legislation, input and ideas from members of the public must be proposed by Legislators in order to become part of bills or amendments.

*The Florida Legislature acknowledges the importance of transparency throughout the entire redistricting process. By engaging in the redistricting process – through comments, suggestions, or map submissions – it is possible your detailed communications and submissions may be included, reviewed, and examined in all steps of the legislative process until, and even after, new district maps are enacted into law.*

_____       11/11/2021
*Your Signature                                          *Date

---

**Please provide detailed comments regarding your suggestion. Florida's redistricting plans must be drawn and approved in alignment with Florida's constitutional standards and federal law.**

---

*If you are submitting a map, please select the Plan Type and provide the unique Plan Number included in your Submission Receipt email: 06db4fed56bc4dcc825691730b6436b4

Plan Type:    ☐ Congressional      ☐ State House      ☑ State Senate

*If you are submitting comments or suggestions about a plan already published at www.FloridaRedistricting.gov, please provide the name of the plan: _____

Details:

This partial plan alters 6 districts from the staff-drawn maps published Nov. 10, changing Senate Districts 16, 18, 19, 20, 21, and 24 in the Tampa Bay area, to avoid SD 19 crossing the bay. In so doing, this plan better complies with Tier Two requirements, namely by eliminating a county split in Pinellas, keeping St. Pete and Gulfport whole, utilizing the Pinellas-Hillsborough line—which is one of the most major geographic boundaries in the whole state—while not introducing any additional city or county splits, and keeping all districts geographically compact.

This plan complies Tier One's non-retrogression standard. Population changes in this region mean that it is no longer necessary to connect Tampa and St. Pete to avoid diminishing minority voters' ability to elect candidates of choice in SD 19. In fact, the following key statistics actually increase in my plan from the benchmark:

 - both the Black and Hispanic shares of 2020 general registered voters
 - both the Black and Hispanic shares of the 2020 Dem primary electorate
 - both the Black and Hispanic shares of the 2018 Dem primary electorate
 - the Hispanic share of registered Democrats at the 2020 general

The Black share of 2020 general registered Dems remains essentially the same, going from 48.3% to 48.1%. Recent statewide general election results in SD 19 are comparable to the benchmark.

I did not use political, elections, or registration data in developing this plan, with the exception of the above-mentioned statistics for SD 19 in the benchmark plan 8010, and my plan, to ensure my SD 19 didn't retrogress. I did not draw this plan with the intent to favor or disfavor any political party, incumbent, or potential candidate.

I respectfully submit this plan for your consideration. It can be plugged into any of the staff maps drawn thus far.

P-001667

The Florida Senate

# APPEARANCE RECORD

Deliver both copies of this form to
Senate professional staff conducting the meeting

11/17/2021
_____
Meeting Date

Reapportionment - ~~Legislative Reapportionment~~ Legislative
_____
Committee

Bill Number or Topic: Legislative Reapportionment

_____
Amendment Barcode (if applicable)

Name  NICHOLAS WARREN

Phone  (850) 509-5450

Address  304 W 8th AVE
Street

Email  NICHOLASLVWARREN@GMAIL.COM

TALLAHASSEE        FL        32303
City                State              Zip

Speaking:  ☐ For   ☐ Against   ☒ Information   **OR**   Waive Speaking:  ☐ In Support   ☐ Against

---

**PLEASE CHECK ONE OF THE FOLLOWING:**

☒ I am appearing without compensation or sponsorship.

☐ I am a registered lobbyist, representing:

☐ I am not a lobbyist, but received something of value for my appearance (travel, meals, lodging, etc.), sponsored by:

---

*While it is a tradition to encourage public testimony, time may not permit all persons wishing to speak to be heard at this hearing. Those who do speak may be asked to limit their remarks so that as many persons as possible can be heard.  If you have questions about registering to lobby please see Fla. Stat. §11.045 and Joint Rule 1. 2020-2022 JointRules.pdf (flsenate.gov)*

This form is part of the public record for this meeting.

S-001    (08/10/2021)

P-000647

# The Florida Senate

# APPEARANCE RECORD

Deliver both copies of this form to
Senate professional staff conducting the meeting

Meeting Date: 11/16/2021

Committee: Reapportionment - Congressional

Bill Number or Topic: Congressional Redistricting

Amendment Barcode (if applicable): _____

Name: Nicholas Warren

Phone: (850) 509-5450

Address: 304 West 8th Ave
Street

Email: nicholaslvwarren@gmail.com

City: Tallahassee   State: FL   Zip: 32303

Speaking: ☐ For   ☐ Against   ☒ Information   **OR**   Waive Speaking: ☐ In Support   ☐ Against

## PLEASE CHECK ONE OF THE FOLLOWING:

☒ I am appearing without compensation or sponsorship.

☐ I am a registered lobbyist, representing:

☐ I am not a lobbyist, but received something of value for my appearance (travel, meals, lodging, etc.), sponsored by:

*While it is a tradition to encourage public testimony, time may not permit all persons wishing to speak to be heard at this hearing. Those who do speak may be asked to limit their remarks so that as many persons as possible can be heard. If you have questions about registering to lobby please see Fla. Stat. §11.045 and Joint Rule 1. 2020-2022 JointRules.pdf (flsenate.gov)*

This form is part of the public record for this meeting.

S-001   (08/10/2021)

P-000477