Black Voters Matter Capacity Building Institute, Inc.

vs.

Cord Byrd, et al.

Deposition of:

Ben Diamond

March 23, 2023

*Vol 1*



Ben Diamond
March 23, 2023

1    THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT, IN

2              AND FOR LEON COUNTY, FLORIDA

3              CASE NO. 2022 CA 000666

4

5    BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE,

6    INC., ET AL.,

7    Plaintiffs,

8    v.

9    CORD BYRD, IN HIS OFFICIAL CAPACITY AS FLORIDA

10   SECRETARY OF STATE, ET AL.,

11   Defendants.

12   _____/

13

14

15              REMOTE VIDEOTAPED DEPOSITION OF

16                        BEN DIAMOND

17              VOLUME 1 (Pages 1 - 109)

18              Thursday, March 23, 2023
                10:04 a.m. - 12:51 p.m.
19                LOCATION:  Remotely

20

21              Stenographically Attended By:
                      Sandra Ventura
22

23

24

25   Job No.: 301440

Ben Diamond
March 23, 2023

Page 2

```
 1    APPEARANCES: (all parties appeared via remotely)

 2

      On behalf of Black Voters Matter Capacity Building
 3    Institute, Inc., Et Al.:

 4        Kuehne Davis Law, P.A.
          100 S.E. Second Street, Suite 3105
 5        Miami, Florida 33131

 6        BY: JOHAN DOS SANTOS, ESQ.
          johand@kuehnelaw.com
 7

 8    On behalf of the Plaintiffs:

 9        Elias Law Group
          250 Massachusetts Avenue NW, Suite 400
10        Washington, DC 20001

11        BY: Christina Ford, ESQ.
          cford@elias.law
12

13    On behalf of Florida Secretary of State and
      Executive Office of the Governor:
14
          Holtzman, Vogel, Baran, Torchinsky & Josefiak,
15        PLLC
          119 South Monroe Street, Suite 500
16        Tallahassee, Florida 32301

17        BY: ZACK BENNINGTON, ESQ.
          zbennington@hotzmanvogel.com
18

19    On behalf of the deponent, Ben Diamond:

20        Coffey Burlington
          2601 South Bayshore Drive, Penthouse 1
21        Miami, Florida 33133

22        BY: KENDALL COFFEY, ESQ.
          kcoffeya@coffeyburlington.com
23

24

25
```

Ben Diamond
March 23, 2023

Page 63

```
 1      BY MR. DELORENZ
 2          Q.   Did you speak with anyone from the Elias
 3      Law Group who does not represent you?
 4          A.   During this time period --
 5          Q.   Yes.
 6          A.   -- September to April?
 7               No, I did not.
 8          Q.   Did you speak with anyone from the ACLU
 9      about redistricting?
10          A.   I believe so, yes.
11          Q.   Do you know who you spoke to?
12          A.   So I met with -- but now that I'm looking
13      again at these dates, I think it was before the
14      session.  I had a meeting with Pamela Burch Fort,
15      who I believe works with the ACLU, and I also
16      spoke -- I believe I spoke with Kara Gross with the
17      ACLU.
18          Q.   And did you speak about redistricting with
19      them?
20          A.   Yes.
21          Q.   And can you tell me the sum and substance
22      of that conversation?
23          A.   Yes, so I had had a lunch with Pamela
24      Burch Fort.  I think this was well before the
25      session where she shared with me some of the
```

Ben Diamond
March 23, 2023

Page 107

1                    CERTIFICATE OF REPORTER

2

3       STATE OF KENTUCKY

4       COUNTY OF NELSON

5

6                I, SANDRA VENTURA, do hereby certify

7          that I was authorized to and did stenographically

8          report the foregoing deposition of BEN DIAMOND,

9          pages 1 through 106; that a review of the

10         transcript was requested; and that the transcript

11         is a true record of my stenographic notes.

12                I FURTHER CERTIFY that I am not a

13         relative, employee, attorney, or counsel of any

14         of the parties, nor am I a relative or employee

15         of any of the parties' attorney or counsel

16         connected with the action, nor am I financially

17         interested in the action.

18                Dated this 13th day of April, 2023.

19

20         _____
           SANDRA VENTURA
21

22

23

24

25