*Context note – I have known Rep Allison Tant since late 2012 and have become a friend and political confidant.  I have also known Rep Ramon Alexander since 2016.*

## October Meeting

In October of 2021, I had a meeting at the Florida House with Allison Tant, Ramon Alexander, and a handful of staffers.  The meeting was to discuss possible redistricting outcomes for the region, as population slow-downs meant the districts were under-populated.  The meeting largely amounted to try to predict how districts may change.  I presented some draft maps, but as best I can find, I don't think I had a dedicated PowerPoint presentation for this.  Most discussion revolved around the limited changed that could happen to HD8 (Ramon's district) due to it being a protected minority-performing seat.  HD9 would likely need to expand to Jefferson and maybe Madison, while HD7 would have to expand as well.

## January

In January of 2022, in reaction to the State House draft that split Tallahassee 3 ways, Allison Tant and I had at least a couple phone calls over the issue.  While this obviously mattered to Allison in terms of her re-election prospects, this also was a big story around town, as many local officials not running for state house were angered by the drafts.  During this time, I sent Tant staffer a dropbox link for some proposed district likes for HD7, HD8, HD9.  This was a plan I'd been posting about online, which kept HD8 and HD9 more compact around Tallahassee while maintaining HD8's status as a minority-performing seat.  I believe the plan was that an alternative draft map might be submitted by the Rep, but what came of that is unclear to me.  I don't believe I ever followed up on it.  Since members were allowed to submit plans with the disclosed help of a consultant, I did not view this as an inappropriate action.  Clearly no plan was ever actually submitted, likely due to the final draft the house went with not being the 3-way split.  But I cannot be sure.

Discussion to hold a townhall about the matter was mentioned, but nothing appeared to come of it.  The timeline here is very hectic, but at some point as it became less likely the draft with the 3-way split would be used, things calmed down.

## Post Maps

From February through March, after a state house plan had been passed, I had communication with Rep Tant about doing an analysis of her new district.  This was in my role as a long-time friend and political consultant.  I had done breakdowns of her 2020 race, and she was essentially looking for me to produce a detailed breakdown of her new seat.  I believe Supreme Court review was still ongoing of the maps, but the belief was the legislative maps were going to be approved.  So we were moving forward with election prep.