iMessage
5/19/21, 9:19 AM

> Yoo. I promise not to bug you to death lol, but just curious if any word came yesterday on redistricting meeting from Dan. I guess special session will end today, and it turns out tomorrow I'm off work cause of county holiday. So my freedom for meetings is greater than I thought.

He's meeting christian today so was going to remind him right before that so he doesn't forget

> Sweet. Thank you! On one hand I hate constantly "annoyingly" checking in but I'm def in "we must plot out the defense for the fall cause the GOP is gonna ram shit through wherever they can". So trying to balance being diligent without just annoying the piss out of people. Ha.

No no - not annoying. Just limited time to bring up more things to him. I try to gauge his mood lol

> Liked "No no - not annoying. Just limited time to bring up more things to him. I try to gauge his mood lol"

> Lol right on. I really appreciate it!

> And yeah obv he and Christian and you all have multiple issues to deal with. My mind is almost entirely redistricting focused now. Which for my work makes sense. But Dan obviously has a lot of other things to focus on as well.

5/19/21, 6:04 PM

Yesterday 8:53 AM

> Hey guys. If you all want to get together in person this week let me know.

Oh FYI. If folks are not bolting town tonight. I completely spaced until today that our office is closed tomorrow due to county holiday. So if an in-person meeting is still in cards I'm free any point tomorrow. | 



> Need Advice. Should I ping them with this text. Is it showing initiative or just being annoying 😂?

Ive been sitting in his office in a meeting waiting to ask him

Feel free to send that though lol

> Lol right on. I'm gonna send. Feel free to ask him as well too lol.

> Ah sweet I think I'm meeting them at Liberty a little later. Just waiting to hear back on a time.

i'm here lol

idk if christian is coming but either way

> Ah right on. I'll head over now then.

6/9/21, 2:12 PM

Hey Jena.  I was just curious about something and wondering if you might have some insight.  So I'm working on this first set of redistricting articles for June.  And I'm working on timing out when I need it done by for you guys.  Is there any word on when the first redistricting push will happen this month?  I want to make sure  to have things ready for when Dan wants to push them out.  I don't even need a hard date but just more of a mid month vs late month range.

I think we could push back

Just because Dan and Christian have been non-responsive

Yeah originally I had floated mid month but that's next week already.

7/14/21, 4:18 PM

Want to get on a call Monday to go over all this ^^^

We are free 1pm - 4pm

Cool!  Let's do 1pm. I can take a late lunch



Well timed too I actually just out of the TCC library. Spent an hour taking photos and notes on this awesome resource book.

7/19/21, 4:55 PM

Hey Jena. I see the w9. I'll get the June invoice out shortly. Do you guys need me routing and account number?

Wiring info is fine

Ok cool just sent over

7/20/21, 10:03 AM

Oh and if you can, so me a favor and let me know when the wire transfer goes through.  I've had issues before with wires so if there comes a point where I should see it but it's not there, I'll know to reach out to my bank.

Yes will do - I should be getting added to the bank today!

Sweet!

7/22/21, 2:53 PM

Oh I wanted to check. Did the email announcement go out?  I don't wanna mention anything on Twitter yet until it's go time.

Im working on it now - should be around 4

Cooool

Scheduled for 4:12

Liked "Scheduled for 4:12"

Btw.  Transfer showed up in bank. So that works!

Great

Look at us

https://twitter.com/JimRosicaFL/status/1418304043227750406?s=20



This is the link I made for people to sign up

https://secure.everyaction.com/K-Y6FAu_kUua6i1QLiKXNA2

Perfect. I'm gonna spread it!

7/27/21, 6:21 PM

Hey jenna. Refresh me on what you need for Thursday's email.  I think it was some outtakes. Of a summary. And some images?  Just let me know and I'll be sure to get that to you

i think some short summary and a couple outtakes - maybe 1 image?

Cooool

7/28/21, 1:48 PM

I'll get that all over to you this evening.  And I'll have the next article ready this weekend.

7/28/21, 6:46 PM

Sent over!

awesome thanks!

7/29/21, 11:31 AM

Oh and just let me know when the email goes out. I'll start pushing on Twitter !

will do — sean is in vegas and dan as at the beach but i imagine they will have zero edits. i'm hoping to schedule for ~4ish

Sweet!

7/29/21, 2:33 PM

Email going out at 4:24

Emphasized "Email going out at 4:24"

Messages - Jena Kingery

7/30/21, 7:10 PM

Awesome!

https://twitter.com/juliegraceb/status/1421243807941611521?s=10

8/3/21, 9:41 AM

Hey Jena. I emailed you and Dan the link for the latest article a day or so ago.  I'll get you a summary and excerpt breakdown by tomorrow.

8/3/21, 11:11 AM

Great thanks!

8/4/21, 6:19 PM

Emailed over!

Thank you!

8/5/21, 8:34 AM

Oh I just realized I didn't send the article link in the email, lol.   My bad.  But if you go to my site, the article is there and live/public now.

no worries i have it thanks :)

8/5/21, 6:13 PM

going to hold email and posts until sean can approve this shit lol

Ha no worries lol.  Today or tomorrow.  All the same.  I'm holding off on pushing it on Twitter until it goes live.  So whenever it gets the sign off and send out just let me know

Will do

8/6/21, 10:15 AM

Oh checking in. Any word from Sean?

just bumped to him

we naturally all were having a rough day yesterday

Email scheduled for 12:01, Twitter scheduled for 12:09 and Facebook scheduled for 1:46

Cooool

Messages - Jena Kingery

iMessage
8/10/21, 4:16 PM

I should have rhis weeks article wrapped up tonight.

https://twitter.com/mappingfl/status/1425182890019725314?s=21

8/11/21, 2:26 PM

Yooo. I'll have the final edit done tonight and send over everything needed via email.  We still good for a Thursday post?

I will be out of town tomorrow but I can probably code during the day

Ah gotcha.  We could aim for friday.  Or if I got you the stuff by a certain time today would that help?

If you finish tonight I can probably get it out tomorrow - its no worries

Ok cool that will be first on my list for today when I get off at 5.  Oh and you got my invoice from a few days ago, right?

I did - I had to put a check in the mail.

Having issues with the bank.

Ahhhhh gotcha.  No worries works for me!

Thanks!

8/11/21, 7:23 PM

Emailed over!

thank you

!*

8/12/21, 6:00 PM

Twitter is completely consumed with the census data reports.  So I was gonna hold off till tomorrow to push the article.  It would get lost right now. Did email go out today?  I know your traveling so no rush or worries.

i'm going to send to y'all tomorrow - my flight got cancelled and today has been a shitshow / seems like tomorrow is better anyways

Oh dam that sucks!  Yeah I think all around tomorrow is better

8/13/21, 4:31 PM

Scheduled for 5:31

Awesome!

8/18/21, 1:55 PM

I'll have this weeks article details out this evening.  I still need to run some edits.

No worries - thanks!

8/18/21, 8:43 PM

Whew finally done!  Just sent it all over.  God damn the 90s was a shitshow

Messages - Jena Kingery

lol excited to read it - thank you!

Liked "lol excited to read it - thank you! "

8/20/21, 4:08 PM

Yooo.  Looking good for a release today?

Yes - email is out

Posts are scheduled to post soon

Sweet!  Will push on Twitter

8/24/21, 10:30 AM

Hey Jena.  Ok for this week I, I am crunched a bit because of St Pete mayor work I'm doing.  I should have article finished Wednesday night. But realistically might be best to aim for a Friday email from POP.

Thats ok

That usually works better for me too

Also think Dixon is going to include us in a write up on redistricting!

Nice!!!!!!

8/25/21, 10:34 AM



My quest to get precinct data for every county for a 2010 fair districts map is hitting a snag in several rural counties because of stuff like this

8/26/21, 9:32 AM

hey Jena.  I finished the article late last night. I'm gonna run an edit check tonight and send over the email highlights.

If I get everything to you early this evening. Will that be ok?

Thats perfect yes!

It doesn't take me long to rework it for email

Cool!

Also how do they only have that shit on floppy can someone buy them some computers!!!!

Messages - Jena Kingery

I'll never forget in 2014 and interning at the party - calling glades about some precinct maps, and the then-elections supervisor said they only had two precincts (they had 8)

Gotta be the same person who stored stuff on a floppy

8/26/21, 8:52 PM

I'll have they email shortly

Sent

got it thank you!

8/30/21, 7:30 PM

Fair districts precinct map in works.



Will be a couple gaps. Really trying to get Osceola before thursday

that place just seems like all around rough

9/1/21, 1:33 PM

Ooook.  Goal is to have article done tonight and everything sent over.

Dope thank you!

9/1/21, 9:06 PM

It will be a bit late tonight but you will have for morning!

9/2/21, 3:27 PM

So glad this is labor day weekend coming up.  I need an extra day to write

Will fair districts email be tomorrow or today?  Just don't wanna jump gun on Twitter.

Probably tomorrow

9/2/21, 6:46 PM

I emailed over an updated map for the email.

dope thank you!

9/3/21, 4:30 PM

Yooo.  Hows it looking on the email?

Messages - Jena Kingery

Sorry email is out! Posts are scheduled for ~5pm

You can post whenever!

Sweeeetttttt!!!!!

God I love the precinct maps.  Mostly cause they were such a pain in the ass to make. But the creation is fun

9/8/21, 1:18 PM

Do you know anything about school board redistricting? Like the elected seats. Sean wants to do an op-ed and I can't even figure out who draws the maps lol

Lol.  Yeah not as talked about as much. By and large I believe school boards do it themselves, county by county rules may and likely apply. I know many counties aim to make commission and school boarders the same. Others dont.  And districts can also factor in student numbers and so traditional population metrics may not be the only took. I'll need to dig around on if there is statewide standards. But if this is about Hillsborough specific I can probably find out details.

9/8/21, 6:39 PM

Oh and I'll have the latest article wrapped up tonight.

9/9/21, 12:27 PM

Sent over the latest article info last night!

9/9/21, 1:28 PM

I'm guessing tomorrow is likey drop date for that piece.

Yes for sure

Sweet

9/10/21, 1:20 PM

Yooo.  Is today still plan for releasing the article?

Yes yes about to send the draft email to the group 😊 sorry got delayed today

Sweet and no worries! Just wanted to check.  I'm halfway through the 2015 article.  That will wrap up history.  Then we can jump to regional looks.  Which is gonna time well for the 2020 now being available. Already been in software working on regional maps.

9/10/21, 3:26 PM

Email going out at 4:25 😊 and that's great. This has all been really informational but also good for the email list

9/10/21, 4:33 PM

Awesome!  Gonna post on Twitter right after work.  And great!

9/14/21, 6:55 PM

This weeks article will be emailed over tonight!  Just gonna run another round of edits.

9/15/21, 3:02 PM

Ah I forgot to email link and details!  I'll send that over after work. But article is all done.

no rush! i'm in dc getting home tonight.

Right on!

9/16/21, 2:22 PM

I sent over article details last night.  And next week's is largely done. God so much 2015 craziness.

Oh and I'm gonna shoot over last months invoice - I keep forgetting

9/16/21, 6:10 PM

We good for Friday release?  Btw how was DC?  Are they largely opened up?

yes sorry i need to draft and send to sean — it's been an insane week lol st pete -> dc -> tampa now back in st pete

and no dc makes florida look like a horror movie rn

Damn you are jet flying and limo riding (I watched a Ric Flair documentary last night lol).

Yeah fucking hate it here. I'm back in apartment life per doc orders.  I want my booster!

Sounds good on email lol

9/16/21, 7:57 PM

Lol yes it's been crazy and also just praying I get no covid



Just gotta show up at airplane I'm proper protective gear

9/17/21, 5:03 PM

Just off work. Did Shawn and Dan approve email to go out?

i haven't heard back — going to text sean / i have it scheduled for social tonight either way

Liked "i haven't heard back — going to text sean / i have it scheduled for social tonight either way"

Right on. I'll push it more tomorrow.

Messages - Jena Kingery

iMessage
9/17/21, 7:01 PM

Ok so why was sd19 able to stay crossing the bay and not FL-14

I'll get into this with next week. But in 2015 the data was up on the air on if 19 could be a true black seat just in Tampa. 14th congress could never be a real minority seat. So crossing the bay never was justifiable.

But 19 was a black seat by crossing the bay. So it was broadly ok. Now I argued in 2015 that the 2012/2014 primary data showed a demographic shift in voting. But the GOP used 2008/2010 primary data to say crossing the bay was needed to have over 50% Dem primary.

Now the current data shows 19 could be just in Tampa. But they could very likely keep crossing the bay

I mean tbh - Rouson's people know SD-19 isn't a true black seat either

I've just been fiddling with some numbers myself re: FL-13 and I just don't think they can really screw us the way they think

Well what 19 is - is it's 50%+ black in a Dem primary. So it performs as a black seat. It has a strong historic record

The issue for the GOP was the 14th congressional never performed as a minority seat

They'd claim the 14th was "coalition" but the data and voting never backed that up.

So yeah with congress I don't think they can cross the bay.

But I bet they do cross the bay for senate.

Or if they don't. They will try and grab Hispanics in Cruz's seat and fuck her over

Bottom life. If they feel they must allow a Dem seat in South Pinellas. They will try and take the 18th back

Bottom line*

Got it. I think all of this is ok with me.

Tbh all of us and janet aren't on great terms so I just ¯\_(ツ)_/¯ I just worry about FL-13

Very helpful though thank you.

Word on the street tho is bilirakis wants to drop palm harbor

Laughed at "Tbh all of us and janet aren't on great terms so I just ¯\_(ツ)_/¯ I just worry about FL-13"

Ugh I'd rather he keep it. He's only losing major Pinellas chunks if 14 crosses bay. But I just don't think they can justify it. Unless they opt to just barrel ahead and risk it in court.

you know.... the florida way

Laughed at "you know.... the florida way"

9/20/21, 7:52 PM

i am.... concerned

Messages - Jena Kingery



https://twitter.com/maryellenklas/status/1440099800813342723?s=10

Ugh

Btw.  I sent latest article last night.  I have a section on Margolis I'm debating leaving in.  Let me know what you think.

9/21/21, 11:37 AM

Oh and on other front.  Did you get my invoice for August?

yes i wired today!

Awesome!  Thanks!

9/23/21, 9:30 AM

Emailed article details last night!

Got them - going to see if I can get this out today

Cool

9/23/21, 4:08 PM

Guessing we are more line for tomorrow. Which is cool.  I'm gonna make tomorrow substack a listing of all articles and a general news of the week while teasing the future plans for regional articles.

Then next week's article will be a modern state of play.  And then week after begins the regional tour of redistricing in key areas

yeah lost control of the day but sounds good

I know that well. I lose track of weeks

9/24/21, 4:01 PM

Scheduling social for this evening - doesn't matter if it goes out in email first

Cool!  I'll push on social after work.

9/29/21, 2:29 PM

Heya.  I'll have this weeks article - a "state of play" ready by tomorrow. So likely a Friday release.  I got my booster shot on weekend. Which is great. But it slowed my writing for a couple days.

Then next week begins the regional looks at possible maps.

And this substack is a tie into this weeks article.  I dug into the supreme Court

https://twitter.com/mappingfl/status/1443252774053953539?s=21

9/30/21, 11:52 AM

Ok so what I think I'm going to do today is send you the email excerpts early this evening. But no link until late tonight. I'm gonna be writing late to get this one done.  Does that work ok?

9/30/21, 1:19 PM

That works - no rush or anything.

Messages - Jena Kingery

9/30/21, 5:22 PM

Liked "That works - no rush or anything."

9/30/21, 8:19 PM

I'm on Pace to wrap it up tonight. So you will see an email by the morning!

sounds good thanks!

10/1/21, 2:34 PM

I'm gonna push the article on Twitter later today. You got everything in my email, right?

Yeah email can go out later but post is good today

Ok cool!

10/4/21, 5:41 PM

Hey Jena. Since the preview article is emailing out this week. Do we want to hold off on the regional tour starting next week then?

yeah i think that's ok

sorry it's taking a while for approval

No that's totally ok.  A week gap would be good anyway. I can slow down and give the tour articles more time to write up.

Just messaged you and Dan both a schedule idea

10/10/21, 11:14 AM

I've got the first tour article just about ready to go.  Should have sent to you tonight or tomorrow.

awesome thanks! excited to start the next leg of this — i think people actually are enjoying the emails lol

i dropped a petition at the bottom of the last email to see how many people are reading until the end and was surprised by the response

Awesome!  Yeah I am loving this series.  And now in fantasy redistricting - I could do that all day lol.  Honestly the writing is the most labor intensive parts. Fantasy mapping is just fun lol.

do you have a login to dave wasserman's site? i really want to read that write up that got posted friday lol

I don't.  But I can likely get the text.  I saw his maps and I was honestly just puzzled. I understand he's got 50 states to cover. But those maps looks like he made them in 10 minutes. I can map out aggressive gerrymanders that look so much cleaner.

Fl-13 going to manatee made no sense. At all.

10/11/21, 12:18 PM

Oh forget to text earlier. Sent out email to you last night.

No worries I got it - will work on getting it out today!

Sweeet

Messages - Jena Kingery

10/12/21, 9:24 AM

I passed out shortly after work yesterday lol.  Did article go out?  If so I'll push it on Twitter.

yes emailed and posted!

Awesome!   I've already started on the Orlando house.  There is some great details there because holy shit the growth.  Realistically we should net a couple seats there. If we don't. It's gerrymandering.

Messages - Jena Kingery

iMessage
10/12/21, 9:48 AM

https://twitter.com/PoliticsReid/status/1447921998093561864?s=20

We are in the bad place.

Omg

10/15/21, 10:39 AM

Ok Orlando house article should be ready by Monday or Monday night. Great narrative there. Dems should gains but will GOP try to crack Hispanics to stop it.

Oh and shot over September invoice in email.

10/17/21, 4:26 PM

article should be ready tomorrow.

Awesome thank you - have your invoice, will get it processed in the AM.

10/17/21, 8:17 PM

Liked "Awesome thank you - have your invoice, will get it processed in the AM."

10/18/21, 10:10 AM

Sent email last night!  Realized I forgot to send an image

I think this is the best image to use

https://mcimaps.com/wp-content/uploads/2021/10/Orlando-Fair-House-Race.png

great thank you - that is wild growth. i really do wonder how all that impacts the coast

Orlando's gain is gonna be south Floridas loss.  And Pinellas gonna get squeezed.

10/26/21, 10:38 AM

I'll have the Orlando senate wrapped up tonight and sent over.  And then Tampa will be next week.

Liked "I'll have the Orlando senate wrapped up tonight and sent over. And then Tampa will be next week."

10/27/21, 12:39 PM

Got email over last night.  Next week I think might be just Tampa senate. Then house after. Then down to South Florida.

To cross the bay, or not to cross the bay. That is the question.

10/27/21, 5:27 PM

Email and social scheduled for tomorrow

Sweet!

Messages - Jena Kingery

11/3/21, 11:57 AM

How do we feel about doing Tampa house article Monday next and Tampa senate Thursday next week

Two articles then / but nothing this week.

Partly news coverage. But also party my brain is fried lol.  Let me know if that's ok.

i'm fine with that

i feel you

Cool.  Yeah i just wanna nap

11/8/21, 9:25 AM

Emailed over Tampa Bay house article last night.

iMessage
11/8/21, 9:25 AM

Emailed over Tampa Bay house article last night.

11/8/21, 12:51 PM

https://twitter.com/maryellenklas/status/1457765309897654276?s=21

Oh boy here it comes.



Weeks earlier than I expected.

https://twitter.com/mappingfl/status/1457769819688763396?s=21

lmao — i hate him

11/10/21, 3:31 PM

Looks to me like FL-13 cuts too much into Bilirakis?

13 is weird how it goes up like that. But it still is Biden +2

The 12/13/14 situation has me think Gus will be making some calls

11/10/21, 5:19 PM

Emphasized "The 12/13/14 situation has me think Gus will be making some calls"

11/10/21, 7:14 PM

Biden +2.  Gillum +5. Nelson +7

For 13th

word thank you!

11/10/21, 8:49 PM

i think my favorite election twitter reaction to these maps is thinking charlie will go back to run for congress. like charlie... doesn't like congress...

Laughed at "i think my favorite election twitter reaction to these maps is thinking charlie will go back to run for congress. like charlie... doesn't like congress..."

Your lips to my Twitter account

https://twitter.com/mappingfl/status/1458614921374044160?s=21

bless these people's heart for real

11/11/21, 5:05 PM

https://twitter.com/mappingfl/status/1458917440302170126?s=21

Should have everything emailed late tonight.

Cool - I'm going to combine both tampa emails in one

Liked "Cool - I'm going to combine both tampa emails in one"

11/12/21, 11:57 AM

Oh emailed over article details part night

Thanks! Will schedule for social whether im able to get a reply for Sean on email or not lol

11/12/21, 3:08 PM

Jk I think I gotta split these emails up

Liked "Jk I think I gotta split these emails up"

11/15/21, 11:01 AM

Yooo.  Sent two emails this morning.  Got the latest article done and sent over for anytime this week.  And then I shot over the October invoice.

got it - thank you!

11/17/21, 3:15 PM

Southeast state house is such a mess.  Whole region losing 1.5 seats.  Balancing that with VRA sucksssss.  But ill have it ready for next week.  Is senate going out this week?

11/18/21, 10:05 AM

Is it cool to push the Broward senate article on Twitter.  Or we holding off?

Im catching up today with ben heading back to st. Pete so I will get it posted today

Cool cool sounds good!

11/19/21, 4:41 PM



I am making HD105 take hendry county and no one can stop me!

You hitting poor pauls tonight?

yeah i'll be there for a bit

Messages - Jena Kingery

11/29/21, 2:45 PM

there's no way they draw south pinellas and south tampa together? like kathy has to be spinning rn

They are clearly trying to short circuit the Tampa Dem gains along i75 by creating a new Dem vote sink.

i guess what i'm trying to figure out is like... does ben need to call kathy lol not that is your problem i'm just confused

Omg yeah I get what you mean.  Yeah they might wanna huddle. Granted only one plan crosses bay. Plan 8003 is fine for Ben. Terrible for Murphy.

stephanie murphy can get bent for all i care

Laughed at "stephanie murphy can get bent for all i care"

11/29/21, 7:56 PM

my art

https://twitter.com/over_profits/status/1465484586935328779?s=10

That's going in my morning substack

lol an honor to serve

12/1/21, 8:57 AM

emailed over next article details.  Didn't think I'd get it done so quick but I was fueled by anger at tallahassee's split.

Liked "emailed over next article details.  Didn't think I'd get it done so quick but I was fueled by anger at tallahassee's split.  "

can get on social later today but email (if sean ever approves) may be later this week

Sounds good!  Yeah we can get it on the social

12/1/21, 3:18 PM

Let me know if its cool to thow that article up on Twitter.

Yes for sure - im scheduling posts now

Sweeet!



iMessage
12/3/21, 12:07 PM

God that house redistricting meeting melted my brain.

Oh so I am assuming it doesn't. But as best you know, this whole thing doesn't alter the POP redistricting stuff right?

oh no def not

Right on.

12/8/21, 10:26 AM

Yooo. Game plan is I should wrap up my latest article tonight and then will email details over.  Miami Dade house districts.

sounds good!

12/9/21, 11:09 AM

Shot over article last night!  And November invoice.

12/9/21, 4:37 PM

Oh and just let me know when I'm good to post on twitter

12/9/21, 6:18 PM

feel free to tweet whenever

i'll get them up on our end too shortly

12/14/21, 9:40 AM

Shot over the latest article last night.  Knocked it out early!

12/15/21, 12:56 PM

I'm gonna push it on Twitter today if that works for you guys

Yes I'm sorry I'm in st Pete and thinks have been nuts

No worries!  I know your stuck handling this stuff still while running Ben's campaign. So I'm never pushing. 😂  Just checking before I tweet.

12/18/21, 5:36 PM

are you still helping the fdp data department? because i need an export approved like yesterday lol

Oh no I'm sorry I'm not :/ - do you have Stephanie's number?

i don't but i can email her. it's ok - just remembered i requested it lol thanks!

Lol no prob. I do have her number if it's an emergency time sensitive. I'm guessing folks are all out on holiday.



Messages - Jena Kingery

1/2/22, 4:30 PM



Let's gerrymander Kentucky.  Two Clinton seats (they don't have Biden numbers in the software yet).

1/3/22, 6:29 PM

Oh and over the weekend I shot over the latest article. I'm ready to throw it on social media whenever is good.

you can go ahead. i think i have the covid so i'm sort of down for the count

Oh no!   Rest.  Take vitamins. Talk with a doc.  I got a big vitamin regimine.  Also the antibody treatment center helped plenty.

God everyone seems to be getting it right now.

i keep testing negative but my throat feels like knives

Yeah the tests can be all over the place. Best to act like you got it and rest and don't strain yourself.

good thing session starts next week!!!!!

thank you though. hope you're feeling better

Ughhhhhh what a month it's gonna be.  I'm def on the mend as best I can tell. Sinuses are cleared up. Still little tired but I'm working from home

1/4/22, 1:17 PM

It's uppp

https://twitter.com/mappingfl/status/1478429268610732035?s=21

1/7/22, 1:18 PM

Oh hey how you feeling?

better now

thankfully. was really struggling for the week, and good that i didn't go to st pete because the people i stay with have covid now

Oh damn!  Well glad you are feeling better. Yeah it took me about 9 days or so to finally feel better. Sooo many people seem to have COVID right now.  This thing is raging. Luckily our shots are doing their jobs.

thank you. the shots are doing their job!

Messages - Jena Kingery

iMessage
1/7/22, 1:58 PM



1/10/22, 4:51 PM

Oh Jena I meant to text over the weekend. I emailed over the final POP invoice for articles. As of right now as best I know articles are done for now.  I need to check with Dan and Christian to be sure. But since session is beginning I assume things now move to reaction.

1/14/22, 10:26 AM

hey Jena.  Just wanted to make sure you got the invoice for December. Btw how goes st Pete?  You still doing back and forth or are you largely down there at this point?

I am back and forth - got the invoice, sorry. We are transitioning to a new POP treasurer, and need to get him added as signer to pay.

I may be able to still wire… let me check

Liked "I am back and forth - got the invoice, sorry. We are transitioning to a new POP treasurer, and need to get him added as signer to pay."

Liked "I may be able to still wire… let me check"

Right on no worries.  I'm sure Diamond is eager for session to just be over with.

Bro this week felt like a lifetime

Esp just waiting to see which final 13th borders shake out.

yeah I watched all the committees the week… I am confused by the house. Seems like they are moving v slow.

Thank you.  Same viewpoint. House honestly feels way out of it here. They don't even have new committee meetings posted yet.  I have NO IDEA when they meet again. Meanwhile senate could pass it's maps next week.

I just think they are nervous because their crazies are dragging them online

Omg conservative election Twitter (which is the worst thing on the internet) are losing their mind over the senate plans.  They expected some crazy 20-8 gerrymander or some shit.

1/16/22, 7:33 PM

the governor is nervous his people will be mad at him wahhhh

https://twitter.com/redistrictnet/status/1482870530080485390?s=10

https://twitter.com/mappingfl/status/1482875844787781634?s=21

God how silly.

i hate him.

Messages - Jena Kingery

he literally does not care about anyone but himself



just an insane image

Just amazingly nonsensical.

I mean he literally goes from 4 black seats to 2

happy mlk day!!!!

LOL

hard to imagine a more racist garbage piece of shit

i know these are bait, it's just the timing and existence of the map that makes me so angry

It is amazingly cold.  He's a deranged sociopath

Emphasized "It is amazingly cold.  He's a deranged sociopath "

1/18/22, 10:38 AM

so like... what's the strategy if desantis veto's the maps

1/18/22, 3:08 PM

If he vetoes and it's not overridden then court must decide. But everything I'm told is the court would almost for sure pick a leg plan

Messages - Jena Kingery

iMessage
2/25/22, 9:26 AM

not the florida house seeing your map that nukes fl-5 but keeps everything else the same...

2/25/22, 11:51 AM

Laughed at "not the florida house seeing your map that nukes fl-5 but keeps everything else the same..."



This could end up being a real compromise plan.  Biden +3.5 in your race.

could not be more pleased lol

just afraid that desantis still says fuck off, but they are calling his bluff on taking issue with the 5th

It's brilliant.  Yeah who knows what he does.

2/25/22, 1:24 PM

You in town and/or going to liberty today?

yes!

probably my last big night before i'm back for birthday

Cool!  What time you aiming for?

probably around 5

Perfect. I'm gonna swing there right around then and after work.  I think some of the others.  Anders notably. Won't be there till post 6. But I'm gonna hit early. I gotta write a newsletter later tonight.  This redist meeting is tense

2/25/22, 4:59 PM

Ok heading over

same

Messages - Jena Kingery

3/3/22, 9:19 PM



> "I know people working on congressional campaigns and they are losing their minds," said Matt Isbell, a Florida-based Democratic consultant and analyst who closely tracks redistricting. "Can we please get some final lines?"

I know you will appreciate this line

lol where's the lie

not a single lie

😂😂 at the same time

it's happening!!!

https://twitter.com/fineout/status/1499573120495144980?s=21

Lol yep

https://twitter.com/mappingfl/status/1499573447050989568?s=21

I think this will likely be the plan.  Ron veto even.  Court would likely side with a leg plan

yeah i agree

Messages - Jena Kingery

iMessage
4/11/22, 2:32 PM



Mood

literally same

also half of me is like... i literally hate st pete so just take me out now lol

LOL so I won't lie.  One thought I had for texting you was just to be "well on the plus side, maybe you won't have to stay in St Pete".

literally crossed my mind

Laughed at "literally crossed my mind"

4/13/22, 6:13 PM

Ok come on back up to tally.  I have alcohol read.

lol

trying to take all this in

4/15/22, 3:34 PM

Have you seen darryl's map?

Looking at now.  It will never happen - it's def though good for Tampa.

yeah we just talked to him

He just submitting it to debate on the floor?

in committee

Ahhhh ok

