**Messages exported from: Florida Data Geek ⊡ ᵁᴬ (MappingFL)**
**With: Nicholas Warren (NLVWarren)**

**5/23/2021 9:41 PM**
Florida Data Geek ⊡ ᵁᴬ (MappingFL)

> Yooooo.  Lol. Totally brand new person here.   Can you do me a favore. So when everything got nuked before, I lost some of the links you had sent me about some florida redistricting case history.  As I start to gear up for the next few months - if you can point me to what judicial stuff most importantly should be reviewed for redistricting - pass it on.  Thanks man!
>
> Hopefully this sticks.

**5/23/2021 9:57 PM**
Nicholas Warren (NLVWarren)



Attachment with type video/mp4
"Totally brand new person here" https://t.co/KJvQXCJXsD

**5/23/2021 9:57 PM**
Nicholas Warren (NLVWarren)

Yeah of course :)

**5/23/2021 9:57 PM**
Nicholas Warren (NLVWarren)

Hope it sticks too!

**5/23/2021 9:58 PM**
Nicholas Warren (NLVWarren)

I'm going to be doing a "florida redistricting primer" webinar in the next few months focusing on the law and process, as well

**5/23/2021 10:03 PM**
Florida Data Geek ⊡ ᵁᴬ (MappingFL)

> thanks!  and awesome!  let me know when it ends up being and i'll be on it for sure.

**5/23/2021 11:02 PM**
Nicholas Warren (NLVWarren)

please stop saying the VRA protects from retrogression lol

**5/23/2021 11:17 PM**
Florida Data Geek ⊡ ᵁᴬ (MappingFL)

> Lol am I fucking it up?  It's fair districts?

**5/23/2021 11:17 PM**
Nicholas Warren (NLVWarren)

yeah

**5/23/2021 11:18 PM**

Nicholas Warren (NLVWarren)

VRA §2 protects from vote dilution, and to prove a dilution claim you must show you can draw a majority-minority district

**5/23/2021 11:18 PM**
Florida Data Geek 🔼 ᵁᴬ (MappingFL)

Ok so the question. Can that fair districts provision be taken to federal court? Or will Florida court decide on retrogression?

**5/23/2021 11:18 PM**
Nicholas Warren (NLVWarren)

no, you cannot sue a state in federal court for a violation fo state law

**5/23/2021 11:18 PM**
Florida Data Geek 🔼 ᵁᴬ (MappingFL)

See I lost all this shit when account died lol!

**5/23/2021 11:18 PM**
Nicholas Warren (NLVWarren)

lol

**5/23/2021 11:19 PM**
Florida Data Geek 🔼 ᵁᴬ (MappingFL)

So if super conservative court decides to just ignore retrogression - do black voters have any way to sue in federal courts (or like appeal state court ruling).

**5/23/2021 11:19 PM**
Florida Data Geek 🔼 ᵁᴬ (MappingFL)

Cause to me I have no belief the florida court will strike down any map.

**5/23/2021 11:20 PM**
Florida Data Geek 🔼 ᵁᴬ (MappingFL)

But correct me if I'm too pessemistic

**5/23/2021 11:24 PM**
Nicholas Warren (NLVWarren)

I doubt they'd strike down any map that the Legislature will draw. But in part that's because the Legislature won't draw what they tried in 2012 (or obviously 2002)

**5/23/2021 11:26 PM**
Nicholas Warren (NLVWarren)

just re-read all of Canady's dissents

**5/23/2021 11:26 PM**
Nicholas Warren (NLVWarren)

they will become majorities

**5/23/2021 11:29 PM**
Florida Data Geek 🔼 ᵁᴬ (MappingFL)

My general view is they hold 5th and 10th as black plurality seats

7th they prob fuck with but depends on numbers

13th they keep just in pinellas

Agree or think diff?

**5/23/2021 11:29 PM**
Florida Data Geek 🔼 ᵁᴬ (MappingFL)

These RRH folks are just arguing in bad faith

**5/23/2021 11:32 PM**

Nicholas Warren (NLVWarren)

yeah totally

**5/23/2021 11:32 PM**

Nicholas Warren (NLVWarren)

I agree

**5/23/2021 11:34 PM**

Nicholas Warren (NLVWarren)

my only big question is whether they continue the Dade-Collier districts in the congressional & house maps

**5/23/2021 11:34 PM**

Nicholas Warren (NLVWarren)

well, my biggest question

**5/23/2021 11:35 PM**

Florida Data Geek ⬆ UA (MappingFL)

yeah i wonder too.  they will do it if it helps them is my guess.

**5/23/2021 11:35 PM**

Nicholas Warren (NLVWarren)

yep

**5/23/2021 11:35 PM**

Nicholas Warren (NLVWarren)

it will be difficult to justify legally tho

**5/23/2021 11:37 PM**

Nicholas Warren (NLVWarren)

in general, given a favorable state judiciary, the pickle they'll find themselves in is this: they will justify certain configurations based on VRA/FDA racial concerns (just like last time). And just like last time, that will be pretext for partisan gerrymandering. The state courts won't care, but you can still bring a federal racial gerrymandering claim – that race predominated in the drawing of a district, and the leg didn't have a justification for race predominating

**5/23/2021 11:39 PM**

Nicholas Warren (NLVWarren)

if there's an actual §2 or §5 issue that would justify their districts, they'll be fine. But if racial concerns are truly pretextual, they won't be able to defend. In other states (like NC) you can say "it was a partisan gerrymander, not a racial gerrymander." But you obviously can't admit that in FL given FDA.

**5/23/2021 11:39 PM**

Nicholas Warren (NLVWarren)

And that's how you'd win a federal racial gerrymandering claim to undo some of this

**5/23/2021 11:45 PM**

Nicholas Warren (NLVWarren)

https://twitter.com/subspaceteatime/status/1396669458135994371?s=20
https://t.co/K9GbgF22qp

**5/23/2021 11:45 PM**

Nicholas Warren (NLVWarren)

mood

**5/23/2021 11:46 PM**

Nicholas Warren (NLVWarren)



https://twitter.com/mattmxhn/status/1396669892816945155?s=20
Link title: matt mohn on Twitter
Link description: "@umichvoter if you look at the wording ((which the court doesn't even have to respect this time anyway)) it's not saying that packing is bad or that packing is occurring, rather it's saying that race isn't a sufficient reason to violate geographic standards"
https://t.co/QyIZgvuL3L

**5/23/2021 11:46 PM**

Nicholas Warren (NLVWarren)

but also mood

**5/23/2021 11:46 PM**

Nicholas Warren (NLVWarren)

it's so gratifying to see people argue about something I worked on

**5/23/2021 11:46 PM**

Nicholas Warren (NLVWarren)



https://twitter.com/EvanPerc_/status/1396668302487916544?s=20
Link title: Evan 🏴 🏴‍☠️ on Twitter
Link description: "@ObamaKasich @umichvoter @MappingFL they literally got into shit last cycle and were ordered to redraw those districts for that exact reason"
https://t.co/2sW9BzVguZ

**5/23/2021 11:47 PM**

Nicholas Warren (NLVWarren)

especially gratifying to see people screenshot maps I made 😵

**5/23/2021 11:47 PM**
Florida Data Geek ⬆ ᵁᴬ (MappingFL)

dude its sweet!

**5/23/2021 11:47 PM**
Florida Data Geek ⬆ ᵁᴬ (MappingFL)

also the tampa bay - never gonna not be fought over.  cant wait for the state senate fight. ugh.

**5/23/2021 11:48 PM**

Nicholas Warren (NLVWarren)

yeah we will lose that fight

**5/23/2021 11:48 PM**
Florida Data Geek ⬆️   UA (MappingFL)

and i gotcha on dade, ok that makes sense.

**5/23/2021 11:48 PM**

Nicholas Warren (NLVWarren)

unless they trade Brandes for Cruz

**5/23/2021 11:48 PM**
Florida Data Geek ⬆️   UA (MappingFL)

i have no doubt

**5/23/2021 11:48 PM**
Florida Data Geek ⬆️   UA (MappingFL)

gonna suckkkkkk

**5/23/2021 11:49 PM**

Nicholas Warren (NLVWarren)

it's also funny that HD70, on the whole, helps Dems, because if it were just in St Pete HD69 would be much redder

**5/23/2021 11:50 PM**
Florida Data Geek ⬆️   UA (MappingFL)

oh that is veryyyyyyyy true

**5/23/2021 11:50 PM**
Florida Data Geek ⬆️   UA (MappingFL)

lol wonder if the GOP will figure that out

**5/23/2021 11:50 PM**

Nicholas Warren (NLVWarren)

one thing about retrogression and remedies: if the Leg decides to eliminate a §5-protected district, but one where there's no §2 right, and the state courts let them

**5/23/2021 11:50 PM**

Nicholas Warren (NLVWarren)

there is no likely federal remedy

**5/23/2021 11:51 PM**

Nicholas Warren (NLVWarren)

the thing about all of this: there is very little incentive to shake up the status quo in ANY of these 3 maps

**5/23/2021 11:51 PM**

Nicholas Warren (NLVWarren)

they are winning, and will keep winning! they won, at worst, a 23-17 majority in a senate map drawn in John O'Neill's Los Angeles apartment!

**5/23/2021 11:53 PM**

Nicholas Warren (NLVWarren)

esp. in the senate map, where population shifts mean the northernmost Palm Beach district will take in Martin and become deep red. they'll naturally gain a seat out of that

**5/23/2021 11:53 PM**
Florida Data Geek ⬆️   UA (MappingFL)

that is incredibly true - and is a pretty common convo going on here

**5/23/2021 11:54 PM**
Florida Data Geek ⬆ ᵁᴬ (MappingFL)

the FL GOP doesn't feel pressure because they win

**5/23/2021 11:54 PM**
Nicholas Warren (NLVWarren)

so between SD30, and SD8 naturally getting dismantled, and praying on the 3 Dade districts... there's really not much need to change anything

**5/23/2021 11:54 PM**
Florida Data Geek ⬆ ᵁᴬ (MappingFL)

their arrogance is amazing. of course it also makes me nervous about what they do, but they also are very confident in themselves

**5/23/2021 11:54 PM**
Nicholas Warren (NLVWarren)

and they're just smarter lol

**5/23/2021 11:54 PM**
Florida Data Geek ⬆ ᵁᴬ (MappingFL)

cant wait for this to come back

**5/23/2021 11:54 PM**
Florida Data Geek ⬆ ᵁᴬ (MappingFL)



https://twitter.com/MappingFL/status/1394755204831006720?s=20
Link title: Florida Data Geek ⬆ ᵁᴬ on Twitter
Link description: "@umichvoter I think back to this old article looking at the 2012-2014 version of Senate District 7. Great example of a compact gerrymander. Designed to look good but never elect a Dem by linking Clay to Alachua.

https://t.co/9jWtX4COg1 #flapol"
https://t.co/mmIVyfB5Sc

**5/23/2021 11:55 PM**
Florida Data Geek ⬆ ᵁᴬ (MappingFL)

smart and evil.  its the worst

**5/23/2021 11:55 PM**
Nicholas Warren (NLVWarren)

it can't! Bradley + Perry!

**5/23/2021 11:55 PM**
Florida Data Geek ⬆ ᵁᴬ (MappingFL)

ohhhh right!

**5/23/2021 11:55 PM**
Nicholas Warren (NLVWarren)

but there's a decent way to have 3 vertically-oriented districts that separate all 3 of them

**5/23/2021 11:55 PM**
Nicholas Warren (NLVWarren)

(Hutson being the 3rd)

**5/23/2021 11:55 PM**
Florida Data Geek ⬆ UA (MappingFL)

but you get my point.  compact gerrymanders.  look nice.  but totally bullshit

**5/23/2021 11:55 PM**
Nicholas Warren (NLVWarren)

Baxley being term-limited helps a lot

**5/23/2021 11:55 PM**
Nicholas Warren (NLVWarren)

yeah defo

**5/23/2021 11:56 PM**
Nicholas Warren (NLVWarren)

fuck Rod Smith AND Kayser Enneking lol

**5/23/2021 11:56 PM**
Florida Data Geek ⬆ UA (MappingFL)

god damn both fucking times!   though Enneking might have won if not for that 3rd party guy!   god they are gonna pull that shill all the time now

**5/23/2021 11:57 PM**
Florida Data Geek ⬆ UA (MappingFL)

i wonder what its like to just have unlimited cash

**5/23/2021 11:57 PM**
Nicholas Warren (NLVWarren)



Attachment with type image/jpeg
something I sketched https://t.co/EGKoBcpOcz

**5/23/2021 11:57 PM**
Nicholas Warren (NLVWarren)

disregard Orlando lol

**5/24/2021 12:00 AM**
Florida Data Geek ⬆ UA (MappingFL)

ohhh that will do it!

**5/24/2021 12:00 AM**
Nicholas Warren (NLVWarren)

it's so pretty

**5/24/2021 12:01 AM**
Nicholas Warren (NLVWarren)

are you involved in caucus strategy or anything?

**5/24/2021 12:01 AM**
Florida Data Geek 🔼 UA (MappingFL)

omg this reminds me, my favorite tweet.  lost to time.  2016 debate about crossing the st johns river.  these senators insisting you cant (and we know why they didnt want to) - and i just tweeted "what the river looks like to Senator Galvano" and it was a photo of the ocean

Nicholas Warren (NLVWarren)

lmaoooooo I remember!!!!!

**5/24/2021 12:01 AM**

**5/24/2021 12:01 AM**
Florida Data Geek 🔼 UA (MappingFL)

directly with members?  no.  will I be involved,  yes.

Nicholas Warren (NLVWarren)

omg those special sessions (clusters} were the best of times

**5/24/2021 12:02 AM**

**5/24/2021 12:02 AM**
Florida Data Geek 🔼 UA (MappingFL)

i dont think with members,  what i'll be doing is still being worked out, i'll say as much

**5/24/2021 12:02 AM**
Florida Data Geek 🔼 UA (MappingFL)

so amazing

**5/24/2021 12:02 AM**
Florida Data Geek 🔼 UA (MappingFL)

best time ever

Nicholas Warren (NLVWarren)

well keep me updated to the extent you can

**5/24/2021 12:03 AM**

Nicholas Warren (NLVWarren)

I have concerns with how things have been going so far

**5/24/2021 12:03 AM**

Nicholas Warren (NLVWarren)

on SD9, it's tough bc the Orlando area is growing faster than the state - those 4 SDs have to shrink

**5/24/2021 12:04 AM**

Nicholas Warren (NLVWarren)

will be curious to see

**5/24/2021 12:04 AM**

**5/24/2021 12:06 AM**
Florida Data Geek 🔼 UA (MappingFL)

i'll def keep you updated, and yeah it will be.  god i cant wait for more detailed numbers

Nicholas Warren (NLVWarren)

me neither

**5/24/2021 12:10 AM**

Nicholas Warren (NLVWarren)

Another legal point for you: it's an open question whether the VRA §2 recognizes a right for "coalition" districts where it's impossible to draw a 50+1% CVAP district of a single minority group. The 11th Circuit did recognize coalitional §2 claims in a 1990 case (involving Hardee actually), but SCOTUS hasn't ruled on it

**5/24/2021 8:38 AM**

**5/24/2021 8:39 AM**

Nicholas Warren (NLVWarren)

As you know, this doesn't really matter for retrogression – CD5, CD10, SD19, HD117, etc. all protected from retrogression under the §5 standard in FDA.

**5/24/2021 8:41 AM**

Nicholas Warren (NLVWarren)

But they're protected because a single minority group has some level of ability to elect candidates of choice (usually because majority of Dem primary + Dem general), not because two different groups can combine to elect a candidate of choice

**5/24/2021 8:50 AM**

Nicholas Warren (NLVWarren)

Correction: it's not really an open question whether the VRA recognizes coalition claims. SCOTUS basically said no in Bartlett v. Strickland in 2008 and again in Perez v. United States in 2012, and the FL Supreme Court cited both in 2012

**5/24/2021 8:51 AM**

Nicholas Warren (NLVWarren)

So yeah no §2 right against vote dilution (under actual VRA or FDA) unless you can draw a geographically compact 50% +1 CVAP district of a single minority group

**5/24/2021 8:52 AM**

Nicholas Warren (NLVWarren)

And no FDA right against retrogression (§5 analog) unless a single minority group has SOME ability to elect candidates of choice - even if it's not a guaranteed ability (like HD26 being a 3/5 Black district this decade)

**5/24/2021 8:53 AM**

Nicholas Warren (NLVWarren)

And FOR THE LOVE OF GOD please note that even tho you have to show you can draw a 50% +1 district to PROVE a vote dilution claim, the REMEDY doesn't have to be 50% +1 – it only has to be minority enough to elect a minority candidate of choice. Which as you know could be much lower!

**5/25/2021 9:20 AM**

Nicholas Warren (NLVWarren)





https://twitter.com/nlvwarren/status/1397177381207564288?s=21
https://twitter.com/NLVWarren/status/1397177381207564288
Link title: Nicholas Warren on Twitter
Link description: "A new citizen initiative would make the FL Education Commissioner elected. The ballot summary explains that currently, the Governor appoints.

The problem? The Board of Ed appoints now, not the Gov 🤦 "
Link title: Nicholas Warren on Twitter
Link description: "A new citizen initiative would make the FL Education Commissioner elected. The ballot summary explains that currently, the Governor appoints.

The problem? The Board of Ed appoints now, not the Gov 🤦 "
https://t.co/iOCEsy4HFc https://t.co/rlSwuZ2pkg

**5/25/2021 9:20 AM**

Nicholas Warren (NLVWarren)

Absolutely bonkers

**5/25/2021 10:21 PM**

Florida Data Geek ⬆️    UA (MappingFL)

LOL omg

**5/25/2021 10:28 PM**

Nicholas Warren (NLVWarren)

Like how could they be so dumb

**5/25/2021 10:28 PM**

Nicholas Warren (NLVWarren)

I forced them to launch their campaign today oops

**5/25/2021 10:29 PM**

Nicholas Warren (NLVWarren)

2 hours after my tweet, they set up their socials, posted their first posts, and issued a press release

**5/25/2021 10:34 PM**

Florida Data Geek ⬆ UA (MappingFL)

LOL omg that is not a good start for them

**5/25/2021 10:34 PM**

Florida Data Geek ⬆ UA (MappingFL)

doesn't really inspire a "serious" vibe

**5/25/2021 10:38 PM**

Nicholas Warren (NLVWarren)

that's what's so bizarre, the people involved

**5/25/2021 10:38 PM**

Nicholas Warren (NLVWarren)

they are real

**5/25/2021 10:38 PM**

Nicholas Warren (NLVWarren)

Bucky Mitchell orchestrated the 2000 felon voter purge and wrote the big 2011 voter suppression bill

**5/25/2021 10:38 PM**

Nicholas Warren (NLVWarren)

*2012

**5/25/2021 10:39 PM**

Nicholas Warren (NLVWarren)

and the petition was approved and has been online since April 29

**5/25/2021 10:39 PM**

Nicholas Warren (NLVWarren)

like why submit it that early if you're not ready to launch your campaign??

**5/25/2021 10:54 PM**

Florida Data Geek ⬆ UA (MappingFL)

wow yeah those are actual names, i legit dont understand then how they can fuck up that bad. like a quick google search people

**5/25/2021 10:56 PM**

Nicholas Warren (NLVWarren)

like.. read the constitution before you amend it

**5/25/2021 10:57 PM**

Nicholas Warren (NLVWarren)

wow I didn't even notice – their initiative doesn't even strike the language in the constitution that says the BOE appoints the commissioner. So their amendment would leave 2 conflicting methods of selection

**5/25/2021 10:58 PM**

Nicholas Warren (NLVWarren)

for them to go ahead with the rushed campaign launch today after they KNEW they fucked up...

**5/25/2021 10:59 PM**

Nicholas Warren (NLVWarren)

they'll need to file a new petition and start over. their summary is affirmatively misleading and would get struck down

**5/25/2021 11:00 PM**
Florida Data Geek 🔼 ᵁᴬ (MappingFL)

> i... how.... what the fuck is going on?

**5/25/2021 11:02 PM**
Nicholas Warren (NLVWarren)

Literally read the constitution

**5/25/2021 11:02 PM**
Nicholas Warren (NLVWarren)

Before you amend it

**5/26/2021 11:39 AM**
Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1396901437653803018?s=20
Link title: Nicholas Warren on Twitter
Link description: "current mood"
https://t.co/ttMrrmdcC2

**5/26/2021 11:39 AM**
Nicholas Warren (NLVWarren)

feel like you'd appreciate this

**5/26/2021 6:22 PM**
Florida Data Geek 🔼 ᵁᴬ (MappingFL)

> omg so much.  like... how do we not even have county data yet?

**6/2/2021 9:49 PM**
Florida Data Geek 🔼 ᵁᴬ (MappingFL)

> yoooo.  hey whenever you can, can you send me those links on florida redistricting cases,
> there was like some site that had a bunch of past rulings you sent my old acc.  i'm trying to be
> sure i get my head entirely wrapped around some of these

**6/3/2021 10:45 AM**
Nicholas Warren (NLVWarren)

Here's the page that summarizes the '90s cases

**6/3/2021 10:45 AM**
Nicholas Warren (NLVWarren)

https://www.senate.mn/departments/scr/REDIST/Redsum/flsum.htm
https://t.co/os9FAR4COc

**6/3/2021 10:45 AM**
Nicholas Warren (NLVWarren)

This summarizees the '00s cases

**6/3/2021 10:45 AM**
Nicholas Warren (NLVWarren)

https://www.ncsl.org/research/redistricting/2000s-redistricting-case-summaries.aspx#FL
https://t.co/wgos5QkVWh

**6/3/2021 10:57 AM**
Nicholas Warren (NLVWarren)

The key '10 cases are:

**6/3/2021 10:57 AM**

Nicholas Warren (NLVWarren)

https://scholar.google.com/scholar_case?case=16181620808462977000
Apportionment I, where the FSC explained what Fair Districts means, struck down the original 2012 Senate plan, and upheld the House plan: https://t.co/P2GbdqGYxh

**6/3/2021 10:58 AM**

Nicholas Warren (NLVWarren)

https://scholar.google.com/scholar_case?case=7704973065281338579
Apportionment II, FSC upheld the revised 2012 Senate plan: https://t.co/6fvqk7wrDp

**6/3/2021 10:59 AM**

Nicholas Warren (NLVWarren)

https://scholar.google.com/scholar_case?case=966573952906433631
Apportionment VII, FSC upheld trial court's factual findings regarding the 2012 congressional plan but ordered more districts to be redrawn to cure illegal partisan intent: https://t.co/OEFJBNT6KI

**6/3/2021 10:59 AM**

Nicholas Warren (NLVWarren)

https://scholar.google.com/scholar_case?case=7785763468460421178
Apportionment VIII, FSC approved remedial congressional plan and did more explanation of what Fair Districts means, especially splitting political boundaries and minority access https://t.co/4cz1HPgx4a

**6/3/2021 9:56 PM**

Nicholas Warren (NLVWarren)

If that's not what you're looking for let me know

**6/3/2021 10:19 PM**

Florida Data Geek 🔼 UA (MappingFL)

Oh these all look great!  I'm just getting a chance to go through them now.  Perfect!

**6/3/2021 10:19 PM**

Florida Data Geek 🔼 UA (MappingFL)

Thanks man!

**6/3/2021 10:19 PM**

Florida Data Geek 🔼 UA (MappingFL)

Weekend for me going be reading and reading

**6/3/2021 10:22 PM**

Nicholas Warren (NLVWarren)

I'm sure NCSL has some good overviews of the federal law. The All About Redistricting site does too. I'll look tmr

**6/6/2021 10:42 PM**

Florida Data Geek 🔼 UA (MappingFL)

am I right about this take?   House District 20, since its only 30% black now, has no real legal protection.  like they dont have to keep linking the black pop of gains and ocala.  does a district like the 20th (where its not maj or plurality minority but has a history as a access seat - have any possible protection?

**6/6/2021 10:42 PM**

Nicholas Warren (NLVWarren)

No

**6/6/2021 10:42 PM**

Nicholas Warren (NLVWarren)

No you're not right

**6/6/2021 10:43 PM**

Florida Data Geek 🔼 UA (MappingFL)

ok please explain lol

**6/6/2021 10:43 PM**

Nicholas Warren (NLVWarren)

It is possibly protected from retrogression/diminishment of Black voters' ability to elect reps of choice

**6/6/2021 10:43 PM**

Nicholas Warren (NLVWarren)

under FDA's §5 standard

**6/6/2021 10:45 PM**

Florida Data Geek ⬆ UA (MappingFL)

here is why i was wondering, because depending on turnout, black voters dont even guarantee to make up the largest vote in a primary

**6/6/2021 10:45 PM**

Nicholas Warren (NLVWarren)

The question is whether Black voters have *some* ability to elect candidates of choice in the benchmark district

**6/6/2021 10:45 PM**

Florida Data Geek ⬆ UA (MappingFL)

https://mcimaps.com/wp-content/uploads/2020/07/House-20-Margin-2048x1583.png
https://t.co/muBtUslYKX

**6/6/2021 10:45 PM**

Florida Data Geek ⬆ UA (MappingFL)

so is it too low?  or is the results before us enough?  (aka multiple black reps)

**6/6/2021 10:45 PM**

Nicholas Warren (NLVWarren)

If so, then their ability-to-elect cannot be diminished

**6/6/2021 10:45 PM**

Nicholas Warren (NLVWarren)

An ability to elect doesn't have to be 100% or guaranteed

**6/6/2021 10:45 PM**

Nicholas Warren (NLVWarren)

Nor does it depend on the color of skin of the candidates getting elected

**6/6/2021 10:46 PM**

Florida Data Geek ⬆ UA (MappingFL)

ok.  so the potential is at least theoretically there now, even if its not a lock (like the 5th congress being 60%+ black in dem primary)

**6/6/2021 10:46 PM**

Florida Data Geek ⬆ UA (MappingFL)

so since its possible its potentially protected

**6/6/2021 10:46 PM**

Nicholas Warren (NLVWarren)

However, that is obviously relevant, especially here where I'm sure a precinct regression of primary and general elex results would show that Hinson and Watson had robust support from overwhelming majority of Black voters

**6/6/2021 10:47 PM**

Nicholas Warren (NLVWarren)

Especially with crossover support from white voters in both primary & general

**6/6/2021 10:48 PM**

Florida Data Geek ⬆ UA (MappingFL)

i gotcha.  yeah i mean you could easily argue the 20th does give minority voters a chance to elect a member of their chosing.  so it is a functional access seat.  ok so its possible

protected via progression.   BUT if the current 20th didnt exist as an access, there would be no mandate to draw it now, right?  this is more about the issue of going backward.

**6/6/2021 10:48 PM**

Nicholas Warren (NLVWarren)

interesting there hasn't been a contested primary since Watson came in in 2021

**6/6/2021 10:48 PM**

Nicholas Warren (NLVWarren)

2012*

**6/6/2021 10:48 PM**

Nicholas Warren (NLVWarren)

Correct!

**6/6/2021 10:48 PM**

Nicholas Warren (NLVWarren)

this is about not going backward

**6/6/2021 10:49 PM**

Nicholas Warren (NLVWarren)

no right to go forward (under vote dilution claim/§2 of VRA and its FDA analog), because you can't draw a majority BVAP district

**6/6/2021 10:49 PM**

Florida Data Geek ⬆ UA (MappingFL)

okkkk thats right!  i do remember this convo from months back but damn account nuking deleted all that.

**6/6/2021 10:49 PM**

Nicholas Warren (NLVWarren)

yep so same thing with HD 26 except there you're looking more at the general than the primary as well

**6/6/2021 10:50 PM**

Nicholas Warren (NLVWarren)

if HD 26 is like a 2-out-of-5 or 3-out-of-5 Black ability-to-elect seat, it has to stay that way

**6/6/2021 10:51 PM**

Florida Data Geek ⬆ UA (MappingFL)

yeah that one is def right on the edge.  especially after it was held by the GOP last year.  I feel if the GOP totally nukes it they prob get away with it under this court.  because its less clear at this point.

**6/6/2021 10:52 PM**

Nicholas Warren (NLVWarren)

Yeah probably, but I can't remember where all the Volusia incumbents live

**6/6/2021 10:52 PM**

Florida Data Geek ⬆ UA (MappingFL)

i know this for sure, the 21st is gonna get made more steady R.  i dont see how they dont try and sure that up.

**6/6/2021 10:52 PM**

Nicholas Warren (NLVWarren)

They may argue there is no longer any Black ability-to-elect in the benchmark (or it's negligible)

**6/6/2021 10:53 PM**

Florida Data Geek ⬆ UA (MappingFL)

i could def see them making that argument.  and frankly for dems they have better arguments to make elsewhere.

15

**6/6/2021 10:53 PM**

Nicholas Warren (NLVWarren)

Yeah I think there was probably a feeling 10 years ago that if they made HD 20 Alachua-only, they would make an Ocala-based seat too competitive

**6/6/2021 10:53 PM**

Nicholas Warren (NLVWarren)

No longer an issue obviously

**6/6/2021 10:54 PM**

Florida Data Geek 🔝 UA (MappingFL)

mmmhmmm.  plenty of room to play with moving lines around to make the 20th the only real dem seat in the area

**6/6/2021 10:54 PM**

Florida Data Geek 🔝 UA (MappingFL)

granted not like dems ever managed to secure the 21st anyway

**6/6/2021 10:55 PM**

Nicholas Warren (NLVWarren)

Although on HD26, a 53-47 margin in 2020 is really not that big

**6/6/2021 10:55 PM**

Nicholas Warren (NLVWarren)

yeah that's why I don't think there will be much disruption on any map... they don't need to

**6/6/2021 10:55 PM**

Florida Data Geek 🔝 UA (MappingFL)

true about 26

**6/6/2021 10:56 PM**

Florida Data Geek 🔝 UA (MappingFL)

yeah they already gotta feel pretty confident.  can just focus on suring up a couple seats like 21st or 15th, but hell they dont have to go crazy at all

**6/6/2021 10:56 PM**

Nicholas Warren (NLVWarren)

For more on the §5/retrogression standard read Apportionment I starting at "As Congress explained, the new "Section 5[was] intended to be specifically focused

**6/6/2021 10:56 PM**

Nicholas Warren (NLVWarren)

https://scholar.google.com/scholar_case?case=16181620808462977000
https://t.co/P2GbdqGYxh

**6/6/2021 10:57 PM**

Nicholas Warren (NLVWarren)

"]oting changes that leave a minority group less able to elect a preferred candidate of choice, either directly or when coalesced with other voters, cannot be precleared under Section 5"

**6/6/2021 10:57 PM**

Nicholas Warren (NLVWarren)

"the Legislature cannot eliminate majority-minority districts or weaken other historically performing minority districts where doing so would actually diminish a minority group's ability to elect its preferred candidates. In other words, in addition to majority-minority districts, coalition or crossover districts that previously provided minority groups with the ability to elect a preferred candidate under the benchmark plan must also be recognized."

**6/6/2021 10:58 PM**

Nicholas Warren (NLVWarren)

BUT "a slight change in percentage of the minority group's population in a given district does not necessarily have a cognizable effect on a minority group's ability to elect its preferred candidate of choice. This is because a minority group's ability to elect a candidate of choice depends upon more than just population figures."

16

**6/6/2021 11:00 PM**
Florida Data Geek 🔼 ᴜᴀ (MappingFL)

> that line about the slight change is spot on, cause man some folks get so obsessed with small % changes.  45% vs 46% and so on.  as if you move things by 0.5% the dynamic just drastically changes

**6/6/2021 11:01 PM**
Nicholas Warren (NLVWarren)

yup. very dumb. that's what dismantling CD5 was all about!!

**6/6/2021 11:03 PM**
Nicholas Warren (NLVWarren)

and btw, in the analysis of why reorienting CD5 east-west *didn't* retrogress, the court made clear that there was no evidence that going from 48% to 45% BVAP would diminish - **in that district** (since might be different given more racial polarization)

**6/6/2021 11:04 PM**
Nicholas Warren (NLVWarren)

They also looked to the 1996 district that was at 42.7%!

**6/6/2021 11:04 PM**
Florida Data Geek 🔼 ᴜᴀ (MappingFL)

> exactly!  i remember this fight sooo well

**6/6/2021 11:05 PM**
Florida Data Geek 🔼 ᴜᴀ (MappingFL)

> that was such an intense debate.

**6/6/2021 11:05 PM**
Nicholas Warren (NLVWarren)

tho it is crazy how narrow Corrine's first elx were

**6/6/2021 11:05 PM**
Florida Data Geek 🔼 ᴜᴀ (MappingFL)

> and then at diff points you had some lawmakers, including montford, proposing an east-west 5 snake down to gainesville or ocala as well - to grab more voters -- all obsessed with boosting that black VAP a little higher

**6/6/2021 11:05 PM**
Nicholas Warren (NLVWarren)

a notable legal thing there tho was that the *Legislature* had the burden to prove their configuration was necessary to comply with the retrogression standard

**6/6/2021 11:05 PM**
Florida Data Geek 🔼 ᴜᴀ (MappingFL)

> in exhange for the FL-5 having weird tentacles snaking around

**6/6/2021 11:06 PM**
Nicholas Warren (NLVWarren)

that was unusual, and only because of the finding that the whole map was tainted with partisan intent

**6/6/2021 11:06 PM**
Nicholas Warren (NLVWarren)

usually, it's the minority group that's suing and has the burden to prove that the Legislature's map retrogresses

**6/6/2021 11:06 PM**
Florida Data Geek 🔼 ᴜᴀ (MappingFL)

> ahhh yeah - its like "you need to justify yourself because you already showed your true colors"

6/6/2021 11:06 PM
Florida Data Geek ⬆ ᴜᴀ (MappingFL)

"your on thin ice, legislature"! lol

6/6/2021 11:08 PM
Nicholas Warren (NLVWarren)

and once you start going waaay out of your way to draw a district oriented toward hitting a numerical target, you run into another legal problem: racial gerrymandering, i.e. race predominating in drawing the district without a compelling justification (like complying with the VRA)

6/6/2021 11:08 PM
Nicholas Warren (NLVWarren)

it's unclear whether complying with FDA's retrogression standard would be a compelling justification for having race predominate in the drawing of a district

6/6/2021 11:09 PM
Nicholas Warren (NLVWarren)

my guess is this SCOTUS would probably say no

6/6/2021 11:10 PM
Florida Data Geek ⬆ ᴜᴀ (MappingFL)

yeah it can be tricky, you can go to far.  and alot of people do that.  but i get what your saying

6/6/2021 11:11 PM
Nicholas Warren (NLVWarren)

setting % targets without much inquiry is definitely bad tho

6/6/2021 11:11 PM
Nicholas Warren (NLVWarren)

(bad as in violates the 14th Amendment)

6/6/2021 11:11 PM
Florida Data Geek ⬆ ᴜᴀ (MappingFL)

yes that needs to be hammered home to some folks.  cause i hear people talk about that kinda stuff on here allllll the time

6/6/2021 11:11 PM
Florida Data Geek ⬆ ᴜᴀ (MappingFL)

they have % ideas before even starting

6/6/2021 11:12 PM
Nicholas Warren (NLVWarren)

it's funny, I'm now remembering that last year Dan Newman asked me to come up with a list with all the districts that were "protected" by the VRA/FDA

6/6/2021 11:12 PM
Nicholas Warren (NLVWarren)

for arguments against Amendment 3

6/6/2021 11:12 PM
Nicholas Warren (NLVWarren)

yes well everyone is dumb on that

6/6/2021 11:13 PM
Nicholas Warren (NLVWarren)

this is part of what I told him:

6/6/2021 11:13 PM
Nicholas Warren (NLVWarren)

So – the retrogression requirement doesn't really have a concept of particular "access seats." Minorities' ability to elect candidates of choice (assuming minority voters vote cohesively) is protected from diminishment in every district, statewide. Also, the law thinks in terms of likelihood – so a district that has a 90% chance of electing a black candidate of choice (which

could have a 30% or 50% or 70% black population depending on other circumstances) can't drop below around 90% chance. Same with 50% chance. Etc.

But there are obviously districts where black voters have a very high ability to elect candidates of choice. Those would be all the ones you list (maybe not HD 20), plus HDs 8, 14, 46, 94, 95, 102, 107, and 108. (The Haitian districts might be tricky if there's not much Haitian/African-American cohesion, I'm not sure.)

I'd add that HDs 26 and 84 have been like 40–60% chance districts for electing black candidates of choice this past decade.

**6/6/2021 11:14 PM**

Nicholas Warren (NLVWarren)

He shared his primary data and Black share of Dem primary increased across the board since ten years ago, which I guess is bc of Dixiecrats leaving

**6/6/2021 11:14 PM**

Florida Data Geek ⬆️ ᵁᴬ (MappingFL)

omg Haitian v African-American dynamics is def a unique scenario down south.

**6/6/2021 11:14 PM**

Florida Data Geek ⬆️ ᵁᴬ (MappingFL)

yes it has!  at least in many areas

**6/6/2021 11:14 PM**

Nicholas Warren (NLVWarren)

yes! and legally irrelevant!

**6/6/2021 11:15 PM**

Nicholas Warren (NLVWarren)

well it's legally relevant if the Black voters overall aren't cohesive

**6/6/2021 11:15 PM**

Nicholas Warren (NLVWarren)

if that's the case, then there's no VRA/FDA protection AT ALL

**6/6/2021 11:15 PM**

Nicholas Warren (NLVWarren)

but at least under current law, you can't look at just "Haitian Americans" or just "African Americans"

**6/6/2021 11:16 PM**

Nicholas Warren (NLVWarren)

you have to lump them together and analyze their voting behavior as a big racial group

**6/6/2021 11:17 PM**

Florida Data Geek ⬆️ ᵁᴬ (MappingFL)

yeah and that can def be where looking at past votings and primaries comes in.   also thinking things like SD-38 where youve got haitian vs black vs white vs hispanic (who also have terrible primary turnout) - northeast dade can get realllllllyyyyy messy

**6/6/2021 11:17 PM**

Nicholas Warren (NLVWarren)

exactly

**6/6/2021 11:18 PM**

Nicholas Warren (NLVWarren)

tho I doubt anyone will argue there isn't cohesion amongst Carib/Af-Am, since they all vote together in the general

**6/6/2021 11:18 PM**

Nicholas Warren (NLVWarren)

and that's probably the more legally sound view

19

**6/6/2021 11:19 PM**

Nicholas Warren (NLVWarren)

it's just like if there were Gadsden Dems and Leon Dems voting at odds in the HD8 primary. You wouldn't argue that Black voters in HD8 were noncohesive just bc of htat

**6/6/2021 11:20 PM**

Nicholas Warren (NLVWarren)

and as I said, at least for now, the categories "Caribbean Americans" and "African Americans" have just as much legal relevance as "Gadsden Black voters" and "Leon Black voters"

**6/6/2021 11:24 PM**

Florida Data Geek ⬆ UA (MappingFL)

yeah and that makes sense because we do see united voting in generals.  totally get it

**6/13/2021 2:20 PM**

Florida Data Geek ⬆ UA (MappingFL)

here is a question.  so from my understanding, the jax-based african-american state senate district is protected from retrogression via fair districts (and not like we expect the gop to destroy it anyway) - but hypothetically, since its not majority-black, its not VRA protected, right?  or since its demonstrated its long trend of black wins, is it protected under any federal principle.

i'm trying to confirm some conflicting info on federal courts looking more at the "functional analysis" stuff.  like lets just say, in theory, the jax district was blown up and fair districts didnt exist, would there be any recourse in the federal courts?

**6/13/2021 6:48 PM**

Nicholas Warren (NLVWarren)

You're correct it's protected from retrogression by FDA. It would only be protected from dilution under FDA and VRA if you *can* draw a majority BCVAP district that's relatively geographically "compact". And can't you?

**6/13/2021 6:49 PM**

Nicholas Warren (NLVWarren)

I thought the original 2012 district was struck down in Apportionment I specifically because the Coalition's alternative was a majority BCVAP district wholly within Jax

**6/13/2021 6:51 PM**

Florida Data Geek ⬆ UA (MappingFL)

you might be able to go 50%+ black but it probably wouldn't look great.  its interesting because their original 2012 plan that they sent to supreme court review continued the whole deal where it went from jax down to daytona.  but after the fl court knixed that map, (which was really about the panhandle coast district and the bogdanoff district) they changed it to the jax only seat.  then in 2015 they re-drew it but the nature of it remained the same

**6/13/2021 6:52 PM**

Nicholas Warren (NLVWarren)

The court found the Daytona district facially invalid too

**6/13/2021 6:53 PM**

Florida Data Geek ⬆ UA (MappingFL)

ahhhh i missed that part

**6/13/2021 6:54 PM**

Florida Data Geek ⬆ UA (MappingFL)

yeah because THIS nightmare still wasn't 50%+ black

**6/13/2021 6:54 PM**

Florida Data Geek ⬆ UA (MappingFL)

https://www.flsenate.gov/UserContent/Session/Redistricting/MapsAndStats/State%20Senate/S000S9008/Maps/Letter_4_NE_Historic%20Plans_S000S9008.pdf
https://t.co/Ybi05hJj5r

6/13/2021 6:54 PM

Florida Data Geek [↑]   UA (MappingFL)

> it only got to around 47%, and that was with all the nonsense.  so the notion of "hey you can do jax only and its only a few % less black but still functionally a black seat" made sense.

6/13/2021 7:53 PM

Nicholas Warren (NLVWarren)

Right

6/13/2021 7:53 PM

Nicholas Warren (NLVWarren)

The FDP and the Coalition challenge District 6 on the grounds that the Senate used Florida's minority voting protection provision as a pretext for partisan favoritism and violated the requirements of compactness and utilizing political and geographical boundaries. Based on the objective data before this Court, we conclude that District 6 violates constitutional mandates by sacrificing compactness and utilizing boundaries when not necessary to do so to avoid conflict with the minority voting protection provision.

Attachment with type image/jpeg
https://t.co/M0UAi0WbAo

6/13/2021 7:53 PM

Nicholas Warren (NLVWarren)

The stated justification for the configuration of District 6 is minority voting protection. As we have explained previously, because the Senate never performed an appropriate functional analysis, the reliability of this justification is questionable. District 6 is a black opportunity district, with a black VAP of 47.7%. District 6 is not a majority-minority district, and neither was its predecessor in the benchmark `667 Senate plan. The benchmark district, old District 1, had a black VAP of 46.9%. In short, this is not a district where the Senate's goal was to create a majority-minority district.

Attachment with type image/jpeg
https://t.co/wLDSoLpHNb

6/13/2021 7:53 PM

Nicholas Warren (NLVWarren)

The Legislature formed this district with the stated intent to preserve minority voting opportunities. The Legislature stated that it intended to "tie[] communities of similar socioeconomic characteristics in the northeastern portion of the state from the St. Johns River basin to Interstate 95 between Daytona Beach and Jacksonville, consistent with traditional, race-neutral redistricting principles" and to create a district with "a near majority black voting-age population, comparable to that of the existing district." SJR 1176 at 39.[48] District 6 retains 70.3% of its predecessor district (old District 1). However, as discussed above, the Senate in drawing this district did not perform a functional analysis, but rather focused on keeping the core of old District 1. Old District 1, however, was drawn at a time when compactness was not a constitutional imperative. Because compactness is now a requirement, the Legislature is permitted to violate compactness only when necessary to avoid conflict with tier-one standards, including the minority voting protection provision.

Attachment with type image/jpeg
https://t.co/H6HGpFFn70

**6/13/2021 7:53 PM**

Nicholas Warren (NLVWarren)



Coalition District 1 has a black VAP of 42.4%. While we recognize that this is lower than the black VAP of the benchmark District 1 (which has a black VAP of 46.9%), our inquiry does not end there. An examination of voting strength must be conducted. The equivalent district under the Coalition's alternative plan would perform Democratic; it would have voted 57.3% for Sink (D) in the 2010 gubernatorial election, 61.0% for Obama (D) in the 2008 presidential election, and 49.1% for Davis (D) in the 2006 gubernatorial election. Democrats would make up 56.1% of registered voters, and 66.4% of the registered Democrats would be black (showing opportunity for black voters among Democrats). Further, 86.8% of the black voters would be registered Democrats (showing voting cohesion among black voters in general). As to the registered voters who actually voted in the 2010 general election, the numbers would be quite similar: Democrats would make up 55.8% of registered voters, 65.8% of the Democrats would be black, and 91.6% of the black voters would be Democrats. Black voters would have also controlled the Democratic primary, with 64.3% of the Democrats voting in the primary being black. This analysis indicates that the district will likely afford black voters the ability to elect candidates of their choice.[49]

*669 Thus, the Coalition has demonstrated that District 6 can be drawn much more compactly and remain a minority-opportunity district. In addition to being much

Attachment with type image/jpeg
https://t.co/0kkXchU8WF

**6/13/2021 7:54 PM**

Nicholas Warren (NLVWarren)

But it may be possible to draw a majority BCVAP district now. Keep in mind that "geographical compactness" under Gingles/VRA section 2 is not the same as "compactness" under FDA or what you or I would think of as compact. It's more lenient

**6/13/2021 7:55 PM**

Nicholas Warren (NLVWarren)

If so, that would be a way to get into federal court

**6/13/2021 7:56 PM**

Nicholas Warren (NLVWarren)

Also keep in mind that the majority BCVAP district is only needed to prove your Section 2/ vote dilution claim. The remedy can be lower than that, as long as it's enough to elect a Black candidate or choice

**6/13/2021 7:57 PM**

Nicholas Warren (NLVWarren)

Which is why, for example, SD33 isn't majority Black even tho you can draw a majority BCVAP district down in Browars

**6/13/2021 8:00 PM**

Florida Data Geek 🔝 ᴜᴀ (MappingFL)

so this brings up an interesting question.  if you can get to say 48% black, but cant reach 50%, are there any protections under federal court?  to me it feels like getting to 48%, showing voter coehesion, and even including gingles where the maj population is willing to vote for a minority candidate, would destroying the current SD6 violate federal dillution laws?  even if 50%+1 was (theoretically) impossible.

we've talked about 50% not being a magic number.  but is it under VRA for protection?

**6/13/2021 8:03 PM**

Nicholas Warren (NLVWarren)

No, to prove a vote dilution claim under VRA sec 2, you must be able to draw a geographically compact district with majority CVAP

**6/13/2021 8:04 PM**

Nicholas Warren (NLVWarren)

But maybe you could get to maj BCVAP by going to Daytona, and maybe a federal court would find that was compact under Gingles

**6/13/2021 8:04 PM**

Florida Data Geek [↑]   UA (MappingFL)

man that would be like a big update to the VRA to add.  give some wiggle room.

**6/13/2021 8:04 PM**

Florida Data Geek [↑]   UA (MappingFL)

cause to me a 47% black seat in jax only is worthy of protection (under federal law)

**6/13/2021 8:19 PM**

Nicholas Warren (NLVWarren)

There are pretty good theoretical underpinnings to the majority requirement but there are arguments against it too obviously

**6/13/2021 8:21 PM**

Nicholas Warren (NLVWarren)

Congress overturned the SCOTUS ruling in Georgia v. Ashcroft (on what retrogression is) when they renewed the VRA in 2006, they could explicitly protect coalition districts when they renew it again

**6/13/2021 8:22 PM**

Nicholas Warren (NLVWarren)

Congress also overturned another bad SCOTUS ruling on Section 2 (Mobile v. Bolden) when it passed the VRA Amendments in 1982, which is how we got the Gingles test in the first place

**6/13/2021 8:40 PM**

Nicholas Warren (NLVWarren)

And of course if the John Lewis Voting Rights Act (HR 4) is passed, all of Florida will be under DOJ preclearance for retrogression and SD6 would be protected federally

**6/13/2021 9:18 PM**

Florida Data Geek [↑]   UA (MappingFL)

fucking joe manchin

**6/19/2021 4:47 PM**

Nicholas Warren (NLVWarren)



https://twitter.com/MappingFL/status/1406326351372558340
Link title: Florida Data Geek [↑]   UA on Twitter
Link description: "Reading through all these redistricting court cases for a "Florida primer" on redistricting

So.... many...... cases"
Let me edit this lol https://t.co/PQzIPUqUmV

**6/19/2021 4:51 PM**
Florida Data Geek 🔼  ᴜᴀ (MappingFL)

> i will lol.  i was gonna ask you too.

**6/19/2021 4:52 PM**
Florida Data Geek 🔼  ᴜᴀ (MappingFL)

> im desperately trying to keep it simple, but most importantly, CORRECT

Nicholas Warren (NLVWarren)

😎

**6/20/2021 5:52 PM**
Florida Data Geek 🔼  ᴜᴀ (MappingFL)

> i swear I've forgotten more than I remember about just how crazy redistricting was here in 2014-2016.  like i totally forgot about the 2014 court order and redraw in july of that year - which was happening as i was bogged down in a campaign

**6/20/2021 7:35 PM**
Nicholas Warren (NLVWarren)

Good ole Terry Lewis

**6/20/2021 7:36 PM**
Nicholas Warren (NLVWarren)

Apportionment III, IV, V, and VI also get forgotten ... there was a lot going on

**6/20/2021 7:36 PM**
Nicholas Warren (NLVWarren)

I was studying abroad in London when the congressional map got struck down. Can remember reading the order sitting on a bench in Soho Square

**6/21/2021 12:34 AM**
Florida Data Geek 🔼  ᴜᴀ (MappingFL)

> ha awesome

**6/21/2021 8:38 PM**
Nicholas Warren (NLVWarren)

https://twitter.com/Nickyg113/status/1407039452308987906
Link title: Tweet / Twitter
Losing brain cells https://t.co/rPfrJ8flHn

**6/21/2021 8:41 PM**
Florida Data Geek 🔼  ᴜᴀ (MappingFL)

> i just don't understand what "control of a district" is so hard to get.  again this complete feelty to exact %s - as if its some loophole you can sneak through

**6/21/2021 8:51 PM**
Nicholas Warren (NLVWarren)

I just tweeted

**6/21/2021 8:53 PM**

Nicholas Warren (NLVWarren)

**Types of Districts Under Section 2 of the Voting Rights Act, 52 U.S.C. § 10301**

| Type of District | Minority Population Required |
|---|---|
| Exemplar district necessary to prove a vote dilution claim | Majority by citizen voting-age population (CVAP) |
| Remedial district ordered after a successful a vote dilution claim | What is necessary to afford the minority group equal opportunity to participate in the political process and elect representatives of their choice |

https://twitter.com/NLVWarren/status/1407138975907725313?s=20
Link title: Nicholas Warren on Twitter
Link description: "a handy chart"
https://t.co/qB3olE1skb

**6/21/2021 8:58 PM**
Florida Data Geek 🔼 UA (MappingFL)

very nice.

**6/21/2021 9:00 PM**
Florida Data Geek 🔼 UA (MappingFL)

unrelated, but as i get the redistricting history section of my primer worked out, i cam across THIS amended CD-5 from gibson from 2015. i had written about it then but man i forget how dumb this looked

**6/21/2021 9:00 PM**
Florida Data Geek 🔼 UA (MappingFL)



Attachment with type image/png
https://t.co/gOfB8PbxRl

**6/21/2021 9:00 PM**
Florida Data Geek 🔼 UA (MappingFL)

and it barely moved the black VAP up anyway because it had to go through lilly-white union county

**6/21/2021 9:00 PM**
Nicholas Warren (NLVWarren)

BVAP anxiety

**6/21/2021 9:01 PM**
Florida Data Geek 🔼 UA (MappingFL)



Attachment with type image/png
and montford had his own version https://t.co/Hpww7kTBSp

**6/21/2021 9:02 PM**
Florida Data Geek 🔼 UA (MappingFL)

it was around this time I concluded lawmakers should never be allowed to draw maps - ever

**6/21/2021 9:03 PM**

Nicholas Warren (NLVWarren)

Gibson, Bullard, and Siplin were happy to vote for the original 2012 Senate gerrymander

**6/21/2021 9:03 PM**

Nicholas Warren (NLVWarren)

Gibson's Jax-Daytona district

**6/21/2021 9:03 PM**

Nicholas Warren (NLVWarren)

https://flsenate.gov/Session/Bill/2012/1176/Vote/SenateVote_s1176c1003.PDF
https://t.co/A7Py0FuxYJ

**6/21/2021 9:03 PM**

Nicholas Warren (NLVWarren)

shameful vote

**6/21/2021 9:04 PM**

Florida Data Geek ⬆ ᴜᴀ (MappingFL)

oh yeah totally shamelessness

**6/21/2021 9:04 PM**

Nicholas Warren (NLVWarren)

had forgotten how Ron Saunders kept the House caucus together. Good for him

**6/21/2021 9:04 PM**

Nicholas Warren (NLVWarren)

https://flsenate.gov/Session/Bill/2012/1176/Vote/HouseVote_s1176c1670.PDF
https://t.co/hU2Fot1CMG

**6/21/2021 9:04 PM**

Florida Data Geek ⬆ ᴜᴀ (MappingFL)

gotta love that Fasano NO

**6/21/2021 9:05 PM**

Florida Data Geek ⬆ ᴜᴀ (MappingFL)

indeed.  i remember that senate vote at the time, frustrated the hell out of me.

**6/21/2021 9:07 PM**

Nicholas Warren (NLVWarren)

Collaborators!

**6/23/2021 1:38 PM**

Nicholas Warren (NLVWarren)

Do you have a list of school boards that are elected from single-member districts?

**6/23/2021 2:05 PM**

Florida Data Geek ⬆ ᴜᴀ (MappingFL)

Hmmm no it doesn't look like I do.   I only have county commission breakdowns

**6/23/2021 2:59 PM**

Nicholas Warren (NLVWarren)

Aho k

**6/24/2021 12:27 PM**
Florida Data Geek ⬆ uA (MappingFL)



https://twitter.com/nlvwarren/status/1407495190479347719?s=21
https://twitter.com/NLVWarren/status/1407495190479347719
Link title: Nicholas Warren on Twitter
Link description: "love the Big Map Energy the FL Senate's lawyers brought to the 1982 apportionment case, filing every Senate map ever as exhibits"
Link title: Nicholas Warren on Twitter
Link description: "love the Big Map Energy the FL Senate's lawyers brought to the 1982 apportionment case, filing every Senate map ever as exhibits"
Lol what legal brief is this from? https://t.co/YJQGGQGVaD https://t.co/RuhjbuDaGx

**6/24/2021 12:30 PM**
Nicholas Warren (NLVWarren)

the FL Senate's brief in support of the 1982 map!

**6/24/2021 12:30 PM**
Nicholas Warren (NLVWarren)

hilariously unnecessary

**6/24/2021 12:31 PM**
Nicholas Warren (NLVWarren)

that top one is a 1962 house map from the house's brief but still

**6/24/2021 12:31 PM**
Nicholas Warren (NLVWarren)

they didn't need to do that either

**6/24/2021 10:26 PM**
Florida Data Geek ⬆ uA (MappingFL)

lol thats so random!  god the old pork chop maps

**6/25/2021 2:05 PM**
Florida Data Geek [↑] ᵁᴬ (MappingFL)





https://twitter.com/mappingfl/status/1408486514443440129?s=21
https://twitter.com/MappingFL/status/1408486514443440129
Link title: Florida Data Geek [↑] ᵁᴬ on Twitter
Link description: "The Democratic Primary for Brooklyn Borough President is a rich tapestry of different coalitions of race, nationality, and religion.  #nyc"
Link title: Florida Data Geek [↑] ᵁᴬ on Twitter
Link description: "The Democratic Primary for Brooklyn Borough President is a rich tapestry of different coalitions of race, nationality, and religion.  #nyc"
https://t.co/XDm3NZ4vQz https://t.co/wWGzcvU1nW

**6/25/2021 2:24 PM**
Nicholas Warren (NLVWarren)

it's beautiful #

**6/25/2021 2:35 PM**
Florida Data Geek [↑] ᵁᴬ (MappingFL)

I love New York maps.

**6/25/2021 4:39 PM**
Nicholas Warren (NLVWarren)

I think this map might be a good indicator of where the Orthodox registered-Dem, GOP-voting area in Midwood/Gravesend ends and where the Actually GOP area around Sheepshead Bay begins

**6/25/2021 4:39 PM**
Nicholas Warren (NLVWarren)

i.e. the Cornegy % in southern BK is a proxy for Orthodox

**6/25/2021 4:40 PM**
Nicholas Warren (NLVWarren)

also that Actually GOP/swingy area in Bensonhurst/Bay Ridge

**6/25/2021 6:59 PM**
Nicholas Warren (NLVWarren)

I'd be curious if there's less RCV ballot exhaustion in Orthodox areas - i.e. if the Orthodox cued their voters to vote a complete ballot and gave them the rankings

**6/25/2021 7:00 PM**

Nicholas Warren (NLVWarren)

Will be something to look out for if you map the % of ballot exhaustion after each round

**6/27/2021 11:38 PM**
Florida Data Geek ⬆ UA (MappingFL)

that will be interesting to watch!  especially because some orthodox blocs were not on board with RCV on the referendum

**6/27/2021 11:39 PM**
Florida Data Geek ⬆ UA (MappingFL)

when St Louis mayor happened this year under the approval voting system, the number of folks "approving" of multiple candidates was weakest in the areas that also gave it the weakest backing

**7/3/2021 1:17 PM**

Nicholas Warren (NLVWarren)





https://twitter.com/nlvwarren/status/1411366219295473669?s=21
https://twitter.com/NLVWarren/status/1411366219295473669
Link title: Nicholas Warren on Twitter
Link description: "Sponsors of that 2010 repealer? Dade Mayor candidate @SteveBovo and Manatee SOE Mike Bennett.

Who voted for it? Well it passed 39-0 and 111-3 so pretty much everyone. Relevant names: @JimmyPatronis, @kellistargel, @mattgaetz, @scottplakon, @braddrake5, @willweatherford..."
Link title: Nicholas Warren on Twitter
Link description: "Sponsors of that 2010 repealer? Dade Mayor candidate @SteveBovo and Manatee SOE Mike Bennett.

Who voted for it? Well it passed 39-0 and 111-3 so pretty much everyone. Relevant names: @JimmyPatronis, @kellistargel, @mattgaetz, @scottplakon, @braddrake5, @willweatherford..."
https://t.co/06uQAzEZ2p https://t.co/t3p1hPUXYx

**7/3/2021 1:17 PM**

Nicholas Warren (NLVWarren)

Trying to poke the hornet's nest

**7/10/2021 8:05 PM**

Florida Data Geek ⬆️   UA (MappingFL)



**Single-Member v Multi-Member Districts**

When Florida state legislative districts were finally passed, they were challenged by both Republicans and the NAACP. The Florida Supreme Court, which automatically reviewed maps (per the 1968 Constitution) narrowly ruled 4-3 in favor of the state. In the decision, the court made it clear the use of MMD may be demonstrated to diminish minority strength, but that the evidence at the time was not there. A federal suit was filed in *Wolfson v Swartzer* but the court rejected the complaints. Courts would eventually come around the the point of the NAACP, but in the meantime the 1970s the maps stood.

The statements from politicians at the time demonstrate a tremendous amount of privileges and arrogance. Miami Dade **State Senator George Firestone** said, on the prospect of single-member districts in his county

[We'd be replaced by] "a senior citizen representative, a black community representative, a condominium representative, and a Cuban-American representative"

*December 12, 1976 Tampa Bay Times newspaper*

Miami Dade county itself had been divided up into 4 large multi-member blocks. The white representatives argued the minority voting blocs could "influence" multiple districts instead of controlling a handful.

https://twitter.com/MappingFL/status/1414012790583349248?s=20
Link title: Florida Data Geek ⬆️   UA on Twitter
Link description: "Good lord this quote from a white State Senator on why Multi-Member Districts in Florida were good.

(part of article in works)"
https://t.co/WAHwzCGVap

**7/10/2021 8:05 PM**

Florida Data Geek ⬆️   UA (MappingFL)

gotta love how a lawmaker gave this quote to a paper with the arrogance "of course i'm right!"

**7/10/2021 9:29 PM**

Nicholas Warren (NLVWarren)

Wait I'm surprised Firestone said that in a negative way

**7/10/2021 9:31 PM**

Nicholas Warren (NLVWarren)

Can I edit this one too 😁

**7/10/2021 9:48 PM**

Florida Data Geek ⬆️   UA (MappingFL)



analysis

metropolitan area.

**Blacks, GOP may lead the fight for legislative reapportionment**

By HOWELL RAINES
St. Petersburg Times Political Editor

In a surprising alliance of political necessity, Florida Republicans and black civil rights advocates may join forces to attack the state's system of multi-member legislative districts.

A joint State Supreme Court suit by

Attachment with type image/png
https://t.co/6CEVHV4bjF

**7/10/2021 9:48 PM**

Florida Data Geek ⬆️   UA (MappingFL)

yep i just stumbled upon it, lol

**7/11/2021 4:44 PM**

Florida Data Geek ⬆️   UA (MappingFL)

this is my current pork chop collapse timeline

7/11/2021 4:44 PM

Florida Data Geek 🔝 ᵁᴬ (MappingFL)



Attachment with type image/png
https://t.co/fCAaFY7jTe

7/11/2021 4:45 PM

Nicholas Warren (NLVWarren)

here's mine

7/11/2021 4:45 PM

Nicholas Warren (NLVWarren)



Attachment with type image/jpeg
https://t.co/0teiEif7wl

**7/11/2021 4:45 PM**

Nicholas Warren (NLVWarren)



Attachment with type image/jpeg
https://t.co/rWvYSTCbx8

**7/11/2021 4:45 PM**

Nicholas Warren (NLVWarren)



Attachment with type image/jpeg
https://t.co/PY2PBuW9v8

**7/11/2021 4:45 PM**

Nicholas Warren (NLVWarren)



Attachment with type image/png
https://t.co/Gex9UGzopu

**7/11/2021 4:50 PM**

Nicholas Warren (NLVWarren)

That Firestone quote is crazy. There definitely was a (self-serving) view that at-large or multi-member reps could represent the WHOLE community and synthesize a consensus on issues to benefit EVERYONE, versus someone representing just a narrow sector and attending to only parochial local concerns

**7/11/2021 4:53 PM**

Nicholas Warren (NLVWarren)

overall it hurt them, but the Dems were happy to draw SMDs in, like, St Pete and Palm Beach where they had been shut out before.

**7/11/2021 5:01 PM**

Florida Data Geek ⬆ UA (MappingFL)

yeah and there were even efforts by old pork choppers favored cutting up big counties into single member districts to dilute influence of "dade" and others as a single entity.

**7/13/2021 10:56 AM**

Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1414931981138284554
Link title: Nicholas Warren on Twitter
Link description: "Over the past 20 years, the US has often been Cuba's #1 source of agricultural product imports
https://t.co/6le5yia023"
ICYM this one, which is even crazier to me https://t.co/V8doO93VPz

**7/13/2021 6:33 PM**

Florida Data Geek ⬆ UA (MappingFL)

wow. yeah kinda hurts lefty twitter's narrative

**7/13/2021 6:34 PM**

Nicholas Warren (NLVWarren)

they are very punitive trade terms tho

**7/13/2021 6:34 PM**

Nicholas Warren (NLVWarren)

that report overviews it

**7/13/2021 6:34 PM**

Nicholas Warren (NLVWarren)

Attachment with type image/png
https://t.co/VPioAAgFS4

**7/13/2021 6:35 PM**

Nicholas Warren (NLVWarren)

For food exports, the goods have to paid for in advance, in cash, before they leave the US port

**7/13/2021 6:35 PM**

Nicholas Warren (NLVWarren)

Obama made it easier

**7/13/2021 6:36 PM**

Nicholas Warren (NLVWarren)



Attachment with type image/png
https://t.co/22TtzxKHMD

**7/15/2021 4:53 PM**

Florida Data Geek 🔲  ᵁᴬ (MappingFL)

https://twitter.com/nlvwarren/status/1415775990593298435?s=21
https://twitter.com/NLVWarren/status/1415775990593298435
https://t.co/x3SBmhcuSE https://t.co/Inbp3rAW6r

**7/15/2021 4:53 PM**

Florida Data Geek 🔲  ᵁᴬ (MappingFL)

AHSHHAHAHHA!

**7/15/2021 4:53 PM**

Florida Data Geek 🔲  ᵁᴬ (MappingFL)

So because of my job I need to not dunk on all this publicly. But I'm loving this all is crashing down

**7/15/2021 4:55 PM**

Nicholas Warren (NLVWarren)

I know it so everyone else has to too

**7/17/2021 10:53 PM**

Florida Data Geek 🔲  ᵁᴬ (MappingFL)

https://twitter.com/politicaphile/status/1416586793693192192?s=20
Link title: Ben on Twitter
Link description: "Florida Republicans will probably do something like this in redistricting -- they're are able to eliminate Stephanie Murphy and probably a Democrat in FL-13, while also picking up the new 28th to net three seats in 2022. Partisanship below is 2018 Governor."
i cannot handle someone tagging me in any more shitty maps https://t.co/PXmUhVRcdd

**7/18/2021 1:37 PM**

Nicholas Warren (NLVWarren)

lmao

**7/18/2021 1:37 PM**

Nicholas Warren (NLVWarren)

at least he was nice when you explained it

**7/18/2021 1:38 PM**

Nicholas Warren (NLVWarren)

I just can't get over how many of these tweets (from every state) start with "will probably do something like this"

**7/18/2021 1:38 PM**

Nicholas Warren (NLVWarren)

from people with no actual knowledge

**7/18/2021 9:31 PM**

Florida Data Geek ⬆ ᴜᴀ (MappingFL)



Attachment with type image/png
this wont be done soon because multiple counties i need to reach out to - but fair districts precinct map is on my project list https://t.co/18ediQy2JU

**7/18/2021 9:47 PM**

Nicholas Warren (NLVWarren)

Amendments 5 & 6 results you mean?

**7/18/2021 9:48 PM**

Nicholas Warren (NLVWarren)



# 1992 hopefuls running in place

## Redistricting fight creates uncertainty

### By VAN DENTON
Staff writer

In a state long dominated by the Democratic Party, the new 12th Congressional District looked like a Republican's dream.

Carved from the heart of the GOP-leaning Piedmont, the district counts 49 percent Republicans among its registered voters. Plus, there is no incumbent to unseat.

So in September, Republican Alan H. Pugh quit his $68,000-a-year job with the Martin administration, went home to Asheboro and started running for Congress. He may have jumped the gun.

The U.S. Justice Department last week rejected the state's new congressional and legislative districts. Now, across the state, many potential candidates for Congress and for the General Assembly are putting their plans on hold as they await the outcome of the battle over redistricting.

Pugh, for instance, does not know whether the 12th District he's running in will even exist if the Democratic-controlled legisla-

https://twitter.com/NLVWarren/status/1416937554163683332?s=20
Link title: Nicholas Warren on Twitter
Link description: "@decunningham2 The 1992 NC-12 was drawn by Republicans in the NCGA. The Dems copied one of their NC-12 configurations after the Bush DOJ denied preclearance on the original Dem plan. The original NC-12 was a new GOP district in the Piedmont. Dem leaders didn't want the I-85mander."
https://t.co/XTM6oJPYr5

**7/18/2021 9:48 PM**

Nicholas Warren (NLVWarren)

how can you fail so hard

**7/18/2021 9:54 PM**

Florida Data Geek [T]   UA (MappingFL)

yep 5 and 6!

**7/18/2021 9:54 PM**
Florida Data Geek ⬆ ᵁᴬ (MappingFL)

Eric is such a partisan tool, he never argues in good faith

**7/18/2021 10:18 PM**
Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1416944707582758917?s=20
Link title: Nicholas Warren on Twitter
Link description: "@decunningham2 From what I can tell, only Republicans promoted a 2nd maj-Black district during the 1991 leg process.

Durham Rep. J.M. Michaud's rxn when the GOP proposed a map with a 2nd Black district: "I ain't never known no Republican trying to help anybody black""
https://t.co/yLrOXfcqVJ

**7/18/2021 10:18 PM**
Nicholas Warren (NLVWarren)

killer quote

**7/18/2021 10:24 PM**
Florida Data Geek ⬆ ᵁᴬ (MappingFL)



Attachment with type video/mp4
https://t.co/9eYtGhuPHX

**7/19/2021 11:04 PM**
Florida Data Geek ⬆ ᵁᴬ (MappingFL)



Attachment with type image/jpeg
https://t.co/QGkkrfuCPt

**7/19/2021 11:09 PM**

Nicholas Warren (NLVWarren)

really nice

**7/19/2021 11:10 PM**

Nicholas Warren (NLVWarren)

this highlights something I think is important and often overlooked about the super contorted HW Bush-era Section 2 districts

**7/19/2021 11:10 PM**

Nicholas Warren (NLVWarren)

often, voting was still so racially polarized that those shapes absolutely WERE necessary to achieve Black-performing districts

**7/19/2021 11:10 PM**

Nicholas Warren (NLVWarren)

and Black populations were lower than they are today

**7/19/2021 11:11 PM**

Nicholas Warren (NLVWarren)

and Black turnout lagged more

**7/19/2021 11:11 PM**

Nicholas Warren (NLVWarren)

this map highlights that in FL-03

**7/19/2021 11:12 PM**
Florida Data Geek 🔝 ᵁᴬ (MappingFL)

yep, and turnout in the 3rd was shitty that year, and Mack actually carried the district (But loss the two black seats in the south)

**7/19/2021 11:13 PM**

Nicholas Warren (NLVWarren)

Corrine only won it 59.3-40.7% in 1992

**7/19/2021 11:14 PM**

Nicholas Warren (NLVWarren)

57.7-42.3% in 1994

**7/19/2021 11:15 PM**

Nicholas Warren (NLVWarren)

looking at Black %s from the 1990 and 2000 censuses in the FL Senate redistricting software are always pretty shocking to me

**7/19/2021 11:15 PM**

Nicholas Warren (NLVWarren)

they were so low!

**7/19/2021 11:17 PM**
Florida Data Geek 🔝 ᵁᴬ (MappingFL)

still amazing to read about 1990s and see some folks (obv republicans but not just them) wanted a 4 black seat map.  NAACP seemed to be more in the 2 range.

**7/19/2021 11:18 PM**

Nicholas Warren (NLVWarren)

the 4th would be in Tampa Bay?

**7/19/2021 11:19 PM**
Florida Data Geek 🔲 UA (MappingFL)



Attachment with type image/jpeg
yeah,  this idea showed up alot, both from gop, but also some black lawmakers, but not everyone was on board and issue died https://t.co/HUQKcODUPO

**7/19/2021 11:22 PM**
Nicholas Warren (NLVWarren)

interesting

**7/19/2021 11:23 PM**
Nicholas Warren (NLVWarren)

SD21 didn't look that different lol

**7/19/2021 11:27 PM**
Florida Data Geek 🔲 UA (MappingFL)

I know right!?

**7/19/2021 11:27 PM**
Nicholas Warren (NLVWarren)

the 1992 CD3 was 50.6% BVAP and the same % Black registered voters. 47.6% WVAP and 48.8% white by registration

**7/19/2021 11:28 PM**
Nicholas Warren (NLVWarren)

I think the 1996 district went down to about 42% BVAP

**7/19/2021 11:30 PM**
Florida Data Geek 🔲 UA (MappingFL)

Yep it dropped a bit

**7/19/2021 11:30 PM**
Nicholas Warren (NLVWarren)

today, you can have a Duval-only CD that's 35% BVAP

**7/19/2021 11:30 PM**
Nicholas Warren (NLVWarren)

the black pop increase is crazy

**7/19/2021 11:32 PM**
Florida Data Geek 🔲 UA (MappingFL)

Yeah people really overlook that black growth.  Hispanic obviously was dramatic and dominates attention. But it's not the only way Florida got more diverse

**7/22/2021 2:59 PM**

Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1418283244743798790?s=20
Link title: Nicholas Warren on Twitter
Link description: "Want to learn more about redistricting law in Florida? Sign up for my CLE/ webinar! Aug. 12, 3pm ET 👇👇
https://t.co/hxg1E7vYGr"
https://t.co/zbHLpzbYkt

**7/22/2021 2:59 PM**

Nicholas Warren (NLVWarren)

heads-up

**7/22/2021 3:25 PM**

Florida Data Geek 🔲 ᵁᴬ (MappingFL)

sweet!

**7/29/2021 6:11 PM**

Florida Data Geek 🔲 ᵁᴬ (MappingFL)



https://twitter.com/MappingFL/status/1420869428468723714?s=20
Link title: Florida Data Geek 🔲 ᵁᴬ on Twitter
Link description: "Today marks the first day of my series of articles on the history of redistricting in Florida!  I am proud to work with @over_profits on this endeavor!

This week's article, the legacy of malapportionment in Florida and the Pork Chop Gang

https://t.co/gGvDxoUkfY #flapol #sayfie"
where i fall deep down the rabbit hole of early florida redistricting (beside pork chop gang stuff) https://t.co/6tAnkic6Q8

**8/4/2021 9:12 AM**

Nicholas Warren (NLVWarren)

I'm procrastinating reading this but I'm really looking forward to it :D

**8/4/2021 10:55 AM**

Nicholas Warren (NLVWarren)

btw did you see this?

8/4/2021 10:55 AM

Nicholas Warren (NLVWarren)



https://www.floridatoday.com/story/news/politics/2021/03/22/redistricting-proposals-could-mean-big-changes-brevard-county/4763828001/
Link title: Redistricting: Tobia pushes for minority district as Lober floats expanding commission
Link description: Redistricting has barely begun, but two Brevard County commissioners already have ideas about how the lines should be redrawn.
https://t.co/gKuVoN8wCD

8/4/2021 10:55 AM

Nicholas Warren (NLVWarren)

can you imagine a "minority district" in BREVARD??

8/5/2021 1:11 AM

Nicholas Warren (NLVWarren)



https://twitter.com/MappingFL/status/1423143271350427649
Link title: Florida Data Geek 🇺🇦 on Twitter
Link description: "Just a reminder. Churchill may be a hero for WWII, but he's likely in hell.

Night!"
Not defending him but this quote is misleading, it's the secretary of state for India referring to Churchill's position  https://t.co/Y15nMSjyN9

8/5/2021 1:11 AM

Nicholas Warren (NLVWarren)

https://www.bbc.co.uk/blogs/thereporters/soutikbiswas/2010/10/how_churchill_starved_india.html
https://t.co/AIQHL2AvR5

**8/6/2021 12:26 PM**
Florida Data Geek ⬆ ᵁᴬ (MappingFL)



https://twitter.com/mappingfl/status/1423681182827433985?s=21
https://twitter.com/MappingFL/status/1423681182827433985
Link title: Florida Data Geek ⬆ ᵁᴬ on Twitter
Link description: "This week's article on the history of redistricting in Florida covers the 1970s and 1980s. A time when the white democratic leaders resisted minority districts, a key reason for the 1982 VRA amendments.

https://t.co/MxGXuDGW9X #flapol #sayfie"
Link title: Florida Data Geek ⬆ ᵁᴬ on Twitter
Link description: "This week's article on the history of redistricting in Florida covers the 1970s and 1980s. A time when the white democratic leaders resisted minority districts, a key reason for the 1982 VRA amendments.

https://t.co/MxGXuDGW9X #flapol #sayfie"
https://t.co/baYjRobWWb https://t.co/t939RVWFBn

**8/6/2021 12:26 PM**
Florida Data Geek ⬆ ᵁᴬ (MappingFL)

Latest article!

**8/6/2021 12:28 PM**
Florida Data Geek ⬆ ᵁᴬ (MappingFL)

On breverd.  Damn that's interesting.  Would make decent sense if they wind up expanding the board.  At least give it a shot.

**8/6/2021 12:34 PM**
Nicholas Warren (NLVWarren)

They'll need to pass a charter amendment to expand the board first lol

**8/6/2021 12:34 PM**

Nicholas Warren (NLVWarren)





https://twitter.com/nlvwarren/status/1423678029105094662?s=21
https://twitter.com/NLVWarren/status/1423678029105094662
Link title: Nicholas Warren on Twitter
Link description: "Tobia has the swingiest commission district – he's won 56-44 and 54-46 – so might benefit from Dem areas getting scooped into a new seat. (OTOH, his house would be in my example district above.)"
Link title: Nicholas Warren on Twitter
Link description: "Tobia has the swingiest commission district – he's won 56-44 and 54-46 – so might benefit from Dem areas getting scooped into a new seat. (OTOH, his house would be in my example district above.)"
https://t.co/m9UfcuMxG2 https://t.co/z6zozgsxoE

**8/6/2021 12:35 PM**

Nicholas Warren (NLVWarren)

Ulterior motives.. 🤪

**8/6/2021 12:35 PM**

Nicholas Warren (NLVWarren)

Oh and crisafulli chairs their advisory redistricting commission 😂

**8/6/2021 12:37 PM**
Florida Data Geek 👆 ᴜᴀ (MappingFL)

Lol oh god damn.

**8/6/2021 12:37 PM**
Florida Data Geek 👆 ᴜᴀ (MappingFL)

Yeah this really doesn't feel like a thing they can get done by 2022. Unless they do a special election for the charter.

**8/8/2021 10:26 PM**
Florida Data Geek ⬆ ᵁᴬ (MappingFL)

hey i was curious on your thoughts about something.  so 1990s redistricting had the Bush DOJ act very aggressive in pushing minority districts in a pretty aggressive matter.  but as I look at the 1982 amendments and the Gingles case, I'm not sure that "maximize these districts and draw crazy fucking lines" was so demanded by the DOJ (and FL's whole tampa district thing really comes to mind).   was this really a DOJ just trying to do right and maybe going a bit overboard with crazy lines, or was there any nefarious reason.

**8/8/2021 10:28 PM**
Nicholas Warren (NLVWarren)

There are articles/books that will cover this a lot better than I would know, I'm sure you've read some of them

**8/8/2021 10:28 PM**

Nicholas Warren (NLVWarren)




https://press.uchicago.edu/ucp/books/book/chicago/B/bo3645208.html
Link title: Bushmanders and Bullwinkles
Link description: For years Mark Monmonier, "a prose stylist of no mean ability or charm" according to the Washington Post, has delighted readers with his insightful understanding of cartography as an art and technology that is both deceptive and revealing. Now he turns his focus to the story of political cartography and the redrawing of congressional districts. His title Bushmanders and Bullwinkles combines gerrymander with the surname of the president who actively tolerated racial gerrymandering and draws attention to the ridiculously shaped congressional districts that evoke the antlers of the moose who shared the cartoon spotlight with Rocky the Flying Squirrel.Written from the perspective of a cartographer rather than a political scientist, Bushmanders and Bullwinkles examines the political tales maps tell when votes and power are at stake. Monmonier shows how redistricting committees carve out favorable election districts for themselves and their allies; how disgruntled politicians use shape to challenge alleged racial gerrymanders; and how geographic information systems can make reapportionment a controversial process with outrageous products. He also explores controversies over the proper roles of natural boundaries, media maps, census enumeration, and ethnic identity. Raising important questions about Supreme Court decisions in regulating redistricting, Monmonier asks if the focus on form rather than function may be little more than a distraction from larger issues like election reform. Characterized by the same wit and clarity as Monmonier's previous books, Bushmanders and Bullwinkles is essential background for understanding what might prove the most contentious political debate of the new decade. https://t.co/AzHxE7lUYM

**8/8/2021 10:28 PM**

Nicholas Warren (NLVWarren)

I know Strozier and even the public library have several of these books

**8/8/2021 10:29 PM**

Nicholas Warren (NLVWarren)

My initial impression is that yes, the 1982 amendments were knew and there absolutely were voting rights lawyers/DOJ folks who thought they were doing a good-faith implementation of the amendments

**8/8/2021 10:29 PM**

Nicholas Warren (NLVWarren)

for the political folks, some of that was *definitely* motivated reasoning

**8/8/2021 10:30 PM**

Nicholas Warren (NLVWarren)

I'm sure historians/writers have talked to the people on the inside and have a better understanding of their motivations

**8/8/2021 10:32 PM**

Nicholas Warren (NLVWarren)

keep in mind, not only were the '82 amendments new, but there was really no such thing as the 14th Amendment racial gerrymandering claim as we came to know it in the 1990s (Shaw v. Reno, Miller v. Johnson, etc)

**8/8/2021 10:33 PM**

Nicholas Warren (NLVWarren)

and the voting rights/racial justice folks were very opposed to the racial gerrymandering claim as a constraint on VRA implementation

**8/8/2021 10:54 PM**

Nicholas Warren (NLVWarren)

But also Gingles had come out by then (1986), so the "sufficiently large and geographically compact to constitute a majority in a single-member district" precondition for §2 was already there. That part was more or less 5-4, with the 5 most liberal justices signing on. The 4 more conservatives would have made it even harder to establish §2 liability

**8/8/2021 10:54 PM**

Nicholas Warren (NLVWarren)

But what exactly "sufficiently large and geographically compact" meant wasn't totally clear obviously

**8/8/2021 11:03 PM**

Nicholas Warren (NLVWarren)

Back to racial gerrymandering/Shaw v. Reno – it's notable that it was purely ideological, the 5 conservatives (including O'Connor) versus the 4 liberals. Miller v. Johnson was the same

**8/8/2021 11:16 PM**

Florida Data Geek ⬆ ᵁᴬ (MappingFL)

The Shaw and Miller cases were def conservative rulings, but on the other hand things like the 1992 CD3 were insane.  yeah my general take has been the DOJ was just really gung-ho, and I've never found any nefarious political stuff from the DOJ specifically (obv lawmakers was another matter).  this week's article covers the 1990s, but I'm actually splitting it up in florida legislative maps and florida congressional maps, because otherwise it would be a 6,000 word article (if not more).

**8/8/2021 11:19 PM**

Nicholas Warren (NLVWarren)

yeah the DOJ very well may have been acting in good faith + motivated reasoning. I'm not sure

**8/8/2021 11:20 PM**

Nicholas Warren (NLVWarren)

clearly the GOP political actors allying with Black leaders/groups were playing a cynical game

**8/8/2021 11:20 PM**

Nicholas Warren (NLVWarren)

the devil's bargain as they said

**8/8/2021 11:21 PM**

Florida Data Geek ⬆ ᵁᴬ (MappingFL)

this is a fun little exerpt from the article draft on the GOP and Black alliance and how the GOP overplayed its hand a bit

"Efforts by Republican operatives put them at odds with many African-American politicians. One major blow up happened when Republican operatives funded radio ads on African-American stations where a narrator claimed to be an African-American activists who was attacking the white democratic leadership for its hesitance on minority districts. The NAACP and many black lawmakers were furious at the move."

**8/8/2021 11:21 PM**

Florida Data Geek ⬆ ᵁᴬ (MappingFL)

ignore grammer mistakes, no major edit run through yet

8/8/2021 11:22 PM

Nicholas Warren (NLVWarren)

lol

8/8/2021 11:22 PM

Nicholas Warren (NLVWarren)

this is FL-specific?

8/8/2021 11:22 PM
Florida Data Geek 🔼 UA (MappingFL)

yeah thats FL specific lol

8/8/2021 11:22 PM

Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1416944707582758917?s=20
Link title: Nicholas Warren on Twitter
Link description: "@decunningham2 From what I can tell, only Republicans promoted a 2nd maj-Black district during the 1991 leg process.

Durham Rep. J.M. Michaud's rxn when the GOP proposed a map with a 2nd Black district: "I ain't never known no Republican trying to help anybody black""
https://t.co/yLrOXfcqVJ

8/8/2021 11:23 PM

Nicholas Warren (NLVWarren)

another good line, from NC - Black Dems there were 100% on board with the Leg's maps, NOT the GOP/Bush-mandated 2-maj-Black congressional maps

8/8/2021 11:23 PM

Nicholas Warren (NLVWarren)

white GOP + Bush DOJ were the only groups pushing for that

8/8/2021 11:24 PM

Nicholas Warren (NLVWarren)

but it was different state to state

8/8/2021 11:24 PM
Florida Data Geek 🔼 UA (MappingFL)

yeah and from what I've found down here, while many black lawmakers (like Corrine) did work with the GOP heavily, there was some divide in the caucus and the NAACP's position depended on the map or action in question

8/8/2021 11:25 PM

Nicholas Warren (NLVWarren)

not surprising

Nicholas Warren (NLVWarren)

8/9/2021 7:49 AM

Oh one more thing about the Bush DOJ: I haven't focused much about the history of the §5 standard. But IIRC that never changed between 1965 and Georgia v. Ashcroft (2003) and the 2006 amendments that overturned it. So denying preclearance to, for example, NC because they wouldn't draw 2 maj-B districts - where there hadn't been 2 before, or even 2 ability-to-elect districts of lower BVAP, was waaaay outside the box. And I don't see how you get there from an honest reading of §5, the DOJ's preclearance practice up to that time, and the (admittedly limited) §5 caselaw

Nicholas Warren (NLVWarren)

8/9/2021 9:09 AM

btw this site is so helpful

Nicholas Warren (NLVWarren)

8/9/2021 9:09 AM

https://www.senate.mn/departments/scr/REDIST/Redsum/flsum.htm
https://t.co/os9FARmecM

Nicholas Warren (NLVWarren)

8/9/2021 9:09 AM

change the URL to look up other states

Nicholas Warren (NLVWarren)

8/9/2021 9:10 AM

denying preclearance of the Senate plan in Hillsborough because there wasn't a maj-B district was just absurd under any fair reading of §5

Nicholas Warren (NLVWarren)

8/9/2021 9:13 AM



https://law.justia.com/cases/florida/supreme-court/1992/79674-1.html
Link title: In Re Constitutionality of Senate J. Res.
Link description: In Re Constitutionality of Senate J. Res. - 601 So. 2d 543
and make sure you read the FSC's supplemental opinion in 1992, adopting a revised Senate plan to conform to the preclearance objections https://t.co/KNnfyt6JON

Nicholas Warren (NLVWarren)

8/9/2021 9:13 AM

The NAACP objected to the district the court adopted

Nicholas Warren (NLVWarren)

8/9/2021 9:13 AM

The NAACP argued that the Humphrey plan, adopted by the majority, goes too far. The NAACP expressed its objection to the Humphrey plan by stating: "This plan's proposed minority district for the Tampa Bay area lacks geographic compactness," and that it "places virtually all black residents in the four-county area into the minority district, thereby substantially diminishing the opportunity for blacks to influence elections in the surrounding districts." Chesterfield Smith expressed a similar concern, stating that establishing "a minority access district along the shores of Tampa Bay [would] 'bleach' minority voters from districts in which they have exercised some influence."

**8/9/2021 9:13 AM**

Nicholas Warren (NLVWarren)

"It is also interesting to note that, while the Justice Department's section 5 preclearance jurisdiction extends only to Hillsborough County, the plan adopted by the majority will have adverse effects on Pinellas, Manatee, and Polk Counties."

**8/9/2021 9:14 AM**

Nicholas Warren (NLVWarren)

"I regret that I cannot concur in the plan adopted by the majority. We have now seemingly interpreted the 1982 amendment to the Voting Rights Act to require districts that can be counted on to elect a minority representative to an exclusion of all other factors. Frankly, I think that the Justice Department is erroneous in its interpretation of the 1982 Voting Rights Act and in rejecting the reapportionment plan previously approved by this Court. Assuming it to be correct, however, we need not go to the extremes we have in correcting the perceived deficiency."

**8/9/2021 9:14 AM**

Nicholas Warren (NLVWarren)

those are from Overton and McDonalds' dissents

**8/9/2021 9:16 AM**

Nicholas Warren (NLVWarren)

Rosemary Barkett: "If I had to choose only among those presented, however, I would choose the plan submitted by the NAACP simply because this is the organization that has traditionally represented and promoted the position that advances all minority interests."

**8/9/2021 9:17 AM**

Nicholas Warren (NLVWarren)

Barkett and Overton were big liberals, McDonald was maybe more middle of the road/left

**8/11/2021 4:35 PM**

Nicholas Warren (NLVWarren)

Okay to use some of your maps in my slide decks tmr? (With credit, of course)

**8/11/2021 5:27 PM**

Florida Data Geek 🔼   UA (MappingFL)

Yep by all means!

**8/12/2021 4:56 PM**

Florida Data Geek 🔼   UA (MappingFL)

Great presentation!

**8/12/2021 4:57 PM**

Nicholas Warren (NLVWarren)

Thanks! I'm so exhausted!

**8/12/2021 5:45 PM**

Florida Data Geek 🔼   UA (MappingFL)

omg I know, you never realize just how tiring talking for a long period can be.  and of course all the time that goes into preparing

**8/12/2021 7:17 PM**

Nicholas Warren (NLVWarren)



**North Carolina House of Representatives**
Committee on Rules, Calendar, and Operations
Chairman Destin Hall

**FOR IMMEDIATE RELEASE**
August 12, 2021
Contact: Dylan Reel

*NC House Adopts Non-Partisan Redistricting Criteria*

**Raleigh, NC** – For the first time in North Carolina history, a legislative committee has adopted redistricting criteria that will not use partisan data.

In addition, the committee opted to use several other traditional, non-partisan redistricting criteria such as seeking to keep municipalities whole, avoiding splitting precincts, and keeping districts compact, in an effort to limit partisan considerations.

Chairman Hall (R-Caldwell) offered the following statement:

*"Just like in 2019, the legislature will draw our legislative and congressional districts without partisan data, but this time on our own volition. This process worked well and was endorsed by legislative Democrats in 2019. While the Sue 'Till Blue liberals like Eric Holder will undoubtedly still sue us, we are committed to an open and transparent process."*

###

https://twitter.com/DestinHall/status/1425943190763343873
Link title: Rep. Destin Hall on Twitter
Link description: "History was made today as the state House and Senate redistricting committees voluntarily agreed not to use partisan data in drawing maps. #ncpol"

"The Sue Til Blue liberals" lmao https://t.co/NjD047n7Gh

**8/12/2021 8:52 PM**
Florida Data Geek 🔼   UA (MappingFL)

LOL.

**8/17/2021 1:54 PM**
Nicholas Warren (NLVWarren)

Do you have the Suwannee County commission/school board districts?

**8/17/2021 2:11 PM**
Florida Data Geek 🔼   UA (MappingFL)

Hmmmm I don't seem to

**8/17/2021 4:05 PM**
Nicholas Warren (NLVWarren)

Hmmmm okay

**8/17/2021 4:06 PM**
Florida Data Geek 🔼   UA (MappingFL)

They do elections at large right?  So we looking for residency districts?

**8/17/2021 4:06 PM**
Nicholas Warren (NLVWarren)

For some reason I had also thought they did at-large, but no they use real districts

**8/17/2021 4:07 PM**
Nicholas Warren (NLVWarren)

there was successful VRA litigation against both commission and school board in the 80s

**8/17/2021 4:11 PM**

Nicholas Warren (NLVWarren)



Attachment with type image/jpeg
https://t.co/mPuzwF7xOR

**8/17/2021 4:12 PM**

Nicholas Warren (NLVWarren)



### District 2

**Norman Crawford**
301 Miller Street, SE
Live Oak, FL 32064

Phone: (386) 249-0234
norman.crawford@suwannee.k12

Attachment with type image/png
https://t.co/Cltrfxjlhx

**8/17/2021 4:12 PM**

Nicholas Warren (NLVWarren)

hence why they have one Black member on SB/CC

**8/17/2021 4:22 PM**

Florida Data Geek 🔼  ᴜᴀ (MappingFL)

Ahhhhhhhh yeah I totally missed that!

**8/18/2021 12:01 PM**

Nicholas Warren (NLVWarren)

 **tnobles suwanneevotes....** 11:26 AM
To: Nicholas Warren ›

Hi Nick,

We would be happy to mail you a copy of a
map we have.  We do not have a map in a
digital format.

Attachment with type image/jpeg
Lol https://t.co/z4E5rRnC14

**8/18/2021 1:14 PM**

Florida Data Geek 🔼  ᴜᴀ (MappingFL)

AHAHHAHAHS!

**8/18/2021 1:14 PM**

Florida Data Geek 🔼  ᴜᴀ (MappingFL)

this reminds me of 2016 or so and I actually drove to Jefferson county to take photos of their new commission lines, because no digital copy was available

**8/20/2021 4:40 PM**

Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1428760617930854407
Link title: Nicholas Warren on Twitter
Link description: "really into this actually"
https://t.co/Yn6UVx6R5R

**8/20/2021 5:21 PM**

Florida Data Geek 🔲 ᵁᴬ (MappingFL)



https://twitter.com/MappingFL/status/1428828603240824835?s=20
Link title: Florida Data Geek 🔲 ᵁᴬ on Twitter
Link description: "This weeks redistricting history in Florida is live!  A look at the 1990s
Congressional redistricting battle in Florida.  An epic battle of parties, minority voters, and the
DOJ

Brw, the map in this image is a court-drawn plan.

https://t.co/OpzjABxqCR #flapol #sayfie
https://t.co/kBvEsQ0yZz

**8/20/2021 5:22 PM**

Florida Data Geek 🔲 ᵁᴬ (MappingFL)

omg we should absolutely put liberty and calhoun in a black district!  i love it

**8/20/2021 5:23 PM**

Florida Data Geek 🔲 ᵁᴬ (MappingFL)

and yeah with the way the populations moved, its that or 9 spills into wakulla/jeff/madison.  i
was skrewing around with the region last weekend

8/23/2021 4:19 PM

Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1429890913237676032
Link title: Nicholas Warren on Twitter
Link description: "Well this could be a big deal: a Fla Senate District 19 with the same Black population as the benchmark, without crossing Tampa Bay."
https://t.co/VthZjEy1Ib

8/23/2021 5:29 PM

Florida Data Geek ⬆️   ᴜᴀ (MappingFL)

One person told me whether the bay gets crossed might also relate to if they try to screw over Cruz and just cede a pinellas seat

8/23/2021 5:34 PM

Nicholas Warren (NLVWarren)

They're already gaining the northernmost palm beach district by default

8/25/2021 11:01 PM

Nicholas Warren (NLVWarren)



Attachment with type image/jpeg
Mission accomplished lol https://t.co/XbVpmA0q5V

8/28/2021 9:13 PM

Florida Data Geek ⬆️   ᴜᴀ (MappingFL)

oh snap they came through!   nice!

**8/29/2021 11:33 AM**

Nicholas Warren (NLVWarren)

They just follow whole precincts, which are on DRA accurately, so they coulda just given me the list of precincts and districts

**9/5/2021 1:36 PM**

Nicholas Warren (NLVWarren)

Do you know anything about Gladys Roann-Watson's election to the Jefferson school board?

**9/5/2021 3:10 PM**

Florida Data Geek ⬆ UA (MappingFL)

noooo cant say i do.  ive only followed the jefferson county commission - not so much alot of the rural school boards

**9/5/2021 3:13 PM**

Nicholas Warren (NLVWarren)

Hmm okay. She's the DEC chair and won a very white/R district as a black Dem

**9/5/2021 3:13 PM**

Nicholas Warren (NLVWarren)

They have a Black majority school board

**9/5/2021 3:56 PM**

Florida Data Geek ⬆ UA (MappingFL)

oh that is interesting!  it must be a factor of the races being non-partisan.  but yeah there is no great local news sources about campaigns there.  who knows how the door-to-door went.  geez you cant even see online campaign finance filiings

**9/5/2021 5:20 PM**

Florida Data Geek ⬆ UA (MappingFL)

To undertake a retrogression evaluation requires an inquiry into whether a district is likely to perform for minority candidates of choice. This has been termed a functional analysis, requiring consideration not only of the minority population in the districts, or even the minority voting-age population in those districts, but of political data and how a minority population group has voted in the past. The United States Department of Justice (DOJ) has defined what a functional analysis of electoral behavior entails:

In determining whether the ability to elect exists in the benchmark plan and whether it continues in the proposed plan, the Attorney General does not rely on any predetermined or fixed demographic percentages at any point in the assessment. Rather, in the Department's view, this determination requires a functional analysis of the electoral behavior within the particular jurisdiction or election district.... [C]ensus data alone may not provide sufficient indicia of electoral behavior to make the requisite determination. Circumstances, such as differing rates of electoral participation within discrete portions of a population, may impact on the ability of voters to elect candidates of choice, even if the overall demographic data show no significant change.

Although comparison of the census population of districts in the benchmark and proposed plans is the important starting point of any Section 5 analysis, additional demographic and election data 1635 in the submission is often helpful in making the requisite Section 5 determination.... Therefore, election history and voting patterns within the jurisdiction, voter registration and turnout information, and other similar information are very important to an assessment of the actual effect of a redistricting plan.

Attachment with type image/png
conservative ET:  "functional analysis doesnt exist"
Florida Supreme Court:  "Am I a joke to you" https://t.co/4Ef2vnkMdH

**9/5/2021 6:54 PM**

Nicholas Warren (NLVWarren)

I really hope we're right about all this, cuz I'm ready to be sooooo obnoxiously "I told you so"

**9/5/2021 7:31 PM**

Florida Data Geek ⬆ UA (MappingFL)

and conservative ET will be UNBEARABLE if we are wrong.  i might just leave twitter lol

**9/5/2021 7:40 PM**
Florida Data Geek  [T]  UA (MappingFL)



https://twitter.com/MappingFL/status/1434662651762659329?s=20
Link title: Florida Data Geek  [T]  UA on Twitter
Link description: "Working on my article covering the 2012 Florida Redistricting Process, I was in grad school at the time.  I forgot just how much the GOP tried to short-circuit the Fair Districts Amendments in 2011 #flapol #sayfie"
https://t.co/fsdNa0FuiC

**9/5/2021 7:40 PM**
Florida Data Geek  [T]  UA (MappingFL)

god I forgot about so much of this bullshit

**9/5/2021 7:43 PM**
Nicholas Warren (NLVWarren)

The NAACP also opposed FDA tho

**9/5/2021 7:45 PM**
Nicholas Warren (NLVWarren)

But yeah that was crazy

**9/5/2021 7:45 PM**
Florida Data Geek  [T]  UA (MappingFL)

huh?  ive got news articles saying they backed it

**9/5/2021 7:45 PM**
Nicholas Warren (NLVWarren)

It's unclear whether FDA was even a "voting pattern practice or procedure" that required preclearance

**9/5/2021 7:45 PM**
Nicholas Warren (NLVWarren)

Nevermind then

**9/5/2021 7:47 PM**
Nicholas Warren (NLVWarren)

you're totally right, the state conference intervened in the Brown-Diaz-Balart suit to defend FDA

**9/5/2021 7:47 PM**

Nicholas Warren (NLVWarren)

> 3  Defendant-Intervenors are: (i) American Civil Liberties Union of
> Florida (ACLU–FL); (ii) Howard Simon, Benetta M. Standly, Susan
> Watson, and Joyce Hamilton Henry, residents and registered voters
> of Florida who are members and officers of ACLU–FL; (iii) Florida
> State Conference of NAACP Branches; (iv) Democracia Ahora; (v)
> Leon W. Russell, Patricia T. Spencer, Carolyn H. Collins, Edwin
> Enciso, and Stephen Easdale, residents and registered voters of
> Florida who voted for Amendment Six; and (vi) Senator Arthenia L.
> Joyner, Representative Janet Cruz, Representative Luis R. Garcia,
> Jr., Representative Joseph A. Gibbons, and Representative Perry E.
> Thurston, Jr., members of the Florida Legislature and potential U.S.
> congressional candidates.

> Attachment with type image/jpeg
> https://t.co/JoDLeSWT0y

**9/5/2021 7:47 PM**

Florida Data Geek ⬆️ ᵁᴬ (MappingFL)

> whew, ok i was worried

**9/5/2021 7:48 PM**

Florida Data Geek ⬆️ ᵁᴬ (MappingFL)

> it does get convulted, cause an old NAACP head was against it, seems modern was was

**9/5/2021 7:48 PM**

Nicholas Warren (NLVWarren)

> They were defo opposed to dismantling her district tho

**9/5/2021 7:48 PM**

Florida Data Geek ⬆️ ᵁᴬ (MappingFL)

> ahhhhh ok

**9/5/2021 7:48 PM**

Florida Data Geek ⬆️ ᵁᴬ (MappingFL)

> I'll clean that up a bit then

**9/5/2021 7:48 PM**

Florida Data Geek ⬆️ ᵁᴬ (MappingFL)

> i've been digging through wayback machine,  so many dead links

**9/5/2021 7:49 PM**

Nicholas Warren (NLVWarren)

> and the state conference popped up in the 2012 legislative case - "did not take a position for or against the
> Joint Resolution, directed its comments solely to the interpretation of the Federal Voting Rights Act and Florida's constitutional minority voting protection provision."

**9/5/2021 7:50 PM**

Nicholas Warren (NLVWarren)

> and the leg adopted districts proposed by the NAACP, which were too packed

**9/5/2021 7:52 PM**

Nicholas Warren (NLVWarren)

> the NAACP opposed the redrawn Senate plan in 2012 - the Duval and Broward Black seats. Wanted to insert additional evidence and invert the burden of proof

Nicholas Warren (NLVWarren)
**9/5/2021 7:52 PM**

the extent of racially polarized voting."  The NAACP's contention that there is a "risk" in Florida that Redrawn Districts 9 and 31 will diminish the ability of black voters to elect representatives of their choice is not based on facts, but on speculation.  In essence, the NAACP asserts that there is simply insufficient evidence from which to conclude that Redrawn Districts 9 and 31 will meet constitutional requirements.  Because the NAACP's position erroneously inverts the burden of proof in this proceeding, and the NAACP has not met its burden of proof, we reject all aspects of this claim.

Attachment with type image/jpeg
https://t.co/he4C5xJ0Wj

Nicholas Warren (NLVWarren)
**9/5/2021 7:52 PM**

and keep those hyperpacked

Nicholas Warren (NLVWarren)
**9/5/2021 7:53 PM**

then they intervened in the congressional case to defend CD5

**9/5/2021 7:57 PM**
Florida Data Geek  UA (MappingFL)

I hope they realize this time that they were mistaken in 2012.  the results speak for themselves.  the hyper-packing was not needed

Nicholas Warren (NLVWarren)
**9/5/2021 8:04 PM**

Yeah I hope so too

**9/5/2021 9:01 PM**
Florida Data Geek  UA (MappingFL)

100% double check.  if a district is 51% Black VAP now, but it goes to 48% black, functional analysis says it would be black, thats not retrogression, right?  (cause i'm seeing past examples).  I'm 99% thats right but want to make sure you have same conclusion

Nicholas Warren (NLVWarren)
**9/5/2021 9:10 PM**

yeah a 2% drop would basically never result in diminishment

Nicholas Warren (NLVWarren)
**9/5/2021 9:11 PM**

the 2002 Jax-Daytona benchmark was 46.9% BVAP in 2010, and the Coalition's Jax-only district the court compared it too was 42.4% – no retrogression there

Nicholas Warren (NLVWarren)
**9/5/2021 9:13 PM**

The Broward-Palm Beach senate benchmark was 60.7% BVAP, court found that making it more compact but 55.7% - not retrogression

**9/5/2021 9:18 PM**
Florida Data Geek  UA (MappingFL)

https://www.flsenate.gov/UserContent/Session/Redistricting/MapsAndStats/State%20Senate/FLSD2002/Statistics/S17S0036_stats.pdf
just to clarify i'm not missing something.  the 2002 senate benchmark for Broward/Palm I see was 63% black, but 58% black VAP (sd29)  - at least what i have https://t.co/pEo5DtzClN

Nicholas Warren (NLVWarren)
**9/5/2021 9:19 PM**

What you just sent me is the 2000 census

**9/5/2021 9:20 PM**
Florida Data Geek ⬆ UA (MappingFL)

yeah this is what i got.  it was 58% black VAP in 2002.  then senate tried to continue it at 58% black VAP

**9/5/2021 9:20 PM**
Florida Data Geek ⬆ UA (MappingFL)

https://www.flsenate.gov/UserContent/Session/Redistricting/MapsAndStats/State%20Senate/S000S9008/Statistics/s000s9008_District_Summary_Pop.pdf
https://t.co/QyJ6ZxUU1d

**9/5/2021 9:20 PM**
Florida Data Geek ⬆ UA (MappingFL)

but after court struck it down, the final Black VAP was around 49%

**9/5/2021 9:21 PM**
Florida Data Geek ⬆ UA (MappingFL)

https://www.flsenate.gov/PublishedContent/Session/Redistricting/Plans/S016S9030/S016S9030_pop_sum.pdf
https://t.co/f197ZHCfyo

**9/5/2021 9:21 PM**
Nicholas Warren (NLVWarren)

But you judge the benchmark by what it is based on the most recent data

**9/5/2021 9:21 PM**
Nicholas Warren (NLVWarren)

Not what it was when first enacted

**9/5/2021 9:21 PM**
Florida Data Geek ⬆ UA (MappingFL)

ooooooooooooooooooooooohhhh

**9/5/2021 9:22 PM**
Nicholas Warren (NLVWarren)

And the senate kept using non-Hispanic Black, but the legally relevant # is ALL Black

**9/5/2021 9:22 PM**
Nicholas Warren (NLVWarren)

Anyone who checked "Black" on the form, alone or in combination with any other races

**9/5/2021 9:22 PM**
Nicholas Warren (NLVWarren)

So that # is higher

**9/5/2021 9:23 PM**
Florida Data Geek ⬆ UA (MappingFL)

ok so here is what confuses me.  we say the benchmark is 60% plus, but where does that come from?  because the Senate didnt try for it being that high, there district was around 55% black VAP (which was rejected)

**9/5/2021 9:25 PM**
Nicholas Warren (NLVWarren)

That's from the court's opinion

**9/5/2021 9:25 PM**
Nicholas Warren (NLVWarren)

We would have gotten that from the house's 2010 all-black data of the 2002 plan

**9/5/2021 9:29 PM**
Florida Data Geek ⬆ UA (MappingFL)



Attachment with type image/png
https://t.co/j4YEhCnXca

**9/5/2021 9:29 PM**
Florida Data Geek ⬆ UA (MappingFL)

eah i see what you mean, its here

**9/5/2021 9:29 PM**
Florida Data Geek ⬆ UA (MappingFL)

i just dont understand where the number comes from

**9/5/2021 9:29 PM**
Nicholas Warren (NLVWarren)

It's the 2010 All-Black #

**9/5/2021 9:30 PM**
Nicholas Warren (NLVWarren)

Just accept it lol

**9/5/2021 9:31 PM**
Nicholas Warren (NLVWarren)

See how the non-Hispanic Black + Hispanic Black = 55.8% for Plan 9008?

**9/5/2021 9:31 PM**
Nicholas Warren (NLVWarren)

It's like that

**9/5/2021 9:32 PM**
Florida Data Geek ⬆ UA (MappingFL)

so is the 60.7% basically a "it could have been this high" number

**9/5/2021 9:32 PM**
Nicholas Warren (NLVWarren)

Idk what you mean

**9/5/2021 9:32 PM**
Nicholas Warren (NLVWarren)

That's what it was

**9/5/2021 9:33 PM**
Florida Data Geek ⬆ UA (MappingFL)

see this is where i am lost, i dont see any district being 60.7% black VAP.  the 2012 map didnt do that, the 2002 map didnt do that, so how is 60.7% a benchmark, i dont see that number anywhere in any file

**9/5/2021 9:35 PM**
Nicholas Warren (NLVWarren)

from the senate's brief

**9/5/2021 9:35 PM**

Nicholas Warren (NLVWarren)



Attachment with type image/jpeg
https://t.co/FfgEMS6P2D

**9/5/2021 9:35 PM**

Nicholas Warren (NLVWarren)

https://efactssc-public.flcourts.org/casedocuments/2012/1/2012-1_brief_101465_br03.pdf
https://t.co/HEKdobosZk

**9/5/2021 9:36 PM**

Nicholas Warren (NLVWarren)

page 68 of the pdf

**9/5/2021 9:37 PM**

Florida Data Geek 🔲   UA (MappingFL)

OHHHH

**9/5/2021 9:37 PM**

Florida Data Geek 🔲   UA (MappingFL)

i fucking get it now

**9/5/2021 9:37 PM**

Nicholas Warren (NLVWarren)

https://efactssc-public.flcourts.org/casedocuments/2012/1/2012-1_petition_52861_rc01s.pdf
https://t.co/jCteJ5x6tP

**9/5/2021 9:37 PM**

Nicholas Warren (NLVWarren)

also in AG's petition appendix, table E4, page 929

**9/5/2021 9:37 PM**

Florida Data Geek 🔲   UA (MappingFL)

so they overlay the old lines with the 2010 data, and see "oh this would be 60.7% black" - but obv it would have been under-populated so changes need

**9/5/2021 9:38 PM**

Nicholas Warren (NLVWarren)

it WAS 60.7% black

**9/5/2021 9:38 PM**

Nicholas Warren (NLVWarren)

the map was in effect in 2010!

**9/5/2021 9:38 PM**

Nicholas Warren (NLVWarren)

the benchmark is just the last legally enforceable plan. But you judge it based on CURRENT conditions

**9/5/2021 9:38 PM**

Nicholas Warren (NLVWarren)

whether that's the most recent census or registration or election rusults

**9/5/2021 9:39 PM**
Florida Data Geek ⬆ UA (MappingFL)

it was 60.7% black via 2010 census, i get it

**9/5/2021 9:39 PM**
Florida Data Geek ⬆ UA (MappingFL)

not 2002 census

**9/5/2021 9:39 PM**

Nicholas Warren (NLVWarren)

yup

**9/5/2021 9:39 PM**
Florida Data Geek ⬆ UA (MappingFL)

ok now i get it

**9/5/2021 9:39 PM**
Florida Data Geek ⬆ UA (MappingFL)

i was thinking of benchmarks as "what did the 2002 district look like at that time"

**9/5/2021 9:39 PM**

Nicholas Warren (NLVWarren)

you'd also want to look at 2012/10/08 registration/turnout/elx results

**9/5/2021 9:39 PM**

Nicholas Warren (NLVWarren)

which is why the court talks about the 2010 primary etc

**9/5/2021 9:39 PM**

Nicholas Warren (NLVWarren)

nah

**9/5/2021 9:41 PM**

Nicholas Warren (NLVWarren)

Lol

**9/5/2021 9:42 PM**
Florida Data Geek ⬆ UA (MappingFL)

god so many things to track

**9/5/2021 9:43 PM**

Nicholas Warren (NLVWarren)

Except you can forget about what the plan was like 10 years ago lol

**9/5/2021 9:43 PM**

Nicholas Warren (NLVWarren)

Well, not completely

**9/5/2021 9:44 PM**
Florida Data Geek ⬆ UA (MappingFL)

well the senate district for the area had a black 60% vap benchmark.  its 2002 district verson was 55% black vap.  the senate in 2012 tried to continue it as 55% black vap.  but then the ordered redraw took it to 48% black vap.

**9/5/2021 9:44 PM**
Florida Data Geek 🔲 UA (MappingFL)

blehhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhh

**9/5/2021 9:44 PM**
Florida Data Geek 🔲 UA (MappingFL)

i love the part where the senate just didnt do functional analysis at first, lol

**9/5/2021 9:44 PM**
Nicholas Warren (NLVWarren)

Yeah but what the 2002 version was in 2000 is t that relevant

**9/5/2021 9:44 PM**
Nicholas Warren (NLVWarren)

Isn't

**9/5/2021 9:45 PM**
Florida Data Geek 🔲 UA (MappingFL)

thats good to know!

**9/5/2021 9:45 PM**
Nicholas Warren (NLVWarren)

Except that is shows that earlier in the decade, the black candidate of choice could be elected with a lower BVAP

**9/5/2021 9:45 PM**
Florida Data Geek 🔲 UA (MappingFL)

glad I cleared this up with you, i might have made a big mistake in my verbiage

**9/5/2021 9:45 PM**
Nicholas Warren (NLVWarren)

😎

**9/5/2021 9:46 PM**
Florida Data Geek 🔲 UA (MappingFL)

i'm only gonna get sooo deep into the math cause otherwise it becomes unreadable to every-man (cause fuck it trips me up at times).  but thank you for clearing this up for me, lol!  i dont need to write stuff and then someone is like "uh you were wrong"

**9/5/2021 9:47 PM**
Nicholas Warren (NLVWarren)

Yeah I mean you can even just say "the BVAP dropped x points from the benchmark and everything was fine"

**9/5/2021 9:47 PM**
Nicholas Warren (NLVWarren)

"The senate argued it had to be higher and they were wrong"

**9/5/2021 9:47 PM**
Nicholas Warren (NLVWarren)

"That was a pretext for packing Democrats and drawing more Republican districts"

**9/5/2021 9:48 PM**
Nicholas Warren (NLVWarren)

"Let's do it again this cycle"

**9/5/2021 9:49 PM**
Florida Data Geek 🔲 UA (MappingFL)

exactly what my narrative is gonna be!

**9/5/2021 9:50 PM**

Nicholas Warren (NLVWarren)

You better drag the NAACP a little bit too

**9/5/2021 9:51 PM**

Nicholas Warren (NLVWarren)

Especially if you're using the Bro-PBC as an example

**9/5/2021 9:52 PM**

Florida Data Geek 🔼   UA (MappingFL)

I'm debating what to say about the NAACP

**9/5/2021 9:52 PM**

Nicholas Warren (NLVWarren)

Chris Smith won in 2012 with EIGHTY-FOUR PERCENT

**9/5/2021 9:52 PM**

Nicholas Warren (NLVWarren)

AGAINST AN ACTUAL REPUBLICAN!!!!

**9/5/2021 9:52 PM**

Florida Data Geek 🔼   UA (MappingFL)

I dont love the idea of my white self telling the NAACP they are wrong

**9/5/2021 9:52 PM**

Nicholas Warren (NLVWarren)

WITH THE SAME NAME

**9/5/2021 9:52 PM**

Nicholas Warren (NLVWarren)

You can make it seem nice

**9/5/2021 9:52 PM**

Florida Data Geek 🔼   UA (MappingFL)

LOL I REMEMBER THAT

**9/5/2021 9:53 PM**

Nicholas Warren (NLVWarren)

Just a joke that they opposed that specific redraw

**9/5/2021 9:53 PM**

Florida Data Geek 🔼   UA (MappingFL)

yeah thats what i'm largely thinking.  i need to say something but I cant be nasty to them the way i am with Corrine Brown

**9/5/2021 9:54 PM**

Nicholas Warren (NLVWarren)

You can simply say they opposed the redraw because of they thought it risked Black voters being able to elect candidates of choice. And this was the actual result

**9/5/2021 9:54 PM**

Nicholas Warren (NLVWarren)

Smith got 84% and Bogdanoff lost

**9/5/2021 9:55 PM**

Nicholas Warren (NLVWarren)

Gibson won by 28 points

**9/5/2021 9:55 PM**

Florida Data Geek 🔼   UA (MappingFL)

yeah thats what i'll do

**9/5/2021 9:55 PM**

Nicholas Warren (NLVWarren)

Dem gain

**9/5/2021 9:55 PM**

Florida Data Geek   UA (MappingFL)

I can basically say "they were uncomfortable and opposed these changes but the last decade shows the worries were unfounded"

**9/5/2021 9:55 PM**

Nicholas Warren (NLVWarren)

Yup

**9/5/2021 9:56 PM**

Florida Data Geek   UA (MappingFL)

meanwhile Corrine is just a corrupt and power hungry politician.

**9/5/2021 9:59 PM**

Nicholas Warren (NLVWarren)

Yup

**9/5/2021 10:00 PM**

Florida Data Geek   UA (MappingFL)

god that Lawson win is always one of my fav moments

**9/5/2021 10:01 PM**

Nicholas Warren (NLVWarren)

Love him so much

**9/5/2021 11:41 PM**

Nicholas Warren (NLVWarren)



Attachment with type image/jpeg
um https://t.co/0YVqo9TkMw

**9/5/2021 11:43 PM**

Nicholas Warren (NLVWarren)

Attachment with type image/jpeg
or https://t.co/QBGhqaOseg

**9/6/2021 2:15 PM**
Florida Data Geek ⬆ ᴜᴀ (MappingFL)

"because we can"

**9/7/2021 10:57 AM**

Nicholas Warren (NLVWarren)



https://twitter.com/nlvwarren/status/1435236681628721153?s=21
https://twitter.com/NLVWarren/status/1435236681628721153
Link title: Nicholas Warren on Twitter
Link description: "Very excited to share my article **Gingles Unraveled**: **Hispanic Voting Cohesion in South Florida**, forthcoming in @nccivilrtslaw and now up on @SSRN ☞ https://t.co/OlzNWfwdUy

Abstract here ✍ "
Link title: Nicholas Warren on Twitter
Link description: "Very excited to share my article **Gingles Unraveled**: **Hispanic Voting Cohesion in South Florida**, forthcoming in @nccivilrtslaw and now up on @SSRN ☞ https://t.co/OlzNWfwdUy

Abstract here ✍ "
https://t.co/3JrKKfMmYd https://t.co/pa1ZBxXZLH

**9/7/2021 10:57 AM**

Nicholas Warren (NLVWarren)

New article with huge implications for redistricting 😀

**9/8/2021 2:54 PM**
Florida Data Geek ⬆ ᴜᴀ (MappingFL)

holy shit!   sweet man!   I'm gonna dig into this!

**9/9/2021 10:01 AM**

Nicholas Warren (NLVWarren)

😄

**9/9/2021 10:02 AM**

Nicholas Warren (NLVWarren)

Coming soon to a Labarga dissent near you, maybe

**9/9/2021 1:42 PM**
Florida Data Geek ⬆ ᴜᴀ (MappingFL)

Heyy.  Quick follow up.  This is a Very basic summary but let me know if this draft paragraph is correct.

**9/9/2021 1:42 PM**

Florida Data Geek 🔼 ᵁᴬ (MappingFL)

> The court examined the issue of retrogression in great detail. As the court pointed out, the Fair Districts Amendments incorporated language from Section 5 of the Voting Rights Act. This language creates the standard against retrogression (aka a reduction in the ability of minority voters to elect candidates of their choosing). This created a universal, state-wide standard protecting minority-performing districts from being eliminated. This meant districts that perform as minority seats, not just those over 50% minority VAP, were protected.
>
> Florida's second imperative, that "districts shall not be drawn . . . to diminish [racial or language minorities'] ability to elect representatives of their choice," art. III, § 21(a), Fla. Const., reflects the statement codified in Section 5 of the VRA prohibiting apportionment plans that have "the purpose of or will have the effect of diminishing the ability of any citizens . . . on account of race or color . . . to elect their preferred candidates of choice." 42 U.S.C. § 1973c(b) (2006). Section 5 attempts to eradicate impermissible retrogression in a minority group's ability to elect a candidate of choice. Although Section 5 applies only to "covered jurisdictions," Florida's constitutional prohibition applies to the entire state.
>
> Consistent with the goals of Sections 2 and 5 of the VRA, Florida's corresponding state provision aims at safeguarding the voting strength of minority groups against both impermissible dilution and retrogression. Interpreting Florida's minority voting protection provision in this manner gives due allegiance to the principles of constitutional construction, under which the Court considers "the purpose of the provision, the evil sought to be remedied, and the circumstances leading to its inclusion in our constitutional document." In re Apportionment Law 1982, 414 So.2d at 1048. Before its placement on the ballot and approval by the citizens of Florida, sponsors of this amendment, including the Florida State Conference of NAACP Branches (NAACP) and Democracia Ahora, acknowledged that Florida's provision tracked the language of Sections 2 and 5 and was perfectly consistent with both the letter and intent of federal law. See Amici Curiae Br. of Fla. State

Attachment with type image/jpeg
https://t.co/ajn7C5iRGl

**9/9/2021 1:42 PM**

Florida Data Geek 🔼 ᵁᴬ (MappingFL)

> Namely the part about how retrogression can protect against non 50% minority seats thanks to the fair districts amendments.

**9/9/2021 1:44 PM**

Nicholas Warren (NLVWarren)

> basically good, except "This meant **all** districts that perform as minority seats, not just those **in areas where it is possible to draw a 50% minority VAP district**, were protected"

**9/9/2021 1:44 PM**

Nicholas Warren (NLVWarren)

> to reiterate that Section 2/vote dilution doesn't mandate 50%+1 districts

**9/9/2021 1:45 PM**

Nicholas Warren (NLVWarren)

> i.e. Thurston's districts doesn't have to be 50% BCVAP, but it's protected from vote dilution under Section 2 bc it's *possible* to draw a 50% BCVAP district in that area

**9/9/2021 2:09 PM**

Florida Data Geek 🔼 ᵁᴬ (MappingFL)

> Right on. I'll clean that language up!   I get what your saying.

**9/9/2021 2:17 PM**

Nicholas Warren (NLVWarren)

> Cool, thanks

**9/9/2021 6:23 PM**
Florida Data Geek 🔼 ᵁᴬ (MappingFL)



Attachment with type image/jpeg
it is truly stunning how little I remember about some of these other strike downs.  I remember 1/3 and 29/34 vividly.  but swear I dont remember the others.  granted i was running around with grad school and work at the time. https://t.co/Yz3wKU13fX

Nicholas Warren (NLVWarren)
**9/9/2021 6:23 PM**

That map didn't last long lol

Nicholas Warren (NLVWarren)
**9/9/2021 6:23 PM**

The upside-down alligator!!

Nicholas Warren (NLVWarren)
**9/9/2021 6:25 PM**

Pariente's staff attorneys were DYING to put an absurd description of a district in the opinion

**9/9/2021 6:28 PM**
Florida Data Geek 🔼 ᵁᴬ (MappingFL)

god so much great details from those opinions, I am begging the readers to go through the cases, because I can only include so much

Nicholas Warren (NLVWarren)
**9/9/2021 6:29 PM**

Truly!

Nicholas Warren (NLVWarren)
**9/9/2021 6:38 PM**

Did Lakeland explicitly challenge SD24

**9/9/2021 6:47 PM**
Florida Data Geek 🔼 ᵁᴬ (MappingFL)

something like that, i didnt even include the Lakeland challenge cause it was so in the weeds.  left it as a easter egg for those who actually click the link

**9/9/2021 6:47 PM**
Florida Data Geek 🔼 ᵁᴬ (MappingFL)

*link for the court documents

Nicholas Warren (NLVWarren)
**9/9/2021 7:06 PM**

very parochial

Nicholas Warren (NLVWarren)
**9/10/2021 4:48 PM**

https://twitter.com/NLVWarren/status/1436430713633579047
I know you'll be into this https://t.co/jStE5DmXT6

**9/10/2021 9:04 PM**

Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1436435229615529999?s=20
Link title: Nicholas Warren on Twitter
Link description: "This is where the Yup'ik, Athabaskans, and Iñupiat (the Athabaskans'
"historical antagonists") are concentrated.

Like Hispanics, Alaskan Natives and American Indians aren't homogenous – but the current
VRA doesn't recognize that."
https://t.co/gE3OrnvJ47

**9/10/2021 5:04 PM**

Nicholas Warren (NLVWarren)

had to correct

**9/10/2021 5:36 PM**

Florida Data Geek 🔼 ᵁᴬ (MappingFL)

oh snap this is cool!  yeah I think that is a real blind spot in the VRA.

**9/11/2021 7:24 PM**

Florida Data Geek 🔼 ᵁᴬ (MappingFL)

thanks for that link!  so it wont matter soon (as it seems census data will be ready for the easy-
to-use downloads on the 16th) but as I mess around in Dade with districts like 117 or the
northeast districts, and dealing with the distinction between Black and Hispanic Black, is there
any major court cases or analysis that shows if Hispanic black voters are part of a cohesive
voting block with african-americans or hispanics?  i'm searching around but just want to know
if you had any thoughts/resources

**9/11/2021 9:22 PM**

Nicholas Warren (NLVWarren)

General practice in the field is to use "All Black" - Black in combination with others races,
regardless of Hispanic

**9/11/2021 9:22 PM**

Nicholas Warren (NLVWarren)

But I doubt there's any court case on it

**9/11/2021 9:22 PM**

Nicholas Warren (NLVWarren)

The FSC may have commented on using All Black in Apportionment I

**9/11/2021 9:24 PM**

Nicholas Warren (NLVWarren)

My guess is there's never been litigation in an area where Hispanic-Black was large enough to
matter - even Dade in the 90s cases

**9/11/2021 9:25 PM**

Nicholas Warren (NLVWarren)

But if you were measuring cohesion quantitatively using ecological regression/inference, you
wouldn't use the census data in FL. You'd use the voter file - where people only check one
box. So you wouldn't run into that issue

**9/12/2021 6:15 PM**

Florida Data Geek 🔼 ᵁᴬ (MappingFL)

this makes sense!  and yeah the voting history/reg data is always important.  especially for
judging things like SD38 or HD117.  honestly without functional analysis - crafting dade
districts is like drawing the dark.  one constant narrative i've pushed in my redistricting
series is how tricky the VAP data from dade can be when determining "control" of a seat

**9/12/2021 6:16 PM**
Nicholas Warren (NLVWarren)

Yeah at least DRA has 2019 CVAP estimates

**9/12/2021 6:17 PM**
Florida Data Geek 🔼 UA (MappingFL)

that has been very helpful!  and then I'm just using some voter data in arcmap to re-run stuff and see how things shake out voting-wise

**9/12/2021 6:18 PM**
Nicholas Warren (NLVWarren)

what is current HD117 by reg

**9/12/2021 6:18 PM**
Nicholas Warren (NLVWarren)

?

**9/12/2021 6:22 PM**
Nicholas Warren (NLVWarren)

I see you can draw at most a ~31% BVAP, 38% BCVAP district now. That obviously means there's no Section 2 right here, but there's clearly a Section 5 right against retrogression

**9/12/2021 6:22 PM**
Nicholas Warren (NLVWarren)

The VAP numbers add up to 103.9 - so still not that many Hispanic Blacks

**9/12/2021 6:25 PM**
Florida Data Geek 🔼 UA (MappingFL)

so the current reg for 117 is just under 50% hispanic.  but the dem primary is 53% black and 35% hispanic

**9/12/2021 6:25 PM**
Florida Data Geek 🔼 UA (MappingFL)

and in turnout its less hispanic than that

**9/12/2021 6:26 PM**
Nicholas Warren (NLVWarren)

Yeah. So your functional analysis should be focusing on actual turnout and especially share of the Dem primary

**9/12/2021 6:26 PM**
Nicholas Warren (NLVWarren)

But really you should ask whether there's polarization between Hispanic Dems and Black Dems

**9/12/2021 6:26 PM**
Florida Data Geek 🔼 UA (MappingFL)

so how does the law categorize something like 117?  id argue is a black seat via functional analysis.  am i right?

**9/12/2021 6:26 PM**
Nicholas Warren (NLVWarren)

Because the Black % of the primary would need to be lower if not

**9/12/2021 6:27 PM**
Nicholas Warren (NLVWarren)

it's a district in which Black voters can elect candidates of choice and that ability is protected from retrogression under FDA

**9/12/2021 6:27 PM**
Nicholas Warren (NLVWarren)

have a very good ability, obi

**9/12/2021 6:27 PM**

Nicholas Warren (NLVWarren)

obvi

**9/12/2021 6:27 PM**

Florida Data Geek ⬆ UA (MappingFL)

yep same opinion.  its been a black seat forever and functions as such

**9/12/2021 6:28 PM**

Nicholas Warren (NLVWarren)

can you tell based on a precinct analysis how the 2020 primary went there?

**9/12/2021 6:28 PM**

Nicholas Warren (NLVWarren)

I know there were 2 Black candidates and 1 Latina

**9/12/2021 6:28 PM**

Nicholas Warren (NLVWarren)

jk 3 Black candidates

**9/12/2021 6:29 PM**

Florida Data Geek ⬆ UA (MappingFL)

yeah i was about to say, i thought all three were african-american.

**9/12/2021 6:30 PM**

Florida Data Geek ⬆ UA (MappingFL)

117 has always felt like it was clearly a black seat, census figures be damned.  esp as it works to unite black communities along the region

**9/12/2021 6:30 PM**

Nicholas Warren (NLVWarren)

yeah ofc

**9/12/2021 6:31 PM**

Nicholas Warren (NLVWarren)

and all decade it only had a competitive general in 2014 (76% Dem) and primary in 2012 (66% McGhee against 2 other Black candidates)

**9/12/2021 6:31 PM**

Nicholas Warren (NLVWarren)

so there's not much great endogenous data to go on

**9/12/2021 6:31 PM**

Nicholas Warren (NLVWarren)

but you could look at other elections where there was Black-Latino split

**9/12/2021 6:34 PM**

Florida Data Geek ⬆ UA (MappingFL)

so many prominent black-hispanic clashes in the old days, more and more its clear efforts have been made to avoid these fights.

**9/12/2021 6:38 PM**

Nicholas Warren (NLVWarren)

Monroe + Florida City + Homestead is the ideal HD size...

**9/12/2021 6:43 PM**

Florida Data Geek ⬆ UA (MappingFL)

yep

**9/12/2021 6:43 PM**
Florida Data Geek 🔼 ᴜᴀ (MappingFL)



https://twitter.com/MappingFL/status/1437182374559694855?s=20
Link title: Florida Data Geek 🔼 ᴜᴀ on Twitter
Link description: "Which Florida House district will need to gain voters (red) or lose voters (blue)?  The map reflects a trend of massive growth around Orlando, Tampa, Jacksonville - while rural communities lose ground and southeast FL growth is slowed #flapol #sayfie" https://t.co/3OQlc8bdCD

**9/12/2021 6:43 PM**
Florida Data Geek 🔼 ᴜᴀ (MappingFL)

both 120 and 117 need to lose people

**9/12/2021 6:48 PM**
Nicholas Warren (NLVWarren)



Attachment with type image/jpeg
this HD120 keeps Florida City and Homestead whole https://t.co/2D3wNojyZw

**9/12/2021 6:48 PM**
Nicholas Warren (NLVWarren)

and 117 is 30% BCVAP - just 8 pts less than benchmark

**9/12/2021 6:48 PM**
Nicholas Warren (NLVWarren)

Dem primary surely can't drop more than 4 pts in this version

**9/12/2021 6:50 PM**
Nicholas Warren (NLVWarren)

Cutler Bay is also wholly in 117

**9/12/2021 6:50 PM**
Florida Data Geek 🔼 ᴜᴀ (MappingFL)

yeah as long as the primary still advantage black then that could work!

**Nicholas Warren (NLVWarren)**



Attachment with type image/jpeg
even cleaner https://t.co/pdYpstWoVC

**9/14/2021 10:48 AM**

**Nicholas Warren (NLVWarren)**

The white crossover vote in Apalach is crazy

**9/14/2021 10:48 AM**

**Nicholas Warren (NLVWarren)**

| Voting Age Pop 2020 | | |
|---|---|---|
| | **Pop** | **%** |
| Total | 1,519 | 100.0% |
| White | 901 | 59.3% |
| Hispanic | 111 | 7.3% |
| Black | 480 | 31.6% |
| Asian | 11 | 0.7% |
| Native | 30 | 2.0% |
| Pacific | 3 | 0.2% |
| **President 2020** | | |
| | **Votes** | **%** |
| Democratic | 708 | 59.4% |
| Republican | 466 | 39.1% |
| Other | 17 | 1.4% |
| **Governor 2018** | | |
| | **Votes** | **%** |
| Democratic | 601 | 63.7% |
| Republican | 329 | 34.9% |
| Other | 14 | 1.5% |

Attachment with type image/png
https://t.co/SOyxUMf5iR

**9/15/2021 10:26 AM**

Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1438123897216454665
Link title: Nicholas Warren on Twitter
Link description: "7 weeks and still no special elections for these majority-Black legislative
 seats.

Pretty much too late to set elx in time for the '22 session. The people of these districts will
 likely lack representation come January."
DeSantis stealing 3 dem seats (on top of FL20) and... nobody seems to be noticing https://t.co/
eMl59ztTP4

**9/15/2021 3:55 PM**

Florida Data Geek 🔼   UA (MappingFL)

Everyone was angry for a week and now everyone is just resigned to it.

**9/15/2021 6:56 PM**

Nicholas Warren (NLVWarren)

:(

**9/16/2021 4:01 PM**

Florida Data Geek 🔼   UA (MappingFL)

I might add it to my substack post tomorrow. And on top of all this, they changed the rules for
county commission so that DeSantis can just pick his own replacements. It's a massive assault

**9/16/2021 4:18 PM**

Nicholas Warren (NLVWarren)

yup

**9/16/2021 4:18 PM**

Nicholas Warren (NLVWarren)

idk why Broward & Palm Beach aren't working on charter amendments as we speak to fix that

**9/16/2021 4:19 PM**

Nicholas Warren (NLVWarren)

they could have those on the Nov or Aug ballots

**9/16/2021 11:29 PM**
Florida Data Geek ⬆️ ᵁᴬ (MappingFL)



Attachment with type image/jpeg
https://t.co/oAGl8tWGQU

**9/16/2021 11:30 PM**
Florida Data Geek ⬆️ ᵁᴬ (MappingFL)

editing

**9/16/2021 11:31 PM**
Nicholas Warren (NLVWarren)

If you talk about the SB90 changes let me review it, they're so nuanced

**9/16/2021 11:39 PM**
Florida Data Geek ⬆️ ᵁᴬ (MappingFL)

i just reference a sun sentintel article about holness' seat - i keep it very free of legal stuff cause i'm too tired anyway

**9/16/2021 11:39 PM**
Nicholas Warren (NLVWarren)

They've gotten stuff wrong on it

**9/16/2021 11:39 PM**
Nicholas Warren (NLVWarren)

Lol

**9/16/2021 11:41 PM**
Florida Data Geek ⬆️ ᵁᴬ (MappingFL)

ok so all i really need to confirm is this.  does desantis's holness appointmnet (for that seat) go till 2022 or 2024

**9/16/2021 11:41 PM**
Nicholas Warren (NLVWarren)

2022

**9/16/2021 11:42 PM**
Nicholas Warren (NLVWarren)

The point is that vacancy WOULD have had a special elx, with no gubernatorial appointment, before Sb90

**9/16/2021 11:42 PM**
Nicholas Warren (NLVWarren)

Ditto Sharief

**9/16/2021 11:48 PM**
Florida Data Geek ⬆️ ᵁᴬ (MappingFL)

I gotcha, eh them i'm just leaving broward out.  that change is minor compared to the house/senate seats

**9/17/2021 3:12 PM**
Florida Data Geek ⬆️ ᴜᴀ (MappingFL)





https://twitter.com/mappingfl/status/1438943538889302021?s=21
https://twitter.com/MappingFL/status/1438943538889302021
Link title: Florida Data Geek ⬆️ ᴜᴀ on Twitter
Link description: "Today's substack newsletter went out this morning.  A look at Governor Ron DeSantis' shameful delays of special elections for several African-American legislative districts in southeast Florida, as well as his late date for the #fl20 special https://t.co/nUuz0WgBi2 #flapol"
Link title: Florida Data Geek ⬆️ ᴜᴀ on Twitter
Link description: "Today's substack newsletter went out this morning.  A look at Governor Ron DeSantis' shameful delays of special elections for several African-American legislative districts in southeast Florida, as well as his late date for the #fl20 special https://t.co/nUuz0WgBi2 #flapol"
https://t.co/JbjP4fjpGq https://t.co/WSyqRgTohd

**9/17/2021 3:39 PM**
Nicholas Warren (NLVWarren)

🙏🙏🙏🙏🙏🙏

**9/17/2021 3:39 PM**
Nicholas Warren (NLVWarren)

Really good

**9/17/2021 8:38 PM**
Florida Data Geek ⬆️ ᴜᴀ (MappingFL)

i was doing some digging but curious of your take.  is there any cases/suits involving population deviation, specifically where it seems certain districts are always under/over populated.  ive seen it batted around in some suits ("oh all the dem seats are maxed out in exess pop") but cant find any court decisions.  ditto for race districts.

also of this assuming deviations are under 10%.  this is just more about the question of if patterns emerge in who/what is over/under pop

**9/17/2021 3:44 PM**

Nicholas Warren (NLVWarren)

Yeah let me respond over the weekend

**9/19/2021 11:03 AM**

Nicholas Warren (NLVWarren)

> We resolve this question by concluding that the voters' inclusion of this
> standard in the second tier of article III, section 21, recognizes that, as under the
> federal constitution, strict and unbending adherence to the equal population
> requirement will yield to other redistricting considerations, but that those
> considerations must be based on the express constitutional standards.  The Florida

Attachment with type image/jpeg
Under Fair Districts: pop deviations have to be balanced with other Fair Districts standards. Any deviations – even those under 10% overall range – have to be justified by an effort to comply with other standards. https://t.co/zBHjeq7FbW

**9/19/2021 11:03 AM**

Nicholas Warren (NLVWarren)

> We imbue Florida's provision with the same meaning, subject to this
> important caveat.  Because obtaining equal population "if practicable" is an
> explicit and important constitutional mandate under the Florida Constitution, any
> deviation from that goal of mathematical precision must be based upon compliance
> with other constitutional standards.  Accordingly, compliance with Florida's equal
> population standard must be assessed in tandem with the other constitutional
> considerations.

Attachment with type image/jpeg
https://t.co/YcR4BaIftw

**9/19/2021 11:03 AM**

Nicholas Warren (NLVWarren)

These are screenshots from Apportionment I

**9/19/2021 11:04 AM**

Nicholas Warren (NLVWarren)

If a map used pop deviations for partisan ends, that would violate FDA

**9/19/2021 11:04 AM**

Nicholas Warren (NLVWarren)

(obviously)

**9/19/2021 11:05 AM**

Nicholas Warren (NLVWarren)

The FDP made this claim in 2012 for the Senate plan. The court discussed that in this footnote:

**9/19/2021 11:05 AM**

Nicholas Warren (NLVWarren)

> 39.  Citing Larios v. Cox, 300 F. Supp. 2d 1320, 1339 (N.D. Ga. 2004),
> aff'd, 542 U.S. 947 (2004), the FDP also raises a separate claim as to equal
> population, arguing that the Senate plan deviates from equal population not to
> serve any rational purpose, but rather to discriminate against Democrats,
> minorities, and certain regions of the state.  The FDP argue that this is done by
> systematically over-populating Democratic and minority districts.  Having
> examined the numbers, we conclude that the FDP has not established a violation of
> the equal population provision on this basis alone.  This case stands in contrast to
> Larios, where the population deviations were only barely within the 10% overall
> range and the evidence was clear that the deviation was the result of the
> Legislature's belief that the 10% overall range was a "safe harbor," within which it
> could engage in a systematic and express strategy to over-represent rural areas and
> Democrats, the party in power.

Attachment with type image/jpeg
https://t.co/Gf7IrsKrG3

**9/19/2021 11:10 AM**

Nicholas Warren (NLVWarren)

That brings us to federal law. Larios v. Cox was a challenge to GA's 2000-cycle Dem gerrymanders. This was the conclusion of the 3-judge panel in that case:

**9/19/2021 11:10 AM**

Nicholas Warren (NLVWarren)

(1) Georgia's state legislative reapportionment plans plainly violate the one person, one vote principle embodied in the Equal Protection Clause because each deviates from population equality by a total of 9.98% of the ideal district population and there are no legitimate, consistently applied state policies which justify these population deviations. Instead, the plans arbitrarily and discriminatorily dilute and debase the weight of certain citizens' votes by intentionally and systematically overpopulating districts in rural south Georgia and inner-city Atlanta, correspondingly overpopulating the districts in suburban areas surrounding Atlanta, and by underpopulating the districts held by incumbent Democrats.

Attachment with type image/png
https://t.co/Afl7xKrgM3

**9/19/2021 11:11 AM**

Nicholas Warren (NLVWarren)

It was a straight-up 1P1V ruling. But remember that 10% isn't a safe harbor - a state has to justify its deviations no matter what they are, and has to do so with rational, legitimate reasons. The court concluded that GA hadn't done so

**9/19/2021 11:11 AM**

Nicholas Warren (NLVWarren)

https://cite.case.law/f-supp-2d/300/1320/
https://t.co/T09JrigkAV

**9/19/2021 11:14 AM**

Nicholas Warren (NLVWarren)

The population deviations in the Georgia House and Senate Plans are not the result of an effort to further any legitimate, consistently applied state policy. Rather, we have found that the deviations were systematically and intentionally created (1) to allow rural southern Georgia and inner-city Atlanta to maintain their legislative influence even as them rate of population growth lags behind that of the rest of the state; and (2) to protect Democratic incumbents. Neither of these explanations withstands Equal Protection scrutiny. First, forty years of Supreme

Attachment with type image/png
https://t.co/lx7O1iQudV

**9/19/2021 11:17 AM**

Nicholas Warren (NLVWarren)

The Larios court honed in on the fact that the disparities had a regional impact - which was exactly what the reapportionment revolution overturned. (Then it was rural areas advantaged, in Larios it was urban ATL and Dem South GA)

**9/19/2021 11:19 AM**

Nicholas Warren (NLVWarren)

The state didn't justify the deviations explicitly as partisan gerrymanders, but rather as favoring regional areas and incumbent protection. But incumbent protection wasn't done in a consistent way - so the court rejected that justification too. I don't know if a post-Rucho case would be so quick to reject that justification

**9/19/2021 11:20 AM**

Nicholas Warren (NLVWarren)

And Larios took a really narrow view on what "incumbent protection" was

**9/19/2021 11:21 AM**

Nicholas Warren (NLVWarren)

The Larios panel decision was affirmed summarily by SCOTUS, without argument. Stevens wrote a concurrence, which Breyer joined. Scalia dissented. No other justices wrote

**9/19/2021 11:24 AM**

Nicholas Warren (NLVWarren)

The other major case on this is Allen v. Pataki, a similar challenge to the 2012 NY Senate GOP gerrymander. The court said the deviations were justified bc they took account of traditional redistricting principles like preserving cores of current districts and avoiding incumbent pairings

9/19/2021 11:24 AM

Nicholas Warren (NLVWarren)

https://scholar.google.com/scholar_case?case=936490386885042167
https://t.co/m5JQeZYjk1

9/19/2021 11:24 AM

Nicholas Warren (NLVWarren)

oh wait that's the wrong link

9/19/2021 11:25 AM

Nicholas Warren (NLVWarren)

here it is

9/19/2021 11:25 AM

Nicholas Warren (NLVWarren)

https://cite.case.law/f-supp-2d/308/346/
https://t.co/0a7tNZ7uUd

9/19/2021 11:26 AM

Nicholas Warren (NLVWarren)

SCOTUS summarily affirmed without any written opinions

9/19/2021 11:26 AM

Nicholas Warren (NLVWarren)

that plan was within 10%

9/19/2021 11:28 AM

Nicholas Warren (NLVWarren)

So the short answer to your question is that a federal lawsuit would be a 1P1V claim, if the overall range were under 10% the plan would have a presumption of constitutionality – but plaintiffs could prove a violation if the state didn't apply traditional redistricting principles (including certain flavors of incumbent protection) consistently, especially if there was a stark regional effect in the deviations

9/19/2021 11:28 AM

Nicholas Warren (NLVWarren)

But post-Rucho, it's possible SCOTUS or a lower court would conclude that partisan gerrymandering was a state policy that could justify deviations under 10%

9/19/2021 8:21 PM

Florida Data Geek 🔝 ᵁᴬ (MappingFL)

all of that makes sense!  im suprised so many cases on it, but the logic makes sense.  not suprised there is a FDA hook.

9/22/2021 1:09 PM

Florida Data Geek 🔝 ᵁᴬ (MappingFL)

florida redistricting site is live.

**9/22/2021 1:09 PM**
Florida Data Geek ⊤ ᴜᴀ (MappingFL)



https://twitter.com/GrayRohrer/status/1440719068093317122?s=20
Link title: Gray Rohrer on Twitter
Link description: "Florida's joint House and Senate redistricting website is up: https://t.co/d6vXqVb8uo"
https://t.co/UYe9K47Iqg

**9/22/2021 1:10 PM**
Florida Data Geek ⊤ ᴜᴀ (MappingFL)

i'm going through the district drawer right now.  it feel similar to the old one - but right now they only have voting age population data - i'm still checking to see if there are ways to select for more data (like the old one)

9/22/2021 5:42 PM

Florida Data Geek ⬆ ᴜᴀ (MappingFL)





https://twitter.com/maryellenklas/status/1440760966052921346?s=21
https://twitter.com/MaryEllenKlas/status/1440760966052921346
Link title: Mary Ellen Klas on Twitter
Link description: "House and Senate today released a joint redistricting website w/public mapping program. It doesn't include data to determine voter performance in each district (functional analysis). Senate spox @KGBetta says website will be updated to include that data. https://t.co/pUFaepFQBe"
Link title: Mary Ellen Klas on Twitter
Link description: "House and Senate today released a joint redistricting website w/public mapping program. It doesn't include data to determine voter performance in each district (functional analysis). Senate spox @KGBetta says website will be updated to include that data. https://t.co/pUFaepFQBe"
https://t.co/3pjhbXyaHR https://t.co/HOVUthq42q

9/24/2021 11:41 AM

Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1441402749829140480
Link title: Nicholas Warren on Twitter
Link description: "This is a concerning, ill-informed trend in the FL redistricting process: dismissing consideration of criteria outside the Constitution as suspect or invalid. /1"
this really pisses me off https://t.co/Z7lS9KNAE8

9/24/2021 5:19 PM

Nicholas Warren (NLVWarren)

the Leg's redistricting app doesn't have the ability to view or draw by municipality ??

9/24/2021 5:24 PM

Nicholas Warren (NLVWarren)

it doesn't have VTDs?????

9/24/2021 5:33 PM

Florida Data Geek 👤   UA (MappingFL)

I really feel like that site is not done. They don't even have the political data yet.  God if they don't add vtds....

9/24/2021 5:37 PM

Nicholas Warren (NLVWarren)

VTDs exist as a layer you can view but not one you can draw with

9/24/2021 5:37 PM

Nicholas Warren (NLVWarren)

How do you import a map?

9/24/2021 5:37 PM

Nicholas Warren (NLVWarren)

They better make it easy

9/24/2021 5:38 PM

Nicholas Warren (NLVWarren)

okay so you can import DOJ files/CSVs

9/24/2021 5:51 PM

Nicholas Warren (NLVWarren)

Import is taking 5ever

9/24/2021 6:03 PM

Nicholas Warren (NLVWarren)

I imported it and checked "County-VTD-Block" when I imported - now I can draw with VTDs

9/24/2021 6:03 PM

Nicholas Warren (NLVWarren)

But idk how you make that selection when you open a new map. That should be the default

**9/24/2021 6:44 PM**
Florida Data Geek ⬆ UA (MappingFL)

good lord - this thing feels like a beta version.

**9/24/2021 6:45 PM**
Nicholas Warren (NLVWarren)

Yeah

**9/24/2021 6:46 PM**
Nicholas Warren (NLVWarren)

The "blank" default maps they have pre-uploaded have tract/block group hierarchy setting. They just need to change that

**9/24/2021 6:46 PM**
Nicholas Warren (NLVWarren)

If you upload a map or create a totally new map - not working from their pre-loaded blanks - you can select the VTD hierarchy

**9/24/2021 6:46 PM**
Nicholas Warren (NLVWarren)

But doesn't fix how fucked up the cities thing is

**9/24/2021 6:46 PM**
Nicholas Warren (NLVWarren)

Or how generally trash it is to use

**9/24/2021 6:50 PM**
Florida Data Geek ⬆ UA (MappingFL)

yeah i'm sticking with DRA for now while waiting to see if it gets better. cause it feels like a shitty beta

**9/24/2021 6:51 PM**
Nicholas Warren (NLVWarren)

100%

**9/24/2021 7:49 PM**
Nicholas Warren (NLVWarren)

Do you know anyone who could explain to me the dynamics of a 2020 dem primary in jackson county?

**9/26/2021 9:38 PM**
Florida Data Geek ⬆ UA (MappingFL)

oh sorry i didnt see this till now! hmm the only person i know from jackson is Jeremy Branch, but his last primary (2010) is from a very diff era of the party there. Judy Mount (current and longtime chair) prob has an idea of current dynamics

**9/26/2021 9:40 PM**
Nicholas Warren (NLVWarren)

No worries - do you know her? Could you ask her for me? I'm trying to keep my inquiry discreet. Working with the current county commissioner (Alex McKinnie) but also non-electeds. He defeated the longtime commissioner Willie Spires 54-46 in an universal Dem primary

**9/26/2021 9:40 PM**
Nicholas Warren (NLVWarren)

Or Branch if you'd think he might know anything

**9/26/2021 9:52 PM**
Florida Data Geek ⬆ UA (MappingFL)

sure thing I can see what I can dig up.

**9/26/2021 9:52 PM**

Nicholas Warren (NLVWarren)

Thank you 🙏

**9/28/2021 7:11 PM**

Nicholas Warren (NLVWarren)

https://www.ksanet.net/contact
Link title: Contact Us | KSA
Link description: KSA can customize redistricting efforts for your jurisdiction, saving time and money. Assisting governments and entities large and small with realignment of boundaries.
https://t.co/3q7WaoTuka

**9/28/2021 7:11 PM**

Nicholas Warren (NLVWarren)

Who is this

**9/28/2021 7:15 PM**

Florida Data Geek ⬆ ᴜᴀ (MappingFL)

hmm not familiar with them

**9/28/2021 7:15 PM**

Nicholas Warren (NLVWarren)

Look at the client list

**9/28/2021 7:15 PM**

Nicholas Warren (NLVWarren)

They're consulting for Pinellas, Collier, maybe Quincy in the past for redistricting

**9/28/2021 7:17 PM**

Florida Data Geek ⬆ ᴜᴀ (MappingFL)

oh yeah so these were the folks who quincy hired to finish its redistricting process. i thought that name kinda ran a bell. but thats the extent i really know about them. it seems theyve been around awhile based on this list

**9/28/2021 7:19 PM**

Nicholas Warren (NLVWarren)

yeah 100%

**9/28/2021 7:19 PM**

Nicholas Warren (NLVWarren)

they just came up at the jackson BOCC

**9/28/2021 7:19 PM**

Nicholas Warren (NLVWarren)

as someone the SOE talked to about redistricting

**9/28/2021 7:24 PM**

Florida Data Geek ⬆ ᴜᴀ (MappingFL)

ahhh gotcha. i def imagine that the rural counties is where an group like them are gonna make the bulk of their cash.

**9/28/2021 7:26 PM**

Nicholas Warren (NLVWarren)

he's a Dem at least

**9/28/2021 7:27 PM**

Florida Data Geek ⬆ ᴜᴀ (MappingFL)

thats good. i bet they do it legit. if they are gonna have a wide array of clients, its best to stick to straight-forward stuff. prob alot of "just nip and tuck" for population changes. most counties have no desire for huge remaps

**9/28/2021 7:27 PM**

Nicholas Warren (NLVWarren)

True

**9/28/2021 7:28 PM**
Florida Data Geek ⬆ UA (MappingFL)

which i find as lame and boring, but i get it lol

**9/28/2021 10:13 PM**
Florida Data Geek ⬆ UA (MappingFL)

is Labarga broadly a liberal on the FL court, or is it just on specific issues?

**9/28/2021 10:17 PM**

Nicholas Warren (NLVWarren)

Moderate liberal

**9/28/2021 10:17 PM**

Nicholas Warren (NLVWarren)

I'm not sure if he is one way on a particular set of issues

**9/28/2021 10:36 PM**
Florida Data Geek ⬆ UA (MappingFL)

perfect, makes sense!

**9/28/2021 10:36 PM**
Florida Data Geek ⬆ UA (MappingFL)

btw, i'm sick of this website lol

**9/28/2021 10:36 PM**
Florida Data Geek ⊞ ᴜᴬ (MappingFL)



https://twitter.com/MappingFL/status/1442993222351876097?s=20
Link title: Florida Data Geek ⊞ ᴜᴬ on Twitter
Link description: "I feel so much like the Ben Rickert of this redistricting season that I made this really long meme based off the best scene in The Big Short

A message to Liberal Election Twitter

https://t.co/hvR458j8fs"
https://t.co/eagFeEq1Vr

**9/28/2021 11:10 PM**

Nicholas Warren (NLVWarren)

I don't know that reference

**9/28/2021 11:11 PM**
Florida Data Geek ⊞ ᴜᴬ (MappingFL)

wait you havent seen The Big Short???

85

**9/28/2021 11:11 PM**
Nicholas Warren (NLVWarren)

oh I have but clearly don't remember it

**9/28/2021 11:11 PM**
Nicholas Warren (NLVWarren)

or that scene

**9/28/2021 11:13 PM**
Florida Data Geek ⬆️ ᴜᴀ (MappingFL)

oh lol yeah its when the two young guys have made their bets to short the housing market, and they are so happy.  and then brad pitt's character chastizes them for celebrating because if their bets are right, it also means the economy is destined to crash, and people lose jobs and food and die in recessions.  and it ends with him saying "jut dont fucking dance" - watch the clip, amazing scene

**9/28/2021 11:13 PM**
Nicholas Warren (NLVWarren)

ah

**9/28/2021 11:14 PM**
Nicholas Warren (NLVWarren)

gerrymandering doesn't cause polarization tho ;)

**9/28/2021 11:14 PM**
Florida Data Geek ⬆️ ᴜᴀ (MappingFL)

look i'm trying to simplify this stuff for teenagers on twitter, cut me some slack.

**9/28/2021 11:15 PM**
Nicholas Warren (NLVWarren)

and yet your meme is like 12 cards long and vertical

**9/28/2021 11:15 PM**
Florida Data Geek ⬆️ ᴜᴀ (MappingFL)

i'm just sicking of 20 year old college students jumping up and down with joy that a massive gerrymander is a win and not a massive indictment of the entire system

**9/28/2021 11:15 PM**
Nicholas Warren (NLVWarren)

that's not the part of twitter that's annoying me the past week

**9/28/2021 11:15 PM**
Nicholas Warren (NLVWarren)

people are jumping for joy at... oregon?

**9/28/2021 11:16 PM**
Florida Data Geek ⬆️ ᴜᴀ (MappingFL)

yes - and the invitable IL and NY maps.  and they get all pissy about any CO map that isn't giving them a possible 8-0 map

**9/28/2021 11:22 PM**
Nicholas Warren (NLVWarren)

as long as TX and GA and OH doing their thing, I'm dancing too. just not on twitter

**9/28/2021 11:33 PM**

Nicholas Warren (NLVWarren)



https://twitter.com/MappingFL/status/1442585254733090818
Link title: Florida Data Geek 🔝  ᵁᴬ on Twitter
Link description: "The technical term for this map is... garbage"
we love a bipartisan gerrymander hehe https://t.co/fL70vUfetn

**9/28/2021 11:43 PM**

Florida Data Geek 🔝  ᵁᴬ (MappingFL)

another great example about why politicians shouldnt draw the maps at all.

**9/29/2021 12:02 AM**

Nicholas Warren (NLVWarren)

Yep

**9/29/2021 12:07 AM**

Nicholas Warren (NLVWarren)

especially great that neither of the two dems on the committee will be running for reelection, but both are rapidly supporting keeping their seats the same and as black as possible

**9/29/2021 12:45 PM**

Florida Data Geek 🔝  ᵁᴬ (MappingFL)

This was a fascinating write up

**9/29/2021 12:45 PM**

Florida Data Geek 🔝  ᵁᴬ (MappingFL)



https://twitter.com/mappingfl/status/1443252774053953539?s=21
https://twitter.com/MappingFL/status/1443252774053953539
Link title: Florida Data Geek 🔝  ᵁᴬ on Twitter
Link description: "New substack this morning. A look at Florida's Supreme Court - which will play a redistricting role.

As the court moved to the right, the retention elections for justices have begun to shift in support and opposition

https://t.co/uWMgLx8Jjp #flapol #sayfie"
Link title: Florida Data Geek ⬆ ᵤₐ on Twitter
Link description: "New substack this morning. A look at Florida's Supreme Court – which will play a redistricting role.

As the court moved to the right, the retention elections for justices have begun to shift in support and opposition

https://t.co/uWMgLx8Jjp #flapol #sayfie"
https://t.co/kQGgkBLsk9 https://t.co/mMUXGPNvTU

**9/29/2021 3:26 PM**

Nicholas Warren (NLVWarren)



https://twitter.com/OryxMaps/status/1443285631803793408
Link title: OryxMaps on Twitter
Link description: "Here's the tradeoff: come Friday I will no long be interacting with #ElectionTwitter when it comes to redistricting...for obvious Conflict of Interest reasons."
This is why I love doing redistricting at a free speech organization 😄 https://t.co/758G4rNqvU

**10/4/2021 12:28 PM**

Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1444399463087448071
Link title: Nicholas Warren on Twitter
Link description: "Overall it's a least-change map, but under the consultant-drawn map advanced yday, the three swingy seats get a tinge bluer:

D5 (E. Higgins, D): Biden +8 → +10.2
D7 (Regalado, R): Biden +7.8 → +8.4
D8 (Cohen Higgins, D): Biden +3.6 → +4"
Some good news, for once  https://t.co/CdB28htm1n

**10/4/2021 6:54 PM**

Nicholas Warren (NLVWarren)

CITY OF STARKE REQUEST FOR PROPOSALS REDISTRICTING CONSULTING SERVICE

Sealed Proposals will be received at the City of Starke City Hall 209 North Thompson Street, Starke, Florida, 32091, until October 28, 2021, 3:00 PM local time, at which time they will be publicly opened. All Proposers or their representatives are invited to be present. Proposals shall be delivered and addressed to, City of Starke, Attn: Jimmy V. Crosby, Jr., City Clerk, c/o Lisa Terry, Deputy City Clerk, 209 North Thompson Street, Starke, Florida 32091 and shall be labeled "REDISTRICTING CONSULTING SERVICES".

Project Schedule and Progress Reporting
Completion of Community
Outreach

Attachment with type image/jpeg
https://t.co/qPiaInfrM4

**10/4/2021 6:54 PM**

Nicholas Warren (NLVWarren)

Project Schedule and Progress Reporting
Completion of Community Outreach...................................January 21, 2022
Submission of Plans for Initial Staff Review...........................February 11, 2022
Submission of Three Plans for City Commission consideration.....March 4, 2022
City Commission approval of a Final Plan.............................March 18, 2022

Attachment with type image/jpeg
https://t.co/CfVYmtByKx

**10/4/2021 6:55 PM**

Nicholas Warren (NLVWarren)

You should submit a low bid to be Starke's redistricting consultant

**10/4/2021 6:55 PM**

Nicholas Warren (NLVWarren)

They have sensitive racial issues

**10/6/2021 6:44 PM**

Florida Data Geek 🕐  ᴜᴀ (MappingFL)

woah totally missed this.  now that is interesting.  i might do that.  btw where did you find this?  there should be like a bulletin board for these things

**10/6/2021 6:45 PM**

Nicholas Warren (NLVWarren)

it's in a draft agenda, they haven't approved the RFP yet

**10/6/2021 6:45 PM**

Nicholas Warren (NLVWarren)

and yes there should be

**10/7/2021 5:09 PM**
Florida Data Geek ⬆ UA (MappingFL)

i'm sure you know why, lol

**10/7/2021 5:09 PM**
Florida Data Geek ⬆ UA (MappingFL)



https://twitter.com/MappingFL/status/1446220835618897948?s=20
Link title: Florida Data Geek ⬆ UA on Twitter
Link description: "Look at this State Senate proposal (I drew it). Look how districts 3, 5, and 8 are made up of whole counties with no splits. Its sooo nice and clean.

Also eliminates a competitive SD8

But who can tell me why I doubt the GOP will be putting this map up for consideration? #flapol"
https://t.co/FR5wNPxkdK

**10/7/2021 5:10 PM**

Nicholas Warren (NLVWarren)

SD8 will be non competitive no matter what ¯\\_(ツ)_/¯

**10/7/2021 5:10 PM**

Nicholas Warren (NLVWarren)

I'm not shedding any tears

**10/7/2021 5:10 PM**
Florida Data Geek ⬆ UA (MappingFL)

yeah i know lol - but i mean why the GOP wouldn't propse this

**10/7/2021 5:10 PM**

Nicholas Warren (NLVWarren)

The Gville-Ocala iteration was a ticket good for one ride only, and we blew it

**10/7/2021 5:11 PM**
Florida Data Geek ⬆ UA (MappingFL)



Attachment with type image/jpeg
yeah they will almost surely carve gainesville and ocala apart - something like this maybe
https://t.co/TtFB83YOwf

**10/7/2021 9:12 PM**

Nicholas Warren (NLVWarren)

Keep Clay and St John's apart will be interesting

**10/7/2021 5:14 PM**

Florida Data Geek 🔼 UA (MappingFL)

i just assume they wont pair the senators.

**10/7/2021 5:19 PM**

Nicholas Warren (NLVWarren)



Attachment with type image/jpeg
agree I just think it'll be interesting to see how https://t.co/26TBvQcbHD

**10/7/2021 5:19 PM**

Nicholas Warren (NLVWarren)

10 should be 8 but you get it

**10/7/2021 5:27 PM**

Florida Data Geek 🔼 UA (MappingFL)

I just assume they won't link alachua and clay because of the senators living where. I think we get three long districts

**10/7/2021 5:29 PM**

Nicholas Warren (NLVWarren)

Well Perry lives in that SD10 and it still includes his base of the suburbs

**10/7/2021 5:34 PM**

Florida Data Geek 🔼 UA (MappingFL)

oh i see it.  yeah if they just wanna split alachua they could def do that

**10/7/2021 5:37 PM**

Nicholas Warren (NLVWarren)

And Bailey's term limited so SD8 can move further south into marion

**10/7/2021 5:37 PM**

Nicholas Warren (NLVWarren)

Baxley*

**10/7/2021 5:43 PM**

Florida Data Geek 🔼 UA (MappingFL)

wait doesn't baxley get another run?  he was elected in 2016

**10/7/2021 5:44 PM**

Nicholas Warren (NLVWarren)

Oh you're right. Nvm

**10/11/2021 3:03 PM**
Nicholas Warren (NLVWarren)

Leg added elections data friday!!

**10/11/2021 3:07 PM**
Florida Data Geek 🔼   UA (MappingFL)

Finalllyyyyyyyy

**10/13/2021 9:57 AM**
Florida Data Geek 🔼   UA (MappingFL)

Hey.  So I am playing around with orlando area state house districts. It is easy to draw two majority Hispanic districts in Osceola alone.  Now since hispanics have been shown to be able to win races without super-charged Hispanic numbers in that area - wouldnt the legislature be obligated to create those two seats (vs the one now).  I'm just trying to confirm their legal obligation.

**10/13/2021 10:06 AM**
Nicholas Warren (NLVWarren)

The short answer is probably not, but maybe. The VRA doesn't require maximizing the number of minority-performing districts. If there's already a minority-performing district in a given region, it would be hard to bring a vote dilution case to force a second district, even if 2 CVAP majority districts are possible. Not impossible though, especially if the existing plan isn't proportional – and Hispanic districts aren't proportional to VAP or CVAP, either statewide (14 of 120 districts, when it's 20-25% H statewide) or in the Orlando area (2/10, when it's 32% Hispanic overall). It's definitely a strong argument to use in the legislative process.

**10/13/2021 10:07 AM**
Nicholas Warren (NLVWarren)

I suspect what they will argue is that HD43 must be maintained packed as it exists to avoid diminishment

**10/13/2021 10:07 AM**
Nicholas Warren (NLVWarren)

Which is bullshit obviously

**10/13/2021 10:07 AM**
Nicholas Warren (NLVWarren)

Though the Orlando area really should have a totally new HD, and maybe they cede a seat

**10/13/2021 10:17 AM**
Florida Data Geek 🔼   UA (MappingFL)

Fair enough. So I'll stick to a "it is morally right to do this" narrative. Basically to shame them if they don't.  And I'll press that VRA complaint would be possible but I won't make a declarative statement

**10/13/2021 10:18 AM**
Nicholas Warren (NLVWarren)

I think it's fine to argue it's required under the VRA

**10/13/2021 10:18 AM**
Nicholas Warren (NLVWarren)

it's a plausible argument, those cases are just hard to bring

**10/13/2021 10:19 AM**
Nicholas Warren (NLVWarren)

noting how out of whack with proportionality, both regionally and statewide, is helpful (tho Sec 2 explicitly says there's no legal right to proportional representation, it's still a factor to consider)

**10/13/2021 11:16 AM**
Nicholas Warren (NLVWarren)

The Leg was deliberately drawing new HVAP-maj districts last cycle even where they wouldn't elect H candidates of choice, where it suited them. So. Like the one in palm beach

**10/16/2021 8:48 PM**
Florida Data Geek 🔼 ᴜᴀ (MappingFL)



https://twitter.com/MappingFL/status/1449537538226409481?s=20
Link title: Florida Data Geek 🔼 ᴜᴀ on Twitter
Link description: "In a few days my article on possible Orlando State House districts will be up

A Saturday night preview - I've drawn a map that could result in FOUR Hispanic districts - up from TWO right now - with two access seats as well

Growth in the area is massive #flapol #sayfie"
https://t.co/B8vgVaM8SS

**10/17/2021 5:27 PM**
Nicholas Warren (NLVWarren)



Attachment with type image/jpeg
Jackson County redistricting https://t.co/howQMdyWoG

**10/17/2021 5:28 PM**
Florida Data Geek 🔼 ᴜᴀ (MappingFL)

oh snap!  is that a map your drafting?  or a map submitted?

**10/17/2021 5:28 PM**
Nicholas Warren (NLVWarren)

A map I'm drafting, and likely to be submitted tomorrow

**10/17/2021 5:29 PM**
Nicholas Warren (NLVWarren)

And yes, we're already on Map E...

**10/17/2021 5:29 PM**
Nicholas Warren (NLVWarren)

Working with the local NAACP and the Black commissioner and school board member

**10/17/2021 5:32 PM**
Florida Data Geek 🔼 ᴜᴀ (MappingFL)

very cool!!  excited to see the final product! if anything I should push on substack let me know (esp if some commissioners need to be shamed)

**10/17/2021 5:33 PM**
Nicholas Warren (NLVWarren)

Thanks, I'll definitely let you know what happens. Right now we're trying to keep this work low-profile

**10/17/2021 5:33 PM**

Nicholas Warren (NLVWarren)

https://www.mypanhandle.com/news/local-news/jackson-county-commissioners-look-to-redistrict-after-35-years/
https://t.co/ZVGtmlVES5

**10/17/2021 5:34 PM**

Nicholas Warren (NLVWarren)

Definitely do not want to antagonize these white boardmembers more than they're already antagonized

**10/17/2021 5:38 PM**

Nicholas Warren (NLVWarren)

The county commissioner JUST called me back and says this draft is good with him... he's clearly worried about gaining too much of Marianna and getting primaried. But it has to add Marianna to keep the Black % up

**10/17/2021 5:38 PM**

Nicholas Warren (NLVWarren)

As it stands now, he'd probably lose a general to a white Rep

**10/17/2021 5:42 PM**

Florida Data Geek UA (MappingFL)

35 years!!!!!!!  god damn!

**10/17/2021 5:43 PM**

Florida Data Geek UA (MappingFL)

county redistricting reallly doesnt get anough attention

**10/17/2021 5:46 PM**

Nicholas Warren (NLVWarren)

Yeah they got their court-ordered map and never changed it

**10/17/2021 5:47 PM**

Nicholas Warren (NLVWarren)

100% agree. it's most of what I'm working on now

**10/17/2021 5:51 PM**

Florida Data Geek UA (MappingFL)

very nice.  yeah def reminds me of the quincy story

**10/18/2021 11:03 AM**

Nicholas Warren (NLVWarren)

What's the point of preparing great questions for Dem senators if they don't even say a fucking word

**10/18/2021 11:08 AM**

Florida Data Geek UA (MappingFL)

I'm losing my mind in a text chain right now.  These people are worthless

**10/18/2021 11:11 AM**

Nicholas Warren (NLVWarren)

Yup

**10/18/2021 11:15 AM**

Nicholas Warren (NLVWarren)

In the spring I deleted a tweet that was like "FL Dems are doing exactly the wrong things to prepare for this redistricting cycle" after random important people starting shitting on me. Wish I hadn't deleted it

**10/18/2021 11:18 AM**

Florida Data Geek UA (MappingFL)

I hear you.  I'm holding public fire for the moment. But it won't last at this rate.

**10/19/2021 3:46 PM**

Nicholas Warren (NLVWarren)

3. Update: Use of Dave's Redistricting website to assist with drawing district lines - Carol Dunaway, Supervisor of Elections

Agenda Item Report

Attachment with type image/png
Jackson County https://t.co/Fdk31qff20

**10/19/2021 3:46 PM**

Nicholas Warren (NLVWarren)

DRA is on the BOCC agenda

**10/20/2021 10:49 AM**

Nicholas Warren (NLVWarren)

City of Starke really needs a demographer and nobody is responding to their RFP

**11/1/2021 10:38 AM**

Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1455174218132475907?s=20
Link title: Nicholas Warren on Twitter
Link description: "With most committees not meeting this week (what's the point of committee weeks again?), best ETA for FL draft staff maps is early the week of 11/14"
https://t.co/ndxmVlxRnZ

**11/1/2021 10:38 AM**

Nicholas Warren (NLVWarren)

heads up

**11/2/2021 1:00 PM**
Florida Data Geek ⬆ ᴜᴀ (MappingFL)

Ahhhhhhh thanks.  Hey btw you mentioned before political data was now on the district builder site, right?  Is that something you have to add in. Cause I was in it last night and couldn't find anything but the census data. Can't remember if I heard you wrong or I'm just missing something

**11/2/2021 1:02 PM**

Nicholas Warren (NLVWarren)

I think it's something you have to view in reports of district plans, not as you draw

**11/2/2021 1:02 PM**

Nicholas Warren (NLVWarren)

But I haven't used it

**11/2/2021 1:02 PM**

Nicholas Warren (NLVWarren)

It'll be somewhere in the tutorials/guides

**11/2/2021 1:11 PM**
Florida Data Geek [↑] UA (MappingFL)

Ahhhhhhh. Ok I'll dig around

**11/3/2021 12:14 PM**
Nicholas Warren (NLVWarren)

Does Pinellas not have precinct results online?

**11/3/2021 12:20 PM**
Florida Data Geek [↑] UA (MappingFL)

Not in an easy to use format. You have to go precinct by precinct. But they should have smoother data up today or tomorrow.

**11/3/2021 12:23 PM**
Nicholas Warren (NLVWarren)

can you send the link?

**11/3/2021 12:23 PM**
Nicholas Warren (NLVWarren)

I can't find the precinct page

**11/3/2021 12:23 PM**
Nicholas Warren (NLVWarren)

oh I see. precinct filter

**11/3/2021 12:25 PM**
Florida Data Geek [↑] UA (MappingFL)

Yep that's it

**11/3/2021 12:28 PM**
Florida Data Geek [↑] UA (MappingFL)

The single member district failure sucks

**11/3/2021 12:34 PM**
Nicholas Warren (NLVWarren)

Yeah I'm tallying up how it did in the most black pcts

**11/3/2021 12:34 PM**
Nicholas Warren (NLVWarren)

Looks like it won there

**11/3/2021 12:52 PM**
Florida Data Geek [↑] UA (MappingFL)

I was on the florida pol Twitter spaces thing last night and I was saying if the ref passed in black areas but it was killed by white areas - it's gonna look really bad

**11/3/2021 12:55 PM**
Nicholas Warren (NLVWarren)

Hm not stellar. Of the 20 majority-minority precincts, #1 lost 52-48. #2 won 50.1-49.9

**11/3/2021 12:55 PM**
Nicholas Warren (NLVWarren)

In majority-white precincts, #1 lost 60-40. #2 lost 58-42

11/3/2021 12:58 PM

Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1455942187523444743?s=20
Link title: Nicholas Warren on Twitter
Link description: "The single-member districts and redistricting/VRA measures won in 10 of St.
 Pete's 20 majority-minority precincts. Am #2 won overall in majority-minority areas.

They lost in the majority-white remainder of the city by 20 and 15 points."
https://t.co/9HnhUpwo4c

11/3/2021 1:02 PM
Florida Data Geek 🔲  ᵁᴬ (MappingFL)

Reminds me of hendry's lone African American precinct not being super on board with at large elections. But still backed it

11/3/2021 1:02 PM
Florida Data Geek 🔲  ᵁᴬ (MappingFL)



Attachment with type image/jpeg
https://t.co/EQu00r9gqd

11/3/2021 1:02 PM

Nicholas Warren (NLVWarren)

Wait when was that

11/3/2021 1:02 PM
Florida Data Geek 🔲  ᵁᴬ (MappingFL)

And I'm just some white liberal screaming "no don't you see - this at large stuff hurts you!"

11/3/2021 1:03 PM
Florida Data Geek 🔲  ᵁᴬ (MappingFL)

Awhile ago

11/3/2021 1:03 PM
Florida Data Geek 🔲  ᵁᴬ (MappingFL)

No binding like 4 years ago

**11/3/2021 1:03 PM**
Florida Data Geek ⬆ UA (MappingFL)

Nothing happened from it

**11/3/2021 1:03 PM**
Nicholas Warren (NLVWarren)

Okay cool

**11/3/2021 1:03 PM**
Nicholas Warren (NLVWarren)

Ugh

**11/3/2021 1:04 PM**
Florida Data Geek ⬆ UA (MappingFL)

Yeah I wrote about it at the time but commission never moved toward.

Yeah ugh indeed.  I wanted that st pete ref to pass

**11/3/2021 1:11 PM**
Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1455945288103960579?s=20
Link title: Nicholas Warren on Twitter
Link description: "Some quick ecological inference indicates that Am #1 and #2 garnered the support of a majority of Black voters citywide.

They lost because white voters were strongly against."
https://t.co/0HXCfT2yp8

**11/3/2021 1:11 PM**
Nicholas Warren (NLVWarren)

Black voters overall supported #1 by about 53-47

**11/3/2021 1:11 PM**
Nicholas Warren (NLVWarren)

not great

**11/3/2021 1:11 PM**
Nicholas Warren (NLVWarren)

They were cued by Black incumbents who were happy with the system that got them elected

**11/3/2021 1:13 PM**
Nicholas Warren (NLVWarren)

including one incumbent who lost the Black vote overall!

**11/4/2021 3:50 PM**
Nicholas Warren (NLVWarren)

Would you be willing/able to chat with a Southern Poverty Law Center lawyer about Broward school board redistricting and political context there?

**11/4/2021 3:51 PM**
Florida Data Geek ⬆ ᵁᴬ (MappingFL)

Sure!

**11/4/2021 4:21 PM**
Nicholas Warren (NLVWarren)

Great! What's a good email?

**11/4/2021 4:24 PM**
Florida Data Geek ⬆ ᵁᴬ (MappingFL)

Matthew.isbell.dem@gmail.com

**11/4/2021 4:32 PM**
Nicholas Warren (NLVWarren)

great

**11/4/2021 5:56 PM**
Nicholas Warren (NLVWarren)

do you keep past voter extract disks?

**11/4/2021 5:59 PM**
Florida Data Geek ⬆ ᵁᴬ (MappingFL)

i have a couple scattered ones - i keep telling myself i'm gonna start tracking monthly but i never do

**11/4/2021 6:14 PM**
Nicholas Warren (NLVWarren)

could you check which you have?

**11/4/2021 6:14 PM**
Nicholas Warren (NLVWarren)

plz :D

**11/4/2021 6:21 PM**
Florida Data Geek ⬆ ᵁᴬ (MappingFL)

yepppp let me dig through files

**11/4/2021 6:24 PM**
Nicholas Warren (NLVWarren)

Thanks !

**11/4/2021 9:05 PM**
Florida Data Geek ⬆ ᵁᴬ (MappingFL)

You need voter history too?  I have some with the history. Some without.

**11/4/2021 9:05 PM**
Nicholas Warren (NLVWarren)

Yeah I need both #

**11/4/2021 9:06 PM**
Nicholas Warren (NLVWarren)

let me check exactly what I need

**11/4/2021 9:06 PM**
Nicholas Warren (NLVWarren)

post-bookclosing disk for PRI and GEN 2012-2018

**11/4/2021 9:08 PM**
Nicholas Warren (NLVWarren)

post-election voter history disk (October and January) for 2012-2019

**11/4/2021 9:08 PM**

Nicholas Warren (NLVWarren)

and bookclosing disk for 2020

**11/4/2021 9:08 PM**

Nicholas Warren (NLVWarren)

(GEN)

**11/4/2021 9:08 PM**

Nicholas Warren (NLVWarren)

plus both for the 2017 SD40 specials

**11/5/2021 11:54 AM**

Nicholas Warren (NLVWarren)

do you know what "P" means in VAN voter history?

**11/5/2021 1:21 PM**

Nicholas Warren (NLVWarren)

nvm I figured it out ;)

**11/5/2021 1:21 PM**

Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1456665364578844679?s=20
Link title: Nicholas Warren on Twitter
Link description: "Tea leaf-reading on FL maps: in committee a few weeks ago, House staffer
Jason Poreda used existing CD13/14 as an example of complying with constitutional reqs.

"You have to start at the bottom and work your way up" he said of CD13 in Pinellas."
https://t.co/BrkrrLkQUU

**11/5/2021 1:21 PM**

Nicholas Warren (NLVWarren)

I find this very encouraging on CD13

**11/8/2021 10:21 AM**

Florida Data Geek ⊤ UA (MappingFL)

So are legislative Dems basically arguing for a competitive standard like MI or AZ has?   Where a map is customized to be balanced?

**11/8/2021 10:22 AM**

Nicholas Warren (NLVWarren)

Driskell and Geller did yup

**11/8/2021 10:22 AM**

Nicholas Warren (NLVWarren)

Very dumb

**11/8/2021 10:23 AM**
Florida Data Geek 🔼 ᴜᴀ (MappingFL)





https://twitter.com/mappingfl/status/1457730371575967746?s=21
https://twitter.com/MappingFL/status/1457730371575967746
Link title: Florida Data Geek 🔼 ᴜᴀ on Twitter
Link description: "Florida's Fair Districts does NOT require a partisan balance in the map.  If FLDEMS want that, they should have pushed a commission amendment in 2016 or 2018 or 2020

They didn't.  So don't complain now."
Link title: Florida Data Geek 🔼 ᴜᴀ on Twitter
Link description: "Florida's Fair Districts does NOT require a partisan balance in the map.  If FLDEMS want that, they should have pushed a commission amendment in 2016 or 2018 or 2020

They didn't.  So don't complain now."
https://t.co/B82P1kuRWA https://t.co/dK6GFZ8Pu5

**11/8/2021 10:23 AM**
Florida Data Geek 🔼 ᴜᴀ (MappingFL)

Idiocy

**11/8/2021 10:40 AM**

Nicholas Warren (NLVWarren)

Yep

**11/8/2021 11:41 AM**
Florida Data Geek 🔼 ᴜᴀ (MappingFL)

Btw pinellas finally posted an option to download precinct results all at once for the st Pete races

**11/8/2021 12:12 PM**

Nicholas Warren (NLVWarren)

Yesss thanks!

**11/8/2021 12:49 PM**
Florida Data Geek ⊞ ᵁᴬ (MappingFL)



https://twitter.com/mappingfl/status/1457767045416767499?s=21
https://twitter.com/MappingFL/status/1457767045416767499
Link title: Florida Data Geek ⊞   ᵁᴬ on Twitter
Link description: "🔒🔒🔒🔒🔒

First Florida Maps will be released Wednesday!!!!

#flapol #sayfie"
Link title: Florida Data Geek ⊞   ᵁᴬ on Twitter
Link description: "🔒🔒🔒🔒🔒

First Florida Maps will be released Wednesday!!!!

#flapol #sayfie"
https://t.co/y0QrCogQrZ https://t.co/8si3HAchIK

**11/8/2021 12:52 PM**

Nicholas Warren (NLVWarren)

🔒🔒🔒

**11/8/2021 8:29 PM**

Nicholas Warren (NLVWarren)



Attachment with type image/jpeg
Do you know how to fix the fact that the property appraiser's parcel shapefile has the completely wrong coordinates https://t.co/pipr0Usjvb

**11/8/2021 8:51 PM**

Florida Data Geek ⬆ ᴜᴀ (MappingFL)

huh thats odd.  i just downloaded it and it pops up in leon.  maybe re-download.  maybe something got scrambled

**11/8/2021 8:51 PM**

Nicholas Warren (NLVWarren)

This has happened a couple times for me

**11/8/2021 8:51 PM**

Nicholas Warren (NLVWarren)

Could you send me a zip of what you downloaded?

**11/8/2021 8:52 PM**

Nicholas Warren (NLVWarren)

Or is it a problem with QGIS

**11/8/2021 8:55 PM**

Florida Data Geek ⬆ ᴜᴀ (MappingFL)

oh it might be a Q issue, but yes emailing you my download

**11/8/2021 9:06 PM**

Florida Data Geek ⬆ ᴜᴀ (MappingFL)

whats your best email again?  i have your aclu email

**11/8/2021 9:06 PM**

Nicholas Warren (NLVWarren)

nicholaslvwarren@gmail.com

**11/8/2021 9:06 PM**

Nicholas Warren (NLVWarren)

Thanks :$

**11/8/2021 9:07 PM**

Florida Data Geek ⬆ ᴜᴀ (MappingFL)

no problem! sent

**11/8/2021 9:10 PM**

Nicholas Warren (NLVWarren)

This one works, thank you!!

**11/9/2021 10:05 AM**

Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1458085344981757954?s=20
Link title: Nicholas Warren on Twitter
Link description: "I've talked about this amendment before, newly relevant since it bars a Roger Stone indie run.

But I just realized its sloppy wording bars *all 18- and half of all 19-year-olds, plus many others* from running for office in FL under a party label. /1"
https://t.co/iJTrtx373p

**11/9/2021 10:05 AM**

Nicholas Warren (NLVWarren)

this is... not great

**11/9/2021 1:00 PM**

Florida Data Geek 🔼   ᴜᴀ (MappingFL)

Holy shit!

**11/9/2021 4:10 PM**

Nicholas Warren (NLVWarren)

yup

**11/9/2021 3:49 PM**

Florida Data Geek  ᴜᴀ (MappingFL)



https://twitter.com/flsenate/status/1458185684037013508?s=21
https://twitter.com/FLSenate/status/1458185684037013508
Link title: Florida Senate on Twitter
Link description: ""Our responsibility as Senators is to pass a constitutional map. Future political ambitions in this chamber or elsewhere should be of no consideration as we review the work of our staff." @WiltonSimpson @Kathleen4SWFL @LeaderBookFL"
Link title: Florida Senate on Twitter
Link description: ""Our responsibility as Senators is to pass a constitutional map. Future political ambitions in this chamber or elsewhere should be of no consideration as we review the work of our staff." @WiltonSimpson @Kathleen4SWFL @LeaderBookFL"
https://t.co/mkOPm03Tkk https://t.co/qJ9uHmhwG5

**11/9/2021 4:50 PM**

Florida Data Geek  ᴜᴀ (MappingFL)

Screams of "someone is gonna hate this map tomorrow"

**11/9/2021 8:13 PM**

Nicholas Warren (NLVWarren)

interesting. good letter

**11/10/2021 5:56 PM**

Nicholas Warren (NLVWarren)

Well.

**11/10/2021 8:11 PM**

Florida Data Geek ⬆ ᴜᴀ (MappingFL)

Congressional is pretty good. Senate has some questionable conduct

**11/10/2021 11:28 PM**

Nicholas Warren (NLVWarren)

yep

**11/10/2021 11:28 PM**

Nicholas Warren (NLVWarren)



Attachment with type image/jpeg
lmao https://t.co/UVZSHscCsM

**11/10/2021 11:28 PM**

Nicholas Warren (NLVWarren)

calling me a consultant... I'm offended

**11/10/2021 11:33 PM**

Florida Data Geek ⬆ ᴜᴀ (MappingFL)

i am drinking Eric's tears tonight

**11/10/2021 11:34 PM**

Nicholas Warren (NLVWarren)

100%

**11/11/2021 6:54 PM**

Nicholas Warren (NLVWarren)



Attachment with type image/png
they don't know I just submitted a tampa bay senate map https://t.co/o2aUz6zORB

**11/11/2021 6:56 PM**

Florida Data Geek ⬆ ᴜᴀ (MappingFL)

What I find amazing is that the Dem primary makeup for their plan is almost the same as mine (and I don't cross the bay). The pinellas portion isnt even that black since they grab a ring of white liberal Dems as well

**11/11/2021 7:12 PM**

Nicholas Warren (NLVWarren)

I know! Mine has a higher black share of Dem primary than the benchmark!!

**11/12/2021 9:56 PM**
Florida Data Geek ⬆ UA (MappingFL)

oh yeah i wanted to asked you this - i didn't think something like SD38 is really protected, (certainly not VRA - but maybe FDA) --- but what do you think?

**11/12/2021 9:56 PM**
Florida Data Geek ⬆ UA (MappingFL)



https://twitter.com/michaeldanish/status/1459350974531780611?s=20
Link title: Michael on Twitter
Link description: "@MappingFL @PeterSchorschFL I still think this map could potentially yield a VRA suit by eliminating a black access seat in Dade. Pizzo's current seat is over 40% black in the democratic primary. It could be preserved if you configure SD-36 like CD-25 to make room in Dade."
https://t.co/HJddTK11jF

**11/12/2021 9:58 PM**
Nicholas Warren (NLVWarren)

would require full analysis of Black cohesion in Dem primaries

**11/12/2021 9:59 PM**
Nicholas Warren (NLVWarren)

but even if there is cohesion, the ability-to-elect just can't be *diminished*

**11/12/2021 9:59 PM**
Nicholas Warren (NLVWarren)

so if there's a 2/5 chance of Black voters electing cands of choice, a new district can't reduce that 2/5 chance

**11/12/2021 10:00 PM**
Nicholas Warren (NLVWarren)

that 40% number is actual Black share of Dem voters in recent primaries?

**11/12/2021 10:00 PM**
Nicholas Warren (NLVWarren)

slash what does that share drop to in this draft?

**11/12/2021 10:03 PM**
Florida Data Geek ⬆ UA (MappingFL)

current sd38 is 43% black in dem primary

**11/12/2021 10:04 PM**
Nicholas Warren (NLVWarren)

and in this draft?

**11/12/2021 10:05 PM**
Florida Data Geek 🔼 UA (MappingFL)

best access seat is 32 (Book's seat) - which would be 34%

**11/12/2021 10:06 PM**
Nicholas Warren (NLVWarren)

interesting. you could probably add the rest of miramar and west park and bring that up significantly

**11/12/2021 10:06 PM**
Nicholas Warren (NLVWarren)

trading for plantation

**11/12/2021 10:07 PM**
Nicholas Warren (NLVWarren)

facially, it's not something the FSC will strike down on initial review given the low % and the fact that Pizzo was likely NOT the black cand of choice (right?). whether a group wants to mount an as-applied challenge in circuit court...

**11/12/2021 10:08 PM**
Nicholas Warren (NLVWarren)

those 43/34 numbers are Black share of actual 2020 Dem primary voters?

**11/12/2021 10:08 PM**
Florida Data Geek 🔼 UA (MappingFL)

yes

**11/12/2021 10:08 PM**
Nicholas Warren (NLVWarren)

Okay thanks

**11/12/2021 10:09 PM**
Florida Data Geek 🔼 UA (MappingFL)

estimates due to precinct split, but yep. -- and that makes sense. its kinda up in the air. but def other ways the plans could be drawn. i'm gonna dig into it more in next weeks article

**11/12/2021 10:09 PM**
Florida Data Geek 🔼 UA (MappingFL)

i think they did boost Powell's seat

**11/12/2021 10:09 PM**
Nicholas Warren (NLVWarren)

That seat is probably in same boat

**11/12/2021 10:12 PM**
Florida Data Geek 🔼 UA (MappingFL)

yeah. they are up to 37% black primary, up from 32%. i'm gonna play around with that as well.

**11/12/2021 10:26 PM**
Nicholas Warren (NLVWarren)

I suspect their counsel will say it's not protected bc black COC didn't win. And that will be wrong

**11/13/2021 3:48 AM**
Florida Data Geek ⬆ UA (MappingFL)



Attachment with type image/jpeg
yeah so i drew this SD38 and its 42% black and similar to the current 38.  honestly i could rearrange just a handful of broward seats and boom no problem https://t.co/VVOBovcftA

**11/13/2021 7:39 AM**
Nicholas Warren (NLVWarren)

That looks great. Definitely don't have to make 36 cross the glades like Danish was saying

**11/13/2021 7:27 PM**
Nicholas Warren (NLVWarren)

I'm spending way too many hours drawing maps they'll never even look at lol

**11/13/2021 7:27 PM**
Nicholas Warren (NLVWarren)

I've submitted 4 now

**11/13/2021 8:14 PM**
Florida Data Geek ⬆ UA (MappingFL)

oh you have?  I havent seen them yet.   when did you submit them?

**11/13/2021 8:25 PM**
Nicholas Warren (NLVWarren)

They haven't been posted/processed yet

**11/13/2021 8:25 PM**
Nicholas Warren (NLVWarren)

They're shadowbanning me lol

**11/13/2021 8:26 PM**
Nicholas Warren (NLVWarren)

I submitted some everyday day since Thursday. So only one business day in there

**11/13/2021 9:04 PM**
Florida Data Geek ⬆ UA (MappingFL)

ah gotcha, yeah they will prob show up monday/tuesday - i was wondering if there was a delay in posting/showing up

**11/14/2021 12:13 PM**
Nicholas Warren (NLVWarren)

I get that it can't be automatic, they have to process/vet the signed form you have to submit with each plan

**11/15/2021 6:20 PM**

Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1459971579161591811
Link title: Nicholas Warren on Twitter
Link description: "I've submitted 5 partial plans to the Fla Legislature (1 Sen, 4 Con), riffing off the drafts released last week.

They aren't posted yet, but thought I'd import them into DRA and share now, in the interest of ~starting a conversation~"
Looks like they won't publish my maps in time for tmr's committee meetings, but I put up the DRA links  https://t.co/PNj52skAbT

**11/17/2021 10:44 AM**

Nicholas Warren (NLVWarren)

| Dist. | 2020 Census | | RV who are: | | | RV who are: | |
|---|---|---|---|---|---|---|---|
| | VAP who are: | | DEM | REP | OTH | Black | Hisp. |
| | Black | Hisp. | | | | | |
| 6 | 43.06% | 10.39% | 52.28% | 26.50% | 21.22% | 42.97% | 5.40% |
| 11 | 36.40% | 23.55% | 49.00% | 22.92% | 28.09% | 32.58% | 15.99% |
| 15 | 11.43% | 45.59% | 40.11% | 25.37% | 34.51% | 8.41% | 39.66% |
| 19 | 31.33% | 21.41% | 49.43% | 22.16% | 28.42% | 30.09% | 14.72% |
| 33 | 50.90% | 22.51% | 63.18% | 12.45% | 24.37% | 47.26% | 15.14% |
| 35 | 47.79% | 41.89% | 60.72% | 13.19% | 26.09% | 47.26% | 31.56% |
| 36 | 6.02% | 89.40% | 30.32% | 34.97% | 34.71% | 5.47% | 79.31% |
| 37 | 6.58% | 72.24% | 35.72% | 31.16% | 33.12% | 4.86% | 59.98% |
| 39 | 11.52% | 69.78% | 34.10% | 34.03% | 31.88% | 10.02% | 59.46% |
| 40 | 8.02% | 79.62% | 33.27% | 33.55% | 33.18% | 7.27% | 69.96% |

Attachment with type image/png
https://t.co/W8GCvdbMQH

**11/17/2021 10:44 AM**

Nicholas Warren (NLVWarren)

The legal advice was that SD38 isn't a Black ability-to-elect district. It's not analyzed in the functional analysis section

**11/17/2021 12:41 PM**

Nicholas Warren (NLVWarren)

And of course, Gibson and Bracy didn't ask about it

**11/17/2021 12:42 PM**

Florida Data Geek [↑]   UA (MappingFL)

That's crazy.  Even if you wanna argue 38 isn't protected.  It's still bad form how southern Broward is divided.

**11/17/2021 12:43 PM**

Nicholas Warren (NLVWarren)

I'm guessing Dems decided they don't want to shake anything up for fear of things only getting worse

**11/17/2021 12:43 PM**

Nicholas Warren (NLVWarren)

But the 4 Dems on the senate committee are some of the least equipped to be smart

11/17/2021 12:45 PM

Nicholas Warren (NLVWarren)



https://twitter.com/ida_v_e/status/1461027535727247360
Link title: Ida V. Eskamani on Twitter
Link description: "Several House Democrats crossed party lines to vote YES on the Governor's stunt special session. 🤡 🐘

Vote count here:  https://t.co/SwHZPowAtX

Senate Democrats can stop this, if they hold the line and vote NO."
Map this vote please  https://t.co/wvsY8J062m

11/17/2021 1:26 PM

Florida Data Geek ⬆ UA (MappingFL)

> Ugh. Maybe.  I'm avoiding that session cause it just aggravates me

11/18/2021 6:16 PM

Nicholas Warren (NLVWarren)

What was the racial breakdown of the Pizzo-Campbell primary?

11/18/2021 6:16 PM

Nicholas Warren (NLVWarren)

| 2018 Florida's 38th Senate district Primary Election[6] | | | |
| Party | Candidate | Votes | % |
| Democratic | Jason Pizzo | 26,907 | 54.1 |
| Democratic | Daphne Campbell | 22,837 | 45.9 |
| | Total votes | 49,744 | 100% |

| 2016 Florida's 38th Senate district Primary Election | | | |
| Party | Candidate | Votes | % |
| Democratic | Daphne Campbell | 9,017 | 31.01 |
| Democratic | Jason Pizzo | 6,888 | 23.69 |
| Democratic | Michael Gongora | 6,243 | 21.47 |
| Democratic | Kevin A. Burns | 4,437 | 15.26 |
| Democratic | Anis Blemur | 1,529 | 5.26 |
| Democratic | Don Festge | 964 | 3.32 |
| | Total votes | 29,078 | 100% |

Attachment with type image/jpeg
these are insanely low numbers in the 2016 https://t.co/32PAeJzCmG

11/18/2021 6:24 PM

Florida Data Geek ⬆ UA (MappingFL)

> i need to check my archives, but i have it.  and that was an open primary too!  i think pizzo could have lost otherwise (or likely did) - i never ran a detailed analysis of it cause i was just happy she was gone

11/18/2021 6:26 PM

Nicholas Warren (NLVWarren)

Amen

**11/18/2021 6:26 PM**

Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1461473031587573768?s=20
Link title: Nicholas Warren on Twitter
Link description: "Only the very best judges include crayon maps in their official judgments"
https://t.co/Dqm8hSaF1b

**11/18/2021 6:26 PM**

Nicholas Warren (NLVWarren)

I'm at the national archives in atlanta today and tmr rifling through old local VRA cases :)

**11/18/2021 11:08 PM**
Florida Data Geek   ⬆   ᴜᴀ (MappingFL)

omg lovely map!  also jealous

**11/18/2021 11:09 PM**

Nicholas Warren (NLVWarren)

It's a ton of fun, just wish it didn't take so long... gonna have to come back after thanksgiving. Two full days not enough

**11/18/2021 11:17 PM**
Florida Data Geek   ⬆   ᴜᴀ (MappingFL)

they need to digitize all this shit for us already

**11/23/2021 3:51 PM**

Nicholas Warren (NLVWarren)



Attachment with type image/jpeg
I feel like this is The Map https://t.co/9tMmJQrqrT

**11/23/2021 4:02 PM**
Florida Data Geek   ⬆   ᴜᴀ (MappingFL)

Lol omg brilliant

**11/23/2021 4:03 PM**

Nicholas Warren (NLVWarren)

Flip Calhoun and Gulf but you get the point

**11/24/2021 12:22 PM**

Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1463558523959324678
Link title: Nicholas Warren on Twitter
Link description: "Fla Senate Reapportionment Committee has released some new staff draft maps https://t.co/ZG5L4d3OOF"
https://t.co/dOqq9xOL5d

**11/24/2021 12:40 PM**
Florida Data Geek 🔼  ᵁᴬ (MappingFL)

Lol I'm checking this shit from a gas station in Hardee county

**11/24/2021 12:41 PM**

Nicholas Warren (NLVWarren)

Yeah I'm on I-10 in the backseat with my niece

**11/24/2021 12:41 PM**

Nicholas Warren (NLVWarren)

No changes really as far as I can tell. Maybe minute.

**11/24/2021 12:47 PM**

Nicholas Warren (NLVWarren)

I'm expecting house maps today, Friday, or possibly Monday though

**11/24/2021 1:22 PM**
Florida Data Geek 🔼  ᵁᴬ (MappingFL)

Better be Monday. I'm on vacation for fucks sake.

**11/24/2021 1:24 PM**
Florida Data Geek 🔼  ᵁᴬ (MappingFL)

Is house timeline what you are hearing, or your guess?  I haven't heard anything from that side of the chamber.

**11/24/2021 1:24 PM**

Nicholas Warren (NLVWarren)

Guess, since meetings are next Thursday/Friday

**11/25/2021 2:07 PM**
Florida Data Geek 🔲 ᵁᴬ (MappingFL)



Attachment with type image/jpeg
my HD105 does the CD25 path - right into hendry, me trying to mitigate population issues in SE. https://t.co/Bx0ixVf4aL

Nicholas Warren (NLVWarren)
**11/25/2021 2:10 PM**

"Population issues in SE" smdh

Nicholas Warren (NLVWarren)
**11/25/2021 2:10 PM**

I'm an everglades absolutist I guess

Nicholas Warren (NLVWarren)
**11/25/2021 2:11 PM**

I'm obsessed with Collier + Hendry + Glades + Highlands being 3 whole HDs

**11/25/2021 2:25 PM**
Florida Data Geek 🔲 ᵁᴬ (MappingFL)

i hate crossing the glades too, but i threw my hands up here cause i didnt like what i had to do otherwise.

Nicholas Warren (NLVWarren)
**11/25/2021 2:25 PM**

What is the bad alternative?

Nicholas Warren (NLVWarren)
**11/25/2021 2:26 PM**



https://twitter.com/NLVWarren/status/1428462504800292882
Link title: Nicholas Warren on Twitter
Link description: "And a few county grouping options for the Fla House:"
I like using these as guideposts https://t.co/0niMdqnM7D

Nicholas Warren (NLVWarren)
**11/25/2021 2:26 PM**

Tho I'm sure the actual deviations will be lower

**11/26/2021 12:05 PM**

Nicholas Warren (NLVWarren)

https://www.floridaredistricting.gov/pages/submitted-plans
https://t.co/fQhSRPcXxR

**11/26/2021 12:05 PM**

Nicholas Warren (NLVWarren)

There's a new senate map up but it also looks identical to me

**11/26/2021 1:34 PM**

Florida Data Geek 🔼 ᵁᴬ (MappingFL)

yep ditto

**11/27/2021 12:53 AM**

Florida Data Geek 🔼 ᵁᴬ (MappingFL)

looks like the new senate draft is just an amendment to one plan that no longer splits Lauderdale-by-the-Sea.

**11/27/2021 10:07 AM**

Nicholas Warren (NLVWarren)

Makes sense

**11/28/2021 11:14 AM**

Nicholas Warren (NLVWarren)

You don't happen to have 2000 census race statistics for the 1992/96 legislative plans, do you?

**11/29/2021 9:46 AM**

Florida Data Geek 🔼 ᵁᴬ (MappingFL)





https://twitter.com/mappingfl/status/1465330499761717257?s=21
https://twitter.com/MappingFL/status/1465330499761717257
Link title: Florida Data Geek 🔼 ᵁᴬ on Twitter
Link description: "The Florida State House has released it's congressional maps.

They look insane. Like just weird and inferior to the state Senate's versions."
Link title: Florida Data Geek 🇹 ᵁᴬ on Twitter
Link description: "The Florida State House has released it's congressional maps.

They look insane. Like just weird and inferior to the state Senate's versions."
https://t.co/eZFnGdtZPz https://t.co/xftcNG7OvR

**11/29/2021 9:57 AM**

Nicholas Warren (NLVWarren)

Wow they try a Broward-only CD20

**11/29/2021 9:57 AM**

Nicholas Warren (NLVWarren)

Right on

**11/29/2021 9:58 AM**

Nicholas Warren (NLVWarren)

idk these look fine

**11/29/2021 9:59 AM**

Nicholas Warren (NLVWarren)

okay that 10/11 is weird

**11/29/2021 10:01 AM**

Nicholas Warren (NLVWarren)



Attachment with type image/jpeg
I predicted this https://t.co/QvSfVP3Y56

**11/29/2021 10:16 AM**

Nicholas Warren (NLVWarren)



Attachment with type image/jpeg
this is super interesting https://t.co/OHgG8r5VQH

**11/29/2021 10:25 AM**

Nicholas Warren (NLVWarren)

THEY STOP CROSSING THE GLADES!!!! PRAISE THE FUCKING LORD

**11/29/2021 10:26 AM**

Nicholas Warren (NLVWarren)

THERE'S A VERSION WITHOUT THE HD88 TAIL!!!

**11/29/2021 10:31 AM**

Nicholas Warren (NLVWarren)

The state house maps seem fine

**11/29/2021 11:14 AM**

Nicholas Warren (NLVWarren)

The state house maps were not drawn with partisan intent

**11/29/2021 11:36 AM**

Florida Data Geek 🔼 ᴜᴀ (MappingFL)

Oh I disagree. I see a lot of dem cracking in Tampa and Tallahassee and jax.

**11/29/2021 11:39 AM**

Nicholas Warren (NLVWarren)

A new swing seats in Polk? Sarasota kept intact? Osceola not cracked? These are not the markers of a gerrymadner

**11/29/2021 11:39 AM**

Nicholas Warren (NLVWarren)

There's a swing Pensacola seat in one version for heaven's sake

**11/29/2021 11:57 AM**

Florida Data Geek 🔼 ᴜᴀ (MappingFL)



https://twitter.com/mappingfl/status/1465363900434575364?s=21
https://twitter.com/MappingFL/status/1465363900434575364
Link title: Florida Data Geek 🔼 ᴜᴀ on Twitter
Link description: "The first state house plan gives democrats concessions in places like Orlando, but short-circuits Dems in Tampa and cracks Tallahassee in three seats!

70 Trump seats to 50 Biden. Draw your own conclusions.  #flapol #sayfie"
Link title: Florida Data Geek 🔼 ᴜᴀ on Twitter
Link description: "The first state house plan gives democrats concessions in places like Orlando, but short-circuits Dems in Tampa and cracks Tallahassee in three seats!

70 Trump seats to 50 Biden. Draw your own conclusions.  #flapol #sayfie"
https://t.co/Aa9cjhSvL7 https://t.co/wmOpLdqcj9

**11/29/2021 12:04 PM**

Nicholas Warren (NLVWarren)

Nice work. But yeah I just don't see it

**11/29/2021 2:21 PM**
Florida Data Geek 🔼 UA (MappingFL)

> I still cannot believe how bad their confessional map plan b is

**11/29/2021 2:26 PM**
Nicholas Warren (NLVWarren)

poorly drafted for sure

**11/29/2021 8:26 PM**
Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1465415707915694080
Link title: Nicholas Warren on Twitter
Link description: "https://t.co/qMdnC2agbh"
So proud of this one https://t.co/Q3LCzzkuEO

**11/30/2021 6:08 PM**
Florida Data Geek 🔼 UA (MappingFL)

> so here is a question. it looks like 1 or 2 of the miami-dade hispanic districts are gone. does that risk a vra or fair districts violation? or is it accepted because the region was losing districts due to population changes

**11/30/2021 6:58 PM**
Nicholas Warren (NLVWarren)

Has the House posted a functional analysis chart like the senate did?

**11/30/2021 7:03 PM**
Nicholas Warren (NLVWarren)

I think there's an argument there are 11 in the benchmark and 11 in the drafts (including 104 and 106)

**11/30/2021 7:04 PM**
Nicholas Warren (NLVWarren)

Alternatively, I think there's an argument that some or all of benchmark 103, 113, 112, and 114 aren't protected from retrogression bc Hispanic voters don't vote cohesively (i.e. there are too many Hispanic Dems in those districts)

**11/30/2021 7:05 PM**
Nicholas Warren (NLVWarren)

But it's more likely the House will say Hispanic voters are cohesive and there's no retrogression in 104 and 106

**11/30/2021 7:05 PM**
Nicholas Warren (NLVWarren)

It's also possible that they'll argue population loss in the region makes the VRA/retrogression standards subordinate to one person one vote

**11/30/2021 7:06 PM**
Nicholas Warren (NLVWarren)

Regardless, I don't think there's a viable vote dilution or retrogression claim under either the VRA or FDA

**11/30/2021 7:15 PM**
Nicholas Warren (NLVWarren)

A proportional Dade delegation would be 10.4 Hispanic, 2.4 Black, 1.95 Anglo

**12/2/2021 11:35 AM**

Nicholas Warren (NLVWarren)



> 1) In Defendants' Motion for Leave, etc., dated March 9, 1983, it was admitted that:
>
>    a)  Of all eligible white voters in the City of Sarasota 58.7% had registered to vote.
>    b)  Of all eligible black voters in the City of Sarasota 39.9% had registered to vote.
>
> 2)  The above percentages were based on voter registration data from the Supervisor of Elections for Sarasota County dated January 1, 1980.
>
> 3)  The most recent voter registration data now available from the Supervisor of Elections Office, Sarasota County, is dated October 6, 1984. (The close of the registrations books 30 days prior to the general election of November 6, 1984) (see

Attachment with type image/jpeg
Jesus https://t.co/3cJ8q5oPLR

**12/2/2021 2:17 PM**

Nicholas Warren (NLVWarren)

What is the strategy? I really have to ask

**12/2/2021 2:31 PM**

Florida Data Geek  ⬆  ᵁᴬ (MappingFL)

For congress maps?  They basically are saying option b is more compact or keeps more stuff whole or whatever.

**12/2/2021 2:31 PM**

Nicholas Warren (NLVWarren)

No, the coalition's and Dems' strategy. Your strategy.

**12/2/2021 3:08 PM**

Florida Data Geek  ⬆  ᵁᴬ (MappingFL)

My strategy and dem strategy is not the same.  I don't talk to those members who spoke today.  I don't give them advice.  Frankly I don't find them capable

My personal goal is to push data into the public

**12/2/2021 5:24 PM**

Nicholas Warren (NLVWarren)

I see

**12/3/2021 11:21 AM**

Nicholas Warren (NLVWarren)

This is excruciating

**12/3/2021 11:26 AM**

Florida Data Geek  ⬆  ᵁᴬ (MappingFL)

Allison only member I thought did good. Canibalizing line was solid

**12/3/2021 11:27 AM**

Nicholas Warren (NLVWarren)

I don't think going in guns blazing is going to get them to change the drafts

**12/3/2021 11:30 AM**

Nicholas Warren (NLVWarren)

Holy fucking shit

**12/3/2021 11:37 AM**

Florida Data Geek  ⬆  ᵁᴬ (MappingFL)

What?

**12/3/2021 12:04 PM**

Nicholas Warren (NLVWarren)



https://twitter.com/apantazi/status/1466806381177184262?s=20
Link title: Andrew Pantazi on Twitter
Link description: ".@DanDaley (D), who follows me, brings up the fact that Haitian community was considered last time, and he asks for the functional analysis. Leda Kelly says they "didn't want to overwhelm you with more data and more packets," but the members can look it up themselves."
https://t.co/mOiKN7450v

**12/3/2021 12:04 PM**

Nicholas Warren (NLVWarren)

"do it yourselves"

**12/3/2021 12:06 PM**

Florida Data Geek ⬆ UA (MappingFL)

This whole meeting was brain melting

**12/3/2021 12:45 PM**

Nicholas Warren (NLVWarren)



**12/4/2021 7:44 PM**

Florida Data Geek ⬆ UA (MappingFL)

am i wrong, is does florida's mapping software not include any of the nationality data that their old program (from 2012) did? i'm in it right now and sure as shit i cant find things like cuban, carribean, and so on

**12/4/2021 7:49 PM**

Nicholas Warren (NLVWarren)

It doesn't have ACS anymore

**12/4/2021 7:51 PM**

Nicholas Warren (NLVWarren)

Which yeah is bad

**12/4/2021 7:54 PM**

Florida Data Geek ⬆ UA (MappingFL)

yeah thats what i thought. ugh.

**12/4/2021 10:42 PM**

Nicholas Warren (NLVWarren)



State House Districts - Draft 8005 - Voting-Age Pop

https://twitter.com/MappingFL/status/1467244082812518402
Link title: Florida Data Geek [↑]  ᵁᴬ on Twitter
Link description: "Next redistricting article in the works - a look at the house districts in southeast Florida.

The big issue, balancing minority district benchmarks with the fact most of the region is underpopulated #flapol #sayfie"
Will this include the south broward districts or do you consider them separate? https://t.co/a6VZKaHnnf

**12/4/2021 10:46 PM**

Florida Data Geek [↑]  ᵁᴬ (MappingFL)

> i'm gonna consider them seperate and have a broward-palm article next.

**12/5/2021 8:06 AM**

Nicholas Warren (NLVWarren)

Okay cool

**12/5/2021 8:07 AM**

Nicholas Warren (NLVWarren)

Just in case you were framing it this way, the # of minority districts "in Dade" isn't legally significant - it's the # in the area. So for example if there are still 5 Black-access districts in North Dade/South Broward, there's no retrogression.

**12/5/2021 9:45 AM**

Nicholas Warren (NLVWarren)

Oh and here's the case that says proportionality is a defense to Sec 2 liability - Johnson v. De Grandy!

**12/5/2021 9:45 AM**

Nicholas Warren (NLVWarren)

https://scholar.google.com/scholar_case?case=7560706122600289473
https://t.co/WFseo4RM7R

**12/5/2021 10:01 AM**

Nicholas Warren (NLVWarren)

Another *crucial* point about Hispanic districts is that I really doubt that Hispanic voters in South Florida could prove a Sec 2 or Sec 5 right anymore. Not only because of the cohesion question, but because the "totality of the circumstances" analysis no longer point to a lack of opportunity to participate in the political process on an equal basis with whites. Hispanic voters have had enormous electoral success both in Dade and in statewide elections.

**12/5/2021 10:01 AM**

Nicholas Warren (NLVWarren)

And without showing that lack of opportunity in the "totality of the circumstances," Hispanic voters have no right against dilution under Sec 2 or right against retrogression under FDA

**12/5/2021 10:07 AM**

Nicholas Warren (NLVWarren)

"Attaching the labels "packing" and "fragmenting" to these phenomena, without more, does not make the result vote dilution when the minority group enjoys substantial proportionality."

**12/5/2021 10:08 AM**

Nicholas Warren (NLVWarren)

"Failure to maximize cannot be the measure of § 2."

**12/5/2021 10:19 AM**

Nicholas Warren (NLVWarren)

Looking at the 18 HDs that touch Dade, plus 103, there are:9 H-majority, 1 H-majority by VAP but H-plurality b

**12/5/2021 10:22 AM**

Nicholas Warren (NLVWarren)

- 9 majority HVAP/HCVAP
- 1 majority HVAP, plurality HCVAP (103)
- 1 plurality HVAP/HCVAP (106)
- 6 Black ability-to-elect (I assume; it's possible Hispanic voters in Miramar, 117 vote in coalition with Black voters)
- 1 plurality HVAP but majority WVAP (120)

**12/5/2021 10:23 AM**

Nicholas Warren (NLVWarren)

by CVAP, proportionality within those 18 HDs would be 10.6 Hispanic, 3.5 Black, 3.5 White

**12/5/2021 10:24 AM**

Nicholas Warren (NLVWarren)

The reality is 10 or 11 Hispanic, 6 Black, 1 or 2 White

**12/5/2021 11:37 AM**

Florida Data Geek 🔲 UA (MappingFL)

Thanks for that info!  But no worries that's not my narrative. I'm not actually going go after then.  It's gonna be more of an article where I talk about the trade offs that must be made when balancing racial districts with underpopulated areas - and how a region can lose power over time.

**12/5/2021 12:03 PM**

Nicholas Warren (NLVWarren)

Okay cool :)

**12/5/2021 12:29 PM**

Nicholas Warren (NLVWarren)

Also I'd be super curious to see that map by voter reg rather than VAP. Especially 117

**12/5/2021 7:31 PM**

Florida Data Geek 🔲 UA (MappingFL)



Attachment with type image/png
yep I'm working on some functional analysis graphs https://t.co/2cHhjlP4Px

**12/5/2021 8:55 PM**

Nicholas Warren (NLVWarren)

Beautiful!

**12/5/2021 9:38 PM**

Nicholas Warren (NLVWarren)

Did you see Sarasota BOCC is voting Tuesday to go back to at-large?

**12/5/2021 9:38 PM**

Nicholas Warren (NLVWarren)

Calling a March referendum

**12/5/2021 9:52 PM**
Florida Data Geek 🔼   UA (MappingFL)

what?!

**12/5/2021 9:52 PM**
Florida Data Geek 🔼   UA (MappingFL)

no i missed this

**12/5/2021 9:52 PM**

Nicholas Warren (NLVWarren)



https://www.heraldtribune.com/story/opinion/editorials/2021/12/05/sarasota-county-voters-want-single-member-districts-remain/8849865002/
Link title: OPINION: Single-member districts must remain in Sarasota County
Link description: The Sarasota County commissioners are displaying arrogance in their latest attempt to undermine the will of voters and drop single-member districts.
https://t.co/uozhXncmDx

**12/5/2021 9:57 PM**
Florida Data Geek 🔼   UA (MappingFL)

well perfect, i'll have something else to write about in january then.  nonsense

**12/6/2021 10:45 AM**

Nicholas Warren (NLVWarren)

your racial makeup maps are so fkn beautiful

**12/6/2021 10:40 PM**
Florida Data Geek 🔼   UA (MappingFL)

thanks!  i love em too.  getting some statewide ones set up

**12/7/2021 1:18 PM**

Nicholas Warren (NLVWarren)

you, me, and andrew pantazi are the real fair districts coalition

**12/7/2021 3:10 PM**
Florida Data Geek 🔼   UA (MappingFL)

Someone has to stand up do it. Might as well be us!

**12/9/2021 4:33 PM**
Florida Data Geek ⬆ ᵁᴬ (MappingFL)



https://twitter.com/mappingfl/status/1469084575057862656?s=21
https://twitter.com/MappingFL/status/1469084575057862656
Link title: Florida Data Geek ⬆ ᵁᴬ on Twitter
Link description: "Latest redistricting article is live!  A detailed look at the state house districts for Miami-Dade, and an important look at how political data is vital to ensuring minority representation

https://t.co/wwRwrDfJbD

#flapol #sayfie"
Link title: Florida Data Geek ⬆ ᵁᴬ on Twitter
Link description: "Latest redistricting article is live!  A detailed look at the state house districts for Miami-Dade, and an important look at how political data is vital to ensuring minority representation

https://t.co/wwRwrDfJbD

#flapol #sayfie"
https://t.co/Q9DpNFPLuT https://t.co/mSzDMMSPDo

**12/10/2021 12:47 PM**
Nicholas Warren (NLVWarren)

Can't wait to read this from the airport later today!!!

**12/13/2021 10:19 AM**
Nicholas Warren (NLVWarren)

There is simply no partisan intent in any of the draft maps. They drew new Dem seats voluntarily! The committee chair's own district gets shaken up dramatically!

**12/13/2021 10:54 AM**
Florida Data Geek ⬆ ᵁᴬ (MappingFL)

I see packing and cracking in Tampa.  Which I'll argue in my upcoming article.

**12/13/2021 10:55 AM**
Florida Data Geek ⬆ ᵁᴬ (MappingFL)

The draw good in some areas to shield them from bad lines in others.

**12/13/2021 10:56 AM**
Nicholas Warren (NLVWarren)

Which indicates a lack of intent! The lines fell where they did. There's no grand scheme or plan

**12/13/2021 10:56 AM**
Nicholas Warren (NLVWarren)

They're party-blind

**12/13/2021 10:57 AM**

Nicholas Warren (NLVWarren)

And some of the things people are complaining about, like HD70 not being in just St Pete, or Gainesville being split, would *reduce* the # of Dem seats if "fixed"

**12/13/2021 10:57 AM**
Florida Data Geek 🔲 UA (MappingFL)

These lines perfectly crack Democrats while packing them in the new 62

**12/13/2021 10:57 AM**
Florida Data Geek 🔲 UA (MappingFL)





https://twitter.com/mappingfl/status/1469490291501531140?s=21
https://twitter.com/MappingFL/status/1469490291501531140
Link title: Florida Data Geek 🔲 UA on Twitter
Link description: "Florida's state house draft does a great job of packing Democrats into HD's 62, 63, 67 and 64 and cracking the Democratic growth along I-75 across districts 68, 69, and 70

This region will be the topic of next week's article #flapol #sayfie"
Link title: Florida Data Geek 🔲 UA on Twitter
Link description: "Florida's state house draft does a great job of packing Democrats into HD's 62, 63, 67 and 64 and cracking the Democratic growth along I-75 across districts 68, 69, and 70

This region will be the topic of next week's article #flapol #sayfie"
https://t.co/RpPWTSvsmS https://t.co/nZ8u7nthRn

**12/13/2021 10:57 AM**
Florida Data Geek 🔲 UA (MappingFL)

I don't care what other people argue. I'm arguing specific issues.  You haven't seen me attack the Gainesville split

**12/13/2021 10:58 AM**

Nicholas Warren (NLVWarren)

Oh come on. You have to start with 62 and 63. "They" (which is Leda Kelly and Jason Poreda) found a creative way to maintain 70 that doesn't split Palmetto, Bradenton, Sarasota and those counties

**12/13/2021 10:58 AM**
Florida Data Geek 🔼 ᵁᴬ (MappingFL)

I also argued against a St Pete only 70 in my November Tampa article

**12/13/2021 10:58 AM**
Florida Data Geek 🔼 ᵁᴬ (MappingFL)

There is zero reason to not continue 70 in its current form

**12/13/2021 10:59 AM**
Nicholas Warren (NLVWarren)

This version splits fewer cities and counties!!!

**12/13/2021 10:59 AM**
Nicholas Warren (NLVWarren)

It also yields a competitive Sarasota HD!!!

**12/13/2021 10:59 AM**
Florida Data Geek 🔼 ᵁᴬ (MappingFL)

Meanwhile the new lines still split brandenton. And outright crack the black pop between three districts in manatee

**12/13/2021 10:59 AM**
Nicholas Warren (NLVWarren)

Jesus Christ you can't ignore that

**12/13/2021 10:59 AM**
Florida Data Geek 🔼 ᵁᴬ (MappingFL)

Of course I can't. But it doesn't matter.

**12/13/2021 10:59 AM**
Nicholas Warren (NLVWarren)

You're never getting a competitive seat in manatee

**12/13/2021 10:59 AM**
Florida Data Geek 🔼 ᵁᴬ (MappingFL)

First off only one plan gives a competitive Sarasota map

**12/13/2021 10:59 AM**
Nicholas Warren (NLVWarren)

I think it's not smart for you to ascribe intent where you don't have evidence

**12/13/2021 11:00 AM**
Florida Data Geek 🔼 ᵁᴬ (MappingFL)

That's not the point!!!

**12/13/2021 11:00 AM**
Nicholas Warren (NLVWarren)

When the pattern of map drawing is NOT a GOP gerrymander

**12/13/2021 11:00 AM**
Florida Data Geek 🔼 ᵁᴬ (MappingFL)

You don't take manatees black pop and take them out of a district they have been part of since the 1990s or 2002 and then divide them up

**12/13/2021 11:00 AM**
Nicholas Warren (NLVWarren)

That's not the law.

**12/13/2021 11:00 AM**
Florida Data Geek 🔼 ᵁᴬ (MappingFL)

City splits mean jack shit to me. I don't care.  A tier 2 issue they hide behind

**12/13/2021 11:00 AM**
Florida Data Geek 🔼 ᵁᴬ (MappingFL)

> Nick

**12/13/2021 11:00 AM**
Florida Data Geek 🔼 ᵁᴬ (MappingFL)

> You forget something

**12/13/2021 11:01 AM**
Florida Data Geek 🔼 ᵁᴬ (MappingFL)

> I'm not a lawyer. I'm an advocate for communities. Bim advocating for the manatee population

**12/13/2021 11:01 AM**
Nicholas Warren (NLVWarren)

The staff direction was to follow tier 2, you may not like it but that's what they did

**12/13/2021 11:01 AM**
Florida Data Geek 🔼 ᵁᴬ (MappingFL)

> I think it's bullshit. I'm gonna call them on it

**12/13/2021 11:01 AM**
Florida Data Geek 🔼 ᵁᴬ (MappingFL)

> Are you telling me I shouldn't?  Why is it a problem that I write these articles?

**12/13/2021 11:01 AM**
Nicholas Warren (NLVWarren)

Great! Then argue that they don't respect COI! But don't dress that argument up as they're egregiously gerrymandering

**12/13/2021 11:02 AM**
Florida Data Geek 🔼 ᵁᴬ (MappingFL)

> I'm not gonna give them the benefit of the doubt.

**12/13/2021 11:02 AM**
Nicholas Warren (NLVWarren)

I'm disagreeing with your analysis, and I'm talking to you about it

**12/13/2021 11:02 AM**
Nicholas Warren (NLVWarren)

There's no fucking doubt dude. There's no pattern of intent.

**12/13/2021 11:02 AM**
Florida Data Geek 🔼 ᵁᴬ (MappingFL)

> I vehemently disagree.

**12/13/2021 11:02 AM**
Florida Data Geek 🔼 ᵁᴬ (MappingFL)

> I see intent all over the maps

**12/13/2021 11:03 AM**
Nicholas Warren (NLVWarren)

There's 14 fucking Biden districts in Orlando

**12/13/2021 11:03 AM**
Florida Data Geek 🔼 ᵁᴬ (MappingFL)

> Miami Dade and orange are good. Tampa is shit. So is Jacksonville.  Tallahassee in one plan

**12/13/2021 11:03 AM**
Florida Data Geek 🔼 ᵁᴬ (MappingFL)

> Some regions are good.  It doesn't mean the whole map is good

**12/13/2021 11:03 AM**

Nicholas Warren (NLVWarren)

They wouldn't have given "good" options at all for tlh, Sarasota, Ft Myers, PENSACOLA

**12/13/2021 11:04 AM**

Nicholas Warren (NLVWarren)

Not packing Kissimmee

**12/13/2021 11:04 AM**

Nicholas Warren (NLVWarren)

Not drawing 105 out to collier - which cuts 2 GOP districts in Dade

**12/13/2021 11:04 AM**

Nicholas Warren (NLVWarren)

The broward GOP district including more Dem areas

**12/13/2021 11:04 AM**

Nicholas Warren (NLVWarren)

88 not including the tail in one version

**12/13/2021 11:04 AM**

Florida Data Geek ⬆ ᴜᴀ (MappingFL)

They have given Dems a couple long shot opportunities while short circuiting in other areas. Tampa and jax standing out the most

**12/13/2021 11:04 AM**

Florida Data Geek ⬆ ᴜᴀ (MappingFL)

I said I liked South Florida

**12/13/2021 11:04 AM**

Nicholas Warren (NLVWarren)

Port St lucie not split in one version

**12/13/2021 11:05 AM**

Nicholas Warren (NLVWarren)

Clemons losing Dixie/levy in one version

**12/13/2021 11:05 AM**

Nicholas Warren (NLVWarren)

These are not choices you make if you're looking at partisanship and trying to create a gop advantage

**12/13/2021 11:05 AM**

Florida Data Geek ⬆ ᴜᴀ (MappingFL)

You want me to judge the maps as a when.  I don't view maps that way.  And I absolutely believe gerrymanders can and will say "lets cut our losses here and focus on doing better with lines here"

**12/13/2021 11:05 AM**

Florida Data Geek ⬆ ᴜᴀ (MappingFL)

Does that regional focus really seem so unlikely?

**12/13/2021 11:06 AM**

Nicholas Warren (NLVWarren)

Yes it does!

**12/13/2021 11:07 AM**

Florida Data Geek ⬆ ᴜᴀ (MappingFL)

I very much disagree. Its clever and it's designed to insulate them from critique.  Well I'm not gonna give them a pass

**12/13/2021 11:07 AM**

Nicholas Warren (NLVWarren)

👍

**12/13/2021 11:07 AM**

Florida Data Geek  UA (MappingFL)

The senate is on my good list. The house is on my naughty list.  Too use the holidays

**12/16/2021 6:08 PM**

Florida Data Geek  UA (MappingFL)



https://twitter.com/MappingFL/status/1471617354140323841?s=20
Link title: Florida Data Geek  on Twitter
Link description: "Perhaps the most infamous Senate election in Florida took place in 1950 in
the Democratic primary.

Liberal incumbent Claude Pepper lost denomination to conservative George Smathers in a
nasty race.  Pepper did, however, narrowly win his home county of Dade.  #flapol #sayfie"
https://t.co/iU8hSaDuXS

**12/17/2021 4:05 PM**

Nicholas Warren (NLVWarren)

So cool!!!!

**12/17/2021 4:05 PM**

Nicholas Warren (NLVWarren)

Would REALLY be interested to know the racial registration/turnout stats for that time period

**12/17/2021 4:06 PM**

Nicholas Warren (NLVWarren)

You can even see the Peppet support in the Black/Bahamian hood in coconut grove

**12/28/2021 4:21 PM**

Nicholas Warren (NLVWarren)

The City of Starke only received one bid for a redistricting consultant and the cost was really
 high for them - if you're AT ALL interested, they're having a meeting on 1/4 5:30pm

**12/28/2021 4:21 PM**

Nicholas Warren (NLVWarren)

If you're interested, connect with the city staff and they may vote to reopen the bids

**1/3/2022 7:43 PM**

Florida Data Geek  UA (MappingFL)

heyy sorry when you messaged me i was covid sick.  i've been getting back into the grove of
things but i'm still pretty tired easily.  so i'm gonna pass cause between work and my current
redistricting work - i cant strain myself too much (no late nights right now).  thank god for
that vax/booster though.  largely felt like a flu.

**1/4/2022 1:16 PM**

Florida Data Geek ⬆ ᵁᴬ (MappingFL)



https://twitter.com/mappingfl/status/1478429268610732035?s=21
https://twitter.com/MappingFL/status/1478429268610732035
Link title: Florida Data Geek ⬆ ᵁᴬ on Twitter
Link description: "Latest Florida redisricting article is up! A look at Polk County, and how two different state house drafts have two very different partisan makeups of the delegation

https://t.co/owU5hKybqI #flapol #sayfie"
Link title: Florida Data Geek ⬆ ᵁᴬ on Twitter
Link description: "Latest Florida redisricting article is up! A look at Polk County, and how two different state house drafts have two very different partisan makeups of the delegation

https://t.co/owU5hKybqI #flapol #sayfie"
https://t.co/jDVNm0sGF2 https://t.co/Aimxbc17df

**1/4/2022 3:59 PM**

Nicholas Warren (NLVWarren)

Ooo I will read this while waiting for the redistricting agenda item at the Starke City Commission meeting at 5:30 😄

**1/4/2022 4:00 PM**

Nicholas Warren (NLVWarren)

Turns out they're either going to ditch the consultant altogether or pare down the one bid they got to lower the cost. So you're all good there. Really sorry to hear you got so sick, hope you fully recover soon!!

1/5/2022 7:38 PM

Nicholas Warren (NLVWarren)



https://twitter.com/MappingFL/status/1478886262673068034
Link title: Florida Data Geek ⬆ UA on Twitter
Link description: "I don't care if it puts me on the opposite side of the entire party.  Prison gerrymandering has ZERO real impact on Florida's legislative districts.  We use functional analysis for minority performance.

This is a much bigger issue on the county commission level"
Did something happen today? https://t.co/KZLGzZc9QJ

1/5/2022 7:39 PM

Florida Data Geek ⬆ UA (MappingFL)

just tweets like this

1/5/2022 7:39 PM

Florida Data Geek ⬆ UA (MappingFL)



https://twitter.com/thatgrimes/status/1478881574909272064?s=20
Link title: David Grimes on Twitter
Link description: ""Prison gerrymandering inflates the political influence of the district where a prison is located, at the expense of the community where a currently incarcerated person lives."  https://t.co/gMtjhrnekO"
https://t.co/f9H4w1rlnS

1/5/2022 7:39 PM

Florida Data Geek ⬆ UA (MappingFL)

there was a FL politics article

1/5/2022 7:52 PM

Nicholas Warren (NLVWarren)

Thanks

**1/5/2022 11:57 PM**

Nicholas Warren (NLVWarren)

Lmao the new 20 and 11 come from my maps

**1/6/2022 12:05 AM**

Florida Data Geek 🔲 ᵁᴬ (MappingFL)

sweeeeeeeeeeeeeeeeeeeeeeeeeeeeeeet!!!!!

**1/6/2022 12:05 AM**

Florida Data Geek 🔲 ᵁᴬ (MappingFL)

they make total sense!

**1/6/2022 12:07 AM**

Nicholas Warren (NLVWarren)

🔊🔊

**1/6/2022 12:08 AM**

Nicholas Warren (NLVWarren)

Also had an incredible victory in Jackson today with the school board rejecting our non-preferred map 3-2 and then adopting our preferred map 4-1 :)

**1/6/2022 12:08 AM**

Nicholas Warren (NLVWarren)

Comes on the heels of the county commission adopting a good map in December (a different one tho sadly)

**1/6/2022 12:11 AM**

Florida Data Geek 🔲 ᵁᴬ (MappingFL)

Sweet on the school board though!

**1/6/2022 12:58 PM**

Florida Data Geek 🔲 ᵁᴬ (MappingFL)



https://twitter.com/mappingfl/status/1479149741879734272?s=21
https://twitter.com/MappingFL/status/1479149741879734272
Link title: Florida Data Geek 🔲  ᵁᴬ on Twitter
Link description: "Latest substack post is out.  A look at Tallahassee's state house drafts, and the offer of some alternative lines I drew.

It turns out the Leon GOP Chair is aiming to run for office and is pushing a draft plan that ensures him a seat

https://t.co/8KkkN8yMjx

#flapol #sayfie"
Link title: Florida Data Geek 🔲  ᵁᴬ on Twitter
Link description: "Latest substack post is out.  A look at Tallahassee's state house drafts, and the offer of some alternative lines I drew.

It turns out that an GOP Chair is aiming to run for office and is pushing a draft plan that ensures him a seat

https://t.co/8KkkN8yMjx

#flapol #sayfie"
https://t.co/8PyV6kZ40W https://t.co/fkpvbnq7iv

**1/6/2022 2:02 PM**

Nicholas Warren (NLVWarren)

Looks good. I think you can push the deviations so 27 is the whole boundary in Jeff? Or no?

**1/6/2022 2:03 PM**

Nicholas Warren (NLVWarren)

My preferred 9 keeps 8 like it is but adds all of Madison AND Hamilton

**1/6/2022 2:03 PM**

Nicholas Warren (NLVWarren)

i.e. 8007 plus Hamilton

**1/6/2022 2:03 PM**

Nicholas Warren (NLVWarren)

Makes 7 more compact

**1/6/2022 3:05 PM**

Florida Data Geek ⊥ ᵁᴬ (MappingFL)

Oh yeah I was just trying to create a sandbox of the 3 seats that could be switched out with any of the current drafts.  I really wanted to keep 9 more confined to the Tallahassee market.  It's such a shotgun marriage otherwise.

**1/8/2022 10:12 AM**

Nicholas Warren (NLVWarren)

At some point if it's appropriate can you point out that the new CD11/28 and CD20 use ideas from my maps 😄

**1/8/2022 10:12 AM**

Nicholas Warren (NLVWarren)

Since I am not allowed to discuss my maps

**1/8/2022 2:57 PM**

Florida Data Geek ⊥ ᵁᴬ (MappingFL)

done!  i'll do a thread today

**1/8/2022 2:57 PM**

Florida Data Geek ⊥ ᵁᴬ (MappingFL)

btw did you see the rouson map?

**1/8/2022 2:57 PM**

Florida Data Geek ⊥ ᵁᴬ (MappingFL)



https://twitter.com/MappingFL/status/1479610121692930048?s=20
Link title: Florida Data Geek ⊥ ᵁᴬ on Twitter
Link description: "We have another Congressional plan for Florida.  Democratic Senator Darryl Rouson has released a map that offers alternative lines for #FL12, #FL13, #FL14, and #FL15.  How his lines compare with the current Senate drafts is below

#flapol #sayfie
https://t.co/Dv93DSnPzN

**1/8/2022 3:06 PM**

Nicholas Warren (NLVWarren)

Yeah saw it. Good points

**1/10/2022 10:58 AM**

Nicholas Warren (NLVWarren)

Rouson map shot down by Bradley 🙄

**1/11/2022 10:37 AM**

Nicholas Warren (NLVWarren)

I can't believe the incompetence of the League/Coalition/Cecile Scoon

**1/11/2022 10:38 AM**

Nicholas Warren (NLVWarren)

"You must essentially give racial minorities and language minorities every opportunity to select a representative of their choice, and that means you need to **maximize** that," said Scoon, who is a civil rights attorney in Panama City. "And I just haven't heard a lot of discussion about maximizing that compliance."

Attachment with type image/jpeg
https://t.co/QO23CP18fs

**1/11/2022 11:05 AM**

Florida Data Geek ⬆️ ᵁᴬ (MappingFL)

Omg you have GOT to be kidding me!

**1/11/2022 11:13 AM**

Nicholas Warren (NLVWarren)

Extreme malpractice

**1/11/2022 11:14 AM**

Nicholas Warren (NLVWarren)

There are 100 actual legitimate things they could be criticizing them on ... and yet.

**1/11/2022 3:15 PM**

Nicholas Warren (NLVWarren)

plz plz plz point out the congressional map drawn by staff last week and picked by Ray Rodrigues today incorporates ideas I proposed 3 days after the first staff maps were released back in November

**1/11/2022 3:16 PM**

Nicholas Warren (NLVWarren)

ideas & Tier 2 improvements

**1/11/2022 4:06 PM**

Florida Data Geek ⬆️ ᵁᴬ (MappingFL)

Done will do

**1/11/2022 4:14 PM**

Nicholas Warren (NLVWarren)

🙏🙏🙏

**1/11/2022 4:17 PM**

Nicholas Warren (NLVWarren)

🤍

**1/11/2022 4:54 PM**

Nicholas Warren (NLVWarren)

What's the benchmark Black share of Dem primary in SD33?

**1/11/2022 4:54 PM**

Nicholas Warren (NLVWarren)

Doesn't 8046 result in a more diverse Dem electorate in SD34?

**1/11/2022 4:56 PM**

Nicholas Warren (NLVWarren)

*SD32, I guess this is what I was remembering

**1/11/2022 4:56 PM**

Nicholas Warren (NLVWarren)



https://twitter.com/apantazi/status/1480621110932688899?s=20
Link title: Andrew Pantazi on Twitter
Link description: "I looked at the numbers to see what impact to Black voting power would
 happen if SD33 is Black majority v. effective majority. If it's effective majority, then SD32 sees
 its Black share of the D primary increase from 31% -&gt; 35%. Staff said it had no impact on
 Black voting power."
https://t.co/ORHt7IAxeU

**1/11/2022 4:56 PM**

Nicholas Warren (NLVWarren)

and wow yeah SD34 goes from 18% Black to 28% in Dem primary

**1/11/2022 4:57 PM**
Florida Data Geek 🔲 ᴜᴀ (MappingFL)

I offered a diff plan weeks ago.  Now all I see is efforts to back Dems.

**1/11/2022 4:57 PM**
Florida Data Geek 🔲 ᴜᴀ (MappingFL)

Both south florida plans are shit.

**1/11/2022 4:57 PM**
Florida Data Geek 🔲 ᴜᴀ (MappingFL)

But one pairs a bunch of Dems together.

**1/11/2022 4:58 PM**

Nicholas Warren (NLVWarren)

I mean yeah but the idea that 8046 is worse/bad for Black voters doesn't seem supported by
 the data

**1/11/2022 4:58 PM**

Nicholas Warren (NLVWarren)

again, what's the benchmark # in SD33?

**1/11/2022 4:58 PM**
Florida Data Geek 🔲 ᴜᴀ (MappingFL)

No idea. That's not my focus. My focus is the incumbent pairing

**1/11/2022 4:59 PM**
Florida Data Geek ⬆️   ᴜᴀ (MappingFL)

I never said 46 was worse

**1/11/2022 4:59 PM**
Nicholas Warren (NLVWarren)

Well you are pointing out it has a lower black % ! ;)

**1/11/2022 4:59 PM**
Florida Data Geek ⬆️   ᴜᴀ (MappingFL)

I never said anything was worse

**1/11/2022 4:59 PM**
Nicholas Warren (NLVWarren)

yeah yeah yeah

**1/11/2022 4:59 PM**
Nicholas Warren (NLVWarren)

just sayin

**1/11/2022 4:59 PM**
Florida Data Geek ⬆️   ᴜᴀ (MappingFL)

I just pointed a stat out

**1/11/2022 4:59 PM**
Florida Data Geek ⬆️   ᴜᴀ (MappingFL)

🗨️

**1/12/2022 6:38 PM**
Nicholas Warren (NLVWarren)

SD22 could be 👀 by decade's end

**1/13/2022 12:51 AM**
Nicholas Warren (NLVWarren)

He still could be charged with voting illegally

**1/13/2022 11:42 AM**
Nicholas Warren (NLVWarren)

I just noticed that C8001 follows my approach for CD2/3/4/5/6, which maximizes whole counties in North-Central Fla and makes CD4 and 6 more compact

**1/13/2022 11:43 AM**
Nicholas Warren (NLVWarren)

Released weeks after I submitted my congressional maps

**1/13/2022 11:43 AM**
Nicholas Warren (NLVWarren)

I feel vindicated

**1/13/2022 11:46 AM**
Nicholas Warren (NLVWarren)

Jason Poreda looks a lot older than 2015

**1/13/2022 12:05 PM**

Nicholas Warren (NLVWarren)



https://twitter.com/apantazi/status/1481673388385083394?s=20
Link title: Andrew Pantazi on Twitter
Link description: "@ledawilliams Kelly concluded with a great explanation of the Everglades (an almost entirely unpopulated but large area that can give the appearance of compactness under compact scores without being functionally compact) and non-contiguous areas (i.e. islands)."
https://t.co/IaD9QaCGhG cc: @LindaStewartFL

**1/13/2022 12:16 PM**

Nicholas Warren (NLVWarren)

wow. thouse house doesn't consider CD10 protected from retrogression. the Senate does bc it's included in their functional analysis charts

**1/13/2022 12:34 PM**

Nicholas Warren (NLVWarren)

VRA litigation also *must* use ACS data to make a sectino 2 claim, because SCOTUS requires CVAP as the measure of Gingles precondition #1

**1/13/2022 1:09 PM**

Florida Data Geek 🔼   UA (MappingFL)

i am really confounded by this nationality issue.  why take this stance?

**1/13/2022 1:09 PM**

Nicholas Warren (NLVWarren)

Leek's position w/r/t Haitians seems to be that they may be protected as a language minority under the Fla Const, but we can only use decennial census data, and they're not in the file we received, so even tho they're protected, we can't do anything about it. Even tho we did 10 years ago. And we could consider Haitian data as a policy matter, but we aren't. And we aren't explaining why.

**1/13/2022 1:09 PM**

Nicholas Warren (NLVWarren)

and yeah it's just unnecessary

**1/13/2022 1:10 PM**

Florida Data Geek 🔼   UA (MappingFL)

yeah its like they admitted they could - but then just blow off the idea of doing so.

**1/13/2022 1:11 PM**

Nicholas Warren (NLVWarren)

I think they decided they're going to do it a certain way and are justifying that

**1/13/2022 1:12 PM**

Nicholas Warren (NLVWarren)

versus with the quota thing, Leda actually learned about the 50%+1 quota bans and is now stating the law correctly

**1/13/2022 1:12 PM**

Nicholas Warren (NLVWarren)

versus before they genuinely thought they needed to be 50% black

**1/13/2022 1:12 PM**

Nicholas Warren (NLVWarren)

tho the maps haven't been updated to reflect that new understanding of hte law lol

**1/13/2022 1:15 PM**

Florida Data Geek 🔼 UA (MappingFL)

i bet every time the League's speaker is talking, the chairman is just grinding his pen into the desk

**1/13/2022 1:16 PM**

Nicholas Warren (NLVWarren)

as am I

**1/13/2022 1:16 PM**

Nicholas Warren (NLVWarren)

she genuinely doesn't understand these issues. I work with her

**1/13/2022 1:16 PM**

Florida Data Geek 🔼 UA (MappingFL)

i don't know how its so hard for her to grasp it.

**1/13/2022 1:17 PM**

Nicholas Warren (NLVWarren)

you and me both babe

**1/13/2022 1:20 PM**

Florida Data Geek 🔼 UA (MappingFL)

and now we barrel into the senate in just 10 minutes

**1/13/2022 1:20 PM**

Nicholas Warren (NLVWarren)

yayy

**1/13/2022 4:01 PM**

Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1481732417899671553
Link title: Nicholas Warren on Twitter
Link description: "The Senate renumbering lottery winners (may serve 10 years rather that 8)
seem to be: Gainer, Bradley, Brodeur, Hooper, Rouson, Boyd, Albritton, Passidomo, Harrell,
Powell, Jones, Diaz, Garcia, Pizzo, Ana Maria Rodriguez"
https://t.co/KUhstawffl

**1/13/2022 4:13 PM**

Nicholas Warren (NLVWarren)

wait, aren't Baxley and Perry paired?

**1/13/2022 4:15 PM**

Florida Data Geek 🔲 UA (MappingFL)

as best i know yes

**1/14/2022 10:33 AM**

Nicholas Warren (NLVWarren)

Hmm leadership said they were yday. Wonder if Baxley moves to Lake

**1/14/2022 10:34 AM**

Nicholas Warren (NLVWarren)

Could I launder through you a history lesson thread on the importance of filing floor amendments to maps?

**1/14/2022 10:35 AM**

Nicholas Warren (NLVWarren)

Trying to get Shev or Taddeo *anyone* else to file a Tampa map

**1/14/2022 10:37 AM**

Florida Data Geek 🔲 UA (MappingFL)

Sure sounds good to me

**1/14/2022 10:37 AM**

Nicholas Warren (NLVWarren)

Awesome :) I'll write it up today

**1/14/2022 10:45 AM**

Florida Data Geek 🔲 UA (MappingFL)

Cooool

**1/14/2022 12:02 PM**

Nicholas Warren (NLVWarren)

okay, here's a google doc with the thread, including images/screenshots from Apportionment VIII

**1/14/2022 12:02 PM**

Nicholas Warren (NLVWarren)

https://docs.google.com/document/
d/13AXZ4pPf_K5voz29AqFN6KlDU0CD3wTOIIgdA1hmWXE/edit?usp=sharing
https://t.co/InbfEE73uE

**1/14/2022 12:02 PM**

Nicholas Warren (NLVWarren)

feel free to gussy it up in your own voice, add/cut - there are probably more screenshots than necessary

**1/14/2022 12:02 PM**

Nicholas Warren (NLVWarren)

and i'm sure you probably have maps too if you want to add

**1/14/2022 12:03 PM**

Nicholas Warren (NLVWarren)

lmk if you have any questions :)

**1/14/2022 12:08 PM**

Nicholas Warren (NLVWarren)

screenshots are paired with each tweet, if that isn't clear lol

1/14/2022 3:15 PM

Nicholas Warren (NLVWarren)



**Mike Fasano** liked your reply

Sebesta & Futch both voted for the map that robbed them of 2 extra years in the Senate.

But one Republican in each chamber actually bucked their party and voted against those brutal gerrymanders: FTL's Debbie Sanderson and the great @fasanomike.

Attachment with type image/jpeg
😡 https://t.co/N6cJmQetWV

1/15/2022 3:57 PM

Nicholas Warren (NLVWarren)

Damn, the GOP really lucked out on the numbers. Not a single competitive seat will be up again in 2024, except Ausley

1/15/2022 3:57 PM

Florida Data Geek 🔼   UA (MappingFL)

conspiracy!!!

1/15/2022 3:58 PM

Nicholas Warren (NLVWarren)

lol pretty hard to fake that draw

1/15/2022 3:59 PM

Nicholas Warren (NLVWarren)

and remember how we thought we lost out when SD8, 16, 18, 24, 40 were all gonna be up in midterm years? then 2018 came

1/15/2022 3:59 PM

Nicholas Warren (NLVWarren)

and it didn't matter anyway 😂 (except Taddeo)

1/15/2022 3:59 PM

Florida Data Geek 🔼   UA (MappingFL)

they deep-faked Bean's face over magician Shin Lim

1/15/2022 3:59 PM

Nicholas Warren (NLVWarren)

lmfao

1/15/2022 4:01 PM

Nicholas Warren (NLVWarren)

SD22 as well from the 2016 map. really only 9, 37, 39 were the odd competitive ones

1/15/2022 4:02 PM

Florida Data Geek 🔼   UA (MappingFL)

that midterm really was a tremendous disapointmnet

1/15/2022 4:03 PM

Nicholas Warren (NLVWarren)

my initial thought on renumbering when I worked for the court in 2011-12 was that they did manipulate the numbers to make competitive seats up in midterms

1/15/2022 4:03 PM

Nicholas Warren (NLVWarren)

but I was a *little* too conspiratorial

1/15/2022 4:03 PM

Nicholas Warren (NLVWarren)

yeah 2018 sucked

**1/15/2022 4:04 PM**

Nicholas Warren (NLVWarren)

makes me feel like we deserve a good midterm in a bad national environment, but I know better than to expect/hope for that

**1/15/2022 4:07 PM**

Florida Data Geek   UA (MappingFL)

lol wouldnt that be ironic.  we gain some leg seats and knock desnatis off in 2022

**1/15/2022 4:07 PM**

Florida Data Geek   UA (MappingFL)

frankly my goals are just defend 3, 14, and 38, and take 10.  but even that seems like a momumental task

**1/15/2022 4:08 PM**

Nicholas Warren (NLVWarren)

yupp

**1/15/2022 4:08 PM**

Nicholas Warren (NLVWarren)

Ausley loses in a 2010/14 environment

**1/15/2022 4:09 PM**

Florida Data Geek   UA (MappingFL)

mmhmmm

**1/15/2022 4:10 PM**

Nicholas Warren (NLVWarren)

I made a couple tweaks to this btw

**1/15/2022 4:10 PM**

Nicholas Warren (NLVWarren)

https://docs.google.com/document/
d/13AXZ4pPf_K5voz29AqFN6KlDU0CD3wTOlIgdA1hmWXE/edit?usp=sharing
https://t.co/InbfEE73uE

**1/15/2022 4:10 PM**

Nicholas Warren (NLVWarren)

hopeful a house dem proposes amendments

**1/15/2022 4:11 PM**

Florida Data Geek   UA (MappingFL)

that sounds good!  i'll start that up later today

**1/15/2022 4:11 PM**

Nicholas Warren (NLVWarren)

if not shev or taddeo

**1/15/2022 4:12 PM**

Nicholas Warren (NLVWarren)

CDs 13/14/15 will be so interesting if 8040 passes

**1/15/2022 4:12 PM**

Nicholas Warren (NLVWarren)

tampa tv stations gonna get flooded

**1/15/2022 4:12 PM**

Florida Data Geek   UA (MappingFL)

omg they are gonna be.....

**1/15/2022 4:13 PM**
Florida Data Geek ⬆️ ᵁᴬ (MappingFL)



Attachment with type video/quicktime
https://t.co/wk04KwS1zl

**1/15/2022 4:13 PM**
Nicholas Warren (NLVWarren)

and I'll be in Lawson's district :D

**1/15/2022 4:14 PM**
Florida Data Geek ⬆️ ᵁᴬ (MappingFL)

tragically i'm still in Dunn's

**1/15/2022 4:14 PM**
Florida Data Geek ⬆️ ᵁᴬ (MappingFL)

but being in Southwood i never expected otherwise

**1/15/2022 4:22 PM**
Nicholas Warren (NLVWarren)

yeah that's on you

**1/15/2022 4:22 PM**
Nicholas Warren (NLVWarren)

still no inklings on where farmer will run?

**1/15/2022 4:23 PM**
Nicholas Warren (NLVWarren)

I also still can't believe we all just didn't notice the Baxley/Perry pairing for so long lol. Baxley feels like a creature of Lake County lol

**1/15/2022 4:54 PM**
Florida Data Geek ⬆️ ᵁᴬ (MappingFL)

yeah i kept forgetting about baxley and perry. but i def think a perry-bradley pairing would have given the leadership more heartburn. i feel leaders would be happy to lose baxley more than perry or bradley

**1/15/2022 4:55 PM**
Florida Data Geek ⬆️ ᵁᴬ (MappingFL)

i venture Baxley could move to the 13th if he wanted to give that a go

**1/15/2022 5:12 PM**
Nicholas Warren (NLVWarren)

agree

**1/15/2022 5:12 PM**
Nicholas Warren (NLVWarren)

on both counts

**1/15/2022 5:12 PM**
Nicholas Warren (NLVWarren)

leadership luvs bradley

**1/15/2022 3:12 PM**

Nicholas Warren (NLVWarren)

and I do too tbh

**1/15/2022 7:11 PM**

Nicholas Warren (NLVWarren)

Seems completely untenable for the Senate to cave on CD10 at this point. They're on the record saying it's legally required to be their way, and 8003 obviously violates that. Even Angela Dempsey would strike that down

**1/15/2022 7:14 PM**

Florida Data Geek 🔼 ᴜᴀ (MappingFL)

that is an excellent point

**1/15/2022 7:55 PM**

Florida Data Geek 🔼 ᴜᴀ (MappingFL)

| Democratic Primaries in Florida 10th | | | | | | |
|---|---|---|---|---|---|---|
| | Black | | Hispanic | | White | Total |
| 2016 Primary | 21,662 | 50.50% | 4,916 | 11.46% | 13,595 31.69% | 42,896 |
| 2018 Primary | 28,932 | 46.68% | 7,975 | 12.87% | 20,684 33.37% | 61,975 |
| 2020 Primary | 30,488 | 42.25% | 9,988 | 13.84% | 25,036 34.70% | 72,158 |

| Democratic Registration in Florida 10th | | | | | | |
|---|---|---|---|---|---|---|
| | Black | | Hispanic | | White | Total |
| 2016 Primary | 81,132 | 42.35% | 40,299 | 21.04% | 52,768 27.54% | 191,577 |
| 2018 Primary | 82,019 | 40.67% | 45,393 | 22.51% | 54,805 27.18% | 201,646 |
| 2020 Primary | 86,913 | 39.43% | 48,684 | 22.09% | 60,954 27.66% | 220,398 |

| Turnout by Race in CD10 | | | |
|---|---|---|---|
| | Black | Hispanic | White | Total |
| 2016 Primary | 26.70% | 12.20% | 25.76% | 22.39% |
| 2018 Primary | 35.27% | 17.57% | 37.74% | 30.73% |
| 2020 Primary | 35.08% | 20.52% | 41.07% | 32.74% |

Attachment with type image/png

so here is a question, cause i'm doing some CD10 research.  thanks partly due to turnout disparities and also a registration changes, african-americans aren't likelt to control 50%+ of a dem primary for CD10.  this is current borders but same is true for draft plans.  of course the senate still has black voters outpacing white voters in the primary, while that one house plan gives white voters a plurality.  so the two chambers are def at different odds.  but could house defenders use this change in 10 to say "see its not even a solid black seat?" https://t.co/LVNw3geIpx

**1/15/2022 8:12 PM**

Florida Data Geek 🔼 ᴜᴀ (MappingFL)



https://twitter.com/MappingFL/status/1482520842370043904?s=20
Link title: Florida Data Geek 🔼 ᴜᴀ on Twitter
Link description: "As the Fla Senate maps are poised for floor votes next week, here's a little history lesson on why it's important for legislators to propose alternative maps. 1/?

🗳 #flapol #sayfie"
https://t.co/r35CqVQTwL

**1/15/2022 8:47 PM**

Nicholas Warren (NLVWarren)

Thank you!!!! Beautiful

**1/15/2022 8:48 PM**

Nicholas Warren (NLVWarren)

You could add also that this isn't just true in state court, fed courts same dynamic with fed challenges - leg process and alternative maps are key

**1/15/2022 8:49 PM**

Nicholas Warren (NLVWarren)

I forgot that point. pre-buttal to ppl arguing the new FSC won't give a shit

**1/15/2022 8:51 PM**

Nicholas Warren (NLVWarren)

On your question: whether a minority group has an ability to elect its preferred candidates of choice doesn't hinge on whether it composes 51% in a particular party primary

**1/15/2022 8:52 PM**

Nicholas Warren (NLVWarren)

Just as it doesn't hinge on whether it composes 51% in the general. Those may be relevant points but obviously there is white crossover voting and hispanic-black coalitional voting, so there may be Black ability-to-elect at lower than 51% in the Dem primary

**1/15/2022 8:55 PM**

Nicholas Warren (NLVWarren)

That's the case in HD20, for example. Benchmark is under 50% Black in Dem primary, but the House keeps it around 45% (8007) or 43% (8005) (those are the 2014-2020 averages)

**1/15/2022 8:55 PM**

Nicholas Warren (NLVWarren)

And HD20 really bothers me actually - that's clearly a district the House considers protected from retrogression. But it has such similar stats to CD20. Why are they analyzing it differently?

**1/15/2022 8:57 PM**

Nicholas Warren (NLVWarren)

Also, it's super reckless for the House to conclude that CD10 isn't protected based on a sub-43% Black primary share and sub-40% registration share. There hasn't been a competitive primary there since 2016! They have no idea how much crossover/coalition voting there would be (we may find out this year of course). You can look at exogenous elections - gov, cabinet, prez, countywide races etc - but those aren't as probative

**1/15/2022 8:58 PM**

Nicholas Warren (NLVWarren)

And of course Demings got 57% in her 2016 primary - showing a lot of non-Black voters supported her too

**1/16/2022 3:10 PM**

Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1482806742945869832
Link title: Nicholas Warren on Twitter
Link description: "Absolute bombshell investigation, reveals Comm'r @vanessabaugh flat-out lied about drawing maps by herself.

A fraud on the public resulting in a map that erodes Black and Latino voting power, likely resulting in the lone minority/Dem member losing."
this is fucking insane https://t.co/00hEJZ2Tca

**1/16/2022 3:37 PM**
Florida Data Geek ⬆ ᴜᴀ (MappingFL)

God damn!

**1/16/2022 3:43 PM**

Nicholas Warren (NLVWarren)

I watched several of these meetings, the commissioners on either side of the 4/3 line were at each other's throats

Nicholas Warren (NLVWarren)

Servia was super aggressive questioning whether Baugh drew it herself. Now we know why

**1/16/2022 7:39 PM**

Nicholas Warren (NLVWarren)

!!!!!

**1/16/2022 7:42 PM**
Florida Data Geek ⬆ ᴜᴀ (MappingFL)





https://twitter.com/mappingfl/status/1482875844787781634?s=21
https://twitter.com/MappingFL/status/1482875844787781634
Link title: Florida Data Geek ⬆ ᴜᴀ on Twitter
Link description: "DeSantis wants to appear he's still the MAGA boy, so he's proposed a map that is purposely ridiculous - namely destroying minority seats. So this is just a stunt.

Feel free to obsess over it. But I recommend ignoring. #flapol #sayfie"
Link title: Florida Data Geek ⬆ ᴜᴀ on Twitter
Link description: "DeSantis wants to appear he's still the MAGA boy, so he's proposed a map that is purposely ridiculous - namely destroying minority seats. So this is just a stunt.

Feel free to obsess over it. But I recommend ignoring. #flapol #sayfie"
https://t.co/ovBdpLa0vF https://t.co/2kPrrVomSO

**1/16/2022 7:42 PM**

Nicholas Warren (NLVWarren)

Lmao

**1/16/2022 7:42 PM**

Nicholas Warren (NLVWarren)

Spot on

**1/16/2022 7:43 PM**

Nicholas Warren (NLVWarren)

Wonder who they got to draw it

**1/16/2022 7:43 PM**

Nicholas Warren (NLVWarren)

Maybe Anthony Pedicini 😂

**1/16/2022 7:44 PM**

Nicholas Warren (NLVWarren)

Grateful this is the map we all expected from the get-go, but can laugh at now

**1/16/2022 7:44 PM**

Nicholas Warren (NLVWarren)

well not expected, but feared

**1/16/2022 7:46 PM**

Nicholas Warren (NLVWarren)



Attachment with type image/jpeg
dafuq is this public submission they posted yday https://t.co/bqax9QH2Cy

**1/16/2022 7:46 PM**

Nicholas Warren (NLVWarren)

literal baconmander

**1/16/2022 7:47 PM**

Florida Data Geek 🔝  ᴜᴀ (MappingFL)

Lol wow that's worse than DeSantis lol

**1/16/2022 8:06 PM**

Nicholas Warren (NLVWarren)

I have become the redistricting consultant for the city of starke lol

**1/16/2022 8:06 PM**

Nicholas Warren (NLVWarren)

but sadly they're not paying me $40K

**1/16/2022 8:07 PM**

Nicholas Warren (NLVWarren)



Attachment with type image/jpeg
https://t.co/L0TXuJznDE

**1/16/2022 8:10 PM**

Florida Data Geek ⬆ UA (MappingFL)

Looks good to me!  Booo demand 40k.  Or is it you cannot take it because of other job?

**1/16/2022 8:15 PM**

Nicholas Warren (NLVWarren)

yeah i'm joking, I'm working directly with our ally commissioner for work

**1/16/2022 8:15 PM**

Nicholas Warren (NLVWarren)

we're going to try to bypass a consultant and draw hte map ourselves lol

**1/16/2022 8:16 PM**

Florida Data Geek ⬆ UA (MappingFL)

That works!

**1/16/2022 9:18 PM**

Florida Data Geek ⬆ UA (MappingFL)

desantis map actually creates 5 hispanic mak districts by having DWS go into hialeah!   her seat is still dem and 50% HVAP - but obv would not be maj in voting and creates a classic situation whether there isn't strong cohesion

**1/16/2022 9:18 PM**

Florida Data Geek ⬆ UA (MappingFL)

but i bet that will be the talking point "oh we created 5 hispanic seats"

**1/16/2022 9:21 PM**

Nicholas Warren (NLVWarren)

yeah I noticed that with DWS. bare majority

**1/16/2022 9:21 PM**

Nicholas Warren (NLVWarren)

and you're right, that must be a TP if they even try

**1/16/2022 9:22 PM**

Nicholas Warren (NLVWarren)

the CVAPs are low - 45%, 50.5% for 20 and 26

**1/16/2022 9:23 PM**

Nicholas Warren (NLVWarren)

they're probably right if they argue this doesn't violate federal law tho

1/16/2022 9:23 PM

Nicholas Warren (NLVWarren)

all I see are FDA violations

1/16/2022 9:23 PM

Nicholas Warren (NLVWarren)

which are not nothing obviously

1/16/2022 9:25 PM
Florida Data Geek ⬆ ᴜᴀ (MappingFL)

agreed.  these are violations so extreme they'd even give FL court pause.  everything about this screams last minute.  like " we need to offer a map"

1/16/2022 9:25 PM
Florida Data Geek ⬆ ᴜᴀ (MappingFL)



Attachment with type image/jpeg
Like a response to this https://t.co/0AJpDxHZGc

1/16/2022 9:26 PM

Nicholas Warren (NLVWarren)

oh the FSC would strike this down 100%

1/16/2022 9:27 PM

Nicholas Warren (NLVWarren)

they could have gotten away with something a bit more moderate if that was their strategy from the getgo, but not after everything in the leg record

1/16/2022 9:27 PM

Nicholas Warren (NLVWarren)

EOG got all those calls after that tweet and Ryan Newman immediately logged onto DRA

**1/16/2022 9:27 PM**
Florida Data Geek ⬆ uᴀ (MappingFL)

> btw, if he vetoes a leg passed map, can they override if they have the votes?   or does it auto go to court to decide?  also can he pocket veto (or let it become law without signing?) - just trying to game this out

**1/16/2022 9:27 PM**
Nicholas Warren (NLVWarren)

they can veto

**1/16/2022 9:27 PM**
Nicholas Warren (NLVWarren)

*they can override lol

**1/16/2022 9:28 PM**
Nicholas Warren (NLVWarren)

a court would step in if there's doubt about whether there'll be a constitutional plan in time for the elections

**1/16/2022 9:28 PM**
Nicholas Warren (NLVWarren)

I'm loookup up the pocket veto rule lol

**1/16/2022 9:28 PM**
Nicholas Warren (NLVWarren)

p sure bills become law without his signature

**1/16/2022 9:29 PM**
Nicholas Warren (NLVWarren)

becomes law 7 days after presentation, unless Leg is/has adjourned, in which case it's 15 days

**1/16/2022 9:30 PM**
Nicholas Warren (NLVWarren)

I'm sure Elias will sue in NDFL if he vetoes or even threatens to veto, but court would probably abstain and dismiss as premature until veto is actually made

**1/16/2022 9:31 PM**
Nicholas Warren (NLVWarren)

even then, court will not actually order a plan implemented if the veto is overridden or if a valid plan is adopted before the election

**1/16/2022 9:31 PM**
Nicholas Warren (NLVWarren)

even if Elias gets a trigger-happy judge, court would probably say the development/ordering of an interim plan is contingent on a duly enacted plan not emerging

**1/16/2022 9:32 PM**
Nicholas Warren (NLVWarren)

anyway. it's gonna be super fun to gloat when this is all over

**1/16/2022 9:32 PM**
Nicholas Warren (NLVWarren)

especially if it's a veto override!

**1/16/2022 9:32 PM**
Florida Data Geek ⬆ uᴀ (MappingFL)

> god that would be delicious

**1/16/2022 9:32 PM**
Nicholas Warren (NLVWarren)

or if the court just adopts the Leg's plan, which honestly is the likeliest option

**1/16/2022 9:33 PM**

Nicholas Warren (NLVWarren)

as long as there's no allegations the *Leg's* plan violates the law, there's no reason the court shouldn't just adopt it

**1/16/2022 9:34 PM**

Nicholas Warren (NLVWarren)

a least-change map would basically be the same thing

**1/16/2022 9:34 PM**

Nicholas Warren (NLVWarren)

this is gonna be fun!!!

**1/16/2022 9:38 PM**

Nicholas Warren (NLVWarren)



To the 43d district, counties of Murray, Whitfield and Gordon, three (3) delegates.
To the 44th district, counties of Walker, Dade and Catoosa, two (2) delegates.

JOHN POPE,
*Brevet Major General Commanding.*

The apportionment of delegates was a difficult piece of work. In Alabama representative districts were established by military orders, so as to equalize representation as far as practicable. In Georgia the State senatorial districts were adopted, and delegates assigned to each district in proportion to its voting population. A detailed statement of the registration for each county in these States, and the manner of apportionment of delegates, is appended to this report.

Attachment with type image/jpeg
the last time the executive branch proposed a florida redistricting map, it was the United States Army in 1867 https://t.co/jyOZfrw1Hi

**1/16/2022 9:41 PM**

Florida Data Geek ⬆ UA (MappingFL)

LOL holy fuck thats priceless

**1/16/2022 9:42 PM**

Nicholas Warren (NLVWarren)

(I think)

**1/16/2022 9:43 PM**

Florida Data Geek ⬆ UA (MappingFL)

even Chiles didn't.  he did offer a veto threat if a rebel "aka gop and black caucus plan" were to advance.  but no actual plan of his own.

**1/16/2022 9:43 PM**

Nicholas Warren (NLVWarren)

luvvv that veto threat

**1/16/2022 9:44 PM**

Nicholas Warren (NLVWarren)

and Butterworth didn't propose his own plan right?

**1/16/2022 9:49 PM**

Nicholas Warren (NLVWarren)

across the country in the '90s.
Rather, he cited case after
case in which he said lawmakers
ignored natural boundaries and
pleas from constituents in re-
drawing districts to reflect the
past decade's population shifts.

He cited a hearing in Naples
Sept. 24 at which "virtually all"
speakers, including a local Re-
publican Party leader, objected
to any maps that would link Col-
lier to Miami-Dade or Broward
counties. The map approved by
both houses connects about
30,000 residents of Pembroke
Pines in southwest Broward with
Collier County, 80 miles west at
the opposite end of Alligator Al-
ley.

"It is difficult to reconcile the
maps with the public testimony,"
Butterworth wrote.

Attachment with type image/png
this is cool. 2002 https://t.co/sSkKWHV1he

**1/16/2022 9:51 PM**

Florida Data Geek 🔲 ᴜᴀ (MappingFL)

Ha nice!

**1/16/2022 10:07 PM**

Nicholas Warren (NLVWarren)

lol remember when everyone @'d Pushaw and she said "hi everyone! the governor actually does not do redistricting in FL!"

**1/16/2022 10:11 PM**

Florida Data Geek 🔲 ᴜᴀ (MappingFL)

Oops!

**1/16/2022 10:57 PM**

Florida Data Geek 🔲 ᴜᴀ (MappingFL)

that DWS district thats 50% hispanic doesnt even have hispanics outpaces black voters in the dem primary

**1/16/2022 10:58 PM**

Florida Data Geek 🔲 ᴜᴀ (MappingFL)

so unless the GOP is gonna win a Biden +10 seat - that is hispanic district in name only

**1/16/2022 11:09 PM**

Nicholas Warren (NLVWarren)

HINO

**1/16/2022 11:10 PM**

Nicholas Warren (NLVWarren)

Latino In Name Only aka LINO aka LIE-NO!

**1/16/2022 11:11 PM**

Nicholas Warren (NLVWarren)

And it's 45% CVAP!

**1/16/2022 11:14 PM**
Florida Data Geek ⬆ UA (MappingFL)

loveeee that name!  i'm using it on tuesdays substack!

**1/17/2022 1:14 AM**
Florida Data Geek ⬆ UA (MappingFL)



Attachment with type image/jpeg
oops - the Ron map has two hispanic districts where hispanics dont make up a maj of the vote - 26 is insane https://t.co/8Hcx2EJGWo

**1/17/2022 7:50 AM**
Nicholas Warren (NLVWarren)

Wow

**1/17/2022 7:50 AM**
Nicholas Warren (NLVWarren)

What the H% of the R primary?

**1/17/2022 7:51 AM**
Nicholas Warren (NLVWarren)

It annoys me they put the unpopulated Broward precinct in 26. So sloppy

**1/17/2022 7:53 AM**
Nicholas Warren (NLVWarren)

Collier Big White lol

**1/17/2022 1:43 PM**
Nicholas Warren (NLVWarren)

plz tell umich it's Fair Districts, not the VRA or 14th Amendment, that prohibits St Pete-Tampa

**1/17/2022 1:54 PM**
Nicholas Warren (NLVWarren)

It's just partisan gerrymandering and tier 2, nothing racial about it (except that if that's their pretext it's obviously fake)

**1/17/2022 2:41 PM**
Florida Data Geek ⬆ UA (MappingFL)

holy shit dude - that 26th - the white voters are TWICE as much as hispanics in the GOP primary

**1/17/2022 2:41 PM**
Florida Data Geek ⬆ UA (MappingFL)

this map is more rediculous the more its analyzed.  substack tomorrow is gonna be lit

**1/17/2022 2:46 PM**
Nicholas Warren (NLVWarren)

Wowie!

**1/17/2022 5:19 PM**
Florida Data Geek ⬆ UA (MappingFL)

so i am sure to talk smart in my substack

**1/17/2022 5:19 PM**
Florida Data Geek [↑]   UA (MappingFL)



https://twitter.com/MappingFL/status/1483202158028034050?s=20
Link title: Florida Data Geek [↑]   UA on Twitter
Link description: "I didn't catch this till last night. But the Ron DeSantis Congressional map turns Cuban Republican Congressman @MarioDB's seat into only 50% Hispanic VAP. In terms of VOTING, its majority white in a primary and general.

It links uber-white Collier with a CRACKED Hialeah #flapol"
https://t.co/RpLpwpD873

**1/17/2022 5:19 PM**
Florida Data Geek [↑]   UA (MappingFL)

is this VRA violation?  feels like it is

**1/17/2022 6:41 PM**
Nicholas Warren (NLVWarren)

there's a very good argument that it would be, yes

**1/17/2022 6:41 PM**
Nicholas Warren (NLVWarren)

dilutes the cohesive NW Dade GOP Latino electorate

**1/17/2022 6:41 PM**
Nicholas Warren (NLVWarren)

they have a clear right under § 2 bc you can draw a 50% HCVAP seat

**1/17/2022 6:42 PM**
Nicholas Warren (NLVWarren)

and of course it's also a FDA violation bc retrogression from current ability

**1/17/2022 6:48 PM**
Nicholas Warren (NLVWarren)

this is sort of exactly what Dems did in the 80s, cracking Hialeah and the Cuban corridor btwn CD16, 17, 18, which the courts fixed in 1992 by drawing CD18 and 21 as solidly Latino ability-to-elect

**1/17/2022 6:50 PM**
Nicholas Warren (NLVWarren)



Attachment with type image/jpeg
https://t.co/crvlhhCIYb

**1/17/2022 6:58 PM**
Nicholas Warren (NLVWarren)

based DeSantis reenacting the 1982 Moffittmander

154

**1/17/2022 7:00 PM**

Nicholas Warren (NLVWarren)

btw the 45% HCVAP is much more legally relevant than the VAP

**1/17/2022 7:34 PM**

Nicholas Warren (NLVWarren)

we'll know by 2pm tomorrow whether DeSantis found a senator to take this up

**1/17/2022 7:34 PM**

Nicholas Warren (NLVWarren)

amendment filing deadline for wednesday's floor session

**1/17/2022 8:07 PM**

Florida Data Geek 🔲 UA (MappingFL)

ahhhhhh oh boy

**1/17/2022 8:31 PM**

Nicholas Warren (NLVWarren)

I just don't see it, unless it's someone random like Albritton

**1/18/2022 9:43 AM**

Florida Data Geek 🔲 UA (MappingFL)



https://twitter.com/mappingfl/status/1483448379464105984?s=21
https://twitter.com/MappingFL/status/1483448379464105984
Link title: Florida Data Geek 🔲 UA on Twitter
Link description: "Latest substack article is live.  A look at the Congressional redistricting battle between the state house, state senate, and DeSantis

https://t.co/UDnrKDiulP

#flapol #sayfie"
Link title: Florida Data Geek 🔲 UA on Twitter
Link description: "Latest substack article is live.  A look at the Congressional redistricting battle between the state house, state senate, and DeSantis

https://t.co/UDnrKDiulP

#flapol #sayfie"
https://t.co/fUWaEHOgVU https://t.co/THe4nftc7U

**1/18/2022 9:45 AM**

Nicholas Warren (NLVWarren)

amazing

**1/18/2022 9:45 AM**

Nicholas Warren (NLVWarren)

WTF with the league

**1/18/2022 9:45 AM**

Nicholas Warren (NLVWarren)

they are going rogue

**1/18/2022 9:45 AM**

Nicholas Warren (NLVWarren)

I'm raising the alarm

**1/18/2022 9:55 AM**

Florida Data Geek ↑ UA (MappingFL)

YsH seriously they need to shut the fuck up

**1/18/2022 12:45 PM**

Nicholas Warren (NLVWarren)



https://twitter.com/PeterSchorschFL/status/1483462801591050254?s=20
Link title: Peter Schorsch on Twitter
Link description: "Day after @GovRonDeSantis office submits a congressional map that varies greatly from @FLSenate map that advanced to floor, a DeSantis pet priority (no Cabinet sign off on DEP head) gets TP'd in Senate cmte.

And we're Session'ing!"
https://t.co/MNyvNrPWYl

**1/18/2022 12:45 PM**

Nicholas Warren (NLVWarren)

session maneuvering in progress

**1/18/2022 1:22 PM**

Florida Data Geek ↑ UA (MappingFL)

Me and some other consultants were wondering if this might be a play for other priorities. Maybe it is.

**1/18/2022 1:29 PM**

Nicholas Warren (NLVWarren)

yupp

**1/18/2022 1:29 PM**

Nicholas Warren (NLVWarren)

tossed into the normal push and pull

**1/18/2022 2:11 PM**

Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1483516573465911299
Link title: Nicholas Warren on Twitter
Link description: "The only timely-filed amendment is from Dem. Audrey Gibson – same tweak to Jax Senate districts she floated in committee last week (S8054).

No amendments to the congressional map."
phew https://t.co/4slgV45VWm

**1/18/2022 2:29 PM**
Florida Data Geek 🔲 ᴜᴀ (MappingFL)

Sweet.

**1/18/2022 2:29 PM**
Florida Data Geek 🔲 ᴜᴀ (MappingFL)

Also God damn enough Gibson

**1/18/2022 2:29 PM**
Nicholas Warren (NLVWarren)

4 real

**1/18/2022 2:29 PM**
Nicholas Warren (NLVWarren)

can't wait til she's outta there

**1/18/2022 2:30 PM**
Florida Data Geek 🔲 ᴜᴀ (MappingFL)

Oh it's gonna be great

**1/18/2022 2:31 PM**
Nicholas Warren (NLVWarren)

Tracie better beat Gaffney 😬

**1/18/2022 3:13 PM**
Nicholas Warren (NLVWarren)

SHEV FILED A MAP

**1/18/2022 3:14 PM**
Nicholas Warren (NLVWarren)

it's congress

**1/18/2022 3:14 PM**

Nicholas Warren (NLVWarren)



https://redistricting.maps.arcgis.com/apps/View/index.html?
appid=b2a84a6530a84caa80f8fba2a10332f5
Link title: S035C8060
Link description:
https://t.co/eNIiushmGj

**1/18/2022 3:21 PM**

Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1483534943988895747?s=20
Link title: Nicholas Warren on Twitter
Link description: "Dem Sen. @ShevrinJones has a new map with small tweaks to CD24/25.
Makes Miami Gardens whole in 24 and smooths out lines. I assume this'll show up as a late-
filed amendment soon.

(Blue line is the current legislation, C8040)
https://t.co/VEyNP9bpZy"
https://t.co/U3WZnaLhUS

**1/18/2022 3:21 PM**

Nicholas Warren (NLVWarren)

minor tweaks

**1/18/2022 3:27 PM**

Florida Data Geek 🔼  ᵁᴬ (MappingFL)

Hmmm ok that works.

**1/18/2022 3:27 PM**

Nicholas Warren (NLVWarren)

def tier 2 improvement

**1/18/2022 4:28 PM**

Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1483551737432662020
Link title: Nicholas Warren on Twitter
Link description: "Revised Fla House map is up. Builds on the first maps from November
 https://t.co/DlwwCSgCy1"
https://t.co/eBC2tFGrPf

**1/18/2022 4:34 PM**

Florida Data Geek ⬆ ᴜᴀ (MappingFL)

Yayyy Tallahassee area is at least better

**1/18/2022 4:36 PM**

Nicholas Warren (NLVWarren)

and I don't think a second map is dropping. I think this is the merged map

**1/18/2022 4:37 PM**

Nicholas Warren (NLVWarren)

this is a much better-drafted map

**1/18/2022 4:37 PM**

Nicholas Warren (NLVWarren)

good job leda

**1/18/2022 4:38 PM**

Nicholas Warren (NLVWarren)

they picked the pro-dem option in some areas and the pro-GOP option in others

**1/18/2022 4:39 PM**

Florida Data Geek ⬆ ᴜᴀ (MappingFL)

Yeah quick search makes me agree.  I'm gonna dig in more after work

**1/18/2022 4:44 PM**

Nicholas Warren (NLVWarren)

Still 14 Biden seats in Orlando metro

**1/18/2022 4:54 PM**

Florida Data Geek ⬆ ᴜᴀ (MappingFL)

Some delicious gerrymandering for alachua and Tampa still.   But yeah broadly the same. Oh they got rid of the Biden seat in Polk.  Damn.

**1/18/2022 5:41 PM**

Nicholas Warren (NLVWarren)

yeah well this is the most compact option in all 3 regions

**1/18/2022 6:00 PM**

Nicholas Warren (NLVWarren)

Nobody has talked about how the number of Latino-performing seats in Orlando will double

**1/18/2022 6:24 PM**
Florida Data Geek ⬆ UA (MappingFL)

compactness means nothing to me.

**1/18/2022 6:24 PM**
Florida Data Geek ⬆ UA (MappingFL)

ive totally touted orlando

**1/18/2022 6:24 PM**
Florida Data Geek ⬆ UA (MappingFL)

but I firmly believe the GOP hides behind compactness scores to justify partisan decisions

**1/18/2022 8:53 PM**
Nicholas Warren (NLVWarren)

Well I hate compactness too

**1/18/2022 8:54 PM**
Nicholas Warren (NLVWarren)

I guess I haven't been focusing on Orlando lol, it's seemed too complicated to grasp

**1/18/2022 8:54 PM**
Nicholas Warren (NLVWarren)

Once I saw there were 2 whole HDs in Osceola my eyes glazed over

**1/18/2022 9:29 PM**
Florida Data Geek ⬆ UA (MappingFL)

oh yeah orlando is solidly good

**1/18/2022 9:29 PM**
Florida Data Geek ⬆ UA (MappingFL)

do we have the time the senate is supposed to start redistricting debate tomorrow?

**1/18/2022 9:48 PM**
Nicholas Warren (NLVWarren)

Session is 3-6pm but there are 15 other bills on special order calendar

**1/18/2022 9:50 PM**
Nicholas Warren (NLVWarren)

Only 3 of those 15 are at all controversial tho

**1/18/2022 10:03 PM**
Florida Data Geek ⬆ UA (MappingFL)

right on.

**1/18/2022 11:27 PM**
Nicholas Warren (NLVWarren)

Did they fix the Haitian issue with 108/109? I can never remember where the Haitian pop is versus A-A. But the districts are oriented vertical again and I thought they did that last time to keep the Haitian community together in one HD

**1/18/2022 11:33 PM**
Florida Data Geek ⬆ UA (MappingFL)

Ohhhh good question. I'll check

**1/18/2022 11:33 PM**
Nicholas Warren (NLVWarren)

thanks :)

**1/18/2022 11:34 PM**
Nicholas Warren (NLVWarren)

some of the districts where they were using a clear 50% BVAP quota have dropped below 50% in service of tier 2 improvements. Pantazi wrote about it a ton

**1/18/2022 1:35 PM**

Nicholas Warren (NLVWarren)

And Leda finally stated that law correctly last week after getting it wrong before

**1/19/2022 3:06 PM**

Florida Data Geek [↑]    ᴜᴀ (MappingFL)

The gov office explanation for their map is obscenely stupid

**1/19/2022 3:08 PM**

Nicholas Warren (NLVWarren)

It's not totally absurd but it is wrong

**1/19/2022 3:08 PM**

Nicholas Warren (NLVWarren)

Like, someone could have challenged CD5 as a racial gerrymander and gone to trial. But they would have lost

**1/19/2022 3:09 PM**

Florida Data Geek ⬆ ᴜᴀ (MappingFL)

They talk about the 5th like it's the 1992 third.   Just a bunch of crazy lines.

**1/19/2022 3:09 PM**

Florida Data Geek ⬆ ᴜᴀ (MappingFL)

And their Hispanic claim is of course nonsense.

**1/19/2022 3:10 PM**

Nicholas Warren (NLVWarren)

Yeah obvi

**1/19/2022 3:10 PM**

Nicholas Warren (NLVWarren)

A district doesn't have to be ugly to be a racial gerrymander tho

**1/19/2022 3:11 PM**

Nicholas Warren (NLVWarren)

Th question is just if race predominated in the decision to put a large number of voters inside or outside the district

**1/19/2022 3:12 PM**

Florida Data Geek ⬆ ᴜᴀ (MappingFL)

I know.  I'm just more focused on their claims about not being retrogressive.

**1/19/2022 3:21 PM**
Florida Data Geek ⬆ ᵤₐ (MappingFL)





https://twitter.com/jacobogles/status/1483896669980745731?s=21
https://twitter.com/jacobogles/status/1483896669980745731
Link title: Jacob Ogles on Twitter
Link description: "Just heard this from @ShevrinJones via @RenzoDowney:
@ISayRay "shared that it's a valid amendment. It's fair and he said just make the case for your
district.""
Link title: Jacob Ogles on Twitter
Link description: "Just heard this from @ShevrinJones via @RenzoDowney:
@ISayRay "shared that it's a valid amendment. It's fair and he said just make the case for your
district.""
https://t.co/JhXG6TWcsB https://t.co/mWiCwJ3CVp

**1/19/2022 4:19 PM**

Nicholas Warren (NLVWarren)

great live-tweeting

**1/19/2022 4:20 PM**
Florida Data Geek ⬆ ᵤₐ (MappingFL)

Thanks. God damn idiots in my caucus

**1/19/2022 4:21 PM**
Florida Data Geek ⬆ ᵤₐ (MappingFL)

I might do a substack where I just lay out "no you can't do 5 Hispanic seats"

**1/19/2022 4:51 PM**

Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1483920150411849728
Link title: Nicholas Warren on Twitter
Link description: "Tmr's Fla House Congressional  Redistricting Subcommittee meeting has
 been cancelled. TBD if from rampant covid absences or other reasons."
https://t.co/ueG2YOCGSF

**1/19/2022 4:52 PM**

Florida Data Geek 🔲 ᴜᴀ (MappingFL)

Bleh

**1/19/2022 5:10 PM**

Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1483924689575727107
Link title: Nicholas Warren on Twitter
Link description: "Sen. @LindaStewartFL rubs her tired eyes while Sen. Gibson asks many
 questions about Jacksonville Senate districts"
https://t.co/DqPf20XXMT

**1/19/2022 5:42 PM**

Nicholas Warren (NLVWarren)



Attachment with type image/jpeg
is this joke too niche https://t.co/asstKbY6hL

**1/19/2022 5:43 PM**

Florida Data Geek 🔲 ᴜᴀ (MappingFL)

I love it

164

**1/19/2022 6:04 PM**
Florida Data Geek 🔼 UA (MappingFL)

"We were operating under the parameters that the courts offered in the lawsuits that occurred after the last round of reapportionment," Rodrigues said. "It is clear from those lawsuits that our responsibility in creating these maps is to ensure there's no retrogression. We are 100% confident that there is no retrogression with that map that we have passed off the floor today. And we're prepared to defend that map in court if necessary."

He said the Senate has operated under the premise any map ordered in place by the Florida Supreme Court in 2015 was "in and of itself constitutional."

https://twitter.com/jacobogles/status/1483936013730951175?s=20
Link title: Jacob Ogles on Twitter
Link description: "A response if you will from @ISayRay to some of the comments from @RonDeSantis office's @ChristinaPushaw re: the Senate draft of the Congressional map. #FlaPol"
https://t.co/i80azcFx8k

**1/19/2022 6:04 PM**
Florida Data Geek 🔼 UA (MappingFL)

excellent

**1/19/2022 7:31 PM**
Florida Data Geek 🔼 UA (MappingFL)



Attachment with type image/jpeg
"hispanics are not monolithic" example for substack https://t.co/NFILKKJPJx

**1/19/2022 7:49 PM**
Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1483964842134417408
Link title: Nicholas Warren on Twitter
Link description: "Interesting aspect of the new Fla House draft (8009) is its effort to keep North Dade's Haitian community together in 2 districts, like the 2012 map does.

Community was split across 3 HDs in the first drafts."
https://t.co/HvjWRUVmc1

**1/19/2022 7:50 PM**
Florida Data Geek 🔼 UA (MappingFL)

ah nice!

**1/19/2022 7:53 PM**
Nicholas Warren (NLVWarren)

you probably have better data than me on this?

**1/19/2022 7:53 PM**
Nicholas Warren (NLVWarren)

maybe not

**1/19/2022 7:54 PM**

Nicholas Warren (NLVWarren)

that ACS map is so striking

**1/19/2022 7:54 PM**

Nicholas Warren (NLVWarren)

Cubans really are afraid of broward lol

**1/19/2022 8:00 PM**

Florida Data Geek ⬆ UA (MappingFL)

LOL so true.  i'll check what my latest ACS carribean data is.  but that map sums it up perfectly - those are much better borders

**1/19/2022 11:18 PM**

Florida Data Geek ⬆ UA (MappingFL)

so we got senate vote tomorrow right?

**1/19/2022 11:22 PM**

Nicholas Warren (NLVWarren)

Yep and should be taken up right at 2:30 since they are the only bills on 3rd reading, and nothing else is on the calendar

**1/19/2022 11:52 PM**

Florida Data Geek ⬆ UA (MappingFL)

sweet

**1/20/2022 9:54 AM**

Nicholas Warren (NLVWarren)

Shared your substack on a call with LJ this morning :)

**1/20/2022 11:13 AM**

Florida Data Geek ⬆ UA (MappingFL)

Sweet!  Hope they don't hate me

**1/20/2022 11:14 AM**

Nicholas Warren (NLVWarren)

Nah they get it

**1/20/2022 11:16 AM**

Nicholas Warren (NLVWarren)

Hoping for them to have more targeted testimony at tmr's meeting

**1/20/2022 11:18 AM**

Florida Data Geek ⬆ UA (MappingFL)

Very good.

**1/20/2022 12:36 PM**

Florida Data Geek ⬆ UA (MappingFL)

Oh do we have any updates on the congressional committee?

**1/20/2022 1:32 PM**

Nicholas Warren (NLVWarren)

all I know is they didn't cancel it because of covid

**1/20/2022 2:40 PM**

Florida Data Geek ⬆ UA (MappingFL)

Boom

**1/20/2022 2:40 PM**

Florida Data Geek ⬆ UA (MappingFL)

House won't side with DeSantis

**1/20/2022 2:40 PM**

Nicholas Warren (NLVWarren)

wait what where

**1/20/2022 2:41 PM**

Nicholas Warren (NLVWarren)

MEK deleted the tweet

**1/20/2022 2:41 PM**

Florida Data Geek ⬆ ᴜᴀ (MappingFL)

Yeah not sure what happened there.

**1/20/2022 2:41 PM**

Nicholas Warren (NLVWarren)

Who is the quote from? Sprowls?

**1/20/2022 2:41 PM**

Florida Data Geek ⬆ ᴜᴀ (MappingFL)

**Mary Ellen Klas** ✓
@MaryEllenKlas

Game on: Redistricting chairs
@isayray and @TomLeekforFL slap
@GovRonDeSantis' office and reject
his map submission: "We were
astonished to find that the
Redistricting Suggestion Form
submitted with the Governor's map
does not provide vital information...

Attachment with type image/jpeg
https://t.co/70ZqrnblUa

**1/20/2022 2:42 PM**
Florida Data Geek ⬆ UA (MappingFL)





https://twitter.com/maryellenklas/status/1484247807963840517?s=21
https://twitter.com/MaryEllenKlas/status/1484247807963840517
Link title: Mary Ellen Klas on Twitter
Link description: ""...Our FL Constitution provides no official role for the Governor in the redistricting process... the Governor's choice to insert his office into the legislative process, at a minimum, creates an appearance of partisan intent...We ask you to remove map" from consideration.""
Link title: Mary Ellen Klas on Twitter
Link description: ""...Our FL Constitution provides no official role for the Governor in the redistricting process... the Governor's choice to insert his office into the legislative process, at a minimum, creates an appearance of partisan intent...We ask you to remove map" from consideration.""
https://t.co/zzqlyyCn2J https://t.co/yuqSFIePeU

**1/20/2022 2:45 PM**
Florida Data Geek ⬆ UA (MappingFL)

Reposted

**1/20/2022 2:45 PM**
Florida Data Geek [↑]  UA (MappingFL)





https://twitter.com/maryellenklas/status/1484250365054828552?s=21
https://twitter.com/MaryEllenKlas/status/1484250365054828552
Link title: Mary Ellen Klas on Twitter
Link description: "Game on: Warning to redistricting chair @isayray and @TomLeekforFL from Fair Districts Coalition slapping @GovRonDeSantis for failing to be transparent in his map process omitting "vital information that every other person is required to provide."/1"
Link title: Mary Ellen Klas on Twitter
Link description: "Game on: Warning to redistricting chair @isayray and @TomLeekforFL from Fair Districts Coalition slapping @GovRonDeSantis for failing to be transparent in his map process omitting "vital information that every other person is required to provide."/1"
https://t.co/xhb9GlfQHm https://t.co/7oy3etU4ed

**1/20/2022 2:46 PM**
Florida Data Geek [↑]  UA (MappingFL)

God damn she ducked up the tweet

**1/20/2022 2:51 PM**

Nicholas Warren (NLVWarren)

lord. she's been erring so much during this process

**1/20/2022 6:33 PM**

Nicholas Warren (NLVWarren)



https://twitter.com/LeaderBookFL/status/1484301548624957440
Link title: Lauren Book on Twitter
Link description: "While our Caucus would have welcomed small changes to the Tampa Bay and Jacksonville markets in both congressional and state senate maps to make the final product far stronger, a vast majority of our Caucus supported the maps because they followed the spirit of Fair District...1/"
Well. https://t.co/4JFnPC45Vr

**1/20/2022 6:38 PM**

Florida Data Geek ⬆ ᴜᴀ (MappingFL)

i'm starting to wonder if dems pulled punches on state senate in exchange for the senate leaders holding firm on congress.  if so i could at least respect making a decision.  what drives me nuts is how we get no amendments offering changes to tampa or broward senate seats.  and all the hispanic talk made my mind melt

**1/20/2022 6:39 PM**

Nicholas Warren (NLVWarren)

I don't think there was an explicit deal, but rather an unwillingness to rock the boat lest it backfire and things get shaken up all over

**1/20/2022 6:39 PM**

Nicholas Warren (NLVWarren)

combined with a lack of understanding of the facts and issues

**1/20/2022 6:39 PM**

Nicholas Warren (NLVWarren)

and the fact that for the most part, incumbents are okay

**1/20/2022 6:40 PM**

Florida Data Geek ⬆ ᴜᴀ (MappingFL)

yeah that all sounds right

**1/20/2022 6:40 PM**

Nicholas Warren (NLVWarren)

I'm also not sure if Book actually means "welcomed small changes to the Tampa Bay and Jax markets in both the congressional and senate maps, RESPECTIVELY"

**1/20/2022 6:40 PM**

Florida Data Geek ⬆ ᴜᴀ (MappingFL)

alothough then we should have locked Cruz, Gibson, and Torres in closets or something

**1/20/2022 6:40 PM**

Nicholas Warren (NLVWarren)

because that would acknowledge Rouson's congressional issue and Gibson's senate issue, but nothing else

**1/20/2022 6:40 PM**
Florida Data Geek ⬆ ᴜᴀ (MappingFL)

yeah wording is all messed up there

**1/20/2022 6:41 PM**
Florida Data Geek ⬆ ᴜᴀ (MappingFL)

Rouson's amendment sucked

**1/20/2022 6:41 PM**
Nicholas Warren (NLVWarren)

yeah she has to give lip service to her caucus anyhow

**1/20/2022 6:41 PM**
Nicholas Warren (NLVWarren)

House dems are apparently going to be another shitshow tmr

**1/20/2022 6:41 PM**
Florida Data Geek ⬆ ᴜᴀ (MappingFL)

oh i have no fucking doubt

**1/20/2022 6:41 PM**
Nicholas Warren (NLVWarren)

they are taking really bad advice, and ignoring good advice

**1/20/2022 6:41 PM**
Florida Data Geek ⬆ ᴜᴀ (MappingFL)

oh god like what?

**1/20/2022 6:41 PM**
Nicholas Warren (NLVWarren)

so tweet at them more, and @ dan daley

**1/20/2022 6:42 PM**
Nicholas Warren (NLVWarren)

oh no daley is on congressional

**1/20/2022 6:42 PM**
Nicholas Warren (NLVWarren)

I can't say specifically

**1/20/2022 6:42 PM**
Nicholas Warren (NLVWarren)

do you know who all is in the room advising them?

**1/20/2022 6:42 PM**
Florida Data Geek ⬆ ᴜᴀ (MappingFL)

I know Grimes is a constant counsel, but otherwise not really

**1/20/2022 6:43 PM**
Nicholas Warren (NLVWarren)

oh wait yeah daley is on legislative

**1/20/2022 6:43 PM**
Nicholas Warren (NLVWarren)

yeah @ Daley a ton early on. he started reading off Pantazi's tweets in one meeting

**1/20/2022 6:44 PM**
Nicholas Warren (NLVWarren)

I expect Tant to be quiet now that Leon is fixed

1/20/2022 6:44 PM
Florida Data Geek ⬆ UA (MappingFL)

is this gonna be a retread of issues already being debated?   or something brand new thats gonna piss me off?

1/20/2022 6:44 PM
Nicholas Warren (NLVWarren)

I don't know. Just that good questions on lingering issues will not be asked apparently

1/20/2022 6:45 PM
Nicholas Warren (NLVWarren)

can you... lobby tant? or nah

1/20/2022 6:50 PM
Florida Data Geek ⬆ UA (MappingFL)

eeehhhhhh i try to avoid being any of their direct contacts.  i prefer much more to just throw issues over the wall and into the water.  if any of these folks can pick it out and run with it i just doubt me directly handing it them would help

1/20/2022 6:51 PM
Nicholas Warren (NLVWarren)

I get that

1/20/2022 7:40 PM
Nicholas Warren (NLVWarren)

Lmao Allison

1/20/2022 7:42 PM
Nicholas Warren (NLVWarren)



https://twitter.com/PeterSchorschFL/status/1484323515654291456
Link title: Peter Schorsch on Twitter
Link description: ".@DennisBaxley, Keith Perry plan to avoid primary showdown in proposed #SD9.

Reporting by @RenzoDowney

https://t.co/Zbeghdy2rA

#FlaPol"
There we go https://t.co/IHzSh2cilZ

1/20/2022 7:42 PM
Nicholas Warren (NLVWarren)

Farmer should move to Lake Mary too and run against Baxley

1/20/2022 7:49 PM
Florida Data Geek ⬆ UA (MappingFL)

tragic, i love members v member primaries.   but totally expected.  omg yes

1/20/2022 9:57 PM
Nicholas Warren (NLVWarren)

the RRH argument is basically the argument

**1/20/2022 9:57 PM**
Florida Data Geek 🔳 ᵁᴬ (MappingFL)

> aka really shitty?

**1/20/2022 10:01 PM**
Florida Data Geek 🔳 ᵁᴬ (MappingFL)



> https://twitter.com/MappingFL/status/1484360473214533635?s=20
> Link title: Florida Data Geek 🔳 ᵁᴬ on Twitter
> Link description: "Ok throwing a #FL05 explainer into the substack schedule."
> https://t.co/Hk2Qkrrn43

**1/20/2022 10:02 PM**
Nicholas Warren (NLVWarren)

no it's the argument that will be made in court if FL-5 survives

**1/20/2022 10:02 PM**
Nicholas Warren (NLVWarren)

they make 2 assumptions that I'd contest, but they're not unreasonable to make or argue

**1/20/2022 10:03 PM**
Nicholas Warren (NLVWarren)

and they would not be laughed out of court

**1/20/2022 10:03 PM**
Florida Data Geek 🔳 ᵁᴬ (MappingFL)

> ok you lost me.  to be clear.  any remote shot FL-5 doesnt survive a court challenge?

**1/20/2022 10:05 PM**
Nicholas Warren (NLVWarren)

I wouldn't bet on it surviving a court challenge as an unconstitutional racial gerrymander in violation of the Equal Protection Clause of the 14th Amendment

**1/20/2022 10:06 PM**
Nicholas Warren (NLVWarren)

or alternatively, a district that violates Tier 2 and is not justified by compliance with Tier 1 - not because it's not necessary to avoid diminishing - but because it's an unconstitutional racial gerrymander under the federal constitution (as above), which preempts Tier 1 obviousyl

**1/20/2022 10:06 PM**
Nicholas Warren (NLVWarren)

RRH isn't really contesting that under existing FDA law, FL-5 is required

**1/20/2022 10:07 PM**
Nicholas Warren (NLVWarren)

they omit that it was struck down as a racial gerrymander and redrawn to the satisfaction of a federal court in 1996. but the law on racial gerrymadnering has changed since then

**1/20/2022 10:07 PM**

Nicholas Warren (NLVWarren)

and also obviously everyone agrees what the FDA retrogression standard means, and Shelby Cnty obviously doesn't change that. but other than those points, the RRH argument would be the case brought to dismantle it

**1/20/2022 10:08 PM**

Nicholas Warren (NLVWarren)

and it could be in either state or federal court depending on where the plaintiffs preferred

**1/20/2022 10:10 PM**

Nicholas Warren (NLVWarren)

the big legal question is whether race predominated in the drawing of the district. that triggers strict scrutiny. but it's fkng hard to establish that race predominated in a normal case

**1/20/2022 10:10 PM**

Nicholas Warren (NLVWarren)

In the Alabama Legislative Black Caucus remand, the plaintiffs challenged 36 districts. The AL federal court (now-11th Circuit Chief Judge Bill Pryor writing) found race didn't predominate in 22. It found race predominated but there was a compelling interest in 2. It struck down 12.

**1/20/2022 11:55 PM**

Florida Data Geek ⬆ UA (MappingFL)

i gotcha

**1/20/2022 11:58 PM**

Florida Data Geek ⬆ UA (MappingFL)

what about cohesion arguments?  the rivaly of tallahassee v jax.  i think thats a weak claim but tell me if im wrong there

**1/21/2022 12:27 PM**

Nicholas Warren (NLVWarren)

yes, that's not that strong, but that's only relevant to whether the district is required by FDA's retrogression standard (cohesion prong).

**1/21/2022 12:52 PM**

Nicholas Warren (NLVWarren)

the real argument is (1) race predominated in the drawing of the district, and (2) the state didn't have a compelling interest for doing so, because compliance with some state's retrogression standard isn't an interest compelling enough to excuse race predominating.

**1/21/2022 12:53 AM**

Nicholas Warren (NLVWarren)

Even if compliance with §2 would be compelling enough

**1/21/2022 12:15 PM**

Florida Data Geek ⬆ UA (MappingFL)

https://twitter.com/mappingfl/status/1484575430405332994?s=21
https://twitter.com/MappingFL/status/1484575430405332994
https://t.co/1NwYX4JgBl https://t.co/4Q9EgwuSgf

**1/21/2022 12:16 PM**

Florida Data Geek ⬆ UA (MappingFL)

I don't think I'm out of line here

**1/21/2022 12:16 PM**

Nicholas Warren (NLVWarren)

just a sec

**1/21/2022 12:16 PM**

Nicholas Warren (NLVWarren)

they read the wrong statement

**1/21/2022 12:16 PM**

Nicholas Warren (NLVWarren)

they were going to recommend specific tweaks to HD44 and Polk

**1/21/2022 12:17 PM**

Florida Data Geek 🔼 ᵘᴬ (MappingFL)

Ok I deleted for time being.

**1/21/2022 12:18 PM**

Nicholas Warren (NLVWarren)

they may submit a different written statement

**1/21/2022 1:07 PM**

Nicholas Warren (NLVWarren)

Yeah the LJ spokesperson simply didn't get the new version of their statement we worked on til 1am last night

**1/21/2022 1:29 PM**

Nicholas Warren (NLVWarren)

https://www.tampabay.com/news/florida-politics/2022/01/21/a-senate-district-is-split-by-tampa-bay-black-organizers-ask-if-its-time-to-change/ https://t.co/O0zk0W9lRf

**1/21/2022 1:29 PM**

Nicholas Warren (NLVWarren)

A little late but

**1/21/2022 1:39 PM**

Nicholas Warren (NLVWarren)

this is a really great article actually. cites you :)

**1/21/2022 5:00 PM**

Nicholas Warren (NLVWarren)

Apparently the lawyer advising the house dems dismissed my Haitian map, saying it wasn't public data

**1/21/2022 5:13 PM**

Florida Data Geek 🔼 ᵘᴬ (MappingFL)

Is that Grimes!? Or someone else?

**1/21/2022 5:13 PM**

Nicholas Warren (NLVWarren)

I don't know

**1/21/2022 5:14 PM**

Nicholas Warren (NLVWarren)

Things are far worse than we feared

**1/21/2022 5:14 PM**

Nicholas Warren (NLVWarren)

Starting to think it's more than just incompetence

**1/21/2022 5:14 PM**

Nicholas Warren (NLVWarren)

No one can be *that* incompetent ... right ??

**1/21/2022 5:20 PM**

Florida Data Geek 🔼 ᵘᴬ (MappingFL)

Let me put my ear lightly to the ground and see if I can confirm who's giving advice. I've always heard of some outside firm. So it might be that.

**1/21/2022 5:20 PM**

Nicholas Warren (NLVWarren)

Try to find out the firm too if you can

**1/21/2022 5:21 PM**

Nicholas Warren (NLVWarren)

All I know is Grimes said he was good when I offered to help a few months ago

**1/21/2022 5:26 PM**

Florida Data Geek 🔳 ᵁᴬ (MappingFL)

I give you names and you don't repeat you for then from me.  Agree?

**1/21/2022 5:27 PM**

Nicholas Warren (NLVWarren)

Absolutely

**1/21/2022 5:31 PM**

Florida Data Geek 🔳 ᵁᴬ (MappingFL)

Natalie Kato is apparently the main consultant.

**1/21/2022 5:31 PM**

Nicholas Warren (NLVWarren)

I see

**1/21/2022 5:31 PM**

Nicholas Warren (NLVWarren)

Anyone outside?

**1/21/2022 5:33 PM**

Florida Data Geek 🔳 ᵁᴬ (MappingFL)

I'm not even sure if she is inside or outside. But that's the name I keep getting.

**1/21/2022 5:34 PM**

Nicholas Warren (NLVWarren)

What's your opinion of her

**1/22/2022 6:42 PM**

Nicholas Warren (NLVWarren)

Apparently Natalie Kato also said that some maps you put up last month weren't based on public data

**1/22/2022 6:43 PM**

Nicholas Warren (NLVWarren)

And asked if they could get that

**1/22/2022 6:44 PM**

Florida Data Geek 🔳 ᵁᴬ (MappingFL)

huh?  some of the maps I put up?  she reached out to me she claims?

**1/22/2022 6:44 PM**

Nicholas Warren (NLVWarren)

No she asked caucus staff

**1/22/2022 6:45 PM**

Florida Data Geek 🔳 ᵁᴬ (MappingFL)

huh - i'm not even sure what data she would have been referencing.  all my stuff is census, acs, or elections

**1/22/2022 6:46 PM**

Nicholas Warren (NLVWarren)

I know. It was either ACS or registration/turnout/elx data that's already in the Leg's app

**1/22/2022 6:46 PM**

Nicholas Warren (NLVWarren)

It reveals her ignorance

**1/22/2022 6:46 PM**

Nicholas Warren (NLVWarren)

She still doesn't understand what the ACS is if she dismissed my Haitian map this week

**1/22/2022 6:51 PM**

Florida Data Geek ⬆ UA (MappingFL)

omg.  so to follow up/.  ive never worked with her directly.  but the universal reaction ive gotten was she is doing a bad job here and nothing but exasperation

**1/22/2022 6:52 PM**

Nicholas Warren (NLVWarren)

Multiple non-redistricting people say they don't trust her

**1/22/2022 6:52 PM**

Nicholas Warren (NLVWarren)

The NDRC is one of her lobbyist registrations

**1/22/2022 6:53 PM**

Florida Data Geek ⬆ UA (MappingFL)

good lord

**1/22/2022 6:53 PM**

Nicholas Warren (NLVWarren)

I told everyone YEARS ago that anything NDRC-connected would taint the whole caucus

**1/22/2022 6:53 PM**

Florida Data Geek ⬆ UA (MappingFL)

yeah one pretty prominent person had nothing nice to say.

**1/22/2022 6:54 PM**

Florida Data Geek ⬆ UA (MappingFL)

i dont even understand how she got this gig!

**1/22/2022 6:54 PM**

Nicholas Warren (NLVWarren)

I don't know either

**1/22/2022 6:55 PM**

Nicholas Warren (NLVWarren)

I was talking to Ben Diamond multiple times in 2019 and then he stopped texting me back

**1/22/2022 6:55 PM**

Nicholas Warren (NLVWarren)

I don't know what happened

Nicholas Warren (NLVWarren)

1/22/2022 6:56 PM



https://floridapolitics.com/archives/249270-house-dems-gear-up-for-redistricting/
Link title: House Dems gear up for redistricting
Link description: One of the eternal issues in Florida -- fair districts -- is poised to come up again soon. And Florida House Democrats are getting ready via a working group.
https://t.co/PpkCOiq5Be

1/22/2022 6:56 PM
Florida Data Geek   UA (MappingFL)

huh geez i dont know either

1/22/2022 6:56 PM
Nicholas Warren (NLVWarren)

What happened to this? None of them are even on the committee, except I think Jenne maybe? He never talks

1/22/2022 6:56 PM
Nicholas Warren (NLVWarren)

Nov 2017

1/22/2022 6:58 PM
Florida Data Geek   UA (MappingFL)

oh yeah!  like during this time i even remember meating with Jenne and some other lawmkaers - all planning to prep for 2021 redistricting.  the big talk was to really make lawmakers redistricting smart.  to understand how to submit plans and understand what tricks would be pulled.  but nothing ever really came of it after that

1/22/2022 6:58 PM
Nicholas Warren (NLVWarren)

That's how it felt when I talked to diamond in spring 2019

1/22/2022 6:58 PM
Nicholas Warren (NLVWarren)

And Loranne around the same time

1/22/2022 6:59 PM
Nicholas Warren (NLVWarren)

Who was caucus staff at that time? Still grimes?

1/22/2022 7:02 PM
Florida Data Geek   UA (MappingFL)

Grimes yes was there.  trying to see if i can remember who else

**1/24/2022 10:15 AM**

Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1484681667461660678
Link title: Nicholas Warren on Twitter
Link description: "A Friday night note about a district of yesteryear, involving Jacksonville—

We start in the '80s, when this compact district elected Arnett Girardeau all decade. Alongside Miami's Carrie Meek, he was the first Black member of the Fla Senate since Reconstruction. /1" idk if this is apparent, but this thread is the legal brief against Jay Ferrin's "removing 19 from Pinellas retrogresses Pinellas Black voters' ability" argument https://t.co/XsM5IcRMQh

Nicholas Warren (NLVWarren)

**1/24/2022 10:16 AM**

Which Bracy swallowed hook line and sinker

Nicholas Warren (NLVWarren)

**1/24/2022 12:47 PM**

also: this list of the 18 Black and 12 Latino districts the House considers protected were in the meeting packet for Friday, like the Senate had been doing

Nicholas Warren (NLVWarren)

**1/24/2022 12:47 PM**



Attachment with type image/jpeg
https://t.co/Jq45LPRfs9

Nicholas Warren (NLVWarren)

**1/24/2022 12:50 PM**

this means the House doesn't consider Valdes (62) or Silvers (87) protected - which are completely fair conclusions based on the election turnout data. Benchmark HD62 has been 39, 35, 38, 27% H in the general, and only 25-29% in Dem primary. HD87 has been 36, 30, 33, 22% H in the general and 16-23% in Dem primary

Nicholas Warren (NLVWarren)

**1/24/2022 12:51 PM**

But staff are still going out of their way to keep 62/87 majority HVAP, to the tier 2 detriment of surrounding districts

Nicholas Warren (NLVWarren)

**1/24/2022 12:51 PM**

I don't think Dems would ever propose cracking the Latino communities that are in those districts in 8009, but it's another weird thing

**1/24/2022 8:22 PM**
Florida Data Geek [↑] ᵁᴬ (MappingFL)

yeah this all makes sense.  i agree on 62 and 87.  eventually they will perform, but they def wont now

**1/24/2022 8:22 PM**
Florida Data Geek [↑] ᵁᴬ (MappingFL)

the lack of any democratic amendment to not cross the tampa bay for senate is still angering me a week later

**1/24/2022 8:23 PM**
Florida Data Geek [↑] ᵁᴬ (MappingFL)

and latest house dems statements today - STILL hung up on hispanic districts

**1/24/2022 8:23 PM**
Florida Data Geek [↑] ᵁᴬ (MappingFL)

whole caucus is fucking worthless

**1/24/2022 8:23 PM**
Nicholas Warren (NLVWarren)

Everyone is either receiving terrible advice or no advice

**1/24/2022 8:23 PM**
Nicholas Warren (NLVWarren)

And nobody actually knows anything

**1/24/2022 8:24 PM**
Nicholas Warren (NLVWarren)

They had FUCKING YEARS

**1/24/2022 8:24 PM**
Nicholas Warren (NLVWarren)

I can get Senate instinct not to rock the bot

**1/24/2022 8:25 PM**
Nicholas Warren (NLVWarren)

But yes it's depressing. Whoever hired Kato should get their head chopped off

**1/24/2022 8:25 PM**
Nicholas Warren (NLVWarren)

All the issues we've been pounding for months have been raised by lower level staff

**1/24/2022 8:25 PM**
Nicholas Warren (NLVWarren)

Tossed in the trash

**1/24/2022 8:25 PM**
Nicholas Warren (NLVWarren)

Every. Single. Issue. P

**1/24/2022 8:26 PM**
Florida Data Geek [↑] ᵁᴬ (MappingFL)

if i had no soul - id just have gone and worked for the republicans.

**1/24/2022 8:26 PM**
Nicholas Warren (NLVWarren)

I tried to

**1/24/2022 8:27 PM**
Florida Data Geek [↑] ᵁᴬ (MappingFL)

honest to god.  you could prob have steered them in good directions.  at least you'd be heard

**1/24/2022 8:28 PM**
Florida Data Geek 🔲 UA (MappingFL)

its like walking through the desert, you see someone who has no water.  you offer them water. but they refuse to put down the bag of potato chips and salted peanuts

**1/24/2022 8:28 PM**
Florida Data Geek 🔲 UA (MappingFL)

that is the democratic caucus

**1/24/2022 8:28 PM**
Florida Data Geek 🔲 UA (MappingFL)

i also stole that joke - kinda - from the internet

**1/24/2022 8:33 PM**
Florida Data Geek 🔲 UA (MappingFL)



https://twitter.com/mcpli/status/1485787275216801795?s=20
Link title: Michael Li 李之樸 on Twitter
Link description: "🔒🔒 BREAKING: Federal court blocks Alabama's congressional map for failing to create second Black majority district. Order here:  https://t.co/sYTHvqv9qY"
also i'm assuming youve seen this! https://t.co/cGwRWvw7wu

**1/24/2022 8:33 PM**
Nicholas Warren (NLVWarren)

Yup was just emailing one of the ACLU lawyers on it :)

**1/24/2022 8:34 PM**
Florida Data Geek 🔲 UA (MappingFL)

wooo!  so in your thoughts.  SCOTUS stop this?   or are we looking at real 2nd black seat possibility?  i'm naturally hold-offish on this

**1/24/2022 8:34 PM**

Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1485787383421456387
Link title: Nicholas Warren on Twitter
Link description: "@PatBatemanLib One of these was a VRA claim before a single district judge. Appeals will go to the 11th Circuit with panels assigned the normal way, by rotation.

The parallel cases before the 3-judge court will be appealable to SCOTUS, but the single-judge case will go thru normal route"
https://t.co/0jsJ0wahXR

**1/24/2022 8:35 PM**

Nicholas Warren (NLVWarren)

I think CA11 and SCOTUS will stay the injunction, probably

**1/24/2022 8:35 PM**

Nicholas Warren (NLVWarren)

But on the merits after trial this could work

**1/24/2022 8:36 PM**

Florida Data Geek ⬆ ᵤₐ (MappingFL)

gotcha.

**1/24/2022 8:44 PM**

Nicholas Warren (NLVWarren)

The panel was 2 trump judges and a moderate Clinton so that's very promising

**1/24/2022 8:54 PM**

Nicholas Warren (NLVWarren)

So even if the preliminary injunction is reversed/stayed, I don't see how they don't win at trial on the merits

**1/24/2022 8:57 PM**

Nicholas Warren (NLVWarren)

For the cases directly appealable to it, SCOTUS can't "not take" them. It will have to affirm or reverse

**1/24/2022 8:58 PM**

Nicholas Warren (NLVWarren)

It can affirm without argument, but it will have to act

**1/24/2022 9:02 PM**

Florida Data Geek ⬆ ᵤₐ (MappingFL)

ok gotcha that is where i was getting confused

**1/25/2022 10:44 AM**

Nicholas Warren (NLVWarren)

Thrilled Pedicini got the smackdown on the 12-yr thing after his Manatee bullshit

**1/25/2022 11:02 AM**
Florida Data Geek ⬆ UA (MappingFL)

Indeed.  I really do not like him.  Classic hack with no morals.

**1/25/2022 6:18 PM**

Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1486114624479146002
Link title: Nicholas Warren on Twitter
Link description: "Could be wrong, but looks like there'll be no  amendments (from any party)  to the latest Fla House map (8013) in its final committee tmr."
fucking pathetic https://t.co/cl0uRd9OwR

**1/25/2022 6:19 PM**
Florida Data Geek ⬆ UA (MappingFL)

ugh not even shocked

**1/26/2022 10:50 PM**

Nicholas Warren (NLVWarren)

Okay. I think we may have an actual mutiny afoot

**1/26/2022 10:55 PM**
Florida Data Geek ⬆ UA (MappingFL)

waaaaa????

**1/26/2022 10:56 PM**
Florida Data Geek ⬆ UA (MappingFL)

is this good mutiny?  like lawmakers realizing they are getting bad advice?

**1/26/2022 10:56 PM**

Nicholas Warren (NLVWarren)

Hood mutiny

**1/26/2022 10:56 PM**

Nicholas Warren (NLVWarren)

Good lmao

**1/26/2022 10:56 PM**
Florida Data Geek ⬆ UA (MappingFL)

gooooooooood

**1/26/2022 10:57 PM**

Nicholas Warren (NLVWarren)

Yeah we'll see.

**1/26/2022 10:57 PM**

Nicholas Warren (NLVWarren)

Ppl are saying 2nd reading will be 2/4??

**1/26/2022 10:58 PM**
Florida Data Geek 🔲 ᴜᴀ (MappingFL)

2nd reading of the house map?

**1/26/2022 10:58 PM**
Nicholas Warren (NLVWarren)

Yeah

**1/26/2022 10:58 PM**
Nicholas Warren (NLVWarren)

They don't even have a floor session scheduled for then

**1/26/2022 10:59 PM**
Florida Data Geek 🔲 ᴜᴀ (MappingFL)

huh.   yeah i am not sure whats the deal there.  why do i also bet we dont see any house congressional plan until after the leg map resolution passes

**1/26/2022 11:00 PM**
Nicholas Warren (NLVWarren)

If the con subcommittee meets next Friday we'll have to have a new con draft Wednesday 4:30pm

**1/26/2022 11:05 PM**
Florida Data Geek 🔲 ᴜᴀ (MappingFL)

gotcha.  nothing is scheduled yet right?  i just checked.

**1/26/2022 11:05 PM**
Nicholas Warren (NLVWarren)

Yeah but I'm hearing NOT 1/2 and im hearing 1/4. Idk

**1/26/2022 11:05 PM**
Nicholas Warren (NLVWarren)

1/1*

**1/26/2022 11:08 PM**
Florida Data Geek 🔲 ᴜᴀ (MappingFL)

you mean 2/1 or 2/4?

**1/26/2022 11:08 PM**
Nicholas Warren (NLVWarren)

I'm hearing not 2/1, and I'm hearing 2/4

**1/26/2022 11:08 PM**
Florida Data Geek 🔲 ᴜᴀ (MappingFL)

ahhhhhhhhhhhhhhh gotcha

**1/30/2022 2:40 PM**
Florida Data Geek 🔲 ᴜᴀ (MappingFL)

I'm not promoting till tomorrow. But the 5th district article is done.

**1/30/2022 2:40 PM**
Florida Data Geek 🔄   uA (MappingFL)



https://mcimaps.com/lets-talk-about-the-florida-5th-congressional-district/
Link title: Lets Talk about the Florida 5th Congressional District - MCI Maps | Election Data Analyst | Election Targeting | FL
Link description: Florida's 5th District is under scrutiny. This article lays out the redistricting history for North Florida
https://t.co/F8Quglj7XQ

**1/30/2022 4:27 PM**
Nicholas Warren (NLVWarren)

Looking now!

**1/30/2022 4:40 PM**
Nicholas Warren (NLVWarren)

it was a three-judge panel of the U.S. District Court for the Northern District of Florida (federal court in Tallahassee) that appointed the special master and adopted the Gelfand map, not the Florida Supreme Court

**1/30/2022 4:41 PM**
Nicholas Warren (NLVWarren)

The panel included a Carter-appointed 11th Circuit judge, a Ford-appointed district judge , and a Reagan-appointed district judge

**1/30/2022 4:41 PM**
Nicholas Warren (NLVWarren)

The latter two are still on the bench!

**1/30/2022 4:43 PM**
Nicholas Warren (NLVWarren)

the court opinion says FL-17 was 54% BVAP ?

**1/30/2022 4:43 PM**
Nicholas Warren (NLVWarren)

and FL-03 BVAP 50.6% ?

**1/30/2022 4:43 PM**
Nicholas Warren (NLVWarren)

FL-23 was 45.7 BVAP

**1/30/2022 4:43 PM**
Nicholas Warren (NLVWarren)

this is all from that court opinion

**1/30/2022 4:54 PM**
Nicholas Warren (NLVWarren)

Jax's Arnett Girardeau was the first Black state legislator since Reconstruction, elected to the House in 1976

**1/30/2022 4:54 PM**

Nicholas Warren (NLVWarren)

Lawson was elected to the House in '82

**1/30/2022 4:55 PM**

Nicholas Warren (NLVWarren)

Girardeau was actually the first Black legislator elected anywhere outside Miami since Reconstruction

**1/30/2022 4:57 PM**

Florida Data Geek 🔼 ᵁᴬ (MappingFL)

I should reword that.  Really shows I don't view jax as part of north florida I guess.

**1/30/2022 4:57 PM**

Nicholas Warren (NLVWarren)

but yeah in the Panhandle

**1/30/2022 4:58 PM**

Nicholas Warren (NLVWarren)

Lawson repped the eastern panhandle, not western

**1/30/2022 4:59 PM**

Florida Data Geek 🔼 ᵁᴬ (MappingFL)

Ah yeah need reworking.  Meant to emphasize he reppped the west end of the 5th district.

**1/30/2022 5:00 PM**

Nicholas Warren (NLVWarren)

FL-14 debate in 2015 wasn't about minority cohesion

**1/30/2022 5:01 PM**

Florida Data Geek 🔼 ᵁᴬ (MappingFL)

That was a gop talking point though.  Their justification for it

**1/30/2022 5:02 PM**

Nicholas Warren (NLVWarren)

Nope

**1/30/2022 5:02 PM**

Nicholas Warren (NLVWarren)

The Legislature's asserted justification for picking up voters from Pinellas County in District 14 was to increase minority voting strength in that district, which the Legislature considered to be preferable—though not required—from a state constitutional tier-one and federal Voting Rights Act perspective. The trial court did not, however, make any findings that it was necessary to add black voters from Pinellas County to District 14 in order to avoid diminishing the ability of black voters to elect a representative of their choice

**1/30/2022 5:03 PM**

Nicholas Warren (NLVWarren)

at least, the Leg didn't argue that it was legally required or protected from retrogression/dilution

**1/30/2022 5:04 PM**

Florida Data Geek 🔼 ᵁᴬ (MappingFL)

I never said they argued it was mandated.  I'm saying they made arguments - on camera - that they were creating a coalition seat

**1/30/2022 5:04 PM**

Florida Data Geek 🔼 ᵁᴬ (MappingFL)

And that argument was rejected because their was no black and Hispanic cohesion

**1/30/2022 5:04 PM**

Nicholas Warren (NLVWarren)

kk

**1/30/2022 5:04 PM**

Nicholas Warren (NLVWarren)

I'm just saying cohesion was not an issue in the cases

**1/30/2022 5:05 PM**

Nicholas Warren (NLVWarren)

and did not come up

**1/30/2022 5:05 PM**

Florida Data Geek 🔝 ᴜᴬ (MappingFL)

My point is just to highlight when a coalition seat isn't really cohesion.

**1/30/2022 5:05 PM**

Florida Data Geek 🔝 ᴜᴬ (MappingFL)

If there is a better district yo use let me know.  I just need a 3 sentence throw away example of cohesion of minority voters being an issue.

**1/30/2022 5:06 PM**

Nicholas Warren (NLVWarren)

the supreme court found a lack of evidence of cohesion among Latino voters in South Florida, but cohesion between different racial groups hasn't been an issue

**1/30/2022 5:07 PM**

Nicholas Warren (NLVWarren)

a better example would be the 1990 Hardee County decision from the 11th Circuit

**1/30/2022 5:07 PM**

Nicholas Warren (NLVWarren)

https://casetext.com/case/concerned-citizens-v-hardee-county-bd
https://t.co/x5fjsXKrW1

**1/30/2022 5:07 PM**

Nicholas Warren (NLVWarren)

which found the plaintiffs hadn't proven Black and Latino voters in Hardee County voted cohesively

**1/30/2022 5:09 PM**

Nicholas Warren (NLVWarren)

other point in What About the Conservative Court - the Supreme Court might not even have a say if the leg doesn't pass a plan. the case could easily be brought in federal court

**1/30/2022 5:09 PM**

Nicholas Warren (NLVWarren)

which would be bound by the precedents of the Fla Supreme Court and couldn't overturn them

**1/30/2022 5:10 PM**

Nicholas Warren (NLVWarren)

also, in 2015, Charles Canady and Ricky Polston actually expressed concern that the east-west FL-05 would retrogress! They're on record as admitting such a district can't retrogress

**1/30/2022 5:10 PM**

Nicholas Warren (NLVWarren)

also I'd reword "At no point was the idea of eliminating the 3rd as a minority district considered. Court cases had not struck down minority districts, but rather how they were drawn."

**1/30/2022 5:14 PM**

Nicholas Warren (NLVWarren)

lots of ways to change but suggest: "Court cases had not struck down the concept of drawing districts in which minority voters could elect candidates of choice, but rather were policing just how far states could go in subordinating traditional redistricting criteria to race when drawing districts. The federal court that struck down the 1992 CD3 accepted the new Jax-

Orlando version as a fair balance between protecting minority voters and following traditional redistricting criteria."

**1/30/2022 5:39 PM**
Florida Data Geek 🔝 UA (MappingFL)

gotcha!  thanks for the notes!  gonna add edits.  and yeah i need to double check those 1992 bvap numbers

**1/30/2022 6:08 PM**
Florida Data Geek 🔝 UA (MappingFL)

ok so as for the bvap share for those 1992 districts, I just pulled them from the senate's stat sheet

**1/30/2022 6:08 PM**
Florida Data Geek 🔝 UA (MappingFL)

https://www.flsenate.gov/UserContent/Session/Redistricting/MapsAndStats/Congressional/FLCD1992/Statistics/FLCD1992_District_Statistics.pdf
https://t.co/Nfo4NOilJY

**1/30/2022 6:09 PM**
Nicholas Warren (NLVWarren)

The special master's plan was 308

**1/30/2022 6:11 PM**
Nicholas Warren (NLVWarren)



https://law.justia.com/cases/federal/district-courts/FSupp/794/1076/1477156/
Link title: DeGrandy v. Wetherell, 794 F. Supp. 1076 (N.D. Fla. 1992)
Link description: DeGrandy v. Wetherell, 794 F. Supp. 1076 (N.D. Fla. 1992) case opinion from the US District Court for the Northern District of Florida
https://t.co/bxeWcE9RfZ

**1/30/2022 6:12 PM**
Florida Data Geek 🔝 UA (MappingFL)

so which to go with?

**1/30/2022 6:12 PM**
Nicholas Warren (NLVWarren)

The court's. The sheet you shared has the wrong plan number on it

**1/30/2022 6:13 PM**
Florida Data Geek 🔝 UA (MappingFL)

ok can you explain why the feds would pick a map and not the florida court?   i need to lay that out if i'm gonna say it.

**1/30/2022 6:14 PM**
Nicholas Warren (NLVWarren)

The court lays out the procedural history

**1/30/2022 6:14 PM**
Florida Data Geek ⬆ UA (MappingFL)

and is it clear?  or could there be a pissing contest like there was in 1992?

**1/30/2022 6:14 PM**

Nicholas Warren (NLVWarren)

Can I text you? Easier to voice message

**1/30/2022 6:16 PM**
Florida Data Geek ⬆ UA (MappingFL)

sure thing  954-559-7459

**1/30/2022 6:32 PM**
Florida Data Geek ⬆ UA (MappingFL)

those audio clips are great.  now i just need to sum it up lol

**1/30/2022 6:32 PM**

Nicholas Warren (NLVWarren)

Hehe

**1/30/2022 6:34 PM**

Nicholas Warren (NLVWarren)

Basically: if leg process deadlocks, it could end up in either state circuit court or federal district court before a three-judge panel, and it can't be predicted which exactly would order a new map for 2022. But it's extremely unlikely anything remotely close to the DeSantis map is implemented by a court

**1/30/2022 6:34 PM**

Nicholas Warren (NLVWarren)

And both courts would be bound to follow last cycle's FSC precedents

**1/30/2022 7:06 PM**
Florida Data Geek ⬆ UA (MappingFL)

perfect!

**1/31/2022 5:16 PM**

Nicholas Warren (NLVWarren)



Attachment with type image/jpeg
Wait a damn minute https://t.co/STCIeSRPSY

**1/31/2022 5:37 PM**

Florida Data Geek ⬆ UA (MappingFL)

What all is that?

**1/31/2022 5:37 PM**

Nicholas Warren (NLVWarren)

Anthony Pedicini

**1/31/2022 5:37 PM**

Nicholas Warren (NLVWarren)

Being gay on a dating app

**1/31/2022 5:52 PM**

Florida Data Geek ⬆ UA (MappingFL)

lol oh thats a dating app?  he's gay??  nooooo the LGBT community rejects him.

1/31/2022 7:54 PM
Florida Data Geek ⬆ UA (MappingFL)



https://twitter.com/Fla_Pol/status/1488312908308168705?
s=20&t=VcsTuXUDzU0UcGEnjQedRw
Link title: Florida Politics on Twitter
Link description: "Frozen out? House Democrats won't file amendments, expect little input on redistricting maps, says @EvanJenne

Reporting by @JacobOgles

https://t.co/DPRlrBVU7h

#FlaPol"
https://t.co/i0yeEe8cSh

1/31/2022 7:55 PM
Florida Data Geek ⬆ UA (MappingFL)

there is a line in this article that almost gave me a stroke

1/31/2022 7:55 PM
Florida Data Geek ⬆ UA (MappingFL)

"Furthermore, data hasn't been available to Democrats to draft their own alternative maps, and so they have not."

1/31/2022 7:55 PM
Florida Data Geek ⬆ UA (MappingFL)

what?!

1/31/2022 7:56 PM
Nicholas Warren (NLVWarren)

They are all idiots

1/31/2022 7:57 PM
Nicholas Warren (NLVWarren)

Drag them

1/31/2022 7:57 PM
Nicholas Warren (NLVWarren)

Just flat out lying at this point

1/31/2022 8:02 PM
Florida Data Geek ⬆ UA (MappingFL)

this is what sucks.  i cant even be too aggressive.  otherwise i'll just make enemies that i want to pay for me for campaign work later, lol.  but yeah god damn what morons

1/31/2022 8:32 PM
Nicholas Warren (NLVWarren)

Ugh

**2/1/2022 9:44 AM**

Nicholas Warren (NLVWarren)

house dem leadership said suspension from the caucus is on the table if anyone submits maps

**2/1/2022 11:32 AM**
Florida Data Geek [↑] ᵁᴬ (MappingFL)

What!?   Are they gonna suspend Anika for voting for the house bill in committee?   Fucking hell

**2/1/2022 11:57 AM**
Nicholas Warren (NLVWarren)

And they think winning in court is a slam dunk

**2/1/2022 12:02 PM**
Florida Data Geek [↑] ᵁᴬ (MappingFL)

Oh boy are they about to be shocked.

**2/1/2022 12:02 PM**
Nicholas Warren (NLVWarren)

they are on drugs

**2/1/2022 12:02 PM**
Nicholas Warren (NLVWarren)

their lawyers are on drugs

**2/1/2022 12:03 PM**
Florida Data Geek [↑] ᵁᴬ (MappingFL)

I have no doubt

**2/1/2022 12:51 PM**
Florida Data Geek [↑] ᵁᴬ (MappingFL)

So the committee pages still don't show a Friday meeting.  Have they def set that or could they delay again?

**2/1/2022 12:51 PM**
Nicholas Warren (NLVWarren)

Notice deadline isn't til 4:30 tmr

**2/1/2022 12:52 PM**
Nicholas Warren (NLVWarren)

There's still an authorized time for Friday but that's just a "heads-up we may be meeting" until it's actually noticed

**2/1/2022 12:52 PM**
Nicholas Warren (NLVWarren)

https://twitter.com/NLVWarren/status/1488529366137118726
I wasn't expecting another subcommittee meeting https://t.co/bJOiw1rFs6

**2/1/2022 12:56 PM**
Florida Data Geek [↑] ᵁᴬ (MappingFL)

I gotcha.  So then are we still likely to see new maps tomorrow.  Or move to next week?

**2/1/2022 2:15 PM**
Florida Data Geek [↑] ᵁᴬ (MappingFL)

I'm now hearing Friday night not go forward. That's at least the rumor floating around.

**2/1/2022 2:15 PM**
Nicholas Warren (NLVWarren)

Ooooh

**2/1/2022 2:40 PM**
Nicholas Warren (NLVWarren)

Holy fucking shit

**2/1/2022 2:43 PM**
Florida Data Geek ⬆ UA (MappingFL)

Supreme Court thing?

**2/1/2022 2:47 PM**
Florida Data Geek ⬆ UA (MappingFL)

I need odds.  What you think court does?

**2/1/2022 2:58 PM**
Nicholas Warren (NLVWarren)

let me read the advisory opinion request first...

**2/1/2022 3:11 PM**
Florida Data Geek ⬆ UA (MappingFL)

Give it to me straight whenever you develop an opinion.

**2/1/2022 3:34 PM**
Florida Data Geek ⬆ UA (MappingFL)

Read the opinion.  Looks like it was actually written by a lawyer this time.

**2/1/2022 3:36 PM**
Nicholas Warren (NLVWarren)

this is a very dangerous opinion request

**2/1/2022 3:38 PM**
Nicholas Warren (NLVWarren)

the court could say a broad range of things to undermine fair districts in response to this

**2/1/2022 3:38 PM**
Nicholas Warren (NLVWarren)

I'm very afarid

**2/1/2022 3:38 PM**
Nicholas Warren (NLVWarren)

afraid

**2/1/2022 3:42 PM**
Florida Data Geek ⬆ UA (MappingFL)

Could but do they?   Why did we never think this was an option before?

**2/1/2022 3:43 PM**
Nicholas Warren (NLVWarren)

We lack imagination

**2/1/2022 3:44 PM**
Nicholas Warren (NLVWarren)

This is the same tactic used to gut A4

**2/1/2022 3:45 PM**
Nicholas Warren (NLVWarren)

the "CD5 is a racial gerrymander" argument is compelling to a conservative court, and while hard to bring in federal court in an as-applied challenge to an adopted map, it's almost easier for the FSC to answer that question in a fucked up way in an advisory opinion, since they won't have a detailed factual record and they'll be able to make shit up

**2/1/2022 3:51 PM**
Florida Data Geek ⬆ ᵁᴬ (MappingFL)

We are young.  How did no lawyer 20 years in not see this coming?  I feel like elders before us should have caught this possibility.

**2/1/2022 3:51 PM**
Nicholas Warren (NLVWarren)

I flagged the argument, but the advisory opinion tactic I didn't contemplate

**2/1/2022 3:52 PM**
Nicholas Warren (NLVWarren)

Nobody thought he would weigh in until that map

**2/1/2022 3:52 PM**
Florida Data Geek ⬆ ᵁᴬ (MappingFL)

Beyond exhausted

**2/1/2022 4:04 PM**
Florida Data Geek ⬆ ᵁᴬ (MappingFL)

So how many ways could this game out?

**2/1/2022 4:04 PM**
Nicholas Warren (NLVWarren)

Many

**2/1/2022 4:07 PM**
Florida Data Geek ⬆ ᵁᴬ (MappingFL)

I've games out 5 or 6 so far.  Are you planning to do a write up on it all?  I defer to you but if you dont I'll prob check with you on a substack later in the week.

**2/1/2022 5:54 PM**
Nicholas Warren (NLVWarren)

No I won't be commenting on it publicly

**2/1/2022 5:54 PM**
Nicholas Warren (NLVWarren)

I'm very worried tho

**2/1/2022 6:02 PM**
Florida Data Geek ⬆ ᵁᴬ (MappingFL)

if you want to, feel free to feed me info on possibilities - ala the amendment thread.

**2/1/2022 6:05 PM**
Nicholas Warren (NLVWarren)

I'm gonna have to zip my lips on this from now on I htink

**2/1/2022 6:06 PM**
Florida Data Geek ⬆ ᵁᴬ (MappingFL)

fair enough.  i'm gonna widely speculate on substack, maybe.  if i summon the energy to write.  i might just play nintendo instead.  cause no one is paying me to do this.  so why bother

2/1/2022 9:16 PM
Florida Data Geek ⬆ ᵁᴬ (MappingFL)



https://twitter.com/MappingFL/status/1488695984683044867?
s=20&t=MH4O7aE8YOyPSX9jAh2TXg
Link title: Florida Data Geek ⬆ ᵁᴬ on Twitter
Link description: "Fact check:  I never opposed an east-west #FL05.  I took issue with how it
was drawn.  I submitted my own proposal to the legislature and wrote about it below, back in
2015

https://t.co/vMtnBZ6ydZ

#flapol #sayfie"
https://t.co/L1R01D8wQ7

2/1/2022 9:16 PM
Florida Data Geek ⬆ ᵁᴬ (MappingFL)

sorry wrong link

2/1/2022 9:16 PM
Florida Data Geek ⬆ ᵁᴬ (MappingFL)



https://twitter.com/PeterSchorschFL/status/1488696873707835393?
s=20&t=MH4O7aE8YOyPSX9jAh2TXg
Link title: Peter Schorsch on Twitter
Link description: "Vote-by-mail, ranked choice voting ban bill passes first committee one day
after release

Reporting by @TristanDWood

https://t.co/yedOSFGD86

#FlaPol"
https://t.co/5rz6an6S8W

2/1/2022 9:16 PM
Florida Data Geek ⬆ ᵁᴬ (MappingFL)

this one - they are trying to just outright ban ranked choice voting now

2/1/2022 9:17 PM

Nicholas Warren (NLVWarren)

Yeah that was in Hutson's original bill

2/1/2022 9:29 PM

Nicholas Warren (NLVWarren)

I'm afraid the house and senate won't defend cd5 in the adv op process

**2/1/2022 9:33 PM**
Florida Data Geek 🔼 ᴜᴀ (MappingFL)

So what is the exact process supposed to be here.  Like what are the steps in theory.

**2/1/2022 9:34 PM**
Nicholas Warren (NLVWarren)

1. As soon as possible, Court decides whether it has jurisdiction (basic question of if gov's question fits into the constitutional requirement for an advisory opinion

**2/1/2022 9:35 PM**
Nicholas Warren (NLVWarren)

2. Court sets briefing schedule for interested parties to present their views, and oral argument, if any

**2/1/2022 9:35 PM**
Nicholas Warren (NLVWarren)

3. Interested parties file briefs and maybe argument

**2/1/2022 9:35 PM**
Nicholas Warren (NLVWarren)

4. Court rules

**2/1/2022 9:35 PM**
Nicholas Warren (NLVWarren)

Idk what the court will do with the fact session ends in 5.5 weeks

**2/1/2022 9:36 PM**
Nicholas Warren (NLVWarren)

I'd expect step 1-2 by this coming Monday

**2/1/2022 9:36 PM**
Nicholas Warren (NLVWarren)

Briefs due by 2/18

**2/1/2022 9:41 PM**
Florida Data Geek 🔼 ᴜᴀ (MappingFL)

gotcha.  oh god

**2/1/2022 10:21 PM**
Nicholas Warren (NLVWarren)



https://twitter.com/MappingFL/status/1488666918793797638
Link title: Florida Data Geek 🔼 ᴜᴀ on Twitter
Link description: "In honor of the first day of #BlackHistoryMonth we recount the first time since reconstruction that Tallahassee elected an African-American

James Ford's election, along with liberal white Loring Lovell, broke new ground in Tallahassee in its 1971 spring elections #flapol"
I'm so glad you reposted this so I can finally do my own thread troubling it https://t.co/xS0mPNBNrj

**2/1/2022 10:21 PM**
Nicholas Warren (NLVWarren)

since I missed my chance after you got suspended

**2/1/2022 10:22 PM**
Florida Data Geek ⬆ ᴜᴀ (MappingFL)

ha right on!  go for it

Nicholas Warren (NLVWarren)
**2/1/2022 10:24 PM**

Will wait a respectful amount of time after feb

**2/1/2022 11:19 PM**
Florida Data Geek ⬆ (MappingFL)



Attachment with type image/jpeg
so im gonna totally make this point in some substack soon.  "oh if the court strikes down the
5th... i'm totally sure the senate will simply amend their plan to to change the 2nd, 3rd, 4th,
and 5th --- no other changes would be needed https://t.co/uKqA8rZ5hQ

**2/1/2022 11:19 PM**
Florida Data Geek ⬆ (MappingFL)

and that fifth if a biden +12 seat that is 35% black and maj black in a dem primary

**2/1/2022 11:19 PM**
Florida Data Geek ⬆ (MappingFL)

so we have any rule against seats surrounded by other seats?

Nicholas Warren (NLVWarren)
**2/1/2022 11:20 PM**

No such rule

Nicholas Warren (NLVWarren)
**2/1/2022 11:20 PM**

As long as it's necessary for tier 1 since a hole is probably noncompact

Nicholas Warren (NLVWarren)
**2/1/2022 11:20 PM**

A Duval sink would be the hoped-for outcome obviously

**2/1/2022 11:21 PM**
Florida Data Geek ⬆ (MappingFL)

i could always re-arrange baker/union/brad/ and so on

Nicholas Warren (NLVWarren)
**2/1/2022 11:21 PM**

My concern is the court says much more

**2/1/2022 11:21 PM**
Florida Data Geek ⬆ (MappingFL)

yeah i know.  thats the worry.  how broad do they go

Nicholas Warren (NLVWarren)
**2/1/2022 11:22 PM**

The map I just drew has a Nassau-Clay-StJ CD4 which I like

**2/1/2022 11:22 PM**
Nicholas Warren (NLVWarren)

6 takes all of Put

**2/1/2022 11:31 PM**
Florida Data Geek 🔝 UA (MappingFL)

They could work too!

**2/1/2022 11:41 PM**
Florida Data Geek 🔝 UA (MappingFL)



Attachment with type image/jpeg
yeah something like this could work easy https://t.co/QSGAficwBE

**2/2/2022 1:59 PM**
Florida Data Geek 🔝 UA (MappingFL)

I trust you woke up today and became convinced the Supreme Court will issue a great ruling and all will be well.  Right?   Right???????

**2/2/2022 2:00 PM**
Nicholas Warren (NLVWarren)

Maybe if I were on the same drugs as the house dems

**2/2/2022 3:30 PM**
Nicholas Warren (NLVWarren)

Pursuant to article IV, section 1(c), Florida Constitution, on February 1, 2022, the Governor of Florida has requested an advisory opinion from this Court in the above-referenced matter. The Court requests briefs from interested persons addressing whether the Governor's request is within the purview of the above-noted constitutional provision, and if so whether the Court should exercise its discretion to provide an opinion in response to the request. Briefs shall be filed with the Court on or before 12:00 p.m., Monday, February 7, 2022, and must be served on the Governor. Briefs shall not exceed 15 pages in length.

**2/2/2022 3:31 PM**
Nicholas Warren (NLVWarren)

court asks for briefs on jdx, due monday noon. this is good news

**2/2/2022 3:40 PM**
Florida Data Geek 🔝 UA (MappingFL)

Explain.  Why?  I'll believe you I'm just legally slow lol.  Briefs mean they keeping open mind?

**2/2/2022 3:41 PM**
Nicholas Warren (NLVWarren)

it's on whether the court should hear the case

**2/2/2022 3:46 PM**
Florida Data Geek 🔝 UA (MappingFL)

Ahhhhh so they haven't even committed to hearing it.

**2/2/2022 3:50 PM**

Florida Data Geek 🔵 ᴜᴀ (MappingFL)





https://twitter.com/apantazi/status/1488977168457736192?s=21
https://twitter.com/apantazi/status/1488977168457736192
Link title: Andrew Pantazi on Twitter
Link description: "Wow, in call for briefings for the governors' advisory opinion re: CD 5 (Jax to Tallahassse)'s constitutionality, Chief Justice Canady and Justice Lawson recused."
Link title: Andrew Pantazi on Twitter
Link description: "Wow, in call for briefings for the governors' advisory opinion re: CD 5 (Jax to Tallahassse)'s constitutionality, Chief Justice Canady and Justice Lawson recused."
https://t.co/hORNKmW4ji https://t.co/dneCQBwDS2

**2/2/2022 3:50 PM**

Florida Data Geek 🔵 ᴜᴀ (MappingFL)

Just making sure. Recused means those two won't be involved at all?

**2/3/2022 7:48 AM**

Nicholas Warren (NLVWarren)

Presumably thru the entire case, yes

**2/3/2022 7:49 AM**

Nicholas Warren (NLVWarren)



https://twitter.com/apantazi/status/1489215803215986689
Link title: Andrew Pantazi on Twitter
Link description: "@JimRosicaFL Also noteworthy that Canady would recuse on a Q about
*congressional* maps, which shows lengths he seems to be going to to avoid impropriety
with his wife's legislative campaign."
https://t.co/FGKOq05Pmt

**2/3/2022 8:11 AM**

Nicholas Warren (NLVWarren)

https://twitter.com/DesantisProject/status/1489054325066579968
Link title: Tweet / Twitter
Lol they are so breathless on everything  https://t.co/088YaPzLwR

**2/3/2022 9:47 AM**

Florida Data Geek 🇹 ᵁᴬ (MappingFL)



https://twitter.com/mappingfl/status/1489248191375556620?s=21
https://twitter.com/MappingFL/status/1489248191375556620
Link title: Florida Data Geek 🇹 ᵁᴬ on Twitter
Link description: "A fast and quick substack this morning.  The #FL05 is under the eye of the
Florida Supreme Court.  What if it's struck down?

Depends if the ruling is broad or narrow.  But a black-access seat is possible in just Duval
County.

https://t.co/4yceXLTsck

#flapol #sayfie"
Link title: Florida Data Geek 🇹 ᵁᴬ on Twitter
Link description: "A fast and quick substack this morning.  The #FL05 is under the eye of the
Florida Supreme Court.  What if it's struck down?

Depends if the setting is broad or narrow.  But a black-access seat is possible in just Duval County.

https://t.co/4yceXLTsck

#flapol #sayfie"
https://t.co/idNr4oh7jY https://t.co/HWpZDkfmKa

**2/3/2022 12:09 PM**

Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1489284841296257028
Link title: Nicholas Warren on Twitter
Link description: "@MaryEllenKlas The existing House map was 73 Trump, 47 Biden. The Senate map was 22 Trump, 18 Biden. https://t.co/QAoEzETI3U
https://t.co/bgjcvBE0GX"
this makes me tear my hair out. she's so bad https://t.co/AH81erbk3z

**2/3/2022 12:10 PM**

Florida Data Geek 🔼 ᴜᴀ (MappingFL)

Yeahhhh reporters rely need to remember ticket splitting exists.

**2/3/2022 12:11 PM**

Nicholas Warren (NLVWarren)

just completely apples to oranges. so dishonest

**2/3/2022 12:15 PM**

Florida Data Geek 🔼 ᴜᴀ (MappingFL)



https://twitter.com/mappingfl/status/1489286060437692417?s=21
https://twitter.com/MappingFL/status/1489286060437692417
Link title: Florida Data Geek 🔼 ᴜᴀ on Twitter
Link description: "@NLVWarren @MaryEllenKlas Yeah there can be a lot of ticket splitting - which often benefits the GOP in the suburban seats especially.

https://t.co/2wpFIZBP3X"
Link title: Florida Data Geek ⊤ ᵁᴬ on Twitter
Link description: "@NLVWarren @MaryEllenKlas Yeah there can be a lot of ticket splitting - which often benefits the GOP in the suburban seats especially.

https://t.co/2wpFIZBP3X"
https://t.co/71Xg2Z84uO https://t.co/07vYOAOLBR

**2/5/2022 12:43 PM**

Nicholas Warren (NLVWarren)



Attachment with type image/jpeg
https://t.co/FwReZ7ieen

**2/5/2022 12:43 PM**

Nicholas Warren (NLVWarren)

39% BVAP, up from 35-36% if Duval-only

**2/5/2022 12:47 PM**

Nicholas Warren (NLVWarren)

69-70% Black in Dem primary

**2/5/2022 12:48 PM**

Nicholas Warren (NLVWarren)

it's 70% in the benchmark !

**2/5/2022 1:04 PM**

Nicholas Warren (NLVWarren)

did you catch after Tuesday's floor session, the dems were asked whether they supported teh senate's congressional map?

**2/5/2022 1:05 PM**

Nicholas Warren (NLVWarren)

Jenne said that just like the new spider man movie, he's been meaning to see it but he hasn't yet

**2/5/2022 1:10 PM**

Nicholas Warren (NLVWarren)



Attachment with type image/jpeg
https://t.co/0p2M6H5tjj

**2/5/2022 1:13 PM**

Nicholas Warren (NLVWarren)

38.2% BVAP, 66.9% Dem primary

**2/5/2022 1:17 PM**

Florida Data Geek ⬆ ᴜᴬ (MappingFL)

lol yeah we talked about Jenne comment.  i think hes full of it!

**2/5/2022 1:22 PM**

Nicholas Warren (NLVWarren)

They're gonna look so incredibly stupid when nobody dies

**2/5/2022 1:22 PM**

Nicholas Warren (NLVWarren)

Sues lmao

**2/6/2022 11:52 AM**

Nicholas Warren (NLVWarren)

Attachment with type image/png
https://t.co/GOvQVfIbqU

**2/6/2022 11:54 AM**

Nicholas Warren (NLVWarren)

this is interesting. DW Childers had a failed floor amendment to the 1972 House map, which would have created a 4-seat Escambia-based multimember, and a 2-seat multimember based in Okaloosa and South Walton

**2/6/2022 11:54 AM**

Nicholas Warren (NLVWarren)



Attachment with type image/png
the House's map (and the one that passed) had two 3-member seats https://t.co/jAXUUbiBca

**2/6/2022 11:55 AM**

Nicholas Warren (NLVWarren)



Attachment with type image/jpeg
under the existing court-drawn plan, Escambia had 4 whole seats https://t.co/m3ZPApB7MN

**2/6/2022 11:56 AM**

Nicholas Warren (NLVWarren)

WD looking out for Pensacola

**2/6/2022 6:18 PM**
Florida Data Geek 🔲 UA (MappingFL)

oh that is fascinating!

**2/6/2022 6:57 PM**
Florida Data Geek 🔲 UA (MappingFL)

so as stuff gets submitted to the court for its advisory opinion, is this where it should be showing up?

**2/6/2022 6:57 PM**
Florida Data Geek 🔲 UA (MappingFL)

http://onlinedocketssc.flcourts.org/DocketResults/CaseDocket?Searchtype=Case
+Number&CaseTypeSelected=All&CaseYear=2022&CaseNumber=139
https://t.co/SJP61KnaWv

**2/6/2022 7:01 PM**

Nicholas Warren (NLVWarren)

Yup

**2/7/2022 1:21 PM**
Florida Data Geek 🔲 UA (MappingFL)

so we do have any possible timeline on all this?

**2/7/2022 1:21 PM**

Nicholas Warren (NLVWarren)

Not really ¯\_(ツ)_/¯

**2/7/2022 1:21 PM**

Nicholas Warren (NLVWarren)

My guess is a ruling on jdx wed or thurs tho

**2/7/2022 1:21 PM**

Nicholas Warren (NLVWarren)

But maybe longer if it's a no

**2/7/2022 1:22 PM**

Florida Data Geek 🔼 ᵁᴬ (MappingFL)

ahhh gotcha.  yeah i figured no hard timeline

**2/7/2022 5:19 PM**

Florida Data Geek 🔼 ᵁᴬ (MappingFL)

trying to "recuit" Evan Power to my side

**2/7/2022 5:19 PM**

Florida Data Geek 🔼 ᵁᴬ (MappingFL)



https://twitter.com/MappingFL/status/1490811330957221889?
s=20&t=2FeqkH5BWCIItkcBqaF0bQ
Link title: Florida Data Geek 🔼 ᵁᴬ on Twitter
Link description: "I think Evan makes a good point.  Leon should be kept whole.  Well don't
worry Evan, here we go!  A new #FL05.

One less split county, still solidly minority district

Join me Evan, just like in 2015.  Local advocacy #flapol #sayfie"
https://t.co/j5G2PhML6s

**2/7/2022 5:30 PM**

Nicholas Warren (NLVWarren)

Nice trolling

**2/7/2022 5:31 PM**

Florida Data Geek 🔼 ᵁᴬ (MappingFL)

so what you think of the alabama case?

**2/7/2022 8:59 PM**

Nicholas Warren (NLVWarren)

Depressions

**2/8/2022 12:03 PM**

Florida Data Geek 🔼 ᵁᴬ (MappingFL)

Rare positive news - granted not in florida

**2/8/2022 12:03 PM**
Florida Data Geek 🔲 ᴜᴀ (MappingFL)





https://twitter.com/mappingfl/status/1491085462584590339?s=21
https://twitter.com/MappingFL/status/1491085462584590339
Link title: Florida Data Geek 🔲 ᴜᴀ on Twitter
Link description: "New article!  A look at local redistricting.

In 2018, majority Native American San Juan County went under court-ordered redistricting, leading to the 1st Navajo Maj commission

I look at how 2021 redistricting went and the conflict within the county

https://t.co/YJkHT7HRPV"
Link title: Florida Data Geek 🔲 ᴜᴀ on Twitter
Link description: "New article!  A look at local redistricting.

In 2018, majority Native American San Juan County went under court-ordered redistricting, leading to the 1st Navajo Maj commission

I look at how 2021 redistricting went and the conflict within the county

https://t.co/YJkHT7HRPV"
https://t.co/HZtZb0WwcH https://t.co/t1ZbpZbGJH

**2/8/2022 1:39 PM**
Florida Data Geek 🔲 ᴜᴀ (MappingFL)

I'm gonna have a stroke before redistricting is done. How about you?

**2/8/2022 1:40 PM**
Nicholas Warren (NLVWarren)

Did something new happen or just generally

**2/8/2022 1:45 PM**
Florida Data Geek 🔲 ᴜᴀ (MappingFL)

Generally

**2/8/2022 1:45 PM**
Florida Data Geek 🔲 ᴜᴀ (MappingFL)

Just everything since Ron posted his map.  Exhausted lol

**2/8/2022 2:22 PM**
Nicholas Warren (NLVWarren)

Me too

**2/9/2022 9:01 PM**

Nicholas Warren (NLVWarren)

The AG's petition said the DOS has a statewide precinct shapefile

**2/9/2022 9:06 PM**

Florida Data Geek ⬆ UA (MappingFL)

lol i asked for a file once and got a zip file with some shapefiles and some block assignments and so on.  but that was years ago.  i guess i should hit them up!

**2/10/2022 11:05 AM**

Florida Data Geek ⬆ UA (MappingFL)

Court won't hear Ron case

**2/10/2022 7:54 PM**

Nicholas Warren (NLVWarren)

What a day

**2/10/2022 7:57 PM**

Florida Data Geek ⬆ UA (MappingFL)



WHERE AM I?

Attachment with type video/quicktime
https://t.co/U6HKhNJMb1

**2/10/2022 7:59 PM**

Nicholas Warren (NLVWarren)



https://twitter.com/apantazi/status/1491916107896270854
Link title: Andrew Pantazi on Twitter
Link description: "Some breaking news:
The ACLU of NE FL, the Northside Coalition, the Harriet Tubman Freedom Fighters and the
Jacksonville NAACP sent a letter today calling on the committee to re-do the plans to "avoid
[the] overconcentration of Black voters".

https://t.co/FJRKtAgDse"
Physically, I'm in Jacksonville tonight  https://t.co/zCkCnvTYd2

**2/10/2022 8:00 PM**

Florida Data Geek ⬆ UA (MappingFL)

oh nice on the jax council?  right on.

**2/13/2022 10:32 AM**

Nicholas Warren (NLVWarren)



Attachment with type image/jpeg
hey would it be possible to get this same map for 8013 and the benchmark? I know it's barely
changed https://t.co/7NJQNEsyfd

**2/13/2022 10:32 AM**

Nicholas Warren (NLVWarren)

I'm so dumb

**2/13/2022 10:32 AM**

Nicholas Warren (NLVWarren)

nevermind

**2/13/2022 1:52 PM**

Nicholas Warren (NLVWarren)

But actually do you have that map for the benchmark?

**2/13/2022 2:29 PM**

Florida Data Geek    ᴜᴀ (MappingFL)

Sure thing I can drum that up today

**2/13/2022 2:38 PM**

Nicholas Warren (NLVWarren)

🙏

**2/13/2022 2:57 PM**

Florida Data Geek    ᴜᴀ (MappingFL)



Attachment with type image/jpeg
here we go https://t.co/0sk3mzOFO2

**2/13/2022 3:04 PM**

Nicholas Warren (NLVWarren)

Beautiful thanks!

208

**2/14/2022 11:41 AM**

Nicholas Warren (NLVWarren)



https://twitter.com/umichvoter/status/1493262415936606209
Link title: umichvoter 🏳 🦝 on Twitter
Link description: "Also another point is the FL house is on the record saying this Gainesville to Ocala seat is protected. Then why is the 10th not? Similar demographics with higher black % in the primary actually"
I haven't read your substack yet but I'm so glad you flesh this out  https://t.co/aTyskSbARj

**2/14/2022 11:41 AM**

Nicholas Warren (NLVWarren)

tho it may look like you're providing TPs come Friday..

**2/14/2022 11:44 AM**

Florida Data Geek ⬆ ᵁᴬ (MappingFL)

> Great!  That needs to be a big talking point. Yeah I basically argued "they aren't being consistent in what's protected or not"

**2/14/2022 11:52 AM**

Nicholas Warren (NLVWarren)

I don't even think it's nefarious, I think it's just sloppy. If HD20 weren't protected, they could make a Gainesville sink

**2/14/2022 11:53 AM**

Nicholas Warren (NLVWarren)

whatever the legal advice is, it's sloppy. but I've said all along all/most of the issues in every map have been problems in legal advice

**2/14/2022 1:20 PM**

Nicholas Warren (NLVWarren)



https://www.heraldtribune.com/story/news/2022/02/13/tallahassee-based-pac-campaigns-against-single-member-districts-sarasota-county/6702858001/
Link title: Mysterious Tallahassee organization donates $100,000 in Sarasota County's single-member districts referendum
Link description: Sun Coast Alliance, a Tallahassee-based PAC, is pushing for single-member districts to be replaced with a countywide system.
https://t.co/JQxkEuLjMG

**2/15/2022 12:12 AM**

Nicholas Warren (NLVWarren)

https://twitter.com/MappingFL/status/1493452702172340225
The universally accepted plan, of course, was to prevent the court from a saying ANYTHING about fair districts or giving it a chance to undermine last cycle's rulings in ANY way https://t.co/5sWjdeUyS3

**2/15/2022 12:12 AM**

Nicholas Warren (NLVWarren)

Could still do damage on its own, but I consider this a bullet dodged

**2/15/2022 12:15 AM**
Florida Data Geek 🔼 ᴜᴀ (MappingFL)

Ohhhhhhhhh I see.  Actually makes does make sense.

**2/15/2022 12:15 AM**

Nicholas Warren (NLVWarren)

We all feared a shoddy comment in opposition, or even a false flag objection to some of the HDs that echo DeSantis's argument on CD5

**2/15/2022 12:16 AM**
Florida Data Geek 🔼 ᴜᴀ (MappingFL)

Omg that would have been clever!  Ok bullet dodged.

**2/15/2022 12:17 AM**

Nicholas Warren (NLVWarren)

If Sabatini were actually smart...

**2/15/2022 12:18 AM**
Florida Data Geek 🔼 ᴜᴀ (MappingFL)

Ha!  Lucky us.

**2/15/2022 5:32 PM**

Nicholas Warren (NLVWarren)

Obliterate him Matt

**2/15/2022 5:43 PM**

Nicholas Warren (NLVWarren)

What a dick

**2/15/2022 5:44 PM**

Nicholas Warren (NLVWarren)

He's so dumb on WJCT with Melissa Ross

**2/15/2022 5:49 PM**
Florida Data Geek 🔼 ᴜᴀ (MappingFL)

oh i hate him.  and he's desperately wants the 5th gone because he hates lawson/TLH representing JAX.  its nasty regionalism i have no respect for

**2/15/2022 7:54 PM**

Nicholas Warren (NLVWarren)



Attachment with type image/jpeg
merging the Senate's Orlando into the House's map https://t.co/mjOgN7HzJK

**2/15/2022 7:55 PM**

Nicholas Warren (NLVWarren)

Pantazi is murdering Geller and Jenne on twitter tonight

**2/15/2022 8:09 PM**

Florida Data Geek [↑]   UA (MappingFL)

Lol yeah I see that. And I'll take that map at this point.

**2/15/2022 8:10 PM**

Nicholas Warren (NLVWarren)

you and nate monroe are a good tag team

**2/18/2022 5:11 PM**

Nicholas Warren (NLVWarren)

I'm so pleased rn

**2/18/2022 5:40 PM**

Florida Data Geek 🔼 UA (MappingFL)

Ditto. This mornings meeting was delicious.

**2/18/2022 6:02 PM**

Nicholas Warren (NLVWarren)

I was stuck at a retreat, can't wait to listen

**2/18/2022 6:53 PM**

Florida Data Geek 🔼 UA (MappingFL)



Attachment with type image/jpeg
Great listen. And the reaction on twitter is delicious. https://t.co/c5DpEf4yih

**2/18/2022 6:54 PM**

Nicholas Warren (NLVWarren)

Loool. And it's been confirmed, Beltran and Fischer were pulled bc they were gonna vote against

**2/18/2022 7:04 PM**

Florida Data Geek 🔼 UA (MappingFL)

Lol! Priceless.

**2/19/2022 3:14 PM**

Florida Data Geek 🔼 UA (MappingFL)



https://twitter.com/MappingFL/status/1495128292151607298?
s=20&t=va76CbwpzxEsO-0LopKARQ
Link title: Florida Data Geek 🔼 UA on Twitter
Link description: "Part of my upcoming article on the career of @RepAlLawsonJr.  The 1982
Democratic primary for the newly-drawn HD9.  Lawson's first election was this Democratic
primary win.  He'd secure the runoff victory weeks later #flapol #sayfie"
https://t.co/dNNF2sbx0m

**2/21/2022 11:17 AM**

Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1495793270240288772
Link title: Nicholas Warren on Twitter
Link description: "Exciting news: I'm releasing a limited-edition "Deauthorize Debargecanal" sticker, commemorating the Cross Florida Barge Canal's transformation into @FLStateParks' Marjorie Harris Carr Greenway! 🎬🎥🎞 ➡ ☺☺🦝🦋 https://t.co/9kScqHNxKc" https://t.co/7mKewV3Hgc

**2/21/2022 12:10 PM**

Florida Data Geek 🔲 ᵁᴬ (MappingFL)

> Before I start wildly speculating - regarding your tweets.  What do you overall think about those requests from the leg?   Is it more about long term.  Applies to congress in some way?

**2/21/2022 12:11 PM**

Nicholas Warren (NLVWarren)

No, those requests aren't applicable to congress at all

**2/21/2022 12:11 PM**

Nicholas Warren (NLVWarren)

they are not unexpected, but totally brazen

**2/21/2022 12:12 PM**

Nicholas Warren (NLVWarren)

it would be the height of judicial activism for the court to reach those questions, since they aren't actually before it in this case

**2/21/2022 12:13 PM**

Nicholas Warren (NLVWarren)

the impact of those three issues would be to undermine the auto review (heightening the standard of review so it's very difficult to prove a map is invalid in the auto review), remove district numbering as an element covered by FDA, and eliminate the ability of bringing an as-applied case to legislative maps in state court later (like the senate case)

**2/21/2022 12:13 PM**

Nicholas Warren (NLVWarren)

the impact of those rulings won't be felt for 10 years tho

**2/21/2022 12:14 PM**

Nicholas Warren (NLVWarren)

since nobody was going to bring a state case against the leg maps anyway

**2/21/2022 12:14 PM**

Nicholas Warren (NLVWarren)

so yeah, those requests are long-term

**2/24/2022 6:24 PM**
Florida Data Geek 🔲 ᴜᴀ (MappingFL)



https://twitter.com/fineout/status/1496987937833205762?
s=20&t=AMdaaoFwGNuSH08QM0ECSQ
Link title: Gary Fineout on Twitter
Link description: "House Speaker @ChrisSprowls this p.m. said he expects "modifications to the underlying" congressional map. When asked if House plans to bow to @GovRonDeSantis request on CD 5 he said staff are working on an amendment tonight. "You always want me to spoil everything," he said."
https://t.co/8bKfQyDR9e

**2/24/2022 6:24 PM**
Florida Data Geek 🔲 ᴜᴀ (MappingFL)

dunno what this means

**2/24/2022 7:56 PM**
Nicholas Warren (NLVWarren)

I'm worried

**2/24/2022 7:56 PM**
Nicholas Warren (NLVWarren)

This should have been a committee substitute noticed with the meeting at 4:30. The fact that it's not makes me worried

**2/24/2022 7:57 PM**
Florida Data Geek 🔲 ᴜᴀ (MappingFL)

i watched the vid 4 times and it made me more calm (didnt seem sooo suspect and came up organically), but i'm still eager for the damn map to post!  checking every 15 min lol

**2/25/2022 11:28 AM**
Florida Data Geek 🔲 ᴜᴀ (MappingFL)

This 10th still isn't as good for black voters as the senate.  The house 10th is basically a tie between white and black voters in the 2020 primary.

**2/25/2022 11:37 AM**
Nicholas Warren (NLVWarren)

Interesting

**2/25/2022 11:37 AM**
Nicholas Warren (NLVWarren)

I think this is a B or B+ map

**2/25/2022 11:37 AM**
Nicholas Warren (NLVWarren)

There are no actionable legal issues except maybe Everglades

2/25/2022 7:18 PM

Nicholas Warren (NLVWarren)



https://twitter.com/fineout/status/1497364380241043457
Link title: Gary Fineout on Twitter
Link description: "But @tarynfenske - a spox for governor said House map now includes "bizarre &amp; confusing changes that don't seem to remedy the underlying legal concerns." 2 weeks to go...tick tick tick"
https://t.co/kGUx2upIUK

2/25/2022 7:42 PM

Florida Data Geek  ⬆  UA (MappingFL)

Lol knew it

2/26/2022 11:25 PM

Nicholas Warren (NLVWarren)



https://twitter.com/MappingFL/status/1497728867112423425
Link title: Florida Data Geek  ⬆  UA on Twitter
Link description: "On Monday, I will have an article out looking at the electoral history of Al Lawson; from state house to Congress

The map below is Lawson's Democratic primary win for the old #fl02.  Lawson beat state Rep Leonard Bembry and Bay Democratic Chair Alvin Peters  #flapol #sayfie"
Peters is married to current LWV prez Cecile Scoon https://t.co/hutlNxCeEE

2/27/2022 2:34 PM

Florida Data Geek  ⬆  UA (MappingFL)

omg I never made that connection!

**2/28/2022 11:30 AM**
Florida Data Geek [↑] UA (MappingFL)



https://twitter.com/mappingfl/status/1498334526191202307?s=21
https://twitter.com/MappingFL/status/1498334526191202307
Link title: Florida Data Geek [↑] UA on Twitter
Link description: "Here it is!  A detailed 5,400 word look at the career of Al Lawson.

From the state house in 1982, to State Senate in 2000, to Congress in 2016, @RepAlLawsonJr has left a massive mark on Tallahassee/panhandle politics.

https://t.co/HhSp8Vg4hZ

#flapol #sayfie"
Link title: Florida Data Geek [↑] UA on Twitter
Link description: "Here it is!  A detailed 5,400 word look at the career of Al Lawson.

From the state house in 1982, to State Senate in 2000, to Congress in 2016, @RepAlLawsonJr has left a massive mark on Tallahassee/panhandle politics.

https://t.co/HhSp8Vg4hZ

#flapol #sayfie"
https://t.co/iSPvMFC1mO https://t.co/MImf1dDsUi

**3/1/2022 2:59 PM**
Florida Data Geek [↑] UA (MappingFL)

Oh so I want to clarify something before I start saying it.  So the legislature continues to have cd25 cross the glades into collier and sometimes hendry (draft depending).  They argue this because they claim Hispanics there deserve a voice. Right?  (I know hendry used to be under section 5).  If they maintain that claim. That gives credit to cd5 giving rural black voters a voice

So can I argue inconsistent views form them. Or am I stretching

**3/1/2022 2:59 PM**
Florida Data Geek [↑] UA (MappingFL)

And legalities may be one thing. I'm just trying to catch them in hypocrisy.

**3/1/2022 3:02 PM**
Nicholas Warren (NLVWarren)

No, they argue it's necessary to ensure there's no retrogression in all 3 maj-H districts

**3/1/2022 3:02 PM**
Nicholas Warren (NLVWarren)

It's not about Latino voters in Collier/Hendry anymore

**3/1/2022 3:30 PM**
Florida Data Geek [↑] UA (MappingFL)

So why do they do it?  Like what is their claimed reason?

**3/1/2022 4:31 PM**
Florida Data Geek 🔲 UA (MappingFL)

> If I ask a representative "why did your cross the Everglades" - what would they say?  Would they incorrectly claim they must to get the Hispanic numbers needed. Or so they claim something else?

**3/1/2022 4:10 PM**

Nicholas Warren (NLVWarren)

https://twitter.com/NLVWarren/status/1498767196729876482
https://t.co/IUxNCtLkfc

**3/1/2022 4:36 PM**
Florida Data Geek 🔲 UA (MappingFL)

> It's deleted

**3/1/2022 4:36 PM**

Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1498770575308771329
Link title: Nicholas Warren on Twitter
Link description: "Redix Chair Tom Leek has just filed an amendment to adopt a NEW House map, 8019, with the same 8015 backstop structure as the committee passed Friday.

This new map 8019 isn't online yet but I expect it'll have minor changes from Friday's 8017.
https://t.co/5R9Eg8O9kB"
https://t.co/A6wPRjUr1C

**3/1/2022 4:38 PM**

Nicholas Warren (NLVWarren)

Back to Everglades: They would incorrectly claim they must get the Hispanic numbers needed

**3/1/2022 4:38 PM**

Nicholas Warren (NLVWarren)

They would say that if you don't cross the everglades, Latino voters are packed into CD25 and CD27 becomes too Democratic and white

**3/1/2022 4:39 PM**

Nicholas Warren (NLVWarren)

Because a majority of Dem primary in that CD27 would be white, and Republicans wouldn't be competitive in the general

**3/1/2022 4:39 PM**

Nicholas Warren (NLVWarren)

This assumes cohesion and is the point of my gingles unraveled article obviously

**3/1/2022 4:59 PM**
Florida Data Geek 🔲 UA (MappingFL)

> Ah gotcha. Damn

**3/1/2022 5:00 PM**

Nicholas Warren (NLVWarren)

Yeah not hypocrisy in this case, but rather a misapplication of the VRA that happens to benefit Rs...

**3/1/2022 10:10 PM**

Florida Data Geek 🔼 UA (MappingFL)

gotcha

**3/2/2022 12:29 PM**

Florida Data Geek 🔼 UA (MappingFL)

So the alachua single member bill passed house today. Any word if it has a plan in the senate?

**3/2/2022 12:59 PM**

Nicholas Warren (NLVWarren)

I'm not sure. I don't know if there's usually not Senate companions for these local bills, or if it should died for lack of a Senate companion like a normal bill

**3/2/2022 5:46 PM**

Florida Data Geek 🔼 UA (MappingFL)

I was able to confirm it does need the senate. And Clemens has it there.  Still imagine it could die if time goes short but we will see

**3/2/2022 5:48 PM**

Nicholas Warren (NLVWarren)

There's no companion in the Senate, and Clemons is a rep

**3/2/2022 5:49 PM**

Florida Data Geek 🔼 UA (MappingFL)

Sorry meant to say Perry

**3/2/2022 5:50 PM**

Florida Data Geek 🔼 UA (MappingFL)

But yeah I see no companion. But I've been told it's on Perry's radar or desk of whatever verbiage we wanna use here.

**3/2/2022 5:51 PM**

Nicholas Warren (NLVWarren)

I mean the house bill has been referred to Rules so it's either need to be heard in Rules or leadership send it straight to the floor

**3/2/2022 5:52 PM**

Nicholas Warren (NLVWarren)

Committees aren't meeting anymore so leadership would have to send it to the floor. Unusual but not unheard of

**3/2/2022 5:53 PM**

Florida Data Geek 🔼 UA (MappingFL)

Yeah could totally happen.

**3/2/2022 8:18 PM**

Florida Data Geek 🔼 UA (MappingFL)



Attachment with type image/jpeg
Looks like these got withdrawn https://t.co/lLvC4aDlah

**3/2/2022 8:18 PM**

Nicholas Warren (NLVWarren)

I just tweeted

**3/2/2022 8:19 PM**

Nicholas Warren (NLVWarren)

I cannot contain my anger

**3/2/2022 8:19 PM**

Florida Data Geek ⬆ UA (MappingFL)

Yeah seriously.  I don't get why they would do this for nothing!

**3/2/2022 8:20 PM**

Nicholas Warren (NLVWarren)

fucking pussies

**3/2/2022 8:40 PM**

Florida Data Geek ⬆ UA (MappingFL)

hey now... may not be that.  they could be stupid.  maybe they were given some magic beans

**3/2/2022 8:40 PM**

Nicholas Warren (NLVWarren)

They are both stupid and cowardly

**3/2/2022 8:41 PM**

Florida Data Geek ⬆ UA (MappingFL)

i say this to literally everyone.  but we should just all move to a new state.  this state is filled with idiot dems and cruel reps.

**3/2/2022 8:42 PM**

Nicholas Warren (NLVWarren)

I'm moving to a new country and quitting politics

**3/2/2022 8:44 PM**

Florida Data Geek ⬆ UA (MappingFL)

can i just stow away in your luggage?

**3/4/2022 3:28 PM**

Nicholas Warren (NLVWarren)



https://twitter.com/apantazi/status/1499844035137224712
Link title: Andrew Pantazi on Twitter
Link description: "@GaffneyReginald @SenAudrey2eet @SenatorHill @MayorAlvinBrown BREAKING: A new UCLA report finds Latino voters in Miami-Dade do not vote cohesively, a critical finding that could undermine so-called protected districts drawn to preserve Latino voting power.
Latino voters wouldn't meet the SCOTUS Gingles test.
https://t.co/dRt6Q8Tf7L"
https://t.co/cuHNI1zdDP

**3/4/2022 3:30 PM**
Nicholas Warren (NLVWarren)

whoa

**3/4/2022 3:40 PM**
Florida Data Geek ⬆ UA (MappingFL)

Wowwww.  That will likely require a suit though right?

**3/4/2022 3:41 PM**
Florida Data Geek ⬆ UA (MappingFL)

Although am I nuts. But the districts aren't bad. I feel this is more about 25 than 26 or 27.

**3/4/2022 3:48 PM**
Nicholas Warren (NLVWarren)

It would require a lawsuit if the bill became law. But it may become an issue if a court needs to make a map after a veto

**3/4/2022 3:49 PM**
Nicholas Warren (NLVWarren)

the consequence is if CD25 doesn't cross the Glades, it becomes a compact NW Dade district that pushes 26 and 27 to become more dem

**3/4/2022 3:49 PM**
Florida Data Geek ⬆ UA (MappingFL)

Ahhhh gotcha.   So a good thing.  Ok.  My brain is a smoking ruin right now

**3/4/2022 3:49 PM**
Nicholas Warren (NLVWarren)

heh I feel ya

**3/4/2022 3:51 PM**
Nicholas Warren (NLVWarren)

https://twitter.com/MaxNordau/status/1499849494783049731
https://t.co/zhwHUOs9GU

**3/4/2022 3:55 PM**
Florida Data Geek ⬆ UA (MappingFL)

God I do not like that man

**3/4/2022 6:42 PM**
Nicholas Warren (NLVWarren)



https://twitter.com/apantazi/status/1499892728607522821
Link title: Andrew Pantazi on Twitter
Link description: "NEW: I just spoke to a Latino Justice PRLDEF lawyer who said they are NOT planning to sue over Florida's congressional or legislative maps, despite the org.'s criticisms over the lack of new Latino districts. He said, the lack of a lawsuit "doesn't mean we agree with the maps.""
https://t.co/wii0clmrhD

**3/4/2022 6:43 PM**

Nicholas Warren (NLVWarren)

so much sound and fury

**3/4/2022 6:52 PM**

Nicholas Warren (NLVWarren)



https://twitter.com/apantazi/status/1499892921897738246
Link title: Andrew Pantazi on Twitter
Link description: "Despite their criticisms about the lack of new Latino seats, Cesar Ruiz said the org. couldn't draw any maps with extra Latino seats because of the high percentages needed to draw districts in Dade, given the lack of general election cohesion among Latino voters."
https://t.co/89AAzagvSq

**3/4/2022 11:09 PM**

Florida Data Geek 🔼 ᴜᴀ (MappingFL)

dude wtf is with these groups!

**3/4/2022 11:33 PM**

Florida Data Geek 🔼 ᴜᴀ (MappingFL)

btw i'm gonna work on a substack for monday on the sarasota race tuesday.

**3/5/2022 7:47 AM**

Nicholas Warren (NLVWarren)



https://twitter.com/MappingFL/status/1499861210614829058
Link title: Florida Data Geek 🔼 ᴜᴀ on Twitter
Link description: "@EvanPower Sorry you didn't get the state house seat you wanted."
Brutal  https://t.co/EugF9DWGlp

**3/5/2022 3:42 PM**

Nicholas Warren (NLVWarren)

Still reeling from LJ's total hypocrisy and two-facedness

**3/5/2022 3:43 PM**
Florida Data Geek ⬆ UA (MappingFL)

oh god i didnt even check that

**3/5/2022 3:43 PM**
Florida Data Geek ⬆ UA (MappingFL)

what did she say?

**3/5/2022 3:43 PM**
Nicholas Warren (NLVWarren)

LatinoJustice

**3/5/2022 3:44 PM**
Florida Data Geek ⬆ UA (MappingFL)

oh latino justice!

**3/5/2022 3:44 PM**
Nicholas Warren (NLVWarren)

"These maps are illegal and you must draw more Latino districts"

**3/5/2022 3:44 PM**
Florida Data Geek ⬆ UA (MappingFL)

omg ok i didnt know who they were before this

**3/5/2022 3:44 PM**
Florida Data Geek ⬆ UA (MappingFL)

but worthless!!!!

**3/5/2022 3:44 PM**
Nicholas Warren (NLVWarren)

"We can't draw any new districts"

**3/5/2022 3:44 PM**
Florida Data Geek ⬆ UA (MappingFL)

like just worthless!

**3/5/2022 3:52 PM**
Florida Data Geek ⬆ UA (MappingFL)

This wrestling promo perfectly sums up my mood https://t.co/PM3NZbrLra

**3/5/2022 4:03 PM**
Nicholas Warren (NLVWarren)

Lmao

**3/5/2022 8:27 PM**
Florida Data Geek ⬆ UA (MappingFL)



Attachment with type image/jpeg
https://t.co/bNE7FEURth

**3/5/2022 8:27 PM**
Nicholas Warren (NLVWarren)

Ugh

**3/5/2022 8:27 PM**
Nicholas Warren (NLVWarren)

We're gonna lose

**3/5/2022 8:31 PM**
Florida Data Geek ⬆ UA (MappingFL)

noooooooooooooooooooooo whhyyyyyyyy

**3/5/2022 8:31 PM**
Florida Data Geek ⬆ UA (MappingFL)

internal polls?

**3/5/2022 8:31 PM**
Nicholas Warren (NLVWarren)

No I just the at large/R side is motivated

**3/5/2022 8:31 PM**
Nicholas Warren (NLVWarren)

And it'll be super low turnout

**3/5/2022 8:31 PM**
Nicholas Warren (NLVWarren)

*think

**3/5/2022 8:32 PM**
Nicholas Warren (NLVWarren)

I don't think there's been any polling

**3/5/2022 8:32 PM**
Florida Data Geek ⬆ UA (MappingFL)

true.  - yeah right now dems have just a 7k turnout advantage over gop.  expect big gop surge tuesday.  but hye maybe a hurricane will hit then.

**3/5/2022 8:33 PM**
Nicholas Warren (NLVWarren)

:/ that sounds like a big edge tho

**3/5/2022 8:34 PM**
Nicholas Warren (NLVWarren)

If turnout is 15-30K ?

**3/5/2022 8:34 PM**
Nicholas Warren (NLVWarren)

How many votes cast so far?

**3/5/2022 8:34 PM**
Florida Data Geek ⬆ UA (MappingFL)

its 30K dems, 23K Reps, 11K npas

**3/5/2022 8:34 PM**
Nicholas Warren (NLVWarren)

Oh wow that's higher turnout than I expected

**3/5/2022 8:35 PM**
Nicholas Warren (NLVWarren)

And there's more EV tmr

**3/5/2022 8:36 PM**
Florida Data Geek ⬆ UA (MappingFL)

yep.  so really depends what tuesday brings

**3/7/2022 6:04 PM**
Florida Data Geek ⊤ UA (MappingFL)



https://twitter.com/mappingfl/status/1500938955507712002?s=21
https://twitter.com/MappingFL/status/1500938955507712002
Link title: Florida Data Geek ⊤ UA on Twitter
Link description: "Latest substack newsletter is out.

In 2018, Sarasota County passed a referendum to move to single-member districts.

Now, Republicans are pushing a new referendum to go back to at large voting. The referendum is tomorrow

https://t.co/YLiOidTs4A

#flapol #sayfie"
Link title: Florida Data Geek ⊤ UA on Twitter
Link description: "Latest substack newsletter is out.

In 2018, Sarasota County passed a referendum to move to single-member districts.

Now, Republicans are pushing a new referendum to go back to at large voting. The referendum is tomorrow

https://t.co/YLiOidTs4A

#flapol #sayfie"
https://t.co/7ip4sIAjAk https://t.co/yoDv1alWAJ

**3/7/2022 6:41 PM**
Florida Data Geek ⊤ UA (MappingFL)

ok if i'm reading this right, looks like the alachua commission bill will be heard on thursday in the senate - its on the local calendar

**3/7/2022 6:41 PM**
Florida Data Geek ⊤ UA (MappingFL)

https://www.flsenate.gov/Session/Bill/2022/1493/?Tab=BillHistory
https://t.co/tffa4VfLAQ

**3/7/2022 7:03 PM**
Nicholas Warren (NLVWarren)

Ugh

**3/7/2022 7:07 PM**
Florida Data Geek ⊤ UA (MappingFL)

Sarasota SMD bad - Alachua SMD good.  makes perfect sense!

**3/7/2022 9:42 PM**
Florida Data Geek ⬆ ᴜᴀ (MappingFL)

actually speaking of that.  i want to make sure this isn't a fever dream.  did you tell me suwannee county was single-member?

**3/7/2022 9:42 PM**
Nicholas Warren (NLVWarren)

Yep! And I have their map

**3/7/2022 9:42 PM**
Nicholas Warren (NLVWarren)

They had a VRA consent decree in the 80s. School board and county commn

**3/7/2022 9:43 PM**
Florida Data Geek ⬆ ᴜᴀ (MappingFL)

thats right!  ok FL association of counties is out of date!

**3/7/2022 9:43 PM**
Florida Data Geek ⬆ ᴜᴀ (MappingFL)

let me guess, they haven't redistricted since the 80s?

**3/8/2022 12:02 PM**
Nicholas Warren (NLVWarren)

it's not the most equal but they've definitely redistricted since 1985

**3/8/2022 12:02 PM**
Nicholas Warren (NLVWarren)

| Dist. | 2020 P-A Pop | Abs. Dev. | % Dev. |
|-------|--------------|-----------|--------|
| 1 | 9,255 | 584 | 6.7% |
| 2 | 4,611 | -4060 | -46.8% |
| 3 | 8,909 | 238 | 2.7% |
| 4 | 9,626 | 955 | 11.0% |
| 5 | 10,952 | 2281 | 26.3% |
| TOTAL | 43,353 | | |
| IDEAL | 8,671 | | |

Attachment with type image/png
https://t.co/g7FiSLF6WC

**3/8/2022 12:03 PM**
Florida Data Geek ⬆ ᴜᴀ (MappingFL)

Jesus.  Let me guess. Prisons part of this deviation?

**3/8/2022 12:04 PM**
Nicholas Warren (NLVWarren)

No actually, this is prison-adjusted. There's a prison in D4 so deviation would be even worse if it were included

**3/8/2022 12:04 PM**
Nicholas Warren (NLVWarren)

D2 is the VRA seat - it was 56% Black by POP and registration in 1985. Now it's only 41% BVAP

**3/8/2022 12:04 PM**
Nicholas Warren (NLVWarren)

If you expanded it to equalize population, you'd likely eliminated Black ability to elect

**3/8/2022 12:05 PM**
Nicholas Warren (NLVWarren)

same dynamic in Calhoun and Bradford and a few others

**3/8/2022 12:05 PM**
Nicholas Warren (NLVWarren)

Gulf as well

3/8/2022 12:05 PM
Florida Data Geek   ⬆   ᴜᴀ (MappingFL)

Wow.  That becomes really thorny.  How much deviation is worth representation.  Could these stand up in court?   I think it's a very curious situation.

3/8/2022 12:06 PM
Nicholas Warren (NLVWarren)

No, a court would definitely strike this map down under 1P1V

3/8/2022 12:06 PM
Nicholas Warren (NLVWarren)

You can't draw a 50%+ BVAP district here anymore, there's no Sec 2 claim

3/8/2022 12:06 PM
Nicholas Warren (NLVWarren)

This is all secret btw...

3/8/2022 12:07 PM
Nicholas Warren (NLVWarren)

So yeah please don't draw attention to it or the other ones. We convinced Calhoun not to chance  their districts...

3/8/2022 12:07 PM
Nicholas Warren (NLVWarren)

change*

3/8/2022 12:11 PM
Florida Data Geek   ⬆   ᴜᴀ (MappingFL)

Don't worry I won't.   Annny chance I can get the Suwannee map?  I just wanna update my shapefile of the districts. I'm working on update to my local control articles.  Gotta go back and fix Suwannee.

3/8/2022 12:14 PM
Nicholas Warren (NLVWarren)

wait here's the correct numbers. I didn't take enough prisoners out

3/8/2022 12:14 PM
Nicholas Warren (NLVWarren)



| EXISTING PLAN: | | | | | |
|---|---|---|---|---|---|
| Dist. | 2020 P-A Po| Abs. Dev. | % Dev. | 2020 Prison | Prisons |
| 1 | 9,255 | 1125 | 13.8% | | |
| 2 | 4,611 | -3519 | -43.3% | | |
| 3 | 8,909 | 779 | 9.6% | | |
| 4 | 6,921 | -1209 | -14.9% | 2826 | Suwannee A |
| 5 | 10,952 | 2822 | 34.7% | | |
| TOTAL | 40,648 | | | | |
| IDEAL | 8,130 | | | | |

Attachment with type image/png
https://t.co/tTUYQupAOM

3/8/2022 12:14 PM
Nicholas Warren (NLVWarren)

https://davesredistricting.org/join/33547a50-e02e-4a49-afb7-17227fedf3a6
Link title: Suwannee CC-SB
Link description: Redistricting Map
https://t.co/hlK2YxDRW4

**3/8/2022 12:15 PM**

Nicholas Warren (NLVWarren)

I pretty much have accurate shapefiles of every county. Run yours by me first and I'll let you know what has changed

**3/8/2022 12:16 PM**

Nicholas Warren (NLVWarren)

some have different maps for county/school board like Gulf and now Jackson

**3/8/2022 12:17 PM**

Nicholas Warren (NLVWarren)



Attachment with type image/jpeg
Original stats from the 1985 consent decree https://t.co/abUXcqxS0g

**3/8/2022 12:18 PM**

Nicholas Warren (NLVWarren)



Attachment with type image/jpeg
https://t.co/FznpnRBwWQ

**3/8/2022 12:18 PM**

Nicholas Warren (NLVWarren)



Attachment with type image/jpeg
https://t.co/kWbFGT2w6c

**3/8/2022 12:18 PM**

Nicholas Warren (NLVWarren)



Attachment with type image/jpeg
https://t.co/ZkBnWSg9wj

**3/8/2022 12:18 PM**

Nicholas Warren (NLVWarren)

Original 1985 map

**3/8/2022 2:23 PM**

Florida Data Geek 🔼 ᴜᴀ (MappingFL)

Thanks!

**3/8/2022 2:23 PM**

Florida Data Geek ⬆ UA (MappingFL)

Here is latest turnout

**3/8/2022 2:24 PM**

Florida Data Geek ⬆ UA (MappingFL)



https://twitter.com/mappingfl/status/1501277180273348609?s=21
https://twitter.com/MappingFL/status/1501277180273348609
Link title: Florida Data Geek ⬆ UA on Twitter
Link description: "The 2pm turnout update shows a near perfect tie between the parties. Republicans will continue to build a lead as the day goes on.

The big question is how those NPAs break, as well as how United republicans are. #flapol #sayfie"
Link title: Florida Data Geek ⬆ UA on Twitter
Link description: "The 2pm turnout update shows a near perfect tie between the parties. Republicans will continue to build a lead as the day goes on.

The big question is how those NPAs break, as well as how United republicans are. #flapol #sayfie"
https://t.co/aQZyugLNPy https://t.co/SoGxI86XH0

**3/8/2022 2:28 PM**

Nicholas Warren (NLVWarren)



**3/8/2022 2:33 PM**

Florida Data Geek ⬆ UA (MappingFL)

I really wish we had any indication of party support.  Like how much gop voters are defecting. Npa breakdowns.

**3/8/2022 2:33 PM**

Nicholas Warren (NLVWarren)

I know

**3/8/2022 6:07 PM**

Florida Data Geek ⬆ UA (MappingFL)

https://twitter.com/MappingFL/status/1501333605259223040?
s=20&t=nr82UTJgWYciBiJLaoLf_w
Link title: Florida Data Geek ⬆ UA on Twitter
Link description: "Turnout for the Sarasota referendum with one hour to go. Republicans have a decent turnout advantage. You will see by back-the-napkin math on how the vote might shake out depending on party loyalties to the issue

The NO camp needs GOP defections and/or good NPA split #flapol"
https://t.co/JUxY5artYk

**3/8/2022 6:08 PM**

Florida Data Geek ⬆ UA (MappingFL)

here is the key data point i see.  for the NO camp to have a good chance at winning, they need to be winning vote-by-mail report by likely a 56-44 margin or better, which would indicate

could party spilt in their favor.  if NO lead is narrower, then its more partisan and likely to lose

**3/8/2022 7:20 PM**
Florida Data Geek ⊤ UA (MappingFL)



https://twitter.com/MappingFL/status/1501351914402844673?s=20&t=tJoinyuJ_EwS0jPsX-sxjg
Link title: Florida Data Geek ⊤ UA on Twitter
Link description: "Early and absentees are 38-62, meaning at-large is failing, and its failing by more than it can afford

Very good chance Single-member districts survives, but vote will get closer with eday #flapol"
https://t.co/0wnIYVQ2Qp

**3/8/2022 7:20 PM**
Florida Data Geek ⊤ UA (MappingFL)

boom i think we won

**3/8/2022 7:53 PM**
Nicholas Warren (NLVWarren)

Oh my god

**3/8/2022 8:25 PM**
Florida Data Geek ⊤ UA (MappingFL)

wooooooooo

**3/8/2022 8:26 PM**
Florida Data Geek ⊤ UA (MappingFL)



https://twitter.com/MappingFL/status/1501367079877836803?s=20&t=tJoinyuJ_EwS0jPsX-sxjg
Link title: Florida Data Geek ⊤ UA on Twitter
Link description: "The Sarasota Charter amendment, which would have ended single-member districts and gone back to at-large commission elections, has failed.  Republicans &amp; conservatives spent 6 figures on this effort, and came up far short #flapol #sayfie"
https://t.co/U5OO81SHdT

**3/9/2022 11:55 AM**
Florida Data Geek ⊤ UA (MappingFL)

What is your legal take.  Is this bill to limit who can run for soil and water board gonna hold up?  Seems like the qualifications being changed arbitrarily by the leg is vulnerable.  Or is it within their discretion?

**3/9/2022 12:20 PM**

Nicholas Warren (NLVWarren)

Really haven't focused on it tbh. But the SWDs are created by statute in the first place, so I don't see why the Leg can't create qualifications that are arguably relevant

**3/9/2022 12:28 PM**

Florida Data Geek ⬆ ua (MappingFL)

ahhh gotcha

**3/9/2022 2:18 PM**

Florida Data Geek ⬆ ua (MappingFL)



https://twitter.com/MappingFL/status/1501626360430661633?s=20&t=WqOX9aotiavUwrYl8Qvf4g
Link title: Florida Data Geek ⬆ ua on Twitter
Link description: "Last night, as the House voted on a measure to limit local ordinances, State Rep @evanjenne offered an amendment to ensure localities could ban puppy mills and other programs that hurt animal welfare

Only five Republicans were willing to back the proposal #flapol #sayfie"
https://t.co/GSksBCCj8f

**3/9/2022 2:19 PM**

Florida Data Geek ⬆ ua (MappingFL)

why couldnt Evan have offered cool amendments like this during redistricting!!!!

**3/10/2022 11:33 AM**

Florida Data Geek ⬆ ua (MappingFL)

I'm also finding out that apparently the leg can just add term limits to school board members with no constitutional amendment.  WhT????

**3/10/2022 10:41 PM**

Nicholas Warren (NLVWarren)

Yeah idrk about that thing

**3/11/2022 9:43 AM**

Florida Data Geek ⬆ ua (MappingFL)

Is it just me.  Or does the Chris Latvala county commission item added to the election bill also apply to Leon county.  I'm looking at the exemptions and I don't think Leon - and probably others - are exempt.

**3/11/2022 6:02 PM**

Nicholas Warren (NLVWarren)

It only applies to Pinellas

**3/11/2022 8:15 PM**

Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1493636901840068619
Link title: Nicholas Warren on Twitter
Link description: "3. Any county in which voters have never approved a charter amendment limiting commissioner terms, regardless of subsequent judicial nullification.

This is the big one, and it does two things. /15"
https://t.co/oOugBehGuf

**3/12/2022 11:07 AM**

Nicholas Warren (NLVWarren)

https://twitter.com/NLVWarren/status/1502676618585722888
https://t.co/wpsoc15hGx

**3/12/2022 11:33 AM**

Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1502680253273198592
Link title: Nicholas Warren on Twitter
Link description: "Deleted a tweet about this Fair Districts/Common Cause suit being assigned to U.S. District Judge Kent Wetherell.

There was a filing mistake so the clerk transferred the case to the Tallahassee division. Case reassigned to Allen Winsor, another Trump appointee, BUT…"
https://t.co/4oL6abTgy1

**3/12/2022 6:21 PM**

Florida Data Geek  ⬆  ᴜᴀ (MappingFL)

Lawsuit galor!!!

**3/12/2022 6:21 PM**

Nicholas Warren (NLVWarren)

Yup 😎

**3/12/2022 6:23 PM**

Nicholas Warren (NLVWarren)

I don't see how a court can simply implement the legislature's map. That would be the same thing as the court overriding the governors veto, which would be a problem for separation of powers. It's not the courts role to override; it's the legislature's

**3/12/2022 6:48 PM**

Florida Data Geek 🔳 ᵁᴬ (MappingFL)

So what do think happens?  Special master?

**3/12/2022 6:49 PM**

Florida Data Geek 🔳 ᵁᴬ (MappingFL)

If the court has to pick a plan. They could ask for submissions.  And leg submits there's. And court says "yeah this works".  Trust me I'd rather they pick senate map. But I don't see why the leg map wouldn't have the most legitimacy in the eyes of the court.

**3/12/2022 9:13 PM**

Florida Data Geek 🔳 ᵁᴬ (MappingFL)



https://twitter.com/MappingFL/status/1502828497173155840?
s=20&t=UyYh_gd5eGODWuqZhA1PGQ
Link title: Florida Data Geek 🔳 ᵁᴬ on Twitter
Link description: "While working the history of local elections in Florida, I realized Suwannee County had a pretty hectic series of elections - including party switches.  H/T to @NLVWarren for the shapefile of the districts!  #flapol #sayfie"
https://t.co/MU3QC8X0VY

**3/12/2022 9:13 PM**

Florida Data Geek 🔳 ᵁᴬ (MappingFL)

its amazing to me that Suwannee almost was a dem pickup for control in 2016, if not for a party switch

**3/12/2022 9:25 PM**

Nicholas Warren (NLVWarren)

Wait Fleming isn't black??

**3/12/2022 9:33 PM**

Nicholas Warren (NLVWarren)

Now do the school board!

**3/12/2022 9:41 PM**

Nicholas Warren (NLVWarren)

Wait what the fuck is this map

**3/12/2022 9:41 PM**

Nicholas Warren (NLVWarren)

https://suwanneecountyfl.gov/?da_image=home-districts-map
https://t.co/VVtKVsoyNQ

**3/12/2022 9:44 PM**

Nicholas Warren (NLVWarren)

Fleming *is* black

**3/12/2022 9:57 PM**
Florida Data Geek 🔲 UA (MappingFL)

i dont know what that map is.  but yep he is!  and he switched.  said in a 2016 article it was to vote in the gop primary.  then ran in 2018 unopposed

**3/12/2022 10:05 PM**
Nicholas Warren (NLVWarren)

Back to statewide: the leg map wouldn't have the most legitimacy bc the gov vetoed it. It's just inappropriate for a court to straight-up override the gov's veto like that. And the plaintiffs will be making that argument I'm sure, as will the gov

**3/12/2022 10:06 PM**
Nicholas Warren (NLVWarren)

So yeah probably special master or court picks a plan but it's not the leg's or gov's

**3/12/2022 10:16 PM**
Florida Data Geek 🔲 UA (MappingFL)

Argument should be "state senate is least change - go for that".

**3/15/2022 4:44 PM**
Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1503832993349214221
Link title: Nicholas Warren on Twitter
Link description: "In addition to assigned Judge Winsor (Trump), the 3-judge court hearing the federal FL redistricting case will be
- Miami Circuit Judge Adalberto Jordan (Obama)
- Pensacola District Judge M. Casey Rodgers (GWB)"
https://t.co/N6JZ1puzhm

**3/15/2022 7:00 PM**
Florida Data Geek 🔲 UA (MappingFL)

so much fun

**3/15/2022 7:00 PM**
Florida Data Geek 🔲 UA (MappingFL)

how do you think it might shake out between the two suits?  cause we got one in state and one in fed, right?

**3/15/2022 7:03 PM**
Nicholas Warren (NLVWarren)

the general abstention rule is that fed must defer to state if there's a pending state proceeding that looks like it'll have a map in time

**3/15/2022 7:03 PM**
Nicholas Warren (NLVWarren)

I think

**3/16/2022 2:10 PM**
Florida Data Geek ⬆ UA (MappingFL)

rando question.  so i'm collecting partisan voter reg data for an article.  (county level) - the state makes 1994-present easy to get.  and i have archives of older pre-1970s sos reports.  but the 1972-1992 era i'm struggling to find anything.   before i spent a tone of time digging, i wanted to check and confirm if there isn't a data deposit i might be missing that you may have stumbled upon

**3/17/2022 7:31 AM**
Nicholas Warren (NLVWarren)

Not that I know of. Maybe the bookclosing reports are in the archives?

**3/17/2022 9:28 AM**
Nicholas Warren (NLVWarren)

I confirmed Suwannee didn't redistrict despite the totally different map art on their website

**3/17/2022 5:19 PM**
Florida Data Geek ⬆ UA (MappingFL)

Lol ok good.  That is weird.

**3/17/2022 5:19 PM**
Florida Data Geek ⬆ UA (MappingFL)

I'm digging around and am gonna email them.

**3/17/2022 7:00 PM**
Florida Data Geek ⬆ UA (MappingFL)

is there a hard date for when this damn congressional map needs to be sent to the governor?

**3/17/2022 11:29 PM**
Nicholas Warren (NLVWarren)

Nope

**3/18/2022 1:14 PM**
Nicholas Warren (NLVWarren)

Do you have any connections at Doris Malloy's office?

**3/22/2022 7:48 PM**
Florida Data Geek ⬆ UA (MappingFL)

oh hey sorry i didn't see this before.  no cant say i do

**3/22/2022 10:17 PM**
Nicholas Warren (NLVWarren)

No worries, I got what I needed!

**3/23/2022 7:05 PM**
Florida Data Geek ⬆ UA (MappingFL)

what is your take on the wisconsin ruling?

**3/23/2022 7:05 PM**
Florida Data Geek [↑] UA (MappingFL)



https://pbswisconsin.org/news-item/us-supreme-court-upholds-wisconsins-congressional-redistricting-rejects-legislative-maps/
Link title: US Supreme Court upholds Wisconsin's congressional redistricting, rejects legislative maps
Link description: The United States Supreme Court ruled March 23 that redistricting maps for the state legislature created by Governor Tony Evers under a Wisconsin Supreme Court-ordered 'least change' requirement contain a ...
https://t.co/XYGVuocti9

**3/23/2022 7:05 PM**
Nicholas Warren (NLVWarren)

Bad

**3/23/2022 7:05 PM**
Nicholas Warren (NLVWarren)

I agree with Hasen

**3/23/2022 7:05 PM**
Florida Data Geek [↑] UA (MappingFL)

i fucking hate it.  this is insnae!

**3/23/2022 7:05 PM**
Nicholas Warren (NLVWarren)

And Stern

**3/23/2022 7:06 PM**
Florida Data Geek [↑] UA (MappingFL)

what did they say?

**3/23/2022 7:06 PM**
Nicholas Warren (NLVWarren)



https://electionlawblog.org/?p=128343
Link title: Breaking: Supreme Court, in Bizarre Unsigned Opinion, Strikes Wisconsin Legislative Maps on Voting Rights Grounds, Signalling New Hostility to the Voting Rights Act #ELB
Link description: In a per curiam (unsigned) opinion on the shadow docket, over the dissent of Justices Kagan and Sotomayor, the Supreme Court has rejected a redistricting plan that a divided Wisconsin Supreme Court had adopted for drawing state assembly and senate ...
Continue reading Breaking: Supreme Court, in Bizarre Unsigned Opinion, Strikes Wisconsin Legislative Maps on Voting Rights Grounds, Signalling New Hostility to the Voting Rights Act →
https://t.co/dvqCuvyHjY

3/23/2022 7:07 PM

Nicholas Warren (NLVWarren)



https://twitter.com/mjs_DC/status/1506668382745157644
Link title: Mark Joseph Stern on Twitter
Link description: "This is an absolutely shocking decision. The maps were adopted by a
Republican justice on the Wisconsin Supreme Court. This appeal was considered a Hail Mary,
and it prevailed. I am stunned by this ruling."
https://t.co/Pox7K69K5a

3/23/2022 7:08 PM
Florida Data Geek 🔼 ᵁᴬ (MappingFL)

nailed it!   a lawsuit should have been AFTER the map was enacted, with a full trial if needed.
the rejection of expansion is horrid.  I fucking hate all these people.

3/23/2022 7:16 PM
Florida Data Geek 🔼 ᵁᴬ (MappingFL)

if you want to see a huge rant of mine on minority districts just check out my timeline from
earlier.  i'm going fire-and-brimestone over this shit now

3/23/2022 7:16 PM
Florida Data Geek 🔼 ᵁᴬ (MappingFL)

and that was BEFORE i read the wisconsin ruling

3/23/2022 7:19 PM
Florida Data Geek 🔼 ᵁᴬ (MappingFL)



https://twitter.com/MappingFL/status/1506772479909380096?s=20&t=PuaCGPvB-
d3qaGndFNqs7w
Link title: Florida Data Geek 🔼 ᵁᴬ on Twitter
Link description: "Wisconsin mapmakers realized they could draw an additional African-
American district, so they did

The court, without a trial, said "no you cant do that"

Immoral.  Wicked.  Racist.  Anti-Christian decency.

I said it.  I don't care if you don't like it."
https://t.co/qNOL2LFecB

**3/28/2022 10:43 AM**

Nicholas Warren (NLVWarren)

did you know Dade put their 1992 districts online?

**3/28/2022 10:43 AM**

Nicholas Warren (NLVWarren)

https://gis-mdc.opendata.arcgis.com/datasets/MDC::commission-district-1992/explore?
location=25.558433%2C-80.458171%2C9.99
Link title: Commission District 1992
Link description: A polygon feature class representing the 1992 Commission District
boundareis within Miami-Dade County.
https://t.co/V5YJSL50hw

**3/28/2022 5:37 PM**

Florida Data Geek [↑] ᵤₐ (MappingFL)

Oh damn I didn't.  Coool

**3/29/2022 10:10 PM**

Florida Data Geek [↑] ᵤₐ (MappingFL)

I'm gonna go speech at the committee meeting when that session happens.  If they propose a
2 black map. I'm gonna go hellfire and brownstone on them.

**3/29/2022 10:10 PM**

Nicholas Warren (NLVWarren)

> Rodrigues said that signals the
> Legislature can focus its energy on
> the North Florida districts when it
> reconvenes.
>
> "It's clear to us those are the districts
> he has issues with," Rodrigues said.
> "When we go back to the drawing
> board, we can address those
> concerns specifically."

Attachment with type image/png
https://t.co/8dhq0w0yNC

**3/29/2022 10:10 PM**

Nicholas Warren (NLVWarren)

compact Nassau + Jax CD5

**3/29/2022 10:10 PM**

Nicholas Warren (NLVWarren)

fingers crossed that's the only change they make to 8019

**3/29/2022 10:12 PM**

Florida Data Geek [↑] ᵤₐ (MappingFL)

That was what I was thinking. Whenever these painkillers aren't needed o was gonna draft
something.  Worst day to get tooth pulled.

**3/29/2022 10:14 PM**

Nicholas Warren (NLVWarren)

the veto message was perfectly coherent, btw

**3/29/2022 10:14 PM**

Nicholas Warren (NLVWarren)

and it's the argument I've been afraid of since the fall

**3/29/2022 10:19 PM**
Florida Data Geek 🔝 ᴜᴀ (MappingFL)

It was coherent but I just assume it's a lie

**3/29/2022 10:19 PM**
Florida Data Geek 🔝 ᴜᴀ (MappingFL)

I think they offer what you said and he goes "no"

**3/29/2022 10:19 PM**
Nicholas Warren (NLVWarren)

it's a legal argument. it's not true or false

**3/29/2022 10:20 PM**
Nicholas Warren (NLVWarren)

maybe you're right

**3/29/2022 10:21 PM**
Florida Data Geek 🔝 ᴜᴀ (MappingFL)

I'm just saying. He's a sociopath.

**3/30/2022 2:03 PM**
Florida Data Geek 🔝 ᴜᴀ (MappingFL)



https://twitter.com/MappingFL/status/1509229779702063105?s=20&t=MNnLzhFxMBY9L5OvcYbkgw
Link title: Florida Data Geek 🔝 ᴜᴀ on Twitter
Link description: "I'm sure @GovRonDeSantis would find this #FL05 an acceptable district. Follows major roads, no "donut" shape. (Would be cleaner if not for 1 person deviation rule)

In no way will he move the goal post again. 14th amendment... blah blah blah

cc @WiltonSimpson @ChrisSprowls"
https://t.co/lZb80mH8U9

**3/30/2022 3:30 PM**

Nicholas Warren (NLVWarren)



Attachment with type image/jpeg
https://t.co/D95nSge4Dt

**4/1/2022 1:39 PM**

Florida Data Geek 🔲 ᴜᴀ (MappingFL)





https://twitter.com/mappingfl/status/1509914794857431045?s=21
https://twitter.com/MappingFL/status/1509914794857431045
Link title: Florida Data Geek 🔲   ᴜᴀ on Twitter
Link description: "🔒Latest substack article is out🔒

We are seeing an unprecedented assault on black representation in redistricting. Ron DeSantis has targeted North Florida's black voters - aiming to take away their representation

https://t.co/N43jvZkZyy

#flapol #sayfie"
Link title: Florida Data Geek 🔲   ᴜᴀ on Twitter
Link description: "🔒Latest substack article is out🔒

We are seeing an unprecedented assault on black representation in redistricting. Ron DeSantis has targeted North Florida's black voters - aiming to take away their representation

https://t.co/N43jvZkZyy

#flapol #sayfie"
https://t.co/e5XqjItbFU https://t.co/6aA9WdGxpr

**4/1/2022 2:24 PM**

Nicholas Warren (NLVWarren)



https://twitter.com/MappingFL/status/1509948629674446852
Link title: Florida Data Geek ⬆️  ᵁᴬ on Twitter
Link description: "Remember. According to @GovRonDeSantis - this is an ok district.  But the east-west Florida 5th isn't.  I'm sure it has nothing to do with  the 5th being a black district.

No. Def not that.  Not at all

https://t.co/N43jvZkZyy

#flapol #sayfie"
Would love to see this map but with all the 0-population census blocks whited out  https://t.co/ygpEmqYRuv

**4/1/2022 4:42 PM**

Florida Data Geek ⬆️  ᵁᴬ (MappingFL)

I can do that!

**4/1/2022 4:42 PM**

Florida Data Geek ⬆️  ᵁᴬ (MappingFL)

Will work on tonight

**4/4/2022 12:25 PM**

Florida Data Geek ⬆️  ᵁᴬ (MappingFL)

Speaking of alachua. That single member district law passed.  Though it hasn't been signed yet

**4/4/2022 12:25 PM**

Nicholas Warren (NLVWarren)

Ugh

**4/4/2022 2:08 PM**

Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1510993626565914626
Link title: Nicholas Warren on Twitter
Link description: "11th Circuit Judge Adalberto Jordan, on the urgency of the court preparing  to implement a map: "We just gotta go. For now, we gotta go.""
I love Jordan https://t.co/KLwWiM5Qxp

**4/4/2022 9:24 PM**

Nicholas Warren (NLVWarren)

Starke is going to approve new commission districts tomorrow. They're still using the court-ordered map from 1989. They'll go from an 84% overall range to 2.8%

**4/4/2022 9:26 PM**

Florida Data Geek ⬆️ ᵁᴬ (MappingFL)

LOL holy shit the deviation was that bad????

**4/4/2022 9:26 PM**

Nicholas Warren (NLVWarren)

yeah but the ideal district is only 1,159 so

**4/4/2022 9:27 PM**

Nicholas Warren (NLVWarren)

goes from -437/+537 to -17/+15

**4/4/2022 9:27 PM**

Florida Data Geek ⬆️ ᵁᴬ (MappingFL)

ha fair enough

**4/4/2022 9:27 PM**

Florida Data Geek ⬆️ ᵁᴬ (MappingFL)

i'm trying to remember what quincy was in 2019 when i was doing some analysis of that then. i think they were like 40% or something

**4/4/2022 9:28 PM**

Nicholas Warren (NLVWarren)



Attachment with type image/jpeg
still, it's a pretty substantial shakeup https://t.co/wdKwZU82Br

**4/4/2022 9:28 PM**

Florida Data Geek ⬆️ ᵁᴬ (MappingFL)

looks good.

**4/4/2022 9:30 PM**

Nicholas Warren (NLVWarren)

AND they're moving their municipal elections to the regular cycle

**4/6/2022 7:40 PM**
Florida Data Geek 🔲  ᵤₐ (MappingFL)



https://twitter.com/MappingFL/status/1511828464768208899?
s=20&t=4mm3WusGlgT0KJih4gEP2g
Link title: Florida Data Geek 🔲  ᵤₐ on Twitter
Link description: "Latest substack post includes links to my master google doc - which has
elections from 2012 - 2020 broken down by state house and state senate district.

All the data you need!

https://t.co/DYTYltSA22

#flapol #sayfie"
https://t.co/WgDEMYTNX4

**4/11/2022 1:09 PM**
Florida Data Geek 🔲  ᵤₐ (MappingFL)

Well seems like a good to write up my "what if Ron could veto the leg maps" piece.   Wouldn't
be a black seat in jax.  Maybe Orlando.  And multiple other disasters.

**4/12/2022 10:28 AM**
Florida Data Geek 🔲  ᵤₐ (MappingFL)





https://twitter.com/mappingfl/status/1513885284773113857?
s=21&t=0GyEbIYmEN2l3poscBFLUQ
https://twitter.com/MappingFL/status/1513885284773113857
Link title: Florida Data Geek 🔲  ᵤₐ on Twitter
Link description: "Morning substack newsletter.

What if Ron DeSantis could have vetoed the legislative maps?  How many African-American
seats would be at risk?

https://t.co/ShsPsYzlQV

#flapol #sayfie"
Link title: Florida Data Geek 🔲  ᵤₐ on Twitter
Link description: "Morning substack newsletter.

What if Ron DeSantis could have vetoed the legislative maps?  How many African-American
seats would be at risk?

https://t.co/ShsPsYzlQV

#flapol #sayfie
https://t.co/cmuCkakLA0 https://t.co/KjoNelO8fS

**4/12/2022 10:29 AM**

Nicholas Warren (NLVWarren)

very nice

**4/12/2022 10:29 AM**

Nicholas Warren (NLVWarren)

with CVAP it might be even more

**4/14/2022 1:59 PM**

Florida Data Geek 🔼 ᵁᴬ (MappingFL)



https://twitter.com/MappingFL/status/1514653836568240130?s=20&t=kBFsQAyQ0-U-uJ9Q8byfJA
Link title: Florida Data Geek 🔼 ᵁᴬ on Twitter
Link description: "In 2010, Florida voters passed the "Fair Districts" amendments - which aimed to stop political gerrymandering and protect minority seats

I wrote about it here
https://t.co/gNa124E4JM

HERE is how Amendment 6 broke down by the new State House seats #flapol #sayfie"
https://t.co/4oZGgcP8t3

**4/14/2022 2:00 PM**

Florida Data Geek 🔼 ᵁᴬ (MappingFL)

this was a chore

**4/21/2022 10:36 AM**

Nicholas Warren (NLVWarren)



https://twitter.com/MappingFL/status/1517148924863074304
Link title: Florida Data Geek 🔼 ᵁᴬ on Twitter
Link description: "@NLVWarren In fairness.  This is the political arena vs legal.  The effect is the same.  Simplified language for public consumption is important."
There are critical legal reasons to be raising partisanship today  https://t.co/QoBKgZ5X6X

**4/22/2022 12:40 PM**

Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1517538754960965632
Link title: Nicholas Warren on Twitter
Link description: "Claims - all under FL's Fair Districts Am:
- diminishing minority ability-to-elect (5)
- intentional minority vote dilution (N FL, C FL, Tampa Bay)
- partisan gerrymandering (4-5, 7, 10-11, 13-14, 26-27)
- non-compactness (7, 13-14)
- political/geographic boundaries (4, 5, 13-14)"
https://t.co/AgscLdyCGU

**4/23/2022 6:08 PM**

Florida Data Geek  [T]  UA (MappingFL)



Attachment with type image/jpeg
Finally arrived today.  Book about the 1990s DOJ https://t.co/U7SXtYKUA3

**4/23/2022 7:44 PM**

Nicholas Warren (NLVWarren)



**5/4/2022 10:38 AM**

Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1521543485626662913
Link title: Nicholas Warren on Twitter
Link description: "The Jacksonville City Council gerrymandered its maps to pack Black voters in as few districts as possible, minimizing their influence. Districts snake from one end of the city to the other, splicing neighborhoods.

These maps are unconstitutional. So we're suing."
Meanwhile... https://t.co/RKXrxVlxXu

**5/4/2022 6:41 PM**

Florida Data Geek 🔝 UA (MappingFL)

nice!!

**5/4/2022 6:42 PM**

Nicholas Warren (NLVWarren)

🗣🗣🗣

**5/4/2022 6:42 PM**

Nicholas Warren (NLVWarren)

The 66-page complaint is barnburner if you want to skim

**5/4/2022 6:42 PM**

Nicholas Warren (NLVWarren)

There are lots of maps!!

**5/4/2022 6:43 PM**

Florida Data Geek 🔝 UA (MappingFL)

yes!

**5/4/2022 6:43 PM**

Florida Data Geek 🔝 UA (MappingFL)

sounds like some good weekend reading!

**5/5/2022 8:35 AM**

Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1521146160580370432
Link title: Nicholas Warren on Twitter
Link description: "This has probably been the project I've been proudest of so far at @ACLUFL:
securing fair redistricting in Jackson County, thru organizing and advocacy rather than
litigation.

If you'll indulge me a #LocalRedistricting thread... 1/6"
Oh, and... 😅 https://t.co/29N5lkQxPE

**5/9/2022 11:03 PM**
Florida Data Geek  ⬆️  ᴜᴀ (MappingFL)

I missed this!  just caught up on it all now!  great stuff!

**5/10/2022 9:32 AM**
Nicholas Warren (NLVWarren)

🙂

**5/10/2022 12:24 PM**
Nicholas Warren (NLVWarren)

Same thing about to happen in the City of Starke... court approval imminent

**5/11/2022 12:55 PM**
Florida Data Geek  ⬆️  ᴜᴀ (MappingFL)

Is there a shapefile or anything for this map a?

**5/11/2022 12:55 PM**
Nicholas Warren (NLVWarren)

No lol

**5/11/2022 5:13 PM**
Nicholas Warren (NLVWarren)

Property appraiser question: is there a public database/spreadsheet of every property in the
county/city, so that I could, say, recalculate everyone's tax bill given a particular new millage
increase?

**5/11/2022 5:56 PM**
Florida Data Geek  ⬆️  ᴜᴀ (MappingFL)

for leon we def have all the parcel data.  if there is a centralized downloadable dataset for all
the counties - i'm not sure.  i'll ask at office tomorrow.

**5/11/2022 5:56 PM**
Nicholas Warren (NLVWarren)

thanks :)

**5/11/2022 9:57 PM**

Nicholas Warren (NLVWarren)

I just need Leon - really just COT

**5/11/2022 5:59 PM**

Florida Data Geek ⬆ UA (MappingFL)

https://www.leonpa.org/_dnn/Downloads
ah gotcha!  yes that data is available from us.  here is our downloads page.  the tax roll is likely what you want

https://t.co/Wu9TcyVpP8

of course, note that homestead and other exemptions would apply

**5/11/2022 6:01 PM**

Nicholas Warren (NLVWarren)

niiiiiice

**5/11/2022 6:01 PM**

Nicholas Warren (NLVWarren)

I see in the layout file there's "cert. exempt value" so that would include any exemptions?

**5/11/2022 6:01 PM**

Nicholas Warren (NLVWarren)

and "taxable value" would cover all taxable value.. lol

**5/11/2022 6:01 PM**

Florida Data Geek ⬆ UA (MappingFL)

i think lol, but i can confirm tomorrow.  I don't wanna mis-speak.

**5/11/2022 6:02 PM**

Nicholas Warren (NLVWarren)

Amazing, thank you!

**5/11/2022 6:02 PM**

Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1524490949761585153?
s=20&t=pjt4qKwpsNRknAOxR3CfVA
Link title: Nicholas Warren on Twitter
Link description: "Deleted previous tweet, there will be a *case management conference*
 tomorrow morning, not a hearing on the temporary injunction"
https://t.co/0j1ixWuLZw

**5/11/2022 6:02 PM**

Nicholas Warren (NLVWarren)

I'm excited for this tmr

**5/11/2022 6:03 PM**

Nicholas Warren (NLVWarren)

it'll be a slam dunk (tho tmr is just a status conf, not hearing on the injunction)

**5/11/2022 6:05 PM**
Florida Data Geek 🔺 UA (MappingFL)

oh sweet!

**5/11/2022 6:05 PM**

Nicholas Warren (NLVWarren)



https://twitter.com/JeffWeinerOS/status/1524508587107799040?
s=20&t=pjt4qKwpsNRknAOxR3CfVA
Link title: Jeff Weiner on Twitter
Link description: "New: A judge has ruled a mysterious political committee that sent attack
ads to Seminole and Volusia Co. voters in a '20 state Senate primary (which also featured a
"ghost" candidate in the general election) must reveal its donors.

via @reporterannie:

https://t.co/SbESzi6gNP"
https://t.co/MKmpqDTtVb

**5/11/2022 6:05 PM**
Florida Data Geek 🔺 UA (MappingFL)

god fuck Chris Latvala

**5/11/2022 6:05 PM**

Nicholas Warren (NLVWarren)

what the fuck is this news day

**5/11/2022 6:05 PM**
Florida Data Geek 🔺 UA (MappingFL)

SO MUCH IS HAPPENING!

**5/11/2022 6:19 PM**

Nicholas Warren (NLVWarren)

I don't understand why Ansola didn't copy/paste CD4 as well

**5/11/2022 6:30 PM**
Florida Data Geek 🔺 UA (MappingFL)

huh?

**5/11/2022 6:33 PM**

Nicholas Warren (NLVWarren)

In his map

**5/11/2022 6:33 PM**

Nicholas Warren (NLVWarren)

The boundary in St John's

**5/11/2022 6:35 PM**

Florida Data Geek  [↑]  UA (MappingFL)

ohhhh i gotcha!  true

**5/18/2022 9:16 AM**

Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1526913900247130113
Link title: Nicholas Warren on Twitter
Link description: "From an SOE, here is the FL map ordered by Judge Smith last week: https://t.co/kkdKD2glOD"
https://t.co/VFhwDwvAsH

**5/18/2022 10:57 AM**

Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1526939889551523843
Link title: Nicholas Warren on Twitter
Link description: "This is literally embarrassing"
I fucking hate this https://t.co/SrpZIxj97i

**5/18/2022 11:07 AM**

Florida Data Geek  [↑]  UA (MappingFL)

Oh good lord

**5/18/2022 10:55 PM**

Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1527120626712027136
Link title: Nicholas Warren on Twitter
Link description: "@mcpli Misleading that the point is UES vs UWS, but they switch to district-wide stats - since CD10 includes the BK Orthodox community, those stats will highlight differences that may not actually be present within Manhattan"
Bad! https://t.co/WjWwHK0lsv

**5/18/2022 11:13 PM**

Florida Data Geek 🔟 UA (MappingFL)

ahhhh good heads up!    god if i wasn't buried in work here - trying to find the time to talk about idaho - i'd be buried in the NYC redistricting stuff.

**5/25/2022 2:36 AM**

Nicholas Warren (NLVWarren)

Do you have any Duval precinct shps from 1991-2001?

**5/31/2022 11:26 AM**

Nicholas Warren (NLVWarren)

We may be able to pay...

**5/31/2022 2:19 PM**

Florida Data Geek 🔟 UA (MappingFL)

Oh hey sorry I didn't catch that dm last week!  Let me check tonight in what I got.  Def some files on my system.

**5/31/2022 3:17 PM**

Nicholas Warren (NLVWarren)

Cool thank you!!

**6/1/2022 11:17 PM**

Florida Data Geek 🔟 UA (MappingFL)

precinct file question, is it critical the precinct borders are perfect?  i'm looking at the 1990s precinct files I snagged from that old redistricting site, and I get a strong sense these precinct borders are smoothed and meant to be approximates - like used to broadly get redistricting political data, but perhaps not perfect street-by-street layers

**6/1/2022 11:45 PM**

Nicholas Warren (NLVWarren)

You got them from the 2012 site? Or FREDS 2000?

**6/1/2022 11:45 PM**

Nicholas Warren (NLVWarren)

Or something else

**6/1/2022 11:46 PM**

Nicholas Warren (NLVWarren)

I'm now also looking for all Duval precincts 2011-2020 lol

**6/1/2022 11:48 PM**

Nicholas Warren (NLVWarren)

Even if the old ones aren't perfect, I think it'll be enough for me to go on. I'm needing to trace the 1991, 1992, and 1995 Duval council redistrictings (yes they had 3 maps that decade), but the map scans I have are super low quality. The precincts have to align with council districts, so having the precincts will make it easier to match up the lines in the scans

**6/1/2022 11:48 PM**

Nicholas Warren (NLVWarren)

The precinct names also have to match which council district they were in

**6/2/2022 12:53 PM**

Nicholas Warren (NLVWarren)

Please let me buy the 2011-20 precincts at least

**6/2/2022 1:02 PM**

Florida Data Geek ⬆ UA (MappingFL)

You don't gotta buy nothing.  Yeah so what I'll do this evening is I'll get everything I have sent in zip file.  The 1990s stuff is from FRED.  There is also a 1995 VTD file I have.  And then everything 2010-2020.

**6/2/2022 1:10 PM**

Nicholas Warren (NLVWarren)

Thank you 🙏🙏

**6/2/2022 1:10 PM**

Nicholas Warren (NLVWarren)

That's amazing

**6/2/2022 5:30 PM**

Nicholas Warren (NLVWarren)

https://www.leonpa.org/_dnn/Downloads/Downloads-Page
Another question for you, this one on property appraiser data: I'm desperately trying to join the certified tax roll CSV with the parcel shapefile, using the links here/on TLCGIS https://t.co/GtFnAqVxr8

**6/2/2022 5:32 PM**

Nicholas Warren (NLVWarren)

But I'm having enormous trouble doing the join using the parcel ID. Any ideas?

**6/2/2022 8:20 PM**

Florida Data Geek ⬆ UA (MappingFL)

hmm what specifically is happening, does nothing link right?  or is some linking?

**6/2/2022 8:22 PM**

Nicholas Warren (NLVWarren)

Many of the parcel IDs don't match from the shp to the csv

**6/2/2022 8:22 PM**

Florida Data Geek ⬆ UA (MappingFL)

i think i know the issue

**6/2/2022 8:23 PM**

Nicholas Warren (NLVWarren)

If you possibly could send me a joined SHP that would be so incredible :)

**6/2/2022 8:23 PM**
Florida Data Geek ⬆ UA (MappingFL)

try covering the CSV into a proper table, a dbase,   i tend to load the cvs into access and then export it out as a table

**6/2/2022 8:24 PM**
Florida Data Geek ⬆ UA (MappingFL)

cause arc is not reading all 100,000 rows with a csv

**6/2/2022 8:24 PM**
Nicholas Warren (NLVWarren)

I don't have a database manager, but I don't think that's it

**6/2/2022 8:37 PM**
Florida Data Geek ⬆ UA (MappingFL)

i cant get the file to download.  but by and large a CSV file wont work because the rows are too long, excel or dbase work best.  excel will be slow though at first, but you want to save the file as an excel file, old compatability version

**6/2/2022 8:37 PM**
Florida Data Geek ⬆ UA (MappingFL)

csv i think cuts off at like 40,000 rows or so when its appended to a shapefile in arc or qgis

**6/2/2022 8:39 PM**
Nicholas Warren (NLVWarren)

For some reason I don't think that's it, but if there's any way you can send me joined SHP :)))))

**6/2/2022 8:39 PM**
Nicholas Warren (NLVWarren)

It probably is it. But it may be other things too

**6/2/2022 8:40 PM**
Nicholas Warren (NLVWarren)

It's SO annoying the SHP itself has data in it, but not the complete tax roll

**6/2/2022 8:49 PM**
Florida Data Geek ⬆ UA (MappingFL)

do me a fave and email my your csv file formatted exactly how you want, then i will try running it through my system and see if it works.

**6/2/2022 9:56 PM**
Nicholas Warren (NLVWarren)

Great, thanks! Just sent a ZIP with the csv and shp to matthew.isbell.dem@gmail.com

**6/2/2022 10:50 PM**
Florida Data Geek ⬆ UA (MappingFL)

well i'll be damned, that is not the problem, and i'm not entirely sure what is going on

**6/2/2022 10:51 PM**
Florida Data Geek ⬆ UA (MappingFL)

i will have to check in the AM at the office, something is up, i'm guessing its a character issue "extra spaces or something" - but i'm gonna need to show this to someone else tomorrow

**6/2/2022 10:52 PM**
Nicholas Warren (NLVWarren)

Okay thank you 🙏
I spot checked a few of the ones that didn't match, and at least some of them are parcel IDs with normal numeric-only, no-space, no letters format. So I really don't know

**6/2/2022 10:53 PM**
Florida Data Geek ⬆ UA (MappingFL)

yeah if it was just the ones with spaces in the middle, it would make sense, but pure numbers have same issue, sooooo gonna have to look into that

**6/2/2022 10:54 PM**
Florida Data Geek [↑]  UA (MappingFL)

in retrospect i may also ask "why dont we offer a pre-joined shapefile"

**6/2/2022 10:54 PM**
Florida Data Geek [↑]  UA (MappingFL)

but i am sure there is a reason from IT, but i'll check in tomorrow

**6/2/2022 10:55 PM**
Florida Data Geek [↑]  UA (MappingFL)

oh other note i am getting the folder of duval precincts set up, i'll have that done tomorrow at latest

**6/2/2022 11:01 PM**
Nicholas Warren (NLVWarren)

Thanks!!!

**6/5/2022 6:15 PM**
Nicholas Warren (NLVWarren)

I'm going out of the country Tuesday, if it's possible to send me that stuff before then I'd appreciate it!

**6/5/2022 8:38 PM**
Florida Data Geek [↑]  UA (MappingFL)

hey nick!  no worries sorry for delays.  i'm getting the jax precinct data to you now.  on friday i totally forgot about the tax parcel stuff lol - but i just sent a message to my work email so i'll see it in the morning

**6/5/2022 9:20 PM**
Nicholas Warren (NLVWarren)

Thanks! Can you send me the 2011-20 precincts tonight?

**6/5/2022 9:32 PM**
Florida Data Geek [↑]  UA (MappingFL)

oh right!  ok adding that now

**6/5/2022 9:32 PM**
Nicholas Warren (NLVWarren)

ty ty

**6/5/2022 9:47 PM**
Florida Data Geek [↑]  UA (MappingFL)

sent over!  there are 2010, 2012, 2014 files, and then it was updated again for 2018

**6/5/2022 10:02 PM**
Nicholas Warren (NLVWarren)

thank you!

**6/5/2022 10:02 PM**
Nicholas Warren (NLVWarren)

so much!

**6/5/2022 10:03 PM**
Florida Data Geek [↑]  UA (MappingFL)

no prob!  and i'll hopefully have some answer tomorrow on tax stuff

**6/5/2022 10:03 PM**
Nicholas Warren (NLVWarren)

cool, thanks so much

**6/5/2022 10:31 PM**

Nicholas Warren (NLVWarren)



Attachment with type image/jpeg
the FREDS precincts might actually not be too off the mark https://t.co/4xo9TUAu64

**6/5/2022 10:31 PM**

Nicholas Warren (NLVWarren)

not very precise though

**6/5/2022 10:44 PM**

Florida Data Geek ⬆ UA (MappingFL)

oh yeah not totally off the mark, closeeee.  yeah def feels like these were approximates - but i do wonder what the systems and tech behind them are

**6/5/2022 10:46 PM**

Nicholas Warren (NLVWarren)

Same

**6/25/2022 8:25 PM**

Florida Data Geek ⬆ UA (MappingFL)

oh so DeSantis signed the alachua district bill.  so i'm gonna work on a substack for that down the line

**6/25/2022 8:26 PM**

Nicholas Warren (NLVWarren)

And the Lee county elected superintendent referendum

**6/26/2022 11:05 AM**

Nicholas Warren (NLVWarren)

Any update on the joined tax role SHP?

**6/26/2022 11:06 AM**

Nicholas Warren (NLVWarren)

(I'm finally back in the country... should have stayed away)

**6/28/2022 2:37 PM**

Nicholas Warren (NLVWarren)



Attachment with type image/png
I imported the tax roll CSV using a CSVT file to define the parcel ID as a string, and a totally different set of parcels failed to join... https://t.co/SvEDuTarIh

**6/28/2022 3:36 PM**
Florida Data Geek ⬆ ᵁᴬ (MappingFL)

hey sorry i didnt see these - but i saw you got with my boss. he's still looking into it.  we think its something with the tax roll numbers getting compressed when its either loaded or downloaded on the servers.  so that is being figured out

**6/29/2022 2:25 PM**
Nicholas Warren (NLVWarren)

He sent it to me!!

**7/11/2022 4:14 PM**
Florida Data Geek ⬆ ᵁᴬ (MappingFL)



https://twitter.com/MappingFL/status/1546588774213120000?s=20&t=u-6g7HqltR9B2ObVGknNPw
Link title: Florida Data Geek ⬆ ᵁᴬ on Twitter
Link description: "I found the precinct-level election results for a 1967 referendum on whether Tallahassee should re-open its public pools, which had been closed amid integration fights.

Four precincts, but the results tell a story of the cities old white establishment vs diverse &amp; younger voters"
https://t.co/hxLpH2MgrQ

**7/11/2022 4:15 PM**
Florida Data Geek ⬆ ᵁᴬ (MappingFL)

love finding old shit like thi

**7/11/2022 4:15 PM**
Florida Data Geek ⬆ ᵁᴬ (MappingFL)

this*

**7/12/2022 10:23 AM**
Nicholas Warren (NLVWarren)

Fun!!!

**7/13/2022 4:56 PM**
Nicholas Warren (NLVWarren)

This reminds me of my dad's stories about the supervisor of elections when he came to FSU at that time. She apparently refused to register students to vote and he did some kind of tester action for a potential lawsuit

**7/13/2022 4:57 PM**
Nicholas Warren (NLVWarren)

So the student vote was suppressed in other words

**7/13/2022 5:01 PM**
Florida Data Geek ⬆ ᵁᴬ (MappingFL)

Oh was that the lady that then timed her retirement so her son was able to waltz through the primary.  And then he fucked up so bad he got ousted (this is all 1980s stuff I have on my back plate for research on).

**7/13/2022 3:03 PM**

Nicholas Warren (NLVWarren)

Oof I don't remember that, will have to ask my dad

**7/13/2022 5:03 PM**

Nicholas Warren (NLVWarren)

If you ever want to talk to him about it let me know

**7/17/2022 5:18 PM**

Nicholas Warren (NLVWarren)

Do you have any recs for redistricting consultants in FL/GA? (Sorry it can't be you..)

**8/23/2022 8:58 PM**

Nicholas Warren (NLVWarren)



Attachment with type image/jpeg
incumbent Jackson County commissioner losing in open primary - no idea why https://t.co/cKt0rg6Bil

**8/23/2022 9:00 PM**

Nicholas Warren (NLVWarren)



Attachment with type image/jpeg
Black-preferred candidate winning in redrawn VRA district https://t.co/HUsiaQVAeg

**8/23/2022 9:07 PM**

Nicholas Warren (NLVWarren)

Black-preferred candidate won by 34 votes in 2018

**8/23/2022 9:09 PM**

Florida Data Geek 🔝 ᵁᴬ (MappingFL)

excellent!

**8/23/2022 9:09 PM**

Florida Data Geek 🔝 ᵁᴬ (MappingFL)

also good news, you wont need to update your DLP chart

**8/23/2022 9:09 PM**

Florida Data Geek ⊤ ᵤₐ (MappingFL)



https://twitter.com/MappingFL/status/1562244580413648897?
s=20&t=LNaClO0qb_zKH65P8rQLhg
Link title: Florida Data Geek ⊤ ᵤₐ on Twitter
Link description: "Thank God almighty, Renier Diaz de la Portilla is losing the race for Dade
 County judge #flapol"
https://t.co/7WYcE3aShF

**8/23/2022 9:10 PM**

Nicholas Warren (NLVWarren)

Yessssss

**8/23/2022 9:47 PM**

Florida Data Geek ⊤ ᵤₐ (MappingFL)

https://twitter.com/MappingFL/status/1562255071001591808?
s=20&t=LNaClO0qb_zKH65P8rQLhg
https://t.co/hhlmToQH0Y

**8/24/2022 7:16 PM**

Florida Data Geek ⊤ ᵤₐ (MappingFL)



https://twitter.com/MappingFL/status/1562579040686735362?
s=20&t=3Ewsu_zHX8IeTtLcqcb_Vw
Link title: Florida Data Geek ⊤ ᵤₐ on Twitter
Link description: "An excellent result out of Miami-Dade.  Longtime judge Fred Seraphin, the
 county's first Haitian judge, beat back a challenge from Renier Diaz de la Portilla.

Renier is part of the once-powerful DLP family, who used to rule Cuban politics, but have lost
 alot of influence #flapol"
https://t.co/EJpP6B6GG4

**8/25/2022 10:19 PM**

Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1562266267976867840
Link title: Nicholas Warren on Twitter
Link description: "Aramis Ayala is the first woman of color ever to win
a party's nomination for the Florida Cabinet"
this is still crazy https://t.co/TOUgoARxxd

**8/25/2022 10:19 PM**

Nicholas Warren (NLVWarren)

I guess Blemur is also but

**8/25/2022 10:29 PM**
Florida Data Geek ⬆ UA (MappingFL)

lol oh yeah lets kinda just gloss over blemur. i think we will all be ignoring her

**8/31/2022 7:45 PM**

Nicholas Warren (NLVWarren)

Tom Semmes called me yesterday asking about prison gerrymandering in Gulf

**8/31/2022 7:46 PM**
Florida Data Geek ⬆ UA (MappingFL)

oh snap!

**8/31/2022 7:47 PM**

Nicholas Warren (NLVWarren)

Had to tell him they already abolished it and walk him thru the numbers

**8/31/2022 7:47 PM**

Nicholas Warren (NLVWarren)

I can't believe he's run every year

**8/31/2022 7:48 PM**
Florida Data Geek ⬆ UA (MappingFL)

i really wish he'd won the primary, just so the story could be "mcdaniel thought switching to the gop would save him, but Semmes finally got it" - but 4 losses in a row (as best i know) is quiet the feat

**8/31/2022 7:50 PM**

Nicholas Warren (NLVWarren)

Yeah :/ what do you know about the guy that won?

**8/31/2022 7:52 PM**
Florida Data Geek ⬆ UA (MappingFL)

not much. i was largely just following to see if mcdaniel won or not

**9/2/2022 12:17 PM**

Nicholas Warren (NLVWarren)

https://twitter.com/NLVWarren/status/1565723472294457344
https://t.co/Uyxd9j69X6

**9/4/2022 12:00 PM**

Nicholas Warren (NLVWarren)



https://twitter.com/FLSecofState/status/1566645378473305 2928
Link title: Florida Department of State on Twitter
Link description: "#DYK that @FLMemory recently added to its digital collections a
comprehensive series of State and County Officer Directories from 1868-1969 documenting
the public service of tens of thousands of Floridians in public offices. Research: https://t.co/
rvsOPfmQua."
https://t.co/Gs2iDkyqJn

**9/4/2022 12:06 PM**

Florida Data Geek 🔼  ᴜᴀ (MappingFL)

Oh fuckkkkkkk yes!

**9/4/2022 12:06 PM**

Florida Data Geek 🔼  ᴜᴀ (MappingFL)

My day just got better lol

**9/19/2022 11:17 AM**

Florida Data Geek 🔼  ᴜᴀ (MappingFL)

Question.  Is there a high res map of that 1972 state senate districts?  I'm really just trying to
find specifics on the splits to Taylor and Walton county.  Doing a history of florida senate 3
(and it's diff numbering) for the lead up to Ausley v Simon

**9/19/2022 11:18 AM**

Nicholas Warren (NLVWarren)

I can send you a shapefile, just credit me

**9/19/2022 11:19 AM**

Nicholas Warren (NLVWarren)

I built the '72 maps by matching the historic statutes with the census enumeration district and
tract atlases in the national archives in Maryland

**9/19/2022 11:28 AM**

Florida Data Geek 🔼  ᴜᴀ (MappingFL)

Holy crap.  Yes please!  And I def will!

**9/19/2022 11:28 AM**

Nicholas Warren (NLVWarren)

And please don't give to anyone else, but if they ask feel free to direct them to me

**9/19/2022 11:29 AM**

Nicholas Warren (NLVWarren)

All the pre-72 maps were based on whole counties, if you ever need any of those I have the
historic statutes if not the actual SHPs

**9/19/2022 11:34 AM**
Florida Data Geek ⬆ UA (MappingFL)

Will do!  I think I'm good pre72 for this project.  Honestly just need that multi member 3 and 4.  So def won't be passing anything off to anyone else

**9/19/2022 11:38 AM**
Nicholas Warren (NLVWarren)

just sent!

**9/19/2022 11:38 AM**
Nicholas Warren (NLVWarren)

SD11 is my favorite - GOP vote sink

**9/19/2022 1:58 PM**
Florida Data Geek ⬆ UA (MappingFL)

Thanks!  I'll open it up when I get off work in a few hours

**9/19/2022 9:56 PM**
Florida Data Geek ⬆ UA (MappingFL)

it opened great!

**9/19/2022 10:08 PM**
Nicholas Warren (NLVWarren)

Great!

**9/20/2022 11:32 PM**
Florida Data Geek ⬆ UA (MappingFL)

oh btw, did jackson county update their voter precincts after redistricting?

**9/20/2022 11:39 PM**
Nicholas Warren (NLVWarren)

I don't think so. The SOE said they have ballot-on-demand so didn't need to realign precincts with districts

**9/20/2022 11:40 PM**
Nicholas Warren (NLVWarren)

I'm not 100% sure though

**9/25/2022 5:32 PM**
Nicholas Warren (NLVWarren)

I have Duval if you need it

**9/25/2022 5:33 PM**
Florida Data Geek ⬆ UA (MappingFL)

yeah that'd be great!  i was gonna email them tomorrow

**9/25/2022 5:39 PM**
Nicholas Warren (NLVWarren)

I can email it tmr

**9/25/2022 5:40 PM**
Florida Data Geek ⬆ UA (MappingFL)

thanks!

**9/25/2022 5:49 PM**
Nicholas Warren (NLVWarren)

Just kidding, I sent it now. Lmk if it doesn't work

**9/25/2022 5:49 PM**
Nicholas Warren (NLVWarren)

It looks like Jackson reprecincted a little?

**9/25/2022 4:04 PM**
Florida Data Geek ⬆ UA (MappingFL)

thanks i got them!  yeah looks like the did a decent amount.  and yet they still have precincts split by state house lines! lol.  i swear these counties.  they arent the only ones

**9/25/2022 6:05 PM**
Nicholas Warren (NLVWarren)

We cited that fact in our oral argument last week actually lol

**9/25/2022 6:05 PM**
Nicholas Warren (NLVWarren)

It's good for us in our case. They have 20 precincts split by leg, con, or council lines

**9/25/2022 6:05 PM**
Florida Data Geek ⬆ UA (MappingFL)

makes sense.  i just love Leon for how good they are with all this

**9/25/2022 6:05 PM**
Nicholas Warren (NLVWarren)

Me too

**9/25/2022 6:06 PM**
Nicholas Warren (NLVWarren)

Municipal too. It's really hard gauging RPV and voting patterns in municipal redistricting when the precincts are split

**9/25/2022 6:11 PM**
Florida Data Geek ⬆ UA (MappingFL)

if dems ever win florida leg and gov i am pushing bill #1.  no precinct splits, statewide precinct shapefile, voterfile, all free to download via website lol

**9/25/2022 6:12 PM**
Nicholas Warren (NLVWarren)

Lol

**10/4/2022 9:39 PM**
Florida Data Geek ⬆ UA (MappingFL)



https://twitter.com/MappingFL/status/1577383541624958976?s=20&t=g24ywBCJWQvRscZ93uv8WQ
Link title: Florida Data Geek ⬆ UA on Twitter
Link description: "Several months ago, Ron DeSantis appointed a white Republican to the majority-black Gadsden County's commission.  That appointee has now resigned after a KKK costume photo emerged.

I delve into Gadsden politics and Ron's horrible pick

https://t.co/0KRmsPXzVE

#flapol #sayfie"
https://t.co/Oz3lnTbXRY

**10/4/2022 9:40 PM**
Florida Data Geek ⬆ UA (MappingFL)

> i wrote this and totally ignored the fact gadsden hasnt redistricted its commission.  just didnt talk about it

**10/4/2022 10:01 PM**
Nicholas Warren (NLVWarren)



hm yeah D1 is overpopulated is D4 is underpopulated https://t.co/ixxu3O9afj

**10/4/2022 10:30 PM**
Nicholas Warren (NLVWarren)

wait those are wrong numbers

**10/4/2022 10:30 PM**
Nicholas Warren (NLVWarren)



https://t.co/kFtk4LT24T

**10/4/2022 10:30 PM**
Nicholas Warren (NLVWarren)

this is correct

**10/4/2022 10:30 PM**
Florida Data Geek ⬆ UA (MappingFL)

> yeah thats what i thought it was.  realistically i think they could redraw without issue.  its really amazing how common this is

**10/4/2022 10:32 PM**
Nicholas Warren (NLVWarren)

it could actually end up making D2 much less white, if they add Black portions of Havana from 1

**10/4/2022 10:32 PM**
Nicholas Warren (NLVWarren)

and then give white areas of Quincy from D2 to D4

**10/4/2022 10:33 PM**
Florida Data Geek ⬆ UA (MappingFL)

> yeah its not like with suwannee, where a redistrict would risk the black-maj seat

**10/4/2022 10:44 PM**
Nicholas Warren (NLVWarren)

chart was still messed up... this is actually correct

**10/4/2022 10:44 PM**
Nicholas Warren (NLVWarren)



https://t.co/c6i8pNJhvB

**10/4/2022 10:45 PM**

Nicholas Warren (NLVWarren)

I would happily represent some Havana or Worthington Springs Republicans to get Gadsden and Union to redistrict...

**10/4/2022 10:47 PM**

Florida Data Geek ⬆ ᵁᴬ (MappingFL)

yeah for sure!  they will fucking it hate when the results in gadsden dont give them what they want lol.

**10/28/2022 5:32 PM**

Nicholas Warren (NLVWarren)

Do you have an accurate Dade precinct file from 2000, 2001, or 2002?

**10/30/2022 12:02 AM**

Florida Data Geek ⬆ ᵁᴬ (MappingFL)

I have the 2000 and 2002 precinct files from that hold redistricting site.  Like the Duval ones I sent before, the borders are more rounded and smoothed.  So it's not perfect. But probably would work for any analysis.

**10/30/2022 10:16 AM**

Nicholas Warren (NLVWarren)

Ah okay. Could you send the 2002?

**10/30/2022 10:16 AM**

Nicholas Warren (NLVWarren)

Recreating the 1997-2003 city commission map...

**11/6/2022 4:18 PM**

Nicholas Warren (NLVWarren)

please 🥺

**11/6/2022 8:33 PM**

Florida Data Geek ⬆ ᵁᴬ (MappingFL)

oh sorry, will do!

**11/6/2022 8:35 PM**

Nicholas Warren (NLVWarren)

Thanks :)

**11/10/2022 11:57 AM**

Florida Data Geek ⬆ ᵁᴬ (MappingFL)

I swear some people on Twitter have no idea what they are talking about

**11/11/2022 10:48 AM**

Nicholas Warren (NLVWarren)

https://twitter.com/NLVWarren/status/1591093244838170625
lmk if you disagree https://t.co/focZRwkXA5

**11/11/2022 10:59 AM**

Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1591097095532195840
Link title: Nicholas Warren on Twitter
Link description: "So, my back-of-napkin calculations show redistricting* did NOT swing any FL Senate races. DeCeglie still +1.7 (even if St. Pete not split), Garcia +12, Calatayud no change.

*compared to a "fairer" new map, not the old map"
corrected tweet https://t.co/wL3vauh0ps

**11/13/2022 5:51 PM**

Florida Data Geek 🔲 ᴜᴀ (MappingFL)

https://twitter.com/MappingFL/status/1591895282375327744?
s=20&t=cBIWC4jhvTLhtWzKVU2jWA
Link title: Florida Data Geek 🔲 ᴜᴀ on Twitter
Link description: "THREAD

I have been tracking FL Supreme Court retention votes for years.  Back when the court was liberal, retentions failed in rural counties.  Now, a right-ring court had led to weaker retention votes in cities

2021 article: https://t.co/uWMgLwRGhp

#flapol #sayfie"
https://t.co/x08QSSYiMB

**11/13/2022 6:55 PM**

Nicholas Warren (NLVWarren)

This so great - but I think some of those rurals also had weaker #s for DCA judges. Like there was a general culture of voting against all the bums rather than anger at the liberal FSC

**11/14/2022 2:13 AM**
Florida Data Geek ⊤ ᵁᴬ (MappingFL)



Attachment with type image/png
they did  - but that has also changed as well https://t.co/U1iEYTJN9a

**11/14/2022 2:15 AM**
Florida Data Geek ⊤ ᵁᴬ (MappingFL)

and its only shifted more this year - 1st circuit retentions are up to 65%+ this year.  i think its
 Supreme Court attitude that reflects in circuit level retentions

**11/14/2022 2:16 AM**
Florida Data Geek ⊤ ᵁᴬ (MappingFL)

so as retention for top court has risen with rurals, so has circuit retention - and vice versa

**11/27/2022 11:50 PM**

Nicholas Warren (NLVWarren)



Attachment with type image/png
 https://t.co/YiAExa7uLb

**11/27/2022 11:50 PM**

Nicholas Warren (NLVWarren)

SEE NOTE!!!!!

**12/5/2022 10:03 AM**

Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1599781330925293570
Link title: Nicholas Warren on Twitter
Link description: "Tired: abolishing the House of Lords bc it's unelected
Wired: finally letting Scottish presbyters be Lords Spiritual bc they're the elect of God"
niche Calvinism joke https://t.co/1NMPXNw5r2

**1/18/2023 8:43 AM**

Nicholas Warren (NLVWarren)



Attachment with type image/jpeg
Boys somebody should sue over that 2/3 https://t.co/pE2w3JBT5G

**1/18/2023 8:49 AM**

Florida Data Geek 🔲 UA (MappingFL)

I support it!   I favor forward-thinking redistricting.

**1/18/2023 8:53 AM**

Nicholas Warren (NLVWarren)

33% Hispanic reg when you know that's the ceiling bc of differential turnout... that's not Hispanic access

**1/18/2023 9:18 AM**

Florida Data Geek 🔲 UA (MappingFL)

Now it isn't. But as cycles go on that share will grow.  And in the meantime you give them a block of votes to wield influence. The 2024 race there will see Hispanic focus in the campaigns.

I'm def a more aggressive map drawer. I favor these types of efforts. If there was a partisan issue that might effect things - but both districts are democratic.  2 looks weird but it's still in a concentrated area.  I'm willing to trade 2's shape for 3

**2/15/2023 8:38 AM**

Nicholas Warren (NLVWarren)

Your chart on the Demings v senate Dems map is a duplicate of the Crist chart

**2/15/2023 9:23 AM**

Florida Data Geek 🔲 UA (MappingFL)

Yeah same chart but you see the table has both Demings and Crist vs.

**2/15/2023 9:27 AM**

Nicholas Warren (NLVWarren)

Lmao I'm dumb

**2/15/2023 9:33 AM**

Florida Data Geek 🔲 UA (MappingFL)

Lol appreciate you looking out though!  Type of mistake I could easily make as I am in crunch mode trying to crank something out on schedule.

**2/27/2023 3:02 PM**

Nicholas Warren (NLVWarren)

Do you know the last time Taylor and Madison reprecincted?

**2/27/2023 9:27 PM**
Florida Data Geek 🕵 ᵁᴬ (MappingFL)



https://twitter.com/MappingFL/status/1630394206681198593?s=20
Link title: Florida Data Geek 🕵 ᵁᴬ on Twitter
Link description: "Tonight, Miami Commission 2 voters elected Sabina Covo in a special election.  Covo had the backing of the Dade Democrats and several prominent local Democrats

Covo is making history as the first Hispanic candidate to win this 48% Hispanic, 37% white seat

#flapol #sayfie"
https://t.co/T0qZLvnaZn

**2/27/2023 9:27 PM**
Florida Data Geek 🕵 ᵁᴬ (MappingFL)

miami map!

**2/27/2023 9:27 PM**
Florida Data Geek 🕵 ᵁᴬ (MappingFL)

as for the rurals mentioned, so as best i know, its def pre 2010!

**2/27/2023 9:28 PM**
Florida Data Geek 🕵 ᵁᴬ (MappingFL)

but i cant be sure how much longer

**2/28/2023 9:13 AM**
Nicholas Warren (NLVWarren)

Great map!

**2/28/2023 9:13 AM**
Nicholas Warren (NLVWarren)

And thanks!

**3/2/2023 3:24 PM**
Florida Data Geek 🔲 UA (MappingFL)



https://twitter.com/mappingfl/status/1631377696688054279?
s=46&t=173qhKPGviimuK9Q882bAA
https://twitter.com/MappingFL/status/1631377696688054279
Link title: Florida Data Geek 🔲 UA on Twitter
Link description: "Florida's rural, conservative, democrat blocks are alive and well.  I do a map
 like this ever cycle.

Here is the Val Demings % compared to the % of voters who were registered Ds

Anything in red = massive dem defections.  Crist map is same.  Similar to 2020 Biden map

#flapol"
Link title: Florida Data Geek 🔲 UA on Twitter
Link description: "Florida's rural, conservative, democrat blocks are alive and well.  I do a map
 like this ever cycle.

Here is the Val Demings % compared to the % of voters who were registered Ds

Anything in red = massive dem defections.  Crist map is same.  Similar to 2020 Biden map

#flapol"
https://t.co/EoScSASByY https://t.co/UGryzXCDEO

**3/2/2023 8:43 PM**
Florida Data Geek 🔲 UA (MappingFL)



Attachment with type image/jpeg
yeah so okaloosa triggered my internal active v inactive debate, but yeah going with inactive
 included https://t.co/dK0Q83zJC0

**3/6/2023 2:16 PM**

Florida Data Geek [T] UA (MappingFL)



https://twitter.com/MappingFL/status/1632821276489273345?s=20
Link title: Florida Data Geek [T] UA on Twitter
Link description: "Today's substack!

A detailed look at the final turnout report for Florida.  Breakdowns by precinct, by race, by party, and age.

https://t.co/gmyPs14w9N

#flapol #sayfie"
https://t.co/GC4YCGREL0

**3/9/2023 4:51 PM**

Nicholas Warren (NLVWarren)

very nice! and so bad!

**3/9/2023 6:30 PM**

Nicholas Warren (NLVWarren)

I'm finding that the Black share of the 2022 general electorate in Perry is the same as the Black share of registered voters - odd, right?

**3/9/2023 6:30 PM**

Nicholas Warren (NLVWarren)

No differential turnout between black/white

**3/9/2023 8:02 PM**

Florida Data Geek [T] UA (MappingFL)

oh really?  def possible - the county def wasn't that way (went from 13% of reg to 9% of vote)

**3/9/2023 8:03 PM**

Nicholas Warren (NLVWarren)

Ugh now I think there's something wrong with my data

**3/9/2023 8:04 PM**

Nicholas Warren (NLVWarren)

Can you give me your topline black and white reg/voted numbers countywide?

**3/9/2023 8:07 PM**

Florida Data Geek [T] UA (MappingFL)

| | Black | Hispanic | White | Other | Total |
|---|---|---|---|---|---|
| reg | 1,814 | 152 | 11,395 | 454 | 13,815 |
| vote | 683 | 65 | 6,579 | 164 | 7,491 |
| turnout | 37.65% | 42.76% | 57.74% | 36.12% | 54.22% |

Attachment with type image/png
https://t.co/U9XEL2Klqj

**3/9/2023 8:08 PM**

Florida Data Geek [T] UA (MappingFL)

here is county - and i think perry is 4 specific precincts, so i should be able to pull that up easy enough

**3/9/2023 8:15 PM**

Florida Data Geek ⬆ ᵁᴬ (MappingFL)

| | Black | Hispanic | White | Other | Total | black % | White % |
|---|---|---|---|---|---|---|---|
| reg | 1,557 | 46 | 2,256 | 161 | 4,020 | 38.73% | 56.12% |
| vote | 615 | 15 | 1,276 | 40 | 1,946 | 31.60% | 65.57% |
| turnout | 39.50% | 32.61% | 56.56% | 24.84% | 48.41% | | |

Attachment with type image/png
here is what i'm seeing for perry (based on its 4 precincts) https://t.co/QAOm5Yb5BH

**3/9/2023 8:18 PM**

Nicholas Warren (NLVWarren)

ugh

**3/9/2023 8:18 PM**

Nicholas Warren (NLVWarren)

I have 10,023 total voters for 2022 general

**3/9/2023 8:20 PM**

Nicholas Warren (NLVWarren)

now, I have 7,505 for 2020 general turnout

**3/9/2023 8:20 PM**

Nicholas Warren (NLVWarren)

that's closer to your 2022 number, 7,491

**3/9/2023 8:20 PM**

Nicholas Warren (NLVWarren)

I wonder if my data person got the elections mixed up

**3/9/2023 8:49 PM**

Florida Data Geek ⬆ ᵁᴬ (MappingFL)

hmmm yeah maybe.  cause 10k seems more like a presidential cycle

**3/10/2023 11:10 AM**

Nicholas Warren (NLVWarren)

and that 13,815 reg # includes inactive?

**3/10/2023 11:30 AM**

Nicholas Warren (NLVWarren)

okay I think I figured it out

**3/10/2023 11:31 AM**

Nicholas Warren (NLVWarren)

Lordy. In their District 5, registration is 48% Black, 50% white

**3/10/2023 11:31 AM**

Nicholas Warren (NLVWarren)

2022 electorate was 59% white, 39% Black

**3/10/2023 11:22 PM**

Florida Data Geek ⬆ ᵁᴬ (MappingFL)

oh that sounds much more realistic.  god damn just terrible turnout

**3/10/2023 11:36 PM**

Nicholas Warren (NLVWarren)

Trying to redistrict it to 56% black reg. Would still have been just 50/50 in 2022 tho

**3/13/2023 9:37 AM**

Nicholas Warren (NLVWarren)

Why did Jefferson have such high turnout?

**3/13/2023 10:38 PM**
Florida Data Geek 🔲 ᴜᴀ (MappingFL)

you know im not sure.  jefferson  turnout is only narrowly behind sumter with turnout (using both inactive and active).   they just did a good job turning there 20 voters out i guess

**3/20/2023 9:40 AM**
Florida Data Geek 🔲 ᴜᴀ (MappingFL)





https://twitter.com/mappingfl/status/1637810958625021955?
s=46&t=g4gsyWQmHkMx0cQMmXw5pA
https://twitter.com/MappingFL/status/1637810958625021955
Link title: Florida Data Geek 🔲 ᴜᴀ on Twitter
Link description: "Issue #100 of the MCIMAPS substack

How Ron DeSantis' racial gerrymander robbed North Florida black voters of congressional representation. Many of whom trace their heritage back to the slave plantations

An unprecedented backslide

https://t.co/EXXn06BmyF

#flapol #sayfie"
Link title: Florida Data Geek 🔲 ᴜᴀ on Twitter
Link description: "Issue #100 of the MCIMAPS substack

How Ron DeSantis' racial gerrymander robbed North Florida black voters of congressional representation. Many of whom trace their heritage back to the slave plantations

An unprecedented backslide

https://t.co/EXXn06BmyF

#flapol #sayfie"
https://t.co/fYgVV8jSF0 https://t.co/ajVcZNJgi6

**3/22/2023 10:30 AM**
Nicholas Warren (NLVWarren)

your legend on the blank ballot map in Jax at large 1 is flipped, right?

**3/22/2023 10:50 AM**
Florida Data Geek 🔲 ᴜᴀ (MappingFL)

Ugh yeah messed that up. Should have been a legend that was 20% to 0%. Basically the % I actually did was share of city 1 ballots actually filled out. So lower number = more blank. That legend is confusing.

**3/22/2023 10:53 AM**
Nicholas Warren (NLVWarren)

The colors are reversed too

**3/22/2023 7:16 PM**

Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1638680668187295744
Link title: Nicholas Warren on Twitter
Link description: "I did not have "Libertarian Eric Parker wins majority support of Black voters, and John Phillips doesn't" on my Duval First Election bingo card"
https://t.co/JoIwJlv1HB

**3/22/2023 7:22 PM**

Nicholas Warren (NLVWarren)

Love how Freeman untagged himself from my tweet

**3/22/2023 7:22 PM**

Florida Data Geek ⬆ UA (MappingFL)

lol = im embedding the top tweet in my substack

**3/22/2023 7:22 PM**

Florida Data Geek ⬆ UA (MappingFL)

LOLOL omg

2389 total messages and 114 total images.