UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KETO NORD HODGES, MEIKO SEYMOUR, JARVIS EL-AMIN, JENNIFER GARCIA and JACQUELINE AZIS,

    Plaintiffs,

v.                                        Case No: 8:24-cv-879-CEH-UAM

KATHLEEN PASSIDOMO and CORD BYRD,

    Defendants.
_____

**ORDER**

This matter comes before the Court on its Case Management and Scheduling Order, which directed the parties to "confer and agree upon a Court approved mediator." Doc. 37 at 1. Instead, the parties filed a joint notice indicating that they were "unable to agree on a mediator and thus ask the Court to appoint one." Doc. 40.

The Court will grant the request[1] to the extent that it will consider mediators identified by the parties. The Court will consider mediators who are not on the Middle District of Florida's list of certified mediators.

Accordingly, it is **ORDERED**:

---

[1] The parties are reminded that the Local Rules of the Middle District of Florida require requests for relief from the Court to take the form of a motion that complies with Local Rule 3.01(a). *See* M.D. Fla. Local Rule 3.01(k).

1. The parties shall provide a joint list of four proposed mediators, which shall include two mediators identified by Plaintiffs and two mediators identified by Defendants, within **FOURTEEN (14) DAYS** from the date of this Order. The list shall not specify whether Plaintiffs or Defendants submitted the names.

2. The Court will consider the mediators proposed by the parties, but may also consider and appoint a mediator not identified by the parties.

**DONE** and **ORDERED** in Tampa, Florida on September 19, 2024.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties