IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KÉTO NORD HODGES, *et al.*,

    *Plaintiffs*,

v.

KATHLEEN PASSIDOMO, in her official capacity as President of the Florida Senate, *et al.*,

    *Defendants*.

_____/

Case No. 8:24-cv-879

## PLAINTIFFS' NOTICE OF FILING EXHIBIT A TO THEIR RESPONSE IN OPPOSITION TO DEFENDANT SECRETARY OF STATE'S MOTION REGARDING THE SUFFICIENCY OF PLAINTIFFS' DISCOVERY OBJECTIONS

Plaintiffs hereby give notice to the Court and all interested parties of filing the attached "Exhibit A" to their Response in Opposition to Defendant Secretary of State's Motion Regarding the Sufficiency of Plaintiffs' Discovery Objections (ECF No. 50), which was inadvertently omitted from the filing.

Respectfully submitted September 30, 2024

*/s/ James Michael Shaw, Jr.*

| | |
|---|---|
| Nicholas L.V. Warren (FBN 1019018) **ACLU Foundation of Florida** 1809 Art Museum Drive, Suite 203 Jacksonville, FL 32207 (786) 363-1769 nwarren@aclufl.org | Deborah N. Archer* David Chen* **Civil Rights & Racial Justice Clinic Washington Square Legal Services, Inc.** 245 Sullivan Street New York, NY 10012 (212) 998-6473 deborah.archer@nyu.edu davidchen@nyu.edu |
| Daniel B. Tilley (FBN 102882) Caroline A. McNamara (FBN 1038312) **ACLU Foundation of Florida** 4343 West Flagler Street, Suite 400 Miami, FL 33134 (786) 363-2714 dtilley@aclufl.org cmcnamara@aclufl.org | James Michael Shaw, Jr. (FBN 677851) Naomi Robertson (FBN 1032076) **Butler Weihmuller Katz Craig LLP** 400 North Ashley Drive, Suite 2300 Tampa, FL 33602 (813) 281-1900 jshaw@butler.legal nrobertson@butler.legal |
| * *Special admission* | |

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on September 30, 2024, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

                                                   s/James Michael Shaw, Jr.
                                                   JAMES MICHAEL SHAW, JR., ESQ.