**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

KÉTO NORD HODGES, *et al.*,

    *Plaintiffs*,

v.

KATHLEEN PASSIDOMO, in her official
capacity as President of the Florida Senate,
*et al.*,

    *Defendants*.

_____/

Case No. 8:24-cv-879

**JOINT RESPONSE TO ORDER RE MEDIATOR SELECTION**

On September 19, 2024, the Court ordered the Parties to "provide a joint list of four proposed mediators, which shall include two mediators identified by Plaintiffs and two mediators identified by Defendants." ECF No. 46 at 2. In response to this Order, the Parties provide the following list, without specifying which names are submitted by which Parties:

1. Terry P. Lewis, Messer Caparello, P.A.

2. Michael Hanzman, Bilzin Sumberg, L.L.P.

3. James R. Wolf, O'Steen & O'Steen, P.L.

4. Charles Dodson, O'Steen & O'Steen, P.L.

Respectfully submitted October 3, 2024,

/s/ Caroline A. McNamara

Nicholas L.V. Warren (FBN 1019018)
**ACLU Foundation of Florida**

/s/ Daniel E. Nordby

Ricky L. Polston (FBN 648906)
Daniel E. Nordby (FBN 14588)

1

1809 Art Museum Drive, Suite 203
Jacksonville, FL 32207
(786) 363-1769
nwarren@aclufl.org

Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org
cmcnamara@aclufl.org

Deborah N. Archer*
David Chen*
**Civil Rights & Racial Justice Clinic**
**Washington Square Legal Services, Inc.**
245 Sullivan Street
New York, NY 10012
(212) 998-6473
deborah.archer@nyu.edu
davidchen@nyu.edu

James Michael Shaw, Jr. (FBN 677851)
Naomi Robertson (FBN 1032076)
**Butler Weihmuller Katz Craig LLP**
400 North Ashley Drive, Suite 2300
Tampa, FL 33602
(813) 281-1900
jshaw@butler.legal
nrobertson@butler.legal

* *Special admission*

*Counsel for Plaintiffs*

Alyssa L. Cory (FBN 81977)
Kassandra S. Reardon (FBN 1033220)
**Shutts & Bowen LLP**
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
(850) 241-1717
RPolston@shutts.com
DNordby@shutts.com
ACory@shutts.com
KReardon@shutts.com

Carlos Rey (FBN 11648)
**Florida Senate**
404 South Monroe Street
Tallahassee, Florida 32399
(850) 487-5855
Rey.Carlos@flsenate.gov

*Counsel for Defendant Senate President*
*Kathleen Passidomo*

 /s/ *Mohammad O. Jazil*

Bradley R. McVay (FBN 79034)
Joseph S. Van de Bogart (FBN 84764)
Ashley Davis (FBN 48032)
**Florida Department of State**
R.A. Gray Building
500 S. Bronough St.
Tallahassee, FL 32399
(850) 245-6536
brad.mcvay@dos.myflorida.com
joseph.vandebogart@dos.myflorida.com
ashley.davis@dos.myflorida.com

Mohammad O. Jazil (FBN 72556)
Michael Beato (FBN 1017715)
**Holtzman Vogel Baran Torchinsky &**
**Josefiak**
119 S. Monroe St. Suite 500
Tallahassee, FL 32301
(850) 270-5938

2

mjazil@holtzmanvogel.com
mbeato@holtzmanvogel.com
zbennington@holtzmanvogel.com

*Counsel for Defendant Secretary of State Cord Byrd*

3