IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KÉTO NORD HODGES, *et al.*,

    *Plaintiffs*,

v.

KATHLEEN PASSIDOMO, in her official capacity as President of the Florida Senate, *et al.*,

    *Defendants.*

                           /

Case No. 8:24-cv-879

### **PLAINTIFFS' NOTICE OF DEPOSITION OF MARY ADKINS**

Please take notice that, pursuant to Fed. R. Civ. P. 30, Plaintiffs will take the deposition of Mary Adkins. The deposition be recorded stenographically and videographically before a person who is authorized by law pursuant to Rule 28. The deposition will commence at **9:00 AM on November 8, 2024** and will continue from day to day until completed. By consent of the parties and witness, the deposition will be taken by remote videoconference means. The videoconference information will be shared before the deposition.

This deposition will be taken for the purpose of discovery, for use as evidence, and for such other uses and purposes as are permitted under the Federal Rules of Civil Procedure and other applicable law.

Dated October 9, 2024.               */s/ Nicholas L.V. Warren*

Nicholas L.V. Warren (FBN 1019018)     Deborah N. Archer\*
**ACLU Foundation of Florida**                David Chen\*

1

1809 Art Museum Drive, Suite 203
Jacksonville, FL 32207
(786) 363-1769
nwarren@aclufl.org

Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org
cmcnamara@aclufl.org


*\* Special admission*

**Civil Rights & Racial Justice Clinic**
**Washington Square Legal Services, Inc.**
245 Sullivan Street
New York, NY 10012
(212) 998-6473
deborah.archer@nyu.edu
davidchen@nyu.edu

James Michael Shaw, Jr. (FBN 677851)
Naomi Robertson (FBN 1032076)
**Butler Weihmuller Katz Craig LLP**
400 North Ashley Drive, Suite 2300
Tampa, FL 33602
(813) 281-1900
jshaw@butler.legal
nrobertson@butler.legal

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KÉTO NORD HODGES, *et al.*,

    *Plaintiffs*,

v.

KATHLEEN PASSIDOMO, in her official capacity as President of the Florida Senate, *et al.*,

    *Defendants*.
_____/

Case No. 8:24-cv-879

## **PLAINTIFFS' NOTICE OF DEPOSITION OF DR. SEAN TRENDE**

Please take notice that, pursuant to Fed. R. Civ. P. 30, Plaintiffs will take the deposition of Dr. Sean Trende. The deposition be recorded stenographically and videographically before a person who is authorized by law pursuant to Rule 28. The deposition will commence at **10:00 AM on November 25, 2024** and will continue from day to day until completed. By consent of the parties and witness, the deposition will be taken by remote videoconference means. The videoconference information will be shared before the deposition.

This deposition will be taken for the purpose of discovery, for use as evidence, and for such other uses and purposes as are permitted under the Federal Rules of Civil Procedure and other applicable law.

Dated October 9, 2024.

                                    */s/ Nicholas L.V. Warren*

Nicholas L.V. Warren (FBN 1019018)    Deborah N. Archer*
**ACLU Foundation of Florida**             David Chen*

1

<div style="columns:2">

1809 Art Museum Drive, Suite 203
Jacksonville, FL 32207
(786) 363-1769
nwarren@aclufl.org

Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org
cmcnamara@aclufl.org


\* *Special admission*

**Civil Rights & Racial Justice Clinic**
**Washington Square Legal Services, Inc.**
245 Sullivan Street
New York, NY 10012
(212) 998-6473
deborah.archer@nyu.edu
davidchen@nyu.edu

James Michael Shaw, Jr. (FBN 677851)
Naomi Robertson (FBN 1032076)
**Butler Weihmuller Katz Craig LLP**
400 North Ashley Drive, Suite 2300
Tampa, FL 33602
(813) 281-1900
jshaw@butler.legal
nrobertson@butler.legal

</div>

*Counsel for Plaintiffs*

2