# Exhibit 1

Outlook

### RE: Nord Hodges - DOS 30(b)(6) deposition scheduling

| | |
|---|---|
| **From** | Michael Beato <mbeato@HoltzmanVogel.com> |
| **Date** | Tue 10/1/24 4:04 PM |
| **To** | Nicholas Warren <NWarren@aclufl.org> |
| **Cc** | Mohammad O. Jazil <mjazil@holtzmanvogel.com>; DOS - Ashley Davis <ashley.davis@dos.myflorida.com>; McVay, Brad R. <brad.mcvay@dos.myflorida.com>; DOS - Joseph VandeBogart <joseph.vandebogart@dos.myflorida.com>; Zack Bennington <zbennington@HoltzmanVogel.com>; Carrie McNamara <CMcNamara@aclufl.org>; David Chen <davidchen@nyu.edu> |

With respect, we will make our witness available at our office. We will give you reasonable accommodations and provide lunch.

**Michael Beato**
*Associate*
**Holtzman Vogel**
Office:   850.270.5938
Mobile:  561.724.3883
mbeato@HoltzmanVogel.com // www.HoltzmanVogel.com

**From:** Nicholas Warren <NWarren@aclufl.org>
**Sent:** Tuesday, October 1, 2024 4:00 PM
**To:** Michael Beato <mbeato@HoltzmanVogel.com>
**Cc:** Mohammad O. Jazil <mjazil@holtzmanvogel.com>; DOS - Ashley Davis <ashley.davis@dos.myflorida.com>; McVay, Brad R. <brad.mcvay@dos.myflorida.com>; DOS - Joseph VandeBogart <joseph.vandebogart@dos.myflorida.com>; Zack Bennington <zbennington@holtzmanvogel.com>; Carrie McNamara <CMcNamara@aclufl.org>; David Chen <davidchen@nyu.edu>
**Subject:** Re: Nord Hodges - DOS 30(b)(6) deposition scheduling

Great, thanks Michael. We will send out a notice for the DOS deposition for Dec. 2, at the ACLU office around the corner from yours.

Best,
Nick

**From:** Michael Beato <mbeato@HoltzmanVogel.com>
**Sent:** Tuesday, October 1, 2024 3:57 PM
**To:** Nicholas Warren <NWarren@aclufl.org>
**Cc:** Mohammad O. Jazil <mjazil@holtzmanvogel.com>; DOS - Ashley Davis <ashley.davis@dos.myflorida.com>; McVay, Brad R. <brad.mcvay@dos.myflorida.com>; DOS - Joseph VandeBogart <joseph.vandebogart@dos.myflorida.com>; Zack Bennington <zbennington@HoltzmanVogel.com>; Carrie McNamara <CMcNamara@aclufl.org>; David Chen <davidchen@nyu.edu>
**Subject:** RE: Nord Hodges - DOS 30(b)(6) deposition scheduling

And as for the deposition with a DOS rep, December 2 would work for us at the HV office in Tallahassee.

**Michael Beato**
*Associate*
**Holtzman Vogel**
Office:   850.270.5938
Mobile:   561.724.3883
mbeato@HoltzmanVogel.com // www.HoltzmanVogel.com