# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

# CLERK'S MINUTES

| CASE NO.: | 8:24-cv-879-CEH-TPB-ALB-AEP | DATE: | October 24, 2024 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **KETO NORD HODGES, et al.**<br><br>           **Plaintiff,**<br><br>v.<br><br>**KATHLEEN PASSIDOMO, et al.**<br>           **Defendant** | | **PLAINTIFF COUNSEL**<br>James Shaw, Caroline McNamara | |
| | | **DEFENSE COUNSEL**<br>Mohammad Jazil, Joseph Van de Bogart, Michael Beato (deft Byrd)<br>Carlos Rey, Daniel Nordby (deft Passidomo) | |
| **COURT REPORTER:** Bill Jones and DIGITAL | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME**: 1:00 to 1:32        **TOTAL**: 32 min | | **COURTROOM:** | 10A |

**PROCEEDINGS:**        MOTION HEARING – via zoom

MOTION Regarding the Sufficiency of Plaintiff's discovery Objections and Memorandum by Cord Byrd. (dkt #45) Response #50.

Oral argument heard.

Court orders motion granted.   Order to be entered.