IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KETO NORD HODGES, et al.,

   *Plaintiffs*,

   v.                                        Case No. 8:24-cv-879

KATHLEEN PASSIDOMO, et al.,

   *Defendants*.

_____/

## SUPPLEMENTAL ATTACHMENTS IN SUPPORT OF THE SECRETARY'S MOTION FOR A RULE 26(C) PROTECTIVE ORDER

Defendant Secretary of State Cord Byrd provides this Court with additional attachments in support of his motion for a protective order and fees. Doc.54 (filed October 10, 2024). On October 25, 2024, Plaintiffs noticed Defendant Florida Senate's 30(b)(6) witness deposition to take place at the Senate's outside counsel's office in Tallahassee, Shutts & Bowen LLP, 215 South Monroe Street, Suite 804, Tallahassee, Florida 32301. **Attachment 1** (notice). With that, Plaintiffs noticed the following defense-aligned witnesses in the following locations:

| Defense-Aligned Witnesses | Deposition Locations |
|---|---|
| Dr. Sean Trende | Zoom |
| Dr. Stephen Voss | Zoom |
| Prof. Mary Adkins | Zoom |
| Senate 30(b)(6) | Senate's Outside Counsel's Office Shutts & Bowen LLP 215 South Monroe Street, Suite 804 Tallahassee, Florida 32301 |

1

| | |
|---|---|
| Secretary 30(b)(6) | ACLU Office<br>336 East College Avenue, Suite 203<br>Tallahassee, Florida 32301 |

Attempts to resolve this dispute, in light of the most recent deposition notice, have gone unanswered. **Attachment 2** (correspondence on October 25, 2024).

October 29, 2024

/s/ Michael Beato
Mohammad O. Jazil (FBN 72556)
mjazil@holtzmanvogel.com
Michael Beato (FBN 1017715)
mbeato@holtzmanvogel.com
zbennington@holtzmanvogel.com
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK
119 S. Monroe St. Suite 500
Tallahassee, FL 32301
(850) 270-5938

Bradley R. McVay (FBN 79034)
brad.mcvay@dos.myflorida.com
Joseph S. Van de Bogart (FBN 84764)
joseph.vandebogart@dos.myflorida.com
Ashley Davis (FBN 48032)
ashley.davis@dos.myflorida.com
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building
500 S. Bronough St.
Tallahassee, FL 32399
(850) 245-6536

**Certificate of Compliance**

I certify that this motion complies with the typography requirements of Local Rule 1.08, and that it complies with Local Rule 3.01(a)'s page requirements.

<u>/s/ Michael Beato</u>

**Certificate of Service**

I certify that on October 29, 2024, the foregoing was electronically served on all counsel of record.

<u>/s/ Michael Beato</u>