IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KÉTO NORD HODGES, *et al.*,

    *Plaintiffs*,

v.

KATHLEEN PASSIDOMO, in her official capacity as President of the Florida Senate, *et al.*,

    *Defendants*.

_____/

Case No. 8:24-cv-879

## PLAINTIFFS' NOTICE OF RULE 30(b)(6) DEPOSITION OF THE FLORIDA SENATE

Please take notice that, pursuant to Fed. R. Civ. P. 30(b)(6), Plaintiffs will take the deposition of the **Florida Senate** upon the topics set forth in **Schedule A**. The deposition will commence at **9:30 AM on November 15, 2024, at the offices of the Shutts & Bowen LLP, 215 S. Monroe Street, Suite 804, Tallahassee, Florida 32301**; will be recorded stenographically before a person authorized by law pursuant to Rule 28; will continue from day to day until completed; and is being taken for the purpose of discovery, for use as evidence, and for such other uses and purposes as are permitted under the Federal Rules of Civil Procedure and other applicable law.

The Florida Senate must designate one or more officers, directors, or managing agents, or other persons who consent to do so, to testify on its behalf and may state the matters on which each person designated will testify. The person(s) so designated must testify about matters known or reasonably available to the organization.

1

Dated October 25, 2024.     /s/ Caroline A. McNamara

| | |
|---|---|
| Nicholas L.V. Warren (FBN 1019018)<br>Daniel B. Tilley (FBN 102882)<br>Caroline A. McNamara (FBN 1038312)<br>**ACLU Foundation of Florida**<br>4343 West Flagler Street, Suite 400<br>Miami, FL 33134<br>(786) 363-1769<br>nwarren@aclufl.org<br>dtilley@aclufl.org<br>cmcnamara@aclufl.org<br><br>\* *Special admission* | Deborah N. Archer\*<br>David Chen\*<br>**Civil Rights & Racial Justice Clinic**<br>**Washington Square Legal Services, Inc.**<br>245 Sullivan Street<br>New York, NY 10012<br>(212) 998-6473<br>deborah.archer@nyu.edu<br>davidchen@nyu.edu<br><br>James Michael Shaw, Jr. (FBN 677851)<br>Naomi Robertson (FBN 1032076)<br>**Butler Weihmuller Katz Craig LLP**<br>400 North Ashley Drive, Suite 2300<br>Tampa, FL 33602<br>(813) 281-1900<br>jshaw@butler.legal<br>nrobertson@butler.legal<br><br>*Counsel for Plaintiffs* |

## SCHEDULE A

### Rule 30(b)(6) Topics
### for Deposition of the Florida Senate

1. The development of the 2022 Senate plan, including:

   a. the policies, procedures, and processes by which the plan was developed,

   b. the data and software used to develop the plan,

   c. the consideration of alternatives in the development of the plan,

   d. the criteria and considerations used to develop the plan, and

   e. the objectives that the Senate, senators, and Senate staff had in drawing the plan.

2. The development of Senate plans from July to November 2015.

3. Each state interest, if any, that the Senate believes justifies the use of race.

4. The Senate's responses and objections to:

   a. Plaintiffs' First Set of Requests for Admission

   b. Plaintiffs' First Set of Interrogatories

5. The facts supporting the Senate's first and second affirmative defenses.

6. The documents the Senate has produced in this case, including the Senate's assertions of privilege over documents it has not produced.

7. The witnesses and subjects of information listed on the Senate's initial disclosures.