| | |
|---|---|
| **From:** | Michael Beato |
| **To:** | Carrie McNamara; Nwarren@aclufl.Org; Tampa Bay Counsel; David Chen |
| **Cc:** | Daniel Nordby; Alyssa Cory; Shutts - KReardon; rpolston@shutts.com; Carlos Rey; Mohammad O. Jazil; DOS - Ashley Davis; McVay, Brad R.; DOS - Joseph VandeBogart; Zack Bennington |
| **Subject:** | Hodges v. Passidomo |
| **Date:** | Friday, October 25, 2024 4:58:50 PM |
| **Attachments:** | image458276.png |
| | image490407.png |
| | image069508.png |
| | image632051.png |
| | Nord - Senate 30b6 Deposition Notice.pdf |

Good afternoon, counsel,

I write to follow up on the pending issue of the location of the Secretary's 30(b)(6) deposition, in light of Plaintiffs' notice of the Senate's 30(b)(6) deposition. (Attached).

Plaintiffs are taking the Senate's 30(b)(6) deposition at the Senate's outside counsel's law firm office in Tallahassee, however, Plaintiffs rejected an offer to have the Secretary's 30(b)(6) deposition at the R.A. Gray Building in Tallahassee (the principal place of business for the Department of State), rejected an offer to have it at the Secretary's outside counsel's law firm office in Tallahassee, and rejected an offer to have a Zoom deposition (even though the Secretary's expert witnesses, Dr. Voss, Dr. Trende, and Prof. Adkins, are being deposed over Zoom).

Please consider this an attempt to resolve this matter, absent additional judicial intervention.



**Michael Beato**
*Associate*
**Tallahassee,FL**

m 561.724.3883
o 850.270.5938

email   bio   in

**Holtzman Vogel**
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC

DC · VA · FL · AZ · NY   holtzmanvogel.com    

**PRIVILEGED AND CONFIDENTIAL**
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address. Thank you.

**DISCLAIMER**
Any accounting, business or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties. If desired, Holtzman Vogel Baran Torchinsky & Josefiak PLLC would be pleased to perform the requisite research and provide you with a detailed written analysis. Such an engagement may be the subject of a separate engagement letter that would define the scope and limits of the desired consultation services.