IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KETO NORD HODGES, et al.,

   *Plaintiffs*,

v.                                           Case No. 8:24-cv-879

KATHLEEN PASSIDOMO, et al.,

   *Defendants*.

_____/

## NOTICE OF WITHDRAWING THE SECRETARY'S MOTION FOR A RULE 26(C) PROTECTIVE ORDER

Under Local Rule 3.09(a), and Middle District Discovery Rule I(A)(5), Defendant Secretary of State Cord Byrd notifies this Court that Plaintiffs and the Secretary have resolved their dispute over the location of the Secretary's 30(b)(6) witness. The witness will now be deposed "by remote videoconference means." **Attachment 1** (notice). The Secretary withdraws his motion for a Rule 26(c) protective order, Doc.54, which also renders the November 4, 2024 hearing moot, Doc.59.

1

October 31, 2024

/s/ Michael Beato
Mohammad O. Jazil (FBN 72556)
mjazil@holtzmanvogel.com
Michael Beato (FBN 1017715)
mbeato@holtzmanvogel.com
zbennington@holtzmanvogel.com
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St. Suite 500
Tallahassee, FL 32301
(850) 270-5938

Bradley R. McVay (FBN 79034)
brad.mcvay@dos.myflorida.com
Joseph S. Van de Bogart (FBN 84764)
joseph.vandebogart@dos.myflorida.com
Ashley Davis (FBN 48032)
ashley.davis@dos.myflorida.com
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building
500 S. Bronough St.
Tallahassee, FL 32399
(850) 245-6536

## Certificate of Compliance

I certify that this notice complies with the typography requirements of Local Rule 1.08, and that it complies with Local Rule 3.01(a)'s page requirements.

/s/ Michael Beato

## Certificate of Service

I certify that on October 31, 2024, the foregoing was electronically served on all counsel of record.

/s/ Michael Beato