IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KÉTO NORD HODGES, *et al.*,

    *Plaintiffs*,

v.

KATHLEEN PASSIDOMO, in her official capacity as President of the Florida Senate, *et al.*,

    *Defendants*.

_____/

Case No. 8:24-cv-879

### PLAINTIFFS' AMENDED NOTICE OF RULE 30(b)(6) DEPOSITION OF FLORIDA DEPARTMENT OF STATE

Please take notice that Plaintiffs will take the deposition of the **Florida Department of State** pursuant to Federal Rule of Civil Procedure 30(b)(6) upon the topics set forth in **Schedule A**. The deposition will be recorded stenographically and videographically before a person who is authorized by law under Rule 28. The deposition will commence at **9:00 AM on December 2, 2024**, and will continue from day to day thereafter until completed. By consent of the parties and witness, the deposition will be taken by remote videoconference means. The videoconference information will be shared before the deposition.

The Florida Department of State is required to designate one or more officers, directors, or managing agents, or other persons who consent to do so, to testify on its behalf and may state the matters on which each person designated will testify. The person(s) so designated must testify about matters known or reasonably available to

1

the organization.

This deposition will be taken for the purpose of discovery, for use as evidence, and for such other uses and purposes as are permitted under the Federal Rules of Civil Procedure and other applicable law.

Dated October 31, 2024.

Nicholas L.V. Warren (FBN 1019018)
Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
dtilley@aclufl.org
cmcnamara@aclufl.org

James Michael Shaw, Jr. (FBN 677851)
Naomi Robertson (FBN 1032076)
**Butler Weihmuller Katz Craig LLP**
400 North Ashley Drive, Suite 2300
Tampa, FL 33602
(813) 281-1900
jshaw@butler.legal
nrobertson@butler.legal

   /s/ Nicholas L.V. Warren

Deborah N. Archer*
David Chen*
**Civil Rights & Racial Justice Clinic**
**Washington Square Legal Services, Inc.**
245 Sullivan Street
New York, NY 10012
(212) 998-6473
deborah.archer@nyu.edu
davidchen@nyu.edu

* *Special admission*

*Counsel for Plaintiffs*

2

# SCHEDULE A

## Rule 30(b)(6) Topics
## for Deposition of the Florida Department of State

1. The administration of elections for the Florida Legislature, including:

   a. the cost and burdens of holding special elections, and

   b. the implementation of new legislative redistricting plans by state and local elections administrators.

2. The implementation of Florida's legislative and congressional redistricting plans in 2022.

3. Each state interest, if any, that the Department of State believes justifies any use of race.

4. The Secretary's responses and objections to:

   a. Plaintiffs' First Set of Requests for Admission

   b. Plaintiffs' First Set of Interrogatories

5. The facts supporting the Secretary's first affirmative defense.

6. The witnesses and subjects of information listed on the Secretary's initial disclosures.