IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KÉTO NORD HODGES, et al.,

    *Plaintiffs*,

v.                                                             Case No: 8:24-cv-879

KATHLEEN PASSIDOMO, et al.,

    *Defendants*.
_____/

## NOTICE OF APPEARANCE

Denise M. Harle gives notice of her appearance in this action on behalf of Senate President Kathleen Passidomo, in her official capacity, and requests that all papers filed in this case be served on her.

Dated: November 12, 2024

                                                  Respectfully submitted,

                                                  */s/ Denise M. Harle*
                                                  DENISE M. HARLE (FBN 81977)
                                                  **SHUTTS & BOWEN LLP**
                                                  215 South Monroe Street, Suite 804
                                                  Tallahassee, Florida 32301
                                                  (850) 241-1717
                                                  *DHarle@shutts.com*

*Counsel for Kathleen Passidomo,
in her official capacity as President of the Florida Senate*

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2024, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

*/s/ Denise M. Harle*
Attorney