IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KÉTO NORD HODGES, et al.,

    *Plaintiffs*,

v.                                                        Case No. 8:24-cv-879

KATHLEEN PASSIDOMO, et al.,

    *Defendants*.

_____/

## **NOTICE OF APPEARANCE**

Randall M. Raban gives notice of his appearance on behalf of CORD BYRD, in his official capacity as Florida Secretary of State, in the above-styled action, and requests that all papers filed in this case be served upon him.

Dated: November 14, 2024                Respectfully submitted,

                                                          */s/ Randall M. Raban*
                                                          Randall M. Raban (FBN 1055100)
                                                          rraban@holtzmanvogel.com
                                                          zbennington@holtzmanvogel.com
                                                          Holtzman Vogel Baran
                                                          Torchinsky & Josefiak PLLC
                                                          119 S. Monroe St. Suite 500
                                                         Tallahassee, FL 32301
                                                          (850) 270-5938

                                                          *Counsel for the Secretary*

## **CERTIFICATE OF SERVICE**

I certify that on November 14, 2024, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Randall M. Raban
Randall M. Raban