# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

KETO NORD HODGES, MEIKO
SEYMOUR, JARVIS EL-AMIN,
JENNIFER GARCIA and
JACQUELINE AZIS,

    Plaintiffs,

v.                        Case No: 8:24-cv-879-CEH-UAM

KATHLEEN PASSIDOMO and
CORD BYRD,

    Defendants.

## ORDER

This matter comes before the Court on the parties' Joint Response (Doc. 52) to this Court's September 19, 2024 Order directing them to provide a joint list of four proposed mediators (Doc. 46). The parties had previously asked the Court to appoint a mediator because they were unable to agree on one (Doc. 40). Now, having reviewed the parties' proposed mediators, it is **ORDERED**:

1. The Court appoints Michael Hanzman, Bilzin Sumberg, L.L.P. as mediator for this action.

2. Within **FOURTEEN (14) DAYS** of the date of this Order, Designated Lead Counsel, Nicholas Warren, must file a notice indicating the date of the mediation.

3. The parties must mediate no later than **May 9, 2025**.

4. The parties and mediator must comply with the mediation procedures set forth in the Local Rules of the Middle District of Florida and Section IV of the Case Management and Scheduling Order (Doc. 37, pp. 11-13).

**DONE** and **ORDERED** in Tampa, Florida on November 21, 2024.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record; Unrepresented Parties (if any)