IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KETO NORD HODGES, et al.,

   *Plaintiffs*,

v.                                      Case No. 8:24-cv-879

BEN ALBRITTON, et al.,

   *Defendants*.

_____/

**JOINT RESPONSE IN OPPOSITION TO
MOTION TO ENFORCE LOCAL RULE 4.02(D)**

Senate President Albritton and Secretary Byrd jointly oppose Plaintiffs' motion to enforce Local Rule 4.02(d)'s requirement regarding reasonable mediation fees. Doc.68. Simply put, Michael Hanzman is a reasonable mediator choice and has a reasonable mediation fee.

Mr. Hanzman has valuable experience overseeing significant and complex cases. Before becoming a mediator, he was a state circuit court judge and presided over the Surfside condominium litigation. Since becoming a mediator, he obtained settlements in complex constitutional cases, such as *Emerson v. Florida Department of Revenue*, 2021-ca-487 (Fla. 2d Jud. Cir. 2021) (class action concerning taxes), and *Florida Rights Restoration Coalition v. DeSantis*, 23-cv-22688 (S.D. Fla. 2023) (concerning felon voting).

As such, Mr. Hanzman ordinarily has a $25,000 mediation fee, which "covers all preparation time (review of file and mediation statements), pre-mediation conferences with counsel, and one full day session no matter how late the finish." **Attachment A** (email communications with mediator and parties). After Plaintiffs asked for a discounted fee, Mr. Hanzman lowered it to $12,500. Split between Plaintiffs, Senate President Albritton, and Secretary Byrd, that's $4,166.67 per party. Plaintiffs then requested remote mediation, which would eliminate "travel costs." Senate President Albritton and Secretary Byrd didn't oppose that request. Doc.68 at 2 n.2.

Requiring Plaintiffs to pay $4,166.67 isn't unreasonable. This is a significant, complex, constitutional case that shouldn't be mediated on a budget. With respect, this isn't a case simply dealing with the Federal Communications Act, *J & J Sports Prod., Inc. v. Shobola*, 8:07-cv-1845, Doc.1-1 (M.D. Fla. Oct. 10, 2007), or insurance, *Borrego v. Geovera Specialty Ins., Co.*, 6:22-cv-483, Doc.1 (M.D. Fla. March 7, 2022). Mediation, overseen by Mr. Hanzman, could resolve this case, which would save all parties hundreds of thousands of dollars in litigation expenses. It happened in *Emerson* and *Florida Rights Restoration Coalition*.

Plus, Plaintiffs' impecuniousness is unfounded. One of their two experts is charging them "$475 per hour for pre-trial work and $600 for trial-related work." **Attachment B** (excerpt of Dr. Barreto expert report). And the American Civil Liberties Union Foundation of Florida, Inc., which is providing the bulk of

Plaintiffs' attorneys in this case, presumably pro bono, and picking up the tab for Plaintiffs' experts, has millions of dollars in net fund balances. **Attachment C** (form 990).

    Senate President Albritton and Secretary Byrd accordingly ask this Court to deny Plaintiffs' motion.

<div style="column:1">

December 2, 2024

/s/ Mohammad O. Jazil
Mohammad O. Jazil (FBN 72556)
mjazil@holtzmanvogel.com
Michael Beato (FBN 1017715)
mbeato@holtzmanvogel.com
zbennington@holtzmanvogel.com
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe Street, Suite 500
Tallahassee, Florida 32301
(850) 270-5938

Bradley R. McVay (FBN 79034)
brad.mcvay@dos.myflorida.com
Joseph S. Van de Bogart (FBN 84764)
joseph.vandebogart@dos.myflorida.com
Ashley Davis (FBN 48032)
ashley.davis@dos.myflorida.com
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building
500 S. Bronough Street
Tallahassee, Florida 32399
(850) 245-6536

*Counsel for the Secretary*

</div>

<div style="column:2">

Respectfully submitted by,

/s/ Daniel Nordby
Ricky L. Polston (FBN 648906)
Daniel E. Nordby (FBN 14588)
Tara R. Price (FBN 98073)
Alyssa L. Cory (FBN 81977)
Kassandra S. Reardon (FBN 1033220)
SHUTTS & BOWEN LLP
215 S. Monroe Street, Suite 804
Tallahassee, Florida 32301
(850) 241-1717
RPolston@shutts.com
DNordby@shutts.com
TPrice@shutts.com
ACory@shutts.com
KReardon@shutts.com

Carlos Rey (FBN 11648)
FLORIDA SENATE
404 South Monroe Street
Tallahassee, Florida 32399
(850) 487-5855
Rey.Carlos@flsenate.gov

*Counsel for Ben Albritton, in his official capacity as President of the Florida Senate*

</div>

4

## Certificate of Compliance

I certify that this response complies with the typography requirements of Local Rule 1.08, and that it complies with Local Rule 3.01(a)'s page requirements.

/s/ Mohammad O. Jazil

## Certificate of Service

I certify that on December 2, 2024, the foregoing was electronically served on all counsel of record.

/s/ Mohammad O. Jazil