| | |
|---|---|
| **From:** | Michael A. Hanzman |
| **To:** | Warren Nicholas |
| **Cc:** | Juan Bermudez; Mohammad O. Jazil; dnordby@shutts.com; Cory Alyssa; Shutts - KReardon; Rosenberger Tina M.; Shutts - TPrice; Harle Denise M.; Rey Carlos; Michael Beato; Randall Raban; DOS - Ashley Davis; brad.mcvay@dos.myflorida.com; DOS - Joseph VandeBogart; Zack Bennington; Chen David; McNamara Carrie; Shaw James; Juan Bermudez; Chen David; McNamara Carrie; Shaw James; DOS - Joseph VandeBogart |
| **Subject:** | Re: Nord Hodges v. Passidomo - mediation dates |
| **Date:** | Thursday, November 21, 2024 4:39:48 PM |

Ok, didn't realize the nature of the case Nick. When I mediate with public entities such as the State; County; City I do agree to discount my fee. Given that the Plaintiffs are represented pro bono, and the State is a Party, I will do the case for a flat $12.5k. But I certainly understand if you want to explore other options.
Sent from my iPhone

On Nov 21, 2024, at 4:34 PM, Nicholas Warren <NWarren@aclufl.org> wrote:

> **CAUTION: This message is from an EXTERNAL sender. Do not click on links or open attachments from senders you do not trust or emails you are not expecting.**

<!--[if !((ie)|(mso))]-->

> **CAUTION: This message is from an EXTERNAL sender. Do not click on links or open attachments from senders you do not trust or emails you are not expecting.**

<!--[endif]-->

Thank you, Judge Hanzman, I again appreciate the quick response. The plaintiffs are five individual voters pursuing civil rights claims against the state, represented pro bono. We will confer with the defendants and seek guidance from the court on how to proceed.

Best,
Nick

> On 21 Nov 2024, at 4:31 p.m., Michael A. Hanzman <MHanzman@bilzin.com> wrote:
>
> Hello Nick. There is no flexibility and I think you'd find it $$ well spent. But if it's not a significant case, or you just need to "check the box" to comply with an Order, you can definitely find less expensive routes. Hope we can work together on this one or another down the road.
> Sent from my iPhone
>
>> On Nov 21, 2024, at 4:27 PM, Nicholas Warren <NWarren@aclufl.org> wrote:
>>
>> **CAUTION: This message is from an EXTERNAL sender. Do not click on links or open attachments from senders you do not trust or emails you are not expecting.**

<!--[if !((ie)|(mso))]-->

> **CAUTION: This message is from an EXTERNAL sender. Do not click on links or open attachments from senders you do not trust or emails you are not expecting.**

<!--[endif]-->
Thank you, Mr. Bermudez, for your quick response.

What flexibility is there in the fee?

Best,
Nick

> On 21 Nov 2024, at 2:30 p.m., Juan Bermudez <Jbermudez@bilzin.com> wrote:
>
> > Some people who received this message don't often get email from jbermudez@bilzin.com. Learn why this is important
>
> Good afternoon Mr. Warren,
>
> In regards to your inquiry for mediation dates with Judge Hanzman, the Judge has the following availability within your time frame:
>
> March 3, 5, 10, 17, 19, 24, 26, 31
> April 2, 7, 9, 14, 21, 23, 28
> May 5, 7
>
> As to his mediation fee, Judge Hanzman charges a non-refundable flat mediation fee of $25,000 which covers all preparation time (review of file and mediation statements), pre-mediation conferences with counsel, and one full day session no matter how late the finish.
>
> Please let me know when you have narrowed a date down so I can re-confirm his availability as these dates were given to other parties. Please note that the foregoing dates are subject to change from day to day.
>
> Let me know if you require anything further.
>
> Best regards,
>
> ---
>
> <image001.jpg>

Juan Bermudez
Legal Assistant
**Bilzin Sumberg Baena Price & Axelrod LLP**
1450 Brickell Avenue, 23rd Floor
Miami, Florida 33131
www.bilzin.com

Tel 305.350.2440 x 3067
Direct Fax 305.374.7593
Jbermudez@bilzin.com

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in this message. If you have received this message in error, please advise the sender by reply e-mail or reply to info@bilzin.com, and delete the message.

The Firm is not responsible for government filings that may be required under the Corporate Transparency Act ("CTA"). Unless we have expressly agreed in writing to provide legal advice concerning the CTA, our engagement does not include any such advice.

Confidentiality Notice: This communication is for use by the intended recipient and contains information that may be privileged, confidential or copyrighted under applicable law. If you are not the intended recipient, you are hereby formally notified that any use, copying or distribution of this communication, in whole or in part, is strictly prohibited. Please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy. This communication does not constitute consent to the use of sender's contact information for direct marketing purposes or for transfers of data to third parties.

<image001.jpg>

**CAUTION:** Please be aware of the increase in cybercrime and fraud. Bilzin Sumberg personnel will not ordinarily provide wire transfer or other payment instructions by email relating to the payment of Bilzin Sumberg invoices or advance fee deposits. Although payment instructions may be provided by email in connection with client matters such as closings, please contact us to obtain verbal verification prior to initiating any payments.

Confidentiality Notice: This communication is for use by the intended recipient and contains information that may be privileged, confidential or copyrighted under applicable law. If you are not the intended recipient, you are hereby formally notified that any use, copying or distribution of this communication, in whole or in part, is strictly prohibited. Please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy. This communication does not constitute consent to the use of sender's contact information for direct marketing purposes or for transfers of data to third parties.