# REPORT OF MATTHEW BARRETO, Ph.D.

**I.      Introduction**

1. I, Matthew A. Barreto, am over 18 years of age and am competent to testify.

2. I am a Professor of Political Science and Chicana/o Studies at the University of California, Los Angeles ("UCLA").  I was appointed to the position of Full Professor with tenure at UCLA in 2015.  Prior to that, I was a tenured Full Professor of Political Science at the University of Washington ("UW"), and before that, tenured Associate Professor from 2009 to 2014 and started as Assistant Professor from 2005 to 2009 at UW.  At UCLA, I am the faculty director of the Voting Rights Project in the Luskin School of Public Affairs and teach a year-long course on the Voting Rights Act ("VRA"), focusing specifically on social science statistical analysis, demographics, and district mapping analysis that are relevant in redistricting expert reports.  I have written expert reports and been qualified as an expert witness more than three-dozen times in federal and state voting rights and civil rights cases, including multiple times in the state of Florida.  I have published peer-reviewed, social science articles specifically about minority representation, voting patterns and racially polarized voting and have co-authored a software package for use in understanding district performance and racial voting patterns in redistricting cases.

3. I have been retained as an expert consultant by counties and states across the country in many matters, advising them on redistricting as it relates to compliance with state and federal requirements.  As an expert witness in VRA lawsuits, my testimony has been relied on by courts to find in favor of challenges to maps drawn by both Republicans and Democrats.  In March 2022, a federal court relied on my analysis of district boundaries and voting patterns to strike down the defendants' map that diluted the African American

vote, and order a new map in Baltimore, Maryland. In October 2023 a federal court relied on my analysis of district boundaries and voting patterns to strike down defendants' map that diluted the African American and Hispanic vote.

4. I hold a Ph.D. in Political Science from University of California at Irvine. I have attached my Curriculum Vitae as **Appendix B**.

5. I am being compensated for my work on this case at my standard rate of $475 per hour for pre-trial work and $600 for trial-related work. My compensation is not contingent upon any findings or on the result of this proceeding. I was assisted in this matter by a research assistant, Michael Rios,

6. References to documents and data I include in this report are meant to provide examples of supporting information but are not intended to be comprehensive or exhaustive lists of all known support. The information in this report is based upon information that has been made available or known to me to date. My work in this matter is ongoing, and I reserve the right to modify or supplement any conclusions as additional information is made available or as I perform further analysis.

**II.    Scope of Work and Summary Findings**

7. I was retained by Plaintiffs' attorneys to assess whether, and the extent to which, the ability of Black voters to elect representatives of their choice in several alternative configurations of Senate District 16 is diminished (retrogressed), as compared to Senate District 19 in the benchmark (2016–20) map. Specifically, I reviewed three map configurations offered by Plaintiffs' mapping expert and compared the Black voting age population, Black voter registration, Black voter turnout, and Black candidates of preferences across each alternative map as compared to the benchmark SD19. I also reviewed voting patterns by race and ethnicity to determine if Black and

2