IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KÉTO NORD HODGES, *et al.*,

   *Plaintiffs*,

v.

BEN ALBRITTON, in his official capacity
as President of the Florida Senate, *et al.*,

   *Defendants*.

_____/

Case No. 8:24-cv-879

## PLAINTIFFS' NOTICE OF MEDIATION DATE

Pursuant to the Court's Order of November 21, 2024 (ECF No. 67), Plaintiffs give notice that the Parties have agreed to mediate on March 26, 2025. The Parties have confirmed the Court-appointed mediator is currently available on this date, but have not yet payed his nonrefundable fee to reserve the date.

Respectfully submitted December 5, 2024,

*/s/ Nicholas L.V. Warren*

Nicholas L.V. Warren (FBN 1019018)
Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
dtilley@aclufl.org
cmcnamara@aclufl.org

James Michael Shaw, Jr. (FBN 677851)
Naomi Robertson (FBN 1032076)

Deborah N. Archer*
David Chen*
**Civil Rights & Racial Justice Clinic**
**Washington Square Legal Services, Inc.**
245 Sullivan Street
New York, NY 10012
(212) 998-6473
deborah.archer@nyu.edu
davidchen@nyu.edu

* *Special admission*

1

**Butler Weihmuller Katz Craig LLP**
400 North Ashley Drive, Suite 2300
Tampa, FL 33602
(813) 281-1900
jshaw@butler.legal
nrobertson@butler.legal

*Counsel for Plaintiffs*