UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KETO NORD HODGES, MEIKO SEYMOUR, JARVIS EL-AMIN, JENNIFER GARCIA and JACQUELINE AZIS,

    Plaintiffs,

v.   Case No: 8:24-cv-879-CEH-AEP

BEN ALBRITTON, *et al.*,

    Defendants.

## ORDER

This matter comes before the Court on Plaintiffs' Motion to Enforce Local Rule 4.02(d) Requirement Regarding Reasonable Mediation Fee (Doc. 68), which Defendants oppose (Doc. 70). In the motion, Plaintiffs argue that the fee charged by the appointed mediator[1] is unreasonable under Middle District of Florida Local Rule 4.02(d). Upon review, however, the Court does not find that the fee is unreasonable, as it will be split three ways and is a significant reduction from the mediator's ordinary fee. Accordingly, the motion is due to be denied.

It is **ORDERED**:

---

[1] The Court appointed a mediator based on a list of four mediators provided by the parties after they failed to agree on a mediator certified by the Middle District of Florida. *See* Docs. 40, 46, 52, 67.

1. Plaintiffs' Motion to Enforce Local Rule 4.02(d) Requirement Regarding Reasonable Mediation Fee (Doc. 68) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on December 26, 2024.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties