# EXHIBIT 7

**Florida Senate Select Subcommittee on
Legislative Reapportionment
November 17, 2021**

Transcript of video recording available at:
https://thefloridachannel.org/videos/11-17-21-senate-select-subcommittee-on-legislative-
reapportionment/

P-000649

## 11-17-21 Florida Senate Select Subcommittee on Legislative Reapportionment

1  presentations on our agenda today? No questions? Then we'll go ahead and proceed senators. At

2  this point, Mr. Ferrin, seated to my left, we are recognized for a walk-through of the staff prepared

3  plans.

4  　　　　Ferrin:  Thank you Mr. Chairman. We've produced a series of maps since receiving the

5  directives from the full committee on October 18. The district in these maps have been numbers

6  to be roughly analogous to the districts in the benchmarks but may be renumbered. We relied on

7  the plan language of the constitution, federal law and existing judicial precedent to ensure the plans

8  comply with the complex layering of federal and state standards. Districts were drawn to balance

9  the co-equal Tier-Two standards in the Florida constitution unless doing so would conflict with

10  the standards in Tier-One. In order to comply with the Tier-One standards and the directives that

11  were issued by the committee, districts were drawn without reviewing any political data other than

12  where it was required to perform a functional analysis and evaluate whether or not a district denied

13  or abridged a racial or language minority group's ability to participate in the political process or

14  diminish their ability to elect representatives of their choice. Districts were drawn without the use

15  of any resident's information of any sitting member of the Florida Legislature or Congress. And

16  districts were drawn without regard to the preservation existing district boundaries.

17  　　　　To comply with the Tier-Two standards, districts were drawn to be as nearly equal in

18  population as practical with district population deviations of less than 1% of the ideal population

19  of 538,455 people. Districts were drawn to be visually compact in relation to their shape and

20  geography. Mathematical scores were used where appropriate. Districts were drawn to use county

21  boundaries where feasible. In less populated areas, whole counties were grouped together to make

22  a district or set of districts. In more populated areas where it was feasible to do so, districts were

23  kept wholly within a county. Districts were also drawn to geographic features that are easily

4

P-000652

**11-17-21 Florida Senate Select Subcommittee on Legislative Reapportionment**

1    any questions or comments on this iteration of the last draft map or all the maps collectively

2    Senators? Seeing none, we're going to go ahead and move into public comment. I believe we have

3    one individual assigned to speak. Is Nicholas Warren here? Hey Mr. Warren. Thank you for

4    coming today. You're recognized for your remarks.

5          Warren: Thank you Senator Burgess and thank you senators. Good morning. I have just

6    one brief comment to make and I wanted to draw y'all's attention to one submitted plan that I

7    submitted last week, and it was published on the website yesterday. Which is plan P000S0042. It

8    just tries to solve one problem that I identified or one issue with Tier-Two compliance, which is

9    in Tampa Bay, and seeks to avoid having a district that crosses Tampa Bay and thereby alters six

10    districts from the staff-drawn maps. It doesn't alter any other districts and those six are all within

11    the population limits that the committee has set for itself. Those six could be plugged into any of

12    the other drafts that staff has developed so far.

13          In so doing, avoiding crossing Tampa Bay, respecting that boundary, which is not only

14    obviously a major geographic boundary but also aligns with county lines and with something that

15    the Supreme Court obviously last cycle emphasized in the Congressional map that was a boundary

16    that could be respected in the Congressional map, it makes SD19, Senate District 19 compact and

17    wholly in Hillsborough, whereas currently it's a non-compact district that crosses the county line,

18    maintains other districts as compact, and utilizes political and geographic boundaries throughout,

19    very similarly as the staff drawn maps do. Other advantages that Senator Burgess might be

20    interested in, it keeps two-thirds of Pasco County in a single senate district, whereas now it's

21    divided a little bit more between three different ones. And also, Pasco County makes up 70% of a

22    single senate district in my plan. Also keeps the cities of Gulfport and St. Pete whole, which are

23    split in the staff maps, and eliminates a county split in Pinellas, obviously. It doesn't introduce any

30

P-000678

## 11-17-21 Florida Senate Select Subcommittee on Legislative Reapportionment

1   new county or city splits. Those are the kind of Tier-Two advantages of this approach.

2   Obviously, I'm assuming the crossing the Bay in Senate District 19 was done in order to

3   ensure no diminishment of Black ability-to-elect in that district. So obviously, a Tier-One

4   requirement. But whereas maybe last decade it wasn't possible to draw a district wholly in

5   Hillsborough that maintained that ability and didn't diminish, I think the statistics bear out that it

6   is now possible, and the key statistics in that functional analysis are actually all comparable or

7   higher than the statistics in the benchmark district, including the Black and Hispanic share of

8   registered voters, the Black and Hispanic share of Democratic primary electorate in 2020 and in

9   2018, the Hispanic share of registered Democrats, and the Black share of registered Democrats,

10  which only differs from the benchmark by two-tenths of one percentage point.

11  Those are the advantages of this approach. I hope the subcommittee gives it some

12  consideration as y'all keep doing this work. Also note, I know this is a lot of information. All of

13  this in the submission PDF that's attached to that plan on the website for y'all to refer to. My

14  contact information is there as well. If you have any question, feel free to reach out to me. Happy

15  to explain my motivations, my goals, the advantages and tradeoffs in this proposal. Thank you for

16  your time.

17  Chair: Thank you very much Mr. Warren. Appreciate your participation and for coming to

18  speak to us today. Thank you.

19  Bracy:  Chairman, I have a question.

20  Chair:  Of Mr. Warren?

21  Bracy:  Not for him but for the staff. He brought up a good point about crossing the Bay. I

22  wanted to ask the staff what was the motivation for doing that when it didn't seem necessary? We

23  could comply with all the requirements.

31

P-000679