# EXHIBIT 10

November 24, 2021

Senator Ray Wesley Rodrigues
Chair – Committee on Reapportionment
The Florida Senate
404 S. Monroe Street
Tallahassee, FL 32399-1100

**Re: Committee Appearance Forms re: Mr. Nicholas Warren**

Dear Chair Rodrigues:

I write on behalf of the American Civil Liberties Union (ACLU) of Florida regarding your memo on Nov. 22, 2021, to all Senators regarding Mr. Nicholas Warren.

The ACLU of Florida's mission is to protect, defend, strengthen, and promote the constitutional rights and liberties of all people in Florida. As such, we certainly have an interest in the outcome of reapportionment and redistricting, but we have not taken a position concerning any map presented by anyone to the Florida Legislature.

That said, it is important to establish that Mr. Warren appeared on his own behalf and not as a representative of the ACLU of Florida when he testified and submitted materials to the Senate Committee on Reapportionment. Mr. Warren was not compensated or sponsored by the ACLU to appear before the committees or submit testimony or maps, he is not a registered lobbyist for the ACLU, and he did not receive anything from the ACLU for his appearance. Further, Mr. Warren did not collaborate with the ACLU on his comments or submissions. Finally, the forms in question do not require an individual to disclose their employer. When Mr. Warren testified and submitted materials, he did so as an individual citizen, as is his right.

Accordingly, it appears that Mr. Warren complied with the notice and disclosure requirements set forth by the Senate and did not provide misleading information.

I hope this information is helpful. Please feel free to reach out to me directly as I'm happy to discuss any information that might assist the Committee in its work. Good luck to you and your fellow Senators in your deliberations.

Respectfully,

*Kirk Bailey*

Kirk Bailey
Political Director

Cc: Members of Florida Senate

---

**ACLU Florida**

4343 W. Flagler St.
Miami, FL
(786) 363-2713
aclufl.org

Kirk Bailey
*Political Director*

P-001657