# EXHIBIT 11

# In the Matter Of:

## KETO NORD HODGES vs PASSIDOMO

8:24-cv-879

# NICHOLAS WARREN

*November 18, 2024*



800.211.DEPO (3376)
*EsquireSolutions.com*

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 MIDDLE DISTRICT OF FLORIDA
 3                       TAMPA DIVISION
 4
 5   KETO NORD HODGES, ET AL.,
 6            Plaintiffs,
 7   v.                                Case No.  8:24-cv-879
 8   KATHLEEN PASSIDOMO, ET AL.,
 9            Defendants.
10
11
12                       DEPOSITION OF
13                      NICHOLAS WARREN
14
15              Monday, November 18, 2024
16                      10:01 a.m.
17                   Shutts & Bowen LLP
18      200 South Biscayne Boulevard, Suite 4100
19                  Miami, Florida 33131
20
21                   MILENA ARZUMANYANTS
22                    Digital Reporter
23              Commission No:  HH 562384
24
25
```



```
 1                APPEARANCES OF COUNSEL

 2   On behalf of the Plaintiffs:

 3        DANIEL B. TILLEY, ESQUIRE
          CAROLINE A. MCNAMARA, ESQUIRE
 4        ACLU FOUNDATION OF FLORIDA
          4343 West Flagler Street
 5        Suite 400
          Miami, Florida 33134
 6        786-363-2714
          dtilley@aclufl.org
 7        cmcnamara@aclufl.org

 8   On behalf of the Defendant, Kathleen Passidomo, in her
     official capacity as President of the Florida Senate:
 9
          DANIEL E. NORDBY, ESQUIRE
10        KASSANDRA S. REARDON, ESQUIRE
          SHUTTS & BOWEN LLP
11        215 South Monroe Street
          Suite 804
12        Tallahassee, Florida 32301
          850-241-1717
13        dnordby@shutts.com
          kreardon@shutts.com
14
     On behalf of the Defendant, Florida Senate:
15
          SHIZA FRANCIS, ESQUIRE
16        SHUTTS & BOWEN LLP
          200 South Biscayne Boulevard
17        Suite 4100
          Miami, Florida 33131
18        305-415-9020
          sfrancis@shutts.com
19
     On behalf of the Defendant, Florida Secretary of
20   State:

21        MICHAEL BEATO, ESQUIRE
          MOHAMMAD O. JAZIL, ESQUIRE
22        HOLTZMAN VOGEL
          119 South Monroe Street
23        Suite 500
          Tallahassee, Florida 32301
24        850-270-5938
          mbeato@holtzmanvogel.com
25        mjazil@holtzmanvogel.com
```



```
 1
     On behalf of the Deponent, Nicholas Warren:
 2
         REID LEVIN, ESQUIRE
 3       LEYLANY E. RODRIGUEZ, ESQUIRE
         REID LEVIN, PLLC
 4       PO Box 880682
         Boca Raton, Florida 33488
 5       561-866-6089
         reid@reidlevinpllc.com
 6       leylany@reidlevinpllc.com

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



```
 1   requirements, correct?
 2        A.  I think it does, yes.
 3        Q.  Okay.  You refer to boundary of Tampa Bay,
 4   and you refer to compactness, and you refer to Pasco
 5   County making up a certain percentage of the District
 6   in certain cities being kept whole; is that right?
 7   I'm generalizing from your testimony here.
 8        A.  I think that's a pretty good summary, yes.
 9        Q.  Okay.  At the conclusion of your testimony,
10   you explained that the -- you say those are the
11   advantages of this approach, and you hope the
12   Subcommittee gives it some consideration as y'all keep
13   doing this work.  So you --
14        A.  I said y'all, but yes.
15        Q.  You did say y'all.  Your public testimony
16   does not say that the plan currently before the
17   Florida Senate was a racial gerrymander, does it?
18        A.  I did not say that.
19        Q.  You don't say that at all in this testimony?
20        A.  I did not say that in this public comment.
21   No.
22        Q.  And your public comment refers to this being
23   methods to improve Tier Two compliance, correct?
24        A.  Are you quoting?
25        Q.  I am.  Line 8, "tries to solve one problem
```

