# EXHIBIT 12

Exhibit
Exhibit No.:
Name: N. Warren
Date: 11. 18, 24 MA
ESQUIRE

**5/23/2021 11:32 PM**

Nicholas Warren (NLVWarren)

yeah totally

**5/23/2021 11:32 PM**

Nicholas Warren (NLVWarren)

I agree

**5/23/2021 11:34 PM**

Nicholas Warren (NLVWarren)

my only big question is whether they continue the Dade-Collier districts in the congressional & house maps

**5/23/2021 11:34 PM**

Nicholas Warren (NLVWarren)

well, my biggest question

**5/23/2021 11:35 PM**
Florida Data Geek [T]  UA (MappingFL)

yeah i wonder too. they will do it if it helps them is my guess.

**5/23/2021 11:35 PM**

Nicholas Warren (NLVWarren)

yep

**5/23/2021 11:35 PM**

Nicholas Warren (NLVWarren)

it will be difficult to justify legally tho

**5/23/2021 11:37 PM**

Nicholas Warren (NLVWarren)

in general, given a favorable state judiciary, the pickle they'll find themselves in is this: they will justify certain configurations based on VRA/FDA racial concerns (just like last time). And just like last time, that will be pretext for partisan gerrymandering. The state courts won't care, but you can still bring a federal racial gerrymandering claim – that race predominated in the drawing of a district, and the leg didn't have a justification for race predominating

**5/23/2021 11:39 PM**

Nicholas Warren (NLVWarren)

if there's an actual §2 or §5 issue that would justify their districts, they'll be fine. But if racial concerns are truly pretextual, they won't be able to defend. In other states (like NC) you can say "it was a partisan gerrymander, not a racial gerrymander." But you obviously can't admit that in FL given FDA.

**5/23/2021 11:39 PM**

Nicholas Warren (NLVWarren)

And that's how you'd win a federal racial gerrymandering claim to undo some of this

**5/23/2021 11:45 PM**

Nicholas Warren (NLVWarren)

https://twitter.com/subspaceteatime/status/1396669458135994371?s=20
https://t.co/K9GbgF22qp

**5/23/2021 11:45 PM**

Nicholas Warren (NLVWarren)

mood

SEN-0002664                    ISBELL000011

**5/23/2021 11:46 PM**

Nicholas Warren (NLVWarren)



https://twitter.com/mattmxhn/status/1396669892816945155?s=20
Link title: matt mohn on Twitter
Link description: "@umichvoter if you look at the wording ((which the court doesn't even have
to respect this time anyway)) it's not saying that packing is bad or that packing is occurring,
rather it's saying that race isn't a sufficient reason to violate geographic standards"
https://t.co/QylZgvuL3L

**5/23/2021 11:46 PM**

Nicholas Warren (NLVWarren)

but also mood

**5/23/2021 11:46 PM**

Nicholas Warren (NLVWarren)

it's so gratifying to see people argue about something I worked on

**5/23/2021 11:46 PM**

Nicholas Warren (NLVWarren)



https://twitter.com/EvanPerc_/status/1396668302487916544?s=20
Link title: Evan 🏳️ 🌈 on Twitter
Link description: "@ObamaKasich @umichvoter @MappingFL they literally got into shit last
cycle and were ordered to redraw those districts for that exact reason"
https://t.co/2sW9BzVguZ

**5/23/2021 11:47 PM**

Nicholas Warren (NLVWarren)

especially gratifying to see people screenshot maps I made 😎

**5/23/2021 11:47 PM**
Florida Data Geek [↑]   UA (MappingFL)

dude its sweet!

**5/23/2021 11:47 PM**
Florida Data Geek [↑]   UA (MappingFL)

also the tampa bay - never gonna not be fought over.  cant wait for the state senate fight.
ugh.

4

SEN-0002665                    ISBELL000012

**5/23/2021 11:48 PM**

Nicholas Warren (NLVWarren)

yeah we will lose that fight

**5/23/2021 11:48 PM**
Florida Data Geek 🔺 ᴜᴀ (MappingFL)

and i gotcha on dade, ok that makes sense.

**5/23/2021 11:48 PM**

Nicholas Warren (NLVWarren)

unless they trade Brandes for Cruz

**5/23/2021 11:48 PM**
Florida Data Geek 🔺 ᴜᴀ (MappingFL)

i have no doubt

**5/23/2021 11:48 PM**
Florida Data Geek 🔺 ᴜᴀ (MappingFL)

gonna suckkkkkk

**5/23/2021 11:49 PM**

Nicholas Warren (NLVWarren)

it's also funny that HD70, on the whole, helps Dems, because if it were just in St Pete HD69
would be much redder

**5/23/2021 11:50 PM**
Florida Data Geek 🔺 ᴜᴀ (MappingFL)

oh that is veryyyyyyyy true

**5/23/2021 11:50 PM**
Florida Data Geek 🔺 ᴜᴀ (MappingFL)

lol wonder if the GOP will figure that out

**5/23/2021 11:50 PM**

Nicholas Warren (NLVWarren)

one thing about retrogression and remedies: if the Leg decides to eliminate a §5-protected
district, but one where there's no §2 right, and the state courts let them

**5/23/2021 11:50 PM**

Nicholas Warren (NLVWarren)

there is no likely federal remedy

**5/23/2021 11:51 PM**

Nicholas Warren (NLVWarren)

the thing about all of this: there is very little incentive to shake up the status quo in ANY of
these 3 maps

**5/23/2021 11:51 PM**

Nicholas Warren (NLVWarren)

they are winning, and will keep winning! they won, at worst, a 23-17 majority in a senate map
drawn in John O'Neill's Los Angeles apartment!

**5/23/2021 11:53 PM**

Nicholas Warren (NLVWarren)

esp. in the senate map, where population shifts mean the northernmost Palm Beach district
will take in Martin and become deep red. they'll naturally gain a seat out of that

**5/23/2021 11:53 PM**
Florida Data Geek 🔺 ᴜᴀ (MappingFL)

that is incredibly true - and is a pretty common convo going on here

5

SEN-0002666                                    ISBELL000013

**5/23/2021 11:55 PM**
Florida Data Geek [↑]    UA (MappingFL)

but you get my point.  compact gerrymanders.  look nice.  but totally bullshit

**5/23/2021 11:55 PM**
Nicholas Warren (NLVWarren)

Baxley being term-limited helps a lot

**5/23/2021 11:55 PM**
Nicholas Warren (NLVWarren)

yeah defo

**5/23/2021 11:56 PM**
Nicholas Warren (NLVWarren)

fuck Rod Smith AND Kayser Enneking lol

**5/23/2021 11:56 PM**
Florida Data Geek [↑]    UA (MappingFL)

god damn both fucking times!   though Enneking might have won if not for that 3rd party guy!
god they are gonna pull that shill all the time now

**5/23/2021 11:57 PM**
Florida Data Geek [↑]    UA (MappingFL)

i wonder what its like to just have unlimited cash

**5/23/2021 11:57 PM**
Nicholas Warren (NLVWarren)



Attachment with type image/jpeg
something I sketched https://t.co/EGKoBcpOcz

**5/23/2021 11:57 PM**
Nicholas Warren (NLVWarren)

disregard Orlando lol

**5/24/2021 12:00 AM**
Florida Data Geek [↑]    UA (MappingFL)

ohhh that will do it!

**5/24/2021 12:00 AM**
Nicholas Warren (NLVWarren)

it's so pretty

**5/24/2021 12:01 AM**
Nicholas Warren (NLVWarren)

are you involved in caucus strategy or anything?

7

**5/24/2021 12:01 AM**
Florida Data Geek [↑]    ᴜᴀ (MappingFL)

omg this reminds me, my favorite tweet. lost to time. 2016 debate about crossing the st johns river. these senators insisting you cant (and we know why they didnt want to) - and i just tweeted "what the river looks like to Senator Galvano" and it was a photo of the ocean

Nicholas Warren (NLVWarren)

lmaoooooo I remember!!!!!

**5/24/2021 12:01 AM**
Florida Data Geek [↑]    ᴜᴀ (MappingFL)

directly with members? no. will I be involved, yes.

**5/24/2021 12:02 AM**

Nicholas Warren (NLVWarren)

omg those special sessions (clusters) were the best of times

**5/24/2021 12:02 AM**
Florida Data Geek [↑]    ᴜᴀ (MappingFL)

i dont think with members, what i'll be doing is still being worked out, i'll say as much

**5/24/2021 12:02 AM**
Florida Data Geek [↑]    ᴜᴀ (MappingFL)

so amazing

**5/24/2021 12:02 AM**
Florida Data Geek [↑]    ᴜᴀ (MappingFL)

best time ever

**5/24/2021 12:03 AM**

Nicholas Warren (NLVWarren)

well keep me updated to the extent you can

**5/24/2021 12:03 AM**

Nicholas Warren (NLVWarren)

I have concerns with how things have been going so far

**5/24/2021 12:04 AM**

Nicholas Warren (NLVWarren)

on SD9, it's tough bc the Orlando area is growing faster than the state - those 4 SDs have to shrink

**5/24/2021 12:04 AM**

Nicholas Warren (NLVWarren)

will be curious to see

**5/24/2021 12:06 AM**
Florida Data Geek [↑]    ᴜᴀ (MappingFL)

i'll def keep you updated, and yeah it will be. god i cant wait for more detailed numbers

**5/24/2021 12:10 AM**

Nicholas Warren (NLVWarren)

me neither

**5/24/2021 8:38 AM**

Nicholas Warren (NLVWarren)

Another legal point for you: it's an open question whether the VRA §2 recognizes a right for "coalition" districts where it's impossible to draw a 50+1% CVAP district of a single minority group. The 11th Circuit did recognize coalitional §2 claims in a 1990 case (involving Hardee actually), but SCOTUS hasn't ruled on it

8

SEN-0002669                                          ISBELL000016

Nicholas Warren (NLVWarren)

**5/24/2021 8:39 AM**

As you know, this doesn't really matter for retrogression – CD5, CD10, SD19, HD117, etc. all protected from retrogression under the §5 standard in FDA.

Nicholas Warren (NLVWarren)

**5/24/2021 8:41 AM**

But they're protected because a single minority group has some level of ability to elect candidates of choice (usually because majority of Dem primary + Dem general), not because two different groups can combine to elect a candidate of choice

Nicholas Warren (NLVWarren)

**5/24/2021 8:50 AM**

Correction: it's not really an open question whether the VRA recognizes coalition claims. SCOTUS basically said no in Bartlett v. Strickland in 2008 and again in Perez v. United States in 2012, and the FL Supreme Court cited both in 2012

Nicholas Warren (NLVWarren)

**5/24/2021 8:51 AM**

So yeah no §2 right against vote dilution (under actual VRA or FDA) unless you can draw a geographically compact 50% +1 CVAP district of a single minority group

Nicholas Warren (NLVWarren)

**5/24/2021 8:52 AM**

And no FDA right against retrogression (§5 analog) unless a single minority group has SOME ability to elect candidates of choice - even if it's not a guaranteed ability (like HD26 being a 3/5 Black district this decade)

Nicholas Warren (NLVWarren)

**5/24/2021 8:53 AM**

And FOR THE LOVE OF GOD please note that even tho you have to show you can draw a 50% +1 district to PROVE a vote dilution claim, the REMEDY doesn't have to be 50% +1 – it only has to be minority enough to elect a minority candidate of choice. Which as you know could be much lower!

9

SEN-0002670

ISBELL000017

**5/25/2021 11:00 PM**
Florida Data Geek [T]    UA (MappingFL)

> i... how.... what the fuck is going on?

**5/25/2021 11:02 PM**
Nicholas Warren (NLVWarren)

Literally read the constitution

**5/25/2021 11:02 PM**
Nicholas Warren (NLVWarren)

Before you amend it

**5/26/2021 11:39 AM**
Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1396901437653803018?s=20
Link title: Nicholas Warren on Twitter
Link description: "current mood"
https://t.co/ttMrrmdcC2

**5/26/2021 11:39 AM**
Nicholas Warren (NLVWarren)

feel like you'd appreciate this

**5/26/2021 6:22 PM**
Florida Data Geek [T]    UA (MappingFL)

> omg so much.   like... how do we not even have county data yet?

**6/2/2021 9:49 PM**
Florida Data Geek [T]    UA (MappingFL)

> yoooo.  hey whenever you can, can you send me those links on florida redistricting cases,
> there was like some site that had a bunch of past rulings you sent my old acc.  i'm trying to be
> sure i get my head entirely wrapped around some of these

**6/3/2021 10:45 AM**
Nicholas Warren (NLVWarren)

Here's the page that summarizes the '90s cases

**6/3/2021 10:45 AM**
Nicholas Warren (NLVWarren)

https://www.senate.mn/departments/scr/REDIST/Redsum/flsum.htm
https://t.co/os9FAR4COc

**6/3/2021 10:45 AM**
Nicholas Warren (NLVWarren)

This summarizees the '00s cases

**6/3/2021 10:45 AM**
Nicholas Warren (NLVWarren)

https://www.ncsl.org/research/redistricting/2000s-redistricting-case-summaries.aspx#FL
https://t.co/wgos5QkVWh

**6/3/2021 10:57 AM**
Nicholas Warren (NLVWarren)

The key '10 cases are:

12

**6/3/2021 10:57 AM**

Nicholas Warren (NLVWarren)

https://scholar.google.com/scholar_case?case=16181620808462977000
Apportionment I, where the FSC explained what Fair Districts means, struck down the original
2012 Senate plan, and upheld the House plan: https://t.co/P2GbdqGYxh

**6/3/2021 10:58 AM**

Nicholas Warren (NLVWarren)

https://scholar.google.com/scholar_case?case=7704973065281338579
Apportionment II, FSC upheld the revised 2012 Senate plan: https://t.co/6fvqk7wrDp

**6/3/2021 10:59 AM**

Nicholas Warren (NLVWarren)

https://scholar.google.com/scholar_case?case=966573952906433631
Apportionment VII, FSC upheld trial court's factual findings regarding the 2012 congressional
plan but ordered more districts to be redrawn to cure illegal partisan intent: https://t.co/
OEFJBNT6Kl

**6/3/2021 10:59 AM**

Nicholas Warren (NLVWarren)

https://scholar.google.com/scholar_case?case=7785763468460421178
Apportionment VIII, FSC approved remedial congressional plan and did more explanation of
what Fair Districts means, especially splitting political boundaries and minority access https://
t.co/4cz1HPgx4a

**6/3/2021 9:56 PM**

Nicholas Warren (NLVWarren)

If that's not what you're looking for let me know

**6/3/2021 10:19 PM**
Florida Data Geek [T]    ua (MappingFL)

Oh these all look great!  I'm just getting a chance to go through them now.  Perfect!

**6/3/2021 10:19 PM**
Florida Data Geek [T]    ua (MappingFL)

Thanks man!

**6/3/2021 10:19 PM**
Florida Data Geek [T]    ua (MappingFL)

Weekend for me going be reading and reading

**6/3/2021 10:22 PM**

Nicholas Warren (NLVWarren)

I'm sure NCSL has some good overviews of the federal law. The All About Redistricting site
does too. I'll look tmr

**6/6/2021 10:42 PM**
Florida Data Geek [T]    ua (MappingFL)

am I right about this take?   House District 20, since its only 30% black now, has no real legal
protection.  like they dont have to keep linking the black pop of gains and ocala.  does a
district like the 20th (where its not maj or plurality minority but has a history as a access seat -
have any possible protection?

**6/6/2021 10:42 PM**

Nicholas Warren (NLVWarren)

No

**6/6/2021 10:42 PM**

Nicholas Warren (NLVWarren)

No you're not right

**6/6/2021 10:43 PM**
Florida Data Geek [T]    ua (MappingFL)

ok please explain lol

13

          ISBELL000021

**6/6/2021 10:43 PM**

Nicholas Warren (NLVWarren)

It is possibly protected from retrogression/diminishment of Black voters' ability to elect reps of choice

**6/6/2021 10:43 PM**

Nicholas Warren (NLVWarren)

under FDA's §5 standard

**6/6/2021 10:45 PM**
Florida Data Geek ⬆ UA (MappingFL)

here is why i was wondering, because depending on turnout, black voters dont even guarantee to make up the largest vote in a primary

**6/6/2021 10:45 PM**

Nicholas Warren (NLVWarren)

The question is whether Black voters have *some* ability to elect candidates of choice in the benchmark district

**6/6/2021 10:45 PM**
Florida Data Geek ⬆ UA (MappingFL)

https://mcimaps.com/wp-content/uploads/2020/07/House-20-Margin-2048x1583.png
https://t.co/muBtUslYKX

**6/6/2021 10:45 PM**
Florida Data Geek ⬆ UA (MappingFL)

so is it too low? or is the results before us enough? (aka multiple black reps)

**6/6/2021 10:45 PM**

Nicholas Warren (NLVWarren)

If so, then their ability-to-elect cannot be diminished

**6/6/2021 10:45 PM**

Nicholas Warren (NLVWarren)

An ability to elect doesn't have to be 100% or guaranteed

**6/6/2021 10:45 PM**

Nicholas Warren (NLVWarren)

Nor does it depend on the color of skin of the candidates getting elected

**6/6/2021 10:46 PM**
Florida Data Geek ⬆ UA (MappingFL)

ok. so the potential is at least theoretically there now, even if its not a lock (like the 5th congress being 60%+ black in dem primary)

**6/6/2021 10:46 PM**
Florida Data Geek ⬆ UA (MappingFL)

so since its possible its potentially protected

**6/6/2021 10:46 PM**

Nicholas Warren (NLVWarren)

However, that is obviously relevant, especially here where I'm sure a precinct regression of primary and general elex results would show that Hinson and Watson had robust support from overwhelming majority of Black voters

**6/6/2021 10:47 PM**

Nicholas Warren (NLVWarren)

Especially with crossover support from white voters in both primary & general

**6/6/2021 10:48 PM**
Florida Data Geek ⬆ UA (MappingFL)

i gotcha. yeah i mean you could easily argue the 20th does give minority voters a chance to elect a member of their chosing. so it is a functional access seat. ok so its possible

14

          ISBELL000022

**6/6/2021 11:00 PM**
Florida Data Geek 🔼  UA (MappingFL)

that line about the slight change is spot on, cause man some folks get so obsessed with small % changes. 45% vs 46% and so on. as if you move things by 0.5% the dynamic just drastically changes

**6/6/2021 11:01 PM**

Nicholas Warren (NLVWarren)

yup. very dumb. that's what dismantling CD5 was all about!!

**6/6/2021 11:03 PM**

Nicholas Warren (NLVWarren)

and btw, in the analysis of why reorienting CD5 east-west *didn't* retrogress, the court made clear that there was no evidence that going from 48% to 45% BVAP would diminish - **in that district** (since might be different given more racial polarization)

**6/6/2021 11:04 PM**

Nicholas Warren (NLVWarren)

They also looked to the 1996 district that was at 42.7%!

**6/6/2021 11:04 PM**
Florida Data Geek 🔼  UA (MappingFL)

exactly! i remember this fight sooo well

**6/6/2021 11:05 PM**
Florida Data Geek 🔼  UA (MappingFL)

that was such an intense debate.

**6/6/2021 11:05 PM**

Nicholas Warren (NLVWarren)

tho it is crazy how narrow Corrine's first elx were

**6/6/2021 11:05 PM**
Florida Data Geek 🔼  UA (MappingFL)

and then at diff points you had some lawmakers, including montford, proposing an east-west 5 snake down to gainesville or ocala as well - to grab more voters -- all obsessed with boosting that black VAP a little higher

**6/6/2021 11:05 PM**

Nicholas Warren (NLVWarren)

a notable legal thing there tho was that the *Legislature* had the burden to prove their configuration was necessary to comply with the retrogression standard

**6/6/2021 11:05 PM**
Florida Data Geek 🔼  UA (MappingFL)

in exhange for the FL-5 having weird tentacles snaking around

**6/6/2021 11:06 PM**

Nicholas Warren (NLVWarren)

that was unusual, and only because of the finding that the whole map was tainted with partisan intent

**6/6/2021 11:06 PM**

Nicholas Warren (NLVWarren)

usually, it's the minority group that's suing and has the burden to prove that the Legislature's map retrogresses

**6/6/2021 11:06 PM**
Florida Data Geek 🔼  UA (MappingFL)

ahhh yeah - its like "you need to justify yourself because you already showed your true colors"

17

SEN-0002678          ISBELL000025

**6/6/2021 11:06 PM**
Florida Data Geek ⊤ UA (MappingFL)

"your on thin ice, legislature"! lol

**6/6/2021 11:08 PM**

Nicholas Warren (NLVWarren)

and once you start going waaay out of your way to draw a district oriented toward hitting a numerical target, you run into another legal problem: racial gerrymandering, i.e. race predominating in drawing the district without a compelling justification (like complying with the VRA)

**6/6/2021 11:08 PM**

Nicholas Warren (NLVWarren)

it's unclear whether complying with FDA's retrogression standard would be a compelling justification for having race predominate in the drawing of a district

**6/6/2021 11:09 PM**

Nicholas Warren (NLVWarren)

my guess is this SCOTUS would probably say no

**6/6/2021 11:10 PM**
Florida Data Geek ⊤ UA (MappingFL)

yeah it can be tricky, you can go to far.  and alot of people do that.  but i get what your saying

**6/6/2021 11:11 PM**

Nicholas Warren (NLVWarren)

setting % targets without much inquiry is definitely bad tho

**6/6/2021 11:11 PM**

Nicholas Warren (NLVWarren)

(bad as in violates the 14th Amendment)

**6/6/2021 11:11 PM**
Florida Data Geek ⊤ UA (MappingFL)

yes that needs to be hammered home to some folks.  cause i hear people talk about that kinda stuff on here allllll the time

**6/6/2021 11:11 PM**
Florida Data Geek ⊤ UA (MappingFL)

they have % ideas before even starting

**6/6/2021 11:12 PM**

Nicholas Warren (NLVWarren)

it's funny, I'm now remembering that last year Dan Newman asked me to come up with a list with all the districts that were "protected" by the VRA/FDA

**6/6/2021 11:12 PM**

Nicholas Warren (NLVWarren)

for arguments against Amendment 3

**6/6/2021 11:12 PM**

Nicholas Warren (NLVWarren)

yes well everyone is dumb on that

**6/6/2021 11:13 PM**

Nicholas Warren (NLVWarren)

this is part of what I told him:

**6/6/2021 11:13 PM**

Nicholas Warren (NLVWarren)

So – the retrogression requirement doesn't really have a concept of particular "access seats." Minorities' ability to elect candidates of choice (assuming minority voters vote cohesively) is protected from diminishment in every district, statewide. Also, the law thinks in terms of likelihood – so a district that has a 90% chance of electing a black candidate of choice (which

18

**6/13/2021 7:53 PM**

Nicholas Warren (NLVWarren)

Coalition District 1 has a black VAP of 42.4%. While we recognize that this is lower than the black VAP of the benchmark District 1 (which has a black VAP of 46.9%), our inquiry does not end there. An examination of voting strength must be conducted. The equivalent district under the Coalition's alternative plan would perform Democratic; it would have voted 57.3% for Sink (D) in the 2010 gubernatorial election, 61.0% for Obama (D) in the 2008 presidential election, and 49.1% for Davis (D) in the 2006 gubernatorial election. Democrats would make up 56.1% of registered voters, and 56.4% of the registered Democrats would be black (showing opportunity for black voters among Democrats). Further, 86.8% of the black voters would be registered Democrats (showing voting cohesion among black voters in general). As to the registered voters who actually voted in the 2010 general election, the numbers would be quite similar: Democrats would make up 55.8% of registered voters, 65.8% of the Democrats would be black, and 91.6% of the black voters would be Democrats. Black voters would have also controlled the Democratic primary, with 64.3% of the Democrats voting in the primary being black. This analysis indicates that the district will likely afford black voters the ability to elect candidates of their choice.[46]

Thus, the Coalition has demonstrated that District 6 can be drawn much more compactly and remain a minority-opportunity district. In addition to being much

Attachment with type image/jpeg
https://t.co/0kkXchU8WF

**6/13/2021 7:54 PM**

Nicholas Warren (NLVWarren)

But it may be possible to draw a majority BCVAP district now. Keep in mind that "geographical compactness" under Gingles/VRA section 2 is not the same as "compactness" under FDA or what you or I would think of as compact. It's more lenient

**6/13/2021 7:55 PM**

Nicholas Warren (NLVWarren)

If so, that would be a way to get into federal court

**6/13/2021 7:56 PM**

Nicholas Warren (NLVWarren)

Also keep in mind that the majority BCVAP district is only needed to prove your Section 2/ vote dilution claim. The remedy can be lower than that, as long as it's enough to elect a Black candidate or choice

**6/13/2021 7:57 PM**

Nicholas Warren (NLVWarren)

Which is why, for example, SD33 isn't majority Black even tho you can draw a majority BCVAP district down in Browars

**6/13/2021 8:00 PM**
Florida Data Geek [↑]   ʊᴀ (MappingFL)

so this brings up an interesting question.  if you can get to say 48% black, but cant reach 50%, are there any protections under federal court?  to me it feels like getting to 48%, showing voter coehesion, and even including gingles where the maj population is willing to vote for a minority candidate, would destroying the current SD6 violate federal dillution laws?  even if 50%+1 was (theoretically) impossible.

we've talked about 50% not being a magic number.  but is it under VRA for protection?

**6/13/2021 8:03 PM**

Nicholas Warren (NLVWarren)

No, to prove a vote dilution claim under VRA sec 2, you must be able to draw a geographically compact district with majority CVAP

22

          ISBELL000030

**8/9/2021 9:13 AM**

Nicholas Warren (NLVWarren)

"It is also interesting to note that, while the Justice Department's section 5 preclearance jurisdiction extends only to Hillsborough County, the plan adopted by the majority will have adverse effects on Pinellas, Manatee, and Polk Counties."

**8/9/2021 9:14 AM**

Nicholas Warren (NLVWarren)

"I regret that I cannot concur in the plan adopted by the majority. We have now seemingly interpreted the 1982 amendment to the Voting Rights Act to require districts that can be counted on to elect a minority representative to an exclusion of all other factors. Frankly, I think that the Justice Department is erroneous in its interpretation of the 1982 Voting Rights Act and in rejecting the reapportionment plan previously approved by this Court. Assuming it to be correct, however, we need not go to the extremes we have in correcting the perceived deficiency."

**8/9/2021 9:14 AM**

Nicholas Warren (NLVWarren)

those are from Overton and McDonalds' dissents

**8/9/2021 9:16 AM**

Nicholas Warren (NLVWarren)

Rosemary Barkett: "If I had to choose only among those presented, however, I would choose the plan submitted by the NAACP simply because this is the organization that has traditionally represented and promoted the position that advances all minority interests."

**8/9/2021 9:17 AM**

Nicholas Warren (NLVWarren)

Barkett and Overton were big liberals, McDonald was maybe more middle of the road/left

**8/11/2021 4:35 PM**

Nicholas Warren (NLVWarren)

Okay to use some of your maps in my slide decks tmr? (With credit, of course)

**8/11/2021 5:27 PM**
Florida Data Geek [↑]   UA (MappingFL)

Yep by all means!

**8/12/2021 4:56 PM**
Florida Data Geek [↑]   UA (MappingFL)

Great presentation!

**8/12/2021 4:57 PM**

Nicholas Warren (NLVWarren)

Thanks! I'm so exhausted!

**8/12/2021 5:45 PM**
Florida Data Geek [↑]   UA (MappingFL)

omg I know, you never realize just how tiring talking for a long period can be.  and of course all the time that goes into preparing

49

ISBELL000057

**8/23/2021 4:19 PM**

Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1429890913237676032
Link title: Nicholas Warren on Twitter
Link description: "Well this could be a big deal: a Fla Senate District 19 with the same Black
 population as the benchmark, without crossing Tampa Bay."
https://t.co/VthZjEy1Ib

**8/23/2021 5:29 PM**
Florida Data Geek 🔼   UA (MappingFL)

One person told me whether the bay gets crossed might also relate to if they try to screw over
Cruz and just cede a pinellas seat

**8/23/2021 5:34 PM**

Nicholas Warren (NLVWarren)

They're already gaining the northernmost palm beach district by default

**8/25/2021 11:01 PM**

Nicholas Warren (NLVWarren)



Attachment with type image/jpeg
Mission accomplished lol https://t.co/XbVpmA0q5V

**8/28/2021 9:13 PM**
Florida Data Geek 🔼   UA (MappingFL)

oh snap they came through!  nice!

53

SEN-0002714                    ISBELL000061

**9/5/2021 7:52 PM**

Nicholas Warren (NLVWarren)

the extent of racially polarized voting." The NAACP's contention that there is a
"risk" in Florida that Redrawn Districts 9 and 31 will diminish the ability of black
voters to elect representatives of their choice is not based on facts, but on
speculation. In essence, the NAACP asserts that there is simply insufficient
evidence from which to conclude that Redrawn Districts 9 and 31 will meet
constitutional requirements. Because the NAACP's position erroneously inverts
the burden of proof in this proceeding, and the NAACP has not met its burden of
proof, we reject all aspects of this claim.

Attachment with type image/jpeg
https://t.co/he4C5xJ0Wj

**9/5/2021 7:52 PM**

Nicholas Warren (NLVWarren)

and keep those hyperpacked

**9/5/2021 7:53 PM**

Nicholas Warren (NLVWarren)

then they intervened in the congressional case to defend CD5

**9/5/2021 7:57 PM**
Florida Data Geek [↑]    UA (MappingFL)

I hope they realize this time that they were mistaken in 2012. the results speak for themselves.
the hyper-packing was not needed

**9/5/2021 8:04 PM**

Nicholas Warren (NLVWarren)

Yeah I hope so too

**9/5/2021 9:01 PM**
Florida Data Geek [↑]    UA (MappingFL)

100% double check. if a district is 51% Black VAP now, but it goes to 48% black, functional
analysis says it would be black, thats not retrogression, right? (cause i'm seeing past
examples). I'm 99% thats right but want to make sure you have same conclusion

**9/5/2021 9:10 PM**

Nicholas Warren (NLVWarren)

yeah a 2% drop would basically never result in diminishment

**9/5/2021 9:11 PM**

Nicholas Warren (NLVWarren)

the 2002 Jax-Daytona benchmark was 46.9% BVAP in 2010, and the Coalition's Jax-only district
the court compared it too was 42.4% – no retrogression there

**9/5/2021 9:13 PM**

Nicholas Warren (NLVWarren)

The Broward-Palm Beach senate benchmark was 60.7% BVAP, court found that making it more
compact but 55.7% - not retrogression

**9/5/2021 9:18 PM**
Florida Data Geek [↑]    UA (MappingFL)

https://www.flsenate.gov/UserContent/Session/Redistricting/MapsAndStats/State%20Senate/
FLSD2002/Statistics/S17S0036_stats.pdf
just to clarify i'm not missing something. the 2002 senate benchmark for Broward/Palm I see
was 63% black, but 58% black VAP (sd29)  - at least what i have https://t.co/pEo5DtzClN

**9/5/2021 9:19 PM**

Nicholas Warren (NLVWarren)

What you just sent me is the 2000 census

57

          ISBELL000065

**9/5/2021 9:44 PM**
Florida Data Geek [T]   uA (MappingFL)

blehhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhh

**9/5/2021 9:44 PM**
Florida Data Geek [T]   uA (MappingFL)

i love the part where the senate just didnt do functional analysis at first, lol

**9/5/2021 9:44 PM**
Nicholas Warren (NLVWarren)

Yeah but what the 2002 version was in 2000 is t that relevant

**9/5/2021 9:44 PM**
Nicholas Warren (NLVWarren)

Isn't

**9/5/2021 9:45 PM**
Florida Data Geek [T]   uA (MappingFL)

thats good to know!

**9/5/2021 9:45 PM**
Nicholas Warren (NLVWarren)

Except that is shows that earlier in the decade, the black candidate of choice could be elected with a lower BVAP

**9/5/2021 9:45 PM**
Florida Data Geek [T]   uA (MappingFL)

glad I cleared this up with you, i might have made a big mistake in my verbiage

**9/5/2021 9:45 PM**
Nicholas Warren (NLVWarren)

😎

**9/5/2021 9:46 PM**
Florida Data Geek [T]   uA (MappingFL)

i'm only gonna get sooo deep into the math cause otherwise it becomes unreadable to every-man (cause fuck it trips me up at times).  but thank you for clearing this up for me, lol!  i dont need to write stuff and then someone is like "uh you were wrong"

**9/5/2021 9:47 PM**
Nicholas Warren (NLVWarren)

Yeah I mean you can even just say "the BVAP dropped x points from the benchmark and everything was fine"

**9/5/2021 9:47 PM**
Nicholas Warren (NLVWarren)

"The senate argued it had to be higher and they were wrong"

**9/5/2021 9:47 PM**
Nicholas Warren (NLVWarren)

"That was a pretext for packing Democrats and drawing more Republican districts"

**9/5/2021 9:48 PM**
Nicholas Warren (NLVWarren)

"Let's do it again this cycle"

**9/5/2021 9:49 PM**
Florida Data Geek [T]   uA (MappingFL)

exactly what my narrative is gonna be!

SEN-0002723          ISBELL000070

**9/24/2021 11:41 AM**

Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1441402749829140480
Link title: Nicholas Warren on Twitter
Link description: "This is a concerning, ill-informed trend in the FL redistricting process:
 dismissing consideration of criteria outside the Constitution as suspect or invalid. /1"
this really pisses me off https://t.co/Z7IS9KNAE8

**9/24/2021 5:19 PM**

Nicholas Warren (NLVWarren)

the Leg's redistricting app doesn't have the ability to view or draw by municipality ??

**9/24/2021 5:24 PM**

Nicholas Warren (NLVWarren)

it doesn't have VTDs?????

**9/24/2021 5:33 PM**
Florida Data Geek ⬆️    UA (MappingFL)

I really feel like that site is not done. They don't even have the political data yet.  God if they
don't add vtds....

**9/24/2021 5:37 PM**

Nicholas Warren (NLVWarren)

VTDs exist as a layer you can view but not one you can draw with

**9/24/2021 5:37 PM**

Nicholas Warren (NLVWarren)

How do you import a map?

**9/24/2021 5:37 PM**

Nicholas Warren (NLVWarren)

They better make it easy

**9/24/2021 5:38 PM**

Nicholas Warren (NLVWarren)

okay so you can import DOJ files/CSVs

**9/24/2021 5:51 PM**

Nicholas Warren (NLVWarren)

Import is taking 5ever

**9/24/2021 6:03 PM**

Nicholas Warren (NLVWarren)

I imported it and checked "County-VTD-Block" when I imported - now I can draw with VTDs

**9/24/2021 6:03 PM**

Nicholas Warren (NLVWarren)

But idk how you make that selection when you open a new map. That should be the default

81

ISBELL000089

**9/24/2021 6:44 PM**
Florida Data Geek [T]  UA (MappingFL)

good lord - this thing feels like a beta version.

**9/24/2021 6:45 PM**
Nicholas Warren (NLVWarren)

Yeah

**9/24/2021 6:46 PM**
Nicholas Warren (NLVWarren)

The "blank" default maps they have pre-uploaded have tract/block group hierarchy setting. They just need to change that

**9/24/2021 6:46 PM**
Nicholas Warren (NLVWarren)

If you upload a map or create a totally new map - not working from their pre-loaded blanks - you can select the VTD hierarchy

**9/24/2021 6:46 PM**
Nicholas Warren (NLVWarren)

But doesn't fix how fucked up the cities thing is

**9/24/2021 6:46 PM**
Nicholas Warren (NLVWarren)

Or how generally trash it is to use

**9/24/2021 6:50 PM**
Florida Data Geek [T]  UA (MappingFL)

yeah i'm sticking with DRA for now while waiting to see if it gets better. cause it feels like a shitty beta

**9/24/2021 6:51 PM**
Nicholas Warren (NLVWarren)

100%

**9/24/2021 7:49 PM**
Nicholas Warren (NLVWarren)

Do you know anyone who could explain to me the dynamics of a 2020 dem primary in jackson county?

**9/26/2021 9:38 PM**
Florida Data Geek [T]  UA (MappingFL)

oh sorry i didnt see this till now! hmm the only person i know from jackson is Jeremy Branch, but his last primary (2010) is from a very diff era of the party there. Judy Mount (current and longtime chair) prob has an idea of current dynamics

**9/26/2021 9:40 PM**
Nicholas Warren (NLVWarren)

No worries - do you know her? Could you ask her for me? I'm trying to keep my inquiry discreet. Working with the current county commissioner (Alex McKinnie) but also non-electeds. He defeated the longtime commissioner Willie Spires 54-46 in an universal Dem primary

**9/26/2021 9:40 PM**
Nicholas Warren (NLVWarren)

Or Branch if you'd think he might know anything

**9/26/2021 9:52 PM**
Florida Data Geek [T]  UA (MappingFL)

sure thing I can see what I can dig up.

82

SEN-0002743                    ISBELL000090

**9/26/2021 9:52 PM**

Nicholas Warren (NLVWarren)

Thank you 🙏

**9/28/2021 7:11 PM**

Nicholas Warren (NLVWarren)

https://www.ksanet.net/contact
Link title: Contact Us | KSA
Link description: KSA can customize redistricting efforts for your jurisdiction, saving time and
money. Assisting governments and entities large and small with realignment of boundaries.
https://t.co/3q7WaoTuka

**9/28/2021 7:11 PM**

Nicholas Warren (NLVWarren)

Who is this

**9/28/2021 7:15 PM**
Florida Data Geek [T]    UA (MappingFL)

hmm not familiar with them

**9/28/2021 7:15 PM**

Nicholas Warren (NLVWarren)

Look at the client list

**9/28/2021 7:15 PM**

Nicholas Warren (NLVWarren)

They're consulting for Pinellas, Collier, maybe Quincy in the past for redistricting

**9/28/2021 7:17 PM**
Florida Data Geek [T]    UA (MappingFL)

oh yeah so these were the folks who quincy hired to finish its redistricting process. i thought
that name kinda ran a bell. but thats the extent i really know about them. it seems theyve
been around awhile based on this list

**9/28/2021 7:19 PM**

Nicholas Warren (NLVWarren)

yeah 100%

**9/28/2021 7:19 PM**

Nicholas Warren (NLVWarren)

they just came up at the jackson BOCC

**9/28/2021 7:19 PM**

Nicholas Warren (NLVWarren)

as someone the SOE talked to about redistricting

**9/28/2021 7:24 PM**
Florida Data Geek [T]    UA (MappingFL)

ahhh gotcha. i def imagine that the rural counties is where an group like them are gonna
make the bulk of their cash.

**9/28/2021 7:26 PM**

Nicholas Warren (NLVWarren)

he's a Dem at least

**9/28/2021 7:27 PM**
Florida Data Geek [T]    UA (MappingFL)

thats good. i bet they do it legit. if they are gonna have a wide array of clients, its best to
stick to straight-forward stuff. prob alot of "just nip and tuck" for population changes. most
counties have no desire for huge remaps

SEN-0002744                    ISBELL000091

**10/16/2021 8:48 PM**
Florida Data Geek ⬆ ∪A (MappingFL)



https://twitter.com/MappingFL/status/1449537538226409481?s=20
Link title: Florida Data Geek ⬆ ∪A on Twitter
Link description: "In a few days my article on possible Orlando State House districts will be up

A Saturday night preview - I've drawn a map that could result in FOUR Hispanic districts - up from TWO right now - with two access seats as well

Growth in the area is massive #flapol #sayfie
https://t.co/B8vgVaM8SS"

**10/17/2021 5:27 PM**
Nicholas Warren (NLVWarren)



Attachment with type image/jpeg
Jackson County redistricting https://t.co/howQMdyWoG

**10/17/2021 5:28 PM**
Florida Data Geek ⬆ ∪A (MappingFL)

oh snap!  is that a map your drafting?  or a map submitted?

**10/17/2021 5:28 PM**
Nicholas Warren (NLVWarren)

A map I'm drafting, and likely to be submitted tomorrow

**10/17/2021 5:29 PM**
Nicholas Warren (NLVWarren)

And yes, we're already on Map E...

**10/17/2021 5:29 PM**
Nicholas Warren (NLVWarren)

Working with the local NAACP and the Black commissioner and school board member

**10/17/2021 5:32 PM**
Florida Data Geek ⬆ ∪A (MappingFL)

very cool!!  excited to see the final product! if anything I should push on substack let me know (esp if some commissioners need to be shamed)

**10/17/2021 5:33 PM**
Nicholas Warren (NLVWarren)

Thanks, I'll definitely let you know what happens. Right now we're trying to keep this work low-profile

93

         ISBELL000101

**10/17/2021 5:33 PM**

Nicholas Warren (NLVWarren)

https://www.mypanhandle.com/news/local-news/jackson-county-commissioners-look-to-redistrict-after-35-years/
https://t.co/ZVGtmIVES5

**10/17/2021 5:34 PM**

Nicholas Warren (NLVWarren)

Definitely do not want to antagonize these white boardmembers more than they're already antagonized

**10/17/2021 5:38 PM**

Nicholas Warren (NLVWarren)

The county commissioner JUST called me back and says this draft is good with him... he's clearly worried about gaining too much of Marianna and getting primaried. But it has to add Marianna to keep the Black % up

**10/17/2021 5:38 PM**

Nicholas Warren (NLVWarren)

As it stands now, he'd probably lose a general to a white Rep

**10/17/2021 5:42 PM**
Florida Data Geek [T]   UA (MappingFL)

35 years!!!!!!!  god damn!

**10/17/2021 5:43 PM**
Florida Data Geek [T]   UA (MappingFL)

county redistricting reallly doesnt get anough attention

**10/17/2021 5:46 PM**

Nicholas Warren (NLVWarren)

Yeah they got their court-ordered map and never changed it

**10/17/2021 5:47 PM**

Nicholas Warren (NLVWarren)

100% agree. it's most of what I'm working on now

**10/17/2021 5:51 PM**
Florida Data Geek [T]   UA (MappingFL)

very nice.  yeah def reminds me of the quincy story

**10/18/2021 11:03 AM**

Nicholas Warren (NLVWarren)

What's the point of preparing great questions for Dem senators if they don't even say a fucking word

**10/18/2021 11:08 AM**
Florida Data Geek [T]   UA (MappingFL)

I'm losing my mind in a text chain right now.  These people are worthless

**10/18/2021 11:11 AM**

Nicholas Warren (NLVWarren)

Yup

**10/18/2021 11:15 AM**

Nicholas Warren (NLVWarren)

In the spring I deleted a tweet that was like "FL Dems are doing exactly the wrong things to prepare for this redistricting cycle" after random important people starting shitting on me. Wish I hadn't deleted it

**10/18/2021 11:18 AM**
Florida Data Geek [T]   UA (MappingFL)

I hear you.  I'm holding public fire for the moment. But it won't last at this rate.

94

**11/10/2021 5:56 PM**

Nicholas Warren (NLVWarren)

Well.

**11/10/2021 8:11 PM**
Florida Data Geek 🔼    UA (MappingFL)

Congressional is pretty good. Senate has some questionable conduct

**11/10/2021 11:28 PM**

Nicholas Warren (NLVWarren)

yep

**11/10/2021 11:28 PM**

Nicholas Warren (NLVWarren)



> **WestCoastWarrior** @warrior_coast · 8h
> Replying to @decunningham2
> COME ON. Why didn't they do anything with FL 05.
> ♡ 6      ⇄ 2      ♡ 2      ⬆
>
> **Aneurin Bevan Stan** @StanBevan · 8h
> My guy there is a whole 30 tweet long thread detailing the interaction of the
> VRA, fair districts amendment, and court rulings on this
> ♡ 1      ⇄      ♡      ⬆
>
> **Eric Cunningham** @decunningham2 · 7h
> Yes, I'm aware Tallahassee-based consultants are very insistent on this
> design. Thank you for letting me know!
> ♡      ⇄      ♡ 1      ⬆

Attachment with type image/jpeg
lmao https://t.co/UVZSHscCsM

**11/10/2021 11:28 PM**

Nicholas Warren (NLVWarren)

calling me a consultant... I'm offended

**11/10/2021 11:33 PM**
Florida Data Geek 🔼    UA (MappingFL)

i am drinking Eric's tears tonight

**11/10/2021 11:34 PM**

Nicholas Warren (NLVWarren)

100%

**11/11/2021 6:54 PM**

Nicholas Warren (NLVWarren)



Attachment with type image/png
they don't know I just submitted a tampa bay senate map https://t.co/o2aUz6zORB

**11/11/2021 6:56 PM**
Florida Data Geek 🔼    UA (MappingFL)

What I find amazing is that the Dem primary makeup for their plan is almost the same as mine
(and I don't cross the bay). The pinellas portion isnt even that black since they grab a ring of
white liberal Dems as well

107

    ISBELL000115

**11/11/2021 7:12 PM**

Nicholas Warren (NLVWarren)

I know! Mine has a higher black share of Dem primary than the benchmark!!

**11/12/2021 9:56 PM**
Florida Data Geek 🔟  UA (MappingFL)

oh yeah i wanted to asked you this - i didn't think something like SD38 is really protected, (certainly not VRA - but maybe FDA) --- but what do you think?

**11/12/2021 9:56 PM**
Florida Data Geek 🔟  UA (MappingFL)



https://twitter.com/michaeldanish/status/1459350974531780611?s=20
Link title: Michael on Twitter
Link description: "@MappingFL @PeterSchorschFL I still think this map could potentially yield a VRA suit by eliminating a black access seat in Dade. Pizzo's current seat is over 40% black in the democratic primary. It could be preserved if you configure SD-36 like CD-25 to make room in Dade."
https://t.co/HJddTK11jF

**11/12/2021 9:58 PM**

Nicholas Warren (NLVWarren)

would require full analysis of Black cohesion in Dem primaries

**11/12/2021 9:59 PM**

Nicholas Warren (NLVWarren)

but even if there is cohesion, the ability-to-elect just can't be *diminished*

**11/12/2021 9:59 PM**

Nicholas Warren (NLVWarren)

so if there's a 2/5 chance of Black voters electing cands of choice, a new district can't reduce that 2/5 chance

**11/12/2021 10:00 PM**

Nicholas Warren (NLVWarren)

that 40% number is actual Black share of Dem voters in recent primaries?

**11/12/2021 10:00 PM**

Nicholas Warren (NLVWarren)

slash what does that share drop to in this draft?

**11/12/2021 10:03 PM**
Florida Data Geek 🔟  UA (MappingFL)

current sd38 is 43% black in dem primary

**11/12/2021 10:04 PM**

Nicholas Warren (NLVWarren)

and in this draft?

108

  ISBELL000116

**11/13/2021 3:48 AM**
Florida Data Geek 🔲  UA (MappingFL)



Attachment with type image/jpeg
yeah so i drew this SD38 and its 42% black and similar to the current 38. honestly i could
rearrange just a handful of broward seats and boom no problem https://t.co/VVOBovcftA

**11/13/2021 7:39 AM**

Nicholas Warren (NLVWarren)

That looks great. Definitely don't have to make 36 cross the glades like Danish was saying

**11/13/2021 7:27 PM**

Nicholas Warren (NLVWarren)

I'm spending way too many hours drawing maps they'll never even look at lol

**11/13/2021 7:27 PM**

Nicholas Warren (NLVWarren)

I've submitted 4 now

**11/13/2021 8:14 PM**
Florida Data Geek 🔲  UA (MappingFL)

oh you have?  I havent seen them yet.  when did you submit them?

**11/13/2021 8:25 PM**

Nicholas Warren (NLVWarren)

They haven't been posted/processed yet

**11/13/2021 8:25 PM**

Nicholas Warren (NLVWarren)

They're shadowbanning me lol

**11/13/2021 8:26 PM**

Nicholas Warren (NLVWarren)

I submitted some everyday day since Thursday. So only one business day in there

**11/13/2021 9:04 PM**
Florida Data Geek 🔲  UA (MappingFL)

ah gotcha, yeah they will prob show up monday/tuesday - i was wondering if there was a
delay in posting/showing up

**11/14/2021 12:13 PM**

Nicholas Warren (NLVWarren)

I get that it can't be automatic, they have to process/vet the signed form you have to submit
with each plan

SEN-0002771          ISBELL000118

**11/15/2021 6:20 PM**

Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1459971579161591811
Link title: Nicholas Warren on Twitter
Link description: "I've submitted 5 partial plans to the Fla Legislature (1 Sen, 4 Con), riffing off the drafts released last week.

They aren't posted yet, but thought I'd import them into DRA and share now, in the interest of
~starting a conversation~"
Looks like they won't publish my maps in time for tmr's committee meetings, but I put up the
DRA links  https://t.co/PNj52skAbT

**11/17/2021 10:44 AM**

Nicholas Warren (NLVWarren)

| Dist. | 2020 Census VAP who are: | | RV who are: | | | RV who are: | |
|---|---|---|---|---|---|---|---|
| | Black | Hisp. | DEM | REP | OTH | Black | Hisp. |
| 6 | 43.00% | 10.59% | 52.28% | 26.50% | 21.22% | 42.97% | 5.40% |
| 11 | 36.40% | 23.55% | 49.00% | 22.92% | 28.09% | 32.58% | 15.99% |
| 15 | 11.43% | 45.59% | 40.11% | 25.37% | 34.51% | 8.41% | 39.66% |
| 19 | 31.33% | 21.41% | 49.43% | 22.16% | 28.42% | 30.09% | 14.72% |
| 33 | 50.90% | 22.51% | 63.18% | 12.49% | 24.37% | 47.26% | 15.14% |
| 35 | 47.79% | 41.89% | 50.72% | 13.19% | 26.09% | 47.26% | 31.50% |
| 36 | 6.02% | 89.60% | 30.62% | 34.97% | 34.71% | 5.47% | 79.31% |
| 37 | 6.58% | 72.24% | 35.72% | 31.16% | 33.12% | 4.86% | 59.98% |
| 39 | 13.52% | 69.78% | 34.10% | 34.03% | 31.88% | 10.02% | 59.41% |
| 40 | 8.02% | 79.02% | 33.27% | 33.55% | 33.18% | 7.27% | 69.96% |

Attachment with type image/png
https://t.co/W8GCvdbMQH

**11/17/2021 10:44 AM**

Nicholas Warren (NLVWarren)

The legal advice was that SD38 isn't a Black ability-to-elect district. It's not analyzed in the
functional analysis section

**11/17/2021 12:41 PM**

Nicholas Warren (NLVWarren)

And of course, Gibson and Bracy didn't ask about it

**11/17/2021 12:42 PM**
Florida Data Geek [T]    ʊᴀ (MappingFL)

That's crazy.  Even if you wanna argue 38 isn't protected.  It's still bad form how southern
Broward is divided.

**11/17/2021 12:43 PM**

Nicholas Warren (NLVWarren)

I'm guessing Dems decided they don't want to shake anything up for fear of things only
getting worse

**11/17/2021 12:43 PM**

Nicholas Warren (NLVWarren)

But the 4 Dems on the senate committee are some of the least equipped to be smart

111

ISBELL000119

**12/2/2021 11:35 AM**

Nicholas Warren (NLVWarren)



1) In Defendants' Motion for Leave, etc., dated March 9, 1983, it was admitted that:
   a) Of all eligible white voters in the City of Sarasota 58.7% had registered to vote,
   b) Of all eligible black voters in the City of Sarasota 39.9% had registered to vote.
2) The above percentages were based on voter registration data from the Supervisor of Elections for Sarasota County dated January 1, 1980.
3) The most recent voter registration data now available from the Supervisor of Elections Office, Sarasota County, is dated October 6, 1984. (The close of the registrations books 30 days prior to the general election of November 6, 1984) [see

Attachment with type image/jpeg
Jesus https://t.co/3cJ8q5oPLR

**12/2/2021 2:17 PM**

Nicholas Warren (NLVWarren)

What is the strategy? I really have to ask

**12/2/2021 2:31 PM**
Florida Data Geek ⊤  UA (MappingFL)

For congress maps?  They basically are saying option b is more compact or keeps more stuff whole or whatever.

**12/2/2021 2:31 PM**

Nicholas Warren (NLVWarren)

No, the coalition's and Dems' strategy. Your strategy.

**12/2/2021 3:08 PM**
Florida Data Geek ⊤  UA (MappingFL)

My strategy and dem strategy is not the same.  I don't talk to those members who spoke today.  I don't give them advice.  Frankly I don't find them capable

My personal goal is to push data into the public

**12/2/2021 5:24 PM**

Nicholas Warren (NLVWarren)

I see

**12/3/2021 11:21 AM**

Nicholas Warren (NLVWarren)

This is excruciating

**12/3/2021 11:26 AM**
Florida Data Geek ⊤  UA (MappingFL)

Allison only member I thought did good. Canibalizing line was solid

**12/3/2021 11:27 AM**

Nicholas Warren (NLVWarren)

I don't think going in guns blazing is going to get them to change the drafts

**12/3/2021 11:30 AM**

Nicholas Warren (NLVWarren)

Holy fucking shit

**12/3/2021 11:37 AM**
Florida Data Geek ⊤  UA (MappingFL)

What?

120

**12/5/2021 9:38 PM**

Nicholas Warren (NLVWarren)

Calling a March referendum

**12/5/2021 9:52 PM**
Florida Data Geek 🔝  ᴜᴀ (MappingFL)

what?!

**12/5/2021 9:52 PM**
Florida Data Geek 🔝  ᴜᴀ (MappingFL)

no i missed this

**12/5/2021 9:52 PM**

Nicholas Warren (NLVWarren)



https://www.heraldtribune.com/story/opinion/editorials/2021/12/05/sarasota-county-voters-
want-single-member-districts-remain/8849865002/
Link title: OPINION: Single-member districts must remain in Sarasota County
Link description: The Sarasota County commissioners are displaying arrogance in their latest
 attempt to undermine the will of voters and drop single-member districts.
https://t.co/uozhXncmDx

**12/5/2021 9:57 PM**
Florida Data Geek 🔝  ᴜᴀ (MappingFL)

well perfect, i'll have something else to write about in january then.  nonsense

**12/6/2021 10:45 AM**

Nicholas Warren (NLVWarren)

your racial makeup maps are so fkn beautiful

**12/6/2021 10:40 AM**
Florida Data Geek 🔝  ᴜᴀ (MappingFL)

thanks!  i love em too.  getting some statewide ones set up

**12/7/2021 1:18 PM**

Nicholas Warren (NLVWarren)

you, me, and andrew pantazi are the real fair districts coalition

**12/7/2021 3:10 PM**
Florida Data Geek 🔝  ᴜᴀ (MappingFL)

Someone has to stand up do it. Might as well be us!

124

SEN-0002785                                                    ISBELL000132

**12/9/2021 6:33 PM**
Florida Data Geek [↑]   UA (MappingFL)



https://twitter.com/mappingfl/status/1469084575057862656?s=21
https://twitter.com/MappingFL/status/1469084575057862656
Link title: Florida Data Geek [↑]   UA on Twitter
Link description: "Latest redistricting article is live!  A detailed look at the state house districts
 for Miami-Dade, and an important look at how political data is vital to ensuring minority
 representation

https://t.co/wwRwrDfJbD

#flapol #sayfie"
Link title: Florida Data Geek [↑]   UA on Twitter
Link description: "Latest redistricting article is live!  A detailed look at the state house districts
 for Miami-Dade, and an important look at how political data is vital to ensuring minority
 representation

https://t.co/wwRwrDfJbD

#flapol #sayfie"
https://t.co/Q9DpNFPLuT https://t.co/mSzDMMSPDo

**12/10/2021 12:47 PM**

Nicholas Warren (NLVWarren)

Can't wait to read this from the airport later today!!!

**12/13/2021 10:19 AM**

Nicholas Warren (NLVWarren)

There is simply no partisan intent in any of the draft maps. They drew new Dem seats
 voluntarily! The committee chair's own district gets shaken up dramatically!

**12/13/2021 10:54 AM**
Florida Data Geek [↑]   UA (MappingFL)

I see packing and cracking in Tampa.  Which I'll argue in my upcoming article.

**12/13/2021 10:55 AM**
Florida Data Geek [↑]   UA (MappingFL)

The draw good in some areas to shield them from bad lines in others.

**12/13/2021 10:56 AM**

Nicholas Warren (NLVWarren)

Which indicates a lack of intent! The lines fell where they did. There's no grand scheme or plan

**12/13/2021 10:56 AM**

Nicholas Warren (NLVWarren)

They're party-blind

125

          ISBELL000133

**12/13/2021 10:58 AM**
Florida Data Geek ⊤  ᴜᴀ (MappingFL)

I also argued against a St Pete only 70 in my November Tampa article

**12/13/2021 10:58 AM**
Florida Data Geek ⊤  ᴜᴀ (MappingFL)

There is zero reason to not continue 70 in its current form

**12/13/2021 10:59 AM**
Nicholas Warren (NLVWarren)

This version splits fewer cities and counties!!!

**12/13/2021 10:59 AM**
Nicholas Warren (NLVWarren)

It also yields a competitive Sarasota HD!!!

**12/13/2021 10:59 AM**
Florida Data Geek ⊤  ᴜᴀ (MappingFL)

Meanwhile the new lines still split brandenton. And outright crack the black pop between three districts in manatee

**12/13/2021 10:59 AM**
Nicholas Warren (NLVWarren)

Jesus Christ you can't ignore that

**12/13/2021 10:59 AM**
Florida Data Geek ⊤  ᴜᴀ (MappingFL)

Of course I can't. But it doesn't matter.

**12/13/2021 10:59 AM**
Nicholas Warren (NLVWarren)

You're never getting a competitive seat in manatee

**12/13/2021 10:59 AM**
Florida Data Geek ⊤  ᴜᴀ (MappingFL)

First off only one plan gives a competitive Sarasota map

**12/13/2021 10:59 AM**
Nicholas Warren (NLVWarren)

I think it's not smart for you to ascribe intent where you don't have evidence

**12/13/2021 11:00 AM**
Florida Data Geek ⊤  ᴜᴀ (MappingFL)

That's not the point!!!

**12/13/2021 11:00 AM**
Nicholas Warren (NLVWarren)

When the pattern of map drawing is NOT a GOP gerrymander

**12/13/2021 11:00 AM**
Florida Data Geek ⊤  ᴜᴀ (MappingFL)

You don't take manatees black pop and take them out of a district they have been part of since the 1990s or 2002 and then divide them up

**12/13/2021 11:00 AM**
Nicholas Warren (NLVWarren)

That's not the law.

**12/13/2021 11:00 AM**
Florida Data Geek ⊤  ᴜᴀ (MappingFL)

City splits mean jack shit to me. I don't care. A tier 2 issue they hide behind

127

ISBELL000135

**12/13/2021 11:00 AM**
Florida Data Geek 🔒   ᴜᴀ (MappingFL)

Nick

**12/13/2021 11:00 AM**
Florida Data Geek 🔒   ᴜᴀ (MappingFL)

You forget something

**12/13/2021 11:01 AM**
Florida Data Geek 🔒   ᴜᴀ (MappingFL)

I'm not a lawyer. I'm an advocate for communities. Bim advocating for the manatee population

**12/13/2021 11:01 AM**
Nicholas Warren (NLVWarren)

The staff direction was to follow tier 2, you may not like it but that's what they did

**12/13/2021 11:01 AM**
Florida Data Geek 🔒   ᴜᴀ (MappingFL)

I think it's bullshit. I'm gonna call them on it

**12/13/2021 11:01 AM**
Florida Data Geek 🔒   ᴜᴀ (MappingFL)

Are you telling me I shouldn't?  Why is it a problem that I write these articles?

**12/13/2021 11:01 AM**
Nicholas Warren (NLVWarren)

Great! Then argue that they don't respect COI! But don't dress that argument up as they're egregiously gerrymandering

**12/13/2021 11:02 AM**
Florida Data Geek 🔒   ᴜᴀ (MappingFL)

I'm not gonna give them the benefit of the doubt.

**12/13/2021 11:02 AM**
Nicholas Warren (NLVWarren)

I'm disagreeing with your analysis, and I'm talking to you about it

**12/13/2021 11:02 AM**
Nicholas Warren (NLVWarren)

There's no fucking doubt dude. There's no pattern of intent.

**12/13/2021 11:02 AM**
Florida Data Geek 🔒   ᴜᴀ (MappingFL)

I vehemently disagree.

**12/13/2021 11:02 AM**
Florida Data Geek 🔒   ᴜᴀ (MappingFL)

I see intent all over the maps

**12/13/2021 11:03 AM**
Nicholas Warren (NLVWarren)

There's 14 fucking Biden districts in Orlando

**12/13/2021 11:03 AM**
Florida Data Geek 🔒   ᴜᴀ (MappingFL)

Miami Dade and orange are good. Tampa is shit. So is Jacksonville.  Tallahassee in one plan

**12/13/2021 11:03 AM**
Florida Data Geek 🔒   ᴜᴀ (MappingFL)

Some regions are good.  It doesn't mean the whole map is good

128

ISBELL000136

**1/13/2022 4:13 PM**

Nicholas Warren (NLVWarren)

wait, aren't Baxley and Perry paired?

**1/13/2022 4:15 PM**
Florida Data Geek 🔼  UA (MappingFL)

as best i know yes

**1/14/2022 10:33 AM**

Nicholas Warren (NLVWarren)

Hmm leadership said they were yday. Wonder if Baxley moves to Lake

**1/14/2022 10:34 AM**

Nicholas Warren (NLVWarren)

Could I launder through you a history lesson thread on the importance of filing floor amendments to maps?

**1/14/2022 10:35 AM**

Nicholas Warren (NLVWarren)

Trying to get Shev or Taddeo *anyone* else to file a Tampa map

**1/14/2022 10:37 AM**
Florida Data Geek 🔼  UA (MappingFL)

Sure sounds good to me

**1/14/2022 10:37 AM**

Nicholas Warren (NLVWarren)

Awesome :) I'll write it up today

**1/14/2022 10:45 AM**
Florida Data Geek 🔼  UA (MappingFL)

Cooool

**1/14/2022 12:02 PM**

Nicholas Warren (NLVWarren)

okay, here's a google doc with the thread, including images/screenshots from Apportionment VIII

**1/14/2022 12:02 PM**

Nicholas Warren (NLVWarren)

https://docs.google.com/document/
d/13AXZ4pPf_K5voz29AqFN6KlDU0CD3wTOIlgdA1hmWXE/edit?usp=sharing
https://t.co/InbfEE73uE

**1/14/2022 12:02 PM**

Nicholas Warren (NLVWarren)

feel free to gussy it up in your own voice, add/cut - there are probably more screenshots than necessary

**1/14/2022 12:02 PM**

Nicholas Warren (NLVWarren)

and i'm sure you probably have maps too if you want to add

**1/14/2022 12:03 PM**

Nicholas Warren (NLVWarren)

lmk if you have any questions :)

**1/14/2022 12:08 PM**

Nicholas Warren (NLVWarren)

screenshots are paired with each tweet, if that isn't clear lol

140

ISBELL000148

**1/14/2022 3:15 PM**

Nicholas Warren (NLVWarren)

❤️ 🔴
**Mike Fasano** liked your reply

Sebesta & Futch both voted for the map that robbed them of 2 extra years in the Senate.

But one Republican in each chamber actually bucked their party and voted against those brutal gerrymanders: FTL's Debbie Sanderson and the great @fasanomike.

Attachment with type image/jpeg
😊 https://t.co/N6cJmQetWV

**1/15/2022 3:57 PM**

Nicholas Warren (NLVWarren)

Damn, the GOP really lucked out on the numbers. Not a single competitive seat will be up again in 2024, except Ausley

**1/15/2022 3:57 PM**
Florida Data Geek ⬆️   uа (MappingFL)

conspiracy!!!

**1/15/2022 3:58 PM**

Nicholas Warren (NLVWarren)

lol pretty hard to fake that draw

**1/15/2022 3:59 PM**

Nicholas Warren (NLVWarren)

and remember how we thought we lost out when SD8, 16, 18, 24, 40 were all gonna be up in midterm years? then 2018 came

**1/15/2022 3:59 PM**

Nicholas Warren (NLVWarren)

and it didn't matter anyway 😩 (except Taddeo)

**1/15/2022 3:59 PM**
Florida Data Geek ⬆️   uа (MappingFL)

they deep-faked Bean's face over magician Shin Lim

**1/15/2022 3:59 PM**

Nicholas Warren (NLVWarren)

lmfao

**1/15/2022 4:01 PM**

Nicholas Warren (NLVWarren)

SD22 as well from the 2016 map. really only 9, 37, 39 were the odd competitive ones

**1/15/2022 4:02 PM**
Florida Data Geek ⬆️   uа (MappingFL)

that midterm really was a tremendous disapointmnet

**1/15/2022 4:03 PM**

Nicholas Warren (NLVWarren)

my initial thought on renumbering when I worked for the court in 2011-12 was that they did manipulate the numbers to make competitive seats up in midterms

**1/15/2022 4:03 PM**

Nicholas Warren (NLVWarren)

but I was a *little* too conspiratorial

**1/15/2022 4:03 PM**

Nicholas Warren (NLVWarren)

yeah 2018 sucked

141

**1/15/2022 4:04 PM**

Nicholas Warren (NLVWarren)

makes me feel like we deserve a good midterm in a bad national environment, but I know better than to expect/hope for that

**1/15/2022 4:07 PM**
Florida Data Geek [↑] UA (MappingFL)

lol wouldnt that be ironic.  we gain some leg seats and knock desnatis off in 2022

**1/15/2022 4:07 PM**
Florida Data Geek [↑] UA (MappingFL)

frankly my goals are just defend 3, 14, and 38, and take 10.  but even that seems like a momumental task

**1/15/2022 4:08 PM**

Nicholas Warren (NLVWarren)

yupp

**1/15/2022 4:08 PM**

Nicholas Warren (NLVWarren)

Ausley loses in a 2010/14 environment

**1/15/2022 4:09 PM**
Florida Data Geek [↑] UA (MappingFL)

mmhmmm

**1/15/2022 4:10 PM**

Nicholas Warren (NLVWarren)

I made a couple tweaks to this btw

**1/15/2022 4:10 PM**

Nicholas Warren (NLVWarren)

https://docs.google.com/document/
d/13AXZ4pPf_K5voz29AqFN6KlDU0CD3wTOIIgdA1hmWXE/edit?usp=sharing
https://t.co/InbfEE73uE

**1/15/2022 4:10 PM**

Nicholas Warren (NLVWarren)

hopeful a house dem proposes amendments

**1/15/2022 4:11 PM**
Florida Data Geek [↑] UA (MappingFL)

that sounds good!  i'll start that up later today

**1/15/2022 4:11 PM**

Nicholas Warren (NLVWarren)

if not shev or taddeo

**1/15/2022 4:12 PM**

Nicholas Warren (NLVWarren)

CDs 13/14/15 will be so interesting if 8040 passes

**1/15/2022 4:12 PM**

Nicholas Warren (NLVWarren)

tampa tv stations gonna get flooded

**1/15/2022 4:12 PM**
Florida Data Geek [↑] UA (MappingFL)

omg they are gonna be.....

142

**1/15/2022 4:13 PM**
Florida Data Geek 🕇  UA (MappingFL)



Attachment with type video/quicktime
https://t.co/wk04KwS1zl

**1/15/2022 4:13 PM**

Nicholas Warren (NLVWarren)

and I'll be in Lawson's district :D

**1/15/2022 4:14 PM**
Florida Data Geek 🕇  UA (MappingFL)

tragically i'm still in Dunn's

**1/15/2022 4:14 PM**
Florida Data Geek 🕇  UA (MappingFL)

but being in Southwood i never expected otherwise

**1/15/2022 4:22 PM**

Nicholas Warren (NLVWarren)

yeah that's on you

**1/15/2022 4:22 PM**

Nicholas Warren (NLVWarren)

still no inklings on where farmer will run?

**1/15/2022 4:23 PM**

Nicholas Warren (NLVWarren)

I also still can't believe we all just didn't notice the Baxley/Perry pairing for so long lol. Baxley feels like a creature of Lake County lol

**1/15/2022 4:54 PM**
Florida Data Geek 🕇  UA (MappingFL)

yeah i kept forgetting about baxley and perry. but i def think a perry-bradley pairing would have given the leadership more heartburn. i feel leaders would be happy to lose baxley more than perry or bradley

**1/15/2022 4:55 PM**
Florida Data Geek 🕇  UA (MappingFL)

i venture Baxley could move to the 13th if he wanted to give that a go

**1/15/2022 5:12 PM**

Nicholas Warren (NLVWarren)

agree

**1/15/2022 5:12 PM**

Nicholas Warren (NLVWarren)

on both counts

**1/15/2022 5:12 PM**

Nicholas Warren (NLVWarren)

leadership luvs bradley

143

SEN-0002804                    ISBELL000151

**1/15/2022 5:12 PM**

Nicholas Warren (NLVWarren)

and I do too tbh

**1/15/2022 7:11 PM**

Nicholas Warren (NLVWarren)

Seems completely untenable for the Senate to cave on CD10 at this point. They're on the record saying it's legally required to be their way, and 8003 obviously violates that. Even Angela Dempsey would strike that down

**1/15/2022 7:14 PM**
Florida Data Geek [↑]   UA (MappingFL)

that is an excellent point

**1/15/2022 7:55 PM**
Florida Data Geek [↑]   UA (MappingFL)



Attachment with type image/png

so here is a question, cause i'm doing some CD10 research.  thanks partly due to turnout disparities and also a registration changes, african-americans aren't likelt to control 50%+ of a dem primary for CD10.  this is current borders but same is true for draft plans.  of course the senate still has black voters outpacing white voters in the primary, while that one house plan gives white voters a plurality.  so the two chambers are def at different odds.  but could house defenders use this change in 10 to say "see its not even a solid black seat?" https://t.co/LVNw3geIpx

**1/15/2022 8:12 PM**
Florida Data Geek [↑]   UA (MappingFL)



https://twitter.com/MappingFL/status/1482520842370043904?s=20
Link title: Florida Data Geek [↑]   UA on Twitter
Link description: "As the Fla Senate maps are poised for floor votes next week, here's a little history lesson on why it's important for legislators to propose alternative maps. 1/?

🖼 #flapol #sayfie"
https://t.co/r35CqVQTwL

**1/15/2022 8:47 PM**

Nicholas Warren (NLVWarren)

Thank you!!!! Beautiful

144

**1/16/2022 11:14 PM**
Florida Data Geek [T]   UA (MappingFL)

loveeee that name!  i'm using it on tuesdays substack!

**1/17/2022 1:14 AM**
Florida Data Geek [T]   UA (MappingFL)



Attachment with type image/jpeg
oops - the Ron map has two hispanic districts where hispanics dont make up a maj of the vote
- 26 is insane https://t.co/8Hcx2EJGWo

**1/17/2022 7:50 AM**
Nicholas Warren (NLVWarren)

Wow

**1/17/2022 7:50 AM**
Nicholas Warren (NLVWarren)

What the H% of the R primary?

**1/17/2022 7:51 AM**
Nicholas Warren (NLVWarren)

It annoys me they put the unpopulated Broward precinct in 26. So sloppy

**1/17/2022 7:53 AM**
Nicholas Warren (NLVWarren)

Collier Big White lol

**1/17/2022 1:43 PM**
Nicholas Warren (NLVWarren)

plz tell umich it's Fair Districts, not the VRA or 14th Amendment, that prohibits St Pete-Tampa

**1/17/2022 1:54 PM**
Nicholas Warren (NLVWarren)

It's just partisan gerrymandering and tier 2, nothing racial about it (except that if that's their
pretext it's obviously fake)

**1/17/2022 2:41 PM**
Florida Data Geek [T]   UA (MappingFL)

holy shit dude - that 26th - the white voters are TWICE as much as hispanics in the GOP
primary

**1/17/2022 2:41 PM**
Florida Data Geek [T]   UA (MappingFL)

this map is more rediculous the more its analyzed.   substack tomorrow is gonna be lit

**1/17/2022 2:46 PM**
Nicholas Warren (NLVWarren)

Wowie!

**1/17/2022 5:19 PM**
Florida Data Geek [T]   UA (MappingFL)

so i am sure to talk smart in my substack

153

SEN-0002814                                    ISBELL000161

**1/18/2022 4:28 PM**

Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1483551737432662020
Link title: Nicholas Warren on Twitter
Link description: "Revised Fla House map is up. Builds on the first maps from November
https://t.co/DlwwCSgCy1"
https://t.co/eBC2tFGrPf

**1/18/2022 4:34 PM**
Florida Data Geek 🔝  UA (MappingFL)

Yayyy Tallahassee area is at least better

**1/18/2022 4:36 PM**

Nicholas Warren (NLVWarren)

and I don't think a second map is dropping. I think this is the merged map

**1/18/2022 4:37 PM**

Nicholas Warren (NLVWarren)

this is a much better-drafted map

**1/18/2022 4:37 PM**

Nicholas Warren (NLVWarren)

good job leda

**1/18/2022 4:38 PM**

Nicholas Warren (NLVWarren)

they picked the pro-dem option in some areas and the pro-GOP option in others

**1/18/2022 4:39 PM**
Florida Data Geek 🔝  UA (MappingFL)

Yeah quick search makes me agree.  I'm gonna dig in more after work

**1/18/2022 4:44 PM**

Nicholas Warren (NLVWarren)

Still 14 Biden seats in Orlando metro

**1/18/2022 4:54 PM**
Florida Data Geek 🔝  UA (MappingFL)

Some delicious gerrymandering for alachua and Tampa still.  But yeah broadly the same. Oh
they got rid of the Biden seat in Polk.  Damn.

**1/18/2022 5:41 PM**

Nicholas Warren (NLVWarren)

yeah well this is the most compact option in all 3 regions

**1/18/2022 6:00 PM**

Nicholas Warren (NLVWarren)

Nobody has talked about how the number of Latino-performing seats in Orlando will double

159

SEN-0002820                                    ISBELL000167

**1/18/2022 6:24 PM**
Florida Data Geek [T]    UA (MappingFL)

compactness means nothing to me.

**1/18/2022 6:24 PM**
Florida Data Geek [T]    UA (MappingFL)

ive totally touted orlando

**1/18/2022 6:24 PM**
Florida Data Geek [T]    UA (MappingFL)

but i firmly believe the GOP hides behind compactness scores to justify partisan decisions

**1/18/2022 8:53 PM**

Nicholas Warren (NLVWarren)

Well I hate compactness too

**1/18/2022 8:54 PM**

Nicholas Warren (NLVWarren)

I guess I haven't been focusing on Orlando lol, it's seemed too complicated to grasp

**1/18/2022 8:54 PM**

Nicholas Warren (NLVWarren)

Once I saw there were 2 whole HDs in Osceola my eyes glazed over

**1/18/2022 9:29 PM**
Florida Data Geek [T]    UA (MappingFL)

oh yeah orlando is solidly good

**1/18/2022 9:29 PM**
Florida Data Geek [T]    UA (MappingFL)

do we have the time the senate is supposed to start redistricting debate tomorrow?

**1/18/2022 9:48 PM**

Nicholas Warren (NLVWarren)

Session is 3-6pm but there are 15 other bills on special order calendar

**1/18/2022 9:50 PM**

Nicholas Warren (NLVWarren)

Only 3 of those 15 are at all controversial tho

**1/18/2022 10:03 PM**
Florida Data Geek [T]    UA (MappingFL)

right on.

**1/18/2022 11:27 PM**

Nicholas Warren (NLVWarren)

Did they fix the Haitian issue with 108/109? I can never remember where the Haitian pop is versus A-A. But the districts are oriented vertical again and I thought they did that last time to keep the Haitian community together in one HD

**1/18/2022 11:33 PM**
Florida Data Geek [T]    UA (MappingFL)

Ohhhh good question. I'll check

**1/18/2022 11:33 PM**

Nicholas Warren (NLVWarren)

thanks :)

**1/18/2022 11:34 PM**

Nicholas Warren (NLVWarren)

some of the districts where they were using a clear 50% BVAP quota have dropped below 50% in service of tier 2 improvements. Pantazi wrote about it a ton

160

SEN-0002821          ISBELL000168

**1/19/2022 3:08 PM**

Nicholas Warren (NLVWarren)

It's not totally absurd but it is wrong

**1/19/2022 3:08 PM**

Nicholas Warren (NLVWarren)

Like, someone could have challenged CD5 as a racial gerrymander and gone to trial. But they would have lost

**1/19/2022 3:09 PM**
Florida Data Geek [T]   UA (MappingFL)

They talk about the 5th like it's the 1992 third.   Just a bunch of crazy lines.

**1/19/2022 3:09 PM**
Florida Data Geek [T]   UA (MappingFL)

And their Hispanic claim is of course nonsense.

**1/19/2022 3:10 PM**

Nicholas Warren (NLVWarren)

Yeah obvi

**1/19/2022 3:10 PM**

Nicholas Warren (NLVWarren)

A district doesn't have to be ugly to be a racial gerrymander tho

**1/19/2022 3:11 PM**

Nicholas Warren (NLVWarren)

Th question is just if race predominated in the decision to put a large number of voters inside or outside the district

**1/19/2022 3:12 PM**
Florida Data Geek [T]   UA (MappingFL)

I know.  I'm just more focused on their claims about not being retrogressive.

162

          ISBELL000170

**1/20/2022 6:33 PM**

Nicholas Warren (NLVWarren)



https://twitter.com/LeaderBookFL/status/1484301548624957440
Link title: Lauren Book on Twitter
Link description: "While our Caucus would have welcomed small changes to the Tampa Bay
and Jacksonville markets in both congressional and state senate maps to make the final
product far stronger, a vast majority of our Caucus supported the maps because they followed
the spirit of Fair District...1/"
Well. https://t.co/4JFnPC45Vr

**1/20/2022 6:38 PM**
Florida Data Geek [T]   UA (MappingFL)

> i'm starting to wonder if dems pulled punches on state senate in exchange for the senate
> leaders holding firm on congress.  if so i could at least respect making a decision.  what drives
> me nuts is how we get no amendments offering changes to tampa or broward senate seats.
> and all the hispanic talk made my mind melt

**1/20/2022 6:39 PM**

Nicholas Warren (NLVWarren)

I don't think there was an explicit deal, but rather an unwillingness to rock the boat lest it
backfire and things get shaken up all over

**1/20/2022 6:39 PM**

Nicholas Warren (NLVWarren)

combined with a lack of understanding of the facts and issues

**1/20/2022 6:39 PM**

Nicholas Warren (NLVWarren)

and the fact that for the most part, incumbents are okay

**1/20/2022 6:40 PM**
Florida Data Geek [T]   UA (MappingFL)

> yeah that all sounds right

**1/20/2022 6:40 PM**

Nicholas Warren (NLVWarren)

I'm also not sure if Book actually means "welcomed small changes to the Tampa Bay and Jax
markets in both the congressional and senate maps, RESPECTIVELY"

**1/20/2022 6:40 PM**
Florida Data Geek [T]   UA (MappingFL)

> alothough then we should have locked Cruz, Gibson, and Torres in closets or something

**1/20/2022 6:40 PM**

Nicholas Warren (NLVWarren)

because that would acknowledge Rouson's congressonal issue and Gibson's senate issue, but
nothing else

170

SEN-0002831                    ISBELL000178

**1/20/2022 6:40 PM**
Florida Data Geek ⬆ ᴜᴀ (MappingFL)

yeah wording is all messed up there

**1/20/2022 6:41 PM**
Florida Data Geek ⬆ ᴜᴀ (MappingFL)

Rouson's amendment sucked

**1/20/2022 6:41 PM**
Nicholas Warren (NLVWarren)

yeah she has to give lip service to her caucus anyhow

**1/20/2022 6:41 PM**
Nicholas Warren (NLVWarren)

House dems are apparently going to be another shitshow tmr

**1/20/2022 6:41 PM**
Florida Data Geek ⬆ ᴜᴀ (MappingFL)

oh i have no fucking doubt

**1/20/2022 6:41 PM**
Nicholas Warren (NLVWarren)

they are taking really bad advice, and ignoring good advice

**1/20/2022 6:41 PM**
Florida Data Geek ⬆ ᴜᴀ (MappingFL)

oh god like what?

**1/20/2022 6:41 PM**
Nicholas Warren (NLVWarren)

so tweet at them more, and @ dan daley

**1/20/2022 6:42 PM**
Nicholas Warren (NLVWarren)

oh no daley is on congressional

**1/20/2022 6:42 PM**
Nicholas Warren (NLVWarren)

I can't say specifically

**1/20/2022 6:42 PM**
Nicholas Warren (NLVWarren)

do you know who all is in the room advising them?

**1/20/2022 6:42 PM**
Florida Data Geek ⬆ ᴜᴀ (MappingFL)

I know Grimes is a constant counsel, but otherwise not really

**1/20/2022 6:43 PM**
Nicholas Warren (NLVWarren)

oh wait yeah daley is on legislative

**1/20/2022 6:43 PM**
Nicholas Warren (NLVWarren)

yeah @ Daley a ton early on. he started reading off Pantazi's tweets in one meeting

**1/20/2022 6:44 PM**
Nicholas Warren (NLVWarren)

I expect Tant to be quiet now that Leon is fixed

171

SEN-0002832                    ISBELL000179

**1/20/2022 10:07 PM**

Nicholas Warren (NLVWarren)

and also obviously everyone agrees what the FDA retrogression standard means, and Shelby Cnty obviously doesn't change that. but other than those points, the RRH argument would be the case brought to dismantle it

**1/20/2022 10:08 PM**

Nicholas Warren (NLVWarren)

and it could be in either state or federal court depending on where the plaintiffs preferred

**1/20/2022 10:10 PM**

Nicholas Warren (NLVWarren)

the big legal question is whether race predominated in the drawing of the district. that triggers strict scrutiny. but it's fkng hard to establish that race predominated in a normal case

**1/20/2022 10:10 PM**

Nicholas Warren (NLVWarren)

In the Alabama Legislative Black Caucus remand, the plaintiffs challenged 36 districts. The AL federal court (now-11th Circuit Chief Judge Bill Pryor writing) found race didn't predominate in 22. It found race predominated but there was a compelling interest in 2. It struck down 12.

**1/20/2022 11:55 PM**
Florida Data Geek [↑]   ᴜᴀ (MappingFL)

i gotcha

**1/20/2022 11:58 PM**
Florida Data Geek [↑]   ᴜᴀ (MappingFL)

what about cohesion arguments?  the rivaly of tallahassee v jax.  i think thats a weak claim but tell me if im wrong there

**1/21/2022 12:27 AM**

Nicholas Warren (NLVWarren)

yes, that's not that strong, but that's only relevant to whether the district is required by FDA's retrogression standard (cohesion prong).

**1/21/2022 12:52 AM**

Nicholas Warren (NLVWarren)

the real argument is (1) race predominated in the drawing of the district, and (2) the state didn't have a compelling interest for doing so, because compliance with some state's retrogression standard isn't an interest compelling enough to excuse race predominating.

**1/21/2022 12:53 AM**

Nicholas Warren (NLVWarren)

Even if compliance with §2 would be compelling enough

**1/21/2022 12:15 PM**
Florida Data Geek [↑]   ᴜᴀ (MappingFL)

https://twitter.com/mappingfl/status/1484575430405332994?s=21
https://twitter.com/MappingFL/status/1484575430405332994
https://t.co/1NwYX4JgBl https://t.co/4Q9EgwuSgf

**1/21/2022 12:16 PM**
Florida Data Geek [↑]   ᴜᴀ (MappingFL)

I don't think I'm out of line here

**1/21/2022 12:16 PM**

Nicholas Warren (NLVWarren)

just a sec

**1/21/2022 12:16 PM**

Nicholas Warren (NLVWarren)

they read the wrong statement

174

                    ISBELL000182

**1/21/2022 12:16 PM**

Nicholas Warren (NLVWarren)

they were going to recommend specific tweaks to HD44 and Polk

**1/21/2022 12:17 PM**
Florida Data Geek ⊤  uA (MappingFL)

Ok I deleted for time being.

**1/21/2022 12:18 PM**

Nicholas Warren (NLVWarren)

they may submit a different written statement

**1/21/2022 1:07 PM**

Nicholas Warren (NLVWarren)

Yeah the LJ spokesperson simply didn't get the new version of their statement we worked on til 1am last night

**1/21/2022 1:29 PM**

Nicholas Warren (NLVWarren)

https://www.tampabay.com/news/florida-politics/2022/01/21/a-senate-district-is-split-by-tampa-bay-black-organizers-ask-if-its-time-to-change/
https://t.co/O0zk0W9IRf

**1/21/2022 1:29 PM**

Nicholas Warren (NLVWarren)

A little late but

**1/21/2022 1:39 PM**

Nicholas Warren (NLVWarren)

this is a really great article actually. cites you :)

**1/21/2022 5:00 PM**

Nicholas Warren (NLVWarren)

Apparently the lawyer advising the house dems dismissed my Haitian map, saying it wasn't public data

**1/21/2022 5:13 PM**
Florida Data Geek ⊤  uA (MappingFL)

Is that Grimes!?  Or someone else?

**1/21/2022 5:13 PM**

Nicholas Warren (NLVWarren)

I don't know

**1/21/2022 5:14 PM**

Nicholas Warren (NLVWarren)

Things are far worse than we feared

**1/21/2022 5:14 PM**

Nicholas Warren (NLVWarren)

Starting to think it's more than just incompetence

**1/21/2022 5:14 PM**

Nicholas Warren (NLVWarren)

No one can be *that* incompetent ... right ??

**1/21/2022 5:20 PM**
Florida Data Geek ⊤  uA (MappingFL)

Let me put my ear lightly to the ground and see if I can confirm who's giving advice.  I've always heard of some outside firm. So it might be that.

175

ISBELL000183

**1/21/2022 5:20 PM**

Nicholas Warren (NLVWarren)

Try to find out the firm too if you can

**1/21/2022 5:21 PM**

Nicholas Warren (NLVWarren)

All I know is Grimes said he was good when I offered to help a few months ago

**1/21/2022 5:26 PM**
Florida Data Geek ⊤ UA (MappingFL)

I give you names and you don't repeat you for then from me.  Agree?

**1/21/2022 5:27 PM**

Nicholas Warren (NLVWarren)

Absolutely

**1/21/2022 5:31 PM**
Florida Data Geek ⊤ UA (MappingFL)

Natalie Kato is apparently the main consultant.

**1/21/2022 5:31 PM**

Nicholas Warren (NLVWarren)

I see

**1/21/2022 5:31 PM**

Nicholas Warren (NLVWarren)

Anyone outside?

**1/21/2022 5:33 PM**
Florida Data Geek ⊤ UA (MappingFL)

I'm not even sure if she is inside or outside. But that's the name I keep getting.

**1/21/2022 5:34 PM**

Nicholas Warren (NLVWarren)

What's your opinion of her

**1/22/2022 6:42 PM**

Nicholas Warren (NLVWarren)

Apparently Natalie Kato also said that some maps you put up last month weren't based on public data

**1/22/2022 6:43 PM**

Nicholas Warren (NLVWarren)

And asked if they could get that

**1/22/2022 6:44 PM**
Florida Data Geek ⊤ UA (MappingFL)

huh?  some of the maps I put up?  she reached out to me she claims?

**1/22/2022 6:44 PM**

Nicholas Warren (NLVWarren)

No she asked caucus staff

**1/22/2022 6:45 PM**
Florida Data Geek ⊤ UA (MappingFL)

huh - i'm not even sure what data she would have been referencing.  all my stuff is census, acs, or elections

**1/22/2022 6:46 PM**

Nicholas Warren (NLVWarren)

I know. It was either ACS or registration/turnout/elx data that's already in the Leg's app

176

ISBELL000184

**1/22/2022 6:46 PM**

Nicholas Warren (NLVWarren)

It reveals her ignorance

**1/22/2022 6:46 PM**

Nicholas Warren (NLVWarren)

She still doesn't understand what the ACS is if she dismissed my Haitian map this week

**1/22/2022 6:51 PM**
Florida Data Geek ⬆   ᴜᴀ (MappingFL)

omg. so to follow up/. ive never worked with her directly. but the universal reaction ive gotten was she is doing a bad job here and nothing but exasperation

**1/22/2022 6:52 PM**

Nicholas Warren (NLVWarren)

Multiple non-redistricting people say they don't trust her

**1/22/2022 6:52 PM**

Nicholas Warren (NLVWarren)

The NDRC is one of her lobbyist registrations

**1/22/2022 6:53 PM**
Florida Data Geek ⬆   ᴜᴀ (MappingFL)

good lord

**1/22/2022 6:53 PM**

Nicholas Warren (NLVWarren)

I told everyone YEARS ago that anything NDRC-connected would taint the whole caucus

**1/22/2022 6:53 PM**
Florida Data Geek ⬆   ᴜᴀ (MappingFL)

yeah one pretty prominent person had nothing nice to say.

**1/22/2022 6:54 PM**
Florida Data Geek ⬆   ᴜᴀ (MappingFL)

i dont even understand how she got this gig!

**1/22/2022 6:54 PM**

Nicholas Warren (NLVWarren)

I don't know either

**1/22/2022 6:55 PM**

Nicholas Warren (NLVWarren)

I was talking to Ben Diamond multiple times in 2019 and then he stopped texting me back

**1/22/2022 6:55 PM**

Nicholas Warren (NLVWarren)

I don't know what happened

177

SEN-0002838                    ISBELL000185

**1/24/2022 8:22 PM**
Florida Data Geek 🔲 ᴜᴀ (MappingFL)

yeah this all makes sense.  i agree on 62 and 87.  eventually they will perform, but they def wont now

**1/24/2022 8:22 PM**
Florida Data Geek 🔲 ᴜᴀ (MappingFL)

the lack of any democratic amendment to not cross the tampa bay for senate is still angering me a week later

**1/24/2022 8:23 PM**
Florida Data Geek 🔲 ᴜᴀ (MappingFL)

and latest house dems statements today - STILL hung up on hispanic districts

**1/24/2022 8:23 PM**
Florida Data Geek 🔲 ᴜᴀ (MappingFL)

whole caucus is fucking worthless

**1/24/2022 8:23 PM**

Nicholas Warren (NLVWarren)

Everyone is either receiving terrible advice or no advice

**1/24/2022 8:23 PM**

Nicholas Warren (NLVWarren)

And nobody actually knows anything

**1/24/2022 8:24 PM**

Nicholas Warren (NLVWarren)

They had FUCKING YEARS

**1/24/2022 8:24 PM**

Nicholas Warren (NLVWarren)

I can get Senate instinct not to rock the bot

**1/24/2022 8:25 PM**

Nicholas Warren (NLVWarren)

But yes it's depressing. Whoever hired Kato should get their head chopped off

**1/24/2022 8:25 PM**

Nicholas Warren (NLVWarren)

All the issues we've been pounding for months have been raised by lower level staff

**1/24/2022 8:25 PM**

Nicholas Warren (NLVWarren)

Tossed in the trash

**1/24/2022 8:25 PM**

Nicholas Warren (NLVWarren)

Every. Single. Issue. P

**1/24/2022 8:26 PM**
Florida Data Geek 🔲 ᴜᴀ (MappingFL)

if i had no soul - id just have gone and worked for the republicans.

**1/24/2022 8:26 PM**

Nicholas Warren (NLVWarren)

I tried to

**1/24/2022 8:27 PM**
Florida Data Geek 🔲 ᴜᴀ (MappingFL)

honest to god.  you could prob have steered them in good directions.  at least you'd be heard

180

**2/1/2022 9:44 AM**

Nicholas Warren (NLVWarren)

house dem leadership said suspension from the caucus is on the table if anyone submits maps

**2/1/2022 11:32 AM**
Florida Data Geek 🔝 ᴜᴀ (MappingFL)

What!?   Are they gonna suspend Anika for voting for the house bill in committee?   Fucking hell

**2/1/2022 11:57 AM**

Nicholas Warren (NLVWarren)

And they think winning in court is a slam dunk

**2/1/2022 12:02 PM**
Florida Data Geek 🔝 ᴜᴀ (MappingFL)

Oh boy are they about to be shocked.

**2/1/2022 12:02 PM**

Nicholas Warren (NLVWarren)

they are on drugs

**2/1/2022 12:02 PM**

Nicholas Warren (NLVWarren)

their lawyers are on drugs

**2/1/2022 12:03 PM**
Florida Data Geek 🔝 ᴜᴀ (MappingFL)

I have no doubt

**2/1/2022 12:51 PM**
Florida Data Geek 🔝 ᴜᴀ (MappingFL)

So the committee pages still don't show a Friday meeting.  Have they def set that or could they delay again?

**2/1/2022 12:51 PM**

Nicholas Warren (NLVWarren)

Notice deadline isn't til 4:30 tmr

**2/1/2022 12:52 PM**

Nicholas Warren (NLVWarren)

There's still an authorized time for Friday but that's just a "heads-up we may be meeting" until it's actually noticed

**2/1/2022 12:52 PM**

Nicholas Warren (NLVWarren)

https://twitter.com/NLVWarren/status/1488529366137118726
I wasn't expecting another subcommittee meeting https://t.co/bJOiw1rFs6

**2/1/2022 12:56 PM**
Florida Data Geek 🔝 ᴜᴀ (MappingFL)

I gotcha.  So then are we still likely to see new maps tomorrow.  Or move to next week?

**2/1/2022 2:15 PM**
Florida Data Geek 🔝 ᴜᴀ (MappingFL)

I'm now hearing Friday night not go forward. That's at least the rumor floating around.

**2/1/2022 2:15 PM**

Nicholas Warren (NLVWarren)

Ooooh

SEN-0002853      ISBELL000200

**11/11/2022 10:59 AM**

Nicholas Warren (NLVWarren)



https://twitter.com/NLVWarren/status/1591097095532195840
Link title: Nicholas Warren on Twitter
Link description: "So, my back-of-napkin calculations show redistricting* did NOT swing any FL
Senate races. DeCeglie still +1.7 (even if St. Pete not split), Garcia +12, Calatayud no change.

*compared to a "fairer" new map, not the old map"
corrected tweet https://t.co/wL3vauh0ps

**11/13/2022 5:51 PM**

Florida Data Geek [T]   UA (MappingFL)

https://twitter.com/MappingFL/status/1591895282375327744?
s=20&t=cBlWC4jhvTLhtWzKVU2jWA
Link title: Florida Data Geek [T]   UA on Twitter
Link description: "THREAD

I have been tracking FL Supreme Court retention votes for years.  Back when the court was
liberal, retentions failed in rural counties.  Now, a right-ring court had led to weaker retention
votes in cities

2021 article: https://t.co/uWMgLwRGhp

#flapol #sayfie"
https://t.co/x08QSSYiMB

**11/13/2022 6:55 PM**

Nicholas Warren (NLVWarren)

This so great - but I think some of those rurals also had weaker #s for DCA judges. Like there
was a general culture of voting against all the bums rather than anger at the liberal FSC

265