# EXHIBIT 13

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KÉTO NORD HODGES, *et al.*,

    *Plaintiffs*,

v.

Case No. 8:24-cv-879

BEN ALBRITTON, *etc., et al.*,

    *Defendants*.

_____/

### PLAINTIFF JENNIFER GARCIA'S ANSWERS TO PRESIDENT ALBRITTON'S FIRST REQUEST FOR ADMISSION TO JENNIFER GARCIA

Plaintiff Jennifer Garcia responds to Senate President Ben Albritton's First Request for Admission to Jennifer Garcia, as follows:

**1. Admit that your current residential address is 3680 46th Ave. S., Unit 219, St. Petersburg, FL.**

    Admitted.

**2. Admit that you moved to the address in RFA No. 1 in March 2023.**

    Admitted.

**3. Admit that from November 2018 to March 2023, your residential address was 2317 37th Ave. S., St. Petersburg, FL.**

    Denied.

**4. Admit that from November 2018 until the Enacted Plan was in effect, you resided in District 19 under the Benchmark Plan.**

1

    Admitted.

**5. Admit that from the time the Enacted Plan went into effect until March 2023, you resided in District 16 under the Enacted Plan.**

    Admitted.

**6. Admit that under the Enacted Plan, you currently reside in District 18.**

    Admitted.

**7. Admit that under Plan A, as identified by Plaintiffs' expert witness Cory McCartan, Ph. D, you would reside in District 18.**

    Admitted.

**8. Admit that under Plan B, as identified by Plaintiffs' expert witness Cory McCartan, Ph. D, you would reside in District 18.**

    Admitted.

**9. Admit that under Plan C, as identified by Plaintiffs' expert witness Cory McCartan, Ph. D, you would reside in District 18.**

    Admitted.

Dated November 25, 2024         /s/ *Nicholas L.V. Warren*

Nicholas L.V. Warren (FBN 1019018)  
Daniel B. Tilley (FBN 102882)  
Caroline A. McNamara (FBN 1038312)  
**ACLU Foundation of Florida**  
4343 West Flagler Street, Suite 400  
Miami, FL 33134  
(786) 363-1769  
nwarren@aclufl.org  

Deborah N. Archer*  
David Chen*  
**Civil Rights & Racial Justice Clinic**  
**Washington Square Legal Services, Inc.**  
245 Sullivan Street  
New York, NY 10012  
(212) 998-6473  
deborah.archer@nyu.edu

dtilley@aclufl.org
cmcnamara@aclufl.org

James Michael Shaw, Jr. (FBN 677851)
Naomi Robertson (FBN 1032076)
**Butler Weihmuller Katz Craig LLP**
400 North Ashley Drive, Suite 2300
Tampa, FL 33602
(813) 281-1900
jshaw@butler.legal
nrobertson@butler.legal

davidchen@nyu.edu

*\* Special admission*

*Counsel for Plaintiffs*

3