# EXHIBIT 14

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KÉTO NORD HODGES, *et al.*,

   *Plaintiffs*,

v.	Case No. 8:24-cv-879

BEN ALBRITTON, *etc., et al.*,

   *Defendants*.

_____/

**PLAINTIFF JACQUELINE AZIS'S ANSWERS TO PRESIDENT ALBRITTON'S FIRST REQUEST FOR ADMISSION TO JACQUELINE AZIS**

Plaintiff Jacqueline Azis responds to Senate President Ben Albritton's First Request for Admission to Jacqueline Azis, as follows:

1. **Admit that your current residential address is 206 29th Ave. N., St. Petersburg, FL.**

    Admitted.

2. **Admit that you moved to the address in RFA No. 1 in May 2019.**

    Admitted.

3. **Admit that, from May 2019 until the Enacted Plan was in effect, you resided in District 24 under the Benchmark Plan.**

    Admitted.

4. **Admit that under the Enacted Plan, you reside in District 18.**

    Admitted.

1

5. **Admit that under Plan A, as identified by Plaintiffs' expert witness Cory McCartan, Ph. D, you would reside in District 18.**

   Admitted.

6. **Admit that under Plan B, as identified by Plaintiffs' expert witness Cory McCartan, Ph. D, you would reside in District 18.**

   Admitted.

7. **Admit that under Plan C, as identified by Plaintiffs' expert witness Cory McCartan, Ph. D, you would reside in District 18.**

   Admitted.

Dated November 25, 2024                     /s/ Nicholas L.V. Warren

Nicholas L.V. Warren (FBN 1019018)          Deborah N. Archer*
Daniel B. Tilley (FBN 102882)               David Chen*
Caroline A. McNamara (FBN 1038312)          **Civil Rights & Racial Justice Clinic**
**ACLU Foundation of Florida**              **Washington Square Legal Services, Inc.**
4343 West Flagler Street, Suite 400         245 Sullivan Street
Miami, FL 33134                             New York, NY 10012
(786) 363-1769                              (212) 998-6473
nwarren@aclufl.org                          deborah.archer@nyu.edu
dtilley@aclufl.org                          davidchen@nyu.edu
cmcnamara@aclufl.org
                                            * *Special admission*
James Michael Shaw, Jr. (FBN 677851)
Naomi Robertson (FBN 1032076)
**Butler Weihmuller Katz Craig LLP**
400 North Ashley Drive, Suite 2300
Tampa, FL 33602
(813) 281-1900
jshaw@butler.legal
nrobertson@butler.legal

*Counsel for Plaintiffs*