# COMPOSITE EXHIBIT 16









1992-1996
Florida
State Senate Districts
* * * * *
Court Ordered on
June 22, 1992
* * * * *
See In re
Constitutionality of Senate Joint Resolution 2G,
601 So.2d 543 (Fla. 1992)
Legend
County boundary
Interstate
US Highway
Major road
Sea, lake, or river
10 District boundary & number
Map produced by professional staff:
Florida Senate Committee on Reapportionment
404 S. Monroe St., Tallahassee, FL 32399-1100
Office: 2000 The Capitol; Phone: (850) 487-5855
Website: www.flsenate.gov/session/redistricting
SENATE
STATE OF FLORIDA
Miles
0 5 10 20 30
N
PASCO
PINELLAS
HILLSBOROUGH
POLK
OSCEOLA
OKEECHOBEE
MANATEE
HARDEE
HIGHLANDS
SARASOTA
DESOTO
GLADES
CHARLOTTE
LEE
HENDRY
COLLIER
MONROE
19
13
10
22
23
18
20
17
21
26
24
35
25
29
40

1996-2002
Florida
State Senate Districts
* * * * *
Court Ordered on
March 19, 1996
* * * * *
See Scott v. US Dept. of Justice,
920 F. Supp. 1248 (M.D. Fla. 1996)
Legend
County boundary
Interstate
US Highway
Major road
Sea, lake, or river
10 District boundary & number
N
PASCO
PINELLAS
HILLSBOROUGH
POLK
OSCEOLA
MANATEE
HARDEE
OKEECHOBEE
HIGHLANDS
SARASOTA
DESOTO
GLADES
CHARLOTTE
LEE
HENDRY
COLLIER
MONROE
19
13
10
18
22
20
23
17
21
26
24
35
25
29
40
Map produced by professional staff:
Florida Senate Committee on Reapportionment
404 S. Monroe St., Tallahassee, FL 32399-1100
Office: 2000 The Capitol; Phone: (850) 487-5855
Website: www.flsenate.gov/session/redistricting
Miles
0 5 10 20 30

# 2002-2012
# *Florida*
# *State Senate Districts*

* * * * *

Legislatively Enacted on
March 22, 2002

* * * * *

*See HJR 1987 (2002)*

*Map produced by professional staff:*
Florida Senate Committee on Reapportionment
404 S. Monroe St., Tallahassee, FL 32399-1100
Office: 2000 The Capitol; Phone: (850) 487-5855
Website: *www.flsenate.gov/session/redistricting*

2012-2016 Florida State Senate Districts

* * * * *

Legislatively Enacted on March 27, 2012

* * * * *

*See SJR 2-B (2012)*

*Map produced by professional staff:*
Florida Senate Committee on Reapportionment
404 S. Monroe St., Tallahassee, FL 32399-1100
Office: 2000 The Capitol; Phone: (850) 487-5855
Website: www.flsenate.gov/session/redistricting

10
PASCO
16
18
20
22
15
OSCEOLA
PINELLAS
HILLSBOROUGH
19
24
POLK
21
MANATEE
HARDEE
OKEECHOBEE
26
HIGHLANDS
Legend
County boundary
Interstate
US Highway
Major road
Sea, lake, or river
10 District boundary & number
SARASOTA
DESOTO
23
GLADES
CHARLOTTE
27
LEE
HENDRY
2016-2022
Florida
State Senate Districts
* * * * *
Court Ordered on
December 30, 2015
* * * * *
28
COLLIER
See League of Women Voters of Fla. v. Detzner,
No. 2012-CA-2842 (Fla. 2d Cir.)
Map produced by professional staff:
Florida Senate Committee on Reapportionment
404 S. Monroe St., Tallahassee, FL 32399-1100
Office: 2000 The Capitol; Phone: (850) 487-5855
Website: www.flsenate.gov/session/redistricting
39
MONROE
Miles
0 5 10 20 30

