# EXHIBIT 19

User: planprocessor
Plan: S027S8058

Case 8:24-cv-00879-CEH-TPB-ALB     Document 74-19     Filed 01/02/25     Page 2 of 5
PageID 1346

Date: Thu Jan 13 2022 16:10:58 GMT-0500 (Eastern Standard Time)
Plan No.: 5c5fc1fa294d46f79276b967211fbe82

## VAP Summary Report

| District No. | Total Population | Total Voting Age Population | Single-Race Non-Hispanic White Voting Age Population | Non-Hispanic Black Voting Age Population | Hispanic Black Voting Age Population | Hispanic not Black Voting Age Population | Other Voting Age Population | All Hispanic Voting Age Population of any race | All Black Voting Age Population |
|---|---|---|---|---|---|---|---|---|---|
| D1 | 539,263 | 425,129 | 302,734 | 64,925 | 1,504 | 22,701 | 33,265 | 24,205 | 66,429 |
|  | 2.50% | 78.84% | 71.21% | 15.27% | 0.35% | 5.34% | 7.82% | 5.69% | 15.63% |
| D2 | 538,769 | 427,245 | 320,663 | 46,676 | 1,534 | 28,893 | 29,479 | 30,427 | 48,210 |
|  | 2.50% | 79.30% | 75.05% | 10.92% | 0.36% | 6.76% | 6.90% | 7.12% | 11.28% |
| D3 | 541,142 | 437,027 | 266,964 | 117,678 | 2,210 | 28,626 | 21,549 | 30,836 | 119,888 |
|  | 2.51% | 80.76% | 61.09% | 26.93% | 0.51% | 6.55% | 4.93% | 7.06% | 27.43% |
| D4 | 542,508 | 434,081 | 298,014 | 55,786 | 2,974 | 36,892 | 40,415 | 39,866 | 58,760 |
|  | 2.52% | 80.01% | 68.65% | 12.85% | 0.69% | 8.50% | 9.31% | 9.18% | 13.54% |
| D5 | 543,411 | 419,708 | 177,567 | 170,244 | 4,441 | 39,314 | 28,142 | 43,755 | 174,685 |
|  | 2.52% | 77.24% | 42.31% | 40.56% | 1.06% | 9.37% | 6.71% | 10.43% | 41.62% |
| D6 | 538,821 | 425,131 | 298,978 | 59,824 | 2,427 | 34,945 | 28,957 | 37,372 | 62,251 |
|  | 2.50% | 78.90% | 70.33% | 14.07% | 0.57% | 8.22% | 6.81% | 8.79% | 14.64% |
| D7 | 541,606 | 432,446 | 341,529 | 32,182 | 1,585 | 32,357 | 24,793 | 33,942 | 33,767 |
|  | 2.51% | 79.85% | 78.98% | 7.44% | 0.37% | 7.48% | 5.73% | 7.85% | 7.81% |
| D8 | 543,176 | 446,999 | 317,447 | 47,683 | 3,641 | 55,398 | 22,830 | 59,039 | 51,324 |
|  | 2.52% | 82.29% | 71.02% | 10.67% | 0.81% | 12.39% | 5.11% | 13.21% | 11.48% |
| D9 | 536,986 | 438,273 | 299,187 | 57,761 | 2,940 | 51,358 | 27,027 | 54,298 | 60,701 |
|  | 2.49% | 81.62% | 68.26% | 13.18% | 0.67% | 11.72% | 6.17% | 12.39% | 13.85% |
| D10 | 535,435 | 423,987 | 255,401 | 47,691 | 5,429 | 80,022 | 35,444 | 85,451 | 53,120 |
|  | 2.49% | 79.19% | 60.24% | 11.25% | 1.28% | 18.87% | 8.36% | 20.15% | 12.53% |
| D11 | 538,539 | 461,615 | 383,756 | 20,580 | 1,969 | 35,834 | 19,476 | 37,803 | 22,549 |
|  | 2.50% | 85.72% | 83.13% | 4.46% | 0.43% | 7.76% | 4.22% | 8.19% | 4.88% |
| D12 | 536,474 | 421,893 | 237,490 | 62,345 | 5,722 | 96,769 | 19,567 | 102,491 | 68,067 |
|  | 2.49% | 78.64% | 56.29% | 14.78% | 1.36% | 22.94% | 4.64% | 24.29% | 16.13% |

| District No. | Total Population | Total Voting Age Population | Single-Race Non-Hispanic White Voting Age Population | Non-Hispanic Black Voting Age Population | Hispanic Black Voting Age Population | Hispanic not Black Voting Age Population | Other Voting Age Population | All Hispanic Voting Age Population of any race | All Black Voting Age Population |
|---|---|---|---|---|---|---|---|---|---|
| D13 | 536,634 | 426,144 | 283,211 | 38,949 | 3,215 | 63,816 | 36,953 | 67,031 | 42,164 |
|  | 2.49% | 79.41% | 66.46% | 9.14% | 0.75% | 14.98% | 8.67% | 15.73% | 9.89% |
| D14 | 535,992 | 429,795 | 219,461 | 33,420 | 7,053 | 133,125 | 36,736 | 140,178 | 40,473 |
|  | 2.49% | 80.19% | 51.06% | 7.78% | 1.64% | 30.97% | 8.55% | 32.62% | 9.42% |
| D15 | 534,207 | 407,725 | 126,217 | 145,145 | 7,656 | 95,692 | 33,015 | 103,348 | 152,801 |
|  | 2.48% | 76.32% | 30.96% | 35.60% | 1.88% | 23.47% | 8.10% | 25.35% | 37.48% |
| D16 | 535,448 | 420,545 | 170,706 | 132,167 | 7,472 | 84,137 | 26,063 | 91,609 | 139,639 |
|  | 2.49% | 78.54% | 40.59% | 31.43% | 1.78% | 20.01% | 6.20% | 21.78% | 33.20% |
| D17 | 533,788 | 427,713 | 185,882 | 40,571 | 9,880 | 152,780 | 38,600 | 162,660 | 50,451 |
|  | 2.48% | 80.13% | 43.46% | 9.49% | 2.31% | 35.72% | 9.02% | 38.03% | 11.80% |
| D18 | 542,722 | 460,442 | 353,127 | 27,280 | 2,201 | 42,457 | 35,377 | 44,658 | 29,481 |
|  | 2.52% | 84.84% | 76.69% | 5.92% | 0.48% | 9.22% | 7.68% | 9.70% | 6.40% |
| D19 | 537,497 | 440,944 | 325,753 | 41,587 | 2,861 | 41,891 | 28,852 | 44,752 | 44,448 |
|  | 2.50% | 82.04% | 73.88% | 9.43% | 0.65% | 9.50% | 6.54% | 10.15% | 10.08% |
| D20 | 535,067 | 423,758 | 284,208 | 43,087 | 3,417 | 69,559 | 23,487 | 72,976 | 46,504 |
|  | 2.48% | 79.20% | 67.07% | 10.17% | 0.81% | 16.41% | 5.54% | 17.22% | 10.97% |
| D21 | 535,205 | 443,414 | 350,646 | 20,872 | 2,256 | 44,784 | 24,856 | 47,040 | 23,128 |
|  | 2.48% | 82.85% | 79.08% | 4.71% | 0.51% | 10.10% | 5.61% | 10.61% | 5.22% |
| D22 | 533,476 | 457,296 | 373,825 | 18,453 | 1,338 | 42,519 | 21,161 | 43,857 | 19,791 |
|  | 2.48% | 85.72% | 81.75% | 4.04% | 0.29% | 9.30% | 4.63% | 9.59% | 4.33% |
| D23 | 536,137 | 412,257 | 246,532 | 44,342 | 4,693 | 83,581 | 33,109 | 88,274 | 49,035 |
|  | 2.49% | 76.89% | 59.80% | 10.76% | 1.14% | 20.27% | 8.03% | 21.41% | 11.89% |
| D24 | 543,535 | 426,669 | 168,420 | 101,603 | 5,477 | 132,009 | 19,160 | 137,486 | 107,080 |
|  | 2.52% | 78.50% | 39.47% | 23.81% | 1.28% | 30.94% | 4.49% | 32.22% | 25.10% |
| D25 | 533,312 | 411,271 | 123,441 | 39,938 | 12,570 | 203,591 | 31,731 | 216,161 | 52,508 |
|  | 2.48% | 77.12% | 30.01% | 9.71% | 3.06% | 49.50% | 7.72% | 52.56% | 12.77% |

| District No. | Total Population | Total Voting Age Population | Single-Race Non-Hispanic White Voting Age Population | Non-Hispanic Black Voting Age Population | Hispanic Black Voting Age Population | Hispanic not Black Voting Age Population | Other Voting Age Population | All Hispanic Voting Age Population of any race | All Black Voting Age Population |
|---|---|---|---|---|---|---|---|---|---|
| D26 | 540,142 | 450,997 | 291,676 | 68,653 | 2,672 | 62,854 | 25,142 | 65,526 | 71,325 |
|  | 2.51% | 83.50% | 64.67% | 15.22% | 0.59% | 13.94% | 5.57% | 14.53% | 15.81% |
| D27 | 534,545 | 434,101 | 309,545 | 36,857 | 2,417 | 67,199 | 18,083 | 69,616 | 39,274 |
|  | 2.48% | 81.21% | 71.31% | 8.49% | 0.56% | 15.48% | 4.17% | 16.04% | 9.05% |
| D28 | 537,495 | 438,888 | 275,904 | 31,279 | 2,432 | 114,282 | 14,991 | 116,714 | 33,711 |
|  | 2.50% | 81.65% | 62.86% | 7.13% | 0.55% | 26.04% | 3.42% | 26.59% | 7.68% |
| D29 | 535,749 | 439,428 | 297,075 | 56,182 | 2,421 | 65,508 | 18,242 | 67,929 | 58,603 |
|  | 2.49% | 82.02% | 67.60% | 12.79% | 0.55% | 14.91% | 4.15% | 15.46% | 13.34% |
| D30 | 539,428 | 424,951 | 199,068 | 85,979 | 4,485 | 92,462 | 42,957 | 96,947 | 90,464 |
|  | 2.50% | 78.78% | 46.84% | 20.23% | 1.06% | 21.76% | 10.11% | 22.81% | 21.29% |
| D31 | 540,900 | 439,436 | 302,871 | 45,841 | 2,596 | 65,824 | 22,304 | 68,420 | 48,437 |
|  | 2.51% | 81.24% | 68.92% | 10.43% | 0.59% | 14.98% | 5.08% | 15.57% | 11.02% |
| D32 | 542,051 | 429,267 | 116,723 | 191,379 | 6,726 | 92,544 | 21,895 | 99,270 | 198,105 |
|  | 2.52% | 79.19% | 27.19% | 44.58% | 1.57% | 21.56% | 5.10% | 23.13% | 46.15% |
| D33 | 538,875 | 452,580 | 329,767 | 25,720 | 2,599 | 75,159 | 19,335 | 77,758 | 28,319 |
|  | 2.50% | 83.99% | 72.86% | 5.68% | 0.57% | 16.61% | 4.27% | 17.18% | 6.26% |
| D34 | 533,571 | 419,631 | 50,081 | 197,467 | 12,651 | 146,659 | 12,773 | 159,310 | 210,118 |
|  | 2.48% | 78.65% | 11.93% | 47.06% | 3.01% | 34.95% | 3.04% | 37.96% | 50.07% |
| D35 | 542,250 | 420,434 | 114,873 | 79,401 | 7,995 | 182,298 | 35,867 | 190,293 | 87,396 |
|  | 2.52% | 77.54% | 27.32% | 18.89% | 1.90% | 43.36% | 8.53% | 45.26% | 20.79% |
| D36 | 540,685 | 457,302 | 66,320 | 16,824 | 11,663 | 347,296 | 15,199 | 358,959 | 28,487 |
|  | 2.51% | 84.58% | 14.50% | 3.68% | 2.55% | 75.94% | 3.32% | 78.49% | 6.23% |
| D37 | 542,618 | 451,875 | 230,159 | 62,574 | 5,758 | 128,844 | 24,540 | 134,602 | 68,332 |
|  | 2.52% | 83.28% | 50.93% | 13.85% | 1.27% | 28.51% | 5.43% | 29.79% | 15.12% |
| D38 | 543,674 | 429,766 | 79,107 | 48,254 | 7,649 | 277,655 | 17,101 | 285,304 | 55,903 |
|  | 2.52% | 79.05% | 18.41% | 11.23% | 1.78% | 64.61% | 3.98% | 66.39% | 13.01% |

| District No. | Total Population | Total Voting Age Population | Single-Race Non-Hispanic White Voting Age Population | Non-Hispanic Black Voting Age Population | Hispanic Black Voting Age Population | Hispanic not Black Voting Age Population | Other Voting Age Population | All Hispanic Voting Age Population of any race | All Black Voting Age Population |
|---|---|---|---|---|---|---|---|---|---|
| D39 | 534,522 | 435,487 | 21,158 | 14,098 | 9,415 | 383,092 | 7,724 | 392,507 | 23,513 |
|  | 2.48% | 81.47% | 4.86% | 3.24% | 2.16% | 87.97% | 1.77% | 90.13% | 5.40% |
| D40 | 542,532 | 433,582 | 81,214 | 29,110 | 6,556 | 303,459 | 13,243 | 310,015 | 35,666 |
|  | 2.52% | 79.92% | 18.73% | 6.71% | 1.51% | 69.99% | 3.05% | 71.50% | 8.23% |
| TOTALS | 21,538,187 | 17,339,232 | 9,476,700 | 2,500,407 | 194,500 | 4,138,185 | 1,029,440 | 4,332,685 | 2,694,907 |