# EXHIBIT 20

# In the Matter Of:

## KETO NORD HODGES vs KATHLEEN PASSIDOMO

8:24-cv-879

## JENNIFER GARCIA

*November 20, 2024*



800.211.DEPO (3376)
EsquireSolutions.com

```
 1              IN THE UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
 2                      TAMPA DIVISION

 3

    KETO NORD HODGES, ET AL.,        )
 4                                   )
               Plaintiffs,           )   CASE NO.
 5                                   )   8:24-cv-879
         vs.                         )
 6                                   )
    KATHLEEN PASSIDOMO, ET AL.,      )
 7                                   )
               Defendants.           )
 8  _____)

 9

10

11

12

13
                   VIDEOCONFERENCE DEPOSITION OF
14
                          JENNIFER GARCIA
15

16

17                      November 20, 2024

18                         3:34 p.m.

19

20
                     Saint Petersburg, Florida
21

22

23

24                        Jake Coppola
                         Digital Reporter
25                    Commission No. HH 240208
```



```
 1                    APPEARANCES OF COUNSEL

 2

 3   On behalf of the Plaintiffs/Witness, KETO NORD HODGES,
     ET AL. AND JENNIFER GARCIA:
 4
          ACLU OF FLORIDA
 5        Attorneys at Law
          4343 West Flagler Street
 6        Suite 400
          Miami, Florida 33134
 7        786-363-1769
          nwarren@aclufl.org
 8        BY:  NICHOLAS WARREN, ESQ.

 9        AND

10        BUTLER WEIHMULLER KATZ CRAIG LLP
          Attorneys at Law
11        400 North Ashley Drive
          Suite 2300
12        Tampa, Florida 33602
          813-594-5603
13        jshaw@butler.legal
          nrobertson@butler.legal
14        zhasbini@butler.legal
          BY:  JAMES MICHAEL SHAW, JR., ESQ.
15        BY:  NAOMI R. ROBERTSON, ESQ.
          BY:  ZEINA HASBINI, ESQ. (OBSERVING)
16

17

18

19

20

21

22

23

24

25
```



```
 1                  APPEARANCES OF COUNSEL (CONT.)
 2

 3
     On behalf of the Defendants, KATHLEEN PASSIDOMO, ET AL.:
 4
          SHUTTS & BOWEN, LLP
 5        Attorneys at Law
          215 South Monroe Street
 6        Suite 804
          Tallahassee, Florida 32301
 7        850-241-1727
          dharle@shutts.com
 8        BY:  DENISE HARLE, ESQ.

 9        AND

10        SHUTTS & BOWEN, LLP
          Attorneys at Law
11        4301 West Boy Scout Boulevard
          Suite 300
12        Tampa, Florida 33607
          813-227-8181
13        loberschall@shutts.com
          BY:  LEILA OBERSCHALL, ESQ.
14

15

16

17

18

19

20

21

22

23

24

25
```



1      A.   I can't recall.  It was so long ago.
2      Q.   Do you remember what year was the last date
3  Senate election for your district?
4      A.   I couldn't tell you off the top of my head.
5      Q.   Okay.  Here we are.  Paragraph 97.  Not trying
6  to be a dead horse, but I just want to make sure I, you
7  know, hear everything you had in mind when you made
8  these allegations.  So this says, this refers to the
9  direct evidence of racial predominance.  So my first
10 question is what is your direct evidence that race
11 predominates the drawing of the lines for District 16
12 and 18?
13     A.   Based on the geographical locations of the
14 Black residents that are contained in the districts
15 outlined.
16     Q.   And in your mind that shows that race is the
17 predominant factor in where the line is?
18     A.   In my mind, yes.  Based on what I can think of
19 right now.
20     Q.   Actually, let's go up to the Paragraph 95.
21 Okay.  This one says, these race-based decisions
22 resulted in a map that splits neighborhoods and ignores
23 traditional redistricting criteria.  So I'm wondering
24 what criteria do you understand to be appropriate
25 criteria for the Legislature to use in redistricting?

