# EXHIBIT 21

# In the Matter Of:

## KÉTO NORD HODGES vs KATHLEEN PASSIDOMO

8:24-cv-879

## JACQUELINE AZIS

*November 22, 2024*

*VOLUME I*



800.211.DEPO (3376)
EsquireSolutions.com

```
              IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF FLORIDA
                       TAMPA DIVISION

KÉTO NORD HODGES, et al.,

       Plaintiffs,


v.                                        Case No: 8:24-cv-879


KATHLEEN PASSIDOMO, et al.,

       Defendants.
_____ /




              DEPOSITION OF JACQUELINE AZIS
              VOLUME 1 of 1, PAGES 1 through 48




                   NOVEMBER 22ND, 2024
                  9:56 A.M. to 11:04 A.M.
            ALL PARTIES APPEARING BY ZOOM CONFERENCE








              Stenographically Reported By:
                      SHERITA BOYLE
                     COURT REPORTER
```



```
 1                    A P P E A R A N C E S

 2


 3    ON BEHALF OF PLAINTIFF:

 4    Butler Weihmuller Katz Craig LLP
      400 North Ashley Drive
 5    Suite 2300
      Tampa, FL 33602-4305
 6    813-594-5603
      Jshaw@butler.legal
 7
            JAMES SHAW, ESQUIRE
 8          NAOMI ROBERTSON, ESQUIRE

 9


10    ON BEHALF OF DEFENDANT:

11    Shutts & Bowen LLP
      215 South Monroe Street
12    Suite 804
      Tallahassee, Florida 32301-1858
13    850-241-1727
      Dharle@shutts.com
14
            DENISE HARLE, ESQUIRE
15          LEILA OBERSCHALL, ESQUIRE

16


17    FLORIDA SENATE
      404 South Monroe Street
18    Tallahassee, Florida 32399
      (850) 487-5855
19    Rey.Carlos@flsenate.gov

20          CARLOS REY, ESQUIRE

21

22

23

24

25
```



```
 1  Beach, Sun City.  Like, I don't know a lot of those
 2  communities at all, so I cannot begin to tell you what
 3  their concerns are.
 4       Q    So looking right there at Paragraph 97 just
 5  before that map, the paragraph starts out referring to
 6  the direct evidence of racial predominance.  So what
 7  evidence do you have that race predominates the drawing
 8  of the lines for District 16 and 18?
 9       A    I would have to rely on any information that my
10  attorneys have provided you for that and I can speak to
11  south St. Pete there is a large Black population there.
12  I do not know about any of the communities on the other
13  side of the bay, however.
14       Q    It actually, just before that, in Paragraph 95,
15  this says:  "These race based decision resulted in map
16  that splits up neighborhoods and ignores traditional
17  redistricting criteria."
18            What criteria do you understand to be
19  appropriate criteria for the legislator to use in
20  redistricting?
21       A    I would have no idea.  I never worked in voting
22  right law, so I would rely on my attorneys and the
23  experts.
24       Q    Let's look at Paragraph 131 of your complaint.
25  This one says:  "The legislator lacks good reasons to
```

