# EXHIBIT 22

**In the Matter Of:**

HODGES V. PASSIDOMO

8 24 CV 879

**JARVIS EL-AMIN**

*November 21, 2024*



800.211.DEPO (3376)
EsquireSolutions.com

```
1            IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF FLORIDA
2                      TAMPA DIVISION

3

4   KÉTO NORD HODGES, et al.,

5       Plaintiffs,

6          vs.                         Case No:   8:24-CV-879

7   KATHLEEN PASSIDOMO, et al.,

8       Defendants.

9   _____/

10

11

12

13

14            DEPOSITION OF JARVIS EL-AMIN

15

16

17

18      DATE:            November 21, 2024

19      TIME:            2:01 p.m. to 3:51 p.m.

20      LOCATION:        Videoconference-Zoom

21      SETTING FIRM:    Shutts & Bowen - Tallahassee

22      REPORTER:        Jill Saravis-Regan, Court
                         Reporter and Notary Public for
23                         The State of Florida at Large

24      FILE:            J12008347

25
```



```
 1  APPEARANCE:

 2


 3  FOR THE PLAINTIFFS KÉTO NORD HODGES, ET AL:

 4  James Michael Shaw, II, Esquire
    Butler Weihmuller Katz Craig, LLP
 5  400 N Ashley Drive
    Suite 2300
 6  Tampa, FL 33602-4305
    813-594-5603
 7  jshaw@butler.legal

 8


 9


10
    COUNSEL FOR KATHLEEN PASSIDOMO IN HER OFFICIAL CAPACITY
11  AS PRESIDENT OF THE FLORIDA SENATE:

12
    Denise M. Harle, Esquire
13  Shutts & Bowen, LLP
    215 South Monroe Street
14  Suite 804
    Tallahassee, Florida 32301
15  (850) 241-1717
    DHarle@shutts.com
16

17

18

19

20

21

22

23

24

25
```



1    Q.  Let's look at paragraph 6 and 7.  Do you need
2 time to read that -- the gist of these?
3    And my question will be, in these allegations, you
4 alleged, for example, in paragraph 6, quote, the
5 legislature elevated race above all other considerations.
6 And then in paragraph 7, it says, quote, the legislators
7 and their staff reportedly drew these districts in a race-
8 predominate manner to avoid the diminishment of black
9 voters' ability to elect representatives of their choice.
10    So my question is, what facts do you know is related
11 to the legislature's racial motive in drawing the maps?
12    A.  I'm not an expert on maps.  All I know is that to
13 put -- go across a body of water and put one group in
14 South St. Pete, in with the Hillsborough side, don't seem
15 as fair to me.
16    Q.  And do you personally know any facts that
17 indicate that the legislature's predominant criteria in
18 drawing District 16 was race?
19         MR. SHAW:  Objection to form.
20         Go ahead and answer.
21         THE WITNESS:  No, like I said, I just don't see
22    putting one body of South St. Pete and up and into
23    Tampa as being fair.
24 BY MS. HARLE:
25    Q.  Do you personally know any facts indicating that



800.211.DEPO (3376)
EsquireSolutions.com