# EXHIBIT 23

**In the Matter Of:**

HODGES vs PASSIDOMO

8:24-cv-879

# MEIKO SEYMOUR

*November 26, 2024*



800.211.DEPO (3376)
*EsquireSolutions.com*

```
 1              IN THE UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
 2                       TAMPA DIVISION

 3
    KETO NORD HODGES, et al.,
 4
            Plaintiffs,
 5

 6   v.                                Case No.:  8:24-cv-879

 7
    KATHLEEN PASSIDOMO, et al.,
 8
            Defendants.
 9   _____/

10

11

12          VIDEOCONFERENCE DEPOSITION OF MEIKO SEYMOUR

13              TAKEN ON BEHALF OF THE DEFENDANT

14              DATE TAKEN:    November 26, 2024

15              TIME:          10:14 a.m. - 11:45 a.m.

16              LOCATION:      Via Zoom Videoconference

17

18

19

20

21

22          Examination of the witness taken before:

23
                    Wendy E. Rivera, FPR
24

25
```



```
 1                  APPEARANCES OF COUNSEL
                      (Via Videoconference)
 2

 3   On behalf of the Plaintiffs:

 4
           NAOMI ROBERTSON, ESQUIRE
 5         and
           JAMES M. SHAW, JR., ESQUIRE
 6         Butler Weihmuller Katz Craig, LLP
           400 North Ashley Drive
 7         Suite 2300
           Tampa, Florida 33602
 8         P. (813) 281-1900
           Nrobertson@butler.legal
 9         jshaw@butler.legal

10
     On behalf of the Defendants:
11

12         DENISE M. HARLE, ESQUIRE
           and
13         LEILA S. OBERSCHALL, ESQUIRE
           Shutts & Bowen, LLP
14         215 South Monroe Street
           Suite 804
15         Tallahassee, Florida 32301
           P. (850) 241-1717
16         Tprice@shutts.com

17

18
     Also Present:
19

20         MONIQUA BUMOSKEY

21

22

23

24

25
```



1  whether in District 16 or 18 on the map you're
2  challenging that you believe is problematic?
3       A.   Well, the -- the majority of the city's black
4  residents tend to live in that shaded area in the map --
5  on the map in front of me, tend to live on the south end
6  of the city.  More majority culture, more majority races
7  live on the north and west end of the city, so it seems
8  to me the shaded area seems to encompass the
9  historically black neighborhoods of St. Pete in that
10 shaded area.
11      Q.   All right.  Let's look up at paragraph 6 and 7
12 of the complaint.  Okay.  I'll give you time to read
13 that.  The gist here of your allegations in paragraph 6,
14 you say, quote, in developing the challenged districts,
15 the legislature elevated race above all other
16 considerations.  And then paragraph 7, you say, quote,
17 legislators and their staff purportedly drew these
18 districts in a race predominant manner to avoid the
19 diminishment of black voters' ability to elect
20 representatives of their choice in District 16.
21           So based on those allegations, my first
22 question is, what facts do you have that -- or what
23 facts do you have related to the racial motivations of
24 the legislature in drawing the challenged district
25 lines?



```
 1              MS. ROBERTSON:  Object to form.
 2              THE WITNESS:  Other than it's pretty obvious
 3        that those -- the boundary lines on the St. Pete
 4        side encompasses almost all of the historically
 5        black neighborhoods, I have no facts.
 6  BY MS. HARLE:
 7        Q.   Is there a certain percentage of black voting
 8  age population that you think should be in your
 9  distinct, 16?
10        A.   I'm not sure.
11        Q.   Do you know the correct percentage of black
12  voting age population in your district?
13        A.   I do not.
14        Q.   Are you familiar with the history of the
15  district boundaries for Hillsborough and Pinellas?
16        A.   I am not.
17        Q.   Are you aware that the communities that are
18  combined into District 16 in the map you're challenging
19  have been part of the same district since the early
20  1990s?
21        A.   I'm not fully aware of that, but just because
22  it was something done in previous years doesn't mean
23  that it's right or fair or just.
24        Q.   As -- I believe based on your pleadings, you
25  identify as a black voter; is that right?
```



```
 1  community?
 2       A.   St. Pete.
 3       Q.   And where you allege there that the plan
 4  groups your community with dissimilar ones because of
 5  race, what is the dissimilar community you're referring
 6  to?
 7       A.   Tampa.
 8       Q.   Do you know --
 9       A.   Or --
10       Q.   I'm sorry?
11            MS. ROBERTSON:  He was going to say something.
12            MS. HARLE:  Oh.
13            THE WITNESS:  Or other neighborhoods in 16
14       that's across -- across the bay.
15  BY MS. HARLE:
16       Q.   Do you know if the part of 16 across the bay
17  has a significant number of black residents?
18       A.   I'm unsure.
19       Q.   Okay.  Looking at paragraph 97, this is where
20  you refer to, quote, the direct evidence of racial
21  predominance.  So I just want to make sure I'm giving
22  you every opportunity just to share on this point.  I
23  know -- I apologize if it sounds redundant, but what
24  direct evidence do you have that race predominates the
25  drawing of the lines of 16 and 18?
```



1       A.   Again, other than what is obvious on the map
2  and through -- yeah, what's on the map, I am not
3  bringing any other sort of evidence.
4       Q.   And so I mean, correct me if I'm wrong, but is
5  -- is your testimony that you have a general
6  understanding or belief that the residents of south
7  St. Pete are predominantly black?
8       A.   Can you repeat the question?
9       Q.   Yes.  Is it your understanding or belief that
10 the residents of south St. Pete that are in District 16
11 are predominantly black?
12      A.   Yes.
13      Q.   Have you ever looked at the demographic
14 distribution across all of St. Pete in terms of race?
15      A.   I can't recall.
16      Q.   Let's scroll up to paragraph 95.  This was
17 where you allege, quote, these race-based decisions
18 resulted in a map that splits neighborhoods and ignores
19 traditional redistricting criteria.
20           What do you believe to be appropriate criteria
21 for the legislature to use when its doing redistricting?
22      A.   Well, I'm not an expert on this stuff;
23 however, something like a natural border such as Tampa
24 Bay should definitely be taken into consideration.  I
25 think there may be others, but I can't think of them



800.211.DEPO (3376)
EsquireSolutions.com