# EXHIBIT 24

**In the Matter Of:**

# HODGES V. PASSIDOMO

8:24-cv-879

# KETO NORD HODGES

*November 26, 2024*



800.211.DEPO (3376)
EsquireSolutions.com

```
 1                IN THE UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
 2                         TAMPA DIVISION
 3
 4  KETO NORD HODGES, et al.,
 5         Plaintiffs,
 6
    v.                                  Case No.:  8:24-cv-879
 7
 8  KATHLEEN PASSIDOMO, et al.,
 9         Defendants.
    _____/
10
11
12
            VIDEOCONFERENCE DEPOSITION OF KETO NORD HODGES
13
              TAKEN ON BEHALF OF THE DEFENDANT
14
              DATE TAKEN:    November 26, 2024
15
              TIME:          2:09 p.m. - 3:49 p.m.
16
              LOCATION:      Via Zoom Videoconference
17
18
19
20
21
22
            Examination of the witness taken before:
23
24                  Wendy E. Rivera, FPR
25
```



800.211.DEPO (3376)
EsquireSolutions.com

```
 1                    APPEARANCES OF COUNSEL
                       (Via Videoconference)
 2

 3   On behalf of the Plaintiffs:

 4
            NAOMI ROBERTSON, ESQUIRE
 5          and
            JAMES M. SHAW, JR., ESQUIRE
 6          Butler Weihmuller Katz Craig, LLP
            400 North Ashley Drive
 7          Suite 2300
            Tampa, Florida 33602
 8          P. (813) 281-1900
            Nrobertson@butler.legal
 9          jshaw@butler.legal

10
     On behalf of the Defendants:
11

12          DENISE M. HARLE, ESQUIRE
            and
13          LEILA S. OBERSCHALL, ESQUIRE
            Shutts & Bowen, LLP
14          215 South Monroe Street
            Suite 804
15          Tallahassee, Florida 32301
            P. (850) 241-1717
16          Tprice@shutts.com

17

18
     Also Present:
19

20          MEIKO SEYMOUR

21          ABEM FEKADE-TESSEMA

22

23

24

25
```



1  say, quote, Legislators and their staff purportedly drew
2  these districts in a race-predominant manner, end quote.
3          So my first question was going to be, what --
4  do you have any particular facts regarding the racial
5  motivations of the legislature in drawing the district
6  lines?
7       A.   No.  I don't have any particular facts.  I
8  would have to defer to my attorneys regarding that
9  discussion, but looking at the maps visually, I can't
10 see another reason why you would -- why someone or an
11 entity would divide up the voting district that way
12 especially considering you have two -- it's one of the
13 few if not the only district in the area where you have
14 to cross a body of water and possibly multiple counties.
15      Q.   And who is it that you believe is harmed by
16 the way that district lines are currently drawn?
17      A.   I believe primarily African-American voters
18 living in South St. Pete and Hillsborough County are
19 harmed by the redrawing of this district.
20      Q.   And how are the Black voters in South St. Pete
21 and Hillsborough County harmed by the way the districts
22 are drawn?
23      A.   Voters in both areas are harmed because they
24 are -- they previously had multiple political
25 representatives and now that number has been



```
 1         Q.   Okay.  All right.  Let's look at paragraph 97.
 2         A.   Okay.  Let me read it.  Okay.  Go ahead.
 3         Q.   Just focussing on the first line that refers
 4   to, quote, The direct evidence of racial predominance,
 5   what direct evidence are you aware of that race
 6   predominates the drawing of the district lines you're
 7   challenging?
 8         A.   I'm not certain on all of the particular
 9   factors, so I would have do defer to my attorneys for
10   more complete answering of this.
11         Q.   But do you know of any direct evidence that
12   race predominates the drawing of the lines?
13         A.   I'm not sure at this time, but I can't see why
14   else you would need to draw a district in this way.
15         Q.   Looking at paragraph 131 -- take a minute to
16   read that and let me know, please.
17         A.   Yes.  You can go ahead.
18         Q.   Okay.  Do you know what the phrase Tier One
19   compliance means in that allegation?
20         A.   I don't recall.  I've seen the definition
21   somewhere in my reading of this lawsuit, I believe, but
22   I'd have to refer to -- or defer to my attorneys for
23   more definitions or knowledge.
24         Q.   Let's look at the map of what's called plan
25   42, which is in your complaint.  There it is.
```

