# EXHIBIT 26

**In the Matter Of:**

KETO NORD HODGES vs ALBRITTON

8:24-cv-879

**CORY MCCARTAN, PH.D.**

*December 02, 2024*



800.211.DEPO (3376)
*EsquireSolutions.com*

```
 1              IN THE UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
 2                       TAMPA DIVISION
                     CASE NO. 8:24-cv-879
 3
     KETO NORD HODGES, et al.,
 4
           Plaintiffs,
 5
     vs.
 6
     BEN ALBRITTON, et al.,
 7
           Defendants.
 8   _____/

 9

10       VIDEOCONFERENCE DEPOSITION OF CORY McCARTAN, Ph.D.
            Appearing Remotely Via Videoconference from
11               University Park, Pennsylvania 16802

12
                    Taken By Counsel for Defendants
13                          (Pages 1-80)

14
                      Monday, December 2, 2024
15                     2:34 p.m. - 4:24 p.m.

16
                            HELD REMOTELY
17                       VIA VIDEOCONFERENCE

18

19

20

21

22   Stenographically Reported By:
     Jennifer Figueroa, RPR, FPR
23   Notary Public, State of Florida at Large
     Appearing Remotely from Hillsborough County, Florida
24   Esquire Deposition Solutions - Tampa Office
     Phone - 813.221.2535, 800.838.2814
25   Esquire Job No. J12075395
```



```
 1   REMOTE APPEARANCES:

 2   ON BEHALF OF THE PLAINTIFFS:

 3        NICHOLAS LYNDOL VILLACORTA WARREN, ESQUIRE
          ACLU of Florida - Staff Attorney
 4        4343 West Flagler Street
          Suite 400
 5        Miami, Florida 33134-1585
          786-363-1769
 6        nwarren@aclufl.org

 7


 8   ON BEHALF OF DEFENDANT BEN ALBRITTON, IN HIS OFFICIAL
     CAPACITY AS PRESIDENT OF THE FLORIDA SENATE:
 9
          TARA RENEE KLIMEK PRICE, ESQUIRE
10        KASSANDRA SATTERLY REARDON, ESQUIRE
          GEORGE N. MEROS, JR., ESQUIRE
11        Shutts & Bowen LLP
          215 South Monroe Street
12        Suite 804
          Tallahassee, Florida 32301-1858
13        850-241-1734 (Price)
          850-241-1724 (Reardon)
14        850-241-1717 (Meros)
          kreardon@shutts.com
15        tprice@shutts.com
          gmeros@shutts.com

16


17   ON BEHALF OF DEFENDANT SECRETARY OF STATE:

18        RANDALL MCKAY RABAN, ESQUIRE
          Holtzman Vogel
19        119 South Monroe Street
          Suite 500
20        Tallahassee, Florida 32301-1591
          850-270-5938
21        rraban@holtzmanvogel.com

22


23   ALSO PRESENT:

24        ABE EVANS, NEW YORK UNIVERSITY SCHOOL OF LAW
          OLIVER THOMAS, ESQUIRE, THE FLORIDA SENATE
25
```



```
 1       A.   Gotcha.
 2            I think it's a much bigger conversation than
 3  general principle.  I'm not here to really speculate on
 4  that.
 5            In my map specifically, as I mentioned, race
 6  helped inform the overall configuration of the district.
 7  But any boundary portion, any decision there, had
 8  implications for the rest of the other boundaries, the
 9  rest of the map, the rest of the population constraint.
10            So I'm not able to look at a particular
11  portion of a boundary that I drew here and tell you, you
12  know, this was, you know, this percentage due to race or
13  what have you.  These were sort of holistic decisions
14  made by trying to balance the requirements within each
15  tier while avoiding diminishing, you know, black voters'
16  ability to elect their representatives of choice.
17       Q.   Do you recall if there's any municipal
18  boundaries that you're following here, or is it just I
19  think you said roadways?
20       A.   I'll have to check, but I don't think to my
21  recollection there are incorporated municipalities in
22  that portion of the county.  So those would in all
23  likelihood not be incorporated municipal boundaries.
24       Q.   The Enacted Plan kind of took 301 down as its
25  eastern border down with 20.
```

