

SEN-0000819

# Census and Boundary Statistics
PageID 1425

Plan FLSD2016

| Dist. | Deviation Total | Deviation % | VAP Black | VAP Hisp. | Area (sq.mi.) | Perim. (mi.) | Convex Hull | Polsby-Popper | Reock Ratio | Counties Whole | Counties Parts | Cities Whole | Cities Parts | City | County | Road | Water | Rail | Non-Pol/Geo |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 227,616 | 42.27% | 15.54% | 24.99% | 1,785.1 | 208.4 | 0.81 | 0.41 | 0.50 | 50 | 52 | 357 | 115 | 22% | 53% | 17% | 37% | 1% | 11% |
| 1 | -621 | -0.12% | 15.76% | 6.01% | 2,627 | 281 | 0.84 | 0.42 | 0.58 | 2 | 1 | 5 | 1 | 6% | 79% | 11% | 53% | 0% | 2% |
| 2 | -11,905 | -2.21% | 11.07% | 6.88% | 5,904 | 446 | 0.70 | 0.37 | 0.41 | 5 | 1 | 39 | 1 | 5% | 87% | 7% | 44% | 0% | 1% |
| 3 | -52,124 | -9.68% | 29.23% | 6.84% | 9,200 | 545 | 0.79 | 0.39 | 0.37 | 11 | 0 | 24 | 0 | 1% | 100% | 0% | 41% | 0% | 0% |
| 4 | 20,662 | 3.84% | 13.07% | 9.25% | 1,404 | 286 | 0.74 | 0.22 | 0.52 | 1 | 1 | 7 | 1 | 27% | 74% | 17% | 43% | 1% | 8% |
| 5 | -30,539 | -5.67% | 13.13% | 7.80% | 6,934 | 570 | 0.72 | 0.27 | 0.56 | 10 | 1 | 31 | 0 | 12% | 96% | 0% | 37% | 0% | 3% |
| 6 | -11,653 | -2.16% | 43.06% | 10.39% | 240 | 81 | 0.83 | 0.46 | 0.59 | 0 | 1 | 0 | 1 | 10% | 10% | 55% | 7% | 3% | 26% |
| 7 | 54,605 | 10.14% | 9.83% | 7.99% | 2,014 | 280 | 0.75 | 0.32 | 0.35 | 2 | 1 | 10 | 5 | 23% | 80% | 8% | 64% | 0% | 3% |
| 8 | -22,284 | -4.14% | 16.82% | 11.38% | 2,717 | 287 | 0.82 | 0.41 | 0.55 | 2 | 1 | 16 | 1 | 9% | 78% | 10% | 26% | 0% | 9% |
| 9 | -16,349 | -3.04% | 12.18% | 20.46% | 430 | 130 | 0.85 | 0.32 | 0.46 | 1 | 1 | 8 | 2 | 33% | 65% | 8% | 41% | 0% | 9% |
| 10 | 7,984 | 1.48% | 4.65% | 10.52% | 2,200 | 283 | 0.73 | 0.34 | 0.42 | 2 | 1 | 4 | 2 | 8% | 74% | 9% | 59% | 0% | 14% |
| 11 | 17,609 | 3.27% | 36.40% | 23.55% | 306 | 105 | 0.77 | 0.35 | 0.51 | 0 | 1 | 3 | 5 | 26% | 55% | 21% | 22% | 0% | 11% |
| 12 | 46,214 | 8.58% | 8.82% | 10.65% | 2,051 | 324 | 0.72 | 0.24 | 0.50 | 1 | 2 | 16 | 4 | 17% | 62% | 15% | 36% | 0% | 14% |
| 13 | 10,098 | 1.88% | 12.09% | 36.40% | 319 | 98 | 0.90 | 0.42 | 0.37 | 0 | 1 | 2 | 4 | 10% | 48% | 44% | 21% | 1% | 1% |
| 14 | -17,336 | -3.22% | 9.40% | 12.60% | 1,503 | 268 | 0.79 | 0.26 | 0.41 | 0 | 2 | 8 | 8 | 23% | 49% | 14% | 54% | 0% | 11% |
| 15 | 175,492 | 32.59% | 11.43% | 45.59% | 1,884 | 253 | 0.87 | 0.37 | 0.43 | 1 | 1 | 5 | 2 | 3% | 76% | 16% | 32% | 0% | 4% |
| 16 | -31,412 | -5.83% | 5.86% | 11.17% | 580 | 103 | 0.96 | 0.68 | 0.62 | 0 | 2 | 5 | 4 | 18% | 44% | 3% | 65% | 0% | 15% |
| 17 | 4,862 | 0.90% | 9.25% | 10.85% | 1,398 | 178 | 0.89 | 0.55 | 0.47 | 1 | 1 | 17 | 1 | 5% | 82% | 2% | 46% | 0% | 4% |
| 18 | -14,409 | -2.68% | 9.08% | 32.93% | 263 | 82 | 0.83 | 0.49 | 0.44 | 0 | 1 | 0 | 1 | 42% | 52% | 21% | 43% | 1% | 5% |
| 19 | 41,964 | 7.79% | 31.33% | 21.41% | 352 | 131 | 0.67 | 0.26 | 0.42 | 0 | 2 | 1 | 3 | 26% | 8% | 24% | 39% | 0% | 30% |
| 20 | 16,061 | 2.98% | 14.27% | 20.79% | 713 | 154 | 0.87 | 0.38 | 0.71 | 0 | 3 | 3 | 5 | 24% | 15% | 27% | 5% | 1% | 38% |
| 21 | 49,088 | 9.12% | 8.51% | 16.57% | 1,438 | 220 | 0.71 | 0.37 | 0.43 | 0 | 2 | 5 | 1 | 4% | 71% | 10% | 33% | 0% | 14% |
| 22 | 73,556 | 13.66% | 15.69% | 25.06% | 1,065 | 257 | 0.71 | 0.20 | 0.41 | 0 | 2 | 10 | 6 | 38% | 36% | 8% | 15% | 0% | 19% |
| 23 | 3,626 | 0.67% | 4.19% | 8.06% | 1,333 | 166 | 0.91 | 0.61 | 0.43 | 1 | 2 | 3 | 1 | 8% | 87% | 1% | 63% | 0% | 3% |
| 24 | -47,791 | -8.88% | 6.14% | 9.40% | 450 | 112 | 0.83 | 0.45 | 0.60 | 0 | 1 | 15 | 5 | 30% | 52% | 3% | 80% | 0% | 11% |
| 25 | -6,821 | -1.27% | 15.33% | 16.15% | 2,106 | 221 | 0.85 | 0.54 | 0.57 | 2 | 1 | 9 | 3 | 15% | 64% | 14% | 40% | 0% | 8% |
| 26 | -40,826 | -7.58% | 9.95% | 16.82% | 6,052 | 390 | 0.90 | 0.50 | 0.66 | 5 | 3 | 15 | 3 | 15% | 68% | 11% | 26% | 0% | 6% |
| 27 | 41,364 | 7.68% | 7.73% | 18.28% | 1,117 | 152 | 0.93 | 0.61 | 0.55 | 0 | 1 | 4 | 2 | 4% | 44% | 16% | 58% | 0% | 20% |
| 28 | 25,102 | 4.66% | 6.97% | 26.33% | 4,098 | 320 | 0.83 | 0.50 | 0.48 | 2 | 1 | 5 | 2 | 2% | 78% | 3% | 43% | 0% | 9% |
| 29 | -10,332 | -1.92% | 12.00% | 18.45% | 1,224 | 203 | 0.78 | 0.37 | 0.42 | 0 | 2 | 5 | 6 | 30% | 42% | 31% | 14% | 0% | 5% |
| 30 | -9,285 | -1.72% | 21.19% | 20.54% | 363 | 101 | 0.88 | 0.45 | 0.60 | 0 | 1 | 14 | 6 | 38% | 35% | 10% | 41% | 0% | 19% |
| 31 | -3,792 | -0.70% | 18.70% | 25.26% | 168 | 69 | 0.87 | 0.44 | 0.67 | 0 | 1 | 13 | 3 | 37% | 16% | 33% | 42% | 0% | 8% |
| 32 | -25,268 | -4.69% | 15.89% | 38.31% | 950 | 150 | 0.93 | 0.53 | 0.55 | 0 | 1 | 4 | 6 | 22% | 60% | 11% | 1% | 0% | 9% |
| 33 | -16,860 | -3.13% | 50.90% | 22.51% | 83 | 61 | 0.76 | 0.28 | 0.55 | 0 | 1 | 5 | 5 | 69% | 0% | 28% | 3% | 8% | 9% |
| 34 | -27,012 | -5.02% | 15.43% | 26.37% | 185 | 89 | 0.71 | 0.30 | 0.35 | 0 | 1 | 9 | 4 | 50% | 46% | 24% | 39% | 6% | 3% |
| 35 | -31,326 | -5.82% | 47.79% | 41.89% | 96 | 69 | 0.70 | 0.25 | 0.39 | 0 | 2 | 5 | 2 | 61% | 13% | 38% | 3% | 0% | 15% |
| 36 | -37,766 | -7.01% | 6.02% | 89.40% | 153 | 55 | 0.92 | 0.63 | 0.70 | 0 | 1 | 7 | 1 | 35% | 15% | 40% | 9% | 4% | 22% |
| 37 | -29,762 | -5.53% | 6.58% | 72.24% | 241 | 73 | 0.86 | 0.56 | 0.60 | 0 | 1 | 6 | 3 | 37% | 21% | 19% | 59% | 0% | 8% |
| 38 | -50,255 | -9.33% | 28.04% | 44.17% | 127 | 62 | 0.89 | 0.42 | 0.56 | 0 | 1 | 12 | 3 | 35% | 36% | 17% | 45% | 0% | 15% |
| 39 | 3,328 | 0.62% | 11.52% | 69.78% | 7,021 | 639 | 0.54 | 0.22 | 0.23 | 1 | 1 | 7 | 2 | 1% | 88% | 4% | 79% | 0% | 4% |
| 40 | -45,900 | -8.52% | 8.02% | 79.62% | 92 | 42 | 0.94 | 0.67 | 0.65 | 0 | 1 | 0 | 0 | 26% | 0% | 46% | 4% | 0% | 43% |

**Overall numbers of county and city splits:**

| District lines and City and County Boundaries | In Plan FLSD2016 |
|---|---|
| Number of Counties | 67 |
| Counties with only one district | 50 |
| Districts with only one county | 15 |
| Counties split into more than one district | 17 |
| Counties with all population in a single district | 51 |
| Aggregate number of county splits | 52 |
| Aggregate number of splits with population | 51 |
| Number of Cities | 412 |
| Cities with only one district | 357 |
| Cities split into more than one district | 55 |
| Cities with all population in only one district | 375 |
| Aggregate number of city splits | 115 |
| Aggregate number of splits with population | 97 |

Split Counties and Cities

Plan FLSD2016

| County | Dist. | Total Pop | Pop% | Total Area | Area% |
|---|---|---|---|---|---|
| Brevard | 14 | 223,083 | 36.8% | 776.1 | 49.8% |
| Brevard | 17 | 383,529 | 63.2% | 781.0 | 50.2% |
| Broward | 29 | 143,742 | 7.4% | 37.5 | 2.9% |
| Broward | 32 | 513,187 | 26.4% | 950.4 | 72.6% |
| Broward | 33 | 521,595 | 26.8% | 83.4 | 6.4% |
| Broward | 34 | 511,443 | 26.3% | 185.1 | 14.2% |
| Broward | 35 | 254,408 | 13.1% | 52.0 | 4.0% |
| Charlotte | 23 | 108,075 | 57.8% | 357.8 | 37.8% |
| Charlotte | 26 | 78,772 | 42.2% | 589.4 | 62.2% |
| Duval | 4 | 468,765 | 47.1% | 678.3 | 73.9% |
| Duval | 6 | 526,802 | 52.9% | 240.2 | 26.2% |
| Hillsborough | 18 | 524,046 | 35.9% | 263.5 | 19.8% |
| Hillsborough | 19 | 453,240 | 31.1% | 285.8 | 21.5% |
| Hillsborough | 20 | 294,643 | 20.2% | 308.5 | 23.2% |
| Hillsborough | 21 | 187,833 | 12.9% | 474.2 | 35.6% |
| Lake | 12 | 261,417 | 68.1% | 850.1 | 73.5% |
| Lake | 22 | 122,539 | 31.9% | 306.7 | 26.5% |
| Lee | 26 | 32,817 | 4.3% | 94.9 | 6.3% |
| Lee | 27 | 579,819 | 76.2% | 1,116.9 | 73.7% |
| Lee | 28 | 148,186 | 19.5% | 303.1 | 20.0% |
| Manatee | 21 | 399,710 | 100.0% | 964.0 | 100.0% |
| Manatee | 23 | 0 | 0.0% | 0.1 | 0.0% |
| Marion | 5 | 18,026 | 4.8% | 120.3 | 7.2% |
| Marion | 8 | 164,382 | 43.7% | 921.7 | 55.4% |
| Marion | 12 | 193,500 | 51.5% | 620.7 | 37.3% |
| Miami-Dade | 35 | 252,721 | 9.4% | 44.4 | 1.9% |
| Miami-Dade | 36 | 500,689 | 18.5% | 153.3 | 6.4% |
| Miami-Dade | 37 | 508,693 | 18.8% | 240.7 | 10.1% |
| Miami-Dade | 38 | 488,200 | 18.1% | 127.4 | 5.3% |
| Miami-Dade | 39 | 458,909 | 17.0% | 1,731.5 | 72.5% |
| Miami-Dade | 40 | 492,555 | 18.2% | 92.0 | 3.9% |
| Okaloosa | 1 | 27,929 | 13.2% | 278.9 | 22.4% |
| Okaloosa | 2 | 183,739 | 86.8% | 967.8 | 77.6% |
| Orange | 11 | 556,064 | 38.9% | 306.4 | 30.5% |
| Orange | 13 | 548,553 | 38.4% | 318.8 | 31.8% |
| Orange | 15 | 325,291 | 22.8% | 378.3 | 37.7% |
| Palm Beach | 25 | 43,977 | 3.0% | 665.0 | 27.9% |
| Palm Beach | 29 | 384,381 | 25.8% | 1,186.7 | 49.8% |
| Palm Beach | 30 | 529,170 | 35.5% | 363.5 | 15.3% |
| Palm Beach | 31 | 534,663 | 35.8% | 168.0 | 7.1% |
| Pasco | 10 | 198,081 | 35.3% | 523.9 | 51.6% |
| Pasco | 16 | 165,779 | 29.5% | 234.7 | 23.1% |
| Pasco | 20 | 198,031 | 35.2% | 256.2 | 25.2% |
| Pinellas | 16 | 341,264 | 35.6% | 345.7 | 40.1% |
| Pinellas | 19 | 127,179 | 13.3% | 66.6 | 7.7% |
| Pinellas | 24 | 490,664 | 51.2% | 450.2 | 52.2% |
| Polk | 20 | 61,842 | 8.5% | 148.3 | 7.4% |
| Polk | 22 | 489,472 | 67.5% | 758.0 | 37.7% |
| Polk | 26 | 173,732 | 24.0% | 1,104.1 | 54.9% |
| Volusia | 7 | 204,257 | 36.9% | 621.7 | 43.4% |
| Volusia | 9 | 51,250 | 9.3% | 84.3 | 5.9% |
| Volusia | 14 | 298,036 | 53.8% | 726.5 | 50.7% |

## Split Counties and Cities
### PageID 1427
### Plan FLSD2016

| City | Dist. | Total Pop | Pop% | Total Area | Area% |
|---|---|---|---|---|---|
| Bartow | 22 | 0 | 0.0% | 0.0 | 0.0% |
| Bartow | 26 | 19,309 | 100.0% | 52.7 | 100.0% |
| Belle Glade | 25 | 20 | 0.1% | 0.5 | 7.2% |
| Belle Glade | 29 | 16,678 | 99.9% | 6.5 | 92.9% |
| Belleair | 16 | 0 | 0.0% | 0.0 | 0.1% |
| Belleair | 24 | 4,273 | 100.0% | 2.5 | 99.9% |
| Bonita Springs | 27 | 350 | 0.7% | 0.5 | 1.0% |
| Bonita Springs | 28 | 53,294 | 99.4% | 46.1 | 99.0% |
| Clearwater | 16 | 117,279 | 100.0% | 35.8 | 99.9% |
| Clearwater | 24 | 13 | 0.0% | 0.0 | 0.1% |
| Coral Springs | 29 | 50,644 | 37.7% | 9.5 | 39.4% |
| Coral Springs | 32 | 83,750 | 62.3% | 14.5 | 60.6% |
| Cutler Bay | 37 | 45,400 | 99.9% | 10.3 | 100.0% |
| Cutler Bay | 39 | 25 | 0.1% | 0.0 | 0.0% |
| Dade City | 10 | 6 | 0.1% | 0.1 | 0.8% |
| Dade City | 20 | 7,269 | 99.9% | 6.3 | 99.2% |
| Daytona Beach | 7 | 72,562 | 99.9% | 67.9 | 99.6% |
| Daytona Beach | 14 | 85 | 0.1% | 0.3 | 0.4% |
| Daytona Beach Shores | 7 | 5,175 | 99.9% | 0.9 | 99.9% |
| Daytona Beach Shores | 14 | 4 | 0.1% | 0.0 | 0.1% |
| DeLand | 7 | 376 | 1.0% | 0.7 | 3.4% |
| DeLand | 14 | 36,975 | 99.0% | 18.6 | 96.6% |
| Delray Beach | 29 | 98 | 0.2% | 0.0 | 0.1% |
| Delray Beach | 31 | 66,748 | 99.9% | 16.5 | 99.9% |
| Deltona | 9 | 42 | 0.0% | 0.0 | 0.1% |
| Deltona | 14 | 93,650 | 100.0% | 40.8 | 99.9% |
| Eatonville | 11 | 2,349 | 100.0% | 1.1 | 96.1% |
| Eatonville | 13 | 0 | 0.0% | 0.1 | 4.0% |
| Estero | 27 | 21,505 | 58.2% | 13.4 | 52.7% |
| Estero | 28 | 15,434 | 41.8% | 12.0 | 47.3% |
| Fort Lauderdale | 32 | 5,737 | 3.1% | 1.0 | 2.7% |
| Fort Lauderdale | 33 | 64,497 | 35.3% | 13.4 | 37.0% |
| Fort Lauderdale | 34 | 112,526 | 61.6% | 21.9 | 60.4% |
| Fort Walton Beach | 1 | 17 | 0.1% | 0.1 | 1.5% |
| Fort Walton Beach | 2 | 20,905 | 99.9% | 7.6 | 98.5% |
| Groveland | 12 | 13 | 0.1% | 4.9 | 18.8% |
| Groveland | 22 | 18,492 | 99.9% | 21.2 | 81.2% |
| Hollywood | 32 | 78 | 0.1% | 0.0 | 0.0% |
| Hollywood | 34 | 152,989 | 100.0% | 30.8 | 100.0% |
| Jacksonville | 4 | 422,809 | 44.5% | 634.3 | 72.5% |
| Jacksonville | 6 | 526,802 | 55.5% | 240.2 | 27.5% |
| Jupiter | 25 | 0 | 0.0% | 0.1 | 0.4% |
| Jupiter | 30 | 61,047 | 100.0% | 23.0 | 99.6% |
| Lake Wales | 22 | 0 | 0.0% | 0.0 | 0.1% |
| Lake Wales | 26 | 16,361 | 100.0% | 20.1 | 99.9% |
| Lakeland | 20 | 34 | 0.0% | 0.2 | 0.3% |
| Lakeland | 22 | 112,607 | 100.0% | 75.0 | 99.7% |
| Lakeland | 26 | 0 | 0.0% | 0.0 | 0.0% |
| Largo | 16 | 148 | 0.2% | 0.0 | 0.1% |
| Largo | 24 | 82,337 | 99.8% | 19.5 | 99.9% |
| Longboat Key | 21 | 2,746 | 36.6% | 8.3 | 51.7% |
| Longboat Key | 23 | 4,759 | 63.4% | 7.7 | 48.3% |
| Maitland | 11 | 19,543 | 100.0% | 6.5 | 99.9% |
| Maitland | 13 | 0 | 0.0% | 0.0 | 0.1% |
| Mascotte | 12 | 6,609 | 100.0% | 18.0 | 99.7% |
| Mascotte | 22 | 0 | 0.0% | 0.1 | 0.3% |
| Miami | 37 | 311,297 | 70.4% | 38.1 | 68.0% |
| Miami | 38 | 130,944 | 29.6% | 18.0 | 32.0% |
| Miami Beach | 37 | 18 | 0.0% | 0.0 | 0.3% |
| Miami Beach | 38 | 82,872 | 100.0% | 15.2 | 99.7% |
| Minneola | 12 | 13,825 | 99.9% | 11.4 | 99.4% |
| Minneola | 22 | 18 | 0.1% | 0.1 | 0.6% |
| North Miami | 35 | 590 | 1.0% | 0.1 | 0.6% |
| North Miami | 38 | 59,601 | 99.0% | 10.0 | 99.4% |
| Oakland Park | 33 | 44,229 | 100.0% | 8.2 | 100.0% |
| Oakland Park | 34 | 0 | 0.0% | 0.0 | 0.0% |
| Ocala | 8 | 63,566 | 100.0% | 45.8 | 96.8% |
| Ocala | 12 | 25 | 0.0% | 1.5 | 3.2% |
| Oldsmar | 16 | 14,887 | 99.9% | 10.1 | 100.0% |
| Oldsmar | 24 | 11 | 0.1% | 0.0 | 0.0% |
| Orange City | 9 | 12,632 | 100.0% | 7.9 | 99.9% |
| Orange City | 14 | 0 | 0.0% | 0.0 | 0.1% |
| Orlando | 11 | 139,814 | 45.5% | 35.9 | 30.2% |
| Orlando | 13 | 131,835 | 42.9% | 35.6 | 30.0% |
| Orlando | 15 | 35,924 | 11.7% | 47.4 | 39.9% |
| Palm Beach | 30 | 9,140 | 98.9% | 7.8 | 99.9% |
| Palm Beach | 31 | 105 | 1.1% | 0.0 | 0.1% |
| Palm Springs | 30 | 0 | 0.0% | 0.0 | 0.0% |
| Palm Springs | 31 | 26,890 | 100.0% | 4.3 | 100.0% |
| Pembroke Pines | 32 | 72,881 | 42.6% | 17.8 | 51.3% |
| Pembroke Pines | 35 | 98,297 | 57.4% | 16.9 | 48.7% |
| Plantation | 32 | 91,750 | 100.0% | 22.0 | 99.9% |
| Plantation | 33 | 0 | 0.0% | 0.0 | 0.1% |
| Pompano Beach | 29 | 0 | 0.0% | 0.0 | 0.0% |
| Pompano Beach | 33 | 58,013 | 51.8% | 14.3 | 58.0% |
| Pompano Beach | 34 | 54,033 | 48.2% | 10.4 | 42.0% |
| Port Orange | 7 | 15 | 0.0% | 0.0 | 0.1% |
| Port Orange | 14 | 62,581 | 100.0% | 28.8 | 100.0% |
| Rockledge | 14 | 27,678 | 100.0% | 14.9 | 99.8% |
| Rockledge | 17 | 0 | 0.0% | 0.0 | 0.2% |
| Royal Palm Beach | 29 | 0 | 0.0% | 0.0 | 0.0% |
| Royal Palm Beach | 30 | 38,932 | 100.0% | 11.7 | 100.0% |
| San Antonio | 10 | 0 | 0.0% | 0.0 | 0.8% |
| San Antonio | 20 | 1,297 | 100.0% | 1.4 | 99.2% |
| South Daytona | 7 | 12,850 | 99.9% | 5.1 | 99.9% |
| South Daytona | 14 | 15 | 0.1% | 0.0 | 0.1% |
| St. Petersburg | 19 | 114,831 | 44.5% | 62.6 | 47.7% |
| St. Petersburg | 24 | 143,477 | 55.5% | 68.7 | 52.3% |
| Sunrise | 32 | 35,497 | 36.5% | 9.9 | 54.9% |
| Sunrise | 33 | 61,838 | 63.5% | 8.2 | 45.1% |
| Sweetwater | 36 | 167 | 0.9% | 1.0 | 43.7% |
| Sweetwater | 39 | 19,196 | 99.1% | 1.3 | 56.3% |
| Tampa | 18 | 198,284 | 51.5% | 110.2 | 62.7% |
| Tampa | 19 | 126,022 | 32.7% | 35.5 | 20.2% |
| Tampa | 20 | 60,653 | 15.8% | 30.2 | 17.2% |
| Temple Terrace | 19 | 0 | 0.0% | 0.4 | 5.0% |
| Temple Terrace | 20 | 26,690 | 100.0% | 7.3 | 95.0% |
| Wellington | 29 | 61,291 | 99.4% | 45.4 | 99.9% |
| Wellington | 30 | 346 | 0.6% | 0.1 | 0.1% |
| Westlake | 25 | 0 | 0.0% | 2.2 | 34.0% |
| Westlake | 30 | 906 | 100.0% | 4.3 | 66.0% |
| Winter Garden | 11 | 46,934 | 99.9% | 17.8 | 99.2% |
| Winter Garden | 15 | 30 | 0.1% | 0.1 | 0.8% |
| Winter Park | 11 | 21 | 0.1% | 0.0 | 0.0% |
| Winter Park | 13 | 29,774 | 99.9% | 10.4 | 100.0% |

Functional Analysis - Summary
PageID 1428

Plan FLSD2016

| Dist. | 2020 Census VAP who are: | | RV who are: | | | RV who are: | | Black Voters who are: | | | Hisp. Voters who are: | | | DEM who are: | | REP who are: | | NPAOth who are: | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Black | Hisp. | DEM | REP | OTH | Black | Hisp. | DEM | REP | NPAOth | DEM | REP | NPAOth | Black | Hisp. | Black | Hisp. | Black | Hisp. |
| 6 | 43.06% | 10.39% | 52.28% | 26.50% | 21.22% | 42.97% | 5.40% | 82.56% | 3.23% | 14.20% | 41.64% | 21.20% | 37.06% | 67.86% | 4.30% | 5.24% | 4.32% | 28.75% | 9.42% |
| 11 | 36.40% | 23.55% | 49.00% | 22.92% | 28.09% | 32.58% | 15.99% | 78.46% | 3.10% | 18.43% | 46.43% | 14.68% | 38.88% | 52.18% | 15.15% | 4.41% | 10.24% | 21.38% | 22.13% |
| 15 | 11.43% | 45.59% | 40.11% | 25.37% | 34.51% | 8.41% | 39.66% | 71.81% | 4.13% | 23.98% | 46.07% | 14.35% | 39.57% | 15.05% | 45.55% | 1.37% | 22.43% | 5.84% | 45.48% |
| 19 | 31.33% | 21.41% | 49.43% | 22.16% | 28.42% | 30.09% | 14.72% | 79.33% | 2.96% | 17.69% | 44.45% | 16.50% | 38.91% | 48.29% | 13.24% | 4.02% | 10.96% | 18.73% | 20.15% |
| 33 | 50.90% | 22.51% | 63.18% | 12.45% | 24.37% | 47.26% | 15.14% | 81.70% | 2.43% | 15.86% | 48.54% | 15.76% | 35.66% | 61.12% | 11.63% | 9.24% | 19.16% | 30.75% | 22.16% |
| 35 | 47.79% | 41.89% | 60.72% | 13.19% | 26.09% | 47.26% | 31.56% | 82.19% | 2.45% | 15.38% | 39.49% | 24.19% | 36.31% | 63.97% | 20.53% | 8.77% | 57.90% | 27.85% | 43.92% |
| 36 | 6.02% | 89.40% | 30.32% | 34.97% | 34.71% | 5.47% | 79.31% | 82.40% | 3.41% | 14.14% | 26.79% | 37.97% | 35.23% | 14.87% | 70.08% | 0.53% | 86.13% | 2.23% | 80.50% |
| 37 | 6.58% | 72.24% | 35.72% | 31.16% | 33.12% | 4.86% | 59.98% | 75.75% | 4.29% | 19.92% | 30.20% | 36.00% | 33.79% | 10.31% | 50.72% | 0.67% | 69.29% | 2.92% | 61.19% |
| 39 | 11.52% | 69.78% | 34.10% | 34.03% | 31.88% | 10.02% | 59.46% | 78.71% | 3.23% | 17.96% | 28.12% | 37.40% | 34.48% | 23.14% | 49.03% | 0.95% | 65.35% | 5.65% | 64.31% |
| 40 | 8.02% | 79.62% | 33.27% | 33.55% | 33.18% | 7.27% | 69.96% | 78.47% | 3.54% | 17.91% | 27.47% | 37.94% | 34.59% | 17.14% | 57.77% | 0.77% | 79.11% | 3.92% | 72.95% |

SEN-0000823

Plan FLSD2016

| Dist. | 2020 Census VAP who are: | | Average Primary Election Turnout | | | | | | Average General Election Turnout | | | | | | | | | | | | | | | General Election Performance in Statewide Elections 2012-2020 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | DEM who are: | | REP who are: | | Voters who are: | | | DEM who are: | | REP who are: | | NPAOth who are: | | Black Voters who are: | | | Hisp. Voters who are: | | | Avg. Perf. | | Wins | | Margins | | | |
| | Black | Hisp | Black | Hisp. | Black | Hisp. | DEM | REP | NPAOth | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | NPAOth | DEM | REP | NPAOth | DEM | REP | DEM | REP | MAX | MIN | AVG |
| 6 | 43.06% | 10.39% | 69.22% | 1.39% | 3.02% | 1.64% | 54.29% | 31.17% | 14.54% | 68.47% | 2.76% | 3.66% | 2.90% | 25.40% | 6.72% | 88.48% | 2.71% | 8.79% | 43.33% | 27.03% | 28.84% | 57.5% | 40.9% | 14 | 0 | D +29.6% | D +2.6% | D +17% |
| 11 | 36.40% | 23.55% | 59.53% | 6.78% | 2.76% | 4.79% | 50.56% | 28.28% | 21.15% | 54.49% | 11.69% | 3.09% | 7.24% | 18.91% | 17.28% | 84.89% | 2.68% | 12.38% | 50.68% | 17.62% | 31.42% | 61.9% | 36.6% | 14 | 0 | D +38.2% | D +9.6% | D +25.8% |
| 15 | 11.43% | 45.59% | 18.37% | 32.14% | 0.92% | 11.51% | 41.12% | 31.69% | 27.18% | 16.61% | 40.39% | 1.14% | 16.16% | 5.50% | 37.05% | 78.52% | 4.14% | 17.24% | 52.32% | 15.96% | 31.67% | 54.5% | 43.9% | 11 | 3 | D +28% | D +4.1% | D +11% |
| 19 | 31.33% | 21.41% | 51.41% | 5.34% | 2.60% | 5.20% | 53.20% | 25.09% | 21.71% | 50.58% | 9.45% | 3.20% | 7.87% | 16.60% | 14.48% | 85.79% | 2.55% | 11.55% | 49.13% | 19.55% | 30.88% | 63.9% | 34.3% | 14 | 0 | D +46.1% | D +11.6% | D +30% |
| 33 | 50.90% | 22.51% | 61.89% | 4.85% | 6.60% | 9.84% | 68.06% | 13.17% | 18.77% | 60.71% | 9.17% | 7.47% | 14.86% | 28.49% | 18.79% | 86.65% | 2.06% | 11.23% | 52.91% | 16.76% | 30.08% | 80.1% | 19.1% | 14 | 0 | D +66.5% | D +55.6% | D +61.3% |
| 35 | 47.79% | 41.89% | 75.65% | 8.84% | 8.38% | 51.94% | 67.40% | 13.10% | 19.50% | 67.94% | 16.25% | 8.17% | 54.07% | 30.28% | 40.17% | 86.84% | 2.03% | 11.11% | 41.94% | 27.76% | 30.27% | 81.1% | 18.2% | 14 | 0 | D +68.7% | D +50.9% | D +63% |
| 36 | 6.02% | 89.40% | 25.47% | 56.24% | 0.30% | 88.26% | 31.83% | 40.07% | 28.10% | 17.81% | 66.11% | 0.41% | 86.11% | 2.31% | 81.42% | 87.29% | 2.61% | 10.01% | 26.81% | 44.06% | 29.13% | 46.1% | 52.8% | 3 | 11 | R +19.2% | R +2.8% | R +6.5% |
| 37 | 6.58% | 72.24% | 11.19% | 38.62% | 0.36% | 72.76% | 36.35% | 36.29% | 27.36% | 10.66% | 45.72% | 0.49% | 68.03% | 2.69% | 59.62% | 80.62% | 3.74% | 15.43% | 28.77% | 42.94% | 28.28% | 52.2% | 46.7% | 11 | 3 | D +21.6% | D +1.7% | D +6% |
| 39 | 11.52% | 69.78% | 23.00% | 31.37% | 0.48% | 63.03% | 35.04% | 39.23% | 25.73% | 23.73% | 42.05% | 0.70% | 62.73% | 4.94% | 59.37% | 84.24% | 2.79% | 12.88% | 26.84% | 45.22% | 27.94% | 48.3% | 50.4% | 6 | 8 | R +13.7% | R +0.7% | R +1.7% |
| 40 | 8.02% | 79.62% | 25.88% | 38.96% | 0.58% | 78.06% | 35.80% | 37.04% | 27.16% | 19.98% | 50.75% | 0.71% | 76.67% | 4.20% | 70.85% | 83.49% | 3.07% | 13.27% | 27.49% | 43.29% | 29.23% | 51.3% | 47.6% | 9 | 5 | D +17.6% | R +3.1% | D +4% |

Functional Analysis - Returns
PageID 1430

| Year | Office | Candidate | 6 | 11 | 15 | 19 | 33 | 35 | 36 | 37 | 39 | 40 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Plan FLSD2016 | BVAP | 43.06% | 36.40% | 11.43% | 31.33% | 50.90% | 47.79% | 6.02% | 6.58% | 11.52% | 8.02% |
| | Primary Elections | HVAP | 10.39% | 23.55% | 45.59% | 21.41% | 22.51% | 41.89% | 89.40% | 72.24% | 69.78% | 79.62% |
| 2018 | Governor (REP) | R_Baldauf | 0.82% | 0.78% | 0.78% | 0.68% | 1.52% | 2.19% | 2.64% | 1.59% | 1.75% | 1.61% |
| | | R_DeSantis | 58.03% | 50.72% | 54.24% | 43.67% | 67.85% | 67.35% | 67.57% | 66.63% | 68.02% | 68.37% |
| | | R_Devine | 1.31% | 1.51% | 1.69% | 1.26% | 2.55% | 3.48% | 3.93% | 3.13% | 3.31% | 3.19% |
| | | R_Langford | 1.06% | 1.60% | 1.28% | 1.01% | 2.28% | 1.82% | 1.38% | 1.68% | 1.77% | 1.40% |
| | | R_Mercadante | 0.45% | 0.70% | 1.13% | 0.80% | 1.92% | 2.45% | 2.80% | 2.25% | 1.85% | 2.28% |
| | | R_Nathan | 0.83% | 0.82% | 0.89% | 0.94% | 1.65% | 1.88% | 1.44% | 1.55% | 1.37% | 1.31% |
| | | R_Putnam | 35.45% | 41.45% | 37.39% | 48.94% | 17.25% | 16.63% | 16.87% | 19.27% | 18.21% | 18.12% |
| | | R_White | 1.67% | 2.00% | 2.40% | 1.99% | 3.50% | 3.61% | 3.23% | 3.65% | 3.55% | 3.32% |
| | Governor (DEM) | D_Gillum | 56.47% | 49.33% | 29.68% | 49.48% | 51.68% | 58.73% | 32.09% | 25.63% | 33.28% | 32.42% |
| | | D_Graham | 19.91% | 25.14% | 30.72% | 26.30% | 12.19% | 9.90% | 19.25% | 24.17% | 22.10% | 19.51% |
| | | D_Greene | 6.75% | 9.02% | 13.36% | 6.58% | 11.04% | 8.58% | 9.46% | 7.88% | 10.82% | 8.75% |
| | | D_King | 1.59% | 3.43% | 4.18% | 2.02% | 0.92% | 0.63% | 2.22% | 1.77% | 2.22% | 1.43% |
| | | D_Levine | 13.94% | 11.84% | 19.15% | 14.52% | 23.46% | 21.56% | 34.13% | 38.82% | 29.40% | 36.02% |
| | | D_Lundmark | 0.45% | 0.42% | 1.06% | 0.32% | 0.30% | 0.30% | 1.58% | 0.86% | 0.83% | 0.83% |
| | | D_Wetherbee | 0.72% | 0.60% | 1.65% | 0.43% | 0.35% | 0.30% | 1.14% | 0.64% | 1.11% | 0.71% |
| | Attorney General (REP) | R_Moody | 57.33% | 54.93% | 54.83% | 58.88% | 52.91% | 51.77% | 53.68% | 55.19% | 55.24% | 54.09% |
| | | R_White | 42.69% | 45.06% | 45.18% | 40.95% | 46.72% | 48.06% | 46.29% | 44.81% | 44.72% | 45.94% |
| | Attorney General (DEM) | D_Shaw | 76.59% | 75.36% | 61.91% | 79.41% | 81.04% | 84.95% | 66.49% | 72.98% | 69.32% | 73.73% |
| | | D_Torrens | 23.40% | 24.65% | 38.04% | 20.56% | 18.94% | 15.04% | 33.42% | 27.02% | 30.65% | 26.30% |
| | Agriculture Commissioner (REP) | R_Caldwell | 31.87% | 35.87% | 35.85% | 24.88% | 42.06% | 40.92% | 40.59% | 38.87% | 41.99% | 41.94% |
| | | R_Grimsley | 16.16% | 31.05% | 33.35% | 23.52% | 26.24% | 29.63% | 34.15% | 33.57% | 31.77% | 31.43% |
| | | R_McCalister | 7.98% | 14.83% | 15.70% | 11.56% | 21.49% | 18.10% | 14.52% | 16.97% | 16.33% | 16.73% |
| | | R_Troutman | 43.86% | 18.05% | 14.93% | 39.31% | 8.99% | 10.72% | 10.58% | 10.55% | 9.71% | 9.81% |
| | Agriculture Commissioner (DEM) | D_Fried | 63.03% | 55.12% | 54.74% | 62.90% | 65.07% | 61.91% | 52.20% | 61.17% | 51.36% | 57.46% |
| | | D_Porter | 20.81% | 18.86% | 18.34% | 15.90% | 15.05% | 16.51% | 20.25% | 13.88% | 21.55% | 17.49% |
| | | D_Walker | 16.15% | 25.93% | 26.88% | 21.00% | 19.86% | 21.57% | 27.41% | 24.81% | 27.06% | 24.93% |
| | US Senate (REP) | R_De La Fuente | 10.15% | 11.28% | 9.53% | 13.19% | 15.52% | 15.77% | 10.57% | 13.26% | 11.95% | 12.20% |
| | | R_Scott | 89.74% | 88.67% | 90.43% | 86.56% | 83.84% | 84.18% | 89.36% | 86.65% | 87.98% | 87.70% |
| 2016 | US Senate (REP) | R_Beruff | 24.87% | 18.60% | 16.45% | 25.00% | 15.77% | 8.85% | 4.16% | 6.15% | 6.52% | 5.19% |
| | | R_Rivera | 3.47% | 2.50% | 2.96% | 3.73% | 4.66% | 3.41% | 1.98% | 2.02% | 2.71% | 2.29% |
| | | R_Rubio | 66.16% | 73.34% | 73.20% | 64.17% | 67.79% | 79.65% | 91.83% | 87.82% | 85.80% | 88.94% |
| | | R_Young | 5.34% | 5.31% | 7.14% | 6.30% | 10.57% | 7.86% | 1.95% | 3.91% | 4.87% | 3.37% |
| | US Senate (DEM) | D_De La Fuente | 3.32% | 3.81% | 14.79% | 4.70% | 3.40% | 5.40% | 24.66% | 13.36% | 12.99% | 12.41% |
| | | D_Grayson | 11.24% | 42.25% | 44.27% | 10.14% | 9.58% | 9.60% | 10.23% | 11.01% | 11.28% | 11.17% |
| | | D_Keith | 15.23% | 12.55% | 10.04% | 17.33% | 16.08% | 12.66% | 12.44% | 17.81% | 15.80% | 16.73% |
| | | D_Luster | 18.62% | 2.55% | 1.27% | 2.14% | 2.20% | 2.43% | 2.13% | 1.29% | 1.65% | 1.87% |
| | | D_Murphy | 51.43% | 38.66% | 29.34% | 65.18% | 68.42% | 69.79% | 50.25% | 56.34% | 57.86% | 57.37% |
| 2014 | Governor (REP) | R_Adeshina | 1.03% | 1.80% | 1.40% | 2.20% | 2.58% | 2.91% | 1.65% | 1.97% | 1.65% | 1.76% |
| | | R_Cuevas-Neunder | 7.26% | 9.98% | 10.33% | 12.61% | 13.96% | 16.26% | 12.08% | 13.28% | 13.67% | 15.37% |
| | | R_Scott | 91.55% | 87.96% | 88.06% | 84.45% | 82.37% | 80.59% | 86.07% | 84.54% | 84.59% | 82.68% |
| | Governor (DEM) | D_Crist | 71.51% | 81.42% | 76.07% | 83.98% | 81.48% | 85.20% | 77.56% | 73.05% | 77.14% | 77.52% |
| | | D_Rich | 28.35% | 18.53% | 23.75% | 15.88% | 18.45% | 14.73% | 22.18% | 26.96% | 22.73% | 22.24% |
| | Attorney General (DEM) | D_Sheldon | 58.79% | 48.23% | 59.93% | 61.40% | 33.85% | 40.19% | 58.88% | 69.87% | 60.57% | 60.55% |
| | | D_Thurston | 41.14% | 51.84% | 39.80% | 38.41% | 66.16% | 59.80% | 40.77% | 30.13% | 39.15% | 39.23% |
| 2012 | US Senate (REP) | R_Mack | 61.78% | 58.01% | 50.25% | 50.83% | 67.71% | 70.97% | 76.15% | 77.11% | 74.96% | 74.99% |
| | | R_McCalister | 17.14% | 10.79% | 11.29% | 13.79% | 11.30% | 7.50% | 4.38% | 5.14% | 6.79% | 6.24% |
| | | R_Stuart | 5.71% | 4.80% | 6.03% | 8.05% | 7.46% | 12.64% | 16.22% | 12.75% | 12.60% | 13.88% |
| | | R_Weldon | 15.01% | 26.01% | 32.05% | 26.02% | 12.07% | 8.63% | 3.09% | 4.73% | 5.51% | 4.61% |
| | US Senate (DEM) | D_Burkett | 19.89% | 12.85% | 19.45% | 14.99% | 13.65% | 14.95% | 16.58% | 14.16% | 18.71% | 16.27% |
| | | D_Nelson | 80.06% | 86.94% | 80.41% | 84.69% | 86.24% | 85.05% | 83.31% | 85.73% | 81.13% | 83.56% |

Functional Analysis - Returns

| | | | | 6 | 11 | 15 | 19 | 33 | 35 | 36 | 37 | 39 | 40 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Plan FLSD2016 | | BVAP | 43.06% | 36.40% | 11.43% | 31.33% | 50.90% | 47.79% | 6.02% | 6.58% | 11.52% | 8.02% |
| | General Elections | | HVAP | 10.39% | 23.55% | 45.59% | 21.41% | 22.51% | 41.89% | 89.40% | 72.24% | 69.78% | 79.62% |
| 2020 | President | D_Biden | | 61.39% | 64.97% | 56.96% | 64.55% | 77.84% | 75.23% | 40.25% | 52.17% | 45.21% | 46.89% |
| | | R_Trump | | 37.30% | 34.06% | 42.09% | 34.20% | 21.63% | 24.28% | 59.28% | 47.26% | 54.16% | 52.60% |
| 2018 | Governor | D_Gillum | | 63.12% | 66.17% | 58.98% | 67.69% | 81.71% | 82.56% | 47.54% | 55.43% | 50.26% | 52.81% |
| | | R_DeSantis | | 35.96% | 32.87% | 39.77% | 31.12% | 17.66% | 16.79% | 51.08% | 43.47% | 48.52% | 46.11% |
| | Attorney General | D_Shaw | | 59.41% | 62.46% | 55.70% | 62.87% | 80.55% | 81.14% | 46.14% | 54.20% | 48.55% | 51.53% |
| | | R_Moody | | 38.95% | 36.00% | 42.48% | 35.38% | 18.21% | 17.64% | 51.57% | 43.82% | 49.26% | 46.49% |
| | Chief Financial Officer | D_Ring | | 60.72% | 64.42% | 57.86% | 66.35% | 81.65% | 82.12% | 47.21% | 54.75% | 49.67% | 52.32% |
| | | R_Patronis | | 39.29% | 35.57% | 42.12% | 33.66% | 18.35% | 17.87% | 52.78% | 45.25% | 50.32% | 47.68% |
| | Agriculture Commissioner | D_Fried | | 61.39% | 65.97% | 59.48% | 68.79% | 82.05% | 82.50% | 48.59% | 56.99% | 51.28% | 53.88% |
| | | R_Caldwell | | 38.61% | 34.03% | 40.51% | 31.20% | 17.94% | 17.50% | 51.40% | 43.01% | 48.73% | 46.12% |
| | US Senate | D_Nelson | | 61.91% | 65.73% | 57.90% | 67.55% | 82.08% | 82.32% | 48.06% | 56.55% | 51.27% | 54.05% |
| | | R_Scott | | 38.09% | 34.26% | 42.11% | 32.44% | 17.93% | 17.68% | 51.94% | 43.45% | 48.73% | 45.95% |
| 2016 | President | D_Clinton | | 58.59% | 63.95% | 59.52% | 64.02% | 79.35% | 81.54% | 55.38% | 59.54% | 53.82% | 57.49% |
| | | R_Trump | | 38.31% | 32.81% | 37.11% | 32.24% | 19.00% | 16.79% | 42.45% | 37.90% | 43.42% | 39.93% |
| | US Senate | D_Murphy | | 50.44% | 58.81% | 52.55% | 60.66% | 77.74% | 76.84% | 43.72% | 49.78% | 46.12% | 47.42% |
| | | R_Rubio | | 46.06% | 37.42% | 43.59% | 34.86% | 20.38% | 21.42% | 54.35% | 48.10% | 51.44% | 50.50% |
| 2014 | Governor | D_Crist | | 52.50% | 59.42% | 49.71% | 64.21% | 81.11% | 82.74% | 43.80% | 50.75% | 47.91% | 52.68% |
| | | R_Scott | | 43.33% | 36.18% | 45.60% | 30.31% | 16.80% | 15.71% | 53.87% | 46.82% | 49.16% | 44.69% |
| | Attorney General | D_Sheldon | | 50.25% | 56.29% | 46.30% | 58.39% | 78.23% | 80.05% | 39.40% | 47.03% | 43.15% | 47.32% |
| | | R_Bondi | | 46.99% | 41.03% | 50.96% | 38.36% | 20.34% | 18.80% | 58.41% | 50.87% | 54.46% | 50.54% |
| | Chief Financial Officer | D_Rankin | | 51.29% | 54.82% | 45.61% | 56.67% | 77.81% | 80.59% | 40.96% | 43.98% | 43.14% | 46.41% |
| | | R_Atwater | | 48.71% | 45.18% | 54.39% | 43.32% | 22.18% | 19.40% | 59.04% | 56.02% | 56.86% | 53.60% |
| | Agriculture Commissioner | D_Hamilton | | 54.38% | 54.85% | 44.42% | 55.78% | 78.89% | 81.14% | 40.38% | 44.77% | 43.28% | 46.95% |
| | | R_Putnam | | 45.61% | 45.15% | 55.58% | 44.22% | 21.11% | 18.87% | 59.61% | 55.21% | 56.71% | 53.06% |
| 2012 | President | D_Obama | | 59.97% | 64.16% | 57.98% | 68.32% | 81.59% | 83.69% | 51.83% | 53.31% | 52.29% | 54.54% |
| | | R_Romney | | 39.25% | 35.14% | 41.24% | 30.68% | 18.00% | 16.03% | 47.75% | 46.16% | 47.13% | 44.97% |
| | US Senate | D_Nelson | | 63.46% | 68.20% | 62.80% | 71.85% | 82.60% | 83.83% | 53.49% | 55.60% | 53.86% | 56.36% |
| | | R_Mack | | 33.87% | 30.03% | 34.83% | 25.75% | 16.14% | 15.17% | 44.64% | 42.98% | 44.44% | 42.26% |