

Census and Boundary Statistics

Plan S027S8058

| Dist. | Deviation Total | Deviation % | VAP Black | VAP Hisp. | Area (sq.mi.) | Perim. (mi.) | Convex Hull | Polsby-Popper | Reock Ratio | Counties Whole | Counties Parts | Cities Whole | Cities Parts | City | County | Road | Water | Rail | Non-Pol/Geo |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 10,362 | 1.92% | 15.54% | 24.99% | 1,785.1 | 198.3 | 0.82 | 0.46 | 0.46 | 51 | 48 | 364 | 103 | 15% | 59% | 24% | 38% | 2% | 4% |
| 1 | 808 | 0.15% | 15.63% | 5.69% | 2,692 | 297 | 0.81 | 0.38 | 0.42 | 2 | 1 | 6 | 1 | 4% | 82% | 9% | 55% | 0% | 0% |
| 2 | 314 | 0.06% | 11.28% | 7.12% | 6,413 | 423 | 0.78 | 0.45 | 0.50 | 6 | 1 | 40 | 1 | 3% | 87% | 6% | 61% | 0% | 0% |
| 3 | 2,687 | 0.50% | 27.43% | 7.06% | 10,909 | 574 | 0.80 | 0.42 | 0.44 | 13 | 0 | 27 | 0 | 2% | 100% | 0% | 58% | 0% | 0% |
| 4 | 4,053 | 0.75% | 13.54% | 9.18% | 1,396 | 270 | 0.74 | 0.24 | 0.52 | 1 | 1 | 7 | 1 | 28% | 77% | 21% | 45% | 0% | 0% |
| 5 | 4,956 | 0.92% | 41.62% | 10.43% | 248 | 69 | 0.87 | 0.66 | 0.60 | 0 | 1 | 0 | 1 | 14% | 14% | 80% | 10% | 0% | 0% |
| 6 | 366 | 0.07% | 14.64% | 8.79% | 3,433 | 335 | 0.83 | 0.38 | 0.50 | 6 | 1 | 21 | 3 | 14% | 87% | 13% | 20% | 0% | 0% |
| 7 | 3,151 | 0.59% | 7.81% | 7.85% | 2,533 | 282 | 0.79 | 0.40 | 0.49 | 3 | 1 | 14 | 2 | 15% | 85% | 12% | 53% | 0% | 0% |
| 8 | 4,721 | 0.88% | 11.48% | 13.21% | 1,486 | 231 | 0.83 | 0.35 | 0.37 | 0 | 2 | 13 | 2 | 12% | 62% | 22% | 64% | 6% | 0% |
| 9 | -1,469 | -0.27% | 13.85% | 12.39% | 3,728 | 327 | 0.89 | 0.44 | 0.44 | 2 | 1 | 15 | 3 | 7% | 87% | 13% | 45% | 0% | 0% |
| 10 | -3,020 | -0.56% | 12.53% | 20.15% | 366 | 109 | 0.81 | 0.39 | 0.50 | 1 | 1 | 7 | 3 | 20% | 83% | 7% | 57% | 0% | 2% |
| 11 | 84 | 0.02% | 4.88% | 8.19% | 2,403 | 278 | 0.75 | 0.39 | 0.39 | 3 | 1 | 9 | 0 | 9% | 88% | 11% | 48% | 0% | 0% |
| 12 | -1,981 | -0.37% | 16.13% | 24.29% | 999 | 208 | 0.78 | 0.29 | 0.32 | 0 | 1 | 7 | 4 | 6% | 70% | 27% | 24% | 1% | 2% |
| 13 | -1,821 | -0.34% | 9.89% | 15.73% | 1,290 | 226 | 0.72 | 0.32 | 0.36 | 1 | 1 | 17 | 3 | 12% | 89% | 10% | 34% | 0% | 2% |
| 14 | -2,463 | -0.46% | 9.42% | 32.62% | 281 | 89 | 0.78 | 0.44 | 0.47 | 0 | 1 | 0 | 1 | 45% | 48% | 19% | 41% | 1% | 7% |
| 15 | -4,248 | -0.79% | 37.48% | 25.35% | 288 | 89 | 0.82 | 0.46 | 0.45 | 0 | 1 | 2 | 7 | 15% | 53% | 27% | 25% | 6% | 6% |
| 16 | -3,007 | -0.56% | 33.20% | 21.78% | 351 | 111 | 0.69 | 0.36 | 0.36 | 0 | 2 | 0 | 3 | 19% | 6% | 39% | 31% | 1% | 18% |
| 17 | -4,667 | -0.87% | 11.80% | 38.03% | 489 | 112 | 0.94 | 0.49 | 0.52 | 0 | 1 | 0 | 3 | 12% | 74% | 7% | 27% | 5% | 7% |
| 18 | 4,267 | 0.79% | 6.40% | 9.70% | 453 | 104 | 0.86 | 0.53 | 0.63 | 0 | 1 | 17 | 3 | 24% | 52% | 16% | 71% | 0% | 8% |
| 19 | -958 | -0.18% | 10.08% | 10.15% | 1,189 | 194 | 0.77 | 0.40 | 0.42 | 0 | 1 | 15 | 0 | 4% | 77% | 9% | 52% | 7% | 0% |
| 20 | -3,388 | -0.63% | 10.97% | 17.22% | 1,265 | 194 | 0.72 | 0.42 | 0.41 | 0 | 2 | 5 | 1 | 1% | 53% | 33% | 33% | 0% | 9% |
| 21 | -3,250 | -0.60% | 5.22% | 10.61% | 655 | 114 | 0.89 | 0.64 | 0.55 | 0 | 2 | 6 | 2 | 12% | 45% | 28% | 54% | 0% | 1% |
| 22 | -4,979 | -0.92% | 4.33% | 9.59% | 1,143 | 147 | 0.92 | 0.67 | 0.49 | 1 | 1 | 3 | 1 | 19% | 73% | 24% | 46% | 0% | 2% |
| 23 | -2,318 | -0.43% | 11.89% | 21.41% | 854 | 140 | 0.86 | 0.55 | 0.56 | 0 | 2 | 5 | 2 | 5% | 58% | 46% | 3% | 0% | 7% |
| 24 | 5,080 | 0.94% | 25.10% | 32.22% | 197 | 63 | 0.91 | 0.63 | 0.53 | 0 | 1 | 18 | 2 | 22% | 30% | 33% | 46% | 0% | 14% |
| 25 | -5,143 | -0.96% | 12.77% | 52.56% | 1,578 | 233 | 0.84 | 0.37 | 0.43 | 1 | 1 | 2 | 2 | 5% | 89% | 9% | 29% | 0% | 2% |
| 26 | 1,687 | 0.31% | 15.81% | 14.53% | 1,320 | 176 | 0.88 | 0.54 | 0.45 | 0 | 1 | 10 | 2 | 11% | 48% | 30% | 24% | 0% | 8% |
| 27 | -3,910 | -0.73% | 9.05% | 16.04% | 3,427 | 365 | 0.60 | 0.32 | 0.40 | 3 | 2 | 11 | 5 | 10% | 73% | 19% | 21% | 1% | 4% |
| 28 | -960 | -0.18% | 7.68% | 26.59% | 4,027 | 326 | 0.83 | 0.48 | 0.48 | 2 | 1 | 5 | 3 | 2% | 89% | 6% | 43% | 0% | 3% |
| 29 | -2,706 | -0.50% | 13.34% | 15.46% | 4,203 | 307 | 0.83 | 0.56 | 0.49 | 4 | 1 | 12 | 1 | 2% | 92% | 2% | 31% | 4% | 1% |
| 30 | 973 | 0.18% | 21.29% | 22.81% | 122 | 50 | 0.91 | 0.60 | 0.53 | 0 | 2 | 4 | 3 | 52% | 7% | 39% | 14% | 0% | 16% |
| 31 | 2,445 | 0.45% | 11.02% | 15.57% | 1,674 | 182 | 0.90 | 0.63 | 0.60 | 1 | 2 | 12 | 4 | 8% | 47% | 31% | 48% | 6% | 5% |
| 32 | 3,596 | 0.67% | 46.15% | 23.13% | 88 | 48 | 0.88 | 0.48 | 0.59 | 0 | 1 | 6 | 3 | 59% | 0% | 41% | 0% | 3% | 3% |
| 33 | 420 | 0.08% | 6.26% | 17.18% | 1,092 | 142 | 0.94 | 0.68 | 0.46 | 0 | 1 | 3 | 3 | 5% | 71% | 29% | 60% | 0% | 0% |
| 34 | -4,884 | -0.91% | 50.07% | 37.96% | 144 | 69 | 0.81 | 0.37 | 0.46 | 0 | 1 | 9 | 6 | 24% | 37% | 38% | 47% | 0% | 4% |
| 35 | 3,795 | 0.70% | 20.79% | 45.26% | 955 | 136 | 0.94 | 0.65 | 0.54 | 0 | 1 | 4 | 4 | 20% | 76% | 16% | 0% | 0% | 1% |
| 36 | 2,230 | 0.41% | 6.23% | 78.49% | 60 | 42 | 0.82 | 0.43 | 0.28 | 0 | 1 | 1 | 4 | 12% | 0% | 64% | 27% | 1% | 9% |
| 37 | 4,163 | 0.77% | 15.12% | 29.79% | 186 | 87 | 0.79 | 0.31 | 0.29 | 0 | 2 | 12 | 9 | 26% | 42% | 39% | 44% | 2% | 0% |
| 38 | 5,219 | 0.97% | 13.01% | 66.39% | 343 | 91 | 0.85 | 0.52 | 0.43 | 0 | 1 | 5 | 2 | 13% | 17% | 18% | 51% | 15% | 6% |
| 39 | -3,933 | -0.73% | 5.40% | 90.13% | 170 | 58 | 0.90 | 0.63 | 0.58 | 0 | 1 | 7 | 3 | 30% | 17% | 72% | 4% | 0% | 5% |
| 40 | 4,077 | 0.76% | 8.23% | 71.50% | 6,953 | 637 | 0.54 | 0.22 | 0.22 | 1 | 1 | 7 | 0 | 1% | 88% | 5% | 80% | 2% | 0% |

**Overall numbers of county and city splits:**

| District lines and City and County Boundaries | In Plan S027S8058 |
|---|---|
| Number of Counties | 67 |
| Counties with only one district | 51 |
| Districts with only one county | 16 |
| Counties split into more than one district | 16 |
| Counties with all population in a single district | 51 |
| Aggregate number of county splits | 48 |
| Aggregate number of splits with population | 48 |
| Number of Cities | 412 |
| Cities with only one district | 364 |
| Cities split into more than one district | 48 |
| Cities with all population in only one district | 373 |
| Aggregate number of city splits | 103 |
| Aggregate number of splits with population | 94 |

Case 8:24-cv-00879-CEH-TPB-ALB   Document 75-3   Filed 01/02/25   Page 3 of 8 PageID 1636

# Split Counties and Cities

Plan S027S8058

| County | Dist. | Total Pop | Pop% | Total Area | Area% |
|---|---|---|---|---|---|
| Alachua | 6 | 160,305 | 57.6% | 494.0 | 51.0% |
| Alachua | 9 | 118,163 | 42.4% | 474.8 | 49.0% |
| Brevard | 8 | 69,115 | 11.4% | 367.5 | 23.6% |
| Brevard | 19 | 537,497 | 88.6% | 1,189.5 | 76.4% |
| Broward | 30 | 407,113 | 20.9% | 89.0 | 6.8% |
| Broward | 32 | 542,051 | 27.9% | 88.5 | 6.8% |
| Broward | 35 | 542,250 | 27.9% | 955.0 | 73.0% |
| Broward | 37 | 452,961 | 23.3% | 175.9 | 13.4% |
| Duval | 4 | 452,156 | 45.4% | 670.4 | 73.0% |
| Duval | 5 | 543,411 | 54.6% | 248.1 | 27.0% |
| Hillsborough | 14 | 535,992 | 36.7% | 280.8 | 21.1% |
| Hillsborough | 16 | 422,943 | 29.0% | 281.4 | 21.1% |
| Hillsborough | 20 | 234,827 | 16.1% | 468.2 | 35.2% |
| Hillsborough | 23 | 266,000 | 18.2% | 301.6 | 22.6% |
| Lee | 27 | 99,823 | 13.1% | 191.1 | 12.6% |
| Lee | 28 | 122,124 | 16.1% | 232.0 | 15.3% |
| Lee | 33 | 538,875 | 70.8% | 1,091.7 | 72.1% |
| Manatee | 20 | 300,240 | 75.1% | 796.9 | 82.7% |
| Manatee | 22 | 99,470 | 24.9% | 167.2 | 17.3% |
| Miami-Dade | 34 | 533,571 | 19.8% | 143.5 | 6.0% |
| Miami-Dade | 36 | 540,685 | 20.0% | 59.9 | 2.5% |
| Miami-Dade | 37 | 89,657 | 3.3% | 10.1 | 0.4% |
| Miami-Dade | 38 | 543,674 | 20.1% | 342.8 | 14.4% |
| Miami-Dade | 39 | 534,522 | 19.8% | 169.6 | 7.1% |
| Miami-Dade | 40 | 459,658 | 17.0% | 1,663.5 | 69.6% |
| Okaloosa | 1 | 29,358 | 13.9% | 344.1 | 27.6% |
| Okaloosa | 2 | 182,310 | 86.1% | 902.6 | 72.4% |
| Orange | 10 | 64,579 | 4.5% | 20.9 | 2.1% |
| Orange | 13 | 152,678 | 10.7% | 133.6 | 13.3% |
| Orange | 15 | 534,207 | 37.4% | 288.1 | 28.7% |
| Orange | 17 | 533,788 | 37.3% | 489.0 | 48.7% |
| Orange | 25 | 144,656 | 10.1% | 71.8 | 7.2% |
| Palm Beach | 24 | 543,535 | 36.4% | 196.8 | 8.3% |
| Palm Beach | 26 | 540,142 | 36.2% | 1,319.6 | 55.4% |
| Palm Beach | 30 | 132,315 | 8.9% | 32.8 | 1.4% |
| Palm Beach | 31 | 276,199 | 18.5% | 834.1 | 35.0% |
| Pasco | 11 | 60,429 | 10.8% | 146.8 | 14.5% |
| Pasco | 21 | 231,325 | 41.2% | 315.5 | 31.1% |
| Pasco | 23 | 270,137 | 48.1% | 552.4 | 54.4% |
| Pinellas | 16 | 112,505 | 11.7% | 69.2 | 8.0% |
| Pinellas | 18 | 542,722 | 56.6% | 453.5 | 52.6% |
| Pinellas | 21 | 303,880 | 31.7% | 339.9 | 39.4% |
| Polk | 12 | 536,474 | 74.0% | 999.4 | 49.7% |
| Polk | 27 | 188,572 | 26.0% | 1,011.0 | 50.3% |
| St. Lucie | 29 | 222,956 | 67.7% | 600.5 | 87.3% |
| St. Lucie | 31 | 106,270 | 32.3% | 87.3 | 12.7% |
| Volusia | 7 | 79,482 | 14.4% | 313.9 | 21.9% |
| Volusia | 8 | 474,061 | 85.6% | 1,118.5 | 78.1% |

1/13/2022 — Page 3 — P-001628

# Split Counties and Cities

Plan S027S8058

### Cities included in more than one district

| City | Dist. | Total Pop | Pop% | Total Area | Area% |
|---|---|---|---|---|---|
| Aventura | 34 | 0 | 0.0% | 0.0 | 0.8% |
| Aventura | 37 | 40,242 | 100.0% | 3.5 | 99.2% |
| Belle Isle | 17 | 7,032 | 100.0% | 5.0 | 97.0% |
| Belle Isle | 25 | 0 | 0.0% | 0.2 | 3.0% |
| Boca Raton | 26 | 50,013 | 51.3% | 19.2 | 60.8% |
| Boca Raton | 30 | 47,409 | 48.7% | 12.4 | 39.2% |
| Bonita Springs | 28 | 10,530 | 19.6% | 14.1 | 30.3% |
| Bonita Springs | 33 | 43,114 | 80.4% | 32.4 | 69.7% |
| Clearwater | 18 | 33,473 | 28.5% | 6.4 | 18.0% |
| Clearwater | 21 | 83,819 | 71.5% | 29.4 | 82.0% |
| Coral Gables | 36 | 25,018 | 50.8% | 3.9 | 10.3% |
| Coral Gables | 38 | 24,230 | 49.2% | 33.5 | 89.7% |
| Crestview | 1 | 10,214 | 37.6% | 8.7 | 51.9% |
| Crestview | 2 | 16,920 | 62.4% | 8.1 | 48.1% |
| Davie | 32 | 1,148 | 1.1% | 0.3 | 0.9% |
| Davie | 35 | 103,272 | 97.7% | 33.4 | 93.4% |
| Davie | 37 | 1,271 | 1.2% | 2.1 | 5.7% |
| Daytona Beach | 7 | 7,058 | 9.7% | 2.4 | 3.6% |
| Daytona Beach | 8 | 65,589 | 90.3% | 65.8 | 96.4% |
| Deerfield Beach | 30 | 71,094 | 81.9% | 13.2 | 81.6% |
| Deerfield Beach | 37 | 15,765 | 18.2% | 3.0 | 18.4% |
| Eagle Lake | 12 | 0 | 0.0% | 0.0 | 0.3% |
| Eagle Lake | 27 | 3,008 | 100.0% | 3.7 | 99.8% |
| Edgewood | 15 | 1,482 | 55.2% | 0.8 | 55.9% |
| Edgewood | 17 | 1,203 | 44.8% | 0.7 | 44.1% |
| Estero | 28 | 9,844 | 26.7% | 6.9 | 27.2% |
| Estero | 33 | 27,095 | 73.4% | 18.5 | 72.8% |
| Fanning Springs | 6 | 478 | 40.4% | 1.9 | 38.4% |
| Fanning Springs | 9 | 704 | 59.6% | 3.1 | 61.6% |
| Fort Lauderdale | 32 | 84,222 | 46.1% | 15.8 | 43.5% |
| Fort Lauderdale | 37 | 98,538 | 53.9% | 20.5 | 56.5% |
| Fort Myers | 27 | 4,870 | 5.6% | 5.9 | 11.9% |
| Fort Myers | 28 | 12,529 | 14.5% | 7.8 | 16.0% |
| Fort Myers | 33 | 68,996 | 79.9% | 35.4 | 72.1% |
| Gainesville | 6 | 93,662 | 66.4% | 48.3 | 75.1% |
| Gainesville | 9 | 47,423 | 33.6% | 16.0 | 24.9% |
| Hollywood | 35 | 28,649 | 18.7% | 3.5 | 11.3% |
| Hollywood | 37 | 124,418 | 81.3% | 27.3 | 88.7% |
| Jacksonville | 4 | 406,200 | 42.8% | 626.4 | 71.6% |
| Jacksonville | 5 | 543,411 | 57.2% | 248.1 | 28.4% |
| Lake Wales | 12 | 12,921 | 79.0% | 14.8 | 73.8% |
| Lake Wales | 27 | 3,440 | 21.0% | 5.3 | 26.2% |
| Lakeland | 12 | 100,638 | 89.3% | 64.0 | 85.2% |
| Lakeland | 27 | 12,003 | 10.7% | 11.1 | 14.8% |
| Longboat Key | 20 | 2,746 | 36.6% | 8.3 | 51.7% |
| Longboat Key | 22 | 4,759 | 63.4% | 7.7 | 48.3% |
| Maitland | 10 | 19,543 | 100.0% | 6.5 | 100.0% |
| Maitland | 15 | 0 | 0.0% | 0.0 | 0.0% |
| Miami | 34 | 67,844 | 15.3% | 11.3 | 20.1% |
| Miami | 36 | 343,415 | 77.7% | 32.5 | 57.9% |
| Miami | 38 | 30,281 | 6.9% | 12.3 | 21.9% |
| Miami | 39 | 701 | 0.2% | 0.1 | 0.1% |
| Miami Beach | 34 | 40,306 | 48.6% | 8.2 | 53.8% |
| Miami Beach | 36 | 42,584 | 51.4% | 7.0 | 46.2% |
| Miramar | 35 | 117,135 | 87.0% | 28.9 | 93.0% |
| Miramar | 37 | 17,586 | 13.1% | 2.2 | 7.0% |
| Newberry | 6 | 3,647 | 49.7% | 23.2 | 39.6% |
| Newberry | 9 | 3,695 | 50.3% | 35.4 | 60.4% |
| North Miami | 34 | 60,191 | 100.0% | 10.0 | 100.0% |
| North Miami | 37 | 0 | 0.0% | 0.0 | 0.0% |
| North Miami Beach | 34 | 35,300 | 80.8% | 4.3 | 79.9% |
| North Miami Beach | 37 | 8,376 | 19.2% | 1.1 | 20.1% |
| Oakland | 13 | 0 | 0.0% | 0.0 | 0.9% |
| Oakland | 15 | 3,516 | 100.0% | 2.3 | 99.1% |
| Ocoee | 13 | 7,686 | 16.3% | 1.8 | 10.8% |
| Ocoee | 15 | 39,609 | 83.8% | 14.9 | 89.2% |
| Oldsmar | 18 | 11 | 0.1% | 0.0 | 0.0% |
| Oldsmar | 21 | 14,887 | 99.9% | 10.1 | 100.0% |
| Opa-locka | 34 | 16,463 | 100.0% | 4.2 | 94.6% |
| Opa-locka | 39 | 0 | 0.0% | 0.2 | 5.4% |
| Orlando | 10 | 3,835 | 1.3% | 1.7 | 1.4% |
| Orlando | 15 | 141,201 | 45.9% | 36.7 | 30.9% |
| Orlando | 17 | 159,416 | 51.8% | 75.8 | 63.7% |
| Orlando | 25 | 3,121 | 1.0% | 4.7 | 4.0% |
| Ormond Beach | 7 | 36,557 | 84.9% | 36.2 | 93.2% |
| Ormond Beach | 8 | 6,523 | 15.1% | 2.7 | 6.8% |
| Palm Beach Gardens | 24 | 16,345 | 27.6% | 5.9 | 10.0% |
| Palm Beach Gardens | 31 | 42,837 | 72.4% | 53.4 | 90.0% |
| Pompano Beach | 30 | 49,815 | 44.5% | 13.5 | 54.7% |
| Pompano Beach | 37 | 62,231 | 55.5% | 11.2 | 45.3% |
| Port St. Lucie | 29 | 99,884 | 48.8% | 50.7 | 41.9% |
| Port St. Lucie | 31 | 104,967 | 51.2% | 70.2 | 58.1% |
| Royal Palm Beach | 26 | 4,664 | 12.0% | 1.1 | 8.9% |
| Royal Palm Beach | 31 | 34,268 | 88.0% | 10.7 | 91.1% |
| St. Petersburg | 16 | 112,505 | 43.6% | 69.2 | 52.7% |
| St. Petersburg | 18 | 145,803 | 56.5% | 62.1 | 47.3% |
| Sunrise | 32 | 86,396 | 88.8% | 11.9 | 65.7% |
| Sunrise | 35 | 10,939 | 11.2% | 6.2 | 34.3% |
| Sweetwater | 36 | 1,762 | 9.1% | 0.3 | 11.1% |
| Sweetwater | 39 | 17,601 | 90.9% | 2.0 | 88.9% |
| Tampa | 14 | 201,035 | 52.2% | 120.7 | 68.7% |
| Tampa | 16 | 147,959 | 38.4% | 39.9 | 22.7% |
| Tampa | 23 | 35,965 | 9.3% | 15.3 | 8.7% |
| Temple Terrace | 16 | 26,690 | 100.0% | 7.6 | 99.0% |
| Temple Terrace | 23 | 0 | 0.0% | 0.1 | 1.0% |
| West Palm Beach | 24 | 101,195 | 86.2% | 25.5 | 43.9% |
| West Palm Beach | 31 | 16,219 | 13.8% | 32.5 | 56.1% |
| Winter Garden | 13 | 23,076 | 49.1% | 10.3 | 57.7% |
| Winter Garden | 15 | 23,888 | 50.9% | 7.6 | 42.3% |
| Winter Haven | 12 | 49,219 | 100.0% | 40.2 | 97.8% |
| Winter Haven | 27 | 0 | 0.0% | 0.9 | 2.2% |
| Winter Park | 10 | 29,774 | 99.9% | 10.4 | 99.7% |
| Winter Park | 15 | 21 | 0.1% | 0.0 | 0.3% |

## Functional Analysis - Summary

### Plan S027S8058

| Dist. | 2020 Census VAP who are: Black | Hisp. | RV who are: DEM | REP | OTH | RV who are: Black | Hisp. | Black Voters who are: DEM | REP | NPAOth | Hisp. Voters who are: DEM | REP | NPAOth | DEM who are: Black | Hisp. | REP who are: Black | Hisp. | NPAOth who are: Black | Hisp. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 41.62% | 10.43% | 51.25% | 27.56% | 21.20% | 41.17% | 5.42% | 82.43% | 3.25% | 14.31% | 41.41% | 21.57% | 36.92% | 66.22% | 4.38% | 4.85% | 4.24% | 27.80% | 9.44% |
| 15 | 37.48% | 25.35% | 50.09% | 21.58% | 28.34% | 33.81% | 17.44% | 78.45% | 3.10% | 18.41% | 46.99% | 13.95% | 39.06% | 52.96% | 16.36% | 4.85% | 11.27% | 21.97% | 24.03% |
| 16 | 33.20% | 21.78% | 52.29% | 19.77% | 27.94% | 32.95% | 14.48% | 79.63% | 2.88% | 17.47% | 45.79% | 15.30% | 38.81% | 50.18% | 12.68% | 4.80% | 11.21% | 20.61% | 20.12% |
| 25 | 12.77% | 52.56% | 42.72% | 22.11% | 35.18% | 9.20% | 47.32% | 72.17% | 4.02% | 23.79% | 47.05% | 13.47% | 39.49% | 15.54% | 52.12% | 1.67% | 28.83% | 6.22% | 53.12% |
| 32 | 46.15% | 23.13% | 60.44% | 14.57% | 24.98% | 41.35% | 16.05% | 81.34% | 2.51% | 16.14% | 46.69% | 17.51% | 35.81% | 55.65% | 12.40% | 7.12% | 19.28% | 26.71% | 23.01% |
| 34 | 50.07% | 37.96% | 64.26% | 10.65% | 25.08% | 52.03% | 26.16% | 83.07% | 2.42% | 14.51% | 43.17% | 20.66% | 36.17% | 67.25% | 17.58% | 11.81% | 50.73% | 30.10% | 37.72% |
| 36 | 6.23% | 78.49% | 34.79% | 30.95% | 34.26% | 4.50% | 69.00% | 74.44% | 4.24% | 21.19% | 30.87% | 35.55% | 33.58% | 9.62% | 61.23% | 0.62% | 79.26% | 2.78% | 67.64% |
| 38 | 13.01% | 66.39% | 38.82% | 29.94% | 31.23% | 12.33% | 54.54% | 80.56% | 3.05% | 16.36% | 28.87% | 36.81% | 34.32% | 25.58% | 40.56% | 1.25% | 67.05% | 6.46% | 59.93% |
| 39 | 5.40% | 90.13% | 29.59% | 35.45% | 34.95% | 4.32% | 80.65% | 80.10% | 3.86% | 15.94% | 26.82% | 38.01% | 35.16% | 11.70% | 73.10% | 0.47% | 86.45% | 1.97% | 81.13% |
| 40 | 8.23% | 71.50% | 31.79% | 34.84% | 33.37% | 5.85% | 62.89% | 74.85% | 3.99% | 20.99% | 27.85% | 36.89% | 35.26% | 13.77% | 55.11% | 0.67% | 66.59% | 3.68% | 66.45% |

## Functional Analysis - Summary

### Plan S027S8058

| Dist. | 2020 Census VAP who are: || Average Primary Election Turnout |||||| Average General Election Turnout ||||||||||||||| General Election Performance in Statewide Elections 2012-2020 |||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | DEM who are: || REP who are: || Voters who are: ||| DEM who are: || REP who are: || NPAOth who are: || Black Voters who are: || Hisp. Voters who are: || Avg. Perf. || Wins || Margins |||
| | Black | Hisp | Black | Hisp. | Black | Hisp. | DEM | REP | NPAOth | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | NPAOth | DEM | REP | NPAOth | DEM | REP | DEM | REP | MAX | MIN | AVG |
| 5 | 41.62% | 10.43% | 66.82% | 1.43% | 2.70% | 1.63% | 52.83% | 32.61% | 14.56% | 66.63% | 2.81% | 3.34% | 2.85% | 24.16% | 6.72% | 88.40% | 2.73% | 8.84% | 42.91% | 27.68% | 28.81% | 56.2% | 42.2% | 13 | 1 | D +27.2% | D +0.4% | D +14.5% |
| 15 | 37.48% | 25.35% | 60.48% | 7.46% | 2.94% | 5.14% | 52.13% | 26.69% | 21.17% | 55.33% | 12.57% | 3.36% | 7.75% | 19.61% | 18.67% | 85.04% | 2.63% | 12.29% | 51.96% | 16.44% | 31.42% | 63.3% | 35.1% | 14 | 0 | D +41.3% | D +12.7% | D +28.6% |
| 16 | 33.20% | 21.78% | 52.82% | 5.31% | 3.13% | 5.36% | 56.51% | 22.22% | 21.26% | 52.65% | 9.14% | 3.75% | 7.97% | 18.23% | 14.45% | 86.24% | 2.41% | 11.30% | 51.24% | 17.80% | 30.65% | 67.6% | 30.6% | 14 | 0 | D +52.7% | D +19.5% | D +37.5% |
| 25 | 12.77% | 52.56% | 18.29% | 37.57% | 1.02% | 14.65% | 44.99% | 27.64% | 27.36% | 16.96% | 46.05% | 1.37% | 20.76% | 5.86% | 43.99% | 79.34% | 3.93% | 16.72% | 53.93% | 14.78% | 31.27% | 58.4% | 39.9% | 13 | 1 | D +38.2% | D +1.1% | D +18.7% |
| 32 | 46.15% | 23.13% | 55.29% | 5.24% | 5.38% | 10.12% | 64.77% | 15.71% | 19.52% | 54.88% | 9.76% | 5.72% | 14.99% | 24.39% | 19.63% | 86.22% | 2.18% | 11.55% | 50.28% | 18.88% | 30.68% | 76.9% | 22.2% | 14 | 0 | D +60.6% | D +47.9% | D +55% |
| 34 | 50.07% | 37.96% | 74.75% | 9.43% | 9.44% | 50.99% | 70.89% | 10.21% | 18.90% | 70.39% | 14.09% | 10.24% | 48.79% | 30.56% | 35.03% | 88.00% | 1.84% | 10.14% | 45.89% | 23.41% | 30.66% | 83.8% | 15.4% | 14 | 0 | D +74.5% | D +56.6% | D +68.6% |
| 36 | 6.23% | 78.49% | 9.97% | 55.82% | 0.30% | 86.37% | 34.80% | 36.94% | 28.26% | 9.21% | 60.20% | 0.41% | 81.23% | 2.22% | 69.24% | 80.06% | 3.81% | 15.85% | 29.72% | 42.55% | 27.73% | 50.9% | 47.9% | 8 | 6 | D +21.8% | R +0% | D +3.4% |
| 38 | 13.01% | 66.39% | 30.07% | 24.28% | 0.83% | 63.61% | 41.51% | 33.34% | 25.15% | 27.43% | 33.28% | 1.03% | 62.79% | 6.34% | 55.25% | 85.41% | 2.57% | 11.93% | 28.15% | 43.29% | 28.56% | 56.0% | 42.9% | 14 | 0 | D +24.4% | D +0.5% | D +13.5% |
| 39 | 5.40% | 90.13% | 21.46% | 59.84% | 0.29% | 88.68% | 30.75% | 40.89% | 28.35% | 14.62% | 69.19% | 0.39% | 86.57% | 2.10% | 82.07% | 85.44% | 3.08% | 11.42% | 26.61% | 44.32% | 29.07% | 45.3% | 53.6% | 3 | 11 | R +21.6% | D +2.3% | R +8.1% |
| 40 | 8.23% | 71.50% | 13.98% | 36.47% | 0.39% | 61.88% | 33.26% | 39.06% | 27.68% | 13.99% | 48.49% | 0.55% | 63.25% | 3.38% | 62.33% | 80.02% | 3.68% | 16.05% | 27.57% | 42.63% | 29.68% | 48.1% | 50.6% | 7 | 7 | R +13.8% | D +0.8% | R +2.1% |

## Functional Analysis - Returns

| | | | 5 | 15 | 16 | 25 | 32 | 34 | 36 | 38 | 39 | 40 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Plan S027S8058 | BVAP | 41.62% | 37.48% | 33.20% | 12.77% | 46.15% | 50.07% | 6.23% | 13.01% | 5.40% | 8.23% |
| | Primary Elections | HVAP | 10.43% | 25.35% | 21.78% | 52.56% | 23.13% | 37.96% | 78.49% | 66.39% | 90.13% | 71.50% |
| 2018 | Governor (REP) | R_Baldauf | 0.77% | 0.85% | 0.68% | 0.90% | 1.45% | 2.21% | 2.03% | 1.25% | 2.60% | 1.73% |
| | | R_DeSantis | 57.78% | 50.22% | 44.19% | 51.86% | 67.41% | 64.39% | 66.97% | 67.60% | 67.84% | 68.13% |
| | | R_Devine | 1.28% | 1.60% | 1.40% | 2.03% | 2.16% | 3.75% | 3.81% | 2.69% | 3.98% | 3.15% |
| | | R_Langford | 1.04% | 1.69% | 1.16% | 1.30% | 2.07% | 1.99% | 1.52% | 1.60% | 1.41% | 1.75% |
| | | R_Mercadante | 0.48% | 0.78% | 0.92% | 1.39% | 1.67% | 2.91% | 2.61% | 1.86% | 2.87% | 1.87% |
| | | R_Nathan | 0.82% | 0.89% | 0.93% | 1.04% | 1.47% | 2.44% | 1.61% | 1.33% | 1.37% | 1.43% |
| | | R_Putnam | 35.94% | 41.61% | 48.05% | 38.76% | 19.33% | 17.61% | 17.35% | 20.19% | 16.75% | 18.07% |
| | | R_White | 1.64% | 2.14% | 2.15% | 2.70% | 3.44% | 4.38% | 3.88% | 3.21% | 3.21% | 3.50% |
| | Governor (DEM) | D_Gillum | 55.30% | 49.62% | 50.55% | 27.89% | 48.67% | 53.41% | 25.09% | 35.23% | 30.91% | 26.44% |
| | | D_Graham | 20.91% | 24.50% | 25.83% | 29.03% | 14.03% | 10.18% | 20.22% | 20.92% | 19.67% | 23.87% |
| | | D_Greene | 6.84% | 9.38% | 6.46% | 15.05% | 11.20% | 9.99% | 8.84% | 7.25% | 10.03% | 11.04% |
| | | D_King | 1.62% | 3.34% | 2.04% | 4.31% | 0.83% | 0.79% | 2.08% | 1.19% | 2.35% | 2.24% |
| | | D_Levine | 13.96% | 11.96% | 14.21% | 20.50% | 24.55% | 24.83% | 41.22% | 34.00% | 34.22% | 33.88% |
| | | D_Lundmark | 0.46% | 0.47% | 0.33% | 1.26% | 0.28% | 0.41% | 1.24% | 0.53% | 1.58% | 0.91% |
| | | D_Wetherbee | 0.76% | 0.66% | 0.43% | 1.94% | 0.36% | 0.33% | 0.90% | 0.57% | 1.15% | 1.03% |
| | Attorney General (REP) | R_Moody | 57.69% | 54.40% | 60.10% | 53.73% | 53.68% | 53.31% | 53.78% | 55.08% | 53.90% | 55.28% |
| | | R_White | 42.33% | 45.63% | 39.83% | 46.26% | 46.06% | 46.69% | 46.18% | 44.94% | 46.02% | 44.63% |
| | Attorney General (DEM) | D_Shaw | 76.42% | 74.97% | 80.12% | 59.28% | 80.84% | 82.74% | 66.05% | 78.69% | 65.34% | 67.89% |
| | | D_Torrens | 23.57% | 25.08% | 19.90% | 40.72% | 19.16% | 17.25% | 34.01% | 21.27% | 34.60% | 32.00% |
| | Agriculture Commissioner (REP) | R_Caldwell | 31.90% | 35.81% | 24.01% | 36.73% | 42.37% | 40.22% | 38.20% | 41.92% | 40.66% | 42.11% |
| | | R_Grimsley | 16.70% | 30.51% | 25.11% | 32.77% | 27.39% | 31.08% | 34.76% | 30.92% | 34.15% | 31.11% |
| | | R_McCalister | 7.91% | 15.43% | 11.20% | 15.92% | 20.93% | 16.56% | 16.27% | 16.94% | 14.63% | 16.69% |
| | | R_Troutman | 43.41% | 18.25% | 39.09% | 14.58% | 8.46% | 11.85% | 10.59% | 9.87% | 10.47% | 9.68% |
| | Agriculture Commissioner (DEM) | D_Fried | 62.93% | 54.91% | 63.01% | 54.45% | 65.85% | 57.95% | 57.07% | 59.01% | 52.44% | 54.30% |
| | | D_Porter | 20.56% | 19.28% | 15.78% | 19.74% | 14.49% | 18.43% | 15.86% | 16.92% | 20.24% | 18.83% |
| | | D_Walker | 16.49% | 25.81% | 21.15% | 25.81% | 19.62% | 23.63% | 27.04% | 23.94% | 27.19% | 26.58% |
| | US Senate (REP) | R_De La Fuente | 10.23% | 11.30% | 13.76% | 9.66% | 16.28% | 17.21% | 11.79% | 13.40% | 10.63% | 12.40% |
| | | R_Scott | 89.70% | 88.69% | 86.08% | 90.32% | 83.48% | 82.64% | 88.14% | 86.52% | 89.33% | 87.48% |
| 2016 | US Senate (REP) | R_Beruff | 23.96% | 19.03% | 24.85% | 17.45% | 15.17% | 7.97% | 4.71% | 6.71% | 4.19% | 6.66% |
| | | R_Rivera | 3.38% | 2.73% | 3.80% | 3.23% | 4.57% | 3.52% | 1.93% | 2.17% | 2.00% | 2.97% |
| | | R_Rubio | 67.37% | 72.47% | 64.29% | 70.85% | 69.70% | 80.09% | 90.92% | 86.01% | 91.88% | 84.98% |
| | | R_Young | 5.17% | 5.56% | 6.52% | 8.43% | 9.80% | 8.09% | 2.38% | 4.95% | 1.92% | 5.15% |
| | US Senate (DEM) | D_De La Fuente | 3.36% | 4.07% | 4.71% | 16.91% | 3.48% | 5.49% | 21.33% | 7.50% | 25.49% | 13.16% |
| | | D_Grayson | 11.29% | 43.04% | 10.34% | 46.55% | 10.14% | 10.28% | 11.27% | 11.16% | 10.29% | 11.17% |
| | | D_Keith | 15.35% | 12.36% | 17.17% | 9.25% | 15.68% | 13.92% | 14.45% | 18.85% | 12.60% | 15.45% |
| | | D_Luster | 18.18% | 2.60% | 2.15% | 1.30% | 1.99% | 3.02% | 1.67% | 1.70% | 2.05% | 1.43% |
| | | D_Murphy | 51.70% | 37.81% | 65.32% | 25.94% | 68.49% | 67.16% | 50.86% | 60.38% | 49.37% | 58.18% |
| 2014 | Governor (REP) | R_Adeshina | 1.00% | 1.93% | 2.19% | 1.74% | 2.54% | 3.23% | 1.56% | 2.24% | 1.58% | 1.74% |
| | | R_Cuevas-Neunder | 7.10% | 10.27% | 13.78% | 12.08% | 13.93% | 16.59% | 12.98% | 14.43% | 12.30% | 14.83% |
| | | R_Scott | 91.82% | 87.71% | 83.60% | 86.16% | 82.85% | 79.86% | 85.31% | 83.15% | 86.02% | 83.17% |
| | Governor (DEM) | D_Crist | 70.51% | 81.59% | 84.23% | 76.66% | 79.62% | 85.35% | 73.67% | 76.16% | 77.33% | 77.27% |
| | | D_Rich | 29.39% | 18.39% | 15.73% | 23.28% | 20.26% | 14.63% | 26.10% | 23.65% | 22.55% | 22.27% |
| | Attorney General (DEM) | D_Sheldon | 58.74% | 48.19% | 61.25% | 61.64% | 35.94% | 44.72% | 69.45% | 59.92% | 60.88% | 65.48% |
| | | D_Thurston | 41.22% | 51.82% | 38.66% | 38.35% | 64.02% | 55.28% | 30.18% | 39.96% | 38.96% | 33.94% |
| 2012 | US Senate (REP) | R_Mack | 63.23% | 56.92% | 53.43% | 45.39% | 69.24% | 71.73% | 77.16% | 75.85% | 76.65% | 73.56% |
| | | R_McCalister | 16.46% | 11.35% | 12.49% | 11.68% | 10.08% | 6.59% | 4.57% | 6.35% | 4.21% | 7.50% |
| | | R_Stuart | 5.63% | 5.26% | 8.22% | 6.92% | 6.39% | 13.73% | 14.91% | 11.12% | 16.06% | 12.83% |
| | | R_Weldon | 14.43% | 26.25% | 24.93% | 35.94% | 13.22% | 7.75% | 3.15% | 6.21% | 3.01% | 5.81% |
| | US Senate (DEM) | D_Burkett | 20.09% | 13.16% | 14.24% | 20.62% | 13.69% | 14.59% | 16.24% | 15.85% | 16.93% | 16.71% |
| | | D_Nelson | 79.92% | 86.73% | 85.57% | 79.37% | 86.18% | 85.40% | 83.74% | 84.02% | 82.97% | 83.05% |

Functional Analysis - Returns

| | | | | 5 | 15 | 16 | 25 | 32 | 34 | 36 | 38 | 39 | 40 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Plan S027S8058 | | BVAP | 41.62% | 37.48% | 33.20% | 12.77% | 46.15% | 50.07% | 6.23% | 13.01% | 5.40% | 8.23% |
| | General Elections | | HVAP | 10.43% | 25.35% | 21.78% | 52.56% | 23.13% | 37.96% | 78.49% | 66.39% | 90.13% | 71.50% |
| 2020 | President | D_Biden | | 60.46% | 65.93% | 68.01% | 58.69% | 75.13% | 78.01% | 49.58% | 53.23% | 39.91% | 44.58% |
| | | R_Trump | | 38.21% | 33.12% | 30.72% | 40.36% | 24.31% | 21.43% | 49.85% | 46.22% | 59.62% | 54.83% |
| 2018 | Governor | D_Gillum | | 61.82% | 67.52% | 71.52% | 62.28% | 78.59% | 85.22% | 54.14% | 57.99% | 46.91% | 49.83% |
| | | R_DeSantis | | 37.24% | 31.46% | 27.34% | 36.34% | 20.80% | 14.11% | 44.54% | 41.08% | 51.71% | 49.00% |
| | Attorney General | D_Shaw | | 58.02% | 63.91% | 66.61% | 59.18% | 77.45% | 83.59% | 52.77% | 56.79% | 45.47% | 48.24% |
| | | R_Moody | | 40.34% | 34.52% | 31.65% | 38.89% | 21.23% | 14.96% | 45.03% | 41.45% | 52.21% | 49.55% |
| | Chief Financial Officer | D_Ring | | 59.38% | 65.96% | 70.03% | 61.67% | 78.50% | 85.21% | 53.58% | 57.43% | 46.53% | 49.27% |
| | | R_Patronis | | 40.62% | 34.04% | 29.98% | 38.32% | 21.50% | 14.78% | 46.42% | 42.58% | 53.46% | 50.73% |
| | Agriculture Commissioner | D_Fried | | 60.12% | 67.33% | 72.40% | 62.88% | 79.26% | 85.31% | 55.44% | 59.29% | 47.96% | 50.95% |
| | | R_Caldwell | | 39.89% | 32.67% | 27.59% | 37.11% | 20.74% | 14.69% | 44.58% | 40.71% | 52.03% | 49.04% |
| | US Senate | D_Nelson | | 60.67% | 67.05% | 71.22% | 60.89% | 79.18% | 84.80% | 54.84% | 59.19% | 47.38% | 51.15% |
| | | R_Scott | | 39.33% | 32.95% | 28.77% | 39.11% | 20.82% | 15.20% | 45.15% | 40.82% | 52.61% | 48.85% |
| 2016 | President | D_Clinton | | 57.58% | 65.34% | 68.26% | 63.18% | 76.38% | 84.48% | 59.69% | 60.94% | 54.86% | 53.71% |
| | | R_Trump | | 39.25% | 31.48% | 28.01% | 33.59% | 21.75% | 13.94% | 37.91% | 36.50% | 42.88% | 43.49% |
| | US Senate | D_Murphy | | 49.36% | 60.34% | 64.47% | 56.29% | 74.63% | 79.47% | 48.89% | 52.71% | 43.17% | 45.19% |
| | | R_Rubio | | 47.15% | 35.74% | 31.14% | 39.63% | 23.43% | 18.44% | 48.93% | 45.14% | 54.88% | 52.44% |
| 2014 | Governor | D_Crist | | 51.10% | 60.74% | 68.10% | 53.72% | 78.36% | 85.52% | 47.33% | 57.29% | 42.78% | 48.96% |
| | | R_Scott | | 44.72% | 34.73% | 26.90% | 41.21% | 19.46% | 12.98% | 50.29% | 40.23% | 54.86% | 48.01% |
| | Attorney General | D_Sheldon | | 48.83% | 57.52% | 62.16% | 50.03% | 75.08% | 83.15% | 43.60% | 53.33% | 38.29% | 43.25% |
| | | R_Bondi | | 48.41% | 39.76% | 34.83% | 47.18% | 23.36% | 15.49% | 54.14% | 44.76% | 59.50% | 54.25% |
| | Chief Financial Officer | D_Rankin | | 49.72% | 56.42% | 60.34% | 50.56% | 73.97% | 82.82% | 42.94% | 50.25% | 39.80% | 43.08% |
| | | R_Atwater | | 50.28% | 43.58% | 39.66% | 49.44% | 26.02% | 17.18% | 57.07% | 49.75% | 60.19% | 56.90% |
| | Agriculture Commissioner | D_Hamilton | | 52.86% | 56.35% | 59.77% | 48.97% | 75.08% | 83.42% | 43.13% | 51.30% | 39.21% | 43.38% |
| | | R_Putnam | | 47.14% | 43.65% | 40.23% | 51.03% | 24.93% | 16.57% | 56.85% | 48.70% | 60.76% | 56.61% |
| 2012 | President | D_Obama | | 58.61% | 65.92% | 72.29% | 63.43% | 78.11% | 86.93% | 54.44% | 57.68% | 50.94% | 51.70% |
| | | R_Romney | | 40.60% | 33.37% | 26.69% | 35.78% | 21.43% | 12.78% | 45.05% | 41.82% | 48.65% | 47.69% |
| | US Senate | D_Nelson | | 62.25% | 69.71% | 75.23% | 67.79% | 79.68% | 86.78% | 55.87% | 59.92% | 52.52% | 53.42% |
| | | R_Mack | | 35.08% | 28.45% | 22.52% | 29.62% | 19.07% | 12.23% | 42.46% | 38.84% | 45.63% | 44.93% |