IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KÉTO NORD HODGES, *et al.*,

    *Plaintiffs*,

v.                                                                             Case No. 8:24-cv-879

BEN ALBRITTON, *etc.*, *et al.*,

    *Defendants*.

_____/

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE
TO FILE RESPONSE EXCEEDING THE PAGE LIMIT**

Plaintiffs respectfully seek leave to file a single consolidated response in opposition to Defendants' two summary judgment motions of no more than 35 pages. In support, Plaintiffs state:

1.  Both the Senate President and Secretary of State filed motions for summary judgment. ECF Nos. 74–75. Under Local Rule 3.01(d) and the Case Management & Scheduling Order (ECF No. 37 at 7), Plaintiffs may file responses to each motion, limited to 20 pages each.

2.  Because the motions raise overlapping issues involving the same facts, Plaintiffs seek leave to file a single consolidated response, limited to 35 pages.

3.  This page limit will allow Plaintiffs to adequately brief the multiple issues Defendants raise and best assist the Court in resolving their motions. It will also permit Plaintiffs to include map images in the body of their motion. Further, 35 pages is less than the total number permitted if Plaintiffs filed a separate response to each motion.

4.  Neither Defendants oppose Plaintiffs' request.

**WHEREFORE**, Plaintiffs request leave to file a consolidated response to the pending summary judgment motions, limited to 35 pages.

### Local Rule 3.01(g) Certification

Plaintiffs' counsel conferred with counsel for both Defendants, who do not oppose Plaintiffs' request.

Respectfully submitted January 16, 2025,

/s/ Nicholas L.V. Warren

Nicholas L.V. Warren (FBN 1019018)
Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
dtilley@aclufl.org
cmcnamara@aclufl.org

James Michael Shaw, Jr. (FBN 677851)
Naomi Robertson (FBN 1032076)
**Butler Weihmuller Katz Craig LLP**
400 North Ashley Drive, Suite 2300
Tampa, FL 33602
(813) 281-1900
jshaw@butler.legal
nrobertson@butler.legal

Deborah N. Archer*
David Chen*
**Civil Rights & Racial Justice Clinic**
**Washington Square Legal Services, Inc.**
245 Sullivan Street
New York, NY 10012
(212) 998-6473
deborah.archer@nyu.edu
davidchen@nyu.edu

* *Special admission*

*Counsel for Plaintiffs*