# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

KÉTO NORD HODGES, *et al.*,

    *Plaintiffs*,

v.

BEN ALBRITTON, in his official capacity as President of the Florida Senate, *et al.*,

    *Defendants*.

_____/

Case No. 8:24-cv-879-CEH-TPB-ALB

## JOINT STIPULATION OF AGREED MATERIAL FACTS

Pursuant to the Court's Case Management and Scheduling Order (ECF No. 37), the parties hereby stipulate to the following material facts for the purposes of resolving the motions for summary judgment filed by the Florida Senate President and Secretary of State:

1. Defendant Ben Albritton is the current President of the Florida Senate.

2. Defendant Cord Byrd is the current Florida Secretary of State and, in that capacity, is the agency head of the Florida Department of State. The Department of State has "general supervision and administration of the election laws," including the Enacted Plan, administers Senate candidate qualifying, receives Senate election returns from the county canvassing boards, and issues certificates of election to successful Senate candidates.

3. Before and during the 2022 Regular Session, the Florida Senate held committee meetings to conduct the redistricting and reapportionment process. Specifically, Senate redistricting proceeded through seven committee and subcommittee meetings.

4. Throughout the redistricting process, legislators, their attorneys, and their staff used the terms "Tier One" and "Tier Two" as a shorthand to refer to the requirements contained within Article III, Section 21(a) and (b), respectively.

5. The Florida Senate Committee on Reapportionment met on September 20, 2021; October 11, 2021; October 18, 2021; and January 13, 2022.

6. On September 20, 2021, and October 11, 2021, the Committee on Reapportionment received informational briefings on the census data and legal requirements governing redistricting.

7. On October 18, 2021, the Committee on Reapportionment unanimously adopted a series of directives establishing priorities and standards that would govern the drawing of senate district maps by legislative staff.

8. The Select Subcommittee on Legislative Reapportionment met on the following dates to workshop and comment on staff-drawn maps: November 17, 2021; November 29, 2021; and January 10, 2022.

9. The Select Subcommittee on Legislative Reapportionment convened on November 17, 2021, to workshop four draft plans (8010, 8012, 8014, and 8016).

10. The Select Subcommittee on Legislative Reapportionment convened on November 29, 2021, to workshop four new maps (8026, 8028, 8030, and 8034).

11. The Select Subcommittee on Legislative Reapportionment convened for the final time on January 10, 2022, when it recommended advancing two plans, including one that would become Plan S027S8058, to the full Committee.

12. On January 13, 2022, the Reapportionment Committee considered what became Plan S027S8058 (after district renumbering) and favorably reported SJR 100 (including Plan S027S8058) by a 10-2 vote.

13. On January 20, 2022, the full Senate passed SJR 100 (including Plan S027S8058) by a 34-3 vote.

14. On February 2, 2022, the Florida House passed SJR 100 (including Plan S027S8058) by a 77-39 vote.

15. On February 3, 2022, the Florida Legislature passed CS/SJR 100, adopting Plan S027S8058 ("Enacted Plan"). Senators are currently elected from the Enacted Plan.

Respectfully submitted,

/s/ *David Chen*
Nicholas L.V. Warren (FBN 1019018)
Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
dtilley@aclufl.org
cmcnamara@aclufl.org

James Michael Shaw, Jr. (FBN 677851)
Naomi Robertson (FBN 1032076)
Butler Weihmuller Katz Craig LLP
400 North Ashley Drive, Suite 2300
Tampa, FL 3360
Tampa, FL 33602
(813) 281-1900
jshaw@butler.legal
nrobertson@butler.legal

Deborah N. Archer*
David Chen*
**Civil Rights & Racial Justice Clinic**
**Washington Square Legal Services, Inc.**
245 Sullivan Street
New York, NY 10012
(212) 998-6473
deborah.archer@nyu.edu
davidchen@nyu.edu
* *Special admission*

*Counsel for Plaintiffs*

/s/ *Mohammad O. Jazil*
Mohammad O. Jazil (FBN 72556)
mjazil@holtzmanvogel.com
Michael Beato (FBN 1017715)
mbeato@holtzmanvogel.com
zbennington@holtzmanvogel.com
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe Street, Suite 500
Tallahassee, Florida 32301
(850) 270-5938

Bradley R. McVay (FBN 79034)
brad.mcvay@dos.myflorida.com
Joseph S. Van de Bogart (FBN 84764)
joseph.vandebogart@dos.myflorida.com
Ashley Davis (FBN 48032)
ashley.davis@dos.myflorida.com

/s/ *Daniel E. Nordby*
RICKY L. POLSTON (FBN 648906)
DANIEL E. NORDBY (FBN 14588)
DENISE M. HARLE (FBN 81977)
TARA R. PRICE (FBN 98073)
ALYSSA L. CORY (FBN 118150)
KASSANDRA S. REARDON (FBN 1033220)
**SHUTTS & BOWEN LLP**
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
(850) 241-1717
*RPolston@shutts.com*
*DNordby@shutts.com*
*DHarle@shutts.com*
*TPrice@shutts.com*
*ACory@shutts.com*
*KReardon@shutts.com*

4

| | |
|---|---|
| FLORIDA DEPARTMENT OF STATE<br>R.A. Gray Building<br>500 S. Bronough Street<br>Tallahassee, Florida 32399<br>(850) 245-6536<br><br>*Counsel for the Secretary* | CARLOS REY (FBN 11648)<br>**FLORIDA SENATE**<br>404 South Monroe Street<br>Tallahassee, Florida 32399<br>(850) 487-5855<br>*Rey.Carlos@flsenate.gov*<br><br>*Counsel for Florida Senate President Ben Albritton, in his official capacity* |