IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KÉTO NORD HODGES, *et al.*,

    *Plaintiffs*,

v().                                       Case No. 8:24-cv-879

BEN ALBRITTON, *etc., et al.*,

    *Defendants*.

_____/

**PLAINTIFF KÉTO NORD HODGES'S ANSWERS TO PRESIDENT ALBRITTON'S FIRST REQUEST FOR ADMISSION TO KÉTO NORD HODGES**

Plaintiff Kéto Nord Hodges responds to Senate President Ben Albritton's First Request for Admission to Kéto Nord Hodges, as follows:

**1. Admit that your current residential address is 10907 N. Hyacinth Ave., Tampa, FL.**

    Admitted.

**2. Admit that you moved to the address in RFA No. 1 in June 2019.**

    Admitted.

**3. Admit that, from June 2019 until the Enacted Plan was in effect, you resided in District 19 under the Benchmark Plan.**

    Admitted.

**4. Admit that under the Enacted Plan, you reside in District 16.**

    Admitted.

1

5. Admit that under Plan A, as identified by Plaintiffs' expert witness Cory McCartan, Ph.D, you would reside in District 16.

    Admitted.

6. Admit that under Plan B, as identified by Plaintiffs' expert witness Cory McCartan, Ph.D, you would reside in District 16.

    Admitted.

7. Admit that under Plan C, as identified by Plaintiffs' expert witness Cory McCartan, Ph.D, you would reside in District 16.

    Admitted.

Dated November 25, 2024

Nicholas L.V. Warren (FBN 1019018)
Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
dtilley@aclufl.org
cmcnamara@aclufl.org

James Michael Shaw, Jr. (FBN 677851)
Naomi Robertson (FBN 1032076)
**Butler Weihmuller Katz Craig LLP**
400 North Ashley Drive, Suite 2300
Tampa, FL 33602
(813) 281-1900
jshaw@butler.legal
nrobertson@butler.legal

/s/ Nicholas L.V. Warren

Deborah N. Archer*
David Chen*
**Civil Rights & Racial Justice Clinic**
**Washington Square Legal Services, Inc.**
245 Sullivan Street
New York, NY 10012
(212) 998-6473
deborah.archer@nyu.edu
davidchen@nyu.edu

* *Special admission*

*Counsel for Plaintiffs*

2