IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KÉTO NORD HODGES, *et al.*,

    *Plaintiffs*,

v.

Case No. 8:24-cv-879

BEN ALBRITTON, *etc., et al.*,

    *Defendants*.

_____/

**PLAINTIFF JARVIS EL-AMIN'S ANSWERS TO PRESIDENT ALBRITTON'S FIRST REQUEST FOR ADMISSION TO JARVIS EL-AMIN**

Plaintiff Jarvis El-Amin responds to Senate President Ben Albritton's First Request for Admission to Jarvis El-Amin, as follows:

**1. Admit that your current residential address is 4818 East 99th Ave., Tampa, FL.**

    Admitted.

**2. Admit that you moved to the address in RFA No. 1 in January 2011.**

    Denied.

**3. Admit that under the Benchmark Plan, you resided in District 19.**

    Admitted.

**4. Admit that under the Enacted Plan, you reside in District 16.**

    Admitted.

**5. Admit that under Plan A, as identified by Plaintiffs' expert witness Cory McCartan, Ph.D, you would reside in District 16.**

Admitted.

**6. Admit that under Plan B, as identified by Plaintiffs' expert witness Cory McCartan, Ph.D, you would reside in District 16.**

Admitted.

**7. Admit that under Plan C, as identified by Plaintiffs' expert witness Cory McCartan, Ph.D, you would reside in District 16.**

Admitted.

Dated November 25, 2024                                 /s/ Nicholas L.V. Warren

Nicholas L.V. Warren (FBN 1019018)
Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
dtilley@aclufl.org
cmcnamara@aclufl.org

James Michael Shaw, Jr. (FBN 677851)
Naomi Robertson (FBN 1032076)
**Butler Weihmuller Katz Craig LLP**
400 North Ashley Drive, Suite 2300
Tampa, FL 33602
(813) 281-1900
jshaw@butler.legal
nrobertson@butler.legal

Deborah N. Archer*
David Chen*
**Civil Rights & Racial Justice Clinic**
**Washington Square Legal Services, Inc.**
245 Sullivan Street
New York, NY 10012
(212) 998-6473
deborah.archer@nyu.edu
davidchen@nyu.edu

* *Special admission*

*Counsel for Plaintiffs*