IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KÉTO NORD HODGES, *et al.*,

    *Plaintiffs*,

v.                                                                   Case No. 8:24-cv-879

BEN ALBRITTON, *etc., et al.*,

    *Defendants*.

_____/

**PLAINTIFF MEIKO SEYMOUR'S ANSWERS TO PRESIDENT ALBRITTON'S FIRST REQUEST FOR ADMISSION TO MEIKO SEYMOUR**

Plaintiff Meiko Seymour responds to Senate President Ben Albritton's First Request for Admission to Meiko Seymour, as follows:

**1. Admit that your current residential address is 824 10th Ave. South, St. Petersburg, FL.**

    Admitted.

**2. Admit that you moved to the address in RFA No. 1 in July of 2022.**

    Admitted.

**3. Admit that you did not live at the address in RFA No. 1 when the Benchmark Plan was in effect.**

    Denied.

**4. Admit that under the Benchmark Plan, you did not live in District 19.**

    Denied.

1

**5. Admit that under the Enacted Plan, you currently reside in District 16.**

    Admitted.

**6. Admit that you moved to District 16 in the Enacted Plan after the Enacted Plan went into effect.**

    Denied.

**7. Admit that under Plan A, as identified by Plaintiffs' expert witness Cory McCartan, Ph. D, you would reside in District 18.**

    Admitted.

**8. Admit that under Plan B, as identified by Plaintiffs' expert witness Cory McCartan, Ph. D, you would reside in District 18.**

    Admitted.

**9. Admit that under Plan C, as identified by Plaintiffs' expert witness Cory McCartan, Ph. D, you would reside in District 18.**

    Admitted.

Dated November 25, 2024　　　　　　　　　/s/ Nicholas L.V. Warren

Nicholas L.V. Warren (FBN 1019018)　　　Deborah N. Archer*
Daniel B. Tilley (FBN 102882)　　　　　　David Chen*
Caroline A. McNamara (FBN 1038312)　　**Civil Rights & Racial Justice Clinic**
**ACLU Foundation of Florida**　　　　　　**Washington Square Legal Services, Inc.**
4343 West Flagler Street, Suite 400　　　245 Sullivan Street
Miami, FL 33134　　　　　　　　　　　　New York, NY 10012
(786) 363-1769　　　　　　　　　　　　　(212) 998-6473
nwarren@aclufl.org　　　　　　　　　　　deborah.archer@nyu.edu
dtilley@aclufl.org　　　　　　　　　　　　davidchen@nyu.edu
cmcnamara@aclufl.org

                              *Special admission*

James Michael Shaw, Jr. (FBN 677851)
Naomi Robertson (FBN 1032076)
**Butler Weihmuller Katz Craig LLP**
400 North Ashley Drive, Suite 2300
Tampa, FL 33602
(813) 281-1900
jshaw@butler.legal
nrobertson@butler.legal

*Counsel for Plaintiffs*