**Florida Senate Select Subcommittee on
Legislative Reapportionment
November 17, 2021**

Transcript of video recording available at:

https://thefloridachannel.org/videos/11-17-21-senate-select-subcommittee-on-legislative-
reapportionment/

P-000649

## 11-17-21 Florida Senate Select Subcommittee on Legislative Reapportionment

1    Chair Burgess: Good morning everybody, happy Wednesday. The select committee on

2    Legislative Reapportionment will now come to order. Danna, please call the roll.

3    Danna: Chair Burgess.

4    Chair: Here.

5    Danna: Senator Bracy.

6    Bracy: Here.

7    Danna: Senator Gibson. Senator Rodriguez.

8    Rodriguez: Here.

9    Danna: Senator Stargel.

10    Stargel: Here.

11    Danna: Mr. Chair, there's a quorum.

12    Chair: A quorum is present. Please silence all your electronic devices. Anyone wishing to

13    testify before the subcommittee must fill out an appearance card and hand it to a member of the

14    Sargent's Office. Should you select to waive your speaking time, your position will be read into

15    the record. Thank everybody who is here today for attending on this Wednesday morning.

16    Appreciate you. Senators, we have a number of items on our agenda today but before we continue,

17    I'd like to take a moment to talk about the process we are about to embark on.

18    Under Senate Rules, select subcommittees do not consider legislation. We study or

19    investigate a specific issue falling within the jurisdiction of the standing committee. In this case,

20    that issue is the redrawing of Florida's Senate Districts. So we will use the time allotted to

21    workshop the staff, produce maps and provide feedback and guidance to staff where appropriate.

22    Our feedback and guidance should conform to the directives issued unanimously by the full

23    committee. You will find a copy of the directives in your meeting materials. Our feedback and

2

P-000650

### 11-17-21 Florida Senate Select Subcommittee on Legislative Reapportionment

1    guidance to staff should also be consistent with cautions expressed in the memorandum we

2    received last week from President Wilton Simpson, President Designate Passidomo and Leader

3    Book. Our responsibility as a select subcommittee is to assist the full committee in proposing a

4    constitutional senate map free of any improper intent. I know that every member of this

5    subcommittee shares that goal. I would caution members in their questions, feedback or guidance

6    to staff today to express themselves carefully so that nothing said in this meeting is mis-perceived

7    as motivated by any impermissible purpose.

8        In the future, we will submit a recommendation which will include a senate map or set of

9    senate maps to the full committee. We will defer on the creation of house maps to the House as

10    often has been a customary practice between the two chambers. We will convene at a later time to

11    reconcile our respective processes. When Chair Rodriguez reconvenes the full committee to

12    consider our recommendations, members may offer amendments. Accordingly, the maps that we'll

13    be workshopping today are not final. Any alterations that are proposed, whether as guidance and

14    feedback to the staff or as an amendment offered in the future, should adhere to the constitutional

15    principles and apply them consistently throughout the state.

16        I have been advised by counsel that all plans brought forward by staff today comply with

17    the complex layering of federal and state standards and contain various tradeoffs within the co-

18    equal Tier-Two standards presented in each plan. It is within the balancing of these tradeoffs that

19    we must exercise our legislative discretion and produce a constitutionally compliant map. Staff

20    has also informed me that while no senators have requested that staff either publicly submitted

21    comments or plans for consideration while developing the maps we are workshopping today,

22    members of the public have been continuing to submit plans and comments to

23    floridaredistricting.gov. Are there any questions before we proceed to the public comment and

P-000651

**11-17-21 Florida Senate Select Subcommittee on Legislative Reapportionment**

1   presentations on our agenda today? No questions? Then we'll go ahead and proceed senators. At

2   this point, Mr. Ferrin, seated to my left, we are recognized for a walk-through of the staff prepared

3   plans.

4        Ferrin:   Thank you Mr. Chairman. We've produced a series of maps since receiving the

5   directives from the full committee on October 18. The district in these maps have been numbers

6   to be roughly analogous to the districts in the benchmarks but may be renumbered. We relied on

7   the plan language of the constitution, federal law and existing judicial precedent to ensure the plans

8   comply with the complex layering of federal and state standards. Districts were drawn to balance

9   the co-equal Tier-Two standards in the Florida constitution unless doing so would conflict with

10  the standards in Tier-One. In order to comply with the Tier-One standards and the directives that

11  were issued by the committee, districts were drawn without reviewing any political data other than

12  where it was required to perform a functional analysis and evaluate whether or not a district denied

13  or abridged a racial or language minority group's ability to participate in the political process or

14  diminish their ability to elect representatives of their choice. Districts were drawn without the use

15  of any resident's information of any sitting member of the Florida Legislature or Congress. And

16  districts were drawn without regard to the preservation existing district boundaries.

17        To comply with the Tier-Two standards, districts were drawn to be as nearly equal in

18  population as practical with district population deviations of less than 1% of the ideal population

19  of 538,455 people. Districts were drawn to be visually compact in relation to their shape and

20  geography. Mathematical scores were used where appropriate. Districts were drawn to use county

21  boundaries where feasible. In less populated areas, whole counties were grouped together to make

22  a district or set of districts. In more populated areas where it was feasible to do so, districts were

23  kept wholly within a county. Districts were also drawn to geographic features that are easily

4

## 11-17-21 Florida Senate Select Subcommittee on Legislative Reapportionment

1  recognizable and readily ascertainable as district boundaries where feasible. The boundary analysis

2  for each plan illustrates the rate at which railways, Interstates, federal and state highways and large

3  bodies were used as district boundaries for each district. The plans were also drawn to keep cities

4  whole where doing so is feasible while recognizing the impermanent and irregular shapes of

5  municipal boundaries. If or when a city was split, static geographic features were sought out for

6  usage as district boundaries. Accordingly, these plans contain tradeoffs within the co-equal Tier-

7  Two criteria and are presented for consideration and exercise of legislative discretion.

8       All these plans we're reviewing today have been published and our available on

9  floridaredistricting.gov. They can be viewed interactively or downloaded from the submitted plans

10  page for independent analysis. Each one of these links, if anyone's following along on a computer

11  for the plan names, will pull up the interactive map so that members or the public can zoom around

12  the map and turn on the different reference layers or base maps, a few things with satellite images,

13  roadmaps, things like that. We've also published plan packets as part of the meeting materials and

14  these are the maps that the members have in front of them, the 11x17 formatted maps. These are

15  also available with the meeting materials on the select subcommittee's page of the

16  floridasenate.gov website.

17       These plan packets are provided for the benchmark senate plan and referred to as

18  FLSD2016 and for each of the senate plans we'll be workshopping today. They contain everything

19  used to analyze the redistricting plan. The data comes from the redistricting applications and is

20  reformatted for easier consumption. They contain statewide maps with insets of South Florida,

21  Jacksonville, Tampa Bay and Orlando, including census and boundaries statistics, pages of split

22  cities and counties and a functional analysis of districts protected from non-diminishment

23  standards in Tier-One Article 3 of the Florida constitution. In the meeting materials there's also a

5

P-000653

**11-17-21 Florida Senate Select Subcommittee on Legislative Reapportionment**

1    copy of the over/under map that is there to provide a visual reference as to how and why region's

2    population growth rate relative to the ideal district population influences how the districts have to

3    be redrawn.

4          On the census and boundaries statistics page, we show the district population deviation

5    from the ideal expressed in terms of people and as a whole percent as a percentage. We show the

6    voting age population for Black voting age, that's what BVAP is. That includes respondents who

7    identified as being Black either singly or in combination with some other race and/or ethnicity,

8    including Hispanic. We also show HVAP, which is Hispanic voting age population and that is

9    respondents who identified as Hispanic and of any race or combination of races, include Black.

10   District areas also reported in square miles, perimeter of a district in miles and report the

11   compactness scores for Convex Hull, Polsby-Popper and Reock calculations.

12         This page also include counts of whole and partial counties and cities within each district

13   and counts of cities and counties that have all of their population only in one district. Each district's

14   boundary coincidence is also reported with certain types of features identified by the US Census

15   Bureau in their geometry layers. These include those recognized by the Florida Supreme Court as

16   political and geographic boundaries, and that includes city boundaries, county boundaries, primary

17   and secondary roads, which are Interstates, US highways and state highways, railroads and then

18   water features with continuous area of greater than 10 acres. This report also includes a statistic

19   for the portion of each district's boundary that does not coincide with these features.

20         The next set of pages is a full report of the split counties and cities. This lists any county

21   with two or more districts. Presents total population in each portion of the district and the area. It's

22   also expressed in terms of count and a percentage. It's there for cities as well. Now may be a good

23   time to note that while it's not included within this meeting material's packet, we looked at the

6

P-000654

### 11-17-21 Florida Senate Select Subcommittee on Legislative Reapportionment

1    benchmark senate district plan when it was drawn in 2016 and in that circumstance it only split

2    seven cities by population and by area. Since then, without moving any district lines, the

3    benchmark now splits five times as many for a total of 55 cities due to the impermanent ever

4    changing nature of municipal annexations.

5           The last few pages in the packet contain the functional analysis. There's a couple of

6    summary pages. These list only the districts for which it is necessary to evaluate whether or not a

7    district denies or abridges either racial or language minority group's ability to participate in the

8    political process or if the district diminishes their ability to elect representatives of their choice.

9    Again, report the BVAP and HVAP scores and include 2020 general election voter registration

10   information for registrants by party, by race or ethnicity, by race or ethnicity and party and by

11   party and race or ethnicity.

12          This next page of the summary of the functional analysis displays the average voter turnout

13   in 2012, 2014, 2016, 2018 and 2020 primary elections. It displays the percentage of turnout by

14   party and race or ethnicity. We display the average of voter turnout in 2012, 2014, 2016, 2018 and

15   2020 general elections. Report those statistics by turnout by party, turnout by party and race or

16   ethnicity and turnout by race of ethnicity and party. Finally, we have the general election

17   performance and statewide elections for 2012 through 2020. This reports the average performance,

18   which is the vote share, for the Democratic, Republican candidate, the count of wins in statewide

19   contests for Democrat and Republic candidates and then the margins. We have the maximum

20   margin of victory in a statewide contest for either the Democrat or Republican candidate. We

21   report that minimum margin of victory and then the average margin of victory.

22          Finally, we have the returns included in the functional analysis. There's a page for primary

23   and a page for general elections. This shows the percentage of votes received by each candidate in

P-000655

### 11-17-21 Florida Senate Select Subcommittee on Legislative Reapportionment

1   contests for which there was a statewide primary. It includes 2012, 2014, 2016 and 2018. There

2   was no 2020 statewide primary. Then the general page shows the votes received by each candidate

3   of the percentage of votes by each candidate in contest where there was a statewide general

4   election, which is all statewide elections between 2012 and 2020. We can jump into the plans or

5   pause of there's any questions.

6        Chair:  Senators, if everybody's agreeable, I'd prefer to just jump into the plans, and I think

7   they'll be some questions that maybe just arrive through those plans. If everybody's okay with

8   that, Mr. Ferrin, if you don't mind proceeding to our first plan.

9        Ferrin:  Absolutely. Thank you Mr. Chairman. The first plan is plan S000S8010. Pursuant

10   to the directives given to staff, this plan was drawn to be consistent with the plain language of the

11   Florida constitution, federal law and existing judicial precedent. This plan balances the co-equal

12   criteria outlined in the Tier-Two standards of Article 3, Section 21 of the Florida constitution,

13   except where doing so conflicts with the Tier-One standards. Functional analysis of the minority

14   districts in the plan confirm that it does not diminish the ability for racial and language minorities

15   to elect candidates of their choice.

16        When we were drawing the visually compact districts in the plan, county boundaries were

17   used where it was feasible to do so. When a county was split, static geographic features such as

18   major roads, railroads and water bodies were used in a manner that sought to keep cities whole

19   where it was feasible. In cases where a city was split, static geographic features where used. Where

20   none were available or in cases where it was possible to illustrate the tradeoff between using

21   political or geographic features, a municipal boundary may have been used. This plan has an

22   overall deviation of 10,457 people, which is 1.94%.

23        The average compactness scores of the plan are .82 Convex Hull; .46 Polsby-Popper; .46

8

### 11-17-21 Florida Senate Select Subcommittee on Legislative Reapportionment

1    Reock, and the average use of non-political of geographic boundaries is 6%, which means that of

2    the district boundaries, 94% of the district boundaries fall on features identified by the US Census

3    Bureau's geographic layers as city boundaries, county boundaries, Interstates, US highways or

4    state roads, continuous water bodies larger than 10 acres or railroads. This plan has 51 whole

5    counties, 16 districts wholly contained within a county, 350 cities with all of their boundaries

6    contained within a single district and 360 cities with all of their population contained within a

7    single district. Like the benchmark plan, this plan has five effective minority districts for African

8    Americans. That's Senate District 6, 11, 19, 33 and 35. As for majority Hispanic districts in South

9    Florida. Those are 36, 37, 39 and 40. An opportunity district in Central Florida that has become a

10   majority minority Hispanic district. That's district 15.

11              Starting the Panhandle, where districts 1 and 2 split Okaloosa County, where the boundary

12   primarily follows state road 85, Interstate 10 and the Yellow River. While this configuration splits

13   the cities of Crestview and Laurel Hill, the boundary follows only static geographic features all

14   the way though the county. District 3, which you can see most of in this slide, consists of all of

15   Gadsden, Liberty, Gulf, Leon, Wakulla, Franklin, Jefferson, Madison, Taylor, Hamilton,

16   Suwannee, Lafayette and Dixie Counties in their entirety. The next slide shows Northeast Florida

17   and North Florida. We can see the remaining portion of District 3 here and Districts 4, 5, 6, 7 and

18   8. Nassau and Duval Counties combine to form two whole senate districts, with District 6 being

19   kept wholly within Duval. The boundary between these two districts primarily follows the

20   Nassau/Duval County line, state road 115, which is Lem Turner Road; Interstate 295; US highway

21   90, which is Beach Blvd.; state road 109, which is University Blvd.; and the St. Johns River. The

22   district boundary departs from these geographic features where necessary to balance population

23   and to maintain the ability to elect in District 6. District 6 is an effective minority district protected

9

**11-17-21 Florida Senate Select Subcommittee on Legislative Reapportionment**

1  from diminishment under Tier-One of Article 3, Section 21 of the Florida constitution. While the

2  BVAP is slightly reduced from the benchmark, a functional analysis confirms that the district does

3  not deny or abridge the opportunity for African Americans to participate in the political process

4  and does not diminish their ability to elect candidates of their choice.

5      District 5 consists of all of Columbia, Baker, Union, Gilchrist, Bradford and Clay Counties

6  and a part of the Alachua County. In Alachua County, the boundary follows static geographic

7  features including state road 26, which is Newberry Road; Interstate 75; state road 24, which is

8  Archer Road; US highway 441; state road 20, which is University Avenue; and state road 222,

9  which is Northeast 39th Blvd. The remaining portion of Alachua County is in District 8, along with

10  all Levy and Marion Counties. This allows both Districts 5 and 8 to use static readily ascertainable

11  and commonly understood political or geographic boundaries for 100% of their boundaries. It's

12  worth noting that one of the cities that is split in this configuration, which is Fanning Springs, and

13  that's actually divided by the county line between Gilchrist and Levy Counties.

14      District 7 consists of all of St. Johns, Putnum and Flagler Counties and part of Northern

15  Volusia. In Volusia, the boundary primarily follows state road 40, which is West Granada Blvd.;

16  state road 5A; South Nova Road; and state road 430, which is Mason Avenue. District 7 also

17  follows political and geographic boundaries for the entirety of its border. It does, however, result

18  in splits to Daytona Beach, Holly Hill and Ormond Beach. The majority of each of these city's

19  population falls within either District 7, which is Ormond Beach has 84.9% of its population in

20  District 7 and Holly Hill has 99.8% of its population in District 7. Or the majority of the population

21  would fall in the neighboring District 14. And for Daytona Beach, that is 90.3%.

22      The next slide is the I-4 region of the state. District 9 consists of all of Seminole County

23  and part of Orange County where the boundary primary follows state 434, which is Forest City

10

P-000658

**11-17-21 Florida Senate Select Subcommittee on Legislative Reapportionment**

1  Road; Interstate 4; state road 436, which is Cimmaron Blvd. District 10 consists of all of Citrus,

2  Sumter, Hernando Counties and part of Pasco County. In northwest Pasco County, the boundary

3  follows state road 589, which is the Suncoast Parkway and state road 52. Except for where the

4  boundary follows the extension of state road 52 past highway 19 through a marsh to the Gulf of

5  Mexico, the boundary is entirely on county boundaries or major roadways. District 11 is wholly

6  contained within northwest Orange County.

7        It's an effective minority district protected from diminishment under Tier-One. The BVAP

8  of the district increases slightly from the benchmark, but a functional analysis confirms that the

9  district does not deny or abridge the opportunity for African Americans to participate in the

10  political process and does not diminish their ability to elect candidates of their choice. Within

11  Orange County, the boundary primarily follows state road 50, which is Colonial Drive; state road

12  408, which is the East/West Expressway; South Apopka Vineland Road; state road 482, which is

13  West Lake Sand Lake Road; Interstate 4 and the Seaboard Coast Line railroad. Boundary departs

14  from these geographic features where necessary to maintain the ability to elect in this Tier-One

15  protected district.

16        District 12 consists of all Lake County and part of southeastern Orange County. In Orange

17  County the boundary primarily follows state road 50, which is Colonial Drive; state road 408,

18  which is the East/West Expressway; South Apopka Vineland Road and Interstate 4. Boundary does

19  depart of these geographic features where necessary to maintain the ability to elect in the

20  neighboring Tier-One protected district. District 13 is wholly contained within Eastern Orange

21  County where the boundary primarily follows Interstate 4, the Seaboard Coast Line railroad; state

22  road 436, which is Cimmaron Blvd.; and state road 528, which is the Beach Line Expressway. The

23  boundary does depart of these geographic features where necessary to maintain the ability to elect

11

## 11-17-21 Florida Senate Select Subcommittee on Legislative Reapportionment

1    in a neighboring Tier-One protected district. District 14 shares a boundary with District 7 in

2    Northern Volusia and contains the rest of the county, along with part of Northern Brevard County.

3    There it shares a boundary with District 17.

4         District 17 is wholly contained within Brevard County. The boundary between Districts 14

5    and 17 follows state road 50, which is Cheney Highway, state road 405, which is Columbia Blvd.;

6    and the Nassau railway that passes through the Kennedy Space Center. Following these major

7    roadways does result in Titusville being split, but it keeps 98.7% of the city's population in District

8    14. Utilizing these readily ascertainable and commonly understood features, the non-political and

9    geographic boundary utilization rates for both District 14 and 17 is only 2%. This is caused by a

10   minor departure from geographic features within Kennedy Space Center.

11        District 15 is a Hispanic opportunity district protected from diminishment under Tier-One

12   of Article 3 of the Florida constitution. Due to an increase in Hispanic population of the area, this

13   district becomes a majority minority district. A functional analysis of the district confirms that the

14   district does not deny or abridge the opportunity for Hispanics to participate in the political process

15   and does not diminish their ability to elect candidates of their choice. District 15 consists of all of

16   Osceola County and the remaining part of Orange County. District 16 contains part of Western

17   Pasco and Northern Pinellas. In Pasco County, the boundary follows state road 589, which is

18   Suncoast Parkway and state road 52.

19        In Pinellas County, the boundary primarily follows state road 60, which is Gulf to Bay

20   Blvd and US highway 19. District 18 is wholly contained within northwest Hillsborough County.

21   The boundary primary follows Interstate 5; Interstate 275; US highway 41; North Armenia

22   Avenue; East Fletcher Avenue; and departs from geographic boundary features where necessary

23   to maintain the ability to elect in a neighboring Tier-One protected district. District 19 is an

P-000660

## 11-17-21 Florida Senate Select Subcommittee on Legislative Reapportionment

1   effective minority district protected from diminishment under Tier-One. The functional analysis

2   confirms that the district does not deny or abridge the opportunity for African Americans to

3   participate in the political process and does not diminish their ability to elect candidates of their

4   choice. While the BVAP increases slightly from the benchmark, the functional analysis confirms

5   that the district does not deny or abridge the opportunity for African Americans.

6   District 19 contains part of Pinellas and Hillsborough Counties. In Pinellas County, the

7   boundary primary follows 22nd Avenue North; 58th Street and Interstate 275. In Hillsborough

8   County, District 19 shares its western and northern boundary with District 18. The eastern

9   boundary primarily follows Interstate 75; US highway 301; Palm Riverside Road; and the

10  Seaboard Coast Line railroad. The boundary departs from these geographic features where

11  necessary to maintain the ability to elect in this Tier-One protected district. District 20 contains

12  part of Hillsborough and the remainder of Pasco Counties. In Hillsborough County, the boundary

13  follows Interstate 75 where the district shares a boundary with Districts 18 and 19. Where District

14  20 shares a boundary with District 21, it involves Lumsden Road and the CSX Railway. District

15  22 is wholly contained within Northern Polk County . The boundary primarily follows state road

16  570, which is the Polk Parkway; state road 540, which is Winter Lake Road; and the Amtrak

17  Railway near Winter Haven; and then state road 60. Following these static easily ascertainable and

18  commonly understood geographic features through Polk County does result in splitting some

19  cities. But 89.3% of the population of Lakeland is included in District 22. 100% of the population

20  of Eagle Lake is included in District 22 and 99% of the population of Winter Haven is also included

21  in District 22.

22  District 24 is contained within the remainder of Pinellas County between Districts 16 and

23  19. District 21 consists of part of Hillsborough and Manatee Counties. In Hillsborough County,

P-000661

## 11-17-21 Florida Senate Select Subcommittee on Legislative Reapportionment

1    the district shares boundaries with Districts 19 and 20. In Manatee County, where the district shares

2    a boundary with District 23, the boundary primarily follows state road 70 and the Manatee-

3    Sarasota County line. The utilization of county line does result in splitting the city of Longboat

4    Key, which is on a barrier island divided by these two counties. District 23 contains the remaining

5    portion of Manatee County and all of Sarasota County.

6    District 25 contains all of the Indian River; Highlands, Glades and Okeechobee Counties

7    and part of St. Lucie County. In St. Lucie, the boundary between Districts 25 and 29 primarily

8    follows the Florida East Coast Railway; state road 716, which is Southeast Port St. Lucie Blvd,;

9    and the Martin County boundary. District 26 consists of all of Hardee, DeSoto, Charlotte and part

10   of Polk and part of Lee. In Polk County, the district shares a boundary with District 22. In Lee

11   County the boundary primarily follows US highway 41, which is the Tamiami Trail; state road 78,

12   which is Bayshore Blvd.; Interstate 75; Lee Blvd.; and the Able Canal.

13   District 27 is wholly contained within Lee County. The boundary follows US highway 41,

14   which is the Tamiami Trail; state road 78; and Interstate 75 to achieve 100% utilization of easily

15   ascertainable and commonly understood geographic boundaries. District 28 contains all of Hendry

16   and Collier Counties and the remainder of Lee County. District 29 contains all of Martin County

17   and part of St. Lucie and Palm Beach County. In St. Lucie, District 29 shares a boundary with

18   District 25 and in Palm Beach country, the boundary primarily follows North Lake Blvd.; state

19   road 786, which is PGA Blvd.; Seminole Pratt Whitney Road; and US highway 441.

20   Moving onto South Florida, District 30 is wholly contained within northeastern Palm

21   Beach County. Boundary primarily follows North Lake Blvd.; state road 786, which is PGA Blvd.;

22   Seminole Pratt Whitney Road; US highway 441; and portions of the city boundary of Greenacres.

23   District 31 is wholly contained within southeastern Palm Beach County. The boundary primarily

P-000662

## 11-17-21 Florida Senate Select Subcommittee on Legislative Reapportionment

1  follows US highway 441; state road 808, which is Glades Road; portions of the city boundary of

2  Greenacres; and the city boundary of Atlantis, which is kept whole within the district. District 32

3  is wholly contained within Western Broward County. The boundary primarily follows the city

4  boundaries of Parkland, Coral Springs and Tamarac; state road 838, which is West Sunrise Blvd.;

5  state road 817, which is University Blvd.; and Southwest 72nd Avenue.

6      The boundary of District 32 departs from geographic features where necessary to maintain

7  the ability to elect in a neighboring Tier-One protected district. District 33 is protected from

8  diminishment under Tier-One of the Florida constitution. In this plan, it is drawn as a majority

9  minority district. The functional analysis confirms that the district does not deny or abridge the

10  opportunity for African Americans to participate in the political process and does not diminish

11  their ability to elect candidates of their choice. The district is wholly contained within Broward

12  where the boundary primarily follows the city boundary of Tamarac, keeping it wholly within the

13  district. State road 838, which is West Sunrise Blvd.; West Copans Road and the Florida East

14  Coast Railway; state road 842, which is West Broward Blvd.

15      And the boundary does depart from these geographic features where necessary to maintain

16  the ability to elect in this Tier-One protected district. District 34 contains part of Palm Beach and

17  Broward Counties. In Palm Beach County the boundary primarily follows state road 808, which

18  is Glades Road. In Broward County, the boundary primarily follows the city boundaries of

19  Parkland and Coral Springs, which keeps them whole within the district. Portions of the city

20  boundary of Fort Lauderdale, West Copans Road and the Florida East Coast Railway. Boundary

21  apart from these geographic features where necessary to maintain the ability to elect in the

22  neighboring Tier-One protected district.

23      District 35 is an effective minority district protected from the diminishment under Tier-

P-000663

### 11-17-21 Florida Senate Select Subcommittee on Legislative Reapportionment

1  One. The functional analysis confirms that the district does not deny or abridge the opportunity for

2  African Americans to participate in the political process and does not diminish their ability to elect

3  candidates of their choice. While the BVAP slightly increases from the benchmark, a functional

4  analysis confirms that the district does not deny or abridge the opportunity for African Americans

5  to participate in the political process and does not diminish the ability to elect candidates of their

6  choice. District 35 is wholly contained within northeastern Miami-Dade County.

7  The boundary primarily follows Interstate 95, state road 860, which is Northeast Miami

8  Gardens Drive; and the city boundaries of Aventura and Sunny Isles. Also follows state road 847,

9  which is Northwest 47th Avenue; state road 9, which is Northwest 27th Avenue; US highway 27,

10  which is Northwest 36th Street and the Julia Tuttle Causeway. Departing from political or

11  geographic boundaries for only 1% of the district's boundary. District 36 is a minority majority

12  district protected from diminishment under Tier-One. Functional analysis confirms that the district

13  does not deny or abridge the opportunity for Hispanics to participate in the political process and

14  does not diminish their ability to elect candidates of their choice.

15  District 36 is contained wholly within Miami-Dade County. Boundary primarily follows

16  the Broward County boundary; state road 997, which is Krome Avenue; state road 847, which is

17  Northwest 47th Avenue; state road 9, which is Northwest 27th Avenue; state road 948, which is

18  Northwest 36th Street; State Road 836, which is the Dolphin Expressway; US highway 41, which

19  is Southwest 8th Street; and the city boundary of Sweetwater. It keeps Sweetwater whole within

20  the district and departs from geographic features where necessary to maintain the ability to elect

21  in this Tier-One protected district. District 37 is a minority majority district protected from

22  diminishment under Tier-One.

23  Functional analysis confirms that the district does not deny or abridge the opportunity for

16

P-000664

**11-17-21 Florida Senate Select Subcommittee on Legislative Reapportionment**

1  Hispanics to participate in the political process and does not diminish their ability to elect

2  candidates of their choice. District 37 is wholly contained within Miami-Dade County. The

3  boundary primarily follows state road 948, which is Northwest 36th Street; state road 836, which

4  is the Dolphin Expressway; the city boundary of Sweetwater, state road 976, which is Southwest

5  40th Street; US highway 27, which is Northeast 36th Street; Interstate 195 in the Julia Tuttle

6  Causeway; US highway 1; and state road 913, which is the Rickenbacker Causeway. Departs from

7  geographic boundaries were necessary to maintain the ability to elect in this Tier-One protected

8  district.

9  District 38 contains part of Broward and Miami-Dade County. In Broward County, the

10  district primarily follows the East Coast Railway; portions of the city boundary of Fort Lauderdale;

11  state road 842, which is West Broward Blvd.; state road 817, which is University Drive; and North

12  72nd Avenue. In Miami-Dade County the boundary primarily follows Interstate 95; state road 860,

13  which is Miami Gardens Drive; and the city boundaries of Aventura and Sunny Isles Beach, which

14  are kept whole within the district. This departs from geographical features where necessary to

15  maintain the ability to elect in neighboring Tier-One protected district. District 39 is a majority

16  minority district protected from diminishment under Tier-One.

17  The functional analysis confirms that the district does not deny or abridge the opportunity

18  for Hispanics to participate in the political process and does not diminish their ability to elect

19  candidates of their choice. District 39 contains all of Monroe County and part of Miami-Dade

20  County. Miami-Dade boundary primarily follows state road 997, which is Krome Avenue; US

21  highway 41, which is Southwest 8th Street; Florida Turnpike; and the Seaboard Coast Line railroad.

22  It also follows the city boundary of Homestead, which is kept whole within the district. Boundary

23  departs from these geographic features where it's necessary to maintain the ability to elect in their

17

P-000665

## 11-17-21 Florida Senate Select Subcommittee on Legislative Reapportionment

1  Tier-One protected district.

2      District 40 is a minority majority district protected from diminishment under Tier-One of

3  Article 3, Section 21 of the Florida constitution. Functional analysis confirms that the district does

4  not deny or abridge the opportunity for Hispanics to participate in the political process and does

5  not diminish their ability to elect candidates of their choice. District 40 is wholly contained within

6  southeast Miami-Dade County. Within the country, the boundary primarily follows state road 976,

7  which is Southwest 40th Street; US highway 1; the Florida Turnpike; state road 913, which is the

8  Rickenbacker Causeway; the Seaboard Coast Line railroad; and the city boundary of Homestead.

9  District boundaries depart from geographic features where it's necessary to maintain the ability to

10  elect in this Tier-One protected district. Mr. Chairman, that's the first plan we have to go through

11  today.

12      Chair: Thank you very much Mr. Ferrin. Appreciate all your hard work on this and your

13  team. At this point, since we have several plans to go through, Senators, I would ask if there's any

14  questions related to this plan, and then we can have those questions, any discussion and then

15  obviously move onto the remaining three that we have to go over. So, are there any questions on

16  the plan that is before us? Senator Gibson, you're recognized.

17      Gibson: Thank you Mr. Chair. The deviation column at the top of the page where it's a

18  total of 10,549 and the deviation I guess is 1.96%. That's for the entire map?

19      Chair: Mr. Ferrin, you're recognized.

20      Ferrin: Thank you Mr. Chairman. Yes, Senator Gibson, that's for- For each district we

21  report the deviation for that district and then that top line, that 10,000 number, is the overall range.

22  So that's the difference between the most populated district and the least populated district. So the

23  directives from the committee were to draw each district for the deviation of under 1%, which

18

P-000666

## 11-17-21 Florida Senate Select Subcommittee on Legislative Reapportionment

1  means overall that deviation would fall within 2%.

2      Chair:  Senator Gibson, do you have a follow up? You both are recognized for discussion.

3  That way it's easier to just kind of continue the dialog.

4      Gibson:  Thank you Mr. Chair.

5      Ferrin:  In drawing each district, that plus or minus 1% of the total population, that results

6  in an overall range of 2%.

7      Gibson:  For the entire map?

8      Ferrin:  For the entire map, yes.

9      Gibson:  Are there any districts that are I guess not within the plus or minus 1%? Must be,

10  maybe, since it's 1.96?

11      Ferrin:  No Senator Gibson. Each district is going to fall under 1%, under plus or minus

12  1%.

13      Gibson:  Okay. Can you repeat the boundary streets for District 6?

14      Ferrin:  Yes, so District 6 is going to follow the Nassau Duval County line and then state

15  road 115, which is Lem Turner Road. It goes to Interstate 295, follows that around to US highway

16  90, which is Beach Blvd. Then from there it takes state road 109, University Blvd. towards the St.

17  Johns River where it follows it down to the Clay Duval County line and back around towards the

18  west.

19      Gibson:  So I think you mentioned Duval, 6 is all in Duval but 4 comes into Duval as well

20  as it does today, right?

21      Ferrin:  That's correct Senator. So the two counties of Nassau and Duval make up enough

22  population to draw two whole senate districts, as long as you balance that population amongst the

23  two.

P-000667

## 11-17-21 Florida Senate Select Subcommittee on Legislative Reapportionment

1    Gibson:  All right, thank you.

2    Chair:  Thank you Senator Gibson. Are there any further questions? Senator Bracy

3    recognized for questions. You're both recognized for dialog.

4    Bracy:  Thank you. I don't think I'll need the dialog, but I do want to ask seems like just

5    generally most of the changes from our current map, they exist down in South Florida where I see

6    the majority of the changes. What's the thinking behind that and can you give an explanation as to

7    why that is?

8    Ferrin:  Yes. Senator Bracy, so if you look at the over/under map, which is the front one in

9    the packet, that map displays the current districts with the 2020 population overlaid on it and the

10   deviation of each of the district population. If you look at South Florida, it's going to be a lot of

11   the reddish and yellow color, which means that they are underpopulated. When the districts are

12   underpopulated, they have to grow to gain additional population. What happens is because

13   districts- If you start in South Florida and you were to look at the benchmark plan, so on page 1 of

14   that analysis to the bottom page of the Census and Boundary statistics, that's where we display the

15   deviations for the benchmark plan. If you look at starting in District 29, nearly all of those districts,

16   I think all but one are underpopulated. If you start in South Florida with District 39 or 40, you have

17   to grow 45,000 people and then 38 has to grow 50,000; 37 has to grow 30,000 or so; 36, etc., etc.

18   That forces all those districts to kind of grow up the state because they certainly grow to the east,

19   can't grow to the south, unlikely to grow to the west and so that leaves north. That's why all those

20   districts kind of end pushing north.

21   Bracy:  That makes sense. All right, thank you.

22   Chair:  Thank you Senator Bracy. Any discussion on these maps before we move onto the

23   next? No? Seeing none, Mr. Ferrin you are recognized to discuss our next plan.

P-000668

## 11-17-21 Florida Senate Select Subcommittee on Legislative Reapportionment

1   Ferrin: Thank you Mr. Chairman. So the next plan is 8012. Pursuit to the directives given

2   to staff, this plan was drawn to be consistent with the plan language of the Florida constitution,

3   federal law and existing judicial precedent. It balances the co-equal criteria outlined in Tier-Two

4   standards of Article 3, Section 21 of the Florida constitution, except for doing so conflicts with the

5   Tier-One standards. The functional analysis of the minority districts in the plan confirms that it

6   does not diminish the ability for racial language minorities to elect candidates of their choice.

7   When drawing visually compact districts, county boundaries were used where it was feasible to

8   do so. When a county was split, static geographic features such as major roads, railroads and water

9   bodies were used in a manner that sought to keep city boundaries whole where feasible. Where a

10  city was split, static geographic features where used. Where none were available or in cases where

11  it was possible to illustrate the tradeoff between using political or geographic features, a municipal

12  boundary may have been used.

13      The plan has an overall deviation of 10,549, which is 1.96%. Compactness scores of .81,

14  average compactness scores of .81 Convex Hull, .44 Polsby-Popper, .46 Reock and average use of

15  non-political or geographic boundaries of 6%, which means that 94% of the district boundaries

16  fall on features identified by the US Census Bureau's geographic layers as city boundaries, county

17  boundaries, Interstates, US highways or state roads, continuous water bodies larger than 10 acres

18  or railroads. The plan has 51 whole counties. 16 districts wholly contained within a county. 359

19  cities with all their boundaries contained within a single district and 367 cities with all of their

20  population contained within a single district.

21      Like the benchmark plan, this plan has five effective minority districts of African

22  Americans. Those are again 6, 11, 19, 33 and 35. Four minority majority Hispanic districts in

23  South Florida. That's 36, 37, 39 and 40. An opportunity district in Central Florida that has become

P-000669

## 11-17-21 Florida Senate Select Subcommittee on Legislative Reapportionment

1  majority minority Hispanic district in senate district 15. We'll start again in the Panhandle where

2  we look at Okaloosa County. It's been drawn a little bit differently between Districts 1 and 2. In

3  Okaloosa County, the boundary primarily follows the Yellow River; the Shoal River; US highway

4  90; Interstate 10; and a portion of the city boundary of Crestview, which keeps the city whole

5  within District 2. This configuration doesn't split any cities in Okaloosa County. However, the

6  boundary between Districts 1 and 2 does deviate from political and geographic features at a higher

7  rate and the compactness decreases slightly. This configuration also has a higher population range

8  between Districts 1 and 2.

9  In the North Central Florida region, Districts 5 and 8 are drawn differently. This

10  configuration adds Gilchrist County to District 8. It maintains the same political and geographic

11  boundary usage rate at the configurations does in 8010. Districts 5 and 8 are visually and

12  mathematically compact in both configurations with one set of configurations scoring slightly

13  higher on Convex Hull and the other scoring slightly higher on Reock. In terms of population

14  equalization, this plan has a lower range, and this plan also keeps more of Gainesville's population

15  in District 5. That's at 96.3%. The Osceola County, this boundary primarily follows US highway

16  441; Interstate 75; state road 331, which is Williston Road; and state road 26, which is University

17  Avenue. This plan also contains different configurations in Pinellas, Polk and Orange Counties. In

18  Pinellas, the boundary between District 16 and 17 utilizes political and geographic features at a

19  higher rate than if these two districts were configured in plan 8010. However, this does result in a

20  higher of overall population difference between the two districts.

21  In Polk County, the boundary between Districts 22 and 26 also illustrates tradeoffs within

22  Tier-Two. The configuration here in 8012 is visually and mathematically more compact but results

23  in a lower rate of utilization of political and geographic boundaries. Additionally, the overall

P-000670

## 11-17-21 Florida Senate Select Subcommittee on Legislative Reapportionment

1   population deviation range between these two districts is higher in this configuration. In Orange

2   County, the boundaries of Districts 9, 11, 12 and 13 were adjusted to increase the usage of political

3   and geographic boundaries. In doing so, the tradeoff is at the overall deviation range among the

4   districts increases and the BVAP in District 11 also increases slightly from that in 8010. A

5   functional analysis confirms that the district does not deny or abridge the opportunity for African

6   Americans to participate in the political process and does not diminish their ability to elect

7   candidates of their choice. In Orange County, the boundary between Districts 9, 11 and 13

8   primarily follows state road 434, which is Forest City Road; Interstate 4; state road 436, which is

9   Cimmaron Blvd.; and the city boundary of Eatonville, keeping the city wholly within District 11.

10  District boundaries due to part from geographic features where necessary to maintain the ability

11  to elect in a neighboring Tier-One protected district.

12      Plan 8012 differs from plan 8010 in the way that District 33 and the surrounding districts

13  are drawn. This configuration Districts 32, 33, 34 and 38 demonstrates a tradeoff between

14  compactness and boundary usage. Overall the mathematical compactness scores decrease slightly

15  but the usage rate of political and geographic boundaries increases. Additionally, this arrangement

16  keeps five more cities whole as compared to plan 8010. District 32 is wholly contained within

17  Western Broward County. Within the county, the boundary primarily follows the city boundaries

18  of Parkland, Coral Springs and Tamarac. Keeps them whole with the neighboring district. Other

19  boundaries include state road 842, which is West Broward Blvd.; state road 817, which is

20  University Drive. The boundary does depart from geographic features where necessary to maintain

21  the ability to elect in the neighboring Tier-One protected district.

22      District 33 is protected under Tier-One. In this plan it's drawn as a majority minority

23  district. A functional analysis confirms that the district does not deny or abridge the opportunity

23

### 11-17-21 Florida Senate Select Subcommittee on Legislative Reapportionment

1    for African Americans to participate in the political process and does not diminish their ability to

2    elect candidates of their choice. The district is wholly contained within Broward County. The

3    boundary primarily follows the city boundaries of Tamarac and Margate. Keeps them whole within

4    the district. It also follows state road 834, which is Sample Road; state road 811, which is North

5    Dixie Highway; Interstate 95; state road 842, which is Broward Blvd.; and the city boundary of

6    Wilton Manors. Boundaries do depart from geographic features where necessary to maintain the

7    ability to elect in this Tier-One protected district.

8         District 34 consists of part of Palm Beach County and Palm Beach and Broward County.

9    In Palm Beach County, the boundary primarily follows state road 808, which is Glades Road. In

10   Broward County, the boundary primarily follows the city boundaries of Parkland and Coral

11   Springs, keeping them wholly within the district. It also follows state road 834, which is Sample

12   Road; state road 811, which is North Dixie Highway; and Interstate 95. Boundary departs from

13   geographic features where necessary to maintain the ability to elect in a neighboring Tier-One

14   protected district. Finally, District 38 contains part of Broward and Miami-Dade Counties. In

15   Broward, the boundary primarily follows the city boundary of Wilton Manors, keeping it whole

16   within the district; state road 842, which is West Broward Blvd.; state road 736, which is Davy

17   Blvd.; and state road 817, which is University Drive. Boundary departs from geographical features

18   where necessary to maintain the ability to elect in the neighboring Tier-One protected district. The

19   boundary in Miami-Dade County is unchanged from the previous plan. Mr. Chairman that is plan

20   8012.

21        Chair:  Thank you very much Mr. Ferrin. Any questions, discussions, thoughts Senators on

22   plan 8012 as it differentiates to 8010 or other thoughts? Seeing none, Mr. Ferrin, you probably

23   need to take a drink of water, but you are recognized to go on to plan 8014, which will be next.

P-000672

## 11-17-21 Florida Senate Select Subcommittee on Legislative Reapportionment

1    Ferrin: Thank you very much Mr. Chairman. Pursuant to the directives given to staff, plan

2    8014 was drawn to be consistent with the plain language of the Florida constitution, federal law

3    and existing judicial precedent. It balances the co-equal criteria outlined in the Tier-Two standards

4    of Article 3, Section 21 of the Florida constitution, except where doing so conflicts with the Tier-

5    One standards. A functional analysis of the minority districts in the plan confirms that it does not

6    diminish the ability for racial or language minorities to elect candidates of their choice. When

7    drawing visually compact districts, county boundaries were used where it's feasible to do so.

8    When a county was split, static geographic features such as major roads, railroads and

9    water bodies were used in a manner that sought to keep cities whole where it was feasible. In cases

10   where a city was split, the static geographic features where used. When none were available or in

11   cases where it was possible to illustrate the tradeoff between using political and geographic

12   features, a municipal boundary may have been used. This plan has an overall deviation of 10,457,

13   which is 1.94%. It has average compactness scores of .82 Convex Hull; .46 Polsby-Popper; and

14   .46 Reock. The average use of non-political geographic boundaries is 6%, which means that 94%

15   of the district boundaries in features identified by the US Census Bureau's geographic layers as

16   city boundaries, county boundaries, Interstates, US highways or state roads, continuous water

17   bodies larger than 10 acres, or railroads.

18   The plan has 51 whole counties, 16 districts wholly contained within a county, 357 cities

19   with all their boundaries contained within a single district and 366 cities with all their population

20   contained within a district. Like the benchmark plan, this plan has five effective minority districts

21   for African Americans, as they're still numbered the same, 6, 11, 19, 33 and 35. Four minority

22   majority Hispanic districts in South Florida. Those are 36, 37, 39 and 40. An opportunity district

23   in Central Florida that has become a majority minority Hispanic district in senate district 15. Again,

P-000673

## 11-17-21 Florida Senate Select Subcommittee on Legislative Reapportionment

1   in the Panhandle, this plan is plan 8014. It's similar to 8010 in that is has the same configuration

2   of districts 1, 2 and 3. In North Florida, plan 8014 is similar to 8010 in that it has the same

3   configuration of Districts 5 and 8. Districts 4 and 6 are drawn differently. In this configuration the

4   mathematic compactness measurements are increased when compared to Districts 4 and 6 in plans

5   8010 and 8012.

6       Additionally, the utilization rate of its political and geographic boundaries increases to the

7   point that the non-political geographic boundary score is 0%. The boundary shared by Districts 4

8   and 6 follows state road 23, which is the First Coast Expressway; Interstate 10; Interstate 295; state

9   road 113, which is the Southside Connector Blvd.; and state road 115, which is Southside Blvd.;

10  and then state road 152, which is Baymeadows Drive; and finally the St. Johns River. District 4 is

11  contained within the remainder of Duval County.

12      District 6 is a minority district protected under Tier-One. This configuration, District 6 has

13  a slight decrease in BVAP when compared to the districts in 8010 and 8012. A functional analysis

14  confirms that the district that's configured here does not deny or abridge the opportunity for

15  African Americans to participate in the political process and does not diminish their ability to elect

16  candidates of their choice. Plan 8014 is similar to 8010 in that it contains the same configuration

17  of Districts 16 and 24 and of Districts 9, 11, 12 and 13. It's similar to plan 8012 that it contains the

18  same configurations of Districts 22 and 26 in Polk County. It's different in these plans in

19  Hillsborough County where District 19 and District 20 were drawn differently.

20      The different configurations of 19 and 20, District 19 remains an effective minority district

21  protected under Tier-One and in this configuration the district BVAP decreases just slightly from

22  plans 8010 and 8012. The functional analysis confirms that the district is configured here does not

23  deny or abridge the opportunity for African Americans to participate in the political process and

26

P-000674

## 11-17-21 Florida Senate Select Subcommittee on Legislative Reapportionment

1  does not diminish their ability to elect candidates of their choice. This configuration of Districts

2  19 and 21 increases the visual and mathematical compactness of the districts and also increases

3  the rate at which political and geographic boundaries are utilized when compared to the other

4  plans.

5       In Hillsborough County, the boundary between these districts primarily follows Interstate

6  275; US highway 441; North Armenia Avenue; East Fletcher Avenue; Interstate 75; and US

7  highway 301. Departing from geographic features where necessary to maintain the ability to elect

8  in this Tier-One protected district. Plan 8014 differs from 8010 and 8012 in the way District 33

9  and the surrounding Districts 32, 34 and 38 are drawn. In this configuration, Districts 32, 33, 34

10  and 38 are comparable to the configurations in 8010 and 8012 in terms of visual and mathematical

11  compactness. However, this arrangement increases the utilization of political and geographic

12  boundaries and keeps the same number of cities whole as in plan 8010. The tradeoff presented in

13  this plan is that BVAP of District 33, which is an effective minority district, as opposed to a

14  majority minority district in the other configurations. The functional analysis confirms that the

15  districts as drawn here does not deny or abridge the opportunity for African Americans to

16  participate in the political process and it does not diminish their ability to elect candidates of their

17  choice.

18       District 32 is wholly contained within West Broward County. The boundary primarily

19  follows the city boundaries of Parkland, Coral Springs, Tamarac; Planation and the Florida

20  Turnpike. Also uses the county boundary of Miami-Dade. And departs from these geographic

21  features where necessary to maintain the ability to elect in a neighboring Tier-One protected

22  district. This configuration of District 33, the boundary primarily follows the city boundaries of

23  Tamarac; North Lauderdale; Oakland Park and Plantation, keeping these cities wholly within the

P-000675

## 11-17-21 Florida Senate Select Subcommittee on Legislative Reapportionment

1  district. Follows US highway 1; state road 736, which is Davie Blvd.; and the city boundary of

2  Wilton Manors. Boundary departs from these features where necessary to maintain the ability to

3  elect in this Tier-One protected district. In Broward County, District 34's boundary primarily

4  follows the city boundaries of Parkland, Coral Springs and Margate. Keeps them whole within the

5  district. State road 811, which is Dixie Highway and portions of the city boundary of Pompano

6  Beach are also used as political and geographic features. The boundary departs of these features

7  where necessary to maintain the ability to elect in the neighboring Tier-One protected district.

8      In District 38 in Broward County, the boundary primarily follows state road 811, which is

9  Dixie Highway; the city boundary of Oakland Park; US highway 1; state road 736, which is Davie

10  Blvd.; the Florida Turnpike; and the city boundary of Wilton Manors, which keeps it whole within

11  the district. The boundary departs from geographic features where necessary to maintain the ability

12  to elect in a neighboring Tier-One protected district. That is plan 8014 Mr. Chairman.

13      Chair:  Thank you very much Mr. Ferrin. Are there any questions related to plan 8014

14  Senators? Seeing none, get that water and move on to 8016 Mr. Ferrin.

15      Ferrin:  Thank you Mr. Chairman. Plan 8016 was drawn pursuant to the directives given to

16  staff. It's consistent with the plan language of the Florida constitution, federal law and existing

17  judicial precedent. It balances the co-equal criteria outlined in the Tier-Two standards of Article

18  3, Section 21 of the Florida constitution, except where doing so conflicts with the Tier-One

19  standards. Functional analysis of the minority districts in the plan confirms that it does not diminish

20  the ability for racial and language minorities to elect candidates of their choice. When drawing

21  these visually compact districts, county boundaries were used where it was feasible to do so. When

22  a county was split, static geographic features such as major roads, railroads and water bodies were

23  used in a manner that sought to keep cities whole where feasible. In cases where a city was split,

28

### 11-17-21 Florida Senate Select Subcommittee on Legislative Reapportionment

1    the static geographic features where used. When none were available or in cases where it was

2    possible to illustrate the tradeoff between using political and geographic features, a municipal

3    boundary may have been used.

4         This plan has an overall deviation of 10,549 people, which is 1.96%. Average compactness

5    scores of .81 Convex Hull; .45 Polsby-Popper; .46 Reock. The average use of non-political or

6    geographic boundaries is 6%, which means that 94% of the district boundaries fall on features

7    identified by the US Census Bureau's geographic layers as city boundaries, county boundaries,

8    Interstates, US highways or state roads, continuous water bodies larger than 10 acres or railroads.

9    This plan has 51 whole counties, 16 districts wholly contained within a county, 355 cities with all

10   of their boundaries contained within a single district, 364 cities with all of their population

11   contained within a single district.

12        Like the benchmark plan, this plan has five effective minority districts for African

13   Americans. That's District 6, 11, 19, 33 and 35. Four minority majority Hispanic districts in South

14   Florida, which are 36, 37, 39 and 40. An opportunity district in Central Florida that has become a

15   majority minority Hispanic district in Senate district 15. In the Panhandle, plan 8016 is similar to

16   8010 and 8014 in that the Districts 1 and 2 are configured the same. In North Florida, plan 8016 is

17   similar to plan 8014 in that Districts 4 and 6 are drawn the same. It's similar to plan 8012 in that

18   Districts 5 and 8 are drawn the same way. Plan 8016 is similar to 8010 in Polk County where it's

19   drawn the same. It's similar to 8012 in Orange County and Pinellas County where it's drawn the

20   same way. It's similar to 8014 in that Hillsborough is drawn the same way with Districts 19 and

21   21. Moving to South Florida, this plan is similar to plan 8012 in that we've drawn the Broward

22   County Districts 32, 33, 34 and 38 in the same way. Mr. Chairman, those are the maps.

23        Chair: Mr. Ferrin, thank you so very much. Before we move onto public testimony, is there

P-000677

### 11-17-21 Florida Senate Select Subcommittee on Legislative Reapportionment

1   any questions or comments on this iteration of the last draft map or all the maps collectively

2   Senators? Seeing none, we're going to go ahead and move into public comment. I believe we have

3   one individual assigned to speak. Is Nicholas Warren here? Hey Mr. Warren. Thank you for

4   coming today. You're recognized for your remarks.

5        Warren: Thank you Senator Burgess and thank you senators. Good morning. I have just

6   one brief comment to make and I wanted to draw y'all's attention to one submitted plan that I

7   submitted last week, and it was published on the website yesterday. Which is plan P000S0042. It

8   just tries to solve one problem that I identified or one issue with Tier-Two compliance, which is

9   in Tampa Bay, and seeks to avoid having a district that crosses Tampa Bay and thereby alters six

10  districts from the staff-drawn maps. It doesn't alter any other districts and those six are all within

11  the population limits that the committee has set for itself. Those six could be plugged into any of

12  the other drafts that staff has developed so far.

13        In so doing, avoiding crossing Tampa Bay, respecting that boundary, which is not only

14  obviously a major geographic boundary but also aligns with county lines and with something that

15  the Supreme Court obviously last cycle emphasized in the Congressional map that was a boundary

16  that could be respected in the Congressional map, it makes SD19, Senate District 19 compact and

17  wholly in Hillsborough, whereas currently it's a non-compact district that crosses the county line,

18  maintains other districts as compact, and utilizes political and geographic boundaries throughout,

19  very similarly as the staff drawn maps do. Other advantages that Senator Burgess might be

20  interested in, it keeps two-thirds of Pasco County in a single senate district, whereas now it's

21  divided a little bit more between three different ones. And also, Pasco County makes up 70% of a

22  single senate district in my plan. Also keeps the cities of Gulfport and St. Pete whole, which are

23  split in the staff maps, and eliminates a county split in Pinellas, obviously. It doesn't introduce any

30

P-000678

**11-17-21 Florida Senate Select Subcommittee on Legislative Reapportionment**

1    new county or city splits. Those are the kind of Tier-Two advantages of this approach.

2      Obviously, I'm assuming the crossing the Bay in Senate District 19 was done in order to

3    ensure no diminishment of Black ability-to-elect in that district. So obviously, a Tier-One

4    requirement. But whereas maybe last decade it wasn't possible to draw a district wholly in

5    Hillsborough that maintained that ability and didn't diminish, I think the statistics bear out that it

6    is now possible, and the key statistics in that functional analysis are actually all comparable or

7    higher than the statistics in the benchmark district, including the Black and Hispanic share of

8    registered voters, the Black and Hispanic share of Democratic primary electorate in 2020 and in

9    2018, the Hispanic share of registered Democrats, and the Black share of registered Democrats,

10   which only differs from the benchmark by two-tenths of one percentage point.

11     Those are the advantages of this approach. I hope the subcommittee gives it some

12   consideration as y'all keep doing this work. Also note, I know this is a lot of information. All of

13   this in the submission PDF that's attached to that plan on the website for y'all to refer to. My

14   contact information is there as well. If you have any question, feel free to reach out to me. Happy

15   to explain my motivations, my goals, the advantages and tradeoffs in this proposal. Thank you for

16   your time.

17     Chair: Thank you very much Mr. Warren. Appreciate your participation and for coming to

18   speak to us today. Thank you.

19     Bracy:  Chairman, I have a question.

20     Chair:  Of Mr. Warren?

21     Bracy:  Not for him but for the staff. He brought up a good point about crossing the Bay. I

22   wanted to ask the staff what was the motivation for doing that when it didn't seem necessary? We

23   could comply with all the requirements.

31

P-000679

## 11-17-21 Florida Senate Select Subcommittee on Legislative Reapportionment

1    Chair:  Recognize Mr. Ferrin.

2    Ferrin: Thank you. Senator Bracy that was to comply with the Tier-One non-diminishment

3    standards.

4    Chair:  Senator for a follow up?

5    Bracy:   Okay. But I guess could it still be done without violating the diminishment

6    requirement?

7    Chair:  Mr. Ferrin.

8    Ferrin:  I'm not sure. I haven't reviewed the statistics for that.

9    Bracy:  Okay.

10    Bracy:  Is that something we can look into?

11    Mr. Ferrin:  I think if that's something you'd like to, we can discuss that.

12    Bracy:  Okay. Yes. Thank you.

13    Chair:  Thank you. Any other questions? Seeing none, is there any other member of the

14    public that would wish to speak? Maybe we didn't get a card. Seeing none, is there any discussion

15    of this committee before we seek adjournment? Senator Gibson.

16    Gibson:  I'm still processing Mr. Chairman. In terms of, as I look at the maps and I think

17    as we went in the left 8010 and 12, in terms of minority populations and particularly African

18    American populations, and I understand the functional analysis where it said that the BVAP is at

19    a percentage where it doesn't diminish overall and there's still the opportunity to elect the

20    candidate of their choice. But it seems to me as the percentage of the BVAP goes down as we went

21    farther – to the maps – after 2012. Wait a minute. Hold on. After 8012, as went more the next map

22    and the next map, the percentage of the African American population continued to go down. So

23    when you talk about the ability to elect a candidate of their choice, is there a window percentage

32

## 11-17-21 Florida Senate Select Subcommittee on Legislative Reapportionment

1  that creates that ability? Because when you look at the numbers, if you understand what I'm saying.

2  Do you understand what I'm saying? – decreasing and we're still saying that community could

3  elect the candidate of their choice. So the question becomes how much diminishment percentage

4  impacts that ability? If that makes sense.

5      Chair:  It does Senator Gibson and I'm going to defer to Mr. Ferrin there to go ahead and

6  answer your question.

7      Ferrin:  So Senator Gibson, there's a number of factors that go into a functional analysis.

8  It's not just based on the voting age population alone. The voting age population is considered

9  within that analysis but we're also looking at whether or not the minority population is registered

10  consistently and cohesively. So whether or not there's in that particular district to be looking at is

11  there high percentage of registrants that are Black and Democrat? Does the district perform for

12  Democrats and does the Black population in the district Black voters turn out at a high enough rate

13  to control the primary within the Democrat to control the Democrat primary?

14      There's a number of circumstances that go into that. In review it of all those in their totality

15  would suggest that even at whether the district is 42 or 41%, that ability-to-elect is maintained.

16  What we look for in those circumstances are where there are changes, significant changes to that.

17  If dropping the voting age population, continuing to drop that resulted in sort of a loss of primary

18  control in terms of turnout, that would draw into question its performance, if dropping the voting

19  age population changed the overall performance of the district so that it was less likely to elect one

20  party or another, that would kind of be something that we would consider potentially where we're

21  diminishing that opportunity that exists today.

22      Chair: Senator Gibson for a follow up?

23      Gibson:  No, thank you Mr. Chair. I'll study more.

P-000681

## 11-17-21 Florida Senate Select Subcommittee on Legislative Reapportionment

1   Chair: There's a lot to digest and so I appreciate the feedback. Our next meeting will be in

2   two weeks and so I think staff will take the feedback that we've given today and certainly provide

3   some more feedback as we move forward. Senators, without seeing any further questions or

4   comments, we've come extraordinarily far in what has been an extremely condensed amount of

5   time. I believe we're on the right track for success. We have two weeks, as I just stated, until our

6   next meeting. I would propose that we have staff consider the feedback and guidance we have

7   given them here today and ask them to consider it through the lens of the overall directive, as well

8   as applicable federal and state legal standards. I would also propose that staff spend time looking

9   for improvements and consistency in the application of the various tradeoffs that we presented

10  today in the maps and that have been a part of our discussion. Seeing no further business before

11  this committee, Senator Stargel moves that we adjourn. Hearing no objection, this meeting is

12  officially adjourned.

34

P-000682



## Vanan Online Services, Inc.
### Think Service Think Vanan

## <u>Certificate of Transcription</u>

**Transcription of file names:**

**"11_17_21FloridaSenateSelectSubcommitteeonLegislativeReapportionment.mp4"**
**&**
**"11_29_21FloridaSenateSelectSubcommitteeonLegislativeReapportionment.mp4"**

We, Vanan Online Services, Inc. a professional transcription company, hereby certify that the above-mentioned document(s) has/have been transcribed by our qualified and experienced transcriber(s) is/are accurate and true transcription of the original document(s).

This is to certify the correctness of the transcription only. Our transcriber is in no way related, by immediate family ties or marriage, to any parties related to the materials transcript. Transcription was done in the regular course of business.

A copy of the transcription is attached to this certification.

*Danny Negley*

**Danny Negley, Production Manager**

Date: 31st day of July 2024

Vanan Online Services, Inc.
ATA Member #266532
ISO 9001:2015

P-000683