**Senate Session**
**January 19, 2022**

Transcript of excerpt of video recording available at:
https://thefloridachannel.org/videos/1-19-22-senate-session/

P-001777

## Senate Session - Jan. 19, 2022

1    [00:57:25]

2    President Simpson: Show the bill passes. Read the next bill.

3    Secretary: Committee Substitute for Senate Bill 102, a bill to be entitled an act establishing

4    the congressional districts of the state.

5    President Simpson: Senator Farmer, I was going to make an announcement here that was

6    important, Senator Farmer. There was a question on whether we were going to do a transcript or a

7    spread this on the journal today and what I'm assuring senators of is we will have an official

8    transcript of what we're doing here, documenting what we're doing on the map. So just to be clear,

9    there will be an official transcript to be able to use as a public record to how people would see fit

10    to use that transcript. Senator of the 27th District, Senator Rodrigues, you are recognized to explain

11    the bill.

12    Ray Rodrigues: Thank you, Mr. President. The Florida Legislature has a responsibility

13    every decade to go through the process of reapportionment and redistricting. It is our responsibility

14    to reapportion our congressional delegation because due to population growth, we have gained a

15    congressional seat. This bill is the reapportionment bill for Florida's congressional delegation. And

16    that is the bill.

17    President Simpson: Are there any amendments?

18    Secretary: On the desk, Mr. President.

19    President Simpson: Read the first amendment.

20    Secretary: Late-filed amendment barcode 578304 by Senator Jones, delete lines 86 to 3211

21    and insert amendment.

22    President Simpson: Is there any objection to taking up the late-filed amendment? Seeing

23    none, show the amendment introduced. Senator Jones, you are recognized to explain your

2

## Senate Session - Jan. 19, 2022

1    amendment.

2        Senator Jones: Thank you so much, Mr. President, and I do want to take this opportunity to

3    thank Senator Rodrigues for the work that he has done on this map. So I really appreciate that.

4    Members, this amendment seeks to do one thing and that is to keep the principal city in my district,

5    which is the largest Black municipality within the State of Florida, keeping that whole in one

6    congressional district. Additionally members, this map strengthens the Tier Two criteria that the

7    Congressional Reapportionment Committee set out to govern the process, which includes: districts

8    shall consist of contiguous territory; districts shall be as nearly equal in population as is practicable;

9    districts shall be compact; and district lines shall, where feasible, follow existing political and

10   geographic boundaries.

11       Members, we are all sent here to fight for the people we serve and in this instance, this

12   would be a huge move to, if we go in the direction that we're going right now in splitting this

13   district up. And so my ask is that you all help me keep representation to one congressional district

14   for the City of Miami Gardens. And that is the amendment, Mr. President.

15       President Simpson: Thank you. Are there any questions on the amendment? Any questions?

16   Is there any debate on the amendment? Senator Rodrigues, you're recognized in debate.

17       Ray Rodrigues: Thank you, Mr. President. And Senator Jones did come to both the staff

18   and speak with me as this amendment was crafted. It actually does improve the Tier Two criteria.

19   It meets all the criteria we laid out in staff and sent out – or laid out in committee I should say, and

20   sent out in memo form to each of the members for what to consider should you decide to propose

21   an amendment to either map. As such, I consider it a friendly amendment and an improvement on

22   the map.

23       President Simpson: Is there any additional debate? Senator Jones, you're recognized to

3

## Senate Session - Jan. 19, 2022

1    close.

2        Senator Jones: Man, if Session's going like this, I am good.

3        President Simpson: All in favor of the Amendment say yea. All opposed, nay. Show the

4    amendment has been adopted. Read the next amendment.

5        Secretary: None on the desk, Mr. President.

6        President Simpson: Read the next amendment?

7        Secretary: None on the desk, Mr. President.

8        President Simpson: Are there any questions on the bill? Senator Torres, you're recognized

9    for a question.

10       Senator Torres: Thank you, Mr. President and Chairman Rodrigues, thank you for your

11   work on the committee, but I have a few questions. The population of the Hispanics in Florida

12   grew by 1.2 million from 2010 to 2020, a 39% total population increase. Was there any analysis

13   done to determine if the growth was located in a specific area of the state to justify the creation of

14   a new Hispanic opportunity congressional seat?

15       President Simpson: Senator Rodrigues, you're recognized.

16       Ray Rodrigues: Thank you, Mr. President. And the answer to that question would be yes.

17       President Simpson: Senator Torres, you're recognized.

18       Senator Torres: Did you look at the Hispanic population growth in Central Florida to see if

19   that justifies the creation of a new Hispanic opportunity congressional seat?

20       President Simpson: Senator Rodrigues, you're recognized.

21       Ray Rodrigues: Thank you, Mr. President. And the answer to that question is also yes and

22   if I could elaborate for just a brief moment. What we did was we took the data from the 2020

23   Census, and anyone could go into the software that we have and do this themselves, brought it up,

4

## Senate Session - Jan. 19, 2022

1  and there's the ability to view population distribution by racial demographics. The staff looked at

2  that as we were looking at crafting the maps. So yes, that step was taken.

3         President Simpson: Senator Torres, you're recognized.

4         Senator Torres: Thank you, Mr. President. These proposed maps included the same number

5  of African Americans and Hispanic opportunity congressional seats for the next decade that we

6  had in the past decade. Why are we not seeing the additional at least one new Hispanic opportunity

7  congressional district to represent the increase of percentage of Hispanic population growth over

8  the past decade?

9         President Simpson: Senator Rodrigues, you're recognized.

10        Ray Rodrigues: Thank you, Mr. President. The first point I would make is that we draw our

11  map based upon the data that we received from the U.S. Census. The districts are drawn around

12  where the population resides. That's what we've done with this map. The second thing that I would

13  point out is that if you look at the benchmark congressional districts specific to the Hispanic

14  districts, there were three majority-minority districts and one opportunity district. Due to the

15  growth that occurred, there are still four seats, but the opportunity district is now majority-minority

16  district. That is because that's where the population settled in the State of Florida as we grew.

17        President Simpson: Senator Torres, you're recognized. Oh, you're good. Are there any

18  additional questions on the bill? Senator Cruz, you're recognized.

19        Senator Cruz: Thank you, Mr. President, and I too want to thank you, Senator Rodrigues.

20  This is a monumental task and you'll never make all the people happy all of the time, and I

21  understand that, but I want to expand upon what Senator Torres said, because and I don't have the

22  numbers that he has, but it's been my understanding that there's explosive growth in the Hispanic

23  community in the Orlando counties. Yet, this map chooses to push the new seat towards me,

P-001781

## Senate Session - Jan. 19, 2022

1  towards my coastline in the Lakeland area where I don't see quite as much growth as I do in

2  Orlando and I'm curious as to why that happened.

3    President Simpson: Senator Rodrigues, you're recognized.

4    Ray Rodrigues: Thank you, Mr. President, and thank you for the question. What I would

5  note is that the new seat was placed in Central Florida which is the I-4 corridor, which is where

6  the growth occurred. Placement of that seat is what pushes additional seats outward, which is why

7  you saw changes to the seat that you have in the county in which you reside.

8    President Simpson: Senator Cruz, you're recognized.

9    Senator Cruz: So could you tell me then, this seat that will be the new seat, can you tell me

10  where that seat is located now?

11    President Simpson: Senator Rodrigues, you're recognized.

12    Ray Rodrigues: Thank you, Mr. President. If you look on the map, that would be seat

13  number 28, which is located in Central Florida.

14    President Simpson: Senator Cruz, you're recognized.

15    Senator Cruz: Thank you, Mr. President. Moving onto the Tampa Bay area, I have a few

16  questions, and one is of which is: Previously, Congressional District 14 was located solely in

17  Hillsborough County. Under this map it now includes portions of Pinellas. I know because I live

18  in Hillsborough County that the growth is explosive there. So why was that district drawn that

19  way?

20    President Simpson: Senator Rodrigues, you're recognized.

21    Ray Rodrigues: Thank you, Mr. President, and as I alluded to earlier, once we placed the

22  new seat in the area of the state that had the greatest population growth, which was Central Florida,

23  that required adjustments to the surrounding districts. Those adjustments are what impacted the

P-001782

## Senate Session - Jan. 19, 2022

1    seat you're questioning.

2           President Simpson: Senator Cruz, you're recognized.

3           Senator Cruz: Thank you, Mr. President. I'm sorry. According to the 2020 Census, both

4    Congressional District 15 and Congressional District 16 were well over the target population for a

5    congressional district. But these districts share borders with Congressional District 14. Wouldn't

6    it have made more sense for Congressional District 14's eastern border to move further east?

7           President Simpson: Senator Rodrigues, you're recognized.

8           Ray Rodrigues: Thank you, Mr. President. We believe, following the directives that the staff

9    was given by the committee of what they should follow in drawing the map – and I'll go over those

10   directives so that we have them on the record from the floor as well as committee. We instructed

11   staff to follow the plain language of the Constitution, federal law, and related existing judicial

12   precedent. They were directed to confirm that districts comply with Tier One constitutional

13   standards and with federal law. Specifically, that districts are not drawn with the result of denying

14   or abridging the equal opportunity of racial or language minorities to participate in the political

15   process or diminish the abilities to elect representatives of their choice. This is accompanied by

16   conducting a functional analysis on relevant districts.

17          Staff was directed to draw districts without reviewing political data, other than where

18   review of political data was required to perform an appropriate functional analysis. Staff was

19   directed to draw districts without the use of any residential information of any sitting member of

20   the Florida Legislature or Congress, and to draw the districts without regard to the preservation of

21   existing district boundaries.

22          Staff was drawn to prepare – I will skip this part since we're talking about the congressional

23   map. Staff was drawn to prepare congressional plans with a population deviation of plus or minus

7

**Senate Session - Jan. 19, 2022**

1    one person of the ideal population of 769,221 people.

2        Staff was directed to comply with the Tier Two standards related to the compactness by

3    drawing districts that are visually and mathematically compact. Staff was drawn to comply with

4    Tier Two standards related to utilizing existing political boundaries by using county boundaries

5    where feasible; where feasible, drawing districts consisting of whole counties in less-populated

6    areas, and districts wholly within a county in more densely populated areas; and keeping cities

7    whole while also considering the impermanent and changing nature of municipal boundaries. And

8    finally, use static existing geographic boundaries where feasible, specifically railways, interstates,

9    federal and state highways, and large water bodies, such as those deemed to be easily recognizable

10   and readily ascertainable by Florida's Supreme Court.

11       Our staff followed those directives. The simple fact is, in a state our size, to your question,

12   you could come up with an infinite number of possible maps that could have been drawn. But with

13   these standards, these are the maps – this is the map that we have brought to the body.

14       President Simpson: Senator Cruz, you're recognized.

15       Senator Cruz: Thank you, Mr. President. So based on what you just read to me, do you feel

16   that under this map the new congressional district that is Congressional District 15, which is most

17   of Eastern Hillsborough County, I'm curious why was the new district located here? I'm still not

18   understanding. Did this area see more growth overall than the Orlando area for example?

19       President Simpson: Senator Rodrigues, you're recognized.

20       Ray Rodrigues: Thank you, Mr. President. And I'll go back to the answer that I've already

21   submitted. Once we made the decision to place the new seat in the center of the state, the I-4

22   corridor where the highest growth that occurred, that required adjustments to surrounding districts.

23   Your district is one of those surrounding districts that had to be adjusted.

8

## Senate Session - Jan. 19, 2022

1    President Simpson: Cruz, you're recognized.

2    Senator Cruz: Thank you, Chair Rodrigues. Moving on. In general, can you tell me why

3    are Hillsborough and Pinellas County in one district? I live there and I think of them as separate

4    communities.

5    President Simpson: Chair Rodrigues, you're recognized.

6    Ray Rodrigues: Thank you, Mr. President. What I would submit is I would be willing to

7    wager that all of the counties in this state believe they're separate communities. The simple truth

8    is we had to cross boundaries and counties to draw these districts. This was just one of the

9    boundaries that had to be crossed.

10    President Simpson: Senator Cruz, you're recognized.

11    Senator Cruz: Thank you, Mr. President. I'm done.

12    President Simpson: Senator Taddeo, you're recognized for a question.

13    Senator Taddeo: Thank you, Mr. President. Senator, the current map keeps the islands

14    around Biscayne Bay together in Congressional District 27, but the new map uses MacArthur

15    Causeway as the dividing line, thus splitting this community. Why was this done?

16    President Simpson: Senator Rodrigues, you're recognized.

17    Ray Rodrigues: Thank you, Mr. President. Just so I'm clear on the question. The question

18    is why was MacArthur Causeway utilized as the boundary for that district?

19    President Simpson: Senator Day, you're recognized.

20    Senator Taddeo: Thank you, Mr. President. Why was MacArthur Causeway used as the

21    dividing line for Congressional District 27, which now splits the community. Versus before, it was

22    Biscayne Bay – I mean, it was the islands were kept together in Congressional District 27? Now

23    they're separate.

P-001785

## Senate Session - Jan. 19, 2022

1    President Simpson: Senator Rodrigues, you're recognized.

2    Ray Rodrigues: Thank you, Mr. President. I'm going to yield this question to the map

3    drawer since it's specific to a boundary that was utilized.

4    President Simpson: Mr. Ferrin, you're recognized.

5    Mr. Ferrin: Thank you, Mr. President. And Senator, so specifically you're talking about the

6    northeastern boundary of District 27. That was – as you're drawing up from the southern end of

7    the state, starting with District 26 – and keep in mind that you're drawing Tier One protected

8    Hispanic districts here – that's a main geographic boundary which results in actually a much more

9    compact configuration than is present in the benchmark.

10    President Simpson: Senator Taddeo, you're recognized.

11    Senator Taddeo: Thank you. The current map keeps the community of Fontainebleau whole,

12    but under the proposed map this community is split. Why was this community split?

13    President Simpson: Senator Rodrigues, you're recognized.

14    Ray Rodrigues: Thank you, Mr. President, and I would go back to the answer that the staff

15    director just gave. We started drawing from the bottom up there, keeping in mind this is a Tier One

16    protected district, so we had to ensure that the district, after it was drawn, would continue to

17    perform in a functional analysis. Due to the population distribution within the district, that

18    community was divided between those two congressional seats.

19    President Simpson: Senator Taddeo, you're recognized. Are you good? Are there any

20    additional questions? Any additional questions on the bill? Senator Farmer, you're recognized.

21    Senator Farmer: Thank you, Mr. President. Just a few questions, Chair Rodrigues. So we

22    know that it's been often discussed and cited, of our limitations in this process and how, in

23    particular, we cannot engage in political conduct in connection with the drawing of these maps,

P-001786

## Senate Session - Jan. 19, 2022

1   and you talked a lot about the safeguards that were put in place. And I just – one of the questions

2   I have is, what safeguards were put in place to ensure that staff is bound by the same standards that

3   bind us?

4          President Simpson: Senator Rodrigues, you're recognized.

5          Ray Rodrigues: Thank you, Mr. President, and thank you for the question. For the

6   edification of the body, I'll walk through what those safeguards were and why we needed those

7   safeguards. In the last redistricting cycle which occurred ten years ago, the court threw out both

8   the congressional map and the State Senate map. And the reason those maps were thrown out was

9   the court found that there was improper partisan intent that was utilized in drawing both of those

10   maps. Specifically, there was a shadow organization, which the court found occurred on both sides

11   of the political spectrum, to attempt to influence the drawing of the maps through astroturfing the

12   public hearings that were held around the state, through the submission of maps under assumed

13   names from folks who had not drawn the maps, and the maps were created by political operatives.

14          When President Simpson constituted this reapportionment committee, the charge that he

15   gave to the committee was that we not repeat the mistakes that had been made in the past.

16   Specifically, our charge was to draw a map that was constitutional, that complied with all federal

17   requirements, and that met all state statutory requirements. So to that end, we took a number of

18   steps to prevent what occurred in the last cycle from occurring again. First, on the appearance

19   forms, before anyone could appear before the committee, they had to disclose if they collaborated

20   with anyone or if they – on a map that they were bringing forth to comment on, and they had to

21   disclose if they were being compensated from anyone for their testimony or any written

22   submissions that they were making to the committee. On the website, which we did with the House,

23   which was the public portal for the public to submit maps and for the public to submit comments,

P-001787

**Senate Session - Jan. 19, 2022**

1  there was also a form that would have to require the disclosure of who was collaborated with in

2  the drafting of the map and whether anyone was receiving compensation. We made the decision

3  that we would treat the redistricting amendments like we treat the amendment for any other bill in

4  that, if a member of the public submitted it, and a member wanted it considered, it would be the

5  member's responsibility to check with the person who submitted the map, confirm there was no

6  improper partisan intent or incumbent protection intent, and then serve as the sponsor for that

7  amendment to the bill.

8      When it came to the staff directives, our staff was directed to communicate with no one in

9  the drafting of the maps with the exception of the general counsel, whom we retained as a body to

10  guide us through this process. Our staff was insulated from external communications and the only

11  people staff communicated with were members and our general counsel. We believe we have put

12  in safeguards that have prevented the influencing of these maps for any illegal intent or illegal

13  purposes. And we believe we've done that through every possible means.

14      President Simpson: Senator Farmer, you're recognized.

15      Senator Farmer: Thank you, Mr. President. Thank you, Chair Rodrigues, for that response.

16  I think it was well known and publicized that release of the final census data was delayed largely

17  because of COVID. I think we blame just about everything on COVID. But in this case, it did

18  impact finalization of the census data. Would it be fair to assume that the initial first drafting of the

19  maps took place using 2010 benchmarks and that then the initial drafts were revised once the final

20  census data was obtained?

21      President Simpson: Could everybody please silence their phones? Senator Farmer, you're

22  recognized. Were you finished with the question? Senator Rodrigues, you're recognized.

23      Ray Rodrigues: Thank you, Mr. President, and thank you for the question, and I'll repeat

P-001788

## Senate Session - Jan. 19, 2022

1  the question in case anyone missed it. The question was: because the census data was delayed, is

2  it fair to assume the initial drafts of the maps were done with 2010 Census data and then later

3  updated? And the answer to that question would be no. It is correct that the census data was

4  delayed. We did not receive the raw unformatted data from the U.S. Census Bureau until August.

5  We did not receive the formatted data until September. In any other redistricting year, we would

6  have gotten that data the same time and we would have received it in April. The staff did not begin

7  drawing maps until after they had received the direction form the committee on what the criteria

8  would be to draw the maps. That is the criteria that I offered earlier in response to Senator Cruz.

9  We did not offer that criteria until our October meeting. By the time the staff received that criteria

10  in the direction to begin drawing the maps, we had the census data, the census data had been loaded

11  into our software and had been verified. So all the maps that have been produced, whether they're

12  congressional maps or Senate maps, by our committee and by our staff, were produced with 2020

13  Census data.

14          President Simpson: Senator Farmer, you're recognized.

15          Senator Farmer: Thank you, Mr. President, and thank you for that answer, Chair Rodrigues.

16  In September of last year, I wrote to President Simpson, yourself, Chair Bradley, and Chair Burgess

17  requesting under Senate Rule 1.47 access to information, including any One Drive folders in or

18  files, and any cloud-based documents used by or accessible to members and/or staff for the

19  reappointment committee and its select committees, any non-cloud based files that are used by or

20  accessible to members and/or staff of the reapportionment committee or select committees in

21  relation the committee's business, any emails sent or received by committee members and/or staff,

22  any calendars used by or accessible to committee members and/or staff related to the committee's

23  reapportionment business, software used by or accessible to members and/or staff in connection

13

## Senate Session - Jan. 19, 2022

1    with reapportionment, and scanned copies of any digital information promulgated by, maintained

2    by, or available to members and/or staff of the reapportionment committee or select committees.

3            On September 22, I received a response from President Simpson indicating that we would

4    have access those materials under Rule 1.47, but also noting that my request made assumptions

5    that the Senate was further along in the redistricting process than I had assumed you were, and that

6    delays in census data necessary for map drawing had caused delays in your process, and that when

7    the process was complete the joint redistricting website would be launched. Since September of

8    2021, have you been part of any endeavors to update responses to this request and if so, could you

9    tell us what that was?

10           President Simpson: Senator Rodrigues, you're recognized.

11           Ray Rodrigues: Thank you, Mr. President. I will begin by saying I believe the response that

12   you received from the President was accurate. In September, we had not begun drawing any

13   districts yet. Staff did not begin that work until October. So, if you were asking for any data related

14   to the drawing of districts, there would not have been anything to provide to answer that. I have

15   not received or acted upon any additional information related to your request since that answer

16   from the President in September.

17           President Simpson: Senator Farmer, you're recognized for a question.

18           Senator Farmer: Thank you, Mr. President. I think this is my last one. And in that request,

19   I did include the request for emails or communications or correspondence that was relevant to,

20   mentioned, or pertained to the redistricting process. And of course, the response mentioned the

21   creation of the joint redistricting website, which is now up. But there is no correspondence that is

22   in the joint redistricting website. Are we to assume that there was no email communication or

23   correspondence by and between yourself, staff, or other members of this body relative to the

14

## Senate Session - Jan. 19, 2022

1  redistricting process?

2  President Simpson: Senator Rodrigues, you're recognized.

3  Ray Rodrigues: Thank you, Mr. President. As you can imagine, I've received multiple

4  public record requests on the emails and communications that I've engaged into this process. We

5  have a standing order with my staff to turn over all of those documents upon their request. What I

6  would say is there have been communications and I turned those communications over upon all

7  public records requests. What I would also add to that is the communications I've had with staff, I

8  would submit every member has seen, because not long after that communication, the memo

9  comes out where I update the members of the Senate on where we are in the process, which is

10 typically the subject of the communications that I'm having with staff.

11 President Simpson: Senator Farmer, you're recognized.

12 Senator Framer: Thank you, Mr. President. Just one follow-up on that. And I can imagine

13 yes, I'm aware of some of the public records request, and why – you're doing so much responding.

14 It's a noble undertaking you've done for us as a body, but can you tell us why those sorts of

15 communication haven't been uploaded to that website for the general public to see?

16 President Simpson: Senator Rodrigues, you're recognized.

17 Ray Rodrigues: Thank you, Mr. President. My understanding is that if the general public

18 wants to see those specific communications, they can request them just like any other public record

19 and they'll be turned over to them just like many of the requests that I perceived have been.

20 President Simpson: Are there any additional questions? Any additional – seeing no

21 questions, by agreement of the Democrat and Republican leaders, Leader Book, you don't hear

22 what I'm saying? I'm just joking. Is there any further comments by the sponsor? Pursuant to Rule

23 4.19, the bill is placed on the calendar of the bills on third reading. Before we move to the next

15

## Senate Session - Jan. 19, 2022

1    bill, Senator Polsky, you are recognized for recognition.

2        Senator Polsky: Thank you Mr. President and thank you all up in the east gallery for being

3    so patient. We have over fifty students from Broward County here. I was lucky enough to meet

4    with that great group over there. And we have board members, Patricia – Rosalind Osgood, Ann

5    Murray, Debra Hixon, Lori Alhadeff – yes, future Senator Osgood. Did I say – Vickie Cartwright,

6    Superintendent, Nora Rupert. I'm sorry. I hope I caught everyone. And welcome to the Florida

7    Senate.

8        President Simpson: Senator Berman? You don't? Okay, thank you. Read the next bill.

9        Secretary: Committee Substitute for Senate Joint Resolution 100, a joint resolution of

10    apportionment.

11        President Simpson: Senator of the 27th District, Senator Rodrigues, you are recognized to

12    explain the bill.

13        Ray Rodrigues: Thank you, Mr. President. This is the second portion of the responsibility

14    we have as a Legislature to redistrict every ten years. This joint resolution is the redistricting map

15    for the Florida State Senate that we submit for your consideration.

16        President Simpson: Are there any amendments?

17        Secretary: On the desk, Mr. President.

18        President Simpson: Read the first amendment.

19        Secretary: Amendment barcode 603792 by Senator Gibson. Delete line 74 to 3116 and

20    insert amendment.

21        President Simpson: Senator Gibson, you are recognized on your amendment.

22        Audrey Gibson: Thank you, Mr. President. This amendment is one that I filed in committee

23    and it is certainly drawn in a constitutional manner. It is so nice I thought I'd do it twice, Mr.

P-001792

**Senate Session - Jan. 19, 2022**

1    President, to bring it at least to the full Senate. I call it the Duck in the River as opposed to a

2    constitutional drawn map that is negligible difference in the compactness and the spread of the

3    population that adds several minority communities, African American communities, to the district

4    who are not included in the configuration in the map before us for consideration today. Those

5    communities could and should be included in the newly drawn district, which again, and I repeat,

6    is constitutional. They are communities of interest that should be included in the drawing, which

7    functions appropriately and also actually raises the Black voting-age population a little higher from

8    41% to 42%. Let's understand that just a Black voting-age population is not, it has to be relevantly

9    considered when you talk about turnout as well. So when the population is constitutionally okay,

10   and it's higher without packing, which is a term I'm sure many of you are familiar with, it's

11   constitutional and it should be considered better for those communities that would come out of the

12   river and we would no longer have a duck in the river, Mr. President. There is, on each side of the

13   map that we're considering outside of my amendment, north, south, east, and west, are

14   communities of color and communities of interest that would very well fit into a constitutionally

15   drawn district that also promotes – and while not constitutional, I do not mean it's not

16   constitutional. While it's not one of the constitutional considerations, the economic growth

17   opportunity as well as economic development within a constitutionally drawn district would help

18   those citizens who live in the district. This is in Jacksonville, where I've lived almost all of my

19   entire life except for my 17 years in Southern California. I've represented the area since 2002, so

20   I know it very well. I know that we could use my amendment to ensure the economic health and

21   the physical health and well-being of those who are left out of the current district, in the new map,

22   I believe is District 5. I can tell where this is going to go. I think it's important on behalf of the

23   people in Jacksonville and the people who live just on the outside perimeters where there has been

17

P-001793

## Senate Session - Jan. 19, 2022

1  growth but not overgrowth so that changing the district lines does not denigrate compactness.

2  Because the constitution doesn't say, it has to be as compact as possible. It says compact. Compact.

3  My amendment keeps that compactness. I will ask questions on the map once we're done. I will

4  withdraw my amendment today. Thank you very much for the opportunity to present a map on

5  behalf of the people in Jacksonville.

6  President Simpson: Senator Gibson, I show the amendment withdrawn without objection.

7  Read the next amendment.

8  Secretary: None on the desk, Mr. President.

9  President Simpson: Are there any questions on the Bill? Any questions on the Bill? Senator

10  Gibson, you are recognized for a question.

11  Audrey Gibson: Thank you, Mr. President. Someone asked after our last committee meeting

12  that Democrats get together on voting and questions or did anyone give me questions? I wrote a

13  note on my paper when I got home over the weekend and said its dated 1/14/2022 at 6:20 pm, Mr.

14  Chair, and under that it says, at home. I did my work totally by myself. I have a question as it

15  relates to the demographic info – first of all, how many individuals were added to the – both what

16  – should I refer to the map now with the new numbers on it? Or the previous numbers? New?

17  President Simpson: Mm-hm. The new is fine.

18  Audrey Gibson: Okay. How many voters were added to what is now 4 and 5? Let me

19  establish it this way. Were both 4 and 5, previously 4 and 6, underpopulated? Let me lay the

20  foundation first.

21  President Simpson: Senator Rodrigues, you're recognized.

22  Ray Rodrigues: Thank you, Mr. President. On the benchmark map, which was the map that

23  we're operating under now that was ordered by the court, District 4 was overpopulated by 20,662

18

P-001794

## Senate Session - Jan. 19, 2022

1   people, and District 6 was underpopulated by 11,653 people.

2       President Simpson: Senator Gibson, you're recognized.

3       Audrey Gibson: Thank you, Mr. President. The overpopulation in District 4 was moved

4   where?

5       President Simpson: Senator Rodrigues, you're recognized.

6       Ray Rodrigues: Thank you, Mr. President. The population would have been balanced

7   among the surrounding districts so that we could get to a population deviation of less than 2%.

8   What I would also add to that, though, is because one of these districts is a Tier One protected

9   district, a functional analysis was performed, which would have been provided in committee and

10  is provided on the back of the maps that were distributed to each of the members today to show

11  that even with the population rebalancing, it remains a district in which racial and language

12  minorities may continue to participate and elect candidates of their choice.

13      President Simpson: Leader Gibson, you're recognized.

14      Audrey Gibson: Thank you, Mr. President. I'm not sure I understood what that number is.

15  Do we know based on the benchmark, which wasn't underpopulated when it was drawn but is over

16  time only one of the districts became underpopulated and the other became overpopulated? Is that

17  what you expressed, Mr. Chair?

18      President Simpson: Senator Rodrigues, you're recognized.

19      Ray Rodrigues: Thank you, Mr. President. Yes, that's correct.

20      President Simpson: Leader Gibson, you're recognized.

21      Audrey Gibson: Thank you, Mr. President. In District now 4, oh, no it was 4 before, was

22  there more than just Nassau and Duval in the district?

23      President Simpson: Senator Rodrigues, you are recognized.

P-001795

## Senate Session - Jan. 19, 2022

1  Ray Rodrigues: Thank you, Mr. President. The counties that were in the district before
2  remain in the district now. That did not change.

3  President Simpson: Senator Gibson, you're recognized.

4  Audrey Gibson: Thank you, Mr. President. I think I asked this question before. I wasn't
5  sure of the answer. The overpopulated District 4 shifted their overpopulation to District formerly
6  6, now 5? Where did the overpopulation go to?

7  President Simpson: Chair Rodrigues, you are recognized.

8  Ray Rodrigues: Thank you, Mr. President. That's correct. The overpopulation shifted to the
9  neighboring district in between the two counties. The population was balanced to get to the
10  variation of less than 2%.

11  President Simpson: Leader Gibson, you are recognized.

12  Audrey Gibson: Thank you, Mr. President. The overpopulation number was how much in
13  District 4?

14  President Simpson: Senator Rodrigues, you are recognized.

15  Ray Rodrigues: Thank you, Mr. President. In District 4, the overpopulation was 20,662 and
16  in District 6 the under population was 11,653.

17  President Simpson: Leader Gibson, you are recognized.

18  Audrey Gibson: I'm sorry. The overpopulation in District 4 was 20,000 and the under
19  population in District 6 was 11,000?

20  President Simpson: Chair Rodrigues, you are recognized.

21  Ray Rodrigues: Thank you, Mr. President. Just to use the precise figures, the overpopulation
22  was 20,662 in District 4. The underpopulation in District 6 was 11,653.

23  President Simpson: Leader Gibson, you are recognized.

20

P-001796

### Senate Session - Jan. 19, 2022

1    Audrey Gibson: Thank you, Mr. President. Maybe I don't get the math because I asked

2    where did the 11,653 additional, were there more than 11,653 voters or people added to district 6

3    or now 5?

4    President Simpson: Senator Rodrigues, you are recognized.

5    Ray Rodrigues: Thank you, Mr. President. District 6 grew by about 15,000, which resulted

6    in both districts being overpopulated by about 4,500 each, which puts them within the less than

7    2% threshold.

8    President Simpson: Senator Gibson, you are recognized.

9    Audrey Gibson: Thank you, Mr. President. What is the demographic of the voters that were

10    added? Or the individuals that were added to District now 5?

11    President Simpson: Senator Rodrigues, you are recognized.

12    Ray Rodrigues: Thank you, Mr. President. What I would do is I would refer you to the map

13    that we distributed and refer you to the functional analysis. That's where I feel we can provide the

14    most accurate data, because we performed a functional analysis on each of our protected districts.

15    If you look at Tab 5 under the functional analysis, you can see the population. We could go back,

16    pull the base map, and compare that to the base map. For our purposes to ensure that the map is

17    constitutional, our requirement is to ensure that all Tier One districts are protected and that the

18    racial and language minorities do not have their opportunity to participate or elect candidates of

19    their choice diminished. We feel this map does that.

20    President Simpson: Leader Gibson, you are recognized.

21    Audrey Gibson: Thank you. Thank you, Mr. President. I'm trying to understand the

22    demographic change in the maps, largely between, well I guess that wasn't done for the previous

23    map that I mentioned. I'd still like to get an answer for what the demographic is for the voters that

P-001797

## Senate Session - Jan. 19, 2022

1    were added to the district, even in its constitutionally aligned mode.

2            President Simpson: Senator Rodrigues, you are recognized.

3            Ray Rodrigues: Thank you, Mr. President. Pulling the benchmark map, the BVAP under

4    that map for District 6 was 43.06%. The BVAP for the new District 5 is 41.2%.

5            President Simpson: Leader Gibson, you are recognized.

6            Audrey Gibson: Thank you, Mr. President. What is diminishment?

7            President Simpson: Senator Rodrigues, you are recognized.

8            Ray Rodrigues: Thank you, Mr. President. The court has held that diminishment isn't the

9    raw number of voters. Diminishment is whether the minority voters have the opportunity to

10   participate in the political process and elect the candidates of their choice. In this case, a functional

11   analysis shows that they would still be able to elect the candidate of their choice, even with the

12   diminishment of 1% in total voters.

13           President Simpson: Senator Gibson, you are recognized.

14           Audrey Gibson: Thank you, Mr. President. Which way were the lines drawn to capture the,

15   I think you said it was only 4,000 more voters. If that's wrong, if you can correct me on that. Which

16   way were the lines drawn to capture those additional people in the District now 5?

17           President Simpson: Senator Rodrigues, you are recognized.

18           Ray Rodrigues: Thank you, Mr. President. In the drawing of the map, we started with a

19   blank map, pulled in the demographics and then drew until we had a Tier One protected district.

20   In order to answer your question, they would have to go run the data from the prior benchmark

21   map, and then overlay it, which we do not have here on the floor with us at this time.

22           President Simpson: Senator Gibson, you are recognized.

23           Audrey Gibson: Thank you, Mr. President. There's a blank map and it starts to draw the line

22

P-001798

## Senate Session - Jan. 19, 2022

1  from the middle? I don't understand. The benchmark map had lines north, south, east, and west,

2  but we use a blank map to draw lines for the new district? Where does it start at?

3  President Simpson: Senator Rodrigues, you are recognized.

4  Ray Rodrigues: Thank you, Mr. President. The benchmark map identifies what the existing

5  Tier One districts are. Those are the districts that we cannot diminish. So once we've identified the

6  Tier One districts, we then start with a blank map, highlight the data we've received from the U.S.

7  Census Bureau by race, and then the staff began drawing around the population distribution in

8  order to ensure we had not diminished the opportunity for minorities to participate or elect a voter

9  of their choice. The base map just gave us the starting point.

10  President Simpson: Senator Gibson, you are recognized.

11  Audrey Gibson: Thank you, Mr. President. I think my question is, are you starting at some

12  middle point and just drawing in a circle? Do you go north, south, east, and west? How do we end

13  up with this picture?

14  President Simpson: Senator Rodrigues, you are recognized.

15  Ray Rodrigues: Thank you, Mr. President. Once you've identified the population

16  distribution, you encircle it and continue to grow until you have the metrics that are required to

17  protect the Tier One district.

18  President Simpson: Senator Gibson, you are recognized.

19  Audrey Gibson: Thank you, Mr. President. I guess my question is in terms of how the lines

20  are drawn and who's captured and who's not captured in a minority access district that could be

21  constitutionally drawn more than one way. Where in this configuration, and I call it a duck, where

22  was this started and how was it decided which way to take the lines? For example, why wasn't it

23  decided to take the line closer to the county line? The broken line that's on the map?

P-001799

## Senate Session - Jan. 19, 2022

1    President Simpson: Senator Rodrigues, you are recognized.

2    Ray Rodrigues: Thank you, Mr. President. I'll go back to the statement I made earlier,

3    because it's still applicable here. Once we highlighted the racial population, we began drawing

4    from there. If you'll go back and look at the previous maps, you could follow the population

5    multiple ways. In the amendment that you offered, it was followed to the east. In the configuration

6    that we chose to go with, I believe went north. The reason we went with the configuration we went

7    with, is we followed political and geographical boundaries that the court has recognized are

8    indicators of following Tier Two constitutional criteria. Once we had assured that we were Tier

9    One compliant, which trumps all the other Tier Two metrics, then the question was which map is

10   the most Tier Two compliant among the Tier One choices. The one we put forth is the most Tier

11   Two compliant of the multiple Tier One choices that we had.

12   President Simpson: Leader Gibson, you are recognized.

13   Audrey Gibson: Thank you, Mr. President. I'm still not exactly sure which way you started

14   or you went north or south. I'm not sure about that part. In terms of the adjoining district, do you

15   know what the African American population is just, do you know where the African American

16   population is within the District 4?

17   President Simpson: Senator Rodrigues, you are recognized.

18   Ray Rodrigues: Thank you, Mr. President. The population in District 4 would be 13.54%.

19   President Simpson: Senator Gibson, you are recognized.

20   Audrey Gibson: Thank you, Mr. President. I think maybe I misstated my question. Do you

21   know, or were you able to look at the line just, I guess you would call it, north of the dotted line

22   between, in the yellow in 4 and 5? Are you familiar if there is an African American population

23   west and north of the current District 5?

P-001800

## Senate Session - Jan. 19, 2022

1    President Simpson: Senator Rodrigues, you are recognized.

2    Ray Rodrigues: Thank you, Mr. President. I'm unaware of that. I've not looked at that data.

3    President Simpson: Senator Gibson, you are recognized.

4    Audrey Gibson: Thank you, Mr. President. I'll write it down. I'm sorry, is that data part of

5    the map for District 4?

6    President Simpson: Senator Rodrigues, you are recognized.

7    Ray Rodrigues: Thank you, Mr. President. We would not have conducted a functional

8    analysis on District 4 because District 4 is not a Tier One protected seat. The demographics are

9    available, which is one of your earlier questions that we were able to offer. That is the data that we

10   have running the report.

11   President Simpson: Leader Gibson, you are recognized.

12   Audrey Gibson: I'm getting there, Mr. President.

13   President Simpson: Are there any additional questions? Senator Gibson? You are

14   recognized.

15   Audrey Gibson: Thank you, Mr. President. If I look at the demographic data of, well, I can

16   look at the demographic data of District 4 but it won't tell me the location or how close an African

17   American community or a community of color and a community of interest is to the borderline of

18   District 5. Is that correct?

19   President Simpson: Senator Rodrigues, you are recognized.

20   Ray Rodrigues: Thank you, Mr. President. Yes, I believe that is correct.

21   President Simpson: Senator Gibson, you are recognized.

22   Audrey Gibson: Thank you, Mr. President. I just need to write this down because I keep

23   losing that number of the population number that was overpopulated in District 4 and where did

P-001801

### Senate Session - Jan. 19, 2022

1   that population go to? If you could give me that number one more time, Mr. Chair, I would greatly

2   appreciate it. The overpopulated number for District 4, which is still District 4, was?

3        President Simpson: Senator Rodrigues, you are recognized.

4        Ray Rodrigues: Thank you, Mr. President. The overpopulation for District 4 was 20,662.

5   The under population for District 6 was 11,653.

6        President Simpson: Leader Gibson, you are recognized.

7        Audrey Gibson: Finally, Mr. President, what is the number population that was added to

8   District 5?

9        President Simpson: Senator Rodrigues, you are recognized.

10        Ray Rodrigues: Thank you, Mr. President. The district that was overpopulated would have

11   had their numbers moved into the district that was underpopulated. Then the remaining population

12   would have been evenly split between the two districts. I believe in an earlier answer we said the

13   even split was 15,000 after we took care of the underpopulation and that 15,000 was distributed

14   between the two districts.

15        President Simpson: Leader Gibson, you are recognized.

16        Audrey Gibson: Thank you, Mr. President.

17        President Simpson: You're welcome.

18        Audrey Gibson: Thank you, Mr. Chair.

19        President Simpson: Are there any additional questions? Any additional questions? Senator

20   Farmer, you're recognized for a question.

21        Gary Farmer: Thank you, Mr. President. I'll get through this quickly. You won't need

22   another bottle of water there. Just sort of housekeeping here, for the record. The questions I asked

23   you on the congressional map, if I were to ask those same questions with regard to the state

P-001802

### Senate Session - Jan. 19, 2022

1    legislative maps, I'm assuming your answers would be the same?

2          President Simpson: Senator Rodrigues, you are recognized.

3          Ray Rodrigues: Thank you, Mr. President. Yes, they would.

4          President Simpson: Leader Farmer, you are recognized.

5          Gary Farmer: Thank you, Mr. President. You have talked throughout the process, spoken I

6    should say, throughout the process about retrogression and avoiding retrogression. We know

7    through the census numbers that we saw a dramatic increase in Hispanic population here in the

8    State of Florida. It looks like it's a little over 1.2 million in growth, almost 39% change in Hispanic

9    population for the State of Florida. Can you talk about how you accounted for this growth in

10    Hispanic population? Sort of related to the questions Senator Torres asked earlier, doesn't that

11    show for a need for more Hispanic-represented districts in the state legislative maps?

12          President Simpson: Senator Rodrigues, you are recognized.

13          Ray Rodrigues: Thank you, Mr. President. The first thing I would point out is that the maps

14    that we drew follow the population. We get our data from the U.S. Census. We do not manipulate

15    that data once we receive it from the U.S. Census. Then you follow the population distribution. The

16    second point I would make is if you look at the benchmark map for Senate districts, there were

17    four majority-minority districts and one opportunity district for Hispanic voters due to the

18    population distribution with the data we have from the U.S. Census. All five of those seats are now

19    majority-minority districts. I would submit that the upgrade from an opportunity district to a

20    majority-minority district is reflective of the growth, and it's reflective of that growth because that

21    is where the population settled.

22          President Simpson: Leader Farmer, you are recognized.

23          Gary Farmer: Thank you, Mr. President. Just to follow up to that question, Chair, which are

P-001803

## Senate Session - Jan. 19, 2022

1    the districts that we reflect that upgrade or upgrowth that you just reflected? Particularly as to those

2    Hispanic districts and as it relates to growth in the African American population, which I think was

3    just north of 300,000?

4        President Simpson: Senator Rodrigues, you are recognized.

5        Ray Rodrigues: Thank you, Mr. President. We'll start with the Hispanic districts first. Those

6    would be District 25, District 39, District 36, District 38, and District 40. For the African

7    Americans, those districts would be 5, 15, 16, 32, and 34.

8        President Simpson: Leader Farmer, you are recognized.

9        Gary Farmer: Thank you, Mr. President. That's all I had. Thank you.

10        President Simpson: Perfect. Are there any additional questions? Any additional questions

11    on the bill? Leader Rodrigues, would you like to make any further comments?

12        Ray Rodrigues: Not at this time.

13        President Simpson: Pursuant to Rule 4.19, the bill is placed on the calendar of bills on third

14    reading. Read the next bill.

15    [02:01:14]

P-001804



**Vanan Online Services, Inc.**
Think Service Think Vanan

## <u>Certificate of Transcription</u>

Transcription of "**1-19-22-senate-session**"

We, Vanan Online Services, Inc. a professional transcription company, hereby certify that the above-mentioned document(s) has/have been transcribed by our qualified and experienced transcriber(s) is/are accurate and true transcription of the original document(s).

This is to certify the correctness of the transcription only. Our transcriber is in no way related, by immediate family ties or marriage, to any parties related to the materials transcript.

A copy of the transcription is attached to this certification.

**Danny Negley, Production Manager.**

Date: 12th November 2024

Vanan Online Services, Inc.
EIN 81-3795675
ATA Member #266532
ISO 9001:2015

**Vanan Online Services, Inc.**
**10711 Spotsylvania Ave., Suite A**
**Fredericksburg VA 22408**
**Office: (888) 535-5668**
**Email: support@vananservices.com**
**Website: www.vananservices.com**

P-001805