IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KÉTO NORD HODGES, *et al.*,

    *Plaintiffs*,

v.                                                                                     Case No. 8:24-cv-879

BEN ALBRITTON, *etc.*, *et al.*,

    *Defendants*.

_____/

**STIPULATION RE 2015 PLANS**

1. The October 2015 plans proposed by Rep. Matt Caldwell (H079S9073), Sen. Jeff Clemens (S027S9096), and Sen. Oscar Braynon (S036S9098 and S036S9104) that are referenced at Complaint ¶ 113 each included at least one Senate District in the Tampa Bay region wholly contained within Hillsborough County, and another district that encompassed all of the southern end of Pinellas County, including all of the City of St. Petersburg. Plans H079S9073 and S027S9096 included two districts wholly contained within Hillsborough County.

2. Images of plans H079S9073, S027S9096, S036S9098, and S036S9104 are attached as Exhibit A. Unlike the 2016 Benchmark Plan and the 2022 Enacted Plan, these proposed plans did not include a Senate district in the Tampa Bay region that includes portions of both Hillsborough County and southern Pinellas County.

3. Figure 4 in the Complaint is an accurate depiction of Plan H079S9073 for the region shown, except that Figure 4 does not depict certain portions of the districts consisting of water but instead depicts them as light blue.

Dated January 10, 2025.

| | |
|---|---|
| /s/ Nicholas L.V. Warren | /s/ Daniel E. Nordby |

Nicholas L.V. Warren (FBN 1019018)
Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
dtilley@aclufl.org
cmcnamara@aclufl.org

Deborah N. Archer*
David Chen*
**Civil Rights & Racial Justice Clinic**
**Washington Square Legal Services, Inc.**
245 Sullivan Street
New York, NY 10012
(212) 998-6473
deborah.archer@nyu.edu
davidchen@nyu.edu

James Michael Shaw, Jr. (FBN 677851)
Naomi Robertson (FBN 1032076)
**Butler Weihmuller Katz Craig LLP**
400 North Ashley Drive, Suite 2300
Tampa, FL 33602
(813) 281-1900
jshaw@butler.legal
nrobertson@butler.legal

* *Special admission*

*Counsel for Plaintiffs*

Ricky L. Polston (FBN 648906)
Daniel E. Nordby (FBN 14588)
Tara R. Price (FBN 98073)
Alyssa L. Cory (FBN 81977)
Kassandra S. Reardon (FBN 1033220)
**Shutts & Bowen LLP**
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
(850) 241-1717
RPolston@shutts.com
DNordby@shutts.com
TPrice@shutts.com
ACory@shutts.com
KReardon@shutts.com

Carlos Rey (FBN 11648)
**Florida Senate**
404 South Monroe Street
Tallahassee, Florida 32399
(850) 487-5855
Rey.Carlos@flsenate.gov

*Counsel for Defendant*
*Senate President Ben Albritton*

2

# **EXHIBIT A**

Proposed State Senate Plan--H079S9073 (by Rep. Caldwell, 20-Oct-2015)
Page 1
Proposed
State Senate Districts
H079S9073
* * * * *
20-Oct-15
By Representative Caldwell
for Consideration
during Special Session 2015C
Legend
County boundary
Interstate
US Highway
Major road
Sea, lake, or river
District boundary & number
Scale bar for statewide map
Miles
0 5 10 20 30 40 50 60
South Florida
Scale bar for insets
Miles
0 5 10 20
Jacksonville Area
Tampa Bay Area
Orlando Area
Map produced by professional staff:
Florida Senate Committee on Reapportionment
404 S. Monroe St., Tallahassee, FL 32399-1100
Office: Suite 2000, The Capitol; Phone: (850) 487-5855;
Website: http://www.flsenate.gov/session/redistricting

Proposed State Senate Plan--S027S9096 (by Senator Clemens, 22-Oct-2015)
Page 1
Proposed
State Senate Districts
S027S9096
* * * * *
22-Oct-15
By Senator Clemens
for Consideration
during Special Session 2015C
Legend
County boundary
Interstate
US Highway
Major road
Sea, lake, or river
District boundary & number
Scale bar for statewide map
Miles
0 5 10 20 30 40 50 60
South Florida
Jacksonville Area
Tampa Bay Area
Orlando Area
Scale bar for insets
Miles
0 5 10 20
Map produced by professional staff:
Florida Senate Committee on Reapportionment
404 S. Monroe St., Tallahassee, FL 32399-1100
Office: Suite 2000, The Capitol; Phone: (850) 487-5855;
Website: http://www.flsenate.gov/session/redistricting
SANTA ROSA
ESCAMBIA
OKALOOSA
WALTON
HOLMES
WASHINGTON
JACKSON
BAY
CALHOUN
GULF
GADSDEN
LIBERTY
LEON
WAKULLA
FRANKLIN
JEFFERSON
MADISON
TAYLOR
HAMILTON
SUWANNEE
LAFAYETTE
COLUMBIA
BAKER
UNION
BRADFORD
GILCHRIST
ALACHUA
DIXIE
NASSAU
DUVAL
CLAY
ST. JOHNS
PUTNAM
FLAGLER
LEVY
MARION
VOLUSIA
CITRUS
SUMTER
LAKE
HERNANDO
PASCO
ORANGE
SEMINOLE
OSCEOLA
BREVARD
PINELLAS
HILLSBOROUGH
POLK
MANATEE
HARDEE
HIGHLANDS
INDIAN RIVER
OKEECHOBEE
ST. LUCIE
DESOTO
MARTIN
CHARLOTTE
GLADES
PALM BEACH
LEE
HENDRY
COLLIER
BROWARD
MIAMI-DADE
MONROE

Proposed State Senate Plan--S036S9098 (by Senator Braynon, 25-Oct-2015)
Page 1
Proposed
State Senate Districts
S036S9098
* * * * *
25-Oct-15
By Senator Braynon
for Consideration
during Special Session 2015C
Legend
County boundary
Interstate
US Highway
Major road
Sea, lake, or river
District boundary & number
Scale bar for statewide map
Miles
0 5 10 20 30 40 50 60
South Florida
Jacksonville Area
Tampa Bay Area
Orlando Area
Scale bar for insets
Miles
0 5 10 20
Map produced by professional staff:
Florida Senate Committee on Reapportionment
404 S. Monroe St., Tallahassee, FL 32399-1100
Office: Suite 2000, The Capitol; Phone: (850) 487-5855;
Website: http://www.flsenate.gov/session/redistricting
MARTIN
PALM BEACH
BROWARD
MIAMI-DADE
NASSAU
DUVAL
CLAY
ST. JOHNS
PASCO
PINELLAS
HILLSBOROUGH
MANATEE
LAKE
VOLUSIA
SEMINOLE
ORANGE
OSCEOLA

Proposed State Senate Plan--S036S9104 (by Senator Braynon, 25-Oct-2015)
Page 1
Proposed
State Senate Districts
S036S9104
* * * * *
25-Oct-15
By Senator Braynon
for Consideration
during Special Session 2015C
Legend
County boundary
Interstate
US Highway
Major road
Sea, lake, or river
District boundary & number
Scale bar for statewide map
Miles
0 5 10 20 30 40 50 60
South Florida
Scale bar for insets
Miles
0 5 10 20
Jacksonville Area
Tampa Bay Area
Orlando Area
Map produced by professional staff:
Florida Senate Committee on Reapportionment
404 S. Monroe St., Tallahassee, FL 32399-1100
Office: Suite 2000, The Capitol; Phone: (850) 487-5855;
Website: http://www.flsenate.gov/session/redistricting
MARTIN
PALM BEACH
BROWARD
MIAMI-DADE
NASSAU
DUVAL
CLAY
ST. JOHNS
PASCO
PINELLAS
HILLSBOROUGH
MANATEE
LAKE
VOLUSIA
SEMINOLE
ORANGE
OSCEOLA
SANTA ROSA
ESCAMBIA
OKALOOSA
WALTON
HOLMES
WASHINGTON
JACKSON
BAY
CALHOUN
GULF
LIBERTY
FRANKLIN
GADSDEN
LEON
WAKULLA
JEFFERSON
MADISON
TAYLOR
HAMILTON
SUWANNEE
LAFAYETTE
DIXIE
GILCHRIST
COLUMBIA
BAKER
UNION
BRADFORD
ALACHUA
PUTNAM
FLAGLER
LEVY
MARION
CITRUS
SUMTER
HERNANDO
POLK
BREVARD
INDIAN RIVER
OKEECHOBEE
ST. LUCIE
HIGHLANDS
HARDEE
DESOTO
SARASOTA
CHARLOTTE
GLADES
LEE
HENDRY
COLLIER
MONROE







