IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
IN AND FOR LEON COUNTY, FLORIDA

| | |
|---|---|
| THE LEAGUE OF WOMEN VOTERS OF FLORIDA; COMMON CAUSE; JOAN ERWIN; ROLAND SANCHEZ-MEDINA, JR.; J. STEELE OLMSTEAD CHARLES PETERS; OLIVER D. FINNIGAN; SERENA CATHERINA BALDACCHINO; AND DUDLEY BATES,<br><br>PLAINTIFFS,<br><br>v.<br><br>KENNETH W. DETZNER, in his official capacity as Florida Secretary of State; THE FLORIDA SENATE; ANDY GARDINER, in his official capacity as President of the Florida Senate; THE FLORIDA HOUSE OF REPRESENTATIVES; and STEVE CRISAFULLI, in his official capacity as Speaker of the Florida House of Representatives, and PAM BONDI, in her official capacity as Attorney General of the State of Florida,<br><br>DEFENDANTS. | CASE NO.: 2012-CA-2842 |

## JOINT STIPULATION REGARDING MINORITY DISTRICTS

The League of Women Voters of Florida, Common Cause, Joan Erwin, Roland Sanchez-Medina, Jr., J. Steele Olmstead, Charles Peters, Oliver D. Finnigan, Serena Catherina Baldacchino, and Dudley Bates (collectively "Plaintiffs") and The Florida Senate and Andy Gardiner, in his official capacity as President of the Florida Senate (collectively the "Senate"), hereby enter into the following joint stipulation regarding minority districts, as follows:

WHEREAS, Plaintiffs and the Senate are working cooperatively to streamline issues for trial regarding minority districts, while still ensuring the development of a complete record;

NOW THEREFORE, Plaintiffs and the Senate accordingly stipulate as follows with regard to the minority districts:

1. The Senate stipulates and agrees that the only minority districts in Plaintiffs' proposed remedial maps that the Senate claims violate the prohibition on retrogression in Article III, Section 21(a) are:

- District 31 in CPS-3a, 3b corrected, 4a, and 4b
- District 35 in CPS-3a, 3b corrected, 4a, and 4b
- District 36 in CPS-3a and 4a; and
- District 38 in CPS-3a and 4a.

2. Plaintiffs stipulate and agree that they will not claim that the Senate's minority districts proposed in Senate Map 1 violate the prohibition on retrogression in Article III, Section 21(a).

Dated this 13th day of December, 2015.

/s/ Thomas A. Zehnder
David B. King
Florida Bar No.: 0093426
Thomas A. Zehnder
Florida Bar No.: 0063274
Frederick S. Wermuth
Florida Bar No.: 0184111
Vincent Falcone, III
Florida Bar No.: 0058553
KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
dking@kbzwlaw.com
tzehnder@kbzwlaw.com
fwermuth@kbzwlaw.com
vfalcone@kbzwlaw.com

*Counsel for Plaintiffs*

/s/ Raoul G. Cantero
Raoul G. Cantero
Florida Bar No.: 552356
Jason N. Zakia
Florida Bar No.: 698121
Jesse L. Green
Florida Bar No.: 95591
White & Case LLP
Southeast Financial Center
200 S. Biscayne Blvd., Suite 4900
Miami, FL 33131-2352
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
rcantero@whitecase.com
jzakia@whitecase.com
jgreen@whitecase.com

*Counsel for Defendant, The Florida Senate*