**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

KETO NORD HODGES, MEIKO SEYMOUR, JARVIS EL-AMIN, JENNIFER GARCIA and JACQUELINE AZIS,

    Plaintiffs,

v.                                                    Case No: 8:24-cv-879-CEH-AEP

BEN ALBRITTON, *et al.*,

    Defendants.
_____

**<u>ORDER</u>**

In order to facilitate the Court's review of lengthy documents, the parties should submit to Chambers, in a binder, a courtesy copy of any document filed electronically in the Tampa Division that exceeds twenty-five (25) pages (including exhibits) in length. Courtesy copies need not be provided simultaneously with the electronic filing of the document. However, they should be submitted as promptly as possible and may be provided via United States Mail or other reliable service.

Accordingly, it is **ORDERED**:

1. The parties are directed to provide to Judge Honeywell's Chambers, in a binder, a courtesy copy[1] of Defendants' Motions for Summary Judgment and exhibits (Docs. 74, 75), and Plaintiff's Response in Opposition and exhibits (Doc. 80), within **FOURTEEN (14) DAYS** from the date of this Order.

---

[1] The courtesy copy may be printed double-sided.

**DONE** and **ORDERED** in Tampa, Florida on February 4, 2025.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to: Counsel of Record