IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KÉTO NORD HODGES, *et al.*,

   *Plaintiffs*,

v.                                           Case No. 8:24-cv-879

BEN ALBRITTON, *etc.*, *et al.*,

   *Defendants*.

_____/

**PLAINTIFFS' CERTIFICATE OF COMPLIANCE WITH
THE COURT'S ORDER OF FEBRUARY 4, 2025**

Plaintiffs respectfully give notice to the Court and all interested parties of their compliance with the Court's Order of February 4, 2025 (ECF No. 82) by delivering a notebook to Judge Honeywell's Chambers in compliance with the Court's instructions. A copy of the cover letter and index to the notebook are attached hereto as Exhibits A and B, respectively.

Respectfully submitted February 18, 2025

/s/ James Michael Shaw, Jr.

Nicholas L.V. Warren (FBN 1019018)
Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
dtilley@aclufl.org
cmcnamara@aclufl.org

James Michael Shaw, Jr. (FBN 677851)
Naomi Robertson (FBN 1032076)
**Butler Weihmuller Katz Craig LLP**
400 North Ashley Drive, Suite 2300
Tampa, FL 33602
(813) 281-1900
jshaw@butler.legal
nrobertson@butler.legal

Deborah N. Archer*
David Chen*
**Civil Rights & Racial Justice Clinic**
**Washington Square Legal Services, Inc.**
245 Sullivan Street
New York, NY 10012
(212) 998-6473
deborah.archer@nyu.edu
davidchen@nyu.edu

* *Special admission*

*Counsel for Plaintiffs*