**BUTLER** | Weihmuller Katz Craig

TAMPA
DALLAS
CHICAGO
CHARLOTTE
PHILADELPHIA
TALLAHASSEE
MOBILE
MIAMI

February 18, 2025

***Via Hand Delivery***

The Honorable Charlene Edwards Honeywell
Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Tampa, FL 33602

    Re:    Keto Nord Hodges, Meiko Seymour, Jarvis El-Amin, Jennifer Garcia and Jacqueline Azis vs. Ben Albritton et al.
           Caso. No. 8:24-cv-879-CEH-AEP
           Our File Number: 0400-2403060

Dear Judge Honeywell:

    In accordance with the Court's Order (D.E. 82) of February 4, 2025, I am enclosing a binder containing the parties' summary-judgment materials (Stipulation of Agreed Facts, Motions, Oppositions, and Replies).

                              Respectfully submitted,

                              BUTLER WEIHMULLER KATZ CRAIG LLP

                              */s/ James M. Shaw II*

                              James Michael Shaw, Jr.
                              jshaw@butler.legal
                              813.594.5603

Enclosures (as stated)

cc: Nicholas Warren, Esq., counsel for Plaintiff
    Caroline Andrews McNamara, Esq., counsel for Plaintiff
    Daniel B. Tilley, Esq., counsel for Plaintiff
    David Chen, Esq., counsel for Plaintiff
    Deborah N. Archer, Esq., counsel for Plaintiff
    Naomi Robertson, Esq., counsel for Plaintiff
    Daniel Elden Nordby, Esq., counsel for Plaintiff
    Alyssa Cory, Esq., counsel for Plaintiff
    Carlos Alberto Rey, Esq., counsel for Plaintiff
    Denise Harle, Esq., counsel for Plaintiff
    Kassandra S. Reardon, Esq., counsel for Plaintiff



EXHIBIT A

**BUTLER**

February 18, 2025
Page 2

    Ricky Lynn Polston, Esq., counsel for Plaintiff
    Tara Renee Klimek Price, Esq., counsel for Plaintiff
    Mohammad O. Jazil, Esq., counsel for Defendant
    Ashley E. Davis, Esq., counsel for Defendant
    Bradley Robert McVay, Esq., counsel for Defendant
    Joseph Van de Bogart, Esq., counsel for Defendant
    Michael Beato, Esq., counsel for Defendant
    Randall M. Raban., counsel for Defendant