UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**KETO NORD HODGES, MEIKO SEYMOUR, JARVIS EL-AMIN, JENNIFER GARCIA and JACQUELINE AZIS,**

    Plaintiffs,

CASE NO.: 8:24-cv-879-CEH-AEP

vs.

**BEN ALBRITTON, et al.,**

    Defendants.

_____/

# SUMMARY JUDGMENT MATERIALS
## (STIPULATION OF AGREED FACTS, MOTIONS, OPPOSITION, AND REPLIES)

EXHIBIT B

*Keto Nord Hodges, Meiko Seymour, Jarvis El-Amin, Jennifer Garcia and Jacqueline Azis vs. Ben Albritton et al.*

Case No. 8:24-cv-879-CEH-AEP

**TAB**     **PLEADINGS**

**A.**    **Joint Stipulation of Agreed Material Facts (D.E. 79)**

**B.**    **President Albritton's Motion for Summary Judgment and Incorporated Memorandum of Law (D.E. 74)**

1. Exhibit 1 (Committee Meeting Expanded Agenda, Sept. 20, 2021) (D.E. 74-1)

2. Exhibit 2 (Committee Meeting Expanded Agenda, Oct. 11, 2021) (D.E. 74-2)

3. Exhibit 3 (The Florida Senate Committee on Reapportionment Memorandum, Oct. 18, 2021) (D.E. 74-3)

4. Exhibit 4 (Committee Meeting Expanded Agenda, Nov. 17, 2021) (D.E. 74-4)

5. Exhibit 5 (Committee Meeting Expanded Agenda, Nov. 29, 2021) (D.E. 74-5)

6. Exhibit 6 (Committee Meeting Expanded Agenda, Jan. 10, 2022) (D.E. 74-6)

7. Exhibit 7 (Florida Senate Select Subcommittee on Legislative Reapportionment, Nov. 17, 2021) (D.E. 74-7)

8. Exhibit 8 (The Florida Senate Committee on Reapportionment Memorandum, Nov. 22, 2021) (D.E. 74-8)

9. Exhibit 9 (Letter from Nicholas Warren to The Florida Senate, Dec. 8, 2021) (D.E. 74-9)

10. Exhibit 10 (Letter from Kirk Bailey to Senator Ray Wesley Rodrigues, Nov. 24, 2021) (D.E. 74-10)

11. Exhibit 11 (Transcripts of Deposition of Nicholas Warren Nov. 18, 2024) (D.E. 74-11)

12. Exhibit 12 (Messages between Nicholas Warren and Matthew Isbell on May, 23, 2021 – Nov. 13, 2022) (D.E. 74-12)

13. Exhibit 13 (Plaintiff Jennifer Garcia's Answers to President Albritton's First Request for Admission to Jennifer Garcia, Nov. 25, 2024) (D.E. 74-13)

14. Exhibit 14 (Plaintiff Jacqueline Azis's Answers to President Albritton's First Request for Admission to Jacqueline Azis, Nov. 25, 2024) (D.E. 74-14)

15. Exhibit 15 (Transcripts of Deposition of Jay Ferrin Nov. 15, 2024) (D.E. 74-15)

16. Exhibit 16 (Historical Districts Composite) (D.E. 74-16)

17. Exhibit 17 (Expert Report of Cory McCartan, PhD., July 1, 2024) (D.E. 74-17)

18. Exhibit 18 (Report of Matthew Barreto, Ph.D., July 2, 2024) (D.E. 74-18)

19. Exhibit 19 (VAP Summary Report, Jan 13, 2022) (D.E. 74-19)

20. Exhibit 20 (Transcripts of Deposition of Jennifer Garcia, Nov. 20, 2024) (D.E. 74-20)

21. Exhibit 21 (Transcripts of Deposition of Jacqueline Azis, Nov. 22, 2024) (D.E. 74-21)

22. Exhibit 22 (Transcripts of Deposition of Jarvis El-Amin, Nov. 21, 2024) (D.E. 74-22)

23. Exhibit 23 (Transcripts of Deposition of Meiko Seymour, Nov. 26, 2024) (D.E. 74-23)

24. Exhibit 24 (Transcripts of Deposition of Keto Nord Hodges, Nov. 26, 2024) (D.E. 74-24)

25. Exhibit 25 (Transcripts of Deposition of Matthew Barreto, Ph.D., Nov. 25, 2024) (D.E. 74-25)

26. Exhibit 26 (Transcripts of Deposition of Cory McCartan, Ph.D., Dec. 02, 2024) (D.E. 74-26)

27. Exhibit 27 (President Passidomo's Responses and Objections to Plaintiffs' First Set of Interrogatories on The Florda Senate, July 22, 2024) (D.E. 74-27)

C. **The Secretary's Motion for Summary Judgment (D.E. 75)**

1. Exhibit 1 (2016-2022 Florida State Senate Districts Court Ordered, Dec. 30, 2015) (D.E. 75-1)

2. Exhibit 2 (Transcripts of Deposition of Jay Ferrin Nov. 15, 2024) (D.E. 75-2)

3. Exhibit 3 (Florida State Senate Districts S027S8058 by Senator Rodrigues, Jan. 13, 2022) (D.E. 75-3)

4. Exhibit 4 (Florida Senate Select Subcommittee on Legislative Reapportionment, Jan. 10, 2022) (D.E. 75-4)

5. Exhibit 5 (Expert Report of Cory McCartan, Ph.D.) (D.E. 75-5)

6. Exhibit 6 (Tampa Bay Senate Redistricting Mapping Instructions, March 11, 2024) (D.E. 75-6)

7. Exhibit 7 (Expert Report of Sean P. Trende, PhD., Sep 9, 2024) (D.E. 75-7)

8. Exhibit 8 (Expert Report of Dr. D. Stephen Voss) (D.E. 75-8)

9. Exhibit 9 (Transcripts of Deposition of Cory McCartan, Ph.D., Dec. 2, 2024) (D.E. 75-9)

D. **Plaintiff's Response to Motions for Summary Judgment (D.E. 80)**

1. Exhibit 1 (Plaintiff Keto Nord Hodges's Answers to President Albritton's First Request for Admission to Keto Nord Hodges, Nov. 25, 2024) (D.E. 80-1)

2. Exhibit 2 (Plaintiff Jarvis El-Amin's Answers to President Albritton's First Request for Admission to Jarvis El-Amin, Nov. 25, 2024) (D.E. 80-2)

3. Exhibit 3 (Plaintiff Meiko Seymour's Answers to President Albritton's First Request for Admission to Meiko Seymour, Nov. 25, 2024) (D.E. 80-3)

4. Exhibit 4 (Transcription of Audio File Senate Committee on Reapportionment the Florida Channel, Sep. 20, 2021) (D.E. 80-4)

5. Exhibit (Florida Senate Select Subcommittee on Legislative Reapportionment, Nov. 17, 2021) (D.E. 80-5)

6. Exhibit 6 (Transcripts of Deposition of Jarvis El-Amin, Nov. 21, 2024) (D.E. 80-6)

7. Exhibit 7 (Transcripts of Deposition of Jacqueline Azis, Nov. 22, 2024) (D.E. 80-7)

8. Exhibit 8 (Transcripts of Deposition of Keto Nord Hodges, Nov. 26, 2024) (D.E. 80-8)

9. Exhibit 9 (Senate Committee on Reapportionment, Jan. 13, 2022) (D.E. 80-9)

10. Exhibit 10 (Senate Session, Jan. 19, 2022) (D.E. 80-10)

11. Exhibit 11 (President Passidomo's Responses and Objections to Plaintiffs' First set of Request for Admission, July 22, 2024) (D.E. 80-11)

12. Exhibit 12 (Florida House Session, Feb. 2, 2022) (D.E. 80-12)

13. Exhibit 13 (Stipulation RE 2015 Plans, Jan. 10, 2025) (D.E. 80-13)

14. Exhibit 14 (Plaintiffs' Withdrawal of Certain Proposed Alternative Remedial Plans (CPS-2a and CPS-2b) and Notice of Filing and Service (.doj) of Corrected Proposed Alternative Remedial Senate Plan (CPS-3b corrected), Nov. 23, 2015) (D.E. 80-14)

15. Exhibit 15 (Final Judgment Adopting Remedial Senate Plan, Dec. 30, 2015) (D.E. 80-15)

16. Exhibit 16 (Joint Stipulation Regarding Minority Districts, Dec. 13, 2015) (D.E. 80-16)

17. Exhibit 17 (Map of Residences) (D.E. 80-17)

18. Exhibit 18 (Transcripts of Deposition of Jennifer Garcia, Nov. 20, 2024) (D.E. 80-18)

**E.    The Secretary's Reply In Support of Summary Judgment (D.E. 83)**

**F.    Reply Brief of President Albritton in Support of Motion for Summary Judgment (D.E. 84)**