IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KÉTO NORD HODGES, *et al.*,

    *Plaintiffs*,

v.

    Case No. 8:24-cv-879-CEH-TPB-ALB

BEN ALBRITTON, in his official capacity as President of the Florida Senate, *et al.*,

    *Defendants*.

_____/

## PRESIDENT ALBRITTON'S NOTICE OF SUPPLEMENTAL AUTHORITY

Senate President Ben Albritton, in his official capacity ("President Albritton"), pursuant to Local Rule 3.01(i), hereby files this notice of supplemental authority in support of his Motion for Summary Judgment and Incorporated Memorandum of Law ("Summary Judgment Motion"), ECF No. 74.

President Albritton directs this Court to *Cubanos Pa'Lante v. Florida House of Representatives*, 2025 WL 500904 at *8-9, No. 24-cv-21983-JB, ECF No. 88 at 18-19 (S.D. Fla. Feb. 13, 2025) (Order on Motions to Dismiss), to supplement the argument raised on pages 21-25 of his Summary Judgment Motion. The *Cubanos* Order on Motions to Dismiss provides, in relevant part: "[Plaintiffs'] allegations are too generalized to support the inference that race motivated the Florida Legislature's redistricting efforts . . . . Factual allegations founded on describing

the minutiae of a district's boundaries without connecting those boundaries' shapes to the impermissible use of race cannot [state a racial gerrymandering claim]."

Respectfully submitted,

|  |  |
|---|---|
|  | */s/ Daniel Nordby* |
| CARLOS REY (FBN 11648) | RICKY L. POLSTON (FBN 648906) |
| **FLORIDA SENATE** | DANIEL E. NORDBY (FBN 14588) |
| 404 South Monroe Street | DENISE M. HARLE (FBN 81977) |
| Tallahassee, Florida 32399 | TARA R. PRICE (FBN 98073) |
| (850) 487-5855 | ALYSSA L. CORY (FBN 118150) |
| *Rey.Carlos@flsenate.gov* | KASSANDRA S. REARDON (FBN 1033220) |
|  | **SHUTTS & BOWEN LLP** |
|  | 215 South Monroe Street, Suite 804 |
|  | Tallahassee, Florida 32301 |
|  | (850) 241-1717 |
|  | *RPolston@shutts.com* |
|  | *DNordby@shutts.com* |
|  | *DHarle@shutts.com* |
|  | *TPrice@shutts.com* |
|  | *ACory@shutts.com* |
|  | *KReardon@shutts.com* |

*Counsel for Florida Senate President Ben Albritton, in his official capacity*

### CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2025, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

*/s/ Daniel Nordby*
Attorney

2