IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KÉTO NORD HODGES, *et al.*,

    *Plaintiffs*,

v.                                                                     Case No. 8:24-cv-879

BEN ALBRITTON, *etc.*, *et al.*,

    *Defendants*.

_____/

**STIPULATION OF DISMISSAL OF JENNIFER GARCIA'S CLAIMS**

       Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties stipulate to the dismissal of Plaintiff Jennifer Garcia's claims only, as she will be moving out of Senate District 18.

Respectfully submitted March 7, 2025,

| /s/ Nicholas L.V. Warren | /s/ Daniel E. Nordby |
|---|---|
| Nicholas L.V. Warren (FBN 1019018) | Ricky L. Polston (FBN 648906) |
| Daniel B. Tilley (FBN 102882) | Daniel E. Nordby (FBN 14588) |
| Caroline A. McNamara (FBN 1038312) | Denise M. Harle (FBN 81977) |
| **ACLU Foundation of Florida** | Tara R. Price (FBN 98073) |
| 4343 West Flagler Street, Suite 400 | Alyssa L. Cory (FBN 81977) |
| Miami, FL 33134 | Kassandra S. Reardon (FBN 1033220) |
| (786) 363-1769 | **Shutts & Bowen LLP** |
| nwarren@aclufl.org | 215 South Monroe Street, Suite 804 |
| dtilley@aclufl.org | Tallahassee, Florida 32301 |
| cmcnamara@aclufl.org | (850) 241-1717 |
|  | RPolston@shutts.com |
| Deborah N. Archer* | DNordby@shutts.com |
| David Chen* | DHarle@shutts.com |
| **Civil Rights & Racial Justice Clinic** | TPrice@shutts.com |
| **Washington Square Legal Services, Inc.** | ACory@shutts.com |
| 245 Sullivan Street | KReardon@shutts.com |

1

New York, NY 10012
(212) 998-6473
deborah.archer@nyu.edu
davidchen@nyu.edu

James Michael Shaw, Jr. (FBN 677851)
Naomi Robertson (FBN 1032076)
**Butler Weihmuller Katz Craig LLP**
400 North Ashley Drive, Suite 2300
Tampa, FL 33602
(813) 281-1900
jshaw@butler.legal
nrobertson@butler.legal

\* *Special admission*

*Counsel for Plaintiffs*

Carlos Rey (FBN 11648)
**Florida Senate**
404 South Monroe Street
Tallahassee, Florida 32399
(850) 487-5855
Rey.Carlos@flsenate.gov

*Counsel for Defendant Senate President*

 /s/ Mohammad O. Jazil

Bradley R. McVay (FBN 79034)
Joseph S. Van de Bogart (FBN 84764)
Ashley Davis (FBN 48032)
**Florida Department of State**
R.A. Gray Building
500 S. Bronough St.
Tallahassee, FL 32399
(850) 245-6536
brad.mcvay@dos.myflorida.com
joseph.vandebogart@dos.myflorida.com
ashley.davis@dos.myflorida.com

Mohammad O. Jazil (FBN 72556)
Michael Beato (FBN 1017715)
**Holtzman Vogel Baran Torchinsky & Josefiak**
119 S. Monroe St. Suite 500
Tallahassee, FL 32301
(850) 270-5938
mjazil@holtzmanvogel.com
mbeato@holtzmanvogel.com
zbennington@holtzmanvogel.com

*Counsel for Defendant Secretary of State*

2