UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KETO NORD HODGES, MEIKO SEYMOUR, JARVIS EL-AMIN, JENNIFER GARCIA and JACQUELINE AZIS,

    Plaintiffs,

v.      Case No: 8:24-cv-879-CEH-TPB-ALB

KATHLEEN PASSIDOMO and CORD BYRD,

    Defendants.

## ORDER

Before the Court is the Stipulation of Dismissal of Plaintiff Jennifer Garcia (Doc. 89). In accord with the Stipulation of Dismissal and Fed. R. Civ. P. 41(a)(1)(A)(ii), it is **ORDERED**:

1. The claims of Plaintiff Jennifer Garcia, only, are dismissed from this action.
2. The Clerk is directed to terminate Jennifer Garcia as a party to this case.

**DONE** and **ORDERED** in Tampa, Florida on March 12, 2025

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties, if any