# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

### HONORABLE CHARLENE EDWARDS HONEYWELL
### HONORABLE THOMAS P. BARBER
### HONORABLE ANDREW L. BRASHER

### CLERK'S MINUTES

| CASE NO.: 8:24-cv-879-CEH-TPB-ALB | DATE: March 13, 2025 |
|---|---|
| **NORD HODGES,** *et al.,*<br><br>    Plaintiffs,<br><br>**v.**<br><br>**BEN ALBRITTON,**<br>*in his official capacity as President of the Florida Senate, et al.,*<br><br>    Defendants. | **PLAINTIFFS' COUNSEL:**<br>Nicholas Warren,<br>Caroline Andrews McNamara,<br>Daniel B. Tilley,<br>David Chen,<br>James M. Shaw, Jr., and<br>Naomi Robertson<br><br>**DEFENDANTS' COUNSEL:**<br>Daniel E. Nordby,<br>Mohammad O. Jazil,<br>Denise Harle,<br>Tara R. Klimek Price, and<br>Ashley E. Davis |
| **COURTROOM:** *via* Zoom | **INTERPRETER/LANGUAGE:** N/A |
| **TIME:** 10:03 A.M. - 11:22 A.M. | **TOTAL:** 1 Hour, 19 Minutes |
| **DEPUTY CLERK:** Charmaine A. Black | **COURT REPORTER:** Sharon A. Miller |

## PROCEEDING: ORAL ARGUMENT

Court in session.

District Judge Charlene Edwards Honeywell, Circuit Judge Andrew L. Brasher, and District Judge Thomas P. Barber presiding.

Counsel is present *via* Zoom Video Conference and identified for the record.

This matter is before the Court today for oral argument on the Motions for Summary Judgment (Docs. 74 and 75).

The Court hears arguments from counsel.

The matter is taken under advisement.

The Court will issue a written opinion.

Court adjourned.