IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KETO NORD HODGES, et al.,

   *Plaintiffs*,

   v.                                      Case No. 8:24-cv-879

BEN ALBRITTON, et al.,

   *Defendants*.

_____/

## UNOPPOSED JOINT MOTION TO CONDUCT MEDIATION OVER ZOOM

Plaintiffs, Senate President Albritton, and Secretary Byrd jointly move this Court to excuse the "in person" attendance requirement in the case management and scheduling order to allow the mediation scheduled for March 26, 2025, to be conducted over Zoom rather than in person in Miami.

Under this Court's case management and scheduling order, the "lead trial counsel, and each party" "*shall* attend and participate in the mediation conference in person." Doc.37 at 12 (emphasis in the original). "[S]anctions" may be "impose[d]" "upon lead counsel and parties who do not attend and participate in good faith in the mediation conference." Doc.37 at 12.

When the parties were briefing Plaintiffs' motion to enforce Local Rule 4.02(d), Doc.68, Plaintiffs stated that they would prefer a remote mediation, since they "live in Tampa and St. Petersburg." Doc.68 at 2 n.2. In response, Senate President Albritton

and Secretary Byrd stated that they did not oppose the request. Doc.70 at 2. Their staff and attorneys work in Tallahassee, and the Florida Legislature is currently in session, making it difficult to get a party representative to Miami. This Court denied Plaintiffs' motion without expressly addressing remote mediation. The parties' mediator, Michael Hanzman, is prepared to conduct the mediation over Zoom.

This joint request of the parties is supported by good cause. Remote mediation would reduce the litigation costs in this case and would be more convenient for the parties and their counsel.

WHEREFORE, the parties jointly request that this Court enter an order excusing the "in person" attendance requirement for mediation contained in the Court's case management and scheduling order and permit the parties to mediate this matter on March 26, 2025, over Zoom.

Respectfully submitted,

/s/ David Chen
Nicholas L.V. Warren (FBN 1019018)
Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
dtilley@aclufl.org
cmcnamara@aclufl.org

James Michael Shaw, Jr. (FBN 677851)
Naomi Robertson (FBN 1032076)
**Butler Weihmuller Katz Craig LLP**
400 North Ashley Drive, Suite 2300

Deborah N. Archer*
David Chen*
**Civil Rights & Racial Justice Clinic**
**Washington Square Legal Services, Inc.**
245 Sullivan Street
New York, NY 10012
(212) 998-6473
deborah.archer@nyu.edu
davidchen@nyu.edu

* *Special admission*

2

Tampa, FL 33602
(813) 281-1900
jshaw@butler.legal
nrobertson@butler.legal

*Counsel for Plaintiffs*

*/s/ Mohammad O. Jazil*
Mohammad O. Jazil (FBN 72556)
mjazil@holtzmanvogel.com
Michael Beato (FBN 1017715)
mbeato@holtzmanvogel.com
zbennington@holtzmanvogel.com
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St. Suite 500
Tallahassee, FL 32301
(850) 270-5938

Bradley R. McVay (FBN 79034)
brad.mcvay@dos.fl.gov
Joseph S. Van de Bogart (FBN 84764)
joseph.vandebogart@dos.fl.gov
Ashley Davis (FBN 48032)
ashley.davis@dos.fl.gov
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building
500 South Bronough Street
Tallahassee, FL 32399
(850) 245-6536

*Counsel for the Secretary*

| | */s/ Daniel Nordby* |
|---|---|
| CARLOS REY (FBN 11648) | RICKY L. POLSTON (FBN 648906) |
| **FLORIDA SENATE** | DANIEL E. NORDBY (FBN 14588) |
| 404 South Monroe Street | DENISE M. HARLE (FBN 81977) |
| Tallahassee, Florida 32399 | TARA R. PRICE (FBN 98073) |
| (850) 487-5855 | ALYSSA L. CORY (FBN 118150) |
| *Rey.Carlos@flsenate.gov* | KASSANDRA S. REARDON (FBN 1033220) |
| | **SHUTTS & BOWEN LLP** |
| | 215 South Monroe Street, Suite 804 |
| | Tallahassee, Florida 32301 |

3

>(850) 241-1717
>*RPolston@shutts.com*
>*DNordby@shutts.com*
>*DHarle@shutts.com*
>*TPrice@shutts.com*
>*ACory@shutts.com*
>*KReardon@shutts.com*

*Counsel for Florida Senate President Ben Albritton, in his official capacity*

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned counsel has conferred with counsel for all other parties and is authorized to represent that the parties agree on the resolution of this motion.

>*/s/ Daniel Nordby*_____
>Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2025, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

>*/s/ Daniel Nordby*_____
>Attorney

4