# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

KÉTO NORD HODGES, *et al.*,

   *Plaintiffs,*

v.                                                                               Case No. 8:24-cv-879

BEN ALBRITTON, *etc., et al.,*

   *Defendants.*

_____/

## DEFENDANTS' OBJECTIONS TO PLAINTIFFS' EXHIBIT LIST

_____ **Government**       _____ **Plaintiff**       _____**Defendant**       _____**Court**

**Joint Defendants' Objection Key**: R- Relevance; H- Hearsay; F- Foundation; A-Authentication; C-Completeness; IO-Impeachment Only Ok

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 1. | | | | Use All Parties' Jt. Ex. 1 | 2021-09-20 Reapportionment Committee Transcript P-000055-P-000138 |
| 2. | | | | Use All Parties' Jt. Ex. 4 | 2021-10-11 Reapportionment Committee Transcript P-000229-P-000363 |
| 3. | | | | Use All Parties' Jt. Ex. 7 | 2021-10-18 Reapportionment Committee Transcript P-001682-P-001704 |
| 4. | | | Ferrin, Warren | H, R, F | 2021-11-16 Congressional Reapportionment Subcommittee Transcript P-000480-P-000547 |
| 5. | | | | Use All Parties' Jt. Ex. 10 | 2021-11-17 Legislative Reapportionment Subcommittee Transcript P-000649-P-000683 |
| 6. | | | | Use All Parties' Jt. Ex. 14 | 2021-11-29 Legislative Reapportionment Subcommittee Transcript P-000797-P-000808 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 7. | | | Ferrin | H, R, F | 2022-01-10 Congressional Reapportionment Subcommittee Transcript P-001705-P-001724 |
| 8. | | | | Use All Parties' Jt. Ex. 16 | 2022-01-10 Legislative Reapportionment Subcommittee Transcript P-000939-P-000987 Ferrin Dep. Ex. 11 |
| 9. | | | | Use All Parties' Jt. Ex. 19 | 2022-01-13 Reapportionment Committee Transcript P-001725-P-001776 |
| 10. | | | | Use All Parties' Jt. Ex. 22 | 2022-01-19 Senate Session Transcript P-001777-P-001805 |
| 11. | | | | Use All Parties' Jt. Ex. 23 | 2022-01-20 Senate Session Transcript P-001806-P-001820 |
| 12. | | | Driskell | H, R, F | 2022-02-02 House Session Transcript P-1850-P-1889 |
| 13. | | | | Use All Parties' Jt. Ex. 24 | 2022-02-03 Senate Session Transcript P-001821-P-001824 |
| 14. | | | | Use All Parties' Jt. Ex. 2 | 2021-09-20 Reapportionment Committee Meeting Packet P-000007-P-000049 |
| 15. | | | | Use All Parties' Jt. Ex. 5 | 2021-10-11 Reapportionment Committee Meeting Packet P-000156-P-000225 |
| 16. | | | | * | 2021-10-18 Rodrigues Memo re Committee Directives P-000002-P-000004 Ferrin Dep. Ex. 02 |
| 17. | | | | Use All Parties' Jt. Ex. 8 | 2021-10-18 Reapportionment Committee Meeting Packet P-000388 |
| 18. | | | | * | 2021-11-08 Rodrigues Memo re Important Updates |
| 19. | | | | * | 2021-11-10 Ferrin Memo re Staff-Produced Maps P-000005-P-000006 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 20. | | | Ferrin, Warren | H, R, F | 2021-11-16 Congressional Reapportionment Subcommittee Meeting Packet P-000393-P-000476 |
| 21. | | | Ferrin, Warren | H, R, F | 2021-11-16 Congressional Reapportionment Subcommittee Video |
| 22. | | | | Use All Parties' Jt. Ex. 11 | 2021-11-17 Legislative Reapportionment Subcommittee Meeting Packet P-000563-P-000646 |
| 23. | | | | Use All Parties' Jt. Ex. 12 | 2021-11-17 Legislative Reapportionment Subcommittee Video SEN-0000991- |
| 24. | | | | * | 2021-11-24 Ferrin Memo re Additional Maps |
| 25. | | | Ferrin | H, R, F | 2021-11-29 Congressional Reapportionment Subcommittee Meeting Packet P-000684-P-000734 |
| 26. | | | | Use All Parties' Jt. Ex. 15 | 2021-11-29 Legislative Reapportionment Subcommittee Meeting Packet P-000739-P-000791 |
| 27. | | | | * | 2021-12-08 Rodrigues Memo re Reapportionment Update |
| 28. | | | Ferrin | H, R, F | 2022-01-10 Congressional Reapportionment Subcommittee Meeting Packet P-000809-P-000870 |
| 29. | | | | Use All Parties' Jt. Ex. 17 | 2022-01-10 Legislative Reapportionment Subcommittee Meeting Packet P-000876-P-000932 |
| 30. | | | | Use All Parties' Jt. Ex. 18 | 2022-01-10 Legislative Reapportionment Subcommittee Video SEN-0000995- |
| 31. | | | | Use All Parties' Jt. Ex. 20 | 2022-01-13 Reapportionment Committee Meeting Packet P-000988-P-001633 |
| 32. | | | | Use All Parties' Jt. Ex. 21 | 2022-01-13 Reapportionment Committee Video SEN-0000989- |
| 33. | | | Ferrin, Warren | F, H, R | 2022-01-16 Newman Plan 79 Suggestion Form |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 34. | | | Ferrin, Warren | F, H, R | 2022-02-14 Newman Plan 94 Suggestion Form |
| 35. | | | Ferrin, Warren | F, H, R | 2022-04-13 Kelly Plan 109 Suggestion Form |
| 36. | | | Ferrin, Warren | F, H, R | 2022-04-13 Rodrigues Memo re DeSantis Map Submission |
| 37. | | | | F, H, R | 2015-11-23 LWV v. Detzner, Plfs' Withdrawal of Certain Proposed Alternative Remedial Plans |
| 38. | | | | F, H, R | 2015-12-13 LWV v. Detzner, Jt. Stip. re Minority Districts |
| 39. | | | | F, H, R | 2015-12-30 LWV v. Detzner, Final Judgment |
| 40. | | | | A, F, H, R | 2015-08-14 Dep't of State Directive 2015-02 Matthews Dep. Ex. 2 |
| 41. | | | | * | Stipulation re 2015 Plans |
| 42. | | | | * | Senate's Responses to Plfs' First Set of Requests for Admission Ferrin Dep. Ex. 04 |
| 43. | | | | * | Senate's Responses to Plfs' First Set of Interrogatories |
| 44. | | | | * | Senate's Responses to Plfs' Send Set of Interrogatories |
| 45. | | | | * | Senate's Responses to Plfs' Third Set of Interrogatories |
| 46. | | | | * | Secretary's Reponses to Plfs' Second Set of Interrogatories |
| 47. | | | | * | Secretary's Reponses to Plfs' Third Set of Interrogatories |
| 48. | | | | * | Secretary's Responses to Plfs' First Set of RFAs Mathews Dep. Ex. 5 |
| 49. | | | | * | Secretary's Responses to Plfs' First Set of Interrogatories Mathews Dep. Ex. 6 |
| 50. | | | | H, IO | Adkins Transcript |
| 51. | | | | H, IO | Barreto Deposition Transcript |
| 52. | | | | H, IO | Ferrin Deposition Transcript |
| 53. | | | | * | Isbell Deposition Transcript |
| 54. | | | | H, IO | Matthews Deposition Transcript |
| 55. | | | | H, IO | McCartan Deposition Transcript |
| 56. | | | | H, R, IO | Plf Azis Deposition Transcript |
| 57. | | | | H, IO | Plf El-Amin Deposition Transcript |
| 58. | | | | H, IO | Plf Nord Deposition Transcript |
| 59. | | | | H, IO | Plf Seymour Deposition Transcript |
| 60. | | | | H, IO | Trende Deposition Transcript |
| 61. | | | | H, IO | Voss Deposition Transcript |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 62. | | | | * | Warren Deposition Transcript |
| 63. | | | Barreto | H | P063 Barreto Report |
| 64. | | | Barreto | H | P064 Barreto Rebuttal Report |
| 65. | | | McCartan | H | P065 McCartan Report |
| 66. | | | McCartan | * | P066 McCartan Instructions |
| 67. | | | Barreto | * | Barreto Report Fig. 1 |
| 68. | | | Barreto | * | Barreto Report Fig. 2 |
| 69. | | | Barreto | * | Barreto Report Fig. 3 |
| 70. | | | Barreto | * | Barreto Report Fig. 4 |
| 71. | | | Barreto | * | Barreto Report Fig. 5 |
| 72. | | | Barreto | * | Barreto Report Fig. 6 |
| 73. | | | Barreto | * | Barreto Report Fig. 7 |
| 74. | | | Barreto | * | Barreto Report Fig. 8 |
| 75. | | | Barreto | * | Barreto Report Fig. 9 |
| 76. | | | Barreto | * | Barreto Report Fig. 10 |
| 77. | | | Barreto | * | Barreto Report Fig. 11 |
| 78. | | | Barreto | * | Barreto Report Fig. 12 |
| 79. | | | Barreto | * | Barreto Report Fig. 13 |
| 80. | | | Barreto | * | Barreto Report Fig. 14 |
| 81. | | | Barreto | * | Barreto Report Fig. 15 |
| 82. | | | Barreto | * | Barreto Report Fig. 16 |
| 83. | | | Barreto | * | Barreto Report Tbl. 1 |
| 84. | | | Barreto | * | Barreto Report Tbl. 2 |
| 85. | | | Barreto | * | Barreto Report Tbl. 3 |
| 86. | | | Barreto | * | Barreto Report Tbl. 4, pt. 1 |
| 87. | | | Barreto | * | Barreto Report Tbl. 4, pt. 2 |
| 88. | | | Barreto | * | Barreto Report Tbl. 5 |
| 89. | | | Barreto | * | Barreto Report Tbl. 6A |
| 90. | | | Barreto | * | Barreto Report Tbl. 6B, pt. 1 |
| 91. | | | Barreto | * | Barreto Report Tbl. 6B, pt. 2 |
| 92. | | | Barreto | * | Barreto Report Tbl. 6B. pt. 3 |
| 93. | | | Barreto | * | Barreto Common Cause Report Fig. B16 |
| 94. | | | Barreto | * | Barreto Common Cause Report Fig. B17 |
| 95. | | | Barreto | * | Barreto Rebuttal App'x A, pt. 1 |
| 96. | | | Barreto | * | Barreto Rebuttal App'x A, pt. 2 |
| 97. | | | McCartan | * | McCartan Report Fig. 1 Enacted Plan |
| 98. | | | McCartan | * | McCartan Report Fig. 2 Plan A |
| 99. | | | McCartan | * | McCartan Report Fig. 3 Plan B |
| 100. | | | McCartan | * | McCartan Report Fig. 4 Plan C |
| 101. | | | McCartan | * | McCartan Report Fig. 5 |
| 102. | | | McCartan | * | McCartan Report Fig. 6 |
| 103. | | | McCartan | * | McCartan Report Fig. 7 |
| 104. | | | McCartan | * | McCartan Report Fig. 8 |
| 105. | | | McCartan | * | McCartan Report Fig. 9 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 106. | | | McCartan | * | McCartan Report Fig. 10 |
| 107. | | | McCartan | * | McCartan Report Fig. 11 |
| 108. | | | McCartan | * | McCartan Report Fig. 12 |
| 109. | | | McCartan | * | McCartan Report Fig. 13 |
| 110. | | | | H | Adkins Report Adkins Dep. Ex. 2 |
| 111. | | | | * | Adkins CV Adkins Dep. Ex. 1 |
| 112. | | | Adkins | A, F, H | Adkins Dep. Ex. 3, Fair Districts Text |
| 113. | | | Adkins | A, F, H | Adkins Dep. Ex. 4, Fair Districts Petition Form |
| 114. | | | | H | Trende Report Trende Dep. Ex. 1 |
| 115. | | | | H | Voss Report Voss Dep. Ex. 2 |
| 116. | | | | * | Voss CV Voss Dep. Ex. 1 |
| 117. | | | Voss | A, C, F, R | Voss Dep. Ex. 3, Florida Constitution |
| 118. | | | Voss | H, R | Voss Dep. Ex. 6, Assessment re Graham v. Adams |
| 119. | | | Klas | F, H, R | 2015-10-13 Bradenton Herald, Top Democrat releases first proposed redistricting map for Florida Senate |
| 120. | | | | F, H, R | 2015-10-20 FlaPol, 2 more maps filed for Senate redistricting |
| 121. | | | Klas | F, H, R | 2015-10-21 Times, Bill Galvano offers a new map and alternative plan for choosing who avoids re-election |
| 122. | | | Klas | F, H, R | 2015-10-21 Times, Galvano picks a map and offers up new idea for deciding who avoids reelection |
| 123. | | | | F, H, R | 2015-10-22 Tampa Tribune, Senate Maps Need Not Be Color Coded |
| 124. | | | | F, H, R | 2015-10-23 News-Press, Redistricting could lead to new races |
| 125. | | | | F, H, R | 2015-10-23 Tampa Tribune, Senators Still Pitching Maps to Settle Districts |
| 126. | | | | F, H, R | 2015-10-24 News-Press, Court-Ordered Redistricting Could Put All Senate Seats on Ballot |
| 127. | | | | F, H, R | 2015-10-26 FlaPol, Oscar Braynon files five more Senate maps |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 128. | | | Ogles, Warren | F, H, R | 2021-11-17 FlaPol, Can SD 19 lines shift to only Hillsborough and still remain a minority district |
| 129. | | | Ogles, Warren | F, H, R | 2021-11-17 FlaPol Tweet, Can SD 19 move to Hillsborough and still remain a minority district |
| 130. | | | Klas, Warren | F, H, R | 2021-11-17 Herald, Experts challenge Senate maps in Tampa region |
| 131. | | | Klas, Warren | F, H, R | 2021-11-18 Times, Florida Senate maps of Tampa Bay district draw complaints from experts |
| 132. | | | Ogles | F, H, R | 2022-01-10 FlaPol, Florida Senate prepares for major week in redistricting saga P-001839-P-001844 |
| 133. | | | | F, H, R | 2022-01-22 Times, A Senate district is split by Tampa Bay. Black organizers ask if it's time to change |
| 134. | | | | * | 2021-09-02 Emails Ausley Warren NORD-NW 18418-NORD-NW 18420 |
| 135. | | | | * | 2021-10-13 Emails Warren Grimes Gross Prison Gerrymandering Inquiry SOS_Hodges_0000215-SOS_Hodges_0000216 |
| 136. | | | | * | 2021-10-14 Emails Warren Grimes Prison Gerrymandering Inquiry SOS_Hodges_0000218-SOS_Hodges_0000220 |
| 137. | | | | * | 2021-10-14 Emails Warren Grimes Gross Prison Gerrymandering Inquiry SOS_Hodges_0000221-SOS_Hodges_0000223 |
| 138. | | | | * | 2021-10-18 Emails Warren Grimes Gross Prison Gerrymandering Inquiry  SOS_Hodges_0000225--SOS_Hodges_0000227 |
| 139. | | | | * | 2021-10-18 Email Warren, Grimes, Gross Prison Gerrymandering Inquiry SOS_Hodges_0000228--SOS_Hodges_0000231 |
| 140. | | | | * | 2021-10-18 Emails Grimes Warren Prison Gerrymandering Inquiry |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| | | | | | SOS_Hodges_0000232--SOS_Hodges_0000235 |
| 141. | | | | * | 2021-10-19 Email Toman Warren Great to Meet SOS_Hodges_0000236- |
| 142. | | | | * | 2021-10-20 Email Warren Grimes Gross Prison Gerrymandering questions SOS_Hodges_0000237--SOS_Hodges_0000238 |
| 143. | | | | * | 2021-10-20 Emails Grimes Warren Gross Prison gerrymandering questions SOS_Hodges_0000239--SOS_Hodges_0000241 |
| 144. | | | | * | 2021-10-20 Email Warren Grimes Prison Gerrymandering questions SOS_Hodges_0000242--SOS_Hodges_0000244 |
| 145. | | | | * | 2021-10-20 Email Warren Toman Great to Meet SOS_Hodges_0000245--SOS_Hodges_0000246 |
| 146. | | | | * | 2021-11-11 Email Warren to Florida Redistricting P-001655 |
| 147. | | | | * | 2021-11-11 Plan 42 Suggestion Form P-001666-67 |
| 148. | | | | * | 2021-11-15 Email Toman Warren Reapportionment Maps SOS_Hodges_0000287 |
| 149. | | | | * | 2021-11-15 Email Warren Toman Reapportionment Maps SOS_Hodges_0000288 |
| 150. | | | | * | 2021-11-15 Email Warren Toman Reapportionment Maps SOS_Hodges_0000289--SOS_Hodges_0000290 |
| 151. | | | | * | 2021-11-15 Email Warren Toman Reapportionment Maps SOS_Hodges_0000291--SOS_Hodges_0000292 |
| 152. | | | | * | 2021-11-15 Email Warren Toman Reapportionment Maps SOS_Hodges_0000293--SOS_Hodges_0000294 |
| 153. | | | | * | 2021-11-16 Email Toman Warren Reapportionment Maps |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| | | | | | SOS_Hodges_0000301--SOS_Hodges_0000303 |
| 154. | | | | * | 2021-11-16 Email Warren Bradley Congressional map submissions SOS_Hodges_0000304-SOS_Hodges_0000304 |
| 155. | | | | * | 2021-11-16 Warren Appearance Card P-000477 |
| 156. | | | | * | 2021-11-17 Email Betta to Schorch Question/Clarification SEN-0003291 |
| 157. | | | | * | 2021-11-17 Email Betta to Schorch re Question/Clarification SEN-0003288-SEN-0003289 |
| 158. | | | | * | 2021-11-17 Email Heffley to Warren SEN-0004248-SEN-0004249 |
| 159. | | | | H | 2021-11-17 Email Warren to Cassels P-001653 |
| 160. | | | | * | 2021-11-17 Warren Appearance Card P-000647 |
| 161. | | | | H | 2021-11-18 Email Warren to Cassels P-001654 |
| 162. | | | | * | 2021-11-22 Email Warren Grimes Next redistricting committee meetings SOS_Hodges_0000307 |
| 163. | | | | * | 2021-11-22 Email Warren Grimes Next redistricting committee meetings SOS_Hodges_0000308--SOS_Hodges_0000309 |
| 164. | | | | * | 2021-11-22 Rodrigues Memo re Appearance Forms SOS_Hodges_0002909 Ferrin Dep. Ex. 14 |
| 165. | | | | * | 2021-11-24 Letter Bailey to Senate P-001657 Ferrin Dep. Ex. 15 |
| 166. | | | | * | 2021-12-08 Letter Warren to Senate SOS_Hodges_0000310 Ferrin Dep. Ex. 16 |
| 167. | | | | * | 2022-01-23 Messages Warren Grimes |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
|  |  |  |  |  | SOS_Hodges_0000311 |
| 168. |  |  | Warren | F, R | 2024-04-10 Email Betta to Fineout Malave SEN-0003271 |
| 169. |  |  | Warren | F, R | 2024-04-24 Email Rey to Warren SEN-0003272-SEN-0003273 |
| 170. |  |  | Warren | Email- F, R letter- none | 2021-11-22 Email Betta to Mears Rojas SEN-0001661-SEN-0001663 |
| 171. |  |  | Ferrin, Warren | F | 2021-11-29 Email Morris to Rojas Ferrin SEN-0001676-SEN-0001677 |
| 172. |  |  | Warren | F | 2021-11-29 Email Rojas to Mears Betta Nordby SEN-0001629-SEN-0001630 Ferrin Dep. Ex. 17 |
| 173. |  |  | Ferrin, Warren | F | 2021-12-09 Email Kulavic to Rojas Ferrin SEN-0001679-SEN-0001680 |
| 174. |  |  | Warren | F | 2021-12-09 Email Rojas to Mears Betta SEN-0001626-SEN-0001627 |
| 175. |  |  |  | A, F, H, R | Matthews Dep. Ex. 4, BVM v. Byrd - Jt. Stip. to Narrow Issues for Resolution |
| 176. |  |  |  | A, C, F, H, R | Matthews Dep. Ex. 3, Common Cause v. Byrd - Trial Transcript Excerpt |
| 177. |  |  |  | F, H, R | 2024-10-01 Nordby Email re Deposition Dates |
| 178. |  |  |  | * | Senate's Answer and Affirmative Defenses |
| 179. |  |  |  | * | Secretary's Answer and Affirmative Defenses |
| 180. |  |  |  | A, F, R | Complaint Fig. 1, Enacted Plan |
| 181. |  |  |  | A, F, R | Complaint Fig. 4, Caldwell Plan |
| 182. |  |  |  | R | Ferrin Dep. Ex. 1, Senate 30(b)(6) Notice of Deposition |
| 183. |  |  |  | A, F, H, R | Ferrin Dep. Ex. 12, Historical Maps, p. 4 |
| 184. |  |  |  | A, F, H, R | Ferrin Dep. Ex. 19, 2022 Redistricting Process Timeline |
| 185. |  |  | Warren | A, F, H, R | 2020-08-31 Email Ethics & Elections A.A. Applications SEN-0007390 |
| 186. |  |  | Warren | A, F, H, R | 2021-11-18 Email Morgan to Whitaker SEN-0007236-0007238 |
| 187. |  |  | Warren | A, C, F, H, R | 2021-09-08 Email Ramirez SEN-0007239-0007240 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 188. | | | Warren | A, F, H, R, C | 2021-09-01 Email McKee to Ramirez SEN-0007241 |
| 189. | | | Warren | A, F, H, R | 2021-08-27 Dream Defenders Governor's Supp. Briefing Attachment to Email SEN-0007242-0007248 |
| 190. | | | Warren | A, F, H, R | 2021-08-27 Dream Defenders Williams' Supp. Briefing Attachment to Email SEN-0007249-0007256 |
| 191. | | | Warren | A, F, H, R | 2021-08-27 Dream Defenders Plfs' Sentence Diagrams Attachment to Email SEN-0007257-0007264 |
| 192. | | | Warren | A, F, H, R | 2024-04-05 Email Warren to Rey SEN-0005938-0005939 |