## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### Tampa Division

**KÉTO NORD HODGES, et al.,**

    *Plaintiffs*,

**vs.**

                         **Case No. 8:24-cv-879-CEH-TPB-ALB**

**BEN ALBRITTON, in his official capacity as President of the Florida Senate, *et al.*,**

    *Defendants*.

## DEFENDANTS' JOINT EXHIBIT LIST

_____Government    _____ Plaintiff    _____Defendant    _____Court

Key to Plaintiffs' objections: H = Hearsay; R = Relevance; A = Authenticity; D = Failed to disclose (FRCP 37(c)(1)); F= Foundation; P = Probative value substantially outweighed by dangers enumerated in FRE 403; DEM = Improper under FRE 107 & 1006.

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 1. | | | Jarvis El-Amin<br>Keto Nord Hodges<br>Meiko Seymour | * | Plaintiffs' Rule 26 Initial Disclosures<br>Depo Ex. |
| 2. | | | Jarvis El-Amin<br>Keto Nord Hodges<br>Meiko Seymour | * | Plaintiffs' First Supplement to Rule 26 Initial Disclosures |
| 3. | | | Jarvis El-Amin | * | Deposition Transcript of Jarvis El-Amin (impeachment) |
| 4. | | | Matthew Barreto, Ph.D. | * | Deposition Transcript of Matthew Barreto, Ph.D. (impeachment) |
| 5. | | | Matthew Barreto, Ph.D. | * | CV of Matthew Barreto |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 6. | | | Jay Ferrin<br>Cory McCartan, Ph.D. | H | 10.18.21 Memo from J. Ferrin to Senator Rodrigues re: Committee Directives to Staff on Map-Drawing<br>JF Ex. 2<br>CM Ex. 6 |
| 7. | | | Jay Ferrin (Corp. Rep.) | H | 01.19.22 Florida Senate Committee Meeting Regular Session Floor Debate transcript<br>Ex. 5 |
| 8. | | | Jay Ferrin (Corp. Rep.) | H | 01.13.22 Senate Committee on Reapportionment transcript<br>Ex. 6 |
| 9. | | | Jay Ferrin (Corp. Rep.) | H | 11.17.21 Senate Select Subcommittee on Legislative Reapportionment transcript<br>Ex. 7 |
| 10. | | | Jay Ferrin (Corp. Rep.) | * | 2016-2022 Florida State Senate Districts packet<br>Ex. 9 |
| 11. | | | Jay Ferrin (Corp. Rep.) | * | 2022 Florida State Senate Districts packet<br>Ex. 10 |
| 12. | | | Jay Ferrin (Corp. Rep.) | H | 11.22.21 memo to all Senators from Senator Rodrigues re: Misleading Committee Appearance Forms<br>Ex. 14 |
| 13. | | | Jay Ferrin (Corp. Rep.)<br>Nicholas Warren | * | 11.24.21 letter to Senator Rodrigues from Kirk Bailey re: Committee Appearance Forms re: Nicholas Warren<br>JF Ex. 15 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 14. | | | Jay Ferrin (Florida Senate) Nicholas Warren | * | 12.08.21 letter to the Florida Senate from Nicholas L.V. Warren JF Ex. 16 |
| 15. | | | Keto Nord Hodges | * | Deposition Transcript of Keto Nord Hodges (impeachment) |
| 16. | | | Keto Nord Hodges | R, D | 11.09.2012 Blog Ex. 3 |
| 17. | | | Matthew Isbell | R | Deposition Transcript of Matthew Isbell |
| 18. | | | Matthew Isbell | R | Video Recording of Deposition of Matthew Isbell |
| 19. | | | Matthew Isbell | R, H, D | Text messages with Allison Tant Ex. 4 |
| 20. | | | Matthew Isbell | R, H, D | Messages with Joe Dye Ex. 5 |
| 21. | | | Matthew Isbell | R, H, D | Summary of phone call with Christian Ulvert and Lauren Book Ex. 6 |
| 22. | | | Matthew Isbell | R, H, D | Summary of meeting with Jena Kingery and Dan Newman Ex. 7 |
| 23. | | | Matthew Isbell | R, H, D | Group text with Dan Newman and Jena Kingery Ex. 8 |
| 24. | | | Matthew Isbell | R, H, D | Texts with Dan Newman Ex. 9 |
| 25. | | | Matthew Isbell | R, H, D | Texts with Drew Shannon Ex. 10 |
| 26. | | | Matthew Isbell | R, H, D | Texts with Jena Kingery Ex. 11 |
| 27. | | | Matthew Isbell | R, H, D | POP Redistricting email Ex. 12 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 28. | | | Matthew Isbell | R, H, D | Matt Isbell Redistricting Insights Ex. 13 |
| 29. | | | Matthew Isbell | R, H, D | Messages with Matt Dixon Ex. 14 |
| 30. | | | Matthew Isbell | R, H, D | Texts with Marc Caputo Ex. 15 |
| 31. | | | Matthew Isbell | R, H, D | Messages with Nathaniel Rakich Ex. 16 |
| 32. | | | Matthew Isbell | R, H, D | Messages with Andrew Pantazi Ex. 17 |
| 33. | | | Matthew Isbell | R, H, D | Emails with Matt Dixon re: Senate maps today Ex. 18 |
| 34. | | | Matthew Isbell | R, H, A, D | Texts with Steven Lemongello SOS_Hodges_0000081 |
| 35. | | | Matthew Isbell | R, H, A, D | Messages with Steven Lemongello SOS_Hodges_0000001 |
| 36. | | | Matthew Isbell | R, H, A, D | Texts with Mary Ellen Klas SOS_Hodges_0000072-SOS_Hodges_0000073 |
| 37. | | | Matthew Isbell | R, H, A, D | Messages with Mary Ellen Klas SOS_Hodges_0000002 |
| 38. | | | Matthew Isbell | R, H, A, D | Messages with Bianca Padro Ocasio SOS_Hodges_0000003 |
| 39. | | | Matthew Isbell | R, H, A, D | Messages with Reporter McCabe SOS_Hodges_0000004 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 40. | | | Matthew Isbell | R, H, A, D | Messages with Tallahassee Democrat SOS_Hodges_0000005 |
| 41. | | | Matthew Isbell | R, H, A, D | Messages with Valerie Crowder SOS_Hodges_0000006 |
| 42. | | | Matthew Isbell | R, H, A, D | Messages with William Hatfield SOS_Hodges_0000007 |
| 43. | | | Matthew Isbell | R, H, A, D | Messages with Jeffrey Schweers SOS_Hodges_0000011 |
| 44. | | | Matthew Isbell | R, H, A, D | Messages with Gary Fineout SOS_Hodges_0000012-SOS_Hodges_0000013 |
| 45. | | | Matthew Isbell | R, H, A, D | Messages with Peter Schorsch SOS_Hodges_0000014-SOS_Hodges_0000016 |
| 46. | | | Matthew Isbell | R, H, A, D | Messages with Skip Foster SOS_Hodges_0000017 |
| 47. | | | Matthew Isbell | R, H, A, D | Messages with Jacob Ogles SOS_Hodges_0000047-SOS_Hodges_0000055 |
| 48. | | | Matthew Isbell | R, H, A, D | Messages with Jim Rosica SOS_Hodges_0000060 |
| 49. | | | Matthew Isbell | R, H, A, D | Texts with Mike Vasilinda SOS_Hodges_0000061 |
| 50. | | | Matthew Isbell | R, H, A, D | Texts with Colby Itkowitz SOS_Hodges_0000062 |
| 51. | | | Matthew Isbell | R, H, A, D | Texts with Dexter Filkins SOS_Hodges_0000063 |
| 52. | | | Matthew Isbell | R, H, A, D | Texts with Will McDuffie SOS_Hodges_0000065 |
| 53. | | | Matthew Isbell | R, H, A, D | Texts with Steve Contorno SOS_Hodges_0000066 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 54. | | | Matthew Isbell | R, H, A, D | Texts with Lori Rozsa SOS_Hodges_0000067 |
| 55. | | | Matthew Isbell | R, H, A, D | Texts with Bianca Padro Ocasio SOS_Hodges_0000068 |
| 56. | | | Matthew Isbell | R, H, A, D | Texts with Gary Fineout SOS_Hodges_0000069 |
| 57. | | | Matthew Isbell | R, H, A, D | Texts with John Kennedy SOS_Hodges_0000070 |
| 58. | | | Matthew Isbell | R, H, A, D | Texts with Windy March SOS_Hodges_0000071 |
| 59. | | | Matthew Isbell | R, H, A, D | Texts with Valerie Crowder SOS_Hodges_0000074-SOS_Hodges_0000080 |
| 60. | | | Matthew Isbell | R, H, A, D | Email with Valerie Crowder SOS_Hodges_0000084 |
| 61. | | | Matthew Isbell | R, H, A, D | Email with Mark Harper SOS_Hodges_0000085-SOS_Hodges_0000087 |
| 62. | | | Matthew Isbell | R, H, A, D | Email with Jeffrey Schweers SOS_Hodges_0000088 |
| 63. | | | Matthew Isbell | R, H, A, D | Email with Aaron Zitner SOS_Hodges_0000089-SOS_Hodges_0000090 |
| 64. | | | Matthew Isbell | R, H, A, D | Email with Stephanie Murphy SOS_Hodges_0000091 |
| 65. | | | Matthew Isbell | R, H, A, D | Email with William Hatfield SOS_Hodges_0000092-SOS_Hodges_0000098 |
| 66. | | | Matthew Isbell | R, H, A, D | Email with John Kennedy SOS_Hodges_0000099 |
| 67. | | | Matthew Isbell | R, H, A, D | Email with Matthew Dixon SOS_Hodges_0000100-SOS_Hodges_0000102 |
| 68. | | | Matthew Isbell | R, H, A, | Email appointment with Phil Ammann |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| | | | | D | SOS_Hodges_0000103-SOS_Hodges_0000104 |
| 69. | | | Matthew Isbell | R, H, A, D | Email appointment with Peter Schorsch SOS_Hodges_0000105-SOS_Hodges_0000106 |
| 70. | | | Matthew Isbell | R, H, A, D | Email with Michael Leahy SOS_Hodges_0000107 |
| 71. | | | Matthew Isbell | R, H, A, D | Emails with Jeffrey Schweers SOS_Hodges_0000108-SOS_Hodges_0000109 |
| 72. | | | Matthew Isbell | R, H, A, D | Email with Trimmel Gomes SOS_Hodges_0000110-SOS_Hodges_0000111 |
| 73. | | | Matthew Isbell | R, H, A, D | Email with William March SOS_Hodges_0000112 |
| 74. | | | Matthew Isbell | R, H, A, D | Email with William March SOS_Hodges_0000113 |
| 75. | | | Matthew Isbell | R, H, A, D | Email with Jacob Ogles SOS_Hodges_0000114 |
| 76. | | | Matthew Isbell | R, H, A, D | Email with Matt Dixon SOS_Hodges_0000115 |
| 77. | | | Matthew Isbell | R, H, A, D | Email with Reid Wilson SOS_Hodges_0000116 |
| 78. | | | Matthew Isbell | R, H, A, D | Email with Jami Sims SOS_Hodges_0000117-SOS_Hodges_0000123 |
| 79. | | | Matthew Isbell | R, H, A, D | Email with Steven Contorno SOS_Hodges_0000124 |
| 80. | | | Matthew Isbell | R, H, A, D | Email with Bianca Padro SOS_Hodges_0000125 |
| 81. | | | Matthew Isbell | R, H, A, D | Email with Steven Lemongello SOS_Hodges_0000126 |
| 82. | | | Matthew Isbell | R, H, A, | Email with Matt Dixon |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| | | | | | SOS_Hodges_0000127-SOS_Hodges_0000131 |
| 83. | | | Matthew Isbell | R, H, A, D | Email with Valerie Crowder SOS_Hodges_0000132 |
| 84. | | | Matthew Isbell | R, H, A, D | Email with Valerie Crowder SOS_Hodges_0000133 |
| 85. | | | Matthew Isbell | R, H, A, D | Email with Craig Kopp SOS_Hodges_0000134 |
| 86. | | | Matthew Isbell | R, H, A, D | Email with Colby Itkowitz SOS_Hodges_0000135 |
| 87. | | | Matthew Isbell | R, H, A, D | Email with Tony Winton SOS_Hodges_0000136 |
| 88. | | | Matthew Isbell | R, H, A, D | Email with Mark Harper SOS_Hodges_0000137-SOS_Hodges_0000138 |
| 89. | | | Matthew Isbell | R, H, A, D | Email with Joel Engelhardt SOS_Hodges_0000139 |
| 90. | | | Matthew Isbell | R, H, A, D | Email with Greg Allen SOS_Hodges_0000140-SOS_Hodges_0000141 |
| 91. | | | Matthew Isbell | R, H, A, D | Email with William March SOS_Hodges_0000142 |
| 92. | | | Matthew Isbell | R, H, A, D | Email with Steve Bousquet SOS_Hodges_0000143-SOS_Hodges_0000144 |
| 93. | | | Matthew Isbell | R, H, A, D | Email with Susan Ferrechio SOS_Hodges_0000145 |
| 94. | | | Matthew Isbell | R, H, A, D | Email with Joel Gardens SOS_Hodges_0000146 |
| 95. | | | Matthew Isbell | R, H, A, D | Email with Joel Engelhardt SOS_Hodges_0000147-SOS_Hodges_0000148 |
| 96. | | | Matthew Isbell | R, H, A, D | Email with Reid Wilson SOS_Hodges_0000149 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 97. | | | Matthew Isbell | R, H, A, D | Email with Steven Lemongello<br>SOS_Hodges_0000150-SOS_Hodges_0000151 |
| 98. | | | Matthew Isbell | R, H, A, D | Email with Patrik Jonsson<br>SOS_Hodges_0000152 |
| 99. | | | Matthew Isbell | R, H, A, D | Email with Kathryn Varn<br>SOS_Hodges_0000153 |
| 100. | | | Matthew Isbell | R, H, A, D | Email with Spencer Briggs<br>SOS_Hodges_0000154-SOS_Hodges_0000158 |
| 101. | | | Matthew Isbell | R, H, A, D | Email with Spencer Briggs<br>SOS_Hodges_0000159 |
| 102. | | | Matthew Isbell | R, H, A, D | Email with Jane Timm<br>SOS_Hodges_0000160 |
| 103. | | | Matthew Isbell | R, H, A, D | Email with William Hatfield<br>SOS_Hodges_0000161-SOS_Hodges_0000165 |
| 104. | | | Matthew Isbell | R, H, A, D | Email with William March<br>SOS_Hodges_0000166 |
| 105. | | | Matthew Isbell | R, H, A, D | Email with Pam Webb<br>SOS_Hodges_0000167-SOS_Hodges_0000168 |
| 106. | | | Matthew Isbell | R, H, A, D | Email with Breana Ross<br>SOS_Hodges_0000169-SOS_Hodges_0000171 |
| 107. | | | Matthew Isbell | R, H, A, D | Email with Spencer Briggs<br>SOS_Hodges_0000172-SOS_Hodges_0000174 |
| 108. | | | Matthew Isbell | R, H, A, D | Email with Zachary Anderson<br>SOS_Hodges_0000175 |
| 109. | | | Matthew Isbell | R, H, A, D | Senate 8058 BVAP Set<br>SOS_Hodges_0000176 |
| 110. | | | Matthew Isbell | R, H, A, D | Differences in Four State Senate Plans Released on November 11 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| | | | | | SOS_Hodges_0000177 |
| 111. | | | Matthew Isbell | R, H, A, D | Senate 8058 Shift in Margin from 2016-2020 President SOS_Hodges_0000178 |
| 112. | | | Matthew Isbell | R, H, A, D | Senate 8058 2018 Governor Vote by Senate Districts SOS_Hodges_0000179 |
| 113. | | | Matthew Isbell | R, H, A, D | 2020 Presidential Election by State Senate District (Plan 8010) SOS_Hodges_0000180 |
| 114. | | | Matthew Isbell | R, H, A, D | Florida Senate Districts 16 & 24 Sandbox SOS_Hodges_0000181 |
| 115. | | | Matthew Isbell | R, H, A, D | Florida Senate Districts 19 & 21 Sandbox SOS_Hodges_0000182 |
| 116. | | | Matthew Isbell | R, H, A, D | Florida State Senate Districts and Sandboxes SOS_Hodges_0000183 |
| 117. | | | Matthew Isbell | R, H, A, D | Draft State Senate Districts Plan 8010 SOS_Hodges_0000184 |
| 118. | | | Matthew Isbell | R, H, A, D | Proposed State Senate Districts 16, 17, 18, 19 SOS_Hodges_0000185 |
| 119. | | | Matthew Isbell | R, H, A, D | Proposed Fair Lines SOS_Hodges_0000186 |
| 120. | | | Matthew Isbell | R, H, A, D | Proposed Fair Lines CAD File SOS_Hodges_0000187 |
| 121. | | | Matthew Isbell | R, H, A, D | Proposed Fair Lines CAD File SOS_Hodges_0000188 |
| 122. | | | Matthew Isbell | R, H, A, D | Proposed Fair Lines CAD File SOS_Hodges_0000189 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 123. | | | Matthew Isbell | R, H, A, D | Proposed Fair Lines CAD File<br>SOS_Hodges_0000191 |
| 124. | | | Matthew Isbell | R, H, A, D | Draft Plans from FL Senate vs Alternative Plan<br>SOS_Hodges_0000192 |
| 125. | | | Matthew Isbell | R, H, A, D | Draft SD17 in Proposed State Senate, overlapped with 2020 Democratic Primary Racial Makeup<br>SOS_Hodges_0000193 |
| 126. | | | Matthew Isbell | R, H, A, D | Draft SD19 in State Senate Plan 8010, overlapped with 2020 Democratic Party Racial Makeup<br>SOS_Hodges_0000194 |
| 127. | | | Matthew Isbell | R, H, A, D | Draft State Senate District 19 under November 10th Plans<br>SOS_Hodges_0000195 |
| 128. | | | Matthew Isbell | R, H, A, D | Plan 8058, 2020 Presidential Vote by Senate Districts<br>SOS_Hodges_0000196 |
| 129. | | | Matthew Isbell | R, H, A, D | Isbell note regarding Shapefiles<br>SOS_Hodges_0000197 |
| 130. | | | Matthew Isbell Nicholas Warren | R, H, A, P, D | Full text messages b/w N. Warren and M. Isbell<br>SEN-0002662-SEN-0002934 |
| 131. | | | Matthew Isbell Nicholas Warren | R, H, P, D | Composite of messages b/w N. Warren and M. Isbell<br>MI Ex. 19<br>NW Ex. 6 |
| 132. | | | Cory McCartan, Ph.D. | * | Deposition Transcript of Cory McCartan, Ph.D. (impeachment) |
| 133. | | | Cory McCartan, Ph.D. | * | CV of Cory McCartan<br>Ex. 1 |

11

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 134. | | | Cory McCartan, Ph.D. | * | Benchmark Plan Map 2016-2022<br>Ex. 2 |
| 135. | | | Cory McCartan, Ph.D.<br>Nicholas Warren | * | Enacted Plan Map Jan. 13, 2022<br>CM Ex. 3<br>NW Ex. 7 |
| 136. | | | Cory McCartan, Ph.D. | * | McCartan Map A<br>Ex. 7 |
| 137. | | | Cory McCartan, Ph.D. | * | McCartan Map B<br>Ex. 8 |
| 138. | | | Cory McCartan, Ph.D. | * | McCartan Map C<br>Ex. 9 |
| 139. | | | Meiko Seymour | * | Deposition Transcript of Meiko Seymour (impeachment) |
| 140. | | | Nicholas Warren | R, H, P | 11.18.24 Deposition Transcript of Nicholas Warren |
| 141. | | | Nicholas Warren | R, H, D | 10.21.21 Email thread b/w N. Warren, D. Grimes, and K. Gross re: Prison Gerrymandering Inquiry<br>Ex. 1 |
| 142. | | | Nicholas Warren | R, H, D | 10.14.21 Email thread b/w N. Warren, and John Toman re: Great to Meet<br>Ex. 2 |
| 143. | | | Nicholas Warren | R, H, D | 11.16.21 Email thread b/w N. Warren and J. Toman re: Reapportionment Maps<br>Ex. 3 |
| 144. | | | Nicholas Warren | R, H, D | Warren appearance card<br>Ex. 5 |
| 145. | | | Nicholas Warren | R, H, D | Instant message b/w N. Warren and D. Grimes<br>Ex. 8 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| | | | | | |
| 146. | | | Nicholas Warren | R, H, D | Email with Loranne Ausley, 9/2/21, re: Rural N. Florida Voting Rights Outreach<br>SOS_Hodges_0003722-SOS_Hodges_0003724 |
| 147. | | | Nicholas Warren | R, H, D | Email with David Grimes, 10/13/21, re: Prison Gerrymandering Inquiry<br>SOS_Hodges_0000215-SOS_Hodges_0000216 |
| 148. | | | Nicholas Warren | R, H, D | Email appointment with David Grimes and Representative Driskell, 10/18/21<br>SOS_Hodges_0000217 |
| 149. | | | Nicholas Warren | R, H, D | Email with David Grimes, 10/14/21, re: Prison Gerrymandering Issue<br>SOS_Hodges_0000218-SOS_Hodges_0000220 |
| 150. | | | Nicholas Warren | R, H, D | Email with David Grimes, 10/14/21, re: Prison Gerrymandering Inquiry<br>SOS_Hodges_0000221-SOS_Hodges_0000223 |
| 151. | | | Nicholas Warren | R, H, D | Email with David Grimes, 10/18/21, re: Prison Gerrymandering Inquiry<br>SOS_Hodges_0000225-SOS_Hodges_0000227 |
| 152. | | | Nicholas Warren | R, H, D | Email with David Grimes, 10/18/21, re: Prison Gerrymandering Inquiry<br>SOS_Hodges_0000228-SOS_Hodges_0000231 |
| 153. | | | Nicholas Warren | R, H, D | Email with David Grimes, 10/18/21, re: Prison Gerrymandering Issue |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| | | | | | SOS_Hodges_0000232-SOS_Hodges_0000235 |
| 154. | | | Nicholas Warren | R, H, D | Email with John Toman, 10/19/21, "Great to Meet" SOS_Hodges_0000236 |
| 155. | | | Nicholas Warren | R, H, D | Email with David Grimes, 10/20/21, re: Prison Gerrymandering Questions SOS_Hodges_0000237-SOS_Hodges_0000238 |
| 156. | | | Nicholas Warren | R, H, D | Email with David Grimes, 10/20/21, re: Prison Gerrymandering Questions SOS_Hodges_0000239-SOS_Hodges_0000241 |
| 157. | | | Nicholas Warren | R, H, D | Email with David Grimes, 10/20/21, re: Prison Gerrymandering Questions SOS_Hodges_0000242-SOS_Hodges_0000244 |
| 158. | | | Nicholas Warren | R, H, D | Email with John Toman, 10/20/21, "Great to Meet" SOS_Hodges_0000245-SOS_Hodges_0000246 |
| 159. | | | Nicholas Warren | R, H, D | Map Text Files (.csv) SOS_Hodges_0000247 |
| 160. | | | Nicholas Warren | D | Email with Florida Redistricting, 11/11/21, re: Redistricting Plan Submitted SOS_Hodges_0000248 |
| 161. | | | Nicholas Warren | * | 2022 Redistricting Suggestion Form, N. Warren, 11/11/21 SOS_Hodges_0000249-SOS_Hodges_0000250 |
| 162. | | | Nicholas Warren | D | Email with Florida Redistricting, 11/11/21, re: Redistricting Suggestion |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| | | | | | Form – S8010 – Modified Tampa Bay<br>SOS_Hodges_0000251-SOS_Hodges_0000252 |
| 163. | | | Nicholas Warren | * | 2022 Redistricting Suggestion Form, N. Warren, S8010 Modified Tampa Bay, 11/11/21<br>SOS_Hodges_0000253-SOS_Hodges_0000254 |
| 164. | | | Nicholas Warren | R, D | Email with Florida Redistricting, 11/12/21, re: Redistricting Plan Submitted – C8002<br>SOS_Hodges_0000255 |
| 165. | | | Nicholas Warren | R | 2022 Redistricting Suggestion Form, N. Warren, 11/12/21<br>SOS_Hodges_0000256-SOS_Hodges_0000257 |
| 166. | | | Nicholas Warren | R, D | Email with Florida Redistricting, 11/12/21, re: Redistricting Plan Submitted – C8002 – Modified North-Central Fla<br>SOS_Hodges_0000258-SOS_Hodges_0000259 |
| 167. | | | Nicholas Warren | R | 2022 Redistricting Suggestion Form, 11/12/21<br>SOS_Hodges_0000260-SOS_Hodges_0000261 |
| 168. | | | Nicholas Warren | R, D | Email with Florida Redistricting, 11/12/21, Re: Redistricting Plan Submitted – C8002 – Whole Volusia Modified North-Central Fla<br>SOS_Hodges_0000262 |
| 169. | | | Nicholas Warren | R | 2022 Redistricting Suggestion Form, 11/12/21 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| | | | | | SOS_Hodges_0000263-SOS_Hodges_0000264 |
| 170. | | | Nicholas Warren | R, D | Email with Florida Redistricting, 11/12/21, Re: Redistricting Suggestion Form, C8002 – Whole Volusia Modified North-Central Fla SOS_Hodges_0000265 |
| 171. | | | Nicholas Warren | R | 2022 Redistricting Suggestion Form 11/12/21 SOS_Hodges_0000266-SOS_Hodges_0000267 |
| 172. | | | Nicholas Warren | R, D | Map Text Files (.CSV) SOS_Hodges_0000268 |
| 173. | | | Nicholas Warren | R, D | Email with Florida Redistricting, 11/13/21, Re: Redistricting Plan Submitted, CD20 Without Boynton Appendage SOS_Hodges_0000269 |
| 174. | | | Nicholas Warren | R | 2022 Redistricting Suggestion Form SOS_Hodges_0000270-SOS_Hodges_0000271 |
| 175. | | | Nicholas Warren | R, D | Email with Florida Redistricting, 11/13/21, Re: Redistricting Suggestion, CD20 Without Boynton Appendage SOS_Hodges_0000272 |
| 176. | | | Nicholas Warren | R, D | Map Text Files (.CSV) SOS_Hodges_0000275 |
| 177. | | | Nicholas Warren | R, D | Map Text Files (.CSV) SOS_Hodges_0000276 |
| 178. | | | Nicholas Warren | R, D | Map Text Files (.CSV) SOS_Hodges_0000277 |
| 179. | | | Nicholas Warren | R, D | Map Text Files (.CSV) |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| | | | | | SOS_Hodges_0000278 |
| 180. | | | Nicholas Warren | R, D | Map Text Files (.CSV) SOS_Hodges_0000279 |
| 181. | | | Nicholas Warren | R, D | Map Text Files (.CSV) SOS_Hodges_0000280 |
| 182. | | | Nicholas Warren | R, D | Email with Florida Redistricting, 11/14/21, Re: Redistricting Plan Submitted – C8002 Modified – South Fla Without Crossing the Glades SOS_Hodges_0000281 |
| 183. | | | Nicholas Warren | R | 2022 Redistricting Suggestion Form, N. Warren, 11/14/21 SOS_Hodges_0000282-SOS_Hodges_0000283 |
| 184. | | | Nicholas Warren | R, D | Email with Florida Redistricting, 11/14/21, Re: Redistricting Plan Submitted – C8002 Modified – South Fla Without Crossing the Glades SOS_Hodges_0000284 |
| 185. | | | Nicholas Warren | R, H, D | Email with John Toman, 11/15/21, Re: Reapportionment Maps SOS_Hodges_0000287 |
| 186. | | | Nicholas Warren | R, H, D | Email with John Toman, 11/15/21, Re: Reapportionment Maps SOS_Hodges_0000288 |
| 187. | | | Nicholas Warren | R, H, D | Email with John Toman, 11/15/21, Re: Reapportionment Maps SOS_Hodges_0000289-SOS_Hodges_0000290 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 188. | | | Nicholas Warren | R, H, D | Email with John Toman, 11/15/21, Re: Reapportionment Maps SOS_Hodges_0000291-SOS_Hodges_0000292 |
| 189. | | | Nicholas Warren | R, H, D | Email with John Toman, 11/15/21, Re: Reapportionment Maps SOS_Hodges_0000293-SOS_Hodges_0000294 |
| 190. | | | Nicholas Warren | R, H, D | Email with John Toman, 11/16/21, Re: Reapportionment Maps SOS_Hodges_0000301-SOS_Hodges_0000303 |
| 191. | | | Nicholas Warren | R, H, D | Email with Senator Jennifer Bradley, 11/16/21, re: Congressional map submissions SOS_Hodges_0000304 |
| 192. | | | Nicholas Warren | R, H, D | Email with Katelyn Heffley, 11/17/21, re: Congressional Map Submissions SOS_Hodges_0000305-SOS_Hodges_0000306 |
| 193. | | | Nicholas Warren | R, H, D | Email with David Grimes, 11/22/21, re: Next Redistricting committee meetings SOS_Hodges_0000307 |
| 194. | | | Nicholas Warren | R, H, D | Email with David Grimes, 11/22/21, re: Next Committee Meetings SOS_Hodges_0000308-SOS_Hodges_0000309 |
| 195. | | | Nicholas Warren | * | N. Warren letter to the Florida Senate, 12/8/21 SOS_Hodges_0000310 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 196. | | | Nicholas Warren | R, H, D | Email with John Toman, 11/15/21, re: Reapportionment Maps SOS_Hodges_0000312 |
| 197. | | | Cory McCartan, Ph.D. Nicholas Warren | * | 03.11.24 letter from Nick Warren to Dr. McCartan re: Tampa Bay Senate redistricting mapping instructions P001846 |
| 198. | | | *Left intentionally blank* | | *Left intentionally blank* |
| 199. | | | Mary Adkins | * | CV of Professor Mary Adkins |
| 200. | | | Mary Adkins | R | Appendix 1, 1977-78 CRC Proposal |
| 201. | | | Mary Adkins | R | Appendix 2, 1980 Proposal |
| 202. | | | Mary Adkins | R | Appendix 3, Journal of the Senate, Feb. 23, 1993, page 187 |
| 203. | | | Mary Adkins | R | Appendix 4, Florida CRC Proposal for Independent Revision Commission |
| 204. | | | Mary Adkins | R | Appendix 5, 2002 People Over Politics Proposal 99-06 |
| 205. | | | Mary Adkins | R | Appendix 6, Table illustrating each proposal |
| 206. | | | Mary Adkins | R | Appendix 7, List of donors |
| 207. | | | Mary Adkins | R | Appendix 8, List of contributors |
| 208. | | | Mary Adkins | R | Appendix 9, List of legislative hearings |
| 209. | | | Sean Trende | * | CV of Sean Trende |
| 210. | | | Sean Trende | * | Figure 1: Deviations in Litigated Districts |
| 211. | | | Sean Trende | * | Figure 2: Benchmark Map, Tampa Area |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 212. | | | Sean Trende | * | Figure 3: Enacted Map, Tampa Area |
| 213. | | | Sean Trende | * | Figure 4: Benchmark Map with Enacted Map Overlay |
| 214. | | | Sean Trende | * | Figure 5: Core Retention from Benchmark to Enacted Map |
| 215. | | | Sean Trende | * | Figure 6: Core Retention from Benchmark to Enacted Map |
| 216. | | | Sean Trende | * | Figure 7: Benchmark 19, with Enacted 16 overlaid |
| 217. | | | Sean Trende | * | Figure 8: Relationship of District Boundaries to Geo-Political Boundaries, Enacted Map and Maps A-C |
| 218. | | | Sean Trende | * | Figure 9: Histogram of Percentage of district boundaries that deviate from geopolitical boundaries; Enacted Map |
| 219. | | | Sean Trende | * | Figure 10: Histogram of Percentage of district boundaries that deviate from geopolitical boundaries, Map A |
| 220. | | | Sean Trende | * | Figure 11: Histogram of Percentage of district boundaries that deviate from geopolitical boundaries, Map B |
| 221. | | | Sean Trende | * | Figure 12: Histogram of Percentage of district boundaries that deviate from geopolitical boundaries, Map C |
| 222. | | | Sean Trende | * | Figure 13: Core retention, McCartan Map A, Litigated Districts, Approach 1 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 223. | | | Sean Trende | * | Figure 14: Core retention, McCartan Map B, Litigated Districts, Approach 1 |
| 224. | | | Sean Trende | * | Figure 15: Core retention, McCartan Map C, Litigated Districts, Approach 1 |
| 225. | | | Sean Trende | * | Figure 16: Core retention, McCartan Map A, Litigated Districts, Approach 2 |
| 226. | | | Sean Trende | * | Figure 17: Core retention, McCartan Map B, Litigated Districts, Approach 2 |
| 227. | | | Sean Trende | * | Figure 18: Core retention, McCartan Map C, Litigated Districts, Approach 2 |
| 228. | | | Sean Trende | * | Figure 19: Map A, District 16, with municipal borders overlaid |
| 229. | | | Sean Trende | * | Figure 20: Map B, District 16, with municipal borders overlaid |
| 230. | | | Sean Trende | * | Figure 21: Map C, District 16, with municipal borders overlaid |
| 231. | | | Sean Trende | * | Figure 22: Map A, with precincts shaded by BVAP |
| 232. | | | Sean Trende | * | Figure 23: Map B, with precincts shaded by BVAP |
| 233. | | | Sean Trende | * | Figure 24: Map C, with precincts shaded by BVAP |
| 234. | | | Sean Trende | * | Figure 25: Map A, District 16 |
| 235. | | | Sean Trende | * | Figure 26: Map B, District 16 |
| 236. | | | Sean Trende | * | Figure 27: Map A, District 16, with precincts shaded by BVAP |
| 237. | | | Sean Trende | * | Figure 28: Map B, District 16, with precincts shaded by BVAP |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 238. | | | Sean Trende | * | Figure 29: Map C, District 16, with precincts shaded by BVAP |
| 239. | | | Sean Trende | * | Figure 30: Enacted Map, District 16, with precincts shaded by BVAP |
| 240. | | | Sean Trende | * | Figure 31: Map A, District 16, with Hillsborough County precincts with BVAPS in excess of 20% |
| 241. | | | Sean Trende | * | Figure 32: Map B, District 16, with Hillsborough County precincts with BVAPS in excess of 20% |
| 242. | | | Sean Trende | * | Figure 33: Map C, District 16, with Hillsborough County precincts with BVAPS in excess of 20% |
| 243. | | | Sean Trende | * | Figure 34: Enacted Map, District 16, with Hillsborough County precincts with BVAPS in excess of 20% |
| 244. | | | Sean Trende | * | Figure 35: Distribution of Hillsborough County Precincts, by BVAP, Map A |
| 245. | | | Sean Trende | * | Figure 36: Distribution of Hillsborough County Precincts, by BVAP, Map B |
| 246. | | | Sean Trende | * | Figure 37: Distribution of Hillsborough County Precincts, by BVAP, Map C |
| 247. | | | Sean Trende | * | Figure 38: Distribution of Hillsborough County Precincts, by BVAP, Enacted Map |
| 248. | | | Sean Trende | * | Figure 39: Stacked Barplot of Distribution of Precincts in Hillsborough County, by BVAP, Map A |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 249. | | | Sean Trende | * | Figure 40: Stacked Barplot of Distribution of Precincts in Hillsborough County, by BVAP, Map B |
| 250. | | | Sean Trende | * | Figure 41: Stacked Barplot of Distribution of Precincts in Hillsborough County, by BVAP, Map C |
| 251. | | | Sean Trende | * | Figure 42: Stacked Barplot of Distribution of Precincts in Hillsborough County, by BVAP, Enacted Map |
| 252. | | | Dr. S. Stephen Voss | * | CV of Dr. S. Stephen Voss |
| 253. | | | Dr. S. Stephen Voss | * | Table 1: Compactness Scores for Select Hillsborough County Districts |
| 254. | | | Dr. S. Stephen Voss | * | Figure 1: Comparing the Enacted SSD16 with the Obsolete SSD19 |
| 255. | | | Dr. S. Stephen Voss | * | Table 2: Partisanship in the Tampa-St. Petersburg-Clearwater MSA |
| 256. | | | Dr. S. Stephen Voss | * | Figure 2: ACLU Map C |
| 257. | | | Dr. S. Stephen Voss | * | Table 3: Packing and Cracking Republican Voters |
| 258. | | | Dr. S. Stephen Voss | * | Figure 3: The ACLU Tendril Splits Ruskin in Half |
| 259. | | | Dr. S. Stephen Voss | * | Figure 4: How ALCU-C Expanded Eastward to Buffer Tampa District's Democratic Vote Share |
| 260. | | | Dr. S. Stephen Voss | * | Table 4: Enacted SSD16 Restored Black Voting Strength |
| 261. | | | Dr. S. Stephen Voss | * | Figure 5: Barreto's Missing Voters |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 262. | | | Dr. S. Stephen Voss | * | Figure 6: Two Approaches to EI Do Not Produce Stable Outputs |
| 263. | | | Dr. S. Stephen Voss | * | Figure 7: Errors from the Replication of Barreto's Iterative EI |
| 264. | | | Dr. S. Stephen Voss | * | Figure 8: Barreto's Missing Voters in Pinellas County |
| 265. | | | Dr. S. Stephen Voss | * | Table 5: Racial Polarization Depending on Estimation Method |
| 266. | | | Dr. S. Stephen Voss | * | Table 6: ACLU-C Map Slightly Increases Expected Racial Polarization in SSD16 |
| 267. | | | Dr. S. Stephen Voss | * | Technical Appendix to Report |
| 268. | | | Dr. S. Stephen Voss | * | Technical Appendix Figure A: Forcing Ecological Inferences to by Mathematically Possible |
| 269. | | | Dr. S. Stephen Voss | * | Technical Appendix Figure B: Cuban and Puerto Rican Census Tract |
| 270. | | | Dr. S. Stephen Voss | * | Technical Appendix Table A: Method of Bounds in Heavily Cuban Precinct |
| 271. | | | Dr. S. Stephen Voss | * | Technical Appendix Figure C: Hillsborough 118.04 |
| 272. | | | Dr. S. Stephen Voss | * | Technical Appendix Table B: Method of Bounds in Heavily Puerto Rican Precinct |
| 273. | | | Dr. S. Stephen Voss | * | Technical Appendix Figure C: Hillsborough 108.17 |
| 274. | | | Dr. S. Stephen Voss | * | Technical Appendix Figure D: Well Behaved Tomography Plot |
| 275. | | | Dr. S. Stephen Voss | * | Technical Appendix Figure E: What We Definitely know: |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| | | | | | Tomography Plot for 2018 Dem Primary |
| 276. | | | Dr. S. Stephen Voss | * | Technical Appendix Figure F: Tomography Plot for 2018 Dem Primary |
| 277. | | | Dr. S. Stephen Voss | * | Technical Appendix Table 5: Racial Polarization Depending on Estimation Method |
| 278. | | | Jay Ferrin (Corp. Rep.) | H | 09.20.21 Transcript of Audio File of Senate Committee on Reapportionment |
| 279. | | | Jay Ferrin (Corp. Rep.) | H | 09.20.21 Reapportionment Committee Meeting Packet SEN-0000001–SEN-0000048 |
| 280. | | | Jay Ferrin (Corp. Rep.) | H | 09.20.21 Video/Audio file of meeting SEN-0000983 |
| 281. | | | Jay Ferrin (Corp. Rep.) | H | 10.11.21 Transcript of Senate Committee on Reapportionment JF Ex. 3 SEN-0001510–SEN-0001623 |
| 282. | | | Jay Ferrin (Corp. Rep.) | H | 10.11.21 Reapportionment Committee Meeting Packet SEN-0000049–SEN-0000121 |
| 283. | | | Jay Ferrin (Corp. Rep.) | H | 10.11.21 Video/Audio file of meeting SEN-0000985 |
| 284. | | | Jay Ferrin (Corp. Rep.) Nicholas Warren | H | 11.17.21 Transcript of Video Recording of the Florida Senate Select Subcommittee on Legislative Reapportionment |
| 285. | | | Jay Ferrin (Corp. Rep.) | H | 11.17.21 Select Subcommittee on Legislative Reapportionment Meeting Packet |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| | | | | | SEN-0000775–SEN-0000860 |
| 286. | | | Jay Ferrin (Corp. Rep.) Nicholas Warren | H | 11.17.21 Video/Audio file of meeting SEN-0000991 |
| 287. | | | Jay Ferrin (Corp. Rep.) | H | 11.29.21 Transcript of Video Recording of the Florida Senate Select Subcommittee on Legislative Reapportionment |
| 288. | | | Jay Ferrin (Corp. Rep.) | H | 11.29.21 Select Subcommittee on Legislative Reapportionment Meeting Packet SEN-0000861-SEN-0000918 |
| 289. | | | Jay Ferrin (Corp. Rep.) | H | 11.29.21 Video/Audio file of meeting SEN-0000993 |
| 290. | | | Jay Ferrin (Corp. Rep.) | H | 01.10.22 Transcript of Video Recording of the Florida Senate Select Subcommittee on Legislative Reapportionment JF Ex. 11 DE 75-4 |
| 291. | | | Jay Ferrin (Corp. Rep.) | H | 01.10.22 Select Subcommittee on Legislative Reapportionment Meeting Packet SEN-0000919-SEN-0000981 |
| 292. | | | Jay Ferrin (Corp. Rep.) | H | 01.10.22 Video/Audio file of meeting SEN-0000995 |
| 293. | | | Jay Ferrin (Corp. Rep.) | H | 10.18.21 Reapportionment Committee Meeting Packet SEN-0000122-SEN-0000126 |
| 294. | | | Jay Ferrin (Corp. Rep.) | H | 10.18.21 Video/Audio file of meeting SEN-0000987 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 295. | | | Jay Ferrin (Corp. Rep.) | H | 01.13.22 Reapportionment Committee Meeting Packet SEN-0000127-SEN0000774 |
| 296. | | | Jay Ferrin (Corp. Rep.) | H | 01.13.22 Video/Audio file of meeting SEN-0000989 |
| 297. | | | Keto Nord Hodges | * | Keto Nord Hodges's Answers and Objections to President Passidomo's First Set of Interrogatories |
| 298. | | | Meiko Seymour | * | Meiko Seymour's Answers and Objections to President Passidomo's First Set of Interrogatories |
| 299. | | | Jarvis El-Amin | * | Jarvis El-Amin's Answers and Objections to President Passidomo's First Set of Interrogatories |
| 300. | | | Keto Nord Hodges | * | Keto Nord Hodges's Answers and Objections to President Albritton's Second Set of Interrogatories |
| 301. | | | Meiko Seymour | * | Meiko Seymour's Answers and Objections to President Albritton's Second Set of Interrogatories |
| 302. | | | Jarvis El-Amin | * | Jarvis El-Amin's Answers and Objections to President Albritton's Second Set of Interrogatories |
| 303. | | | Keto Nord Hodges | * | Keto Nord Hodges's Answers to President Albritton's First Request for Admissions |
| 304. | | | Meiko Seymour | * | Meiko Seymour's Answers to President Albritton's First Request for Admissions |
| 305. | | | Jarvis El-Amin | * | Jarvis El-Amin's Answers to President Albritton's First Request for Admissions |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 306. | | | Keto Nord Hodges Meiko Seymour Jarvis El-Amin | R | Plaintiffs' Supplemental Response to Secretary's Request for Admissions Nos. 3-5 |
| 307. | | | Mary Ellen Klas Jay Ferrin (Corporate Rep) | R, H, D | 11.22.2021 Letter from Florida Senate to the Miami Herald SEN-0001670-SEN-0001672 |
| 308. | | | Mary Ellen Klas | R, H, D | 11.18.2021 Email from K. Morgan to R. Whitaker re: Miami Herald article SEN-0007236-SEN0007238 |
| 309. | | | Mary Ellen Klas Jay Ferrin (Corporate Rep) | R, H, D | 01.05.2022 Email from K. Betta to M. Vasilinda re: Public records request #216 – Records release SEN-0008110-SEN-0008111 |
| 310. | | | Mary Ellen Klas Jay Ferrin (Corporate Rep) | R, H, D | 11.17.2021 Audio recording of LRSC Gaggle SEN-0008112 |
| 311. | | | Matt Isbell | R, H, A, D | Texts with Andrew Pantazi SOS_Hodges_0000064 |
| 312. | | | Nicholas Warren | R, H, D | 10.18.21 Calendar invite from Nicholas Warren to Representative Driskell SIS_Hodges_0000224 |
| 313. | | | Nicholas Warren | R, H, D | 10.18.21 Email from Nick Warren to Representative Driskell w/attachments. SOS_Hodges_0000311 – SOS_Hodges_000389 |
| 314. | | | | P, F, DEM | Full Map and Stats- Enacted Map Demonstrative Exhibit |
| 315. | | | | P, F, DEM | Full Map and Stats- Benchmark Map Demonstrative Exhibit |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 316. | | | | P, F, DEM | Senate District 16- Full District Map Demonstrative Exhibit |
| 317. | | | | P, H, A, D, F, DEM | Full Map and Stats- ACLU A Demonstrative Exhibit |
| 318. | | | | P, H, A, D, F, DEM | Full Map and Stats- ACLU B Demonstrative Exhibit |
| 319. | | | | P, H, A, D, F, DEM | Full Map and Stats- ACLU C Demonstrative Exhibit |
| 320. | | | Jay Ferrin Cory McCartan, Ph.D. Matthew Barreto, Ph.D. | P, H, A, D, F, DEM | Full Map and Stats- ACLU A |
| 321. | | | Jay Ferrin Cory McCartan, Ph.D. Matthew Barreto, Ph.D. | P, H, A, D, F, DEM | Full Map and Stats- ACLU B |
| 322. | | | Jay Ferrin Cory McCartan, Ph.D. Matthew Barreto, Ph.D. | P, H, A, D, F, DEM | Full Map and Stats- ACLU C |
| 323. | | | Jay Ferrin Cory McCartan, Ph.D. | * | FL_SSD_ACLU_A |
| 324. | | | Jay Ferrin Cory McCartan, Ph.D. | * | FL_SSD_ACLU_B |
| 325. | | | Jay Ferrin Cory McCartan, Ph.D. | * | FL_SSD_ACLU_C |
| 326. | | | | P, H, A, D, F, DEM | Statistical Comparison – Enacted v. ACLU Maps Demonstrative Exhibit |

29

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 327. | | | | | Any and all demonstrative aids, charts, blow-ups, models, exemplars, etc. utilized by Plaintiffs, without waiving objections thereto. |
| 328. | | | | | Any and all previously unanticipated impeachment and rebuttal exhibits. |
| 329. | | | | | Any and all exhibits listed by Plaintiffs, subject to objections. |