**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Tampa Division**

**KÉTO NORD HODGES, et al.,**

> *Plaintiffs*,

**vs.**

> **Case No. 8:24-cv-879-CEH-TPB-ALB**

**BEN ALBRITTON, in his official capacity as President of the Florida Senate,** *et al.*,

> *Defendants*.

## <u>PLAINTIFFS AND DEFENDANTS' JOINT EXHIBIT LIST</u>

The exhibits on this list comprise legislative transcripts, video/audio recordings, and committee meeting packets of the Florida Senate during the 2020 redistricting cycle. The parties have agreed that the portions of these exhibits that involve the State Senate Redistricting Process (that is, the Florida Senate's discussion, deliberation, analysis, and passage of the State Senate Enacted Map) are admissible, may be considered by this Court, and reflect the legislative record. In the event a party wishes to admit a statement from these exhibits for the truth of the matter asserted, an opposing party or parties have the right to object on the basis of hearsay, relevance, or any other applicable objections on a case-by-case basis. The Florida Senate and Secretary of State do not agree to the admission of any statements

or portions of these exhibits that discuss or involve other bills, or the Congressional

or House redistricting process.

_____Government    _____ Plaintiff    _____Defendant    _____Court

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 1. | | | Jay Ferrin (Corp. Rep.) | | 09.20.21 Transcript of Audio File of Senate Committee on Reapportionment |
| 2. | | | Jay Ferrin (Corp. Rep.) | | 09.20.21 Senate Reapportionment Committee Meeting Packet |
| 3. | | | Jay Ferrin (Corp. Rep.) | | 09.20.21 Video/Audio file of Senate Reapportionment Committee meeting |
| 4. | | | Jay Ferrin (Corp. Rep.) | | 10.11.21 Transcript of Senate Committee on Reapportionment |
| 5. | | | Jay Ferrin (Corp. Rep.) | | 10.11.21 Senate Reapportionment Committee Meeting Packet |
| 6. | | | Jay Ferrin (Corp. Rep.) | | 10.11.21 Video/Audio file of Senate Reapportionment Committee meeting |
| 7. | | | Jay Ferrin (Corp. Rep.) | | 10.18.21 Transcript of Video Recording of Senate Committee on Reapportionment |
| 8. | | | Jay Ferrin (Corp. Rep.) | | 10.18.21 Senate Reapportionment Committee Meeting Packet |
| 9. | | | Jay Ferrin (Corp. Rep.) | | 10.18.21 Video/Audio file of Senate Reapportionment Committee meeting |
| 10. | | | Jay Ferrin (Corp. Rep.) Nicholas Warren | | 11.17.21 Transcript of Video Recording of Senate Select Subcommittee on Legislative Reapportionment |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 11. | | | Jay Ferrin (Corp. Rep.) | | 11.17.21 Senate Select Subcommittee on Legislative Reapportionment Meeting Packet |
| 12. | | | Jay Ferrin (Corp. Rep.) Nicholas Warren | | 11.17.21 Video/Audio file of Senate Select Subcommittee on Legislative Reapportionment meeting |
| 13. | | | Jay Ferrin (Corp. Rep.) | | 11.29.21 Transcript of Video Recording of Senate Select Subcommittee on Legislative Reapportionment |
| 14. | | | Jay Ferrin (Corp. Rep.) | | 11.29.21 Senate Select Subcommittee on Legislative Reapportionment Meeting Packet |
| 15. | | | Jay Ferrin (Corp. Rep.) | | 11.29.21 Video/Audio file of Senate Select Subcommittee on Legislative Reapportionment meeting |
| 16. | | | Jay Ferrin (Corp. Rep.) | | 01.10.22 Transcript of Video Recording of Senate Select Subcommittee on Legislative Reapportionment |
| 17. | | | Jay Ferrin (Corp. Rep.) | | 01.10.22 Senate Select Subcommittee on Legislative Reapportionment Meeting Packet |
| 18. | | | Jay Ferrin (Corp. Rep.) | | 01.10.22 Video/Audio file of Senate Select Subcommittee on Legislative Reapportionment meeting |
| 19. | | | Jay Ferrin (Corp. Rep.) | | 01.13.22 Transcript of Video Recording of Senate Committee on Reapportionment |
| 20. | | | Jay Ferrin (Corp. Rep.) | | 01.13.22 Senate Reapportionment Committee Meeting Packet |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 21. | | | Jay Ferrin (Corp. Rep.) | | 01.13.22 Video/Audio file of Senate Reapportionment Committee meeting |
| 22. | | | Jay Ferrin (Corp. Rep.) | | 01.19.22 Transcript of Excerpt of Video Recording of Senate Regular Session |
| 23. | | | Jay Ferrin (Corp. Rep.) | | 01.20.22 Transcript of Excerpt of Video Recording of Sente Regular Session |
| 24. | | | Jay Ferrin (Corp. Rep.) | | 02.03.22 Transcript of Excerpt of Video Recording of Senate Regular Session |