## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

KÉTO NORD HODGES, *et al.*,

   *Plaintiffs*,

v.           Case No. 8:24-cv-879

BEN ALBRITTON, *etc.*, *et al.*,

   *Defendants.*

_____/

### PLAINTIFFS' NOTICE OF CORRECTION
### RE MOTION FOR NON-SEQUESTRATION

  Plaintiffs give notice of a correction to their Motion for Non-Sequestration (ECF No. 102). Jacob Ogles, a journalist on Plaintiffs' may-call witness list, resides within the Court's subpoena power. Plaintiffs have not yet definitively determined whether they will call him, however, and the testimony Plaintiffs would elicit from him does not relate to Counsel.

Respectfully submitted April 25, 2025,

 */s/ Caroline A. McNamara*
 _____

Nicholas L.V. Warren (FBN 1019018)   Deborah N. Archer*
Daniel B. Tilley (FBN 102882)     David Chen*
Caroline A. McNamara (FBN 1038312)  **Civil Rights & Racial Justice Clinic**
**ACLU Foundation of Florida**    **Washington Square Legal Services, Inc.**
4343 West Flagler Street, Suite 400   245 Sullivan Street
Miami, FL 33134        New York, NY 10012
(786) 363-1769         (212) 998-6473
nwarren@aclufl.org       deborah.archer@nyu.edu
dtilley@aclufl.org        davidchen@nyu.edu
cmcnamara@aclufl.org

              *Special admission

James Michael Shaw, Jr. (FBN 677851)
Naomi Robertson (FBN 1032076)
**Butler Weihmuller Katz Craig LLP**
400 North Ashley Drive, Suite 2300
Tampa, FL 33602
(813) 281-1900
jshaw@butler.legal
nrobertson@butler.legal

*Counsel for Plaintiffs*