IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| Keto Nord Hodges, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>Cord Byrd, in his official capacity as Florida Secretary of State, *et al.*,<br><br>*Defendants*. | Case No. : 8:24-cv-879 |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 2.02(c), the undersigned moves to withdraw as counsel of record for Defendant Florida Secretary of State Cord Byrd. I am leaving my employment with Secretary Byrd as of May 3, 2025. Secretary Byrd continues to be represented in this case by Ashley E. Davis, and Secretary Byrd consents to my withdrawal. Future correspondence and documents should be served on remaining counsel of record for Secretary Byrd.

## CERTIFICATION

I certify that my client, Defendant Florida Secretary of State Cord Byrd consents to my withdrawal.

Dated: May 2, 2025                                    Respectfully submitted,

*/s/ Joseph S. Van de Bogart*
Joseph S. Van de Bogart (FBN 84764)
*General Counsel*
joseph.vandebogart@dos.fl.gov
jenna.mclanahan@dos.fl.gov
Florida Department of State
R.A. Gray Building, Suite 100
500 South Bronough Street
Tallahassee, Florida 32399-0250
Phone: (850) 245-6519
Fax: (850) 245-6127

*Counsel for Florida Secretary of State*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 2, 2025, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

*/s/ Joseph S. Van de Bogart*
Joseph Van de Bogart