

## THE FLORIDA SENATE

### COMMITTEE ON REAPPORTIONMENT

**Location**
2000 The Capitol

**Mailing Address**
404 South Monroe Street
Tallahassee, Florida  32399-1100
(850) 487-5855

Senator Ray Wesley Rodrigues, *Chair*

**Professional Staff:** Jay Ferrin, *Staff Director*

Senate's Website: *www.flsenate.gov*

# MEMORANDUM

**To:**       All Senators
**From:**     Ray Rodrigues
**Subject:**  Misleading Committee Appearance Forms
**Date:**     November 22, 2021

---

As you are all aware, Florida's Constitution includes strict guidelines for what information the Legislature can and cannot consider when drawing new state legislative and congressional districts. In order to ensure a redistricting process in keeping with constitutional standards and to guard against the partisan infiltration that occurred during the 2012 redistricting cycle, the Senate has implemented specific protocols for public testimony and map submission.

Individuals providing testimony are asked to indicate whether they are appearing without compensation or sponsorship, are a registered lobbyist, or have received something of value for their appearance. Additionally, those submitting maps are asked to list every person, group, or organization they collaborated with on their map, comment, or suggestion. And finally, those submitting maps must acknowledge that their communications and submissions may be included, reviewed, and examined in all steps of the legislative process until, and even after, new district maps are enacted into law.

It has come to my attention through reporting in the Miami Herald that Mr. Nicholas Warren, who has submitted maps and testified in both select subcommittees, is a staff attorney of the ACLU, an entity with an interest in redistricting, as evidenced by litigation filed in other states. Mr. Warren failed to disclose this information on the committee appearance form and also on the redistricting suggestion form he filed when submitting maps to the joint website.

As a reminder, staff are directed not to review or consider publicly submitted comments or suggestions unless and until a Senator asks them to do so in writing. I am bringing Mr. Warren's affiliation with the ACLU to your attention as you consider whether or not to incorporate his suggestions or maps in any future directives to staff. In the past, it is this kind of misrepresentation during public testimony that has directly led to the court invalidating legislatively produced maps.

**EXHIBIT 14**

WIT: FERRIN, JAY

DATE: 11/15/2024/i.c.

Hodges v. Passidomo

**WILTON SIMPSON**
**President of the Senate**

**AARON BEAN**
**President Pro Tempore**

Exhibit 2