Exhibit
Exhibit No.: 2
Name: N. Warren
Date: 11.18.24 MA
ESQUIRE

**Nicholas Warren**
Wed, 20 Oct 2021 19:09:34 +0000
To: Toman, John
Re: Great to Meet

Hi John,

Great to meet you as well. Here is the link and password to my redistricting webinar. Hopefully you find it a bit more engaging than Mr. Nordby's:

- Link: https://aclu.zoom.us/rec/share/cN39Os-fIGSVsE_itIBa_SNGvexmo8CnB_t7LYBtXPJ1zSSfPbDapLjT9yYKey-H.Qavorm57JgV8-xCh
- Passcode: G@2$T5P5

Feel free to circulate to others who are interested in watching, including members. You can email lzamora@aclufl.org for the CLE course code (which I do not have myself).

As far as questions in future meetings, I'm sure there's value in asking questions about the directions to staff that might have been asked Monday, as well as Rodrigues's unilateral (?) pronouncement that only amendments that improved on the constitutional criteria would be advanced. A map is either constitutional or not; there's no such thing as a "more constitutional" map.

In terms of reading materials, I can't really recommend anything useful at the moment besides the most obvious federal and state cases that I'm sure you already know.

Best,
Nick

**Nicholas Warren** (*he/him*)| **Staff Attorney**
American Civil Liberties Union of Florida
Direct: (786) 363-1769 | nwarren@aclufl.org | aclufl.org

---

**From:** Toman, John <Toman.John@flsenate.gov>
**Sent:** Tuesday, October 19, 2021 9:53 AM
**To:** Nicholas Warren <NWarren@aclufl.org>
**Subject:** Great to Meet

Nick:

Looking forward to accessing your context/insights/outrage on reapportionment. As admitted yesterday, my background knowledge of the process is low (I do vote and like maps?).

One thing I can do is read. To that end, please feel free to forward along any essays, reports, cases that would help get-me-in-the-game. It's a BIG topic, but the realpolitik of my audience (Senate D members) will dictate initial digestible FAQ-like info that can be built upon as the process unfolds. Among my messaging targets (and likely order of convincing/teaching) are: 1) Minority Office Leadership/staff; 2) the four caucus members on the R-subs; 3) the remaining caucus members. I'm unsure if a caucus "plan" will emerge or if everyone will just be hanging out under the big tent doing their own thing. This makes it hard (impossible?) to strategize.

Also, was wondering . . . I know we've dug a hole with these first meetings, but would there be any value in creating queries/responses that we *should have raised* at yesterday's staff marching orders confab? Given that the staff directives were never publically posted and simply handed out at the meeting, seems like we could voice or submit issues/concerns either before or at the first sub-meetings. Yes, directives were accepted unanimously, but the process was slim-shady at best. Because all our folks were on the 'prevailing side,' would appear to fall within their rights to move for 'reconsideration of the question.'

Finally, any way to access your Florida Redistricting Primer presentation?

John Toman
Legislative Analyst
Florida Senate Democratic Office
404 South Monroe Street
Tallahassee, FL 32399
toman.john@flsenate.gov
850.487.5349
850.363.3340 (cell)

P.S. NYU for law school, right? One of the places we stay when visiting the city is a friend's place at 9th and 5th. Claudette's on the corner.

Confidentiality Notice: This communication is for use by the intended recipient and contains information that may be privileged, confidential or copyrighted under applicable law. If you are not the intended recipient, you are hereby formally notified that any use, copying or distribution of this communication, in whole or in part, is strictly prohibited. Please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy. This communication does not constitute consent to the use of sender's contact information for direct marketing purposes or for transfers of data to third parties.

NORD-NW 00011

SOS_Hodges_0000323