


**Please Provide Completed Form To:**
help@floridaredistricting.gov

House Committee on Redistricting
402 House Office Building
402 South Monroe Street
Tallahassee, FL 32399-1300

Senate Committee on Reapportionment
2000 The Capitol
404 South Monroe Street
Tallahassee, FL 32399-1100

*Field is required.

Prefix_____ *First Name **Nicholas**_____ *Last Name **Warren**_____ Suffix_____

Organization Name (if applicable)_____

*Your Address **304 West 8th Ave**_____ *City **Tallahassee**_____ *State **FL**___ *Zip **32303**___

*Your County **Leon**_____ Your Email_____

*Your Phone Number **(850) 509-5450**_____

*Have you received compensation or anything of value (travel, meals, lodging, etc.) from any groups or organizations that have an interest in redistricting as part of, or in exchange for, your comments, suggestions, or map?

☐ YES    ☑ NO

If YES, please list what you received and who provided it to you below:

List the name of every person(s), group(s), or organization(s) you collaborated with on your comment, suggestion, or submitted map below:

None

By submitting this form, I acknowledge and agree to the following terms and conditions:

☑ YES, I understand that my comments, suggestions, or map submission may be displayed on www.FloridaRedistricting.gov or other public websites maintained by the Florida Legislature.

☑ YES, I understand that my communications with the Florida Legislature, including this form and any submitted materials, are subject to public records laws in Florida.

2022 Redistricting Suggestion Form
www.FloridaRedistricting.gov
Page **1** of **2**

Exhibit 8

SOS_Hodges_0000253

☑ YES, I understand that I may be contacted by a member of the legislature or their staff to answer questions about my comments, suggestions, or map submission.

☑ YES, I understand that similar to other pieces of legislation, input and ideas from members of the public must be proposed by Legislators in order to become part of bills or amendments.

*The Florida Legislature acknowledges the importance of transparency throughout the entire redistricting process. By engaging in the redistricting process – through comments, suggestions, or map submissions – it is possible your detailed communications and submissions may be included, reviewed, and examined in all steps of the legislative process until, and even after, new district maps are enacted into law.*

_____Nidhi Wan_____     11/11/2021
*Your Signature                  *Date

**Please provide detailed comments regarding your suggestion. Florida's redistricting plans must be drawn and approved in alignment with Florida's constitutional standards and federal law.**

*If you are submitting a map, please select the Plan Type and provide the unique Plan Number included in your Submission Receipt email: 06db4fed56bc4dcc825691730b6436b4

Plan Type:   ☐ Congressional    ☐ State House    ☑ State Senate

*If you are submitting comments or suggestions about a plan already published at www.FloridaRedistricting.gov, please provide the name of the plan: _____

Details:

This partial plan alters 6 districts from the staff-drawn maps published Nov. 10, changing Senate Districts 16, 18, 19, 20, 21, and 24 in the Tampa Bay area, to avoid SD 19 crossing the bay. In so doing, this plan better complies with Tier Two requirements, namely by eliminating a county split in Pinellas, keeping St. Pete and Gulfport whole, utilizing the Pinellas-Hillsborough line—which is one of the most major geographic boundaries in the whole state—while not introducing any additional city or county splits, and keeping all districts geographically compact.

This plan complies Tier One's non-retrogression standard. Population changes in this region mean that it is no longer necessary to connect Tampa and St. Pete to avoid diminishing minority voters' ability to elect candidates of choice in SD 19. In fact, the following key statistics actually increase in my plan from the benchmark:

 - both the Black and Hispanic shares of 2020 general registered voters
 - both the Black and Hispanic shares of the 2020 Dem primary electorate
 - both the Black and Hispanic shares of the 2018 Dem primary electorate
 - the Hispanic share of registered Democrats at the 2020 general

The Black share of 2020 general registered Dems remains essentially the same, going from 48.3% to 48.1%. Recent statewide general election results in SD 19 are comparable to the benchmark.

I did not use political, elections, or registration data in developing this plan, with the exception of the above-mentioned statistics for SD 19 in the benchmark plan 8010, and my plan, to ensure my SD 19 didn't retrogress. I did not draw this plan with the intent to favor or disfavor any political party, incumbent, or potential candidate.

I respectfully submit this plan for your consideration. It can be plugged into any of the staff maps drawn thus far.