# The Florida Senate
## APPEARANCE RECORD

Deliver both copies of this form to Senate professional staff conducting the meeting

Meeting Date: 11/17/2021

Committee: Reapportionment ~~Congressional~~ Legislative

Bill Number or Topic: Legislative Reapportionment

Amendment Barcode (if applicable): ____

Name: NICHOLAS WARREN

Phone: (850) 509-5450

Address (Street): 304 W 8TH AVE

Email: NICHOLASVWARREN@GMAIL.COM

City: TALLAHASSEE   State: FL   Zip: 32303

Speaking: [ ] For   [ ] Against   [X] Information   OR   Waive Speaking: [ ] In Support   [ ] Against

**PLEASE CHECK ONE OF THE FOLLOWING:**

[X] I am appearing without compensation or sponsorship.

[ ] I am a registered lobbyist, representing:

[ ] I am not a lobbyist, but received something of value for my appearance (travel, meals, lodging, etc.), sponsored by:

While it is a tradition to encourage public testimony, time may not permit all persons wishing to speak to be heard at this hearing. Those who do speak may be asked to limit their remarks so that as many persons as possible can be heard. If you have questions about registering to lobby please see Fla. Stat. §11.045 and Joint Rule 1. 2020-2022JointRules.pdf (flsenate.gov)

This form is part of the public record for this meeting.

S-001 (08/10/2021)

Exhibit
Exhibit No.: 5
Name: N. Warren
Date: 11.18.24 MA
ESQUIRE

Exhibit 9   SEN-0000859