304 West Eighth Avenue
Tallahassee, Fla. 32303
(850) 509-5450
nicholaslvwarren@gmail.com

December 8, 2021

The Florida Senate
404 South Monroe Street
Tallahassee, Fla. 32399

Dear Members of the Florida Senate,

It recently came to my attention that Senator Rodrigues sent a memo to you all regarding my redistricting plan submissions and testimony at the Select Subcommittees on Congressional and Legislative Reapportionment. I wanted to provide you with more information regarding my submissions and testimony.

First, I can confirm that I am employed as a staff attorney at the ACLU of Florida. This is not a fact that I have hidden, lied about, or otherwise misrepresented to the Senate. Indeed, I would have happily informed the Senate of my employment if I had been asked on the redistricting suggestion forms, on the appearance cards, during my testimony, or by phone or email using the contact information I provided.

Second, my redistricting suggestion forms and appearance cards are complete and accurate. As attested to on my suggestion forms, I collaborated with no person or organization on any of my submitted maps. The ACLU, ACLU of Florida, and other ACLU affiliated organizations were not consulted on—or even informed about in advance of—my submissions and testimony, nor were any of their employees or officers. I received no compensation or anything of value from any groups or organizations as part of, or in exchange for, my comments, suggestions, and maps.

As I confirmed on my appearance cards, I testified without compensation or sponsorship, I am not a registered lobbyist, and I received nothing of value for my appearance, except the satisfaction of "appropriately and actively participat[ing] in this once-in-a-decade process in a tangible and meaningful way."[1] I drew my plans and gave my testimony on my own personal time, using my own personal resources.

Lastly, I acknowledge Senator Rodrigues's advice for senators to meet with map-submitting citizens before requesting staff review or consider their comments or maps. I note, in the spirit of full transparency, that no senators have done so with me.

Thank you all for the opportunity to clear the air on this matter, and best of luck in your legislating.

Respectfully yours,

Nicholas L.V. Warren

---

[1] "Important Updates on Reapportionment," Memorandum from Sen. Rodrigues to All Senators (Nov. 8, 2021), p. 3.

EXHIBIT 16
WIT: FERRIN, JAY
DATE: 11/15/2024/i.c.
Hodges v. Passidomo

Exhibit 11

SEN-0001681