Page 1

---------------------------------------

Common Cause, et al.          )
                              )
v.                            )  4:22-cv-109
                              )
Cord Byrd                     )
                              )
---------------------------------------

TRANSCRIPTION OF AUDIO FILE

Senate Committee on Reapportionment

The Florida Channel

September 20, 2021

---------------------------------------------------

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Exhibit 3

HT_0006078

P-000055

                                                     Page 2

 1                (Beginning of Video Recording.)

 2                CHAIR RODRIGUES:  Senate Committee on

 3       Reapportionment will now come to the order.

 4       Dana, please call the roll.

 5                MS. IVEY:  Chair Rodrigues.

 6                CHAIR RODRIGUES:  Here.

 7                MS. IVEY:  Vice Chair Broxson.

 8                MR. BROXSON:  Here.

 9                MS. IVEY:  Senator Bean.

10                MR. BEAN:  Here.

11                MS. IVEY:  Senator Bracy.

12                MR. BRACY:  Here.

13                MS. IVEY:  Senator Bradley.

14                MS. BRADLEY:  Here.

15                MS. IVEY:  Senator Burgess.

16                MR. BURGESS:  Here.

17                MS. IVEY:  Senator Gibson.

18                MS. GIBSON:  Here.

19                MS. IVEY:  Senator Harrell.

20                MS. HARRELL:  Here.

21                MS. IVEY:  Senator Rodriquez.

22                MS. RODRIQUEZ:  Here.

23                MS. IVEY:  Senator Rouson.

24                MR. ROUSON:  Here.

25                MS. IVEY:  Senator Stargel.

9/20/2021                Common Cause, et al. v. Cord Byrd              Audio Transcription

                                                                    Page 3

1                  MS. STARGEL:  Here.

2                  MS. IVEY:  Senator Stewart.

3                  MS. STEWART:  Here.

4                  MS. IVEY:  The quorum is present, Mr.

5        Chair.

6                  CHAIR RODRIGUES:  Thank you.  And let

7        the record show that Senator Bracy is excused

8        from today's meeting.  Before we begin, please

9        silence your cellphones and all electronic

10       devices so that those don't go off during the

11       meeting.

12                 And let me begin by saying, this is the

13       first time the senate committee has met with

14       an audience since the conclusion of the 2020

15       session.  And I, for one, am happy to see you

16       back.  Welcome back to the Florida State

17       Senate.  With that, I'll start with --

18                 (Applause)

19                 CHAIR RODRIGUES:  Thank you, President.

20                 Start with the observation that COVID-

21       19 precautions, where applicable, are being

22       taken.  Anyone wishing to testify before the

23       committee must fill out an appearance card and

24       hand it to a member of the sergeant's office.

25       Should you waive your speaking time, your

HT_0006080
P-000057

Page 4

1    position will be read into the record.

2        Since this is our first meeting, I'd

3    like to start with the first agenda item and

4    introduce our committee staff.  Then I'd like

5    to go to the members of our committee for them

6    to introduce themselves and say a few words,

7    if they would like.

8        So with our staff, I'll start with

9    staff director, who is sitting on my left,

10   your right, Jay Ferrin.  And then on my right,

11   your left, is Jason Rojas, who is our special

12   counsel to our committee.  Danna Ivey -- wave,

13   Dana -- is our committee administrative

14   assistant.

15       Yin Li (phonetic) -- wave, Yin -- and

16   Justin Icromueler (phonetic) are our policy

17   analysts.  And Megan Magnole is our committee

18   legislative research assistant.  And that is

19   our staff.  We are blessed that Jay and Jason

20   have some experience in redistricting, and so

21   we're going to learn from their experience,

22   and their wisdom will help guide us on this

23   process.

24       Now let's move over to our members and

25   have our members introduce themselves.  I'd

HT_0006081

P-000058

Page 5

```
 1     like to start with President Bean at the end
 2     and work our way down the row, if we could do
 3     so.
 4          MR. BEAN:  Mr. Chairman, thank you so
 5     much.  I was trying not to make eye contact
 6     with you so you would start on the other end,
 7     but we did, and so I am pleased to start by
 8     introducing myself.  It's Aaron Bean.  I
 9     represent Jacksonville.  It's good to see you
10     all, and it's good to see you in audience.  It
11     is an historic day, and we are excited to have
12     you back and looking forward to working with
13     you in the chair -- the Chair and the
14     committee, Mr. Chairman.
15          MR. ROUSON:  Good afternoon.  Thank
16     you, Mr. Chairman, for this opportunity.  I'm
17     Darryl Rouson, representing District 19,
18     portions of Hillsborough and Pinellas
19     Counties.  Very proud to be here, very happy
20     to be here and be a part of this committee and
21     the whole reapportionment/redistricting
22     process.
23          Some of you know I served on
24     redistricting in 2010 when we traveled the
25     state to make sure that we got input of
```

HT_0006082
P-000059

Page 6

1    citizens, residents, and voters.  I look

2    forward to working with the staff to develop

3    constitutional maps that are fair to

4    everybody.  Thank you.

5        MS. STEWART:  Good afternoon.  I'm

6    Senator Linda Stewart.  I'm from Orlando,

7    Orange County, and I am pleased to have been

8    chosen to serve on this very notable

9    committee.  I know that we all are going to

10   strive to make it a fair and open process.

11   And I know everyone here is interested in

12   making sure that happens.

13       I did, too, also serve on a

14   redistricting committee when I was in the

15   County Commission.  It's a very tough job.

16   It's not something that is particularly easy.

17   But you can in the end come to a resolution

18   that everybody could be pleased with, and I'm

19   hoping that will happen with this committee.

20   So thanks -- thank you very much.

21       Thank you, Mr. Chair, and good

22   afternoon to everyone and all of my Senate

23   colleagues.  It's exciting to see you back for

24   committees.  And this is not my first -- how

25   should I say -- redistricting, and so I'm

Page 7

```
 1      excited to be a part of this committee again
 2      this year and certainly glad to see that Jay
 3      is our leading staff.  I burned the carpet ten
 4      years ago going back and forth to his office.
 5      So I'm looking forward to -- hopefully, I
 6      won't have to do it as much.
 7           Looking forward, of course, to our
 8      constitutional duty, certainly, on behalf of
 9      the citizens of the State of Florida in terms
10      of reapportionment and using that data which
11      has phenomenally increased our population and
12      certainly gives us the opportunity.
13           And I expect that we will do the right
14      thing on behalf of the people of State of
15      Florida and their representation.  And I'm
16      ready to rock and roll.  Thank you, Mr. Chair.
17           MR. BROXSON:  Mr. Chair, Doug Broxson
18      in District 1.  And frankly, when I heard you
19      were appointed to be chair, my heart jumped
20      because I think all the members on both sides
21      of the aisle saw your performance over the
22      last couple years, how fair and deliberate and
23      how you invest in every issue.  And I think
24      you positioned yourself to deliver very
25      deliberate constitutional maps.
```

HT_0006084

P-000061

9/20/2021                    Common Cause, et al. v. Cord Byrd                    Audio Transcription

Page 8

1          I would have to say, being from

2     District 1 that my district was part of the

3     first redistricting in which there were two

4     counties, St. Johns and Escambia, so we've got

5     a little bit more work to do than then, but

6     I'm looking forward to your leadership, sir,

7     and serving under you is an honor.

8          CHAIR RODRIGUES:  Thank you.  I'm Ray

9     Rodrigues.  I represent District 27 in the

10    Florida State Senate, which is Lee County in

11    southwest Florida.  I'm excited for this

12    opportunity.

13         Thank you very much, Mr. Chair, and

14    happy -- happy Monday, everybody.  It's good

15    to be back in the capital and see all your

16    smiling faces.  Nobody better could have been

17    picked to lead this once-in-a-decade process,

18    Chairman Rodriques, and very excited to have

19    the honor and the massive responsibility to be

20    able to endeavor on this with you.  Thank you.

21         MS. RODRIGUEZ:  Good afternoon, Mr.

22    Chairman, and thank you for having me on this

23    committee.  My name is Ana Marie Rodriguez,

24    and I'm the state senator for District 39,

25    which includes portions of West Miami-Dade

HT_0006085
P-000062

9/20/2021                Common Cause, et al. v. Cord Byrd          Audio Transcription

Page 9

1    County and all of Monroe County, so it is the

2    southern-most district in the State of Florida

3    and in the United States, and it's an honor to

4    be here on this committee.  Thank you.

5        MS. HARRELL:  Thank you very much, Mr.

6    Chairman.  I'm Senator Gayle Harrell.  I

7    represent District 25, which is Martin, St.

8    Lucie, and parts of Palm Beach County.  And I

9    am so delighted to be on this

10   redistricting/reapportionment committee.  This

11   is my third time around redistricting.  Maybe

12   Senator Bean and I share that, whether you

13   were here in 2010, I don't remember.

14       But we -- this is the third time

15   around.  I am excited to be a part of this

16   amazing committee and the wonderful people on

17   it.

18       This will be a very fair, open process.

19   I have every confidence that we will come up

20   with constitutional maps that meet every

21   requirement we have under Fair Districts, and

22   I have full confidence in the committee and

23   our wonderful staff.  And I look forward to

24   working with you, Mr. Chairman, and our

25   various vice chairs and subcommittee chairs to

HT_0006086
P-000063

9/20/2021                    Common Cause, et al. v. Cord Byrd                Audio Transcription

1       make this the best ever.  Thank you.

2            MS. BRADLEY:  Thank you, Mr. Chairman.

3       My name is Jennifer Bradley.  I am the state

4       senator for District 5, which is -- includes

5       11 rural counties across north Florida calling

6       Clay County home.  It is a tremendous honor to

7       be a part of this committee.  It is, as

8       Senator Burgess said, it's a once-in-a-decade

9       process, and it's constitutionally required,

10      and it's a weighty responsibility that we take

11      on.  And it's one that we take very, very

12      seriously.  And I just couldn't think of a

13      better group to be thoughtful and to be led by

14      just very capable staff.  And I look forward

15      to a great process with great dialogue and

16      input, so look forward to it.  Thank you.

17           MS. STARGEL:  Good afternoon.  I'm

18      Kelli Stargel.  I represent District 22, which

19      is North Polk/South Lake County.  Also had the

20      honor of serving on the redistricting

21      committee back in 2010.  Looking forward to

22      the process this time, looking forward to your

23      leadership, Chairman, and -- and so let's get

24      to work.

25           CHAIR RODRIGUES:  Thank you, members,

9/20/2021                Common Cause, et al. v. Cord Byrd            Audio Transcription

                                                          Page 11

1        and since they were too humble to say so, I

2        will say this: Senator Bradley will be

3        chairing our Select Subcommittee on

4        Congressional Reapportionment, and Senator

5        Burgess will be chairing our Select

6        Subcommittee on Legislative Reapportionment.

7        And I look forward to working with both of

8        you.  And I am very excited for the makeup of

9        this committee.

10            I think the President has done a

11       tremendous job of ensuring that the entire

12       state has representation.  If you look, we've

13       got representation from northwest Florida,

14       northeast Florida, southeast Florida,

15       southwest Florida, I-4 Corridor, and the

16       heartland of Florida.

17            We've got urban districts represented;

18       we've got rural districts represented.  I

19       really feel like if you take the cross section

20       of Florida, the President's done a good job of

21       putting together a committee that represents

22       citizens in every one of those sections.

23            So the job in front of us is going to

24       be a tremendous one, and before we begin, I'd

25       like to just take a moment and talk about the

HT_0006088
P-000065

Page 12

1    task that we are going to be embarking on.  As

2    senators appointed to this committee, we have

3    the responsibility of guiding our chamber

4    through the process of fulfilling our

5    constitutional obligation to redraw

6    legislative and congressional district

7    boundaries.

8        The last time the legislature embarked

9    on this task, it was the first time since the

10   adoption of the amendments governing the

11   standards for redrawing of legislative and

12   congressional districts, which have since been

13   codified in Article III, Sections 20 and 21 of

14   the Florida Constitution.

15       Those that came before us did not have

16   the benefit of how the Florida Supreme Court

17   would interpret those standards or a true

18   understanding of the role the judiciary would

19   play.  Some hard lessons were learned through

20   that previous cycle, and I believe we will

21   learn from those lessons.

22       The Florida Supreme Court's

23   interpretation of the then brand-new

24   amendments fundamentally altered the way we do

25   redistricting here in the State of Florida.

HT_0006089
P-000066

Page 13

```
 1      The Court relied on geometric compactness,
 2      consistent use of political and geographic
 3      boundaries, equal population, and functional
 4      analysis of minority districts to serve as
 5      objective indicators of intent when reviewing
 6      a plan or district.  The Court summarily
 7      rejected the use of subjective principles,
 8      such as communities of interest, partisan
 9      favoritism, partisan proportionality, and
10      incumbent protection.
11           The Court, also, expanded the role of
12      the judiciary in the redistricting process.
13      The Court limited legislative privilege to
14      allow for the deposition of sitting
15      legislators and compelled evidence and
16      testimony from nonparty political consultants
17      not directly involved in the legislative
18      decision-making process.
19           Ultimately, after considering both
20      direct and circumstantial evidence obtained
21      through discovery and depositions of
22      legislators, staff, and nonparty political
23      consultants, the State Supreme Court of
24      Florida ruled that the legislatures, senate,
25      and congressional plans had been drawn with
```

Page 14

1    improper intent.

2          The concurred with a trial court's

3    finding, and I'm quoting from the trial court

4    in the Apportionment 7 decision when it wrote,

5    "Political consultants or operatives did, in

6    fact, conspire to manipulate and influence the

7    redistricting process.  They accomplished this

8    by writing scripts and organizing groups of

9    people to attend public hearings to advocate

10   for adoption of certain component or

11   characteristics in the maps and by submitting

12   maps, impartial maps, through the public

13   process.  They made a mockery of the

14   legislature's proclaimed transparent and open

15   process of redistricting by doing all of this

16   in the shadow of that process."

17         After finding the plans to have been

18   drawn with unconstitutional and improper

19   intent, the Court flipped the burden of proof.

20   Legislative deference was lost, and the

21   presumption of constitutionality of the

22   legislature's redistricting plans was gone.

23         Fortunately, we now have the insight

24   into both the judiciary's expanded scope of

25   review and how courts have interpreted and

HT_0006091
P-000068

9/20/2021                    Common Cause, et al. v. Cord Byrd                    Audio Transcription

Page 15

1      applied the constitutional standards related
2      to redistricting.
3              I intend for this committee to conduct
4      the process in a manner that is consistent
5      with case law that developed during the last
6      decade is beyond reproach and free from any
7      hint of constitutional -- excuse me -- free
8      from any hint of unconstitutional intent.  I
9      agree with the Florida Supreme Court when it
10     said, "Legislative apportionment is primarily
11     a matter for legislative consideration and
12     determination."
13             The Court has indicated that it will
14     defer to the legislature's decision to draw a
15     district in a certain way, so long as that
16     decision does not violate the constitutional
17     requirements, and it is my intention to
18     strictly adhere to the constitutional
19     requirements so that our legislative
20     discretion is preserved.
21             When we've talked about the issues of
22     communication and record retention, it is
23     important moving forward that all senators
24     should be aware that in prior redistricting
25     cycles, significant litigation has followed

HT_0006092
P-000069

Page 16

```
 1      passage of new maps.  Sitting legislators may

 2      be compelled to produced records or to be

 3      subject to questioning under oath about

 4      conversations with colleagues, about

 5      conversations with legislative staff, or with

 6      outside parties who may attempt to persuade

 7      the legislature to pass maps or disfavor --

 8      that favor or disfavor a political party or an

 9      incumbent.

10           Senators should take care to insulate

11      themselves from interests that may

12      intentionally or unintentionally attempt to

13      inappropriately influence the redistricting

14      process.  Senators should continue to adhere

15      to the Records Retention Policy as directed by

16      Article I, Section 24 of the Florida

17      Constitution, Section 11.0431 of the Florida

18      Statutes, and Senate Rule 1.48.

19           Senators and staff should, also, be

20      mindful that correspondence, emails, texts,

21      and other electronic communications related to

22      the enactment of new districts, whether sent

23      or received, on official senate accounts or

24      devices or personal email accounts or devices,

25      may be a permanent or archival value, and
```

HT_0006093
P-000070

9/20/2021                    Common Cause, et al. v. Cord Byrd                    Audio Transcription

Page 17

1        those records should be preserved accordingly.

2               If you have questions about record

3        retention, I encourage you to contact our

4        Senator General Counsel for guidance.

5               As we move forward, we're going to look

6        at what the approach to this process will be.

7        While remaining to committed to having an

8        open, transparent, and interactive process, we

9        are taking steps to safeguard against the kind

10       of shadow process that occurred in the last

11       cycle.  We will protect our process against

12       the astroturfing that occurred in the past

13       where partisan, political operatives from both

14       parties wrote scripts and recruited speakers

15       to advocate for certain plans or district

16       configurations to create a false impression of

17       a wide-spread grassroots movement.

18              Anyone testifying before our committee

19       or select subcommittees must disclose certain

20       information.  In addition to stating whether

21       or not they are a registered lobbyist,

22       speakers must disclosed whether or not they

23       received compensation or anything of value --

24       travels, meals, lodgings, et cetera -- as part

25       of or exchange for their testimony.  This

HT_0006094
P-000071

Page 18

1    policy is being adopted senate-wide in the

2    form of revised appearance cards.

3            To prevent secretive submissions by

4    partisan operatives, we are requiring publicly

5    submitted written comments, suggestions, and

6    maps with a signed form.  This form must

7    contain the identity of the submitter.

8    Submitters must state whether or not they have

9    received any compensation or anything of value

10   from any groups or organizations that have an

11   interest in redistricting as part of or in

12   exchange for their comments, suggestions, or

13   map.

14           Submitter must list every person,

15   group, or organization they have collaborated

16   with on their comment, suggestion, or map.

17   And finally, submitters must acknowledge that

18   their communications and submissions may be

19   included, reviewed, and examined in all steps

20   of the legislative process until and even

21   after new district maps are enacted into law.

22           Additionally, our staff will not review

23   or consider publicly submitted comments,

24   suggestions, or maps for inclusion in their

25   work product unless and until a senator asks

HT_0006095

P-000072

Page 19

```
 1    them to do so in writing.  Publicly submitted

 2    maps will be available on the joint website

 3    the Senate is doing with the House,

 4    www.floridaredistricting.gov, for members to

 5    review.

 6         Any member who requests staff to review

 7    and consider such a submission should be

 8    prepared to appear before a committee or its

 9    select subcommittees and explain their

10    intentions for doing so.  This is consistent

11    with all other aspects of our legislative

12    process and is akin to advocating for

13    inclusion of a policy in a proposed committee

14    bill.

15         My encouragement to each of you as

16    committee members is to make yourself

17    accessible to the public who wishes to have

18    their maps considered so that you meet with

19    them, listen to them, and give them that

20    access.

21         Are there any questions before we

22    proceed to the presentations on our agenda?

23    Senator Gibson, you're recognized.

24         MS. GIBSON:  Thank you, Mr. Chair.

25    During the last redistricting cycle, there was
```

HT_0006096

P-000073

Page 20

1    a particular email address that we used to

2    send any emails or -- that we received related

3    to redistricting.  There was this one

4    depository for forwarding those emails.  Is

5    that -- will that be the case this time, or --

6    can you clarify how such emails get sent?

7    Clarify, please.  Sorry.

8        CHAIR RODRIGUES:  And thank you for the

9    question.  That is a good question.  What we

10   have had staff do is prepare a response that

11   can be given to those who contact us directly

12   on the subject of redistricting.  The response

13   will direct the contactor to the

14   www.floridaredistricting.gov website and ask

15   them to place their idea onto that website.

16       That website will serve as the official

17   repository of all our redistricting data.

18   What I have done as an individual senator is

19   created a redistricting file, and each person

20   who contacts me gets that response, and then

21   their email goes into my redistricting file so

22   that it is archived and available in the

23   future.

24       MS. GIBSON:  Thank you.

25       CHAIR RODRIGUES:  Sure.

HT_0006097
P-000074

Page 21

1              MS. GIBSON:  May I have a follow-up for

2        clarity, please?

3              CHAIR RODRIGUES:  Yeah.

4              MS. GIBSON:  Thank you.  And I

5        didn't -- I forgot to say my district when I

6        first introduced myself.  I want to make sure

7        everyone knows Duval is in the house.  Senator

8        Bean has a portion of Jacksonville, and I have

9        the other.

10             On the -- I talked about burning the

11       carpet in the last cycle, but it was for

12       amendments that I wanted to make with staff,

13       and so in your -- in your explanation, that is

14       still a legal process as a part of this

15       committee for any -- any senator, actually,

16       this committee or not, correct?

17             CHAIR RODRIGUES:  That is correct.

18             MS. GIBSON:  All right.  Thank you very

19       much.

20             CHAIR RODRIGUES:  Senator Stewart,

21       you're recognize for a question.

22             MS. STEWART:  For clarification, so a

23       grassroots organization comes to me and asks

24       would I submit a map on their behalf, is that

25       form something that would have to be filled

Page 22

1      out as -- and come with the map that I -- they

2      ask me to submit?

3            CHAIR RODRIGUES:  The grassroots

4      organization would need to submit that map

5      through the Florida Redistricting.gov website,

6      and then they would need to ask you to be the

7      sponsor of it.

8            And so they would need to complete

9      whatever is required to submit it on the

10     website, and there's -- as you go onto the

11     website, there are cues that will guide you

12     through the process.  And once they've

13     completed that, then they can meet with you

14     and lobby you to champion their map, in which

15     case you can move forward, bring that map

16     forward, and say, I wish to sponsor this as

17     either a part of the process or as an

18     amendment, whatever the case may be.

19           Senator Rouson, you look like you may

20     have a question.

21           MR. ROUSON:  Yes, thank you, Mr. Chair.

22     You indicated in your introductory remarks

23     that this would be an open and interactive

24     process.  Could you expound upon interactive?

25     I expect that means the public will be able to

9/20/2021                Common Cause, et al. v. Cord Byrd        Audio Transcription

Page 23

1    participate both through comments, testimony,

2    and submission of maps.  But is there any

3    other opportunity for public participation?

4          CHAIR RODRIGUES:  The examples that

5    you've given are what has been contemplated

6    and agreed upon so far between the Florida

7    Senate and the Florida House.

8          So to begin with, we've agreed -- and

9    what's different in this cycle than in the

10   previous cycle is that the Senate and the

11   House are using the same vendor; we're using

12   the same software.  As a result of that, we

13   can do a joint website to receive all of the

14   public submissions.

15         We will have committee meetings, which

16   will -- as all committee meetings are -- be

17   publicly noticed and have the opportunity for

18   public comment.  So the public will have that

19   opportunity.  And of course, the public can

20   reach out to any of us as individual senators

21   to meet with us and ask us to champion their

22   ideas that they have submitted through the

23   website.

24         MR. ROUSON:  And -- thank you, Mr.

25   Chair for that explanation.  Is there any

HT_0006100

P-000077

Page 24

1    guidance on how to handle media inquiries or

2    citizen inquiries of individual senators?

3          CHAIR RODRIGUES:  The only guidance

4    that I've seen put together so far is the

5    guidance that directs them to put their ideas

6    into the interactive website.  If we need

7    additional guidance, I'm sure we can work with

8    staff to come up with it.

9          MR. ROUSON:  And do you anticipate

10   that -- you know, last time when we did this,

11   we took this show on the road, to borrow a

12   term, and people were able to come to their

13   local arena or venue to testify.  Is there any

14   thought to virtual appearances by members of

15   the public?

16         CHAIR RODRIGUES:  Both of those

17   concepts are still under consideration at this

18   time.

19         Do we have any questions on this side?

20   Seeing none, we'll move on to Agenda Item 2,

21   Tab 2.  We'll actually go ahead and do Tabs 2,

22   3, and 4.  And I'm going to recognize our

23   staff director, Mr. Ferrin, for presentations

24   on our committee's jurisdiction, redistricting

25   terminology, timeline, and on the census and

HT_0006101

P-000078

Page 25

```
1      census data.  Mr. Ferrin, you're recognized.
2           MR. FERRIN:  Thank you, Mr. Chairman,
3      and good afternoon, members.  Happy to be here
4      or back here.
5           I wanted to -- we wanted to start out
6      today with a general overview of the committee
7      process, committee jurisdiction.  Get -- make
8      sure everyone's familiar with a lot of the
9      terminology we'll use throughout this process.
10     I know a lot of you have been involved in it
11     in different capacities in the past, but this
12     is probably a good opportunity for a refresher
13     and review of the basic subject matter.
14          So today's presentations are a high-
15     level orientation of what redistricting is and
16     why we do it.  I anticipate that in subsequent
17     meetings we'll have opportunities to delve a
18     little further into more detail on the legal
19     environment, the way that we measure the
20     criteria that we'll be using and talking about
21     today, and the methodology that we'll use to
22     draw districts.
23          So to begin with the committee's
24     jurisdiction, the Senate Committee on
25     Reapportionment creates redistricting plans
```

HT_0006102
P-000079

Page 26

```
 1       for the Florida -- for Florida's congressional
 2       and state legislative districts to account for
 3       population shifts revealed by data from the
 4       2020 census.  As you know, we do this every
 5       ten years, as directed by the Florida
 6       Constitution, which states that the
 7       legislature, at its regular session in the
 8       second year following each decennial census,
 9       shall apportion the state in accordance with
10       the constitution of the state and of the
11       United States.
12            This cycle of our regular session will
13       begin on January 11th, 2022, and as the census
14       data that was released in a Legacy format on
15       August 12th and formally delivered on
16       September 16th revealed, Florida grew by about
17       2.7 million people and gained one additional
18       seat in Congress.  For various reasons that
19       we'll discuss later today, this data was
20       delivered more than four months after the
21       April 1st, 2021, deadline prescribed in
22       federal law.
23            The data that was released in August
24       was the same data that was delivered last
25       week.  The difference between a Legacy format
```

HT_0006103
P-000080

9/20/2021                 Common Cause, et al. v. Cord Byrd                 Audio Transcription

Page 27

```
 1      data and the formal release that we got last
 2      week is that the Legacy data is coded in a
 3      series of tables.  They're unformatted,
 4      without clear field labels, and so they have
 5      to be processed in order to be useful.  The
 6      formal data release is a much more pre-
 7      formatted and user-friendly format that's
 8      currently available on data.census.gov and is
 9      being added to our redistricting software.
10           We can jump to the constitutional
11      authority for redistricting.  The legislature
12      and its committees drive the authority to
13      redraw congressional districts from the
14      elections clause of the United States
15      Constitution.  It directs state legislatures
16      to regulate the times, places, and manner of
17      conducting elections for Congress.
18           We derive our authority to redraw state
19      legislative districts from Article III,
20      Section 16 of the Florida Constitution, which
21      directs the legislature to adopt a
22      redistricting plan for state legislative
23      districts in the second year after each
24      census.  In this case, that would be 2022.
25           As I previously mentioned, the regular
```

HT_0006104

P-000081

Page 28

```
 1      session will begin on January 11th.  In
 2      redistricting years, the regular session has
 3      always started in January rather than March,
 4      and this is to afford the greatest amount of
 5      time possible for adoption and implementation
 6      of redistricting plans.
 7              One of the questions that usually pops
 8      up at some point during this process is, what
 9      is the difference between reapportionment and
10      redistricting.  They're frequently used
11      interchangeably, and for all intents and
12      purposes mean the drawing of new district
13      boundaries for the purposes of representation.
14      The term redistricting refers to the process
15      by which boundaries of electoral districts are
16      redrawn to adjust for uneven population growth
17      revealed by the latest decennial census.
18      State legislatures, county commissions, and
19      city commissions redistrict.
20              Reapportionment is the process of
21      assigning seats in a legislative body amongst
22      preexisting political subdivisions such as
23      states or counties.  Following each census,
24      the 435 seats in the United States House of
25      Representatives are apportioned to each state
```

9/20/2021                    Common Cause, et al. v. Cord Byrd                    Audio Transcription

Page 29

1      based on state population.  Each state gets at

2      least one seat, but the larger the state

3      population, the more congressional

4      representation the state will receive.

5              As I mentioned, based on the 2020

6      census, Florida received an additional seat to

7      bring the total number to 28, and that's in

8      the U.S. House.  We have two United States

9      Senate representatives, as well.

10             The term reapportionment gets used in

11     Florida because it's used to assign -- because

12     Florida used to assign districts based on

13     county boundaries.  Article III, Section 16 of

14     the Florida Constitution, also, refers to the

15     process of redrawing State House and State

16     Senate districts as legislative apportionment.

17             So aside from the constitutional

18     requirements to redraw boundaries every ten

19     years, why do we do this?  The primary reason

20     is to comply with the equal population

21     requirements of the United States and Florida

22     Constitutions.  The equal population standard

23     for the congressional districts is based on

24     Article I, Section 2 of the United States

25     Constitution, as interpreted by the U.S.

HT_0006106

P-000083

Page 30

```
 1      Supreme Court in Wesberry v. Sanders in 1964.

 2           The Court stated that representatives

 3      be chosen by the people of the several states

 4      means that, as nearly as is practicable, one

 5      person's vote in a congressional election is

 6      to be worth as much as another's.  This has

 7      come to be known as the one-person, one-vote

 8      principle and compels us to draw congressional

 9      districts that have a population variance of

10      plus or minus one person.

11           The equal population standard for state

12      legislative districts is based on the 14th

13      Amendment's equal protection clause, as

14      interpreted by the United States Supreme Court

15      in Reynolds v. Sims in 1964.

16           The Court stated that because there is

17      a significantly larger number of seats in

18      state legislative bodies to be distributed

19      within a state than congressional seats, it

20      may be feasible to use the political

21      subdivision lines while still affording

22      adequate representation to all parts of the

23      state.

24           The Court, also, stated that

25      mathematical nicety is not a constitutional
```

HT_0006107
P-000084

Page 31

```
 1    requisite but nevertheless, states that the
 2    overriding objective must be substantial
 3    equality of the population amongst the various
 4    districts.  This has been interpreted and
 5    applied to mean that districts should have no
 6    more than a 10 percent difference in their
 7    population.
 8            Florida's Constitution also contains
 9    provisions regarding equal population in
10    Article III, Section 20 and 21, which states
11    in Subsection B, the district shall be as
12    nearly equal in population as is practicable.
13            The equal population criteria contained
14    in the United States Constitution is contained
15    in Article I, Section 2, and in the Fourteenth
16    Amendment, but other redistricting criteria
17    exists in the Florida Constitution, the
18    Federal Voting Rights Act, and in Florida
19    statutes.
20            Protections against diminishment or
21    reduction in the ability of racial or language
22    minorities to elect representatives of their
23    choice are in the Florida Constitution and in
24    the Federal Voting Rights Act.
25            Prohibitions on drawing a plan or
```

HT_0006108

P-000085

Page 32

1      district with intent to favor or just favor a

2      political party or incumbent are in the

3      Florida Constitution.  Requirements for

4      districts to be contiguous are in -- contained

5      in the Florida Constitution.

6           Requestions for districts to be compact

7      are in the Florida Constitution, and

8      requirement for district boundaries to, where

9      feasible, utilize existing political and

10     geographic features are in the Florida

11     Constitution.

12          The requirement to use data from the

13     most recent decennial census is contained in

14     Section 11.031 of Florida Statutes and in

15     Article X, Section 8 of the Florida

16     Constitution.

17          The minority voting right -- excuse me.

18     The minority protections of the Voting Rights

19     Act are applied in the redistricting context.

20     The Voting Rights Act prohibits any state or

21     political subdivision from enacting a map that

22     results in the denial or abridgment of any

23     U.S. citizen's right to vote on account of

24     race, color, or status as a member of a racial

25     or language minority group.  And it prohibits

HT_0006109

P-000086

Page 33

1    purposeful discrimination and protects against

2    retrogression or backsliding in the ability of

3    racial minorities to elect representatives of

4    their choice.

5        The Voting Rights Act contains a couple

6    of pertinent sections.  Section 2 compels the

7    drawing of a majority/minority district -- or

8    excuse me -- compels the drawing of a district

9    that performs for racial and language minority

10   where what are known as the Gingles Conditions

11   are met.  These conditions come from Thornburg

12   v. Gingles, a 1986 case out of North Carolina.

13       They require us to draw a performing

14   minority district where, one, a minority

15   population is geographically compact, and it's

16   sufficiently numerous to be a majority in a

17   single district; two, the minority population

18   is politically cohesive; three, the majority

19   votes sufficiently as a block to enable it to

20   usually defeat the minority-preferred

21   candidate; and four, under all of the

22   circumstances, minority population has less

23   opportunity than others to participate in the

24   political process and elect representatives of

25   its choice.

Page 34

1          The other pertinent section is Section

2      5, and Section 5 differs somewhat from Section

3      2 in that it doesn't necessarily compel the

4      creation of minority -- minority districts.

5      Rather, it prohibits purposeful discrimination

6      and protects against retrogression or

7      backsliding in the existing ability of racial

8      and language minorities to elect

9      representatives of their choice.  It contains

10     a coverage formula that was applied to

11     determine if there was a history of

12     discrimination against racial or language

13     minorities in a particular jurisdiction.

14          In Florida, Hardee, Henry,

15     Hillsborough, and Monroe Counties were

16     coverage jurisdictions until the coverage

17     formula was invalidated by the United States

18     Supreme Court in 2013 in a case called Shelby

19     County v. Holder.  It's worth noting that the

20     Shelby decision means that the pre-clearance

21     process established by the Voting Rights Act

22     is no longer in effect, but it does not affect

23     the validity of the diminishment standard in

24     the Florida Constitution.

25          The Florida Constitution contains

9/20/2021                    Common Cause, et al. v. Cord Byrd                    Audio Transcription

Page 35

1          several other provisions related to

2          redistricting.  Article III, Section 16 is our

3          guidance to the -- the general rationale for

4          dividing House and Senate districts.  It

5          requires the state to be divided in 30 or --

6          30 to 40 contiguous and consequently-numbered

7          senatorial districts and into between 80 and

8          120 contiguous and consequently-numbered house

9          districts.  A district is considered to be

10         contiguous if all of its territories in actual

11         contact and are uninterrupted by the territory

12         of another district.  The courts have ruled

13         that contact at a corner or a right-angle is

14         insufficient, but territory may cross bodies

15         of water.

16                  Consequently-numbered districts have

17         been interpreted to mean that districts cannot

18         skip numbers.  We cannot, for example, number

19         all the Senate Districts with odd numbers.  It

20         does not mean that District 1 has to share a

21         boundary with District 2 and District 2 has to

22         share a boundary with District 3 and so on and

23         so forth.  And one other note on this is

24         provision in the constitution is that -- that

25         it technically does allow the state

HT_0006112
P-000089

Page 36

1    legislative districts to overlap, either

2    partially or entirely.  However, this has not

3    been done since the state switched to single-

4    member districts.

5            Moving on to Article III, Sections 20

6    and 21.  These were added to the constitution

7    by the voters in 2010.  Article III, Section

8    20, which deals with congressional, and

9    Section 21, which deals with legislative

10   provisions, prohibit line drawing that

11   intentionally favors or disfavors a political

12   party or incumbent.  The sections, also,

13   afford protection to racial and language

14   minorities and provide additional standards

15   for the drawing of plans and districts.

16           Subsection A states that no

17   apportionment plan or district shall be drawn

18   with the intent to favor or disfavor a

19   political part of incumbent.  Districts shall

20   not be drawn with the intent or a result of

21   denying or abridging the equal opportunity of

22   racial or language minorities to participate

23   in a pollical process or to diminish their

24   ability to elect representatives of their

25   choice.  And then finally, districts shall

HT_0006113
P-000090

Page 37

1      be -- of -- consist of contiguous territory.

2            Subsection B states that unless

3      compliance with the standards of the

4      section -- subsection conflict with the

5      standards in Subsection A or with federal law,

6      districts shall be nearly equal in population

7      that is practicable.  Districts shall be

8      compact, and districts shall, where feasible,

9      utilize existing political geographic

10     boundaries.

11           Subsection C clarifies that the order

12     in which the standards within Subsections A

13     and B are set forth shall not be read to

14     establish any priority of one standard over

15     the other within that subsection.

16           The criteria that we just went over has

17     been broken out into two tiers by the Florida

18     Supreme Court in Apportionment 1.  Tier one

19     consists of the provisions contained in

20     Subsection A relating to diminishment and

21     intent to favor/disfavor a political party or

22     incumbent, as well as the contiguity

23     provision.

24           Tier two apply, unless these -- unless

25     they conflict with tier one or federal law,

9/20/2021                    Common Cause, et al. v. Cord Byrd              Audio Transcription

Page 38

1     and these are dealing with the equal

2     population, district compactness, and

3     utilization of political and geographic

4     boundaries.  And as I've already noted, as

5     long as they don't -- they cannot be read to

6     establish any one priority over another within

7     that tier.

8          We can take a breather or move on to

9     terminology.

10         CHAIR RODRIGUES:  Do we have any -- do

11    the members have any questions?  Yes, let's go

12    ahead and do questions before we move on.

13    Senator Gibson, you're recognized for a

14    question.

15         MS. GIBSON:  Thank you, Mr. Chair.  On

16    the districts shall be compact in tier two, I

17    know previously we used Reock scores, I think,

18    and Convex Hull scores ad nauseum, those

19    words.  And so since it's not -- there's no

20    real definition in the materials that we have

21    that speaks to compactness, is there some

22    anticipation that -- or why did we use Convex

23    Hull and Reock scores?

24         And then, if you could talk about the

25    appropriateness of following that same method

HT_0006115

P-000092

Page 39

```
1      in this cycle.  Thank you, Mr. Chair.
2           CHAIR RODRIGUES:  You're recognized.
3           MR. FERRIN:  Thank you, Mr. Chairman
4      and Senator Gibson.  We -- you're correct.  We
5      used a score called a Reock score, a Convex
6      Hull score, and then a Polsby-Popper score.
7      And those three scores are all on a -- they're
8      scored on a range of zero to one, so it's a
9      proportional measurement.  They measure
10     different things.
11          Generally speaking, a Reock is going to
12     measure how much a district resembles a
13     circle.  A Convex Hull is a test for,
14     basically, indentations.  So a star would
15     score very poorly on a Convex Hull, but a
16     square or a rectangle would score highly.  And
17     then Polsby-Popper is a perimeter ratio so
18     that -- that kind of tests for jagged edges,
19     so to speak.  And so the smoother the edges of
20     a district, the higher the score would be
21     there.
22          Those are the three that I would
23     anticipate using in addition to, as the
24     Supreme Court stated, the Intraocular Test,
25     which is just a visual review for compactness.
```

9/20/2021              Common Cause, et al. v. Cord Byrd              Audio Transcription

Page 40

1    I believe that you will see those three

2    available in the software very soon.

3         CHAIR RODRIGUES:  Any further

4    questions?  Okay.  Let's move on to the next

5    tab.

6         MR. FERRIN:  Thank you, Mr. Chairman.

7    So the terminology, a lot of this I've already

8    kind of mentioned, and some of you may be

9    familiar with.  We've talked about equal

10   population and the requirements in the U.S.

11   Constitution for equally-weighted votes.

12        The equal population, as I've

13   mentioned, for congressional districts is plus

14   or minus one person.  It's generally higher in

15   terms of legislative districts.  The courts

16   have allowed in the past in different

17   circumstances up to a 10 percent overall

18   range.  The legislature here in Florida has

19   typically drawn Senate and House districts

20   with deviations of less than 1 or 2 percent.

21        The ideal population is the total state

22   population divided by the number of districts,

23   and so that's our target population as we're

24   drawing districts in terms of what we're

25   trying to get to.  Ideal populations based on

HT_0006117
P-000094

Page 41

1    the 2020 census are as follows:

2          For congressional, it's 769,221.  For

3    Florida Senate districts, it's going to be

4    538,455.  And for the House, it'll be 4 -- or

5    excuse me -- 179,485.

6          Voting age population refers to the

7    number of --

8          MR. BEAN:  Mr. Chairman, I'm sorry to

9    interrupt.  Can you give those numbers one

10   more time?  I was writing them down.  I

11   missed -- missed them.  Starting with the

12   congressional.

13         MR. FERRIN:  Thank you, Mr. Chairman

14   and Senator Bean.  So congressional is 7-6-9-

15   2-2-1.  The Senate districts will be 5-3-8-4-

16   5-5.  The House districts will be 1-7-9-4-8-5,

17   and I believe I've got a slide later on that's

18   going to have those numbers on it and compare

19   them to the old numbers.

20         And so back to the voting age

21   population, that's the number of people in a

22   district or a plan that are -- excuse me -- in

23   a district that are over 18 years of age and

24   represents the potential electorate in a

25   district.

HT_0006118

P-000095

Page 42

```
1            And then population deviation is the

2       difference between the ideal population and

3       the population of a district or plan.  It's

4       calculated for individual districts and the

5       redistricting plan as a whole.  We often

6       express this as a percentage, and that's

7       calculated by dividing the deviation of a

8       district by the ideal population.

9            At the district level, population

10      deviation is measured as the amount of a

11      district's total population minus its ideal

12      population, and that can be positive or

13      negative.  At the plan level, population

14      deviation is the numeric range between the

15      smallest total population and the largest

16      total population of a district.

17           This slide contains some redistricting

18      terms related to map drawing and the criteria

19      found in the Florida Constitution.  A

20      benchmark plan is the last legally-enforceable

21      redistricting plan enforcer effect.  A

22      proposed redistricting plan is compared to a

23      benchmark plan to analyze its compliance with

24      protections for racial and language minorities

25      under federal and state law.  In Florida, the
```

HT_0006119

P-000096

Page 43

1       benchmark plans will be named and referred to

2       as follows:

3               For the congressional plan, you'll see

4       that as FLCD 2016 for 2016 in its date of

5       adoption.  FLHD 2012 would be the House

6       benchmark, and FLSD 2016 would be the Senate

7       benchmark.  And those are your current

8       districts today.

9               Retrogression occurs when a

10      redistricting plan reduces the opportunity of

11      a racial or language minority to participate

12      in the political process or elect

13      representatives of their choice when compared

14      to the benchmark plan.  Retrogression can

15      apply to a whole redistricting plan or to an

16      individual district.

17              Diminishment is similar in that it

18      occurs when a redistricting plan eliminates a

19      majority minority district or potentially

20      weakens a historically-performing minority

21      district where doing so would actually reduce

22      the ability of racial or language minority

23      groups to elect candidates of their choice, as

24      compared to the benchmark plan.

25              Geographic boundaries.  For geographic

HT_0006120
P-000097

Page 44

1    boundaries, we use easily ascertainable and

2    commonly understood features, such as rivers,

3    railways, and primary and secondary roads.

4    Primary and secondary roads are actually

5    defined by the United States Census Bureau in

6    their -- their date -- geographical dataset.

7    They include interstates, U.S. highways, and

8    state highways.  County roads are not included

9    in that as -- as some of the roads in those

10   categories can range from a six-lane highway

11   to a dirt road.

12           And then finally, political boundaries

13   in the redistricting context has been defined

14   by the courts as county or incorporated

15   municipality boundaries, so your cities, town,

16   villages, et cetera.  We have 412 of those

17   here in Florida for this cycle.

18           This slide here has an image for the

19   geographical hierarchy that's used by the

20   census.  So the smallest feature that we'll

21   use is the census block.  Blocks are formed by

22   streets, roads, bodies of water, and other

23   physical features and legal boundaries that

24   are shown on U.S. Census Bureau maps.

25           Census block groups are clusters of

HT_0006121
P-000098

9/20/2021                Common Cause, et al. v. Cord Byrd              Audio Transcription

Page 45

1    census blocks within a census tract.  Tracts

2    are small, relatively-permanent statical

3    subdivisions of a county and are delineated by

4    the local participants as part of the U.S.

5    Census Bureau's Participants Statistical Areas

6    Program.

7         Counties are the primary legal

8    subdivisions of the state and are used for

9    reporting census -- decennial census data.  So

10   each of those nests within each other.

11        Here we have some definitions and terms

12   related to the different kinds of districts

13   that can be drawn for racial or language

14   minority opportunities.  The -- these are kind

15   of listed in the order of significance.  So a

16   majority minority district is a district in

17   which racial or language minority groups

18   comprise a majority, which is 50 percent plus

19   1 or more of the voting age population of the

20   district.

21        An effective minority district is a

22   district that contains sufficient voting age

23   population to provide the minority community

24   with an opportunity to elect a candidate of

25   choice but falls short of a majority.

HT_0006122
P-000099

Page 46

```
1              A crossover district is a district in

2       which a racial or language minority group is

3       not a numerical majority but is potentially

4       large enough to elect its preferred candidate

5       by persuading enough majority voters to cross

6       over to support the minorities' preferred

7       candidate.

8              A coalition district is a district in

9       which more than one racial or language

10      minority group working together can form a

11      majority to elect their candidates of choice.

12             And then lastly is an influence

13      district, which is a district in which the

14      racial or language minority community,

15      although not sufficiently large enough to

16      elect a candidate of its choice, is able to

17      influence the outcome of an election and elect

18      a candidate who will be responsive to the

19      interests and concerns of the minority

20      community.

21             That would conclude that portion of the

22      presentation, sir, Mr. Chairman.

23             CHAIR RODRIGUES:  Do we have any

24      questions on this tab?

25             Seeing none, let's move on to Tab 4,
```

Page 47

1    Census -- Census Data Explanation.

2              MALE VOICE:  (Inaudible).

3              CHAIR RODRIGUES:  Oh, I'm sorry.  I

4    missed the timeline.  Let's go back and

5    complete the timeline.

6              MR. FERRIN:  Thank you, Mr. Chairman.

7         So the beginning of this -- this

8    process starts with April 1st, 2020, which is

9    the census day.  And the census responses,

10   although they're collected over a period of

11   time, are used -- are tied to April 1st.  So

12   if you're filling out a response later on in

13   the summer, the question that the Census

14   Bureau is asking you as a respondent is where

15   were you residing on April 1st, 2020.

16             April 26th was the day that the Census

17   Bureau released the state-wide population

18   totals for apportioning the seats in the

19   United States House of Representatives.  That

20   was originally scheduled under the kind of

21   normal cycle to have been December 31st, 2020.

22             On August 12th, 2021, the Census Bureau

23   published tabular population demographic and

24   housing data for all 50 states.  That was the

25   delivery and availability of the Legacy format

9/20/2021                    Common Cause, et al. v. Cord Byrd                    Audio Transcription

                                                                        Page 48

1        census data.  That should have been available

2        on April 1st, 2021.

3               Last week, on September 16th, we

4        received the formal delivery of the formatted,

5        P.L. 94-171 redistricting data, which is the

6        same data that was delivered as -- in the

7        Legacy format.  That was delivered to the

8        states last week.  That date should have,

9        also, been April 1st.

10              Typically, in a cycle, that data is

11       released together.  It was broken up this

12       cycle.  Due to the delays, the Census Bureau

13       opted to get the Legacy format data out there

14       as soon as possible and then continue working

15       to deliver the formatted data by the end of

16       September.

17              And then lastly there, you see in --

18       later this month or within the month, we plan

19       on launching the joint website and the free

20       publicly-available map-drawing application.

21              Here we have a list of the interim

22       committee weeks and the prospective dates for

23       interim committee meetings.  So our next week

24       that we would be available to meet would be

25       October 11th, followed by October 18th to

HT_0006125
P-000102

9/20/2021              Common Cause, et al. v. Cord Byrd              Audio Transcription

Page 49

1    22nd, November 1st through 5th, November 15th

2    through 19th, and November 29th through

3    December 3rd.  Because we're kind of going

4    full-blast here and operating at full speed, I

5    would expect at this time, unless told

6    differently, that we would plan on meeting

7    each of those weeks.

8         This slide has some of the important

9    session and post-session dates on it.  So we

10   will -- as I mentioned, we'll convene on

11   January 11th, 2022, for regular session.  The

12   60th day of that session would be March 11th,

13   2022.

14        June 13th to 17th is qualifying for

15   state and federal offices.  The mailing of the

16   overseas ballots, which is the first sort of

17   ballot delivery and -- and everything would

18   have to be finalized, not only in advance of

19   qualifying, but the date for supervisors to

20   mail the first ballots overseas is July 9th,

21   2022.

22        August 23rd is the primary election.

23   The supervisors will, also, have to send out

24   ballots on September 24th for the general

25   election, and then we have the general

HT_0006126

P-000103

9/20/2021                 Common Cause, et al. v. Cord Byrd              Audio Transcription

Page 50

1       election date of November 8th, 2022.

2              Part of the timeline process is

3       governed by Article III, Section 16 of the

4       Florida Constitution, which includes the

5       provisions for the automatic facial review of

6       the state legislative redistricting plans.

7       Article III, Section 16 states that within 15

8       days after the passage of the joint resolution

9       of apportionment, the attorney general shall

10      petition the Supreme Court of the state for a

11      declaratory judgment determining the validity

12      of the apportionment.

13             The Supreme Court shall permit

14      adversary interests to present their views and

15      within 30 days from the filing of the petition

16      shall enter its judgment.  A judgment of the

17      Supreme Court of the state determining that

18      the apportionment to be -- is -- to -- excuse

19      me -- determining the apportionment to be

20      valid, shall be binding upon all the citizens

21      of the state.

22             Should the Supreme Court determine that

23      the apportionment made by the legislature is

24      invalid, the governor by proclamation shall

25      reconvene the legislature within five days

HT_0006127

P-000104

Page 51

```
1       thereafter in extraordinary apportionment

2       session, during which the legislature shall

3       adopt a joint resolution of apportionment

4       conforming to the judgment of the Florida

5       Supreme Court.

6              Within 15 days after the adjournment of

7       an extraordinary apportionment session, the

8       attorney general is again required to file a

9       petition to the Supreme Court setting forth

10      the apportionment resolution adopted by the

11      legislature.

12             If none was adopted during the

13      extraordinary apportionment session, the

14      attorney general is required to report that

15      fact to the court.  Otherwise, consideration

16      of the validity of the joint resolution shall

17      be -- had -- as provided in -- for in cases of

18      such joint resolution being adopted at a

19      regular or special apportionment session.

20             And then lastly, if the legislature

21      fails to adopt a resolution of apportionment

22      or if the Supreme Court finds the

23      apportionment to be invalid again, the court

24      has 60 days after receiving the petition from

25      the attorney general to file with the
```

HT_0006128

P-000105

9/20/2021                      Common Cause, et al. v. Cord Byrd              Audio Transcription

Page 52

1        secretary of state an order making the

2        apportionment.

3              The next slide that we have here is a

4        bit of a flow chart that shows the path for

5        the state legislative redistricting plans that

6        we just walked through.  The color coding here

7        indicates which paths were followed for which

8        decade.  This will be available on the website

9        when we launch it, and so I won't walk through

10       the particulars of the past history.  I think

11       we may have an opportunity to do that at

12       subsequent meetings, as well.

13             CHAIR RODRIGUES:  Do we have any

14       questions on the timeline?

15             Seeing none, now we can move forward to

16       the Census/Census Data Explanation.

17             MR. FERRIN:  Thank you, Mr. Chairman.

18             Established by the U.S. Constitution,

19       the census has been conducted every ten years

20       since 1790 to determine the number of people

21       living in the United States.  Article I,

22       Section 2 of the U.S. Constitution requires

23       this to be an actual enumeration of all people

24       in the United States.  Actual enumeration

25       means a physical count, and the Constitution

HT_0006129

P-000106

Page 53

1    has been determined to not allow for the use

2    of sampling in lieu of an actual count.

3            For redistricting, Florida is one of 21

4    states that explicitly requires the use of

5    census data for redistricting.  As I mentioned

6    in Article X, Section 8, states that -- each

7    decennial census of the state taken by the

8    United States shall be an official census of

9    the state.  The fourth statute -- the

10   statutory provision in Florida, also,

11   designates the most recently federally

12   conducted federal census as the official

13   census for redistricting.

14           I've already touched a little bit on

15   the hierarchy that's used by the census, but

16   it's worth noting that the geography comes

17   from a different source than the actual

18   demographic and population data.  The

19   geographic data that we use for redistricting

20   comes in the form of TIGER/Line shape files

21   that are released by the Census Bureau.

22           And these are extracts of selected

23   geographic information from the United States

24   Census Bureau's database.  It includes polygon

25   boundaries with geographic areas and features,

Page 54

1      linear features, including roads and

2      hydrography, and point features, such as

3      landmarks.

4           The state does not contain any

5      sensitive or -- information or data on

6      population on demographics.  That's linked to

7      later from censuses and other surveys through

8      a standard geographic identifier that we refer

9      to as the geo ID.  And one other note is that

10     Census Bureau is constantly updating this.  We

11     use the 2020 version that was released earlier

12     this year.

13          We can talk a little bit about the race

14     and ethnicity categories in the census data,

15     so since 1980, the Census Bureau has asked

16     each person counted to identify their race and

17     whether or not they are of Hispanic or Latino

18     origin.  An individual's response to the race

19     and ethnicity questions are based on self-

20     identification.  The United States Office of

21     Management and Budget established these

22     standards in 1997, and they are as follows:

23          For racial categories, it's American

24     Indian or Native Alaskan.  And these are

25     person having origins in any of the original

HT_0006131

P-000108

Page 55

1        peoples of North and South America, including

2        Centra America, and who maintains -- excuse

3        me -- maintains tribal affiliation or

4        community attachment.

5              Asian means a person having origins in

6        any of the original peoples of the Far East,

7        Southeast Asia or the Indian Subcontinent,

8        including for example Cambodia, China, India,

9        Japan, Korea, Malaysia, Pakistan, and the

10       Philippine Islands.

11             Black or African American means a

12       person having origins in any of the Black

13       racial groups of Africa.

14             Native or Hawaiian or Pacific Islander

15       is a person having origins of any of the

16       original people of Hawaii, Guam, Samoa, or

17       other Pacific Islands.

18             And then White is a person having

19       origins in any of the original peoples of

20       Europe, the Middle East, or North Africa.

21             The ethnicity question on the Census

22       Bureau or census forms asks whether or not a

23       respondent is of Hispanic or Latino origin or

24       if they are not Hispanic or Latino.  Hispanic

25       or Latino has traditionally meant a person of

Page 56

1    Cuban, Mexican, Puerto Rican, South America --

2    South or Central American, or other Spanish

3    culture origin, regardless of race.

4          So it's important to note that the

5    categories of race include the national origin

6    and sociocultural groups.  People can chose to

7    report more than one race to indicate their

8    racial mixture, and in fact, race alone can

9    result in up to 63 different combinations.

10   And people who identify their origin as

11   Hispanic, Latino, and Spanish may be of any

12   race.

13         Talk briefly about group quarters.  So

14   in 2020, the census continued -- Census Bureau

15   continued to count prisoners, college

16   students, and people in other resident

17   situations, such as nursing homes, at the

18   group location where they lived and slept most

19   of the time.  This is the way it's been done

20   in the past, and by far, the majority of

21   states use population and residence data

22   reported in the census as is.

23         A handful of states have changed their

24   procedures for allocating incarcerated --

25   incarcerated persons for redistricting

HT_0006133
P-000110

Page 57

```
1      purposes.  And these states, whenever it's
2      possible, they reallocate prisoners from the
3      prison location to their residence prior to
4      incarceration.  To date, eight states, which
5      includes California, Colorado, Delaware,
6      Maryland, Nevada, New Jersey, New York,
7      Virginia, and Washington, have passed laws
8      about how incarcerated persons are counted and
9      allocated during the redistricting process.
10          Personal -- protecting privacy within
11     census data.  So since 2000, the Bureau has
12     used a practice called data swapping between
13     census blocks as its main disclosure avoidance
14     technique.  And for an example of data
15     swapping, we can consider a census block with
16     just 20 people in it, including one Filipino
17     American without any disclosure of
18     (inaudible), it might be possible to figure
19     out the identity of that individual.
20          With the data swapping applied, that
21     person's data might be swapped with that of an
22     Anglo-American from a nearby census block
23     where other Filipino Americans reside.  The
24     details for that person would be aggregated
25     with the others, and therefore, it would be
```

HT_0006134
P-000111

Page 58

1    not be identifiable.  Yet the total population

2    would remain accurate.

3             Since recent developments and the

4    advent of big data and technical advancement

5    make it theoretically possible to take the

6    many data products that the Census Bureau

7    produces and cross-reference them with each

8    other or with outside data sources to the

9    point that (inaudible) could be compromised,

10   the Census Bureau chose to review their

11   disclosure avoidance techniques and reconsider

12   other methods.  In 2018, they selected

13   differential privacy for use during the 2020

14   census.

15            With differential privacy, the total

16   population in each state is as enumerated.

17   But all other levels of geography -- so tract,

18   counties, census block group -- have some

19   variance from the raw data.  And the Census

20   Bureau refers to this as noise.  And noise

21   would not be injected into the state

22   population, but the smaller units it can be

23   expected.

24            And it's important to note here that

25   when reaggregated, that level of noise is --

HT_0006135

P-000112

9/20/2021                    Common Cause, et al. v. Cord Byrd                    Audio Transcription

Page 59

1      is -- goes away and results in a usable and

2      accurate count.

3              I mentioned the TIGER geometry that we

4      use in the geographical data.  It's worth

5      noting that during the 2020 legislative

6      session, Florida -- the legislature passed two

7      bills that made changes to its political

8      subdivisions.  Senate Bill 616 adjusted the

9      boundary lines of Indian River County and St.

10     Lucie County.  That bill was signed into law

11     by Governor DeSantis on June 9th, 2020.  And

12     Committee Substitute for House Bill 1215

13     abolished the City of Weeki Wachee, which was

14     one square mile and a population of nine.

15     That, also, took effect -- was signed and took

16     effect on June 9th, 2020.

17              Because we used the January 1, 2020,

18     data from the Census Bureau rather than the

19     census day -- or in addition to the fact that

20     these became law after census day, these

21     changes are not reflected in our geographical

22     population and demographic data, so we'll

23     still have the City of Weeki Wachee in our

24     dataset.

25              I've mentioned this a little bit before

HT_0006136
P-000113

Page 60

1    already related to the census delays, and this

2    slide is taken from a presentation that the

3    Census Bureau delivered to us back in, I

4    believe it was, May.  But these are some of

5    the factors that the Bureau has cited for the

6    delay and the reasons the data was delivered

7    late.

8         This includes COVID-19, four tropical

9    systems that made landfall, wildfires on the

10   West Coast, civil unrest, and legal

11   challenges.  And most of those occurred during

12   the door-to-door follow-up -- nonresponse

13   follow-up count portion of the census, which

14   did disrupt the collection and then,

15   subsequently, the processing of the data.

16        And we can go -- we can break there or

17   go right into same additional data points.

18        CHAIR RODRIGUES:  Do we have questions

19   on what's been presented?  Senator Gibson,

20   you're recognized for a question.

21        MS. GIBSON:  Thank you, Mr. Chair.

22   Going back to the race and ethnicity in the

23   census data, I thought there were questions of

24   race that were not represented in the handout.

25   For example, I think there were individual --

HT_0006137

P-000114

Page 61

```
 1    do you know if these are all the categories

 2    that were questions on the census, by any

 3    chance?  And if not, if we can make sure that

 4    we have that for the next time because I

 5    thought there were -- there was some biracial

 6    or other questions, even an "other" that was

 7    reported when it came to race and ethnicity.

 8         And I'm asking that in light of -- as

 9    we begin to look at districts and minority

10    districts and how those -- how those

11    categories of race play into any potential

12    diminishment or -- if you understand what I'm

13    saying.

14         CHAIR RODRIGUES:  You're recognized.

15         MR. FERRIN:  Thank you, Mr. Chairman

16    and Senator Gibson.  That's, actually, an

17    excellent point.  I did neglect to mention

18    that there is a field for other race.  It's

19    available on the -- where respondents can

20    write in whatever they want, and the Census

21    Bureau will tabulate them that way.

22         But it's important to remember that for

23    redistricting purposes, we can -- we can

24    cross-tabulate.  So -- so if a person can mark

25    multiple races -- and in fact, they can select
```

HT_0006138

P-000115

Page 62

1       all of them.  And when they do that, we, in

2       the redistricting dataset that we compile and

3       use in our software, we will count every

4       person that has indicated that race as part of

5       that group.

6            So for example, with African -- Black

7       or African American population, we count

8       anyone who responded that they were any

9       combination of race that included Black or

10      African American, and we also include whether

11      or not they were Hispanic.  And so all that's

12      accounted for, and when we do the functional

13      analysis and we review that, we're looking at

14      the categories of anyone who would have

15      responded that they were that race in any

16      combination.  Hopefully, that answers your

17      question.

18           MS. GIBSON:  So a -- sorry, Mr. --

19           CHAIR RODRIGUES:  Go ahead.  You're

20      recognized.

21           MS. GIBSON:  A combination leans

22      towards a particular race, so if -- if someone

23      put that they were African American and White

24      or African American and Hispanic, what's the

25      dominant race that we're counting them as --

9/20/2021                     Common Cause, et al. v. Cord Byrd                     Audio Transcription

                                                                    Page 63

1               CHAIR RODRIGUES:  You're recognized.

2               MS. GIBSON:  -- because, obviously,

3       they're not counting themselves that way.

4               MR. FERRIN:  Thank you, Mr. Chairman.

5       So we follow the OMB guidance, which I didn't

6       go into in great detail, but provides that for

7       the purposes of analyzing against,

8       essentially, discriminatory behavior and

9       Department of Justice review for things like

10      redistricting plans, we are supposed to count

11      all available population.

12              So -- so essentially, if you marked

13      that you were a -- a Black or African American

14      and White, you would be counted in the Black

15      population because you would, theoretically,

16      have standing to bring a discriminatory claim

17      in that circumstance.

18              CHAIR RODRIGUES:  Senator Rouson,

19      you're recognized for a question.

20              MR. ROUSON:  Thank you very much, Mr.

21      Chairman.  And I think you mentioned it, but I

22      just want to be clear, and I want the public

23      to be clear.  On group quarters, Florida

24      continues to count prisoners and college

25      students at the location where they were on

HT_0006140

P-000117

9/20/2021                  Common Cause, et al. v. Cord Byrd              Audio Transcription

Page 64

1    April 1st of 2020, as opposed to their home or

2    before they were incarcerated?

3          CHAIR RODRIGUES:  You're recognized.

4          MR. FERRIN:  Thank you, Mr. Chairman

5    and Senator Rouson.  The Census Bureau counts

6    them there.  We do not edit the census data

7    and reassign them to another geographic

8    location.

9          CHAIR RODRIGUES:  Any further

10   questions?  Senator Bradley, you're

11   recognized.

12         MS. BRADLEY:  Thank you, Mr. Chairman.

13   In the previous slide, you outlined what the

14   census delays.  And I just wondered if you

15   could give a sense of the overall

16   participation rate, even with those delays, of

17   the 2020 census, maybe compared to prior years

18   or whether it was a -- what the participation

19   rate was in 2020.

20         CHAIR RODRIGUES:  You're recognized.

21         MR. FERRIN:  Thank you, Mr. Chairman

22   and Senator Bradley.  This -- Florida had a

23   99.9 percent enumeration rate, so -- so the

24   Census Bureau calculates the total number of

25   households that they have on record, and 99.9

HT_0006141

P-000118

Page 65

1    percent of those households responded to the

2    census in 2020.  I don't know the 2010 number

3    off the top of my head.

4          MS. BRADLEY:  (Inaudible).

5          MR. FERRIN:  But I know the 2021 was

6    99.9.

7          CHAIR RODRIGUES:  Any further

8    questions?

9          Seeing none, let's move on to Census

10   Data.

11         MR. FERRIN:  Thank you, Mr. Chairman.

12   And so to speak a little bit about some of the

13   trends that we've seen in the census data, one

14   of the underlying themes is the shift in -- or

15   continued trend towards population

16   congregation in metropolitan areas.

17         So the population of the U.S. metro

18   areas grew by 9 percent from 2010 to 2020,

19   resulting in 86. -- 80 -- excuse me -- 86

20   percent of the population living in the United

21   States metro areas, as compared to 85 in 2010.

22         Around 52 percent of the counties in

23   the United States saw their 2020 census

24   populations decrease from the 2010 census.

25   The largest county remains Los Angeles County.

HT_0006142

P-000119

9/20/2021                    Common Cause, et al. v. Cord Byrd                    Audio Transcription

Page 66

1       The largest city remains New York.  But across

2       the United States, 312 of the 384 metro areas

3       gained population.  Only a few lost.  But one

4       of the fastest growing ones in the United

5       States was, actually, The Villages.  It grew

6       39 percent from about 93,000 people to 130,000

7       or so.

8            Here we have some of the Florida-

9       specific facts.  So we did surpass New York,

10      become the third-largest state officially.  As

11      we just discussed, 99.9 percent of the housing

12      units were counted in the 2020 census.  Our

13      total growth was 2,736,877 people from 2010 to

14      2020, and that's almost 15 percent.  As I

15      mentioned earlier, The Villages was the

16      fastest-growing metro area in the country and

17      also in the State of Florida.

18           Talking about the self-response rate,

19      which was for the first time this year

20      available online -- so in the past, self-

21      response meant that you received your Census

22      Bureau questionnaire in the mail, you filled

23      it out and responded.  It didn't require a

24      door-to-door visit or a nonresponse follow-up.

25      We did improve that a little bit this -- this

HT_0006143
P-000120

9/20/2021                 Common Cause, et al. v. Cord Byrd          Audio Transcription

                                                               Page 67

1      cycle and went from 63 percent to 63.8.

2              Additionally, Jacksonville remains the

3      largest incorporated place in Florida, and

4      it's got 9 million -- or excuse me -- 949,611

5      people.  And Jacksonville, as many of you

6      know, is also -- coincide with the county

7      boundaries of Duval.

8              Osceola County had the largest county

9      growth rate at 45 percent and growing by about

10     120,000 people.  Not surprisingly, then,

11     Florida State Senate District 15 had a similar

12     growth rate, 51 percent, growing 241,000

13     people, which is nearly half of what a senate

14     district used to be.

15             And in the same general area, Florida

16     House District 44 grew 51 percent, and that's

17     by about 80,000, and I believe an ideal

18     district last cycle was somewhere in the

19     neighborhood of 150,000.  Congressional

20     District 9, similarly, grew by about a third.

21     So 259,000 people from 2010 to 2020.

22             One of the other things that's been

23     noted in the -- the census data across the

24     country has been that we've had some shifts in

25     how people identify themselves racially.

HT_0006144

P-000121

Page 68

```
1            So that being said, the White
2     population still remains the largest race or
3     ethnicity group in the United States, over 204
4     million people identifying as White alone.
5     Another 35 million bring the total to 235.4
6     million reported being either White alone or
7     in combination with another group.  But
8     specifically, the White alone population
9     decreased, and what that means is that we're
10    seeing a trend in which more people are
11    identifying as being White in combination with
12    some other race.
13            Likewise, the multiracial or two or
14    more race population changed.  The multiracial
15    population was measured at 9 million people
16    across the country in 2010, and that's now at
17    33.8 million people, which is a 276 percent
18    increase.  In Florida, I believe, it exceeded
19    that.
20            The in-combination multiracial
21    populations for all race groups accounted for
22    most of the overall changes within each racial
23    categories, so it wasn't necessarily people
24    identifying as a single race African American
25    or single race Asian; it was people combining
```

HT_0006145

P-000122

9/20/2021                          Common Cause, et al. v. Cord Byrd                    Audio Transcription

Page 69

    1        them across different races.

    2              And then the next largest races --

    3        racial populations were Asian alone or in

    4        combination.  They're up to 24 million

    5        nationwide, and they exceed the American

    6        Indian and Alaskan Native alone or in

    7        combination group, followed by the Native

    8        Hawaiian and other Pacific Islander Group.

    9              Not surprisingly, as I'm sure many

   10        people expected, the Hispanic or Latino

   11        population, which includes people of any race,

   12        was 61 -- 62.1 million in 2020.  This is a

   13        growth of 23 percent.  The population that has

   14        identify itself of not being Hispanic or

   15        Latino origin grew 4.3 percent since 2010.

   16              A lot of this data is currently visible

   17        and available via the Census website.  They've

   18        provided some demographic map viewers, as well

   19        as access to the tabular data and now the

   20        interactive tables that you can select which

   21        types of information you would like to see in

   22        which geographical level.  That, also,

   23        includes current state legislative and

   24        congressional districts.  That's all available

   25        on data.census.gov.  And that would conclude

HT_0006146

P-000123

Page 70

1      this portion.  We can pause or keep going, Mr.

2      Chairman.

3           CHAIR RODRIGUES:  Do we have any

4      questions on this portion?

5           Seeing no questions, let's continue on.

6           MR. FERRIN:  Thank you, Mr. Chairman.

7      So the last thing we have for you today is

8      some maps to look at.  So these -- these

9      display the over/under populations for the

10     different districts we have here in Florida,

11     so these are the current congressional

12     district boundaries.

13          Here you can see where we have listed

14     the 2010 population versus the state, as well

15     as the difference, the ideal population of the

16     old congressional districts, which was

17     696,000, and the new one, 769,000.  So almost

18     a 73,000-person change there, as well as the

19     number of districts that we have.

20          One of the things to kind of note about

21     this map is that because we are gaining a

22     congressional district, the color coding there

23     is going to look a little different.  It's --

24     it's -- these districts are going to trend --

25     show to be slightly more over-populated than

HT_0006147
P-000124

Page 71

1    they should, if we would to divide and color

2    them by 28 districts -- or excuse me -- 27

3    instead of 28.

4         Here we have the same map and same data

5    points for the State Senate districts, so you

6    can see here that a lot of the districts in

7    North Florida or currently underpopulated, as

8    are the districts in South Florida, as well as

9    some in the Tampa Bay area.  Most of the

10   growth in the state, as is displayed by this,

11   occurred along the I-4 Corridor and up along

12   the First Coast in St. Johns and Flagler

13   Counties.  Other districts that are

14   overpopulated include in Lee County, District

15   27, but the -- the one that's far and away the

16   most is District 15.

17        Lastly, we have the same kind of slide

18   for the Florida House and their current

19   districts, so looking at this at a more

20   granular level, smaller districts, is going to

21   display some of the population trends in a

22   little more detail.  So you can see here,

23   really, the underpopulation and the

24   significance of it in the Big Bend area.  You

25   can see the dark blue colors show the

Page 72

1    overpopulation, particularly in Central

2    Florida and along the I-4 Corridor, and then

3    you can see the bright red and shading and

4    colors down there in South Florida, as well.

5          All of these will be visible on our

6    website, when it launches in an interactive

7    manner that will allow users to click around

8    and get some more data on the specific

9    districts, including the population numbers

10   from 2010, 2020, and the percent differences,

11   as well.  And that would include the

12   presentations, Mr. Chairman.

13         CHAIR RODRIGUES:  Do we have any

14   questions on the map showing the under and

15   over populations of our various chambers?

16   Okay.  Senator Rouson, you are recognized.

17         MR. ROUSON:  Thank you very much.  This

18   may go back to an earlier slide, but the

19   boundaries were adjusted in St. -- in St.

20   Lucie and Martin Counties.  Did that

21   significantly add or shed population because

22   of the boundary adjustment?

23         CHAIR RODRIGUES:  You're recognized.

24         MR. FERRIN:  Thank you, Mr. Chairman.

25   Let me -- the answer is no.  The boundary

HT_0006149

P-000126

9/20/2021                 Common Cause, et al. v. Cord Byrd              Audio Transcription

Page 73

```
 1      shift between Indian River County and St.

 2      Lucie County was one parcel that was six-

 3      tenths of an acre that went from St. Lucie to

 4      Indian River, and then Indian River -- excuse

 5      me, five and a half acres of land were

 6      transferred from Indian River to St. Lucie

 7      County.

 8           The land -- it's my understanding and

 9      recollection was -- those five and a half

10      acres were vacant.  There was one house that

11      had a piece of property.  Their parcel was

12      divided by the counties, and so they took the

13      one parcel that had a house on it, moved it

14      all to one county, and the other one took some

15      vacant land in exchange, and it was -- should

16      have had little to no -- I mean, the residents

17      of that one house, but other than that, no

18      changes in population would have -- would have

19      occurred.

20           MR. ROUSON:  Thank you.

21           CHAIR RODRIGUES:  Any other questions?

22           Seeing none, that includes Tab 4.

23      We'll now move on to Tab 5, which is public

24      comment.  We'll start with Jonathan Webber

25      with Florida Conservation Voters.  Jonathan,
```

HT_0006150
P-000127

Page 74

1      you're recognized.

2           MR. WEBBER:  Thank you, Chair.  Good

3      morning -- afternoon.  My name is Jonathan

4      Webber.  I'm the deputy director of Florida

5      Conservation Voters.  It's wonderful to be

6      back in the same room with all of you and

7      seeing your faces.  We have a lot of important

8      work to do ahead of us, although I will say I

9      will miss the basketball buzzer, which did

10     happen in the civic center in the beginning

11     there.  I'll miss that.

12          Fair political districts are the most

13     important aspect of our democratic republic.

14     The integrity -- integrity of our entire

15     system is in those little lines on the map,

16     which are now completely in your hands.

17          Eleven years ago, 63 percent of Florida

18     voters approved the two amendments related to

19     the redistricting process.  Thank you so much

20     for reviewing them.  These amendments are now

21     part of the state constitution, and like you,

22     I will be referring to these words in the

23     constitution regularly as we engage over the

24     coming weeks and months.

25          But the words in the constitution are

HT_0006151

P-000128

Page 75

```
 1      only part of the story, and I strongly and

 2      respectfully encourage you -- encourage the

 3      following:

 4             So please ensure that all map drafts

 5      become visible in real time and that all

 6      actual work of map-making is livestreamed with

 7      audio and video.  Preserve all communications

 8      about redistricting and make them available as

 9      public records.

10             Make all mapping data available in the

11      public -- to the public in a common, usable

12      format.

13             Solicit extensive input from the

14      public.

15             Seek out and work to understand

16      opposing perspectives and points of view.

17             Provide ample notice of all proceedings

18      and public comment opportunities.

19             Find ways to get the people of Florida

20      involved in a meaningful way, even if they do

21      not have the means to travel to Tallahassee,

22      which includes virtual verbal input

23      opportunities.  Input and committee meetings

24      is not just enough, especially when Floridians

25      who want to comment on multiple maps sometimes
```

9/20/2021                 Common Cause, et al. v. Cord Byrd                 Audio Transcription

Page 76

1    cannot make it to multiple meetings.

2         And ensure language accessibility for

3    our rich and diverse population.  Translation

4    services is a must.

5         And I know that each and every one of

6    you is taking this process seriously, and I

7    want you to know that so are the people of

8    Florida.  I'll close by saying the

9    redistricting process demands your best.  It

10   demands our best.  Future generations are

11   watching, and current generations are counting

12   on you.  Thank you all so much.  Best of luck.

13        CHAIR RODRIGUES:  Thank you for your

14   comments.  Next we have Rich Templin with the

15   Florida AFL-CIO.  Mr. Templin, you're

16   recognized.

17        MR. TEMPLIN:  Thank you, Mr. Chairman.

18   What an awesome new space you guys have to

19   work in.  This is my first time being in it,

20   so pretty cool.

21        I represent the Florida AFL-CIO.  The

22   Florida AFL-CIO, we represent 1.3 million

23   union members, their families, and retirees in

24   every area of the state.  We have ten central

25   labor councils in every single geographic

HT_0006153
P-000130

9/20/2021                 Common Cause, et al. v. Cord Byrd                 Audio Transcription

Page 77

```
1     region of Florida, and we have members in all
2     67 counties.  And like Leader Gibson, I was
3     here ten years ago, participated in the
4     process, and I can tell you that our members
5     get very engaged in this.  It's something that
6     they care a lot about.  I actually think that
7     they enjoy it as much as it was interactive in
8     the past and I know will be again in the
9     future.
10          So I'm really just here to avail my
11    organization to you because in so much as
12    getting the word out about how the public can
13    participate and how the public can watch the
14    process and to get to the goals that you all
15    have set for transparency and clarity, we're
16    going to be doing that.
17          And we're going to be taking all of the
18    rules and procedures that you establish and
19    working within those to engage as much of our
20    members as possible, and so we really look
21    forward to watching this process move forward.
22          It was very encouraging what we heard
23    today, Mr. Chairman.  Thank you.  And we're --
24    we're here, and our members want to be a part
25    of the process.  We're a very bipartisan
```

HT_0006154

P-000131

Page 78

1      group, and so we just want to be here to help.

2      Thank you very much.

3            CHAIR RODRIGUES:  Thank you.  Next we

4      have Cecile Scoon with the Florida League of

5      Women Voters.  She is the new president.  Is

6      she in the room?  Thank you.  You're

7      recognized.

8            MS. SCOON:  Thank you so much for this

9      opportunity.  My name is Cecile Scoon, and as

10     stated, I'm the new president of the League of

11     Women Voters of Florida, and I'm coming here

12     as a citizen, I'm coming here as the

13     president, as a member of the league, and as

14     a -- or the league is a member of the Fair

15     Districts Coalition that was, also -- many of

16     these organizations were involved in the

17     redistricting in 2010 and everything that

18     transpired.

19           It's been really very good feeling to

20     hear the recounting of the actual history and

21     the problems that, you know, our state ran

22     into and the waste of time and energy and

23     upset in the, you know, creation of distrust

24     with the people when people in the past

25     represented to promise to follow the law and

HT_0006155
P-000132

9/20/2021                Common Cause, et al. v. Cord Byrd              Audio Transcription

Page 79

```
 1       then they didn't.  They kind of, you know,
 2       went around the back door and did all those
 3       things.
 4            So one of the things that we came up
 5       with to try to win back the trust of the
 6       people is to ask for representatives and
 7       senators to sign a pledge.
 8            And the pledge is found on the Fair
 9       Districts website, which is
10       fairdistrictscoalition.org, and essentially,
11       it's a -- it's a paragraph, and it's basically
12       just reiterating everything -- many of the
13       things that you already said to being
14       transparent, following the law, you know,
15       adhering to the rules of fairness and
16       everybody getting their equal say, no harm to
17       minority, language, or racial groups, no
18       political gerrymandering, and things of that
19       nature.
20            So it's basically just saying, would
21       you pledge to follow the law that the citizens
22       voted on over 63 percent in the Citizens'
23       Initiative that led to the Fair District
24       Amendments.
25            So I would ask you all, since we're all
```

HT_0006156

P-000133

Page 80

```
 1    here and we're starting anew, to consider
 2    signing that pledge and look it over, and if
 3    there are any questions, please let us know.
 4    So we're very excited about this opportunity.
 5    We're looking forward to the continued
 6    interaction and for public input.
 7          We would ask that the public input be
 8    interactionable, in other words the public
 9    would have a question or statement and then
10    you would hear it in real time and then
11    respond.  I know there are many avenues
12    available with digital and email and all the
13    other things, but it really lights a fire in
14    the citizens' heart to feel excited that they
15    spoke to their representative, they were heard
16    by the elected officials, and that there was a
17    response of some kind to their -- to a
18    question.  So we really, really ask you for
19    that.
20          And the other thing I'd like to say is,
21    on the issue of -- I think Senator Rouson had
22    the question about how was the different
23    committees to interact with the media, and I'm
24    not sure I heard a specific answer to that
25    because we just want to know how we're going
```

Page 81

```
1      to hear from you.  Are you going to be
2      accessible to the media, also?  Or you know,
3      how is that going to work out?  Thank you.
4           CHAIR RODRIGUES:  I just have one
5      question before you go.
6           MS. SCOON:  Yes.
7           CHAIR RODRIGUES:  The language in the
8      Fair Districts pledge -- is the language in
9      the Fair Districts pledge the exact language
10     that is in the Fair Districts Amendment that
11     was adopted into the constitution?
12          MS. SCOON:  I don't think it's exact.
13     I've got it right here.  It's like a paragraph
14     and a half.  Would you like me to read it?
15          CHAIR RODRIGUES:  No, ma'am.
16          MS. SCOON:  Okay.
17          CHAIR RODRIGUES:  I'm just going to
18     share with you my particular position --
19          MS. SCOON:  Sure.
20          CHAIR RODRIGUES:  -- which is, if the
21     language is not exact, I can't pledge to it.
22     When I took my oath of office, I pledged to
23     uphold the Constitution of the State of
24     Florida, which includes the language that was
25     adopted by the voters in that Fair Districts
```

Page 82

1    Amendment.  So if you're asking me to pledge

2    to do something that is outside of that

3    amendment, you're putting me in a position

4    where I would be violating my oath of office,

5    and I just can't do that.

6              MS. SCOON:  Yes, I -- I --

7              CHAIR RODRIGUES:  But I appreciate your

8    participation.

9              MS. SCOON:  yes.

10             CHAIR RODRIGUES:  And I appreciate your

11   enthusiasm.

12             MS. SCOON:  Thank you.  I understand

13   your analysis.  I don't think it's outside.

14   It's not -- it doesn't mirror the exact words,

15   but I think -- it's certainly well within the

16   intent, but I -- I respect what you're saying.

17   Thank you, sir.

18             CHAIR RODRIGUES:  Thank you.

19   Appreciate it.  Do we have any other public

20   comment?

21             Seeing none, do we have any comments

22   from the members before we conclude?  Is there

23   any other business to appear before the

24   committee?

25             Seeing none, Senator Stargel moves that

HT_0006159

P-000136

Page 83

1    we adjourn.  Without objection, we'll show

2    that motion's been adopted.  We are adjourned.

3          (End of Video Recording.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HT_0006160
P-000137

9/20/2021                    Common Cause, et al. v. Cord Byrd                Audio Transcription

Page 84

```
 1                           CERTIFICATE
 2            I, Wendy Sawyer, do hereby certify that I was
 3     authorized to and transcribed the foregoing recorded
 4     proceedings, and that the transcript is a true record, to
 5     the best of my ability.
 6            DATED this 15th day of March, 2023.
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23     _____
24          WENDY SAWYER, CDLT
25
```

www.DigitalEvidenceGroup.com Digital Evidence Group C'rt 2023                202-232-0646

**A**

Aaron 5:8
ability 31:21 33:2
  34:7 36:24
  43:22 84:5
able 8:20 22:25
  24:12 46:16
abolished 59:13
abridging 36:21
abridgment
  32:22
access 19:20
  69:19
accessibility 76:2
accessible 19:17
  81:2
accomplished
  14:7
account 26:2
  32:23
accounted 62:12
  68:21
accounts 16:23
  16:24
accurate 58:2
  59:2
acknowledge
  18:17
acre 73:3
acres 73:5,10
Act 31:18,24
  32:19,20 33:5
  34:21
actual 35:10
  52:23,24 53:2
  53:17 75:6
  78:20
ad 38:18
add 72:21
added 27:9 36:6
addition 17:20
  39:23 59:19
additional 24:7
  26:17 29:6
  36:14 60:17
Additionally
  18:22 67:2

address 20:1
adequate 30:22
adhere 15:18
  16:14
adhering 79:15
adjourn 83:1
adjourned 83:2
adjournment
  51:6
adjust 28:16
adjusted 59:8
  72:19
adjustment
  72:22
administrative
  4:13
adopt 27:21 51:3
  51:21
adopted 18:1
  51:10,12,18
  81:11,25 83:2
adoption 12:10
  14:10 28:5 43:5
advance 49:18
advancement
  58:4
advent 58:4
adversary 50:14
advocate 14:9
  17:15
advocating 19:12
affect 34:22
affiliation 55:3
afford 28:4 36:13
affording 30:21
AFL-CIO 76:15
  76:21,22
Africa 55:13,20
African 55:11
  62:6,7,10,23,24
  63:13 68:24
afternoon 5:15
  6:5,22 8:21
  10:17 25:3 74:3
age 41:6,20,23
  45:19,22
agenda 4:3 19:22

24:20
aggregated 57:24
ago 7:4 74:17
  77:3
agree 15:9
agreed 23:6,8
ahead 24:21
  38:12 62:19
  74:8
aisle 7:21
akin 19:12
al 1:2
Alaskan 54:24
  69:6
allocated 57:9
allocating 56:24
allow 13:14 35:25
  53:1 72:7
allowed 40:16
altered 12:24
amazing 9:16
amendment
  22:18 31:16
  81:10 82:1,3
Amendment's
  30:13
amendments
  12:10,24 21:12
  74:18,20 79:24
America 55:1,2
  56:1
American 54:23
  55:11 56:2
  57:17 62:7,10
  62:23,24 63:13
  68:24 69:5
Americans 57:23
amount 28:4
  42:10
ample 75:17
Ana 8:23
analysis 13:4
  62:13 82:13
analysts 4:17
analyze 42:23
analyzing 63:7
anew 80:1

Angeles 65:25
Anglo-American
  57:22
another's 30:6
answer 72:25
  80:24
answers 62:16
anticipate 24:9
  25:16 39:23
anticipation
  38:22
appear 19:8
  82:23
appearance 3:23
  18:2
appearances
  24:14
Applause 3:18
applicable 3:21
application 48:20
applied 15:1 31:5
  32:19 34:10
  57:20
apply 37:24
  43:15
appointed 7:19
  12:2
apportion 26:9
apportioned
  28:25
apportioning
  47:18
apportionment
  14:4 15:10
  29:16 36:17
  37:18 50:9,12
  50:18,19,23
  51:1,3,7,10,13
  51:19,21,23
  52:2
appreciate 82:7
  82:10,19
approach 17:6
appropriateness
  38:25
approved 74:18
April 26:21 47:8

47:11,15,16
  48:2,9 64:1
archival 16:25
archived 20:22
area 66:16 67:15
  71:9,24 76:24
areas 45:5 53:25
  65:16,18,21
  66:2
arena 24:13
Article 12:13
  16:16 27:19
  29:13,24 31:10
  31:15 32:15
  35:2 36:5,7
  50:3,7 52:21
  53:6
ascertainable
  44:1
Asia 55:7
Asian 55:5 68:25
  69:3
aside 29:17
asked 54:15
asking 47:14
  61:8 82:1
asks 18:25 21:23
  55:22
aspect 74:13
aspects 19:11
assign 29:11,12
assigning 28:21
assistant 4:14,18
astroturfing
  17:12
attachment 55:4
attempt 16:6,12
attend 14:9
attorney 50:9
  51:8,14,25
audience 3:14
  5:10
audio 1:12 75:7
August 26:15,23
  47:22 49:22
authority 27:11
  27:12,18

9/20/2021                    Common Cause, et al. v. Cord Byrd                    Audio Transcription

authorized 84:3
automatic 50:5
avail 77:10
availability 47:25
available 19:2
    20:22 27:8 40:2
    48:1,24 52:8
    61:19 63:11
    66:20 69:17,24
    75:8,10 80:12
avenues 80:11
avoidance 57:13
    58:11
aware 15:24
awesome 76:18

**B**

B 31:11 37:2,13
back 3:16,16
    5:12 6:23 7:4
    8:15 10:21 25:4
    41:20 47:4 60:3
    60:22 72:18
    74:6 79:2,5
backsliding 33:2
    34:7
ballot 49:17
ballots 49:16,20
    49:24
based 29:1,5,12
    29:23 30:12
    40:25 54:19
basic 25:13
basically 39:14
    79:11,20
basketball 74:9
Bay 71:9
Beach 9:8
Bean 2:9,10 5:1,4
    5:8 9:12 21:8
    41:8,14
beginning 2:1
    47:7 74:10
behalf 7:8,14
    21:24
behavior 63:8
believe 12:20

40:1 41:17 60:4
    67:17 68:18
benchmark
    42:20,23 43:1,6
    43:7,14,24
Bend 71:24
benefit 12:16
best 10:1 76:9,10
    76:12 84:5
better 8:16 10:13
beyond 15:6
big 58:4 71:24
bill 19:14 59:8,10
    59:12
bills 59:7
binding 50:20
bipartisan 77:25
biracial 61:5
bit 8:5 52:4 53:14
    54:13 59:25
    65:12 66:25
Black 55:11,12
    62:6,9 63:13,14
blessed 4:19
block 33:19
    44:21,25 57:15
    57:22 58:18
blocks 44:21 45:1
    57:13
blue 71:25
bodies 30:18
    35:14 44:22
body 28:21
borrow 24:11
boundaries 12:7
    13:3 28:13,15
    29:13,18 32:8
    37:10 38:4
    43:25 44:1,12
    44:15,23 53:25
    67:7 70:12
    72:19
boundary 35:21
    35:22 59:9
    72:22,25
Bracy 2:11,12
    3:7

Bradley 2:13,14
    10:2,3 11:2
    64:10,12,22
    65:4
brand-new 12:23
break 60:16
breather 38:8
briefly 56:13
bright 72:3
bring 22:15 29:7
    63:16 68:5
broken 37:17
    48:11
Broxson 2:7,8
    7:17,17
Budget 54:21
burden 14:19
Bureau 44:5,24
    47:14,17,22
    48:12 53:21
    54:10,15 55:22
    56:14 57:11
    58:6,10,20
    59:18 60:3,5
    61:21 64:5,24
    66:22
Bureau's 45:5
    53:24
Burgess 2:15,16
    10:8 11:5
burned 7:3
burning 21:10
business 82:23
buzzer 74:9
Byrd 1:6

**C**

C 37:11
calculated 42:4,7
calculates 64:24
California 57:5
call 2:4
called 34:18 39:5
    57:12
calling 10:5
Cambodia 55:8
candidate 33:21

45:24 46:4,7,16
    46:18
candidates 43:23
    46:11
capable 10:14
capacities 25:11
capital 8:15
card 3:23
cards 18:2
care 16:10 77:6
Carolina 33:12
carpet 7:3 21:11
case 15:5 20:5
    22:15,18 27:24
    33:12 34:18
cases 51:17
categories 44:10
    54:14,23 56:5
    61:1,11 62:14
    68:23
Cause 1:2
CDLT 84:24
Cecile 78:4,9
cellphones 3:9
census 24:25
    25:1 26:4,8,13
    27:24 28:17,23
    29:6 32:13 41:1
    44:5,20,21,24
    44:25 45:1,1,5
    45:9,9 47:1,1,9
    47:9,13,16,22
    48:1,12 52:19
    53:5,7,8,12,13
    53:15,21,24
    54:10,14,15
    55:21,22 56:14
    56:14,22 57:11
    57:13,15,22
    58:6,10,14,18
    58:19 59:18,19
    59:20 60:1,3,13
    60:23 61:2,20
    64:5,6,14,17,24
    65:2,9,13,23,24
    66:12,21 67:23
    69:17

Census/Census
    52:16
censuses 54:7
center 74:10
Centra 55:2
central 56:2 72:1
    76:24
certain 14:10
    15:15 17:15,19
certainly 7:2,8,12
    82:15
**CERTIFICATE**
    84:1
certify 84:2
cetera 17:24
    44:16
chair 2:2,5,6,7
    3:5,6,19 5:13
    5:13 6:21 7:16
    7:17,19 8:8,13
    10:25 19:24
    20:8,25 21:3,17
    21:20 22:3,21
    23:4,25 24:3,16
    38:10,15 39:1,2
    40:3 46:23 47:3
    52:13 60:18,21
    61:14 62:19
    63:1,18 64:3,9
    64:20 65:7 70:3
    72:13,23 73:21
    74:2 76:13 78:3
    81:4,7,15,17,20
    82:7,10,18
chairing 11:3,5
Chairman 5:4,14
    5:16 8:18,22
    9:6,24 10:2,23
    25:2 39:3 40:6
    41:8,13 46:22
    47:6 52:17
    61:15 63:4,21
    64:4,12,21
    65:11 70:2,6
    72:12,24 76:17
    77:23
chairs 9:25,25

HT_0006163
P-000140

9/20/2021                    Common Cause, et al. v. Cord Byrd                    Audio Transcription

Page 3

challenges 60:11
chamber 12:3
chambers 72:15
champion 22:14
  23:21
chance 61:3
change 70:18
changed 56:23
  68:14
changes 59:7,21
  68:22 73:18
Channel 1:14
characteristics
  14:11
chart 52:4
China 55:8
choice 31:23 33:4
  33:25 34:9
  36:25 43:13,23
  45:25 46:11,16
chose 56:6 58:10
chosen 6:8 30:3
circle 39:13
circumstance
  63:17
circumstances
  33:22 40:17
circumstantial
  13:20
cited 60:5
cities 44:15
citizen 24:2 78:12
citizen's 32:23
citizens 6:1 7:9
  11:22 50:20
  79:21
citizens' 79:22
  80:14
city 28:19 59:13
  59:23 66:1
civic 74:10
civil 60:10
claim 63:16
clarification
  21:22
clarifies 37:11
clarify 20:6,7

clarity 21:2
  77:15
clause 27:14
  30:13
Clay 10:6
clear 27:4 63:22
  63:23
click 72:7
close 76:8
clusters 44:25
coalition 46:8
  78:15
Coast 60:10
  71:12
coded 27:2
codified 12:13
coding 52:6
  70:22
cohesive 33:18
coincide 67:6
collaborated
  18:15
colleagues 6:23
  16:4
collected 47:10
collection 60:14
college 56:15
  63:24
color 32:24 52:6
  70:22 71:1
Colorado 57:5
colors 71:25 72:4
combination
  62:9,16,21 68:7
  68:11 69:4,7
combinations
  56:9
combining 68:25
come 2:3 6:17
  9:19 22:1 24:8
  24:12 30:7
  33:11
comes 21:23
  53:16,20
coming 74:24
  78:11,12
comment 18:16

  23:18 73:24
  75:18,25 82:20
comments 18:5
  18:12,23 23:1
  76:14 82:21
Commission 6:15
commissions
  28:18,19
committed 17:7
committee 1:13
  2:2 3:13,23 4:4
  4:5,12,13,17
  5:14,20 6:9,14
  6:19 7:1 8:23
  9:4,10,16,22
  10:7,21 11:9,21
  12:2 15:3 17:18
  19:8,13,16
  21:15,16 23:15
  23:16 25:6,7,24
  48:22,23 59:12
  75:23 82:24
committee's
  24:24 25:23
committees 6:24
  27:12 80:23
common 1:2
  75:11
commonly 44:2
communication
  15:22
communications
  16:21 18:18
  75:7
communities
  13:8
community
  45:23 46:14,20
  55:4
compact 32:6
  33:15 37:8
  38:16
compactness
  13:1 38:2,21
  39:25
compare 41:18
compared 42:22

  43:13,24 64:17
  65:21
compel 34:3
compelled 13:15
  16:2
compels 30:8
  33:6,8
compensation
  17:23 18:9
compile 62:2
complete 22:8
  47:5
completed 22:13
completely 74:16
compliance 37:3
  42:23
comply 29:20
component 14:10
comprise 45:18
compromised
  58:9
concepts 24:17
concerns 46:19
conclude 46:21
  69:25 82:22
conclusion 3:14
concurred 14:2
conditions 33:10
  33:11
conduct 15:3
conducted 52:19
  53:12
conducting 27:17
confidence 9:19
  9:22
configurations
  17:16
conflict 37:4,25
conforming 51:4
congregation
  65:16
Congress 26:18
  27:17
congressional
  11:4 12:6,12
  13:25 26:1
  27:13 29:3,23

  30:5,8,19 36:8
  40:13 41:2,12
  41:14 43:3
  67:19 69:24
  70:11,16,22
consequently-n...
  35:6,8,16
Conservation
  73:25 74:5
consider 18:23
  19:7 57:15 80:1
consideration
  15:11 24:17
  51:15
considered 19:18
  35:9
considering
  13:19
consist 37:1
consistent 13:2
  15:4 19:10
consists 37:19
conspire 14:6
constantly 54:10
constitution
  12:14 16:17
  26:6,10 27:15
  27:20 29:14,25
  31:8,14,17,23
  32:3,5,7,11,16
  34:24,25 35:24
  36:6 40:11
  42:19 50:4
  52:18,22,25
  74:21,23,25
  81:11,23
constitutional
  6:3 7:8,25 9:20
  12:5 15:1,7,16
  15:18 27:10
  29:17 30:25
constitutionality
  14:21
constitutionally
  10:9
Constitutions
  29:22

consultants 13:16,23 14:5
contact 5:5 17:3 20:11 35:11,13
contactor 20:13
contacts 20:20
contain 18:7 54:4
contained 31:13 31:14 32:4,13 37:19
contains 31:8 33:5 34:9,25 42:17 45:22
contemplated 23:5
context 32:19 44:13
contiguity 37:22
contiguous 32:4 35:6,8,10 37:1
continue 16:14 48:14 70:5
continued 56:14 56:15 65:15 80:5
continues 63:24
convene 49:10
conversations 16:4,5
Convex 38:18,22 39:5,13,15
cool 76:20
Cord 1:6
corner 35:13
correct 21:16,17 39:4
correspondence 16:20
Corridor 11:15 71:11 72:2
councils 76:25
counsel 4:12 17:4
count 52:25 53:2 56:15 59:2 60:13 62:3,7 63:10,24
counted 54:16

57:8 63:14 66:12
counties 5:19 8:4 10:5 28:23 34:15 45:7 58:18 65:22 71:13 72:20 73:12 77:2
counting 62:25 63:3 76:11
country 66:16 67:24 68:16
counts 64:5
county 6:7,15 8:10 9:1,1,8 10:6,19 28:18 29:13 34:19 44:8,14 45:3 59:9,10 65:25 65:25 67:6,8,8 71:14 73:1,2,7 73:14
couple 7:22 33:5
course 7:7 23:19
court 12:16 13:1 13:6,11,13,23 14:3,19 15:9,13 30:1,2,14,16,24 34:18 37:18 39:24 50:10,13 50:17,22 51:5,9 51:15,22,23
court's 12:22 14:2
courts 14:25 35:12 40:15 44:14
coverage 34:10 34:16,16
COVID- 3:20
COVID-19 60:8
create 17:16
created 20:19
creates 25:25
creation 34:4 78:23
criteria 25:20

31:13,16 37:16 42:18
cross 11:19 35:14 46:5
cross-reference 58:7
cross-tabulate 61:24
crossover 46:1
Cuban 56:1
cues 22:11
culture 56:3
current 43:7 69:23 70:11 71:18 76:11
currently 27:8 69:16 71:7
cycle 12:20 17:11 19:25 21:11 23:9,10 26:12 39:1 44:17 47:21 48:10,12 67:1,18
cycles 15:25

## D

D.C 1:24
Dana 2:4 4:13
Danna 4:12
dark 71:25
Darryl 5:17
data 7:10 20:17 25:1 26:3,14,19 26:23,24 27:1,2 27:6 32:12 45:9 47:1,24 48:1,5 48:6,10,13,15 52:16 53:5,18 53:19 54:5,14 56:21 57:11,12 57:14,20,21 58:4,6,8,19 59:4,18,22 60:6 60:15,17,23 64:6 65:10,13 67:23 69:16,19 71:4 72:8 75:10

data.census.gov 27:8 69:25
database 53:24
dataset 44:6 59:24 62:2
date 43:4 44:6 48:8 49:19 50:1 57:4
DATED 84:6
dates 48:22 49:9
day 5:11 47:9,16 49:12 59:19,20 84:6
days 50:8,15,25 51:6,24
deadline 26:21
dealing 38:1
deals 36:8,9
decade 15:6 52:8
December 47:21 49:3
decennial 26:8 28:17 32:13 45:9 53:7
decision 14:4 15:14,16 34:20
decision-making 13:18
declaratory 50:11
decrease 65:24
decreased 68:9
defeat 33:20
defer 15:14
deference 14:20
defined 44:5,13
definition 38:20
definitions 45:11
Delaware 57:5
delay 60:6
delays 48:12 60:1 64:14,16
deliberate 7:22 7:25
delighted 9:9
delineated 45:3
deliver 7:24

48:15
delivered 26:15 26:20,24 48:6,7 60:3,6
delivery 47:25 48:4 49:17
delve 25:17
demands 76:9,10
democratic 74:13
demographic 47:23 53:18 59:22 69:18
demographics 54:6
denial 32:22
denying 36:21
Department 63:9
deposition 13:14
depositions 13:21
depository 20:4
deputy 74:4
derive 27:18
DeSantis 59:11
designates 53:11
detail 25:18 63:6 71:22
details 57:24
determination 15:12
determine 34:11 50:22 52:20
determined 53:1
determining 50:11,17,19
develop 6:2
developed 15:5
developments 58:3
deviation 42:1,7 42:10,14
deviations 40:20
devices 3:10 16:24,24
dialogue 10:15
difference 26:25 28:9 31:6 42:2 70:15

9/20/2021                      Common Cause, et al. v. Cord Byrd                      Audio Transcription

differences 72:10
different 23:9
  25:11 39:10
  40:16 45:12
  53:17 56:9 69:1
  70:10,23 80:22
differential 58:13
  58:15
differently 49:6
differs 34:2
digital 1:23 80:12
diminish 36:23
diminishment
  31:20 34:23
  37:20 43:17
  61:12
direct 13:20
  20:13
directed 16:15
  26:5
directly 13:17
  20:11
director 4:9
  24:23 74:4
directs 24:5
  27:15,21
dirt 44:11
disclose 17:19
disclosed 17:22
disclosure 57:13
  57:17 58:11
discovery 13:21
discretion 15:20
discrimination
  33:1 34:5,12
discriminatory
  63:8,16
discuss 26:19
discussed 66:11
disfavor 16:7,8
  36:18
disfavors 36:11
display 70:9
  71:21
displayed 71:10
disrupt 60:14
distributed 30:18

district 5:17 7:18
  8:2,2,9,24 9:2,7
  10:4,18 12:6
  13:6 15:15
  17:15 18:21
  21:5 28:12
  31:11 32:1,8
  33:7,8,14,17
  35:9,12,20,21
  35:21,22 36:17
  38:2 39:12,20
  41:22,23,25
  42:3,8,9,16
  43:16,19,21
  45:16,16,20,21
  45:22 46:1,1,8
  46:8,13,13
  67:11,14,16,18
  67:20 70:12,22
  71:14,16 79:23
district's 42:11
districts 9:21
  11:17,18 12:12
  13:4 16:22
  25:22 26:2
  27:13,19,23
  28:15 29:12,16
  29:23 30:9,12
  31:4,5 32:4,6
  34:4 35:4,7,9
  35:16,17,19
  36:1,4,15,19,25
  37:6,7,8 38:16
  40:13,15,19,22
  40:24 41:3,15
  41:16 42:4 43:8
  45:12 61:9,10
  69:24 70:10,16
  70:19,24 71:2,5
  71:6,8,13,19,20
  72:9 74:12
  78:15 79:9 81:8
  81:9,10,25
distrust 78:23
diverse 76:3
divide 71:1
divided 35:5

40:22 73:12
dividing 35:4
  42:7
doing 14:15 19:3
  19:10 43:21
  77:16
dominant 62:25
door 79:2
door-to-door
  60:12 66:24
Doug 7:17
drafts 75:4
draw 15:14 25:22
  30:8 33:13
drawing 28:12
  31:25 33:7,8
  36:10,15 40:24
  42:18
drawn 13:25
  14:18 36:17,20
  40:19 45:13
drive 27:12
Due 48:12
duty 7:8
Duval 21:7 67:7

## E

earlier 54:11
  66:15 72:18
easily 44:1
East 55:6,20
easy 6:16
edges 39:18,19
edit 64:6
effect 34:22
  42:21 59:15,16
effective 45:21
eight 57:4
either 22:17 36:1
  68:6
elect 31:22 33:3
  33:24 34:8
  36:24 43:12,23
  45:24 46:4,11
  46:16,17
elected 80:16
election 30:5

46:17 49:22,25
  50:1
elections 27:14
  27:17
electoral 28:15
electorate 41:24
electronic 3:9
  16:21
Eleven 74:17
eliminates 43:18
email 16:24 20:1
  20:21 80:12
emails 16:20 20:2
  20:4,6
embarked 12:8
embarking 12:1
enable 33:19
enacted 18:21
enacting 32:21
enactment 16:22
encourage 17:3
  75:2,2
encouragement
  19:15
encouraging
  77:22
endeavor 8:20
energy 78:22
enforcer 42:21
engage 74:23
  77:19
engaged 77:5
enjoy 77:7
ensure 75:4 76:2
ensuring 11:11
enter 50:16
enthusiasm
  82:11
entire 11:11
  74:14
entirely 36:2
enumerated
  58:16
enumeration
  52:23,24 64:23
environment
  25:19

equal 13:3 29:20
  29:22 30:11,13
  31:9,12,13
  36:21 37:6 38:1
  40:9,12 79:16
equality 31:3
equally-weight...
  40:11
Escambia 8:4
especially 75:24
essentially 63:8
  63:12 79:10
establish 37:14
  38:6 77:18
established 34:21
  52:18 54:21
et 1:2 17:24
  44:16
ethnicity 54:14
  54:19 55:21
  60:22 61:7 68:3
Europe 55:20
everybody 6:4,18
  8:14 79:16
everyone's 25:8
evidence 1:23
  13:15,20
exact 81:9,12,21
  82:14
examined 18:19
example 35:18
  55:8 57:14
  60:25 62:6
examples 23:4
exceed 69:5
exceeded 68:18
excellent 61:17
exchange 17:25
  18:12 73:15
excited 5:11 7:1
  8:11,18 9:15
  11:8 80:4,14
exciting 6:23
excuse 15:7
  32:17 33:8 41:5
  41:22 50:18
  55:2 65:19 67:4

9/20/2021                    Common Cause, et al. v. Cord Byrd                    Audio Transcription

71:2 73:4
excused 3:7
existing 32:9
  34:7 37:9
exists 31:17
expanded 13:11
  14:24
expect 7:13 22:25
  49:5
expected 58:23
  69:10
experience 4:20
  4:21
explain 19:9
explanation
  21:13 23:25
  47:1 52:16
explicitly 53:4
expound 22:24
express 42:6
extensive 75:13
extracts 53:22
extraordinary
  51:1,7,13
eye 5:5

**F**
faces 8:16 74:7
facial 50:5
fact 14:6 51:15
  56:8 59:19
  61:25
factors 60:5
facts 66:9
fails 51:21
fair 6:3,10 7:22
  9:18,21 74:12
  78:14 79:8,23
  81:8,9,10,25
fairdistrictscoa...
  79:10
fairness 79:15
falls 45:25
false 17:16
familiar 25:8
  40:9
families 76:23

far 23:6 24:4
  55:6 56:20
  71:15
fastest 66:4
fastest-growing
  66:16
favor 16:8 32:1,1
  36:18
favor/disfavor
  37:21
favoritism 13:9
favors 36:11
feasible 30:20
  32:9 37:8
feature 44:20
features 32:10
  44:2,23 53:25
  54:1,2
federal 26:22
  31:18,24 37:5
  37:25 42:25
  49:15 53:12
federally 53:11
feel 11:19 80:14
feeling 78:19
Ferrin 4:10
  24:23 25:1,2
  39:3 40:6 41:13
  47:6 52:17
  61:15 63:4 64:4
  64:21 65:5,11
  70:6 72:24
field 27:4 61:18
figure 57:18
file 1:12 20:19,21
  51:8,25
files 53:20
filing 50:15
Filipino 57:16,23
fill 3:23
filled 21:25 66:22
filling 47:12
finalized 49:18
finally 18:17
  36:25 44:12
Find 75:19
finding 14:3,17

finds 51:22
fire 80:13
first 3:13 4:2,3
  6:24 8:3 12:9
  21:6 49:16,20
  66:19 71:12
  76:19
five 50:25 73:5,9
Flagler 71:12
FLCD 43:4
FLHD 43:5
flipped 14:19
Florida 1:14 3:16
  7:9,15 8:10,11
  9:2 10:5 11:13
  11:14,14,15,16
  11:20 12:14,16
  12:22,25 13:24
  15:9 16:16,17
  22:5 23:6,7
  26:1,5,16 27:20
  29:6,11,12,14
  29:21 31:17,18
  31:23 32:3,5,7
  32:10,14,15
  34:14,24,25
  37:17 40:18
  41:3 42:19,25
  44:17 50:4 51:4
  53:3,10 59:6
  63:23 64:22
  66:17 67:3,11
  67:15 68:18
  70:10 71:7,8,18
  72:2,4 73:25
  74:4,17 75:19
  76:8,15,21,22
  77:1 78:4,11
  81:24
Florida's 26:1
  31:8
Florida- 66:8
Floridians 75:24
flow 52:4
FLSD 43:6
follow 63:5 78:25
  79:21

follow-up 21:1
  60:12,13 66:24
followed 15:25
  48:25 52:7 69:7
following 26:8
  28:23 38:25
  75:3 79:14
follows 41:1 43:2
  54:22
foregoing 84:3
forgot 21:5
form 18:2,6,6
  21:25 46:10
  53:20
formal 27:1,6
  48:4
formally 26:15
format 26:14,25
  27:7 47:25 48:7
  48:13 75:12
formatted 27:7
  48:4,15
formed 44:21
forms 55:22
formula 34:10,17
forth 7:4 35:23
  37:13 51:9
Fortunately
  14:23
forward 5:12 6:2
  7:5,7 8:6 9:23
  10:14,16,21,22
  11:7 15:23 17:5
  22:15,16 52:15
  77:21,21 80:5
forwarding 20:4
found 42:19 79:8
four 26:20 33:21
  60:8
Fourteenth 31:15
fourth 53:9
frankly 7:18
free 15:6,7 48:19
frequently 28:10
front 11:23
fulfilling 12:4
full 9:22 49:4

full-blast 49:4
functional 13:3
  62:12
fundamentally
  12:24
further 25:18
  40:3 64:9 65:7
future 20:23
  76:10 77:9

**G**
gained 26:17
  66:3
gaining 70:21
Gayle 9:6
general 17:4 25:6
  35:3 49:24,25
  50:9 51:8,14,25
  67:15
generally 39:11
  40:14
generations
  76:10,11
geo 54:9
geographic 13:2
  32:10 37:9 38:3
  43:25,25 53:19
  53:23,25 54:8
  64:7 76:25
geographical
  44:6,19 59:4,21
  69:22
geographically
  33:15
geography 53:16
  58:17
geometric 13:1
geometry 59:3
gerrymandering
  79:18
getting 77:12
  79:16
Gibson 2:17,18
  19:23,24 20:24
  21:1,4,18 38:13
  38:15 39:4
  60:19,21 61:16

HT_0006167
P-000144

62:18,21 63:2
77:2
Gingles 33:10,12
give 19:19 41:9
  64:15
given 20:11 23:5
gives 7:12
glad 7:2
go 3:10 4:5 22:10
  24:21 38:11
  47:4 60:16,17
  62:19 63:6
  72:18 81:5
goals 77:14
goes 20:21 59:1
going 4:21 6:9
  7:4 11:23 12:1
  17:5 24:22
  39:11 41:3,18
  49:3 60:22 70:1
  70:23,24 71:20
  77:16,17 80:25
  81:1,3,17
good 5:9,10,15
  6:5,21 8:14,21
  10:17 11:20
  20:9 25:3,12
  74:2 78:19
governed 50:3
governing 12:10
governor 50:24
  59:11
granular 71:20
grassroots 17:17
  21:23 22:3
great 10:15,15
  63:6
greatest 28:4
grew 26:16 65:18
  66:5 67:16,20
  69:15
group 1:23 10:13
  18:15 32:25
  46:2,10 56:13
  56:18 58:18
  62:5 63:23 68:3
  68:7 69:7,8

78:1
groups 14:8
  18:10 43:23
  44:25 45:17
  55:13 56:6
  68:21 79:17
growing 66:4
  67:9,12
growth 28:16
  66:13 67:9,12
  69:13 71:10
Guam 55:16
guidance 17:4
  24:1,3,5,7 35:3
  63:5
guide 4:22 22:11
guiding 12:3
guys 76:18

H
half 67:13 73:5,9
  81:14
hand 3:24
handful 56:23
handle 24:1
handout 60:24
hands 74:16
happen 6:19
  74:10
happens 6:12
happy 3:15 5:19
  8:14,14 25:3
hard 12:19
Hardee 34:14
harm 79:16
Harrell 2:19,20
  9:5,6
Hawaii 55:16
Hawaiian 55:14
  69:8
head 65:3
hear 78:20 80:10
  81:1
heard 7:18 77:22
  80:15,24
hearings 14:9
heart 7:19 80:14

heartland 11:16
help 4:22 78:1
Henry 34:14
hierarchy 44:19
  53:15
high- 25:14
higher 39:20
  40:14
highly 39:16
highway 44:10
highways 44:7,8
Hillsborough
  5:18 34:15
hint 15:7,8
Hispanic 54:17
  55:23,24,24
  56:11 62:11,24
  69:10,14
historic 5:11
historically-pe...
  43:20
history 34:11
  52:10 78:20
Holder 34:19
home 10:6 64:1
homes 56:17
honor 8:7,19 9:3
  10:6,20
hopefully 7:5
  62:16
hoping 6:19
house 19:3 21:7
  23:7,11 28:24
  29:8,15 35:4,8
  40:19 41:4,16
  43:5 47:19
  59:12 67:16
  71:18 73:10,13
  73:17
households 64:25
  65:1
housing 47:24
  66:11
Hull 38:18,23
  39:6,13,15
humble 11:1
hydrography

54:2

I
I-4 11:15 71:11
  72:2
Icromueler 4:16
ID 54:9
idea 20:15
ideal 40:21,25
  42:2,8,11 67:17
  70:15
ideas 23:22 24:5
identifiable 58:1
identification
  54:20
identifier 54:8
identify 54:16
  56:10 67:25
  69:14
identifying 68:4
  68:11,24
identity 18:7
  57:19
III 12:13 27:19
  29:13 31:10
  35:2 36:5,7
  50:3,7
image 44:18
impartial 14:12
implementation
  28:5
important 15:23
  49:8 56:4 58:24
  61:22 74:7,13
impression 17:16
improper 14:1
  14:18
improve 66:25
in-combination
  68:20
inappropriately
  16:13
inaudible 47:2
  57:18 58:9 65:4
incarcerated
  56:24,25 57:8
  64:2

incarceration
  57:4
include 44:7 56:5
  62:10 71:14
  72:11
included 18:19
  44:8 62:9
includes 8:25
  10:4 50:4 53:24
  57:5 60:8 69:11
  69:23 73:22
  75:22 81:24
including 54:1
  55:1,8 57:16
  72:9
inclusion 18:24
  19:13
incorporated
  44:14 67:3
increase 68:18
increased 7:11
incumbent 13:10
  16:9 32:2 36:12
  36:19 37:22
indentations
  39:14
India 55:8
Indian 54:24
  55:7 59:9 69:6
  73:1,4,4,6
indicate 56:7
indicated 15:13
  22:22 62:4
indicates 52:7
indicators 13:5
individual 20:18
  23:20 24:2 42:4
  43:16 57:19
  60:25
individual's
  54:18
influence 14:6
  16:13 46:12,17
information
  17:20 53:23
  54:5 69:21
Initiative 79:23

injected 58:21
input 5:25 10:16
  75:13,22,23
  80:6,7
inquiries 24:1,2
insight 14:23
insufficient 35:14
insulate 16:10
integrity 74:14
  74:14
intend 15:3
intent 13:5 14:1
  14:19 15:8 32:1
  36:18,20 37:21
  82:16
intention 15:17
intentionally
  16:12 36:11
intentions 19:10
intents 28:11
interact 80:23
interaction 80:6
interactionable
  80:8
interactive 17:8
  22:23,24 24:6
  69:20 72:6 77:7
interchangeably
  28:11
interest 13:8
  18:11
interested 6:11
interests 16:11
  46:19 50:14
interim 48:21,23
interpret 12:17
interpretation
  12:23
interpreted
  14:25 29:25
  30:14 31:4
  35:17
interrupt 41:9
interstates 44:7
Intraocular
  39:24
introduce 4:4,6

4:25
introduced 21:6
introducing 5:8
introductory
  22:22
invalid 50:24
  51:23
invalidated 34:17
invest 7:23
involved 13:17
  25:10 75:20
  78:16
Islander 55:14
  69:8
Islands 55:10,17
issue 7:23 80:21
issues 15:21
it'll 41:4
item 4:3 24:20
Ivey 2:5,7,9,11
  2:13,15,17,19
  2:21,23,25 3:2
  3:4 4:12

**J**

Jacksonville 5:9
  21:8 67:2,5
jagged 39:18
January 26:13
  28:1,3 49:11
  59:17
Japan 55:9
Jason 4:11,19
Jay 4:10,19 7:2
Jennifer 10:3
Jersey 57:6
job 6:15 11:11,20
  11:23
Johns 8:4 71:12
joint 19:2 23:13
  48:19 50:8 51:3
  51:16,18
Jonathan 73:24
  73:25 74:3
judgment 50:11
  50:16,16 51:4
judiciary 12:18

13:12
judiciary's 14:24
July 49:20
jump 27:10
jumped 7:19
June 49:14 59:11
  59:16
jurisdiction
  24:24 25:7,24
  34:13
jurisdictions
  34:16
Justice 63:9
Justin 4:16

**K**

keep 70:1
Kelli 10:18
kind 17:9 39:18
  40:8 45:14
  47:20 49:3
  70:20 71:17
  79:1 80:17
kinds 45:12
know 5:23 6:9,11
  24:10 25:10
  26:4 38:17 61:1
  65:2,5 67:6
  76:5,7 77:8
  78:21,23 79:1
  79:14 80:3,11
  80:25 81:2
known 30:7
  33:10
knows 21:7
Korea 55:9

**L**

labels 27:4
labor 76:25
Lake 10:19
land 73:5,8,15
landfall 60:9
landmarks 54:3
language 31:21
  32:25 33:9 34:8
  34:12 36:13,22

42:24 43:11,22
  45:13,17 46:2,9
  46:14 76:2
  79:17 81:7,8,9
  81:21,24
large 46:4,15
larger 29:2 30:17
largest 42:15
  65:25 66:1 67:3
  67:8 68:2 69:2
lastly 46:12
  48:17 51:20
  71:17
late 60:7
latest 28:17
Latino 54:17
  55:23,24,25
  56:11 69:10,15
launch 52:9
launches 72:6
launching 48:19
law 15:5 18:21
  26:22 37:5,25
  42:25 59:10,20
  78:25 79:14,21
laws 57:7
lead 8:17
Leader 77:2
leadership 8:6
  10:23
leading 7:3
league 78:4,10,13
  78:14
leans 62:21
learn 4:21 12:21
learned 12:19
led 10:13 79:23
Lee 8:10 71:14
left 4:9,11
Legacy 26:14,25
  27:2 47:25 48:7
  48:13
legal 21:14 25:18
  44:23 45:7
  60:10
legally-enforce...
  42:20

legislative 4:18
  11:6 12:6,11
  13:13,17 14:20
  15:10,11,19
  16:5 18:20
  19:11 26:2
  27:19,22 28:21
  29:16 30:12,18
  36:1,9 40:15
  50:6 52:5 59:5
  69:23
legislators 13:15
  13:22 16:1
legislature 12:8
  16:7 26:7 27:11
  27:21 40:18
  50:23,25 51:2
  51:11,20 59:6
legislature's
  14:14,22 15:14
legislatures
  13:24 27:15
  28:18
lessons 12:19,21
let's 4:24 10:23
  38:11 40:4
  46:25 47:4 65:9
  70:5
level 25:15 42:9
  42:13 58:25
  69:22 71:20
levels 58:17
Li 4:15
lieu 53:2
light 61:8
lights 80:13
Likewise 68:13
limited 13:13
Linda 6:6
line 36:10
linear 54:1
lines 30:21 59:9
  74:15
linked 54:6
list 18:14 48:21
listed 45:15
  70:13

**listen** 19:19
**litigation** 15:25
**little** 8:5 25:18
  53:14 54:13
  59:25 65:12
  66:25 70:23
  71:22 73:16
  74:15
**lived** 56:18
**livestreamed**
  75:6
**living** 52:21
  65:20
**lobby** 22:14
**lobbyist** 17:21
**local** 24:13 45:4
**location** 56:18
  57:3 63:25 64:8
**lodgings** 17:24
**long** 15:15 38:5
**longer** 34:22
**look** 6:1 9:23
  10:14,16 11:7
  11:12 17:5
  22:19 61:9 70:8
  70:23 77:20
  80:2
**looking** 5:12 7:5
  7:7 8:6 10:21
  10:22 62:13
  71:19 80:5
**Los** 65:25
**lost** 14:20 66:3
**lot** 25:8,10 40:7
  69:16 71:6 74:7
  77:6
**Lucie** 9:8 59:10
  72:20 73:2,3,6
**luck** 76:12

**M**

**M** 1:24
**ma'am** 81:15
**Magnole** 4:17
**mail** 49:20 66:22
**mailing** 49:15
**main** 57:13

**maintains** 55:2,3
**majority** 33:16
  33:18 43:19
  45:16,18,25
  46:3,5,11 56:20
**majority/mino...**
  33:7
**makeup** 11:8
**making** 6:12 52:1
**Malaysia** 55:9
**MALE** 47:2
**Management**
  54:21
**manipulate** 14:6
**manner** 15:4
  27:16 72:7
**map** 18:13,16
  21:24 22:1,4,14
  22:15 32:21
  42:18 69:18
  70:21 71:4
  72:14 74:15
  75:4
**map-drawing**
  48:20
**map-making**
  75:6
**mapping** 75:10
**maps** 6:3 7:25
  9:20 14:11,12
  14:12 16:1,7
  18:6,21,24 19:2
  19:18 23:2
  44:24 70:8
  75:25
**March** 28:3
  49:12 84:6
**Marie** 8:23
**mark** 61:24
**marked** 63:12
**Martin** 9:7 72:20
**Maryland** 57:6
**massive** 8:17
**materials** 38:20
**mathematical**
  30:25
**matter** 15:11

25:13
**meals** 17:24
**mean** 28:12 31:5
  35:17,20 73:16
**meaningful**
  75:20
**means** 22:25 30:4
  34:20 52:25
  55:5,11 68:9
  75:21
**meant** 55:25
  66:21
**measure** 25:19
  39:9,12
**measured** 42:10
  68:15
**measurement**
  39:9
**media** 24:1 80:23
  81:2
**meet** 9:20 19:18
  22:13 23:21
  48:24
**meeting** 3:8,11
  4:2 49:6
**meetings** 23:15
  23:16 25:17
  48:23 52:12
  75:23 76:1
**Megan** 4:17
**member** 3:24
  19:6 32:24 36:4
  78:13,14
**members** 4:5,24
  4:25 7:20 10:25
  19:4,16 24:14
  25:3 38:11
  76:23 77:1,4,20
  77:24 82:22
**mention** 61:17
**mentioned** 27:25
  29:5 40:8,13
  49:10 53:5 59:3
  59:25 63:21
  66:15
**met** 3:13 33:11
**method** 38:25

**methodology**
  25:21
**methods** 58:12
**metro** 65:17,21
  66:2,16
**metropolitan**
  65:16
**Mexican** 56:1
**Miami-Dade**
  8:25
**Middle** 55:20
**mile** 59:14
**million** 26:17
  67:4 68:4,5,6
  68:15,17 69:4
  69:12 76:22
**mindful** 16:20
**minorities** 31:22
  33:3 34:8,13
  36:14,22 42:24
**minorities'** 46:6
**minority** 13:4
  32:17,18,25
  33:9,14,14,17
  33:22 34:4,4
  43:11,19,20,22
  45:14,16,17,21
  45:23 46:2,10
  46:14,19 61:9
  79:17
**minority-prefe...**
  33:20
**minus** 30:10
  40:14 42:11
**mirror** 82:14
**missed** 41:11,11
  47:4
**mixture** 56:8
**mockery** 14:13
**moment** 11:25
**Monday** 8:14
**Monroe** 9:1
  34:15
**month** 48:18,18
**months** 26:20
  74:24
**morning** 74:3

**motion's** 83:2
**move** 4:24 17:5
  22:15 24:20
  38:8,12 40:4
  46:25 52:15
  65:9 73:23
  77:21
**moved** 73:13
**movement** 17:17
**moves** 82:25
**moving** 15:23
  36:5
**multiple** 61:25
  75:25 76:1
**multiracial** 68:13
  68:14,20
**municipality**
  44:15

**N**

**name** 8:23 10:3
  74:3 78:9
**named** 43:1
**national** 56:5
**nationwide** 69:5
**Native** 54:24
  55:14 69:6,7
**nature** 79:19
**nauseum** 38:18
**nearby** 57:22
**nearly** 30:4 31:12
  37:6 67:13
**necessarily** 34:3
  68:23
**need** 22:4,6,8
  24:6
**negative** 42:13
**neglect** 61:17
**neighborhood**
  67:19
**nests** 45:10
**Nevada** 57:6
**nevertheless** 31:1
**new** 16:1,22
  18:21 28:12
  57:6,6 66:1,9
  70:17 76:18

78:5,10
**nicety** 30:25
**nine** 59:14
**noise** 58:20,20,25
**nonparty** 13:16
  13:22
**nonresponse**
  60:12 66:24
**normal** 47:21
**north** 10:5,19
  33:12 55:1,20
  71:7
**northeast** 11:14
**northwest** 11:13
**notable** 6:8
**note** 35:23 54:9
  56:4 58:24
  70:20
**noted** 38:4 67:23
**notice** 75:17
**noticed** 23:17
**noting** 34:19
  53:16 59:5
**November** 49:1,1
  49:2 50:1
**number** 29:7
  30:17 35:18
  40:22 41:7,21
  52:20 64:24
  65:2 70:19
**numbers** 35:18
  35:19 41:9,18
  41:19 72:9
**numeric** 42:14
**numerical** 46:3
**numerous** 33:16
**nursing** 56:17
**NW** 1:24

**O**

**oath** 16:3 81:22
  82:4
**objection** 83:1
**objective** 13:5
  31:2
**obligation** 12:5
**observation** 3:20

**obtained** 13:20
**obviously** 63:2
**occurred** 17:10
  17:12 60:11
  71:11 73:19
**occurs** 43:9,18
**October** 48:25,25
**odd** 35:19
**office** 3:24 7:4
  54:20 81:22
  82:4
**offices** 49:15
**official** 16:23
  20:16 53:8,12
**officially** 66:10
**officials** 80:16
**Oh** 47:3
**Okay** 40:4 72:16
  81:16
**old** 41:19 70:16
**OMB** 63:5
**once** 22:12
**once-in-a-decade**
  8:17 10:8
**one-person** 30:7
**one-vote** 30:7
**ones** 66:4
**online** 66:20
**open** 6:10 9:18
  14:14 17:8
  22:23
**operating** 49:4
**operatives** 14:5
  17:13 18:4
**opportunities**
  25:17 45:14
  75:18,23
**opportunity** 5:16
  7:12 8:12 23:3
  23:17,19 25:12
  33:23 36:21
  43:10 45:24
  52:11 78:9 80:4
**opposed** 64:1
**opposing** 75:16
**opted** 48:13
**Orange** 6:7

**order** 2:3 27:5
  37:11 45:15
  52:1
**organization**
  18:15 21:23
  22:4 77:11
**organizations**
  18:10 78:16
**organizing** 14:8
**orientation** 25:15
**origin** 54:18
  55:23 56:3,5,10
  69:15
**original** 54:25
  55:6,16,19
**originally** 47:20
**origins** 54:25
  55:5,12,15,19
**Orlando** 6:6
**Osceola** 67:8
**outcome** 46:17
**outlined** 64:13
**outside** 16:6 58:8
  82:2,13
**over-populated**
  70:25
**over/under** 70:9
**overall** 40:17
  64:15 68:22
**overlap** 36:1
**overpopulated**
  71:14
**overpopulation**
  72:1
**overriding** 31:2
**overseas** 49:16
  49:20
**overview** 25:6

**P**

**P.L** 48:5
**Pacific** 55:14,17
  69:8
**Pakistan** 55:9
**Palm** 9:8
**paragraph** 79:11
  81:13

**parcel** 73:2,11,13
**part** 5:20 7:1 8:2
  9:15 10:7 17:24
  18:11 21:14
  22:17 36:19
  45:4 50:2 62:4
  74:21 75:1
  77:24
**partially** 36:2
**participants** 45:4
  45:5
**participate** 23:1
  33:23 36:22
  43:11 77:13
**participated** 77:3
**participation**
  23:3 64:16,18
  82:8
**particular** 20:1
  34:13 62:22
  81:18
**particularly** 6:16
  72:1
**particulars** 52:10
**parties** 16:6
  17:14
**partisan** 13:8,9
  17:13 18:4
**parts** 9:8 30:22
**party** 16:8 32:2
  36:12 37:21
**pass** 16:7
**passage** 16:1
  50:8
**passed** 57:7 59:6
**path** 52:4
**paths** 52:7
**pause** 70:1
**people** 7:14 9:16
  14:9 24:12
  26:17 30:3
  41:21 52:20,23
  55:16 56:6,10
  56:16 57:16
  66:6,13 67:5,10
  67:13,21,25
  68:4,10,15,17

68:23,25 69:10
  69:11 75:19
  76:7 78:24,24
  79:6
**peoples** 55:1,6,19
**percent** 31:6
  40:17,20 45:18
  64:23 65:1,18
  65:20,22 66:6
  66:11,14 67:1,9
  67:12,16 68:17
  67:13,15 72:10
  74:17 79:22
**percentage** 42:6
**performance**
  7:21
**performing**
  33:13
**performs** 33:9
**perimeter** 39:17
**period** 47:10
**permanent** 16:25
**permit** 50:13
**person** 18:14
  20:19 30:10
  40:14 54:16,25
  55:5,12,15,18
  55:25 57:24
  61:24 62:4
**person's** 30:5
  57:21
**personal** 16:24
  57:10
**persons** 56:25
  57:8
**perspectives**
  75:16
**persuade** 16:6
**persuading** 46:5
**pertinent** 33:6
  34:1
**petition** 50:10,15
  51:9,24
**phenomenally**
  7:11
**Philippine** 55:10
**phonetic** 4:15,16

physical 44:23
  52:25
picked 8:17
piece 73:11
Pinellas 5:18
place 20:15 67:3
places 27:16
plan 13:6 27:22
  31:25 36:17
  41:22 42:3,5,13
  42:20,21,22,23
  43:3,10,14,15
  43:18,24 48:18
  49:6
plans 13:25
  14:17,22 17:15
  25:25 28:6
  36:15 43:1 50:6
  52:5 63:10
play 12:19 61:11
please 2:4 3:8
  20:7 21:2 75:4
  80:3
pleased 5:7 6:7
  6:18
pledge 79:7,8,21
  80:2 81:8,9,21
  82:1
pledged 81:22
plus 30:10 40:13
  45:18
point 28:8 54:2
  58:9 61:17
points 60:17 71:5
  75:16
policy 4:16 16:15
  18:1 19:13
political 13:2,16
  13:22 14:5 16:8
  17:13 28:22
  30:20 32:2,9,21
  33:24 36:11,19
  37:9,21 38:3
  43:12 44:12
  59:7 74:12
  79:18
politically 33:18

Polk/South 10:19
pollical 36:23
Polsby-Popper
  39:6,17
polygon 53:24
poorly 39:15
pops 28:7
population 7:11
  13:3 26:3 28:16
  29:1,3,20,22
  30:9,11 31:3,7
  31:9,12,13
  33:15,17,22
  37:6 38:2 40:10
  40:12,21,22,23
  41:6,21 42:1,2
  42:3,8,9,11,12
  42:13,15,16
  45:19,23 47:17
  47:23 53:18
  54:6 56:21 58:1
  58:16,22 59:14
  59:22 62:7
  63:11,15 65:15
  65:17,20 66:3
  68:2,8,14,15
  69:11,13 70:14
  70:15 71:21
  72:9,21 73:18
  76:3
populations
  40:25 65:24
  68:21 69:3 70:9
  72:15
portion 21:8
  46:21 60:13
  70:1,4
portions 5:18
  8:25
position 4:1
  81:18 82:3
positioned 7:24
positive 42:12
possible 28:5
  48:14 57:2,18
  58:5 77:20
post-session 49:9

potential 41:24
  61:11
potentially 43:19
  46:3
practicable 30:4
  31:12 37:7
practice 57:12
pre- 27:6
pre-clearance
  34:20
precautions 3:21
preexisting 28:22
preferred 46:4,6
prepare 20:10
prepared 19:8
prescribed 26:21
present 3:4 50:14
presentation
  46:22 60:2
presentations
  19:22 24:23
  25:14 72:12
presented 60:19
Preserve 75:7
preserved 15:20
  17:1
president 3:19
  5:1 11:10 78:5
  78:10,13
President's 11:20
presumption
  14:21
pretty 76:20
prevent 18:3
previous 12:20
  23:10 64:13
previously 27:25
  38:17
primarily 15:10
primary 29:19
  44:3,4 45:7
  49:22
principle 30:8
principles 13:7
prior 15:24 57:3
  64:17
priority 37:14

38:6
prison 57:3
prisoners 56:15
  57:2 63:24
privacy 57:10
  58:13,15
privilege 13:13
probably 25:12
problems 78:21
procedures 56:24
  77:18
proceed 19:22
proceedings
  75:17 84:4
process 4:23 5:22
  6:10 8:17 9:18
  10:9,15,22 12:4
  13:12,18 14:7
  14:13,15,16
  15:4 16:14 17:6
  17:8,10,11
  18:20 19:12
  21:14 22:12,17
  22:24 25:7,9
  28:8,14,20
  29:15 33:24
  34:21 36:23
  43:12 47:8 50:2
  57:9 74:19 76:6
  76:9 77:4,14,21
  77:25
processed 27:5
processing 60:15
proclaimed
  14:14
proclamation
  50:24
produced 16:2
produces 58:7
product 18:25
products 58:6
Program 45:6
prohibit 36:10
Prohibitions
  31:25
prohibits 32:20
  32:25 34:5

promise 78:25
proof 14:19
property 73:11
proportional
  39:9
proportionality
  13:9
proposed 19:13
  42:22
prospective
  48:22
protect 17:11
protecting 57:10
protection 13:10
  30:13 36:13
protections 31:20
  32:18 42:24
protects 33:1
  34:6
proud 5:19
provide 36:14
  45:23 75:17
provided 51:17
  69:18
provides 63:6
provision 35:24
  37:23 53:10
provisions 31:9
  35:1 36:10
  37:19 50:5
public 14:9,12
  19:17 22:25
  23:3,14,18,18
  23:19 24:15
  63:22 73:23
  75:9,11,11,14
  75:18 77:12,13
  80:6,7,8 82:19
publicly 18:4,23
  19:1 23:17
publicly-availa...
  48:20
published 47:23
Puerto 56:1
purposeful 33:1
  34:5
purposes 28:12

HT_0006172

P-000149

28:13 57:1
61:23 63:7
**put** 24:4,5 62:23
**putting** 11:21
  82:3

**Q**

**qualifying** 49:14
  49:19
**quarters** 56:13
  63:23
**question** 20:9,9
  21:21 22:20
  38:14 47:13
  55:21 60:20
  62:17 63:19
  80:9,18,22 81:5
**questioning** 16:3
**questionnaire**
  66:22
**questions** 17:2
  19:21 24:19
  28:7 38:11,12
  40:4 46:24
  52:14 54:19
  60:18,23 61:2,6
  64:10 65:8 70:4
  70:5 72:14
  73:21 80:3
**quorum** 3:4
**quoting** 14:3

**R**

**race** 32:24 54:13
  54:16,18 56:3,5
  56:7,8,12 60:22
  60:24 61:7,11
  61:18 62:4,9,15
  62:22,25 68:2
  68:12,14,21,24
  68:25 69:11
**races** 61:25 69:1
  69:2
**racial** 31:21
  32:24 33:3,9
  34:7,12 36:13
  36:22 42:24

43:11,22 45:13
  45:17 46:2,9,14
  54:23 55:13
  56:8 68:22 69:3
  79:17
**racially** 67:25
**railways** 44:3
**ran** 78:21
**range** 39:8 40:18
  42:14 44:10
**rate** 64:16,19,23
  66:18 67:9,12
**ratio** 39:17
**rationale** 35:3
**raw** 58:19
**Ray** 8:8
**reach** 23:20
**read** 4:1 37:13
  38:5 81:14
**ready** 7:16
**reaggregated**
  58:25
**real** 38:20 75:5
  80:10
**reallocate** 57:2
**really** 11:19
  71:23 77:10,20
  78:19 80:13,18
  80:18
**reapportionme...**
  1:13 2:3 7:10
  11:4,6 25:25
  28:9,20 29:10
**reapportionme...**
  5:21
**reason** 29:19
**reasons** 26:18
  60:6
**reassign** 64:7
**receive** 23:13
  29:4
**received** 16:23
  17:23 18:9 20:2
  29:6 48:4 66:21
**receiving** 51:24
**recognize** 21:21
  24:22

**recognized** 19:23
  25:1 38:13 39:2
  60:20 61:14
  62:20 63:1,19
  64:3,11,20
  72:16,23 74:1
  76:16 78:7
**recollection** 73:9
**reconsider** 58:11
**reconvene** 50:25
**record** 3:7 4:1
  15:22 17:2
  64:25 84:4
**recorded** 84:3
**Recording** 2:1
  83:3
**records** 16:2,15
  17:1 75:9
**recounting** 78:20
**recruited** 17:14
**rectangle** 39:16
**red** 72:3
**redistrict** 28:19
**redistricting** 4:20
  5:24 6:14,25
  8:3 9:11 10:20
  12:25 13:12
  14:7,15,22 15:2
  15:24 16:13
  18:11 19:25
  20:3,12,17,19
  20:21 24:24
  25:15,25 27:9
  27:11,22 28:2,6
  28:10,14 31:16
  32:19 35:2 42:5
  42:17,21,22
  43:10,15,18
  44:13 48:5 50:6
  52:5 53:3,5,13
  53:19 56:25
  57:9 61:23 62:2
  63:10 74:19
  75:8 76:9 78:17
**Redistricting.g...**
  22:5
**redistricting/re...**

9:10
**redraw** 12:5
  27:13,18 29:18
**redrawing** 12:11
  29:15
**redrawn** 28:16
**reduce** 43:21
**reduces** 43:10
**reduction** 31:22
**refer** 54:8
**referred** 43:1
**referring** 74:22
**refers** 28:14
  29:14 41:6
  58:20
**reflected** 59:21
**refresher** 25:12
**regarding** 31:9
**regardless** 56:3
**region** 77:1
**registered** 17:21
**regular** 26:7,12
  27:25 28:2
  49:11 51:19
**regularly** 74:23
**regulate** 27:16
**reiterating** 79:12
**rejected** 13:7
**related** 15:1
  16:21 20:2 35:1
  42:18 45:12
  60:1 74:18
**relating** 37:20
**relatively-per...**
  45:2
**release** 27:1,6
**released** 26:14,23
  47:17 48:11
  53:21 54:11
**relied** 13:1
**remain** 58:2
**remaining** 17:7
**remains** 65:25
  66:1 67:2 68:2
**remarks** 22:22
**remember** 9:13
  61:22

**Reock** 38:17,23
  39:5,11
**report** 51:14 56:7
**reported** 56:22
  61:7 68:6
**reporting** 45:9
**repository** 20:17
**represent** 5:9 8:9
  9:7 10:18 76:21
  76:22
**representation**
  7:15 11:12,13
  28:13 29:4
  30:22
**representative**
  80:15
**representatives**
  28:25 29:9 30:2
  31:22 33:3,24
  34:9 36:24
  43:13 47:19
  79:6
**represented**
  11:17,18 60:24
  78:25
**representing**
  5:17
**represents** 11:21
  41:24
**reproach** 15:6
**republic** 74:13
**Requestions** 32:6
**requests** 19:6
**require** 33:13
  66:23
**required** 10:9
  22:9 51:8,14
**requirement**
  9:21 32:8,12
**requirements**
  15:17,19 29:18
  29:21 32:3
  40:10
**requires** 35:5
  52:22 53:4
**requiring** 18:4
**requisite** 31:1

9/20/2021                          Common Cause, et al. v. Cord Byrd                    Audio Transcription

Page 13

research 4:18
resembles 39:12
reside 57:23
residence 56:21
  57:3
resident 56:16
residents 6:1
  73:16
residing 47:15
resolution 6:17
  50:8 51:3,10,16
  51:18,21
respect 82:16
respectfully 75:2
respond 80:11
responded 62:8
  62:15 65:1
  66:23
respondent 47:14
  55:23
respondents
  61:19
response 20:10
  20:12,20 47:12
  54:18 66:21
  80:17
responses 47:9
responsibility
  8:19 10:10 12:3
responsive 46:18
result 23:12
  36:20 56:9
resulting 65:19
results 32:22
  59:1
retention 15:22
  16:15 17:3
retirees 76:23
retrogression
  33:2 34:6 43:9
  43:14
revealed 26:3,16
  28:17
review 14:25
  18:22 19:5,6
  25:13 39:25
  50:5 58:10

62:13 63:9
reviewed 18:19
reviewing 13:5
  74:20
revised 18:2
Reynolds 30:15
Rican 56:1
rich 76:3,14
right 4:10,10
  7:13 21:18
  32:17,23 60:17
  81:13
right-angle 35:13
Rights 31:18,24
  32:18,20 33:5
  34:21
River 59:9 73:1,4
  73:4,6
rivers 44:2
road 24:11 44:11
roads 44:3,4,8,9
  44:22 54:1
rock 7:16
Rodrigues 2:2,5
  2:6 3:6,19 8:8,9
  10:25 20:8,25
  21:3,17,20 22:3
  23:4 24:3,16
  38:10 39:2 40:3
  46:23 47:3
  52:13 60:18
  61:14 62:19
  63:1,18 64:3,9
  64:20 65:7 70:3
  72:13,23 73:21
  76:13 78:3 81:4
  81:7,15,17,20
  82:7,10,18
Rodriguez 8:21
  8:23
Rodriques 8:18
Rodriquez 2:21
  2:22
Rojas 4:11
role 12:18 13:11
roll 2:4 7:16
room 74:6 78:6

Rouson 2:23,24
  5:15,17 22:19
  22:21 23:24
  24:9 63:18,20
  64:5 72:16,17
  73:20 80:21
row 5:2
Rule 16:18
ruled 13:24
  35:12
rules 77:18 79:15
rural 10:5 11:18

──── S ────
safeguard 17:9
Samoa 55:16
sampling 53:2
Sanders 30:1
saw 7:21 65:23
Sawyer 84:2,24
saying 3:12 61:13
  76:8 79:20
  82:16
scheduled 47:20
Scoon 78:4,8,9
  81:6,12,16,19
  82:6,9,12
scope 14:24
score 39:5,5,6,6
  39:15,16,20
scored 39:8
scores 38:17,18
  38:23 39:7
scripts 14:8
  17:14
seat 26:18 29:2,6
seats 28:21,24
  30:17,19 47:18
second 26:8
  27:23
secondary 44:3,4
secretary 52:1
secretive 18:3
section 11:19
  16:16,17 27:20
  29:13,24 31:10
  31:15 32:14,15

33:6 34:1,1,2,2
  35:2 36:7,9
  37:4 50:3,7
  52:22 53:6
sections 11:22
  12:13 33:6 36:5
  36:12
see 3:15 5:9,10
  6:23 7:2 8:15
  40:1 43:3 48:17
  69:21 70:13
  71:6,22,25 72:3
seeing 24:20
  46:25 52:15
  65:9 68:10 70:5
  73:22 74:7
  82:21,25
Seek 75:15
seen 24:4 65:13
select 11:3,5
  17:19 19:9
  61:25 69:20
selected 53:22
  58:12
self- 54:19 66:20
self-response
  66:18
senate 1:13 2:2
  3:13,17 6:22
  8:10 13:24
  16:18,23 19:3
  23:7,10 25:24
  29:9,16 35:4,19
  40:19 41:3,15
  43:6 59:8 67:11
  67:13 71:5
senate-wide 18:1
senator 2:9,11,13
  2:15,17,19,21
  2:23,25 3:2,7
  6:6 8:24 9:6,12
  10:4,8 11:2,4
  17:4 18:25
  19:23 20:18
  21:7,15,20
  22:19 38:13
  39:4 41:14

60:19 61:16
  63:18 64:5,10
  64:22 72:16
  80:21 82:25
senatorial 35:7
senators 12:2
  15:23 16:10,14
  16:19 23:20
  24:2 79:7
send 20:2 49:23
sense 64:15
sensitive 54:5
sent 16:22 20:6
September 1:15
  26:16 48:3,16
  49:24
sergeant's 3:24
series 27:3
seriously 10:12
  76:6
serve 6:8,13 13:4
  20:16
served 5:23
services 76:4
serving 8:7 10:20
session 3:15 26:7
  26:12 28:1,2
  49:9,11,12 51:2
  51:7,13,19 59:6
set 37:13 77:15
setting 51:9
shading 72:3
shadow 14:16
  17:10
shape 53:20
share 9:12 35:20
  35:22 81:18
shed 72:21
Shelby 34:18,20
shift 65:14 73:1
shifts 26:3 67:24
short 45:25
show 3:7 24:11
  70:25 71:25
  83:1
showing 72:14
shown 44:24

HT_0006174

P-000151

shows 52:4
side 24:19
sides 7:20
sign 79:7
signed 18:6 59:10
  59:15
significance
  45:15 71:24
significant 15:25
significantly
  30:17 72:21
signing 80:2
silence 3:9
similar 43:17
  67:11
similarly 67:20
Sims 30:15
single 33:17
  68:24,25 76:25
single- 36:3
sir 8:6 46:22
  82:17
sitting 4:9 13:14
  16:1
situations 56:17
six- 73:2
six-lane 44:10
skip 35:18
slept 56:18
slide 41:17 42:17
  44:18 49:8 52:3
  60:2 64:13
  71:17 72:18
slightly 70:25
small 45:2
smaller 58:22
  71:20
smallest 42:15
  44:20
smiling 8:16
smoother 39:19
sociocultural
  56:6
software 23:12
  27:9 40:2 62:3
Solicit 75:13
somewhat 34:2

soon 40:2 48:14
sorry 20:7 41:8
  47:3 62:18
sort 49:16
source 53:17
sources 58:8
South 55:1 56:1,2
  71:8 72:4
southeast 11:14
  55:7
southern-most
  9:2
southwest 8:11
  11:15
space 76:18
Spanish 56:2,11
speak 39:19
  65:12
speakers 17:14
  17:22
speaking 3:25
  39:11
speaks 38:21
special 4:11
  51:19
specific 66:9 72:8
  80:24
specifically 68:8
speed 49:4
spoke 80:15
sponsor 22:7,16
square 39:16
  59:14
St 8:4 9:7 59:9
  71:12 72:19,19
  73:1,3,6
staff 4:4,8,9,19
  6:2 7:3 9:23
  10:14 13:22
  16:5,19 18:22
  19:6 20:10
  21:12 24:8,23
standard 29:22
  30:11 34:23
  37:14 54:8
standards 12:11
  12:17 15:1

36:14 37:3,5,12
  54:22
standing 63:16
star 39:14
Stargel 2:25 3:1
  10:17,18 82:25
start 3:17,20 4:3
  4:8 5:1,6,7 25:5
  73:24
started 28:3
starting 41:11
  80:1
starts 47:8
state 3:16 5:25
  7:9,14 8:10,24
  9:2 10:3 11:12
  12:25 13:23
  18:8 26:2,9,10
  27:15,18,22
  28:18,25 29:1,1
  29:2,4,15,15
  30:11,18,19,23
  32:20 35:5,25
  36:3 40:21
  42:25 44:8 45:8
  49:15 50:6,10
  50:17,21 52:1,5
  53:7,9 54:4
  58:16,21 66:10
  66:17 67:11
  69:23 70:14
  71:5,10 74:21
  76:24 78:21
  81:23
state-wide 47:17
stated 30:2,16,24
  39:24 78:10
statement 80:9
states 9:3 26:6,11
  27:14 28:23,24
  29:8,21,24 30:3
  30:14 31:1,10
  31:14 34:17
  36:16 37:2 44:5
  47:19,24 48:8
  50:7 52:21,24
  53:4,6,8,23

54:20 56:21,23
  57:1,4 65:21,23
  66:2,5 68:3
statical 45:2
stating 17:20
Statistical 45:5
status 32:24
statute 53:9
statutes 16:18
  31:19 32:14
statutory 53:10
steps 17:9 18:19
Stewart 3:2,3 6:5
  6:6 21:20,22
story 75:1
Street 1:24
streets 44:22
strictly 15:18
strive 6:10
strongly 75:1
students 56:16
  63:25
subcommittee
  9:25 11:3,6
subcommittees
  17:19 19:9
Subcontinent
  55:7
subdivision
  30:21 32:21
subdivisions
  28:22 45:3,8
  59:8
subject 16:3
  20:12 25:13
subjective 13:7
submission 19:7
  23:2
submissions 18:3
  18:18 23:14
submit 21:24
  22:2,4,9
submitted 18:5
  18:23 19:1
  23:22
submitter 18:7
  18:14

submitters 18:8
  18:17
submitting 14:11
subsection 31:11
  36:16 37:2,4,5
  37:11,15,20
Subsections
  37:12
subsequent 25:16
  52:12
subsequently
  60:15
substantial 31:2
Substitute 59:12
sufficient 45:22
sufficiently 33:16
  33:19 46:15
suggestion 18:16
suggestions 18:5
  18:12,24
Suite 1:24
summarily 13:6
summer 47:13
supervisors
  49:19,23
support 46:6
supposed 63:10
Supreme 12:16
  12:22 13:23
  15:9 30:1,14
  34:18 37:18
  39:24 50:10,13
  50:17,22 51:5,9
  51:22
sure 5:25 6:12
  20:25 21:6 24:7
  25:8 61:3 69:9
  80:24 81:19
surpass 66:9
surprisingly
  67:10 69:9
surveys 54:7
swapped 57:21
swapping 57:12
  57:15,20
switched 36:3
system 74:15

9/20/2021                    Common Cause, et al. v. Cord Byrd                    Audio Transcription

Page 15

systems 60:9

**T**

tab 24:21 40:5
  46:24,25 73:22
  73:23
tables 27:3 69:20
Tabs 24:21
tabular 47:23
  69:19
tabulate 61:21
take 10:10,11
  11:19,25 16:10
  38:8 58:5
taken 3:22 53:7
  60:2
talk 11:25 38:24
  54:13 56:13
talked 15:21
  21:10 40:9
talking 25:20
  66:18
Tallahassee
  75:21
Tampa 71:9
target 40:23
task 12:1,9
technical 58:4
technically 35:25
technique 57:14
techniques 58:11
tell 77:4
Templin 76:14
  76:15,17
ten 7:3 26:5
  29:18 52:19
  76:24 77:3
tenths 73:3
term 24:12 28:14
  29:10
terminology
  24:25 25:9 38:9
  40:7
terms 7:9 40:15
  40:24 42:18
  45:11
territories 35:10

territory 35:11
  35:14 37:1
test 39:13,24
testify 3:22 24:13
testifying 17:18
testimony 13:16
  17:25 23:1
tests 39:18
texts 16:20
thank 3:6,19 5:4
  5:15 6:4,20,21
  7:16 8:8,13,20
  8:22 9:4,5 10:1
  10:2,16,25
  19:24 20:8,24
  21:4,18 22:21
  23:24 25:2
  38:15 39:1,3
  40:6 41:13 47:6
  52:17 60:21
  61:15 63:4,20
  64:4,12,21
  65:11 70:6
  72:17,24 73:20
  74:2,19 76:12
  76:13,17 77:23
  78:2,3,6,8 81:3
  82:12,17,18
thanks 6:20
themes 65:14
theoretically
  58:5 63:15
thing 7:14 70:7
  80:20
things 39:10 63:9
  67:22 70:20
  79:3,4,13,18
  80:13
think 7:20,23
  10:12 11:10
  38:17 52:10
  60:25 63:21
  77:6 80:21
  81:12 82:13,15
third 9:11,14
  67:20
third-largest

66:10
Thornburg 33:11
thought 24:14
  60:23 61:5
thoughtful 10:13
three 33:18 39:7
  39:22 40:1
tied 47:11
tier 37:18,24,25
  38:7,16
tiers 37:17
TIGER 59:3
TIGER/Line
  53:20
time 3:13,25 9:11
  9:14 10:22 12:8
  12:9 20:5 24:10
  24:18 28:5
  41:10 47:11
  49:5 56:19 61:4
  66:19 75:5
  76:19 78:22
  80:10
timeline 24:25
  47:4,5 50:2
  52:14
times 27:16
today 25:6,21
  26:19 43:8 70:7
  77:23
today's 3:8 25:14
told 49:5
top 65:3
total 29:7 40:21
  42:11,15,16
  58:1,15 64:24
  66:13 68:5
totals 47:18
touched 53:14
tough 6:15
town 44:15
tract 45:1 58:17
Tracts 45:1
traditionally
  55:25
transcribed 84:3
transcript 84:4

TRANSCRIPT...
  1:12
transferred 73:6
Translation 76:3
transparency
  77:15
transparent
  14:14 17:8
  79:14
transpired 78:18
travel 75:21
traveled 5:24
travels 17:24
tremendous 10:6
  11:11,24
trend 65:15
  68:10 70:24
trends 65:13
  71:21
trial 14:2,3
tribal 55:3
tropical 60:8
true 12:17 84:4
trust 79:5
try 79:5
trying 5:5 40:25
two 8:3 29:8
  33:17 37:17,24
  38:16 59:6
  68:13 74:18
types 69:21
typically 40:19
  48:10

**U**

U.S 29:8,25 32:23
  40:10 44:7,24
  45:4 52:18,22
  65:17
Ultimately 13:19
unconstitutional
  14:18 15:8
underlying 65:14
underpopulated
  71:7
underpopulation
  71:23

understand
  61:12 75:15
  82:12
understanding
  12:18 73:8
understood 44:2
uneven 28:16
unformatted
  27:3
unintentionally
  16:12
uninterrupted
  35:11
union 76:23
United 9:3 26:11
  27:14 28:24
  29:8,21,24
  30:14 31:14
  34:17 44:5
  47:19 52:21,24
  53:8,23 54:20
  65:20,23 66:2,4
  68:3
units 58:22 66:12
unrest 60:10
updating 54:10
uphold 81:23
upset 78:23
urban 11:17
usable 59:1 75:11
use 13:2,7 25:9
  25:21 30:20
  32:12 38:22
  44:1,21 53:1,4
  53:19 54:11
  56:21 58:13
  59:4 62:3
useful 27:5
user-friendly
  27:7
users 72:7
usually 28:7
  33:20
utilization 38:3
utilize 32:9 37:9

**V**

HT_0006176
P-000153

**v** 1:4 30:1,15
  33:12 34:19
**vacant** 73:10,15
**valid** 50:20
**validity** 34:23
  50:11 51:16
**value** 16:25
  17:23 18:9
**variance** 30:9
  58:19
**various** 9:25
  26:18 31:3
  72:15
**vendor** 23:11
**venue** 24:13
**verbal** 75:22
**version** 54:11
**versus** 70:14
**vice** 2:7 9:25
**video** 2:1 75:7
  83:3
**view** 75:16
**viewers** 69:18
**views** 50:14
**villages** 44:16
  66:5,15
**violate** 15:16
**violating** 82:4
**Virginia** 57:7
**virtual** 24:14
  75:22
**visible** 69:16 72:5
  75:5
**visit** 66:24
**visual** 39:25
**VOICE** 47:2
**vote** 30:5 32:23
**voted** 79:22
**voters** 6:1 36:7
  46:5 73:25 74:5
  74:18 78:5,11
  81:25
**votes** 33:19 40:11
**voting** 31:18,24
  32:17,18,20
  33:5 34:21 41:6
  41:20 45:19,22

**W**
**Wachee** 59:13,23
**waive** 3:25
**walk** 52:9
**walked** 52:6
**want** 21:6 61:20
  63:22,22 75:25
  76:7 77:24 78:1
  80:25
**wanted** 21:12
  25:5,5
**Washington** 1:24
  57:7
**wasn't** 68:23
**waste** 78:22
**watch** 77:13
**watching** 76:11
  77:21
**water** 35:15
  44:22
**wave** 4:12,15
**way** 5:2 12:24
  15:15 25:19
  56:19 61:21
  63:3 75:20
**ways** 75:19
**we'll** 24:20,21
  25:9,17,20,21
  26:19 44:20
  49:10 59:22
  73:23,24 83:1
**we're** 4:21 17:5
  23:11 40:23,24
  49:3 62:13,25
  68:9 77:15,17
  77:23,24,25
  79:25 80:1,4,5
  80:25
**we've** 8:4 11:12
  11:17,18 15:21
  23:8 40:9 65:13
  67:24
**weakens** 43:20
**Webber** 73:24
  74:2,4
**website** 19:2
  20:14,15,16

22:5,10,11
  23:13,23 24:6
  48:19 52:8
  69:17 72:6 79:9
**week** 26:25 27:2
  48:3,8,23
**Weeki** 59:13,23
**weeks** 48:22 49:7
  74:24
**weighty** 10:10
**Welcome** 3:16
**Wendy** 84:2,24
**went** 37:16 67:1
  73:3 79:2
**Wesberry** 30:1
**West** 8:25 60:10
**White** 55:18
  62:23 63:14
  68:1,4,6,8,11
**wide-spread**
  17:17
**wildfires** 60:9
**win** 79:5
**wisdom** 4:22
**wish** 22:16
**wishes** 19:17
**wishing** 3:22
**Women** 78:5,11
**wondered** 64:14
**wonderful** 9:16
  9:23 74:5
**word** 77:12
**words** 4:6 38:19
  74:22,25 80:8
  82:14
**work** 5:2 8:5
  10:24 18:25
  24:7 74:8 75:6
  75:15 76:19
  81:3
**working** 5:12 6:2
  9:24 11:7 46:10
  48:14 77:19
**worth** 30:6 34:19
  53:16 59:4
**write** 61:20
**writing** 14:8 19:1

41:10
**written** 18:5
**wrote** 14:4 17:14
**www.floridare...**
  19:4 20:14

**X**
**X** 32:15 53:6

**Y**
**Yeah** 21:3
**year** 7:2 26:8
  27:23 54:12
  66:19
**years** 7:4,22 26:5
  28:2 29:19
  41:23 52:19
  64:17 74:17
  77:3
**Yin** 4:15,15
**York** 57:6 66:1,9

**Z**
**zero** 39:8

**0**

**1**
**1** 7:18 8:2 35:20
  37:18 40:20
  45:19 59:17
**1-7-9-4-8-5** 41:16
**1.3** 76:22
**1.48** 16:18
**10** 31:6 40:17
**11** 10:5
**11.031** 32:14
**11.0431** 16:17
**11th** 26:13 28:1
  48:25 49:11,12
**120** 35:8
**120,000** 67:10
**1215** 59:12
**12th** 26:15 47:22
**130,000** 66:6
**13th** 49:14
**14th** 30:12
**15** 50:7 51:6

66:14 67:11
  71:16
**150,000** 67:19
**15th** 49:1 84:6
**16** 27:20 29:13
  35:2 50:3,7
**16th** 26:16 48:3
**1730** 1:24
**179,485** 41:5
**1790** 52:20
**17th** 49:14
**18** 41:23
**18th** 48:25
**19** 3:21 5:17
**1964** 30:1,15
**1980** 54:15
**1986** 33:12
**1997** 54:22
**19th** 49:2
**1st** 26:21 47:8,11
  47:15 48:2,9
  49:1 64:1

**2**
**2** 24:20,21,21
  29:24 31:15
  33:6 34:3 35:21
  35:21 40:20
  52:22
**2-2-1** 41:15
**2,736,877** 66:13
**2.7** 26:17
**20** 1:15 12:13
  31:10 36:5,8
  57:16
**2000** 57:11
**20036** 1:24
**2010** 5:24 9:13
  10:21 36:7 65:2
  65:18,21,24
  66:13 67:21
  68:16 69:15
  70:14 72:10
  78:17
**2012** 43:5
**2013** 34:18
**2016** 43:4,4,6

9/20/2021                     Common Cause, et al. v. Cord Byrd                  Audio Transcription

Page 17

**2018** 58:12
**202** 1:25
**2020** 3:14 26:4
  29:5 41:1 47:8
  47:15,21 54:11
  56:14 58:13
  59:5,11,16,17
  64:1,17,19 65:2
  65:18,23 66:12
  66:14 67:21
  69:12 72:10
**2021** 1:15 26:21
  47:22 48:2 65:5
**2022** 26:13 27:24
  49:11,13,21
  50:1
**2023** 84:6
**204** 68:3
**21** 12:13 31:10
  36:6,9 53:3
**22** 10:18
**22nd** 49:1
**23** 69:13
**232-0646** 1:25
**235.4** 68:5
**23rd** 49:22
**24** 16:16 69:4
**241,000** 67:12
**24th** 49:24
**25** 9:7
**259,000** 67:21
**26th** 47:16
**27** 8:9 71:2,15
**276** 68:17
**28** 29:7 71:2,3
**29th** 49:2

**3**

**3** 24:22 35:22
**30** 35:5,6 50:15
**312** 66:2
**31st** 47:21
**33.8** 68:17
**35** 68:5
**384** 66:2
**39** 8:24 66:6
**3rd** 49:3

**4**

**4** 24:22 41:4
  46:25 73:22
**4.3** 69:15
**4:22-cv-109** 1:4
**40** 35:6
**412** 44:16
**435** 28:24
**44** 67:16
**45** 67:9

**5**

**5** 10:4 34:2,2
  73:23
**5-3-8-4-** 41:15
**5-5** 41:16
**50** 45:18 47:24
**51** 67:12,16
**52** 65:22
**538,455** 41:4
**5th** 49:1

**6**

**60** 51:24
**60th** 49:12
**61** 69:12
**616** 59:8
**62.1** 69:12
**63** 56:9 67:1
  74:17 79:22
**63.8** 67:1
**67** 77:2
**696,000** 70:17

**7**

**7** 14:4
**7-6-9-** 41:14
**73,000-person**
  70:18
**769,000** 70:17
**769,221** 41:2

**8**

**8** 32:15 53:6
**80** 35:7 65:19
**80,000** 67:17
**812** 1:24

**85** 65:21
**86** 65:19,19
**8th** 50:1

**9**

**9** 65:18 67:4,20
  68:15
**93,000** 66:6
**94-171** 48:5
**949,611** 67:4
**99.9** 64:23,25
  65:6 66:11
**9th** 49:20 59:11
  59:16

HT_0006178
P-000155