**Senate Committee on Reapportionment**
**January 13, 2022**

Transcript of video recording available at:
https://thefloridachannel.org/videos/1-13-22-senate-committee-on-reapportionment/

Exhibit 10

P-001725

## Senate Committee on Reapportionment - Jan. 13, 2022

| | |
|---|---|
| 1 | Ray Rodrigues:  The Committee on Reapportionment will now come to order. |
| 2 | Dana:  Chair Rodrigues. |
| 3 | Ray Rodrigues: Here. |
| 4 | Dana:  Vice-Chair Broxson. |
| 5 | Doug Broxson:  Here. |
| 6 | Dana:  Senator Bean. |
| 7 | Aaron Bean:  Here. |
| 8 | Dana:  Senator Bracy. |
| 9 | Randolph Bracy:  Here. |
| 10 | Dana:  Senator Bradley. |
| 11 | Jennifer Bradley:  Here. |
| 12 | Dana:  Senator Burgess. |
| 13 | Danny Burgess:  Here. |
| 14 | Dana:  Senator Gibson. |
| 15 | Audrey Gibson:  Here. |
| 16 | Dana:  Senator Harrell |
| 17 | Gayle Harrell:  Here. |
| 18 | Dana:  Senator Rodriguez. |
| 19 | Ana Maria Rodriguez:  Here. |
| 20 | Dana:  Senator Rouson. |
| 21 | Darryl Rouson:  Here. |
| 22 | Dana:  Senator Stargel. |
| 23 | Kelli Stargel:  Here. |

P-001726

## Senate Committee on Reapportionment - Jan. 13, 2022

1    Dana:  Senator Stewart.

2    Linda Stewart:  Here.

3    Dana:  A quorum is present Mr. Chair.

4    Ray Rodrigues:    Thank you, I would bring to the members' attention and those in the

5    audience a request to silence all of your electrical devices. We wouldn't want those going off

6    while we are in the meeting here today. Anyone wishing to speak before the committee should

7    complete an appearance card and hand it to a member of the sergeant's office. Should you elect

8    to waive your speaking time, your position will be included in the committee records.

9        I'd like to commend the members of the Select Subcommittees on Congressional and

10   Legislative Reapportionment for their hard work and their efforts in recommending plans that are

11   consistent with all legal requirements and with the directives issued to staff by the full committee

12   after reviewing the recommendations of the Select Subcommittees with staff and counsel. I have

13   filed amendments to SJR 100 and Senate Bill 102. The substance of my amendments are

14   Congressional Plan S000C8040 and Senate Plan S000S8046, which I believe most consistently

15   adhere to the directives issued to staff by the full committee.

16       Today, the committee will take up amendments, questions, debate, and public testimony

17   on both the Congressional and the State Senate maps. The Congressional map will be considered

18   first before we move on to consideration of the Senate map. For the Senate map, I have proposed

19   to the committee that we follow the Supreme Court precedent of numbering districts in an

20   incumbent-neutral manor. The Court has accepted a random numbering process as compliant

21   with its precedent. Accordingly, once we have concluded our consideration on the geographical

22   makeup of the Senate map, we will randomly number the Senate map. As a reminder, the Florida

23   Constitution specifies that odd numbered districts run for elections in years that are multiples of

3

## Senate Committee on Reapportionment - Jan. 13, 2022

1   four. So after this one the next one would be 2024. Even numbered districts run for election in

2   years that are not. So the next election after this one that an even one would appear would be

3   2026.

4          As we all know, all Senate districts will be up for election this year in 2022. To facilitate

5   the numbering process, 40 cards have been produced. Each card is the same size and weight.

6   There are 20 cards labeled 'even' and 20 cards labeled 'odd.' Each of those cards have been

7   placed into an envelope. There are no distinguishing features on any envelope. No card is visible

8   in any way from the outside of the envelope. The Secretary of the Senate has placed the

9   envelopes in a glass container with a lid and mixed the cards both before and after placing them

10  in the container to ensure that there was no possibility of an intentional pattern with which the

11  cards were put in the container. The Secretary is here to present the closed container to the

12  committee, Secretary Debbie Brown. Thank you, Secretary, and she has given us the process by

13  which the cards were created, placed in the envelopes, sealed and attested to the chain of custody

14  up to the point that we have received them. I will hand that over to the Staff Director to be

15  entered into the record. Prior to the committee's final vote on the Senate map, each district will

16  have a card drawn from the container to designate as an odd- or even-number district. After the

17  random numbering has been completed, the committee will then take an informal recess so that

18  the committee staff can prepare an amendment to overlay the new district numbers on the map.

19         From a process standpoint, the numbering overlay will take the form of a late-filed

20  substitute amendment. Please be prepared for an informal recess of approximately one hour

21  before the committee's final procedural vote on the Senate map as it's been randomly

22  renumbered. Do we have any questions on the process that I've just described?

23         Aaron Bean:    Mr. Chairman.

P-001728

**Senate Committee on Reapportionment - Jan. 13, 2022**

1    Ray Rodrigues:  Yes, sir. President Pro Tem Bean, you are recognized.

2    Aaron Bean:  Chairman, thank you so much for very illustriously laying out the

3    randomness of the selection of districts, and I know it's going to be random. Here's my question

4    and we have – and maybe it's not an issue at all. But we have – you know, our districts have all

5    been laid out where they're close to being a number and they are easily followed. Are we worried

6    if we get five or six evens in a row or something? Are we worrying about clusters of even

7    numbers in a certain area or have we anticipated that or is that just due to the randomness or the

8    way it will be drawn out of the jar? Is that a valid concern, or it's not a concern at all?

9    Ray Rodrigues:  What I would say is what we've seen from the court is that the random

10   method has been blessed as a method for renumbering the districts. If that were to happen that

11   would be definitely a statistical anomaly, but it is a possibility that could occur. We will proceed

12   bringing up each district so that everybody knows the number we are pulling and then going

13   through this process to make the determination of whether that is odd or even.

14   Aaron Bean:  Very good so with a follow-up question. So we will identify what is now

15   known as, say, District 1, which typically always starts in the Panhandle. That's just traditionally

16   the way – the easiest way to understand a numbered map, but under the circumstances of which

17   you've outlined that district. So this is the first district of which we are drawing the card will be

18   drawn and then opened and then whatever that is odd or even, if it's an odd it will then again be

19   assigned the number 1 and then an even would then we would start with number 2.

20   Ray Rodrigues:  That is correct.

21   Aaron Bean:  Then if, traditionally, if the number two district which we will draw for, if

22   that's an even, that would not be labeled 2, but it would labeled then 4?

23   Ray Rodrigues:  The second district, assuming the first one was odd, the one next to it if it

P-001729

## Senate Committee on Reapportionment - Jan. 13, 2022

1   was even that would probably be 2. Then we would proceed on –

2   Aaron Bean:  Okay.

3   Ray Rodrigues:  – to the district that's currently known as 3 to make a determination of

4   whether it would be odd or even.

5   Aaron Bean:   Odd or even. And again if we get six in a row or whatever, because it's

6   going to be random, it's like a coin flip. But if there's six in a row It could be 2, 4, 6, 8, across the

7   top before we get to our first odd number, and you and Jay the Staff Director is nodding that

8   could be it and that's the way the ping-pong bounce or the cards are drawn. Thank you.

9   Ray Rodrigues:  That is a possibility indeed. Do we have any other questions? Senator

10   Gibson?

11   Audrey Gibson:  Thank you Mr. Chair. I don't think I heard how the years are going to

12   work. I think there's four, two. I'm pretty sure that's correct. Where is that in the process?

13   Ray Rodrigues:  That's dictated by the Constitution. So in the Florida Constitution it says

14   that odd-number districts run for election in years that are multiples of four. And even-numbered

15   districts run in years that are not. We are in 2022 now, which is a redistricting year. Every race

16   will be on the ballot. In 2024, which is a multiple of four, the odd numbers would be on the

17   ballot. Then in 2026 is when the even numbers would first appear on the ballot after this

18   election.

19   Audrey Gibson:  Thank you. Can I understand the card process again. So, we are going to

20   randomly draw the cards that are stacked up in the jar. And then the cards are going to be placed

21   on a map?

22   Ray Rodrigues:  So we will identify the district we are drawing for. So let's use the

23   example that President Bean mentioned and we start in the Panhandle with District 1. We

P-001730

## Senate Committee on Reapportionment - Jan. 13, 2022

1    announce we are drawing for District 1, we will pull a card out open it up, and it will either say

2    odd or even. If it says odd, we will write on the map odd for that district. We will do that for all

3    40 districts and identify whether their card is indicated that they will have an odd number or an

4    even number. Once we have completed that, we will then take an informal recess. Committee

5    staff will go back and re-number the map either odd or even based upon how the cards were

6    drawn.

7    　　　　Audrey Gibson:  Mm-hm. Okay. Thank you.

8    　　　　Ray Rodrigues:  Senator Stewart do you have a question?

9    　　　　Linda Stewart: No, but I did want to point out that when these were drawn in the last ten

10   years, four of the Central Florida area all had odd numbers.

11   　　　　Ray Rodrigues:  So those anomalies can occur in a random process. And have in the past.

12   Thank you. Do we have any other questions on the process. Seeing none we will move forward

13   unless – Senator Gibson you are recognized for a question.

14   　　　　Audrey Gibson:  Is this more random than – when I was at Reapportionment, we had like

15   the – I called it Senate lotto. Is this more random or equally as random as that process?

16   　　　　Ray Rodrigues: Although not a mathematician, I believe what we would be told is that

17   they were equally random. Okay seeing no more questions, we will move to the agenda. Let's

18   take up Tab One, Senate Bill 102, on establishing the congressional districts of the state,

19   sponsored by the Chair, Senator Rodrigues. There is one amendment so let's take up the

20   amendment, which is barcode 652836. That is the amendment that I filed that is based upon the

21   map that I received from the Select Subcommittee, and Mr. Ferrin can you please walk us

22   through that map.

23   　　　　Jay Ferrin:  Thank you Mr. Chairman. So pursuant to the directives given to staff, this

7

P-001731

## Senate Committee on Reapportionment - Jan. 13, 2022

1    plan was drawn to be consistent with the plain language of the Florida Constitution, federal law,

2    and existing judicial precedent. The balance is the co-equal criteria outlined in the Tier Two

3    standards of Article III, Section 20 of the Florida Constitution, except where doing so conflicts

4    with the Tier One standards. A functional analysis of the minority districts in the plan confirms

5    that it does not diminish the ability of racial and language minorities to elect candidates of their

6    choice.

7        When drawing visually compact districts, county boundaries were used where it was

8    feasible. When the county was split, static geographic features such as major roads, railroads,

9    and water bodies were used in a manner that sought to keep cities whole, where feasible. In cases

10   where a municipality was split, static geographic features were used to do so. Where none were

11   available, a municipal boundary may have been used, consistent with the committee's directives

12   to prepare congressional plans with population deviations of plus or minus one person from the

13   ideal population. Boundaries may deviate – may deviate slightly from political and geographic

14   boundaries.

15       Like the benchmark plan, this plan has four African American districts and four Hispanic

16   districts. Starting in the Panhandle, District 1 was drawn eastward until it reached the ideal

17   population in Walton County. The boundary uses State Road 83 for its entirety except where

18   necessary to balance population in and around the City of DeFuniak Springs, which is consistent

19   with the committee's directives to utilize easily recognizable and readily ascertainable

20   boundaries while considering the impermanent and changing nature of municipal boundaries.

21   This also results in a visually and mathematically compact configuration.

22       District 2 comprises fifteen whole counties, which is consistent with the committee's

23   directives to, where feasible, explore configurations consisting of whole counties in less-

8

P-001732

## Senate Committee on Reapportionment - Jan. 13, 2022

1   populated areas. Its configuration is affected by the neighboring District 5, a Tier One protected

2   district. As directed by the committee, the boundary utilizes easily recognizable and readily

3   ascertainable boundaries while also considering municipal boundaries' impermanent and

4   changing nature. This results in a 4% use of non-political and geographic boundaries.

5       District 3 is composed of Union, Bradford, Clay, Alachua, Putnam Counties, and part of

6   Marion County. Its extensive use of county boundaries and keeps the City of Ocala whole within

7   the district.

8       District 4 comprises all of Nassau County and part of Duval and St. Johns. Its district

9   uses extensively political and geographic boundaries, with a 3% use of non-political and

10  geographic features. Departures from these features were necessary to maintain the ability-to-

11  elect in a neighboring Tier One protected district, and to equalize population.

12      District 5 is an effective minority district. Functional analysis confirms that this

13  configuration does not deny or abridge the opportunity for African Americans to participate in

14  the political process and does not diminish their ability to elect candidates of their choice.

15  District 5 follows county lines and major roadways for a substantial portion of its boundaries.

16  The 2% following non-political and geographic boundaries. Where it splits Jefferson County,

17  District 5 follows I-10 in its entirety. And in Columbia County, it follows I-75 and State Road

18  100, except where necessary to equalize population. In Leon County, the boundary primarily

19  follows major geographic boundaries such as State Road 261, which is better known as Capital

20  Circle, U.S. Highway 27, and Apalachee Parkway and Monroe Street, and uses part of I-10.

21      In Central Florida, the southern boundary of Volusia County is used in District 6 and it

22  gains its remaining population from Lake County, which already contains a county split. And

23  reflects a consistent application of methodology relative to the other areas of the state where

9

P-001733

**Senate Committee on Reapportionment - Jan. 13, 2022**

1  counties were kept whole by moving a split to a neighboring county that is already split. Its

2  configuration is affected by districts to the south, which are drawn to respect county boundaries

3  as directed by the committee.

4  District 11 contains all of Citrus and Sumter Counties and parts of Marion and Lake. This

5  follows the committee's directives to examine the use of county boundaries where feasible and

6  its configuration is affected by respecting the county boundaries of Hernando and Sumter.

7  District 8 uses the Brevard-Volusia County line as its northern boundary and gains the

8  remainder of its population in Orange County.

9  District 9 is a Hispanic opportunity district protected from diminishment under Tier One.

10  Due to an increase in the Hispanic population in the area, the district becomes a majority-

11  minority District. A functional analysis confirms that this configuration does not deny or abridge

12  the opportunity for Hispanics to participate in the political process and does not diminish their

13  ability to elect candidates of their choice. District 9 is configured to respect the county

14  boundaries of Osceola, Polk, and Brevard, meaning that it gains its remaining population from

15  Orange County, which is already split. This is another example of the consistent application and

16  methodology concerning the placement of county splits.

17  District 12 follows the committee's directive to examine the use of county boundaries

18  where feasible and keeps all of Hernando and Pasco Counties whole. Because Polk, Sumter, and

19  Citrus are also kept whole, District 12 regains its remaining population in Pinellas County.

20  District 28 is configured to respect county boundaries to its east, south, and west. It

21  includes all of Polk County, and given that the population of Polk County is over 700,000, or

22  excuse me, only 725,000 people, it extends into Lake County to balance the population. Taking

23  District 28 into Lake County allows counties into the south to be kept whole and is consistent

P-001734

**Senate Committee on Reapportionment - Jan. 13, 2022**

1   with the committee's directive to explore concepts that, where feasible, keep districts entirely

2   within a county in the more densely populated areas, and use county boundaries.

3        District 7's configuration is affected by the neighboring Districts 9 and 10, which are Tier

4   One protected districts. Because Osceola and Polk Counties are kept whole, District 9 goes into

5   Orange County to balance its population. This causes District 7 to gain its remaining population

6   from Volusia County, and is consistent with the committee's directives to use county boundaries

7   where feasible and draw districts which are visually and mathematically compact, which keeps

8   both Osceola and Polk Counties whole.

9        District 10 is also wholly contained within western Orange County. It's an African

10  American opportunity district protected from diminishment under Tier One of Article III, Section

11  20 of the Florida Constitution. Functional analysis confirms that this configuration of the district

12  does not deny or abridge the opportunity for African Americans to participate in the political

13  process and does not diminish their ability to elect candidates of their choice. The district utilizes

14  Orange County's western border in addition to easily recognizable and readily ascertainable

15  geographic features, using only 2% of non-political and geographic boundaries.

16       Looking over at Pinellas, this county has a population of 959,000 people, which is more

17  than the ideal population of one district. Therefore, the county must accommodate more than one

18  district to balance population. And District 13 is wholly contained within Pinellas County. There,

19  the boundary primarily follows major roadways, departing only from these geographic features

20  when necessary to equalize population. This is consistent with the committee's directives to keep

21  districts wholly within a county in the more densely populated areas and to use easily

22  recognizable and readily ascertainable boundaries while considering the impermanent and

23  changing nature of municipal boundaries and drawing districts which are visually and

11

P-001735

### Senate Committee on Reapportionment - Jan. 13, 2022

1   mathematically compact.

2       District 14 is made up of parts of Hillsborough and Pinellas County. Placing District 14 in

3   Pinellas while primarily using geographic boundaries allows District 15 to be wholly contained

4   within Hillsborough. It also allows for Pasco County to be kept whole, which results in a more

5   compact configuration of the region that utilizes political and geographic boundaries, as was

6   directed by the committee.

7       District 15 is wholly contained within Hillsborough County and is consistent with the

8   committee's directives to keep districts entirely within a county in the more densely populated

9   areas. Its western and southern boundary primarily follows interstates and major roadways and

10  railroads, departing only from these geographic features when necessary to equalize population.

11      District 16 contains the remainder of Hillsborough County, all of Manatee County, and

12  part of Sarasota. It has a high usage of political and geographic boundaries, with only 5% of the

13  boundary falling on non-political and geographic features in order to balance population.

14      District 17 contains all of Charlotte, DeSoto, Hardee, Highlands, Glades, and

15  Okeechobee Counties and parts of Lee and Sarasota Counties. This is consistent with the

16  committee's directives to explore concepts that consist of whole counties in less-populated areas

17  that result in districts which are visually and mathematically compact. In both Lee and Sarasota

18  Counties, political and geographic boundaries are highly utilized, resulting in a 2% non-political

19  and geographic boundary usage score.

20      To the east, District 18 is comprised of all St. Lucie and Martin Counties and part of

21  Indian River and Palm Beach. Its configuration is affected by District 20, which is a neighboring

22  Tier One protected district.

23      District 19 is located within Lee and Collier Counties and is affected by the neighboring

P-001736

## Senate Committee on Reapportionment - Jan. 13, 2022

District 25, which is a Tier One protected district. The district uses political and geographic boundaries, with only 8% falling on non-qualifying boundaries.

District 25 is a majority-minority district protected from diminishment under Tier One. Functional analysis confirms that the district does not deny or abridge the opportunity for Hispanics to participate in the political process and does not diminish their ability to elect candidates of their choice. Comprised of all of Hendry County and part of Collier and Miami-Dade Counties. Its configuration is affected by adjacent Tier One protected districts.

Moving into South Florida, this region contains five Tier One protected districts. They are 20, 24, 25, 26, and 27. This has a significant impact on the configuration of the region. District 20 is a majority-minority district protected from diminishment under Tier One. A functional analysis confirms that the district does not deny or abridge the opportunity for African Americans to participate in the political process and does not diminish their ability to elect candidates of their choice.

Districts 21 and 22 are both affected by the configuration of District 20. 21 is wholly contained within Palm Beach County and is consistent with the committee's directive to explore concepts that, where feasible, keep districts within a county in the more densely populated areas.

District 22 is contained within Palm Beach and Broward and the district makes extensive use of political and geographic boundaries in addition to being visually and mathematically compact, given its proximity to a Tier One protected district.

District 23 is also affected by District 20 to the north and District 24 to the south. Both of those are Tier One protected districts. Consistent with the committee's directives, the district is wholly contained within Broward County. It utilizes political and geographic boundaries where feasible, and is visually and mathematically compact.

P-001737

## Senate Committee on Reapportionment - Jan. 13, 2022

1    District 24 is an effective African American minority district protected from

2    diminishment under Tier One. The functional analysis of this district confirms that the district

3    does not deny or abridge the opportunity for African Americans to participate in the political

4    process and does not diminish their ability to elect candidates of their choice.

5    Districts 26 and 27 are both majority-minority Hispanic districts that are protected from

6    diminishment under Tier One. The functional analysis of both of these districts also confirms that

7    they did not deny or abridge the opportunity for Hispanics to participate in the political process

8    and did not diminish their ability to elect candidates of their choice.

9    District 26 contains all of Monroe County and part of Miami-Dade County, makes

10   extensive use of political and geographic boundaries, with only 1% falling on non-qualifying

11   boundaries.

12   District 27 is wholly contained within Miami-Dade, makes extensive use of political and

13   geographic boundaries, and it both visually and mathematically compact.

14   Overall, this plan has a deviation of one person. The average compactness score of the

15   plan is .80 for Convex-Hull, .43 for Polsby-Popper, and .46 for Reock. The average use of non-

16   political and geographic boundaries for the districts in this plan is 8%, which means that 92% of

17   the district boundaries are falling on features that have been identified by the United States

18   Census Bureau's geographic layers as city boundaries, county boundaries, interstates, U.S.

19   highways, state roads, contiguous water bodies larger than ten acres, or railroads.

20   There are eleven districts with less than or equal to 5% non-political and geographic

21   boundary usage. And 27 districts with less than or equal to 20% non-political and geographic

22   boundary usage. There are 48 whole counties, 6 districts wholly contained within a county, 367

23   cities with all of their boundaries contained within a single district, and 372 cities with all of their

P-001738

## Senate Committee on Reapportionment - Jan. 13, 2022

1  population contained within a single district. That, Mr. Chairman, is the plan before us today.

2  Ray Rodrigues:  Thank you for walking us through the plan. Members, are there any

3  questions on the amendment? Seeing no questions, we are going to hold the appearance cards

4  until we dispose of the amendment and have the appearance cards appear on the bill. So we'll

5  move forward. Is there any debate on the amendment? Seeing no debate on the amendment, I

6  will waive close on the amendment. All in favor of the amendment say yea.

7  All Members:  Yea.

8  Ray Rodrigues:  All opposed say nay. We will show that the amendment has been

9  adopted. Now we are back on the bill as it's been amended. Are there any questions on the bill as

10  it's been amended? Seeing none, we'll move to public appearance cards and we do have two. The

11  first one is Steven Mangual, you are recognized.

12  Steven Mangual:  Good afternoon and thank you for the opportunity to offer this written

13  testimony on the concerns of LatinoJustice PRLDEF regarding the current state of the

14  redistricting process and its impact on the Latino population and the Latino community. In short,

15  we oppose the proposed maps because they dilute Latino political power. My name is Steven

16  Mangual, I am Justice Advocate Coordinator with Latino Justice PRLDEF out of the Southeast

17  Regional Office. Our organization has a long history of participating in Florida's redistricting

18  process and or organization is closely monitoring the work of the Florida Legislature to ensure

19  protection of Latino Floridians' rights in the redistricting process under the protections of the

20  Voting Rights Act of 1965 and Constitutional norms. Latino Floridians must have an equal

21  opportunity to elect their candidates of choice and remain politically unified in communities of

22  interest. The Florida Legislature's proposed maps ignore dramatic Latino population growth after

23  the last decade. The process has been inaccessible for public comment by limited English

15

P-001739

## Senate Committee on Reapportionment - Jan. 13, 2022

1    proficient Floridians and the many members of the public impacted by the COVID-19 pandemic.

2    The end result has been the dilution of Latino political power. Regarding Latino population

3    growth, Florida's Latino population growth has increased 34% since the 2010 census, adding

4    almost one and a half million people to the state and now comprising over 26% of Florida's total

5    population. This incredible demographic growth has benefited the entire state. Turning to mean

6    public participation, language access, Spanish-dominant Floridians deserve to have their voices

7    heard in meaningful ways and participate in this redistricting process without English-only

8    barriers. The Legislature should ensure that public hearing notifications, information on the

9    floridaredistricting.gov website, forms to submit public comment and review proposed maps, are

10   fully accessible to limited English proficient Floridians who have an equal right to participate in

11   defining the political boundaries that will endure for the next decade. Existing Google translate

12   options online are inadequate. For example, links to historical redistricting plans in the

13   "resources" section and memorandums in the Senate committee sections of the

14   www.floridaredistricting.gov websites are only available in English. The Legislature should take

15   all reasonable steps to provide translators at public hearings and provide double time for

16   individuals using a translator to provide public comment at hearings. LatinoJustice PRLDEF has

17   been monitoring Florida's compliance with federal and state language access guarantees in the

18   area of voting rights access for decades. We urge this legislature to make public participation

19   equally accessible to all Floridians. Regarding the need for public participation virtual option, on

20   September 8, 2021, LatinoJustice PRLDEF, NALEO Education Fund, and Hispanic Federation

21   submitted a request for virtual public hearings in light of the grave health risks of in-person

22   testimony during COVID-19 pandemic. Our requests went unheeded. Today, two of my

23   colleagues who were supposed to be here today to testify, asked me to fill in because they are in

16

## Senate Committee on Reapportionment - Jan. 13, 2022

1   quarantine under CDC guidelines. Turning to congressional maps, the proposed congressional

2   maps from both the Senate and House fail to provide a sufficient level of Latino-majority

3   districts proportionate to Latino population growth. For example, in the Senate proposed

4   congressional maps, the Senate across all of its plans creates four Latino-majority districts,

5   majority in total population and majority in Hispanic voting-age population. However, these four

6   districts were already majority districts at the end of the decade. For example, District 9 on the

7   Senate proposals is now a slim majority district, CD 9, despite massive Latino population

8   growth. While the Senate adds the new congressional seat in Central Florida, all configurations

9   of the district proposed it as a white-majority district, despite the fact that the population growth

10  has overwhelmingly been driven by Latinos. Any main influence, sorry, seats, and instead boasts

11  as white political power despite their relative stagnant demographics. The House-proposed

12  congressional maps, House plan H8003 removes the Latino majority –

13      Ray Rodrigues:  Sir, sir.

14      Steven Mangual:  Yes.

15      Ray Rodrigues:  We're not going to discuss the House maps.

16      Steven Mangual:  Okay. All right. I will skip to – Senate maps.

17      Ray Rodrigues:  The bill you are speaking on is the Senate bill for the congressional map.

18      Steven Mangual:  Okay. Thank you so much. I'll jump to then regarding Senate maps,

19  yes?

20      Ray Rodrigues:  The congressional map is before us. The Senate maps will be –

21      Steven Mangual:  Okay and I already spoke the congressional map then. Okay then. In

22  conclusion. Thank you. Every indication in this process points to redistricting proposals that do

23  nothing more than provide Latino Floridians with the same number of majority districts at the

P-001741

## Senate Committee on Reapportionment - Jan. 13, 2022

1  end of the decade under existing ten-year-old districts. Both houses of this Legislature seek to

2  cap that growth when every demographic indicator shows clearly that Latino population growth

3  requires more, not the same. It is clear to LatinoJustice PRLDEF that Section 2 of the Voting

4  Rights Act requires that where Latino-majority districts can be drawn feasibly, they must be

5  drawn even in spite of the countervailing state mandates. We call on this commission to draw

6  districts that protect communities of interest, provide the growing Latino community an equal

7  opportunity to elect candidates of its choice, and ensure that they are conducting the necessary

8  performance analysis to ensure these proposed districts are not diluting the Latino vote. Share

9  such work products to the general public. Thank you very much and if there are any questions I

10  will gladly take them down and I will apologize if I won't be able to answer them today. But my

11  colleagues, if it's okay, will respond, via email. Are there any?

12       Ray Rodrigues:  Seeing no questions. Thank you for your comments.

13       Steven Mangual:  Okay, thank you very much, have a good day.

14       Ray Rodrigues:  You too. Next up, Cecile Scoon with the Florida League of Women

15  Voters, President.

16       Cecil Scoon:  Good afternoon, thank you for this opportunity. Cecil Scoon, President of

17  the League of Women Voters of Florida. The gentlemen that was just speaking for LatinoJustice,

18  I think, gave an example of the problem that the League has been raising when the testing, the

19  functional analysis, data analysis, testing has only been done on the benchmark districts that

20  were determined in 2015 and through caselaw. Because that's what we've been saying, it doesn't

21  take into account the population growth, it doesn't take into account all these other things, so if

22  you're going to be sure that the Tier One guidelines are protected, has been done with regards to

23  the benchmark. You have to look beyond the benchmark. Certainly, the indications of population

P-001742

## Senate Committee on Reapportionment - Jan. 13, 2022

1    growth would be one indication of where we know where different groups have settles and things

2    of that nature. Review of the Census information would give the Senate and the Legislatures an

3    opportunity to dig past what was established in 2015. This issue has been raised by others in

4    regards to the Haitian Creole language protections that they are seeking and again has been

5    demonstrated as a concern with the Hispanic community. And has certainly been raised as a

6    concern with the African American communities because both the Fair Districts and the Voting

7    Rights Act require that protection of the minority groups. So that if there is an opportunity for the

8    lines to be drawn in a way where the language minorities or the racial minorities have an

9    opportunity to select a representative of their choice, then it is our understanding that is the way

10   the line should be drawn. And the problem is that the analysis to determine that has only been

11   done looking backwards. Taking the benchmark districts that were determined based on 2010

12   census, the caselaw from 2015 was looking at 2010 and we have not heard or seen either in the

13   portal or through any of the testimony or the discussion about the process any of the Senate's

14   effort to look forward and in the present to take into account all the population changes. Thank

15   you.

16        Ray Rodrigues:  Thank you for your comments. That concludes public testimony. Now we

17   are back on the bill as amended. Is there debate? Seeing no debate, Dana please call the roll on

18   Committee Substitute for Senate Bill 102.

19        Dana:  Senator Bean.

20        Aaron Bean:  Yes.

21        Dana:  Senator Bracy.

22        Randolph Bracy:  Yes.

23        Dana:  Senator Bradley.

19

P-001743

## Senate Committee on Reapportionment - Jan. 13, 2022

1    Jennifer Bradley:  Yes.

2    Dana:  Senator Burgess.

3    Danny Burgess:  Yes.

4    Dana:  Senator Gibson.

5    Audrey Gibson:  Yes.

6    Dana:  Senator Harrell

7    Gayle Harrell:  Yes.

8    Dana:  Senator Rodriguez.

9    Ray Rodrigues: Yes.

10   Ana Maria Rodriguez:  Yes.

11   Ray Rodrigues:  Sorry.

12   Dana:  Senator Rouson.

13   Darryl Rouson:  Yes.

14   Dana:  Senator Stargel.

15   Kelli Stargel:  Yes.

16   Dana:  Senator Stewart.

17   Linda Stewart:  Yes.

18   Dana:  Vice-Chair Broxson.

19   Doug Broxson:  Yes.

20   Dana:  Chair Rodrigues.

21         Ray Rodrigues:  Yes. By your vote, we will show that Committee Substitute for Senate

22   Bill 102 has been reported favorably. Now Senators, we are going to move to Tab 2, Senate Joint

23   Resolution 100, on joint resolution of apportionment, filed by me. There is – we do have

P-001744

## Senate Committee on Reapportionment - Jan. 13, 2022

1  amendments on this bill, so let's take up the first amendment, which is barcode 360368. Mr.

2  Ferrin, will you walk us through the map.

3      Jay Ferrin:    Yes, thank you Mr. Chairman. So, the Senate plan that's filed as the

4  amendment barcode 360368 is Plan S8046. This plan was drawn pursuant to the directives given

5  to staff, consistent with the plain language of the Florida Constitution, federal law, and existing

6  judicial precedent. It balances the co-equal criteria outlined in the Tier Two standards of Article

7  III, Section 21 of the Florida Constitution, except where doing so conflicts with the Tier One

8  standards. Functional analysis of the minority districts in the plan confirms that it does not

9  diminish the ability of racial and language minorities to elect candidates of their choice.

10     When drawing visually compact districts, county boundaries were used wherever it was

11  feasible to do those. When a county was split, static geographic features such as major roads,

12  railroads, and water bodies were used in a manner that sought to keep cities whole where

13  feasible. In cases where a municipality was split, a static geographic feature was used. Where

14  none were available, a municipal boundary may have been used. Like the benchmark plan, this

15  plan has five African American districts and five Hispanic districts.

16     As is the case with the congressional plan, District 1 was drawn eastward until it reached

17  its ideal population and in the Senate plan that's in Okaloosa County. The configuration of

18  Districts 1 and 2 is fully contained within Escambia, Santa Rosa, Okaloosa, Walton, Holmes,

19  Washington, Bay, Calhoun, and Jackson Counties. Because the total population of these nine

20  counties is roughly 1,100 people over the ideal population for two districts, each district must be

21  overpopulated by 550 people. This configuration respects the static nature of county boundaries

22  while configuring districts consisting of whole counties in less populated areas, and results in

23  districts which are visually and mathematically compact. The boundary of Districts 1 and 2

21

P-001745

**Senate Committee on Reapportionment - Jan. 13, 2022**

1    utilizes State Road 85 for a significant portion of its boundary, which results in the splitting of

2    Crestview and Laurel Hill. For a 0% non-political or geographic boundary usage in both Districts

3    1 and 2. This is consistent with the committee's directives to utilize easily recognizable and

4    readily ascertainable features, while also considering the impermanent and changing nature of

5    municipal boundaries.

6        District 3 contains all of Gadsden, Liberty, Gulf, Leon, Wakulla, Franklin, Jefferson,

7    Madison, Taylor, Hamilton, Suwannee, Lafayette, and Dixie Counties in their entirety. This is

8    consistent with the committee's directives to examine the use of county boundaries and where

9    feasible draw districts that consist of whole counties in less-populated areas.

10       Districts 4 and 6 are fully contained within Duval and Nassau Counties. Because the total

11    population of these two counties is roughly 9,000 over the ideal population for two districts, each

12    district must be roughly overpopulated by 4,500 people. This configuration keeps District 6 fully

13    within Duval County, since its population is greater than the ideal population for one district.

14    Static political and geographic features were used for the entire boundary for District 6, which

15    was a Tier One protected district. This is consistent with the directives to use easily recognizable

16    and readily ascertainable boundaries where feasible, to explore concepts that keep districts

17    wholly within a county in more densely populated areas, and results in visually and

18    mathematically compact districts.

19       The configuration of Districts 5 and 8 is fully contained within Columbia, Baker, Union,

20    Bradford, Clay, Gilchrist, Alachua, Levy, and Marion Counties. Because the total population of

21    these nine counties is about 1,100 people over the ideal population for two districts, each must be

22    roughly underpopulated by 550 people. This configuration respects the static nature of county

23    boundaries, as directed by the committee. It results in visually and mathematically compact

P-001746

**Senate Committee on Reapportionment - Jan. 13, 2022**

districts. For population balancing, District 5 includes part of Alachua County and uses easily

ascertainable and commonly understood geographic features. District 8 takes the remainder of

Alachua County and all of Marion and Levy Counties. This results in Districts 5 and 8 having 0%

non-political and geographic boundary usage score.

In Central Florida, District 7 consists of all of St. Johns, Putnam, and Flagler Counties

and part of northern Volusia. In Volusia, the boundary utilizes static geographic features

throughout the entire county. This results in 0% non-political and geographic usage for the

district.

Directly below District 7, District 14 takes the remainder of Volusia County and part of

Brevard County. To utilize political and geographic boundaries in coastal Brevard County, the

boundary of Districts 14 and 17 follow State Road 50 and 405 to the Kennedy Space Center.

District 10 consists of all of Citrus, Sumter, and Hernando Counties and part of Pasco.

Within Pasco, District 10 follows State Road 52 and State Road 589, which is the Suncoast

Parkway, for the entirety of its boarder. It results in a 0% non-political and geographic boundary

usage score and visual and mathematically compact districts.

Elsewhere in the I-4 Corridor, District 17 is fully contained within Brevard County,

which is consistent with the committee's directives to keep districts wholly within a county in

more densely populated areas. And as previously stated, the boundary between District 17 and 14

falls entirely on geographic boundaries.

Districts 9, 11, 12, 13, and 15 are fully contained within Lake, Seminole, Orange, and

Osceola Counties. Because the total population in these counties is 18,889 under the ideal

population for five districts, each district must be roughly underpopulated by 3,780.

District 15 is a Hispanic opportunity district protected from diminishment under Tier

23

P-001747

## Senate Committee on Reapportionment - Jan. 13, 2022

1  One. It contains all of Osceola County and part of Orange County. Due to an increase in the

2  area's Hispanic population, this district becomes a majority-minority district. A functional

3  analysis of the district confirms that the district does not deny or abridge the opportunity for

4  Hispanics to participate in the political process and does not diminish their ability to elect

5  candidates of their choice.

6        Districts 11 and 13 are fully contained within Orange County, which follows the

7  committee's directive to examine configuration that keep districts wholly within a county in the

8  more densely populated areas. District 13 is affected by the configurations of the two

9  neighboring Tier One districts in Districts 15 and 11, and makes extensive use of county

10  boundaries on its north, east, and southern boundaries.

11        District 11 is an effective minority district protected from diminishment under Tier One.

12  A functional analysis confirms that the district does not deny or abridge the opportunity for

13  African Americans to participate in the political process and does not diminish their ability to

14  elect candidates of their choice.

15        District 12 contains all of Lake County and the remainder of Orange County. The district

16  gains its remaining population from Orange, which already includes a split, and is consistent in

17  its application of the methodology relative to other areas of the state where counties were kept

18  whole by moving a split to a neighboring county with multiple districts in it.

19        In the Tampa area, Districts 10, 16, and 20 split Pasco County entirely along State Road

20  52 and the Suncoast Parkway. District 16 is contained within Pasco and Pinellas Counties. It has

21  a 1% non-political and geographic boundaries score, which is consistent with the committee's

22  directives to use existing political and geographic boundaries where feasible.

23        District 18 is fully contained within Hillsborough, while substantially utilizing political

P-001748

**Senate Committee on Reapportionment - Jan. 13, 2022**

1  and geographical boundaries. Its configuration is affected by a neighboring Tier One protected

2  district.

3      District 20 is contained within Hillsborough and the remainder of Pasco. It makes

4  substantial use of political and geographic boundaries and is affected by the shape of the

5  neighboring Tier One protected district.

6      District 24 is fully contained within Pinellas County, its shape is affected by the

7  neighboring Tier One District 19, which is an effective minority district protected from

8  diminishment under Tier One. The functional analysis confirms that this district does not deny or

9  abridge the opportunity for African Americans to participate in the political process and does not

10  diminish their ability to elect candidates of their choice. To ensure this configuration does not

11  result in the denial or abridgement of the equal opportunity to participate in the political process,

12  District 19 includes the minority populations of St. Petersburg and Tampa, as historically drawn

13  since 1992.

14      District 21 contains the remainder of Hillsborough County and part of Manatee County.

15  Within Manatee, the boundary consists entirely of State Road 70, except to balance population

16  near the coast. Utilizing the Manatee and Sarasota County boundary does result in a splitting of

17  the city of Longboat Key, which is split by the two counties.

18      Polk County's population allows one district to be fully contained within the county,

19  consistent with the committees directives. Polk County's municipalities contain numerous

20  discontinuities and irregular boundaries. Due to this, the boundary of District 22 relies

21  extensively on geographic boundaries, primarily utilizing three major roadways and a railroad.

22  This results in a 2% usage of non-political or geographic boundaries, which is consistent with the

23  committee's directives to use easily recognizable and readily ascertainable boundaries while also

P-001749

## Senate Committee on Reapportionment - Jan. 13, 2022

1    considering the impermanent and changing nature of municipal lines.

2    Moving to the southern half of Florida, District 26 consists of all of Hardee, DeSoto, and

3    Charlotte Counties, and part of Polk and Lee. It's configured to respect county boundaries on its

4    east and west borders and contains three whole counties: Charlotte, DeSoto and Hardee. It has

5    the remainder of Polk and Lee as well. This is consistent with the committee's directive to

6    explore concepts that, where feasible, result in districts consisting of whole counties in less-

7    populated areas.

8    District 27 is drawn in a manner consistent with the committee's directive to explore

9    concepts that, where feasible, keep wholly within a county in the more densely populated areas.

10   In Lee County, District 27 splits the Cities of Fort Myers, Estero, and Bonita Springs by

11   following the Interstate 75 for the majority of its eastern border. This is consistent with the

12   committee's directive to draw compact districts and to consider municipal boundaries'

13   impermanent and changing nature. Results in a 0% non-political and geographic boundary

14   usage.

15   District 28 makes high usage of county boundaries and contains all of Collier and Hendry

16   Counties and the remainder of Lee. Within Lee, its boundary falls entirely geographic features.

17   District 25 uses county boundaries by keeping four counties wholly within the district

18   and taking part of Saint Lucie County, resulting in the configuration consistent with the

19   committee's directive to explore concepts that, where feasible, result in districts consisting of

20   whole counties in less populated areas and utilization of county boundaries. Within Saint Lucie,

21   Districts 25 and 29 make substantial use of static geographic boundaries. To the south, District

22   29 contains the remainder of Saint Lucie, all of Martin County, and part of Palm Beach. Its

23   configuration is impacted by the use of county boundaries to the south.

P-001750

## Senate Committee on Reapportionment - Jan. 13, 2022

1    Districts 30 and 31 are contained wholly within Palm Beach County and are consistent

2   with the committee's directives to keep districts entirely within a county in the more densely

3   populated areas. These result in districts which are visually and mathematically compact and

4   utilize political and geographic boundaries.

5    District 32's configuration is affected by a neighboring Tier One protected district, and is

6   wholly located within Broward County. As directed by the committee, the boundary utilizes

7   easily recognizable and readily ascertainable boundaries while also considering the impermanent

8   and changing nature of municipal lines. This results in a non-political and geographic score of

9   1%.

10    District 33 is an effective minority district protected from diminishment under Tier One.

11   A functional analysis confirms that the district does not deny or abridge the opportunity for

12   African Americans to participate in the political process and does not diminish their ability to

13   elect candidates of their choice. Its boundaries rely heavily on political and geographic features

14   with 3% falling on non-political and geographic features. This also results in a visually and

15   mathematically compact District 33 and surrounding districts.

16    District 34 contains the remaining population of Broward County and must go into Palm

17   Beach County to balance its population. It does this while utilizing political and geographic

18   boundaries and remaining visually and mathematically compact.

19    Turning to Miami-Dade and Monroe, the population of these counties allows five districts

20   to be fully encapsulated within their borders with a remainder of 92,000 people. To stay within

21   the 1% population deviation directive, a district from southern Broward County must come into

22   northern Miami-Dade and assign the remaining population to a district. This is District 38, which

23   is also affected by the two surrounding Tier One districts. It accomplishes this with 100%

P-001751

## Senate Committee on Reapportionment - Jan. 13, 2022

1  utilization of geographic and political boundaries and keeps three districts wholly within Miami-

2  Dade.

3         Within Miami-Dade, Districts 35, 36, 37, 39, and 40 are majority-minority districts that

4  are protected from diminishment under Tier One of Article III, Section 21 of the Florida

5  Constitution. The functional analysis for each district confirms that these districts do not deny or

6  abridge the opportunity for minorities to participate in the political process and does not diminish

7  their ability to elect candidates of their choice. These districts were drawn to also be compliant

8  with the Tier Two constitutional criteria and the committee's directives. They are visually and

9  mathematically compact and utilize easily ascertainable and commonly understood geographic

10  features where feasible.

11         Overall, this plan has a deviation of 10,362, which is 1.92%. The average compactness

12  scores for this plan are .82 Convex Hull, .43 Polsby-Popper, .46 Reock. The average use of non-

13  political or geographic boundaries is 4%, which means that on average, 96% of the district

14  boundaries fall on features identified by the U.S. Census Bureau's geographic layers as city

15  boundaries, county boundaries, interstates, U.S. highways, state roads, contiguous waterbodies

16  larger than ten acres, or railroads. There are 14 districts with 0% non-political or geographic

17  boundary usage and 37 with less than or equal to 10%. There are 51 whole counties, 16 districts

18  wholly contained within a county, 360 cities with all of their boundaries contained within a

19  single district, and 368 cities with all of their population contained within a single district. And

20  that, Mr. Chairman, is the Senate map.

21         Ray Rodrigues: Thank you. We do have two amendments to the amendment. We will

22  take those up now. We will start – and we will take those up in the order that they were filed. So

23  we will start with amendment to the amendment barcode 212004 by Senator Gibson. Senator

P-001752

## Senate Committee on Reapportionment - Jan. 13, 2022

1    Gibson, you are recognized to explain your amendment.

2    Audrey Gibson:  Thank you Mr. Chair. This amendment is specific only to Districts 4 and

3    6 and meets the constitutional requirement. The district actually incorporates so that African

4    American communities, I call it "the duck" on the other side of the – I'm sorry, of the current

5    configuration on this map. Will include African Americans who are disenfranchised outside of

6    the area that doesn't continue like it does on my amendment, which looked similar to this, the

7    way it is on this 8026 just prior to 2012. Also, there is no diminishment in African Americans to

8    elect the candidate of their choice. Actually, the BVAP increases in, amazingly enough, the lines

9    actually follow pretty much the lines that are drawn in the congressional district. And also adds

10   African Americans who are disenfranchised in both on both the east and the west and the north

11   side of the district, actually. Based on increase in population and where individuals have moved

12   even with the numbers that are on the map in consideration right now, it doesn't take into

13   consideration the movement. And I mentioned this in our last committee. It doesn't take into

14   consideration the population shift its supposed to, but it really does not do that. There is no

15   unconstitutional movement of any lines or population, and the difference in the deviation in the

16   numbers is minimal. I believe this map follows the law and enfranchises more voters without

17   packing the district. And I don't know any other way to put it. Except it's constitutional and it

18   enfranchises voters who are disenfranchised as we sit here today.

19   Ray Rodrigues:  Are there any questions of the sponsor? Any questions? President Bean

20   you are recognized.

21   Aaron Bean:  Maybe the word that you are using, I don't understand. But when you – and

22   thank you for the amendment Senator Gibson – you use the word disenfranchised. I mean that's a

23   powerful word. That means we've taken away their vote or somebody has taken away their vote.

P-001753

## Senate Committee on Reapportionment - Jan. 13, 2022

1  So I want you to clarify that word, disenfranchise. That's a very powerful word. And that is a

2  very – we all, whether in Florida or America, take our vote very seriously. Would you clarify the

3  word disenfranchise?

4      Ray Rodrigues:  Y'all can go back and forth if you need to.

5      Audrey Gibson:  Mr. Chair. In terms of the ability for African Americans to elect the

6  candidate of their choice, the map as it currently is leaves several swaths of African American

7  voters outside of the district. The BVAP can be increased without any diminishment and the map

8  remains constitutional. Thank you Mr. Chair.

9      Aaron Bean:  Just to clarify, maybe we're splitting hairs, but outside the district is one

10  thing but they've always – everybody, everybody has always had the right to vote regardless of

11  the district they are in. They can still vote, everybody can vote regardless of my Senate district.

12  But you want to put others in a specific district, is that not correct Senator Gibson?

13      Ray Rodrigues:  You are recognized.

14      Audrey Gibson:  Thank you Mr. Chair. Everyone is in a specific district.

15      Ray Rodrigues:  Are there any other questions of the sponsor? I just have one. Do we

16  know what the impact of the metrics would be? You gave us what the increase in the BVAP

17  would be, but how does that impact the remainder of the Tier One or the Tier Two metrics?

18  Specifically, do you know what the impact would be on Reock, Polsby-Popper, or Convex Hull?

19      Audrey Gibson:  Thank you Mr. Chair. I do have that information here. And as far as I

20  understood it. The dimensions are negligible.

21      Ray Rodrigues:  Very good. Any other questions?

22      Audrey Gibson:  And still constitutional.

23      Ray Rodrigues:  Any other questions? Seeing no more questions, we had a couple of

P-001754

## Senate Committee on Reapportionment - Jan. 13, 2022

1   comment cards but I think they are for the actual bill itself, not for the amendment to the

2   amendments. So we are going to move forward and we are going to move into debate. Is there

3   debate on the amendment? Chair Burgess you are recognized.

4       Danny Burgess:  Thank you Mr. Chair and thank you Senator Gibson. I am glad that you

5   brought this forward, I know we had some discussion on this in our subcommittee. Appreciate

6   the opportunity to talk about this further. I certainly don't think there is any bad faith in the

7   measurements that you are bringing forward, but in every iteration that we worked on in the

8   twelve. And I think the reason we ended up with 8046, and the other ways that District 6 ended

9   up being configured in the finality of the last four maps, was we always move towards better

10  metric improvement each and every time. The staff-drawn maps had always sought to improve

11  upon those metrics and build upon them, and understanding what you are saying, District 6 under

12  the 8046 configuration before us is by metrics and by those standards that Chair Rodrigues has

13  brought up a more compact, better use of political and geographic boundaries. In fact, I think it

14  registers at 100% use, which shows that we truly adhered to the directives from the committee

15  that we are on now. Most importantly though, in my mind, of course, is that there is no

16  diminishment, and it performs exactly the same. And so understanding that it adheres to those

17  requirements under Tier One and Tier Two, I feel that it's important that we ensure that we have

18  adhered to all directives to the best of our ability and that's why the map that we put forward in

19  8046 since it better complies should be the one that we continue to push.

20      Ray Rodrigues:  Any other debate or discussion? President Bean, you are recognized.

21      Aaron Bean:  Thank you, and I'm – to – if I may go to Senator Burgess. Senator Burgess,

22  is it your recommendation this is a friendly amendment or unfriendly amendment? Your opinion

23  on the directives of the Constitution and how it all un–, I was just unclear of your end result.

P-001755

## Senate Committee on Reapportionment - Jan. 13, 2022

1    Ray Rodrigues: And thank you for the question. What I would say is I've conferred with

2    staff. I believe either option of that district for Tier One purposes complies. So we have full

3    compliance on Tier One with either option. What we've done, to the point that Chair Burgess has

4    made, as we move through the process, is once we've satisfied Tier One criteria and made sure

5    there was no retrogression or diminishment, the goal has been to improve upon the Tier Two

6    metrics as we've moved forward. And I looked at the metrics that Senator Burgess has

7    referenced, and I don't believe that this improves the Tier Two metrics. So I would say as an

8    amendment to the amendment it would be an unfriendly amendment because, while I consider

9    the Senator very friendly, we've been very consistent, in that every iteration of the map has been

10   an improvement on, once we've satisfied Tier One, on the Tier Two metrics as we've moved

11   forward. This would be a step in the direction that we have not gone in. Is there any other debate?

12   Seeing none, Senator Gibson, you are recognized to close on your amendment to the

13   amendment.

14   Audrey Gibson: Thank you Mr. Chair. This amendment conforms with constitutional

15   requirements. The deviation and the changes that you mentioned are negligible and it allows

16   African Americans on the north, east, and west sides to be in a district where they can help elect

17   the candidate of their choice. It even fits exactly inside of the congressional district lines as well

18   rather than the split that is on, what map is this, 8046, where the district is just like an island. And

19   certainly way more tight than the surrounding district that is District 4 today. The other thing I

20   was speaking about the other day in terms of square miles and how most of the African American

21   districts are majority districts, are those that give them the ability to elect the candidate of their

22   choice. Have not expanded in terms of the square miles since the previous map was drawn and

23   that's just impossible for that to be true. Most of those are 248 square miles or something and

32

### Senate Committee on Reapportionment - Jan. 13, 2022

1    when they are surrounded by square miles that are much larger, even in the case of Districts 4

2    and 6. As was mentioned earlier when you look at the census data that those areas in the minority

3    community don't expand but the others do. And so with that I ask for your favorable support,

4    thank you.

5    Ray Rodrigues:  Having closed on the amendment. All those who are in favor of the

6    amendment say yea.

7    Some Members:  Yea.

8    Ray Rodrigues:  All those opposed say nay.

9    Majority Members:  Nay.

10    Ray Rodrigues:  We will show that the amendment has failed and will not be adopted. At

11    this point I am going to pass the gavel over to Vice-Chair Broxson.

12    Doug Broxson:  Thank you Mr. Chairman. Taking up amendment to the amendment

13    barcode 444992, Senator Rodrigues. Senator Rodrigues, you are recognized to explain your

14    amendment to the amendment.

15    Ray Rodrigues:  Thank you Chair. From the outset of this process our goal has been to

16    follow the example that the House set during the last redistricting process that was specifically

17    blessed by the court when we went through the litigation and to avoid the mistakes that the

18    Senate made as the Senate went through redistricting in the last cycle, so that those are not

19    repeated. I think if you look at the process we followed, we have been true to that. We formed

20    subcommittees who are legislative and congressional, much like the House did during the cycle.

21    There were maps that were considered that were publicly workshopped, like the House did

22    during the last cycle, which the Senate did not.

23    There were different iterations of the map at each of the meetings. In each iteration of the

33

**Senate Committee on Reapportionment - Jan. 13, 2022**

1   map was an improvement of the previous iteration of the metrics that were presented that was

2   different than what the Senate did last time. If you look at the House process, the final step in that

3   process was when the subcommittee sent their map to the full committee for consideration. The

4   full committee then looked at the map and said where is there an opportunity for improvement.

5   So much like the House did a decade ago, the foundation of our map is with keeping counties

6   whole, because those are stable boundaries and counties are contiguous. We've also used the

7   geographic boundaries that the House used and the court blessed in the last cycle. Then we used

8   municipal boundaries where we did not have county boundaries or geographic boundaries.

9          I looked at the cities that were split and worked with staff to come up with an objective

10  criteria. What I am putting forth is an amendment that would take the cities that were split with

11  less than 1,000 people, the split is between two districts, the boundary of the municipality is

12  contiguous, and it does not impact a Tier One district, and I am proposing that we make those

13  municipalities whole. Municipalities that would be made whole are Laurel Hill, which is split

14  between Districts 1 and 2, Holly Hill, which is split between Districts 7 and 14, Titusville, which

15  is split between Districts 14 and 17, Winter Haven, which is split between Districts 22 and 26

16  and Pembroke Pines, which is split between Districts 32 and 38.

17         If we were to adopt this map, then we would have the result of a map that would yield

18  only 22 cities in which the entire population is not contained in one district, outside of our Tier

19  One requirements. When you consider that we have 412 municipalities in the State of Florida,

20  that would mean more than 95% of our cities, either their population is wholly contained or if

21  there is a split, it is for a Tier One purpose. Looking at the metrics across the board, it does not

22  diminish any of our Tier One requirements, because we have excluded the Tier One cities as

23  we've done this. And if you look at our Tier Two requirements, the metrics are either improved

34

P-001758

## Senate Committee on Reapportionment - Jan. 13, 2022

1    or remain the same across the board. And with that I'd ask for your favorable support.

2    Doug Broxson:  Members are there any questions to the amendment to the amendment?

3    Senator Bracy.

4    Randolph Bracy:  Thank you Chairman. Is there a visual that you can give us to see what

5    this looks like?

6    Ray Rodrigues:   Yes we do have the visuals prepared and they are on the back row there.

7    So each of the cities are there on that.

8    Randolph Bracy:  Okay.

9    Ray Rodrigues:  Because the split in population was a thousand or less. There is not a

10   significant movement in the boundaries of the municipalities for contiguous. But there is a blow

11   up of each of the insets so that you can see.

12   Randolph Bracy:  Yeah, if you would just give me a second, I want to look at each of

13   these cities.

14   Doug Broxson:  Senator Bracy, do you mind if we come back to you and let me go to

15   Senator Stewart with a question.

16   Randolph Bracy:  Sure, sure.

17   Doug Broxson:  Senator Stewart, you are recognized.

18   Linda Stewart:  Yes, thank you. What I understand we are looking at are two maps, 46

19   and 56. We haven't picked one yet, or we did? We did not. Okay so your suggested amendment

20   would apply to either one of these maps?

21   Doug Broxson:  You are recognized.

22   Ray Rodrigues:   Thank you Chair. Yes, because the split on both of those maps in these

23   districts is the same. It would be equally applicable to either map.

P-001759

## Senate Committee on Reapportionment - Jan. 13, 2022

1    Linda Stewart:  Okay thank you. Just trying to keep up.

2    Doug Broxson:  Before we go back to Senator Bracy, is there anyone else that has a

3    question? Senator Bracy, are you ready to continue with your line of questions?

4    Randolph Bracy:  I have no more questions. I looked at the maps. I am satisfied with

5    what I have seen.

6    Doug Broxson:  I do not see any appearance forms, is there anyone in the audience that

7    wishes to speak? Okay. Is there any debate on the amendment to the amendment? Senator

8    Burgess, you are recognized.

9    Danny Burgess:  Thank you, I just want to thank Chair Rodrigues for bringing this

10   forward for discussion. I think, falling in line with my previous comments – the Chair already

11   noted this so I think it's just important to highlight consistency where we can. What we are

12   seeing here as Chair Rodrigues noted was metric improvement, as opposed to even minimal

13   regression on those metrics in Tier Two. So for those reasons, this amendment I think takes what

14   we've built upon and continues to improve those metrics. Like we've strived to do in every one

15   of our three meetings and all twelve of those iterations. So, I would see no reason why, since

16   there is metric improvement, that we shouldn't put this on our map.

17   Doug Broxson:  I want to make sure everyone is good before we move forward to

18   Senator Rodrigues' closing. Senator Rodrigues, you are recognized to close on the amendment to

19   the amendment.

20   Ray Rodrigues:  Thank you Chair. In the House process, they were able, at the full

21   committee level, to clean up eleven city splits, with this we will clean up five. But I would point

22   out we had fewer city splits than they did, which is a natural result of having larger districts than

23   they had. But where we have an opportunity honor the political boundaries, I think reading the

P-001760

**Senate Committee on Reapportionment - Jan. 13, 2022**

1    opinion of the court in *Apportionment I,* we should, this I consider low hanging fruit and we do

2    improve our metrics by doing that. So I'd ask everyone to support the amendment to the

3    amendment.

4         Doug Broxson: All those in favor of the amendment to the amendment say yea.

5         All Members: Yea.

6         Doug Broxson: Opposed say nay. The amendment to the amendment is adopted. Back on

7    the main amendment as amended. Are there any questions on the amendment? One question,

8    Senator Bracy.

9         Randolph Bracy: Yes, Senator Rodrigues, can you explain for the committee your

10    decision making on the South Florida district where we talked about the effective majority verses

11    the minority-majority district and how you came to choose the map with the effective minority

12    district.

13         Ray Rodrigues: Yes, Senator Bracy and thank you for the question. I sat down with staff

14    and counsel and we walked through both of the maps. One of the maps, which is the one I put

15    forth, is an effective minority district and the other would have been a minority-majority district.

16    If you look at the functional analysis which was performed on both of them, it is clear that in

17    both maps that is a seat that will be controlled by Democrats. If you look at both maps, the

18    primary in both seats will be controlled by the African American population. So we went with

19    the configuration that was effective minority because it provided us full compliance with Tier

20    One. They were both equally Tier One compliant. But provided better metrics on the Tier Two if

21    you looked at the compactness scores, Convex Hull, Reock, and Polsby-Popper. So from that

22    standpoint, we felt being consistent by satisfying Tier One and making improvements on Tier

23    Two that would be the map to go with.

P-001761

## Senate Committee on Reapportionment - Jan. 13, 2022

1   One of the things I learned as I went through the process was in the last redistricting

2   cycle – and this is analogous, it's not a complete apples-to-apples because it was on the

3   congressional map – there was a district where the Senate moved to have a minority-majority

4   district, which was then Representative Corrine Brown's U.S. congressional seat. And we had

5   put it just over 50%, which is where the minority-majority option on the map here would have

6   been, because we took the position that since we could maximize that we should. And it was

7   litigated, during that litigation the NAACP joined the State Senate in defending that iteration of

8   the map we did, and ultimately we lost that lawsuit and the court said an effective minority

9   district was appropriate because it satisfied the Tier One components and it could have been done

10  in a more compact manner.

11   In that case, instead of running north to south, they directed the Legislature to run east to

12  west to do that. So that's why it's not a pure apples-to-apples comparison. But the principle is the

13  same. We had to decide whether to go with an effective minority or with a minority-majority.

14  Both of them equally comply on Tier One metrics and in both cases the functional analysis show

15  that it will undoubtedly perform for the minority candidate. So I went with the metric map that

16  gave us the better overall metrics.

17   Doug Broxson:  Follow-up? Any additional questions?

18   Randolph Bracy:  No, no. Thank you.

19   Doug Broxson:  I see no appearance forms. Is there anyone in the audience that wishes to

20  speak? Is there any debate on the amendment as amended?

21   Ray Rodrigues:  Mr. Chair, I would move to temporarily postpone the amendment at this

22  point so that we could move into the district numbering process.

23   Doug Broxson:  Without objection, show the amendment temporarily postponed. I return

P-001762

## Senate Committee on Reapportionment - Jan. 13, 2022

1    the gavel back to the Chair.

2    　　Ray Rodrigues:  Thank you Chair Broxson. Let's move to Tab 4, members, which is

3    consideration of district numbering for Senate Joint Resolution 100 as necessary to maintain the

4    staggered election terms. President Pro-Tem Bean can you please join us up here? I would like

5    you to be the Master of Ceremonies as we go through this process.

6    　　Aaron Bean:  Very good, good afternoon committee members and good afternoon Florida

7    Senate. In just a few minutes we are going to be drawing envelopes out of this jar and just so

8    everybody knows, I discussed the process with Chairman Rodrigues, which I wholeheartedly

9    agree with to have a process that is open, fair, and transparent. To do this in a committee setting,

10   I think, is wonderful because not only all of our eyes are upon the drawing of these cards, all of

11   Florida's eyes. Because with the Florida Channel this will be replayed over and over again to see

12   the exact process. So hats off to you, Mr. Chairman, in allowing me to participate and, of course,

13   I love making it as exciting as I possibly can. I don't know how exciting we can make it. But

14   certainly we will add as much pizzazz as we possibly can. I know we talked about the ping-pong

15   balls, but staff suggested this was a more logistically easier process, still maintaining the

16   randomness of a coin flip, of an odd and even flip. So before I begin, and I don't care how hard a

17   question you want to ask, Chairman Rodrigues, I would welcome that question right now. Is

18   there any other questions before we begin?

19   　　Ray Rodrigues:  Senator Rouson, I couldn't quite hear it.

20   　　Aaron Bean:  Very good and members I'll remind everyone this random jar of 40 cards

21   that has been placed in random envelopes was certified by our Secretary with the Florida Senate,

22   Debbie Brown, who signed over that she has maintained control and she attests to the integrity of

23   it. So with that, let's deal some cards Florida Senate, are we ready to go? Okay thank you

P-001763

**Senate Committee on Reapportionment - Jan. 13, 2022**

1  everything is on top of the board right now.

2      Ray Rodrigues:  We don't want any dealing from the bottom of the deck here.

3      Aaron Bean:  Yeah, exactly. I will just do it right now. Let's be clear, let's be clear once

4  again. Mr. Chairman, I am going to reach in and I'm going to draw a random card. This card, the

5  very first card, will be for the district that we now know as District 1.

6      Ray Rodrigues:  That is correct.

7      Aaron Bean:  Very good, without objection, Senators, here we go. I am opening the jar.

8  It's got that fresh card random cardness and look at me I'm going further by just ruffling through

9  it and I have a card. Here's our first one. Mr. Chairman I'm opening it up now. Yeah, Florida and

10  the Florida Senate holds its breath. District 1, and we have an odd number. Odd it is.

11      Ray Rodrigues:  Yep. I will write the number as it is drawn and put it back in the

12  envelope. And staff is logging it so we're going to have everything.

13      Aaron Bean:  And let's put them in order. We're gonna have 40 of them, they will be

14  labeled. Once again, if you're just tuning in on the Florida Channel, we're drawing Senate

15  district numbers for a proposed map and we have a random set of cards. This is item number two.

16  Formerly known as the district – or currently known as District 2. Let's open it up and see what

17  District 2 is. It is – yeah they are sealed.

18      Ray Rodrigues:  Sealed up tight.

19      Aaron Bean:  It is an even number. Even for Number 2, congratulations Number 2.

20  Number 3, here we go, I'm just rifling through, and we are gonna go, in just a moment we're

21  gonna start going faster. How about this here we go, Number 3 is odd, odd for Number 3.

22      Ray Rodrigues:  What are the odds.

23      Aaron Bean:  I am mixing them up as we go. Number 4, and there is some super glue on

40

**Senate Committee on Reapportionment - Jan. 13, 2022**

1   these things that are sealed so it takes me a while to open up Number 4. Number 4 is even. Four

2   is even. If you are asking what are the chances I know what they are they are 50/50 that's the

3   chances. 50/50, this is number five. The fifth one drawn. The fifth even, even for Number 5.

4   Number 6, Number 6 is being opened up. Number 6 is odd. Number 6 is odd. Number 7,

5   Number 7 odd, Number 7 is odd. Number 8, Number 8 is odd, Number 8 is odd. Number 9 is

6   even, Number 9. Number 10 is odd, we are 25% of the way done. Number 10 is odd. The 11th

7   card drawn for the 11th currently district is odd, is odd, Number 11. Number 12, Number 12 is

8   odd. Lucky Number 13 is odd, Number 13 is odd. I'm still shuffling up, this is Number 14,

9   Number 14 is even. Even for Number 14. Number 15, Number 15 is odd. Odd for Number 15.

10  We are drawing 16, District 16 is odd. 16 is odd. Number 17 odd, Number 17 odd. Number 18 is

11  even, 18 is even. Number 19 is even, Number 19 is even. Look at me go shuffling them up. Here

12  we go, still a 50/50 shot. This is currently our 20th card drawn. The 20th card drawn is odd, odd.

13  And we are halfway, halfway. The 21st card drawn is even, even for the 21st card drawn. Number

14  22, Number 22, Number 22 is even. Here is the 23rd card drawn is even, it's even. The 24th card

15  drawn is even. Card number 25, card number 25 is odd. It's an odd number. The 26th card drawn

16  is odd it's an odd number. The 27th card drawn it's an odd number. The 28th is even, the 28th is

17  an even. Look at me still shuffling up, getting a random sampling. This is the 29th card being

18  drawn and the 29th is an odd district. Number 30, Number 30, 30 is even, 30 is even. 30 was

19  ripped but it still says even. We have ten left, Senators, ten left. And here we go. And I know

20  you're saying, 'any time now Bean, you can go fast, any time you want,' is what you're saying.

21  This is the 31st District, it's even, even. The 32nd card being drawn, it is odd, odd. 33, district

22  number currently the 33rd District, even, even. Card number 34 is even. The 35th card being

23  drawn, it's even. 36 odd, 36 is odd. There are four left. This is the 37th, the 37th is even, even.

P-001765

## Senate Committee on Reapportionment - Jan. 13, 2022

1   38th, the 38th card being drawn, it is odd. It has also been ripped but it clearly says odd district.

2   Two left, two left. 39, District 39, current district, will be labeled even. And your final district, if

3   you have been playing along at home or here, you already know what's left. There are 20 odds,

4   20 even. I don't know, I've lost track. But let's be clear, it's even for your final card being drawn.

5   Thank you for playing, Florida Senate. You now know our future map numbers. Thank you, Mr.

6   Chairman.

7        Ray Rodrigues: Thank you, President. Okay at this point we are going to stand in

8   informal recess while the staff goes back and numbers with this odd/even random drawing so

9   that the map that we do take our vote on will be the final geographic boundaries having been

10  renumbered randomly. We stand in informal recess. Plan to be back here, please, no later than

11  4:00.

12       The Senate Committee on Reapportionment will come out of informal recess and come

13  back to order. Senators, the staff has prepared a late-filed substitute amendment to overlay the

14  new district numbers on the map that we were considering. That is Senate map S027S8058. And I

15  am told it is posted online already. So I would say at this point let's take up late-filed substitute

16  amendment which is barcode 357120, by Senator Rodrigues, me. Are there any questions on the

17  substitute amendment? Seeing no questions, we do not have appearance forms on the substitute

18  amendment, the appearance forms we have we will come to when we get to the substance of the

19  main bill. Is there debate on the substitute amendment? Seeing no debate, in closing, I will say I

20  want to thank the work of the subcommittees, both of the subcommittees, our congressional and

21  our Senate subcommittees worked very hard in putting their maps together and I think both of

22  them sent up good options. This map, which has been overlaid with the numbers that were

23  randomly drawn, I think is a very strong product and I want to thank President Bean for handling

P-001766

**Senate Committee on Reapportionment - Jan. 13, 2022**

1  the random drawing. And taking what could have been a very dry process and making it a little

2  bit more exciting. With that, I would ask for your favorable support of this substitute amendment.

3  All in favor of the substitute amendment say yea.

4       All members: Yea.

5       Ray Rodrigues:  All opposed say nay.

6       Audrey Gibson:  Let me get in proper posture for myself. I'm sorry Mr. Chair I

7  misunderstood where we are right now.

8       Ray Rodrigues:  We are voting on whether to adopt late-filed substitute amendment

9  which is barcode 357120. It is the map that ends in 8058, which is the geographic configuration

10  that we went through earlier, which has now been overlaid with the numbering that we did with

11  the random drawing.

12       Audrey Gibson:  And then we are going to vote. Okay thank you.

13       Ray Rodrigues:  Then we will go back to the bill as a – Okay yes. So I'll call the vote

14  again just to make sure we are clear. All in favor of the substitute amendment say yea.

15       All members:  Yea.

16       Ray Rodrigues: All opposed say nay. The substitute amendment is adopted. So now we

17  are back on the bill as it has been amended. Are there questions on the bill as it has been

18  amended? Seeing none, we will move to the appearance cards and we have two. First we will do

19  Cecile Scoon, who is the President of the Florida League of Women Voters. You are recognized.

20       Cecile Scoon:  Thank you, good afternoon. Cecile Scoon with the League of Women

21  Voters of Florida. Every time I come, I learn something more and something more and that is

22  much appreciated in the conversation and the questioning and answering that the Senate has put

23  a lot of effort, and your staff, into bringing as much information to the public as possible and it's

43

P-001767

## Senate Committee on Reapportionment - Jan. 13, 2022

1   been helpful to the League. We really appreciate the work that you have done. We can see that

2   there have been efforts to comply with the law. We absolutely see that, but we are in the position

3   where we believe that more can be done. We believe that the law requires and it's good common

4   sense when there has been so many changes with the population to do those additional functional

5   analysis than just the ones that were selected based on 2015. We just feel that that makes sense

6   and that's something we are asking the Senate to do going forward and just to be sure that all the

7   Tier One priority is, in fact, enforced because there has been so much focus on the Tier Two. And

8   we will just leave it at that. Thank you very much.

9         Ray Rodrigues:  Thank you for your comments. Next up we have Steven Mangual, you

10  are recognized.

11        Steven Mangual:  Thank you once again honorable chair and representatives for the

12  opportunity to offer this testimony on the concerns of LatinoJustice PRLDEF regarding the

13  current state of the redistricting process and its impact on the Latino community. In short, we

14  oppose the proposed maps because they dilute Latino political power. My name is Steven

15  Mangual, Justice Advocate Coordinator at LatinoJustice PRLDEF's Southeast Regional Office.

16  Our organization has a long history of participating in Florida's redistricting process. Our

17  organization is closely monitoring the work of Florida legislators to ensure the protection of

18  Latino Floridians' rights in the redistricting process under the Voting Rights Act of 1965 and

19  constitutional norms. Latino Floridians must have an opportunity to elect their candidates of

20  choice and remain politically unified in communities of interest. The Florida Legislature's

21  proposed maps ignore dramatic Latino population growth after the last decade. The process has

22  been inaccessible for public comment by limited-English-proficient Floridians and the many

23  members of the public impacted by COVID-19 pandemic. The end result has been the dilution of

44

## Senate Committee on Reapportionment - Jan. 13, 2022

1   Latino political power. Latino population growth. Florida's population has increased 34% since

2   the 2010 Census, adding almost one and a half million people to the state and now comprising

3   over 26% of Florida's total population. This incredible demographic growth has benefited the

4   entire state. Meaningful public participation language access. Spanish-dominant Floridians

5   deserve their voice heard in meaningful ways and participate in the redistricting process without

6   English-only barriers. This Legislature should ensure that public hearing notifications,

7   information on the floridaredistricting.gov website, forms to submit public comment, and review

8   proposed maps are fully accessible to limited English proficient Floridians who have an equal

9   right to participate in defining the political boundaries that will endure for the next

10  decade. Existing Google translate options online are inadequate. For example, links to historical

11  redistricting plans in the resources section, and the memorandums in the Senate committee

12  section of the floridaredistricting.gov website are only available in English. The Legislature

13  should take all reasonable steps to provide translators a public hearings and provide double time

14  for individuals using a translator to provide public comment at hearings. LatinoJustice PRLDEF

15  has been monitoring Florida's compliance with federal and state language access guarantees in

16  the area of voting rights for decades. We urge this Legislature to make public participation

17  equally accessible to all Floridians. Moving to meaningful public participation, the virtual

18  option. On September 8, 2021, LatinoJustice PRLDEF, NALEO Educational Fund, and Hispanic

19  Federation submitted a request for virtual public hearings in light of the grave health risks of in-

20  person testimony during COVID-19 pandemic. Our request went unheeded and today, two of my

21  colleagues who were scheduled to testify today asked me to fill in because they are both in

22  quarantine under the CDC guidelines. House maps. The proposed Florida House maps failed to

23  provide a sufficient level of Latino-majority districts.

45

## Senate Committee on Reapportionment - Jan. 13, 2022

1   Ray Rodrigues:  Sir, sir.

2   Steven Mangual:  We're in the House maps, right?

3   Ray Rodrigues:  We're not going to discuss House maps in a Senate committee.

4   Steven Mangual:  Okay apologies. Senate maps.

5   Ray Rodrigues:  We're talking about the Senate maps.

6   Steven Mangual:  All right so again, apologies and thank you Chair. So turning to the

7   Senate maps. The proposed Florida maps similarly fail to provide a sufficient level of Latino-

8   majority districts proportionate to the Latino population growth. For example, the Senate add no

9   additional plurality- or majority-Latino districts despite massive growth in the Latino population,

10  exacerbating the inequality of the status quo. In conclusion, every indication in this process

11  points to redistricting proposals that do nothing more than provide Latino Floridians with the

12  same number of majority districts they enjoyed at the end of the decade on the existing ten-year-

13  old districts. Both houses of this Legislature seeks to cap the growth when every demographic

14  indicator shows clearly that Latino population growth requires more, not the same. It's clear to

15  LatinoJustice PRLDEF that Section 2 of the Voting Rights Act requires that, where Latino

16  majority districts can be drawn feasibly, they must be drawn, even in spite of countervailing state

17  mandates. We call on this commission to draw districts that protect communities of interest,

18  provide that growing Latino community an equal opportunity to elect candidates of its choice

19  and ensure that they are conducting the necessary performance analysis to ensure that these

20  proposed districts are not diluting the Latino vote and share such work products to the general

21  public. Thank you.

22  Ray Rodrigues:  Thank you for your comments. That concludes our public appearance. At

23  this point we'll move into debate. Is there debate on the bill as it's been amended? Seeing no

46

P-001770

**Senate Committee on Reapportionment - Jan. 13, 2022**

1    debate, I will move into closing and just say it's been a long process. We started this back in

2    September and I'm glad we've arrived at the final map here that we are considering. I think this

3    is a strong map and it's clearly compliant with Tier One requirements. I believe it is an

4    improvement on Tier Two requirements over the base map that we inherited. And with that, I

5    would ask for your favorable support. Dana, please call the roll on Committee Substitute for

6    Senate Joint Resolution 100.

7         Dana: Senator Bean

8         Aaron Bean: Yes.

9         Dana: Senator Bracy.

10        Randolph Bracy: Yes.

11        Dana: Senator Bradley.

12        Jennifer Bradley: Yes.

13        Dana: Senator Burgess.

14        Danny Burgess: Yes.

15        Dana: Senator Gibson.

16        Audrey Gibson: No.

17        Dana: Senator Harrell.

18        Gayle Harrell: Yes.

19        Dana: Senator Rodriguez.

20        Ana Maria Rodriguez: Yes.

21        Dana: Senator Rouson.

22        Darryl Rouson: Yes.

23        Dana: Senator Stargel.

P-001771

### Senate Committee on Reapportionment - Jan. 13, 2022

1    Kelli Stargel: Yes.

2    Dana: Senator Stewart.

3    Linda Stewart: Yes.

4    Dana: Vice-Chair Broxson.

5    Doug Broxson: Yes.

6    Dana: Chair Rodrigues.

7    Ray Rodrigues: Yes, and by your vote, we show Committee Substitute for Senate Joint

8    Resolution 100 is reported favorably. Let me begin by asking, in closing, does any senator wish

9    to be recorded as voting on bills that were before the committee today? Senator Rouson, you are

10   recognized.

11   Darryl Rouson: Thank you very much Mr. Chairman. And I had a little stomach burn as I

12   voted in the affirmative for map 8040, I would respectfully like to change that vote to a nay. My

13   rationale is that I have never filed an amendment that I didn't like. And the amendment that was

14   not taken, I think the amendment splits the City of Tampa, draws Pinellas voters into an

15   historically Tampa seat, and although this process has been mostly cordial along the way, and I

16   compliment you, Mr. Chairman, for the way you handled this, I would appreciate the opportunity

17   to record a different vote. On the congressional.

18   Ray Rodrigues: On the congressional. Is there any objection to that? Seeing none, that

19   will be recorded. Do we have any other members wanting to record any other votes? Senator

20   Gibson you are recognized.

21   Audrey Gibson: Thank you Mr. Chair. I'm going to be consistent and would like to be

22   recorded as a no on the congressional maps as well.

23   Ray Rodrigues: Any objection? Seeing none, we'll have the record reflect that as well.

48

P-001772

## Senate Committee on Reapportionment - Jan. 13, 2022

1 As we wrap up, I want to begin by making a couple of points in closing that I think are

2 important. At the very beginning, we announced that we were doing a joint website with our

3 House counterparts, which would serve as a mechanism for the public to submit maps and to

4 submit comments, and I encouraged everyone on the committee to review those maps and review

5 those comments. It was brought to my attention that we have it put on the record whether that's

6 been done or not. So I want to make sure that I'm clear. I reviewed every map that was a Senate

7 map or a congressional map that was submitted via the joint website. I also read every comment

8 that was posted. Particularly paying close attention to comments on the Senate map and the

9 congressional map. On the maps, it's very clear whether it's a House, Congress, or Senate map.

10 On the comments, you actually got to get into them to see whether they are commenting on the

11 House, Senate, or Congressional map. But everything that was submitted by the public was at

12 least reviewed by the Chair, and having had informal conversations with members over the

13 months, I've been told by many of you that you have been looking at them as well. So to the

14 public that participated, thank you for participating and thank you for submitting your

15 submissions.

16     The next thing I would like to do is thank first my subcommittee chairs, Senator Burgess

17 and Senator Bradley. Y'all worked very diligently and I think your committees gave the full

18 committee two good options to consider today, which made this expedited process. And a

19 process that has yielded, I believe, strong maps that we can take forward. Thank you for your

20 efforts and your leadership. They are very appreciated.

21     The next thing I would say to the committee members is thank you. I would venture that

22 our committee and subcommittees have been working very hard from the very first committee

23 week. I know not all committees were meeting during every committee week, but some version

49

## Senate Committee on Reapportionment - Jan. 13, 2022

1    of the Reapportionment Committee was. Whether it was the full committee or the

2    subcommittees. And many of us were meeting early in the week when it's not the most

3    convenient time because that's the way the committee blocks worked out. Thank you for your

4    diligence and participating and being here and in working so hard for us to accomplish this. So

5    that we could get this done as quickly as possible.

6        The final thing I would like to do is thank our staff. For those that are on the outside, I

7    don't think they understand just how herculean the task in front of our staff was. The Census was

8    delayed. The data from the Census was delayed by eight months, we received in August what we

9    would have gotten much sooner in a normal basis. And they accomplished in weeks, what, if you

10   went back and looked at the last redistricting cycle, staff took months to accomplish. And that

11   happened because they were working every day, including weekends, including holidays, and

12   working at night. So your efforts are noted and they are appreciated. And I want to say on behalf

13   of the full committee, thank you for your hard work. I'm proud of our product and I'm very

14   proud of the job that our staff has done to get us into this position. And with that, I will turn the

15   floor over to Vice-Chair Broxson who has some comments.

16       Doug Broxson:  Mr. Chair, when we first learned that you were going to be our

17   Chairman, and we knew your body of work as a senator and how thorough you are, I want to tell

18   you how much I appreciate the way you handled yourself during this process. You almost

19   sequestered yourself from the rest of the Senate process. You did not file any bills until this was

20   resolved. And frankly, my anticipation of how well you would do was surpassed by your

21   performance. Thank you for your hard work. Thank you for your dedication, your isolation, and

22   all the things that you brought to this process, and I think along with the other members, I

23   certainly appreciate your leadership in this regard.

P-001774

## Senate Committee on Reapportionment - Jan. 13, 2022

1    Ray Rodrigues: Thank you for your kind words. I think a lot of people are thanking me

2    for my isolation. But it's been a very enjoyable process. I've enjoyed working with all of you. Is

3    there any other business to appear before the committee today? Senator Bracy you are

4    recognized.

5    Randolph Bracy: Yeah, yeah, yeah, I would. I've been thinking about the Senate vote. I

6    would like to change my vote also to a no. And I hate to have to do it after such a great speech

7    you gave. But I'll echo the comments that were made about your leadership and how you

8    handled this whole process. I think it was done in a transparent way, and I know staff has been

9    available to talk to and answer questions, so I'd like to thank everyone involved here. With that

10   that will conclude my comments.

11   Ray Rodrigues: Is there any objection to the vote change? Seeing none, we will have the

12   record reflect that you have changed your vote on the Senate map.

13   Randolph Bracy: Correct.

14   Ray Rodrigues: Any other business before the committee? Thank you, Senator Gibson.

15   And with that, Senator Gibson moves that we adjourn. Any objections? Seeing none, we'll show

16   that motion adopted and we are adjourned.

51

P-001775

**Vanan Online Services, Inc.**
Think Service Think Vanan

## Certificate of Transcription

Transcription of "**1-13-22-senate-committee-on-reapportionment**"

We, Vanan Online Services, Inc. a professional transcription company, hereby certify that the above-mentioned document(s) has/have been transcribed by our qualified and experienced transcriber(s) is/are accurate and true transcription of the original document(s).

This is to certify the correctness of the transcription only. Our transcriber is in no way related, by immediate family ties or marriage, to any parties related to the materials transcript.

A copy of the transcription is attached to this certification.

**Danny Negley, Production Manager.**

Date: 12th November 2024

Vanan Online Services, Inc.
EIN 81-3795675
ATA Member #266532
ISO 9001:2015

**Vanan Online Services, Inc.**
**10711 Spotsylvania Ave., Suite A**
**Fredericksburg VA 22408**
**Office: (888) 535-5668**
**Email: support@vananservices.com**
**Website: www.vananservices.com**

P-001776