01/13/2022 - Reapportionment (1:30 PM - 5:30 PM)    2022 Regular Session
Committee Packet    01/13/2022 6:24 PM
Agenda Order

| Tab 1 | **SB 102** by **Rodrigues**; Establishing the Congressional Districts of the State | | | | |
|---|---|---|---|---|---|
| 652836 | A | S | RCS | RE, Rodrigues | Delete L.86 - 87: | 01/13 05:47 PM |

| Tab 2 | **SJR 100** by **Rodrigues**; Joint Resolution of Apportionment | | | | |
|---|---|---|---|---|---|
| 360368 | A | S | RS | RE, Rodrigues | Delete L.74: | 01/13 05:52 PM |
| 212004 | AA | S | UNFAV | RE, Gibson | Delete L.5 - 3005: | 01/13 05:52 PM |
| 444992 | AA | S | RS | RE, Rodrigues | Delete L.5 - 3005: | 01/13 05:52 PM |
| 357120 | SA | S L | RCS | RE, Rodrigues | Delete L.74: | 01/13 05:52 PM |

Exhibit 11

SEN-0000127

**The Florida Senate**

# COMMITTEE MEETING EXPANDED AGENDA

### REAPPORTIONMENT
**Senator Rodrigues, Chair**
**Senator Broxson, Vice Chair**

| | |
|---|---|
| **MEETING DATE:** | Thursday, January 13, 2022 |
| **TIME:** | 1:30—5:30 p.m. |
| **PLACE:** | *Pat Thomas Committee Room,* 412 Knott Building |

**MEMBERS:** Senator Rodrigues, Chair; Senator Broxson, Vice Chair; Senators Bean, Bracy, Bradley, Burgess, Gibson, Harrell, Rodriguez, Rouson, Stargel, and Stewart

| TAB | BILL NO. and INTRODUCER | BILL DESCRIPTION and SENATE COMMITTEE ACTIONS | COMMITTEE ACTION |
|---|---|---|---|
| 1 | **SB 102** Rodrigues | Establishing the Congressional Districts of the State; Adopting the United States Decennial Census of 2020 as the official census of the state for use in redistricting the state's congressional districts; redistricting the state's congressional districts in accordance with the United States Decennial Census of 2020; providing for the inclusion of unlisted territory in contiguous districts in accordance with figures from the United States Decennial Census of 2020; specifying that certain electronic maps serve as the official maps of the congressional districts of the state; requiring such maps to be made available to the public by the Office of Economic and Demographic Research within a specified timeframe, etc. <br><br> RE    01/13/2022 Fav/CS | Fav/CS Yeas 10 Nays 2 |
| 2 | **SJR 100** Rodrigues | Joint Resolution of Apportionment; Providing for the apportionment of the House of Representatives and the Senate; adopting the United States Decennial Census of 2020 for use in such apportionment; providing for the inclusion of omitted areas; providing contiguity for areas specified for inclusion in one district which are noncontiguous; specifying that the apportioned districts constitute the legislative districts of the state; specifying that electronic maps serve as the official maps of the legislative districts of the state, etc. <br><br> RE    01/13/2022 Fav/CS | Fav/CS Yeas 10 Nays 2 |
| 3 | Public Comment | | Discussed |
| 4 | Consideration of District Numbering for SJR 100 as Neccessary to Maintain Staggered Election Terms | | Presented |
| | Other Related Meeting Documents | | |

SEN-0000128

The Florida Senate
# BILL ANALYSIS AND FISCAL IMPACT STATEMENT
(This document is based on the provisions contained in the legislation as of the latest date listed below.)

Prepared By: The Professional Staff of the Committee on Reapportionment

| | |
|---|---|
| BILL: | SB 102 |
| INTRODUCER: | Senator Rodrigues |
| SUBJECT: | Establishing the Congressional Districts of the State |
| DATE: | January 12, 2022    REVISED: |

| ANALYST | STAFF DIRECTOR | REFERENCE | | ACTION |
|---|---|---|---|---|
| 1. Rojas | Ferrin | RE | **Pre-meeting** | |

## I.    Summary:

Senate Bill 102 apportions the state into 28 single-member Congressional districts as required by the United States (U.S.) Constitution, Federal Voting Rights Act, Florida Constitution, and applicable court decisions.

## II.    Present Situation:

The 2020 Census revealed an unequal distribution of population growth across Florida's Congressional districts. Therefore, districts must be adjusted to comply with the "one person, one vote" principle such that each district must be substantially equal in total population.[1]

According to the 2020 Census, 21,538,187 people resided in Florida as of April 1, 2020. That represents a population growth of 2,736,877 people from 2010 to 2020, approximately a 15 percent increase. Due to the population growth within the last decade, Florida is apportioned an additional congressional seat, increasing its representation to 28.[2]

Table 1 below shows the changes in population for each of Florida's current congressional and state legislative districts and their respective ideal populations.

---

[1] *See Reynolds v. Sims*, 377 U.S. 533, 568 (1964).
[2] United States Census Bureau, *2020 Census Apportionment Results* (April, 26, 2021).
https://www.census.gov/data/tables/2020/dec/2020-apportionment-data.html.

### Table 1. Florida Congressional and State Legislative Districts Summary 2010 – 2020

| Florida Fast Facts | 2010 | 2020 | Difference |
|---|---|---|---|
| Statewide Population | 18,801,310 | 21,538,187 | −2,736,877 |
| Number of Congressional Seats | 27 | 28 | +1 seat |
| Congressional District Ideal Population | 696,345 | 769,221 | −72,876 |
| Florida House of Representatives District Ideal Population (based on 120 seats) | 156,678 | 179,485 | −22,807 |
| Florida Senate District Ideal Population (based on 40 seats) | 470,033 | 538,455 | −68,422 |

According to the 2020 Census, the congressional district with the largest population has 955,602 people (186,381 more than the ideal), and the congressional district with the smallest population has 727,465 people (41,756 less than ideal).

## Background

The terms "redistricting" and "reapportionment" are often used interchangeably to describe the process of redrawing Congressional and state legislative district boundaries after each decennial census. Redrawing districts is necessary to accommodate population growth and shifts, ensuring that each district contains equal or nearly equal populations in compliance with applicable state and federal law.

The U.S. Constitution requires the apportionment of the U.S. House of Representatives after each decennial census to distribute each of the U.S. House of Representatives' 435 seats between the 50 states and to equalize population between districts within each state.[3]

### The 2020 Census

Established by the U.S. Constitution, the census has been conducted every 10 years by the United States Census Bureau since 1790 to determine the number of people living in the United States. Article 1, s. 2 of the U.S. Constitution states that "The actual enumeration shall be made within three years after the first meeting of the Congress of the United States, and within every subsequent term of ten years, in such manner as they shall by law direct.[4]

Florida is one of 21 states that explicitly requires the use of census data for redistricting.[5] Article X, s. 8 of the Florida Constitution designates each decennial census of the state taken by the

---

[3] Art. 1, s. 2, U.S. Const.
[4] Art. 1, s. 2, U.S. Const.
[5] National Conference of State Legislatures Redistricting Law 2020, Appendix B: Redistricting and Use of Census Data.

SEN-0000130

United States as the official census of the state.[6] Florida Statutes also designate the most recent federally conducted decennial census as the official census for redistricting.[7]

Public Law (P.L.) 94-171 requires the Census Bureau to provide states the opportunity to identify the small area geography for which data is needed to conduct legislative and congressional redistricting. The law also requires the U.S. Census Bureau to furnish these tabulations of population to each state, at the county, tract, block group, and block levels, within one year of Census Day.[8]

Title 13, U.S. Code requires that the state-level apportionment population counts be delivered to the President of the United States within 9 months of the census date. In the 2020, 2010, and most 20th century censuses, the census date has been April 1, meaning that the statutory deadline for delivering the counts to the President is December 31 of the census year.[9]

The delivery of 2020 Census results was delayed due to several factors affecting the Census Bureau's collection and processing, including the COVID-19 pandemic, natural disasters that included hurricanes and wildfires, civil unrest, and legal challenges.[10]

The state population counts for apportionment were delivered to the President on April 26, 2021 (originally due December 31, 2020). The U.S. Census Bureau provided redistricting data as legacy format summary files, which is tabular data, for all states on August 12, 2021 (originally due April 1, 2021). The full redistricting data toolkit was delivered to all 50 states and the public on September 16, 2021 (originally due April 1, 2021).

**Redistricting Criteria and Concepts**

Florida follows various criteria and standards as it relates to drawing congressional districts, including the United States (U.S.) Constitution, Federal Voting Rights Act, Florida Constitution, and applicable court decisions.

**The United States Constitution**

The United States (U.S.) Constitution requires the reapportionment of the U.S. House of Representatives after each decennial census to distribute each of the U.S. House of Representatives' 435 seats between the states and to equalize population among districts within each state.[11]

Article 1, s. 4 of the U.S. Constitution grants to each state legislature the exclusive authority to apportion seats designated to that state by providing the legislative bodies with the authority to

[6] Art. X, s. 8, Fla. Const.
[7] Section 11.031, F.S. (2021).
[8] United States Census Bureau, *Decennial Census P.L. 94-171 Redistricting Data* (Aug. 12, 2021),
https://www.census.gov/programs-surveys/decennial-census/about/rdo/summary-files.html.
[9] United States Census Bureau, *About Congressional Reapportionment* (Nov. 22, 2021),
https://www.census.gov/topics/public-sector/congressional-apportionment/about.html.
[10] Styles, Kathleen, *2020 Census: Overview* (2021).
https://www.ncsl.org/Portals/1/Documents/Redistricting/NCSL_Census_Update_KathleenStyles.pdf.
[11] Art. I, s. 2, U.S. Const.

SEN-0000131

determine the times, place and manner of holding elections for senators and representatives. Consistent therewith, Florida adopts its Congressional apportionment plans by legislation subject to gubernatorial approval.

In addition to state specific requirements to redistrict, states are obligated to redistrict based on provisions within the United States Constitution. In *Wesberry v Sanders*, the United States Supreme Court held that districts must be as nearly equal in population as practicable.[12] Derived from the Fourteenth Amendment, this principle is commonly referred to as "one person, one vote".[13] For Congressional districts, "as practicable" has been interpreted to mean exactly equal based on census data available at the time of redistricting.[14]

The requirement that each district be equal in population applies differently to Congressional districts than to state legislative districts. The populations of Congressional districts must achieve absolute mathematical equality (+/- one person from ideal population), with no de minimis exception.[15] Limited population variances are permitted if they are "unavoidable despite a good faith effort" or if a valid "justification is shown."[16] In practice, Congressional districting has strictly adhered to the requirement of exact mathematical equality and in *Kirkpatrick v. Preisler*, the Court rejected several justifications for violating this principle.

The Fourteenth Amendment has also been interpreted to prohibit racial predominance.[17] The U.S Supreme Court has stated: "The equal protection clause prohibits a state, without sufficient justification, from separating its citizens into different voting districts on the basis of race." A redistricting plan "that expressly distinguishes among citizens because of their race [must] be narrowly tailored to further a compelling government interest." Such strict scrutiny review applies not only to redistricting plans that expressly distinguish citizens because of race, but also those plans "that, although race neutral, are, on their face unexplainable on grounds other than race."[18]

**The Federal Voting Rights Act**

The Federal Voting Rights Act (VRA) prohibits any state or political subdivision from enacting a map that results in the denial or abridgement of any U.S. citizen's right to vote on account of race, color, or status as a member of a language minority group and purposeful discrimination.[19] The VRA also protects against retrogression—or backsliding—in the ability of racial and language minorities to elect representatives of their choice.[20]

Section 2 of the VRA requires the creation of a district that performs for racial and language minorities where a minority population is geographically compact and sufficiently numerous to be a majority in a single-member district, the minority population is politically cohesive, the

---

[12] *Wesberry v. Sanders,* 376 U.S. 1 (1964).
[13] *See Reynolds v. Sims,* 377 U.S. 533, 568 (1964).
[14] *See Wesberry v. Sanders,* 376 U.S. 1 (1964).
[15] *See Kirkpatrick v. Preisler,* 394 U.S. 526, 531 (1969).
[16] *Id.*
[17] *See Shaw v. Reno, 509 U.S. 630 (1993).*
[18] *Id.*
[19] 52 U.S.C.A. s. 10301.
[20] 52 U.S.C.A. s. 10303.

SEN-0000132

majority votes sufficiently as a bloc to enable it usually to defeat the minority-preferred candidate, and under all of the circumstances, the minority population has less opportunity than others to participate in the political process and elect representatives of its choice.[21]

Section 5 of the VRA prohibits purposeful discrimination and protects against retrogression—or backsliding—in the ability of racial and language minorities to elect representatives of their choice.[22] Section 5 contains a coverage formula that was applied to "covered jurisdictions" to determine if there was a history of discrimination against racial or language minorities.[23] Such jurisdictions had to be "precleared" before any of the changes could take effect, meaning that any substantial changes made to voting laws, including redistricting plans, in these "covered jurisdictions" could not be implemented without first obtaining federal permission.[24] In Florida, Collier, Hardee, Hendry, Hillsborough, and Monroe counties were subject to Department of Justice preclearance in regards to redistricting until the coverage formula was invalidated in 2013 in *Shelby County v. Holder*.[25] However, as *Apportionment I* states, "Florida's new constitutional provision, codified the non-retrogression principle of Section 5 (VRA) and has now extended it statewide. In other words, Florida now has a statewide non-retrogression requirement independent of Section 5."[26]

**The Florida Constitution**

In 2010, voters amended the Florida Constitution to create additional standards for establishing Congressional district boundaries.[27] The standards are set forth in two tiers.

***Tier – One Standards***

Article III, s. 20(a) of the Florida Constitution prohibits line-drawing that intentionally favors or disfavors a political party or an incumbent. It also affords protection to racial and language minorities. Districts may not be drawn with the intent or result of denying or abridging the equal opportunity of racial or language minorities to participate in the political process; or to diminish their ability to elect representatives of their choice. Finally, it requires that districts must be contiguous. The order in which the tier-one standards are set out in the Constitution does not establish any priority among those standards within the tier.[28]

The tier-one standards provide that "[n]o apportionment plan or district shall be drawn with the intent to favor or disfavor a political party or an incumbent."[29] The Florida Supreme Court has held that Florida's constitutional provision "prohibits intent, not effect" because "any redrawing of lines, regardless of intent, will inevitably have an effect on the political composition of a

---

[21] *Thornburg v. Gingles*, 478 U.S. 30, 106 S. Ct. 2752, 92 L. Ed. 2d 25 (1986).
[22] 52 U.S.C.A. s. 10303.
[23] *Id.*
[24] *Id.*
[25] *Shelby Cty., Ala. v. Holder*, 570 U.S. 529, 133 S. Ct. 2612, 186 L. Ed. 2d 651 (2013).
[26] In re Senate Joint Resolution of Legislative Apportionment 1176, 83 So. 3d 597, 624 (Fla. 2012).
[27] Art. III, s. 20, Fla. Const.
[28] Art. III, s. 20(c), Fla. Const.
[29] Art. III, s. 20(a), Fla. Const.

district and likely whether a political party or incumbent is advantaged or disadvantaged."[30] Nonetheless, there is no acceptable level of improper intent.[31]

The tier-one standards also provide protections for racial and language minorities. Districts may "not be drawn with the intent or result of denying or abridging the equal opportunity of racial or language minorities to participate in the political process"; or to "diminish their ability to elect representatives of their choice."[32]

The Court has interpreted the tier-one constitutional provisions that relate to racial or language minorities' ability to participate in the political process or elect a candidate of their choice to mean that "the Legislature cannot eliminate majority-minority districts or weaken other historically performing minority districts where doing so would actually diminish a minority group's ability to elect its preferred candidates…in addition to majority-minority districts, coalition or crossover districts that previously provided minority groups with the ability to elect a preferred candidate under the benchmark plan must also be recognized."[33]

The Court went on to say, "that under Florida's provision, a slight change in percentage of the minority group's population in a given district does not necessarily have a cognizable effect on a minority group's ability to elect its preferred candidate of choice. This is because a minority group's ability to elect a candidate of choice depends upon more than just population figures."[34] In order to draw districts that comply with the tier-one standards, a functional analysis is required to be performed.

A "functional analysis," as it has been termed, is an inquiry into a racial or language minority group's ability to elect a candidate of choice that requires "consideration not only of the minority population in the districts, or even the minority voting-age population in those districts, but of political data and how a minority population group has voted in the past."[35] The map drawing application in use for the 2022 Redistricting Cycle includes 231 data points in the following categories to enable users to perform this type of analysis:[36]

2012 – 2020 General Election Voter Registration Information;
- Registration by Party
- Registration by Race or Ethnicity
- Registration by Race or Ethnicity and Party
- Registration by Party and Race or Ethnicity

2012 – 2020 General Election Voter Turnout Information;
- Turnout by Party
- Turnout by Party and Race or Ethnicity

---

[30] In re Senate Joint Resolution of Legislative Apportionment 1176, 83 So. 3d 597 (Fla. 2012).
[31] Id.
[32] Art. III, s. 20(a), Fla. Const.
[33] In re Senate Joint Resolution of Legislative Apportionment 1176, 83 So. 3d 597, 625 (Fla. 2012).
[34] Id.
[35] Id.
[36] See Florida Senate Committee on Reapportionment, *Functional Analysis* (October, 2021), *available at:* https://www.flsenate.gov/Committees/Show/RF/MeetingPacket/5264/9438_MeetingPacket_5264_3.pdf.

SEN-0000134

- Turnout by Race or Ethnicity and Party

2012 – 2020 Primary Election Voter Turnout Information;
- Turnout by Party and Race or Ethnicity

2012 – 2020 Elections Results;
- General Elections results by candidate
- Primary Elections results by candidate

The last tier-one standard requires that all districts "consist of contiguous territory." The Florida Supreme Court has previously defined contiguous as "being in actual contact: touching along a boundary or at a point.[37] A district is not contiguous if it consists of isolated parts or meets at a corner or right angle.[38] The Florida Supreme Court has also held that the presence in a district of a body of water without a connecting bridge, even if it requires land travel outside the district in order to reach other parts of the district, does not violate contiguity.[39]

### Tier – Two Standards

The tier-two standards of the Florida Constitution encompass what are often called "traditional redistricting criteria," but make it clear these standards are subordinated to the tier-one standards. Article III, s. 20(b) states that unless compliance with these standards conflicts with tier-one standards or with federal law, districts shall be as nearly equal in population as practicable, districts shall be compact, and districts shall, where feasible, utilize existing political and geographical boundaries.[40] As with tier-one, the order in which the tier-two standards are set out in the Constitution does not establish any priority among those standards within the tier.[41]

The first tier-two standard set forth by the Florida Constitution states that districts shall be as nearly equal in population as is practicable. As interpreted by the United States Supreme Court, the Equal Protection Clause of the Fourteenth Amendment mandates that "state legislatures be apportioned in such a way that each person's vote carries the same weight—that is, each legislator represents the same number of voters."[42] Congressional districts fall under a stricter standard of variance under the United States Constitution, where Congressional districts must achieve precise mathematical equality of population of +/- one person from the ideal population.[43]

The second tier-two requirement established by Section 20 of the Florida Constitution is compactness. The constitutional amendments adopted in Florida in 2010 state that districts "shall be compact."[44]

---

[37] In re Apportionment Law Appearing as Senate Joint Resolution 1 E, 1982 Special Apportionment Session; Constitutionality Vel Non, 414 So. 2d 1040 (Fla. 1982).
[38] In re Senate Joint Resolution 2G, Special Apportionment Session 1992, 597 So. 2d 276 (Fla. 1992), amended sub nom. In re Constitutionality of Senate Joint Resolution 2G, Special Apportionment Session 1992, 601 So. 2d 543 (Fla. 1992).
[39] Id.
[40] Art. III, s. 20(b), Fla. Const.
[41] Art. III, s. 20(c), Fla. Const.
[42] In re Senate Joint Resolution of Legislative Apportionment 1176, 83 So.3d 597 (2012).
[43] See Kirkpatrick v. Preisler, 394 U.S. 526, 531 (1969).
[44] Art. III, s. 20(b), Fla. Const.

SEN-0000135

The Florida Supreme Court held that "compactness is a standard that refers to the shape of the district. The goal is to ensure that districts are logically drawn and that bizarrely shaped districts are avoided. Compactness can be evaluated both visually and by employing standard mathematical measurements."[45]

Florida has historically used three scores to gauge compactness mathematically, all of which fall within a range of 0-1, where a score closer to one indicates a more compact district.[46] The first score used is the Convex Hull score, which tests for concavities or indentations in district boundaries by calculating the ratio of the area of the district to the area of the minimum convex polygon that can enclose the district's geometry.[47] The second score used is the Polsby-Popper score, which tests for jagged or squiggly district boundaries by calculating the ratio of the area of the district to the area of a circle whose circumference is equal to the perimeter of the district. The third score used is the Reock score, which indicates a district's similarity to a circle by calculating the ratio of the area of the district to the area of the smallest circle that can be drawn around the district.[48]

In the Court's interpretation of the tier-one and tier-two standards as applied to state legislative districts, they held that "since compactness is set forth in Section 21(b), the criteria of Section 21(a) must predominate to the extent that they conflict with drawing a district that is compact. However, if a district can be drawn more compactly while utilizing political and geographical boundaries and without intentionally favoring a political party or incumbent, compactness must be a yardstick by which to evaluate those other factors."[49] The same standard applies to Congressional districts given that Sections 20 and 21 within Article III of the Florida Constitution are identical.[50]

The final tier-two standard established by the Florida Constitution is that districts shall, "where feasible, utilize existing political and geographical boundaries."[51] The Florida Supreme court has defined geographic boundaries as features that are "easily ascertainable and commonly understood" such as "rivers, railways, interstates, and state roads."[52] Moreover, political boundaries primarily consist of county and municipal boundaries.[53]

The boundaries of Florida's municipalities are not static. Between January 1, 2010 and December 31, 2019, 200 cities annexed or deannexed parcels, changing their boundaries 3,552

---

[45] In re Senate Joint Resolution of Legislative Apportionment 1176, 83 So.3d 597 (2012).

[46] See Florida Senate Committee on Reapportionment, *Compactness* (October, 2021), *available* at:https://www.flsenate.gov/Committees/Show/RE/MeetingPacket/5264/9438_MeetingPacket_5264_3.pdf.

[47] *Id.*

[48] *Id.*

[49] In re Senate Joint Resolution of Legislative Apportionment 1176, 83 So.3d 597 (2012); *See League of Women Voters of Florida v. Detzner*, 179 So. 3d 258 (Fla. 2015).

[50] Art. III, s. 20, Fla. Const.; Art. III, § 21, Fla. Const.

[51] Art. III, s. 20(b), Fla. Const.

[52] In re Senate Joint Resolution of Legislative Apportionment 1176, 83 So.3d 597 (2012).

[53] *Id.*

times.[54] Additionally, while Florida Statutes[55] permit municipalities to annex contiguous and compact unincorporated territory, many of Florida's cities are not contiguous, neither visually nor mathematically compact, and contain holes or enclaves.[56] Of Florida's 412 cities, 136 are discontiguous, and 170 have holes or enclaves.[57]

Unlike other objective tier-two standards in the Florida Constitution, there is no widely accepted measurement for compliance with the requirement to, where feasible, utilize existing political and geographic boundaries.[58]

Simply counting the cities or counties kept whole, meaning they have either all geographic territory or all population in a single district[59], fails to account for the degree of usage of existing county or municipal boundaries. It also disregards the co-equal constitutional mandate to, where feasible, use political and geographical boundaries.[60]

Professional staff of the Florida House of Representatives and the Florida Senate worked to develop a set of quantitative metrics that measure the coincidence of a district's border with easily ascertainable and commonly understood political and geographic features, and make it publicly available to all users in the redistricting application. This Boundary Analysis independently measures the extent to which district boundaries overlap city boundaries, county boundaries, primary and secondary roads (interstates, U.S. highways, and State highways), railroads, and significant water bodies (contiguous area hydrography features greater than 10 acres) as defined by the U.S. Census Bureau's TIGER/Line files. Districts' coincidence with these existing political and geographic boundaries is independently calculated and presented along with the extent to which district boundaries do not follow any of the specified features.

In this way, users are presented with a Boundary Analysis that shows the degree of utilization for each type of existing political or geographic boundary as specified by the Florida Constitution and interpreted by the Florida Supreme Court. To facilitate the utilization of existing political and geographic boundaries, each of the feature layers used in the computation of the Boundary Analysis is provided in the map-drawing application.

---

[54] Boundary change data obtained from the U.S. Census Bureau: https://www.census.gov/geographies/reference-files/timeseries/geo/bas/annex.html. As noted, The U.S. Census Bureau makes no claims to the completeness of the annexation data in these files. The data in these files were collected through programs in which state, county, and local governments voluntarily participated.

[55] Section 171.04! 3(1), F.S. (2021).

[56] Compactness scores, parts, and holes based on 2020 U.S. Census TIGER geometry for the places layer available at https://www.census.gov/geographies/mapping-files/time-series/geo/tiger-line-file-2020.html.

[57] See Florida Senate Committee on Reapportionment, *Municipal Boundaries* (October, 2021) , *available* at https://www.flsenate.gov/Committees/Show/RE/MeetingPacket/5264/9438 MeetingPacket 5264 3.pdf.

[58] In re Senate Joint Resolution of Legislative Apportionment 1176, 83 So.3d 597 (2012).

[59] In Apportionment VIII, the Court held that unpopulated county splits are "not considered to include part of the county for the purpose of counting splits. *See League of Women Voters of Fla. v. Detzner*, 179 So. 3d 258 (Fla. 2015).

[60] In re Senate Joint Resolution of Legislative Apportionment 1176, 83 So.3d 597 (2012).

**Judicial Review of State Legislative Districts**

The state constitution prescribes a mandated review process for state legislative redistricting plans by the Florida Supreme Court.[61] During a constitutionally mandated review, the Florida Supreme Court determines if the newly created State Senate and State House districts are valid. When the Florida Supreme Court enters a judgment that the plan is valid, the plan becomes binding upon all citizens of the state.[62]

In contrast, the process for enacting Congressional districts differs in two ways. The districts are not established in a joint resolution, but in a general bill that is subject to a Governor's veto. Additionally, the maps do not require mandatory review by the Florida Supreme Court.

## III.    Effect of Proposed Changes:

Consistent with the United States (U.S.) Constitution, Federal Voting Rights Act, Florida Constitution, and applicable court decisions, the bill apportions the state into 28 single-member Congressional districts.

Section 1 of the bill amends s. 8.0001, F.S., to provide definitions regarding Census geography and the electronic versions of districts. Additionally, it designates the United States Decennial Census of 2020 as the official census of the state for the purposes of Congressional redistricting as provided by Art. X of the Florida Constitution.

Section 2 of the bill amends s. 8.0002, F.S., to describe the state's 28 Congressional districts using Census geography.

Section 3 of the bill amends s. 8.0111, F.S., to update the use of the 2010 Decennial Census to the 2020 Decennial Census.

Section 4 of the bill reenacts s. 8.031, F.S., to establish the districts described in 8.0002 as the official congressional districts of the state.

Section 5 of the bill creates s. 8.051, F.S., to designate electronic maps as the authoritative representation of the state's Congressional districts. Additionally, it establishes the Office of Economic and Demographic Research as the official custodian of electronic maps representing the Congressional districts described in s. 8.0002, F.S.

Section 6 of the bill reenacts s. 8.0611, F.S., to provide severability if any provision of this chapter is invalidated.

Section 7 of the bill amends s. 8.07, F.S., to change the applicable starting date for the qualification, nomination, and election of the new districts from 2012 to 2022.

Section 8 of the bill repeals s. 8.08, 8.081, 8.082, 8.083, 8.084, 8.085, 8.086, 8.087, and 8.088, F.S., to remove obsolete language from a remedial apportionment session.

---

[61] Art. III, s. 16(c), Fla. Const.
[62] Art. III,s. 16(d), Fla. Const.

Section 9 of the bill provides an effective date upon the bill becoming law.

## IV.  Constitutional Issues:

A.    Municipality/County Mandates Restrictions:

None.

B.    Public Records/Open Meetings Issues:

None.

C.    Trust Funds Restrictions:

None.

D.    State Tax or Fee Increases:

None.

E.    Other Constitutional Issues:

None.

## V.  Fiscal Impact Statement:

A.    Tax/Fee Issues:

None.

B.    Private Sector Impact:

None.

C.    Government Sector Impact:

The 2022 reapportionment will have an undetermined fiscal impact on Florida's election officials, including 67 Supervisor of Elections offices and the Department of State, Division of Elections. Local supervisors will incur the cost of data processing and labor to change each of Florida's approximately 14 million voter records to reflect new districts. As precincts are reconfigured for new districts, postage and printing will be required to provide each eligible voter whose precinct has changed with official notification.

## VI.  Technical Deficiencies:

None.

**VII.    Related Issues:**

None.

**VIII.    Statutes Affected:**

This bill substantially amends the following sections of the Florida Statutes: 8.0001, 8.0002 and 8.0111.

This bill creates the following sections of the Florida Statute: 8.051.

This bill repeals the following sections of the Florida Statutes: 8.08, 8.081, 8.082, 8.083, 8.084, 8.085, 8.086, 8.087, and 8.088.

**IX.    Additional Information:**

A.    Committee Substitute – Statement of Changes:
(Summarizing differences between the Committee Substitute and the prior version of the bill.)

None.

B.    Amendments:

None.

---

This Senate Bill Analysis does not reflect the intent or official position of the bill's introducer or the Florida Senate.

Florida Senate - 2022                                    COMMITTEE AMENDMENT
Bill No. SB 102

 652836

LEGISLATIVE ACTION

| Senate | . | House |
|---|---|---|
| Comm: RCS | . | |
| 01/13/2022 | . | |
| | . | |
| | . | |
| | . | |
| | . | |

The Committee on Reapportionment (Rodrigues) recommended the
following:

1       **Senate Amendment (with title amendment)**
2
3       Delete lines 86 - 87
4   and insert:
5       (1) District 1 is composed of:
6       (a) All of Escambia County.
7       (b) All of Okaloosa County.
8       (c) All of Santa Rosa County.
9       (d) That part of Walton County consisting of:
10      1. All of tracts 9501.03, 9501.04, 9503.03, 9503.06,

1/11/2022 12:17:06 PM                                        598-01930-22

SEN-0000141

Florida Senate - 2022                          COMMITTEE AMENDMENT
Bill No. SB 102

 652836

11  9505.02, 9506.04, 9506.07, 9506.08, and 9506.09.
12       2. That part of tract 9501.02 consisting of:
13       a. All of block group 3.
14       b. All of block group 4.
15       3. That part of tract 9502.01 consisting of:
16       a. That part of block group 1 consisting of blocks 43, 44,
17  45, 70, 81, and 82.
18       b. That part of block group 2 consisting of blocks 56 and
19  79.
20       4. That part of tract 9503.05 consisting of:
21       a. That part of block group 1 consisting of blocks 0, 1, 2,
22  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
23  21, 22, 23, 24, 25, 26, 40, 41, 42, 43, 47, 48, 50, 51, 52, 53,
24  54, 55, 56, 57, 58, 59, 64, 65, 66, 67, 68, 69, 70, 71, 72, and
25  73.
26       b. All of block group 2.
27       c. All of block group 3.
28       5. That part of tract 9505.01 consisting of:
29       a. That part of block group 1 consisting of blocks 11, 12,
30  13, 16, 17, 26, 27, 31, 55, 67, 68, 73, 74, 75, 79, 80, 82, and
31  83.
32       b. That part of block group 2 consisting of blocks 25, 34,
33  35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 61, 62, 63, 67, 68,
34  and 69.
35       6. That part of tract 9506.05 consisting of:
36       a. All of block group 1.
37       b. All of block group 2.
38       c. That part of block group 3 consisting of blocks 1, 2, 3,
39  4, 5, 6, 7, 8, 9, 10, 11, 12, 28, 45, 46, 47, 48, 49, 50, 51,

1/11/2022 12:17:06 PM                          598-01930-22

SEN-0000142

 652836

40 | 52, 53, 54, 55, 56, and 58.
41 |         7. That part of tract 9506.06 consisting of:
42 |     a. All of block group 1.
43 |     b. That part of block group 2 consisting of blocks 2, 3, 4,
44 | 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 20, 21, 22, 23, 24,
45 | and 98.
46 |         8. That part of tract 9900.00 consisting of:
47 |     a. That part of block group 0 consisting of blocks 3, 4,
48 | and 5.
49 |     (2) District 2 is composed of:
50 |     (a) All of Bay County.
51 |     (b) All of Calhoun County.
52 |     (c) All of Dixie County.
53 |     (d) All of Franklin County.
54 |     (e) All of Gilchrist County.
55 |     (f) All of Gulf County.
56 |     (g) All of Holmes County.
57 |     (h) All of Jackson County.
58 |     (i) All of Lafayette County.
59 |     (j) All of Levy County.
60 |     (k) All of Liberty County.
61 |     (l) All of Suwannee County.
62 |     (m) All of Taylor County.
63 |     (n) All of Wakulla County.
64 |     (o) All of Washington County.
65 |     (p) That part of Columbia County consisting of:
66 |     1. All of tracts 1106.02, 1106.03, 1106.04, 1108.00,
67 | 1109.01, 1109.03, and 1109.04.
68 |     2. That part of tract 1102.01 consisting of:

SEN-0000143

 652836

69    a. That part of block group 1 consisting of blocks 3, 4, 5,
70    6, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 20, 21, 22, 23, 24,
71    and 25.
72    b. That part of block group 2 consisting of blocks 1, 2, 3,
73    4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
74    21, 22, 23, 24, 25, 26, 27, 29, 30, 31, 32, 33, 34, 35, 36, 37,
75    38, 39, 40, and 41.
76    3. That part of tract 1105.00 consisting of:
77    a. That part of block group 1 consisting of blocks 0, 1, 2,
78    3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 20, 21, 22,
79    23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38,
80    39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54,
81    55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70,
82    and 71.
83    b. That part of block group 2 consisting of block 103.
84    c. All of block group 3.
85    d. That part of block group 5 consisting of blocks 1, 2, 3,
86    4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
87    21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
88    37, and 38.
89    4. That part of tract 1107.00 consisting of:
90    a. All of block group 1.
91    b. All of block group 2.
92    c. All of block group 3.
93    d. That part of block group 4 consisting of blocks 0, 1, 2,
94    3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
95    21, 22, 23, 24, 25, and 27.
96    (q) That part of Jefferson County consisting of:
97    1. All of tracts 2502.00 and 9900.00.

SEN-0000144

 652836

98          (r) That part of Leon County consisting of:
99          1. All of tracts 8.00, 9.04, 9.06, 9.07, 16.02, 17.01,
100    17.02, 23.04, 24.03, 24.10, 24.14, 24.15, 24.16, 24.20, 24.21,
101    24.22, 24.23, 25.05, 25.07, 25.09, 25.11, 25.12, 25.13, 25.14,
102    25.16, 25.17, 26.03, 26.04, 26.05, 26.06, and 27.02.
103          2. That part of tract 2.00 consisting of:
104          a. All of block group 1.
105          b. All of block group 2.
106          c. That part of block group 3 consisting of blocks 0, 1,
107    10, 11, 12, 13, 22, 23, 24, 25, 26, 27, 36, 37, 38, 39, 40, 41,
108    42, 43, 52, 53, 54, 55, 56, 57, 58, 59, 67, 68, 69, 70, 71, 72,
109    73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, and 99.
110          d. All of block group 4.
111          3. That part of tract 3.01 consisting of:
112          a. That part of block group 1 consisting of blocks 0 and 1.
113          4. That part of tract 3.02 consisting of:
114          a. That part of block group 2 consisting of block 0.
115          5. That part of tract 7.00 consisting of:
116          a. That part of block group 2 consisting of blocks 0, 1,
117    11, 12, 13, 21, 22, 23, 25, 26, 27, 36, 37, 38, 39, 40, 46, 47,
118    and 48.
119          6. That part of tract 9.03 consisting of:
120          a. All of block group 1.
121          b. That part of block group 2 consisting of blocks 0, 1, 2,
122    3, 4, 5, 6, 7, 8, and 10.
123          7. That part of tract 9.05 consisting of:
124          a. That part of block group 1 consisting of blocks 0, 1, 2,
125    9, 15, 16, 17, 18, and 20.
126          b. All of block group 2.

1/11/2022 12:17:06 PM                              598-01930-22

SEN-0000145

Florida Senate - 2022                                    COMMITTEE AMENDMENT
Bill No. SB 102

 652836

127      8. That part of tract 16.01 consisting of:
128      a. All of block group 2.
129      b. All of block group 3.
130      9. That part of tract 22.07 consisting of:
131      a. All of block group 1.
132      10. That part of tract 22.08 consisting of:
133      a. All of block group 2.
134      b. All of block group 3.
135      11. That part of tract 23.02 consisting of:
136      a. All of block group 3.
137      12. That part of tract 25.15 consisting of:
138      a. That part of block group 1 consisting of blocks 22, 23,
139 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39,
140 40, 41, 42, 43, 44, 45, 46, 47, 48, and 49.
141      b. All of block group 3.
142      c. All of block group 4.
143      13. That part of tract 27.01 consisting of:
144      a. All of block group 1.
145      b. That part of block group 2 consisting of blocks 0, 1, 2,
146 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
147 22, 23, 24, 25, 26, 27, 28, 29, and 30.
148      c. All of block group 3.
149      d. All of block group 4.
150      e. All of block group 5.
151      (s) That part of Marion County consisting of:
152      1. All of tracts 26.04, 26.07, 26.09, 26.10, 27.03, 27.04,
153 27.05, and 27.06.
154      2. That part of tract 1.01 consisting of:
155      a. That part of block group 1 consisting of blocks 11, 12,

1/11/2022 12:17:06 PM                                    598-01930-22

SEN-0000146

 652836

```
156  13, 14, 16, 17, 18, 19, 20, 21, 22, 28, and 29.
157        3. That part of tract 26.02 consisting of:
158        a. All of block group 1.
159        b. That part of block group 2 consisting of blocks 0, 4, 5,
160  49, 50, 51, and 52.
161        c. That part of block group 4 consisting of blocks 1, 2, 3,
162  4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 21, 22, 30,
163  and 31.
164        4. That part of tract 26.05 consisting of:
165        a. That part of block group 1 consisting of blocks 2, 3, 4,
166  5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
167  22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37,
168  38, 39, 40, 41, 42, 43, 44, 45, 46, and 47.
169        b. All of block group 2.
170        5. That part of tract 26.08 consisting of:
171        a. That part of block group 1 consisting of blocks 15, 16,
172  17, 18, 19, 20, 22, and 27.
173        b. All of block group 2.
174        (t) That part of Walton County consisting of:
175        1. All of tracts 9502.02, 9503.04, 9504.00, 9506.10, and
176  9506.11.
177        2. That part of tract 9501.02 consisting of:
178        a. All of block group 1.
179        b. All of block group 2.
180        3. That part of tract 9502.01 consisting of:
181        a. That part of block group 1 consisting of blocks 0, 1, 2,
182  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
183  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
184  37, 38, 39, 40, 41, 42, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55,
```

SEN-0000147

 652836

185 | 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 71, 72,
186 | 73, 74, 75, 76, 77, 78, 79, 80, 83, 84, 85, 86, 87, 88, 89, and
187 | 90.
188 |     b. That part of block group 2 consisting of blocks 0, 1, 2,
189 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
190 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
191 | 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52,
192 | 53, 54, 55, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69,
193 | 70, 71, 72, 73, 74, 75, 76, 77, and 78.
194 |     4. That part of tract 9503.05 consisting of:
195 |     a. That part of block group 1 consisting of blocks 27, 28,
196 | 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 44, 45, 46, 49, 60,
197 | 61, 62, and 63.
198 |     5. That part of tract 9505.01 consisting of:
199 |     a. That part of block group 1 consisting of blocks 0, 1, 2,
200 | 3, 4, 5, 6, 7, 8, 9, 10, 14, 15, 18, 19, 20, 21, 22, 23, 24, 25,
201 | 28, 29, 30, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44,
202 | 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 56, 57, 58, 59, 60, 61,
203 | 62, 63, 64, 65, 66, 69, 70, 71, 72, 76, 77, 78, 81, 84, and 85.
204 |     b. That part of block group 2 consisting of blocks 0, 1, 2,
205 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
206 | 21, 22, 23, 24, 26, 27, 28, 29, 30, 31, 32, 33, 46, 47, 48, 49,
207 | 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 64, 65, 66, 70, 71,
208 | 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87,
209 | 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, and 100.
210 |     c. All of block group 3.
211 |     6. That part of tract 9506.05 consisting of:
212 |     a. That part of block group 3 consisting of blocks 0, 13,
213 | 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 29, 30,

1/11/2022 12:17:06 PM                                    598-01930-22

SEN-0000148

 652836

```
214   31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 57, and
215   59.
216        7. That part of tract 9506.06 consisting of:
217        a. That part of block group 2 consisting of blocks 0, 1,
218   17, 18, 19, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37,
219   38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53,
220   54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69,
221   70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85,
222   86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 99, 100, 101,
223   102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114,
224   115, 116, 117, 118, 119, 120, 121, 122, 123, 124, 125, 126, 127,
225   128, 129, 130, 131, 132, 133, 134, 135, 136, 137, 138, 139, 140,
226   141, 142, 143, 144, 145, 146, 147, 148, 149, 150, 151, 152, 153,
227   154, 155, 156, 157, 158, 159, 160, 161, 162, and 163.
228        8. That part of tract 9900.00 consisting of:
229        a. That part of block group 0 consisting of blocks 1, 2, 6,
230   and 7.
231        (3) District 3 is composed of:
232        (a) All of Alachua County.
233        (b) All of Bradford County.
234        (c) All of Clay County.
235        (d) All of Putnam County.
236        (e) All of Union County.
237        (f) That part of Marion County consisting of:
238        1. All of tracts 1.02, 2.01, 2.02, 2.03, 3.02, 3.03, 3.04,
239   4.01, 4.02, 5.01, 5.02, 13.01, 14.01, 14.03, 14.04, 15.00,
240   16.00, 17.00, 18.00, 19.00, 20.01, 20.02, 21.00, 22.01, 22.02,
241   23.03, 23.04, 25.03, 25.04, 25.06, 25.07, and 9801.00.
242        2. That part of tract 1.01 consisting of:
```

Page 9 of 109

SEN-0000149

 652836

243    a. That part of block group 1 consisting of blocks 0, 1, 2,
244  3, 4, 5, 6, 7, 8, 9, 10, 15, 23, 24, 25, 26, 27, 30, 31, 32, 33,
245  34, 35, 36, 37, 38, and 39.
246    b. All of block group 2.
247    3. That part of tract 6.01 consisting of:
248    a. All of block group 1.
249    b. That part of block group 2 consisting of blocks 0, 1, 2,
250  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
251  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
252  37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52,
253  53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68,
254  69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 87, 88, 89,
255  92, 93, and 94.
256    c. All of block group 3.
257    4. That part of tract 10.10 consisting of:
258    a. That part of block group 1 consisting of blocks 0, 6,
259  and 52.
260    b. That part of block group 2 consisting of blocks 6, 11,
261  and 14.
262    5. That part of tract 13.02 consisting of:
263    a. All of block group 1.
264    b. All of block group 2.
265    c. That part of block group 3 consisting of blocks 0, 1, 2,
266  3, 4, 7, 8, 9, 10, 11, 12, 15, 17, 18, 19, 20, 21, 22, 23, 24,
267  25, 26, 27, and 28.
268    6. That part of tract 22.03 consisting of:
269    a. All of block group 1.
270    b. All of block group 2.
271    c. All of block group 3.

SEN-0000150

Florida Senate - 2022                   COMMITTEE AMENDMENT
Bill No. SB 102

 652836

272        d. That part of block group 4 consisting of block 29.
273        7. That part of tract 23.02 consisting of:
274        a. That part of block group 2 consisting of block 15.
275        b. That part of block group 3 consisting of blocks 0, 1, 2,
276   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
277   21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 44,
278   46, 50, 53, 54, 55, 56, 57, 58, 59, and 62.
279        8. That part of tract 24.01 consisting of:
280        a. That part of block group 1 consisting of blocks 0, 1, 2,
281   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, and 21.
282        b. All of block group 2.
283        c. All of block group 3.
284        9. That part of tract 24.02 consisting of:
285        a. That part of block group 1 consisting of block 27.
286        b. All of block group 3.
287        10. That part of tract 25.05 consisting of:
288        a. All of block group 1.
289        b. All of block group 2.
290        c. That part of block group 3 consisting of blocks 0, 1, 2,
291   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 19, 20, 21, 22,
292   23, 24, and 25.
293        11. That part of tract 26.02 consisting of:
294        a. That part of block group 2 consisting of blocks 1, 2, 3,
295   6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22,
296   23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38,
297   39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 53, 54, 55, 56, 57, 58,
298   59, 60, 61, 62, and 63.
299        b. All of block group 3.
300        c. That part of block group 4 consisting of blocks 0, 18,

1/11/2022 12:17:06 PM                              598-01930-22

SEN-0000151

 652836

```
301   19, 20, 23, 24, 25, 26, 27, 28, and 29.
302        12. That part of tract 26.05 consisting of:
303        a. That part of block group 1 consisting of blocks 0 and 1.
304        13. That part of tract 26.08 consisting of:
305        a. That part of block group 1 consisting of blocks 0, 1, 2,
306   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 21, 23, 24, 25, 26, 28,
307   29, 30, 31, and 32.
308        (4) District 4 is composed of:
309        (a) All of Nassau County.
310        (b) That part of Duval County consisting of:
311        1. All of tracts 21.02, 24.00, 101.01, 101.05, 101.06,
312   101.07, 102.04, 130.00, 131.00, 132.00, 138.00, 139.01, 139.02,
313   139.04, 139.05, 139.06, 140.01, 140.02, 141.01, 141.03, 141.04,
314   142.03, 142.04, 142.05, 142.06, 143.11, 143.12, 143.28, 143.29,
315   143.30, 143.31, 143.33, 143.34, 143.35, 143.36, 143.38, 143.39,
316   143.40, 143.41, 143.42, 143.43, 143.44, 144.08, 144.13, 144.14,
317   144.15, 144.16, 144.17, 144.18, 144.19, 144.20, 144.21, 144.22,
318   144.23, 144.24, 144.25, 144.26, 144.27, 144.28, 145.00, 159.22,
319   159.24, 159.25, 159.26, 159.27, 159.28, 159.29, 160.01, 160.02,
320   165.00, 166.03, 166.04, 166.05, 166.06, 167.11, 167.24, 167.25,
321   167.26, 167.27, 167.28, 167.29, 167.30, 167.31, 168.01, 168.03,
322   168.04, 168.07, 168.08, 168.09, 168.10, 168.11, 168.12, 168.13,
323   and 9900.00.
324        2. That part of tract 7.00 consisting of:
325        a. All of block group 1.
326        b. All of block group 2.
327        c. That part of block group 3 consisting of blocks 0, 1, 2,
328   3, 10, 11, 12, 13, 14, and 15.
329        3. That part of tract 8.00 consisting of:
```

1/11/2022 12:17:06 PM                              598-01930-22

SEN-0000152

Florida Senate - 2022                           COMMITTEE AMENDMENT
Bill No. SB 102

 652836

330     a. That part of block group 1 consisting of blocks 19, 20,
331 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, and 32.
332     b. That part of block group 3 consisting of blocks 6, 7, 9,
333 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 26, 27, 28, 29,
334 30, 31, 32, 33, 34, 35, 36, and 37.
335     4. That part of tract 21.01 consisting of:
336     a. All of block group 1.
337     b. That part of block group 2 consisting of blocks 5, 6,
338 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 32, 33, 34, 35, 36, 37,
339 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, and 48.
340     c. That part of block group 3 consisting of blocks 2, 3, 6,
341 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, and
342 23.
343     5. That part of tract 22.00 consisting of:
344     a. All of block group 1.
345     b. That part of block group 2 consisting of blocks 2, 3, 4,
346 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, and 20.
347     c. That part of block group 3 consisting of blocks 2, 3, 6,
348 7, 8, 9, 10, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, and 24.
349     d. That part of block group 4 consisting of blocks 0, 1, 2,
350 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 19, 20, 21,
351 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, and 32.
352     e. All of block group 5.
353     6. That part of tract 23.00 consisting of:
354     a. That part of block group 1 consisting of blocks 0, 1, 2,
355 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, and 21.
356     b. That part of block group 2 consisting of blocks 3, 4, 5,
357 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22,
358 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 36, 37, 38, 39, 40, 41,

1/11/2022 12:17:06 PM                                598-01930-22

SEN-0000153

 652836

```
359   42, and 43.
360        7. That part of tract 101.04 consisting of:
361        a. All of block group 1.
362        b. That part of block group 2 consisting of blocks 0, 1, 2,
363   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
364   21, 23, and 24.
365        c. That part of block group 3 consisting of blocks 0, 1, 2,
366   3, 4, 12, 13, 14, 15, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29,
367   30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45,
368   46, 47, 48, 49, 50, 51, 53, 54, 55, 56, 63, 67, 68, 69, 70, 71,
369   72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, and 86.
370        8. That part of tract 102.03 consisting of:
371        a. That part of block group 1 consisting of blocks 0, 1, 2,
372   3, 4, 5, 6, 7, and 16.
373        b. All of block group 2.
374        c. That part of block group 3 consisting of blocks 0, 1, 2,
375   3, 4, 5, and 6.
376        d. That part of block group 4 consisting of blocks 0, 1, 2,
377   3, 4, 5, and 6.
378        9. That part of tract 133.01 consisting of:
379        a. All of block group 1.
380        b. That part of block group 2 consisting of blocks 0, 1, 2,
381   3, 5, and 6.
382        10. That part of tract 146.01 consisting of:
383        a. All of block group 1.
384        b. That part of block group 2 consisting of blocks 6, 7, 8,
385   and 9.
386        c. That part of block group 3 consisting of blocks 0, 1, 2,
387   3, 5, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25,
```

SEN-0000154

 652836

388 | and 26.
389 |      d. All of block group 4.
390 |      11. That part of tract 146.03 consisting of:
391 |      a. All of block group 1.
392 |      b. That part of block group 2 consisting of blocks 0, 1, 2,
393 | 3, 6, 7, 8, 9, 10, 11, and 14.
394 |      c. All of block group 3.
395 |      d. All of block group 4.
396 |      12. That part of tract 146.04 consisting of:
397 |      a. That part of block group 1 consisting of blocks 9, 20,
398 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, and 33.
399 |      b. All of block group 2.
400 |      c. All of block group 3.
401 |      13. That part of tract 149.02 consisting of:
402 |      a. That part of block group 4 consisting of block 9.
403 |      14. That part of tract 150.01 consisting of:
404 |      a. That part of block group 1 consisting of block 0.
405 |      15. That part of tract 161.02 consisting of:
406 |      a. That part of block group 2 consisting of block 27.
407 |      16. That part of tract 163.00 consisting of:
408 |      a. All of block group 1.
409 |      17. That part of tract 164.00 consisting of:
410 |      a. That part of block group 1 consisting of blocks 0, 1, 2,
411 | 3, 4, and 5.
412 |      b. All of block group 2.
413 |      c. All of block group 3.
414 |      d. All of block group 4.
415 |      18. That part of tract 171.01 consisting of:
416 |      a. All of block group 1.

SEN-0000155

 652836

417        b. All of block group 3.
418        19. That part of tract 171.02 consisting of:
419        a. That part of block group 1 consisting of blocks 6, 11,
420   12, 13, 14, 15, 16, 17, and 18.
421        b. That part of block group 2 consisting of blocks 37, 38,
422   39, 40, 41, 42, 43, 44, 51, 52, 53, 54, 55, and 56.
423        (c) That part of St Johns County consisting of:
424        1. All of tracts 206.03, 206.04, 206.05, 207.04, 207.05,
425   207.06, 207.07, 207.08, 207.10, 207.12, 207.13, 208.01, 208.02,
426   208.03, 208.04, 208.07, 208.08, 208.09, 208.10, 208.11, 209.04,
427   and 209.07.
428        2. That part of tract 202.00 consisting of:
429        a. That part of block group 2 consisting of blocks 23, 36,
430   37, 61, and 62.
431        3. That part of tract 203.00 consisting of:
432        a. That part of block group 2 consisting of blocks 0, 1, 2,
433   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
434   29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44,
435   45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60,
436   61, 62, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, and 75.
437        4. That part of tract 204.00 consisting of:
438        a. That part of block group 1 consisting of blocks 4, 5,
439   and 6.
440        5. That part of tract 206.06 consisting of:
441        a. All of block group 1.
442        b. That part of block group 2 consisting of blocks 0, 1, 2,
443   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 16, 18, 19, 20, 21, 22,
444   23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38,
445   39, 40, 41, 42, 64, 65, 66, 67, 70, 71, and 74.

SEN-0000156

 652836

| | |
|---|---|
| 446 | c. All of block group 3. |
| 447 | d. All of block group 4. |
| 448 | 6. That part of tract 209.03 consisting of: |
| 449 | a. All of block group 1. |
| 450 | b. That part of block group 2 consisting of blocks 2, 3, 4, |
| 451 | 5, 6, 7, 8, 9, 10, 11, 12, 14, 15, 16, 17, 18, 19, 30, 31, 32, |
| 452 | 33, 34, 35, 36, 37, and 38. |
| 453 | c. All of block group 3. |
| 454 | 7. That part of tract 209.06 consisting of: |
| 455 | a. That part of block group 2 consisting of blocks 0, 1, 2, |
| 456 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 13, 14, 15, and 27. |
| 457 | 8. That part of tract 209.08 consisting of: |
| 458 | a. That part of block group 1 consisting of blocks 0, 1, 2, |
| 459 | 3, 4, 5, 6, 7, 8, 9, 10, 12, 13, 19, 20, 24, 25, 26, 27, 28, 29, |
| 460 | 30, 31, 32, 33, 34, 35, 36, and 39. |
| 461 | b. All of block group 2. |
| 462 | c. All of block group 3. |
| 463 | d. All of block group 4. |
| 464 | 9. That part of tract 210.02 consisting of: |
| 465 | a. That part of block group 2 consisting of blocks 0, 1, 2, |
| 466 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, |
| 467 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, and 39. |
| 468 | b. All of block group 3. |
| 469 | 10. That part of tract 210.03 consisting of: |
| 470 | a. That part of block group 1 consisting of blocks 3, 4, 5, |
| 471 | 6, 7, 8, 9, 10, 11, 12, and 51. |
| 472 | b. All of block group 2. |
| 473 | c. All of block group 3. |
| 474 | 11. That part of tract 9901.00 consisting of: |

1/11/2022 12:17:06 PM                                    598-01930-22

SEN-0000157

 652836

475          a. That part of block group 0 consisting of blocks 1, 2, 3,
476   and 4.
477          12. That part of tract 9902.00 consisting of:
478          a. That part of block group 0 consisting of blocks 1, 2, 3,
479   4, 5, and 7.
480          (5) District 5 is composed of:
481          (a) All of Baker County.
482          (b) All of Gadsden County.
483          (c) All of Hamilton County.
484          (d) All of Madison County.
485          (e) That part of Columbia County consisting of:
486          1. All of tracts 1102.02, 1103.00, and 1104.00.
487          2. That part of tract 1102.01 consisting of:
488          a. That part of block group 1 consisting of blocks 0, 1, 2,
489   7, 8, and 19.
490          b. That part of block group 2 consisting of blocks 0 and
491   28.
492          3. That part of tract 1105.00 consisting of:
493          a. That part of block group 1 consisting of blocks 18 and
494   19.
495          b. That part of block group 2 consisting of blocks 0, 1, 2,
496   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
497   21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
498   37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52,
499   53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68,
500   69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84,
501   85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100,
502   101, 102, 104, and 105.
503          c. All of block group 4.

SEN-0000158

 652836

504        d. That part of block group 5 consisting of block 0.
505        4. That part of tract 1107.00 consisting of:
506        a. That part of block group 4 consisting of block 26.
507        (f) That part of Duval County consisting of:
508        1. All of tracts 1.01, 1.02, 2.00, 3.00, 6.00, 10.00,
509   11.00, 12.00, 13.00, 14.01, 14.02, 15.00, 16.00, 25.01, 25.02,
510   26.00, 27.01, 27.02, 28.01, 28.02, 29.01, 29.02, 102.02, 103.01,
511   103.05, 103.06, 103.07, 103.08, 104.01, 104.02, 105.01, 105.02,
512   105.03, 106.01, 106.02, 107.00, 108.00, 109.00, 110.00, 111.00,
513   112.00, 113.00, 114.00, 115.00, 116.00, 117.00, 118.00, 119.01,
514   119.03, 119.04, 119.05, 120.00, 121.00, 122.01, 122.02, 123.00,
515   124.00, 125.00, 126.01, 126.02, 127.02, 127.03, 127.04, 128.00,
516   129.00, 133.02, 134.02, 134.03, 134.04, 135.02, 135.04, 135.22,
517   135.23, 135.24, 135.25, 135.26, 137.23, 137.28, 137.29, 137.30,
518   137.31, 137.32, 137.33, 147.02, 147.03, 147.04, 148.00, 149.01,
519   150.02, 151.00, 152.00, 153.00, 154.00, 155.01, 155.02, 156.00,
520   157.01, 157.02, 158.03, 158.04, 158.05, 158.06, 161.01, 162.00,
521   172.00, 173.00, and 174.00.
522        2. That part of tract 7.00 consisting of:
523        a. That part of block group 3 consisting of blocks 4, 5, 6,
524   7, 8, 9, 16, 17, 18, and 19.
525        3. That part of tract 8.00 consisting of:
526        a. That part of block group 1 consisting of blocks 0, 1, 2,
527   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, and 18.
528        b. All of block group 2.
529        c. That part of block group 3 consisting of blocks 0, 1, 2,
530   3, 4, 5, 8, 22, 23, 24, 25, 38, and 39.
531        4. That part of tract 21.01 consisting of:
532        a. That part of block group 2 consisting of blocks 0, 1, 2,

SEN-0000159

 652836

533 | 3, 4, 7, 8, 9, 10, 11, 12, 13, 24, 25, 26, 27, 28, 29, 30, and
534 | 31.
535 |     b. That part of block group 3 consisting of blocks 0, 1, 4,
536 | and 5.
537 |     5. That part of tract 22.00 consisting of:
538 |     a. That part of block group 2 consisting of blocks 0 and 1.
539 |     b. That part of block group 3 consisting of blocks 0, 1, 4,
540 | 5, 11, and 12.
541 |     c. That part of block group 4 consisting of block 18.
542 |     6. That part of tract 23.00 consisting of:
543 |     a. That part of block group 1 consisting of blocks 17, 18,
544 | 19, and 20.
545 |     b. That part of block group 2 consisting of blocks 0, 1, 2,
546 | 33, 34, 35, 44, and 45.
547 |     7. That part of tract 101.04 consisting of:
548 |     a. That part of block group 2 consisting of block 22.
549 |     b. That part of block group 3 consisting of blocks 5, 6, 7,
550 | 8, 9, 10, 11, 16, 17, 18, 19, 52, 57, 58, 59, 60, 61, 62, 64,
551 | 65, 66, and 85.
552 |     8. That part of tract 102.03 consisting of:
553 |     a. That part of block group 1 consisting of blocks 8, 9,
554 | 10, 11, 12, 13, 14, 15, and 17.
555 |     b. That part of block group 3 consisting of blocks 7, 8, 9,
556 | 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, and
557 | 25.
558 |     c. That part of block group 4 consisting of blocks 7, 8, 9,
559 | 10, and 11.
560 |     9. That part of tract 133.01 consisting of:
561 |     a. That part of block group 2 consisting of block 4.

1/11/2022 12:17:06 PM                                  598-01930-22

SEN-0000160

Florida Senate - 2022                                     COMMITTEE AMENDMENT
Bill No. SB 102

 652836

562        10. That part of tract 146.01 consisting of:
563        a. That part of block group 2 consisting of blocks 0, 1, 2,
564   3, 4, 5, 10, 11, 12, 13, 14, 15, 16, 17, and 18.
565        b. That part of block group 3 consisting of blocks 4, 6, 7,
566   8, 9, 10, and 11.
567        11. That part of tract 146.03 consisting of:
568        a. That part of block group 2 consisting of blocks 4, 5,
569   12, and 13.
570        12. That part of tract 146.04 consisting of:
571        a. That part of block group 1 consisting of blocks 0, 1, 2,
572   3, 4, 5, 6, 7, 8, 10, 11, 12, 13, 14, 15, 16, 17, 18, and 19.
573        13. That part of tract 149.02 consisting of:
574        a. All of block group 1.
575        b. All of block group 2.
576        c. All of block group 3.
577        d. That part of block group 4 consisting of blocks 0, 1, 2,
578   3, 4, 5, 6, 7, and 8.
579        14. That part of tract 150.01 consisting of:
580        a. That part of block group 1 consisting of blocks 1, 2, 3,
581   4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, and 19.
582        b. All of block group 2.
583        c. All of block group 3.
584        d. All of block group 4.
585        15. That part of tract 161.02 consisting of:
586        a. All of block group 1.
587        b. That part of block group 2 consisting of blocks 0, 1, 2,
588   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
589   21, 22, 23, 24, 25, and 26.
590        16. That part of tract 163.00 consisting of:

Page 21 of 109

SEN-0000161

COMMITTEE AMENDMENT

 652836

591 |     a. All of block group 2.
592 |     17. That part of tract 164.00 consisting of:
593 |     a. That part of block group 1 consisting of blocks 6, 7, 8,
594 | 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24,
595 | 25, 26, 27, and 28.
596 |     18. That part of tract 171.01 consisting of:
597 |     a. All of block group 2.
598 |     b. All of block group 4.
599 |     19. That part of tract 171.02 consisting of:
600 |     a. That part of block group 1 consisting of blocks 0, 1, 2,
601 | 3, 4, 5, 7, 8, 9, and 10.
602 |     b. That part of block group 2 consisting of blocks 0, 1, 2,
603 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
604 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
605 | 45, 46, 47, 48, 49, 50, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66,
606 | 67, 68, 69, 70, 71, and 72.
607 |     (g) That part of Jefferson County consisting of:
608 |     1. All of tracts 2501.03, 2501.04, and 2501.05.
609 |     2. All of tract 2501.06.
610 |     (h) That part of Leon County consisting of:
611 |     1. All of tracts 3.03, 4.00, 5.01, 5.02, 6.00, 10.01,
612 | 10.02, 11.01, 11.02, 12.00, 13.00, 14.01, 14.02, 15.00, 18.01,
613 | 18.03, 18.04, 19.01, 19.02, 20.03, 20.05, 20.06, 20.07, 20.08,
614 | 21.01, 21.03, 21.05, 21.06, 22.01, 22.05, 22.06, 23.03, 24.11,
615 | 24.13, 24.18, and 24.19.
616 |     2. That part of tract 2.00 consisting of:
617 |     a. That part of block group 3 consisting of blocks 2, 3, 4,
618 | 5, 6, 7, 8, 9, 14, 15, 16, 17, 18, 19, 20, 21, 28, 29, 30, 31,
619 | 32, 33, 34, 35, 44, 45, 46, 47, 48, 49, 50, 51, 60, 61, 62, 63,

SEN-0000162

 652836

620 | 64, 65, 66, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98,
621 | 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112,
622 | 113, 114, 115, 116, 117, 118, 119, and 120.
623 | 3. That part of tract 3.01 consisting of:
624 | a. That part of block group 1 consisting of blocks 2, 3, 4,
625 | 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
626 | 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37,
627 | 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53,
628 | 54, 55, 56, 57, 58, 59, 60, 61, and 62.
629 | 4. That part of tract 3.02 consisting of:
630 | a. All of block group 1.
631 | b. That part of block group 2 consisting of blocks 1, 2, 3,
632 | 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
633 | 21, 22, 23, 24, 25, 26, 27, 28, and 29.
634 | 5. That part of tract 7.00 consisting of:
635 | a. All of block group 1.
636 | b. That part of block group 2 consisting of blocks 2, 3, 4,
637 | 5, 6, 7, 8, 9, 10, 14, 15, 16, 17, 18, 19, 20, 24, 28, 29, 30,
638 | 31, 32, 33, 34, 35, 41, 42, 43, 44, 45, and 49.
639 | 6. That part of tract 9.03 consisting of:
640 | a. That part of block group 2 consisting of block 9.
641 | 7. That part of tract 9.05 consisting of:
642 | a. That part of block group 1 consisting of blocks 3, 4, 5,
643 | 6, 7, 8, 10, 11, 12, 13, 14, and 19.
644 | 8. That part of tract 16.01 consisting of:
645 | a. All of block group 1.
646 | 9. That part of tract 22.07 consisting of:
647 | a. All of block group 2.
648 | 10. That part of tract 22.08 consisting of:

SEN-0000163

 652836

649        a. All of block group 1.
650        11. That part of tract 23.02 consisting of:
651        a. All of block group 1.
652        b. All of block group 2.
653        12. That part of tract 25.15 consisting of:
654        a. That part of block group 1 consisting of blocks 0, 1, 2,
655   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
656   and 21.
657        b. All of block group 2.
658        13. That part of tract 27.01 consisting of:
659        a. That part of block group 2 consisting of block 21.
660        (6) District 6 is composed of:
661        (a) All of Flagler County.
662        (b) That part of Lake County consisting of:
663        1. All of tracts 301.02, 301.06, 301.08, 301.11, 301.12,
664   309.16, and 309.18.
665        2. That part of tract 301.04 consisting of:
666        a. That part of block group 1 consisting of blocks 0, 1, 2,
667   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
668   21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
669   37, 38, 39, 40, 41, 42, 43, 55, 56, and 57.
670        3. That part of tract 301.09 consisting of:
671        a. That part of block group 1 consisting of blocks 0, 1, 2,
672   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
673   21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
674   37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52,
675   53, 54, 55, 56, 57, 58, 59, 62, 63, 64, 65, 66, 67, 68, 69, 70,
676   71, 72, 73, 75, 76, 77, 78, 80, 81, 82, 83, 87, 88, 91, 96, 97,
677   98, 99, 100, 101, 102, 103, 104, 105, 109, 110, 111, and 112.

SEN-0000164

 652836

| | |
|---|---|
| 678 | b. All of block group 2. |
| 679 | 4. That part of tract 301.10 consisting of: |
| 680 | a. That part of block group 3 consisting of blocks 16, 102, |
| 681 | 103, 104, and 105. |
| 682 | 5. That part of tract 302.03 consisting of: |
| 683 | a. That part of block group 1 consisting of blocks 0, 1, 2, |
| 684 | 3, 14, 15, 16, 17, 18, 19, 36, 38, 39, 40, 41, 42, and 43. |
| 685 | 6. That part of tract 309.17 consisting of: |
| 686 | a. That part of block group 1 consisting of blocks 0, 1, 2, |
| 687 | 3, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, |
| 688 | 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, |
| 689 | 67, 81, 82, 83, 97, and 98. |
| 690 | b. That part of block group 2 consisting of blocks 0, 3, 5, |
| 691 | 6, 7, 8, 9, 10, 11, and 12. |
| 692 | c. All of block group 3. |
| 693 | (c) That part of St Johns County consisting of: |
| 694 | 1. All of tracts 205.00, 209.05, 210.04, 211.01, 211.02, |
| 695 | 211.03, 212.07, 212.08, 212.09, 212.10, 212.11, 213.01, 213.02, |
| 696 | 214.03, 214.04, 214.08, 214.09, and 214.10. |
| 697 | 2. That part of tract 202.00 consisting of: |
| 698 | a. All of block group 1. |
| 699 | b. That part of block group 2 consisting of blocks 0, 1, 2, |
| 700 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, |
| 701 | 21, 22, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 38, 39, |
| 702 | 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, |
| 703 | 56, 57, 58, 59, 60, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, |
| 704 | 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, and 84. |
| 705 | 3. That part of tract 203.00 consisting of: |
| 706 | a. All of block group 1. |

1/11/2022 12:17:06 PM                              598-01930-22

SEN-0000165

Florida Senate - 2022                    COMMITTEE AMENDMENT
Bill No. SB 102

 652836

```
707        b. That part of block group 2 consisting of blocks 21, 22,
708   23, 24, 25, 26, 27, 28, 63, and 64.
709        4. That part of tract 204.00 consisting of:
710        a. That part of block group 1 consisting of blocks 0, 1, 2,
711   3, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22,
712   23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, and 37.
713        b. All of block group 2.
714        5. That part of tract 206.06 consisting of:
715        a. That part of block group 2 consisting of blocks 15, 17,
716   43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58,
717   59, 60, 61, 62, 63, 68, 69, 72, and 73.
718        6. That part of tract 209.03 consisting of:
719        a. That part of block group 2 consisting of blocks 0, 1,
720   13, 20, 21, 22, 23, 24, 25, 26, 27, 28, and 29.
721        7. That part of tract 209.06 consisting of:
722        a. All of block group 1.
723        b. That part of block group 2 consisting of blocks 12, 16,
724   17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 28, 29, 30, and 31.
725        8. That part of tract 209.08 consisting of:
726        a. That part of block group 1 consisting of blocks 11, 14,
727   15, 16, 17, 18, 21, 22, 23, 37, and 38.
728        9. That part of tract 210.02 consisting of:
729        a. All of block group 1.
730        b. That part of block group 2 consisting of blocks 34, 35,
731   36, 37, and 38.
732        10. That part of tract 210.03 consisting of:
733        a. That part of block group 1 consisting of blocks 0, 1, 2,
734   13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28,
735   29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44,
```

1/11/2022 12:17:06 PM                          598-01930-22

SEN-0000166

 652836

```
736   45, 46, 47, 48, 49, and 50.
737        11. That part of tract 9901.00 consisting of:
738        a. That part of block group 0 consisting of blocks 5, 6, 7,
739   8, and 9.
740        12. That part of tract 9902.00 consisting of:
741        a. That part of block group 0 consisting of blocks 6, 8, 9,
742   10, 11, 12, 13, and 14.
743        (d) That part of Volusia County consisting of:
744        1. All of tracts 801.01, 801.02, 802.01, 802.02, 803.00,
745   804.00, 805.00, 806.00, 807.00, 808.03, 808.05, 808.06, 808.07,
746   808.08, 808.09, 809.01, 809.02, 810.01, 810.02, 811.01, 811.02,
747   812.01, 812.02, 813.00, 815.00, 816.00, 817.01, 817.02, 818.00,
748   819.00, 820.00, 821.00, 822.01, 822.02, 823.02, 823.03, 824.01,
749   824.04, 824.05, 824.06, 824.10, 824.11, 824.12, 824.13, 824.14,
750   824.15, 825.03, 825.06, 825.08, 825.09, 825.10, 825.11, 825.12,
751   825.13, 826.04, 826.05, 826.06, 826.07, 827.01, 827.03, 827.04,
752   827.05, 828.01, 828.02, 829.02, 829.03, 829.04, 830.03, 830.05,
753   830.06, 830.07, 830.08, 830.09, 832.03, 832.05, 832.06, 832.07,
754   832.09, 832.10, 832.11, 901.01, 901.02, 902.02, 902.03, 902.04,
755   903.03, 903.04, 903.05, 903.06, 903.07, 904.01, 904.02, 905.00,
756   906.00, 907.01, 907.02, 908.03, 908.04, 908.06, 908.07, 908.08,
757   909.03, 910.01, 910.15, 910.19, 910.20, 910.21, 910.23, 910.25,
758   910.31, 910.32, 910.33, 910.34, 910.35, 910.36, 910.37, 910.38,
759   910.39, 925.00, and 9900.00.
760        2. That part of tract 909.05 consisting of:
761        a. All of block group 1.
762        3. That part of tract 910.05 consisting of:
763        a. That part of block group 1 consisting of blocks 0, 1, 2,
764   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 31, 32, 33, 34,
```

SEN-0000167

Florida Senate - 2022                                    COMMITTEE AMENDMENT
Bill No. SB 102

 652836

765  35, 36, 37, 38, 39, 40, 41, 53, and 54.
766       4. That part of tract 910.16 consisting of:
767       a. That part of block group 1 consisting of blocks 0, 1, 2,
768  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
769  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
770  37, 38, 40, and 41.
771       b. All of block group 2.
772       c. That part of block group 3 consisting of blocks 0, 1, 2,
773  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 18, 19, 20, and 21.
774       5. That part of tract 910.18 consisting of:
775       a. That part of block group 1 consisting of blocks 0, 1, 2,
776  3, 4, 5, 6, 8, 9, 10, 16, 17, 20, 21, 22, 23, 24, 25, 26, 27,
777  28, 29, 30, 32, and 33.
778       6. That part of tract 910.30 consisting of:
779       a. That part of block group 1 consisting of blocks 0, 1, 2,
780  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
781  21, 22, 23, 25, 26, 27, 28, 29, 30, 31, 32, 33, and 34.
782       b. All of block group 2.
783       (7) District 7 is composed of:
784       (a) All of Seminole County.
785       (b) That part of Orange County consisting of:
786       1. All of tracts 129.00, 132.01, 132.02, 133.00, 134.02,
787  134.03, 134.05, 134.06, 155.01, 156.01, 156.02, 157.01, 157.02,
788  158.01, 158.02, 159.01, 160.01, 160.02, 161.00, 162.00, 163.01,
789  163.02, 164.02, 164.06, 164.07, 164.08, 164.09, 164.11, 164.12,
790  164.13, 164.14, 165.03, 165.04, 165.05, 165.09, 165.10, 165.11,
791  165.12, 165.13, 165.14, 165.15, 167.14, 167.15, 167.23, 167.38,
792  167.39, 167.42, 180.00, 182.01, 182.02, 182.03, and 182.04.
793       2. That part of tract 108.02 consisting of:

1/11/2022 12:17:06 PM                                    598-01930-22

SEN-0000168

 652836

| | |
|---|---|
| 794 | a. All of block group 1. |
| 795 | b. All of block group 2. |
| 796 | c. That part of block group 3 consisting of blocks 0, 1, 2, |
| 797 | 3, 4, 5, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, |
| 798 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, and 32. |
| 799 | 3. That part of tract 110.00 consisting of: |
| 800 | a. That part of block group 1 consisting of block 0. |
| 801 | 4. That part of tract 128.00 consisting of: |
| 802 | a. All of block group 1. |
| 803 | b. That part of block group 2 consisting of blocks 0, 1, 2, |
| 804 | 3, 4, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, |
| 805 | 25, 42, 43, and 44. |
| 806 | c. All of block group 3. |
| 807 | 5. That part of tract 166.03 consisting of: |
| 808 | a. All of block group 1. |
| 809 | b. That part of block group 3 consisting of blocks 0, 1, 2, |
| 810 | 3, and 4. |
| 811 | 6. That part of tract 166.04 consisting of: |
| 812 | a. That part of block group 2 consisting of blocks 15, 16, |
| 813 | 17, 18, 19, 20, and 21. |
| 814 | b. All of block group 3. |
| 815 | 7. That part of tract 167.13 consisting of: |
| 816 | a. All of block group 1. |
| 817 | b. All of block group 2. |
| 818 | c. All of block group 3. |
| 819 | d. That part of block group 4 consisting of blocks 0, 1, 2, |
| 820 | 3, 4, 5, 6, 7, 8, 9, and 15. |
| 821 | 8. That part of tract 167.16 consisting of: |
| 822 | a. All of block group 1. |

1/11/2022 12:17:06 PM                                598-01930-22

SEN-0000169

Florida Senate - 2022
Bill No. SB 102

COMMITTEE AMENDMENT

 652836

823        b. That part of block group 2 consisting of block 4.
824        9. That part of tract 167.24 consisting of:
825        a. All of block group 1.
826        b. All of block group 2.
827        c. That part of block group 3 consisting of block 0.
828        10. That part of tract 167.40 consisting of:
829        a. That part of block group 1 consisting of blocks 0, 1, 2,
830  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, and 20.
831        b. That part of block group 2 consisting of blocks 0, 1, 2,
832  3, 4, 5, 6, and 7.
833        11. That part of tract 167.41 consisting of:
834        a. That part of block group 1 consisting of blocks 0, 1, 2,
835  3, 4, 5, 6, 7, 8, and 9.
836        12. That part of tract 167.43 consisting of:
837        a. That part of block group 1 consisting of block 0.
838        b. That part of block group 2 consisting of blocks 0, 1,
839  and 2.
840        13. That part of tract 167.44 consisting of:
841        a. That part of block group 1 consisting of blocks 0, 1, 2,
842  and 3.
843        14. That part of tract 167.45 consisting of:
844        a. That part of block group 3 consisting of blocks 8 and 9.
845        15. That part of tract 184.00 consisting of:
846        a. That part of block group 2 consisting of blocks 0, 1, 2,
847  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 27, 28, 29,
848  30, 31, 32, 33, 34, 35, 36, 38, 39, 40, 41, 42, 45, 46, 47, 48,
849  49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64,
850  65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80,
851  81, 82, 83, 84, 85, 86, 87, and 99.

1/11/2022 12:17:06 PM                          598-01930-22

SEN-0000170

 652836

| | |
|---|---|
| 852 | 16. That part of tract 190.00 consisting of: |
| 853 | a. That part of block group 1 consisting of blocks 0, 1, 2, |
| 854 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, |
| 855 | 21, 22, 23, 24, 25, 26, 27, 28, and 31. |
| 856 | b. That part of block group 3 consisting of blocks 0, 1, 2, |
| 857 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, |
| 858 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, |
| 859 | 37, 39, 42, 43, 44, 45, 46, and 47. |
| 860 | (c) That part of Volusia County consisting of: |
| 861 | 1. All of tracts 909.04, 909.06, 910.17, 910.28, and |
| 862 | 910.29. |
| 863 | 2. That part of tract 909.05 consisting of: |
| 864 | a. All of block group 2. |
| 865 | b. All of block group 3. |
| 866 | 3. That part of tract 910.05 consisting of: |
| 867 | a. That part of block group 1 consisting of blocks 17, 18, |
| 868 | 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 42, 43, 44, 45, |
| 869 | 46, 47, 48, 49, 50, 51, and 52. |
| 870 | 4. That part of tract 910.16 consisting of: |
| 871 | a. That part of block group 1 consisting of block 39. |
| 872 | b. That part of block group 3 consisting of blocks 15, 16, |
| 873 | 17, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, |
| 874 | 37, 38, 39, and 40. |
| 875 | 5. That part of tract 910.18 consisting of: |
| 876 | a. That part of block group 1 consisting of blocks 7, 11, |
| 877 | 12, 13, 14, 15, 18, 19, 31, 34, and 35. |
| 878 | b. All of block group 2. |
| 879 | c. All of block group 3. |
| 880 | d. All of block group 4. |

SEN-0000171

 652836

881        6. That part of tract 910.30 consisting of:
882        a. That part of block group 1 consisting of block 24.
883        (8) District 8 is composed of:
884        (a) All of Brevard County.
885        (b) That part of Indian River County consisting of:
886        1. All of tracts 501.01, 501.02, 502.01, 502.02, 503.03,
887   503.04, 503.05, 503.06, 504.01, 504.02, 505.04, 505.05, 505.06,
888   505.07, 505.08, 505.09, 506.01, 506.02, 506.04, 507.02, 507.04,
889   507.06, 507.08, 507.09, 508.05, 508.06, 508.07, 508.08, 508.09,
890   508.10, 508.11, 508.12, 509.03, 509.05, 509.06, 509.07, 509.08,
891   509.09, 9800.00, and 9900.00.
892        2. That part of tract 506.03 consisting of:
893        a. All of block group 1.
894        b. All of block group 2.
895        c. That part of block group 3 consisting of blocks 0, 1, 2,
896   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
897   21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
898   37, 38, 39, 40, 41, 42, 43, and 44.
899        3. That part of tract 506.07 consisting of:
900        a. That part of block group 2 consisting of block 16.
901        4. That part of tract 507.07 consisting of:
902        a. All of block group 1.
903        b. That part of block group 2 consisting of blocks 0, 1, 2,
904   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, and 16.
905        (c) That part of Orange County consisting of:
906        1. All of tract 166.05.
907        2. That part of tract 166.03 consisting of:
908        a. All of block group 2.
909        b. That part of block group 3 consisting of blocks 5, 6, 7,

SEN-0000172

Florida Senate - 2022                    COMMITTEE AMENDMENT
Bill No. SB 102

 652836

910 | 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, and 22.
911 |     c. All of block group 4.
912 |     3. That part of tract 166.04 consisting of:
913 |     a. All of block group 1.
914 |     b. That part of block group 2 consisting of blocks 0, 1, 2,
915 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 22, 23, 24, 25, 26, 27,
916 | 28, 29, 30, and 31.
917 |     4. That part of tract 166.06 consisting of:
918 |     a. That part of block group 1 consisting of blocks 0, 1, 2,
919 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
920 | 21, 22, 23, 24, 25, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37,
921 | 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53,
922 | 54, 55, 56, 57, 58, 59, 60, 61, 72, 73, 74, 75, 76, 77, 78, 79,
923 | 80, 81, 82, 83, 84, 85, 86, 87, 88, 97, 98, 99, 100, 101, 102,
924 | and 103.
925 |     5. That part of tract 166.07 consisting of:
926 |     a. All of block group 1.
927 |     b. All of block group 2.
928 |     c. That part of block group 3 consisting of blocks 0, 1, 2,
929 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
930 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
931 | 37, 38, 39, 40, 41, 42, 43, 45, 46, 47, 48, and 49.
932 |     (9) District 9 is composed of:
933 |     (a) All of Osceola County.
934 |     (b) That part of Orange County consisting of:
935 |     1. All of tracts 135.03, 135.05, 135.07, 135.10, 135.11,
936 | 135.12, 135.13, 136.03, 136.04, 136.05, 136.06, 167.09, 167.10,
937 | 167.17, 167.28, 167.31, 167.33, 167.35, 167.36, 167.37, 167.46,
938 | 167.47, 167.48, 167.49, 167.50, 167.51, 167.52, 167.53, 167.54,

1/11/2022 12:17:06 PM                          598-01930-22

SEN-0000173

 652836

939 | 167.55, 167.56, 168.02, 168.03, 168.04, 168.08, 168.09, 168.10,
940 | 168.11, 168.12, 168.13, 168.14, 170.04, 170.06, 170.11, 170.12,
941 | 170.13, 170.15, 170.18, 170.19, 170.20, 170.21, 170.22, 170.23,
942 | 170.24, 170.25, and 170.26.
943 | 2. That part of tract 136.07 consisting of:
944 | a. That part of block group 1 consisting of blocks 0, 1, 2,
945 | 3, 4, 5, 6, 7, 9, 10, 11, 12, 13, 14, 15, 16, 19, 20, 23, and
946 | 24.
947 | b. All of block group 2.
948 | 3. That part of tract 138.03 consisting of:
949 | a. That part of block group 1 consisting of blocks 33, 34,
950 | and 38.
951 | 4. That part of tract 141.00 consisting of:
952 | a. That part of block group 3 consisting of blocks 41, 42,
953 | 43, 44, and 46.
954 | 5. That part of tract 142.02 consisting of:
955 | a. That part of block group 3 consisting of blocks 15 and
956 | 23.
957 | 6. That part of tract 166.06 consisting of:
958 | a. That part of block group 1 consisting of blocks 26, 62,
959 | 63, 64, 65, 66, 67, 68, 69, 70, 71, 89, 90, 91, 92, 93, 94, 95,
960 | and 96.
961 | 7. That part of tract 166.07 consisting of:
962 | a. That part of block group 3 consisting of block 44.
963 | 8. That part of tract 167.13 consisting of:
964 | a. That part of block group 4 consisting of blocks 10, 11,
965 | 12, 13, and 14.
966 | 9. That part of tract 167.16 consisting of:
967 | a. That part of block group 2 consisting of blocks 0, 1, 2,

SEN-0000174

Florida Senate - 2022                    COMMITTEE AMENDMENT
Bill No. SB 102

 652836

968 | 3, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, and 15.
969 |     10. That part of tract 167.24 consisting of:
970 |     a. That part of block group 3 consisting of blocks 1, 2, 3,
971 | 4, 5, 6, 7, 8, 9, 10, and 11.
972 |     11. That part of tract 167.40 consisting of:
973 |     a. That part of block group 1 consisting of blocks 18 and
974 | 19.
975 |     b. That part of block group 2 consisting of blocks 8 and 9.
976 |     12. That part of tract 167.41 consisting of:
977 |     a. That part of block group 1 consisting of blocks 10, 11,
978 | 12, 13, and 14.
979 |     13. That part of tract 167.43 consisting of:
980 |     a. That part of block group 1 consisting of blocks 1, 2, 3,
981 | 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, and 18.
982 |     b. That part of block group 2 consisting of blocks 3, 4, 5,
983 | 6, 7, 8, 9, 10, and 11.
984 |     14. That part of tract 167.44 consisting of:
985 |     a. That part of block group 1 consisting of blocks 4, 5, 6,
986 | 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, and 19.
987 |     b. All of block group 2.
988 |     c. All of block group 3.
989 |     15. That part of tract 167.45 consisting of:
990 |     a. All of block group 1.
991 |     b. All of block group 2.
992 |     c. That part of block group 3 consisting of blocks 0, 1, 2,
993 | 3, 4, 5, 6, 7, 10, 11, 12, 13, 14, and 15.
994 |     (10) District 10 is composed of:
995 |     (a) That part of Orange County consisting of:
996 |     1. All of tracts 102.01, 102.02, 103.00, 104.00, 105.00,

1/11/2022 12:17:06 PM                          598-01930-22

SEN-0000175

 652836

```
997   111.00, 112.00, 113.00, 116.00, 117.01, 117.02, 120.00, 121.00,
998   122.01, 122.02, 123.03, 123.04, 123.05, 123.06, 123.07, 124.02,
999   124.03, 124.04, 124.05, 125.00, 126.00, 127.01, 137.01, 137.02,
1000  138.01, 138.02, 139.00, 140.00, 142.01, 143.01, 143.02, 144.00,
1001  145.02, 145.03, 145.04, 146.01, 146.05, 146.06, 146.07, 146.08,
1002  146.09, 147.01, 147.02, 147.03, 147.05, 147.06, 148.04, 148.05,
1003  148.06, 148.07, 148.09, 148.10, 148.11, 148.12, 148.13, 148.14,
1004  148.15, 149.04, 149.06, 149.08, 149.09, 150.01, 150.02, 150.03,
1005  150.05, 150.06, 151.03, 151.04, 151.05, 151.06, 152.02, 152.03,
1006  152.04, 153.00, 169.02, 169.04, 169.06, 169.07, 169.08, 169.09,
1007  169.10, 169.11, 170.01, 171.08, 171.09, 171.10, 171.11, 171.12,
1008  171.13, 171.14, 171.15, 171.16, 171.17, 171.18, 171.19, 171.20,
1009  171.21, 171.22, 171.23, 172.00, 173.01, 173.02, 174.01, 174.02,
1010  175.03, 175.04, 175.05, 175.06, 176.00, 177.01, 177.02, 177.03,
1011  178.05, 178.06, 178.07, 178.08, 178.09, 178.10, 178.11, 178.12,
1012  178.13, 178.14, 179.01, 179.02, 181.00, 183.00, 185.00, 187.00,
1013  188.00, 189.01, 189.02, and 9900.00.
1014       2. That part of tract 108.02 consisting of:
1015       a. That part of block group 3 consisting of block 6.
1016       3. That part of tract 110.00 consisting of:
1017       a. That part of block group 1 consisting of blocks 1, 2, 3,
1018  4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, and 17.
1019       b. All of block group 2.
1020       c. All of block group 3.
1021       d. All of block group 4.
1022       4. That part of tract 128.00 consisting of:
1023       a. That part of block group 2 consisting of blocks 5, 21,
1024  22, 23, 24, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38,
1025  39, 40, and 41.
```

SEN-0000176

 652836

1026      5. That part of tract 136.07 consisting of:
1027      a. That part of block group 1 consisting of blocks 8, 17,
1028  18, 21, and 22.
1029      6. That part of tract 138.03 consisting of:
1030      a. That part of block group 1 consisting of blocks 0, 1, 2,
1031  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1032  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 35, 36, 37, 39,
1033  40, 41, and 42.
1034      7. That part of tract 141.00 consisting of:
1035      a. All of block group 1.
1036      b. All of block group 2.
1037      c. That part of block group 3 consisting of blocks 0, 1, 2,
1038  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1039  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
1040  37, 38, 39, 40, 45, 47, 48, 49, and 50.
1041      8. That part of tract 142.02 consisting of:
1042      a. All of block group 1.
1043      b. All of block group 2.
1044      c. That part of block group 3 consisting of blocks 0, 1, 2,
1045  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 16, 17, 18, 19, 20, 21,
1046  and 22.
1047      9. That part of tract 184.00 consisting of:
1048      a. All of block group 1.
1049      b. That part of block group 2 consisting of blocks 18, 19,
1050  20, 21, 22, 23, 24, 25, 26, 37, 43, 44, 88, 89, 90, 91, 92, 93,
1051  94, 95, 96, 97, 98, and 100.
1052      10. That part of tract 190.00 consisting of:
1053      a. That part of block group 1 consisting of blocks 29, 30,
1054  32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47,

1/11/2022 12:17:06 PM                      598-01930-22

SEN-0000177

 652836

1055 | 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63,
1056 | 64, 65, 66, 67, 68, 69, 70, 71, 72, and 73.
1057 |     b. All of block group 2.
1058 |     c. That part of block group 3 consisting of blocks 38, 40,
1059 | and 41.
1060 |     (11) District 11 is composed of:
1061 |     (a) All of Citrus County.
1062 |     (b) All of Sumter County.
1063 |     (c) That part of Lake County consisting of:
1064 |     1. All of tracts 302.04, 302.06, 302.08, 302.09, 302.10,
1065 | 302.11, 303.02, 303.05, 303.06, 303.07, 303.08, 304.05, 304.06,
1066 | 304.07, 304.08, 304.09, 304.10, 304.11, 305.05, 305.06, 305.07,
1067 | 306.01, 306.02, 307.01, 307.02, 308.03, 308.04, 308.05, 308.06,
1068 | 308.07, 309.14, 309.15, 310.01, 310.02, 311.03, 311.04, 311.05,
1069 | 311.06, 311.07, 311.08, 312.03, 312.05, 312.06, 312.07, 312.08,
1070 | 313.01, 313.06, 313.09, 313.12, 313.13, 313.15, 313.19, 313.20,
1071 | and 313.21.
1072 |     2. That part of tract 301.04 consisting of:
1073 |     a. That part of block group 1 consisting of blocks 44, 45,
1074 | 46, 47, 48, 49, 50, 51, 52, 53, and 54.
1075 |     3. That part of tract 301.09 consisting of:
1076 |     a. That part of block group 1 consisting of blocks 60, 61,
1077 | 74, 79, 84, 85, 86, 89, 90, 92, 93, 94, 95, 106, 107, and 108.
1078 |     4. That part of tract 301.10 consisting of:
1079 |     a. All of block group 1.
1080 |     b. All of block group 2.
1081 |     c. That part of block group 3 consisting of blocks 0, 1, 2,
1082 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 17, 18, 19, 20, 21,
1083 | 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37,

SEN-0000178

 652836

1084 | 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53,
1085 | 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69,
1086 | 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85,
1087 | 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100,
1088 | 101, 106, 107, 108, 109, 110, 111, 112, 113, 114, 115, 116, 117,
1089 | 118, 119, and 120.
1090 |     5. That part of tract 302.03 consisting of:
1091 |     a. That part of block group 1 consisting of blocks 4, 5, 6,
1092 | 7, 8, 9, 10, 11, 12, 13, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29,
1093 | 30, 31, 32, 33, 34, 35, 37, 44, 45, 46, 47, 48, 49, 50, 51, 52,
1094 | 53, 54, 55, 56, 57, 58, and 59.
1095 |     b. All of block group 2.
1096 |     c. All of block group 3.
1097 |     6. That part of tract 309.17 consisting of:
1098 |     a. That part of block group 1 consisting of blocks 4, 5, 6,
1099 | 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23,
1100 | 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 68, 69, 70, 71,
1101 | 72, 73, 74, 75, 76, 77, 78, 79, 80, 84, 85, 86, 87, 88, 89, 90,
1102 | 91, 92, 93, 94, 95, 96, 99, and 100.
1103 |     b. That part of block group 2 consisting of blocks 1, 2, 4,
1104 | 13, 14, 15, 16, 17, and 18.
1105 |     7. That part of tract 312.02 consisting of:
1106 |     a. That part of block group 1 consisting of blocks 19, 44,
1107 | 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, and 55.
1108 |     b. That part of block group 2 consisting of blocks 4, 5, 6,
1109 | 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 20, 21, 22, 23, 24,
1110 | 29, 30, 32, 33, 34, 35, 70, 71, 72, 109, 110, 111, 112, 113,
1111 | 114, 120, 121, 134, 136, 142, 143, and 144.
1112 |     c. That part of block group 3 consisting of blocks 0, 1, 2,

SEN-0000179

 652836

```
1113 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 17, 18, 47, and 70.
1114 |      8. That part of tract 313.08 consisting of:
1115 |      a. All of block group 1.
1116 |      b. That part of block group 2 consisting of blocks 6, 7, 8,
1117 | 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24,
1118 | 25, 26, 27, 28, 29, 30, and 31.
1119 |      c. All of block group 3.
1120 |      9. That part of tract 313.16 consisting of:
1121 |      a. That part of block group 1 consisting of blocks 0, 1, 2,
1122 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1123 | 21, 22, 23, 24, 25, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38,
1124 | 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54,
1125 | and 55.
1126 |      b. That part of block group 2 consisting of blocks 0, 1, 2,
1127 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1128 | and 30.
1129 |      c. That part of block group 3 consisting of blocks 7 and 8.
1130 |      (d) That part of Marion County consisting of:
1131 |      1. All of tracts 6.04, 6.05, 6.06, 6.07, 7.03, 7.04, 7.05,
1132 | 7.06, 7.07, 8.03, 8.04, 8.05, 8.06, 8.07, 8.08, 8.09, 8.10,
1133 | 8.11, 9.01, 9.03, 9.04, 10.03, 10.05, 10.07, 10.08, 10.09,
1134 | 10.11, 10.12, 10.13, 11.02, 11.03, 11.05, 11.06, 12.04, 12.05,
1135 | 12.06, 12.08, 12.09, 12.10, 12.11, and 9800.00.
1136 |      2. That part of tract 6.01 consisting of:
1137 |      a. That part of block group 2 consisting of blocks 82, 83,
1138 | 84, 85, 86, 90, and 91.
1139 |      3. That part of tract 10.10 consisting of:
1140 |      a. That part of block group 1 consisting of blocks 1, 2, 3,
1141 | 4, 5, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
```

Page 40 of 109

SEN-0000180

 652836

1142 | 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37,
1143 | 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 53, 54,
1144 | 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70,
1145 | 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, and
1146 | 86.
1147 |     b. That part of block group 2 consisting of blocks 0, 1, 2,
1148 | 3, 4, 5, 7, 8, 9, 10, 12, 13, 15, 16, 17, 18, 19, 20, 21, 22,
1149 | 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, and 37.
1150 |     4. That part of tract 13.02 consisting of:
1151 |     a. That part of block group 3 consisting of blocks 5, 6,
1152 | 13, 14, and 16.
1153 |     5. That part of tract 22.03 consisting of:
1154 |     a. That part of block group 4 consisting of blocks 0, 1, 2,
1155 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1156 | 21, 22, 23, 24, 25, 26, 27, and 28.
1157 |     6. That part of tract 23.02 consisting of:
1158 |     a. All of block group 1.
1159 |     b. That part of block group 2 consisting of blocks 0, 1, 2,
1160 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 16, 17, 18, 19, 20, 21,
1161 | 22, 23, 24, 25, 26, 27, 28, and 29.
1162 |     c. That part of block group 3 consisting of blocks 36, 37,
1163 | 38, 39, 40, 41, 42, 43, 45, 47, 48, 49, 51, 52, 60, and 61.
1164 |     7. That part of tract 24.01 consisting of:
1165 |     a. That part of block group 1 consisting of blocks 17, 18,
1166 | 19, 20, 22, 23, and 24.
1167 |     8. That part of tract 24.02 consisting of:
1168 |     a. That part of block group 1 consisting of blocks 0, 1, 2,
1169 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1170 | 21, 22, 23, 24, 25, 26, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37,

SEN-0000181

 652836

```
1171 | 38, and 39.
1172 |       b. All of block group 2.
1173 |       9. That part of tract 25.05 consisting of:
1174 |       a. That part of block group 3 consisting of blocks 17 and
1175 | 18.
1176 |       (12) District 12 is composed of:
1177 |       (a) All of Hernando County.
1178 |       (b) All of Pasco County.
1179 |       (c) That part of Pinellas County consisting of:
1180 |       1. All of tract 275.01.
1181 |       2. That part of tract 273.08 consisting of:
1182 |       a. That part of block group 1 consisting of blocks 9, 10,
1183 | 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26,
1184 | 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42,
1185 | 43, 44, 45, 46, 47, 48, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75,
1186 | and 76.
1187 |       b. All of block group 2.
1188 |       3. That part of tract 274.01 consisting of:
1189 |       a. All of block group 1.
1190 |       4. That part of tract 274.04 consisting of:
1191 |       a. That part of block group 4 consisting of blocks 0, 1, 2,
1192 | and 5.
1193 |       b. That part of block group 5 consisting of blocks 0, 1, 2,
1194 | 3, 8, 9, 10, and 11.
1195 |       5. That part of tract 275.03 consisting of:
1196 |       a. That part of block group 1 consisting of blocks 0, 1, 2,
1197 | 3, 4, 5, 6, 7, 13, 14, 35, 36, and 37.
1198 |       6. That part of tract 9900.00 consisting of:
1199 |       a. That part of block group 0 consisting of block 1.
```

SEN-0000182

 652836

| | |
|---|---|
| 1200 | (13) District 13 is composed of: |
| 1201 | (a) That part of Pinellas County consisting of: |
| 1202 | 1. All of tracts 201.05, 201.06, 201.07, 201.08, 201.09, |
| 1203 | 201.10, 202.01, 202.02, 202.06, 202.07, 202.08, 202.09, 203.01, |
| 1204 | 203.02, 204.00, 205.00, 206.00, 207.00, 208.00, 212.00, 215.01, |
| 1205 | 215.02, 216.00, 218.00, 219.00, 220.00, 221.01, 221.02, 222.00, |
| 1206 | 223.01, 223.02, 224.01, 224.02, 225.01, 225.02, 225.03, 226.01, |
| 1207 | 226.02, 227.00, 228.01, 228.02, 229.01, 229.02, 230.00, 231.00, |
| 1208 | 232.00, 233.00, 234.00, 235.01, 235.02, 236.01, 236.02, 237.00, |
| 1209 | 238.00, 239.00, 240.01, 240.02, 240.04, 240.05, 241.00, 242.01, |
| 1210 | 242.02, 243.01, 243.02, 244.03, 244.08, 244.09, 244.10, 244.11, |
| 1211 | 244.13, 245.05, 245.12, 245.15, 245.16, 246.01, 246.03, 246.04, |
| 1212 | 247.01, 247.02, 247.03, 248.01, 248.03, 248.04, 248.05, 249.01, |
| 1213 | 249.04, 249.05, 249.06, 249.07, 249.08, 250.04, 250.07, 250.09, |
| 1214 | 250.11, 250.12, 250.13, 250.14, 250.15, 250.16, 250.17, 250.18, |
| 1215 | 250.19, 250.20, 250.21, 251.06, 251.07, 251.08, 251.09, 251.10, |
| 1216 | 251.11, 251.12, 251.13, 251.14, 251.15, 251.16, 251.19, 251.20, |
| 1217 | 251.21, 251.22, 251.23, 252.04, 252.05, 252.07, 252.08, 252.09, |
| 1218 | 252.10, 252.11, 253.03, 253.05, 253.07, 253.09, 253.10, 253.11, |
| 1219 | 254.01, 254.07, 254.11, 254.12, 254.13, 254.14, 254.15, 254.16, |
| 1220 | 254.17, 254.18, 254.19, 255.01, 255.05, 255.07, 255.08, 255.09, |
| 1221 | 255.10, 256.02, 256.03, 256.04, 257.00, 258.00, 259.01, 259.02, |
| 1222 | 260.01, 260.03, 260.04, 261.01, 261.02, 262.00, 263.00, 264.01, |
| 1223 | 264.02, 265.01, 265.02, 266.01, 266.02, 267.01, 267.03, 267.04, |
| 1224 | 267.05, 269.04, 269.08, 269.09, 269.11, 269.12, 269.13, 269.14, |
| 1225 | 269.15, 269.16, 269.17, 270.00, 271.05, 271.06, 271.07, 271.08, |
| 1226 | 272.02, 272.06, 272.07, 272.08, 272.09, 272.10, 272.11, 272.12, |
| 1227 | 275.04, 276.03, 276.04, 276.05, 276.06, 277.01, 277.03, 277.04, |
| 1228 | 278.01, 278.02, 279.01, 279.05, 280.02, 280.04, 280.05, 280.06, |

SEN-0000183

 652836

1229 | 281.02, 281.03, 281.04, 282.00, 283.00, 284.03, 285.00, 286.01,
1230 | 286.02, 287.00, and 9901.00.
1231 |     2. That part of tract 244.06 consisting of:
1232 |     a. That part of block group 2 consisting of blocks 3 and 4.
1233 |     3. That part of tract 244.12 consisting of:
1234 |     a. All of block group 1.
1235 |     4. That part of tract 245.14 consisting of:
1236 |     a. That part of block group 2 consisting of blocks 18, 20,
1237 | 21, 27, 29, 30, and 31.
1238 |     b. That part of block group 3 consisting of blocks 9, 10,
1239 | 11, 14, 16, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41,
1240 | 42, 43, 44, 45, 46, 47, 48, 49, 50, and 53.
1241 |     5. That part of tract 272.04 consisting of:
1242 |     a. That part of block group 2 consisting of blocks 9 and
1243 | 10.
1244 |     b. That part of block group 3 consisting of blocks 17 and
1245 | 21.
1246 |     6. That part of tract 274.04 consisting of:
1247 |     a. That part of block group 1 consisting of blocks 39 and
1248 | 40.
1249 |     b. All of block group 2.
1250 |     c. All of block group 3.
1251 |     d. That part of block group 4 consisting of blocks 3, 4, 6,
1252 | 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, and 17.
1253 |     e. That part of block group 5 consisting of blocks 4, 5, 6,
1254 | 7, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26,
1255 | 27, 28, 29, and 30.
1256 |     f. All of block group 6.
1257 |     7. That part of tract 275.03 consisting of:

SEN-0000184

 652836

```
1258          a. That part of block group 1 consisting of blocks 8, 9,
1259   10, 11, 12, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27,
1260   28, 29, 30, 31, 32, 33, 34, 38, 39, and 40.
1261          b. All of block group 2.
1262          c. All of block group 3.
1263          8. That part of tract 9900.00 consisting of:
1264          a. That part of block group 0 consisting of blocks 2, 3, 4,
1265   5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
1266   22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37,
1267   38, 39, 40, 41, and 42.
1268          (14) District 14 is composed of:
1269          (a) That part of Hillsborough County consisting of:
1270          1. All of tracts 4.01, 4.02, 5.00, 6.01, 6.02, 7.01, 7.02,
1271   12.00, 13.00, 14.00, 15.00, 16.00, 17.00, 20.00, 21.00, 22.00,
1272   23.00, 24.00, 25.00, 26.00, 27.01, 27.02, 28.00, 29.00, 30.00,
1273   31.00, 32.00, 33.00, 41.00, 42.00, 43.00, 44.00, 45.00, 46.01,
1274   46.02, 47.00, 48.00, 49.01, 49.02, 50.00, 51.01, 51.02, 53.01,
1275   54.01, 55.00, 57.00, 58.00, 59.00, 60.00, 61.01, 61.03, 62.00,
1276   63.00, 64.00, 65.01, 65.03, 65.04, 66.00, 67.00, 68.01, 68.02,
1277   69.00, 70.01, 70.02, 71.02, 71.03, 72.00, 73.00, 110.05, 110.06,
1278   110.07, 111.03, 111.06, 111.07, 111.08, 111.09, 112.03, 112.04,
1279   112.05, 112.06, 113.01, 113.03, 113.04, 114.07, 114.08, 114.09,
1280   114.10, 114.11, 114.12, 114.13, 114.14, 114.15, 114.16, 114.17,
1281   114.18, 115.04, 115.06, 115.09, 115.10, 115.12, 115.14, 115.15,
1282   115.16, 115.18, 115.19, 115.20, 115.21, 115.22, 115.23, 115.24,
1283   115.25, 115.26, 115.27, 115.28, 116.03, 116.05, 116.10, 116.11,
1284   116.12, 116.13, 116.14, 116.15, 116.16, 116.17, 117.08, 117.12,
1285   117.13, 117.14, 117.15, 117.16, 118.02, 118.04, 118.05, 118.06,
1286   119.05, 119.07, 119.08, 119.09, 119.10, 119.11, 142.00, 144.00,
```

SEN-0000185

 652836

1287 | 9801.00, 9805.00, 9806.00, and 9807.00.
1288 |     2. That part of tract 2.01 consisting of:
1289 |     a. That part of block group 1 consisting of block 1.
1290 |     b. That part of block group 2 consisting of blocks 10, 11,
1291 | 12, 13, 14, 15, 16, 17, 18, 19, and 20.
1292 |     3. That part of tract 3.01 consisting of:
1293 |     a. That part of block group 1 consisting of blocks 6, 7, 8,
1294 | 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, and 19.
1295 |     b. That part of block group 3 consisting of blocks 3, 4, 5,
1296 | 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22,
1297 | 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, and 33.
1298 |     4. That part of tract 10.01 consisting of:
1299 |     a. That part of block group 1 consisting of blocks 6 and 7.
1300 |     b. That part of block group 2 consisting of blocks 0, 1, 2,
1301 | 3, 4, 5, 6, 7, and 11.
1302 |     5. That part of tract 11.00 consisting of:
1303 |     a. All of block group 1.
1304 |     b. All of block group 2.
1305 |     c. That part of block group 3 consisting of blocks 1, 2, 3,
1306 | 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, and
1307 | 20.
1308 |     6. That part of tract 19.00 consisting of:
1309 |     a. That part of block group 1 consisting of blocks 12, 13,
1310 | 14, 15, 30, and 31.
1311 |     b. That part of block group 2 consisting of blocks 9, 10,
1312 | 11, 12, 13, 14, 15, 16, 17, 18, 19, and 20.
1313 |     c. That part of block group 3 consisting of blocks 4, 5, 6,
1314 | 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, and 19.
1315 |     7. That part of tract 34.00 consisting of:

SEN-0000186

Florida Senate - 2022                         COMMITTEE AMENDMENT
Bill No. SB 102

 652836

1316        a. All of block group 1.
1317        b. That part of block group 2 consisting of block 7.
1318        c. That part of block group 3 consisting of blocks 9, 10,
1319   11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26,
1320   27, 48, 49, 50, 51, and 52.
1321        8. That part of tract 35.00 consisting of:
1322        a. All of block group 1.
1323        b. All of block group 2.
1324        c. That part of block group 3 consisting of blocks 3, 4,
1325   12, 13, 16, 17, and 18.
1326        9. That part of tract 38.00 consisting of:
1327        a. That part of block group 1 consisting of blocks 3, 4, 5,
1328   15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30,
1329   31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46,
1330   91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 104,
1331   105, 106, 107, 108, 109, 110, 111, 119, 120, 121, and 129.
1332        10. That part of tract 53.02 consisting of:
1333        a. All of block group 1.
1334        b. That part of block group 2 consisting of blocks 2, 3, 9,
1335   12, 13, 22, and 25.
1336        11. That part of tract 108.05 consisting of:
1337        a. All of block group 1.
1338        12. That part of tract 108.17 consisting of:
1339        a. That part of block group 3 consisting of blocks 2, 3, 4,
1340   5, and 6.
1341        13. That part of tract 108.22 consisting of:
1342        a. That part of block group 1 consisting of blocks 2, 5, 6,
1343   7, 8, 9, 11, 12, and 13.
1344        14. That part of tract 110.03 consisting of:

1/11/2022 12:17:06 PM                              598-01930-22

SEN-0000187

 652836

1345  a. That part of block group 3 consisting of blocks 0, 1, 2,
1346  3, 4, 9, 10, and 11.
1347  15. That part of tract 136.04 consisting of:
1348  a. That part of block group 1 consisting of blocks 0, 1, 2,
1349  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1350  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 47,
1351  48, 49, 60, 64, 65, 66, 67, 68, 69, 72, 73, 74, and 79.
1352  16. That part of tract 138.01 consisting of:
1353  a. That part of block group 1 consisting of blocks 0, 1, 2,
1354  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1355  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, and 33.
1356  17. That part of tract 9900.00 consisting of:
1357  a. That part of block group 0 consisting of blocks 1, 2, 3,
1358  4, 5, 6, 7, 10, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 29,
1359  30, and 31.
1360  (b) That part of Pinellas County consisting of:
1361  1. All of tracts 245.07, 245.08, 245.09, 245.10, 245.17,
1362  245.18, 245.19, 254.20, 254.21, 268.04, 268.09, 268.11, 268.12,
1363  268.13, 268.14, 268.15, 268.16, 268.17, 268.18, 268.19, 268.20,
1364  268.21, 273.09, 273.14, 273.16, 273.17, 273.18, 273.19, 273.20,
1365  273.21, 273.23, 273.24, 273.25, 273.26, 273.27, 273.28, 273.29,
1366  273.30, 273.31, 273.32, and 273.33.
1367  2. That part of tract 244.06 consisting of:
1368  a. All of block group 1.
1369  b. That part of block group 2 consisting of blocks 0, 1,
1370  and 2.
1371  c. All of block group 3.
1372  3. That part of tract 244.12 consisting of:
1373  a. All of block group 2.

SEN-0000188

 652836

1374   b. All of block group 3.
1375   4. That part of tract 245.14 consisting of:
1376   a. All of block group 1.
1377   b. That part of block group 2 consisting of blocks 0, 1, 2,
1378   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 19, 22, 23,
1379   24, 25, 26, 28, 32, 33, 34, 35, 36, and 37.
1380   c. That part of block group 3 consisting of blocks 0, 1, 2,
1381   3, 4, 5, 6, 7, 8, 12, 13, 15, 17, 18, 19, 20, 21, 22, 23, 24,
1382   25, 26, 27, 28, 51, and 52.
1383   5. That part of tract 272.04 consisting of:
1384   a. All of block group 1.
1385   b. That part of block group 2 consisting of blocks 0, 1, 2,
1386   3, 4, 5, 6, 7, 8, 11, and 12.
1387   c. That part of block group 3 consisting of blocks 0, 1, 2,
1388   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 18, 19, 20, 22,
1389   23, 24, 25, 26, 27, 28, and 29.
1390   6. That part of tract 273.08 consisting of:
1391   a. That part of block group 1 consisting of blocks 0, 1, 2,
1392   3, 4, 5, 6, 7, 8, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59,
1393   60, 61, 62, 63, 64, and 65.
1394   7. That part of tract 274.01 consisting of:
1395   a. All of block group 2.
1396   8. That part of tract 274.04 consisting of:
1397   a. That part of block group 1 consisting of blocks 0, 1, 2,
1398   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1399   21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
1400   37, and 38.
1401   (15) District 15 is composed of:
1402   (a) That part of Hillsborough County consisting of:

SEN-0000189

 652836

1403      1. All of tracts 1.01, 1.02, 2.02, 3.02, 8.00, 9.01, 9.02,
1404  10.02, 18.00, 36.00, 37.00, 101.05, 101.06, 101.07, 101.08,
1405  102.03, 102.04, 102.10, 102.11, 102.12, 102.13, 102.15, 102.16,
1406  102.17, 102.18, 103.03, 103.04, 103.05, 104.01, 104.02, 105.01,
1407  105.02, 106.00, 107.01, 107.02, 108.08, 108.09, 108.10, 108.11,
1408  108.14, 108.15, 108.16, 108.19, 108.20, 108.21, 108.23, 108.24,
1409  109.00, 110.08, 110.10, 110.13, 110.16, 110.17, 110.18, 110.19,
1410  120.01, 120.02, 121.03, 121.06, 121.07, 121.08, 121.09, 121.10,
1411  122.06, 122.07, 122.08, 122.09, 122.10, 122.11, 122.12, 122.13,
1412  123.01, 123.03, 123.04, 124.01, 124.02, 124.03, 125.01, 125.03,
1413  125.04, 126.00, 127.01, 127.02, 128.00, 129.00, 130.01, 130.02,
1414  130.03, 130.04, 131.00, 132.03, 132.04, 132.05, 132.06, 132.07,
1415  132.08, 133.05, 133.07, 133.10, 133.11, 133.12, 133.13, 133.14,
1416  133.15, 133.16, 133.17, 133.19, 133.20, 133.22, 133.23, 134.06,
1417  134.07, 134.09, 134.10, 134.11, 134.12, 134.13, 134.14, 134.15,
1418  135.01, 135.03, 135.04, 135.05, 136.02, 137.02, 137.03, 137.05,
1419  137.06, 138.02, 138.03, 138.04, 138.06, 138.07, 139.12, 139.15,
1420  139.16, 139.17, 139.18, 139.19, 139.22, 139.23, 139.24, 139.25,
1421  139.26, 143.00, 9803.00, and 9804.00.
1422      2. That part of tract 2.01 consisting of:
1423      a. That part of block group 1 consisting of blocks 0, 2, 3,
1424  4, 5, 6, and 7.
1425      b. That part of block group 2 consisting of blocks 0, 1, 2,
1426  3, 4, 5, 6, 7, 8, 9, 21, 22, 23, 24, 25, and 26.
1427      3. That part of tract 3.01 consisting of:
1428      a. That part of block group 1 consisting of blocks 0, 1, 2,
1429  3, 4, 5, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, and 32.
1430      b. All of block group 2.
1431      c. That part of block group 3 consisting of blocks 0, 1,

SEN-0000190

Florida Senate - 2022                    COMMITTEE AMENDMENT
Bill No. SB 102

 652836

1432 | and 2.
1433 |        d. All of block group 4.
1434 |        4. That part of tract 10.01 consisting of:
1435 |        a. That part of block group 1 consisting of blocks 0, 1, 2,
1436 | 3, 4, and 5.
1437 |        b. That part of block group 2 consisting of blocks 8, 9,
1438 | and 10.
1439 |        5. That part of tract 11.00 consisting of:
1440 |        a. That part of block group 3 consisting of block 0.
1441 |        6. That part of tract 19.00 consisting of:
1442 |        a. That part of block group 1 consisting of blocks 0, 1, 2,
1443 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 16, 17, 18, 19, 20, 21, 22, 23, 24,
1444 | 25, 26, 27, 28, and 29.
1445 |        b. That part of block group 2 consisting of blocks 0, 1, 2,
1446 | 3, 4, 5, 6, 7, 8, 21, 22, 23, 24, 25, 26, 27, and 28.
1447 |        c. That part of block group 3 consisting of blocks 0, 1, 2,
1448 | 3, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, and 32.
1449 |        7. That part of tract 34.00 consisting of:
1450 |        a. That part of block group 2 consisting of blocks 0, 1, 2,
1451 | 3, 4, 5, 6, 8, 9, 10, 11, 12, 13, 14, 15, and 16.
1452 |        b. That part of block group 3 consisting of blocks 0, 1, 2,
1453 | 3, 4, 5, 6, 7, 8, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38,
1454 | 39, 40, 41, 42, 43, 44, 45, 46, and 47.
1455 |        8. That part of tract 35.00 consisting of:
1456 |        a. That part of block group 3 consisting of blocks 0, 1, 2,
1457 | 5, 6, 7, 8, 9, 10, 11, 14, 15, 19, 20, and 21.
1458 |        b. All of block group 4.
1459 |        9. That part of tract 38.00 consisting of:
1460 |        a. That part of block group 1 consisting of blocks 0, 1, 2,

1/11/2022 12:17:06 PM                         598-01930-22

SEN-0000191

Florida Senate - 2022                      COMMITTEE AMENDMENT
Bill No. SB 102

 652836

1461 | 6, 7, 8, 9, 10, 11, 12, 13, 14, 47, 48, 49, 50, 51, 52, 53, 54,
1462 | 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70,
1463 | 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86,
1464 | 87, 88, 89, 90, 112, 113, 114, 115, 116, 117, 118, 122, 123,
1465 | 124, 125, 126, 127, 128, and 130.
1466 | 10. That part of tract 53.02 consisting of:
1467 | a. That part of block group 2 consisting of blocks 0, 1, 4,
1468 | 5, 6, 7, 8, 10, 11, 14, 15, 16, 17, 18, 19, 20, 21, 23, and 24.
1469 | 11. That part of tract 108.05 consisting of:
1470 | a. All of block group 2.
1471 | b. All of block group 3.
1472 | 12. That part of tract 108.17 consisting of:
1473 | a. All of block group 1.
1474 | b. All of block group 2.
1475 | c. That part of block group 3 consisting of blocks 0, 1, 7,
1476 | 8, 9, and 10.
1477 | 13. That part of tract 108.22 consisting of:
1478 | a. That part of block group 1 consisting of blocks 0, 1, 3,
1479 | 4, and 10.
1480 | b. All of block group 2.
1481 | 14. That part of tract 110.03 consisting of:
1482 | a. All of block group 1.
1483 | b. All of block group 2.
1484 | c. That part of block group 3 consisting of blocks 5, 6, 7,
1485 | 8, 12, 13, 14, and 15.
1486 | d. All of block group 4.
1487 | 15. That part of tract 136.04 consisting of:
1488 | a. That part of block group 1 consisting of blocks 36, 37,
1489 | 38, 39, 40, 41, 42, 43, 44, 45, 46, 50, 51, 52, 53, 54, 55, 56,

1/11/2022 12:17:06 PM                          598-01930-22

SEN-0000192

 652836

| | |
|---|---|
| 1490 | 57, 58, 59, 61, 62, 63, 70, 71, 75, 76, 77, and 78. |
| 1491 | 16. That part of tract 138.01 consisting of: |
| 1492 | a. That part of block group 2 consisting of blocks 0, 1, 2, |
| 1493 | 3, 4, 5, 6, and 7. |
| 1494 | 17. That part of tract 139.03 consisting of: |
| 1495 | a. All of block group 1. |
| 1496 | b. That part of block group 2 consisting of blocks 0, 1, 2, |
| 1497 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, |
| 1498 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, |
| 1499 | 37, 38, and 39. |
| 1500 | 18. That part of tract 139.07 consisting of: |
| 1501 | a. That part of block group 1 consisting of blocks 0, 1, 2, |
| 1502 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 15, and 16. |
| 1503 | b. That part of block group 2 consisting of blocks 0, 1, 2, |
| 1504 | 3, 4, 5, and 28. |
| 1505 | 19. That part of tract 139.13 consisting of: |
| 1506 | a. All of block group 1. |
| 1507 | b. That part of block group 2 consisting of blocks 0, 1, 2, |
| 1508 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, |
| 1509 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 33, 35, 36, 37, 38, 39, |
| 1510 | 40, 46, 47, 48, 49, 50, and 51. |
| 1511 | c. All of block group 3. |
| 1512 | 20. That part of tract 140.07 consisting of: |
| 1513 | a. That part of block group 1 consisting of blocks 0, 1, |
| 1514 | and 2. |
| 1515 | (16) District 16 is composed of: |
| 1516 | (a) All of Manatee County. |
| 1517 | (b) That part of Hillsborough County consisting of: |
| 1518 | 1. All of tracts 139.14, 140.02, 140.03, 140.08, 140.09, |

SEN-0000193

 652836

1519  140.10, 140.11, 140.12, 140.13, 140.14, 140.17, 141.04, 141.06,
1520  141.08, 141.09, 141.17, 141.18, 141.19, 141.21, 141.22, 9802.00,
1521  and 9901.00.
1522       2. That part of tract 138.01 consisting of:
1523       a. That part of block group 1 consisting of blocks 34, 35,
1524  36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51,
1525  52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67,
1526  and 68.
1527       b. That part of block group 2 consisting of blocks 8, 9,
1528  10, 11, 12, 13, 14, 15, 16, 17, 18, and 19.
1529       3. That part of tract 139.03 consisting of:
1530       a. That part of block group 2 consisting of blocks 40, 41,
1531  42, 43, 44, 45, 46, 47, 48, 49, 50, and 51.
1532       4. That part of tract 139.07 consisting of:
1533       a. That part of block group 1 consisting of blocks 14, 17,
1534  18, 19, 20, 21, and 22.
1535       b. That part of block group 2 consisting of blocks 6, 7, 8,
1536  9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24,
1537  25, 26, 27, and 29.
1538       5. That part of tract 139.13 consisting of:
1539       a. That part of block group 2 consisting of blocks 31, 32,
1540  34, 41, 42, 43, 44, and 45.
1541       6. That part of tract 140.07 consisting of:
1542       a. That part of block group 1 consisting of blocks 3, 4, 5,
1543  6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22,
1544  23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38,
1545  39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54,
1546  55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70,
1547  71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, and 82.

1/11/2022 12:17:06 PM                              598-01930-22

SEN-0000194

 652836

| | |
|---|---|
| 1548 | 7. That part of tract 9900.00 consisting of: |
| 1549 | a. That part of block group 0 consisting of blocks 8, 9, |
| 1550 | 11, 12, 13, 14, 15, 27, 28, 32, 33, 34, 35, 36, 37, 38, 39, 40, |
| 1551 | and 41. |
| 1552 | (c) That part of Sarasota County consisting of: |
| 1553 | 1. All of tracts 1.02, 1.03, 1.04, 2.00, 3.00, 4.01, 4.04, |
| 1554 | 4.05, 4.06, 4.07, 5.01, 5.02, 5.03, 6.01, 6.02, 7.00, 8.01, |
| 1555 | 8.02, 9.00, 10.00, 11.01, 11.02, 12.02, 12.03, 12.04, 12.05, |
| 1556 | 12.06, 13.01, 13.02, 13.03, 13.04, 14.02, 14.03, 14.04, 14.05, |
| 1557 | 15.03, 15.04, 15.05, 15.08, 15.09, 15.10, 15.11, 16.01, 16.02, |
| 1558 | 17.02, 17.03, 17.04, 18.01, 18.03, 18.04, 18.05, 19.03, 19.04, |
| 1559 | 19.05, 19.09, 20.03, 20.04, 20.07, 20.08, 20.11, 20.12, 20.13, |
| 1560 | 20.14, 20.15, 20.16, 21.01, 21.02, 22.01, 22.03, 22.04, 22.05, |
| 1561 | 23.02, 23.05, 27.14, 27.25, and 27.27. |
| 1562 | 2. That part of tract 23.04 consisting of: |
| 1563 | a. That part of block group 1 consisting of blocks 0 and 2. |
| 1564 | b. That part of block group 2 consisting of blocks 0, 1, 8, |
| 1565 | 9, 10, and 11. |
| 1566 | c. That part of block group 3 consisting of block 0. |
| 1567 | 3. That part of tract 23.06 consisting of: |
| 1568 | a. All of block group 1. |
| 1569 | 4. That part of tract 24.04 consisting of: |
| 1570 | a. That part of block group 1 consisting of blocks 1 and |
| 1571 | 15. |
| 1572 | 5. That part of tract 27.16 consisting of: |
| 1573 | a. That part of block group 1 consisting of blocks 0, 1, 2, |
| 1574 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 20, 21, 22, |
| 1575 | 23, 24, 25, 26, and 43. |
| 1576 | 6. That part of tract 27.26 consisting of: |

SEN-0000195

Florida Senate - 2022                                 COMMITTEE AMENDMENT
Bill No. SB 102

 652836

1577          a. All of block group 1.
1578          b. That part of block group 2 consisting of blocks 0, 1, 2,
1579    3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1580    21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
1581    37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52,
1582    53, 54, 55, 56, 57, 58, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74,
1583    75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90,
1584    91, 92, 93, 94, 95, 96, 97, 98, 99, and 115.
1585          7. That part of tract 27.38 consisting of:
1586          a. That part of block group 2 consisting of block 1.
1587          8. That part of tract 9900.00 consisting of:
1588          a. That part of block group 0 consisting of blocks 1, 2, 3,
1589    4, 5, 6, and 7.
1590          (17) District 17 is composed of:
1591          (a) All of Charlotte County.
1592          (b) All of De Soto County.
1593          (c) All of Glades County.
1594          (d) All of Hardee County.
1595          (e) All of Highlands County.
1596          (f) All of Okeechobee County.
1597          (g) That part of Lee County consisting of:
1598          1. All of tracts 3.03, 3.04, 3.05, 3.06, 4.01, 4.02, 5.02,
1599    5.03, 5.04, 6.00, 12.04, 201.02, 201.03, 201.04, 202.01, 202.02,
1600    203.01, 203.02, 204.00, 205.01, 301.00, 302.01, 302.02, 302.05,
1601    303.00, 401.09, 401.21, 401.22, 401.24, 401.25, 401.26, 401.27,
1602    402.05, 402.06, 402.07, 402.08, 402.09, 402.10, 402.11, 402.12,
1603    403.01, 403.02, 403.03, 403.04, 403.05, 403.10, 403.11, 403.12,
1604    403.13, 403.14, 403.15, and 403.16.
1605          2. That part of tract 7.00 consisting of:

1/11/2022 12:17:06 PM                                    598-01930-22

SEN-0000196

Florida Senate - 2022                    COMMITTEE AMENDMENT
Bill No. SB 102

 652836

1606        a. That part of block group 3 consisting of blocks 0 and
1607   10.
1608        3. That part of tract 12.03 consisting of:
1609        a. All of block group 1.
1610        b. That part of block group 2 consisting of blocks 0, 1, 2,
1611   3, 6, 7, 8, 9, 10, 11, 12, 16, 17, 18, and 19.
1612        c. That part of block group 3 consisting of blocks 0, 1, 2,
1613   3, and 4.
1614        4. That part of tract 12.05 consisting of:
1615        a. All of block group 1.
1616        b. That part of block group 2 consisting of blocks 0, 1, 3,
1617   and 9.
1618        5. That part of tract 205.02 consisting of:
1619        a. That part of block group 1 consisting of blocks 0, 1, 2,
1620   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1621   and 21.
1622        b. All of block group 2.
1623        c. All of block group 3.
1624        d. All of block group 4.
1625        6. That part of tract 401.23 consisting of:
1626        a. All of block group 1.
1627        b. All of block group 2.
1628        c. That part of block group 3 consisting of blocks 0, 1, 2,
1629   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 16, 18, 19, 20, 21, 22,
1630   23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38,
1631   39, 40, 41, and 42.
1632        d. All of block group 4.
1633        7. That part of tract 401.38 consisting of:
1634        a. That part of block group 4 consisting of blocks 43 and

1/11/2022 12:17:06 PM                              598-01930-22

SEN-0000197

Florida Senate - 2022
Bill No. SB 102

COMMITTEE AMENDMENT

 652836

```
1635  44.
1636       8. That part of tract 403.08 consisting of:
1637       a. All of block group 1.
1638       b. That part of block group 2 consisting of blocks 0, 1, 2,
1639  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1640  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
1641  37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52,
1642  53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68,
1643  69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 81, 82, 83, 84, 85,
1644  86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100,
1645  101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113,
1646  114, 115, 116, 117, 118, 119, 120, 121, 122, 123, 124, 125, 126,
1647  127, 128, 129, 130, 131, 132, 133, 134, and 135.
1648       c. All of block group 3.
1649       9. That part of tract 803.00 consisting of:
1650       a. That part of block group 1 consisting of blocks 0, 1, 2,
1651  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 23, 24, 30, 31,
1652  32, 33, 34, 35, and 36.
1653       b. That part of block group 3 consisting of blocks 0, 1, 5,
1654  6, and 7.
1655       (h)  That part of Sarasota County consisting of:
1656       1. All of tracts 23.07, 24.01, 24.03, 25.04, 25.05, 25.07,
1657  25.08, 25.09, 25.10, 25.11, 26.01, 26.02, 26.03, 26.04, 26.05,
1658  27.10, 27.20, 27.21, 27.23, 27.24, 27.28, 27.29, 27.30, 27.31,
1659  27.32, 27.33, 27.34, 27.35, 27.36, 27.37, 27.39, 27.40, 27.41,
1660  27.42, 27.43, 27.44, 27.45, 27.46, 27.47, and 27.48.
1661       2. That part of tract 23.04 consisting of:
1662       a. That part of block group 1 consisting of blocks 1, 3, 4,
1663  5, 6, 7, 8, 9, 10, 11, 12, 13, and 14.
```

1/11/2022 12:17:06 PM                                598-01930-22

SEN-0000198

 652836

```
1664        b. That part of block group 2 consisting of blocks 2, 3, 4,
1665   5, 6, 7, 12, and 13.
1666        c. That part of block group 3 consisting of blocks 1, 2, 3,
1667   4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1668   and 21.
1669        3. That part of tract 23.06 consisting of:
1670        a. All of block group 2.
1671        4. That part of tract 24.04 consisting of:
1672        a. That part of block group 1 consisting of blocks 0, 2, 3,
1673   4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 16, 17, 18, 19, 20, 21,
1674   22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37,
1675   38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53,
1676   54, and 55.
1677        b. All of block group 2.
1678        5. That part of tract 27.16 consisting of:
1679        a. That part of block group 1 consisting of blocks 18, 19,
1680   27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42,
1681   44, 45, and 46.
1682        b. All of block group 2.
1683        c. All of block group 3.
1684        6. That part of tract 27.26 consisting of:
1685        a. That part of block group 2 consisting of blocks 59, 60,
1686   61, 62, 63, 64, 100, 101, 102, 103, 104, 105, 106, 107, 108,
1687   109, 110, 111, 112, 113, and 114.
1688        7. That part of tract 27.38 consisting of:
1689        a. All of block group 1.
1690        b. That part of block group 2 consisting of blocks 0, 2, 3,
1691   4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1692   21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
```

1/11/2022 12:17:06 PM                          598-01930-22

SEN-0000199

Florida Senate - 2022                              COMMITTEE AMENDMENT
Bill No. SB 102

 652836

1693 | 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52,
1694 | 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68,
1695 | 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84,
1696 | and 85.
1697 |      c. All of block group 3.
1698 |      8. That part of tract 9900.00 consisting of:
1699 |      a. That part of block group 0 consisting of blocks 8, 9,
1700 | 10, and 11.
1701 |      (18) District 18 is composed of:
1702 |      (a) All of Martin County.
1703 |      (b) All of St Lucie County.
1704 |      (c) That part of Indian River County consisting of:
1705 |      1. All of tracts 506.0 and 506.08.
1706 |      2. That part of tract 506.03 consisting of:
1707 |      a. That part of block group 3 consisting of block 45.
1708 |      3. That part of tract 506.07 consisting of:
1709 |      a. All of block group 1.
1710 |      b. That part of block group 2 consisting of blocks 0, 1, 2,
1711 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 17, 18, 19, 20, 21,
1712 | 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37,
1713 | and 38.
1714 |      c. All of block group 3.
1715 |      4. That part of tract 507.07 consisting of:
1716 |      a. That part of block group 2 consisting of block 17.
1717 |      (d) That part of Palm Beach County consisting of:
1718 |      1. All of tracts 1.02, 1.03, 1.04, 2.02, 2.04, 2.08, 2.10,
1719 | 2.11, 2.13, 2.14, 2.16, 2.17, 2.18, 2.19, 2.20, 2.21, 2.22,
1720 | 2.23, 3.01, 3.03, 3.04, 4.05, 4.06, 4.07, 4.08, 4.10, 5.05,
1721 | 5.07, 5.09, 5.12, 5.13, 6.00, 7.02, 7.03, 8.03, 8.05, 9.02,

1/11/2022 12:17:06 PM                              598-01930-22

SEN-0000200

COMMITTEE AMENDMENT

 652836

1722  9.03, 9.04, 9.05, 11.02, 78.05, 78.14, 78.20, 78.21, 78.23,
1723  78.30, 78.31, 78.34, 78.35, 78.37, 78.40, 78.41, 78.45, 78.46,
1724  78.47, 79.09, 79.13, 79.14, 79.15, 79.18, 79.19, 9801.00, and
1725  9802.00.
1726      2. That part of tract 10.03 consisting of:
1727      a. That part of block group 1 consisting of blocks 0, 1, 2,
1728  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 22,
1729  23, 24, 25, 27, 28, 29, 30, 31, 32, and 33.
1730      b. All of block group 2.
1731      c. That part of block group 3 consisting of blocks 0, 1, 2,
1732  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 17, 21, 22, and 23.
1733      3. That part of tract 10.04 consisting of:
1734      a. All of block group 1.
1735      b. All of block group 2.
1736      c. All of block group 3.
1737      d. All of block group 4.
1738      4. That part of tract 12.00 consisting of:
1739      a. All of block group 1.
1740      5. That part of tract 15.00 consisting of:
1741      a. That part of block group 3 consisting of blocks 0, 1, 2,
1742  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1743  21, 37, and 38.
1744      6. That part of tract 16.00 consisting of:
1745      a. All of block group 1.
1746      b. All of block group 2.
1747      7. That part of tract 17.00 consisting of:
1748      a. All of block group 1.
1749      b. That part of block group 3 consisting of blocks 0, 1, 2,
1750  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,

SEN-0000201

Florida Senate - 2022                              COMMITTEE AMENDMENT
Bill No. SB 102

 652836

1751 | 21, 22, 23, 24, 26, 27, 28, 29, 31, 32, 33, and 34.
1752 |      8. That part of tract 23.00 consisting of:
1753 |      a. That part of block group 1 consisting of blocks 0, 1, 2,
1754 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, and 20.
1755 |      b. That part of block group 3 consisting of blocks 0, 8, 9,
1756 | 10, 13, 21, 22, 23, 24, 27, 28, 29, 30, 31, 32, and 33.
1757 |      9. That part of tract 35.07 consisting of:
1758 |      a. That part of block group 1 consisting of blocks 1, 2, 3,
1759 | 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1760 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
1761 | 37, and 38.
1762 |      b. That part of block group 2 consisting of blocks 0, 1, 2,
1763 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 21,
1764 | 22, 23, 24, 25, 26, 27, and 28.
1765 |      c. All of block group 3.
1766 |      10. That part of tract 35.12 consisting of:
1767 |      a. That part of block group 1 consisting of blocks 3, 4,
1768 | and 9.
1769 |      11. That part of tract 78.38 consisting of:
1770 |      a. All of block group 1.
1771 |      12. That part of tract 78.42 consisting of:
1772 |      a. That part of block group 1 consisting of blocks 0, 1, 2,
1773 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, and 16.
1774 |      b. All of block group 2.
1775 |      13. That part of tract 78.43 consisting of:
1776 |      a. That part of block group 1 consisting of block 6.
1777 |      14. That part of tract 78.44 consisting of:
1778 |      a. That part of block group 1 consisting of blocks 0, 1, 2,
1779 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 18, 19, 20, 21,

1/11/2022 12:17:06 PM                              598-01930-22

SEN-0000202

Florida Senate - 2022                    COMMITTEE AMENDMENT
Bill No. SB 102

 652836

1780  22, 23, 24, 25, 26, and 27.
1781      15. That part of tract 9900.00 consisting of:
1782      a. That part of block group 0 consisting of blocks 1, 2, 3,
1783  4, 5, and 6.
1784      (19) District 19 is composed of:
1785      (a) That part of Collier County consisting of:
1786      1. All of tracts 1.01, 1.02, 2.00, 3.01, 3.02, 4.01, 4.02,
1787  5.00, 6.00, 7.00, 101.02, 101.07, 101.08, 101.09, 101.10,
1788  101.11, 101.12, 101.13, 101.14, 102.05, 102.08, 102.09, 102.10,
1789  102.11, 102.13, 102.15, 102.16, 102.17, 103.00, 104.01, 104.29,
1790  104.30, 104.31, 104.32, 104.33, 104.34, 104.37, 104.38, 105.08,
1791  105.11, 105.13, 105.14, 105.15, 105.16, 105.17, 105.18, 105.19,
1792  105.20, 106.01, 106.02, 106.04, 106.05, 106.06, 107.01, 107.02,
1793  108.01, 108.04, 108.05, 108.06, 108.07, 108.08, 109.02, 109.04,
1794  109.05, 109.06, 109.07, 110.03, 112.07, 112.09, and 112.13.
1795      2. That part of tract 104.11 consisting of:
1796      a. That part of block group 3 consisting of blocks 18 and
1797  19.
1798      3. That part of tract 105.12 consisting of:
1799      a. That part of block group 1 consisting of blocks 1, 2, 3,
1800  4, 5, 6, 7, 8, 9, 11, 12, 13, and 14.
1801      b. All of block group 2.
1802      4. That part of tract 111.03 consisting of:
1803      a. That part of block group 1 consisting of blocks 23 and
1804  24.
1805      b. That part of block group 2 consisting of blocks 1, 16,
1806  and 17.
1807      5. That part of tract 111.09 consisting of:
1808      a. That part of block group 1 consisting of blocks 7, 8,

1/11/2022 12:17:06 PM                        598-01930-22

SEN-0000203

 652836

1809 | 27, and 28.
1810 |      b. That part of block group 2 consisting of block 21.
1811 |      6. That part of tract 111.10 consisting of:
1812 |      a. That part of block group 1 consisting of block 6.
1813 |      b. That part of block group 2 consisting of blocks 19 and
1814 | 20.
1815 |      7. That part of tract 111.12 consisting of:
1816 |      a. That part of block group 1 consisting of blocks 10, 24,
1817 | 27, 28, 31, and 32.
1818 |      8. That part of tract 9900.00 consisting of:
1819 |      a. That part of block group 0 consisting of blocks 1, 2, 3,
1820 | 4, 5, 6, 7, and 8.
1821 |      (b) That part of Lee County consisting of:
1822 |      1. All of tracts 8.00, 9.00, 10.01, 10.02, 11.01, 11.03,
1823 | 11.04, 12.06, 12.07, 12.08, 12.09, 13.00, 14.01, 14.02, 15.01,
1824 | 15.02, 16.01, 16.02, 17.01, 17.05, 17.06, 17.08, 17.09, 17.10,
1825 | 17.11, 18.01, 18.02, 19.03, 19.08, 19.10, 19.11, 19.12, 19.13,
1826 | 19.15, 19.16, 19.17, 19.18, 19.19, 19.20, 19.21, 19.22, 19.23,
1827 | 101.04, 101.06, 101.07, 101.08, 101.09, 101.10, 101.11, 101.12,
1828 | 101.13, 102.03, 102.05, 102.06, 102.07, 102.08, 102.09, 102.10,
1829 | 103.02, 103.03, 103.05, 103.06, 103.07, 103.08, 103.09, 104.04,
1830 | 104.11, 104.12, 104.13, 104.14, 104.15, 104.16, 104.17, 104.18,
1831 | 104.19, 104.20, 104.21, 104.22, 104.23, 105.01, 105.03, 105.04,
1832 | 106.01, 106.02, 107.01, 107.02, 108.01, 108.02, 108.03, 206.00,
1833 | 207.00, 208.01, 208.02, 401.08, 401.10, 401.11, 401.13, 401.17,
1834 | 401.18, 401.20, 401.28, 401.29, 401.30, 401.31, 401.32, 401.33,
1835 | 401.34, 401.35, 401.36, 401.37, 401.39, 501.03, 501.04, 501.05,
1836 | 501.06, 502.04, 502.05, 502.06, 502.07, 502.08, 502.10, 502.11,
1837 | 502.12, 502.13, 503.05, 503.06, 503.11, 503.12, 503.15, 503.16,

1/11/2022 12:17:06 PM                              598-01930-22

SEN-0000204

 652836

| | |
|---|---|
| 1838 | 503.17, 503.18, 503.19, 503.20, 503.21, 503.22, 503.23, 503.24, |
| 1839 | 503.25, 504.01, 504.02, 505.01, 505.02, 506.01, 506.03, 506.04, |
| 1840 | 601.01, 601.02, 602.01, 602.02, 602.03, 603.00, 701.01, 701.02, |
| 1841 | 702.01, 702.02, 801.00, 802.02, 802.03, 802.04, 901.00, 9800.00, |
| 1842 | and 9900.00. |
| 1843 | 2. That part of tract 7.00 consisting of: |
| 1844 | a. All of block group 1. |
| 1845 | b. All of block group 2. |
| 1846 | c. That part of block group 3 consisting of blocks 1, 2, 3, |
| 1847 | 4, 5, 6, 7, 8, 9, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, |
| 1848 | 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, |
| 1849 | 38, 39, 40, 41, 42, 43, 44, 45, and 46. |
| 1850 | 3. That part of tract 12.03 consisting of: |
| 1851 | a. That part of block group 2 consisting of blocks 4, 5, |
| 1852 | 13, 14, and 15. |
| 1853 | b. That part of block group 3 consisting of blocks 5, 6, 7, |
| 1854 | 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, |
| 1855 | 24, 25, 26, 27, and 28. |
| 1856 | 4. That part of tract 12.05 consisting of: |
| 1857 | a. That part of block group 2 consisting of blocks 2, 4, 5, |
| 1858 | 6, 7, 8, 10, 11, 12, 13, and 14. |
| 1859 | 5. That part of tract 205.02 consisting of: |
| 1860 | a. That part of block group 1 consisting of blocks 22, 23, |
| 1861 | and 24. |
| 1862 | 6. That part of tract 401.23 consisting of: |
| 1863 | a. That part of block group 3 consisting of blocks 15 and |
| 1864 | 17. |
| 1865 | 7. That part of tract 401.38 consisting of: |
| 1866 | a. All of block group 1. |

SEN-0000205

Florida Senate - 2022                    COMMITTEE AMENDMENT
Bill No. SB 102

 652836

1867 | b. All of block group 2.
1868 | c. All of block group 3.
1869 | d. That part of block group 4 consisting of blocks 0, 1, 2,
1870 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1871 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
1872 | 37, 38, 39, 40, 41, 42, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54,
1873 | 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70,
1874 | 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86,
1875 | 87, 88, 89, 90, 91, 92, and 93.
1876 | 8. That part of tract 403.08 consisting of:
1877 | a. That part of block group 2 consisting of block 80.
1878 | 9. That part of tract 803.00 consisting of:
1879 | a. That part of block group 1 consisting of blocks 17, 18,
1880 | 19, 20, 21, 22, 25, 26, 27, 28, and 29.
1881 | b. All of block group 2.
1882 | c. That part of block group 3 consisting of blocks 2, 3, 4,
1883 | and 8.
1884 | (20) District 20 is composed of:
1885 | (a) That part of Broward County consisting of:
1886 | 1. All of tracts 103.04, 103.05, 107.01, 107.02, 204.04,
1887 | 204.05, 204.06, 204.07, 204.12, 204.14, 204.15, 204.16, 204.17,
1888 | 204.18, 204.19, 204.20, 204.21, 205.01, 303.01, 303.02, 304.01,
1889 | 304.02, 306.02, 308.04, 308.05, 308.06, 408.01, 409.01, 409.02,
1890 | 410.00, 411.00, 412.00, 413.00, 415.00, 428.01, 428.02, 429.00,
1891 | 502.04, 502.05, 502.06, 502.07, 502.08, 503.01, 503.06, 503.08,
1892 | 503.09, 503.11, 503.12, 503.13, 503.14, 503.15, 503.16, 504.01,
1893 | 504.02, 508.00, 601.05, 601.07, 601.09, 601.11, 601.13, 601.14,
1894 | 601.15, 601.16, 601.17, 601.18, 601.19, 601.23, 601.24, 601.25,
1895 | 601.26, 601.27, 601.28, 601.29, 601.30, 602.03, 602.06, 602.07,

1/11/2022 12:17:06 PM                         598-01930-22

SEN-0000206

Florida Senate - 2022                    COMMITTEE AMENDMENT
Bill No. SB 102

 652836

1896  602.08, 602.09, 602.10, 602.11, 602.12, 602.14, 602.15, 603.02,
1897  603.03, 603.04, 603.05, 603.06, 604.01, 604.02, 604.04, 604.05,
1898  605.01, 605.05, 606.05, 606.06, 606.07, 607.00, 608.01, and
1899  608.02.
1900       2. That part of tract 102.01 consisting of:
1901       a. That part of block group 2 consisting of block 4.
1902       3. That part of tract 103.06 consisting of:
1903       a. That part of block group 1 consisting of blocks 2 and 3.
1904       b. All of block group 2.
1905       4. That part of tract 103.07 consisting of:
1906       a. All of block group 1.
1907       b. That part of block group 2 consisting of blocks 0, 1, 2,
1908  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1909  21, 22, 23, 24, 25, 30, 31, 32, 33, and 36.
1910       5. That part of tract 106.01 consisting of:
1911       a. That part of block group 2 consisting of blocks 24 and
1912  25.
1913       6. That part of tract 106.12 consisting of:
1914       a. That part of block group 1 consisting of block 37.
1915       b. That part of block group 2 consisting of block 23.
1916       7. That part of tract 201.03 consisting of:
1917       a. That part of block group 1 consisting of blocks 2, 3, 4,
1918  5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 17, 18, and 19.
1919       8. That part of tract 202.09 consisting of:
1920       a. That part of block group 1 consisting of blocks 15, 16,
1921  and 17.
1922       9. That part of tract 202.10 consisting of:
1923       a. That part of block group 1 consisting of blocks 4, 5, 6,
1924  7, 8, 9, 10, 11, and 12.

1/11/2022 12:17:06 PM                          598-01930-22

SEN-0000207

Florida Senate - 2022                          COMMITTEE AMENDMENT
Bill No. SB 102

 652836

| 1925 | 10. That part of tract 202.11 consisting of: |
| 1926 | a. That part of block group 1 consisting of blocks 6, 7, 8, |
| 1927 | 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, and 20. |
| 1928 | 11. That part of tract 203.12 consisting of: |
| 1929 | a. That part of block group 1 consisting of block 7. |
| 1930 | 12. That part of tract 203.18 consisting of: |
| 1931 | a. That part of block group 1 consisting of block 6. |
| 1932 | 13. That part of tract 203.26 consisting of: |
| 1933 | a. That part of block group 2 consisting of block 17. |
| 1934 | 14. That part of tract 205.02 consisting of: |
| 1935 | a. All of block group 1. |
| 1936 | b. That part of block group 2 consisting of blocks 0, 2, 6, |
| 1937 | 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, |
| 1938 | 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, and 35. |
| 1939 | c. All of block group 3. |
| 1940 | d. All of block group 4. |
| 1941 | 15. That part of tract 305.00 consisting of: |
| 1942 | a. All of block group 1. |
| 1943 | b. That part of block group 3 consisting of blocks 20, 21, |
| 1944 | 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, and 33. |
| 1945 | c. All of block group 4. |
| 1946 | 16. That part of tract 306.01 consisting of: |
| 1947 | a. All of block group 1. |
| 1948 | b. All of block group 3. |
| 1949 | 17. That part of tract 307.02 consisting of: |
| 1950 | a. That part of block group 2 consisting of blocks 26 and |
| 1951 | 27. |
| 1952 | 18. That part of tract 308.03 consisting of: |
| 1953 | a. That part of block group 1 consisting of blocks 1, 2, 8, |

Page 68 of 109

SEN-0000208

 652836

1954  9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, and 22.
1955       b. All of block group 2.
1956       c. That part of block group 3 consisting of blocks 1, 2, 3,
1957  4, 5, and 7.
1958       19. That part of tract 408.02 consisting of:
1959       a. All of block group 1.
1960       b. That part of block group 2 consisting of blocks 18, 19,
1961  20, 21, 26, 27, 28, and 29.
1962       20. That part of tract 414.00 consisting of:
1963       a. That part of block group 1 consisting of blocks 0, 1, 2,
1964  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1965  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
1966  37, 38, 39, 40, 41, 42, 43, 44, 45, and 46.
1967       b. All of block group 2.
1968       c. All of block group 3.
1969       21. That part of tract 416.01 consisting of:
1970       a. That part of block group 1 consisting of blocks 0, 1, 2,
1971  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, and 15.
1972       b. That part of block group 2 consisting of blocks 2, 3, 4,
1973  5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, and 16.
1974       c. All of block group 3.
1975       22. That part of tract 416.02 consisting of:
1976       a. That part of block group 1 consisting of blocks 0, 1, 2,
1977  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, and 16.
1978       b. All of block group 2.
1979       23. That part of tract 417.00 consisting of:
1980       a. That part of block group 1 consisting of blocks 6, 7, 8,
1981  9, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27,
1982  28, and 29.

SEN-0000209

 652836

| | |
|---|---|
| 1983 | b. All of block group 2. |
| 1984 | c. That part of block group 3 consisting of blocks 0, 1, 2, |
| 1985 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, |
| 1986 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, and 35. |
| 1987 | 24. That part of tract 425.01 consisting of: |
| 1988 | a. That part of block group 2 consisting of blocks 18, 19, |
| 1989 | 20, and 21. |
| 1990 | 25. That part of tract 427.00 consisting of: |
| 1991 | a. That part of block group 4 consisting of blocks 11, 12, |
| 1992 | 13, 14, and 15. |
| 1993 | 26. That part of tract 430.02 consisting of: |
| 1994 | a. That part of block group 1 consisting of blocks 0, 1, 2, |
| 1995 | 3, 4, 5, 6, 7, 8, 9, 10, and 11. |
| 1996 | b. That part of block group 6 consisting of blocks 0, 1, 2, |
| 1997 | and 6. |
| 1998 | 27. That part of tract 501.00 consisting of: |
| 1999 | a. That part of block group 3 consisting of blocks 0, 1, 2, |
| 2000 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 21, 22, 23, 24, 25, |
| 2001 | 26, 27, 28, 29, 35, and 36. |
| 2002 | 28. That part of tract 505.01 consisting of: |
| 2003 | a. That part of block group 3 consisting of blocks 20, 21, |
| 2004 | 22, 23, 24, 25, and 26. |
| 2005 | 29. That part of tract 505.02 consisting of: |
| 2006 | a. That part of block group 1 consisting of blocks 10, 12, |
| 2007 | 13, and 14. |
| 2008 | 30. That part of tract 507.01 consisting of: |
| 2009 | a. That part of block group 1 consisting of blocks 2, 3, 4, |
| 2010 | 6, 7, 8, 9, 10, 11, 12, and 13. |
| 2011 | b. That part of block group 2 consisting of blocks 3, 8, 9, |

1/11/2022 12:17:06 PM                              598-01930-22

SEN-0000210

Florida Senate - 2022                    COMMITTEE AMENDMENT
Bill No. SB 102

 652836

```
2012   10, 11, 12, 13, and 26.
2013        31. That part of tract 509.00 consisting of:
2014        a. That part of block group 5 consisting of blocks 11, 17,
2015   18, 19, 20, 21, 22, 23, and 24.
2016        32. That part of tract 601.20 consisting of:
2017        a. That part of block group 4 consisting of blocks 0, 1, 2,
2018   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2019   21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
2020   37, 38, 39, 40, 41, 42, 43, 44, 62, 65, and 66.
2021        33. That part of tract 601.21 consisting of:
2022        a. All of block group 1.
2023        34. That part of tract 605.03 consisting of:
2024        a. All of block group 1.
2025        35. That part of tract 605.04 consisting of:
2026        a. All of block group 1.
2027        36. That part of tract 609.00 consisting of:
2028        a. That part of block group 1 consisting of block 0.
2029        37. That part of tract 611.00 consisting of:
2030        a. That part of block group 2 consisting of blocks 0, 1,
2031   and 5.
2032        b. That part of block group 3 consisting of block 0.
2033        38. That part of tract 703.21 consisting of:
2034        a. That part of block group 2 consisting of block 0.
2035        39. That part of tract 703.31 consisting of:
2036        a. That part of block group 2 consisting of blocks 2, 3, 4,
2037   5, 6, and 7.
2038        40. That part of tract 9800.00 consisting of:
2039        a. That part of block group 1 consisting of blocks 0, 1, 2,
2040   4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
```

1/11/2022 12:17:06 PM                          598-01930-22

SEN-0000211

 652836

2041  21, 22, 23, 24, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38,
2042  39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 57,
2043  58, 59, 60, 61, 62, 63, 64, 65, 71, and 72.
2044       (b) That part of Palm Beach County consisting of:
2045       1. All of tracts 10.02, 11.01, 13.01, 13.02, 14.02, 14.03,
2046  14.04, 18.01, 18.02, 19.04, 19.07, 19.09, 19.10, 19.11, 19.12,
2047  19.13, 19.16, 19.18, 19.19, 19.20, 19.21, 20.05, 20.06, 22.00,
2048  31.01, 31.02, 32.01, 78.12, 78.13, 78.18, 78.32, 78.33, 78.48,
2049  78.49, 78.50, 78.51, 78.52, 78.53, 79.16, 79.17, 80.01, 80.02,
2050  81.01, 81.02, 82.01, 82.02, 82.03, 83.01, 83.02, 9804.00, and
2051  9901.00.
2052       2. That part of tract 10.03 consisting of:
2053       a. That part of block group 1 consisting of blocks 20, 21,
2054  and 26.
2055       b. That part of block group 3 consisting of blocks 13, 14,
2056  15, 16, 18, 19, and 20.
2057       3. That part of tract 10.04 consisting of:
2058       a. All of block group 5.
2059       4. That part of tract 12.00 consisting of:
2060       a. All of block group 2.
2061       b. All of block group 3.
2062       c. All of block group 4.
2063       5. That part of tract 15.00 consisting of:
2064       a. All of block group 1.
2065       b. All of block group 2.
2066       c. That part of block group 3 consisting of blocks 22, 23,
2067  24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 39, 40, 41,
2068  and 42.
2069       6. That part of tract 16.00 consisting of:

1/11/2022 12:17:06 PM                              598-01930-22

SEN-0000212

 652836

```
2070        a. All of block group 3.
2071        7. That part of tract 17.00 consisting of:
2072        a. All of block group 2.
2073        b. That part of block group 3 consisting of blocks 25, 30,
2074   and 35.
2075        8. That part of tract 19.17 consisting of:
2076        a. That part of block group 1 consisting of blocks 0, 1, 2,
2077   5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
2078   22, 23, 24, 25, 26, 27, 29, and 30.
2079        b. All of block group 2.
2080        c. All of block group 3.
2081        9. That part of tract 21.00 consisting of:
2082        a. All of block group 1.
2083        b. That part of block group 2 consisting of blocks 5, 6, 7,
2084   8, 9, 10, 11, 12, 13, 14, 15, 19, 20, 21, 22, 23, 24, 28, 29,
2085   30, 31, 32, and 33.
2086        10. That part of tract 23.00 consisting of:
2087        a. That part of block group 1 consisting of blocks 16, 17,
2088   18, 19, and 21.
2089        b. That part of block group 3 consisting of blocks 1, 2, 3,
2090   4, 5, 6, 7, 11, 12, 14, 15, 16, 17, 18, 19, 20, 25, and 26.
2091        11. That part of tract 30.00 consisting of:
2092        a. That part of block group 2 consisting of block 18.
2093        12. That part of tract 32.02 consisting of:
2094        a. That part of block group 1 consisting of blocks 0, 1, 2,
2095   3, 4, 5, 6, 7, 8, 9, 19, 20, 21, 22, 23, and 25.
2096        b. All of block group 2.
2097        c. All of block group 3.
2098        d. All of block group 4.
```

SEN-0000213

 652836

2099        13. That part of tract 77.21 consisting of:
2100        a. That part of block group 1 consisting of blocks 6, 7,
2101   and 8.
2102        14. That part of tract 77.59 consisting of:
2103        a. That part of block group 1 consisting of blocks 33 and
2104   34.
2105        15. That part of tract 78.38 consisting of:
2106        a. All of block group 2.
2107        b. All of block group 3.
2108        c. All of block group 4.
2109        16. That part of tract 78.42 consisting of:
2110        a. That part of block group 1 consisting of block 17.
2111        17. That part of tract 78.43 consisting of:
2112        a. That part of block group 1 consisting of blocks 0, 1, 2,
2113   3, 4, 5, 7, 8, and 9.
2114        b. All of block group 2.
2115        c. All of block group 3.
2116        18. That part of tract 78.44 consisting of:
2117        a. That part of block group 1 consisting of block 17.
2118        b. All of block group 2.
2119        19. That part of tract 9805.00 consisting of:
2120        a. That part of block group 1 consisting of block 34.
2121        (21) District 21 is composed of:
2122        (a) That part of Palm Beach County consisting of:
2123        1. All of tracts 24.00, 26.00, 27.01, 27.02, 27.03, 28.00,
2124   29.00, 33.00, 34.00, 35.13, 35.14, 36.00, 37.00, 38.01, 38.02,
2125   39.01, 39.02, 40.05, 40.07, 40.08, 40.09, 40.10, 40.11, 40.12,
2126   40.13, 41.01, 41.02, 42.03, 42.04, 42.05, 42.06, 42.07, 43.00,
2127   44.01, 44.02, 45.00, 46.01, 46.02, 47.02, 47.04, 47.05, 47.06,

SEN-0000214

 652836

2128 | 48.10, 48.13, 48.15, 48.16, 48.17, 48.18, 48.19, 48.20, 48.21,
2129 | 48.22, 48.23, 49.02, 49.03, 49.04, 50.00, 51.01, 51.02, 52.02,
2130 | 52.03, 52.04, 53.00, 54.11, 54.12, 54.13, 55.01, 55.02, 56.01,
2131 | 56.02, 57.02, 57.03, 57.04, 58.07, 58.10, 58.11, 58.12, 58.13,
2132 | 58.14, 58.15, 58.18, 58.19, 58.20, 58.21, 59.16, 59.17, 59.18,
2133 | 59.21, 59.22, 59.23, 59.26, 59.30, 59.31, 59.33, 59.34, 59.36,
2134 | 59.37, 59.38, 59.39, 59.40, 59.42, 59.43, 59.44, 59.45, 59.46,
2135 | 59.47, 59.49, 59.50, 59.51, 59.52, 59.53, 59.54, 59.55, 59.57,
2136 | 59.58, 59.59, 59.60, 59.61, 60.05, 60.06, 60.07, 60.08, 60.09,
2137 | 60.10, 60.11, 60.12, 61.00, 62.01, 62.02, 62.03, 63.01, 63.02,
2138 | 64.01, 64.02, 65.01, 65.02, 66.02, 66.04, 66.06, 66.07, 67.00,
2139 | 68.01, 68.02, 69.06, 69.07, 69.08, 69.09, 69.10, 69.11, 69.12,
2140 | 74.10, 74.12, 77.05, 77.10, 77.23, 77.24, 77.25, 77.43, 77.50,
2141 | 77.51, 77.52, 77.54, 77.57, 77.58, 77.63, 77.64, 77.70, 77.71,
2142 | 77.72, 77.73, 77.74, 77.75, 77.76, 77.78, 77.79, 77.80, and
2143 | 9800.00.
2144 |    2. That part of tract 19.17 consisting of:
2145 |    a. That part of block group 1 consisting of blocks 3, 4,
2146 | 28, 31, 32, 33, and 34.
2147 |    3. That part of tract 21.00 consisting of:
2148 |    a. That part of block group 2 consisting of blocks 0, 1, 2,
2149 | 3, 4, 16, 17, 18, 25, 26, and 27.
2150 |    4. That part of tract 23.00 consisting of:
2151 |    a. All of block group 2.
2152 |    5. That part of tract 30.00 consisting of:
2153 |    a. All of block group 1.
2154 |    b. That part of block group 2 consisting of blocks 0, 1, 2,
2155 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 19, 20, 21,
2156 | 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, and 34.

1/11/2022 12:17:06 PM                              598-01930-22

SEN-0000215

 652836

| | |
|---|---|
| 2157 | c. All of block group 3. |
| 2158 | 6. That part of tract 32.02 consisting of: |
| 2159 | a. That part of block group 1 consisting of blocks 10, 11, |
| 2160 | 12, 13, 14, 15, 16, 17, 18, and 24. |
| 2161 | 7. That part of tract 35.07 consisting of: |
| 2162 | a. That part of block group 1 consisting of block 0. |
| 2163 | b. That part of block group 2 consisting of block 20. |
| 2164 | 8. That part of tract 35.12 consisting of: |
| 2165 | a. That part of block group 1 consisting of blocks 0, 1, 2, |
| 2166 | 5, 6, 7, 8, 10, 11, 12, and 13. |
| 2167 | b. All of block group 2. |
| 2168 | 9. That part of tract 70.05 consisting of: |
| 2169 | a. All of block group 1. |
| 2170 | b. That part of block group 2 consisting of blocks 0, 1, 2, |
| 2171 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, and 18. |
| 2172 | c. That part of block group 4 consisting of blocks 0, 1, 2, |
| 2173 | 3, 4, 5, 6, 7, 8, 9, 10, and 11. |
| 2174 | 10. That part of tract 70.13 consisting of: |
| 2175 | a. All of block group 1. |
| 2176 | b. That part of block group 2 consisting of blocks 12, 13, |
| 2177 | 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, |
| 2178 | 30, 31, 38, 42, 43, and 45. |
| 2179 | 11. That part of tract 77.21 consisting of: |
| 2180 | a. That part of block group 1 consisting of blocks 0, 1, 2, |
| 2181 | 3, 4, 5, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, |
| 2182 | 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, and 35. |
| 2183 | b. All of block group 2. |
| 2184 | 12. That part of tract 77.48 consisting of: |
| 2185 | a. That part of block group 2 consisting of block 0. |

1/11/2022 12:17:06 PM                          598-01930-22

SEN-0000216

 652836

2186        13. That part of tract 77.49 consisting of:
2187        a. All of block group 4.
2188        14. That part of tract 77.59 consisting of:
2189        a. That part of block group 1 consisting of blocks 0, 1, 2,
2190    3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2191    21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 35, and 36.
2192        b. All of block group 2.
2193        15. That part of tract 9805.00 consisting of:
2194        a. That part of block group 1 consisting of blocks 0, 1, 2,
2195    3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2196    21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 35, and 36.
2197        16. That part of tract 9900.00 consisting of:
2198        a. That part of block group 0 consisting of blocks 7, 8, 9,
2199    10, and 11.
2200        (22) District 22 is composed of:
2201        (a) That part of Broward County consisting of:
2202        1. All of tracts 101.02, 101.03, 101.04, 102.02, 103.08,
2203    104.01, 104.02, 104.03, 104.05, 104.06, 104.07, 105.02, 105.03,
2204    105.04, 106.03, 106.04, 106.05, 106.06, 106.09, 106.10, 106.11,
2205    106.13, 106.14, 106.15, 108.00, 109.01, 109.02, 110.00, 201.01,
2206    201.04, 202.04, 202.05, 202.06, 202.12, 202.13, 202.14, 203.02,
2207    203.08, 203.09, 203.11, 203.13, 203.14, 203.15, 203.16, 203.17,
2208    203.19, 203.20, 203.21, 203.22, 203.23, 203.24, 203.25, 301.00,
2209    302.01, 302.02, 302.03, 307.03, 307.04, 307.05, 309.02, 309.03,
2210    309.04, 310.01, 310.02, 311.01, 311.02, 312.03, 312.04, 312.05,
2211    312.06, 312.07, 401.01, 401.02, 402.03, 402.04, 402.05, 402.06,
2212    403.00, 404.01, 404.02, 405.02, 405.03, 405.05, 405.06, 406.01,
2213    406.02, 407.01, 407.02, 418.01, 418.02, 419.00, 420.00, 421.00,
2214    422.00, 423.01, 423.02, 424.00, 425.02, 426.01, 426.02, 506.01,

SEN-0000217

 652836

2215  506.02, 507.02, 510.01, and 510.02.
2216       2. That part of tract 102.01 consisting of:
2217       a. All of block group 1.
2218       b. That part of block group 2 consisting of blocks 0, 1, 2,
2219  3, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2220  and 21.
2221       c. All of block group 3.
2222       3. That part of tract 103.06 consisting of:
2223       a. That part of block group 1 consisting of blocks 0, 1, 4,
2224  5, 6, 7, 8, 9, 10, 11, 12, 13, and 14.
2225       4. That part of tract 103.07 consisting of:
2226       a. That part of block group 2 consisting of blocks 26, 27,
2227  28, 29, 34, and 35.
2228       b. All of block group 3.
2229       5. That part of tract 106.01 consisting of:
2230       a. All of block group 1.
2231       b. That part of block group 2 consisting of blocks 0, 1, 2,
2232  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2233  21, 22, 23, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38,
2234  39, 40, 41, 42, 43, 44, 45, 46, 47, 48, and 49.
2235       c. All of block group 3.
2236       d. All of block group 4.
2237       6. That part of tract 106.12 consisting of:
2238       a. That part of block group 1 consisting of blocks 0, 1, 2,
2239  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2240  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, and
2241  36.
2242       b. That part of block group 2 consisting of blocks 0, 1, 2,
2243  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,

SEN-0000218

Florida Senate - 2022
Bill No. SB 102

COMMITTEE AMENDMENT

 652836

```
2244  21, 22, 24, and 25.
2245       7. That part of tract 201.03 consisting of:
2246       a. That part of block group 1 consisting of blocks 0, 1,
2247  16, 20, and 21.
2248       b. All of block group 2.
2249       c. All of block group 3.
2250       8. That part of tract 202.09 consisting of:
2251       a. That part of block group 1 consisting of blocks 0, 1, 2,
2252  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, and 14.
2253       b. All of block group 2.
2254       9. That part of tract 202.10 consisting of:
2255       a. That part of block group 1 consisting of blocks 0, 1, 2,
2256  and 3.
2257       b. All of block group 2.
2258       c. All of block group 3.
2259       d. All of block group 4.
2260       10. That part of tract 202.11 consisting of:
2261       a. That part of block group 1 consisting of blocks 0, 1, 2,
2262  3, 4, and 5.
2263       11. That part of tract 203.12 consisting of:
2264       a. That part of block group 1 consisting of blocks 0, 1, 2,
2265  3, 4, 5, 6, 8, 9, 10, 11, 12, 13, and 14.
2266       b. All of block group 2.
2267       12. That part of tract 203.18 consisting of:
2268       a. That part of block group 1 consisting of blocks 0, 1, 2,
2269  3, 4, 5, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2270  21, 22, 23, 24, 25, and 26.
2271       b. All of block group 2.
2272       c. All of block group 3.
```

1/11/2022 12:17:06 PM

598-01930-22

SEN-0000219

 652836

2273       d. All of block group 4.
2274       13. That part of tract 203.26 consisting of:
2275       a. All of block group 1.
2276       b. That part of block group 2 consisting of blocks 0, 1, 2,
2277   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 18, 19, 20, 21,
2278   22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37,
2279   38, 39, and 40.
2280       c. All of block group 3.
2281       d. All of block group 4.
2282       14. That part of tract 205.02 consisting of:
2283       a. That part of block group 2 consisting of blocks 1, 3, 4,
2284   and 5.
2285       15. That part of tract 305.00 consisting of:
2286       a. All of block group 2.
2287       b. That part of block group 3 consisting of blocks 0, 1, 2,
2288   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, and 19.
2289       16. That part of tract 306.01 consisting of:
2290       a. All of block group 2.
2291       17. That part of tract 307.02 consisting of:
2292       a. All of block group 1.
2293       b. That part of block group 2 consisting of blocks 0, 1, 2,
2294   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2295   21, 22, 23, 24, 25, 28, 29, 30, and 31.
2296       18. That part of tract 308.03 consisting of:
2297       a. That part of block group 1 consisting of blocks 0, 3, 4,
2298   5, 6, and 7.
2299       b. That part of block group 3 consisting of blocks 0 and 6.
2300       19. That part of tract 408.02 consisting of:
2301       a. That part of block group 2 consisting of blocks 0, 1, 2,

SEN-0000220

Florida Senate - 2022                        COMMITTEE AMENDMENT
Bill No. SB 102

 652836

2302   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 22, 23, 24,
2303   and 25.
2304        b. All of block group 3.
2305        20. That part of tract 414.00 consisting of:
2306        a. That part of block group 1 consisting of blocks 47 and
2307   48.
2308        21. That part of tract 416.01 consisting of:
2309        a. That part of block group 1 consisting of blocks 16 and
2310   17.
2311        b. That part of block group 2 consisting of blocks 0, 1,
2312   17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, and 28.
2313        22. That part of tract 416.02 consisting of:
2314        a. That part of block group 1 consisting of blocks 17 and
2315   18.
2316        23. That part of tract 417.00 consisting of:
2317        a. That part of block group 1 consisting of blocks 0, 1, 2,
2318   3, 4, 5, 10, 11, and 12.
2319        b. That part of block group 3 consisting of block 36.
2320        24. That part of tract 425.01 consisting of:
2321        a. All of block group 1.
2322        b. That part of block group 2 consisting of blocks 0, 1, 2,
2323   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 22, 23, 24,
2324   25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, and 37.
2325        25. That part of tract 427.00 consisting of:
2326        a. All of block group 1.
2327        b. All of block group 3.
2328        c. That part of block group 4 consisting of blocks 0, 1, 2,
2329   3, 4, 5, 6, 7, 8, 9, 10, 16, 17, 18, 19, and 20.
2330        26. That part of tract 433.01 consisting of:

1/11/2022 12:17:06 PM                              598-01930-22

SEN-0000221

 652836

2331       a. That part of block group 1 consisting of blocks 12, 19,
2332 and 20.
2333       b. All of block group 2.
2334       c. That part of block group 3 consisting of blocks 0, 1,
2335 and 2.
2336       d. All of block group 4.
2337       27. That part of tract 433.02 consisting of:
2338       a. That part of block group 1 consisting of blocks 0, 1, 2,
2339 3, 4, 5, 6, 7, 8, 9, and 10.
2340       b. All of block group 2.
2341       c. All of block group 3.
2342       28. That part of tract 501.00 consisting of:
2343       a. All of block group 1.
2344       b. All of block group 2.
2345       c. That part of block group 3 consisting of blocks 16, 17,
2346 18, 19, 20, 30, 31, 32, 33, 34, 37, 38, 39, 40, 41, 42, and 43.
2347       29. That part of tract 505.01 consisting of:
2348       a. All of block group 1.
2349       b. All of block group 2.
2350       c. That part of block group 3 consisting of blocks 0, 1, 2,
2351 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, and 19.
2352       30. That part of tract 505.02 consisting of:
2353       a. That part of block group 1 consisting of blocks 0, 1, 2,
2354 3, 4, 5, 6, 7, 8, 9, 11, 15, 16, 17, 18, and 19.
2355       b. All of block group 2.
2356       c. All of block group 3.
2357       d. All of block group 4.
2358       31. That part of tract 507.01 consisting of:
2359       a. That part of block group 1 consisting of blocks 0, 1, 5,

SEN-0000222

 652836

2360  14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, and 26.
2361      b. That part of block group 2 consisting of blocks 0, 1, 2,
2362  4, 5, 6, 7, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, and
2363  27.
2364      32. That part of tract 509.00 consisting of:
2365      a. All of block group 1.
2366      b. All of block group 2.
2367      c. All of block group 3.
2368      d. All of block group 4.
2369      e. That part of block group 5 consisting of blocks 0, 1, 2,
2370  3, 4, 5, 6, 7, 8, 9, 10, 12, 13, 14, 15, and 16.
2371      f. All of block group 6.
2372      33. That part of tract 9900.00 consisting of:
2373      a. That part of block group 0 consisting of blocks 1, 2, 3,
2374  4, and 5.
2375      (b) That part of Palm Beach County consisting of:
2376      1. All of tracts 70.06, 70.07, 70.08, 70.09, 70.10, 70.11,
2377  70.12, 71.00, 72.02, 72.04, 72.05, 72.06, 72.07, 72.08, 73.01,
2378  73.02, 74.07, 74.14, 74.20, 74.21, 75.01, 75.04, 75.05, 76.03,
2379  76.04, 76.05, 76.10, 76.12, 76.13, 76.14, 76.15, 76.16, 76.19,
2380  76.20, 76.21, 76.22, 76.23, 76.24, 77.16, 77.30, 77.31, 77.32,
2381  77.35, 77.36, 77.38, 77.39, 77.40, 77.41, 77.42, 77.46, 77.47,
2382  77.66, 77.67, 77.68, 77.69, and 77.77.
2383      2. That part of tract 70.05 consisting of:
2384      a. That part of block group 2 consisting of blocks 15, 16,
2385  and 17.
2386      b. All of block group 3.
2387      c. That part of block group 4 consisting of blocks 12 and
2388  13.

SEN-0000223

 652836

2389    3. That part of tract 70.13 consisting of:
2390    a. That part of block group 2 consisting of blocks 0, 1, 2,
2391    3, 4, 5, 6, 7, 8, 9, 10, 11, 32, 33, 34, 35, 36, 37, 39, 40, 41,
2392    and 44.
2393    4. That part of tract 77.48 consisting of:
2394    a. All of block group 1.
2395    b. That part of block group 2 consisting of blocks 1, 2, 3,
2396    4, 5, 6, 7, 8, 9, 10, 11, and 12.
2397    5. That part of tract 77.49 consisting of:
2398    a. All of block group 1.
2399    b. All of block group 2.
2400    c. All of block group 3.
2401    6. That part of tract 9900.00 consisting of:
2402    a. That part of block group 0 consisting of block 12.
2403    (23) District 23 is composed of:
2404    (a) That part of Broward County consisting of:
2405    1. All of tracts 430.01, 431.00, 601.22, 606.03, 606.08,
2406    606.09, 610.01, 610.03, 610.04, 701.02, 701.03, 701.04, 702.04,
2407    702.05, 702.08, 702.09, 702.10, 702.11, 702.12, 702.13, 703.04,
2408    703.06, 703.10, 703.11, 703.12, 703.14, 703.15, 703.16, 703.18,
2409    703.19, 703.20, 703.23, 703.24, 703.25, 703.26, 703.27, 703.28,
2410    703.29, 703.30, 704.01, 704.02, 704.03, 704.04, 704.05, 705.01,
2411    705.03, 705.04, 706.01, 706.02, 801.02, 801.03, 801.04, 801.05,
2412    802.00, 804.02, 804.03, 804.05, 804.06, 805.00, 901.02, 901.03,
2413    901.04, 902.00, 903.01, 903.03, 903.04, 904.01, 904.03, 904.04,
2414    905.02, 905.03, 905.04, 906.01, 906.02, 907.00, 908.01, 908.02,
2415    909.00, 910.00, 911.00, 912.01, 912.02, 913.00, 914.00, 916.01,
2416    916.02, 917.01, 917.02, 918.02, 918.03, 918.04, 919.01, 919.03,
2417    919.04, 920.00, 1001.03, 1001.04, 1001.05, 1001.06, 1001.07,

SEN-0000224

Florida Senate - 2022                           COMMITTEE AMENDMENT
Bill No. SB 102

 652836

2418   1001.08, 1002.01, 1002.03, 1002.04, 1003.02, 1103.01, 1103.03,
2419   1103.07, 1103.08, 1103.09, 1103.11, 1103.12, 1103.13, 1103.21,
2420   1103.26, 1103.27, 1103.28, 1103.30, 1103.32, 1103.33, 1103.34,
2421   1103.37, 1103.38, 1103.39, 1103.41, 1103.44, 1103.45, 1103.46,
2422   1103.47, 1103.48, 1103.49, 1103.50, 1103.51, 1103.52, 1103.53,
2423   1103.54, 1103.55, 1103.56, 1103.57, 1103.58, 1103.59, 1103.60,
2424   1103.61, 1103.62, 1103.63, 1103.64, 1103.65, 1103.68, and
2425   1106.00.
2426        2. That part of tract 427.00 consisting of:
2427        a. All of block group 2.
2428        3. That part of tract 430.02 consisting of:
2429        a. That part of block group 1 consisting of blocks 12, 13,
2430   14, 15, 16, 17, 18, 19, and 20.
2431        b. All of block group 2.
2432        c. All of block group 3.
2433        d. All of block group 4.
2434        e. All of block group 5.
2435        f. That part of block group 6 consisting of blocks 3, 4, 5,
2436   7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, and
2437   23.
2438        4. That part of tract 433.01 consisting of:
2439        a. That part of block group 1 consisting of blocks 0, 1, 2,
2440   3, 4, 5, 6, 7, 8, 9, 10, 11, 13, 14, 15, 16, 17, 18, 21, 22, 23,
2441   and 24.
2442        b. That part of block group 3 consisting of blocks 3, 4, 5,
2443   6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22,
2444   23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, and 34.
2445        5. That part of tract 433.02 consisting of:
2446        a. That part of block group 1 consisting of blocks 11, 12,

1/11/2022 12:17:06 PM                              598-01930-22

SEN-0000225

 652836

2447 | 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28,
2448 | 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44,
2449 | 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60,
2450 | 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76,
2451 | 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, and 90.
2452 | 6. That part of tract 601.20 consisting of:
2453 | a. All of block group 1.
2454 | b. All of block group 2.
2455 | c. All of block group 3.
2456 | d. That part of block group 4 consisting of blocks 45, 46,
2457 | 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 63,
2458 | and 64.
2459 | 7. That part of tract 601.21 consisting of:
2460 | a. All of block group 2.
2461 | b. All of block group 3.
2462 | c. All of block group 4.
2463 | 8. That part of tract 605.03 consisting of:
2464 | a. All of block group 2.
2465 | b. All of block group 3.
2466 | 9. That part of tract 605.04 consisting of:
2467 | a. All of block group 2.
2468 | b. All of block group 3.
2469 | 10. That part of tract 609.00 consisting of:
2470 | a. That part of block group 1 consisting of blocks 1, 2, 3,
2471 | 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2472 | 21, 22, 23, 24, 25, and 26.
2473 | b. All of block group 2.
2474 | c. All of block group 3.
2475 | 11. That part of tract 611.00 consisting of:

Page 86 of 109

SEN-0000226

 652836

| | |
|---|---|
| 2476 | a. All of block group 1. |
| 2477 | b. That part of block group 2 consisting of blocks 2, 3, 4, |
| 2478 | 6, 7, 8, and 9. |
| 2479 | c. That part of block group 3 consisting of blocks 1, 2, 3, |
| 2480 | 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, and 14. |
| 2481 | d. All of block group 4. |
| 2482 | e. All of block group 5. |
| 2483 | 12. That part of tract 703.21 consisting of: |
| 2484 | a. All of block group 1. |
| 2485 | b. That part of block group 2 consisting of blocks 1, 2, 3, |
| 2486 | 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, and 17. |
| 2487 | c. All of block group 3. |
| 2488 | 13. That part of tract 703.31 consisting of: |
| 2489 | a. All of block group 1. |
| 2490 | b. That part of block group 2 consisting of blocks 0, 1, 8, |
| 2491 | 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, |
| 2492 | 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, |
| 2493 | 41, and 42. |
| 2494 | 14. That part of tract 1003.01 consisting of: |
| 2495 | a. That part of block group 1 consisting of blocks 0 and |
| 2496 | 26. |
| 2497 | 15. That part of tract 1004.00 consisting of: |
| 2498 | a. That part of block group 1 consisting of blocks 0, 8, 9, |
| 2499 | 10, 18, 19, 20, 21, 36, and 37. |
| 2500 | b. That part of block group 2 consisting of blocks 0, 7, 8, |
| 2501 | and 21. |
| 2502 | 16. That part of tract 1101.00 consisting of: |
| 2503 | a. All of block group 1. |
| 2504 | b. All of block group 2. |

1/11/2022 12:17:06 PM                          598-01930-22

SEN-0000227

 652836

```
2505        c. All of block group 3.
2506        d. That part of block group 4 consisting of blocks 0, 1, 2,
2507   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2508   21, and 22.
2509        17. That part of tract 1103.19 consisting of:
2510        a. That part of block group 2 consisting of blocks 11 and
2511   13.
2512        18. That part of tract 9800.00 consisting of:
2513        a. That part of block group 1 consisting of blocks 3, 25,
2514   26, 54, 55, 56, 66, 67, 68, 69, and 70.
2515        19. That part of tract 9900.00 consisting of:
2516        a. That part of block group 0 consisting of block 6.
2517        (24) District 24 is composed of:
2518        (a) That part of Broward County consisting of:
2519        1. All of tracts 915.00, 1005.01, 1005.02, 1006.00,
2520   1007.00, 1008.01, 1008.03, 1008.04, 1103.23, 1103.66, 1103.67,
2521   1104.02, 1104.03, 1104.04, 1105.01, and 1105.02.
2522        2. That part of tract 1003.01 consisting of:
2523        a. That part of block group 1 consisting of blocks 1, 2, 3,
2524   4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2525   21, 22, 23, 24, 25, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37,
2526   38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53,
2527   54, 55, and 56.
2528        b. All of block group 2.
2529        3. That part of tract 1004.00 consisting of:
2530        a. That part of block group 1 consisting of blocks 1, 2, 3,
2531   4, 5, 6, 7, 11, 12, 13, 14, 15, 16, 17, 22, 23, 24, 25, 26, 27,
2532   28, 29, 30, 31, 32, 33, 34, 35, 38, 39, 40, 41, and 42.
2533        b. That part of block group 2 consisting of blocks 1, 2, 3,
```

SEN-0000228

 652836

2534 | 4, 5, 6, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 22, 23,
2535 | 24, 25, 26, 27, 28, and 29.
2536 |       c. All of block group 3.
2537 |       d. All of block group 4.
2538 |       4. That part of tract 1101.00 consisting of:
2539 |       a. That part of block group 4 consisting of blocks 23, 24,
2540 | 25, and 26.
2541 |       5. That part of tract 1103.19 consisting of:
2542 |       a. All of block group 1.
2543 |       b. That part of block group 2 consisting of blocks 0, 1, 2,
2544 | 3, 4, 5, 6, 7, 8, 9, 10, 12, 14, 15, 16, and 17.
2545 |       c. All of block group 3.
2546 |       (b) That part of Miami-Dade County consisting of:
2547 |       1. All of tracts 1.07, 1.09, 1.15, 1.18, 1.20, 1.21, 1.22,
2548 | 1.23, 1.24, 1.25, 1.26, 1.27, 1.28, 1.29, 1.30, 1.31, 1.32,
2549 | 1.34, 1.40, 1.41, 1.42, 1.43, 1.44, 1.45, 1.46, 2.04, 2.06,
2550 | 2.11, 2.12, 2.13, 2.15, 2.16, 2.18, 2.19, 2.20, 2.21, 2.22,
2551 | 2.23, 2.24, 2.25, 2.26, 2.27, 2.28, 3.02, 3.06, 3.07, 3.08,
2552 | 3.09, 3.10, 3.11, 3.12, 4.02, 4.05, 4.08, 4.09, 4.10, 4.11,
2553 | 4.13, 4.14, 4.15, 4.16, 4.17, 4.18, 4.19, 4.20, 5.06, 10.03,
2554 | 10.04, 10.05, 10.06, 10.07, 10.08, 11.01, 11.02, 11.03, 11.04,
2555 | 12.04, 12.05, 12.06, 12.07, 12.08, 12.09, 13.01, 13.02, 14.01,
2556 | 14.02, 15.01, 15.02, 17.02, 18.01, 18.02, 18.03, 19.01, 19.03,
2557 | 19.04, 20.01, 20.03, 20.04, 21.00, 22.01, 22.02, 23.00, 27.02,
2558 | 27.05, 27.07, 27.08, 27.09, 27.10, 38.01, 38.03, 38.04, 39.06,
2559 | 39.09, 39.11, 39.12, 39.13, 39.14, 39.15, 39.16, 39.17, 39.18,
2560 | 39.19, 39.21, 39.22, 40.00, 41.02, 41.03, 41.05, 41.06, 42.04,
2561 | 42.05, 42.06, 42.07, 42.08, 43.01, 43.03, 43.04, 44.03, 44.04,
2562 | 44.05, 44.06, 94.01, 94.02, 95.03, 95.04, 95.05, 95.06, 96.01,

SEN-0000229

 652836

2563  96.02, 97.03, 97.04, 97.05, 97.06, 98.03, 98.04, 98.06, 98.09,
2564  98.10, 98.11, 98.12, 99.03, 99.04, 99.05, 99.06, 99.07, 99.08,
2565  99.09, 100.12, 100.21, 100.23, 100.24, and 100.25.
2566       2. That part of tract 5.04 consisting of:
2567       a. That part of block group 2 consisting of blocks 0, 1, 2,
2568  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2569  21, and 24.
2570       3. That part of tract 5.07 consisting of:
2571       a. That part of block group 1 consisting of blocks 0, 7,
2572  17, and 18.
2573       4. That part of tract 5.08 consisting of:
2574       a. That part of block group 1 consisting of blocks 0, 1, 2,
2575  and 6.
2576       b. That part of block group 2 consisting of blocks 0, 1, 2,
2577  3, 4, 5, 6, 7, 8, 9, 10, and 11.
2578       5. That part of tract 9.03 consisting of:
2579       a. That part of block group 1 consisting of blocks 0, 1, 2,
2580  3, 4, 18, 19, 20, 21, 22, 23, 24, 25, 26, 29, 30, 31, 32, 33,
2581  34, 35, 36, 37, 38, 40, 41, 42, 43, 44, 45, 46, 47, 48, and 49.
2582       b. That part of block group 2 consisting of blocks 0, 1, 2,
2583  3, 4, 5, 6, 7, 8, 9, 21, 22, 23, 24, 25, 26, 28, 29, 30, 31, 32,
2584  and 33.
2585       6. That part of tract 9.04 consisting of:
2586       a. All of block group 2.
2587       7. That part of tract 17.01 consisting of:
2588       a. That part of block group 2 consisting of blocks 0, 1, 2,
2589  3, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, and 15.
2590       b. That part of block group 3 consisting of blocks 0, 1, 2,
2591  3, 4, 5, 6, 7, 8, 9, 10, 11, 29, 30, 31, and 32.

1/11/2022 12:17:06 PM                                    598-01930-22

SEN-0000230

 652836

2592    c. That part of block group 4 consisting of blocks 10, 11,
2593  21, 22, 23, 24, 27, 28, 29, and 30.
2594    8. That part of tract 26.00 consisting of:
2595    a. That part of block group 1 consisting of blocks 9, 10,
2596  and 11.
2597    b. That part of block group 3 consisting of blocks 19 and
2598  20.
2599    c. That part of block group 4 consisting of block 10.
2600    d. All of block group 5.
2601    9. That part of tract 28.00 consisting of:
2602    a. That part of block group 1 consisting of blocks 0, 1, 2,
2603  3, 4, 5, 6, 7, 8, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22,
2604  and 23.
2605    b. All of block group 2.
2606    10. That part of tract 31.00 consisting of:
2607    a. All of block group 1.
2608    b. That part of block group 2 consisting of blocks 0, 1, 2,
2609  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 23, 24, 25, and 28.
2610    c. That part of block group 3 consisting of blocks 0, 1, 8,
2611  and 9.
2612    11. That part of tract 34.00 consisting of:
2613    a. That part of block group 1 consisting of blocks 0, 1, 2,
2614  and 3.
2615    12. That part of tract 37.10 consisting of:
2616    a. That part of block group 3 consisting of blocks 0, 1, 2,
2617  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 22,
2618  23, and 24.
2619    b. That part of block group 4 consisting of blocks 0, 1, 2,
2620  3, 5, and 10.

SEN-0000231

 652836

2621        13. That part of tract 45.00 consisting of:
2622        a. That part of block group 1 consisting of blocks 0, 1, 2,
2623   3, 4, 5, 6, 7, 9, 10, 12, 14, 16, 17, 18, 19, 20, 21, 22, 23,
2624   24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39,
2625   40, 42, 43, 44, 45, 46, 47, 48, and 49.
2626        b. All of block group 2.
2627        c. All of block group 3.
2628        d. All of block group 4.
2629        e. All of block group 5.
2630        f. All of block group 6.
2631        14. That part of tract 100.10 consisting of:
2632        a. All of block group 1.
2633        15. That part of tract 100.19 consisting of:
2634        a. That part of block group 1 consisting of blocks 0, 1, 2,
2635   13, 14, 15, 16, 17, 18, 19, 20, 21, 22, and 23.
2636        16. That part of tract 9810.00 consisting of:
2637        a. That part of block group 1 consisting of blocks 0 and 2.
2638        17. That part of tract 9900.00 consisting of:
2639        a. That part of block group 0 consisting of blocks 1, 2,
2640   and 3.
2641        (25) District 25 is composed of:
2642        (a) All of Hendry County.
2643        (b) That part of Collier County consisting of:
2644        1. All of tracts 104.08, 104.16, 104.19, 104.20, 104.21,
2645   104.22, 104.23, 104.24, 104.25, 104.26, 104.27, 104.28, 104.35,
2646   104.36, 111.07, 111.08, 111.11, 111.13, 111.14, 112.04, 112.05,
2647   112.06, 112.08, 112.10, 112.11, 112.12, 112.14, 113.03, 113.04,
2648   113.05, 113.06, and 114.00.
2649        2. That part of tract 104.11 consisting of:

1/11/2022 12:17:06 PM                                598-01930-22

SEN-0000232

 652836

2650    a. All of block group 1.

2651    b. All of block group 2.

2652    c. That part of block group 3 consisting of blocks 0, 1, 2,

2653    3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, and 17.

2654    d. All of block group 4.

2655    3. That part of tract 105.12 consisting of:

2656    a. That part of block group 1 consisting of blocks 0 and

2657    10.

2658    4. That part of tract 111.03 consisting of:

2659    a. That part of block group 1 consisting of blocks 0, 1, 2,

2660    3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,

2661    21, 22, 25, and 26.

2662    b. That part of block group 2 consisting of blocks 0, 2, 3,

2663    4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, and 15.

2664    5. That part of tract 111.09 consisting of:

2665    a. That part of block group 1 consisting of blocks 0, 1, 2,

2666    3, 4, 5, 6, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,

2667    22, 23, 24, 25, 26, and 29.

2668    b. That part of block group 2 consisting of blocks 0, 1, 2,

2669    3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,

2670    and 22.

2671    6. That part of tract 111.10 consisting of:

2672    a. That part of block group 1 consisting of blocks 0, 1, 2,

2673    3, 4, and 5.

2674    b. That part of block group 2 consisting of blocks 0, 1, 2,

2675    3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 21, 22,

2676    23, 24, 25, and 26.

2677    7. That part of tract 111.12 consisting of:

2678    a. That part of block group 1 consisting of blocks 0, 1, 2,

SEN-0000233

 652836

2679  3, 4, 5, 6, 7, 8, 9, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
2680  22, 23, 25, 26, 29, 30, 33, 34, and 35.
2681       8. That part of tract 9900.00 consisting of:
2682       a. That part of block group 0 consisting of blocks 9, 10,
2683  and 11.
2684       (c) That part of Miami-Dade County consisting of:
2685       1. All of tracts 5.05, 5.09, 6.01, 6.02, 6.03, 6.05, 6.07,
2686  6.09, 6.10, 6.11, 6.12, 7.05, 7.10, 7.11, 7.12, 7.13, 7.14,
2687  7.15, 7.16, 7.17, 7.18, 7.19, 7.20, 8.04, 8.05, 8.06, 8.07,
2688  8.08, 9.05, 9.06, 9.07, 9.08, 16.03, 16.05, 16.06, 16.07, 16.08,
2689  17.04, 17.05, 24.02, 24.03, 24.04, 25.01, 25.02, 29.00, 30.05,
2690  30.06, 47.01, 47.03, 47.04, 47.05, 90.39, 90.40, 90.43, 90.44,
2691  90.48, 90.49, 90.50, 90.56, 90.57, 90.58, 90.59, 90.60, 90.65,
2692  90.66, 92.00, 93.05, 93.12, 93.14, 93.15, 93.16, 93.17, 93.18,
2693  93.19, 93.20, 93.21, 93.22, 93.23, 93.24, 93.25, 93.26, 93.27,
2694  100.13, 100.15, 100.16, 100.17, 100.18, 100.20, 100.22, 100.26,
2695  116.01, 116.02, 117.01, 117.02, 118.00, 119.00, 120.01, 120.02,
2696  121.01, 121.02, 121.03, 121.04, 121.05, 122.00, 123.01, 123.02,
2697  124.01, 124.02, 124.03, 125.01, 125.02, 126.01, 126.02, 127.01,
2698  127.02, 128.01, 128.02, 129.00, 130.00, 131.00, 132.01, 132.02,
2699  133.01, 133.02, 134.00, 135.00, 136.00, 137.00, 138.01, 138.02,
2700  139.00, 9808.00, and 9811.00.
2701       2. That part of tract 5.04 consisting of:
2702       a. All of block group 1.
2703       b. That part of block group 2 consisting of blocks 22 and
2704  23.
2705       c. All of block group 3.
2706       3. That part of tract 5.07 consisting of:
2707       a. That part of block group 1 consisting of blocks 1, 2, 3,

SEN-0000234

 652836

2708  4, 5, 6, 8, 9, 10, 11, 12, 13, 14, 15, 16, 19, 20, 21, 22, 23,
2709  24, 25, 26, 27, 28, 29, and 30.
2710        b. All of block group 2.
2711        c. All of block group 3.
2712        4. That part of tract 5.08 consisting of:
2713        a. That part of block group 1 consisting of blocks 3, 4, 5,
2714  7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23,
2715  24, 25, 26, 27, and 28.
2716        b. That part of block group 2 consisting of blocks 12, 13,
2717  14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, and 28.
2718        5. That part of tract 9.03 consisting of:
2719        a. That part of block group 1 consisting of blocks 5, 6, 7,
2720  8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 27, 28, and 39.
2721        b. That part of block group 2 consisting of blocks 10, 11,
2722  12, 13, 14, 15, 16, 17, 18, 19, 20, 27, and 34.
2723        6. That part of tract 9.04 consisting of:
2724        a. All of block group 1.
2725        7. That part of tract 17.01 consisting of:
2726        a. All of block group 1.
2727        b. That part of block group 2 consisting of block 4.
2728        c. That part of block group 3 consisting of blocks 12, 13,
2729  14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, and 28.
2730        d. That part of block group 4 consisting of blocks 0, 1, 2,
2731  3, 4, 5, 6, 7, 8, 9, 12, 13, 14, 15, 16, 17, 18, 19, 20, 25, 26,
2732  31, 32, 33, 34, and 35.
2733        8. That part of tract 26.00 consisting of:
2734        a. That part of block group 1 consisting of blocks 0, 1, 2,
2735  3, 4, 5, 6, 7, and 8.
2736        b. All of block group 2.

SEN-0000235

 652836

```
2737        c. That part of block group 3 consisting of blocks 0, 1, 2,
2738   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, and 21.
2739        d. That part of block group 4 consisting of blocks 0, 1, 2,
2740   3, 4, 5, 6, 7, 8, and 9.
2741        9. That part of tract 28.00 consisting of:
2742        a. That part of block group 1 consisting of blocks 9, 10,
2743   and 11.
2744        10. That part of tract 30.01 consisting of:
2745        a. That part of block group 1 consisting of blocks 0, 1, 2,
2746   3, 4, 5, 6, 7, 9, 10, 11, 12, 13, and 14.
2747        b. That part of block group 2 consisting of blocks 5 and 6.
2748        11. That part of tract 30.04 consisting of:
2749        a. All of block group 1.
2750        b. That part of block group 2 consisting of blocks 0, 1, 2,
2751   3, 4, 5, 6, 7, 8, 9, 14, 15, and 18.
2752        c. All of block group 3.
2753        12. That part of tract 31.00 consisting of:
2754        a. That part of block group 2 consisting of blocks 15 and
2755   16.
2756        b. That part of block group 3 consisting of blocks 2, 3, 4,
2757   5, 6, and 7.
2758        13. That part of tract 50.03 consisting of:
2759        a. All of block group 1.
2760        b. That part of block group 2 consisting of blocks 0, 1, 2,
2761   3, 4, 5, 6, 7, 8, 9, 11, 12, and 16.
2762        14. That part of tract 50.04 consisting of:
2763        a. That part of block group 1 consisting of blocks 0, 1, 2,
2764   3, 4, 5, 7, 8, 9, 10, 11, 12, and 13.
2765        15. That part of tract 51.02 consisting of:
```

SEN-0000236

 652836

| | |
|---|---|
| 2766 | a. All of block group 2. |
| 2767 | 16. That part of tract 51.03 consisting of: |
| 2768 | a. That part of block group 1 consisting of block 0. |
| 2769 | 17. That part of tract 51.04 consisting of: |
| 2770 | a. All of block group 1. |
| 2771 | b. That part of block group 2 consisting of blocks 0, 2, |
| 2772 | and 3. |
| 2773 | c. All of block group 3. |
| 2774 | 18. That part of tract 90.10 consisting of: |
| 2775 | a. That part of block group 1 consisting of blocks 0, 1, 2, |
| 2776 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, |
| 2777 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, |
| 2778 | 37, 38, 39, 41, 42, 43, 44, 45, 46, 48, 49, 50, 51, 52, 53, 54, |
| 2779 | 55, 56, 57, 58, 59, 60, 61, 65, 76, 77, 78, 79, 80, 81, 82, 83, |
| 2780 | 84, 92, 93, 99, 100, 101, 102, 105, 111, and 112. |
| 2781 | b. All of block group 2. |
| 2782 | c. That part of block group 3 consisting of blocks 0, 1, 2, |
| 2783 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, |
| 2784 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, |
| 2785 | 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, |
| 2786 | 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, |
| 2787 | 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, and 79. |
| 2788 | 19. That part of tract 90.28 consisting of: |
| 2789 | a. That part of block group 3 consisting of block 1. |
| 2790 | 20. That part of tract 91.02 consisting of: |
| 2791 | a. All of block group 1. |
| 2792 | b. That part of block group 2 consisting of blocks 0, 1, 2, |
| 2793 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, |
| 2794 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 33, 34, 35, 36, 37, and |

SEN-0000237

 652836

2795 | 38.
2796 |     21. That part of tract 100.10 consisting of:
2797 |     a. All of block group 2.
2798 |     b. All of block group 3.
2799 |     22. That part of tract 100.19 consisting of:
2800 |     a. That part of block group 1 consisting of blocks 3, 4, 5,
2801 | 6, 7, 8, 9, 10, 11, 12, 24, and 25.
2802 |     b. All of block group 2.
2803 |     23. That part of tract 115.00 consisting of:
2804 |     a. That part of block group 3 consisting of blocks 0, 1, 2,
2805 | 3, 4, 5, 6, 7, 10, 11, 12, 13, 14, 16, 17, 43, and 44.
2806 |     24. That part of tract 141.00 consisting of:
2807 |     a. That part of block group 1 consisting of blocks 0, 1, 2,
2808 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 20, 21, 22, 23,
2809 | 25, 36, 37, 38, 40, 41, 42, 43, 44, 45, 46, and 47.
2810 |     25. That part of tract 142.00 consisting of:
2811 |     a. That part of block group 2 consisting of block 1.
2812 |     26. That part of tract 144.00 consisting of:
2813 |     a. That part of block group 3 consisting of block 0.
2814 |     27. That part of tract 9805.00 consisting of:
2815 |     a. That part of block group 1 consisting of blocks 0, 1, 2,
2816 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2817 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
2818 | 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52,
2819 | 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68,
2820 | 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 95, 96,
2821 | 97, 98, 99, 101, 102, and 104.
2822 |     (26) District 26 is composed of:
2823 |     (a) All of Monroe County.

SEN-0000238

 652836

| | |
|---|---|
| 2824 | (b) That part of Miami-Dade County consisting of: |
| 2825 | 1. All of tracts 89.04, 90.20, 90.21, 90.22, 90.29, 90.54, |
| 2826 | 90.55, 90.61, 90.62, 90.63, 90.64, 101.93, 101.98, 102.01, |
| 2827 | 102.05, 102.08, 102.09, 102.11, 102.12, 102.13, 102.14, 103.01, |
| 2828 | 103.02, 103.03, 104.00, 105.01, 105.02, 106.21, 106.22, 107.05, |
| 2829 | 107.06, 107.07, 107.08, 107.09, 107.10, 108.03, 108.04, 108.05, |
| 2830 | 108.06, 109.00, 110.03, 110.08, 110.09, 110.10, 110.11, 110.12, |
| 2831 | 110.13, 110.14, 110.15, 111.03, 111.04, 111.05, 111.06, 112.03, |
| 2832 | 112.04, 112.05, 112.06, 113.01, 113.02, 114.05, 114.06, 114.07, |
| 2833 | 114.08, 114.09, 114.10, 114.11, 114.12, 143.00, 145.00, 146.01, |
| 2834 | 146.02, 147.01, 147.02, 148.00, 149.00, 150.01, 150.02, 151.01, |
| 2835 | 151.02, 151.03, 152.01, 152.02, 153.00, 154.00, 155.01, 155.02, |
| 2836 | 157.00, 158.00, 159.00, 160.00, 161.00, 162.00, 163.00, 164.01, |
| 2837 | 164.02, 165.01, 165.02, 166.00, 167.00, 168.00, 169.00, 170.00, |
| 2838 | 171.01, 171.02, 172.00, 173.00, 174.01, 174.02, 175.00, 176.00, |
| 2839 | 177.00, 178.00, 179.01, 179.02, 180.01, 180.02, 180.03, 181.00, |
| 2840 | 182.00, 183.00, 184.00, 185.00, 186.01, 186.02, 187.00, 188.01, |
| 2841 | 188.02, 188.03, 189.01, 189.02, 190.00, 191.00, 192.00, 193.01, |
| 2842 | 193.02, 194.01, 194.02, 195.01, 195.02, 196.00, 197.00, 198.01, |
| 2843 | 198.02, 199.01, 199.02, 200.01, 200.02, 201.00, 202.00, 203.00, |
| 2844 | 9802.00, 9807.00, 9809.00, 9812.00, and 9813.00. |
| 2845 | 2. That part of tract 83.12 consisting of: |
| 2846 | a. That part of block group 2 consisting of blocks 18 and |
| 2847 | 19. |
| 2848 | b. That part of block group 3 consisting of blocks 18 and |
| 2849 | 19. |
| 2850 | 3. That part of tract 83.14 consisting of: |
| 2851 | a. That part of block group 2 consisting of blocks 3 and 4. |
| 2852 | 4. That part of tract 84.21 consisting of: |

SEN-0000239

 652836

2853    a. That part of block group 3 consisting of block 13.

2854    5. That part of tract 84.27 consisting of:

2855    a. That part of block group 1 consisting of block 5.

2856    6. That part of tract 84.31 consisting of:

2857    a. That part of block group 1 consisting of block 4.

2858    7. That part of tract 87.03 consisting of:

2859    a. That part of block group 1 consisting of blocks 7 and

2860    21.

2861    b. That part of block group 2 consisting of block 7.

2862    8. That part of tract 87.04 consisting of:

2863    a. That part of block group 2 consisting of block 24.

2864    9. That part of tract 88.09 consisting of:

2865    a. That part of block group 1 consisting of blocks 0, 1, 2,

2866    3, 4, 5, 6, 7, 8, 9, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24,

2867    26, 27, and 28.

2868    b. All of block group 2.

2869    10. That part of tract 88.10 consisting of:

2870    a. That part of block group 1 consisting of blocks 1, 2, 3,

2871    4, 5, 6, 7, 10, 11, 12, 19, 20, and 21.

2872    b. All of block group 2.

2873    11. That part of tract 90.10 consisting of:

2874    a. That part of block group 1 consisting of blocks 40, 47,

2875    62, 63, 64, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 85, 86, 87,

2876    88, 89, 90, 91, 94, 95, 96, 97, 98, 103, 104, 106, 107, 108,

2877    109, and 110.

2878    12. That part of tract 90.28 consisting of:

2879    a. All of block group 1.

2880    b. All of block group 2.

2881    c. That part of block group 3 consisting of blocks 0, 2, 3,

SEN-0000240

 652836

2882 | 4, 5, 6, 7, 8, 9, 10, 11, 12, and 13.
2883 | 13. That part of tract 102.07 consisting of:
2884 | a. That part of block group 1 consisting of blocks 20 and
2885 | 21.
2886 | b. All of block group 2.
2887 | 14. That part of tract 106.09 consisting of:
2888 | a. That part of block group 1 consisting of block 13.
2889 | 15. That part of tract 106.23 consisting of:
2890 | a. That part of block group 3 consisting of blocks 15 and
2891 | 16.
2892 | 16. That part of tract 106.26 consisting of:
2893 | a. All of block group 1.
2894 | b. That part of block group 2 consisting of blocks 9, 10,
2895 | 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, and 24.
2896 | 17. That part of tract 115.00 consisting of:
2897 | a. All of block group 1.
2898 | b. All of block group 2.
2899 | c. That part of block group 3 consisting of blocks 8, 9,
2900 | 15, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32,
2901 | 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 45, 46, 47, 48, 49, 50,
2902 | 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66,
2903 | 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82,
2904 | 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98,
2905 | 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111,
2906 | 112, 113, 114, 115, 116, 117, 118, 119, 120, 121, 122, 123, 124,
2907 | 125, 126, 127, 128, 129, 130, 131, 132, 133, 134, 135, 136, 137,
2908 | 138, 139, 140, 141, 142, 143, 144, 145, 146, 147, 148, 149, 150,
2909 | 151, 152, 153, 154, 155, and 156.
2910 | d. All of block group 4.

1/11/2022 12:17:06 PM                              598-01930-22

SEN-0000241

 652836

2911    e. All of block group 5.

2912    f. All of block group 6.

2913    18. That part of tract 141.00 consisting of:

2914    a. That part of block group 1 consisting of blocks 17, 18,

2915    19, 24, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, and 39.

2916    19. That part of tract 142.00 consisting of:

2917    a. All of block group 1.

2918    b. That part of block group 2 consisting of blocks 0, 2, 3,

2919    4, 5, 6, 7, 8, 9, 10, 11, and 12.

2920    c. All of block group 3.

2921    20. That part of tract 144.00 consisting of:

2922    a. All of block group 1.

2923    b. All of block group 2.

2924    c. That part of block group 3 consisting of blocks 1, 2, 3,

2925    4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, and 18.

2926    21. That part of tract 156.00 consisting of:

2927    a. That part of block group 1 consisting of blocks 2 and 3.

2928    22. That part of tract 9801.00 consisting of:

2929    a. That part of block group 1 consisting of blocks 3, 4, 5,

2930    6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, and 21.

2931    23. That part of tract 9806.00 consisting of:

2932    a. That part of block group 1 consisting of blocks 10, 11,

2933    12, 13, 14, and 17.

2934    24. That part of tract 9900.00 consisting of:

2935    a. That part of block group 0 consisting of blocks 26, 27,

2936    31, 32, 34, 35, 36, 37, and 38.

2937    (27) District 27 is composed of:

2938    (a) That part of Miami-Dade County consisting of:

2939    1. All of tracts 36.03, 36.04, 36.05, 36.06, 36.07, 37.03,

SEN-0000242

Florida Senate - 2022                                    COMMITTEE AMENDMENT
Bill No. SB 102

 652836

2940 | 37.04, 37.05, 37.06, 37.07, 37.08, 37.09, 46.02, 46.05, 46.07,
2941 | 46.08, 49.01, 49.03, 49.04, 50.02, 52.01, 52.02, 53.03, 53.04,
2942 | 53.05, 53.06, 54.03, 54.05, 54.06, 54.07, 54.09, 54.10, 55.03,
2943 | 55.04, 55.05, 55.06, 56.00, 57.01, 57.05, 57.06, 57.07, 57.08,
2944 | 58.03, 58.04, 58.05, 58.06, 59.01, 59.02, 59.03, 59.04, 60.02,
2945 | 60.03, 60.04, 61.03, 61.04, 61.05, 61.06, 62.01, 62.03, 62.05,
2946 | 62.06, 63.02, 63.03, 63.04, 64.01, 64.02, 64.03, 65.01, 65.03,
2947 | 65.04, 66.03, 66.04, 66.05, 66.06, 66.07, 66.08, 67.05, 67.06,
2948 | 67.07, 67.09, 67.13, 67.14, 67.15, 67.16, 67.17, 67.18, 67.19,
2949 | 67.20, 67.21, 67.22, 68.01, 68.02, 69.01, 69.02, 70.03, 70.04,
2950 | 70.05, 70.06, 70.07, 71.01, 71.03, 71.04, 72.00, 73.00, 74.01,
2951 | 74.02, 74.03, 75.01, 75.03, 76.01, 76.03, 76.05, 76.07, 76.08,
2952 | 76.09, 76.10, 77.04, 77.05, 77.06, 77.07, 77.08, 77.09, 78.01,
2953 | 78.05, 78.06, 78.07, 78.08, 78.09, 79.01, 79.02, 80.00, 81.01,
2954 | 81.02, 82.02, 82.05, 82.06, 82.07, 82.08, 82.09, 83.05, 83.08,
2955 | 83.09, 83.10, 83.11, 83.13, 83.15, 84.09, 84.15, 84.16, 84.18,
2956 | 84.19, 84.20, 84.22, 84.23, 84.24, 84.25, 84.26, 84.28, 84.29,
2957 | 84.30, 85.02, 85.03, 85.04, 86.01, 86.03, 86.04, 87.02, 88.05,
2958 | 88.06, 88.07, 88.08, 89.06, 89.07, 89.08, 89.09, 89.10, 89.11,
2959 | 90.14, 90.15, 90.24, 90.26, 90.27, 90.30, 90.31, 90.51, 90.52,
2960 | 90.53, 91.01, 106.04, 106.08, 106.10, 106.13, 106.18, 106.19,
2961 | 106.20, 106.24, 106.25, 4901.00, 9803.00, and 9804.00.
2962 |     2. That part of tract 30.01 consisting of:
2963 |     a. That part of block group 1 consisting of blocks 8 and
2964 | 15.
2965 |     b. That part of block group 2 consisting of blocks 0, 1, 2,
2966 | 3, 4, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, and
2967 | 21.
2968 |     c. All of block group 3.

1/11/2022 12:17:06 PM                                         598-01930-22

SEN-0000243

 652836

2969  3. That part of tract 30.04 consisting of:
2970  a. That part of block group 2 consisting of blocks 10, 11,
2971  12, 13, 16, 17, and 19.
2972  4. That part of tract 31.00 consisting of:
2973  a. That part of block group 2 consisting of blocks 17, 18,
2974  19, 20, 21, 22, 26, and 27.
2975  5. That part of tract 34.00 consisting of:
2976  a. That part of block group 1 consisting of blocks 4, 5, 6,
2977  7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, and 22.
2978  b. All of block group 2.
2979  c. All of block group 3.
2980  d. All of block group 4.
2981  6. That part of tract 37.10 consisting of:
2982  a. All of block group 1.
2983  b. All of block group 2.
2984  c. That part of block group 3 consisting of blocks 20, 21,
2985  25, and 26.
2986  d. That part of block group 4 consisting of blocks 4, 6, 7,
2987  8, 9, 11, 12, 13, 14, 15, and 16.
2988  7. That part of tract 45.00 consisting of:
2989  a. That part of block group 1 consisting of blocks 8, 11,
2990  13, 15, and 41.
2991  8. That part of tract 50.03 consisting of:
2992  a. That part of block group 2 consisting of blocks 10, 13,
2993  14, 15, 17, 18, 19, 20, 21, 22, 23, and 24.
2994  9. That part of tract 50.04 consisting of:
2995  a. That part of block group 1 consisting of block 6.
2996  b. All of block group 2.
2997  c. All of block group 3.

1/11/2022 12:17:06 PM                          598-01930-22

SEN-0000244

 652836

2998        10. That part of tract 51.02 consisting of:
2999        a. All of block group 1.
3000        b. All of block group 3.
3001        11. That part of tract 51.03 consisting of:
3002        a. That part of block group 1 consisting of blocks 1, 2, 3,
3003    4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, and 17.
3004        12. That part of tract 51.04 consisting of:
3005        a. That part of block group 2 consisting of blocks 1, 4, 5,
3006    6, 7, 8, and 9.
3007        13. That part of tract 83.12 consisting of:
3008        a. All of block group 1.
3009        b. That part of block group 2 consisting of blocks 0, 1, 2,
3010    3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 20, 21, 22,
3011    23, and 24.
3012        c. That part of block group 3 consisting of blocks 0, 1, 2,
3013    3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 20, 21, 22,
3014    23, 24, and 25.
3015        14. That part of tract 83.14 consisting of:
3016        a. All of block group 1.
3017        b. That part of block group 2 consisting of blocks 0, 1, 2,
3018    and 5.
3019        c. All of block group 3.
3020        15. That part of tract 84.21 consisting of:
3021        a. All of block group 1.
3022        b. All of block group 2.
3023        c. That part of block group 3 consisting of blocks 0, 1, 2,
3024    3, 4, 5, 6, 7, 8, 9, 10, 11, and 12.
3025        16. That part of tract 84.27 consisting of:
3026        a. That part of block group 1 consisting of blocks 0, 1, 2,

SEN-0000245

Florida Senate - 2022                              COMMITTEE AMENDMENT
Bill No. SB 102

 652836

3027 | 3, 4, 6, 7, and 8.
3028 |         b. All of block group 2.
3029 |         17. That part of tract 84.31 consisting of:
3030 |         a. That part of block group 1 consisting of blocks 0, 1, 2,
3031 | 3, 5, 6, 7, 8, 9, 10, 11, and 12.
3032 |         b. All of block group 2.
3033 |         18. That part of tract 87.03 consisting of:
3034 |         a. That part of block group 1 consisting of blocks 0, 1, 2,
3035 | 3, 4, 5, 6, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
3036 | 22, and 23.
3037 |         b. That part of block group 2 consisting of blocks 0, 1, 2,
3038 | 3, 4, 5, 6, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, and 18.
3039 |         19. That part of tract 87.04 consisting of:
3040 |         a. All of block group 1.
3041 |         b. That part of block group 2 consisting of blocks 0, 1, 2,
3042 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
3043 | 21, 22, 23, and 25.
3044 |         20. That part of tract 88.09 consisting of:
3045 |         a. That part of block group 1 consisting of blocks 10, 11,
3046 | 12, 13, 25, and 29.
3047 |         21. That part of tract 88.10 consisting of:
3048 |         a. That part of block group 1 consisting of blocks 0, 8, 9,
3049 | 13, 14, 15, 16, 17, 18, 22, 23, and 24.
3050 |         22. That part of tract 90.10 consisting of:
3051 |         a. That part of block group 3 consisting of block 80.
3052 |         23. That part of tract 91.02 consisting of:
3053 |         a. That part of block group 2 consisting of blocks 31, 32,
3054 | 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, and 51.
3055 |         24. That part of tract 102.07 consisting of:

1/11/2022 12:17:06 PM                              598-01930-22

SEN-0000246

Florida Senate - 2022                    COMMITTEE AMENDMENT
Bill No. SB 102

 652836

3056    a. That part of block group 1 consisting of blocks 0, 1, 2,
3057  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 22,
3058  23, and 24.
3059    25. That part of tract 106.09 consisting of:
3060    a. That part of block group 1 consisting of blocks 0, 1, 2,
3061  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 14, 15, 16, 17, 18, 19, 20, 21,
3062  and 22.
3063    b. All of block group 2.
3064    c. All of block group 3.
3065    d. All of block group 4.
3066    26. That part of tract 106.23 consisting of:
3067    a. All of block group 1.
3068    b. All of block group 2.
3069    c. That part of block group 3 consisting of blocks 0, 1, 2,
3070  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, and 17.
3071    27. That part of tract 106.26 consisting of:
3072    a. That part of block group 2 consisting of blocks 0, 1, 2,
3073  3, 4, 5, 6, 7, 8, 25, and 26.
3074    28. That part of tract 156.00 consisting of:
3075    a. That part of block group 1 consisting of blocks 0, 1, 4,
3076  5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, and 18.
3077    b. All of block group 2.
3078    29. That part of tract 9801.00 consisting of:
3079    a. That part of block group 1 consisting of blocks 0, 1,
3080  and 2.
3081    30. That part of tract 9805.00 consisting of:
3082    a. That part of block group 1 consisting of blocks 83, 84,
3083  85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 100, and 103.
3084    31. That part of tract 9806.00 consisting of:

Page 107 of 109

SEN-0000247

Florida Senate - 2022                         COMMITTEE AMENDMENT
Bill No. SB 102

 652836

3085 |     a. That part of block group 1 consisting of blocks 0, 1, 2,
3086 | 3, 4, 5, 6, 7, 8, 9, 15, 16, 18, and 19.
3087 |     32. That part of tract 9810.00 consisting of:
3088 |     a. That part of block group 1 consisting of blocks 1, 3, 4,
3089 | 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
3090 | 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, and 33.
3091 |     33. That part of tract 9900.00 consisting of:
3092 |     a. That part of block group 0 consisting of blocks 4, 5, 6,
3093 | 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23,
3094 | 24, 25, 28, 29, 30, and 33.
3095 |     (28) District 28 is composed of:
3096 |     (a) All of Polk County.
3097 |     (b) That part of Lake County consisting of:
3098 |     1. All of tracts 313.14, 313.17, 313.18, 313.22, 313.23,
3099 | and 313.24.
3100 |     2. That part of tract 312.02 consisting of:
3101 |     a. That part of block group 1 consisting of blocks 0, 1, 2,
3102 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 20, 21,
3103 | 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37,
3104 | 38, 39, 40, 41, 42, 43, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65,
3105 | 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81,
3106 | 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, and 92.
3107 |     b. That part of block group 2 consisting of blocks 0, 1, 2,
3108 | 3, 19, 25, 26, 27, 28, 31, 36, 37, 38, 39, 40, 41, 42, 43, 44,
3109 | 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60,
3110 | 61, 62, 63, 64, 65, 66, 67, 68, 69, 73, 74, 75, 76, 77, 78, 79,
3111 | 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95,
3112 | 96, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108,
3113 | 115, 116, 117, 118, 119, 122, 123, 124, 125, 126, 127, 128, 129,

1/11/2022 12:17:06 PM                              598-01930-22

SEN-0000248

Florida Senate - 2022                                       COMMITTEE AMENDMENT
Bill No. SB 102

 652836

3114  130, 131, 132, 133, 135, 137, 138, 139, 140, and 141.
3115        c. That part of block group 3 consisting of blocks 15, 16,
3116  19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34,
3117  35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 48, 49, 50, 51,
3118  52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67,
3119  68, and 69.
3120        3. That part of tract 313.08 consisting of:
3121        a. That part of block group 2 consisting of blocks 0, 1, 2,
3122  3, 4, 5, 32, and 33.
3123        4. That part of tract 313.16 consisting of:
3124        a. That part of block group 1 consisting of blocks 26 and
3125  27.
3126        b. That part of block group 2 consisting of blocks 21, 22,
3127  23, 24, 25, 26, 27, 28, and 29.
3128        c. That part of block group 3 consisting of blocks 0, 1, 2,
3129  3, 4, 5, 6, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
3130  22, 23, 24, and 25.
3131
3132  ================= T I T L E   A M E N D M E N T =================
3133  And the title is amended as follows:
3134        Delete line 9
3135  and insert:
3136        Decennial Census of 2020 (plan S000C8040); amending s.

1/11/2022 12:17:06 PM                                    598-01930-22

SEN-0000249

By Senator Rodrigues

27-01187-22                                          2022102__

1        A bill to be entitled
2        An act establishing the congressional districts of the
3        state; amending s. 8.0001, F.S.; adopting the United
4        States Decennial Census of 2020 as the official census
5        of the state for use in redistricting the state's
6        congressional districts; defining terms; amending s.
7        8.0002, F.S.; redistricting the state's congressional
8        districts in accordance with the United States
9        Decennial Census of 2020 (plan _____); amending s.
10       8.0111, F.S.; providing for the inclusion of unlisted
11       territory in contiguous districts in accordance with
12       figures from the United States Decennial Census of
13       2020; reenacting s. 8.031, F.S., relating to the
14       election of representatives to Congress; creating s.
15       8.051, F.S.; specifying that certain electronic maps
16       serve as the official maps of the congressional
17       districts of the state; providing for construction;
18       requiring such maps to be made available to the public
19       by the Office of Economic and Demographic Research
20       within a specified timeframe; reenacting s. 8.0611,
21       F.S., relating to severability; amending s. 8.07,
22       F.S.; providing for applicability; repealing ss. 8.08,
23       8.081, 8.082, 8.083, 8.084, 8.085, 8.086, 8.087, and
24       8.088, F.S.; deleting obsolete and superseded
25       provisions relating to congressional districts enacted
26       in Special Session A of the 2014 Legislature;
27       providing effective dates.
28
29  Be It Enacted by the Legislature of the State of Florida:

CODING: Words ~~stricken~~ are deletions; words underlined are additions.

27-01187-22                                          2022102__

30
31       Section 1. Section 8.0001, Florida Statutes, is amended to
32  read:
33       (Substantial rewording of section. See
34       s. 8.0001, F.S., for present text.)
35       8.0001 Definitions.—In accordance with s. 8(a), Art. X of
36  the State Constitution, the United States Decennial Census of
37  2020 is the official census of the state for the purposes of
38  congressional redistricting.
39       (1) The following delineation of congressional districts
40  employs areas included within official county, tract, block
41  groups, and block boundary descriptions used by the United
42  States Department of Commerce, Bureau of the Census, in
43  compiling the United States Decennial Census of 2020 in this
44  state. The populations within these census geographic units are
45  the population figures reported in the counts of the United
46  States Decennial Census of 2020 provided to the state in
47  accordance with Pub. L. No. 94-171.
48       (2) As used in this chapter, the term:
49       (a) "Block" describes the smallest geographic unit for
50  which population was tabulated in the 2020 decennial census.
51  Blocks are nested within tracts and within block groups. A block
52  is identified by a three-character number that is unique within
53  a block group.
54       (b) "Block equivalency file" describes a list of all blocks
55  within the state and the congressional district number
56  designated for each block. Blocks are listed by a 15-character
57  number that combines the five-character county-level Federal
58  Information Processing (FIPS) code, the six-character tract

CODING: Words ~~stricken~~ are deletions; words underlined are additions.

SEN-0000250

27-01187-22                                          2022102__

59 | number with leading zeros and an implied decimal, the single-
60 | character block group number, and the three-character block
61 | number.
62 | (c) "Block group" describes a cluster of blocks within the
63 | same census tract. Block groups are nested within tracts, and
64 | are uniquely identified by a single character number with a
65 | valid range of 0 through 9.
66 | (d) "County" describes a legal governmental subdivision of
67 | the state. Boundaries of counties described in this chapter
68 | reflect those boundaries in effect as of January 1, 2020.
69 | (e) "Geographical information systems map" describes an
70 | electronic map that represents the boundaries of the
71 | congressional districts of the state in a commonly accepted and
72 | readable format.
73 | (f) "Tract" describes a relatively permanent statistical
74 | subdivision of a county. Tracts are nested within counties, and
75 | are uniquely identified by an up to four-character number and a
76 | two-digit suffix.
77 | Section 2. Section 8.0002, Florida Statutes, is amended to
78 | read:
79 | (Substantial rewording of section. See
80 | s. 8.0002, F.S., for present text.)
81 | 8.0002 Division of state into congressional districts.—For
82 | the election of representatives to the United States House of
83 | Representatives, the state is divided into 28 consecutively
84 | numbered, single-member congressional districts of contiguous
85 | territory, to be designated by such numbers as follows:
86 |
87 |

27-01187-22                                          2022102__

88 | Section 3. Section 8.0111, Florida Statutes, is amended to
89 | read:
90 | 8.0111 Inclusion of unlisted territory in contiguous
91 | districts.—Any portion of the state which is not stated in this
92 | chapter as being included in any district described in this
93 | chapter but which is entirely surrounded by a district shall be
94 | deemed to be included within the surrounding district. Any
95 | portion of the state which is not included in any district
96 | described in this chapter and which is not entirely surrounded
97 | by a district shall be included within that district contiguous
98 | to such portion that contains the least population per
99 | representative according to the United States Decennial Census
100 | of 2020 2010; however, if every district contiguous to such
101 | portion has an equal population, such portion shall be included
102 | within the lowest-numbered district that is contiguous to such
103 | portion.
104 | Section 4. Section 8.031, Florida Statutes, is reenacted to
105 | read:
106 | 8.031 Election of representatives to Congress.—The
107 | districts named in s. 8.0002 constitute and form the
108 | congressional districts of the state, and a representative to
109 | the Congress shall be selected in and for each of the
110 | congressional districts as provided by law.
111 | Section 5. Effective upon becoming a law, section 8.051,
112 | Florida Statutes, is created to read:
113 | 8.051 Electronic maps to serve as the official maps of
114 | congressional districts; availability.—
115 | (1) Geographical information systems maps and block
116 | equivalency files representing the boundaries of congressional

SEN-0000251

27-01187-22                                                    2022102__

117 districts described in this act shall serve as the official maps
118 of the congressional districts of the state. In the event of any
119 conflict between the descriptions of districts set forth in this
120 act, geographical information systems maps, or block equivalency
121 files, the descriptions in the block equivalency files shall
122 prevail.
123     (2) Within 10 days after the effective date of this act,
124 the geographical information systems maps and block equivalency
125 files representing the boundaries of the congressional districts
126 described in this act shall be made available to the public by
127 the Office of Economic and Demographic Research.
128     Section 6. Section 8.0611, Florida Statutes, is reenacted
129 to read:
130     8.0611 Severability.—If any provision of this chapter is
131 held invalid with respect to any person or circumstance, or if
132 any congressional district established in this chapter is held
133 invalid, the invalidity does not affect other provisions or
134 applications of the chapter or any other districts established
135 in this chapter which can be given effect without the invalid
136 provision or application, and to this end the provisions of this
137 chapter are severable.
138     Section 7. Effective upon becoming a law, section 8.07,
139 Florida Statutes, is amended to read:
140     8.07 Applicability.—The congressional districts prescribed
141 in s. 8.0002 apply with respect to the qualification,
142 nomination, and election to the office of representative to the
143 Congress of the United States in the primary and general
144 elections held in 2022 2012 and thereafter.
145     Section 8. Effective upon becoming a law, sections 8.08,

CODING: Words stricken are deletions; words underlined are additions.

27-01187-22                                                    2022102__

146 8.081, 8.082, 8.083, 8.084, 8.085, 8.086, 8.087, and 8.088,
147 Florida Statutes, are repealed.
148     Section 9. Except as otherwise expressly provided in this
149 act and except for this section, which shall take effect upon
150 this act becoming a law, this act shall take effect upon the
151 expiration of the terms of the representatives to the United
152 States House of Representatives serving on the date that this
153 act becomes a law.

CODING: Words stricken are deletions; words underlined are additions.

SEN-0000252

The Florida Senate
# BILL ANALYSIS AND FISCAL IMPACT STATEMENT
(This document is based on the provisions contained in the legislation as of the latest date listed below.)

Prepared By: The Professional Staff of the Committee on Reapportionment

| | |
|---|---|
| BILL: | SJR 100 |
| INTRODUCER: | Senator Rodrigues |
| SUBJECT: | Joint Resolution of Apportionment |
| DATE: | January 12, 2022      REVISED: |

| ANALYST | STAFF DIRECTOR | REFERENCE | | ACTION |
|---|---|---|---|---|
| L.  Rojas | Ferrin | RE | **Pre-meeting** | |

## I.   Summary:

Senate Joint Resolution 100 apportions the state into 40 single-member State Senate districts and 120 single-member State House districts as required by the United States (U.S.) Constitution, Federal Voting Rights Act, Florida Constitution, and applicable court decisions.

## II.   Present Situation:

The 2020 Census revealed an unequal distribution of population growth across Florida's state legislative districts. Therefore, districts must be adjusted to comply with the "one person, one vote" principle such that each district must be substantially equal in total population.[1]

According to the 2020 Census, 21,538,187 people resided in Florida as of April 1, 2020. That represents a population growth of 2,736,877 people from 2010 to 2020, approximately a 15 percent increase.[2]

Table 1 below shows the changes in population for each of Florida's current congressional and state legislative districts and their respective ideal populations.

---

[1] *See Reynolds v. Sims*, 377 U.S. 533, 568 (1964).
[2] United States Census Bureau, *2020 Census Apportionment Results* (April, 26, 2021). https://www.census.gov/data/tables/2020/dec/2020-apportionment-data.html.

SEN-0000253

BILL: SJR 100            Page 2

### Table 1. Florida Congressional and State Legislative Districts Summary 2010 – 2020

| Florida Fast Facts | 2010 | 2020 | Difference |
|---|---|---|---|
| Statewide Population | 18,801,310 | 21,538,187 | +2,736,877 |
| Number of Congressional Seats | 27 | 28 | +1 seat |
| Congressional District Ideal Population | 696,345 | 769,221 | +72,876 |
| Florida House of Representatives District Ideal Population *(based on 120 seats)* | 156,678 | 179,485 | +22,807 |
| Florida Senate District Ideal Population *(based on 40 seats)* | 470,033 | 538,455 | +68,422 |

According to the 2020 Census, the State Senate district with the largest population has 713,947 people (175,492 more than the ideal), and the State Senate district with the smallest population has 486,331 people (52,124 less than ideal). The State House district with the largest population has 237,134 people (57,689 more than the ideal), and the State House district with the smallest population has 153,589 people (25,896 less than the ideal).

### Background

The terms "redistricting" and "reapportionment" are often used interchangeably to describe the process of redrawing Congressional and state legislative district boundaries after each decennial census. Redrawing districts is necessary to accommodate population growth and shifts, ensuring that each district contains equal or nearly equal populations in compliance with applicable state and federal law.

The Florida Constitution requires the Legislature to apportion the state at its regular session in the second year following each decennial census into not less 30 nor more than 40 State Senate districts and into not less than 80 nor more than 120 State House districts.[3]

### The 2020 Census

Established by the U.S. Constitution, the census has been conducted every 10 years by the United States Census Bureau since 1790 to determine the number of people living in the United States. Article 1, s. 2 of the U.S. Constitution states that "The actual enumeration shall be made within three years after the first meeting of the Congress of the United States, and within every subsequent term of ten years, in such manner as they shall by law direct."[4]

---

[3] Art. III, s. 16(a), Fla. Const.
[4] Art. 1, s. 2, U.S. Const.

SEN-0000254

Florida is one of 21 states that explicitly requires the use of census data for redistricting.[5] Article X, s. 8 of the Florida Constitution designates each decennial census of the state taken by the United States as the official census of the state.[6] Florida Statutes also designate the most recent federally conducted decennial census as the official census for redistricting.[7]

Public Law (P.L.) 94-171 requires the Census Bureau to provide states the opportunity to identify the small area geography for which data is needed to conduct legislative and congressional redistricting. The law also requires the U.S. Census Bureau to furnish these tabulations of population to each state, at the county, tract, block group, and block levels, within one year of Census Day.[8]

Title 13, U.S. Code requires that the state-level apportionment population counts be delivered to the President of the United States within 9 months of the census date. In the 2020, 2010, and most 20th century censuses, the census date has been April 1, meaning that the statutory deadline for delivering the counts to the President is December 31 of the census year.[9]

The delivery of 2020 Census results was delayed due to several factors affecting the Census Bureau's collection and processing, including the COVID-19 pandemic, natural disasters that included hurricanes and wildfires, civil unrest, and legal challenges.[10]

The state population counts for apportionment were delivered to the President on April 26, 2021 (originally due December 31, 2020). The U.S. Census Bureau provided redistricting data as legacy format summary files, which is tabular data, for all states on August 12, 2021 (originally due April 1, 2021). The full redistricting data toolkit was delivered to all 50 states and the public on September 16, 2021 (originally due April 1, 2021).

### Redistricting Criteria and Concepts

Florida follows various criteria and standards as it relates to drawing state legislative districts, including the United States (U.S.) Constitution, Federal Voting Rights Act, Florida Constitution, and applicable court decisions.

### The United States Constitution

In addition to state specific requirements to redistrict, states are obligated to redistrict based on provisions within the United States Constitution. In *Reynolds v. Sims*, the United States Supreme Court held that the Fourteenth Amendment required that seats in state legislature be reapportioned on a population basis. This principle is commonly referred to as "one person, one vote." The Supreme Court concluded:

---

[5] National Conference of State Legislatures Redistricting Law 2020, Appendix B: Redistricting and Use of Census Data
[6] Art. X, s. 8, Fla. Const.
[7] Section 11.031, F.S. (2021).
[8] United States Census Bureau, *Decennial Census P.L. 94-171 Redistricting Data* (Aug. 12, 2021), https://www.census.gov/programs-surveys/decennial-census/about/rdo/summary-files.html.
[9] United States Census Bureau, *About Congressional Reapportionment* (Nov. 22, 2021), https://www.census.gov/topics/public-sector/congressional-apportionment/about.html.
[10] Styles, Kathleen, *2020 Census: Overview* (2021), https://www.ncsl.org/Portals/1/Documents/Redistricting/NCSL_Census_Update_KathleenStyles.pdf.

….."the basic principle of representative government remains, and must remain, unchanged – the weight of a citizen's vote cannot be made to depend on where he lives. Population is, of necessity, the starting point for consideration and the controlling criterion for judgment in legislative apportionment controversies…The Equal Protection Clause demands no less than substantially equal state legislative representation for all citizens, of all places as well as of all races. We hold that, as a basic constitutional standard, the Equal Protection Clause requires that the seats in both houses of a bicameral state legislature must be apportioned on a population basis."[11]

The Court went on to state that decennial reapportionment was a rational approach to readjust legislative representation to take into consideration population shifts and growth.[12]

In practice, Congressional districting has strictly adhered to the requirement of exact mathematical equality and in Kirkpatrick v. Preisler, the Court rejected several justifications for violating this principle. For state legislative districts, the courts have permitted a greater population deviation amongst districts. The populations of state legislative districts must instead be "substantially equal."[13]

Substantial equality of population has come to generally mean that a legislative plan will not be held to violate the Equal Protection Clause if the difference between the smallest and largest district is less than ten percent.[14] Nevertheless, any significant deviation (even within the 10 percent overall deviation margin) must be "based on legitimate considerations incident to the effectuation of a rational state policy,"[15] including "the integrity of political subdivisions, the maintenance of compactness and contiguity in legislative districts, or the recognition of natural or historical boundary lines.[16]

The Fourteenth Amendment has also been interpreted to prohibit racial predominance.[17] The U.S. Supreme Court has stated: "The equal protection clause prohibits a state, without sufficient justification, from separating its citizens into different voting districts on the basis of race." A redistricting plan "that expressly distinguishes among citizens because of their race [must] be narrowly tailored to further a compelling government interest." Such strict scrutiny review applies not only to redistricting plans that expressly distinguish citizens because of race, but also those plans "that, although race neutral, are, on their face unexplainable on grounds other than race."[18]

---

[11] *Reynolds v. Sims*, 377 U.S. 533, 568 (1964).
[12] *See Kirkpatrick v. Preisler, 394 U.S. 526, 531 (1969).*
[13] *See Reynolds v. Sims, 377 U.S. 533, 84 S. Ct. 1362, 12 L. Ed. 2d 506 (1964).*
[14] *See Chapman v. Meier, 420 U.S. 1 (1975); Connor v. Finch, 431 U.S. 407, 418 (1977).*
[15] *Reynolds v. Sims, 377 U.S. 533, 84 S. Ct. 1362, 12 L. Ed. 2d 506 (1964).*
[16] *Swann v. Adams, 385 U.S. 440, 444 (1967).*
[17] *See Shaw v. Reno, 509 U.S. 630 (1993).*
[18] *Id.*

**The Federal Voting Rights Act**

The Federal Voting Rights Act (VRA) prohibits any state or political subdivision from enacting a map that results in the denial or abridgement of any U.S. citizen's right to vote on account of race, color, or status as a member of a language minority group and purposeful discrimination.[19] The VRA also protects against retrogression—or backsliding—in the ability of racial and language minorities to elect representatives of their choice.[20]

Section 2 of the VRA requires the creation of a district that performs for racial and language minorities where a minority population is geographically compact and sufficiently numerous to be a majority in a single-member district, the minority population is politically cohesive, the majority votes sufficiently as a bloc to enable it usually to defeat the minority-preferred candidate, and under all of the circumstances, the minority population has less opportunity than others to participate in the political process and elect representatives of its choice.[21]

Section 5 of the VRA prohibits purposeful discrimination and protects against retrogression—or backsliding—in the ability of racial and language minorities to elect representatives of their choice.[22] Section 5 contains a coverage formula that was applied to "covered jurisdictions" to determine if there was a history of discrimination against racial or language minorities.[23] Such jurisdictions had to be "precleared" before any of the changes could take effect, meaning that any substantial changes made to voting laws, including redistricting plans, in these "covered jurisdictions" could not be implemented without first obtaining federal permission.[24] In Florida, Collier, Hardee, Hendry, Hillsborough, and Monroe counties were subject to Department of Justice preclearance in regards to redistricting until the coverage formula was invalidated in 2013 in *Shelby County v. Holder*.[25] However, as *Apportionment I* states, "Florida's new constitutional provision, codified the non-retrogression principle of Section 5 (VRA) and has now extended it statewide. In other words, Florida now has a statewide non-retrogression requirement independent of Section 5."[26]

**The Florida Constitution**

Article III, s. 16(a) of the Florida Constitution requires that "the legislature at its regular session in the second year following each decennial census," apportion the state by joint resolution "in accordance with the constitution of the state and the United States into not less than thirty nor more than forty consecutively numbered senatorial districts of either contiguous, overlapping or identical territory, and into not less than eighty nor more than one hundred twenty consecutively numbered representative districts of either contiguous, overlapping or identical territory."[27] Once

---

[19] 52 U.S.C.A. s. 10301.
[20] 52 U.S.C.A. s. 10303.
[21] *Thornburg v. Gingles, 478 U.S. 30, 106 S. Ct. 2752, 92 L. Ed. 2d 25 (1986).*
[22] 52 U.S.C.A. s. 10303.
[23] *Id.*
[24] *Id.*
[25] *Shelby Cty., Ala. v. Holder*, 570 U.S. 529, 133 S. Ct. 2612, 186 L. Ed. 2d 651 (2013).
[26] In re Senate Joint Resolution of Legislative Apportionment 1176, 83 So. 3d 597, 624 (Fla. 2012).
[27] Art. III, s. 16(a), Fla. Const.

the joint resolution is adopted, the state legislative plans are then subject to review by the Florida Supreme Court determining the validity of the apportionment.[28]

A district is contiguous if no part of the district is isolated from the rest of the district by another district.[29] In a contiguous district, a person can travel from any point within the district to any other point without departing from the district.[30] A district is not contiguous if its parts touch only at a common corner, such as a right angle.[31] The Florida Supreme Court has also held that the presence in a district of a body of water without a connecting bridge, even if it requires land travel outside the district in order to reach other parts of the district, does not violate contiguity.[32]

Districts must be consecutively numbered, but it is not necessary that adjacent districts receive consecutive numbers.[33] For example, districts in a 40-district redistricting plan may be numbered from 1 to 40, but District 1 and District 2 need not be adjacent to one another.[34]
In 2010, voters amended the Florida Constitution to create additional standards for establishing state legislative district boundaries.[35] The standards are set forth in two tiers.

### Tier – One Standards

Article III, s. 21(a) of the Florida Constitution prohibits line-drawing that intentionally favors or disfavors a political party or an incumbent. It also affords protection to racial and language minorities. Districts may not be drawn with the intent or result of denying or abridging the equal opportunity of racial or language minorities to participate in the political process; or to diminish their ability to elect representatives of their choice. Finally it reiterates that districts must be contiguous. The order in which the tier-one standards are set out in the Constitution does not establish any priority among those standards within the tier.[36]

The tier-one standards provide that "[n]o apportionment plan or district shall be drawn with the intent to favor or disfavor a political party or an incumbent."[37] The Florida Supreme Court has held that Florida's constitutional provision "prohibits intent, not effect" because "any redrawing of lines, regardless of intent, will inevitably have an effect on the political composition of a district and likely whether a political party or incumbent is advantaged or disadvantaged."[38] Nonetheless, there is no acceptable level of improper intent.[39]

---

[28] Art. III, s. 16(c), Fla. Const.
[29] In re Apportionment Law Appearing as Senate Joint Resolution 1 E, 1982 Special Apportionment Session; Constitutionality Vel Non, 414 So. 2d 1040 (Fla. 1982).
[30] In re Senate Joint Resolution 2G, Special Apportionment Session 1992, 597 So. 2d 276 (Fla. 1992), amended sub nom. In re Constitutionality of Senate Joint Resolution 2G, Special Apportionment Session 1992, 601 So. 2d 543 (Fla. 1992).
[31] Id.
[32] Id.
[33] Art. III, s. 16(a), Fla. Const.; In re Apportionment Law Appearing as Senate Joint Resolution 1 E, 1982 Special Apportionment Session; Constitutionality Vel Non, 414 So. 2d 1040 (Fla. 1982).
[34] Id.
[35] Art. III, s. 21, Fla. Const.
[36] Art. III, s. 21(c), Fla. Const.
[37] Art. III, s. 21(a), Fla. Const.
[38] In re Senate Joint Resolution of Legislative Apportionment 1176, 83 So. 3d 597 (Fla. 2012).
[39] Id.

SEN-0000258

The tier-one standards also provide protections for racial and language minorities. Districts may "not be drawn with the intent or result of denying or abridging the equal opportunity of racial or language minorities to participate in the political process"; or to "diminish their ability to elect representatives of their choice."[40]

The Court has interpreted the tier-one constitutional provisions that relate to racial or language minorities' ability to participate in the political process or elect a candidate of their choice to mean that "the Legislature cannot eliminate majority-minority districts or weaken other historically performing minority districts where doing so would actually diminish a minority group's ability to elect its preferred candidates…in addition to majority-minority districts, coalition or crossover districts that previously provided minority groups with the ability to elect a preferred candidate under the benchmark plan must also be recognized."[41]

The Court went on to say, "that under Florida's provision, a slight change in percentage of the minority group's population in a given district does not necessarily have a cognizable effect on a minority group's ability to elect its preferred candidate of choice. This is because a minority group's ability to elect a candidate of choice depends upon more than just population figures."[42] In order to draw districts that comply with the tier-one standards, a functional analysis is required to be performed.

A "functional analysis," as it has been termed, is an inquiry into a racial or language minority group's ability to elect a candidate of choice that requires "consideration not only of the minority population in the districts, or even the minority voting-age population in those districts, but of political data and how a minority population group has voted in the past.[43] The map drawing application in use for the 2022 Redistricting Cycle includes 231 data points in the following categories to enable users to perform this type of analysis:[44]

2012 - 2020 General Election Voter Registration Information;
- Registration by Party
- Registration by Race or Ethnicity
- Registration by Race or Ethnicity and Party
- Registration by Party and Race or Ethnicity

2012 - 2020 General Election Voter Turnout Information;
- Turnout by Party
- Turnout by Party and Race or Ethnicity
- Turnout by Race or Ethnicity and Party

2012 – 2020 Primary Election Voter Turnout Information;
- Turnout by Party and Race or Ethnicity

---

[40] Art. III, s. 21(a), Fla. Const.

[41] In re Senate Joint Resolution of Legislative Apportionment 1176, 83 So. 3d 597, 625 (Fla. 2012).

[42] Id.

[43] Id.

[44] See Florida Senate Committee on Reapportionment, *Functional Analysis* (October, 2021), *available at:* https://www.flsenate.gov/Committees/Show/RE/MeetingPacket/5264/9438_MeetingPacket_5264_3.pdf.

2012 – 2020 Elections Results;
- General Elections results by candidate
- Primary Elections results by candidate

The last tier-one standard requires that all districts "consist of contiguous territory". The premise is similar to that in Article III, s. 16 of the Florida Constitution.

### Tier – Two Standards

The tier-two standards of the Florida Constitution encompass what are often called "traditional redistricting criteria," but make it clear these standards are subordinated to the tier-one standards. Article III, s. 21(b) states that unless compliance with these standards conflicts with tier-one standards or with federal law, districts shall be as nearly equal in population as practicable, districts shall be compact, and districts shall, where feasible, utilize existing political and geographical boundaries.[45] As with tier-one, the order in which the tier-two standards are set out in the Constitution does not establish any priority among those standards within the tier.[46]

The first tier-two standard set forth by the Florida Constitution states that districts shall be as nearly equal in population as is practicable. As interpreted by the United States Supreme Court, the Equal Protection Clause of the Fourteenth Amendment mandates that "state legislatures be apportioned in such a way that each person's vote carries the same weight—that is, each legislator represents the same number of voters."[47]

The courts have allowed reasonable deviations for mathematical equality for state legislative districts to accommodate traditional redistricting objectives, such as compactness, contiguity and respect to the boundaries of political subdivisions.[48] In *Apportionment I*, the court stated that "Because obtaining equal population "if practicable" is an explicit and important constitutional mandate under the Florida Constitution, any deviation from that goal of mathematical precision must be based upon compliance with other constitutional standards." [49]

The second tier-two requirement established by Section 21 of the Florida Constitution is compactness. The constitutional amendments adopted in Florida in 2010 state that districts "shall be compact."[50]

The Florida Supreme Court held that "compactness is a standard that refers to the shape of the district. The goal is to ensure that districts are logically drawn and that bizarrely shaped districts are avoided. Compactness can be evaluated both visually and by employing standard mathematical measurements."[51]

---

[45] Art. III, s. 21(b), Fla. Const.
[46] Art. III, s. 21(c), Fla. Const.
[47] In re Senate Joint Resolution of Legislative Apportionment 1176, 83 So.3d 597 (2012).
[48] Art. III, s. 21(b), Fla. Const.
[49] Id.
[50] Art. III, s. 21 (b), Fla. Const.
[51] In re Senate Joint Resolution of Legislative Apportionment 1176, 83 So.3d 597 (2012).

Florida has historically used three scores to gauge compactness mathematically, all of which fall within a range of 0-1, where a score closer to one indicates a more compact district.[52] The first score used is the Convex Hull score, which tests for concavities or indentations in district boundaries by calculating the ratio of the area of the district to the area of the minimum convex polygon that can enclose the district's geometry.[53] The second score used is the Polsby-Popper score, which tests for jagged or squiggly district boundaries by calculating the ratio of the area of the district to the area of a circle whose circumference is equal to the perimeter of the district. The third score used is the Reock score, which indicates a district's similarity to a circle by calculating the ratio of the area of the district to the area of the smallest circle that can be drawn around the district.[54]

The Court also held that "Since compactness is set forth in section 21(b), the criteria of section 21(a) must predominate to the extent that they conflict with drawing a district that is compact. However, if a district can be drawn more compactly while utilizing political and geographical boundaries and without intentionally favoring a political party or incumbent, compactness must be a yardstick by which to evaluate those other factors."[55]

The final tier-two standard established by the Florida Constitution is that districts shall, "where feasible, utilize existing political and geographical boundaries."[56] The Florida Supreme court has defined geographic boundaries as features that are "easily ascertainable and commonly understood" such as "rivers, railways, interstates, and state roads."[57] Moreover, political boundaries primarily consist of county and municipal boundaries.[58]

The boundaries of Florida's municipalities are not static. Between January 1, 2010 and December 31, 2019, 200 cities annexed or deannexed parcels, changing their boundaries 3,552 times.[59] Additionally, while Florida Statutes[60] permit municipalities to annex contiguous and compact unincorporated territory, many of Florida's cities are not contiguous, neither visually nor mathematically compact, and contain holes or enclaves.[61] Of Florida's 412 cities, 136 are discontiguous, and 170 have holes or enclaves.[62]

---

[52] See Florida Senate Committee on Reapportionment, *Compactness* (October, 2021) , *available at:*https://www.flsenate.gov/Committees/Show/RE/MeetingPacket/5264/943K_MeetingPacket_5264_3.pdf.
[53] *Id.*
[54] *Id.*
[55] In re Senate Joint Resolution of Legislative Apportionment 1176, 83 So.3d 597 (2012).
[56] Art. III, s. 21(b), Fla. Const.
[57] In re Senate Joint Resolution of Legislative Apportionment 1176, 83 So.3d 597 (2012).
[58] *Id.*
[59] Boundary change data obtained from the U.S. Census Bureau: https://www.census.gov/geographies/reference-files/timeseries/geo/bas/annex.html As noted, The U.S. Census Bureau makes no claims to the completeness o The annexation data in the boundary change files. The data in these files were collected through programs in which state, county, and local governments voluntarily participated.
[60] Section 171.0413(1), F.S. (2021).
[61] Compactness scores, parts, and holes based on 2020 U.S. Census TIGER geometry for the places layer available at: https://www.census.gov/geographies/mapping-files/time-series/geo/tiger-line-file.2020.html.
[62] See Florida Senate Committee on Reapportionment, *Municipal Boundaries* (October, 2021) , *available at:*https://www.flsenate.gov/Committees/Show/RE/MeetingPacket/5264/943K_MeetingPacket_5264_3.pdf.

Unlike other objective tier-two standards in the Florida Constitution, there is no widely accepted measurement for compliance with the requirement to, where feasible, utilize existing political and geographic boundaries.[63]

Simply counting the cities or counties kept whole, meaning they have either all geographic territory or all population in a single district[64], fails to account for the degree of usage of existing county or municipal boundaries. It also disregards the co-equal constitutional mandate to, where feasible, use political and geographical boundaries.[65]

Professional staff of the Florida House of Representatives and the Florida Senate worked to develop a set of quantitative metrics that measure the coincidence of a district's border with easily ascertainable and commonly understood political and geographic features, and make it publicly available to all users in the redistricting application. This Boundary Analysis independently measures the extent to which district boundaries overlap city boundaries, county boundaries, primary and secondary roads (interstates, U.S. highways, and State highways), railroads, and significant water bodies (contiguous area hydrography features greater than 10 acres) as defined by the U.S. Census Bureau's TIGER/Line files. Districts' coincidence with these existing political and geographic boundaries is independently calculated and presented along with the extent to which district boundaries do not follow any of the specified features.

In this way, users are presented with a Boundary Analysis that shows the degree of utilization for each type of existing political or geographic boundary as specified by the Florida Constitution and interpreted by the Florida Supreme Court. To facilitate the utilization of existing political and geographic boundaries, each of the feature layers used in the computation of the Boundary Analysis is provided in the map-drawing application.

**Judicial Review of State Legislative Districts**

During the regular session of the Legislature in the second year following the decennial census, the Legislature is required to adopt a joint resolution that apportions the state into State Senate and State House districts. The Legislature is directed to apportion the state into no fewer than 30, nor more than 40 State Senate districts, and into no fewer than 80, nor more than 120 State House districts. Because the Legislature adopts a joint resolution, rather than passing a general bill, the measure does not require the Governor's approval, nor is it subject to a veto.[66]

The state constitution prescribes a mandated review process for state legislative redistricting plans by the Florida Supreme Court.[67] During a constitutionally mandated review, the Florida Supreme Court determines if the newly created State Senate and State House districts are valid. When the Florida Supreme Court enters a judgment that the plan is valid, the plan becomes binding upon all citizens of the state.[68]

---

[63] In re Senate Joint Resolution of Legislative Apportionment 1176, 83 So.3d 597 (2012).
[64] In Apportionment VIII, the Court held that unpopulated county splits are "not considered to include part of the county for the purpose of counting splits. *See League of Women Voters of Fla. v. Detzner*, 179 So. 3d 258 (Fla. 2015).
[65] In re Senate Joint Resolution of Legislative Apportionment 1176, 83 So.3d 597 (2012).
[66] Art. III, s. 16(a), Fla. Const.
[67] Art. III, s. 16(c), Fla. Const.
[68] Art. III, s. 16(d), Fla. Const.

### *If the Legislature Adopts a Joint Resolution of Apportionment during Regular Session*

Within fifteen days after the Legislature passes a joint resolution to apportion state legislative districts, the Attorney General must petition the Florida Supreme Court for a declaratory judgment that determines the validity of the apportionment.[69] The Court must allow adversary interests to present their views challenging the validity of the apportionment,[70] and must enter its judgment within thirty days after the Attorney General submits the petition.

If the Court finds the apportionment valid, the Court's judgment is binding on all citizens of the state.[71]

If the Court finds the apportionment invalid, the Governor must reconvene the Legislature, by proclamation, within 5 days, in an extraordinary apportionment session that may not exceed fifteen days.[72] The Legislature must then adopt a joint resolution of apportionment that conforms to the Court's judgment.[73]

If the Legislature adopts a joint resolution during the extraordinary apportionment session, the Attorney General must petition the Court and provide the apportionment resolution within fifteen days after adjournment of the session. The Court must then consider the validity of the resolution as though adopted at a regular or special apportionment session.[74] Again, the Court must allow adversary interests to present their views and render its judgment within thirty days after the Attorney General submits the petition.[75] If the Legislature did not adopt a joint resolution during the extraordinary apportionment session, the Attorney General must so inform the Court.[76]

If the Legislature did not adopt an apportionment resolution during an extraordinary apportionment session, or if the Court declares an apportionment resolution adopted during an extraordinary apportionment session invalid, the Court must, within sixty days after receiving the Attorney General's petition, file an order with the custodian of state records making an apportionment.[77]

### *If the Legislature does not Adopt a Joint Resolution of Apportionment during Regular Session*

If the regular session of the Legislature in the second year following the decennial census is adjourned without adoption of a joint resolution apportioning the state into the necessary legislative districts, the Governor must, within thirty days, issue a proclamation reconvening the Legislature in a special apportionment session.[78] That session may not exceed thirty consecutive

---

[69] Art. III, s. 16(c), Fla. Const.
[70] *Id.*
[71] Art. III, s. 16(d), Fla. Const.
[72] *Id.*
[73] *Id.*
[74] Art. III, s. 16(e), Fla. Const.
[75] Art. III, s. 16(c), Fla. Const.
[76] Art. III, s. 16(e), Fla. Const.
[77] Art. III, s. 16(f), Fla. Const.
[78] Art. III, s. 16(a), Fla. Const.

SEN-0000263

days and no other business may be transacted.[79] The state constitution specifies that, "[i]t is the Legislature's mandatory duty to adopt a joint resolution of apportionment during that session."[80]

If the Legislature adjourns the special apportionment session without adopting a joint resolution of apportionment, the Attorney General must, within five days, petition the Court to make the apportionment.[81] Within sixty days after the Attorney General files the petition, the Court must file an order with the state custodian of records making the apportionment.[82]

## III.    Effect of Proposed Changes:

Consistent with the United States (U.S.) Constitution, Federal Voting Rights Act, Florida Constitution, and applicable court decisions, the Joint Resolution apportions the state into 40 single-member State Senate districts and 120 single-member State House districts.

Section 1 of the Joint Resolution provides definitions regarding Census geography and the electronic versions of districts. Additionally, it designates the United States Decennial Census of 2020 as the official census of the state for the purposes of legislative redistricting as provided by Art. X of the Florida Constitution.

Section 2 of the Joint Resolution describes the state's 120 State House districts using Census geography.

Section 3 of the Joint Resolution describes the state's 40 State Senate districts using Census geography.

Section 4 of the Joint Resolution designates the process for territory not specified for inclusion in any district.

Section 5 of the Joint Resolution designates the process for assigned territory that is noncontiguous.

Section 6 of the Joint Resolution establishes the districts described in Sections 2 and 3 as the official State House and State Senate districts of the state.

Section 7 of the Joint Resolution designates electronic maps as the authoritative representation of the state's legislative districts. Additionally, it establishes the Office of Economic and Demographic Research as the official custodian of electronic maps representing the legislative districts described in Sections 2 and 3.

Section 8 provides severability if any provision of the Joint Resolution is invalidated.

Section 9 of the Joint Resolution changes the applicable starting date for the qualification, nomination, and election of the new districts from 2012 to 2022.

---

[79] Id
[80] Id
[81] Art. III, s. 16(b), Fla. Const.
[82] Id

**IV.    Constitutional Issues:**

      A.     Municipality/County Mandates Restrictions:

           None.

      B.     Public Records/Open Meetings Issues:

           None.

      C.     Trust Funds Restrictions:

           None.

      D.     State Tax or Fee Increases:

           None.

      E.     Other Constitutional Issues:

           None.

**V.    Fiscal Impact Statement:**

      A.     Tax/Fee Issues:

           None.

      B.     Private Sector Impact:

           None.

      C.     Government Sector Impact:

           The 2022 reapportionment will have an undetermined fiscal impact on Florida's election officials, including 67 Supervisor of Elections offices and the Department of State, Division of Elections. Local supervisors will incur the cost of data processing and labor to change each of Florida's approximately 14 million voter records to reflect new districts. As precincts are reconfigured for new districts, postage and printing will be required to provide each eligible voter whose precinct has changed with official notification.

**VI.    Technical Deficiencies:**

    None.

**VII.    Related Issues:**

    None.

BILL: SJR 100                                                                                           Page 14

**VIII.    Statutes Affected:**

    None.

**IX.    Additional Information:**

    A.    Committee Substitute – Statement of Changes:
        (Summarizing differences between the Committee Substitute and the prior version of the bill.)

        None.

    B.    Amendments:

        None.

---

This Senate Bill Analysis does not reflect the intent or official position of the bill's introducer or the Florida Senate.

SEN-0000266

Florida Senate - 2022                        COMMITTEE AMENDMENT
Bill No. SJR 100

 360368

LEGISLATIVE ACTION

| Senate | . | House |
|--------|---|-------|
| Comm: RS | . | |
| 01/13/2022 | . | |
| | . | |
| | . | |
| | . | |

The Committee on Reapportionment (Rodrigues) recommended the
following:

1      **Senate Amendment (with title amendment)**
2
3      Delete line 74
4  and insert:
5      (1) District 1 is composed of:
6      (a) All of Escambia County.
7      (b) All of Santa Rosa County.
8      (c) That part of Okaloosa County consisting of:
9      1. All of tracts 201.0 and 201.02.
10     2. That part of tract 202.00 consisting of:

1/11/2022  12:20:11 PM                        598-01926-22

SEN-0000267

Florida Senate - 2022                              COMMITTEE AMENDMENT
Bill No. SJR 100

 360368

11        a. That part of block group 1 consisting of blocks 0, 1, 2,
12   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
13   21, 22, 29, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45,
14   46, 47, 48, 49, 50, 51, 52, 53, 54, 56, 57, 58, 89, 94, 95, 96,
15   97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109,
16   110, 111, 112, 113, 114, 115, 116, 117, 144, 146, 147, 151, and
17   152.
18        3. That part of tract 203.03 consisting of:
19        a. All of block group 2.
20        4. That part of tract 203.04 consisting of:
21        a. That part of block group 1 consisting of blocks 0, 1, 2,
22   3, 5, 6, 7, 27, and 29.
23        b. All of block group 2.
24        5. That part of tract 203.05 consisting of:
25        a. That part of block group 1 consisting of blocks 11, 13,
26   16, 18, 35, and 36.
27        6. That part of tract 205.00 consisting of:
28        a. That part of block group 1 consisting of blocks 2, 5, 6,
29   7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 21, 22, 23, 24, 25, 26,
30   27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 39, 40, 41, 42, 43,
31   44, 49, 50, 51, and 52.
32        b. That part of block group 2 consisting of blocks 0, 1, 2,
33   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
34   21, 22, 25, 26, 27, 28, 29, and 30.
35        c. That part of block group 3 consisting of blocks 0, 1, 2,
36   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
37   21, 22, 23, 26, 27, 28, 29, 30, 31, and 32.
38        d. That part of block group 4 consisting of blocks 1, 2, 3,
39   4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 22, 23, 24, 25, 26, 27, 28,

1/11/2022 12:20:11 PM                             598-01926-22

SEN-0000268

 360368

40 | 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 47, 48, 49,
41 | 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 61, 62, 63, 64, 65, 66,
42 | 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, and 78.
43 |      e. All of block group 5.
44 |      f. All of block group 6.
45 |      7. That part of tract 206.01 consisting of:
46 |      a. All of block group 1.
47 |      b. That part of block group 2 consisting of blocks 0, 1, 2,
48 | 3, 4, 5, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, and
49 | 31.
50 |      c. That part of block group 3 consisting of blocks 0, 1, 2,
51 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
52 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
53 | 37, 38, 39, 40, 41, 42, 43, 44, 68, 69, 70, and 72.
54 |      (2) District 2 is composed of:
55 |      (a) All of Bay County.
56 |      (b) All of Calhoun County.
57 |      (c) All of Holmes County.
58 |      (d) All of Jackson County.
59 |      (e) All of Walton County.
60 |      (f) All of Washington County.
61 |      (g) That part of Okaloosa County consisting of:
62 |      1. All of tracts 203.06, 204.00, 206.02, 207.01, 207.02,
63 | 208.00, 209.00, 210.01, 210.02, 211.01, 211.02, 212.00, 214.00,
64 | 215.01, 215.02, 216.00, 217.00, 218.01, 218.02, 219.01, 219.02,
65 | 220.01, 220.02, 221.00, 223.00, 224.00, 225.00, 226.00, 227.00,
66 | 228.00, 229.00, 231.00, 232.00, 233.03, 233.04, 233.05, 233.06,
67 | 233.07, 233.08, 9901.00, and 9902.00.
68 |      2. That part of tract 202.00 consisting of:

SEN-0000269

Florida Senate - 2022                    COMMITTEE AMENDMENT
Bill No. SJR 100

 360368

69      a. That part of block group 1 consisting of blocks 23, 24,
70   25, 26, 27, 28, 30, 31, 32, 55, 59, 60, 61, 62, 63, 64, 65, 66,
71   67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82,
72   83, 84, 85, 86, 87, 88, 90, 91, 92, 93, 118, 119, 120, 121, 122,
73   123, 124, 125, 126, 127, 128, 129, 130, 131, 132, 133, 134, 135,
74   136, 137, 138, 139, 140, 141, 142, 143, 145, 148, 149, 150, and
75   153.
76      3. That part of tract 203.03 consisting of:
77      a. All of block group 1.
78      4. That part of tract 203.04 consisting of:
79      a. That part of block group 1 consisting of blocks 4, 8, 9,
80   10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25,
81   26, and 28.
82      5. That part of tract 203.05 consisting of:
83      a. That part of block group 1 consisting of blocks 0, 1, 2,
84   3, 4, 5, 6, 7, 8, 9, 10, 12, 14, 15, 17, 19, 20, 21, 22, 23, 24,
85   25, 26, 27, 28, 29, 30, 31, 32, 33, and 34.
86      b. All of block group 2.
87      6. That part of tract 205.00 consisting of:
88      a. That part of block group 1 consisting of blocks 0, 1, 3,
89   4, 18, 19, 20, 38, 45, 46, 47, and 48.
90      b. That part of block group 2 consisting of blocks 23 and
91   24.
92      c. That part of block group 3 consisting of blocks 24 and
93   25.
94      d. That part of block group 4 consisting of blocks 0, 14,
95   15, 16, 17, 18, 19, 20, 21, 42, 43, 44, 45, 46, and 60.
96      7. That part of tract 206.01 consisting of:
97      a. That part of block group 2 consisting of blocks 6, 7, 8,

Page 4 of 105

SEN-0000270

Florida Senate - 2022                     COMMITTEE AMENDMENT
Bill No. SJR 100

 360368

```
98   9, 10, 11, 12, 13, 14, 15, 16, 17, 32, 33, 34, 35, 36, 37, 38,
99   39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54,
100  and 55.
101       b. That part of block group 3 consisting of blocks 45, 46,
102  47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62,
103  63, 64, 65, 66, 67, and 71.
104       (3) District 3 is composed of:
105       (a) All of Dixie County.
106       (b) All of Franklin County.
107       (c) All of Gadsden County.
108       (d) All of Gulf County.
109       (e) All of Hamilton County.
110       (f) All of Jefferson County.
111       (g) All of Lafayette County.
112       (h) All of Leon County.
113       (i) All of Liberty County.
114       (j) All of Madison County.
115       (k) All of Suwannee County.
116       (l) All of Taylor County.
117       (m) All of Wakulla County.
118       (4) District 4 is composed of:
119       (a) All of Nassau County.
120       (b) That part of Duval County consisting of:
121       1. All of tracts 101.01, 101.05, 101.06, 101.07, 102.04,
122  103.01, 105.01, 105.02, 106.02, 138.00, 139.01, 139.02, 139.04,
123  139.05, 139.06, 140.01, 140.02, 141.01, 141.03, 141.04, 142.03,
124  142.04, 142.05, 142.06, 143.11, 143.12, 143.28, 143.29, 143.30,
125  143.31, 143.33, 143.34, 143.35, 143.36, 143.38, 143.39, 143.40,
126  143.41, 143.42, 143.43, 143.44, 144.08, 144.13, 144.14, 144.15,
```

1/11/2022 12:20:11 PM                          598-01926-22

SEN-0000271

 360368

```
127  144.16, 144.17, 144.18, 144.19, 144.20, 144.21, 144.22, 144.23,
128  144.24, 144.25, 144.26, 144.27, 144.28, 145.00, 159.22, 167.11,
129  167.24, 167.25, 167.26, 167.27, 167.28, 167.29, 167.30, 167.31,
130  168.01, 168.03, 168.04, 168.07, 168.08, 168.09, 168.10, 168.11,
131  168.12, 168.13, and 9900.00.
132       2. That part of tract 101.04 consisting of:
133       a. All of block group 1.
134       b. That part of block group 2 consisting of blocks 0, 1, 2,
135  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
136  21, 23, and 24.
137       c. That part of block group 3 consisting of blocks 0, 1, 2,
138  3, 4, 12, 13, 14, 15, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29,
139  30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45,
140  46, 47, 48, 49, 50, 51, 53, 54, 55, 56, 63, 67, 68, 69, 70, 71,
141  72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, and 86.
142       3. That part of tract 102.03 consisting of:
143       a. That part of block group 1 consisting of blocks 0, 1, 2,
144  3, 4, 5, 6, 7, and 16.
145       b. All of block group 2.
146       c. That part of block group 3 consisting of blocks 0, 1, 2,
147  3, 4, 5, and 6.
148       d. That part of block group 4 consisting of blocks 0, 1, 2,
149  3, 4, 5, 6, 7, and 8.
150       4. That part of tract 106.01 consisting of:
151       a. That part of block group 1 consisting of blocks 0, 1, 2,
152  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
153  21, 22, 23, 24, 25, 26, 27, and 28.
154       b. That part of block group 2 consisting of blocks 0, 1, 2,
155  3, 4, 5, 6, 7, 16, 37, and 38.
```

SEN-0000272

Florida Senate - 2022                          COMMITTEE AMENDMENT
Bill No. SJR 100

 360368

```
156        5. That part of tract 117.00 consisting of:
157        a. That part of block group 1 consisting of blocks 27, 28,
158   29, 30, 31, 32, 33, 34, 35, 36, 37, 38, and 39.
159        6. That part of tract 119.01 consisting of:
160        a. That part of block group 1 consisting of blocks 1, 2, 3,
161   4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
162   21, 22, 23, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38,
163   39, 40, 42, 43, 44, 45, 46, and 47.
164        b. That part of block group 2 consisting of blocks 0, 1, 2,
165   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
166   22, 23, 24, and 25.
167        c. That part of block group 3 consisting of blocks 1, 2, 3,
168   4, 5, 6, 7, 8, 9, 10, 11, 13, 14, 15, 16, 17, 18, 19, 20, 21,
169   22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37,
170   38, 39, 40, and 41.
171        d. That part of block group 4 consisting of blocks 0, 1, 2,
172   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 19, 20, 21, 22, 23,
173   24, 25, 26, 27, and 28.
174        e. All of block group 5.
175        7. That part of tract 137.23 consisting of:
176        a. That part of block group 2 consisting of blocks 2 and
177   13.
178        b. That part of block group 3 consisting of blocks 13, 14,
179   15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 28, 29, 30, 31, and 32.
180        8. That part of tract 137.32 consisting of:
181        a. That part of block group 2 consisting of blocks 12 and
182   13.
183        9. That part of tract 137.33 consisting of:
184        a. That part of block group 2 consisting of blocks 12, 13,
```

1/11/2022 12:20:11 PM                              598-01926-22

SEN-0000273

Florida Senate - 2022                                    COMMITTEE AMENDMENT
Bill No. SJR 100

 360368

185 | 14, and 15.
186 |      10. That part of tract 146.01 consisting of:
187 |      a. All of block group 1.
188 |      b. That part of block group 2 consisting of blocks 6, 7, 8,
189 | and 9.
190 |      c. That part of block group 3 consisting of blocks 0, 1, 2,
191 | 3, 5, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25,
192 | and 26.
193 |      d. All of block group 4.
194 |      11. That part of tract 146.03 consisting of:
195 |      a. All of block group 1.
196 |      b. That part of block group 2 consisting of blocks 0, 1, 2,
197 | 3, 6, 7, 8, 9, 10, 11, 13, and 14.
198 |      c. All of block group 3.
199 |      d. All of block group 4.
200 |      12. That part of tract 146.04 consisting of:
201 |      a. That part of block group 1 consisting of blocks 0, 1, 2,
202 | 3, 4, 5, 6, 7, 8, 9, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30,
203 | 31, 32, and 33.
204 |      b. All of block group 2.
205 |      c. All of block group 3.
206 |      13. That part of tract 149.02 consisting of:
207 |      a. That part of block group 4 consisting of block 9.
208 |      14. That part of tract 150.01 consisting of:
209 |      a. That part of block group 1 consisting of block 0.
210 |      15. That part of tract 166.03 consisting of:
211 |      a. That part of block group 2 consisting of blocks 21 and
212 | 22.
213 |      16. That part of tract 173.00 consisting of:

1/11/2022 12:20:11 PM                                    598-01926-22

SEN-0000274

Florida Senate - 2022                                   COMMITTEE AMENDMENT
Bill No. SJR 100

 360368

```
214        a. That part of block group 1 consisting of blocks 0, 1, 2,
215  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
216  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
217  40, 41, 42, 43, and 44.
218        b. That part of block group 2 consisting of blocks 2, 3, 4,
219  5, 6, 7, 8, 9, 10, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24,
220  25, 26, 27, 28, 29, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41,
221  42, 43, 44, 45, 46, 47, and 48.
222        c. All of block group 3.
223        d. All of block group 4.
224        (5) District 5 is composed of:
225        (a) All of Baker County.
226        (b) All of Bradford County.
227        (c) All of Clay County.
228        (d) All of Columbia County.
229        (e) All of Gilchrist County.
230        (f) All of Union County.
231        (g) That part of Alachua County consisting of:
232        1. All of tracts 3.01, 3.02, 4.00, 9.01, 9.02, 10.00,
233  11.00, 12.01, 12.02, 12.03, 15.22, 16.05, 17.01, 17.02, 18.02,
234  18.03, 18.11, 18.13, 18.15, 18.16, 18.17, 18.18, 18.19, 19.07,
235  19.08, 22.01, and 22.04.
236        2. That part of tract 2.01 consisting of:
237        a. All of block group 1.
238        b. All of block group 2.
239        c. That part of block group 3 consisting of blocks 0, 1, 2,
240  3, 4, 5, 6, 7, 8, 9, 10, 11, 14, and 16.
241        d. That part of block group 4 consisting of blocks 1, 2, 7,
242  and 8.
```

1/11/2022 12:20:11 PM                              598-01926-22

SEN-0000275

 360368

243         3. That part of tract 2.02 consisting of:
244         a. That part of block group 2 consisting of blocks 5 and
245  18.
246         b. That part of block group 3 consisting of blocks 4 and 8.
247         4. That part of tract 5.00 consisting of:
248         a. That part of block group 1 consisting of blocks 0, 1, 2,
249  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
250  21, 22, 23, 24, 25, 26, 27, 28, 29, 36, 48, 49, 50, 51, 52, 53,
251  54, and 55.
252         b. All of block group 2.
253         c. All of block group 3.
254         d. All of block group 4.
255         e. All of block group 5.
256         5. That part of tract 8.09 consisting of:
257         a. That part of block group 1 consisting of blocks 0, 1,
258  16, 17, 18, 20, and 21.
259         6. That part of tract 15.14 consisting of:
260         a. All of block group 1.
261         b. That part of block group 2 consisting of blocks 0 and 5.
262         7. That part of tract 15.15 consisting of:
263         a. That part of block group 3 consisting of blocks 0 and 5.
264         b. That part of block group 4 consisting of block 0.
265         8. That part of tract 15.19 consisting of:
266         a. That part of block group 1 consisting of blocks 0, 10,
267  and 11.
268         9. That part of tract 19.02 consisting of:
269         a. All of block group 1.
270         b. That part of block group 2 consisting of blocks 0, 1, 2,
271  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 19, 20, 21,

1/11/2022 12:20:11 PM                              598-01926-22

SEN-0000276

 360368

272 | 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, and 59.
273 |       10. That part of tract 20.02 consisting of:
274 |       a. That part of block group 1 consisting of block 15.
275 |       b. That part of block group 2 consisting of blocks 0, 1,
276 | and 2.
277 |       11. That part of tract 22.02 consisting of:
278 |       a. That part of block group 1 consisting of blocks 0, 1,
279 | 15, 16, 21, 22, and 33.
280 |       b. That part of block group 3 consisting of blocks 0, 1, 2,
281 | 3, 4, 5, 6, 7, 8, 9, 10, and 11.
282 |       12. That part of tract 22.07 consisting of:
283 |       a. That part of block group 1 consisting of blocks 0, 1, 2,
284 | and 3.
285 |       13. That part of tract 22.08 consisting of:
286 |       a. That part of block group 1 consisting of blocks 0, 1, 2,
287 | 3, 4, and 5.
288 |       14. That part of tract 22.10 consisting of:
289 |       a. All of block group 3.
290 |       15. That part of tract 22.17 consisting of:
291 |       a. That part of block group 3 consisting of blocks 0, 3, 4,
292 | and 6.
293 |       16. That part of tract 22.19 consisting of:
294 |       a. That part of block group 1 consisting of block 0.
295 |       b. That part of block group 2 consisting of block 0.
296 |       (6) District 6 is composed of:
297 |       (a) That part of Duval County consisting of:
298 |       1. All of tracts 1.01, 1.02, 2.00, 3.00, 6.00, 7.00, 8.00,
299 | 10.00, 11.00, 12.00, 13.00, 14.01, 14.02, 15.00, 16.00, 21.01,
300 | 21.02, 22.00, 23.00, 24.00, 25.01, 25.02, 26.00, 27.01, 27.02,

SEN-0000277

 360368

301 | 28.01, 28.02, 29.01, 29.02, 102.02, 103.05, 103.06, 103.07,
302 | 103.08, 104.01, 104.02, 105.03, 107.00, 108.00, 109.00, 110.00,
303 | 111.00, 112.00, 113.00, 114.00, 115.00, 116.00, 118.00, 119.03,
304 | 119.04, 119.05, 120.00, 121.00, 122.01, 122.02, 123.00, 124.00,
305 | 125.00, 126.01, 126.02, 127.02, 127.03, 127.04, 128.00, 129.00,
306 | 130.00, 131.00, 132.00, 133.01, 133.02, 134.02, 134.03, 134.04,
307 | 135.02, 135.04, 135.22, 135.23, 135.24, 135.25, 135.26, 137.28,
308 | 137.29, 137.30, 137.31, 147.02, 147.03, 147.04, 148.00, 149.01,
309 | 150.02, 151.00, 152.00, 153.00, 154.00, 155.01, 155.02, 156.00,
310 | 157.01, 157.02, 158.03, 158.04, 158.05, 158.06, 159.24, 159.25,
311 | 159.26, 159.27, 159.28, 159.29, 160.01, 160.02, 161.01, 161.02,
312 | 162.00, 163.00, 164.00, 165.00, 166.04, 166.05, 166.06, 171.01,
313 | 171.02, 172.00, and 174.00.
314 |       2. That part of tract 101.04 consisting of:
315 |       a. That part of block group 2 consisting of block 22.
316 |       b. That part of block group 3 consisting of blocks 5, 6, 7,
317 | 8, 9, 10, 11, 16, 17, 18, 19, 52, 57, 58, 59, 60, 61, 62, 64,
318 | 65, 66, and 85.
319 |       3. That part of tract 102.03 consisting of:
320 |       a. That part of block group 1 consisting of blocks 8, 9,
321 | 10, 11, 12, 13, 14, 15, and 17.
322 |       b. That part of block group 3 consisting of blocks 7, 8, 9,
323 | 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, and
324 | 25.
325 |       c. That part of block group 4 consisting of blocks 9, 10,
326 | and 11.
327 |       4. That part of tract 106.01 consisting of:
328 |       a. That part of block group 1 consisting of blocks 29 and
329 | 30.

SEN-0000278

 360368

```
330        b. That part of block group 2 consisting of blocks 8, 9,
331   10, 11, 12, 13, 14, 15, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26,
332   27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 39, 40, 41, and 42.
333        5. That part of tract 117.00 consisting of:
334        a. That part of block group 1 consisting of blocks 0, 1, 2,
335   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
336   21, 22, 23, 24, 25, 26, and 40.
337        b. All of block group 2.
338        6. That part of tract 119.01 consisting of:
339        a. That part of block group 1 consisting of blocks 0, 24,
340   25, and 41.
341        b. That part of block group 2 consisting of block 21.
342        c. That part of block group 3 consisting of blocks 0 and
343   12.
344        d. That part of block group 4 consisting of blocks 16, 17,
345   and 18.
346        7. That part of tract 137.23 consisting of:
347        a. All of block group 1.
348        b. That part of block group 2 consisting of blocks 0, 1, 3,
349   4, 5, 6, 7, 8, 9, 10, 11, and 12.
350        c. That part of block group 3 consisting of blocks 0, 1, 2,
351   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 25, 26, 27, 33, 34, and 35.
352        d. All of block group 4.
353        8. That part of tract 137.32 consisting of:
354        a. All of block group 1.
355        b. That part of block group 2 consisting of blocks 0, 1, 2,
356   3, 4, 5, 6, 7, 8, 9, 10, and 11.
357        9. That part of tract 137.33 consisting of:
358        a. All of block group 1.
```

1/11/2022 12:20:11 PM                                        598-01926-22

SEN-0000279

 360368

```
359        b. That part of block group 2 consisting of blocks 0, 1, 2,
360   3, 4, 5, 6, 7, 8, 9, 10, and 11.
361        10. That part of tract 146.01 consisting of:
362        a. That part of block group 2 consisting of blocks 0, 1, 2,
363   3, 4, 5, 10, 11, 12, 13, 14, 15, 16, 17, and 18.
364        b. That part of block group 3 consisting of blocks 4, 6, 7,
365   8, 9, 10, and 11.
366        11. That part of tract 146.03 consisting of:
367        a. That part of block group 2 consisting of blocks 4, 5,
368   and 12.
369        12. That part of tract 146.04 consisting of:
370        a. That part of block group 1 consisting of blocks 10, 11,
371   12, 13, 14, 15, 16, 17, 18, and 19.
372        13. That part of tract 149.02 consisting of:
373        a. All of block group 1.
374        b. All of block group 2.
375        c. All of block group 3.
376        d. That part of block group 4 consisting of blocks 0, 1, 2,
377   3, 4, 5, 6, 7, and 8.
378        14. That part of tract 150.01 consisting of:
379        a. That part of block group 1 consisting of blocks 1, 2, 3,
380   4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, and 19.
381        b. All of block group 2.
382        c. All of block group 3.
383        d. All of block group 4.
384        15. That part of tract 166.03 consisting of:
385        a. All of block group 1.
386        b. That part of block group 2 consisting of blocks 0, 1, 2,
387   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
```

SEN-0000280

 360368

388 | 23, 24, 25, 26, 27, and 28.
389 |     16. That part of tract 173.00 consisting of:
390 |     a. That part of block group 1 consisting of blocks 37, 38,
391 | and 39.
392 |     b. That part of block group 2 consisting of blocks 0, 1,
393 | 11, 12, 13, and 30.
394 |     (7) District 7 is composed of:
395 |     (a) All of Flagler County.
396 |     (b) All of Putnam County.
397 |     (c) All of St Johns County.
398 |     (d) That part of Volusia County consisting of:
399 |     1. All of tracts 801.01, 801.02, 802.01, 802.02, 803.00,
400 | 804.00, 805.00, 806.00, 807.00, 808.03, 808.06, 808.07, 809.01,
401 | 810.01, 810.02, 811.01, 811.02, and 832.03.
402 |     2. That part of tract 809.02 consisting of:
403 |     a. All of block group 1.
404 |     b. That part of block group 2 consisting of blocks 0, 1, 2,
405 | 3, 4, 6, 7, 8, 9, 10, 11, 12, 15, and 16.
406 |     c. That part of block group 3 consisting of blocks 0, 1, 2,
407 | 3, 4, 5, 6, 7, and 8.
408 |     d. All of block group 4.
409 |     3. That part of tract 812.01 consisting of:
410 |     a. All of block group 1.
411 |     b. All of block group 3.
412 |     4. That part of tract 815.00 consisting of:
413 |     a. That part of block group 2 consisting of blocks 0, 1, 2,
414 | 3, 7, and 8.
415 |     5. That part of tract 816.00 consisting of:
416 |     a. That part of block group 1 consisting of blocks 0, 1, 2,

SEN-0000281

 360368

417  3, 4, 7, 8, 14, 15, 16, and 17.
418      b. That part of block group 2 consisting of blocks 0, 1, 2,
419  3, 4, 5, 6, 7, 8, 9, 10, and 11.
420      6. That part of tract 817.02 consisting of:
421      a. That part of block group 2 consisting of blocks 0 and 1.
422      7. That part of tract 901.01 consisting of:
423      a. All of block group 2.
424      b. All of block group 3.
425      8. That part of tract 901.02 consisting of:
426      a. All of block group 1.
427      b. That part of block group 2 consisting of blocks 0, 1, 2,
428  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
429  21, 22, 23, 24, 25, 26, 27, and 28.
430      c. All of block group 3.
431      9. That part of tract 9900.00 consisting of:
432      a. That part of block group 0 consisting of blocks 1, 2, 3,
433  4, 5, 6, 7, 8, 9, and 11.
434      (8) District 8 is composed of:
435      (a) All of Levy County.
436      (b) All of Marion County.
437      (c) That part of Alachua County consisting of:
438      1. All of tracts 6.00, 7.00, 8.06, 8.08, 14.00, 15.16,
439  15.17, 20.01, 21.01, 21.02, 22.09, 22.18, 22.20, 22.21, 22.22,
440  and 1108.00.
441      2. That part of tract 2.01 consisting of:
442      a. That part of block group 3 consisting of blocks 12, 13,
443  15, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, and 28.
444      b. That part of block group 4 consisting of blocks 0, 3, 4,
445  5, 6, 9, and 10.

1/11/2022 12:20:11 PM                                598-01926-22

SEN-0000282

 360368

446        3. That part of tract 2.02 consisting of:

447        a. All of block group 1.

448        b. That part of block group 2 consisting of blocks 0, 1, 2,

449   3, 4, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, and 17.

450        c. That part of block group 3 consisting of blocks 0, 1, 2,

451   3, 5, 6, 7, 9, 10, 11, 12, 13, and 14.

452        4. That part of tract 5.00 consisting of:

453        a. That part of block group 1 consisting of blocks 30, 31,

454   32, 33, 34, 35, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 56,

455   57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72,

456   73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88,

457   89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103,

458   104, 105, 106, 107, 108, 109, 110, and 111.

459        5. That part of tract 8.09 consisting of:

460        a. That part of block group 1 consisting of blocks 2, 3, 4,

461   5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 19, 22, 23, 24, 25, 26,

462   27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, and 38.

463        6. That part of tract 15.14 consisting of:

464        a. That part of block group 2 consisting of blocks 1, 2, 3,

465   and 4.

466        7. That part of tract 15.15 consisting of:

467        a. All of block group 1.

468        b. All of block group 2.

469        c. That part of block group 3 consisting of blocks 1, 2, 3,

470   4, 6, and 7.

471        d. That part of block group 4 consisting of blocks 1, 2, 3,

472   4, 5, 6, and 7.

473        8. That part of tract 15.19 consisting of:

474        a. That part of block group 1 consisting of blocks 1, 2, 3,

1/11/2022 12:20:11 PM                                    598-01926-22

SEN-0000283

 360368

```
475   4, 5, 6, 7, 8, 9, and 12.
476        9. That part of tract 19.02 consisting of:
477        a. That part of block group 2 consisting of blocks 18, 34,
478   35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50,
479   51, 52, 53, 54, 55, 56, 57, 58, and 60.
480        10. That part of tract 20.02 consisting of:
481        a. That part of block group 1 consisting of blocks 0, 1, 2,
482   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 16, 17, 18, 19, 20, 21,
483   22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37,
484   38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, and
485   53.
486        b. That part of block group 2 consisting of blocks 3, 4, 5,
487   6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22,
488   23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38,
489   39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54,
490   55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70,
491   71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86,
492   87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101,
493   102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114,
494   115, 116, 117, 118, 119, 120, 121, 122, 123, 124, 125, 126, 127,
495   128, 129, 130, 131, 132, 133, 134, 135, 136, 137, 138, 139, 140,
496   141, 142, 143, 144, 145, 146, 147, 148, 149, 150, 151, 152, 153,
497   154, 155, 156, 157, 158, 159, 160, 161, 162, 163, 164, 165, 166,
498   167, 168, 169, 170, 171, 172, 173, 174, 175, 176, 177, 178, 179,
499   180, 181, 182, 183, 184, 185, and 186.
500        c. All of block group 3.
501        11. That part of tract 22.02 consisting of:
502        a. That part of block group 1 consisting of blocks 2, 3, 4,
503   5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 17, 18, 19, 20, 23, 24, 25,
```

Page 18 of 105

SEN-0000284

 360368

```
504  26, 27, 28, 29, 30, 31, 32, 34, 35, 36, 37, 38, 39, 40, 41, 42,
505  43, 44, 45, 46, 47, 48, and 49.
506       b. All of block group 2.
507       c. That part of block group 3 consisting of blocks 12, 13,
508  14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29,
509  30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45,
510  46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61,
511  62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, and 76.
512       12. That part of tract 22.07 consisting of:
513       a. That part of block group 1 consisting of blocks 4, 5, 6,
514  7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, and
515  23.
516       b. All of block group 2.
517       13. That part of tract 22.08 consisting of:
518       a. That part of block group 1 consisting of blocks 6, 7, 8,
519  9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, and 21.
520       b. All of block group 2.
521       14. That part of tract 22.10 consisting of:
522       a. All of block group 1.
523       b. All of block group 2.
524       15. That part of tract 22.17 consisting of:
525       a. All of block group 1.
526       b. All of block group 2.
527       c. That part of block group 3 consisting of blocks 1, 2, 5,
528  7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, and 21.
529       16. That part of tract 22.19 consisting of:
530       a. That part of block group 1 consisting of blocks 1, 2, 3,
531  4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
532  21, 22, 23, 24, 25, and 26.
```

SEN-0000285

 360368

533       b. That part of block group 2 consisting of blocks 1, 2, 3,
534  4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
535  21, 22, 23, and 24.
536       c. All of block group 3.
537       (9) District 9 is composed of:
538       (a) All of Seminole County.
539       (b) That part of Orange County consisting of:
540       1. All of tracts 155.01, 156.01, 156.02, 157.01, 157.02,
541  158.01, 158.02, 159.01, 160.01, 160.02, 161.00, and 190.00.
542       2. That part of tract 108.02 consisting of:
543       a. That part of block group 1 consisting of block 7.
544       b. That part of block group 2 consisting of blocks 0, 1, 2,
545  and 3.
546       c. That part of block group 3 consisting of blocks 0, 1, 2,
547  and 3.
548       3. That part of tract 127.01 consisting of:
549       a. That part of block group 1 consisting of block 0.
550       b. That part of block group 3 consisting of blocks 0 and 1.
551       4. That part of tract 128.00 consisting of:
552       a. That part of block group 1 consisting of blocks 1, 2, 3,
553  4, 5, 6, 7, 8, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23,
554  24, and 25.
555       b. All of block group 2.
556       c. All of block group 3.
557       5. That part of tract 152.03 consisting of:
558       a. That part of block group 1 consisting of blocks 0, 1, 2,
559  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
560  21, 22, 23, 24, 25, 26, 27, 30, 31, 32, 33, 34, and 39.
561       6. That part of tract 152.04 consisting of:

SEN-0000286

 360368

562        a. That part of block group 1 consisting of blocks 0, 1, 2,
563   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
564   21, 22, 23, 24, 25, 26, and 27.
565        b. All of block group 2.
566        c. All of block group 3.
567        7. That part of tract 162.00 consisting of:
568        a. That part of block group 1 consisting of blocks 0, 1, 2,
569   3, 4, 5, 6, 7, 8, 9, 10, 12, and 13.
570        b. All of block group 2.
571        c. All of block group 3.
572        d. All of block group 4.
573        8. That part of tract 163.01 consisting of:
574        a. That part of block group 1 consisting of blocks 1, 2, 3,
575   4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
576   21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
577   37, 38, 39, and 40.
578        b. All of block group 2.
579        c. That part of block group 3 consisting of blocks 1, 2, 3,
580   4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, and 17.
581        9. That part of tract 180.00 consisting of:
582        a. That part of block group 1 consisting of block 1.
583        b. That part of block group 2 consisting of blocks 0, 1, 2,
584   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
585   21, 22, 23, 24, 26, 27, 28, 35, 36, 37, 38, 41, 42, 45, 46, 47,
586   48, 49, 50, 51, 52, 53, 54, 55, and 56.
587        10. That part of tract 182.03 consisting of:
588        a. That part of block group 1 consisting of blocks 1 and 2.
589        11. That part of tract 188.00 consisting of:
590        a. That part of block group 1 consisting of blocks 0, 1, 2,

SEN-0000287

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ 360368

591  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
592  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
593  37, 38, and 42.
594      b. All of block group 2.
595      (10) District 10 is composed of:
596      (a) All of Citrus County.
597      (b) All of Hernando County.
598      (c) All of Sumter County.
599      (d) That part of Pasco County consisting of:
600      1. All of tracts 301.01, 301.02, 302.02, 311.01, 311.03,
601  311.04, 312.03, 312.04, 312.05, 312.06, 312.07, 312.08, 318.04,
602  318.05, and 318.07.
603      2. That part of tract 317.01 consisting of:
604      a. That part of block group 1 consisting of blocks 3, 4, 5,
605  and 13.
606      3. That part of tract 317.03 consisting of:
607      a. That part of block group 1 consisting of blocks 0, 1, 7,
608  and 8.
609      4. That part of tract 318.06 consisting of:
610      a. All of block group 1.
611      b. That part of block group 2 consisting of blocks 0, 1, 2,
612  3, 4, 5, 6, 7, 8, 9, 10, 11, and 12.
613      5. That part of tract 318.08 consisting of:
614      a. All of block group 1.
615      b. That part of block group 2 consisting of blocks 0, 1, 2,
616  5, 6, 7, 8, 9, 10, 11, and 13.
617      6. That part of tract 318.09 consisting of:
618      a. That part of block group 1 consisting of blocks 5, 6,
619  17, 20, 22, and 28.

SEN-0000288

 360368

620     7. That part of tract 9900.00 consisting of:

621     a. That part of block group 0 consisting of blocks 1, 2, 3,

622 and 4.

623     (11) District 11 is composed of:

624     (a) That part of Orange County consisting of:

625     1. All of tracts 104.00, 105.00, 116.00, 117.01, 117.02,

626 120.00, 121.00, 122.01, 122.02, 123.03, 123.04, 123.05, 123.06,

627 123.07, 124.02, 124.03, 124.04, 124.05, 125.00, 126.00, 142.01,

628 143.01, 143.02, 144.00, 145.02, 145.03, 145.04, 146.01, 146.05,

629 146.06, 146.07, 146.08, 146.09, 147.01, 147.02, 147.03, 147.05,

630 147.06, 148.04, 148.05, 148.06, 148.07, 148.11, 148.12, 149.04,

631 149.06, 149.08, 149.09, 150.01, 150.02, 150.03, 150.05, 150.06,

632 151.03, 151.04, 151.05, 151.06, 152.02, 153.00, 169.04, 169.06,

633 169.07, 169.08, 169.09, 169.10, 169.11, 172.00, 173.01, 173.02,

634 174.01, 174.02, 175.03, 175.04, 175.05, 175.06, 176.00, 177.01,

635 177.02, 177.03, 178.05, 178.06, 178.07, 178.08, 178.09, 178.10,

636 178.11, 178.12, 178.13, 178.14, 179.01, 179.02, 181.00, 183.00,

637 187.00, 189.01, and 9900.00.

638     2. That part of tract 103.00 consisting of:

639     a. That part of block group 3 consisting of blocks 7, 8,

640 21, and 22.

641     3. That part of tract 127.01 consisting of:

642     a. That part of block group 1 consisting of blocks 1, 2, 3,

643 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,

644 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, and 34.

645     b. All of block group 2.

646     c. That part of block group 3 consisting of blocks 2, 3, 4,

647 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,

648 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 38, 39,

SEN-0000289

 360368

649 | 40, 41, and 42.
650 |      4. That part of tract 142.02 consisting of:
651 | a. All of block group 1.
652 | b. All of block group 2.
653 | c. That part of block group 3 consisting of blocks 0, 1, 2,
654 | and 8.
655 |      5. That part of tract 148.13 consisting of:
656 | a. All of block group 2.
657 |      6. That part of tract 152.03 consisting of:
658 | a. That part of block group 1 consisting of blocks 28, 29,
659 | 35, 36, 37, and 38.
660 |      7. That part of tract 152.04 consisting of:
661 | a. That part of block group 1 consisting of blocks 28 and
662 | 29.
663 |      8. That part of tract 169.02 consisting of:
664 | a. That part of block group 1 consisting of blocks 0, 1, 2,
665 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
666 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
667 | 37, 40, 41, 52, and 53.
668 | b. All of block group 2.
669 | c. All of block group 3.
670 |      9. That part of tract 170.01 consisting of:
671 | a. All of block group 1.
672 | b. All of block group 2.
673 | c. That part of block group 3 consisting of blocks 19, 30,
674 | 31, 32, 33, 34, 49, and 50.
675 |      10. That part of tract 171.16 consisting of:
676 | a. That part of block group 2 consisting of blocks 1, 2, 3,
677 | 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,

SEN-0000290

 360368

678 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, and 35.
679 |     11. That part of tract 180.00 consisting of:
680 |     a. That part of block group 1 consisting of blocks 0, 2, 3,
681 | 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
682 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
683 | 37, 38, 39, 40, and 41.
684 |     b. That part of block group 2 consisting of blocks 25, 29,
685 | 30, 31, 32, 33, 34, 39, 40, 43, and 44.
686 |     12. That part of tract 185.00 consisting of:
687 |     a. All of block group 1.
688 |     b. All of block group 2.
689 |     c. That part of block group 3 consisting of blocks 3, 4, 5,
690 | 6, 7, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 46, 47,
691 | 48, and 49.
692 |     (12) District 12 is composed of:
693 |     (a) All of Lake County.
694 |     (b) That part of Orange County consisting of:
695 |     1. All of tracts 148.09, 148.10, 148.14, 148.15, 171.08,
696 | 171.09, 171.10, 171.11, 171.12, 171.13, 171.14, 171.15, 171.17,
697 | 171.18, 171.19, 171.20, 171.21, 171.22, and 171.23.
698 |     2. That part of tract 148.13 consisting of:
699 |     a. All of block group 1.
700 |     3. That part of tract 171.16 consisting of:
701 |     a. All of block group 1.
702 |     b. That part of block group 2 consisting of blocks 0 and
703 | 34.
704 |     c. All of block group 3.
705 |     (13) District 13 is composed of:
706 |     (a) That part of Orange County consisting of:

SEN-0000291

 360368

707      1. All of tracts 102.01, 102.02, 110.00, 111.00, 112.00,
708 113.00, 129.00, 132.01, 132.02, 133.00, 134.02, 134.03, 134.05,
709 134.06, 135.03, 135.05, 135.07, 135.10, 135.11, 135.12, 135.13,
710 136.03, 136.04, 136.05, 136.06, 136.07, 137.01, 137.02, 138.01,
711 138.02, 138.03, 139.00, 140.00, 141.00, 163.02, 164.02, 164.06,
712 164.07, 164.08, 164.09, 164.11, 164.12, 164.13, 164.14, 165.03,
713 165.04, 165.05, 165.09, 165.10, 165.11, 165.12, 165.13, 165.14,
714 165.15, 166.03, 166.04, 166.05, 166.06, 166.07, 167.09, 167.10,
715 167.13, 167.14, 167.15, 167.16, 167.17, 167.23, 167.24, 167.28,
716 167.31, 167.33, 167.35, 167.36, 167.37, 167.38, 167.39, 167.40,
717 167.41, 167.42, 167.43, 167.44, 167.45, 167.46, 167.47, 167.48,
718 167.49, 167.50, 167.51, 167.52, 167.53, 167.54, 167.55, 167.56,
719 182.01, 182.02, 182.04, 184.00, and 189.02.
720      2. That part of tract 103.00 consisting of:
721      a. All of block group 1.
722      b. All of block group 2.
723      c. That part of block group 3 consisting of blocks 0, 1, 2,
724 3, 4, 5, 6, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 23,
725 24, and 25.
726      3. That part of tract 108.02 consisting of:
727      a. That part of block group 1 consisting of blocks 0, 1, 2,
728 3, 4, 5, 6, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
729 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, and 32.
730      b. That part of block group 2 consisting of blocks 4, 5, 6,
731 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23,
732 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, and 34.
733      c. That part of block group 3 consisting of blocks 4, 5, 6,
734 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23,
735 24, 25, 26, 27, 28, 29, 30, 31, and 32.

1/11/2022 12:20:11 PM                                    598-01926-22

SEN-0000292

‖‖‖‖‖‖‖‖‖‖‖‖ 360368

736         4. That part of tract 127.01 consisting of:
737         a. That part of block group 3 consisting of blocks 36 and
738    37.
739         5. That part of tract 128.00 consisting of:
740         a. That part of block group 1 consisting of blocks 0, 9,
741    10, and 11.
742         6. That part of tract 162.00 consisting of:
743         a. That part of block group 1 consisting of block 11.
744         7. That part of tract 163.01 consisting of:
745         a. That part of block group 1 consisting of block 0.
746         b. That part of block group 3 consisting of blocks 0 and
747    18.
748         8. That part of tract 168.02 consisting of:
749         a. That part of block group 2 consisting of blocks 0, 1, 2,
750    3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
751    21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
752    37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52,
753    53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68,
754    69, 70, 71, 72, 73, 74, 75, 88, 89, 90, 91, 92, 93, 94, 95, 96,
755    97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109,
756    110, 111, 112, 113, 114, 115, and 116.
757         b. All of block group 3.
758         c. All of block group 4.
759         d. All of block group 5.
760         9. That part of tract 182.03 consisting of:
761         a. That part of block group 1 consisting of blocks 0, 3, 4,
762    5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, and 20.
763         10. That part of tract 185.00 consisting of:
764         a. That part of block group 3 consisting of blocks 0, 1, 2,

SEN-0000293

 360368

765 | 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 34, 35,
766 | 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 50, 51, 52, 53, 54, and
767 | 55.
768 |      11. That part of tract 188.00 consisting of:
769 |      a. That part of block group 1 consisting of blocks 39, 40,
770 | 41, 43, 44, 45, 46, 47, 48, 49, 50, and 51.
771 |      b. All of block group 3.
772 |      c. All of block group 4.
773 |      (14) District 14 is composed of:
774 |      (a) That part of Brevard County consisting of:
775 |      1. All of tracts 601.03, 601.04, 601.05, 601.06, 602.01,
776 | 602.02, 603.01, 603.02, 604.00, 605.00, 606.00, 607.00, 610.01,
777 | 610.02, 611.00, 612.01, 714.01, and 714.02.
778 |      2. That part of tract 699.05 consisting of:
779 |      a. That part of block group 1 consisting of blocks 0, 1, 2,
780 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
781 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
782 | 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52,
783 | 70, 71, and 129.
784 |      3. That part of tract 711.00 consisting of:
785 |      a. All of block group 1.
786 |      4. That part of tract 9801.00 consisting of:
787 |      a. That part of block group 1 consisting of blocks 0, 2, 3,
788 | 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
789 | 21, 22, 23, 26, 27, 28, 30, 31, and 32.
790 |      5. That part of tract 9900.00 consisting of:
791 |      a. That part of block group 0 consisting of block 1.
792 |      (b) That part of Volusia County consisting of:
793 |      1. All of tracts 808.05, 808.08, 808.09, 812.02, 813.00,

SEN-0000294

 360368

794  817.01, 818.00, 819.00, 820.00, 821.00, 822.01, 822.02, 823.02,
795  823.03, 824.01, 824.04, 824.05, 824.06, 824.10, 824.11, 824.12,
796  824.13, 824.14, 824.15, 825.03, 825.06, 825.08, 825.09, 825.10,
797  825.11, 825.12, 825.13, 826.04, 826.05, 826.06, 826.07, 827.01,
798  827.03, 827.04, 827.05, 828.01, 828.02, 829.02, 829.03, 829.04,
799  830.03, 830.05, 830.06, 830.07, 830.08, 830.09, 832.05, 832.06,
800  832.07, 832.09, 832.10, 832.11, 902.02, 902.03, 902.04, 903.03,
801  903.04, 903.05, 903.06, 903.07, 904.01, 904.02, 905.00, 906.00,
802  907.01, 907.02, 908.03, 908.04, 908.06, 908.07, 908.08, 909.03,
803  909.04, 909.05, 909.06, 910.01, 910.05, 910.15, 910.16, 910.17,
804  910.18, 910.19, 910.20, 910.21, 910.23, 910.25, 910.28, 910.29,
805  910.30, 910.31, 910.32, 910.33, 910.34, 910.35, 910.36, 910.37,
806  910.38, 910.39, and 925.00.
807       2. That part of tract 809.02 consisting of:
808       a. That part of block group 2 consisting of blocks 5, 13,
809  and 14.
810       b. That part of block group 3 consisting of block 9.
811       3. That part of tract 812.01 consisting of:
812       a. All of block group 2.
813       b. All of block group 4.
814       4. That part of tract 815.00 consisting of:
815       a. All of block group 1.
816       b. That part of block group 2 consisting of blocks 4, 5, 6,
817  9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24,
818  25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40,
819  41, 42, 43, 44, 45, 46, and 47.
820       5. That part of tract 816.00 consisting of:
821       a. That part of block group 1 consisting of blocks 5, 6, 9,
822  10, 11, 12, 13, 18, 19, 20, 21, 22, 23, 24, 25, 26, and 27.

SEN-0000295

 360368

823          b. That part of block group 2 consisting of blocks 12, 13,
824  14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29,
825  30, 31, 32, 33, 34, and 35.
826          6. That part of tract 817.02 consisting of:
827          a. All of block group 1.
828          b. That part of block group 2 consisting of blocks 2, 3, 4,
829  5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
830  and 22.
831          c. All of block group 3.
832          7. That part of tract 901.01 consisting of:
833          a. All of block group 1.
834          8. That part of tract 901.02 consisting of:
835          a. That part of block group 2 consisting of blocks 29, 30,
836  31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46,
837  47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, and 59.
838          9. That part of tract 9900.00 consisting of:
839          a. That part of block group 0 consisting of blocks 10, 12,
840  13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28,
841  29, 30, 31, 32, and 33.
842          (15) District 15 is composed of:
843          (a) All of Osceola County.
844          (b) That part of Orange County consisting of:
845          1. All of tracts 168.03, 168.04, 168.08, 168.09, 168.10,
846  168.11, 168.12, 168.13, 168.14, 170.04, 170.06, 170.11, 170.12,
847  170.13, 170.15, 170.18, 170.19, 170.20, 170.21, 170.22, 170.23,
848  170.24, 170.25, and 170.26.
849          2. That part of tract 142.02 consisting of:
850          a. That part of block group 3 consisting of blocks 3, 4, 5,
851  6, 7, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, and

SEN-0000296

Florida Senate - 2022                          COMMITTEE AMENDMENT
Bill No. SJR 100

 360368

852  23.
853       3. That part of tract 168.02 consisting of:
854       a. All of block group 1.
855       b. That part of block group 2 consisting of blocks 76, 77,
856  78, 79, 80, 81, 82, 83, 84, 85, 86, and 87.
857       4. That part of tract 169.02 consisting of:
858       a. That part of block group 1 consisting of blocks 38, 39,
859  42, 43, 44, 45, 46, 47, 48, 49, 50, and 51.
860       5. That part of tract 170.01 consisting of:
861       a. That part of block group 3 consisting of blocks 0, 1, 2,
862  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 20, 21,
863  22, 23, 24, 25, 26, 27, 28, 29, 35, 36, 37, 38, 39, 40, 41, 42,
864  43, 44, 45, 46, 47, 48, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60,
865  61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76,
866  77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92,
867  93, 94, 95, 96, and 97.
868       (16) District 16 is composed of:
869       (a) That part of Pasco County consisting of:
870       1. All of tracts 302.03, 302.04, 302.05, 303.03, 303.04,
871  304.04, 304.05, 304.06, 304.07, 304.08, 304.09, 304.10, 304.11,
872  304.12, 305.01, 305.02, 306.01, 306.02, 307.00, 308.00, 309.01,
873  309.05, 309.06, 310.03, 310.05, 310.06, 310.07, 310.08, 310.09,
874  310.10, 310.11, 310.12, 310.13, 310.14, 313.01, 313.02, 314.01,
875  314.04, 314.06, 314.07, 314.10, 314.11, 314.12, 315.03, 315.04,
876  315.05, 315.06, 315.07, 315.08, 316.01, 316.02, 317.04, 317.05,
877  317.06, 317.07, and 317.08.
878       2. That part of tract 316.03 consisting of:
879       a. That part of block group 3 consisting of block 2.
880       3. That part of tract 316.05 consisting of:

1/11/2022 12:20:11 PM                          598-01926-22

SEN-0000297

 360368

881      a. That part of block group 1 consisting of blocks 16 and
882 17.
883      4. That part of tract 317.01 consisting of:
884      a. That part of block group 1 consisting of blocks 7, 8, 9,
885 10, 11, 12, 14, 15, 16, 17, 18, 19, 20, 21, 22, 24, 25, 26, 27,
886 28, 29, 30, 31, 32, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63,
887 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79,
888 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95,
889 96, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108,
890 109, 110, 111, 112, 113, 114, 115, 116, 117, 118, 119, 120, 121,
891 122, 123, 124, 125, 126, 127, 128, 129, 130, 131, 132, 136, 137,
892 138, 148, 149, 150, and 151.
893      5. That part of tract 317.03 consisting of:
894      a. That part of block group 1 consisting of blocks 2, 3, 4,
895 5, 6, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23,
896 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39,
897 40, 41, 42, 43, and 44.
898      b. All of block group 2.
899      c. All of block group 3.
900      6. That part of tract 9900.00 consisting of:
901      a. That part of block group 0 consisting of blocks 5, 6, 7,
902 8, 9, 10, 11, 12, 13, and 14.
903      (b) That part of Pinellas County consisting of:
904      1. All of tracts 260.01, 260.03, 260.04, 261.01, 261.02,
905 262.00, 263.00, 265.02, 266.02, 267.01, 267.03, 267.04, 267.05,
906 268.04, 268.09, 268.11, 268.12, 268.13, 268.14, 268.15, 268.16,
907 268.17, 268.18, 268.19, 268.20, 268.21, 269.04, 269.08, 269.09,
908 269.11, 269.12, 269.13, 269.14, 269.15, 269.16, 269.17, 270.00,
909 271.05, 271.06, 271.07, 271.08, 272.02, 272.04, 272.06, 272.07,

SEN-0000298

 360368

910 | 272.08, 272.09, 272.10, 272.11, 272.12, 273.08, 273.09, 273.14,
911 | 273.16, 273.17, 273.18, 273.19, 273.20, 273.21, 273.23, 273.24,
912 | 273.25, 273.26, 273.27, 273.28, 273.29, 273.30, 273.31, 273.32,
913 | 273.33, 274.01, 274.04, 275.01, 275.03, 275.04, and 276.04.
914 |      2. That part of tract 255.05 consisting of:
915 |      a. That part of block group 2 consisting of blocks 0, 3,
916 | 25, and 26.
917 |      3. That part of tract 257.00 consisting of:
918 |      a. All of block group 1.
919 |      b. All of block group 2.
920 |      c. That part of block group 3 consisting of blocks 0, 1, 2,
921 | 3, 4, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22,
922 | 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, and 37.
923 |      4. That part of tract 259.02 consisting of:
924 |      a. All of block group 1.
925 |      b. That part of block group 2 consisting of blocks 0, 1, 2,
926 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 20, 21, 22, 23,
927 | 24, 25, 26, 27, 28, 37, 38, 39, 40, 41, 42, 55, and 56.
928 |      5. That part of tract 264.02 consisting of:
929 |      a. All of block group 2.
930 |      b. That part of block group 3 consisting of blocks 0, 1, 2,
931 | 3, 4, 5, 6, 7, 8, 9, and 10.
932 |      6. That part of tract 265.01 consisting of:
933 |      a. That part of block group 2 consisting of blocks 0, 1, 2,
934 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
935 | 21, 22, 23, 24, 25, and 31.
936 |      7. That part of tract 9900.00 consisting of:
937 |      a. That part of block group 0 consisting of blocks 1, 2, 3,
938 | 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, and 15.

SEN-0000299

 360368

939        (17) District 17 is composed of:
940        (a) That part of Brevard County consisting of:
941        1. All of tracts 612.02, 621.06, 621.08, 621.09, 621.10,
942   621.11, 621.12, 621.13, 621.14, 621.15, 623.01, 623.02, 624.01,
943   624.02, 625.00, 626.00, 628.00, 629.00, 630.00, 631.02, 631.04,
944   631.05, 631.06, 631.08, 631.09, 641.02, 641.23, 641.24, 641.26,
945   641.27, 641.28, 641.29, 641.30, 642.01, 642.02, 643.01, 643.02,
946   644.00, 645.00, 646.01, 646.02, 647.01, 647.02, 648.00, 649.01,
947   649.02, 650.01, 650.22, 650.23, 650.24, 650.25, 651.23, 651.24,
948   651.26, 651.27, 651.28, 651.29, 651.30, 651.31, 652.01, 652.02,
949   652.31, 652.36, 652.37, 652.38, 652.39, 652.40, 661.01, 661.03,
950   661.04, 662.00, 663.01, 663.02, 664.00, 665.00, 666.00, 667.00,
951   668.00, 669.00, 671.00, 681.01, 681.02, 684.00, 685.01, 685.02,
952   686.01, 686.03, 686.04, 691.00, 692.00, 693.00, 694.00, 697.00,
953   698.01, 698.02, 699.03, 699.04, 699.06, 699.07, 712.01, 712.02,
954   712.03, 712.04, 712.05, 713.35, 713.37, 713.39, 713.41, 713.42,
955   713.43, 713.44, 713.45, 713.46, 713.47, 713.48, 713.49, 713.50,
956   713.51, 713.52, 713.53, 713.54, 715.00, 716.01, 716.02, 717.00,
957   and 9800.00.
958        2. That part of tract 699.05 consisting of:
959        a. That part of block group 1 consisting of blocks 53, 54,
960   55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 72,
961   73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88,
962   89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103,
963   104, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114, 115, 116,
964   117, 118, 119, 120, 121, 122, 123, 124, 125, 126, 127, 128, 130,
965   131, 132, 133, 134, 135, 136, 137, 138, 139, and 140.
966        3. That part of tract 711.00 consisting of:
967        a. All of block group 2.

SEN-0000300

 360368

968        4. That part of tract 9801.00 consisting of:
969        a. That part of block group 1 consisting of blocks 1, 24,
970   25, and 29.
971        5. That part of tract 9900.00 consisting of:
972        a. That part of block group 0 consisting of blocks 2, 3, 4,
973   5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
974   22, 23, 24, 25, 26, 27, and 28.
975        (18) District 18 is composed of:
976        (a) That part of Hillsborough County consisting of:
977        1. All of tracts 5.00, 6.01, 14.00, 15.00, 23.00, 24.00,
978   25.00, 26.00, 27.01, 45.00, 46.01, 46.02, 47.00, 48.00, 49.02,
979   54.01, 55.00, 57.00, 58.00, 59.00, 60.00, 61.01, 61.03, 62.00,
980   63.00, 64.00, 65.01, 65.03, 65.04, 66.00, 67.00, 68.01, 68.02,
981   69.00, 70.01, 70.02, 71.02, 71.03, 72.00, 73.00, 110.05, 110.06,
982   110.07, 110.10, 111.03, 111.06, 111.07, 111.08, 111.09, 112.03,
983   112.04, 112.05, 112.06, 113.01, 113.03, 113.04, 114.07, 114.08,
984   114.09, 114.10, 114.11, 114.12, 114.13, 114.14, 114.15, 114.16,
985   114.17, 114.18, 115.04, 115.06, 115.09, 115.10, 115.12, 115.14,
986   115.15, 115.16, 115.18, 115.19, 115.20, 115.21, 115.22, 115.23,
987   115.24, 115.25, 115.26, 115.27, 115.28, 116.03, 116.05, 116.10,
988   116.11, 116.12, 116.13, 116.14, 116.15, 116.16, 116.17, 117.08,
989   117.12, 117.13, 117.14, 117.15, 117.16, 118.02, 118.04, 118.05,
990   118.06, 119.05, 119.07, 119.08, 119.09, 119.10, 119.11, 144.00,
991   9801.00, 9805.00, 9806.00, and 9807.00.
992        2. That part of tract 4.01 consisting of:
993        a. All of block group 1.
994        b. That part of block group 2 consisting of block 8.
995        c. All of block group 3.
996        3. That part of tract 4.02 consisting of:

SEN-0000301

 360368

| | |
|---|---|
| 997 | a. All of block group 1. |
| 998 | b. All of block group 2. |
| 999 | c. That part of block group 3 consisting of block 5. |
| 1000 | 4. That part of tract 6.02 consisting of: |
| 1001 | a. All of block group 1. |
| 1002 | b. That part of block group 2 consisting of blocks 2, 3, 4, |
| 1003 | 5, 6, 7, 8, 9, 10, 11, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, |
| 1004 | 34, 35, 36, 37, 38, 39, and 40. |
| 1005 | 5. That part of tract 12.00 consisting of: |
| 1006 | a. That part of block group 1 consisting of blocks 1, 2, 3, |
| 1007 | 12, 13, 14, 15, 16, 17, 18, 19, 22, and 23. |
| 1008 | b. That part of block group 2 consisting of blocks 18, 19, |
| 1009 | 20, 21, 22, 28, 29, 30, 31, 32, 33, 34, 35, 41, 42, and 43. |
| 1010 | 6. That part of tract 13.00 consisting of: |
| 1011 | a. That part of block group 1 consisting of blocks 3, 4, 5, |
| 1012 | 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, |
| 1013 | 23, 24, 26, and 27. |
| 1014 | b. All of block group 2. |
| 1015 | c. All of block group 3. |
| 1016 | d. All of block group 4. |
| 1017 | e. All of block group 5. |
| 1018 | 7. That part of tract 27.02 consisting of: |
| 1019 | a. That part of block group 1 consisting of blocks 0, 1, 2, |
| 1020 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, |
| 1021 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 32, 33, 35, and 36. |
| 1022 | b. That part of block group 2 consisting of blocks 0, 1, 2, |
| 1023 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, |
| 1024 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, |
| 1025 | 37, 38, 39, and 40. |

1/11/2022 12:20:11 PM                           598-01926-22

SEN-0000302

Florida Senate - 2022                                COMMITTEE AMENDMENT
Bill No. SJR 100

 360368

1026     8. That part of tract 50.00 consisting of:

1027     a. That part of block group 3 consisting of blocks 2, 3, 4,

1028 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,

1029 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37,

1030 38, 39, 40, 41, 42, 43, 44, 45, and 46.

1031     9. That part of tract 108.20 consisting of:

1032     a. That part of block group 1 consisting of block 0.

1033     10. That part of tract 108.23 consisting of:

1034     a. That part of block group 1 consisting of block 4.

1035     11. That part of tract 109.00 consisting of:

1036     a. That part of block group 1 consisting of blocks 0 and 1.

1037     12. That part of tract 110.03 consisting of:

1038     a. All of block group 1.

1039     b. That part of block group 2 consisting of blocks 0, 1, 2,

1040 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,

1041 and 21.

1042     c. That part of block group 3 consisting of blocks 0, 1, 2,

1043 3, 4, 5, and 6.

1044     13. That part of tract 110.08 consisting of:

1045     a. That part of block group 1 consisting of blocks 2, 3, 4,

1046 5, 7, 8, 9, 10, 12, and 13.

1047     b. That part of block group 2 consisting of blocks 0, 1, 3,

1048 4, 5, and 6.

1049     c. All of block group 3.

1050     d. All of block group 4.

1051     e. All of block group 5.

1052     f. All of block group 6.

1053     14. That part of tract 110.16 consisting of:

1054     a. That part of block group 1 consisting of blocks 1, 2, 3,

1/11/2022 12:20:11 PM                                598-01926-22

SEN-0000303

 360368

1055  4, 5, 6, 7, 8, 9, 10, 13, and 14.
1056      b. All of block group 2.
1057      c. All of block group 3.
1058      15. That part of tract 110.17 consisting of:
1059      a. That part of block group 1 consisting of blocks 2, 3, 4,
1060  5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
1061  and 22.
1062      b. All of block group 2.
1063      c. All of block group 3.
1064      16. That part of tract 110.18 consisting of:
1065      a. All of block group 1.
1066      b. That part of block group 2 consisting of blocks 0, 1, 2,
1067  3, 5, 6, 8, 9, 11, and 12.
1068      17. That part of tract 9900.00 consisting of:
1069      a. That part of block group 0 consisting of blocks 1, 2, 3,
1070  4, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 29, 30, and 31.
1071      (19) District 19 is composed of:
1072      (a) That part of Hillsborough County consisting of:
1073      1. All of tracts 1.01, 1.02, 2.01, 2.02, 3.01, 3.02, 7.01,
1074  7.02, 8.00, 9.01, 9.02, 10.01, 10.02, 11.00, 16.00, 17.00,
1075  18.00, 19.00, 20.00, 21.00, 22.00, 28.00, 29.00, 30.00, 31.00,
1076  32.00, 33.00, 34.00, 35.00, 36.00, 37.00, 38.00, 41.00, 42.00,
1077  43.00, 44.00, 49.01, 51.01, 51.02, 53.01, 53.02, 102.04, 104.01,
1078  104.02, 105.01, 105.02, 106.00, 107.01, 107.02, 108.05, 108.08,
1079  108.09, 108.11, 108.14, 108.15, 108.16, 108.17, 108.19, 108.21,
1080  108.22, 108.24, 120.01, 120.02, 121.03, 122.11, 133.15, 133.17,
1081  133.19, 135.01, 135.03, 135.04, 135.05, 136.02, 136.04, 137.02,
1082  137.03, 137.05, 137.06, 138.01, 138.02, 138.03, 138.04, 138.06,
1083  138.07, 140.02, 140.07, 141.04, 141.06, 141.08, 141.09, 141.17,

SEN-0000304

 360368

1084 | 141.18, 141.19, 141.21, 141.22, and 142.00.
1085 | 2. That part of tract 4.01 consisting of:
1086 | a. That part of block group 2 consisting of blocks 0, 1, 2,
1087 | 3, 4, 5, 6, 7, 9, 10, and 11.
1088 | 3. That part of tract 4.02 consisting of:
1089 | a. That part of block group 3 consisting of blocks 0, 1, 2,
1090 | 3, 4, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1091 | 21, and 22.
1092 | 4. That part of tract 6.02 consisting of:
1093 | a. That part of block group 2 consisting of blocks 0, 1,
1094 | 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 41, 42, 43, 44,
1095 | 45, 46, 47, 48, 49, 50, 51, 52, 53, and 54.
1096 | 5. That part of tract 12.00 consisting of:
1097 | a. That part of block group 1 consisting of blocks 0, 4, 5,
1098 | 6, 7, 8, 9, 10, 11, 20, 21, 24, 25, 26, 27, 28, 29, 30, 31, and
1099 | 32.
1100 | b. That part of block group 2 consisting of blocks 0, 1, 2,
1101 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 23, 24, 25,
1102 | 26, 27, 36, 37, 38, 39, 40, 44, 45, and 46.
1103 | 6. That part of tract 13.00 consisting of:
1104 | a. That part of block group 1 consisting of blocks 0, 1, 2,
1105 | 25, 28, 29, and 30.
1106 | 7. That part of tract 27.02 consisting of:
1107 | a. That part of block group 1 consisting of blocks 31, 34,
1108 | 37, and 38.
1109 | b. That part of block group 2 consisting of block 41.
1110 | 8. That part of tract 50.00 consisting of:
1111 | a. All of block group 1.
1112 | b. All of block group 2.

SEN-0000305

 360368

```
1113        c. That part of block group 3 consisting of blocks 0 and 1.
1114        9. That part of tract 103.05 consisting of:
1115        a. All of block group 3.
1116        10. That part of tract 108.10 consisting of:
1117        a. That part of block group 1 consisting of blocks 1, 2, 3,
1118   4, 5, 7, 8, 9, 10, 11, 12, 13, 14, and 15.
1119        b. All of block group 2.
1120        11. That part of tract 108.20 consisting of:
1121        a. That part of block group 1 consisting of blocks 1, 2, 3,
1122   and 4.
1123        b. All of block group 2.
1124        12. That part of tract 108.23 consisting of:
1125        a. That part of block group 1 consisting of blocks 0, 1, 2,
1126   3, 5, 6, 7, and 8.
1127        13. That part of tract 109.00 consisting of:
1128        a. That part of block group 1 consisting of blocks 2, 3, 4,
1129   5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
1130   22, and 23.
1131        14. That part of tract 110.03 consisting of:
1132        a. That part of block group 2 consisting of block 22.
1133        b. That part of block group 3 consisting of blocks 7, 8, 9,
1134   10, 11, 12, 13, 14, and 15.
1135        c. All of block group 4.
1136        15. That part of tract 110.18 consisting of:
1137        a. That part of block group 2 consisting of blocks 4, 7,
1138   10, 13, and 14.
1139        16. That part of tract 133.23 consisting of:
1140        a. That part of block group 4 consisting of blocks 1, 2, 3,
1141   4, 5, 6, 7, 8, 9, and 10.
```

1/11/2022 12:20:11 PM                                    598-01926-22

SEN-0000306

 360368

1142        17. That part of tract 134.10 consisting of:
1143        a. That part of block group 2 consisting of block 8.
1144        18. That part of tract 140.03 consisting of:
1145        a. That part of block group 1 consisting of blocks 50, 51,
1146   and 69.
1147        19. That part of tract 140.09 consisting of:
1148        a. That part of block group 1 consisting of blocks 10 and
1149   11.
1150        20. That part of tract 140.11 consisting of:
1151        a. That part of block group 3 consisting of blocks 15 and
1152   16.
1153        21. That part of tract 140.13 consisting of:
1154        a. That part of block group 1 consisting of blocks 2, 3,
1155   24, and 25.
1156        22. That part of tract 9900.00 consisting of:
1157        a. That part of block group 0 consisting of blocks 5, 6, 7,
1158   8, 9, 10, 11, 12, 13, 14, 15, 26, 27, 28, 32, 33, 34, 35, 36,
1159   37, 38, 39, 40, and 41.
1160        (b)  That part of Pinellas County consisting of:
1161        1. All of tracts 201.09, 201.10, 202.01, 202.02, 202.06,
1162   202.07, 202.08, 202.09, 203.01, 203.02, 204.00, 205.00, 206.00,
1163   207.00, 208.00, 212.00, 215.01, 215.02, 216.00, 218.00, 219.00,
1164   220.00, 221.01, 221.02, 222.00, 229.01, 233.00, 234.00, 235.01,
1165   235.02, 236.01, 236.02, 237.00, 286.01, 286.02, 287.00, and
1166   9901.00.
1167        2. That part of tract 201.05 consisting of:
1168        a. That part of block group 2 consisting of blocks 6 and 7.
1169        b. That part of block group 3 consisting of blocks 0, 1, 2,
1170   3, 4, 5, 6, 7, 8, 9, 11, 12, 13, 14, 15, 18, and 19.

SEN-0000307

 360368

1171      3. That part of tract 201.06 consisting of:
1172      a. That part of block group 3 consisting of blocks 1, 4, 7,
1173  and 31.
1174      4. That part of tract 226.01 consisting of:
1175      a. That part of block group 1 consisting of blocks 22, 23,
1176  24, 25, 26, 27, 28, 29, 30, 31, 32, 33, and 34.
1177      b. That part of block group 3 consisting of blocks 15, 16,
1178  17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, and
1179  32.
1180      5. That part of tract 227.00 consisting of:
1181      a. That part of block group 1 consisting of blocks 28, 29,
1182  30, 31, 32, 33, 34, 35, 36, 37, 38, 39, and 40.
1183      b. That part of block group 2 consisting of blocks 13, 14,
1184  15, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38,
1185  39, 40, and 41.
1186      c. That part of block group 3 consisting of blocks 23, 24,
1187  25, 26, 27, 28, 29, 30, 31, 32, 33, and 34.
1188      (20) District 20 is composed of:
1189      (a) That part of Hillsborough County consisting of:
1190      1. All of tracts 101.05, 101.06, 101.07, 101.08, 102.03,
1191  102.10, 102.11, 102.12, 102.13, 102.15, 102.16, 102.17, 102.18,
1192  103.03, 103.04, 110.13, 110.19, 121.06, 121.07, 121.08, 121.09,
1193  121.10, 122.06, 122.07, 122.08, 122.09, 122.10, 122.12, 122.13,
1194  123.01, 123.03, 123.04, 124.01, 124.02, 124.03, 125.01, 125.03,
1195  125.04, 126.00, 127.01, 127.02, 128.00, 129.00, 130.01, 130.02,
1196  130.03, 130.04, 132.03, 132.04, 132.05, 133.07, 133.11, 133.12,
1197  133.16, 143.00, 9803.00, and 9804.00.
1198      2. That part of tract 103.05 consisting of:
1199      a. All of block group 1.

SEN-0000308

 360368

1200      b. All of block group 2.
1201      3. That part of tract 108.10 consisting of:
1202      a. That part of block group 1 consisting of blocks 0 and 6.
1203      4. That part of tract 110.08 consisting of:
1204      a. That part of block group 1 consisting of blocks 0, 1, 6,
1205 and 11.
1206      b. That part of block group 2 consisting of block 2.
1207      5. That part of tract 110.16 consisting of:
1208      a. That part of block group 1 consisting of blocks 0, 11,
1209 12, and 15.
1210      6. That part of tract 110.17 consisting of:
1211      a. That part of block group 1 consisting of blocks 0 and 1.
1212      7. That part of tract 133.05 consisting of:
1213      a. That part of block group 1 consisting of blocks 0, 1, 2,
1214 3, 4, and 5.
1215      (b) That part of Pasco County consisting of:
1216      1. All of tracts 316.04, 319.01, 319.02, 319.03, 320.01,
1217 320.05, 320.06, 320.07, 320.08, 320.09, 320.10, 320.11, 320.12,
1218 320.13, 320.14, 321.03, 321.04, 321.05, 321.06, 321.07, 321.08,
1219 321.09, 321.10, 321.11, 321.12, 321.13, 322.00, 323.00, 324.01,
1220 324.02, 325.00, 326.01, 326.02, 327.00, 328.02, 328.04, 328.05,
1221 329.01, 329.02, 329.05, 330.05, 330.06, 330.07, 330.08, 330.09,
1222 330.10, 330.11, 330.12, 330.13, 330.14, 331.01, and 331.02.
1223      2. That part of tract 316.03 consisting of:
1224      a. All of block group 1.
1225      b. All of block group 2.
1226      c. That part of block group 3 consisting of blocks 0, 1, 3,
1227 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, and 18.
1228      3. That part of tract 316.05 consisting of:

SEN-0000309

 360368

1229     a. That part of block group 1 consisting of blocks 0, 1, 2,
1230 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, and 15.
1231     b. All of block group 2.
1232     4. That part of tract 317.01 consisting of:
1233     a. That part of block group 1 consisting of blocks 0, 1, 2,
1234 6, 23, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46,
1235 47, 48, 49, 50, 51, 52, 133, 134, 135, 139, 140, 141, 142, 143,
1236 144, 145, 146, and 147.
1237     5. That part of tract 318.06 consisting of:
1238     a. That part of block group 2 consisting of block 13.
1239     6. That part of tract 318.08 consisting of:
1240     a. That part of block group 2 consisting of blocks 3, 4,
1241 and 12.
1242     7. That part of tract 318.09 consisting of:
1243     a. That part of block group 1 consisting of blocks 0, 1, 2,
1244 3, 4, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 18, 19, 21, 23, 24,
1245 25, 26, and 27.
1246     b. All of block group 2.
1247     (21) District 21 is composed of:
1248     (a) That part of Hillsborough County consisting of:
1249     1. All of tracts 131.00, 132.06, 132.07, 132.08, 133.10,
1250 133.13, 133.14, 133.20, 133.22, 134.06, 134.07, 134.09, 134.11,
1251 134.12, 134.13, 134.14, 134.15, 139.03, 139.07, 139.12, 139.13,
1252 139.14, 139.15, 139.16, 139.17, 139.18, 139.19, 139.22, 139.23,
1253 139.24, 139.25, 139.26, 140.08, 140.10, 140.12, 140.14, 140.17,
1254 9802.00, and 9901.00.
1255     2. That part of tract 133.05 consisting of:
1256     a. That part of block group 1 consisting of blocks 6, 7, 8,
1257 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, and

SEN-0000310

 360368

| | |
|---|---|
| 1258 | 24. |
| 1259 | b. All of block group 2. |
| 1260 | 3. That part of tract 133.23 consisting of: |
| 1261 | a. All of block group 1. |
| 1262 | b. All of block group 2. |
| 1263 | c. All of block group 3. |
| 1264 | d. That part of block group 4 consisting of blocks 0, 11, |
| 1265 | 12, 13, 14, 15, and 16. |
| 1266 | e. All of block group 5. |
| 1267 | 4. That part of tract 134.10 consisting of: |
| 1268 | a. All of block group 1. |
| 1269 | b. That part of block group 2 consisting of blocks 0, 1, 2, |
| 1270 | 3, 4, 5, 6, 7, 9, 10, and 11. |
| 1271 | 5. That part of tract 140.03 consisting of: |
| 1272 | a. That part of block group 1 consisting of blocks 0, 1, 2, |
| 1273 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, |
| 1274 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, |
| 1275 | 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 52, 53, 54, |
| 1276 | 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 70, 71, |
| 1277 | 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, and 86. |
| 1278 | 6. That part of tract 140.09 consisting of: |
| 1279 | a. That part of block group 1 consisting of blocks 0, 1, 2, |
| 1280 | 3, 4, 5, 6, 7, 8, 9, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, |
| 1281 | 23, and 24. |
| 1282 | 7. That part of tract 140.11 consisting of: |
| 1283 | a. All of block group 1. |
| 1284 | b. All of block group 2. |
| 1285 | c. That part of block group 3 consisting of blocks 0, 1, 2, |
| 1286 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 17, 18, 19, 20, 21, 22, |

1/11/2022 12:20:11 PM                              598-01926-22

SEN-0000311

 360368

1287 | 23, 24, 25, 26, 27, 28, 29, 30, and 31.
1288 |       8. That part of tract 140.13 consisting of:
1289 |       a. That part of block group 1 consisting of blocks 0, 1, 4,
1290 | 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
1291 | 22, 23, 26, 27, 28, 29, 30, 31, 32, 33, and 34.
1292 |       (b) That part of Manatee County consisting of:
1293 |       1. All of tracts 1.01, 1.03, 1.05, 1.06, 2.01, 2.03, 2.04,
1294 | 3.07, 3.09, 3.10, 4.03, 4.05, 4.06, 4.07, 4.09, 4.10, 5.01,
1295 | 5.03, 5.04, 6.01, 6.03, 6.04, 7.03, 7.04, 7.05, 8.04, 8.11,
1296 | 8.12, 11.04, 11.05, 11.06, 11.07, 11.08, 12.02, 12.03, 12.04,
1297 | 13.00, 14.02, 14.04, 14.05, 14.06, 15.01, 15.02, 16.02, 16.03,
1298 | 16.04, 17.01, 17.05, 18.01, 18.02, 19.04, 19.07, 19.08, 19.09,
1299 | 19.10, 19.11, 19.13, 19.14, 19.15, 19.16, 20.03, 20.11, 20.12,
1300 | 20.14, 20.18, 20.19, 20.20, 20.21, 20.24, 20.25, and 9900.00.
1301 |       2. That part of tract 3.11 consisting of:
1302 |       a. All of block group 1.
1303 |       b. That part of block group 2 consisting of blocks 2, 3, 4,
1304 | 5, 6, 7, and 8.
1305 |       3. That part of tract 3.12 consisting of:
1306 |       a. All of block group 2.
1307 |       4. That part of tract 20.10 consisting of:
1308 |       a. That part of block group 1 consisting of blocks 0, 1, 2,
1309 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1310 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
1311 | 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53,
1312 | 54, 55, 56, 57, 58, and 59.
1313 |       (22) District 22 is composed of:
1314 |       (a) That part of Polk County consisting of:
1315 |       1. All of tracts 103.00, 104.01, 104.02, 105.01, 105.02,

SEN-0000312

Florida Senate - 2022                                       COMMITTEE AMENDMENT
Bill No. SJR 100

 360368

1316  106.04, 107.01, 107.02, 108.00, 109.00, 110.00, 111.00, 112.02,
1317  112.03, 112.04, 113.00, 114.00, 115.01, 115.02, 116.03, 116.04,
1318  116.05, 116.06, 117.31, 117.32, 120.01, 120.02, 120.03, 120.04,
1319  121.13, 121.24, 121.25, 121.26, 121.27, 121.28, 121.30, 121.31,
1320  121.32, 121.33, 122.03, 122.07, 122.08, 122.09, 123.03, 123.04,
1321  123.05, 123.06, 123.07, 123.09, 124.04, 124.05, 124.07, 124.08,
1322  124.09, 124.10, 124.11, 124.12, 124.13, 124.14, 124.15, 125.02,
1323  125.06, 125.08, 125.09, 125.10, 125.11, 125.12, 125.13, 125.14,
1324  125.15, 126.01, 126.02, 127.01, 127.02, 128.02, 128.03, 128.04,
1325  129.00, 130.01, 130.02, 131.01, 131.02, 131.03, 132.00, 133.00,
1326  134.00, 135.00, 136.01, 136.02, 137.01, 137.02, 138.01, 138.02,
1327  139.01, 139.02, 140.01, 140.03, 140.05, 140.06, 141.04, 141.21,
1328  141.23, 141.24, 141.26, 141.27, 141.28, 141.29, 141.30, 141.31,
1329  142.01, 142.02, 142.03, 143.01, 143.03, 143.04, 144.01, 164.00,
1330  and 9800.00.
1331       2. That part of tract 106.01 consisting of:
1332       a. All of block group 1.
1333       b. All of block group 2.
1334       3. That part of tract 106.03 consisting of:
1335       a. That part of block group 1 consisting of block 0.
1336       b. That part of block group 2 consisting of blocks 0 and 1.
1337       4. That part of tract 117.04 consisting of:
1338       a. That part of block group 1 consisting of blocks 0, 1, 2,
1339  3, 4, 5, 6, 7, 8, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
1340  22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, and
1341  37.
1342       b. All of block group 2.
1343       c. All of block group 3.
1344       5. That part of tract 117.21 consisting of:

1/11/2022 12:20:11 PM                                      598-01926-22

SEN-0000313

Florida Senate - 2022                        COMMITTEE AMENDMENT
Bill No. SJR 100

 360368

1345        a. All of block group 1.

1346        b. That part of block group 2 consisting of blocks 0, 1, 2,

1347    3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,

1348    21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,

1349    39, and 40.

1350        6. That part of tract 117.22 consisting of:

1351        a. That part of block group 1 consisting of blocks 0, 1, 2,

1352    3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,

1353    21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 37, 38, and 39.

1354        b. All of block group 2.

1355        7. That part of tract 118.34 consisting of:

1356        a. That part of block group 3 consisting of blocks 0, 1, 2,

1357    3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 21, 30, 52, 53, 54,

1358    55, and 79.

1359        8. That part of tract 119.01 consisting of:

1360        a. That part of block group 1 consisting of blocks 0, 1, 2,

1361    3, 6, and 8.

1362        9. That part of tract 144.02 consisting of:

1363        a. That part of block group 1 consisting of blocks 0, 1, 2,

1364    3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 21,

1365    22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 41, 42, 75, 76,

1366    and 79.

1367        10. That part of tract 145.01 consisting of:

1368        a. That part of block group 4 consisting of blocks 0, 1, 2,

1369    3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,

1370    21, 22, 23, 24, 25, 26, 27, 28, 29, 39, 40, 41, 57, 58, 59, 60,

1371    61, 62, 68, 69, 71, and 72.

1372        11. That part of tract 146.00 consisting of:

1373        a. That part of block group 1 consisting of blocks 0, 1, 2,

1/11/2022 12:20:11 PM                                    598-01926-22

SEN-0000314

 360368

1374  3, 4, 5, 7, 8, 11, 12, 13, 14, 15, 16, 17, 18, 25, 26, 31, 49,
1375  and 50.
1376      12. That part of tract 147.01 consisting of:
1377      a. That part of block group 1 consisting of blocks 0, 1, 2,
1378  3, 4, 5, 6, 7, 8, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23,
1379  24, 25, 26, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52,
1380  53, 54, 55, 57, 58, 77, 78, and 79.
1381      13. That part of tract 147.03 consisting of:
1382      a. All of block group 1.
1383      b. That part of block group 2 consisting of blocks 0, 1, 2,
1384  3, 4, and 5.
1385      14. That part of tract 154.01 consisting of:
1386      a. That part of block group 2 consisting of block 7.
1387      15. That part of tract 155.00 consisting of:
1388      a. That part of block group 1 consisting of blocks 0, 1, 2,
1389  3, 4, 5, 6, and 7.
1390      b. All of block group 2.
1391      c. That part of block group 3 consisting of blocks 0, 1,
1392  and 2.
1393      (23) District 23 is composed of:
1394      (a) All of Sarasota County.
1395      (b) That part of Manatee County consisting of:
1396      1. All of tracts 3.04, 3.05, 3.13, 3.14, 8.05, 8.08, 8.09,
1397  8.10, 8.13, 8.14, 9.01, 9.02, 10.01, 10.02, 20.05, 20.08, 20.16,
1398  20.17, 20.22, and 20.23.
1399      2. That part of tract 3.11 consisting of:
1400      a. That part of block group 2 consisting of blocks 0 and 1.
1401      3. That part of tract 3.12 consisting of:
1402      a. All of block group 1.

SEN-0000315



360368

1403    4. That part of tract 20.10 consisting of:
1404    a. That part of block group 1 consisting of block 37.
1405    b. All of block group 2.
1406    (24) District 24 is composed of:
1407    (a) That part of Pinellas County consisting of:
1408    1. All of tracts 201.07, 201.08, 223.01, 223.02, 224.01,
1409    224.02, 225.01, 225.02, 225.03, 226.02, 228.01, 228.02, 229.02,
1410    230.00, 231.00, 232.00, 238.00, 239.00, 240.01, 240.02, 240.04,
1411    240.05, 241.00, 242.01, 242.02, 243.01, 243.02, 244.03, 244.06,
1412    244.08, 244.09, 244.10, 244.11, 244.12, 244.13, 245.05, 245.07,
1413    245.08, 245.09, 245.10, 245.12, 245.14, 245.15, 245.16, 245.17,
1414    245.18, 245.19, 246.01, 246.03, 246.04, 247.01, 247.02, 247.03,
1415    248.01, 248.03, 248.04, 248.05, 249.01, 249.04, 249.05, 249.06,
1416    249.07, 249.08, 250.04, 250.07, 250.09, 250.11, 250.12, 250.13,
1417    250.14, 250.15, 250.16, 250.17, 250.18, 250.19, 250.20, 250.21,
1418    251.06, 251.07, 251.08, 251.09, 251.10, 251.11, 251.12, 251.13,
1419    251.14, 251.15, 251.16, 251.19, 251.20, 251.21, 251.22, 251.23,
1420    252.04, 252.05, 252.07, 252.08, 252.09, 252.10, 252.11, 253.03,
1421    253.05, 253.07, 253.09, 253.10, 253.11, 254.01, 254.07, 254.11,
1422    254.12, 254.13, 254.14, 254.15, 254.16, 254.17, 254.18, 254.19,
1423    254.20, 254.21, 255.01, 255.07, 255.08, 255.09, 255.10, 256.02,
1424    256.03, 256.04, 258.00, 259.01, 264.01, 266.01, 276.03, 276.05,
1425    276.06, 277.01, 277.03, 277.04, 278.01, 278.02, 279.01, 279.05,
1426    280.02, 280.04, 280.05, 280.06, 281.02, 281.03, 281.04, 282.00,
1427    283.00, 284.03, and 285.00.
1428    2. That part of tract 201.05 consisting of:
1429    a. All of block group 1.
1430    b. That part of block group 2 consisting of blocks 0, 1, 2,
1431    3, 4, 5, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, and

SEN-0000316

Florida Senate - 2022                                COMMITTEE AMENDMENT
Bill No. SJR 100

 360368

1432 | 21.
1433 |     c. That part of block group 3 consisting of blocks 10, 16,
1434 | and 17.
1435 |     3. That part of tract 201.06 consisting of:
1436 |     a. All of block group 1.
1437 |     b. All of block group 2.
1438 |     c. That part of block group 3 consisting of blocks 0, 2, 3,
1439 | 5, 6, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22,
1440 | 23, 24, 25, 26, 27, 28, 29, and 30.
1441 |     4. That part of tract 226.01 consisting of:
1442 |     a. That part of block group 1 consisting of blocks 0, 1, 2,
1443 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1444 | and 21.
1445 |     b. All of block group 2.
1446 |     c. That part of block group 3 consisting of blocks 0, 1, 2,
1447 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, and 14.
1448 |     5. That part of tract 227.00 consisting of:
1449 |     a. That part of block group 1 consisting of blocks 0, 1, 2,
1450 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1451 | 21, 22, 23, 24, 25, 26, and 27.
1452 |     b. That part of block group 2 consisting of blocks 0, 1, 2,
1453 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 16, 17, 18, 19, 20, 21, 22, and
1454 | 23.
1455 |     c. That part of block group 3 consisting of blocks 0, 1, 2,
1456 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1457 | 21, and 22.
1458 |     6. That part of tract 255.05 consisting of:
1459 |     a. All of block group 1.
1460 |     b. That part of block group 2 consisting of blocks 1, 2, 4,

1/11/2022 12:20:11 PM                                598-01926-22

SEN-0000317

 360368

1461  5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
1462  22, 23, 24, 27, 28, and 29.
1463       7. That part of tract 257.00 consisting of:
1464       a. That part of block group 3 consisting of blocks 5, 6,
1465  and 7.
1466       8. That part of tract 259.02 consisting of:
1467       a. That part of block group 2 consisting of blocks 17, 18,
1468  19, 29, 30, 31, 32, 33, 34, 35, 36, 43, 44, 45, 46, 47, 48, 49,
1469  50, 51, 52, 53, 54, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67,
1470  68, and 69.
1471       9. That part of tract 264.02 consisting of:
1472       a. All of block group 1.
1473       b. That part of block group 3 consisting of blocks 11, 12,
1474  13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, and
1475  28.
1476       10. That part of tract 265.01 consisting of:
1477       a. All of block group 1.
1478       b. That part of block group 2 consisting of blocks 26, 27,
1479  28, 29, 30, 32, 33, 34, 35, 36, 37, 38, 39, 40, and 41.
1480       11. That part of tract 9900.00 consisting of:
1481       a. That part of block group 0 consisting of blocks 16, 17,
1482  18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33,
1483  34, 35, 36, 37, 38, 39, 40, 41, and 42.
1484       (25) District 25 is composed of:
1485       (a) All of Glades County.
1486       (b) All of Highlands County.
1487       (c) All of Indian River County.
1488       (d) All of Okeechobee County.
1489       (e) That part of St Lucie County consisting of:

SEN-0000318

Florida Senate - 2022                            COMMITTEE AMENDMENT
Bill No. SJR 100

 360368

1490        1. All of tracts 3801.00, 3802.00, 3803.00, 3804.00,
1491   3805.00, 3806.00, 3807.00, 3808.00, 3809.01, 3809.02, 3810.00,
1492   3811.03, 3811.04, 3811.05, 3811.06, 3811.07, 3812.04, 3813.00,
1493   3814.01, 3814.02, 3815.04, 3815.05, 3815.06, 3815.07, 3815.08,
1494   3816.02, 3816.03, 3816.04, 3816.05, 3817.01, 3817.02, 3818.02,
1495   3818.03, 3818.04, 3820.09, 3820.10, 3820.11, 3820.12, 3820.13,
1496   3820.14, 3821.22, 3821.23, 3821.24, 3821.25, 3822.01, 9800.00,
1497   and 9900.00.
1498        2. That part of tract 3820.07 consisting of:
1499        a. That part of block group 1 consisting of blocks 0, 1, 2,
1500   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1501   21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
1502   37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, and 49.
1503        b. That part of block group 2 consisting of blocks 0, 1, 2,
1504   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 17, 18, 19, 20, 21,
1505   22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37,
1506   38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, and
1507   53.
1508        3. That part of tract 3820.08 consisting of:
1509        a. That part of block group 1 consisting of blocks 0, 1, 2,
1510   3, 4, 5, 6, 7, 8, 9, 10, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22,
1511   23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38,
1512   39, 40, 41, 42, 43, 44, 45, 46, and 47.
1513        b. All of block group 2.
1514        c. All of block group 3.
1515        d. All of block group 4.
1516        4. That part of tract 3821.20 consisting of:
1517        a. All of block group 1.
1518        b. That part of block group 2 consisting of blocks 0, 1, 2,

1/11/2022 12:20:11 PM                              598-01926-22

SEN-0000319

 360368

1519 | and 3.
1520 | c. All of block group 3.
1521 | d. All of block group 4.
1522 | 5. That part of tract 3821.21 consisting of:
1523 | a. That part of block group 1 consisting of blocks 0, 1, 2,
1524 | 3, 4, 5, 6, 7, 8, 9, 10, 11, and 12.
1525 | b. That part of block group 2 consisting of blocks 0, 1, 2,
1526 | and 3.
1527 | c. All of block group 3.
1528 | 6. That part of tract 3821.26 consisting of:
1529 | a. That part of block group 1 consisting of block 0.
1530 | b. That part of block group 2 consisting of blocks 0, 1, 2,
1531 | and 8.
1532 | 7. That part of tract 3821.27 consisting of:
1533 | a. All of block group 1.
1534 | b. All of block group 2.
1535 | c. That part of block group 3 consisting of blocks 0, 1, 2,
1536 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, and 16.
1537 | 8. That part of tract 3822.02 consisting of:
1538 | a. That part of block group 1 consisting of blocks 0, 1, 2,
1539 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1540 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
1541 | 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52,
1542 | 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68,
1543 | 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84,
1544 | 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100,
1545 | 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113,
1546 | 114, 115, 116, 117, 118, 119, 120, 121, 122, 123, 124, 125, 126,
1547 | 127, 128, 129, 130, 131, 132, 133, 134, 135, 136, 137, 138, 139,

SEN-0000320

 360368

1548  140, 141, 142, 143, 144, 150, 151, 152, 157, 158, 159, 160, 161,
1549  162, 163, 164, 165, 166, 167, 168, 169, 170, 171, 172, 173, 174,
1550  175, 176, 177, 178, 179, 180, 181, 182, 183, 184, 185, and 186.
1551       b. All of block group 2.
1552       (26) District 26 is composed of:
1553       (a) All of Charlotte County.
1554       (b) All of De Soto County.
1555       (c) All of Hardee County.
1556       (d) That part of Lee County consisting of:
1557       1. All of tracts 4.02, 202.01, 202.02, 203.01, 203.02,
1558  205.01, 301.00, 302.01, 302.02, 302.05, 303.00, 401.23, 401.24,
1559  401.25, 401.26, 401.27, 402.05, 402.06, 402.07, 402.08, 402.09,
1560  402.10, 402.11, and 402.12.
1561       2. That part of tract 201.02 consisting of:
1562       a. That part of block group 1 consisting of blocks 0, 1, 2,
1563  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 14, 15, 16, 17, 18, 19, 20, and
1564  21.
1565       b. That part of block group 2 consisting of blocks 0, 1, 2,
1566  4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1567  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, and 35.
1568       c. All of block group 3.
1569       d. All of block group 4.
1570       3. That part of tract 201.03 consisting of:
1571       a. That part of block group 1 consisting of blocks 0, 1, 2,
1572  3, 4, 5, 6, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1573  and 25.
1574       b. That part of block group 2 consisting of blocks 0, 1, 2,
1575  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 18, 19, 20, 22,
1576  23, 25, 27, 28, 29, 30, 31, and 32.

SEN-0000321

Florida Senate - 2022                          COMMITTEE AMENDMENT
Bill No. SJR 100

 360368

1577     4. That part of tract 201.04 consisting of:
1578     a. That part of block group 1 consisting of blocks 0, 1, 2,
1579 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 15, 16, 17, 18, 19, 20, and 21.
1580     b. That part of block group 2 consisting of blocks 0, 1, 2,
1581 3, 4, 5, 6, 7, 8, 9, 10, 11, 13, 14, 15, 16, 17, 18, 19, 20, 21,
1582 and 22.
1583     5. That part of tract 204.00 consisting of:
1584     a. That part of block group 2 consisting of blocks 0, 1, 2,
1585 3, 5, 6, and 7.
1586     6. That part of tract 208.02 consisting of:
1587     a. All of block group 1.
1588     b. That part of block group 3 consisting of blocks 0, 6, 7,
1589 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23,
1590 24, 25, 26, 27, 28, 29, 30, and 31.
1591     7. That part of tract 401.10 consisting of:
1592     a. That part of block group 1 consisting of blocks 0, 1, 2,
1593 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1594 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, and 35.
1595     (e) That part of Polk County consisting of:
1596     1. All of tracts 118.21, 118.22, 118.32, 118.35, 118.36,
1597 118.37, 118.38, 119.02, 119.08, 119.09, 119.10, 119.11, 119.12,
1598 119.13, 145.02, 147.04, 148.02, 148.03, 148.04, 149.03, 149.04,
1599 149.05, 149.06, 150.00, 151.01, 151.02, 152.00, 153.01, 153.02,
1600 154.02, 154.04, 154.05, 156.00, 157.01, 157.02, 158.01, 158.02,
1601 159.00, 160.01, 160.02, 160.03, and 161.00.
1602     2. That part of tract 106.01 consisting of:
1603     a. All of block group 3.
1604     3. That part of tract 106.03 consisting of:
1605     a. That part of block group 1 consisting of blocks 1, 2, 3,

1/11/2022 12:20:11 PM                          598-01926-22

SEN-0000322

Florida Senate - 2022                           COMMITTEE AMENDMENT
Bill No. SJR 100

 360368

1606 | 4, 5, 6, 7, 8, 9, 10, and 11.
1607 |    b. That part of block group 2 consisting of blocks 2, 3, 4,
1608 | 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, and 17.
1609 |    4. That part of tract 117.04 consisting of:
1610 |    a. That part of block group 1 consisting of blocks 9 and
1611 | 10.
1612 |    5. That part of tract 117.21 consisting of:
1613 |    a. That part of block group 2 consisting of blocks 37 and
1614 | 38.
1615 |    6. That part of tract 117.22 consisting of:
1616 |    a. That part of block group 1 consisting of blocks 33, 34,
1617 | 35, and 36.
1618 |    7. That part of tract 118.34 consisting of:
1619 |    a. All of block group 1.
1620 |    b. All of block group 2.
1621 |    c. That part of block group 3 consisting of blocks 16, 17,
1622 | 18, 19, 20, 22, 23, 24, 25, 26, 27, 28, 29, 31, 32, 33, 34, 35,
1623 | 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51,
1624 | 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71,
1625 | 72, 73, 74, 75, 76, 77, and 78.
1626 |    8. That part of tract 119.01 consisting of:
1627 |    a. That part of block group 1 consisting of blocks 4, 5, 7,
1628 | 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, and 21.
1629 |    b. All of block group 2.
1630 |    9. That part of tract 144.02 consisting of:
1631 |    a. That part of block group 1 consisting of blocks 20, 34,
1632 | 35, 36, 37, 38, 39, 40, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52,
1633 | 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68,
1634 | 69, 70, 71, 72, 73, 74, 77, 78, 80, 81, 82, 83, 84, 85, 86, 87,

1/11/2022 12:20:11 PM                              598-01926-22

SEN-0000323

 360368

1635 | 88, 89, 90, and 91.
1636 |      10. That part of tract 145.01 consisting of:
1637 |      a. All of block group 1.
1638 |      b. All of block group 2.
1639 |      c. All of block group 3.
1640 |      d. That part of block group 4 consisting of blocks 30, 31,
1641 | 32, 33, 34, 35, 36, 37, 38, 42, 43, 44, 45, 46, 47, 48, 49, 50,
1642 | 51, 52, 53, 54, 55, 56, 63, 64, 65, 66, 67, 70, 73, 74, 75, 76,
1643 | 77, and 78.
1644 |      11. That part of tract 146.00 consisting of:
1645 |      a. That part of block group 1 consisting of blocks 6, 9,
1646 | 10, 19, 20, 21, 22, 23, 24, 27, 28, 29, 30, 32, 33, 34, 35, 36,
1647 | 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, and 48.
1648 |      b. All of block group 2.
1649 |      12. That part of tract 147.01 consisting of:
1650 |      a. That part of block group 1 consisting of blocks 9, 10,
1651 | 11, 12, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 56,
1652 | 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74,
1653 | 75, 76, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, and 91.
1654 |      b. All of block group 2.
1655 |      c. All of block group 3.
1656 |      13. That part of tract 147.03 consisting of:
1657 |      a. That part of block group 2 consisting of blocks 6, 7,
1658 | and 8.
1659 |      b. All of block group 3.
1660 |      14. That part of tract 154.01 consisting of:
1661 |      a. All of block group 1.
1662 |      b. That part of block group 2 consisting of blocks 0, 1, 2,
1663 | 3, 4, 5, 6, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,

SEN-0000324

 360368

1664  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
1665  37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, and 49.
1666      15. That part of tract 155.00 consisting of:
1667      a. That part of block group 1 consisting of blocks 8, 9,
1668  10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25,
1669  26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41,
1670  42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57,
1671  58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, and 69.
1672      b. That part of block group 3 consisting of blocks 3, 4, 5,
1673  6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22,
1674  23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38,
1675  39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54,
1676  55, 56, 57, 58, 59, 60, and 61.
1677      (27) District 27 is composed of:
1678      (a) That part of Lee County consisting of:
1679      1. All of tracts 3.03, 3.04, 3.05, 3.06, 4.01, 5.02, 5.03,
1680  5.04, 6.00, 7.00, 8.00, 9.00, 10.01, 10.02, 11.01, 11.03, 11.04,
1681  12.03, 12.04, 12.05, 12.06, 12.07, 12.08, 12.09, 13.00, 14.01,
1682  14.02, 15.01, 15.02, 16.01, 16.02, 17.01, 17.05, 17.06, 17.08,
1683  17.09, 17.10, 17.11, 18.01, 18.02, 19.03, 19.08, 19.10, 19.11,
1684  19.12, 19.13, 19.15, 19.16, 19.17, 19.18, 19.19, 19.20, 19.21,
1685  19.22, 19.23, 101.04, 101.06, 101.07, 101.08, 101.09, 101.10,
1686  101.11, 101.12, 101.13, 102.03, 102.05, 102.06, 102.07, 102.08,
1687  102.09, 102.10, 103.02, 103.03, 103.05, 103.06, 103.07, 103.08,
1688  103.09, 104.04, 104.11, 104.12, 104.13, 104.14, 104.15, 104.16,
1689  104.17, 104.18, 104.19, 104.20, 104.21, 104.22, 104.23, 105.01,
1690  105.03, 105.04, 106.01, 106.02, 107.01, 107.02, 108.01, 108.02,
1691  108.03, 205.02, 206.00, 207.00, 208.01, 401.08, 401.11, 401.13,
1692  401.17, 401.34, 401.35, 501.03, 501.04, 501.05, 501.06, 502.04,

SEN-0000325

Florida Senate - 2022                                    COMMITTEE AMENDMENT
Bill No. SJR 100

 360368

1693 | 502.05, 502.06, 502.07, 502.08, 502.10, 502.11, 502.12, 502.13,
1694 | 503.05, 503.06, 503.15, 503.16, 503.17, 503.18, 503.19, 503.20,
1695 | 503.21, 503.22, 504.01, 504.02, 505.01, 505.02, 506.01, 506.03,
1696 | 506.04, 601.01, 601.02, 602.01, 602.02, 602.03, 603.00, 701.01,
1697 | 701.02, 702.01, 702.02, 801.00, 802.02, 802.03, 802.04, 803.00,
1698 | 901.00, and 9900.00.
1699 |     2. That part of tract 201.02 consisting of:
1700 |     a. That part of block group 1 consisting of block 13.
1701 |     b. That part of block group 2 consisting of block 3.
1702 |     3. That part of tract 201.03 consisting of:
1703 |     a. That part of block group 1 consisting of blocks 7, 21,
1704 | 22, 23, and 24.
1705 |     b. That part of block group 2 consisting of blocks 17, 21,
1706 | 24, 26, and 33.
1707 |     4. That part of tract 201.04 consisting of:
1708 |     a. That part of block group 1 consisting of blocks 13, 14,
1709 | and 22.
1710 |     b. That part of block group 2 consisting of block 12.
1711 |     5. That part of tract 204.00 consisting of:
1712 |     a. All of block group 1.
1713 |     b. That part of block group 2 consisting of blocks 4, 8, 9,
1714 | 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25,
1715 | 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41,
1716 | 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, and 56.
1717 |     c. All of block group 3.
1718 |     6. That part of tract 208.02 consisting of:
1719 |     a. All of block group 2.
1720 |     b. That part of block group 3 consisting of blocks 1, 2, 3,
1721 | 4, and 5.

1/11/2022 12:20:11 PM                                    598-01926-22

SEN-0000326

 360368

1722        (28) District 28 is composed of:
1723        (a) All of Collier County.
1724        (b) All of Hendry County.
1725        (c) That part of Lee County consisting of:
1726        1. All of tracts 401.09, 401.18, 401.20, 401.21, 401.22,
1727    401.28, 401.29, 401.30, 401.31, 401.32, 401.33, 401.36, 401.37,
1728    401.38, 401.39, 403.01, 403.02, 403.03, 403.04, 403.05, 403.08,
1729    403.10, 403.11, 403.12, 403.13, 403.14, 403.15, 403.16, 503.11,
1730    503.12, 503.23, 503.24, 503.25, and 9800.00.
1731        2. That part of tract 401.10 consisting of:
1732        a. That part of block group 1 consisting of blocks 33, 34,
1733    36, 37, and 38.
1734        (29) District 29 is composed of:
1735        (a) All of Martin County.
1736        (b) That part of Palm Beach County consisting of:
1737        1. All of tracts 1.02, 1.03, 1.04, 2.02, 2.04, 2.08, 2.10,
1738    2.11, 2.13, 2.14, 2.16, 2.17, 2.18, 2.19, 2.20, 2.21, 2.22,
1739    2.23, 3.01, 3.03, 3.04, 4.05, 4.06, 4.07, 4.08, 4.10, 9.05,
1740    78.05, 78.12, 78.13, 78.14, 78.18, 78.20, 78.21, 78.23, 78.30,
1741    78.31, 78.32, 78.33, 78.34, 78.35, 78.37, 78.38, 78.40, 78.41,
1742    78.42, 78.43, 78.44, 78.45, 78.46, 78.47, 78.48, 78.49, 78.50,
1743    78.51, 78.52, 78.53, 79.09, 79.13, 79.14, 79.15, 79.16, 79.18,
1744    79.19, 80.01, 9801.00, and 9802.00.
1745        2. That part of tract 5.07 consisting of:
1746        a. That part of block group 1 consisting of blocks 0, 1, 2,
1747    3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 14, 15, 16, 17, 18, 19, 20, 21,
1748    22, 23, 24, 25, 26, 35, and 36.
1749        3. That part of tract 6.00 consisting of:
1750        a. That part of block group 1 consisting of blocks 0, 1, 2,

SEN-0000327

 360368

1751 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1752 | 21, and 23.
1753 |      4. That part of tract 9.04 consisting of:
1754 |      a. All of block group 2.
1755 |      b. All of block group 3.
1756 |      5. That part of tract 79.17 consisting of:
1757 |      a. All of block group 1.
1758 |      b. All of block group 2.
1759 |      c. All of block group 3.
1760 |      d. That part of block group 4 consisting of blocks 0, 1, 2,
1761 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1762 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 39, 40, 41, 42,
1763 | 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58,
1764 | 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 75, 76, 77,
1765 | 78, 79, 80, 81, 82, 83, 84, 85, 86, 93, 94, 95, 111, 112, 143,
1766 | 144, 159, 160, 161, 162, 163, 164, 165, 166, 167, 168, 169, 170,
1767 | 171, 172, 173, 174, and 205.
1768 |      6. That part of tract 80.02 consisting of:
1769 |      a. All of block group 1.
1770 |      b. All of block group 2.
1771 |      c. All of block group 3.
1772 |      d. That part of block group 4 consisting of blocks 0, 1, 2,
1773 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 20, 21, 22, and 23.
1774 |      7. That part of tract 81.01 consisting of:
1775 |      a. That part of block group 1 consisting of blocks 0, 1, 2,
1776 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1777 | 21, 22, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 67, 68, and
1778 | 71.
1779 |      8. That part of tract 83.01 consisting of:

Page 62 of 105

SEN-0000328

 360368

1780          a. That part of block group 2 consisting of blocks 18 and
1781    19.
1782          9. That part of tract 9900.00 consisting of:
1783          a. That part of block group 0 consisting of blocks 1, 2, 3,
1784    and 4.
1785          10. That part of tract 9901.00 consisting of:
1786          a. That part of block group 0 consisting of blocks 1, 2,
1787    and 5.
1788          (c) That part of St Lucie County consisting of:
1789          1. All of tracts 3819.00, 3820.15, 3820.16, 3821.10,
1790    3821.12, 3821.14, 3821.15, 3821.16, 3821.17, 3821.18, 3821.19,
1791    3821.28, 3821.29, and 3821.30.
1792          2. That part of tract 3820.07 consisting of:
1793          a. That part of block group 1 consisting of block 48.
1794          b. That part of block group 2 consisting of block 16.
1795          3. That part of tract 3820.08 consisting of:
1796          a. That part of block group 1 consisting of blocks 11 and
1797    12.
1798          4. That part of tract 3821.20 consisting of:
1799          a. That part of block group 2 consisting of blocks 4 and 5.
1800          5. That part of tract 3821.21 consisting of:
1801          a. That part of block group 1 consisting of blocks 13 and
1802    14.
1803          b. That part of block group 2 consisting of blocks 4 and 5.
1804          6. That part of tract 3821.26 consisting of:
1805          a. That part of block group 1 consisting of blocks 1, 2, 3,
1806    4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1807    21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
1808    37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52,

SEN-0000329

 360368

1809 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68,
1810 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84,
1811 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100,
1812 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113,
1813 114, 115, 116, 117, 118, 119, 120, 121, 122, 123, and 124.
1814      b. That part of block group 2 consisting of blocks 3, 4, 5,
1815 6, 7, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23,
1816 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, and 38.
1817      c. All of block group 3.
1818      d. All of block group 4.
1819      e. All of block group 5.
1820      f. All of block group 6.
1821      7. That part of tract 3821.27 consisting of:
1822      a. That part of block group 3 consisting of blocks 17, 18,
1823 and 19.
1824      8. That part of tract 3822.02 consisting of:
1825      a. That part of block group 1 consisting of blocks 145,
1826 146, 147, 148, 149, 153, 154, 155, and 156.
1827      (30) District 30 is composed of:
1828      (a) That part of Palm Beach County consisting of:
1829      1. All of tracts 5.05, 5.09, 5.12, 5.13, 7.02, 7.03, 8.03,
1830 8.05, 9.02, 9.03, 10.02, 10.03, 10.04, 11.01, 11.02, 12.00,
1831 13.01, 13.02, 14.02, 14.03, 14.04, 15.00, 16.00, 17.00, 18.01,
1832 18.02, 19.04, 19.07, 19.09, 19.10, 19.11, 19.12, 19.13, 19.16,
1833 19.17, 19.18, 19.19, 19.20, 19.21, 20.05, 20.06, 21.00, 22.00,
1834 23.00, 24.00, 26.00, 27.01, 27.02, 27.03, 28.00, 29.00, 30.00,
1835 31.01, 31.02, 32.01, 32.02, 33.00, 34.00, 35.07, 35.12, 35.13,
1836 35.14, 36.00, 37.00, 38.01, 38.02, 39.01, 39.02, 40.05, 40.07,
1837 40.08, 40.09, 40.10, 40.11, 40.12, 40.13, 41.01, 41.02, 42.03,

SEN-0000330

Florida Senate - 2022                           COMMITTEE AMENDMENT
Bill No. SJR 100

 360368

1838  42.04, 42.05, 42.06, 42.07, 43.00, 44.01, 44.02, 45.00, 46.01,
1839  46.02, 47.02, 47.04, 47.05, 47.06, 48.10, 48.13, 48.15, 48.16,
1840  48.17, 48.18, 48.19, 48.20, 48.21, 48.22, 48.23, 49.02, 49.03,
1841  49.04, 50.00, 51.01, 51.02, 52.02, 52.03, 52.04, 53.00, 54.12,
1842  54.13, 55.01, 55.02, 56.02, 58.14, 59.16, 59.17, 59.60, 59.61,
1843  9800.00, and 9805.00.
1844      2. That part of tract 5.07 consisting of:
1845      a. That part of block group 1 consisting of blocks 13, 27,
1846  28, 29, 30, 31, 32, 33, and 34.
1847      3. That part of tract 6.00 consisting of:
1848      a. That part of block group 1 consisting of blocks 22, 24,
1849  25, 26, 27, 28, 29, 30, 31, 32, 33, 34, and 35.
1850      4. That part of tract 9.04 consisting of:
1851      a. All of block group 1.
1852      5. That part of tract 56.01 consisting of:
1853      a. That part of block group 2 consisting of blocks 0, 1, 2,
1854  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, and 18.
1855      b. All of block group 3.
1856      6. That part of tract 57.03 consisting of:
1857      a. That part of block group 1 consisting of blocks 0, 1, 2,
1858  3, 4, 5, 6, 7, and 22.
1859      7. That part of tract 58.07 consisting of:
1860      a. All of block group 1.
1861      b. That part of block group 2 consisting of blocks 0, 1, 2,
1862  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, and 16.
1863      c. All of block group 3.
1864      d. That part of block group 4 consisting of blocks 0, 1, 2,
1865  3, 4, 5, 6, 7, 8, and 9.
1866      8. That part of tract 58.15 consisting of:

1/11/2022 12:20:11 PM                              598-01926-22

SEN-0000331

 360368

1867        a. That part of block group 1 consisting of blocks 0, 1, 2,
1868   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, and 18.
1869        b. All of block group 2.
1870        9. That part of tract 77.54 consisting of:
1871        a. That part of block group 1 consisting of block 0.
1872        10. That part of tract 9900.00 consisting of:
1873        a. That part of block group 0 consisting of blocks 5, 6, 7,
1874   8, and 9.
1875        (31)  District 31 is composed of:
1876        (a) That part of Palm Beach County consisting of:
1877        1. All of tracts 54.11, 57.02, 57.04, 58.10, 58.11, 58.12,
1878   58.13, 58.18, 58.19, 58.20, 58.21, 59.18, 59.21, 59.22, 59.23,
1879   59.26, 59.30, 59.31, 59.33, 59.34, 59.36, 59.37, 59.38, 59.39,
1880   59.40, 59.42, 59.43, 59.44, 59.45, 59.46, 59.47, 59.49, 59.50,
1881   59.51, 59.52, 59.53, 59.54, 59.55, 59.57, 59.58, 59.59, 60.05,
1882   60.06, 60.07, 60.08, 60.09, 60.10, 60.11, 60.12, 61.00, 62.01,
1883   62.02, 62.03, 63.01, 63.02, 64.01, 64.02, 65.01, 65.02, 66.02,
1884   66.04, 66.06, 66.07, 67.00, 68.01, 68.02, 69.06, 69.07, 69.08,
1885   69.09, 69.10, 69.11, 69.12, 70.05, 70.06, 70.07, 70.08, 70.09,
1886   70.10, 70.11, 70.12, 70.13, 71.00, 72.02, 72.06, 72.07, 72.08,
1887   73.01, 73.02, 74.07, 74.10, 74.12, 74.14, 77.05, 77.10, 77.16,
1888   77.21, 77.23, 77.24, 77.25, 77.42, 77.43, 77.46, 77.47, 77.48,
1889   77.49, 77.50, 77.51, 77.52, 77.57, 77.58, 77.59, 77.63, 77.64,
1890   77.68, 77.69, 77.70, 77.71, 77.72, 77.73, 77.74, 77.75, 77.76,
1891   77.78, 77.79, 77.80, 81.02, 82.01, 82.02, 82.03, 83.02, and
1892   9804.00.
1893        2. That part of tract 56.01 consisting of:
1894        a. All of block group 1.
1895        b. That part of block group 2 consisting of block 19.

SEN-0000332

Florida Senate - 2022                    COMMITTEE AMENDMENT
Bill No. SJR 100

 360368

| | |
|---|---|
| 1896 | 3. That part of tract 57.03 consisting of: |
| 1897 | a. That part of block group 1 consisting of blocks 8, 9, |
| 1898 | 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, and 21. |
| 1899 | 4. That part of tract 58.07 consisting of: |
| 1900 | a. That part of block group 2 consisting of block 15. |
| 1901 | b. That part of block group 4 consisting of blocks 10, 11, |
| 1902 | and 12. |
| 1903 | 5. That part of tract 58.15 consisting of: |
| 1904 | a. That part of block group 1 consisting of blocks 15, 16, |
| 1905 | and 17. |
| 1906 | 6. That part of tract 72.05 consisting of: |
| 1907 | a. All of block group 2. |
| 1908 | b. All of block group 3. |
| 1909 | 7. That part of tract 74.21 consisting of: |
| 1910 | a. That part of block group 1 consisting of blocks 0, 1, |
| 1911 | and 2. |
| 1912 | b. All of block group 3. |
| 1913 | c. All of block group 4. |
| 1914 | 8. That part of tract 75.01 consisting of: |
| 1915 | a. That part of block group 1 consisting of blocks 3, 4, 5, |
| 1916 | and 6. |
| 1917 | 9. That part of tract 77.30 consisting of: |
| 1918 | a. All of block group 2. |
| 1919 | b. All of block group 3. |
| 1920 | c. All of block group 4. |
| 1921 | 10. That part of tract 77.54 consisting of: |
| 1922 | a. That part of block group 1 consisting of blocks 1, 2, 3, |
| 1923 | 4, 5, 6, 7, 8, 9, 10, and 11. |
| 1924 | b. All of block group 2. |

1/11/2022 12:20:11 PM                          598-01926-22

SEN-0000333

Florida Senate - 2022                                COMMITTEE AMENDMENT
Bill No. SJR 100

 360368

| 1925 | c. All of block group 3. |
| 1926 | 11. That part of tract 79.17 consisting of: |
| 1927 | a. That part of block group 4 consisting of blocks 33, 34, |
| 1928 | 35, 36, 37, 38, 72, 73, 74, 87, 88, 89, 90, 91, 92, 96, 97, 98, |
| 1929 | 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 113, |
| 1930 | 114, 115, 116, 117, 118, 119, 120, 121, 122, 123, 124, 125, 126, |
| 1931 | 127, 128, 129, 130, 131, 132, 133, 134, 135, 136, 137, 138, 139, |
| 1932 | 140, 141, 142, 145, 146, 147, 148, 149, 150, 151, 152, 153, 154, |
| 1933 | 155, 156, 157, 158, 175, 176, 177, 178, 179, 180, 181, 182, 183, |
| 1934 | 184, 185, 186, 187, 188, 189, 190, 191, 192, 193, 194, 195, 196, |
| 1935 | 197, 198, 199, 200, 201, 202, 203, 204, 206, 207, 208, 209, 210, |
| 1936 | and 211. |
| 1937 | 12. That part of tract 80.02 consisting of: |
| 1938 | a. That part of block group 4 consisting of blocks 16, 17, |
| 1939 | 18, and 19. |
| 1940 | 13. That part of tract 81.01 consisting of: |
| 1941 | a. That part of block group 1 consisting of blocks 23, 24, |
| 1942 | 25, 26, 27, 28, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, |
| 1943 | 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 69, |
| 1944 | 70, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, and 83. |
| 1945 | b. All of block group 2. |
| 1946 | c. All of block group 3. |
| 1947 | 14. That part of tract 83.01 consisting of: |
| 1948 | a. All of block group 1. |
| 1949 | b. That part of block group 2 consisting of blocks 0, 1, 2, |
| 1950 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 20, 21, 22, |
| 1951 | 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, |
| 1952 | 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, |
| 1953 | 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, |

1/11/2022 12:20:11 PM                                598-01926-22

SEN-0000334

 360368

1954 | 71, 72, 73, 74, 75, 76, 77, 78, and 79.
1955 | 15. That part of tract 9900.00 consisting of:
1956 | a. That part of block group 0 consisting of blocks 10, 11,
1957 | and 12.
1958 | 16. That part of tract 9901.00 consisting of:
1959 | a. That part of block group 0 consisting of blocks 3 and 4.
1960 | (32) District 32 is composed of:
1961 | (a) That part of Broward County consisting of:
1962 | 1. All of tracts 702.09, 702.11, 703.04, 703.06, 703.10,
1963 | 703.11, 703.12, 703.14, 703.15, 703.16, 703.18, 703.19, 703.20,
1964 | 703.21, 703.23, 703.25, 703.26, 703.27, 703.28, 703.29, 703.30,
1965 | 703.31, 704.01, 704.02, 704.03, 704.04, 704.05, 705.01, 705.03,
1966 | 705.04, 706.01, 706.02, 906.01, 913.00, 1103.01, 1103.03,
1967 | 1103.07, 1103.08, 1103.09, 1103.11, 1103.12, 1103.13, 1103.19,
1968 | 1103.21, 1103.23, 1103.26, 1103.27, 1103.28, 1103.30, 1103.32,
1969 | 1103.33, 1103.34, 1103.37, 1103.38, 1103.39, 1103.41, 1103.44,
1970 | 1103.45, 1103.46, 1103.47, 1103.48, 1103.49, 1103.50, 1103.51,
1971 | 1103.52, 1103.53, 1103.54, 1103.55, 1103.56, 1103.57, 1103.58,
1972 | 1103.59, 1103.60, 1103.61, 1103.62, 1103.63, 1103.64, 1103.65,
1973 | 1103.66, 1103.67, 1103.68, 1104.03, and 9800.00.
1974 | 2. That part of tract 106.01 consisting of:
1975 | a. That part of block group 2 consisting of blocks 24 and
1976 | 25.
1977 | 3. That part of tract 106.12 consisting of:
1978 | a. That part of block group 1 consisting of block 37.
1979 | b. That part of block group 2 consisting of block 23.
1980 | 4. That part of tract 203.12 consisting of:
1981 | a. That part of block group 1 consisting of block 7.
1982 | 5. That part of tract 203.18 consisting of:

SEN-0000335

 360368

| | |
|---|---|
| 1983 | a. That part of block group 1 consisting of block 6. |
| 1984 | 6. That part of tract 203.26 consisting of: |
| 1985 | a. That part of block group 2 consisting of block 17. |
| 1986 | 7. That part of tract 204.16 consisting of: |
| 1987 | a. That part of block group 1 consisting of block 14. |
| 1988 | 8. That part of tract 601.11 consisting of: |
| 1989 | a. That part of block group 1 consisting of block 23. |
| 1990 | 9. That part of tract 601.13 consisting of: |
| 1991 | a. That part of block group 2 consisting of block 29. |
| 1992 | 10. That part of tract 601.19 consisting of: |
| 1993 | a. That part of block group 3 consisting of blocks 10, 11, |
| 1994 | 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, and 25. |
| 1995 | 11. That part of tract 601.20 consisting of: |
| 1996 | a. That part of block group 4 consisting of blocks 0, 1, 5, |
| 1997 | 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, |
| 1998 | 23, 24, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, |
| 1999 | 40, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, |
| 2000 | 59, 60, 61, 62, 63, 64, 65, and 66. |
| 2001 | 12. That part of tract 701.02 consisting of: |
| 2002 | a. That part of block group 1 consisting of blocks 6, 7, 8, |
| 2003 | 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 30, 31, and |
| 2004 | 32. |
| 2005 | 13. That part of tract 701.03 consisting of: |
| 2006 | a. All of block group 1. |
| 2007 | b. That part of block group 2 consisting of blocks 2, 3, 4, |
| 2008 | 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 18, 19, and 20. |
| 2009 | 14. That part of tract 701.04 consisting of: |
| 2010 | a. That part of block group 1 consisting of blocks 11, 12, |
| 2011 | 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, and 34. |

SEN-0000336

Florida Senate - 2022                        COMMITTEE AMENDMENT
Bill No. SJR 100

 360368

| | |
|---|---|
| 2012 | b. All of block group 2. |
| 2013 | 15. That part of tract 702.04 consisting of: |
| 2014 | a. That part of block group 1 consisting of blocks 2, 3, 4, |
| 2015 | 5, 6, 7, 8, 9, 10, 11, 12, 13, and 14. |
| 2016 | b. All of block group 2. |
| 2017 | 16. That part of tract 702.05 consisting of: |
| 2018 | a. All of block group 1. |
| 2019 | b. That part of block group 2 consisting of blocks 4, 5, 6, |
| 2020 | 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, and 20. |
| 2021 | c. All of block group 3. |
| 2022 | 17. That part of tract 702.08 consisting of: |
| 2023 | a. All of block group 1. |
| 2024 | b. That part of block group 2 consisting of blocks 2, 4, 5, |
| 2025 | 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, and 21. |
| 2026 | c. That part of block group 3 consisting of blocks 2, 3, 4, |
| 2027 | 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, |
| 2028 | 22, 23, and 24. |
| 2029 | 18. That part of tract 702.10 consisting of: |
| 2030 | a. That part of block group 1 consisting of blocks 3, 4, 6, |
| 2031 | 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, and 22. |
| 2032 | b. All of block group 2. |
| 2033 | 19. That part of tract 702.12 consisting of: |
| 2034 | a. All of block group 1. |
| 2035 | b. All of block group 2. |
| 2036 | c. That part of block group 3 consisting of blocks 2, 3, 4, |
| 2037 | 5, 6, and 7. |
| 2038 | 20. That part of tract 702.13 consisting of: |
| 2039 | a. All of block group 1. |
| 2040 | b. That part of block group 2 consisting of blocks 2, 3, 4, |

1/11/2022 12:20:11 PM                              598-01926-22

SEN-0000337

 360368

2041 | 5, 6, and 7.
2042 |     21. That part of tract 703.24 consisting of:
2043 | a. All of block group 1.
2044 | b. That part of block group 2 consisting of blocks 2, 3, 4,
2045 | 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, and 17.
2046 | c. That part of block group 3 consisting of blocks 4, 5, 6,
2047 | 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, and
2048 | 23.
2049 |     22. That part of tract 906.02 consisting of:
2050 | a. All of block group 1.
2051 | b. All of block group 2.
2052 | c. All of block group 3.
2053 | d. All of block group 4.
2054 | e. That part of block group 5 consisting of blocks 1, 2, 3,
2055 | 4, 5, 6, 7, 8, 9, 10, 11, 14, 15, 16, 17, 18, 19, 20, and 21.
2056 |     23. That part of tract 907.00 consisting of:
2057 | a. That part of block group 1 consisting of blocks 1, 2, 3,
2058 | 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2059 | 21, 22, 23, 24, 25, 26, 27, and 28.
2060 | b. All of block group 2.
2061 | c. All of block group 3.
2062 |     24. That part of tract 912.01 consisting of:
2063 | a. That part of block group 1 consisting of blocks 1, 2, 3,
2064 | 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2065 | 21, 22, 23, and 24.
2066 | b. All of block group 2.
2067 | c. All of block group 3.
2068 |     25. That part of tract 912.02 consisting of:
2069 | a. That part of block group 1 consisting of blocks 1, 2, 3,

SEN-0000338

Florida Senate - 2022                         COMMITTEE AMENDMENT
Bill No. SJR 100

 360368

2070  4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2071  21, 22, 23, 24, 25, 26, 27, 28, and 29.
2072        b. All of block group 2.
2073        26. That part of tract 914.00 consisting of:
2074        a. That part of block group 4 consisting of block 4.
2075        27. That part of tract 1101.00 consisting of:
2076        a. All of block group 1.
2077        b. All of block group 2.
2078        c. All of block group 3.
2079        d. That part of block group 4 consisting of blocks 0, 1, 2,
2080  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 16, 17, 18, 19, 20, 21, and
2081  22.
2082        28. That part of tract 1104.02 consisting of:
2083        a. All of block group 1.
2084        b. That part of block group 2 consisting of blocks 1, 2, 3,
2085  4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2086  21, 22, 23, 24, 25, 26, and 27.
2087        29. That part of tract 1104.04 consisting of:
2088        a. That part of block group 1 consisting of blocks 1, 2, 3,
2089  4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2090  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, and 33.
2091        b. All of block group 2.
2092        c. All of block group 3.
2093        (33) District 33 is composed of:
2094        (a) That part of Broward County consisting of:
2095        1. All of tracts 204.05, 204.06, 204.07, 204.12, 204.14,
2096  204.15, 204.17, 204.18, 204.19, 204.20, 204.21, 408.01, 408.02,
2097  409.01, 409.02, 410.00, 411.00, 412.00, 413.00, 414.00, 415.00,
2098  416.01, 416.02, 417.00, 426.01, 426.02, 428.02, 429.00, 501.00,

1/11/2022 12:20:11 PM                              598-01926-22

SEN-0000339

Florida Senate - 2022                     COMMITTEE AMENDMENT
Bill No. SJR 100

 360368

2099  | 502.07, 502.08, 503.01, 503.06, 503.08, 503.09, 503.11, 503.12,
2100  | 503.13, 503.14, 503.15, 503.16, 504.01, 504.02, 505.01, 505.02,
2101  | 506.02, 507.01, 507.02, 508.00, 601.05, 601.07, 601.09, 601.14,
2102  | 601.15, 601.16, 601.17, 601.18, 601.21, 601.22, 601.23, 601.24,
2103  | 601.25, 601.26, 601.27, 601.28, 601.29, 601.30, 602.03, 602.06,
2104  | 602.07, 602.08, 602.09, 602.10, 602.11, 602.12, 602.14, 602.15,
2105  | 603.02, 603.03, 603.04, 603.05, 603.06, 604.01, 604.02, 604.04,
2106  | 604.05, 605.01, 605.03, 605.04, 605.05, 606.03, 606.05, 606.06,
2107  | 606.07, 606.08, 606.09, 607.00, 608.01, 608.02, 609.00, 610.03,
2108  | and 610.04.
2109  |     2. That part of tract 204.04 consisting of:
2110  |     a. All of block group 1.
2111  |     b. All of block group 2.
2112  |     c. That part of block group 3 consisting of blocks 0, 1, 2,
2113  | 3, 4, 5, 6, 7, 8, 9, 10, 12, 13, 14, 15, 16, 17, 18, and 19.
2114  |     3. That part of tract 204.16 consisting of:
2115  |     a. That part of block group 1 consisting of blocks 0, 1, 2,
2116  | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 15, 16, 17, 18, 19, 20, 21,
2117  | 22, 23, 24, 25, 26, 27, 28, and 29.
2118  |     b. All of block group 2.
2119  |     4. That part of tract 205.02 consisting of:
2120  |     a. That part of block group 1 consisting of blocks 0, 1, 2,
2121  | 3, 4, 6, 7, 8, 9, 10, 11, 12, 13, 14, and 15.
2122  |     5. That part of tract 402.05 consisting of:
2123  |     a. That part of block group 3 consisting of block 3.
2124  |     6. That part of tract 403.00 consisting of:
2125  |     a. That part of block group 1 consisting of block 4.
2126  |     7. That part of tract 423.02 consisting of:
2127  |     a. That part of block group 2 consisting of blocks 1, 2, 3,

1/11/2022 12:20:11 PM                              598-01926-22

SEN-0000340

 360368

2128 | 4, 5, 6, 7, 12, and 13.
2129 |        8. That part of tract 425.01 consisting of:
2130 |        a. That part of block group 1 consisting of blocks 1, 2, 3,
2131 | 4, 5, 6, 7, 8, 11, 12, 15, 16, and 18.
2132 |        b. That part of block group 2 consisting of blocks 2, 3, 4,
2133 | 6, 7, 8, 9, 10, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24,
2134 | 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, and 37.
2135 |        9. That part of tract 425.02 consisting of:
2136 |        a. That part of block group 1 consisting of blocks 1, 2, 3,
2137 | 4, 5, 6, 7, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 23, 24, 25,
2138 | 26, 27, 28, 29, 30, 32, 33, 34, 35, and 36.
2139 |        b. That part of block group 2 consisting of blocks 1, 2, 3,
2140 | 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2141 | 21, 22, 23, 24, 25, 28, 29, 30, 31, 32, 33, 34, and 35.
2142 |        10. That part of tract 427.00 consisting of:
2143 |        a. All of block group 1.
2144 |        b. All of block group 3.
2145 |        c. That part of block group 4 consisting of blocks 0, 1, 2,
2146 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 19, and 20.
2147 |        11. That part of tract 428.01 consisting of:
2148 |        a. That part of block group 1 consisting of blocks 0, 1, 2,
2149 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2150 | 21, 22, 23, 24, 25, 26, 30, 31, 32, 33, 34, 35, 36, 37, and 38.
2151 |        b. All of block group 2.
2152 |        c. All of block group 3.
2153 |        d. All of block group 4.
2154 |        12. That part of tract 430.02 consisting of:
2155 |        a. That part of block group 1 consisting of blocks 0, 1, 2,
2156 | 3, 4, 5, 6, 7, 8, 9, 10, and 11.

SEN-0000341

 360368

2157      b. That part of block group 6 consisting of blocks 0, 1, 2,
2158 and 6.
2159      13. That part of tract 502.04 consisting of:
2160      a. That part of block group 2 consisting of blocks 1, 2, 3,
2161 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2162 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
2163 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52,
2164 and 53.
2165      b. All of block group 3.
2166      14. That part of tract 506.01 consisting of:
2167      a. All of block group 1.
2168      b. That part of block group 2 consisting of blocks 0, 1, 2,
2169 3, 4, 5, 6, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
2170 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, and 34.
2171      c. All of block group 3.
2172      15. That part of tract 509.00 consisting of:
2173      a. That part of block group 5 consisting of blocks 11, 17,
2174 18, 19, 20, 21, 22, 23, and 24.
2175      16. That part of tract 601.11 consisting of:
2176      a. That part of block group 1 consisting of blocks 0, 1, 2,
2177 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2178 21, 22, 24, 25, 26, 27, 28, and 29.
2179      b. All of block group 2.
2180      c. All of block group 3.
2181      d. All of block group 4.
2182      e. All of block group 5.
2183      17. That part of tract 601.13 consisting of:
2184      a. All of block group 1.
2185      b. That part of block group 2 consisting of blocks 0, 1, 2,

1/11/2022 12:20:11 PM                            598-01926-22

SEN-0000342

 360368

2186   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2187   21, 22, 23, 24, 25, 26, 27, 28, 30, 31, 32, 33, 34, 35, 36, 37,
2188   38, 39, 40, and 41.
2189       c. All of block group 3.
2190       18. That part of tract 601.19 consisting of:
2191       a. All of block group 1.
2192       b. All of block group 2.
2193       c. That part of block group 3 consisting of blocks 0, 1, 2,
2194   3, 4, 5, 6, 7, 8, and 9.
2195       19. That part of tract 601.20 consisting of:
2196       a. All of block group 1.
2197       b. All of block group 2.
2198       c. All of block group 3.
2199       d. That part of block group 4 consisting of blocks 2, 3, 4,
2200   25, 41, 42, and 43.
2201       20. That part of tract 610.01 consisting of:
2202       a. That part of block group 1 consisting of blocks 0, 1, 2,
2203   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 17, 18, 19, 20, 21,
2204   22, 23, 24, 25, 26, 27, 28, 29, and 30.
2205       b. All of block group 2.
2206       c. All of block group 3.
2207       21. That part of tract 611.00 consisting of:
2208       a. That part of block group 2 consisting of block 0.
2209       b. That part of block group 4 consisting of blocks 10 and
2210   11.
2211       22. That part of tract 701.03 consisting of:
2212       a. That part of block group 2 consisting of block 1.
2213       23. That part of tract 702.04 consisting of:
2214       a. That part of block group 1 consisting of blocks 0 and 1.

SEN-0000343

 360368

2215        24. That part of tract 702.05 consisting of:
2216        a. That part of block group 2 consisting of blocks 0, 1, 2,
2217   and 3.
2218        25. That part of tract 702.08 consisting of:
2219        a. That part of block group 2 consisting of blocks 0, 1,
2220   and 3.
2221        b. That part of block group 3 consisting of blocks 0 and 1.
2222        26. That part of tract 702.10 consisting of:
2223        a. That part of block group 1 consisting of blocks 0, 1, 2,
2224   and 5.
2225        27. That part of tract 702.12 consisting of:
2226        a. That part of block group 3 consisting of blocks 0 and 1.
2227        28. That part of tract 702.13 consisting of:
2228        a. That part of block group 2 consisting of blocks 0 and 1.
2229        29. That part of tract 703.24 consisting of:
2230        a. That part of block group 2 consisting of blocks 0 and 1.
2231        b. That part of block group 3 consisting of blocks 0, 1, 2,
2232   and 3.
2233        (34) District 34 is composed of:
2234        (a) That part of Broward County consisting of:
2235        1. All of tracts 103.04, 103.05, 103.08, 104.01, 104.02,
2236   104.03, 104.05, 104.06, 104.07, 105.02, 105.03, 105.04, 106.03,
2237   106.04, 106.05, 106.06, 106.09, 106.10, 106.11, 106.13, 106.14,
2238   106.15, 107.01, 201.01, 201.03, 201.04, 202.04, 202.05, 202.06,
2239   202.09, 202.10, 202.11, 202.12, 202.13, 202.14, 203.02, 203.08,
2240   203.09, 203.11, 203.13, 203.14, 203.15, 203.16, 203.17, 203.19,
2241   203.20, 203.21, 203.22, 203.23, 203.24, 203.25, 205.01, 303.01,
2242   305.00, 306.01, 306.02, 307.02, 307.03, 307.04, 307.05, 308.05,
2243   308.06, 502.05, and 502.06.

SEN-0000344

Florida Senate - 2022                                COMMITTEE AMENDMENT
Bill No. SJR 100

 360368

2244        2. That part of tract 101.04 consisting of:
2245        a. That part of block group 1 consisting of block 6.
2246        3. That part of tract 103.06 consisting of:
2247        a. All of block group 2.
2248        4. That part of tract 103.07 consisting of:
2249        a. All of block group 1.
2250        b. That part of block group 2 consisting of blocks 0, 1, 2,
2251   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2252   21, 22, 23, 24, 25, 30, 31, 32, and 33.
2253        c. All of block group 3.
2254        5. That part of tract 106.01 consisting of:
2255        a. All of block group 1.
2256        b. That part of block group 2 consisting of blocks 0, 1, 2,
2257   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2258   21, 22, 23, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38,
2259   39, 40, 41, 42, 43, 44, 45, 46, 47, 48, and 49.
2260        c. All of block group 3.
2261        d. All of block group 4.
2262        6. That part of tract 106.12 consisting of:
2263        a. That part of block group 1 consisting of blocks 0, 1, 2,
2264   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2265   21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, and
2266   36.
2267        b. That part of block group 2 consisting of blocks 0, 1, 2,
2268   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2269   21, 22, 24, and 25.
2270        7. That part of tract 107.02 consisting of:
2271        a. That part of block group 1 consisting of blocks 1, 2, 3,
2272   4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,

1/11/2022 12:20:11 PM                               598-01926-22

SEN-0000345

 360368

| | |
|---|---|
| 2273 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, |
| 2274 | 37, 38, 39, 40, and 41. |
| 2275 | b. That part of block group 2 consisting of blocks 1, 2, 3, |
| 2276 | 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, |
| 2277 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, and 34. |
| 2278 | c. All of block group 3. |
| 2279 | d. All of block group 4. |
| 2280 | 8. That part of tract 203.12 consisting of: |
| 2281 | a. That part of block group 1 consisting of blocks 0, 1, 2, |
| 2282 | 3, 4, 5, 6, 8, 9, 10, 11, 12, 13, and 14. |
| 2283 | b. All of block group 2. |
| 2284 | 9. That part of tract 203.18 consisting of: |
| 2285 | a. That part of block group 1 consisting of blocks 0, 1, 2, |
| 2286 | 3, 4, 5, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, |
| 2287 | 21, 22, 23, 24, 25, and 26. |
| 2288 | b. All of block group 2. |
| 2289 | c. All of block group 3. |
| 2290 | d. All of block group 4. |
| 2291 | 10. That part of tract 203.26 consisting of: |
| 2292 | a. All of block group 1. |
| 2293 | b. That part of block group 2 consisting of blocks 0, 1, 2, |
| 2294 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 18, 19, 20, 21, |
| 2295 | 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, |
| 2296 | 38, 39, and 40. |
| 2297 | c. All of block group 3. |
| 2298 | d. All of block group 4. |
| 2299 | 11. That part of tract 204.04 consisting of: |
| 2300 | a. That part of block group 3 consisting of block 11. |
| 2301 | 12. That part of tract 205.02 consisting of: |

SEN-0000346

 360368

| 2302 | a. That part of block group 1 consisting of block 5. |
| 2303 | b. All of block group 2. |
| 2304 | c. All of block group 3. |
| 2305 | d. All of block group 4. |
| 2306 | 13. That part of tract 303.02 consisting of: |
| 2307 | a. All of block group 1. |
| 2308 | b. All of block group 2. |
| 2309 | c. That part of block group 3 consisting of blocks 1, 2, 3, |
| 2310 | 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, |
| 2311 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, and 34. |
| 2312 | d. That part of block group 4 consisting of blocks 1, 3, 4, |
| 2313 | 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, and |
| 2314 | 21. |
| 2315 | 14. That part of tract 304.01 consisting of: |
| 2316 | a. That part of block group 1 consisting of blocks 2, 3, 4, |
| 2317 | 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, |
| 2318 | and 22. |
| 2319 | b. All of block group 2. |
| 2320 | 15. That part of tract 304.02 consisting of: |
| 2321 | a. That part of block group 1 consisting of blocks 1, 2, 3, |
| 2322 | 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, |
| 2323 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 34, 37, and 38. |
| 2324 | b. All of block group 2. |
| 2325 | c. That part of block group 3 consisting of blocks 0, 1, 2, |
| 2326 | 3, 4, 5, 8, 9, 10, 11, 12, 14, 15, 16, 17, 18, 19, 20, 21, 22, |
| 2327 | 23, 24, 25, and 26. |
| 2328 | 16. That part of tract 308.03 consisting of: |
| 2329 | a. That part of block group 2 consisting of blocks 0, 1, 2, |
| 2330 | 3, 9, 10, 11, 12, 13, 14, 15, 16, 21, 22, 23, 24, 25, 26, and |

SEN-0000347

 360368

2331   27.
2332         17. That part of tract 308.04 consisting of:
2333         a. That part of block group 2 consisting of blocks 7, 8, 9,
2334   10, 11, 12, 13, 14, 15, 16, and 17.
2335         18. That part of tract 502.04 consisting of:
2336         a. All of block group 1.
2337         b. That part of block group 2 consisting of block 0.
2338         (b) That part of Palm Beach County consisting of:
2339         1. All of tracts 72.04, 74.20, 75.04, 75.05, 76.03, 76.04,
2340   76.05, 76.10, 76.12, 76.13, 76.14, 76.15, 76.16, 76.19, 76.20,
2341   76.21, 76.22, 76.23, 76.24, 77.31, 77.32, 77.35, 77.36, 77.38,
2342   77.39, 77.40, 77.41, 77.66, 77.67, and 77.77.
2343         2. That part of tract 72.05 consisting of:
2344         a. All of block group 1.
2345         b. All of block group 4.
2346         3. That part of tract 74.21 consisting of:
2347         a. That part of block group 1 consisting of blocks 3, 4, 5,
2348   6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22,
2349   23, and 24.
2350         b. All of block group 2.
2351         4. That part of tract 75.01 consisting of:
2352         a. That part of block group 1 consisting of blocks 0, 1, 2,
2353   7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, and 18.
2354         b. All of block group 2.
2355         c. All of block group 3.
2356         5. That part of tract 77.30 consisting of:
2357         a. All of block group 1.
2358         (35) District 35 is composed of:
2359         (a) That part of Miami-Dade County consisting of:

SEN-0000348

Florida Senate - 2022                    COMMITTEE AMENDMENT
Bill No. SJR 100

 360368

2360      1. All of tracts 1.09, 1.20, 1.24, 2.04, 2.06, 2.11, 2.12,
2361  2.13, 2.15, 2.16, 2.18, 2.19, 2.20, 2.21, 2.22, 2.23, 2.24,
2362  2.25, 2.26, 2.27, 2.28, 3.02, 3.06, 3.07, 3.08, 3.09, 3.10,
2363  3.11, 3.12, 4.02, 4.05, 4.08, 4.09, 4.10, 4.11, 4.13, 4.14,
2364  4.15, 4.16, 4.17, 4.18, 4.19, 4.20, 5.04, 5.06, 5.07, 5.09,
2365  10.03, 10.04, 10.05, 10.06, 10.07, 10.08, 11.01, 11.02, 11.03,
2366  11.04, 12.04, 12.05, 12.06, 12.07, 12.08, 12.09, 13.01, 13.02,
2367  14.01, 14.02, 15.01, 15.02, 18.01, 18.02, 18.03, 19.01, 19.03,
2368  19.04, 20.01, 20.03, 20.04, 21.00, 22.01, 22.02, 23.00, 38.01,
2369  38.03, 38.04, 39.06, 39.09, 39.11, 39.12, 39.13, 39.14, 39.15,
2370  39.16, 39.17, 39.18, 39.19, 39.21, 39.22, 94.01, 94.02, 95.03,
2371  95.04, 95.05, 95.06, 96.01, 96.02, 98.03, 98.04, 98.06, 98.09,
2372  98.10, 98.11, 98.12, 99.03, 99.04, 99.05, 99.06, 99.07, 99.08,
2373  99.09, 100.10, 100.12, 100.19, 100.20, 100.21, 100.22, 100.23,
2374  100.24, 100.25, and 9808.00.
2375      2. That part of tract 1.28 consisting of:
2376      a. That part of block group 3 consisting of blocks 2, 4, 5,
2377  6, 7, 15, 16, and 17.
2378      3. That part of tract 1.30 consisting of:
2379      a. That part of block group 2 consisting of blocks 0 and 3.
2380      b. That part of block group 5 consisting of blocks 2 and 3.
2381      4. That part of tract 1.32 consisting of:
2382      a. That part of block group 1 consisting of blocks 2, 3,
2383  and 4.
2384      b. That part of block group 4 consisting of blocks 0 and 2.
2385      5. That part of tract 5.05 consisting of:
2386      a. That part of block group 2 consisting of blocks 0, 1, 2,
2387  3, 4, 5, 6, 7, 8, 9, 11, 12, 13, 14, 15, 16, 17, 18, 31, 32, 33,
2388  34, 35, and 42.

1/11/2022 12:20:11 PM                              598-01926-22

SEN-0000349

 360368

| 2389 | 6. That part of tract 5.08 consisting of: |
| 2390 | a. That part of block group 1 consisting of blocks 0, 1, 2, |
| 2391 | 3, 4, 5, 6, 7, 8, 9, 10, and 11. |
| 2392 | b. That part of block group 2 consisting of blocks 0, 1, 2, |
| 2393 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 20, and 21. |
| 2394 | 7. That part of tract 9.03 consisting of: |
| 2395 | a. That part of block group 1 consisting of blocks 0, 1, 2, |
| 2396 | 3, 19, 20, 21, 24, 25, 26, 30, 31, 32, 33, 34, 37, 38, 41, 42, |
| 2397 | 43, 44, 45, 48, and 49. |
| 2398 | 8. That part of tract 17.01 consisting of: |
| 2399 | a. That part of block group 2 consisting of blocks 0, 1, 2, |
| 2400 | 5, 6, 7, 8, 9, 10, 13, 14, and 15. |
| 2401 | b. That part of block group 3 consisting of blocks 0, 1, 2, |
| 2402 | 4, 5, 6, 8, 9, 10, 29, 30, and 31. |
| 2403 | 9. That part of tract 24.03 consisting of: |
| 2404 | a. That part of block group 1 consisting of blocks 0, 1, 2, |
| 2405 | 3, 4, 5, 6, 7, 8, 15, and 16. |
| 2406 | 10. That part of tract 24.04 consisting of: |
| 2407 | a. That part of block group 1 consisting of blocks 0, 1, 2, |
| 2408 | 3, 5, and 6. |
| 2409 | 11. That part of tract 25.02 consisting of: |
| 2410 | a. All of block group 1. |
| 2411 | b. That part of block group 3 consisting of blocks 0, 1, 2, |
| 2412 | 13, 14, 15, 16, 17, and 18. |
| 2413 | 12. That part of tract 26.00 consisting of: |
| 2414 | a. That part of block group 2 consisting of blocks 0, 1, 2, |
| 2415 | 3, 4, and 5. |
| 2416 | b. That part of block group 3 consisting of blocks 0, 1, 2, |
| 2417 | and 7. |

SEN-0000350

Florida Senate - 2022                          COMMITTEE AMENDMENT
Bill No. SJR 100

 360368

2418     c. That part of block group 4 consisting of blocks 0 and 1.
2419     d. That part of block group 5 consisting of blocks 0, 1, 2,
2420 and 3.
2421     13. That part of tract 27.02 consisting of:
2422     a. That part of block group 1 consisting of blocks 0 and 1.
2423     14. That part of tract 40.00 consisting of:
2424     a. All of block group 1.
2425     b. All of block group 2.
2426     c. All of block group 3.
2427     d. All of block group 4.
2428     e. All of block group 6.
2429     15. That part of tract 97.04 consisting of:
2430     a. That part of block group 3 consisting of block 13.
2431     16. That part of tract 100.26 consisting of:
2432     a. That part of block group 1 consisting of blocks 0, 1, 2,
2433 3, 4, 5, 6, 7, 8, 9, 15, 16, 17, and 18.
2434     17. That part of tract 9900.00 consisting of:
2435     a. That part of block group 0 consisting of blocks 1 and 2.
2436     (36) District 36 is composed of:
2437     (a) That part of Miami-Dade County consisting of:
2438     1. All of tracts 6.01, 6.02, 6.03, 6.05, 6.07, 6.09, 6.10,
2439 6.11, 6.12, 7.05, 7.10, 7.11, 7.12, 7.13, 7.14, 7.15, 7.16,
2440 7.17, 7.18, 7.19, 7.20, 8.04, 8.05, 8.06, 8.07, 8.08, 9.04,
2441 9.05, 9.06, 9.07, 9.08, 16.03, 16.05, 16.06, 16.07, 16.08,
2442 17.02, 17.04, 17.05, 47.01, 47.03, 47.04, 47.05, 90.20, 90.21,
2443 90.22, 90.39, 90.40, 90.43, 90.44, 90.48, 90.49, 90.50, 90.56,
2444 90.57, 90.58, 90.59, 90.60, 90.61, 90.62, 90.63, 90.64, 90.65,
2445 90.66, 92.00, 93.05, 93.12, 93.14, 93.15, 93.16, 93.17, 93.18,
2446 93.19, 93.20, 93.21, 93.22, 93.23, 93.24, 93.25, 93.26, 93.27,

1/11/2022 12:20:11 PM                          598-01926-22

SEN-0000351

 360368

2447  100.13, 100.15, 100.16, 100.17, 100.18, 116.01, 116.02, 117.01,
2448  117.02, 118.00, 119.00, 120.01, 120.02, 121.01, 121.02, 121.03,
2449  121.04, 121.05, 122.00, 123.01, 123.02, 124.01, 124.02, 125.01,
2450  125.02, 126.01, 126.02, 127.01, 127.02, 128.01, 128.02, 129.00,
2451  130.00, 131.00, 132.01, 132.02, 133.01, 133.02, 134.00, 135.00,
2452  136.00, 137.00, 138.01, 138.02, 139.00, 142.00, 143.00, 144.00,
2453  and 145.00.
2454      2. That part of tract 5.05 consisting of:
2455      a. All of block group 1.
2456      b. That part of block group 2 consisting of blocks 10, 19,
2457  20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 36, 37, 38, 39, 40,
2458  and 41.
2459      c. All of block group 3.
2460      3. That part of tract 5.08 consisting of:
2461      a. That part of block group 1 consisting of blocks 12, 13,
2462  14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, and 28.
2463      b. That part of block group 2 consisting of blocks 18, 19,
2464  22, 23, 24, 25, 26, 27, and 28.
2465      4. That part of tract 9.03 consisting of:
2466      a. That part of block group 1 consisting of blocks 4, 5, 6,
2467  7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 22, 23, 27, 28, 29,
2468  35, 36, 39, 40, 46, and 47.
2469      b. All of block group 2.
2470      5. That part of tract 17.01 consisting of:
2471      a. All of block group 1.
2472      b. That part of block group 2 consisting of blocks 3, 4,
2473  11, and 12.
2474      c. That part of block group 3 consisting of blocks 3, 7,
2475  11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26,

SEN-0000352

 360368

2476  27, 28, and 32.

2477       d. All of block group 4.

2478       6. That part of tract 90.10 consisting of:

2479       a. All of block group 1.

2480       b. All of block group 2.

2481       c. That part of block group 3 consisting of blocks 0, 1, 2,

2482  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,

2483  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,

2484  37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52,

2485  53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68,

2486  69, 70, 71, 72, 73, 74, 75, 76, 77, 78, and 79.

2487       7. That part of tract 90.28 consisting of:

2488       a. That part of block group 3 consisting of block 1.

2489       8. That part of tract 91.02 consisting of:

2490       a. All of block group 1.

2491       b. That part of block group 2 consisting of blocks 0, 1, 2,

2492  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,

2493  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 33, 34, 35, 36, 37, and

2494  38.

2495       9. That part of tract 100.26 consisting of:

2496       a. That part of block group 1 consisting of blocks 10, 11,

2497  12, 13, and 14.

2498       10. That part of tract 124.03 consisting of:

2499       a. That part of block group 1 consisting of blocks 0, 1, 2,

2500  3, 4, 5, 6, 7, 8, 9, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23,

2501  24, 25, 26, 27, 28, 29, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40,

2502  41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56,

2503  57, 58, 59, 60, 61, 62, 63, 64, 65, and 66.

2504       11. That part of tract 141.00 consisting of:

SEN-0000353

 360368

2505       a. That part of block group 1 consisting of blocks 0, 1, 2,
2506  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2507  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
2508  37, 38, 39, 44, 45, 46, and 47.
2509       12. That part of tract 9805.00 consisting of:
2510       a. That part of block group 1 consisting of blocks 0, 1, 2,
2511  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2512  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
2513  37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52,
2514  53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68,
2515  69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 95, 96,
2516  97, 98, 99, 101, 102, and 104.
2517       13. That part of tract 9811.00 consisting of:
2518       a. That part of block group 1 consisting of blocks 2, 3, 4,
2519  5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
2520  22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37,
2521  38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53,
2522  54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69,
2523  70, 71, 72, 73, 74, 75, and 76.
2524       (37) District 37 is composed of:
2525       (a) That part of Miami-Dade County consisting of:
2526       1. All of tracts 24.02, 25.01, 27.05, 27.07, 27.08, 27.09,
2527  27.10, 28.00, 29.00, 30.01, 30.04, 30.05, 30.06, 31.00, 34.00,
2528  36.03, 36.04, 36.05, 36.06, 36.07, 37.03, 37.04, 37.05, 37.06,
2529  37.07, 37.08, 37.09, 37.10, 41.02, 41.03, 41.05, 41.06, 42.04,
2530  42.05, 42.06, 42.07, 42.08, 43.01, 43.03, 43.04, 44.03, 44.04,
2531  44.05, 44.06, 45.00, 49.01, 49.03, 49.04, 50.02, 50.03, 50.04,
2532  51.02, 51.03, 51.04, 52.01, 52.02, 53.03, 53.04, 53.05, 53.06,
2533  54.03, 54.05, 54.06, 54.07, 54.09, 54.10, 55.03, 55.04, 55.05,

1/11/2022 12:20:11 PM                              598-01926-22

SEN-0000354

Florida Senate - 2022                        COMMITTEE AMENDMENT
Bill No. SJR 100

 360368

2534   55.06, 56.00, 57.01, 57.05, 57.06, 57.07, 57.08, 58.03, 58.04,
2535   58.05, 58.06, 59.01, 59.02, 59.03, 59.04, 60.02, 60.03, 60.04,
2536   61.03, 61.04, 61.05, 61.06, 62.01, 62.03, 62.05, 62.06, 63.02,
2537   63.03, 63.04, 64.01, 64.02, 64.03, 65.01, 65.03, 65.04, 66.03,
2538   66.04, 66.05, 66.06, 66.07, 66.08, 67.07, 67.09, 67.13, 67.14,
2539   67.16, 67.17, 67.18, 67.19, 67.20, 67.21, 69.01, 69.02, 70.03,
2540   70.04, 70.05, 70.06, 74.02, 88.07, 89.06, 89.07, 89.08, 89.09,
2541   89.10, 89.11, 90.14, 90.15, 90.24, 90.26, 90.27, 90.29, 90.30,
2542   90.31, 90.51, 90.52, 90.53, 90.54, 90.55, 91.01, 4901.00, and
2543   9810.00.
2544       2. That part of tract 24.03 consisting of:
2545       a. That part of block group 1 consisting of blocks 9, 10,
2546   11, 12, 13, 14, 17, 18, 19, 20, 21, 22, 23, 24, 25, and 26.
2547       b. All of block group 2.
2548       3. That part of tract 24.04 consisting of:
2549       a. That part of block group 1 consisting of blocks 4, 7, 8,
2550   9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, and 22.
2551       b. All of block group 2.
2552       c. All of block group 3.
2553       4. That part of tract 25.02 consisting of:
2554       a. All of block group 2.
2555       b. That part of block group 3 consisting of blocks 3, 4, 5,
2556   6, 7, 8, 9, 10, 11, 12, 19, 20, 21, 22, 23, 24, 25, and 26.
2557       5. That part of tract 26.00 consisting of:
2558       a. All of block group 1.
2559       b. That part of block group 2 consisting of blocks 6, 7, 8,
2560   9, 10, 11, 12, 13, 14, 15, 16, 17, 18, and 19.
2561       c. That part of block group 3 consisting of blocks 3, 4, 5,
2562   6, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, and 21.

1/11/2022 12:20:11 PM                              598-01926-22

SEN-0000355

 360368

2563     d. That part of block group 4 consisting of blocks 2, 3, 4,
2564 5, 6, 7, 8, 9, and 10.
2565     e. That part of block group 5 consisting of blocks 4, 5, 6,
2566 7, 8, 9, 10, 11, 12, 13, and 14.
2567     6. That part of tract 27.02 consisting of:
2568     a. That part of block group 1 consisting of blocks 2, 3, 4,
2569 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
2570 22, 23, 24, 25, 26, and 27.
2571     b. All of block group 2.
2572     7. That part of tract 40.00 consisting of:
2573     a. All of block group 5.
2574     8. That part of tract 67.06 consisting of:
2575     a. That part of block group 1 consisting of block 1.
2576     9. That part of tract 67.15 consisting of:
2577     a. All of block group 1.
2578     b. All of block group 2.
2579     c. That part of block group 3 consisting of block 0.
2580     d. All of block group 4.
2581     10. That part of tract 67.22 consisting of:
2582     a. That part of block group 1 consisting of block 0.
2583     11. That part of tract 70.07 consisting of:
2584     a. All of block group 1.
2585     b. All of block group 3.
2586     12. That part of tract 77.08 consisting of:
2587     a. That part of block group 1 consisting of blocks 0, 1, 2,
2588 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, and 19.
2589     b. That part of block group 2 consisting of block 0.
2590     c. All of block group 3.
2591     13. That part of tract 77.09 consisting of:

SEN-0000356

 360368

2592       a. That part of block group 1 consisting of blocks 0, 1, 2,
2593  3, 4, and 9.
2594       b. All of block group 2.
2595       14. That part of tract 88.05 consisting of:
2596       a. All of block group 2.
2597       15. That part of tract 88.06 consisting of:
2598       a. All of block group 2.
2599       16. That part of tract 90.10 consisting of:
2600       a. That part of block group 3 consisting of block 80.
2601       17. That part of tract 90.28 consisting of:
2602       a. All of block group 1.
2603       b. All of block group 2.
2604       c. That part of block group 3 consisting of blocks 0, 2, 3,
2605  4, 5, 6, 7, 8, 9, 10, 11, 12, and 13.
2606       18. That part of tract 91.02 consisting of:
2607       a. That part of block group 2 consisting of blocks 31, 32,
2608  39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, and 51.
2609       19. That part of tract 9804.00 consisting of:
2610       a. That part of block group 1 consisting of blocks 0, 1, 2,
2611  3, 4, 7, 15, 16, 17, 18, 19, and 21.
2612       20. That part of tract 9805.00 consisting of:
2613       a. That part of block group 1 consisting of blocks 83, 84,
2614  85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 100, and 103.
2615       (38) District 38 is composed of:
2616       (a) That part of Broward County consisting of:
2617       1. All of tracts 101.02, 101.03, 102.01, 102.02, 108.00,
2618  109.01, 109.02, 110.00, 301.00, 302.01, 302.02, 302.03, 309.02,
2619  309.03, 309.04, 310.01, 310.02, 311.01, 311.02, 312.03, 312.04,
2620  312.05, 312.06, 312.07, 401.01, 401.02, 402.03, 402.04, 402.06,

SEN-0000357

Florida Senate - 2022                    COMMITTEE AMENDMENT
Bill No. SJR 100

 360368

2621  404.01, 404.02, 405.02, 405.03, 405.05, 405.06, 406.01, 406.02,
2622  407.01, 407.02, 418.01, 418.02, 419.00, 420.00, 421.00, 422.00,
2623  423.01, 424.00, 430.01, 431.00, 433.01, 433.02, 510.01, 510.02,
2624  801.02, 801.03, 801.04, 801.05, 802.00, 804.02, 804.03, 804.05,
2625  804.06, 805.00, 901.02, 901.03, 901.04, 902.00, 903.01, 903.03,
2626  903.04, 904.01, 904.03, 904.04, 905.02, 905.03, 905.04, 908.01,
2627  908.02, 909.00, 910.00, 911.00, 915.00, 916.01, 916.02, 917.01,
2628  917.02, 918.02, 918.03, 918.04, 919.01, 919.03, 919.04, 920.00,
2629  1001.03, 1001.04, 1001.05, 1001.06, 1001.07, 1001.08, 1002.01,
2630  1002.03, 1002.04, 1003.01, 1003.02, 1004.00, 1005.01, 1005.02,
2631  1006.00, 1007.00, 1008.01, 1008.03, 1008.04, 1105.01, 1105.02,
2632  1106.00, and 9900.00.
2633       2. That part of tract 101.04 consisting of:
2634       a. That part of block group 1 consisting of blocks 0, 1, 2,
2635  3, 4, 5, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, and
2636  20.
2637       b. All of block group 2.
2638       3. That part of tract 103.06 consisting of:
2639       a. All of block group 1.
2640       4. That part of tract 103.07 consisting of:
2641       a. That part of block group 2 consisting of blocks 26, 27,
2642  28, 29, 34, 35, and 36.
2643       5. That part of tract 107.02 consisting of:
2644       a. That part of block group 1 consisting of block 0.
2645       b. That part of block group 2 consisting of block 0.
2646       6. That part of tract 303.02 consisting of:
2647       a. That part of block group 3 consisting of block 0.
2648       b. That part of block group 4 consisting of blocks 0 and 2.
2649       7. That part of tract 304.01 consisting of:

1/11/2022 12:20:11 PM                              598-01926-22

SEN-0000358

 360368

| | |
|---|---|
| 2650 | a. That part of block group 1 consisting of blocks 0 and 1. |
| 2651 | 8. That part of tract 304.02 consisting of: |
| 2652 | a. That part of block group 1 consisting of blocks 0, 30, |
| 2653 | 31, 32, 33, 35, and 36. |
| 2654 | b. That part of block group 3 consisting of blocks 6, 7, |
| 2655 | and 13. |
| 2656 | 9. That part of tract 308.03 consisting of: |
| 2657 | a. All of block group 1. |
| 2658 | b. That part of block group 2 consisting of blocks 4, 5, 6, |
| 2659 | 7, 8, 17, 18, 19, and 20. |
| 2660 | c. All of block group 3. |
| 2661 | 10. That part of tract 308.04 consisting of: |
| 2662 | a. All of block group 1. |
| 2663 | b. That part of block group 2 consisting of blocks 0, 1, 2, |
| 2664 | 3, 4, 5, 6, 18, and 19. |
| 2665 | 11. That part of tract 402.05 consisting of: |
| 2666 | a. All of block group 1. |
| 2667 | b. All of block group 2. |
| 2668 | c. That part of block group 3 consisting of blocks 0, 1, 2, |
| 2669 | 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, |
| 2670 | and 21. |
| 2671 | 12. That part of tract 403.00 consisting of: |
| 2672 | a. That part of block group 1 consisting of blocks 0, 1, 2, |
| 2673 | 3, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, and 19. |
| 2674 | b. All of block group 2. |
| 2675 | c. All of block group 3. |
| 2676 | d. All of block group 4. |
| 2677 | 13. That part of tract 423.02 consisting of: |
| 2678 | a. All of block group 1. |

SEN-0000359

 360368

2679        b. That part of block group 2 consisting of blocks 0, 8, 9,
2680   10, 11, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27,
2681   28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, and 42.
2682        14. That part of tract 425.01 consisting of:
2683        a. That part of block group 1 consisting of blocks 0, 9,
2684   10, 13, 14, and 17.
2685        b. That part of block group 2 consisting of blocks 0, 1, 5,
2686   11, and 12.
2687        15. That part of tract 425.02 consisting of:
2688        a. That part of block group 1 consisting of blocks 0, 8, 9,
2689   10, 21, 22, and 31.
2690        b. That part of block group 2 consisting of blocks 0, 26,
2691   and 27.
2692        16. That part of tract 427.00 consisting of:
2693        a. All of block group 2.
2694        b. That part of block group 4 consisting of blocks 14, 15,
2695   16, 17, and 18.
2696        17. That part of tract 428.01 consisting of:
2697        a. That part of block group 1 consisting of blocks 27, 28,
2698   and 29.
2699        18. That part of tract 430.02 consisting of:
2700        a. That part of block group 1 consisting of blocks 12, 13,
2701   14, 15, 16, 17, 18, 19, and 20.
2702        b. All of block group 2.
2703        c. All of block group 3.
2704        d. All of block group 4.
2705        e. All of block group 5.
2706        f. That part of block group 6 consisting of blocks 3, 4, 5,
2707   7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, and

SEN-0000360

 360368

```
2708  23.
2709        19. That part of tract 506.01 consisting of:
2710        a. That part of block group 2 consisting of blocks 7 and 8.
2711        20. That part of tract 509.00 consisting of:
2712        a. All of block group 1.
2713        b. All of block group 2.
2714        c. All of block group 3.
2715        d. All of block group 4.
2716        e. That part of block group 5 consisting of blocks 0, 1, 2,
2717  3, 4, 5, 6, 7, 8, 9, 10, 12, 13, 14, 15, and 16.
2718        f. All of block group 6.
2719        21. That part of tract 610.01 consisting of:
2720        a. That part of block group 1 consisting of block 16.
2721        22. That part of tract 611.00 consisting of:
2722        a. All of block group 1.
2723        b. That part of block group 2 consisting of blocks 1, 2, 3,
2724  4, 5, 6, 7, 8, and 9.
2725        c. All of block group 3.
2726        d. That part of block group 4 consisting of blocks 0, 1, 2,
2727  3, 4, 5, 6, 7, 8, 9, 12, 13, 14, 15, 16, and 17.
2728        e. All of block group 5.
2729        23. That part of tract 701.02 consisting of:
2730        a. That part of block group 1 consisting of blocks 0, 1, 2,
2731  3, 4, 5, 22, 23, 24, 25, 26, 27, 28, and 29.
2732        24. That part of tract 701.03 consisting of:
2733        a. That part of block group 2 consisting of blocks 0, 16,
2734  and 17.
2735        25. That part of tract 701.04 consisting of:
2736        a. That part of block group 1 consisting of blocks 0, 1, 2,
```

SEN-0000361

 360368

2737 | 3, 4, 5, 6, 7, 8, 9, 10, 27, 28, 29, 30, 31, 32, 33, and 35.
2738 | 26. That part of tract 906.02 consisting of:
2739 | a. That part of block group 5 consisting of blocks 0, 12,
2740 | and 13.
2741 | 27. That part of tract 907.00 consisting of:
2742 | a. That part of block group 1 consisting of block 0.
2743 | 28. That part of tract 912.01 consisting of:
2744 | a. That part of block group 1 consisting of block 0.
2745 | 29. That part of tract 912.02 consisting of:
2746 | a. That part of block group 1 consisting of block 0.
2747 | 30. That part of tract 914.00 consisting of:
2748 | a. All of block group 1.
2749 | b. All of block group 2.
2750 | c. All of block group 3.
2751 | d. That part of block group 4 consisting of blocks 0, 1, 2,
2752 | 3, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, and
2753 | 20.
2754 | 31. That part of tract 1101.00 consisting of:
2755 | a. That part of block group 4 consisting of blocks 14, 15,
2756 | 23, 24, 25, and 26.
2757 | 32. That part of tract 1104.02 consisting of:
2758 | a. That part of block group 2 consisting of block 0.
2759 | 33. That part of tract 1104.04 consisting of:
2760 | a. That part of block group 1 consisting of block 0.
2761 | (b) That part of Miami-Dade County consisting of:
2762 | 1. All of tracts 1.07, 1.15, 1.18, 1.21, 1.22, 1.23, 1.25,
2763 | 1.26, 1.27, 1.29, 1.31, 1.34, 1.40, 1.41, 1.42, 1.43, 1.44,
2764 | 1.45, 1.46, 97.03, 97.05, and 97.06.
2765 | 2. That part of tract 1.28 consisting of:

SEN-0000362

 360368

```
2766        a. All of block group 1.
2767        b. All of block group 2.
2768        c. That part of block group 3 consisting of blocks 0, 1, 3,
2769   8, 9, 10, 11, 12, 13, and 14.
2770        3. That part of tract 1.30 consisting of:
2771        a. That part of block group 1 consisting of block 0.
2772        b. That part of block group 2 consisting of blocks 1 and 2.
2773        c. All of block group 3.
2774        d. All of block group 4.
2775        e. That part of block group 5 consisting of blocks 0 and 1.
2776        4. That part of tract 1.32 consisting of:
2777        a. That part of block group 1 consisting of blocks 0, 1,
2778   and 5.
2779        b. All of block group 2.
2780        c. All of block group 3.
2781        d. That part of block group 4 consisting of blocks 1, 3,
2782   and 4.
2783        e. All of block group 5.
2784        5. That part of tract 97.04 consisting of:
2785        a. All of block group 1.
2786        b. All of block group 2.
2787        c. That part of block group 3 consisting of blocks 0, 1, 2,
2788   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 14, 15, 16, and 17.
2789        d. All of block group 4.
2790        (39) District 39 is composed of:
2791        (a) All of Monroe County.
2792        (b) That part of Miami-Dade County consisting of:
2793        1. All of tracts 87.03, 88.09, 88.10, 89.04, 101.93,
2794   101.98, 103.02, 110.08, 110.09, 110.10, 110.14, 110.15, 111.03,
```

SEN-0000363

 360368

```
2795 │ 112.03, 112.05, 113.01, 113.02, 114.05, 114.06, 114.07, 114.08,
2796 │ 114.09, 114.10, 114.11, 114.12, 115.00, 146.01, 146.02, 147.01,
2797 │ 147.02, 148.00, 149.00, 150.01, 150.02, 151.01, 151.02, 151.03,
2798 │ 152.01, 152.02, 153.00, 154.00, 155.01, 155.02, 157.00, 158.00,
2799 │ 159.00, 160.00, 161.00, 162.00, 163.00, 164.01, 164.02, 165.01,
2800 │ 165.02, 166.00, 167.00, 168.00, 169.00, 170.00, 171.01, 171.02,
2801 │ 172.00, 173.00, 174.01, 174.02, 175.00, 176.00, 177.00, 178.00,
2802 │ 179.01, 179.02, 180.01, 180.02, 180.03, 181.00, 182.00, 183.00,
2803 │ 184.00, 185.00, 186.01, 186.02, 187.00, 188.01, 188.02, 188.03,
2804 │ 189.01, 189.02, 190.00, 191.00, 194.01, 195.01, 195.02, 196.00,
2805 │ 197.00, 198.01, 200.01, 200.02, 201.00, 9802.00, 9809.00,
2806 │ 9812.00, and 9813.00.
2807 │     2. That part of tract 87.04 consisting of:
2808 │     a. All of block group 2.
2809 │     3. That part of tract 88.08 consisting of:
2810 │     a. That part of block group 1 consisting of blocks 3, 4, 5,
2811 │ 6, 7, 8, 9, 10, 11, 12, 18, 19, 20, and 21.
2812 │     4. That part of tract 102.01 consisting of:
2813 │     a. That part of block group 1 consisting of blocks 6, 7, 8,
2814 │ 9, 10, 20, 21, 22, 23, 24, 25, 26, 41, 42, 43, 44, 51, 52, 54,
2815 │ 55, 56, 57, and 73.
2816 │     5. That part of tract 103.03 consisting of:
2817 │     a. All of block group 1.
2818 │     b. All of block group 3.
2819 │     6. That part of tract 107.06 consisting of:
2820 │     a. That part of block group 1 consisting of blocks 11, 12,
2821 │ 13, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51,
2822 │ 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, and 63.
2823 │     b. That part of block group 2 consisting of block 14.
```

SEN-0000364

 360368

2824        7. That part of tract 110.03 consisting of:
2825        a. That part of block group 3 consisting of blocks 9, 10,
2826    11, 14, and 15.
2827        8. That part of tract 110.11 consisting of:
2828        a. That part of block group 1 consisting of block 17.
2829        b. That part of block group 2 consisting of blocks 4, 5, 6,
2830    7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 18, 20, 21, 22, 23, 25, 26,
2831    27, 28, 29, 30, 31, 32, 33, 34, 35, and 36.
2832        9. That part of tract 110.12 consisting of:
2833        a. That part of block group 1 consisting of blocks 7 and 8.
2834        10. That part of tract 111.04 consisting of:
2835        a. That part of block group 1 consisting of blocks 0, 12,
2836    13, 14, 15, 16, and 17.
2837        b. All of block group 2.
2838        c. All of block group 3.
2839        d. That part of block group 4 consisting of blocks 2, 3, 4,
2840    5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, and 16.
2841        11. That part of tract 111.06 consisting of:
2842        a. That part of block group 2 consisting of blocks 22, 25,
2843    26, 27, 28, 29, 30, 31, 32, 42, 43, 44, 45, 46, 47, 48, and 51.
2844        12. That part of tract 112.04 consisting of:
2845        a. That part of block group 1 consisting of blocks 5, 6, 7,
2846    8, 16, 19, 22, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
2847    37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52,
2848    53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, and
2849    68.
2850        13. That part of tract 112.06 consisting of:
2851        a. All of block group 1.
2852        b. That part of block group 2 consisting of blocks 2, 3, 4,

SEN-0000365



360368

2853   5, 6, 7, 12, 13, 14, 15, 16, 17, 23, 24, 25, 26, 27, 28, 29, 30,
2854   31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46,
2855   47, 48, 49, 50, 51, 52, 53, 54, 55, 56, and 57.
2856       14. That part of tract 124.03 consisting of:
2857       a. That part of block group 1 consisting of blocks 10, 11,
2858   12, and 30.
2859       15. That part of tract 141.00 consisting of:
2860       a. That part of block group 1 consisting of blocks 40, 41,
2861   42, and 43.
2862       16. That part of tract 192.00 consisting of:
2863       a. All of block group 1.
2864       b. That part of block group 2 consisting of blocks 0, 1, 2,
2865   3, 4, 6, 7, 8, 9, 10, 11, and 12.
2866       c. All of block group 3.
2867       17. That part of tract 194.02 consisting of:
2868       a. All of block group 1.
2869       b. That part of block group 2 consisting of blocks 1, 2, 3,
2870   4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2871   21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
2872   37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52,
2873   53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 65, and 66.
2874       18. That part of tract 198.02 consisting of:
2875       a. That part of block group 1 consisting of blocks 0, 1, 2,
2876   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2877   22, 23, and 24.
2878       b. All of block group 2.
2879       19. That part of tract 202.00 consisting of:
2880       a. All of block group 1.
2881       20. That part of tract 9801.00 consisting of:

1/11/2022 12:20:11 PM                               598-01926-22

SEN-0000366

Florida Senate - 2022                     COMMITTEE AMENDMENT
Bill No. SJR 100

 360368

2882        a. That part of block group 1 consisting of blocks 3, 4, 5,
2883   6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, and 21.
2884        21. That part of tract 9811.00 consisting of:
2885        a. That part of block group 1 consisting of blocks 0, 1,
2886   77, and 78.
2887        22. That part of tract 9900.00 consisting of:
2888        a. That part of block group 0 consisting of blocks 26, 27,
2889   31, 34, 35, 36, 37, and 38.
2890        (40) District 40 is composed of:
2891        (a) That part of Miami-Dade County consisting of:
2892        1. All of tracts 46.02, 46.05, 46.07, 46.08, 67.05, 68.01,
2893   68.02, 71.01, 71.03, 71.04, 72.00, 73.00, 74.01, 74.03, 75.01,
2894   75.03, 76.01, 76.03, 76.05, 76.07, 76.08, 76.09, 76.10, 77.04,
2895   77.05, 77.06, 77.07, 78.01, 78.05, 78.06, 78.07, 78.08, 78.09,
2896   79.01, 79.02, 80.00, 81.01, 81.02, 82.02, 82.05, 82.06, 82.07,
2897   82.08, 82.09, 83.05, 83.08, 83.09, 83.10, 83.11, 83.12, 83.13,
2898   83.14, 83.15, 84.09, 84.15, 84.16, 84.18, 84.19, 84.20, 84.21,
2899   84.22, 84.23, 84.24, 84.25, 84.26, 84.27, 84.28, 84.29, 84.30,
2900   84.31, 85.02, 85.03, 85.04, 86.01, 86.03, 86.04, 87.02, 102.05,
2901   102.07, 102.08, 102.09, 102.11, 102.12, 102.13, 102.14, 103.01,
2902   104.00, 105.01, 105.02, 106.04, 106.08, 106.09, 106.10, 106.13,
2903   106.18, 106.19, 106.20, 106.21, 106.22, 106.23, 106.24, 106.25,
2904   106.26, 107.05, 107.07, 107.08, 107.09, 107.10, 108.03, 108.04,
2905   108.05, 108.06, 109.00, 110.13, 111.05, 156.00, 193.01, 193.02,
2906   199.01, 199.02, 203.00, 9803.00, 9806.00, and 9807.00.
2907        2. That part of tract 67.06 consisting of:
2908        a. That part of block group 1 consisting of blocks 0, 2, 3,
2909   4, 5, 6, 7, and 8.
2910        b. All of block group 2.

1/11/2022 12:20:11 PM                                   598-01926-22

SEN-0000367

Florida Senate - 2022                              COMMITTEE AMENDMENT
Bill No. SJR 100

 360368

2911          c. That part of block group 3 consisting of block 0.
2912          3. That part of tract 67.15 consisting of:
2913          a. That part of block group 3 consisting of blocks 1, 2, 3,
2914     4, 5, and 6.
2915          4. That part of tract 70.07 consisting of:
2916          a. All of block group 2.
2917          5. That part of tract 77.08 consisting of:
2918          a. That part of block group 1 consisting of blocks 20 and
2919     21.
2920          b. That part of block group 2 consisting of blocks 1, 2, 3,
2921     4, 5, 6, and 7.
2922          6. That part of tract 77.09 consisting of:
2923          a. That part of block group 1 consisting of blocks 5, 6, 7,
2924     8, 10, 11, 12, 13, 14, 15, 16, 17, and 18.
2925          b. All of block group 3.
2926          7. That part of tract 87.04 consisting of:
2927          a. All of block group 1.
2928          8. That part of tract 88.05 consisting of:
2929          a. All of block group 1.
2930          b. All of block group 3.
2931          9. That part of tract 88.06 consisting of:
2932          a. All of block group 1.
2933          10. That part of tract 88.08 consisting of:
2934          a. That part of block group 1 consisting of blocks 0, 1, 2,
2935     13, 14, 15, 16, 17, 22, 23, 24, 25, and 26.
2936          b. All of block group 2.
2937          11. That part of tract 102.01 consisting of:
2938          a. That part of block group 1 consisting of blocks 0, 1, 2,
2939     3, 4, 5, 11, 12, 13, 14, 15, 16, 17, 18, 19, 27, 28, 29, 30, 31,

1/11/2022 12:20:11 PM                              598-01926-22

SEN-0000368

 360368

```
2940   32, 33, 34, 35, 36, 37, 38, 39, 40, 45, 46, 47, 48, 49, 50, 53,
2941   58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, and 72.
2942         b. All of block group 2.
2943         c. All of block group 3.
2944         12. That part of tract 103.03 consisting of:
2945         a. All of block group 2.
2946         13. That part of tract 107.06 consisting of:
2947         a. That part of block group 1 consisting of blocks 0, 1, 2,
2948   3, 4, 5, 6, 7, 8, 9, 10, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23,
2949   24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, and 64.
2950         b. That part of block group 2 consisting of blocks 0, 1, 2,
2951   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 15, 16, 17, 18, 19, 20, 21,
2952   22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37,
2953   38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53,
2954   54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, and 65.
2955         14. That part of tract 110.03 consisting of:
2956         a. All of block group 1.
2957         b. All of block group 2.
2958         c. That part of block group 3 consisting of blocks 0, 1, 2,
2959   3, 4, 5, 6, 7, 8, 12, 13, 16, 17, 18, 19, and 20.
2960         15. That part of tract 110.11 consisting of:
2961         a. That part of block group 1 consisting of blocks 0, 1, 2,
2962   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, and 18.
2963         b. That part of block group 2 consisting of blocks 0, 1, 2,
2964   3, 17, 19, and 24.
2965         16. That part of tract 110.12 consisting of:
2966         a. That part of block group 1 consisting of blocks 0, 1, 2,
2967   3, 4, 5, 6, 9, 10, 11, 12, 13, 14, 15, and 16.
2968         b. All of block group 2.
```

SEN-0000369

Florida Senate - 2022                        COMMITTEE AMENDMENT
Bill No. SJR 100

 360368

2969     17. That part of tract 111.04 consisting of:
2970     a. That part of block group 1 consisting of blocks 1, 2, 3,
2971 4, 5, 6, 7, 8, 9, 10, and 11.
2972     b. That part of block group 4 consisting of blocks 0 and 1.
2973     18. That part of tract 111.06 consisting of:
2974     a. All of block group 1.
2975     b. That part of block group 2 consisting of blocks 0, 1, 2,
2976 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2977 21, 23, 24, 33, 34, 35, 36, 37, 38, 39, 40, 41, 49, 50, 52, 53,
2978 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, and 66.
2979     19. That part of tract 112.04 consisting of:
2980     a. That part of block group 1 consisting of blocks 0, 1, 2,
2981 3, 4, 9, 10, 11, 12, 13, 14, 15, 17, 18, 20, 21, 23, and 24.
2982     20. That part of tract 112.06 consisting of:
2983     a. That part of block group 2 consisting of blocks 0, 1, 8,
2984 9, 10, 11, 18, 19, 20, 21, and 22.
2985     21. That part of tract 192.00 consisting of:
2986     a. That part of block group 2 consisting of block 5.
2987     22. That part of tract 194.02 consisting of:
2988     a. That part of block group 2 consisting of blocks 0 and
2989 64.
2990     23. That part of tract 198.02 consisting of:
2991     a. That part of block group 1 consisting of block 21.
2992     24. That part of tract 202.00 consisting of:
2993     a. All of block group 2.
2994     b. All of block group 3.
2995     c. All of block group 4.
2996     25. That part of tract 9801.00 consisting of:
2997     a. That part of block group 1 consisting of blocks 0, 1,

1/11/2022 12:20:11 PM                               598-01926-22

SEN-0000370

 360368

2998 | and 2.
2999 |     26. That part of tract 9804.00 consisting of:
3000 |     a. That part of block group 1 consisting of blocks 5, 6, 8,
3001 | 9, 10, 11, 12, 13, 14, 20, 22, 23, 24, 25, 26, 27, 28, and 29.
3002 |     27. That part of tract 9900.00 consisting of:
3003 |     a. That part of block group 0 consisting of blocks 3, 4, 5,
3004 | 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22,
3005 | 23, 24, 25, 28, 29, 30, 32, and 33.
3006 |
3007 | ================= T I T L E  A M E N D M E N T =================
3008 | And the title is amended as follows:
3009 |     Delete line 4
3010 | and insert:
3011 |     Senate (plans _____ and S000S8046); adopting the
3012 |     United

1/11/2022 12:20:11 PM                                          598-01926-22

SEN-0000371

‖‖‖‖‖‖‖‖‖‖‖‖‖‖ 212004

LEGISLATIVE ACTION

| Senate | . | House |
|--------|---|-------|
| Comm: UNFAV | . | |
| 01/13/2022 | . | |
| | . | |
| | . | |
| | . | |

The Committee on Reapportionment (Gibson) recommended the
following:

1    **Senate Amendment to Amendment (360368) (with title**
2    **amendment)**
3
4        Delete lines 5 - 3005
5    and insert:
6        (1) District 1 is composed of:
7        (a) All of Escambia County.
8        (b) All of Santa Rosa County.
9        (c) That part of Okaloosa County consisting of:
10       1. All of tracts 201.0 and 201.02.

SEN-0000372

Florida Senate - 2022                           COMMITTEE AMENDMENT
Bill No. SJR 100

 212004

11      2. That part of tract 202.00 consisting of:

12      a. That part of block group 1 consisting of blocks 0, 1, 2,

13  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,

14  21, 22, 29, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45,

15  46, 47, 48, 49, 50, 51, 52, 53, 54, 56, 57, 58, 89, 94, 95, 96,

16  97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109,

17  110, 111, 112, 113, 114, 115, 116, 117, 144, 146, 147, 151, and

18  152.

19      3. That part of tract 203.03 consisting of:

20      a. All of block group 2.

21      4. That part of tract 203.04 consisting of:

22      a. That part of block group 1 consisting of blocks 0, 1, 2,

23  3, 5, 6, 7, 27, and 29.

24      b. All of block group 2.

25      5. That part of tract 203.05 consisting of:

26      a. That part of block group 1 consisting of blocks 11, 13,

27  16, 18, 35, and 36.

28      6. That part of tract 205.00 consisting of:

29      a. That part of block group 1 consisting of blocks 2, 5, 6,

30  7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 21, 22, 23, 24, 25, 26,

31  27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 39, 40, 41, 42, 43,

32  44, 49, 50, 51, and 52.

33      b. That part of block group 2 consisting of blocks 0, 1, 2,

34  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,

35  21, 22, 25, 26, 27, 28, 29, and 30.

36      c. That part of block group 3 consisting of blocks 0, 1, 2,

37  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,

38  21, 22, 23, 26, 27, 28, 29, 30, 31, and 32.

39      d. That part of block group 4 consisting of blocks 1, 2, 3,

1/12/2022 12:50:08 PM                              598-01970-22

SEN-0000373

Florida Senate - 2022                              COMMITTEE AMENDMENT
Bill No. SJR 100

 212004

```
40 │ 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 22, 23, 24, 25, 26, 27, 28,
41 │ 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 47, 48, 49,
42 │ 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 61, 62, 63, 64, 65, 66,
43 │ 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, and 78.
44 │      e. All of block group 5.
45 │      f. All of block group 6.
46 │      7. That part of tract 206.01 consisting of:
47 │      a. All of block group 1.
48 │      b. That part of block group 2 consisting of blocks 0, 1, 2,
49 │ 3, 4, 5, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, and
50 │ 31.
51 │      c. That part of block group 3 consisting of blocks 0, 1, 2,
52 │ 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
53 │ 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
54 │ 37, 38, 39, 40, 41, 42, 43, 44, 68, 69, 70, and 72.
55 │      (2) District 2 is composed of:
56 │      (a) All of Bay County.
57 │      (b) All of Calhoun County.
58 │      (c) All of Holmes County.
59 │      (d) All of Jackson County.
60 │      (e) All of Walton County.
61 │      (f) All of Washington County.
62 │      (g) That part of Okaloosa County consisting of:
63 │      1. All of tracts 203.06, 204.00, 206.02, 207.01, 207.02,
64 │ 208.00, 209.00, 210.01, 210.02, 211.01, 211.02, 212.00, 214.00,
65 │ 215.01, 215.02, 216.00, 217.00, 218.01, 218.02, 219.01, 219.02,
66 │ 220.01, 220.02, 221.00, 223.00, 224.00, 225.00, 226.00, 227.00,
67 │ 228.00, 229.00, 231.00, 232.00, 233.03, 233.04, 233.05, 233.06,
68 │ 233.07, 233.08, 9901.00, and 9902.00.
```

1/12/2022 12:50:08 PM                              598-01970-22

SEN-0000374

Florida Senate - 2022                                    COMMITTEE AMENDMENT
Bill No. SJR 100

 212004

69        2. That part of tract 202.00 consisting of:

70        a. That part of block group 1 consisting of blocks 23, 24,

71   25, 26, 27, 28, 30, 31, 32, 55, 59, 60, 61, 62, 63, 64, 65, 66,

72   67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82,

73   83, 84, 85, 86, 87, 88, 90, 91, 92, 93, 118, 119, 120, 121, 122,

74   123, 124, 125, 126, 127, 128, 129, 130, 131, 132, 133, 134, 135,

75   136, 137, 138, 139, 140, 141, 142, 143, 145, 148, 149, 150, and

76   153.

77        3. That part of tract 203.03 consisting of:

78        a. All of block group 1.

79        4. That part of tract 203.04 consisting of:

80        a. That part of block group 1 consisting of blocks 4, 8, 9,

81   10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25,

82   26, and 28.

83        5. That part of tract 203.05 consisting of:

84        a. That part of block group 1 consisting of blocks 0, 1, 2,

85   3, 4, 5, 6, 7, 8, 9, 10, 12, 14, 15, 17, 19, 20, 21, 22, 23, 24,

86   25, 26, 27, 28, 29, 30, 31, 32, 33, and 34.

87        b. All of block group 2.

88        6. That part of tract 205.00 consisting of:

89        a. That part of block group 1 consisting of blocks 0, 1, 3,

90   4, 18, 19, 20, 38, 45, 46, 47, and 48.

91        b. That part of block group 2 consisting of blocks 23 and

92   24.

93        c. That part of block group 3 consisting of blocks 24 and

94   25.

95        d. That part of block group 4 consisting of blocks 0, 14,

96   15, 16, 17, 18, 19, 20, 21, 42, 43, 44, 45, 46, and 60.

97        7. That part of tract 206.01 consisting of:

SEN-0000375

Florida Senate - 2022                                    COMMITTEE AMENDMENT
Bill No. SJR 100

 212004

```
98    a. That part of block group 2 consisting of blocks 6, 7, 8,
99  9, 10, 11, 12, 13, 14, 15, 16, 17, 32, 33, 34, 35, 36, 37, 38,
100 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54,
101 and 55.
102   b. That part of block group 3 consisting of blocks 45, 46,
103 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62,
104 63, 64, 65, 66, 67, and 71.
105   (3) District 3 is composed of:
106   (a) All of Dixie County.
107   (b) All of Franklin County.
108   (c) All of Gadsden County.
109   (d) All of Gulf County.
110   (e) All of Hamilton County.
111   (f) All of Jefferson County.
112   (g) All of Lafayette County.
113   (h) All of Leon County.
114   (i) All of Liberty County.
115   (j) All of Madison County.
116   (k) All of Suwannee County.
117   (l) All of Taylor County.
118   (m) All of Wakulla County.
119   (4) District 4 is composed of:
120   (a) All of Nassau County.
121   (b) That part of Duval County consisting of:
122   1. All of tracts 101.01, 101.05, 101.06, 101.07, 102.04,
123 103.01, 138.00, 139.01, 139.02, 139.04, 139.05, 139.06, 140.01,
124 140.02, 141.01, 141.03, 141.04, 142.03, 142.04, 142.05, 142.06,
125 143.28, 143.29, 143.30, 143.31, 143.33, 143.34, 143.35, 143.36,
126 143.39, 143.40, 143.41, 143.42, 143.43, 143.44, 144.08, 144.13,
```

1/12/2022 12:50:08 PM                                    598-01970-22

SEN-0000376

 212004

127    144.14, 144.15, 144.16, 144.17, 144.18, 144.19, 144.20, 144.21,
128    144.22, 144.23, 144.24, 144.25, 144.26, 144.27, 144.28, 159.22,
129    159.25, 159.26, 159.27, 159.28, 159.29, 165.00, 166.03, 166.04,
130    166.05, 166.06, 167.11, 167.24, 167.25, 167.26, 167.27, 167.28,
131    167.29, 167.30, 167.31, 168.01, 168.03, 168.04, 168.07, 168.08,
132    168.09, 168.10, 168.11, 168.12, 168.13, and 9900.00.
133        2. That part of tract 101.04 consisting of:
134        a. All of block group 1.
135        b. That part of block group 2 consisting of blocks 0, 1, 2,
136    3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
137    21, 23, and 24.
138        c. That part of block group 3 consisting of blocks 0, 1, 2,
139    3, 4, 12, 13, 14, 15, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29,
140    30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45,
141    46, 47, 48, 49, 50, 51, 53, 54, 55, 56, 63, 67, 68, 69, 70, 71,
142    72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, and 86.
143        3. That part of tract 102.03 consisting of:
144        a. That part of block group 1 consisting of blocks 0, 1, 2,
145    3, 4, 5, 6, 7, and 16.
146        b. All of block group 2.
147        c. That part of block group 3 consisting of blocks 0, 1, 2,
148    3, 4, 5, and 6.
149        d. That part of block group 4 consisting of blocks 0, 1, 2,
150    3, 4, 5, 6, 7, and 8.
151        4. That part of tract 143.11 consisting of:
152        a. That part of block group 1 consisting of blocks 0 and
153    11.
154        5. That part of tract 143.12 consisting of:
155        a. That part of block group 1 consisting of blocks 0, 1, 2,

SEN-0000377

Florida Senate - 2022                           COMMITTEE AMENDMENT
Bill No. SJR 100

 212004

```
156 | 3, and 5.
157 |      b. That part of block group 2 consisting of blocks 0, 1, 2,
158 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 19, and 20.
159 |      c. All of block group 3.
160 |      d. All of block group 4.
161 |      6. That part of tract 143.38 consisting of:
162 |      a. That part of block group 1 consisting of blocks 0, 1, 2,
163 | 3, 4, 5, 6, 7, 8, 9, 10, 11, and 12.
164 |      b. That part of block group 2 consisting of blocks 0, 1, 2,
165 | 3, 4, 5, 10, 11, 12, 13, 14, 15, 16, 17, and 18.
166 |      c. That part of block group 3 consisting of blocks 0, 1, 2,
167 | 3, 4, 5, 6, 7, 8, 9, 12, 13, 14, 15, 16, and 17.
168 |      7. That part of tract 146.01 consisting of:
169 |      a. All of block group 1.
170 |      b. That part of block group 2 consisting of blocks 6, 7, 8,
171 | and 9.
172 |      c. That part of block group 3 consisting of blocks 0, 1, 2,
173 | 3, 5, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25,
174 | and 26.
175 |      d. All of block group 4.
176 |      8. That part of tract 146.03 consisting of:
177 |      a. All of block group 1.
178 |      b. That part of block group 2 consisting of blocks 0, 1, 2,
179 | 3, 6, 7, 8, 9, 10, 11, and 14.
180 |      c. All of block group 3.
181 |      d. All of block group 4.
182 |      9. That part of tract 149.02 consisting of:
183 |      a. That part of block group 4 consisting of block 9.
184 |      10. That part of tract 150.01 consisting of:
```

1/12/2022 12:50:08 PM                           598-01970-22

SEN-0000378

Florida Senate - 2022                              COMMITTEE AMENDMENT
Bill No. SJR 100



212004

185        a. That part of block group 1 consisting of block 0.
186        11. That part of tract 159.24 consisting of:
187        a. That part of block group 2 consisting of blocks 19, 20,
188   21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, and 32.
189        12. That part of tract 160.02 consisting of:
190        a. That part of block group 1 consisting of blocks 19, 20,
191   21, 22, 23, 24, 25, 26, and 27.
192        (5) District 5 is composed of:
193        (a) All of Baker County.
194        (b) All of Bradford County.
195        (c) All of Clay County.
196        (d) All of Columbia County.
197        (e) All of Gilchrist County.
198        (f) All of Union County.
199        (g) That part of Alachua County consisting of:
200        1. All of tracts 3.01, 3.02, 4.00, 9.01, 9.02, 10.00,
201   11.00, 12.01, 12.02, 12.03, 15.22, 16.05, 17.01, 17.02, 18.02,
202   18.03, 18.11, 18.13, 18.15, 18.16, 18.17, 18.18, 18.19, 19.07,
203   19.08, 22.01, and 22.04.
204        2. That part of tract 2.01 consisting of:
205        a. All of block group 1.
206        b. All of block group 2.
207        c. That part of block group 3 consisting of blocks 0, 1, 2,
208   3, 4, 5, 6, 7, 8, 9, 10, 11, 14, and 16.
209        d. That part of block group 4 consisting of blocks 1, 2, 7,
210   and 8.
211        3. That part of tract 2.02 consisting of:
212        a. That part of block group 2 consisting of blocks 5 and
213   18.

1/12/2022 12:50:08 PM                              598-01970-22

SEN-0000379

Florida Senate - 2022                         COMMITTEE AMENDMENT
Bill No. SJR 100

 212004

214        b. That part of block group 3 consisting of blocks 4 and 8.
215        4. That part of tract 5.00 consisting of:
216        a. That part of block group 1 consisting of blocks 0, 1, 2,
217    3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
218    21, 22, 23, 24, 25, 26, 27, 28, 29, 36, 48, 49, 50, 51, 52, 53,
219    54, and 55.
220        b. All of block group 2.
221        c. All of block group 3.
222        d. All of block group 4.
223        e. All of block group 5.
224        5. That part of tract 8.09 consisting of:
225        a. That part of block group 1 consisting of blocks 0, 1,
226    16, 17, 18, 20, and 21.
227        6. That part of tract 15.14 consisting of:
228        a. All of block group 1.
229        b. That part of block group 2 consisting of blocks 0 and 5.
230        7. That part of tract 15.15 consisting of:
231        a. That part of block group 3 consisting of blocks 0 and 5.
232        b. That part of block group 4 consisting of block 0.
233        8. That part of tract 15.19 consisting of:
234        a. That part of block group 1 consisting of blocks 0, 10,
235    and 11.
236        9. That part of tract 19.02 consisting of:
237        a. All of block group 1.
238        b. That part of block group 2 consisting of blocks 0, 1, 2,
239    3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 19, 20, 21,
240    22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, and 59.
241        10. That part of tract 20.02 consisting of:
242        a. That part of block group 1 consisting of block 15.

1/12/2022 12:50:08 PM                          598-01970-22

SEN-0000380

 212004

243      b. That part of block group 2 consisting of blocks 0, 1,
244 and 2.
245      11. That part of tract 22.02 consisting of:
246      a. That part of block group 1 consisting of blocks 0, 1,
247 15, 16, 21, 22, and 33.
248      b. That part of block group 3 consisting of blocks 0, 1, 2,
249 3, 4, 5, 6, 7, 8, 9, 10, and 11.
250      12. That part of tract 22.07 consisting of:
251      a. That part of block group 1 consisting of blocks 0, 1, 2,
252 and 3.
253      13. That part of tract 22.08 consisting of:
254      a. That part of block group 1 consisting of blocks 0, 1, 2,
255 3, 4, and 5.
256      14. That part of tract 22.10 consisting of:
257      a. All of block group 3.
258      15. That part of tract 22.17 consisting of:
259      a. That part of block group 3 consisting of blocks 0, 3, 4,
260 and 6.
261      16. That part of tract 22.19 consisting of:
262      a. That part of block group 1 consisting of block 0.
263      b. That part of block group 2 consisting of block 0.
264      (6) District 6 is composed of:
265      (a) That part of Duval County consisting of:
266      1. All of tracts 1.01, 1.02, 2.00, 3.00, 6.00, 7.00, 8.00,
267 10.00, 11.00, 12.00, 13.00, 14.01, 14.02, 15.00, 16.00, 21.01,
268 21.02, 22.00, 23.00, 24.00, 25.01, 25.02, 26.00, 27.01, 27.02,
269 28.01, 28.02, 29.01, 29.02, 102.02, 103.05, 103.06, 103.07,
270 103.08, 104.01, 104.02, 105.01, 105.02, 105.03, 106.01, 106.02,
271 107.00, 108.00, 109.00, 110.00, 111.00, 112.00, 113.00, 114.00,

SEN-0000381

 212004

272 | 115.00, 116.00, 117.00, 118.00, 119.01, 119.03, 119.04, 119.05,
273 | 120.00, 121.00, 122.01, 122.02, 123.00, 124.00, 125.00, 126.01,
274 | 126.02, 127.02, 127.03, 127.04, 128.00, 129.00, 130.00, 131.00,
275 | 132.00, 133.01, 133.02, 134.02, 134.03, 134.04, 135.02, 135.04,
276 | 135.22, 135.23, 135.24, 135.25, 135.26, 137.23, 137.28, 137.29,
277 | 137.30, 137.31, 137.32, 137.33, 145.00, 146.04, 147.02, 147.03,
278 | 147.04, 148.00, 149.01, 150.02, 151.00, 152.00, 153.00, 154.00,
279 | 155.01, 155.02, 156.00, 157.01, 157.02, 158.03, 158.04, 158.05,
280 | 158.06, 160.01, 161.01, 161.02, 162.00, 163.00, 164.00, 171.01,
281 | 171.02, 172.00, 173.00, and 174.00.
282 | 2. That part of tract 101.04 consisting of:
283 | a. That part of block group 2 consisting of block 22.
284 | b. That part of block group 3 consisting of blocks 5, 6, 7,
285 | 8, 9, 10, 11, 16, 17, 18, 19, 52, 57, 58, 59, 60, 61, 62, 64,
286 | 65, 66, and 85.
287 | 3. That part of tract 102.03 consisting of:
288 | a. That part of block group 1 consisting of blocks 8, 9,
289 | 10, 11, 12, 13, 14, 15, and 17.
290 | b. That part of block group 3 consisting of blocks 7, 8, 9,
291 | 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, and
292 | 25.
293 | c. That part of block group 4 consisting of blocks 9, 10,
294 | and 11.
295 | 4. That part of tract 143.11 consisting of:
296 | a. That part of block group 1 consisting of blocks 1, 2, 3,
297 | 4, 5, 6, 7, 8, 9, 10, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
298 | 22, and 23.
299 | b. All of block group 2.
300 | c. All of block group 3.

1/12/2022 12:50:08 PM                                   598-01970-22

SEN-0000382

Florida Senate - 2022                                    COMMITTEE AMENDMENT
Bill No. SJR 100

 212004

301      5. That part of tract 143.12 consisting of:
302      a. That part of block group 1 consisting of blocks 4, 6, 7,
303  8, and 9.
304      b. That part of block group 2 consisting of blocks 14, 15,
305  16, 17, and 18.
306      6. That part of tract 143.38 consisting of:
307      a. That part of block group 1 consisting of blocks 13 and
308  14.
309      b. That part of block group 2 consisting of blocks 6, 7, 8,
310  and 9.
311      c. That part of block group 3 consisting of blocks 10 and
312  11.
313      7. That part of tract 146.01 consisting of:
314      a. That part of block group 2 consisting of blocks 0, 1, 2,
315  3, 4, 5, 10, 11, 12, 13, 14, 15, 16, 17, and 18.
316      b. That part of block group 3 consisting of blocks 4, 6, 7,
317  8, 9, 10, and 11.
318      8. That part of tract 146.03 consisting of:
319      a. That part of block group 2 consisting of blocks 4, 5,
320  12, and 13.
321      9. That part of tract 149.02 consisting of:
322      a. All of block group 1.
323      b. All of block group 2.
324      c. All of block group 3.
325      d. That part of block group 4 consisting of blocks 0, 1, 2,
326  3, 4, 5, 6, 7, and 8.
327      10. That part of tract 150.01 consisting of:
328      a. That part of block group 1 consisting of blocks 1, 2, 3,
329  4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, and 19.

1/12/2022 12:50:08 PM                                    598-01970-22

SEN-0000383

Florida Senate - 2022                              COMMITTEE AMENDMENT
Bill No. SJR 100

 212004

330     b. All of block group 2.
331     c. All of block group 3.
332     d. All of block group 4.
333     11. That part of tract 159.24 consisting of:
334     a. All of block group 1.
335     b. That part of block group 2 consisting of blocks 0, 1, 2,
336 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, and 18.
337     12. That part of tract 160.02 consisting of:
338     a. That part of block group 1 consisting of blocks 0, 1, 2,
339 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 28, 29,
340 30, 31, and 32.
341     (7) District 7 is composed of:
342     (a) All of Flagler County.
343     (b) All of Putnam County.
344     (c) All of St Johns County.
345     (d) That part of Volusia County consisting of:
346     1. All of tracts 801.01, 801.02, 802.01, 802.02, 803.00,
347 804.00, 805.00, 806.00, 807.00, 808.03, 808.06, 808.07, 809.01,
348 810.01, 810.02, 811.01, 811.02, and 832.03.
349     2. That part of tract 809.02 consisting of:
350     a. All of block group 1.
351     b. That part of block group 2 consisting of blocks 0, 1, 2,
352 3, 4, 6, 7, 8, 9, 10, 11, 12, 15, and 16.
353     c. That part of block group 3 consisting of blocks 0, 1, 2,
354 3, 4, 5, 6, 7, and 8.
355     d. All of block group 4.
356     3. That part of tract 812.01 consisting of:
357     a. All of block group 1.
358     b. All of block group 3.

1/12/2022 12:50:08 PM                              598-01970-22

SEN-0000384

 212004

| | |
|---|---|
| 359 | 4. That part of tract 815.00 consisting of: |
| 360 | a. That part of block group 2 consisting of blocks 0, 1, 2, |
| 361 | 3, 7, and 8. |
| 362 | 5. That part of tract 816.00 consisting of: |
| 363 | a. That part of block group 1 consisting of blocks 0, 1, 2, |
| 364 | 3, 4, 7, 8, 14, 15, 16, and 17. |
| 365 | b. That part of block group 2 consisting of blocks 0, 1, 2, |
| 366 | 3, 4, 5, 6, 7, 8, 9, 10, and 11. |
| 367 | 6. That part of tract 817.02 consisting of: |
| 368 | a. That part of block group 2 consisting of blocks 0 and 1. |
| 369 | 7. That part of tract 901.01 consisting of: |
| 370 | a. All of block group 2. |
| 371 | b. All of block group 3. |
| 372 | 8. That part of tract 901.02 consisting of: |
| 373 | a. All of block group 1. |
| 374 | b. That part of block group 2 consisting of blocks 0, 1, 2, |
| 375 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, |
| 376 | 21, 22, 23, 24, 25, 26, 27, and 28. |
| 377 | c. All of block group 3. |
| 378 | 9. That part of tract 9900.00 consisting of: |
| 379 | a. That part of block group 0 consisting of blocks 1, 2, 3, |
| 380 | 4, 5, 6, 7, 8, 9, and 11. |
| 381 | (8) District 8 is composed of: |
| 382 | (a) All of Levy County. |
| 383 | (b) All of Marion County. |
| 384 | (c) That part of Alachua County consisting of: |
| 385 | 1. All of tracts 6.00, 7.00, 8.06, 8.08, 14.00, 15.16, |
| 386 | 15.17, 20.01, 21.01, 21.02, 22.09, 22.18, 22.20, 22.21, 22.22, |
| 387 | and 1108.00. |

SEN-0000385

Florida Senate - 2022                                    COMMITTEE AMENDMENT
Bill No. SJR 100

 212004

388    2. That part of tract 2.01 consisting of:
389    a. That part of block group 3 consisting of blocks 12, 13,
390  15, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, and 28.
391    b. That part of block group 4 consisting of blocks 0, 3, 4,
392  5, 6, 9, and 10.
393    3. That part of tract 2.02 consisting of:
394    a. All of block group 1.
395    b. That part of block group 2 consisting of blocks 0, 1, 2,
396  3, 4, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, and 17.
397    c. That part of block group 3 consisting of blocks 0, 1, 2,
398  3, 5, 6, 7, 9, 10, 11, 12, 13, and 14.
399    4. That part of tract 5.00 consisting of:
400    a. That part of block group 1 consisting of blocks 30, 31,
401  32, 33, 34, 35, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 56,
402  57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72,
403  73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88,
404  89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103,
405  104, 105, 106, 107, 108, 109, 110, and 111.
406    5. That part of tract 8.09 consisting of:
407    a. That part of block group 1 consisting of blocks 2, 3, 4,
408  5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 19, 22, 23, 24, 25, 26,
409  27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, and 38.
410    6. That part of tract 15.14 consisting of:
411    a. That part of block group 2 consisting of blocks 1, 2, 3,
412  and 4.
413    7. That part of tract 15.15 consisting of:
414    a. All of block group 1.
415    b. All of block group 2.
416    c. That part of block group 3 consisting of blocks 1, 2, 3,

Page 15 of 103

SEN-0000386

 212004

417 | 4, 6, and 7.
418 |     d. That part of block group 4 consisting of blocks 1, 2, 3,
419 | 4, 5, 6, and 7.
420 |     8. That part of tract 15.19 consisting of:
421 |     a. That part of block group 1 consisting of blocks 1, 2, 3,
422 | 4, 5, 6, 7, 8, 9, and 12.
423 |     9. That part of tract 19.02 consisting of:
424 |     a. That part of block group 2 consisting of blocks 18, 34,
425 | 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50,
426 | 51, 52, 53, 54, 55, 56, 57, 58, and 60.
427 |     10. That part of tract 20.02 consisting of:
428 |     a. That part of block group 1 consisting of blocks 0, 1, 2,
429 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 16, 17, 18, 19, 20, 21,
430 | 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37,
431 | 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, and
432 | 53.
433 |     b. That part of block group 2 consisting of blocks 3, 4, 5,
434 | 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22,
435 | 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38,
436 | 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54,
437 | 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70,
438 | 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86,
439 | 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101,
440 | 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114,
441 | 115, 116, 117, 118, 119, 120, 121, 122, 123, 124, 125, 126, 127,
442 | 128, 129, 130, 131, 132, 133, 134, 135, 136, 137, 138, 139, 140,
443 | 141, 142, 143, 144, 145, 146, 147, 148, 149, 150, 151, 152, 153,
444 | 154, 155, 156, 157, 158, 159, 160, 161, 162, 163, 164, 165, 166,
445 | 167, 168, 169, 170, 171, 172, 173, 174, 175, 176, 177, 178, 179,

SEN-0000387

 212004

```
446  180, 181, 182, 183, 184, 185, and 186.
447       c. All of block group 3.
448       11. That part of tract 22.02 consisting of:
449       a. That part of block group 1 consisting of blocks 2, 3, 4,
450  5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 17, 18, 19, 20, 23, 24, 25,
451  26, 27, 28, 29, 30, 31, 32, 34, 35, 36, 37, 38, 39, 40, 41, 42,
452  43, 44, 45, 46, 47, 48, and 49.
453       b. All of block group 2.
454       c. That part of block group 3 consisting of blocks 12, 13,
455  14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29,
456  30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45,
457  46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61,
458  62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, and 76.
459       12. That part of tract 22.07 consisting of:
460       a. That part of block group 1 consisting of blocks 4, 5, 6,
461  7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, and
462  23.
463       b. All of block group 2.
464       13. That part of tract 22.08 consisting of:
465       a. That part of block group 1 consisting of blocks 6, 7, 8,
466  9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, and 21.
467       b. All of block group 2.
468       14. That part of tract 22.10 consisting of:
469       a. All of block group 1.
470       b. All of block group 2.
471       15. That part of tract 22.17 consisting of:
472       a. All of block group 1.
473       b. All of block group 2.
474       c. That part of block group 3 consisting of blocks 1, 2, 5,
```

1/12/2022 12:50:08 PM                                        598-01970-22

SEN-0000388

 212004

```
475 | 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, and 21.
476 |      16. That part of tract 22.19 consisting of:
477 |      a. That part of block group 1 consisting of blocks 1, 2, 3,
478 | 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
479 | 21, 22, 23, 24, 25, and 26.
480 |      b. That part of block group 2 consisting of blocks 1, 2, 3,
481 | 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
482 | 21, 22, 23, and 24.
483 |      c. All of block group 3.
484 |      (9) District 9 is composed of:
485 |      (a) All of Seminole County.
486 |      (b) That part of Orange County consisting of:
487 |      1. All of tracts 155.01, 156.01, 156.02, 157.01, 157.02,
488 | 158.01, 158.02, 159.01, 160.01, 160.02, 161.00, and 190.00.
489 |      2. That part of tract 108.02 consisting of:
490 |      a. That part of block group 1 consisting of block 7.
491 |      b. That part of block group 2 consisting of blocks 0, 1, 2,
492 | and 3.
493 |      c. That part of block group 3 consisting of blocks 0, 1, 2,
494 | and 3.
495 |      3. That part of tract 127.01 consisting of:
496 |      a. That part of block group 1 consisting of block 0.
497 |      b. That part of block group 3 consisting of blocks 0 and 1.
498 |      4. That part of tract 128.00 consisting of:
499 |      a. That part of block group 1 consisting of blocks 1, 2, 3,
500 | 4, 5, 6, 7, 8, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23,
501 | 24, and 25.
502 |      b. All of block group 2.
503 |      c. All of block group 3.
```

SEN-0000389

 212004

504       5. That part of tract 152.03 consisting of:
505       a. That part of block group 1 consisting of blocks 0, 1, 2,
506  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
507  21, 22, 23, 24, 25, 26, 27, 30, 31, 32, 33, 34, and 39.
508       6. That part of tract 152.04 consisting of:
509       a. That part of block group 1 consisting of blocks 0, 1, 2,
510  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
511  21, 22, 23, 24, 25, 26, and 27.
512       b. All of block group 2.
513       c. All of block group 3.
514       7. That part of tract 162.00 consisting of:
515       a. That part of block group 1 consisting of blocks 0, 1, 2,
516  3, 4, 5, 6, 7, 8, 9, 10, 12, and 13.
517       b. All of block group 2.
518       c. All of block group 3.
519       d. All of block group 4.
520       8. That part of tract 163.01 consisting of:
521       a. That part of block group 1 consisting of blocks 1, 2, 3,
522  4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
523  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
524  37, 38, 39, and 40.
525       b. All of block group 2.
526       c. That part of block group 3 consisting of blocks 1, 2, 3,
527  4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, and 17.
528       9. That part of tract 180.00 consisting of:
529       a. That part of block group 1 consisting of block 1.
530       b. That part of block group 2 consisting of blocks 0, 1, 2,
531  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
532  21, 22, 23, 24, 26, 27, 28, 35, 36, 37, 38, 41, 42, 45, 46, 47,

1/12/2022 12:50:08 PM                                    598-01970-22

SEN-0000390

Florida Senate - 2022                                    COMMITTEE AMENDMENT
Bill No. SJR 100

 212004

533 | 48, 49, 50, 51, 52, 53, 54, 55, and 56.
534 |       10. That part of tract 182.03 consisting of:
535 |       a. That part of block group 1 consisting of blocks 1 and 2.
536 |       11. That part of tract 188.00 consisting of:
537 |       a. That part of block group 1 consisting of blocks 0, 1, 2,
538 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
539 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
540 | 37, 38, and 42.
541 |       b. All of block group 2.
542 |       (10) District 10 is composed of:
543 |       (a) All of Citrus County.
544 |       (b) All of Hernando County.
545 |       (c) All of Sumter County.
546 |       (d) That part of Pasco County consisting of:
547 |       1. All of tracts 301.01, 301.02, 302.02, 311.01, 311.03,
548 | 311.04, 312.03, 312.04, 312.05, 312.06, 312.07, 312.08, 318.04,
549 | 318.05, and 318.07.
550 |       2. That part of tract 317.01 consisting of:
551 |       a. That part of block group 1 consisting of blocks 3, 4, 5,
552 | and 13.
553 |       3. That part of tract 317.03 consisting of:
554 |       a. That part of block group 1 consisting of blocks 0, 1, 7,
555 | and 8.
556 |       4. That part of tract 318.06 consisting of:
557 |       a. All of block group 1.
558 |       b. That part of block group 2 consisting of blocks 0, 1, 2,
559 | 3, 4, 5, 6, 7, 8, 9, 10, 11, and 12.
560 |       5. That part of tract 318.08 consisting of:
561 |       a. All of block group 1.

1/12/2022 12:50:08 PM                                   598-01970-22

SEN-0000391

 212004

562      b. That part of block group 2 consisting of blocks 0, 1, 2,
563 5, 6, 7, 8, 9, 10, 11, and 13.
564      6. That part of tract 318.09 consisting of:
565      a. That part of block group 1 consisting of blocks 5, 6,
566 17, 20, 22, and 28.
567      7. That part of tract 9900.00 consisting of:
568      a. That part of block group 0 consisting of blocks 1, 2, 3,
569 and 4.
570      (11) District 11 is composed of:
571      (a) That part of Orange County consisting of:
572      1. All of tracts 104.00, 105.00, 116.00, 117.01, 117.02,
573 120.00, 121.00, 122.01, 122.02, 123.03, 123.04, 123.05, 123.06,
574 123.07, 124.02, 124.03, 124.04, 124.05, 125.00, 126.00, 142.01,
575 143.01, 143.02, 144.00, 145.02, 145.03, 145.04, 146.01, 146.05,
576 146.06, 146.07, 146.08, 146.09, 147.01, 147.02, 147.03, 147.05,
577 147.06, 148.04, 148.05, 148.06, 148.07, 148.11, 148.12, 149.04,
578 149.06, 149.08, 149.09, 150.01, 150.02, 150.03, 150.05, 150.06,
579 151.03, 151.04, 151.05, 151.06, 152.02, 153.00, 169.04, 169.06,
580 169.07, 169.08, 169.09, 169.10, 169.11, 172.00, 173.01, 173.02,
581 174.01, 174.02, 175.03, 175.04, 175.05, 175.06, 176.00, 177.01,
582 177.02, 177.03, 178.05, 178.06, 178.07, 178.08, 178.09, 178.10,
583 178.11, 178.12, 178.13, 178.14, 179.01, 179.02, 181.00, 183.00,
584 187.00, 189.01, and 9900.00.
585      2. That part of tract 103.00 consisting of:
586      a. That part of block group 3 consisting of blocks 7, 8,
587 21, and 22.
588      3. That part of tract 127.01 consisting of:
589      a. That part of block group 1 consisting of blocks 1, 2, 3,
590 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,

SEN-0000392

 212004

591  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, and 34.
592       b. All of block group 2.
593       c. That part of block group 3 consisting of blocks 2, 3, 4,
594  5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
595  22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 38, 39,
596  40, 41, and 42.
597       4. That part of tract 142.02 consisting of:
598       a. All of block group 1.
599       b. All of block group 2.
600       c. That part of block group 3 consisting of blocks 0, 1, 2,
601  and 8.
602       5. That part of tract 148.13 consisting of:
603       a. All of block group 2.
604       6. That part of tract 152.03 consisting of:
605       a. That part of block group 1 consisting of blocks 28, 29,
606  35, 36, 37, and 38.
607       7. That part of tract 152.04 consisting of:
608       a. That part of block group 1 consisting of blocks 28 and
609  29.
610       8. That part of tract 169.02 consisting of:
611       a. That part of block group 1 consisting of blocks 0, 1, 2,
612  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
613  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
614  37, 40, 41, 52, and 53.
615       b. All of block group 2.
616       c. All of block group 3.
617       9. That part of tract 170.01 consisting of:
618       a. All of block group 1.
619       b. All of block group 2.

SEN-0000393

 212004

620      c. That part of block group 3 consisting of blocks 19, 30,
621 31, 32, 33, 34, 49, and 50.
622      10. That part of tract 171.16 consisting of:
623      a. That part of block group 2 consisting of blocks 1, 2, 3,
624 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
625 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, and 35.
626      11. That part of tract 180.00 consisting of:
627      a. That part of block group 1 consisting of blocks 0, 2, 3,
628 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
629 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
630 37, 38, 39, 40, and 41.
631      b. That part of block group 2 consisting of blocks 25, 29,
632 30, 31, 32, 33, 34, 39, 40, 43, and 44.
633      12. That part of tract 185.00 consisting of:
634      a. All of block group 1.
635      b. All of block group 2.
636      c. That part of block group 3 consisting of blocks 3, 4, 5,
637 6, 7, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 46, 47,
638 48, and 49.
639      (12) District 12 is composed of:
640      (a) All of Lake County.
641      (b) That part of Orange County consisting of:
642      1. All of tracts 148.09, 148.10, 148.14, 148.15, 171.08,
643 171.09, 171.10, 171.11, 171.12, 171.13, 171.14, 171.15, 171.17,
644 171.18, 171.19, 171.20, 171.21, 171.22, and 171.23.
645      2. That part of tract 148.13 consisting of:
646      a. All of block group 1.
647      3. That part of tract 171.16 consisting of:
648      a. All of block group 1.

SEN-0000394

 212004

649          b. That part of block group 2 consisting of blocks 0 and
650     34.
651          c. All of block group 3.
652          (13) District 13 is composed of:
653          (a) That part of Orange County consisting of:
654          1. All of tracts 102.01, 102.02, 110.00, 111.00, 112.00,
655     113.00, 129.00, 132.01, 132.02, 133.00, 134.02, 134.03, 134.05,
656     134.06, 135.03, 135.05, 135.07, 135.10, 135.11, 135.12, 135.13,
657     136.03, 136.04, 136.05, 136.06, 136.07, 137.01, 137.02, 138.01,
658     138.02, 138.03, 139.00, 140.00, 141.00, 163.02, 164.02, 164.06,
659     164.07, 164.08, 164.09, 164.11, 164.12, 164.13, 164.14, 165.03,
660     165.04, 165.05, 165.09, 165.10, 165.11, 165.12, 165.13, 165.14,
661     165.15, 166.03, 166.04, 166.05, 166.06, 166.07, 167.09, 167.10,
662     167.13, 167.14, 167.15, 167.16, 167.17, 167.23, 167.24, 167.28,
663     167.31, 167.33, 167.35, 167.36, 167.37, 167.38, 167.39, 167.40,
664     167.41, 167.42, 167.43, 167.44, 167.45, 167.46, 167.47, 167.48,
665     167.49, 167.50, 167.51, 167.52, 167.53, 167.54, 167.55, 167.56,
666     182.01, 182.02, 182.04, 184.00, and 189.02.
667          2. That part of tract 103.00 consisting of:
668          a. All of block group 1.
669          b. All of block group 2.
670          c. That part of block group 3 consisting of blocks 0, 1, 2,
671     3, 4, 5, 6, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 23,
672     24, and 25.
673          3. That part of tract 108.02 consisting of:
674          a. That part of block group 1 consisting of blocks 0, 1, 2,
675     3, 4, 5, 6, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
676     21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, and 32.
677          b. That part of block group 2 consisting of blocks 4, 5, 6,

SEN-0000395

 212004

678  7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23,
679  24, 25, 26, 27, 28, 29, 30, 31, 32, 33, and 34.
680      c. That part of block group 3 consisting of blocks 4, 5, 6,
681  7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23,
682  24, 25, 26, 27, 28, 29, 30, 31, and 32.
683      4. That part of tract 127.01 consisting of:
684      a. That part of block group 3 consisting of blocks 36 and
685  37.
686      5. That part of tract 128.00 consisting of:
687      a. That part of block group 1 consisting of blocks 0, 9,
688  10, and 11.
689      6. That part of tract 162.00 consisting of:
690      a. That part of block group 1 consisting of block 11.
691      7. That part of tract 163.01 consisting of:
692      a. That part of block group 1 consisting of block 0.
693      b. That part of block group 3 consisting of blocks 0 and
694  18.
695      8. That part of tract 168.02 consisting of:
696      a. That part of block group 2 consisting of blocks 0, 1, 2,
697  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
698  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
699  37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52,
700  53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68,
701  69, 70, 71, 72, 73, 74, 75, 88, 89, 90, 91, 92, 93, 94, 95, 96,
702  97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109,
703  110, 111, 112, 113, 114, 115, and 116.
704      b. All of block group 3.
705      c. All of block group 4.
706      d. All of block group 5.

SEN-0000396

 212004

| 707 | 9. That part of tract 182.03 consisting of: |
| 708 | a. That part of block group 1 consisting of blocks 0, 3, 4, |
| 709 | 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, and 20. |
| 710 | 10. That part of tract 185.00 consisting of: |
| 711 | a. That part of block group 3 consisting of blocks 0, 1, 2, |
| 712 | 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 34, 35, |
| 713 | 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 50, 51, 52, 53, 54, and |
| 714 | 55. |
| 715 | 11. That part of tract 188.00 consisting of: |
| 716 | a. That part of block group 1 consisting of blocks 39, 40, |
| 717 | 41, 43, 44, 45, 46, 47, 48, 49, 50, and 51. |
| 718 | b. All of block group 3. |
| 719 | c. All of block group 4. |
| 720 | (14) District 14 is composed of: |
| 721 | (a) That part of Brevard County consisting of: |
| 722 | 1. All of tracts 601.03, 601.04, 601.05, 601.06, 602.01, |
| 723 | 602.02, 603.01, 603.02, 604.00, 605.00, 606.00, 607.00, 610.01, |
| 724 | 610.02, 611.00, 612.01, 714.01, and 714.02. |
| 725 | 2. That part of tract 699.05 consisting of: |
| 726 | a. That part of block group 1 consisting of blocks 0, 1, 2, |
| 727 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, |
| 728 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, |
| 729 | 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, |
| 730 | 70, 71, and 129. |
| 731 | 3. That part of tract 711.00 consisting of: |
| 732 | a. All of block group 1. |
| 733 | 4. That part of tract 9801.00 consisting of: |
| 734 | a. That part of block group 1 consisting of blocks 0, 2, 3, |
| 735 | 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, |

SEN-0000397

Florida Senate - 2022                              COMMITTEE AMENDMENT
Bill No. SJR 100

 212004

```
736   21, 22, 23, 26, 27, 28, 30, 31, and 32.
737        5. That part of tract 9900.00 consisting of:
738        a. That part of block group 0 consisting of block 1.
739        (b) That part of Volusia County consisting of:
740        1. All of tracts 808.05, 808.08, 808.09, 812.02, 813.00,
741   817.01, 818.00, 819.00, 820.00, 821.00, 822.01, 822.02, 823.02,
742   823.03, 824.01, 824.04, 824.05, 824.06, 824.10, 824.11, 824.12,
743   824.13, 824.14, 824.15, 825.03, 825.06, 825.08, 825.09, 825.10,
744   825.11, 825.12, 825.13, 826.04, 826.05, 826.06, 826.07, 827.01,
745   827.03, 827.04, 827.05, 828.01, 828.02, 829.02, 829.03, 829.04,
746   830.03, 830.05, 830.06, 830.07, 830.08, 830.09, 832.05, 832.06,
747   832.07, 832.09, 832.10, 832.11, 902.02, 902.03, 902.04, 903.03,
748   903.04, 903.05, 903.06, 903.07, 904.01, 904.02, 905.00, 906.00,
749   907.01, 907.02, 908.03, 908.04, 908.06, 908.07, 908.08, 909.03,
750   909.04, 909.05, 909.06, 910.01, 910.05, 910.15, 910.16, 910.17,
751   910.18, 910.19, 910.20, 910.21, 910.23, 910.25, 910.28, 910.29,
752   910.30, 910.31, 910.32, 910.33, 910.34, 910.35, 910.36, 910.37,
753   910.38, 910.39, and 925.00.
754        2. That part of tract 809.02 consisting of:
755        a. That part of block group 2 consisting of blocks 5, 13,
756   and 14.
757        b. That part of block group 3 consisting of block 9.
758        3. That part of tract 812.01 consisting of:
759        a. All of block group 2.
760        b. All of block group 4.
761        4. That part of tract 815.00 consisting of:
762        a. All of block group 1.
763        b. That part of block group 2 consisting of blocks 4, 5, 6,
764   9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24,
```

1/12/2022 12:50:08 PM                              598-01970-22

SEN-0000398

 212004

765  25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40,
766  41, 42, 43, 44, 45, 46, and 47.
767       5. That part of tract 816.00 consisting of:
768       a. That part of block group 1 consisting of blocks 5, 6, 9,
769  10, 11, 12, 13, 18, 19, 20, 21, 22, 23, 24, 25, 26, and 27.
770       b. That part of block group 2 consisting of blocks 12, 13,
771  14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29,
772  30, 31, 32, 33, 34, and 35.
773       6. That part of tract 817.02 consisting of:
774       a. All of block group 1.
775       b. That part of block group 2 consisting of blocks 2, 3, 4,
776  5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
777  and 22.
778       c. All of block group 3.
779       7. That part of tract 901.01 consisting of:
780       a. All of block group 1.
781       8. That part of tract 901.02 consisting of:
782       a. That part of block group 2 consisting of blocks 29, 30,
783  31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46,
784  47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, and 59.
785       9. That part of tract 9900.00 consisting of:
786       a. That part of block group 0 consisting of blocks 10, 12,
787  13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28,
788  29, 30, 31, 32, and 33.
789       (15) District 15 is composed of:
790       (a) All of Osceola County.
791       (b) That part of Orange County consisting of:
792       1. All of tracts 168.03, 168.04, 168.08, 168.09, 168.10,
793  168.11, 168.12, 168.13, 168.14, 170.04, 170.06, 170.11, 170.12,

SEN-0000399

 212004

170.13, 170.15, 170.18, 170.19, 170.20, 170.21, 170.22, 170.23,
170.24, 170.25, and 170.26.
     2. That part of tract 142.02 consisting of:
     a. That part of block group 3 consisting of blocks 3, 4, 5,
6, 7, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, and
23.
     3. That part of tract 168.02 consisting of:
     a. All of block group 1.
     b. That part of block group 2 consisting of blocks 76, 77,
78, 79, 80, 81, 82, 83, 84, 85, 86, and 87.
     4. That part of tract 169.02 consisting of:
     a. That part of block group 1 consisting of blocks 38, 39,
42, 43, 44, 45, 46, 47, 48, 49, 50, and 51.
     5. That part of tract 170.01 consisting of:
     a. That part of block group 3 consisting of blocks 0, 1, 2,
3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 20, 21,
22, 23, 24, 25, 26, 27, 28, 29, 35, 36, 37, 38, 39, 40, 41, 42,
43, 44, 45, 46, 47, 48, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60,
61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76,
77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92,
93, 94, 95, 96, and 97.
     (16) District 16 is composed of:
     (a) That part of Pasco County consisting of:
     1. All of tracts 302.03, 302.04, 302.05, 303.03, 303.04,
304.04, 304.05, 304.06, 304.07, 304.08, 304.09, 304.10, 304.11,
304.12, 305.01, 305.02, 306.01, 306.02, 307.00, 308.00, 309.01,
309.05, 309.06, 310.03, 310.05, 310.06, 310.07, 310.08, 310.09,
310.10, 310.11, 310.12, 310.13, 310.14, 313.01, 313.02, 314.01,
314.04, 314.06, 314.07, 314.10, 314.11, 314.12, 315.03, 315.04,

SEN-0000400

 212004

823 | 315.05, 315.06, 315.07, 315.08, 316.01, 316.02, 317.04, 317.05,
824 | 317.06, 317.07, and 317.08.
825 |     2. That part of tract 316.03 consisting of:
826 |     a. That part of block group 3 consisting of block 2.
827 |     3. That part of tract 316.05 consisting of:
828 |     a. That part of block group 1 consisting of blocks 16 and
829 | 17.
830 |     4. That part of tract 317.01 consisting of:
831 |     a. That part of block group 1 consisting of blocks 7, 8, 9,
832 | 10, 11, 12, 14, 15, 16, 17, 18, 19, 20, 21, 22, 24, 25, 26, 27,
833 | 28, 29, 30, 31, 32, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63,
834 | 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79,
835 | 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95,
836 | 96, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108,
837 | 109, 110, 111, 112, 113, 114, 115, 116, 117, 118, 119, 120, 121,
838 | 122, 123, 124, 125, 126, 127, 128, 129, 130, 131, 132, 136, 137,
839 | 138, 148, 149, 150, and 151.
840 |     5. That part of tract 317.03 consisting of:
841 |     a. That part of block group 1 consisting of blocks 2, 3, 4,
842 | 5, 6, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23,
843 | 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39,
844 | 40, 41, 42, 43, and 44.
845 |     b. All of block group 2.
846 |     c. All of block group 3.
847 |     6. That part of tract 9900.00 consisting of:
848 |     a. That part of block group 0 consisting of blocks 5, 6, 7,
849 | 8, 9, 10, 11, 12, 13, and 14.
850 |     (b) That part of Pinellas County consisting of:
851 |     1. All of tracts 260.01, 260.03, 260.04, 261.01, 261.02,

1/12/2022 12:50:08 PM                                    598-01970-22

SEN-0000401

 212004

262.00, 263.00, 265.02, 266.02, 267.01, 267.03, 267.04, 267.05,
268.04, 268.09, 268.11, 268.12, 268.13, 268.14, 268.15, 268.16,
268.17, 268.18, 268.19, 268.20, 268.21, 269.04, 269.08, 269.09,
269.11, 269.12, 269.13, 269.14, 269.15, 269.16, 269.17, 270.00,
271.05, 271.06, 271.07, 271.08, 272.02, 272.04, 272.06, 272.07,
272.08, 272.09, 272.10, 272.11, 272.12, 273.08, 273.09, 273.14,
273.16, 273.17, 273.18, 273.19, 273.20, 273.21, 273.23, 273.24,
273.25, 273.26, 273.27, 273.28, 273.29, 273.30, 273.31, 273.32,
273.33, 274.01, 274.04, 275.01, 275.03, 275.04, and 276.04.
    2. That part of tract 255.05 consisting of:
    a. That part of block group 2 consisting of blocks 0, 3,
25, and 26.
    3. That part of tract 257.00 consisting of:
    a. All of block group 1.
    b. All of block group 2.
    c. That part of block group 3 consisting of blocks 0, 1, 2,
3, 4, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22,
23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, and 37.
    4. That part of tract 259.02 consisting of:
    a. All of block group 1.
    b. That part of block group 2 consisting of blocks 0, 1, 2,
3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 20, 21, 22, 23,
24, 25, 26, 27, 28, 37, 38, 39, 40, 41, 42, 55, and 56.
    5. That part of tract 264.02 consisting of:
    a. All of block group 2.
    b. That part of block group 3 consisting of blocks 0, 1, 2,
3, 4, 5, 6, 7, 8, 9, and 10.
    6. That part of tract 265.01 consisting of:
    a. That part of block group 2 consisting of blocks 0, 1, 2,

1/12/2022 12:50:08 PM                                    598-01970-22

SEN-0000402

 212004

881   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
882   21, 22, 23, 24, 25, and 31.
883       7. That part of tract 9900.00 consisting of:
884       a. That part of block group 0 consisting of blocks 1, 2, 3,
885   4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, and 15.
886       (17) District 17 is composed of:
887       (a) That part of Brevard County consisting of:
888       1. All of tracts 612.02, 621.06, 621.08, 621.09, 621.10,
889   621.11, 621.12, 621.13, 621.14, 621.15, 623.01, 623.02, 624.01,
890   624.02, 625.00, 626.00, 628.00, 629.00, 630.00, 631.02, 631.04,
891   631.05, 631.06, 631.08, 631.09, 641.02, 641.23, 641.24, 641.26,
892   641.27, 641.28, 641.29, 641.30, 642.01, 642.02, 643.01, 643.02,
893   644.00, 645.00, 646.01, 646.02, 647.01, 647.02, 648.00, 649.01,
894   649.02, 650.01, 650.22, 650.23, 650.24, 650.25, 651.23, 651.24,
895   651.26, 651.27, 651.28, 651.29, 651.30, 651.31, 652.01, 652.02,
896   652.31, 652.36, 652.37, 652.38, 652.39, 652.40, 661.01, 661.03,
897   661.04, 662.00, 663.01, 663.02, 664.00, 665.00, 666.00, 667.00,
898   668.00, 669.00, 671.00, 681.01, 681.02, 684.00, 685.01, 685.02,
899   686.01, 686.03, 686.04, 691.00, 692.00, 693.00, 694.00, 697.00,
900   698.01, 698.02, 699.03, 699.04, 699.06, 699.07, 712.01, 712.02,
901   712.03, 712.04, 712.05, 713.35, 713.37, 713.39, 713.41, 713.42,
902   713.43, 713.44, 713.45, 713.46, 713.47, 713.48, 713.49, 713.50,
903   713.51, 713.52, 713.53, 713.54, 715.00, 716.01, 716.02, 717.00,
904   and 9800.00.
905       2. That part of tract 699.05 consisting of:
906       a. That part of block group 1 consisting of blocks 53, 54,
907   55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 72,
908   73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88,
909   89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103,

1/12/2022 12:50:08 PM                              598-01970-22

SEN-0000403

 212004

910 | 104, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114, 115, 116,
911 | 117, 118, 119, 120, 121, 122, 123, 124, 125, 126, 127, 128, 130,
912 | 131, 132, 133, 134, 135, 136, 137, 138, 139, and 140.
913 |      3. That part of tract 711.00 consisting of:
914 |      a. All of block group 2.
915 |      4. That part of tract 9801.00 consisting of:
916 |      a. That part of block group 1 consisting of blocks 1, 24,
917 | 25, and 29.
918 |      5. That part of tract 9900.00 consisting of:
919 |      a. That part of block group 0 consisting of blocks 2, 3, 4,
920 | 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
921 | 22, 23, 24, 25, 26, 27, and 28.
922 |      (18) District 18 is composed of:
923 |      (a) That part of Hillsborough County consisting of:
924 |      1. All of tracts 5.00, 6.01, 14.00, 15.00, 23.00, 24.00,
925 | 25.00, 26.00, 27.01, 45.00, 46.01, 46.02, 47.00, 48.00, 49.02,
926 | 54.01, 55.00, 57.00, 58.00, 59.00, 60.00, 61.01, 61.03, 62.00,
927 | 63.00, 64.00, 65.01, 65.03, 65.04, 66.00, 67.00, 68.01, 68.02,
928 | 69.00, 70.01, 70.02, 71.02, 71.03, 72.00, 73.00, 110.05, 110.06,
929 | 110.07, 110.10, 111.03, 111.06, 111.07, 111.08, 111.09, 112.03,
930 | 112.04, 112.05, 112.06, 113.01, 113.03, 113.04, 114.07, 114.08,
931 | 114.09, 114.10, 114.11, 114.12, 114.13, 114.14, 114.15, 114.16,
932 | 114.17, 114.18, 115.04, 115.06, 115.09, 115.10, 115.12, 115.14,
933 | 115.15, 115.16, 115.18, 115.19, 115.20, 115.21, 115.22, 115.23,
934 | 115.24, 115.25, 115.26, 115.27, 115.28, 116.03, 116.05, 116.10,
935 | 116.11, 116.12, 116.13, 116.14, 116.15, 116.16, 116.17, 117.08,
936 | 117.12, 117.13, 117.14, 117.15, 117.16, 118.02, 118.04, 118.05,
937 | 118.06, 119.05, 119.07, 119.08, 119.09, 119.10, 119.11, 144.00,
938 | 9801.00, 9805.00, 9806.00, and 9807.00.

SEN-0000404

 212004

939    2. That part of tract 4.01 consisting of:

940    a. All of block group 1.

941    b. That part of block group 2 consisting of block 8.

942    c. All of block group 3.

943    3. That part of tract 4.02 consisting of:

944    a. All of block group 1.

945    b. All of block group 2.

946    c. That part of block group 3 consisting of block 5.

947    4. That part of tract 6.02 consisting of:

948    a. All of block group 1.

949    b. That part of block group 2 consisting of blocks 2, 3, 4,
950    5, 6, 7, 8, 9, 10, 11, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33,
951    34, 35, 36, 37, 38, 39, and 40.

952    5. That part of tract 12.00 consisting of:

953    a. That part of block group 1 consisting of blocks 1, 2, 3,
954    12, 13, 14, 15, 16, 17, 18, 19, 22, and 23.

955    b. That part of block group 2 consisting of blocks 18, 19,
956    20, 21, 22, 28, 29, 30, 31, 32, 33, 34, 35, 41, 42, and 43.

957    6. That part of tract 13.00 consisting of:

958    a. That part of block group 1 consisting of blocks 3, 4, 5,
959    6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22,
960    23, 24, 26, and 27.

961    b. All of block group 2.

962    c. All of block group 3.

963    d. All of block group 4.

964    e. All of block group 5.

965    7. That part of tract 27.02 consisting of:

966    a. That part of block group 1 consisting of blocks 0, 1, 2,
967    3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,

SEN-0000405

 212004

968  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 32, 33, 35, and 36.
969      b. That part of block group 2 consisting of blocks 0, 1, 2,
970  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
971  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
972  37, 38, 39, and 40.
973      8. That part of tract 50.00 consisting of:
974      a. That part of block group 3 consisting of blocks 2, 3, 4,
975  5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
976  22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37,
977  38, 39, 40, 41, 42, 43, 44, 45, and 46.
978      9. That part of tract 108.20 consisting of:
979      a. That part of block group 1 consisting of block 0.
980      10. That part of tract 108.23 consisting of:
981      a. That part of block group 1 consisting of block 4.
982      11. That part of tract 109.00 consisting of:
983      a. That part of block group 1 consisting of blocks 0 and 1.
984      12. That part of tract 110.03 consisting of:
985      a. All of block group 1.
986      b. That part of block group 2 consisting of blocks 0, 1, 2,
987  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
988  and 21.
989      c. That part of block group 3 consisting of blocks 0, 1, 2,
990  3, 4, 5, and 6.
991      13. That part of tract 110.08 consisting of:
992      a. That part of block group 1 consisting of blocks 2, 3, 4,
993  5, 7, 8, 9, 10, 12, and 13.
994      b. That part of block group 2 consisting of blocks 0, 1, 3,
995  4, 5, and 6.
996      c. All of block group 3.

1/12/2022 12:50:08 PM                                          598-01970-22

SEN-0000406

 212004

| | |
|---|---|
| 997 | d. All of block group 4. |
| 998 | e. All of block group 5. |
| 999 | f. All of block group 6. |
| 1000 | 14. That part of tract 110.16 consisting of: |
| 1001 | a. That part of block group 1 consisting of blocks 1, 2, 3, |
| 1002 | 4, 5, 6, 7, 8, 9, 10, 13, and 14. |
| 1003 | b. All of block group 2. |
| 1004 | c. All of block group 3. |
| 1005 | 15. That part of tract 110.17 consisting of: |
| 1006 | a. That part of block group 1 consisting of blocks 2, 3, 4, |
| 1007 | 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, |
| 1008 | and 22. |
| 1009 | b. All of block group 2. |
| 1010 | c. All of block group 3. |
| 1011 | 16. That part of tract 110.18 consisting of: |
| 1012 | a. All of block group 1. |
| 1013 | b. That part of block group 2 consisting of blocks 0, 1, 2, |
| 1014 | 3, 5, 6, 8, 9, 11, and 12. |
| 1015 | 17. That part of tract 9900.00 consisting of: |
| 1016 | a. That part of block group 0 consisting of blocks 1, 2, 3, |
| 1017 | 4, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 29, 30, and 31. |
| 1018 | (19) District 19 is composed of: |
| 1019 | (a) That part of Hillsborough County consisting of: |
| 1020 | 1. All of tracts 1.01, 1.02, 2.01, 2.02, 3.01, 3.02, 7.01, |
| 1021 | 7.02, 8.00, 9.01, 9.02, 10.01, 10.02, 11.00, 16.00, 17.00, |
| 1022 | 18.00, 19.00, 20.00, 21.00, 22.00, 28.00, 29.00, 30.00, 31.00, |
| 1023 | 32.00, 33.00, 34.00, 35.00, 36.00, 37.00, 38.00, 41.00, 42.00, |
| 1024 | 43.00, 44.00, 49.01, 51.01, 51.02, 53.01, 53.02, 102.04, 104.01, |
| 1025 | 104.02, 105.01, 105.02, 106.00, 107.01, 107.02, 108.05, 108.08, |

1/12/2022 12:50:08 PM                                    598-01970-22

SEN-0000407

Florida Senate - 2022                     COMMITTEE AMENDMENT
Bill No. SJR 100

 212004

1026 | 108.09, 108.11, 108.14, 108.15, 108.16, 108.17, 108.19, 108.21,
1027 | 108.22, 108.24, 120.01, 120.02, 121.03, 122.11, 133.15, 133.17,
1028 | 133.19, 135.01, 135.03, 135.04, 135.05, 136.02, 136.04, 137.02,
1029 | 137.03, 137.05, 137.06, 138.01, 138.02, 138.03, 138.04, 138.06,
1030 | 138.07, 140.02, 140.07, 141.04, 141.06, 141.08, 141.09, 141.17,
1031 | 141.18, 141.19, 141.21, 141.22, and 142.00.
1032 |      2. That part of tract 4.01 consisting of:
1033 |      a. That part of block group 2 consisting of blocks 0, 1, 2,
1034 | 3, 4, 5, 6, 7, 9, 10, and 11.
1035 |      3. That part of tract 4.02 consisting of:
1036 |      a. That part of block group 3 consisting of blocks 0, 1, 2,
1037 | 3, 4, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1038 | 21, and 22.
1039 |      4. That part of tract 6.02 consisting of:
1040 |      a. That part of block group 2 consisting of blocks 0, 1,
1041 | 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 41, 42, 43, 44,
1042 | 45, 46, 47, 48, 49, 50, 51, 52, 53, and 54.
1043 |      5. That part of tract 12.00 consisting of:
1044 |      a. That part of block group 1 consisting of blocks 0, 4, 5,
1045 | 6, 7, 8, 9, 10, 11, 20, 21, 24, 25, 26, 27, 28, 29, 30, 31, and
1046 | 32.
1047 |      b. That part of block group 2 consisting of blocks 0, 1, 2,
1048 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 23, 24, 25,
1049 | 26, 27, 36, 37, 38, 39, 40, 44, 45, and 46.
1050 |      6. That part of tract 13.00 consisting of:
1051 |      a. That part of block group 1 consisting of blocks 0, 1, 2,
1052 | 25, 28, 29, and 30.
1053 |      7. That part of tract 27.02 consisting of:
1054 |      a. That part of block group 1 consisting of blocks 31, 34,

1/12/2022 12:50:08 PM                              598-01970-22

SEN-0000408

 212004

1055 | 37, and 38.
1056 | b. That part of block group 2 consisting of block 41.
1057 | 8. That part of tract 50.00 consisting of:
1058 | a. All of block group 1.
1059 | b. All of block group 2.
1060 | c. That part of block group 3 consisting of blocks 0 and 1.
1061 | 9. That part of tract 103.05 consisting of:
1062 | a. All of block group 3.
1063 | 10. That part of tract 108.10 consisting of:
1064 | a. That part of block group 1 consisting of blocks 1, 2, 3,
1065 | 4, 5, 7, 8, 9, 10, 11, 12, 13, 14, and 15.
1066 | b. All of block group 2.
1067 | 11. That part of tract 108.20 consisting of:
1068 | a. That part of block group 1 consisting of blocks 1, 2, 3,
1069 | and 4.
1070 | b. All of block group 2.
1071 | 12. That part of tract 108.23 consisting of:
1072 | a. That part of block group 1 consisting of blocks 0, 1, 2,
1073 | 3, 5, 6, 7, and 8.
1074 | 13. That part of tract 109.00 consisting of:
1075 | a. That part of block group 1 consisting of blocks 2, 3, 4,
1076 | 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
1077 | 22, and 23.
1078 | 14. That part of tract 110.03 consisting of:
1079 | a. That part of block group 2 consisting of block 22.
1080 | b. That part of block group 3 consisting of blocks 7, 8, 9,
1081 | 10, 11, 12, 13, 14, and 15.
1082 | c. All of block group 4.
1083 | 15. That part of tract 110.18 consisting of:

SEN-0000409

 212004

1084        a. That part of block group 2 consisting of blocks 4, 7,
1085  10, 13, and 14.
1086        16. That part of tract 133.23 consisting of:
1087        a. That part of block group 4 consisting of blocks 1, 2, 3,
1088  4, 5, 6, 7, 8, 9, and 10.
1089        17. That part of tract 134.10 consisting of:
1090        a. That part of block group 2 consisting of block 8.
1091        18. That part of tract 140.03 consisting of:
1092        a. That part of block group 1 consisting of blocks 50, 51,
1093  and 69.
1094        19. That part of tract 140.09 consisting of:
1095        a. That part of block group 1 consisting of blocks 10 and
1096  11.
1097        20. That part of tract 140.11 consisting of:
1098        a. That part of block group 3 consisting of blocks 15 and
1099  16.
1100        21. That part of tract 140.13 consisting of:
1101        a. That part of block group 1 consisting of blocks 2, 3,
1102  24, and 25.
1103        22. That part of tract 9900.00 consisting of:
1104        a. That part of block group 0 consisting of blocks 5, 6, 7,
1105  8, 9, 10, 11, 12, 13, 14, 15, 26, 27, 28, 32, 33, 34, 35, 36,
1106  37, 38, 39, 40, and 41.
1107        (b) That part of Pinellas County consisting of:
1108        1. All of tracts 201.09, 201.10, 202.01, 202.02, 202.06,
1109  202.07, 202.08, 202.09, 203.01, 203.02, 204.00, 205.00, 206.00,
1110  207.00, 208.00, 212.00, 215.01, 215.02, 216.00, 218.00, 219.00,
1111  220.00, 221.01, 221.02, 222.00, 229.01, 233.00, 234.00, 235.01,
1112  235.02, 236.01, 236.02, 237.00, 286.01, 286.02, 287.00, and

1/12/2022 12:50:08 PM                                598-01970-22

SEN-0000410

Florida Senate - 2022                        COMMITTEE AMENDMENT
Bill No. SJR 100

 212004

1113  9901.00.
1114       2. That part of tract 201.05 consisting of:
1115       a. That part of block group 2 consisting of blocks 6 and 7.
1116       b. That part of block group 3 consisting of blocks 0, 1, 2,
1117  3, 4, 5, 6, 7, 8, 9, 11, 12, 13, 14, 15, 18, and 19.
1118       3. That part of tract 201.06 consisting of:
1119       a. That part of block group 3 consisting of blocks 1, 4, 7,
1120  and 31.
1121       4. That part of tract 226.01 consisting of:
1122       a. That part of block group 1 consisting of blocks 22, 23,
1123  24, 25, 26, 27, 28, 29, 30, 31, 32, 33, and 34.
1124       b. That part of block group 3 consisting of blocks 15, 16,
1125  17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, and
1126  32.
1127       5. That part of tract 227.00 consisting of:
1128       a. That part of block group 1 consisting of blocks 28, 29,
1129  30, 31, 32, 33, 34, 35, 36, 37, 38, 39, and 40.
1130       b. That part of block group 2 consisting of blocks 13, 14,
1131  15, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38,
1132  39, 40, and 41.
1133       c. That part of block group 3 consisting of blocks 23, 24,
1134  25, 26, 27, 28, 29, 30, 31, 32, 33, and 34.
1135       (20) District 20 is composed of:
1136       (a) That part of Hillsborough County consisting of:
1137       1. All of tracts 101.05, 101.06, 101.07, 101.08, 102.03,
1138  102.10, 102.11, 102.12, 102.13, 102.15, 102.16, 102.17, 102.18,
1139  103.03, 103.04, 110.13, 110.19, 121.06, 121.07, 121.08, 121.09,
1140  121.10, 122.06, 122.07, 122.08, 122.09, 122.10, 122.12, 122.13,
1141  123.01, 123.03, 123.04, 124.01, 124.02, 124.03, 125.01, 125.03,

1/12/2022 12:50:08 PM                            598-01970-22

SEN-0000411

 212004

1142 | 125.04, 126.00, 127.01, 127.02, 128.00, 129.00, 130.01, 130.02,
1143 | 130.03, 130.04, 132.03, 132.04, 132.05, 133.07, 133.11, 133.12,
1144 | 133.16, 143.00, 9803.00, and 9804.00.
1145 |     2. That part of tract 103.05 consisting of:
1146 |     a. All of block group 1.
1147 |     b. All of block group 2.
1148 |     3. That part of tract 108.10 consisting of:
1149 |     a. That part of block group 1 consisting of blocks 0 and 6.
1150 |     4. That part of tract 110.08 consisting of:
1151 |     a. That part of block group 1 consisting of blocks 0, 1, 6,
1152 | and 11.
1153 |     b. That part of block group 2 consisting of block 2.
1154 |     5. That part of tract 110.16 consisting of:
1155 |     a. That part of block group 1 consisting of blocks 0, 11,
1156 | 12, and 15.
1157 |     6. That part of tract 110.17 consisting of:
1158 |     a. That part of block group 1 consisting of blocks 0 and 1.
1159 |     7. That part of tract 133.05 consisting of:
1160 |     a. That part of block group 1 consisting of blocks 0, 1, 2,
1161 | 3, 4, and 5.
1162 |     (b) That part of Pasco County consisting of:
1163 |     1. All of tracts 316.04, 319.01, 319.02, 319.03, 320.01,
1164 | 320.05, 320.06, 320.07, 320.08, 320.09, 320.10, 320.11, 320.12,
1165 | 320.13, 320.14, 321.03, 321.04, 321.05, 321.06, 321.07, 321.08,
1166 | 321.09, 321.10, 321.11, 321.12, 321.13, 322.00, 323.00, 324.01,
1167 | 324.02, 325.00, 326.01, 326.02, 327.00, 328.02, 328.04, 328.05,
1168 | 329.01, 329.02, 329.05, 330.05, 330.06, 330.07, 330.08, 330.09,
1169 | 330.10, 330.11, 330.12, 330.13, 330.14, 331.01, and 331.02.
1170 |     2. That part of tract 316.03 consisting of:

1/12/2022 12:50:08 PM                              598-01970-22

SEN-0000412



212004

1171      a. All of block group 1.
1172      b. All of block group 2.
1173      c. That part of block group 3 consisting of blocks 0, 1, 3,
1174  4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, and 18.
1175      3. That part of tract 316.05 consisting of:
1176      a. That part of block group 1 consisting of blocks 0, 1, 2,
1177  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, and 15.
1178      b. All of block group 2.
1179      4. That part of tract 317.01 consisting of:
1180      a. That part of block group 1 consisting of blocks 0, 1, 2,
1181  6, 23, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46,
1182  47, 48, 49, 50, 51, 52, 133, 134, 135, 139, 140, 141, 142, 143,
1183  144, 145, 146, and 147.
1184      5. That part of tract 318.06 consisting of:
1185      a. That part of block group 2 consisting of block 13.
1186      6. That part of tract 318.08 consisting of:
1187      a. That part of block group 2 consisting of blocks 3, 4,
1188  and 12.
1189      7. That part of tract 318.09 consisting of:
1190      a. That part of block group 1 consisting of blocks 0, 1, 2,
1191  3, 4, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 18, 19, 21, 23, 24,
1192  25, 26, and 27.
1193      b. All of block group 2.
1194      (21) District 21 is composed of:
1195      (a) That part of Hillsborough County consisting of:
1196      1. All of tracts 131.00, 132.06, 132.07, 132.08, 133.10,
1197  133.13, 133.14, 133.20, 133.22, 134.06, 134.07, 134.09, 134.11,
1198  134.12, 134.13, 134.14, 134.15, 139.03, 139.07, 139.12, 139.13,
1199  139.14, 139.15, 139.16, 139.17, 139.18, 139.19, 139.22, 139.23,

SEN-0000413

 212004

1200  139.24, 139.25, 139.26, 140.08, 140.10, 140.12, 140.14, 140.17,
1201  9802.00, and 9901.00.
1202       2. That part of tract 133.05 consisting of:
1203       a. That part of block group 1 consisting of blocks 6, 7, 8,
1204  9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, and
1205  24.
1206       b. All of block group 2.
1207       3. That part of tract 133.23 consisting of:
1208       a. All of block group 1.
1209       b. All of block group 2.
1210       c. All of block group 3.
1211       d. That part of block group 4 consisting of blocks 0, 11,
1212  12, 13, 14, 15, and 16.
1213       e. All of block group 5.
1214       4. That part of tract 134.10 consisting of:
1215       a. All of block group 1.
1216       b. That part of block group 2 consisting of blocks 0, 1, 2,
1217  3, 4, 5, 6, 7, 9, 10, and 11.
1218       5. That part of tract 140.03 consisting of:
1219       a. That part of block group 1 consisting of blocks 0, 1, 2,
1220  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1221  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
1222  37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 52, 53, 54,
1223  55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 70, 71,
1224  72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, and 86.
1225       6. That part of tract 140.09 consisting of:
1226       a. That part of block group 1 consisting of blocks 0, 1, 2,
1227  3, 4, 5, 6, 7, 8, 9, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22,
1228  23, and 24.

1/12/2022 12:50:08 PM                                    598-01970-22

SEN-0000414

 212004

```
1229        7. That part of tract 140.11 consisting of:
1230        a. All of block group 1.
1231        b. All of block group 2.
1232        c. That part of block group 3 consisting of blocks 0, 1, 2,
1233   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 17, 18, 19, 20, 21, 22,
1234   23, 24, 25, 26, 27, 28, 29, 30, and 31.
1235        8. That part of tract 140.13 consisting of:
1236        a. That part of block group 1 consisting of blocks 0, 1, 4,
1237   5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
1238   22, 23, 26, 27, 28, 29, 30, 31, 32, 33, and 34.
1239        (b) That part of Manatee County consisting of:
1240        1. All of tracts 1.01, 1.03, 1.05, 1.06, 2.01, 2.03, 2.04,
1241   3.07, 3.09, 3.10, 4.03, 4.05, 4.06, 4.07, 4.09, 4.10, 5.01,
1242   5.03, 5.04, 6.01, 6.03, 6.04, 7.03, 7.04, 7.05, 8.04, 8.11,
1243   8.12, 11.04, 11.05, 11.06, 11.07, 11.08, 12.02, 12.03, 12.04,
1244   13.00, 14.02, 14.04, 14.05, 14.06, 15.01, 15.02, 16.02, 16.03,
1245   16.04, 17.01, 17.05, 18.01, 18.02, 19.04, 19.07, 19.08, 19.09,
1246   19.10, 19.11, 19.13, 19.14, 19.15, 19.16, 20.03, 20.11, 20.12,
1247   20.14, 20.18, 20.19, 20.20, 20.21, 20.24, 20.25, and 9900.00.
1248        2. That part of tract 3.11 consisting of:
1249        a. All of block group 1.
1250        b. That part of block group 2 consisting of blocks 2, 3, 4,
1251   5, 6, 7, and 8.
1252        3. That part of tract 3.12 consisting of:
1253        a. All of block group 2.
1254        4. That part of tract 20.10 consisting of:
1255        a. That part of block group 1 consisting of blocks 0, 1, 2,
1256   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1257   21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
```

SEN-0000415

 212004

| 1258 | 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, |
| 1259 | 54, 55, 56, 57, 58, and 59. |
| 1260 | (22) District 22 is composed of: |
| 1261 | (a) That part of Polk County consisting of: |
| 1262 | 1. All of tracts 103.00, 104.01, 104.02, 105.01, 105.02, |
| 1263 | 106.04, 107.01, 107.02, 108.00, 109.00, 110.00, 111.00, 112.02, |
| 1264 | 112.03, 112.04, 113.00, 114.00, 115.01, 115.02, 116.03, 116.04, |
| 1265 | 116.05, 116.06, 117.31, 117.32, 120.01, 120.02, 120.03, 120.04, |
| 1266 | 121.13, 121.24, 121.25, 121.26, 121.27, 121.28, 121.30, 121.31, |
| 1267 | 121.32, 121.33, 122.03, 122.07, 122.08, 122.09, 123.03, 123.04, |
| 1268 | 123.05, 123.06, 123.07, 123.09, 124.04, 124.05, 124.07, 124.08, |
| 1269 | 124.09, 124.10, 124.11, 124.12, 124.13, 124.14, 124.15, 125.02, |
| 1270 | 125.06, 125.08, 125.09, 125.10, 125.11, 125.12, 125.13, 125.14, |
| 1271 | 125.15, 126.01, 126.02, 127.01, 127.02, 128.02, 128.03, 128.04, |
| 1272 | 129.00, 130.01, 130.02, 131.01, 131.02, 131.03, 132.00, 133.00, |
| 1273 | 134.00, 135.00, 136.01, 136.02, 137.01, 137.02, 138.01, 138.02, |
| 1274 | 139.01, 139.02, 140.01, 140.03, 140.05, 140.06, 141.04, 141.21, |
| 1275 | 141.23, 141.24, 141.26, 141.27, 141.28, 141.29, 141.30, 141.31, |
| 1276 | 142.01, 142.02, 142.03, 143.01, 143.03, 143.04, 144.01, 164.00, |
| 1277 | and 9800.00. |
| 1278 | 2. That part of tract 106.01 consisting of: |
| 1279 | a. All of block group 1. |
| 1280 | b. All of block group 2. |
| 1281 | 3. That part of tract 106.03 consisting of: |
| 1282 | a. That part of block group 1 consisting of block 0. |
| 1283 | b. That part of block group 2 consisting of blocks 0 and 1. |
| 1284 | 4. That part of tract 117.04 consisting of: |
| 1285 | a. That part of block group 1 consisting of blocks 0, 1, 2, |
| 1286 | 3, 4, 5, 6, 7, 8, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, |

SEN-0000416

 212004

1287  22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, and
1288  37.
1289      b. All of block group 2.
1290      c. All of block group 3.
1291      5. That part of tract 117.21 consisting of:
1292      a. All of block group 1.
1293      b. That part of block group 2 consisting of blocks 0, 1, 2,
1294  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1295  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
1296  39, and 40.
1297      6. That part of tract 117.22 consisting of:
1298      a. That part of block group 1 consisting of blocks 0, 1, 2,
1299  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1300  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 37, 38, and 39.
1301      b. All of block group 2.
1302      7. That part of tract 118.34 consisting of:
1303      a. That part of block group 3 consisting of blocks 0, 1, 2,
1304  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 21, 30, 52, 53, 54,
1305  55, and 79.
1306      8. That part of tract 119.01 consisting of:
1307      a. That part of block group 1 consisting of blocks 0, 1, 2,
1308  3, 6, and 8.
1309      9. That part of tract 144.02 consisting of:
1310      a. That part of block group 1 consisting of blocks 0, 1, 2,
1311  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 21,
1312  22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 41, 42, 75, 76,
1313  and 79.
1314      10. That part of tract 145.01 consisting of:
1315      a. That part of block group 4 consisting of blocks 0, 1, 2,

SEN-0000417

 212004

1316 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1317 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 39, 40, 41, 57, 58, 59, 60,
1318 | 61, 62, 68, 69, 71, and 72.
1319 | 11. That part of tract 146.00 consisting of:
1320 | a. That part of block group 1 consisting of blocks 0, 1, 2,
1321 | 3, 4, 5, 7, 8, 11, 12, 13, 14, 15, 16, 17, 18, 25, 26, 31, 49,
1322 | and 50.
1323 | 12. That part of tract 147.01 consisting of:
1324 | a. That part of block group 1 consisting of blocks 0, 1, 2,
1325 | 3, 4, 5, 6, 7, 8, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23,
1326 | 24, 25, 26, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52,
1327 | 53, 54, 55, 57, 58, 77, 78, and 79.
1328 | 13. That part of tract 147.03 consisting of:
1329 | a. All of block group 1.
1330 | b. That part of block group 2 consisting of blocks 0, 1, 2,
1331 | 3, 4, and 5.
1332 | 14. That part of tract 154.01 consisting of:
1333 | a. That part of block group 2 consisting of block 7.
1334 | 15. That part of tract 155.00 consisting of:
1335 | a. That part of block group 1 consisting of blocks 0, 1, 2,
1336 | 3, 4, 5, 6, and 7.
1337 | b. All of block group 2.
1338 | c. That part of block group 3 consisting of blocks 0, 1,
1339 | and 2.
1340 | (23) District 23 is composed of:
1341 | (a) All of Sarasota County.
1342 | (b) That part of Manatee County consisting of:
1343 | 1. All of tracts 3.04, 3.05, 3.13, 3.14, 8.05, 8.08, 8.09,
1344 | 8.10, 8.13, 8.14, 9.01, 9.02, 10.01, 10.02, 20.05, 20.08, 20.16,

1/12/2022 12:50:08 PM                              598-01970-22

SEN-0000418

 212004

1345   20.17, 20.22, and 20.23.
1346        2. That part of tract 3.11 consisting of:
1347        a. That part of block group 2 consisting of blocks 0 and 1.
1348        3. That part of tract 3.12 consisting of:
1349        a. All of block group 1.
1350        4. That part of tract 20.10 consisting of:
1351        a. That part of block group 1 consisting of block 37.
1352        b. All of block group 2.
1353        (24) District 24 is composed of:
1354        (a) That part of Pinellas County consisting of:
1355        1. All of tracts 201.07, 201.08, 223.01, 223.02, 224.01,
1356   224.02, 225.01, 225.02, 225.03, 226.02, 228.01, 228.02, 229.02,
1357   230.00, 231.00, 232.00, 238.00, 239.00, 240.01, 240.02, 240.04,
1358   240.05, 241.00, 242.01, 242.02, 243.01, 243.02, 244.03, 244.06,
1359   244.08, 244.09, 244.10, 244.11, 244.12, 244.13, 245.05, 245.07,
1360   245.08, 245.09, 245.10, 245.12, 245.14, 245.15, 245.16, 245.17,
1361   245.18, 245.19, 246.01, 246.03, 246.04, 247.01, 247.02, 247.03,
1362   248.01, 248.03, 248.04, 248.05, 249.01, 249.04, 249.05, 249.06,
1363   249.07, 249.08, 250.04, 250.07, 250.09, 250.11, 250.12, 250.13,
1364   250.14, 250.15, 250.16, 250.17, 250.18, 250.19, 250.20, 250.21,
1365   251.06, 251.07, 251.08, 251.09, 251.10, 251.11, 251.12, 251.13,
1366   251.14, 251.15, 251.16, 251.19, 251.20, 251.21, 251.22, 251.23,
1367   252.04, 252.05, 252.07, 252.08, 252.09, 252.10, 252.11, 253.03,
1368   253.05, 253.07, 253.09, 253.10, 253.11, 254.01, 254.07, 254.11,
1369   254.12, 254.13, 254.14, 254.15, 254.16, 254.17, 254.18, 254.19,
1370   254.20, 254.21, 255.01, 255.07, 255.08, 255.09, 255.10, 256.02,
1371   256.03, 256.04, 258.00, 259.01, 264.01, 266.01, 276.03, 276.05,
1372   276.06, 277.01, 277.03, 277.04, 278.01, 278.02, 279.01, 279.05,
1373   280.02, 280.04, 280.05, 280.06, 281.02, 281.03, 281.04, 282.00,

1/12/2022 12:50:08 PM                          598-01970-22

SEN-0000419

 212004

| | |
|---|---|
| 1374 | 283.00, 284.03, and 285.00. |
| 1375 | 2. That part of tract 201.05 consisting of: |
| 1376 | a. All of block group 1. |
| 1377 | b. That part of block group 2 consisting of blocks 0, 1, 2, |
| 1378 | 3, 4, 5, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, and |
| 1379 | 21. |
| 1380 | c. That part of block group 3 consisting of blocks 10, 16, |
| 1381 | and 17. |
| 1382 | 3. That part of tract 201.06 consisting of: |
| 1383 | a. All of block group 1. |
| 1384 | b. All of block group 2. |
| 1385 | c. That part of block group 3 consisting of blocks 0, 2, 3, |
| 1386 | 5, 6, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, |
| 1387 | 23, 24, 25, 26, 27, 28, 29, and 30. |
| 1388 | 4. That part of tract 226.01 consisting of: |
| 1389 | a. That part of block group 1 consisting of blocks 0, 1, 2, |
| 1390 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, |
| 1391 | and 21. |
| 1392 | b. All of block group 2. |
| 1393 | c. That part of block group 3 consisting of blocks 0, 1, 2, |
| 1394 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, and 14. |
| 1395 | 5. That part of tract 227.00 consisting of: |
| 1396 | a. That part of block group 1 consisting of blocks 0, 1, 2, |
| 1397 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, |
| 1398 | 21, 22, 23, 24, 25, 26, and 27. |
| 1399 | b. That part of block group 2 consisting of blocks 0, 1, 2, |
| 1400 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 16, 17, 18, 19, 20, 21, 22, and |
| 1401 | 23. |
| 1402 | c. That part of block group 3 consisting of blocks 0, 1, 2, |

SEN-0000420

Florida Senate - 2022                        COMMITTEE AMENDMENT
Bill No. SJR 100

 212004

1403 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1404 | 21, and 22.
1405 |       6. That part of tract 255.05 consisting of:
1406 |       a. All of block group 1.
1407 |       b. That part of block group 2 consisting of blocks 1, 2, 4,
1408 | 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
1409 | 22, 23, 24, 27, 28, and 29.
1410 |       7. That part of tract 257.00 consisting of:
1411 |       a. That part of block group 3 consisting of blocks 5, 6,
1412 | and 7.
1413 |       8. That part of tract 259.02 consisting of:
1414 |       a. That part of block group 2 consisting of blocks 17, 18,
1415 | 19, 29, 30, 31, 32, 33, 34, 35, 36, 43, 44, 45, 46, 47, 48, 49,
1416 | 50, 51, 52, 53, 54, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67,
1417 | 68, and 69.
1418 |       9. That part of tract 264.02 consisting of:
1419 |       a. All of block group 1.
1420 |       b. That part of block group 3 consisting of blocks 11, 12,
1421 | 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, and
1422 | 28.
1423 |       10. That part of tract 265.01 consisting of:
1424 |       a. All of block group 1.
1425 |       b. That part of block group 2 consisting of blocks 26, 27,
1426 | 28, 29, 30, 32, 33, 34, 35, 36, 37, 38, 39, 40, and 41.
1427 |       11. That part of tract 9900.00 consisting of:
1428 |       a. That part of block group 0 consisting of blocks 16, 17,
1429 | 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33,
1430 | 34, 35, 36, 37, 38, 39, 40, 41, and 42.
1431 |       (25) District 25 is composed of:

1/12/2022 12:50:08 PM                        598-01970-22

SEN-0000421



212004

1432         (a) All of Glades County.

1433         (b) All of Highlands County.

1434         (c) All of Indian River County.

1435         (d) All of Okeechobee County.

1436         (e) That part of St Lucie County consisting of:

1437         1. All of tracts 3801.00, 3802.00, 3803.00, 3804.00,

1438   3805.00, 3806.00, 3807.00, 3808.00, 3809.01, 3809.02, 3810.00,

1439   3811.03, 3811.04, 3811.05, 3811.06, 3811.07, 3812.04, 3813.00,

1440   3814.01, 3814.02, 3815.04, 3815.05, 3815.06, 3815.07, 3815.08,

1441   3816.02, 3816.03, 3816.04, 3816.05, 3817.01, 3817.02, 3818.02,

1442   3818.03, 3818.04, 3820.09, 3820.10, 3820.11, 3820.12, 3820.13,

1443   3820.14, 3821.22, 3821.23, 3821.24, 3821.25, 3822.01, 9800.00,

1444   and 9900.00.

1445         2. That part of tract 3820.07 consisting of:

1446         a. That part of block group 1 consisting of blocks 0, 1, 2,

1447   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,

1448   21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,

1449   37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, and 49.

1450         b. That part of block group 2 consisting of blocks 0, 1, 2,

1451   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 17, 18, 19, 20, 21,

1452   22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37,

1453   38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, and

1454   53.

1455         3. That part of tract 3820.08 consisting of:

1456         a. That part of block group 1 consisting of blocks 0, 1, 2,

1457   3, 4, 5, 6, 7, 8, 9, 10, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22,

1458   23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38,

1459   39, 40, 41, 42, 43, 44, 45, 46, and 47.

1460         b. All of block group 2.

SEN-0000422

 212004

```
1461        c. All of block group 3.
1462        d. All of block group 4.
1463        4. That part of tract 3821.20 consisting of:
1464        a. All of block group 1.
1465        b. That part of block group 2 consisting of blocks 0, 1, 2,
1466   and 3.
1467        c. All of block group 3.
1468        d. All of block group 4.
1469        5. That part of tract 3821.21 consisting of:
1470        a. That part of block group 1 consisting of blocks 0, 1, 2,
1471   3, 4, 5, 6, 7, 8, 9, 10, 11, and 12.
1472        b. That part of block group 2 consisting of blocks 0, 1, 2,
1473   and 3.
1474        c. All of block group 3.
1475        6. That part of tract 3821.26 consisting of:
1476        a. That part of block group 1 consisting of block 0.
1477        b. That part of block group 2 consisting of blocks 0, 1, 2,
1478   and 8.
1479        7. That part of tract 3821.27 consisting of:
1480        a. All of block group 1.
1481        b. All of block group 2.
1482        c. That part of block group 3 consisting of blocks 0, 1, 2,
1483   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, and 16.
1484        8. That part of tract 3822.02 consisting of:
1485        a. That part of block group 1 consisting of blocks 0, 1, 2,
1486   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1487   21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
1488   37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52,
1489   53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68,
```

SEN-0000423

 212004

1490  69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84,
1491  85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100,
1492  101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113,
1493  114, 115, 116, 117, 118, 119, 120, 121, 122, 123, 124, 125, 126,
1494  127, 128, 129, 130, 131, 132, 133, 134, 135, 136, 137, 138, 139,
1495  140, 141, 142, 143, 144, 150, 151, 152, 157, 158, 159, 160, 161,
1496  162, 163, 164, 165, 166, 167, 168, 169, 170, 171, 172, 173, 174,
1497  175, 176, 177, 178, 179, 180, 181, 182, 183, 184, 185, and 186.
1498       b. All of block group 2.
1499       (26) District 26 is composed of:
1500       (a) All of Charlotte County.
1501       (b) All of De Soto County.
1502       (c) All of Hardee County.
1503       (d) That part of Lee County consisting of:
1504       1. All of tracts 4.02, 202.01, 202.02, 203.01, 203.02,
1505  205.01, 301.00, 302.01, 302.02, 302.05, 303.00, 401.23, 401.24,
1506  401.25, 401.26, 401.27, 402.05, 402.06, 402.07, 402.08, 402.09,
1507  402.10, 402.11, and 402.12.
1508       2. That part of tract 201.02 consisting of:
1509       a. That part of block group 1 consisting of blocks 0, 1, 2,
1510  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 14, 15, 16, 17, 18, 19, 20, and
1511  21.
1512       b. That part of block group 2 consisting of blocks 0, 1, 2,
1513  4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1514  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, and 35.
1515       c. All of block group 3.
1516       d. All of block group 4.
1517       3. That part of tract 201.03 consisting of:
1518       a. That part of block group 1 consisting of blocks 0, 1, 2,

SEN-0000424

Florida Senate - 2022                        COMMITTEE AMENDMENT
Bill No. SJR 100

 212004

1519  3, 4, 5, 6, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1520  and 25.
1521       b. That part of block group 2 consisting of blocks 0, 1, 2,
1522  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 18, 19, 20, 22,
1523  23, 25, 27, 28, 29, 30, 31, and 32.
1524       4. That part of tract 201.04 consisting of:
1525       a. That part of block group 1 consisting of blocks 0, 1, 2,
1526  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 15, 16, 17, 18, 19, 20, and 21.
1527       b. That part of block group 2 consisting of blocks 0, 1, 2,
1528  3, 4, 5, 6, 7, 8, 9, 10, 11, 13, 14, 15, 16, 17, 18, 19, 20, 21,
1529  and 22.
1530       5. That part of tract 204.00 consisting of:
1531       a. That part of block group 2 consisting of blocks 0, 1, 2,
1532  3, 5, 6, and 7.
1533       6. That part of tract 208.02 consisting of:
1534       a. All of block group 1.
1535       b. That part of block group 3 consisting of blocks 0, 6, 7,
1536  8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23,
1537  24, 25, 26, 27, 28, 29, 30, and 31.
1538       7. That part of tract 401.10 consisting of:
1539       a. That part of block group 1 consisting of blocks 0, 1, 2,
1540  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1541  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, and 35.
1542       (e) That part of Polk County consisting of:
1543       1. All of tracts 118.21, 118.22, 118.32, 118.35, 118.36,
1544  118.37, 118.38, 119.02, 119.08, 119.09, 119.10, 119.11, 119.12,
1545  119.13, 145.02, 147.04, 148.02, 148.03, 148.04, 149.03, 149.04,
1546  149.05, 149.06, 150.00, 151.01, 151.02, 152.00, 153.01, 153.02,
1547  154.02, 154.04, 154.05, 156.00, 157.01, 157.02, 158.01, 158.02,

1/12/2022 12:50:08 PM                        598-01970-22

SEN-0000425

 212004

| | |
|---|---|
| 1548 | 159.00, 160.01, 160.02, 160.03, and 161.00. |
| 1549 | 2. That part of tract 106.01 consisting of: |
| 1550 | a. All of block group 3. |
| 1551 | 3. That part of tract 106.03 consisting of: |
| 1552 | a. That part of block group 1 consisting of blocks 1, 2, 3, |
| 1553 | 4, 5, 6, 7, 8, 9, 10, and 11. |
| 1554 | b. That part of block group 2 consisting of blocks 2, 3, 4, |
| 1555 | 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, and 17. |
| 1556 | 4. That part of tract 117.04 consisting of: |
| 1557 | a. That part of block group 1 consisting of blocks 9 and |
| 1558 | 10. |
| 1559 | 5. That part of tract 117.21 consisting of: |
| 1560 | a. That part of block group 2 consisting of blocks 37 and |
| 1561 | 38. |
| 1562 | 6. That part of tract 117.22 consisting of: |
| 1563 | a. That part of block group 1 consisting of blocks 33, 34, |
| 1564 | 35, and 36. |
| 1565 | 7. That part of tract 118.34 consisting of: |
| 1566 | a. All of block group 1. |
| 1567 | b. All of block group 2. |
| 1568 | c. That part of block group 3 consisting of blocks 16, 17, |
| 1569 | 18, 19, 20, 22, 23, 24, 25, 26, 27, 28, 29, 31, 32, 33, 34, 35, |
| 1570 | 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, |
| 1571 | 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, |
| 1572 | 72, 73, 74, 75, 76, 77, and 78. |
| 1573 | 8. That part of tract 119.01 consisting of: |
| 1574 | a. That part of block group 1 consisting of blocks 4, 5, 7, |
| 1575 | 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, and 21. |
| 1576 | b. All of block group 2. |

SEN-0000426

Florida Senate - 2022                    COMMITTEE AMENDMENT
Bill No. SJR 100

 212004

1577        9. That part of tract 144.02 consisting of:
1578        a. That part of block group 1 consisting of blocks 20, 34,
1579   35, 36, 37, 38, 39, 40, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52,
1580   53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68,
1581   69, 70, 71, 72, 73, 74, 77, 78, 80, 81, 82, 83, 84, 85, 86, 87,
1582   88, 89, 90, and 91.
1583        10. That part of tract 145.01 consisting of:
1584        a. All of block group 1.
1585        b. All of block group 2.
1586        c. All of block group 3.
1587        d. That part of block group 4 consisting of blocks 30, 31,
1588   32, 33, 34, 35, 36, 37, 38, 42, 43, 44, 45, 46, 47, 48, 49, 50,
1589   51, 52, 53, 54, 55, 56, 63, 64, 65, 66, 67, 70, 73, 74, 75, 76,
1590   77, and 78.
1591        11. That part of tract 146.00 consisting of:
1592        a. That part of block group 1 consisting of blocks 6, 9,
1593   10, 19, 20, 21, 22, 23, 24, 27, 28, 29, 30, 32, 33, 34, 35, 36,
1594   37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, and 48.
1595        b. All of block group 2.
1596        12. That part of tract 147.01 consisting of:
1597        a. That part of block group 1 consisting of blocks 9, 10,
1598   11, 12, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 56,
1599   59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74,
1600   75, 76, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, and 91.
1601        b. All of block group 2.
1602        c. All of block group 3.
1603        13. That part of tract 147.03 consisting of:
1604        a. That part of block group 2 consisting of blocks 6, 7,
1605   and 8.

1/12/2022 12:50:08 PM                          598-01970-22

SEN-0000427

 212004

1606    b. All of block group 3.
1607    14. That part of tract 154.01 consisting of:
1608    a. All of block group 1.
1609    b. That part of block group 2 consisting of blocks 0, 1, 2,
1610  3, 4, 5, 6, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1611  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
1612  37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, and 49.
1613    15. That part of tract 155.00 consisting of:
1614    a. That part of block group 1 consisting of blocks 8, 9,
1615  10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25,
1616  26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41,
1617  42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57,
1618  58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, and 69.
1619    b. That part of block group 3 consisting of blocks 3, 4, 5,
1620  6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22,
1621  23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38,
1622  39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54,
1623  55, 56, 57, 58, 59, 60, and 61.
1624    (27) District 27 is composed of:
1625    (a) That part of Lee County consisting of:
1626    1. All of tracts 3.03, 3.04, 3.05, 3.06, 4.01, 5.02, 5.03,
1627  5.04, 6.00, 7.00, 8.00, 9.00, 10.01, 10.02, 11.01, 11.03, 11.04,
1628  12.03, 12.04, 12.05, 12.06, 12.07, 12.08, 12.09, 13.00, 14.01,
1629  14.02, 15.01, 15.02, 16.01, 16.02, 17.01, 17.05, 17.06, 17.08,
1630  17.09, 17.10, 17.11, 18.01, 18.02, 19.03, 19.08, 19.10, 19.11,
1631  19.12, 19.13, 19.15, 19.16, 19.17, 19.18, 19.19, 19.20, 19.21,
1632  19.22, 19.23, 101.04, 101.06, 101.07, 101.08, 101.09, 101.10,
1633  101.11, 101.12, 101.13, 102.03, 102.05, 102.06, 102.07, 102.08,
1634  102.09, 102.10, 103.02, 103.03, 103.05, 103.06, 103.07, 103.08,

SEN-0000428

 212004

1635 | 103.09, 104.04, 104.11, 104.12, 104.13, 104.14, 104.15, 104.16,
1636 | 104.17, 104.18, 104.19, 104.20, 104.21, 104.22, 104.23, 105.01,
1637 | 105.03, 105.04, 106.01, 106.02, 107.01, 107.02, 108.01, 108.02,
1638 | 108.03, 205.02, 206.00, 207.00, 208.01, 401.08, 401.11, 401.13,
1639 | 401.17, 401.34, 401.35, 501.03, 501.04, 501.05, 501.06, 502.04,
1640 | 502.05, 502.06, 502.07, 502.08, 502.10, 502.11, 502.12, 502.13,
1641 | 503.05, 503.06, 503.15, 503.16, 503.17, 503.18, 503.19, 503.20,
1642 | 503.21, 503.22, 504.01, 504.02, 505.01, 505.02, 506.01, 506.03,
1643 | 506.04, 601.01, 601.02, 602.01, 602.02, 602.03, 603.00, 701.01,
1644 | 701.02, 702.01, 702.02, 801.00, 802.02, 802.03, 802.04, 803.00,
1645 | 901.00, and 9900.00.
1646 |     2. That part of tract 201.02 consisting of:
1647 |     a. That part of block group 1 consisting of block 13.
1648 |     b. That part of block group 2 consisting of block 3.
1649 |     3. That part of tract 201.03 consisting of:
1650 |     a. That part of block group 1 consisting of blocks 7, 21,
1651 | 22, 23, and 24.
1652 |     b. That part of block group 2 consisting of blocks 17, 21,
1653 | 24, 26, and 33.
1654 |     4. That part of tract 201.04 consisting of:
1655 |     a. That part of block group 1 consisting of blocks 13, 14,
1656 | and 22.
1657 |     b. That part of block group 2 consisting of block 12.
1658 |     5. That part of tract 204.00 consisting of:
1659 |     a. All of block group 1.
1660 |     b. That part of block group 2 consisting of blocks 4, 8, 9,
1661 | 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25,
1662 | 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41,
1663 | 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, and 56.

SEN-0000429

 212004

1664        c. All of block group 3.
1665        6. That part of tract 208.02 consisting of:
1666        a. All of block group 2.
1667        b. That part of block group 3 consisting of blocks 1, 2, 3,
1668   4, and 5.
1669        (28) District 28 is composed of:
1670        (a) All of Collier County.
1671        (b) All of Hendry County.
1672        (c) That part of Lee County consisting of:
1673        1. All of tracts 401.09, 401.18, 401.20, 401.21, 401.22,
1674   401.28, 401.29, 401.30, 401.31, 401.32, 401.33, 401.36, 401.37,
1675   401.38, 401.39, 403.01, 403.02, 403.03, 403.04, 403.05, 403.08,
1676   403.10, 403.11, 403.12, 403.13, 403.14, 403.15, 403.16, 503.11,
1677   503.12, 503.23, 503.24, 503.25, and 9800.00.
1678        2. That part of tract 401.10 consisting of:
1679        a. That part of block group 1 consisting of blocks 33, 34,
1680   36, 37, and 38.
1681        (29) District 29 is composed of:
1682        (a) All of Martin County.
1683        (b) That part of Palm Beach County consisting of:
1684        1. All of tracts 1.02, 1.03, 1.04, 2.02, 2.04, 2.08, 2.10,
1685   2.11, 2.13, 2.14, 2.16, 2.17, 2.18, 2.19, 2.20, 2.21, 2.22,
1686   2.23, 3.01, 3.03, 3.04, 4.05, 4.06, 4.07, 4.08, 4.10, 9.05,
1687   78.05, 78.12, 78.13, 78.14, 78.18, 78.20, 78.21, 78.23, 78.30,
1688   78.31, 78.32, 78.33, 78.34, 78.35, 78.37, 78.38, 78.40, 78.41,
1689   78.42, 78.43, 78.44, 78.45, 78.46, 78.47, 78.48, 78.49, 78.50,
1690   78.51, 78.52, 78.53, 79.09, 79.13, 79.14, 79.15, 79.16, 79.18,
1691   79.19, 80.01, 9801.00, and 9802.00.
1692        2. That part of tract 5.07 consisting of:

1/12/2022 12:50:08 PM                              598-01970-22

SEN-0000430

 212004

1693      a. That part of block group 1 consisting of blocks 0, 1, 2,
1694 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 14, 15, 16, 17, 18, 19, 20, 21,
1695 22, 23, 24, 25, 26, 35, and 36.
1696      3. That part of tract 6.00 consisting of:
1697      a. That part of block group 1 consisting of blocks 0, 1, 2,
1698 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1699 21, and 23.
1700      4. That part of tract 9.04 consisting of:
1701      a. All of block group 2.
1702      b. All of block group 3.
1703      5. That part of tract 79.17 consisting of:
1704      a. All of block group 1.
1705      b. All of block group 2.
1706      c. All of block group 3.
1707      d. That part of block group 4 consisting of blocks 0, 1, 2,
1708 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1709 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 39, 40, 41, 42,
1710 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58,
1711 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 75, 76, 77,
1712 78, 79, 80, 81, 82, 83, 84, 85, 86, 93, 94, 95, 111, 112, 143,
1713 144, 159, 160, 161, 162, 163, 164, 165, 166, 167, 168, 169, 170,
1714 171, 172, 173, 174, and 205.
1715      6. That part of tract 80.02 consisting of:
1716      a. All of block group 1.
1717      b. All of block group 2.
1718      c. All of block group 3.
1719      d. That part of block group 4 consisting of blocks 0, 1, 2,
1720 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 20, 21, 22, and 23.
1721      7. That part of tract 81.01 consisting of:

1/12/2022 12:50:08 PM                                          598-01970-22

SEN-0000431

Florida Senate - 2022                        COMMITTEE AMENDMENT
Bill No. SJR 100

 212004

```
1722        a. That part of block group 1 consisting of blocks 0, 1, 2,
1723   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1724   21, 22, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 67, 68, and
1725   71.
1726        8. That part of tract 83.01 consisting of:
1727        a. That part of block group 2 consisting of blocks 18 and
1728   19.
1729        9. That part of tract 9900.00 consisting of:
1730        a. That part of block group 0 consisting of blocks 1, 2, 3,
1731   and 4.
1732        10. That part of tract 9901.00 consisting of:
1733        a. That part of block group 0 consisting of blocks 1, 2,
1734   and 5.
1735        (c) That part of St Lucie County consisting of:
1736        1. All of tracts 3819.00, 3820.15, 3820.16, 3821.10,
1737   3821.12, 3821.14, 3821.15, 3821.16, 3821.17, 3821.18, 3821.19,
1738   3821.28, 3821.29, and 3821.30.
1739        2. That part of tract 3820.07 consisting of:
1740        a. That part of block group 1 consisting of block 48.
1741        b. That part of block group 2 consisting of block 16.
1742        3. That part of tract 3820.08 consisting of:
1743        a. That part of block group 1 consisting of blocks 11 and
1744   12.
1745        4. That part of tract 3821.20 consisting of:
1746        a. That part of block group 2 consisting of blocks 4 and 5.
1747        5. That part of tract 3821.21 consisting of:
1748        a. That part of block group 1 consisting of blocks 13 and
1749   14.
1750        b. That part of block group 2 consisting of blocks 4 and 5.
```

1/12/2022 12:50:08 PM                              598-01970-22

SEN-0000432

Florida Senate - 2022                      COMMITTEE AMENDMENT
Bill No. SJR 100

 212004

1751        6. That part of tract 3821.26 consisting of:
1752        a. That part of block group 1 consisting of blocks 1, 2, 3,
1753   4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1754   21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
1755   37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52,
1756   53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68,
1757   69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84,
1758   85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100,
1759   101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113,
1760   114, 115, 116, 117, 118, 119, 120, 121, 122, 123, and 124.
1761        b. That part of block group 2 consisting of blocks 3, 4, 5,
1762   6, 7, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23,
1763   24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, and 38.
1764        c. All of block group 3.
1765        d. All of block group 4.
1766        e. All of block group 5.
1767        f. All of block group 6.
1768        7. That part of tract 3821.27 consisting of:
1769        a. That part of block group 3 consisting of blocks 17, 18,
1770   and 19.
1771        8. That part of tract 3822.02 consisting of:
1772        a. That part of block group 1 consisting of blocks 145,
1773   146, 147, 148, 149, 153, 154, 155, and 156.
1774        (30) District 30 is composed of:
1775        (a) That part of Palm Beach County consisting of:
1776        1. All of tracts 5.05, 5.09, 5.12, 5.13, 7.02, 7.03, 8.03,
1777   8.05, 9.02, 9.03, 10.02, 10.03, 10.04, 11.01, 11.02, 12.00,
1778   13.01, 13.02, 14.02, 14.03, 14.04, 15.00, 16.00, 17.00, 18.01,
1779   18.02, 19.04, 19.07, 19.09, 19.10, 19.11, 19.12, 19.13, 19.16,

1/12/2022 12:50:08 PM                           598-01970-22

SEN-0000433

 212004

1780  19.17, 19.18, 19.19, 19.20, 19.21, 20.05, 20.06, 21.00, 22.00,
1781  23.00, 24.00, 26.00, 27.01, 27.02, 27.03, 28.00, 29.00, 30.00,
1782  31.01, 31.02, 32.01, 32.02, 33.00, 34.00, 35.07, 35.12, 35.13,
1783  35.14, 36.00, 37.00, 38.01, 38.02, 39.01, 39.02, 40.05, 40.07,
1784  40.08, 40.09, 40.10, 40.11, 40.12, 40.13, 41.01, 41.02, 42.03,
1785  42.04, 42.05, 42.06, 42.07, 43.00, 44.01, 44.02, 45.00, 46.01,
1786  46.02, 47.02, 47.04, 47.05, 47.06, 48.10, 48.13, 48.15, 48.16,
1787  48.17, 48.18, 48.19, 48.20, 48.21, 48.22, 48.23, 49.02, 49.03,
1788  49.04, 50.00, 51.01, 51.02, 52.02, 52.03, 52.04, 53.00, 54.12,
1789  54.13, 55.01, 55.02, 56.02, 58.14, 59.16, 59.17, 59.60, 59.61,
1790  9800.00, and 9805.00.
1791       2. That part of tract 5.07 consisting of:
1792       a. That part of block group 1 consisting of blocks 13, 27,
1793  28, 29, 30, 31, 32, 33, and 34.
1794       3. That part of tract 6.00 consisting of:
1795       a. That part of block group 1 consisting of blocks 22, 24,
1796  25, 26, 27, 28, 29, 30, 31, 32, 33, 34, and 35.
1797       4. That part of tract 9.04 consisting of:
1798       a. All of block group 1.
1799       5. That part of tract 56.01 consisting of:
1800       a. That part of block group 2 consisting of blocks 0, 1, 2,
1801  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, and 18.
1802       b. All of block group 3.
1803       6. That part of tract 57.03 consisting of:
1804       a. That part of block group 1 consisting of blocks 0, 1, 2,
1805  3, 4, 5, 6, 7, and 22.
1806       7. That part of tract 58.07 consisting of:
1807       a. All of block group 1.
1808       b. That part of block group 2 consisting of blocks 0, 1, 2,

SEN-0000434

 212004

```
1809  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, and 16.
1810       c. All of block group 3.
1811       d. That part of block group 4 consisting of blocks 0, 1, 2,
1812  3, 4, 5, 6, 7, 8, and 9.
1813       8. That part of tract 58.15 consisting of:
1814       a. That part of block group 1 consisting of blocks 0, 1, 2,
1815  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, and 18.
1816       b. All of block group 2.
1817       9. That part of tract 77.54 consisting of:
1818       a. That part of block group 1 consisting of block 0.
1819       10. That part of tract 9900.00 consisting of:
1820       a. That part of block group 0 consisting of blocks 5, 6, 7,
1821  8, and 9.
1822       (31) District 31 is composed of:
1823       (a) That part of Palm Beach County consisting of:
1824       1. All of tracts 54.11, 57.02, 57.04, 58.10, 58.11, 58.12,
1825  58.13, 58.18, 58.19, 58.20, 58.21, 59.18, 59.21, 59.22, 59.23,
1826  59.26, 59.30, 59.31, 59.33, 59.34, 59.36, 59.37, 59.38, 59.39,
1827  59.40, 59.42, 59.43, 59.44, 59.45, 59.46, 59.47, 59.49, 59.50,
1828  59.51, 59.52, 59.53, 59.54, 59.55, 59.57, 59.58, 59.59, 60.05,
1829  60.06, 60.07, 60.08, 60.09, 60.10, 60.11, 60.12, 61.00, 62.01,
1830  62.02, 62.03, 63.01, 63.02, 64.01, 64.02, 65.01, 65.02, 66.02,
1831  66.04, 66.06, 66.07, 67.00, 68.01, 68.02, 69.06, 69.07, 69.08,
1832  69.09, 69.10, 69.11, 69.12, 70.05, 70.06, 70.07, 70.08, 70.09,
1833  70.10, 70.11, 70.12, 70.13, 71.00, 72.02, 72.06, 72.07, 72.08,
1834  73.01, 73.02, 74.07, 74.10, 74.12, 74.14, 77.05, 77.10, 77.16,
1835  77.21, 77.23, 77.24, 77.25, 77.42, 77.43, 77.46, 77.47, 77.48,
1836  77.49, 77.50, 77.51, 77.52, 77.57, 77.58, 77.59, 77.63, 77.64,
1837  77.68, 77.69, 77.70, 77.71, 77.72, 77.73, 77.74, 77.75, 77.76,
```

SEN-0000435

Florida Senate - 2022                              COMMITTEE AMENDMENT
Bill No. SJR 100

 212004

1838  77.78, 77.79, 77.80, 81.02, 82.01, 82.02, 82.03, 83.02, and
1839  9804.00.
1840      2. That part of tract 56.01 consisting of:
1841      a. All of block group 1.
1842      b. That part of block group 2 consisting of block 19.
1843      3. That part of tract 57.03 consisting of:
1844      a. That part of block group 1 consisting of blocks 8, 9,
1845  10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, and 21.
1846      4. That part of tract 58.07 consisting of:
1847      a. That part of block group 2 consisting of block 15.
1848      b. That part of block group 4 consisting of blocks 10, 11,
1849  and 12.
1850      5. That part of tract 58.15 consisting of:
1851      a. That part of block group 1 consisting of blocks 15, 16,
1852  and 17.
1853      6. That part of tract 72.05 consisting of:
1854      a. All of block group 2.
1855      b. All of block group 3.
1856      7. That part of tract 74.21 consisting of:
1857      a. That part of block group 1 consisting of blocks 0, 1,
1858  and 2.
1859      b. All of block group 3.
1860      c. All of block group 4.
1861      8. That part of tract 75.01 consisting of:
1862      a. That part of block group 1 consisting of blocks 3, 4, 5,
1863  and 6.
1864      9. That part of tract 77.30 consisting of:
1865      a. All of block group 2.
1866      b. All of block group 3.

1/12/2022 12:50:08 PM                              598-01970-22

SEN-0000436

Florida Senate - 2022                              COMMITTEE AMENDMENT
Bill No. SJR 100

 212004

```
1867        c. All of block group 4.
1868        10. That part of tract 77.54 consisting of:
1869        a. That part of block group 1 consisting of blocks 1, 2, 3,
1870   4, 5, 6, 7, 8, 9, 10, and 11.
1871        b. All of block group 2.
1872        c. All of block group 3.
1873        11. That part of tract 79.17 consisting of:
1874        a. That part of block group 4 consisting of blocks 33, 34,
1875   35, 36, 37, 38, 72, 73, 74, 87, 88, 89, 90, 91, 92, 96, 97, 98,
1876   99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 113,
1877   114, 115, 116, 117, 118, 119, 120, 121, 122, 123, 124, 125, 126,
1878   127, 128, 129, 130, 131, 132, 133, 134, 135, 136, 137, 138, 139,
1879   140, 141, 142, 145, 146, 147, 148, 149, 150, 151, 152, 153, 154,
1880   155, 156, 157, 158, 175, 176, 177, 178, 179, 180, 181, 182, 183,
1881   184, 185, 186, 187, 188, 189, 190, 191, 192, 193, 194, 195, 196,
1882   197, 198, 199, 200, 201, 202, 203, 204, 206, 207, 208, 209, 210,
1883   and 211.
1884        12. That part of tract 80.02 consisting of:
1885        a. That part of block group 4 consisting of blocks 16, 17,
1886   18, and 19.
1887        13. That part of tract 81.01 consisting of:
1888        a. That part of block group 1 consisting of blocks 23, 24,
1889   25, 26, 27, 28, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51,
1890   52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 69,
1891   70, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, and 83.
1892        b. All of block group 2.
1893        c. All of block group 3.
1894        14. That part of tract 83.01 consisting of:
1895        a. All of block group 1.
```

1/12/2022 12:50:08 PM                              598-01970-22

SEN-0000437

 212004

1896    b. That part of block group 2 consisting of blocks 0, 1, 2,
1897 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 20, 21, 22,
1898 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38,
1899 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54,
1900 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70,
1901 71, 72, 73, 74, 75, 76, 77, 78, and 79.
1902    15. That part of tract 9900.00 consisting of:
1903    a. That part of block group 0 consisting of blocks 10, 11,
1904 and 12.
1905    16. That part of tract 9901.00 consisting of:
1906    a. That part of block group 0 consisting of blocks 3 and 4.
1907    (32) District 32 is composed of:
1908    (a) That part of Broward County consisting of:
1909    1. All of tracts 702.09, 702.11, 703.04, 703.06, 703.10,
1910 703.11, 703.12, 703.14, 703.15, 703.16, 703.18, 703.19, 703.20,
1911 703.21, 703.23, 703.25, 703.26, 703.27, 703.28, 703.29, 703.30,
1912 703.31, 704.01, 704.02, 704.03, 704.04, 704.05, 705.01, 705.03,
1913 705.04, 706.01, 706.02, 906.01, 913.00, 1103.01, 1103.03,
1914 1103.07, 1103.08, 1103.09, 1103.11, 1103.12, 1103.13, 1103.19,
1915 1103.21, 1103.23, 1103.26, 1103.27, 1103.28, 1103.30, 1103.32,
1916 1103.33, 1103.34, 1103.37, 1103.38, 1103.39, 1103.41, 1103.44,
1917 1103.45, 1103.46, 1103.47, 1103.48, 1103.49, 1103.50, 1103.51,
1918 1103.52, 1103.53, 1103.54, 1103.55, 1103.56, 1103.57, 1103.58,
1919 1103.59, 1103.60, 1103.61, 1103.62, 1103.63, 1103.64, 1103.65,
1920 1103.66, 1103.67, 1103.68, 1104.03, and 9800.00.
1921    2. That part of tract 106.01 consisting of:
1922    a. That part of block group 2 consisting of blocks 24 and
1923 25.
1924    3. That part of tract 106.12 consisting of:

SEN-0000438

 212004

1925        a. That part of block group 1 consisting of block 37.

1926        b. That part of block group 2 consisting of block 23.

1927        4. That part of tract 203.12 consisting of:

1928        a. That part of block group 1 consisting of block 7.

1929        5. That part of tract 203.18 consisting of:

1930        a. That part of block group 1 consisting of block 6.

1931        6. That part of tract 203.26 consisting of:

1932        a. That part of block group 2 consisting of block 17.

1933        7. That part of tract 204.16 consisting of:

1934        a. That part of block group 1 consisting of block 14.

1935        8. That part of tract 601.11 consisting of:

1936        a. That part of block group 1 consisting of block 23.

1937        9. That part of tract 601.13 consisting of:

1938        a. That part of block group 2 consisting of block 29.

1939        10. That part of tract 601.19 consisting of:

1940        a. That part of block group 3 consisting of blocks 10, 11,

1941   12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, and 25.

1942        11. That part of tract 601.20 consisting of:

1943        a. That part of block group 4 consisting of blocks 0, 1, 5,

1944   6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22,

1945   23, 24, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39,

1946   40, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58,

1947   59, 60, 61, 62, 63, 64, 65, and 66.

1948        12. That part of tract 701.02 consisting of:

1949        a. That part of block group 1 consisting of blocks 6, 7, 8,

1950   9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 30, 31, and

1951   32.

1952        13. That part of tract 701.03 consisting of:

1953        a. All of block group 1.

SEN-0000439

 212004

| | |
|---|---|
| 1954 | b. That part of block group 2 consisting of blocks 2, 3, 4, |
| 1955 | 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 18, 19, and 20. |
| 1956 | 14. That part of tract 701.04 consisting of: |
| 1957 | a. That part of block group 1 consisting of blocks 11, 12, |
| 1958 | 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, and 34. |
| 1959 | b. All of block group 2. |
| 1960 | 15. That part of tract 702.04 consisting of: |
| 1961 | a. That part of block group 1 consisting of blocks 2, 3, 4, |
| 1962 | 5, 6, 7, 8, 9, 10, 11, 12, 13, and 14. |
| 1963 | b. All of block group 2. |
| 1964 | 16. That part of tract 702.05 consisting of: |
| 1965 | a. All of block group 1. |
| 1966 | b. That part of block group 2 consisting of blocks 4, 5, 6, |
| 1967 | 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, and 20. |
| 1968 | c. All of block group 3. |
| 1969 | 17. That part of tract 702.08 consisting of: |
| 1970 | a. All of block group 1. |
| 1971 | b. That part of block group 2 consisting of blocks 2, 4, 5, |
| 1972 | 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, and 21. |
| 1973 | c. That part of block group 3 consisting of blocks 2, 3, 4, |
| 1974 | 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, |
| 1975 | 22, 23, and 24. |
| 1976 | 18. That part of tract 702.10 consisting of: |
| 1977 | a. That part of block group 1 consisting of blocks 3, 4, 6, |
| 1978 | 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, and 22. |
| 1979 | b. All of block group 2. |
| 1980 | 19. That part of tract 702.12 consisting of: |
| 1981 | a. All of block group 1. |
| 1982 | b. All of block group 2. |

SEN-0000440

 212004

1983        c. That part of block group 3 consisting of blocks 2, 3, 4,
1984   5, 6, and 7.
1985        20. That part of tract 702.13 consisting of:
1986        a. All of block group 1.
1987        b. That part of block group 2 consisting of blocks 2, 3, 4,
1988   5, 6, and 7.
1989        21. That part of tract 703.24 consisting of:
1990        a. All of block group 1.
1991        b. That part of block group 2 consisting of blocks 2, 3, 4,
1992   5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, and 17.
1993        c. That part of block group 3 consisting of blocks 4, 5, 6,
1994   7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, and
1995   23.
1996        22. That part of tract 906.02 consisting of:
1997        a. All of block group 1.
1998        b. All of block group 2.
1999        c. All of block group 3.
2000        d. All of block group 4.
2001        e. That part of block group 5 consisting of blocks 1, 2, 3,
2002   4, 5, 6, 7, 8, 9, 10, 11, 14, 15, 16, 17, 18, 19, 20, and 21.
2003        23. That part of tract 907.00 consisting of:
2004        a. That part of block group 1 consisting of blocks 1, 2, 3,
2005   4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2006   21, 22, 23, 24, 25, 26, 27, and 28.
2007        b. All of block group 2.
2008        c. All of block group 3.
2009        24. That part of tract 912.01 consisting of:
2010        a. That part of block group 1 consisting of blocks 1, 2, 3,
2011   4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,

1/12/2022 12:50:08 PM                              598-01970-22

SEN-0000441

Florida Senate - 2022                                      COMMITTEE AMENDMENT
Bill No. SJR 100

 212004

2012 | 21, 22, 23, and 24.
2013 |        b. All of block group 2.
2014 |        c. All of block group 3.
2015 |        25. That part of tract 912.02 consisting of:
2016 |        a. That part of block group 1 consisting of blocks 1, 2, 3,
2017 | 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2018 | 21, 22, 23, 24, 25, 26, 27, 28, and 29.
2019 |        b. All of block group 2.
2020 |        26. That part of tract 914.00 consisting of:
2021 |        a. That part of block group 4 consisting of block 4.
2022 |        27. That part of tract 1101.00 consisting of:
2023 |        a. All of block group 1.
2024 |        b. All of block group 2.
2025 |        c. All of block group 3.
2026 |        d. That part of block group 4 consisting of blocks 0, 1, 2,
2027 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 16, 17, 18, 19, 20, 21, and
2028 | 22.
2029 |        28. That part of tract 1104.02 consisting of:
2030 |        a. All of block group 1.
2031 |        b. That part of block group 2 consisting of blocks 1, 2, 3,
2032 | 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2033 | 21, 22, 23, 24, 25, 26, and 27.
2034 |        29. That part of tract 1104.04 consisting of:
2035 |        a. That part of block group 1 consisting of blocks 1, 2, 3,
2036 | 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2037 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, and 33.
2038 |        b. All of block group 2.
2039 |        c. All of block group 3.
2040 |        (33) District 33 is composed of:

1/12/2022 12:50:08 PM                                         598-01970-22

SEN-0000442

 212004

```
2041        (a) That part of Broward County consisting of:
2042        1. All of tracts 204.05, 204.06, 204.07, 204.12, 204.14,
2043   204.15, 204.17, 204.18, 204.19, 204.20, 204.21, 408.01, 408.02,
2044   409.01, 409.02, 410.00, 411.00, 412.00, 413.00, 414.00, 415.00,
2045   416.01, 416.02, 417.00, 426.01, 426.02, 428.02, 429.00, 501.00,
2046   502.07, 502.08, 503.01, 503.06, 503.08, 503.09, 503.11, 503.12,
2047   503.13, 503.14, 503.15, 503.16, 504.01, 504.02, 505.01, 505.02,
2048   506.02, 507.01, 507.02, 508.00, 601.05, 601.07, 601.09, 601.14,
2049   601.15, 601.16, 601.17, 601.18, 601.21, 601.22, 601.23, 601.24,
2050   601.25, 601.26, 601.27, 601.28, 601.29, 601.30, 602.03, 602.06,
2051   602.07, 602.08, 602.09, 602.10, 602.11, 602.12, 602.14, 602.15,
2052   603.02, 603.03, 603.04, 603.05, 603.06, 604.01, 604.02, 604.04,
2053   604.05, 605.01, 605.03, 605.04, 605.05, 606.03, 606.05, 606.06,
2054   606.07, 606.08, 606.09, 607.00, 608.01, 608.02, 609.00, 610.03,
2055   and 610.04.
2056        2. That part of tract 204.04 consisting of:
2057        a. All of block group 1.
2058        b. All of block group 2.
2059        c. That part of block group 3 consisting of blocks 0, 1, 2,
2060   3, 4, 5, 6, 7, 8, 9, 10, 12, 13, 14, 15, 16, 17, 18, and 19.
2061        3. That part of tract 204.16 consisting of:
2062        a. That part of block group 1 consisting of blocks 0, 1, 2,
2063   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 15, 16, 17, 18, 19, 20, 21,
2064   22, 23, 24, 25, 26, 27, 28, and 29.
2065        b. All of block group 2.
2066        4. That part of tract 205.02 consisting of:
2067        a. That part of block group 1 consisting of blocks 0, 1, 2,
2068   3, 4, 6, 7, 8, 9, 10, 11, 12, 13, 14, and 15.
2069        5. That part of tract 402.05 consisting of:
```

SEN-0000443

Florida Senate - 2022                                    COMMITTEE AMENDMENT
Bill No. SJR 100

 212004

| | |
|---|---|
| 2070 | a. That part of block group 3 consisting of block 3. |
| 2071 | 6. That part of tract 403.00 consisting of: |
| 2072 | a. That part of block group 1 consisting of block 4. |
| 2073 | 7. That part of tract 423.02 consisting of: |
| 2074 | a. That part of block group 2 consisting of blocks 1, 2, 3, |
| 2075 | 4, 5, 6, 7, 12, and 13. |
| 2076 | 8. That part of tract 425.01 consisting of: |
| 2077 | a. That part of block group 1 consisting of blocks 1, 2, 3, |
| 2078 | 4, 5, 6, 7, 8, 11, 12, 15, 16, and 18. |
| 2079 | b. That part of block group 2 consisting of blocks 2, 3, 4, |
| 2080 | 6, 7, 8, 9, 10, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, |
| 2081 | 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, and 37. |
| 2082 | 9. That part of tract 425.02 consisting of: |
| 2083 | a. That part of block group 1 consisting of blocks 1, 2, 3, |
| 2084 | 4, 5, 6, 7, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 23, 24, 25, |
| 2085 | 26, 27, 28, 29, 30, 32, 33, 34, 35, and 36. |
| 2086 | b. That part of block group 2 consisting of blocks 1, 2, 3, |
| 2087 | 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, |
| 2088 | 21, 22, 23, 24, 25, 28, 29, 30, 31, 32, 33, 34, and 35. |
| 2089 | 10. That part of tract 427.00 consisting of: |
| 2090 | a. All of block group 1. |
| 2091 | b. All of block group 3. |
| 2092 | c. That part of block group 4 consisting of blocks 0, 1, 2, |
| 2093 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 19, and 20. |
| 2094 | 11. That part of tract 428.01 consisting of: |
| 2095 | a. That part of block group 1 consisting of blocks 0, 1, 2, |
| 2096 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, |
| 2097 | 21, 22, 23, 24, 25, 26, 30, 31, 32, 33, 34, 35, 36, 37, and 38. |
| 2098 | b. All of block group 2. |

1/12/2022 12:50:08 PM                                    598-01970-22

SEN-0000444

Florida Senate - 2022
Bill No. SJR 100

COMMITTEE AMENDMENT

 212004

2099            c. All of block group 3.
2100            d. All of block group 4.
2101            12. That part of tract 430.02 consisting of:
2102            a. That part of block group 1 consisting of blocks 0, 1, 2,
2103    3, 4, 5, 6, 7, 8, 9, 10, and 11.
2104            b. That part of block group 6 consisting of blocks 0, 1, 2,
2105    and 6.
2106            13. That part of tract 502.04 consisting of:
2107            a. That part of block group 2 consisting of blocks 1, 2, 3,
2108    4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2109    21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
2110    37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52,
2111    and 53.
2112            b. All of block group 3.
2113            14. That part of tract 506.01 consisting of:
2114            a. All of block group 1.
2115            b. That part of block group 2 consisting of blocks 0, 1, 2,
2116    3, 4, 5, 6, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
2117    22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, and 34.
2118            c. All of block group 3.
2119            15. That part of tract 509.00 consisting of:
2120            a. That part of block group 5 consisting of blocks 11, 17,
2121    18, 19, 20, 21, 22, 23, and 24.
2122            16. That part of tract 601.11 consisting of:
2123            a. That part of block group 1 consisting of blocks 0, 1, 2,
2124    3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2125    21, 22, 24, 25, 26, 27, 28, and 29.
2126            b. All of block group 2.
2127            c. All of block group 3.

1/12/2022 12:50:08 PM                          598-01970-22

SEN-0000445

Florida Senate - 2022                                    COMMITTEE AMENDMENT
Bill No. SJR 100

 212004

| | |
|---|---|
| 2128 | d. All of block group 4. |
| 2129 | e. All of block group 5. |
| 2130 | 17. That part of tract 601.13 consisting of: |
| 2131 | a. All of block group 1. |
| 2132 | b. That part of block group 2 consisting of blocks 0, 1, 2, |
| 2133 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, |
| 2134 | 21, 22, 23, 24, 25, 26, 27, 28, 30, 31, 32, 33, 34, 35, 36, 37, |
| 2135 | 38, 39, 40, and 41. |
| 2136 | c. All of block group 3. |
| 2137 | 18. That part of tract 601.19 consisting of: |
| 2138 | a. All of block group 1. |
| 2139 | b. All of block group 2. |
| 2140 | c. That part of block group 3 consisting of blocks 0, 1, 2, |
| 2141 | 3, 4, 5, 6, 7, 8, and 9. |
| 2142 | 19. That part of tract 601.20 consisting of: |
| 2143 | a. All of block group 1. |
| 2144 | b. All of block group 2. |
| 2145 | c. All of block group 3. |
| 2146 | d. That part of block group 4 consisting of blocks 2, 3, 4, |
| 2147 | 25, 41, 42, and 43. |
| 2148 | 20. That part of tract 610.01 consisting of: |
| 2149 | a. That part of block group 1 consisting of blocks 0, 1, 2, |
| 2150 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 17, 18, 19, 20, 21, |
| 2151 | 22, 23, 24, 25, 26, 27, 28, 29, and 30. |
| 2152 | b. All of block group 2. |
| 2153 | c. All of block group 3. |
| 2154 | 21. That part of tract 611.00 consisting of: |
| 2155 | a. That part of block group 2 consisting of block 0. |
| 2156 | b. That part of block group 4 consisting of blocks 10 and |

1/12/2022 12:50:08 PM                                    598-01970-22

SEN-0000446

 212004

2157  11.
2158        22. That part of tract 701.03 consisting of:
2159        a. That part of block group 2 consisting of block 1.
2160        23. That part of tract 702.04 consisting of:
2161        a. That part of block group 1 consisting of blocks 0 and 1.
2162        24. That part of tract 702.05 consisting of:
2163        a. That part of block group 2 consisting of blocks 0, 1, 2,
2164  and 3.
2165        25. That part of tract 702.08 consisting of:
2166        a. That part of block group 2 consisting of blocks 0, 1,
2167  and 3.
2168        b. That part of block group 3 consisting of blocks 0 and 1.
2169        26. That part of tract 702.10 consisting of:
2170        a. That part of block group 1 consisting of blocks 0, 1, 2,
2171  and 5.
2172        27. That part of tract 702.12 consisting of:
2173        a. That part of block group 3 consisting of blocks 0 and 1.
2174        28. That part of tract 702.13 consisting of:
2175        a. That part of block group 2 consisting of blocks 0 and 1.
2176        29. That part of tract 703.24 consisting of:
2177        a. That part of block group 2 consisting of blocks 0 and 1.
2178        b. That part of block group 3 consisting of blocks 0, 1, 2,
2179  and 3.
2180        (34) District 34 is composed of:
2181        (a) That part of Broward County consisting of:
2182        1. All of tracts 103.04, 103.05, 103.08, 104.01, 104.02,
2183  104.03, 104.05, 104.06, 104.07, 105.02, 105.03, 105.04, 106.03,
2184  106.04, 106.05, 106.06, 106.09, 106.10, 106.11, 106.13, 106.14,
2185  106.15, 107.01, 201.01, 201.03, 201.04, 202.04, 202.05, 202.06,

1/12/2022 12:50:08 PM                              598-01970-22

SEN-0000447

 212004

2186  202.09, 202.10, 202.11, 202.12, 202.13, 202.14, 203.02, 203.08,
2187  203.09, 203.11, 203.13, 203.14, 203.15, 203.16, 203.17, 203.19,
2188  203.20, 203.21, 203.22, 203.23, 203.24, 203.25, 205.01, 303.01,
2189  305.00, 306.01, 306.02, 307.02, 307.03, 307.04, 307.05, 308.05,
2190  308.06, 502.05, and 502.06.
2191       2. That part of tract 101.04 consisting of:
2192       a. That part of block group 1 consisting of block 6.
2193       3. That part of tract 103.06 consisting of:
2194       a. All of block group 2.
2195       4. That part of tract 103.07 consisting of:
2196       a. All of block group 1.
2197       b. That part of block group 2 consisting of blocks 0, 1, 2,
2198  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2199  21, 22, 23, 24, 25, 30, 31, 32, and 33.
2200       c. All of block group 3.
2201       5. That part of tract 106.01 consisting of:
2202       a. All of block group 1.
2203       b. That part of block group 2 consisting of blocks 0, 1, 2,
2204  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2205  21, 22, 23, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38,
2206  39, 40, 41, 42, 43, 44, 45, 46, 47, 48, and 49.
2207       c. All of block group 3.
2208       d. All of block group 4.
2209       6. That part of tract 106.12 consisting of:
2210       a. That part of block group 1 consisting of blocks 0, 1, 2,
2211  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2212  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, and
2213  36.
2214       b. That part of block group 2 consisting of blocks 0, 1, 2,

SEN-0000448

Florida Senate - 2022                        COMMITTEE AMENDMENT
Bill No. SJR 100

 212004

2215  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2216  21, 22, 24, and 25.
2217       7. That part of tract 107.02 consisting of:
2218       a. That part of block group 1 consisting of blocks 1, 2, 3,
2219  4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2220  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
2221  37, 38, 39, 40, and 41.
2222       b. That part of block group 2 consisting of blocks 1, 2, 3,
2223  4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2224  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, and 34.
2225       c. All of block group 3.
2226       d. All of block group 4.
2227       8. That part of tract 203.12 consisting of:
2228       a. That part of block group 1 consisting of blocks 0, 1, 2,
2229  3, 4, 5, 6, 8, 9, 10, 11, 12, 13, and 14.
2230       b. All of block group 2.
2231       9. That part of tract 203.18 consisting of:
2232       a. That part of block group 1 consisting of blocks 0, 1, 2,
2233  3, 4, 5, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2234  21, 22, 23, 24, 25, and 26.
2235       b. All of block group 2.
2236       c. All of block group 3.
2237       d. All of block group 4.
2238       10. That part of tract 203.26 consisting of:
2239       a. All of block group 1.
2240       b. That part of block group 2 consisting of blocks 0, 1, 2,
2241  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 18, 19, 20, 21,
2242  22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37,
2243  38, 39, and 40.

1/12/2022 12:50:08 PM                              598-01970-22

SEN-0000449

 212004

```
2244        c. All of block group 3.
2245        d. All of block group 4.
2246        11. That part of tract 204.04 consisting of:
2247        a. That part of block group 3 consisting of block 11.
2248        12. That part of tract 205.02 consisting of:
2249        a. That part of block group 1 consisting of block 5.
2250        b. All of block group 2.
2251        c. All of block group 3.
2252        d. All of block group 4.
2253        13. That part of tract 303.02 consisting of:
2254        a. All of block group 1.
2255        b. All of block group 2.
2256        c. That part of block group 3 consisting of blocks 1, 2, 3,
2257   4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2258   21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, and 34.
2259        d. That part of block group 4 consisting of blocks 1, 3, 4,
2260   5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, and
2261   21.
2262        14. That part of tract 304.01 consisting of:
2263        a. That part of block group 1 consisting of blocks 2, 3, 4,
2264   5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
2265   and 22.
2266        b. All of block group 2.
2267        15. That part of tract 304.02 consisting of:
2268        a. That part of block group 1 consisting of blocks 1, 2, 3,
2269   4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2270   21, 22, 23, 24, 25, 26, 27, 28, 29, 34, 37, and 38.
2271        b. All of block group 2.
2272        c. That part of block group 3 consisting of blocks 0, 1, 2,
```

1/12/2022 12:50:08 PM                                598-01970-22

SEN-0000450

 212004

```
2273 | 3, 4, 5, 8, 9, 10, 11, 12, 14, 15, 16, 17, 18, 19, 20, 21, 22,
2274 | 23, 24, 25, and 26.
2275 |      16. That part of tract 308.03 consisting of:
2276 |      a. That part of block group 2 consisting of blocks 0, 1, 2,
2277 | 3, 9, 10, 11, 12, 13, 14, 15, 16, 21, 22, 23, 24, 25, 26, and
2278 | 27.
2279 |      17. That part of tract 308.04 consisting of:
2280 |      a. That part of block group 2 consisting of blocks 7, 8, 9,
2281 | 10, 11, 12, 13, 14, 15, 16, and 17.
2282 |      18. That part of tract 502.04 consisting of:
2283 |      a. All of block group 1.
2284 |      b. That part of block group 2 consisting of block 0.
2285 |      (b) That part of Palm Beach County consisting of:
2286 |      1. All of tracts 72.04, 74.20, 75.04, 75.05, 76.03, 76.04,
2287 | 76.05, 76.10, 76.12, 76.13, 76.14, 76.15, 76.16, 76.19, 76.20,
2288 | 76.21, 76.22, 76.23, 76.24, 77.31, 77.32, 77.35, 77.36, 77.38,
2289 | 77.39, 77.40, 77.41, 77.66, 77.67, and 77.77.
2290 |      2. That part of tract 72.05 consisting of:
2291 |      a. All of block group 1.
2292 |      b. All of block group 4.
2293 |      3. That part of tract 74.21 consisting of:
2294 |      a. That part of block group 1 consisting of blocks 3, 4, 5,
2295 | 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22,
2296 | 23, and 24.
2297 |      b. All of block group 2.
2298 |      4. That part of tract 75.01 consisting of:
2299 |      a. That part of block group 1 consisting of blocks 0, 1, 2,
2300 | 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, and 18.
2301 |      b. All of block group 2.
```

1/12/2022 12:50:08 PM                            598-01970-22

SEN-0000451

 212004

2302    c. All of block group 3.
2303    5. That part of tract 77.30 consisting of:
2304    a. All of block group 1.
2305    (35) District 35 is composed of:
2306    (a) That part of Miami-Dade County consisting of:
2307    1. All of tracts 1.09, 1.20, 1.24, 2.04, 2.06, 2.11, 2.12,
2308    2.13, 2.15, 2.16, 2.18, 2.19, 2.20, 2.21, 2.22, 2.23, 2.24,
2309    2.25, 2.26, 2.27, 2.28, 3.02, 3.06, 3.07, 3.08, 3.09, 3.10,
2310    3.11, 3.12, 4.02, 4.05, 4.08, 4.09, 4.10, 4.11, 4.13, 4.14,
2311    4.15, 4.16, 4.17, 4.18, 4.19, 4.20, 5.04, 5.06, 5.07, 5.09,
2312    10.03, 10.04, 10.05, 10.06, 10.07, 10.08, 11.01, 11.02, 11.03,
2313    11.04, 12.04, 12.05, 12.06, 12.07, 12.08, 12.09, 13.01, 13.02,
2314    14.01, 14.02, 15.01, 15.02, 18.01, 18.02, 18.03, 19.01, 19.03,
2315    19.04, 20.01, 20.03, 20.04, 21.00, 22.01, 22.02, 23.00, 38.01,
2316    38.03, 38.04, 39.06, 39.09, 39.11, 39.12, 39.13, 39.14, 39.15,
2317    39.16, 39.17, 39.18, 39.19, 39.21, 39.22, 94.01, 94.02, 95.03,
2318    95.04, 95.05, 95.06, 96.01, 96.02, 98.03, 98.04, 98.06, 98.09,
2319    98.10, 98.11, 98.12, 99.03, 99.04, 99.05, 99.06, 99.07, 99.08,
2320    99.09, 100.10, 100.12, 100.19, 100.20, 100.21, 100.22, 100.23,
2321    100.24, 100.25, and 9808.00.
2322    2. That part of tract 1.28 consisting of:
2323    a. That part of block group 3 consisting of blocks 2, 4, 5,
2324    6, 7, 15, 16, and 17.
2325    3. That part of tract 1.30 consisting of:
2326    a. That part of block group 2 consisting of blocks 0 and 3.
2327    b. That part of block group 5 consisting of blocks 2 and 3.
2328    4. That part of tract 1.32 consisting of:
2329    a. That part of block group 1 consisting of blocks 2, 3,
2330    and 4.

1/12/2022 12:50:08 PM                                        598-01970-22

SEN-0000452

 212004

| | |
|---|---|
| 2331 | b. That part of block group 4 consisting of blocks 0 and 2. |
| 2332 | 5. That part of tract 5.05 consisting of: |
| 2333 | a. That part of block group 2 consisting of blocks 0, 1, 2, |
| 2334 | 3, 4, 5, 6, 7, 8, 9, 11, 12, 13, 14, 15, 16, 17, 18, 31, 32, 33, |
| 2335 | 34, 35, and 42. |
| 2336 | 6. That part of tract 5.08 consisting of: |
| 2337 | a. That part of block group 1 consisting of blocks 0, 1, 2, |
| 2338 | 3, 4, 5, 6, 7, 8, 9, 10, and 11. |
| 2339 | b. That part of block group 2 consisting of blocks 0, 1, 2, |
| 2340 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 20, and 21. |
| 2341 | 7. That part of tract 9.03 consisting of: |
| 2342 | a. That part of block group 1 consisting of blocks 0, 1, 2, |
| 2343 | 3, 19, 20, 21, 24, 25, 26, 30, 31, 32, 33, 34, 37, 38, 41, 42, |
| 2344 | 43, 44, 45, 48, and 49. |
| 2345 | 8. That part of tract 17.01 consisting of: |
| 2346 | a. That part of block group 2 consisting of blocks 0, 1, 2, |
| 2347 | 5, 6, 7, 8, 9, 10, 13, 14, and 15. |
| 2348 | b. That part of block group 3 consisting of blocks 0, 1, 2, |
| 2349 | 4, 5, 6, 8, 9, 10, 29, 30, and 31. |
| 2350 | 9. That part of tract 24.03 consisting of: |
| 2351 | a. That part of block group 1 consisting of blocks 0, 1, 2, |
| 2352 | 3, 4, 5, 6, 7, 8, 15, and 16. |
| 2353 | 10. That part of tract 24.04 consisting of: |
| 2354 | a. That part of block group 1 consisting of blocks 0, 1, 2, |
| 2355 | 3, 5, and 6. |
| 2356 | 11. That part of tract 25.02 consisting of: |
| 2357 | a. All of block group 1. |
| 2358 | b. That part of block group 3 consisting of blocks 0, 1, 2, |
| 2359 | 13, 14, 15, 16, 17, and 18. |

1/12/2022 12:50:08 PM                                598-01970-22

SEN-0000453

Florida Senate - 2022                                        COMMITTEE AMENDMENT
Bill No. SJR 100

 212004

2360    12. That part of tract 26.00 consisting of:
2361    a. That part of block group 2 consisting of blocks 0, 1, 2,
2362    3, 4, and 5.
2363    b. That part of block group 3 consisting of blocks 0, 1, 2,
2364    and 7.
2365    c. That part of block group 4 consisting of blocks 0 and 1.
2366    d. That part of block group 5 consisting of blocks 0, 1, 2,
2367    and 3.
2368    13. That part of tract 27.02 consisting of:
2369    a. That part of block group 1 consisting of blocks 0 and 1.
2370    14. That part of tract 40.00 consisting of:
2371    a. All of block group 1.
2372    b. All of block group 2.
2373    c. All of block group 3.
2374    d. All of block group 4.
2375    e. All of block group 6.
2376    15. That part of tract 97.04 consisting of:
2377    a. That part of block group 3 consisting of block 13.
2378    16. That part of tract 100.26 consisting of:
2379    a. That part of block group 1 consisting of blocks 0, 1, 2,
2380    3, 4, 5, 6, 7, 8, 9, 15, 16, 17, and 18.
2381    17. That part of tract 9900.00 consisting of:
2382    a. That part of block group 0 consisting of blocks 1 and 2.
2383    (36) District 36 is composed of:
2384    (a) That part of Miami-Dade County consisting of:
2385    1. All of tracts 6.01, 6.02, 6.03, 6.05, 6.07, 6.09, 6.10,
2386    6.11, 6.12, 7.05, 7.10, 7.11, 7.12, 7.13, 7.14, 7.15, 7.16,
2387    7.17, 7.18, 7.19, 7.20, 8.04, 8.05, 8.06, 8.07, 8.08, 9.04,
2388    9.05, 9.06, 9.07, 9.08, 16.03, 16.05, 16.06, 16.07, 16.08,

1/12/2022 12:50:08 PM                                        598-01970-22

SEN-0000454

 212004

2389  17.02, 17.04, 17.05, 47.01, 47.03, 47.04, 47.05, 90.20, 90.21,
2390  90.22, 90.39, 90.40, 90.43, 90.44, 90.48, 90.49, 90.50, 90.56,
2391  90.57, 90.58, 90.59, 90.60, 90.61, 90.62, 90.63, 90.64, 90.65,
2392  90.66, 92.00, 93.05, 93.12, 93.14, 93.15, 93.16, 93.17, 93.18,
2393  93.19, 93.20, 93.21, 93.22, 93.23, 93.24, 93.25, 93.26, 93.27,
2394  100.13, 100.15, 100.16, 100.17, 100.18, 116.01, 116.02, 117.01,
2395  117.02, 118.00, 119.00, 120.01, 120.02, 121.01, 121.02, 121.03,
2396  121.04, 121.05, 122.00, 123.01, 123.02, 124.01, 124.02, 125.01,
2397  125.02, 126.01, 126.02, 127.01, 127.02, 128.01, 128.02, 129.00,
2398  130.00, 131.00, 132.01, 132.02, 133.01, 133.02, 134.00, 135.00,
2399  136.00, 137.00, 138.01, 138.02, 139.00, 142.00, 143.00, 144.00,
2400  and 145.00.
2401       2. That part of tract 5.05 consisting of:
2402       a. All of block group 1.
2403       b. That part of block group 2 consisting of blocks 10, 19,
2404  20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 36, 37, 38, 39, 40,
2405  and 41.
2406       c. All of block group 3.
2407       3. That part of tract 5.08 consisting of:
2408       a. That part of block group 1 consisting of blocks 12, 13,
2409  14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, and 28.
2410       b. That part of block group 2 consisting of blocks 18, 19,
2411  22, 23, 24, 25, 26, 27, and 28.
2412       4. That part of tract 9.03 consisting of:
2413       a. That part of block group 1 consisting of blocks 4, 5, 6,
2414  7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 22, 23, 27, 28, 29,
2415  35, 36, 39, 40, 46, and 47.
2416       b. All of block group 2.
2417       5. That part of tract 17.01 consisting of:

SEN-0000455

 212004

| | |
|---|---|
| 2418 | a. All of block group 1. |
| 2419 | b. That part of block group 2 consisting of blocks 3, 4, |
| 2420 | 11, and 12. |
| 2421 | c. That part of block group 3 consisting of blocks 3, 7, |
| 2422 | 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, |
| 2423 | 27, 28, and 32. |
| 2424 | d. All of block group 4. |
| 2425 | 6. That part of tract 90.10 consisting of: |
| 2426 | a. All of block group 1. |
| 2427 | b. All of block group 2. |
| 2428 | c. That part of block group 3 consisting of blocks 0, 1, 2, |
| 2429 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, |
| 2430 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, |
| 2431 | 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, |
| 2432 | 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, |
| 2433 | 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, and 79. |
| 2434 | 7. That part of tract 90.28 consisting of: |
| 2435 | a. That part of block group 3 consisting of block 1. |
| 2436 | 8. That part of tract 91.02 consisting of: |
| 2437 | a. All of block group 1. |
| 2438 | b. That part of block group 2 consisting of blocks 0, 1, 2, |
| 2439 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, |
| 2440 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 33, 34, 35, 36, 37, and |
| 2441 | 38. |
| 2442 | 9. That part of tract 100.26 consisting of: |
| 2443 | a. That part of block group 1 consisting of blocks 10, 11, |
| 2444 | 12, 13, and 14. |
| 2445 | 10. That part of tract 124.03 consisting of: |
| 2446 | a. That part of block group 1 consisting of blocks 0, 1, 2, |

SEN-0000456

Florida Senate - 2022                    COMMITTEE AMENDMENT
Bill No. SJR 100

 212004

2447  3, 4, 5, 6, 7, 8, 9, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23,
2448  24, 25, 26, 27, 28, 29, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40,
2449  41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56,
2450  57, 58, 59, 60, 61, 62, 63, 64, 65, and 66.
2451        11. That part of tract 141.00 consisting of:
2452        a. That part of block group 1 consisting of blocks 0, 1, 2,
2453  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2454  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
2455  37, 38, 39, 44, 45, 46, and 47.
2456        12. That part of tract 9805.00 consisting of:
2457        a. That part of block group 1 consisting of blocks 0, 1, 2,
2458  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2459  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
2460  37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52,
2461  53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68,
2462  69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 95, 96,
2463  97, 98, 99, 101, 102, and 104.
2464        13. That part of tract 9811.00 consisting of:
2465        a. That part of block group 1 consisting of blocks 2, 3, 4,
2466  5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
2467  22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37,
2468  38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53,
2469  54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69,
2470  70, 71, 72, 73, 74, 75, and 76.
2471        (37) District 37 is composed of:
2472        (a) That part of Miami-Dade County consisting of:
2473        1. All of tracts 24.02, 25.01, 27.05, 27.07, 27.08, 27.09,
2474  27.10, 28.00, 29.00, 30.01, 30.04, 30.05, 30.06, 31.00, 34.00,
2475  36.03, 36.04, 36.05, 36.06, 36.07, 37.03, 37.04, 37.05, 37.06,

1/12/2022 12:50:08 PM                                598-01970-22

SEN-0000457

 212004

2476  37.07, 37.08, 37.09, 37.10, 41.02, 41.03, 41.05, 41.06, 42.04,
2477  42.05, 42.06, 42.07, 42.08, 43.01, 43.03, 43.04, 44.03, 44.04,
2478  44.05, 44.06, 45.00, 49.01, 49.03, 49.04, 50.02, 50.03, 50.04,
2479  51.02, 51.03, 51.04, 52.01, 52.02, 53.03, 53.04, 53.05, 53.06,
2480  54.03, 54.05, 54.06, 54.07, 54.09, 54.10, 55.03, 55.04, 55.05,
2481  55.06, 56.00, 57.01, 57.05, 57.06, 57.07, 57.08, 58.03, 58.04,
2482  58.05, 58.06, 59.01, 59.02, 59.03, 59.04, 60.02, 60.03, 60.04,
2483  61.03, 61.04, 61.05, 61.06, 62.01, 62.03, 62.05, 62.06, 63.02,
2484  63.03, 63.04, 64.01, 64.02, 64.03, 65.01, 65.03, 65.04, 66.03,
2485  66.04, 66.05, 66.06, 66.07, 66.08, 67.07, 67.09, 67.13, 67.14,
2486  67.16, 67.17, 67.18, 67.19, 67.20, 67.21, 69.01, 69.02, 70.03,
2487  70.04, 70.05, 70.06, 74.02, 88.07, 89.06, 89.07, 89.08, 89.09,
2488  89.10, 89.11, 90.14, 90.15, 90.24, 90.26, 90.27, 90.29, 90.30,
2489  90.31, 90.51, 90.52, 90.53, 90.54, 90.55, 91.01, 4901.00, and
2490  9810.00.
2491      2. That part of tract 24.03 consisting of:
2492      a. That part of block group 1 consisting of blocks 9, 10,
2493  11, 12, 13, 14, 17, 18, 19, 20, 21, 22, 23, 24, 25, and 26.
2494      b. All of block group 2.
2495      3. That part of tract 24.04 consisting of:
2496      a. That part of block group 1 consisting of blocks 4, 7, 8,
2497  9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, and 22.
2498      b. All of block group 2.
2499      c. All of block group 3.
2500      4. That part of tract 25.02 consisting of:
2501      a. All of block group 2.
2502      b. That part of block group 3 consisting of blocks 3, 4, 5,
2503  6, 7, 8, 9, 10, 11, 12, 19, 20, 21, 22, 23, 24, 25, and 26.
2504      5. That part of tract 26.00 consisting of:

SEN-0000458

Florida Senate - 2022                               COMMITTEE AMENDMENT
Bill No. SJR 100

 212004

2505          a. All of block group 1.
2506          b. That part of block group 2 consisting of blocks 6, 7, 8,
2507     9, 10, 11, 12, 13, 14, 15, 16, 17, 18, and 19.
2508          c. That part of block group 3 consisting of blocks 3, 4, 5,
2509     6, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, and 21.
2510          d. That part of block group 4 consisting of blocks 2, 3, 4,
2511     5, 6, 7, 8, 9, and 10.
2512          e. That part of block group 5 consisting of blocks 4, 5, 6,
2513     7, 8, 9, 10, 11, 12, 13, and 14.
2514          6. That part of tract 27.02 consisting of:
2515          a. That part of block group 1 consisting of blocks 2, 3, 4,
2516     5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
2517     22, 23, 24, 25, 26, and 27.
2518          b. All of block group 2.
2519          7. That part of tract 40.00 consisting of:
2520          a. All of block group 5.
2521          8. That part of tract 67.06 consisting of:
2522          a. That part of block group 1 consisting of block 1.
2523          9. That part of tract 67.15 consisting of:
2524          a. All of block group 1.
2525          b. All of block group 2.
2526          c. That part of block group 3 consisting of block 0.
2527          d. All of block group 4.
2528          10. That part of tract 67.22 consisting of:
2529          a. That part of block group 1 consisting of block 0.
2530          11. That part of tract 70.07 consisting of:
2531          a. All of block group 1.
2532          b. All of block group 3.
2533          12. That part of tract 77.08 consisting of:

1/12/2022 12:50:08 PM                              598-01970-22

SEN-0000459

 212004

2534      a. That part of block group 1 consisting of blocks 0, 1, 2,
2535 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, and 19.
2536      b. That part of block group 2 consisting of block 0.
2537      c. All of block group 3.
2538      13. That part of tract 77.09 consisting of:
2539      a. That part of block group 1 consisting of blocks 0, 1, 2,
2540 3, 4, and 9.
2541      b. All of block group 2.
2542      14. That part of tract 88.05 consisting of:
2543      a. All of block group 2.
2544      15. That part of tract 88.06 consisting of:
2545      a. All of block group 2.
2546      16. That part of tract 90.10 consisting of:
2547      a. That part of block group 3 consisting of block 80.
2548      17. That part of tract 90.28 consisting of:
2549      a. All of block group 1.
2550      b. All of block group 2.
2551      c. That part of block group 3 consisting of blocks 0, 2, 3,
2552 4, 5, 6, 7, 8, 9, 10, 11, 12, and 13.
2553      18. That part of tract 91.02 consisting of:
2554      a. That part of block group 2 consisting of blocks 31, 32,
2555 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, and 51.
2556      19. That part of tract 9804.00 consisting of:
2557      a. That part of block group 1 consisting of blocks 0, 1, 2,
2558 3, 4, 7, 15, 16, 17, 18, 19, and 21.
2559      20. That part of tract 9805.00 consisting of:
2560      a. That part of block group 1 consisting of blocks 83, 84,
2561 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 100, and 103.
2562      (38) District 38 is composed of:

SEN-0000460

 212004

2563        (a) That part of Broward County consisting of:
2564        1. All of tracts 101.02, 101.03, 102.01, 102.02, 108.00,
2565   109.01, 109.02, 110.00, 301.00, 302.01, 302.02, 302.03, 309.02,
2566   309.03, 309.04, 310.01, 310.02, 311.01, 311.02, 312.03, 312.04,
2567   312.05, 312.06, 312.07, 401.01, 401.02, 402.03, 402.04, 402.06,
2568   404.01, 404.02, 405.02, 405.03, 405.05, 405.06, 406.01, 406.02,
2569   407.01, 407.02, 418.01, 418.02, 419.00, 420.00, 421.00, 422.00,
2570   423.01, 424.00, 430.01, 431.00, 433.01, 433.02, 510.01, 510.02,
2571   801.02, 801.03, 801.04, 801.05, 802.00, 804.02, 804.03, 804.05,
2572   804.06, 805.00, 901.02, 901.03, 901.04, 902.00, 903.01, 903.03,
2573   903.04, 904.01, 904.03, 904.04, 905.02, 905.03, 905.04, 908.01,
2574   908.02, 909.00, 910.00, 911.00, 915.00, 916.01, 916.02, 917.01,
2575   917.02, 918.02, 918.03, 918.04, 919.01, 919.03, 919.04, 920.00,
2576   1001.03, 1001.04, 1001.05, 1001.06, 1001.07, 1001.08, 1002.01,
2577   1002.03, 1002.04, 1003.01, 1003.02, 1004.00, 1005.01, 1005.02,
2578   1006.00, 1007.00, 1008.01, 1008.03, 1008.04, 1105.01, 1105.02,
2579   1106.00, and 9900.00.
2580        2. That part of tract 101.04 consisting of:
2581        a. That part of block group 1 consisting of blocks 0, 1, 2,
2582   3, 4, 5, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, and
2583   20.
2584        b. All of block group 2.
2585        3. That part of tract 103.06 consisting of:
2586        a. All of block group 1.
2587        4. That part of tract 103.07 consisting of:
2588        a. That part of block group 2 consisting of blocks 26, 27,
2589   28, 29, 34, 35, and 36.
2590        5. That part of tract 107.02 consisting of:
2591        a. That part of block group 1 consisting of block 0.

1/12/2022 12:50:08 PM                              598-01970-22

SEN-0000461

Florida Senate - 2022                          COMMITTEE AMENDMENT
Bill No. SJR 100

 212004

2592        b. That part of block group 2 consisting of block 0.
2593        6. That part of tract 303.02 consisting of:
2594        a. That part of block group 3 consisting of block 0.
2595        b. That part of block group 4 consisting of blocks 0 and 2.
2596        7. That part of tract 304.01 consisting of:
2597        a. That part of block group 1 consisting of blocks 0 and 1.
2598        8. That part of tract 304.02 consisting of:
2599        a. That part of block group 1 consisting of blocks 0, 30,
2600   31, 32, 33, 35, and 36.
2601        b. That part of block group 3 consisting of blocks 6, 7,
2602   and 13.
2603        9. That part of tract 308.03 consisting of:
2604        a. All of block group 1.
2605        b. That part of block group 2 consisting of blocks 4, 5, 6,
2606   7, 8, 17, 18, 19, and 20.
2607        c. All of block group 3.
2608        10. That part of tract 308.04 consisting of:
2609        a. All of block group 1.
2610        b. That part of block group 2 consisting of blocks 0, 1, 2,
2611   3, 4, 5, 6, 18, and 19.
2612        11. That part of tract 402.05 consisting of:
2613        a. All of block group 1.
2614        b. All of block group 2.
2615        c. That part of block group 3 consisting of blocks 0, 1, 2,
2616   4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2617   and 21.
2618        12. That part of tract 403.00 consisting of:
2619        a. That part of block group 1 consisting of blocks 0, 1, 2,
2620   3, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, and 19.

1/12/2022 12:50:08 PM                          598-01970-22

SEN-0000462

Florida Senate - 2022                    COMMITTEE AMENDMENT
Bill No. SJR 100

 212004

2621        b. All of block group 2.
2622        c. All of block group 3.
2623        d. All of block group 4.
2624        13. That part of tract 423.02 consisting of:
2625        a. All of block group 1.
2626        b. That part of block group 2 consisting of blocks 0, 8, 9,
2627    10, 11, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27,
2628    28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, and 42.
2629        14. That part of tract 425.01 consisting of:
2630        a. That part of block group 1 consisting of blocks 0, 9,
2631    10, 13, 14, and 17.
2632        b. That part of block group 2 consisting of blocks 0, 1, 5,
2633    11, and 12.
2634        15. That part of tract 425.02 consisting of:
2635        a. That part of block group 1 consisting of blocks 0, 8, 9,
2636    10, 21, 22, and 31.
2637        b. That part of block group 2 consisting of blocks 0, 26,
2638    and 27.
2639        16. That part of tract 427.00 consisting of:
2640        a. All of block group 2.
2641        b. That part of block group 4 consisting of blocks 14, 15,
2642    16, 17, and 18.
2643        17. That part of tract 428.01 consisting of:
2644        a. That part of block group 1 consisting of blocks 27, 28,
2645    and 29.
2646        18. That part of tract 430.02 consisting of:
2647        a. That part of block group 1 consisting of blocks 12, 13,
2648    14, 15, 16, 17, 18, 19, and 20.
2649        b. All of block group 2.

1/12/2022 12:50:08 PM                              598-01970-22

SEN-0000463

 212004

```
2650        c. All of block group 3.
2651        d. All of block group 4.
2652        e. All of block group 5.
2653        f. That part of block group 6 consisting of blocks 3, 4, 5,
2654   7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, and
2655   23.
2656        19. That part of tract 506.01 consisting of:
2657        a. That part of block group 2 consisting of blocks 7 and 8.
2658        20. That part of tract 509.00 consisting of:
2659        a. All of block group 1.
2660        b. All of block group 2.
2661        c. All of block group 3.
2662        d. All of block group 4.
2663        e. That part of block group 5 consisting of blocks 0, 1, 2,
2664   3, 4, 5, 6, 7, 8, 9, 10, 12, 13, 14, 15, and 16.
2665        f. All of block group 6.
2666        21. That part of tract 610.01 consisting of:
2667        a. That part of block group 1 consisting of block 16.
2668        22. That part of tract 611.00 consisting of:
2669        a. All of block group 1.
2670        b. That part of block group 2 consisting of blocks 1, 2, 3,
2671   4, 5, 6, 7, 8, and 9.
2672        c. All of block group 3.
2673        d. That part of block group 4 consisting of blocks 0, 1, 2,
2674   3, 4, 5, 6, 7, 8, 9, 12, 13, 14, 15, 16, and 17.
2675        e. All of block group 5.
2676        23. That part of tract 701.02 consisting of:
2677        a. That part of block group 1 consisting of blocks 0, 1, 2,
2678   3, 4, 5, 22, 23, 24, 25, 26, 27, 28, and 29.
```

1/12/2022 12:50:08 PM                          598-01970-22

SEN-0000464

Florida Senate - 2022                    COMMITTEE AMENDMENT
Bill No. SJR 100

 212004

| | |
|---|---|
| 2679 | 24. That part of tract 701.03 consisting of: |
| 2680 | a. That part of block group 2 consisting of blocks 0, 16, |
| 2681 | and 17. |
| 2682 | 25. That part of tract 701.04 consisting of: |
| 2683 | a. That part of block group 1 consisting of blocks 0, 1, 2, |
| 2684 | 3, 4, 5, 6, 7, 8, 9, 10, 27, 28, 29, 30, 31, 32, 33, and 35. |
| 2685 | 26. That part of tract 906.02 consisting of: |
| 2686 | a. That part of block group 5 consisting of blocks 0, 12, |
| 2687 | and 13. |
| 2688 | 27. That part of tract 907.00 consisting of: |
| 2689 | a. That part of block group 1 consisting of block 0. |
| 2690 | 28. That part of tract 912.01 consisting of: |
| 2691 | a. That part of block group 1 consisting of block 0. |
| 2692 | 29. That part of tract 912.02 consisting of: |
| 2693 | a. That part of block group 1 consisting of block 0. |
| 2694 | 30. That part of tract 914.00 consisting of: |
| 2695 | a. All of block group 1. |
| 2696 | b. All of block group 2. |
| 2697 | c. All of block group 3. |
| 2698 | d. That part of block group 4 consisting of blocks 0, 1, 2, |
| 2699 | 3, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, and |
| 2700 | 20. |
| 2701 | 31. That part of tract 1101.00 consisting of: |
| 2702 | a. That part of block group 4 consisting of blocks 14, 15, |
| 2703 | 23, 24, 25, and 26. |
| 2704 | 32. That part of tract 1104.02 consisting of: |
| 2705 | a. That part of block group 2 consisting of block 0. |
| 2706 | 33. That part of tract 1104.04 consisting of: |
| 2707 | a. That part of block group 1 consisting of block 0. |

1/12/2022 12:50:08 PM                          598-01970-22

SEN-0000465

 212004

2708        (b)  That part of Miami-Dade County consisting of:
2709        1. All of tracts 1.07, 1.15, 1.18, 1.21, 1.22, 1.23, 1.25,
2710   1.26, 1.27, 1.29, 1.31, 1.34, 1.40, 1.41, 1.42, 1.43, 1.44,
2711   1.45, 1.46, 97.03, 97.05, and 97.06.
2712        2. That part of tract 1.28 consisting of:
2713        a. All of block group 1.
2714        b. All of block group 2.
2715        c. That part of block group 3 consisting of blocks 0, 1, 3,
2716   8, 9, 10, 11, 12, 13, and 14.
2717        3. That part of tract 1.30 consisting of:
2718        a. That part of block group 1 consisting of block 0.
2719        b. That part of block group 2 consisting of blocks 1 and 2.
2720        c. All of block group 3.
2721        d. All of block group 4.
2722        e. That part of block group 5 consisting of blocks 0 and 1.
2723        4. That part of tract 1.32 consisting of:
2724        a. That part of block group 1 consisting of blocks 0, 1,
2725   and 5.
2726        b. All of block group 2.
2727        c. All of block group 3.
2728        d. That part of block group 4 consisting of blocks 1, 3,
2729   and 4.
2730        e. All of block group 5.
2731        5. That part of tract 97.04 consisting of:
2732        a. All of block group 1.
2733        b. All of block group 2.
2734        c. That part of block group 3 consisting of blocks 0, 1, 2,
2735   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 14, 15, 16, and 17.
2736        d. All of block group 4.

Page 95 of 103

SEN-0000466

 212004

| | |
|---|---|
| 2737 | (39) District 39 is composed of: |
| 2738 | (a) All of Monroe County. |
| 2739 | (b) That part of Miami-Dade County consisting of: |
| 2740 | 1. All of tracts 87.03, 88.09, 88.10, 89.04, 101.93, |
| 2741 | 101.98, 103.02, 110.08, 110.09, 110.10, 110.14, 110.15, 111.03, |
| 2742 | 112.03, 112.05, 113.01, 113.02, 114.05, 114.06, 114.07, 114.08, |
| 2743 | 114.09, 114.10, 114.11, 114.12, 115.00, 146.01, 146.02, 147.01, |
| 2744 | 147.02, 148.00, 149.00, 150.01, 150.02, 151.01, 151.02, 151.03, |
| 2745 | 152.01, 152.02, 153.00, 154.00, 155.01, 155.02, 157.00, 158.00, |
| 2746 | 159.00, 160.00, 161.00, 162.00, 163.00, 164.01, 164.02, 165.01, |
| 2747 | 165.02, 166.00, 167.00, 168.00, 169.00, 170.00, 171.01, 171.02, |
| 2748 | 172.00, 173.00, 174.01, 174.02, 175.00, 176.00, 177.00, 178.00, |
| 2749 | 179.01, 179.02, 180.01, 180.02, 180.03, 181.00, 182.00, 183.00, |
| 2750 | 184.00, 185.00, 186.01, 186.02, 187.00, 188.01, 188.02, 188.03, |
| 2751 | 189.01, 189.02, 190.00, 191.00, 194.01, 195.01, 195.02, 196.00, |
| 2752 | 197.00, 198.01, 200.01, 200.02, 201.00, 9802.00, 9809.00, |
| 2753 | 9812.00, and 9813.00. |
| 2754 | 2. That part of tract 87.04 consisting of: |
| 2755 | a. All of block group 2. |
| 2756 | 3. That part of tract 88.08 consisting of: |
| 2757 | a. That part of block group 1 consisting of blocks 3, 4, 5, |
| 2758 | 6, 7, 8, 9, 10, 11, 12, 18, 19, 20, and 21. |
| 2759 | 4. That part of tract 102.01 consisting of: |
| 2760 | a. That part of block group 1 consisting of blocks 6, 7, 8, |
| 2761 | 9, 10, 20, 21, 22, 23, 24, 25, 26, 41, 42, 43, 44, 51, 52, 54, |
| 2762 | 55, 56, 57, and 73. |
| 2763 | 5. That part of tract 103.03 consisting of: |
| 2764 | a. All of block group 1. |
| 2765 | b. All of block group 3. |

SEN-0000467

Florida Senate - 2022                          COMMITTEE AMENDMENT
Bill No. SJR 100

 212004

2766        6. That part of tract 107.06 consisting of:
2767        a. That part of block group 1 consisting of blocks 11, 12,
2768 13, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51,
2769 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, and 63.
2770        b. That part of block group 2 consisting of block 14.
2771        7. That part of tract 110.03 consisting of:
2772        a. That part of block group 3 consisting of blocks 9, 10,
2773 11, 14, and 15.
2774        8. That part of tract 110.11 consisting of:
2775        a. That part of block group 1 consisting of block 17.
2776        b. That part of block group 2 consisting of blocks 4, 5, 6,
2777 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 18, 20, 21, 22, 23, 25, 26,
2778 27, 28, 29, 30, 31, 32, 33, 34, 35, and 36.
2779        9. That part of tract 110.12 consisting of:
2780        a. That part of block group 1 consisting of blocks 7 and 8.
2781        10. That part of tract 111.04 consisting of:
2782        a. That part of block group 1 consisting of blocks 0, 12,
2783 13, 14, 15, 16, and 17.
2784        b. All of block group 2.
2785        c. All of block group 3.
2786        d. That part of block group 4 consisting of blocks 2, 3, 4,
2787 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, and 16.
2788        11. That part of tract 111.06 consisting of:
2789        a. That part of block group 2 consisting of blocks 22, 25,
2790 26, 27, 28, 29, 30, 31, 32, 42, 43, 44, 45, 46, 47, 48, and 51.
2791        12. That part of tract 112.04 consisting of:
2792        a. That part of block group 1 consisting of blocks 5, 6, 7,
2793 8, 16, 19, 22, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
2794 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52,

1/12/2022 12:50:08 PM                          598-01970-22

SEN-0000468

Florida Senate - 2022                                    COMMITTEE AMENDMENT
Bill No. SJR 100



212004

2795   53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, and
2796   68.
2797         13. That part of tract 112.06 consisting of:
2798         a. All of block group 1.
2799         b. That part of block group 2 consisting of blocks 2, 3, 4,
2800   5, 6, 7, 12, 13, 14, 15, 16, 17, 23, 24, 25, 26, 27, 28, 29, 30,
2801   31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46,
2802   47, 48, 49, 50, 51, 52, 53, 54, 55, 56, and 57.
2803         14. That part of tract 124.03 consisting of:
2804         a. That part of block group 1 consisting of blocks 10, 11,
2805   12, and 30.
2806         15. That part of tract 141.00 consisting of:
2807         a. That part of block group 1 consisting of blocks 40, 41,
2808   42, and 43.
2809         16. That part of tract 192.00 consisting of:
2810         a. All of block group 1.
2811         b. That part of block group 2 consisting of blocks 0, 1, 2,
2812   3, 4, 6, 7, 8, 9, 10, 11, and 12.
2813         c. All of block group 3.
2814         17. That part of tract 194.02 consisting of:
2815         a. All of block group 1.
2816         b. That part of block group 2 consisting of blocks 1, 2, 3,
2817   4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2818   21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
2819   37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52,
2820   53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 65, and 66.
2821         18. That part of tract 198.02 consisting of:
2822         a. That part of block group 1 consisting of blocks 0, 1, 2,
2823   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,

1/12/2022 12:50:08 PM                                    598-01970-22

SEN-0000469

 212004

2824 | 22, 23, and 24.
2825 |       b. All of block group 2.
2826 |       19. That part of tract 202.00 consisting of:
2827 |       a. All of block group 1.
2828 |       20. That part of tract 9801.00 consisting of:
2829 |       a. That part of block group 1 consisting of blocks 3, 4, 5,
2830 | 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, and 21.
2831 |       21. That part of tract 9811.00 consisting of:
2832 |       a. That part of block group 1 consisting of blocks 0, 1,
2833 | 77, and 78.
2834 |       22. That part of tract 9900.00 consisting of:
2835 |       a. That part of block group 0 consisting of blocks 26, 27,
2836 | 31, 34, 35, 36, 37, and 38.
2837 |       (40) District 40 is composed of:
2838 |       (a) That part of Miami-Dade County consisting of:
2839 |       1. All of tracts 46.02, 46.05, 46.07, 46.08, 67.05, 68.01,
2840 | 68.02, 71.01, 71.03, 71.04, 72.00, 73.00, 74.01, 74.03, 75.01,
2841 | 75.03, 76.01, 76.03, 76.05, 76.07, 76.08, 76.09, 76.10, 77.04,
2842 | 77.05, 77.06, 77.07, 78.01, 78.05, 78.06, 78.07, 78.08, 78.09,
2843 | 79.01, 79.02, 80.00, 81.01, 81.02, 82.02, 82.05, 82.06, 82.07,
2844 | 82.08, 82.09, 83.05, 83.08, 83.09, 83.10, 83.11, 83.12, 83.13,
2845 | 83.14, 83.15, 84.09, 84.15, 84.16, 84.18, 84.19, 84.20, 84.21,
2846 | 84.22, 84.23, 84.24, 84.25, 84.26, 84.27, 84.28, 84.29, 84.30,
2847 | 84.31, 85.02, 85.03, 85.04, 86.01, 86.03, 86.04, 87.02, 102.05,
2848 | 102.07, 102.08, 102.09, 102.11, 102.12, 102.13, 102.14, 103.01,
2849 | 104.00, 105.01, 105.02, 106.04, 106.08, 106.09, 106.10, 106.13,
2850 | 106.18, 106.19, 106.20, 106.21, 106.22, 106.23, 106.24, 106.25,
2851 | 106.26, 107.05, 107.07, 107.08, 107.09, 107.10, 108.03, 108.04,
2852 | 108.05, 108.06, 109.00, 110.13, 111.05, 156.00, 193.01, 193.02,

1/12/2022 12:50:08 PM                            598-01970-22

SEN-0000470

Florida Senate - 2022                                    COMMITTEE AMENDMENT
Bill No. SJR 100

 212004

2853 | 199.01, 199.02, 203.00, 9803.00, 9806.00, and 9807.00.
2854 |     2. That part of tract 67.06 consisting of:
2855 |     a. That part of block group 1 consisting of blocks 0, 2, 3,
2856 | 4, 5, 6, 7, and 8.
2857 |     b. All of block group 2.
2858 |     c. That part of block group 3 consisting of block 0.
2859 |     3. That part of tract 67.15 consisting of:
2860 |     a. That part of block group 3 consisting of blocks 1, 2, 3,
2861 | 4, 5, and 6.
2862 |     4. That part of tract 70.07 consisting of:
2863 |     a. All of block group 2.
2864 |     5. That part of tract 77.08 consisting of:
2865 |     a. That part of block group 1 consisting of blocks 20 and
2866 | 21.
2867 |     b. That part of block group 2 consisting of blocks 1, 2, 3,
2868 | 4, 5, 6, and 7.
2869 |     6. That part of tract 77.09 consisting of:
2870 |     a. That part of block group 1 consisting of blocks 5, 6, 7,
2871 | 8, 10, 11, 12, 13, 14, 15, 16, 17, and 18.
2872 |     b. All of block group 3.
2873 |     7. That part of tract 87.04 consisting of:
2874 |     a. All of block group 1.
2875 |     8. That part of tract 88.05 consisting of:
2876 |     a. All of block group 1.
2877 |     b. All of block group 3.
2878 |     9. That part of tract 88.06 consisting of:
2879 |     a. All of block group 1.
2880 |     10. That part of tract 88.08 consisting of:
2881 |     a. That part of block group 1 consisting of blocks 0, 1, 2,

1/12/2022 12:50:08 PM                                    598-01970-22

SEN-0000471

Florida Senate - 2022                                COMMITTEE AMENDMENT
Bill No. SJR 100

 212004

2882 | 13, 14, 15, 16, 17, 22, 23, 24, 25, and 26.
2883 |        b. All of block group 2.
2884 |        11. That part of tract 102.01 consisting of:
2885 |        a. That part of block group 1 consisting of blocks 0, 1, 2,
2886 | 3, 4, 5, 11, 12, 13, 14, 15, 16, 17, 18, 19, 27, 28, 29, 30, 31,
2887 | 32, 33, 34, 35, 36, 37, 38, 39, 40, 45, 46, 47, 48, 49, 50, 53,
2888 | 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, and 72.
2889 |        b. All of block group 2.
2890 |        c. All of block group 3.
2891 |        12. That part of tract 103.03 consisting of:
2892 |        a. All of block group 2.
2893 |        13. That part of tract 107.06 consisting of:
2894 |        a. That part of block group 1 consisting of blocks 0, 1, 2,
2895 | 3, 4, 5, 6, 7, 8, 9, 10, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23,
2896 | 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, and 64.
2897 |        b. That part of block group 2 consisting of blocks 0, 1, 2,
2898 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 15, 16, 17, 18, 19, 20, 21,
2899 | 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37,
2900 | 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53,
2901 | 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, and 65.
2902 |        14. That part of tract 110.03 consisting of:
2903 |        a. All of block group 1.
2904 |        b. All of block group 2.
2905 |        c. That part of block group 3 consisting of blocks 0, 1, 2,
2906 | 3, 4, 5, 6, 7, 8, 12, 13, 16, 17, 18, 19, and 20.
2907 |        15. That part of tract 110.11 consisting of:
2908 |        a. That part of block group 1 consisting of blocks 0, 1, 2,
2909 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, and 18.
2910 |        b. That part of block group 2 consisting of blocks 0, 1, 2,

1/12/2022 12:50:08 PM                                        598-01970-22

SEN-0000472

 212004

```
2911  3, 17, 19, and 24.
2912        16. That part of tract 110.12 consisting of:
2913        a. That part of block group 1 consisting of blocks 0, 1, 2,
2914  3, 4, 5, 6, 9, 10, 11, 12, 13, 14, 15, and 16.
2915        b. All of block group 2.
2916        17. That part of tract 111.04 consisting of:
2917        a. That part of block group 1 consisting of blocks 1, 2, 3,
2918  4, 5, 6, 7, 8, 9, 10, and 11.
2919        b. That part of block group 4 consisting of blocks 0 and 1.
2920        18. That part of tract 111.06 consisting of:
2921        a. All of block group 1.
2922        b. That part of block group 2 consisting of blocks 0, 1, 2,
2923  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2924  21, 23, 24, 33, 34, 35, 36, 37, 38, 39, 40, 41, 49, 50, 52, 53,
2925  54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, and 66.
2926        19. That part of tract 112.04 consisting of:
2927        a. That part of block group 1 consisting of blocks 0, 1, 2,
2928  3, 4, 9, 10, 11, 12, 13, 14, 15, 17, 18, 20, 21, 23, and 24.
2929        20. That part of tract 112.06 consisting of:
2930        a. That part of block group 2 consisting of blocks 0, 1, 8,
2931  9, 10, 11, 18, 19, 20, 21, and 22.
2932        21. That part of tract 192.00 consisting of:
2933        a. That part of block group 2 consisting of block 5.
2934        22. That part of tract 194.02 consisting of:
2935        a. That part of block group 2 consisting of blocks 0 and
2936  64.
2937        23. That part of tract 198.02 consisting of:
2938        a. That part of block group 1 consisting of block 21.
2939        24. That part of tract 202.00 consisting of:
```

SEN-0000473

Florida Senate - 2022                                    COMMITTEE AMENDMENT
Bill No. SJR 100

 212004

```
2940        a. All of block group 2.
2941        b. All of block group 3.
2942        c. All of block group 4.
2943        25. That part of tract 9801.00 consisting of:
2944        a. That part of block group 1 consisting of blocks 0, 1,
2945   and 2.
2946        26. That part of tract 9804.00 consisting of:
2947        a. That part of block group 1 consisting of blocks 5, 6, 8,
2948   9, 10, 11, 12, 13, 14, 20, 22, 23, 24, 25, 26, 27, 28, and 29.
2949        27. That part of tract 9900.00 consisting of:
2950        a. That part of block group 0 consisting of blocks 3, 4, 5,
2951   6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22,
2952   23, 24, 25, 28, 29, 30, 32, and 33.
2953
2954   ================= T I T L E   A M E N D M E N T =================
2955   And the title is amended as follows:
2956        Delete line 3011
2957   and insert:
2958        Senate (plans _____ and S006S8054); adopting the
```

Page 103 of 103

1/12/2022 12:50:08 PM                                         598-01970-22

SEN-0000474

Florida Senate - 2022                              COMMITTEE AMENDMENT
Bill No. SJR 100

 444992

LEGISLATIVE ACTION

| Senate | . | House |
|--------|---|-------|
| Comm: RS | . | |
| 01/13/2022 | . | |
| | . | |
| | . | |
| | . | |

The Committee on Reapportionment (Rodrigues) recommended the
following:

1      **Senate Amendment to Amendment (360368) (with title**
2  **amendment)**
3
4      Delete lines 5 - 3005
5  and insert:
6      (1) District 1 is composed of:
7      (a) All of Escambia County.
8      (b) All of Santa Rosa County.
9      (c) That part of Okaloosa County consisting of:
10     1. All of tracts 201.0 and 201.02.

Page 1 of 106

1/12/2022 12:53:42 PM                              598-01971-22

SEN-0000475

 444992

```
11          2. That part of tract 202.00 consisting of:
12          a. That part of block group 1 consisting of blocks 0, 1, 2,
13   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
14   21, 22, 24, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38,
15   39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54,
16   55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70,
17   74, 76, 77, 78, 79, 89, 94, 95, 96, 97, 98, 99, 100, 101, 102,
18   103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114, 115,
19   116, 117, 144, 146, 147, 149, 151, and 152.
20          3. That part of tract 203.03 consisting of:
21          a. All of block group 2.
22          4. That part of tract 203.04 consisting of:
23          a. That part of block group 1 consisting of blocks 0, 1, 2,
24   3, 5, 6, 7, 27, and 29.
25          b. All of block group 2.
26          5. That part of tract 203.05 consisting of:
27          a. That part of block group 1 consisting of blocks 11, 13,
28   16, 18, 35, and 36.
29          6. That part of tract 205.00 consisting of:
30          a. That part of block group 1 consisting of blocks 2, 5, 6,
31   7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 21, 22, 23, 24, 25, 26,
32   27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 39, 40, 41, 42, 43,
33   44, 49, 50, 51, and 52.
34          b. That part of block group 2 consisting of blocks 0, 1, 2,
35   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
36   21, 22, 25, 26, 27, 28, 29, and 30.
37          c. That part of block group 3 consisting of blocks 0, 1, 2,
38   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
39   21, 22, 23, 26, 27, 28, 29, 30, 31, and 32.
```

Page 2 of 106

SEN-0000476

 444992

40          d. That part of block group 4 consisting of blocks 1, 2, 3,
41  4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 22, 23, 24, 25, 26, 27, 28,
42  29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 47, 48, 49,
43  50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 61, 62, 63, 64, 65, 66,
44  67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, and 78.
45          e. All of block group 5.
46          f. All of block group 6.
47          7. That part of tract 206.01 consisting of:
48          a. All of block group 1.
49          b. That part of block group 2 consisting of blocks 0, 1, 2,
50  3, 4, 5, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, and
51  31.
52          c. That part of block group 3 consisting of blocks 0, 1, 2,
53  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
54  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
55  37, 38, 39, 40, 41, 42, 43, 44, 68, 69, 70, and 72.
56          (2) District 2 is composed of:
57          (a) All of Bay County.
58          (b) All of Calhoun County.
59          (c) All of Holmes County.
60          (d) All of Jackson County.
61          (e) All of Walton County.
62          (f) All of Washington County.
63          (g) That part of Okaloosa County consisting of:
64          1. All of tracts 203.06, 204.00, 206.02, 207.01, 207.02,
65  208.00, 209.00, 210.01, 210.02, 211.01, 211.02, 212.00, 214.00,
66  215.01, 215.02, 216.00, 217.00, 218.01, 218.02, 219.01, 219.02,
67  220.01, 220.02, 221.00, 223.00, 224.00, 225.00, 226.00, 227.00,
68  228.00, 229.00, 231.00, 232.00, 233.03, 233.04, 233.05, 233.06,

SEN-0000477



||||||||||||||||||||||| 444992

69 | 233.07, 233.08, 9901.00, and 9902.00.
70 |     2. That part of tract 202.00 consisting of:
71 |     a. That part of block group 1 consisting of blocks 23, 25,
72 | 71, 72, 73, 75, 80, 81, 82, 83, 84, 85, 86, 87, 88, 90, 91, 92,
73 | 93, 118, 119, 120, 121, 122, 123, 124, 125, 126, 127, 128, 129,
74 | 130, 131, 132, 133, 134, 135, 136, 137, 138, 139, 140, 141, 142,
75 | 143, 145, 148, 150, and 153.
76 |     3. That part of tract 203.03 consisting of:
77 |     a. All of block group 1.
78 |     4. That part of tract 203.04 consisting of:
79 |     a. That part of block group 1 consisting of blocks 4, 8, 9,
80 | 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25,
81 | 26, and 28.
82 |     5. That part of tract 203.05 consisting of:
83 |     a. That part of block group 1 consisting of blocks 0, 1, 2,
84 | 3, 4, 5, 6, 7, 8, 9, 10, 12, 14, 15, 17, 19, 20, 21, 22, 23, 24,
85 | 25, 26, 27, 28, 29, 30, 31, 32, 33, and 34.
86 |     b. All of block group 2.
87 |     6. That part of tract 205.00 consisting of:
88 |     a. That part of block group 1 consisting of blocks 0, 1, 3,
89 | 4, 18, 19, 20, 38, 45, 46, 47, and 48.
90 |     b. That part of block group 2 consisting of blocks 23 and
91 | 24.
92 |     c. That part of block group 3 consisting of blocks 24 and
93 | 25.
94 |     d. That part of block group 4 consisting of blocks 0, 14,
95 | 15, 16, 17, 18, 19, 20, 21, 42, 43, 44, 45, 46, and 60.
96 |     7. That part of tract 206.01 consisting of:
97 |     a. That part of block group 2 consisting of blocks 6, 7, 8,

SEN-0000478

Florida Senate - 2022                                    COMMITTEE AMENDMENT
Bill No. SJR 100

 444992

| | |
|---|---|
| 98 | 9, 10, 11, 12, 13, 14, 15, 16, 17, 32, 33, 34, 35, 36, 37, 38, |
| 99 | 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, |
| 100 | and 55. |
| 101 | b. That part of block group 3 consisting of blocks 45, 46, |
| 102 | 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, |
| 103 | 63, 64, 65, 66, 67, and 71. |
| 104 | (3) District 3 is composed of: |
| 105 | (a) All of Dixie County. |
| 106 | (b) All of Franklin County. |
| 107 | (c) All of Gadsden County. |
| 108 | (d) All of Gulf County. |
| 109 | (e) All of Hamilton County. |
| 110 | (f) All of Jefferson County. |
| 111 | (g) All of Lafayette County. |
| 112 | (h) All of Leon County. |
| 113 | (i) All of Liberty County. |
| 114 | (j) All of Madison County. |
| 115 | (k) All of Suwannee County. |
| 116 | (l) All of Taylor County. |
| 117 | (m) All of Wakulla County. |
| 118 | (4) District 4 is composed of: |
| 119 | (a) All of Nassau County. |
| 120 | (b) That part of Duval County consisting of: |
| 121 | 1. All of tracts 101.01, 101.05, 101.06, 101.07, 102.04, |
| 122 | 103.01, 105.01, 105.02, 106.02, 138.00, 139.01, 139.02, 139.04, |
| 123 | 139.05, 139.06, 140.01, 140.02, 141.01, 141.03, 141.04, 142.03, |
| 124 | 142.04, 142.05, 142.06, 143.11, 143.12, 143.28, 143.29, 143.30, |
| 125 | 143.31, 143.33, 143.34, 143.35, 143.36, 143.38, 143.39, 143.40, |
| 126 | 143.41, 143.42, 143.43, 143.44, 144.08, 144.13, 144.14, 144.15, |

1/12/2022 12:53:42 PM                                    598-01971-22

SEN-0000479

 444992

127  144.16, 144.17, 144.18, 144.19, 144.20, 144.21, 144.22, 144.23,
128  144.24, 144.25, 144.26, 144.27, 144.28, 145.00, 159.22, 167.11,
129  167.24, 167.25, 167.26, 167.27, 167.28, 167.29, 167.30, 167.31,
130  168.01, 168.03, 168.04, 168.07, 168.08, 168.09, 168.10, 168.11,
131  168.12, 168.13, and 9900.00.
132      2. That part of tract 101.04 consisting of:
133      a. All of block group 1.
134      b. That part of block group 2 consisting of blocks 0, 1, 2,
135  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
136  21, 23, and 24.
137      c. That part of block group 3 consisting of blocks 0, 1, 2,
138  3, 4, 12, 13, 14, 15, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29,
139  30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45,
140  46, 47, 48, 49, 50, 51, 53, 54, 55, 56, 63, 67, 68, 69, 70, 71,
141  72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, and 86.
142      3. That part of tract 102.03 consisting of:
143      a. That part of block group 1 consisting of blocks 0, 1, 2,
144  3, 4, 5, 6, 7, and 16.
145      b. All of block group 2.
146      c. That part of block group 3 consisting of blocks 0, 1, 2,
147  3, 4, 5, and 6.
148      d. That part of block group 4 consisting of blocks 0, 1, 2,
149  3, 4, 5, 6, 7, and 8.
150      4. That part of tract 106.01 consisting of:
151      a. That part of block group 1 consisting of blocks 0, 1, 2,
152  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
153  21, 22, 23, 24, 25, 26, 27, and 28.
154      b. That part of block group 2 consisting of blocks 0, 1, 2,
155  3, 4, 5, 6, 7, 16, 37, and 38.

1/12/2022 12:53:42 PM                                    598-01971-22

SEN-0000480

Florida Senate - 2022                    COMMITTEE AMENDMENT
Bill No. SJR 100

 444992

156        5. That part of tract 117.00 consisting of:
157        a. That part of block group 1 consisting of blocks 27, 28,
158   29, 30, 31, 32, 33, 34, 35, 36, 37, 38, and 39.
159        6. That part of tract 119.01 consisting of:
160        a. That part of block group 1 consisting of blocks 1, 2, 3,
161   4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
162   21, 22, 23, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38,
163   39, 40, 42, 43, 44, 45, 46, and 47.
164        b. That part of block group 2 consisting of blocks 0, 1, 2,
165   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
166   22, 23, 24, and 25.
167        c. That part of block group 3 consisting of blocks 1, 2, 3,
168   4, 5, 6, 7, 8, 9, 10, 11, 13, 14, 15, 16, 17, 18, 19, 20, 21,
169   22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37,
170   38, 39, 40, and 41.
171        d. That part of block group 4 consisting of blocks 0, 1, 2,
172   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 19, 20, 21, 22, 23,
173   24, 25, 26, 27, and 28.
174        e. All of block group 5.
175        7. That part of tract 137.23 consisting of:
176        a. That part of block group 2 consisting of blocks 2 and
177   13.
178        b. That part of block group 3 consisting of blocks 13, 14,
179   15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 28, 29, 30, 31, and 32.
180        8. That part of tract 137.32 consisting of:
181        a. That part of block group 2 consisting of blocks 12 and
182   13.
183        9. That part of tract 137.33 consisting of:
184        a. That part of block group 2 consisting of blocks 12, 13,

1/12/2022 12:53:42 PM                          598-01971-22

SEN-0000481

 444992

185 | 14, and 15.
186 |      10. That part of tract 146.01 consisting of:
187 |      a. All of block group 1.
188 |      b. That part of block group 2 consisting of blocks 6, 7, 8,
189 | and 9.
190 |      c. That part of block group 3 consisting of blocks 0, 1, 2,
191 | 3, 5, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25,
192 | and 26.
193 |      d. All of block group 4.
194 |      11. That part of tract 146.03 consisting of:
195 |      a. All of block group 1.
196 |      b. That part of block group 2 consisting of blocks 0, 1, 2,
197 | 3, 6, 7, 8, 9, 10, 11, 13, and 14.
198 |      c. All of block group 3.
199 |      d. All of block group 4.
200 |      12. That part of tract 146.04 consisting of:
201 |      a. That part of block group 1 consisting of blocks 0, 1, 2,
202 | 3, 4, 5, 6, 7, 8, 9, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30,
203 | 31, 32, and 33.
204 |      b. All of block group 2.
205 |      c. All of block group 3.
206 |      13. That part of tract 149.02 consisting of:
207 |      a. That part of block group 4 consisting of block 9.
208 |      14. That part of tract 150.01 consisting of:
209 |      a. That part of block group 1 consisting of block 0.
210 |      15. That part of tract 166.03 consisting of:
211 |      a. That part of block group 2 consisting of blocks 21 and
212 | 22.
213 |      16. That part of tract 173.00 consisting of:

SEN-0000482

 444992

214          a. That part of block group 1 consisting of blocks 0, 1, 2,
215   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
216   21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
217   40, 41, 42, 43, and 44.
218          b. That part of block group 2 consisting of blocks 2, 3, 4,
219   5, 6, 7, 8, 9, 10, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24,
220   25, 26, 27, 28, 29, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41,
221   42, 43, 44, 45, 46, 47, and 48.
222          c. All of block group 3.
223          d. All of block group 4.
224          (5) District 5 is composed of:
225          (a) All of Baker County.
226          (b) All of Bradford County.
227          (c) All of Clay County.
228          (d) All of Columbia County.
229          (e) All of Gilchrist County.
230          (f) All of Union County.
231          (g) That part of Alachua County consisting of:
232          1. All of tracts 3.01, 3.02, 4.00, 9.01, 9.02, 10.00,
233   11.00, 12.01, 12.02, 12.03, 15.22, 16.05, 17.01, 17.02, 18.02,
234   18.03, 18.11, 18.13, 18.15, 18.16, 18.17, 18.18, 18.19, 19.07,
235   19.08, 22.01, and 22.04.
236          2. That part of tract 2.01 consisting of:
237          a. All of block group 1.
238          b. All of block group 2.
239          c. That part of block group 3 consisting of blocks 0, 1, 2,
240   3, 4, 5, 6, 7, 8, 9, 10, 11, 14, and 16.
241          d. That part of block group 4 consisting of blocks 1, 2, 7,
242   and 8.

1/12/2022 12:53:42 PM                          598-01971-22

SEN-0000483

 444992

243       3. That part of tract 2.02 consisting of:
244       a. That part of block group 2 consisting of blocks 5 and
245  18.
246       b. That part of block group 3 consisting of blocks 4 and 8.
247       4. That part of tract 5.00 consisting of:
248       a. That part of block group 1 consisting of blocks 0, 1, 2,
249  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
250  21, 22, 23, 24, 25, 26, 27, 28, 29, 36, 48, 49, 50, 51, 52, 53,
251  54, and 55.
252       b. All of block group 2.
253       c. All of block group 3.
254       d. All of block group 4.
255       e. All of block group 5.
256       5. That part of tract 8.09 consisting of:
257       a. That part of block group 1 consisting of blocks 0, 1,
258  16, 17, 18, 20, and 21.
259       6. That part of tract 15.14 consisting of:
260       a. All of block group 1.
261       b. That part of block group 2 consisting of blocks 0 and 5.
262       7. That part of tract 15.15 consisting of:
263       a. That part of block group 3 consisting of blocks 0 and 5.
264       b. That part of block group 4 consisting of block 0.
265       8. That part of tract 15.19 consisting of:
266       a. That part of block group 1 consisting of blocks 0, 10,
267  and 11.
268       9. That part of tract 19.02 consisting of:
269       a. All of block group 1.
270       b. That part of block group 2 consisting of blocks 0, 1, 2,
271  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 19, 20, 21,

1/12/2022 12:53:42 PM                              598-01971-22

SEN-0000484

 444992

272 | 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, and 59.
273 |     10. That part of tract 20.02 consisting of:
274 |     a. That part of block group 1 consisting of block 15.
275 |     b. That part of block group 2 consisting of blocks 0, 1,
276 | and 2.
277 |     11. That part of tract 22.02 consisting of:
278 |     a. That part of block group 1 consisting of blocks 0, 1,
279 | 15, 16, 21, 22, and 33.
280 |     b. That part of block group 3 consisting of blocks 0, 1, 2,
281 | 3, 4, 5, 6, 7, 8, 9, 10, and 11.
282 |     12. That part of tract 22.07 consisting of:
283 |     a. That part of block group 1 consisting of blocks 0, 1, 2,
284 | and 3.
285 |     13. That part of tract 22.08 consisting of:
286 |     a. That part of block group 1 consisting of blocks 0, 1, 2,
287 | 3, 4, and 5.
288 |     14. That part of tract 22.10 consisting of:
289 |     a. All of block group 3.
290 |     15. That part of tract 22.17 consisting of:
291 |     a. That part of block group 3 consisting of blocks 0, 3, 4,
292 | and 6.
293 |     16. That part of tract 22.19 consisting of:
294 |     a. That part of block group 1 consisting of block 0.
295 |     b. That part of block group 2 consisting of block 0.
296 |     (6) District 6 is composed of:
297 |     (a) That part of Duval County consisting of:
298 |     1. All of tracts 1.01, 1.02, 2.00, 3.00, 6.00, 7.00, 8.00,
299 | 10.00, 11.00, 12.00, 13.00, 14.01, 14.02, 15.00, 16.00, 21.01,
300 | 21.02, 22.00, 23.00, 24.00, 25.01, 25.02, 26.00, 27.01, 27.02,

SEN-0000485

Florida Senate - 2022                              COMMITTEE AMENDMENT
Bill No. SJR 100

 444992

301  28.01, 28.02, 29.01, 29.02, 102.02, 103.05, 103.06, 103.07,
302  103.08, 104.01, 104.02, 105.03, 107.00, 108.00, 109.00, 110.00,
303  111.00, 112.00, 113.00, 114.00, 115.00, 116.00, 118.00, 119.03,
304  119.04, 119.05, 120.00, 121.00, 122.01, 122.02, 123.00, 124.00,
305  125.00, 126.01, 126.02, 127.02, 127.03, 127.04, 128.00, 129.00,
306  130.00, 131.00, 132.00, 133.01, 133.02, 134.02, 134.03, 134.04,
307  135.02, 135.04, 135.22, 135.23, 135.24, 135.25, 135.26, 137.28,
308  137.29, 137.30, 137.31, 147.02, 147.03, 147.04, 148.00, 149.01,
309  150.02, 151.00, 152.00, 153.00, 154.00, 155.01, 155.02, 156.00,
310  157.01, 157.02, 158.03, 158.04, 158.05, 158.06, 159.24, 159.25,
311  159.26, 159.27, 159.28, 159.29, 160.01, 160.02, 161.01, 161.02,
312  162.00, 163.00, 164.00, 165.00, 166.04, 166.05, 166.06, 171.01,
313  171.02, 172.00, and 174.00.
314      2. That part of tract 101.04 consisting of:
315      a. That part of block group 2 consisting of block 22.
316      b. That part of block group 3 consisting of blocks 5, 6, 7,
317  8, 9, 10, 11, 16, 17, 18, 19, 52, 57, 58, 59, 60, 61, 62, 64,
318  65, 66, and 85.
319      3. That part of tract 102.03 consisting of:
320      a. That part of block group 1 consisting of blocks 8, 9,
321  10, 11, 12, 13, 14, 15, and 17.
322      b. That part of block group 3 consisting of blocks 7, 8, 9,
323  10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, and
324  25.
325      c. That part of block group 4 consisting of blocks 9, 10,
326  and 11.
327      4. That part of tract 106.01 consisting of:
328      a. That part of block group 1 consisting of blocks 29 and
329  30.

Page 12 of 106

SEN-0000486

Florida Senate - 2022                          COMMITTEE AMENDMENT
Bill No. SJR 100

 444992

```
330        b. That part of block group 2 consisting of blocks 8, 9,
331   10, 11, 12, 13, 14, 15, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26,
332   27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 39, 40, 41, and 42.
333        5. That part of tract 117.00 consisting of:
334        a. That part of block group 1 consisting of blocks 0, 1, 2,
335   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
336   21, 22, 23, 24, 25, 26, and 40.
337        b. All of block group 2.
338        6. That part of tract 119.01 consisting of:
339        a. That part of block group 1 consisting of blocks 0, 24,
340   25, and 41.
341        b. That part of block group 2 consisting of block 21.
342        c. That part of block group 3 consisting of blocks 0 and
343   12.
344        d. That part of block group 4 consisting of blocks 16, 17,
345   and 18.
346        7. That part of tract 137.23 consisting of:
347        a. All of block group 1.
348        b. That part of block group 2 consisting of blocks 0, 1, 3,
349   4, 5, 6, 7, 8, 9, 10, 11, and 12.
350        c. That part of block group 3 consisting of blocks 0, 1, 2,
351   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 25, 26, 27, 33, 34, and 35.
352        d. All of block group 4.
353        8. That part of tract 137.32 consisting of:
354        a. All of block group 1.
355        b. That part of block group 2 consisting of blocks 0, 1, 2,
356   3, 4, 5, 6, 7, 8, 9, 10, and 11.
357        9. That part of tract 137.33 consisting of:
358        a. All of block group 1.
```

1/12/2022 12:53:42 PM                          598-01971-22

SEN-0000487

Florida Senate - 2022                                    COMMITTEE AMENDMENT
Bill No. SJR 100

 444992

359       b. That part of block group 2 consisting of blocks 0, 1, 2,
360  3, 4, 5, 6, 7, 8, 9, 10, and 11.
361       10. That part of tract 146.01 consisting of:
362       a. That part of block group 2 consisting of blocks 0, 1, 2,
363  3, 4, 5, 10, 11, 12, 13, 14, 15, 16, 17, and 18.
364       b. That part of block group 3 consisting of blocks 4, 6, 7,
365  8, 9, 10, and 11.
366       11. That part of tract 146.03 consisting of:
367       a. That part of block group 2 consisting of blocks 4, 5,
368  and 12.
369       12. That part of tract 146.04 consisting of:
370       a. That part of block group 1 consisting of blocks 10, 11,
371  12, 13, 14, 15, 16, 17, 18, and 19.
372       13. That part of tract 149.02 consisting of:
373       a. All of block group 1.
374       b. All of block group 2.
375       c. All of block group 3.
376       d. That part of block group 4 consisting of blocks 0, 1, 2,
377  3, 4, 5, 6, 7, and 8.
378       14. That part of tract 150.01 consisting of:
379       a. That part of block group 1 consisting of blocks 1, 2, 3,
380  4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, and 19.
381       b. All of block group 2.
382       c. All of block group 3.
383       d. All of block group 4.
384       15. That part of tract 166.03 consisting of:
385       a. All of block group 1.
386       b. That part of block group 2 consisting of blocks 0, 1, 2,
387  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,

1/12/2022 12:53:42 PM                                    598-01971-22

SEN-0000488

 444992

388 | 23, 24, 25, 26, 27, and 28.
389 |     16. That part of tract 173.00 consisting of:
390 |     a. That part of block group 1 consisting of blocks 37, 38,
391 | and 39.
392 |     b. That part of block group 2 consisting of blocks 0, 1,
393 | 11, 12, 13, and 30.
394 |     (7) District 7 is composed of:
395 |     (a) All of Flagler County.
396 |     (b) All of Putnam County.
397 |     (c) All of St Johns County.
398 |     (d) That part of Volusia County consisting of:
399 |     1. All of tracts 801.01, 801.02, 802.01, 802.02, 803.00,
400 | 804.00, 805.00, 806.00, 807.00, 808.03, 808.06, 808.07, 809.01,
401 | 809.02, 810.01, 810.02, 811.01, 811.02, and 832.03.
402 |     2. That part of tract 808.05 consisting of:
403 |     a. That part of block group 2 consisting of blocks 16, 17,
404 | 18, 24, 25, 34, and 35.
405 |     b. That part of block group 3 consisting of blocks 0, 34,
406 | 42, 43, 45, and 47.
407 |     3. That part of tract 812.01 consisting of:
408 |     a. All of block group 1.
409 |     b. All of block group 3.
410 |     4. That part of tract 815.00 consisting of:
411 |     a. That part of block group 2 consisting of blocks 0, 1, 2,
412 | 3, 7, and 8.
413 |     5. That part of tract 816.00 consisting of:
414 |     a. That part of block group 1 consisting of blocks 0, 1, 2,
415 | 3, 4, 7, 8, 14, 15, 16, and 17.
416 |     b. That part of block group 2 consisting of blocks 0, 1, 2,

SEN-0000489

 444992

417 | 3, 4, 5, 6, 7, 8, 9, 10, and 11.
418 |     6. That part of tract 817.01 consisting of:
419 |     a. That part of block group 1 consisting of blocks 0, 3, 4,
420 | 6, and 28.
421 |     7. That part of tract 817.02 consisting of:
422 |     a. That part of block group 2 consisting of blocks 0, 1, 2,
423 | and 13.
424 |     8. That part of tract 901.01 consisting of:
425 |     a. All of block group 2.
426 |     b. All of block group 3.
427 |     9. That part of tract 901.02 consisting of:
428 |     a. All of block group 1.
429 |     b. That part of block group 2 consisting of blocks 0, 1, 2,
430 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
431 | 21, 22, 23, 24, 25, 26, 27, and 28.
432 |     c. All of block group 3.
433 |     10. That part of tract 9900.00 consisting of:
434 |     a. That part of block group 0 consisting of blocks 1, 2, 3,
435 | 4, 5, 6, 7, 8, 9, and 11.
436 |     (8) District 8 is composed of:
437 |     (a) All of Levy County.
438 |     (b) All of Marion County.
439 |     (c) That part of Alachua County consisting of:
440 |     1. All of tracts 6.00, 7.00, 8.06, 8.08, 14.00, 15.16,
441 | 15.17, 20.01, 21.01, 21.02, 22.09, 22.18, 22.20, 22.21, 22.22,
442 | and 1108.00.
443 |     2. That part of tract 2.01 consisting of:
444 |     a. That part of block group 3 consisting of blocks 12, 13,
445 | 15, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, and 28.

1/12/2022 12:53:42 PM                              598-01971-22

SEN-0000490

 444992

446      b. That part of block group 4 consisting of blocks 0, 3, 4,
447  5, 6, 9, and 10.
448      3. That part of tract 2.02 consisting of:
449      a. All of block group 1.
450      b. That part of block group 2 consisting of blocks 0, 1, 2,
451  3, 4, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, and 17.
452      c. That part of block group 3 consisting of blocks 0, 1, 2,
453  3, 5, 6, 7, 9, 10, 11, 12, 13, and 14.
454      4. That part of tract 5.00 consisting of:
455      a. That part of block group 1 consisting of blocks 30, 31,
456  32, 33, 34, 35, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 56,
457  57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72,
458  73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88,
459  89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103,
460  104, 105, 106, 107, 108, 109, 110, and 111.
461      5. That part of tract 8.09 consisting of:
462      a. That part of block group 1 consisting of blocks 2, 3, 4,
463  5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 19, 22, 23, 24, 25, 26,
464  27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, and 38.
465      6. That part of tract 15.14 consisting of:
466      a. That part of block group 2 consisting of blocks 1, 2, 3,
467  and 4.
468      7. That part of tract 15.15 consisting of:
469      a. All of block group 1.
470      b. All of block group 2.
471      c. That part of block group 3 consisting of blocks 1, 2, 3,
472  4, 6, and 7.
473      d. That part of block group 4 consisting of blocks 1, 2, 3,
474  4, 5, 6, and 7.

1/12/2022 12:53:42 PM                                      598-01971-22

SEN-0000491

 444992

475        8. That part of tract 15.19 consisting of:

476        a. That part of block group 1 consisting of blocks 1, 2, 3,

477   4, 5, 6, 7, 8, 9, and 12.

478        9. That part of tract 19.02 consisting of:

479        a. That part of block group 2 consisting of blocks 18, 34,

480   35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50,

481   51, 52, 53, 54, 55, 56, 57, 58, and 60.

482        10. That part of tract 20.02 consisting of:

483        a. That part of block group 1 consisting of blocks 0, 1, 2,

484   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 16, 17, 18, 19, 20, 21,

485   22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37,

486   38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, and

487   53.

488        b. That part of block group 2 consisting of blocks 3, 4, 5,

489   6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22,

490   23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38,

491   39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54,

492   55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70,

493   71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86,

494   87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101,

495   102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114,

496   115, 116, 117, 118, 119, 120, 121, 122, 123, 124, 125, 126, 127,

497   128, 129, 130, 131, 132, 133, 134, 135, 136, 137, 138, 139, 140,

498   141, 142, 143, 144, 145, 146, 147, 148, 149, 150, 151, 152, 153,

499   154, 155, 156, 157, 158, 159, 160, 161, 162, 163, 164, 165, 166,

500   167, 168, 169, 170, 171, 172, 173, 174, 175, 176, 177, 178, 179,

501   180, 181, 182, 183, 184, 185, and 186.

502        c. All of block group 3.

503        11. That part of tract 22.02 consisting of:

SEN-0000492

Florida Senate - 2022                     COMMITTEE AMENDMENT
Bill No. SJR 100

 444992

504 |     a. That part of block group 1 consisting of blocks 2, 3, 4,
505 | 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 17, 18, 19, 20, 23, 24, 25,
506 | 26, 27, 28, 29, 30, 31, 32, 34, 35, 36, 37, 38, 39, 40, 41, 42,
507 | 43, 44, 45, 46, 47, 48, and 49.
508 |     b. All of block group 2.
509 |     c. That part of block group 3 consisting of blocks 12, 13,
510 | 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29,
511 | 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45,
512 | 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61,
513 | 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, and 76.
514 |     12. That part of tract 22.07 consisting of:
515 |     a. That part of block group 1 consisting of blocks 4, 5, 6,
516 | 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, and
517 | 23.
518 |     b. All of block group 2.
519 |     13. That part of tract 22.08 consisting of:
520 |     a. That part of block group 1 consisting of blocks 6, 7, 8,
521 | 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, and 21.
522 |     b. All of block group 2.
523 |     14. That part of tract 22.10 consisting of:
524 |     a. All of block group 1.
525 |     b. All of block group 2.
526 |     15. That part of tract 22.17 consisting of:
527 |     a. All of block group 1.
528 |     b. All of block group 2.
529 |     c. That part of block group 3 consisting of blocks 1, 2, 5,
530 | 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, and 21.
531 |     16. That part of tract 22.19 consisting of:
532 |     a. That part of block group 1 consisting of blocks 1, 2, 3,

1/12/2022 12:53:42 PM                          598-01971-22

SEN-0000493

 444992

533 | 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
534 | 21, 22, 23, 24, 25, and 26.
535 |     b. That part of block group 2 consisting of blocks 1, 2, 3,
536 | 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
537 | 21, 22, 23, and 24.
538 |     c. All of block group 3.
539 |     (9) District 9 is composed of:
540 |     (a) All of Seminole County.
541 |     (b) That part of Orange County consisting of:
542 |     1. All of tracts 155.01, 156.01, 156.02, 157.01, 157.02,
543 | 158.01, 158.02, 159.01, 160.01, 160.02, 161.00, and 190.00.
544 |     2. That part of tract 108.02 consisting of:
545 |     a. That part of block group 1 consisting of block 7.
546 |     b. That part of block group 2 consisting of blocks 0, 1, 2,
547 | and 3.
548 |     c. That part of block group 3 consisting of blocks 0, 1, 2,
549 | and 3.
550 |     3. That part of tract 127.01 consisting of:
551 |     a. That part of block group 1 consisting of block 0.
552 |     b. That part of block group 3 consisting of blocks 0 and 1.
553 |     4. That part of tract 128.00 consisting of:
554 |     a. That part of block group 1 consisting of blocks 1, 2, 3,
555 | 4, 5, 6, 7, 8, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23,
556 | 24, and 25.
557 |     b. All of block group 2.
558 |     c. All of block group 3.
559 |     5. That part of tract 152.03 consisting of:
560 |     a. That part of block group 1 consisting of blocks 0, 1, 2,
561 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,

1/12/2022 12:53:42 PM                        598-01971-22

SEN-0000494

Florida Senate – 2022                         COMMITTEE AMENDMENT
Bill No. SJR 100

 444992

562 | 21, 22, 23, 24, 25, 26, 27, 30, 31, 32, 33, 34, and 39.
563 |     6. That part of tract 152.04 consisting of:
564 |     a. That part of block group 1 consisting of blocks 0, 1, 2,
565 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
566 | 21, 22, 23, 24, 25, 26, and 27.
567 |     b. All of block group 2.
568 |     c. All of block group 3.
569 |     7. That part of tract 162.00 consisting of:
570 |     a. That part of block group 1 consisting of blocks 0, 1, 2,
571 | 3, 4, 5, 6, 7, 8, 9, 10, 12, and 13.
572 |     b. All of block group 2.
573 |     c. All of block group 3.
574 |     d. All of block group 4.
575 |     8. That part of tract 163.01 consisting of:
576 |     a. That part of block group 1 consisting of blocks 1, 2, 3,
577 | 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
578 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
579 | 37, 38, 39, and 40.
580 |     b. All of block group 2.
581 |     c. That part of block group 3 consisting of blocks 1, 2, 3,
582 | 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, and 17.
583 |     9. That part of tract 180.00 consisting of:
584 |     a. That part of block group 1 consisting of block 1.
585 |     b. That part of block group 2 consisting of blocks 0, 1, 2,
586 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
587 | 21, 22, 23, 24, 26, 27, 28, 35, 36, 37, 38, 41, 42, 45, 46, 47,
588 | 48, 49, 50, 51, 52, 53, 54, 55, and 56.
589 |     10. That part of tract 182.03 consisting of:
590 |     a. That part of block group 1 consisting of blocks 1 and 2.

1/12/2022 12:53:42 PM                              598-01971-22

SEN-0000495

Florida Senate - 2022                                    COMMITTEE AMENDMENT
Bill No. SJR 100

 444992

591          11. That part of tract 188.00 consisting of:
592          a. That part of block group 1 consisting of blocks 0, 1, 2,
593    3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
594    21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
595    37, 38, and 42.
596          b. All of block group 2.
597          (10) District 10 is composed of:
598          (a) All of Citrus County.
599          (b) All of Hernando County.
600          (c) All of Sumter County.
601          (d) That part of Pasco County consisting of:
602          1. All of tracts 301.01, 301.02, 302.02, 311.01, 311.03,
603    311.04, 312.03, 312.04, 312.05, 312.06, 312.07, 312.08, 318.04,
604    318.05, and 318.07.
605          2. That part of tract 317.01 consisting of:
606          a. That part of block group 1 consisting of blocks 3, 4, 5,
607    and 13.
608          3. That part of tract 317.03 consisting of:
609          a. That part of block group 1 consisting of blocks 0, 1, 7,
610    and 8.
611          4. That part of tract 318.06 consisting of:
612          a. All of block group 1.
613          b. That part of block group 2 consisting of blocks 0, 1, 2,
614    3, 4, 5, 6, 7, 8, 9, 10, 11, and 12.
615          5. That part of tract 318.08 consisting of:
616          a. All of block group 1.
617          b. That part of block group 2 consisting of blocks 0, 1, 2,
618    5, 6, 7, 8, 9, 10, 11, and 13.
619          6. That part of tract 318.09 consisting of:

1/12/2022 12:53:42 PM                                    598-01971-22

SEN-0000496

 444992

620      a. That part of block group 1 consisting of blocks 5, 6,
621 17, 20, 22, and 28.
622      7. That part of tract 9900.00 consisting of:
623      a. That part of block group 0 consisting of blocks 1, 2, 3,
624 and 4.
625      (11) District 11 is composed of:
626      (a) That part of Orange County consisting of:
627      1. All of tracts 104.00, 105.00, 116.00, 117.01, 117.02,
628 120.00, 121.00, 122.01, 122.02, 123.03, 123.04, 123.05, 123.06,
629 123.07, 124.02, 124.03, 124.04, 124.05, 125.00, 126.00, 142.01,
630 143.01, 143.02, 144.00, 145.02, 145.03, 145.04, 146.01, 146.05,
631 146.06, 146.07, 146.08, 146.09, 147.01, 147.02, 147.03, 147.05,
632 147.06, 148.04, 148.05, 148.06, 148.07, 148.11, 148.12, 149.04,
633 149.06, 149.08, 149.09, 150.01, 150.02, 150.03, 150.05, 150.06,
634 151.03, 151.04, 151.05, 151.06, 152.02, 153.00, 169.04, 169.06,
635 169.07, 169.08, 169.09, 169.10, 169.11, 172.00, 173.01, 173.02,
636 174.01, 174.02, 175.03, 175.04, 175.05, 175.06, 176.00, 177.01,
637 177.02, 177.03, 178.05, 178.06, 178.07, 178.08, 178.09, 178.10,
638 178.11, 178.12, 178.13, 178.14, 179.01, 179.02, 181.00, 183.00,
639 187.00, 189.01, and 9900.00.
640      2. That part of tract 103.00 consisting of:
641      a. That part of block group 3 consisting of blocks 7, 8,
642 21, and 22.
643      3. That part of tract 127.01 consisting of:
644      a. That part of block group 1 consisting of blocks 1, 2, 3,
645 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
646 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, and 34.
647      b. All of block group 2.
648      c. That part of block group 3 consisting of blocks 2, 3, 4,

SEN-0000497

 444992

649 | 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
650 | 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 38, 39,
651 | 40, 41, and 42.
652 |      4. That part of tract 142.02 consisting of:
653 |      a. All of block group 1.
654 |      b. All of block group 2.
655 |      c. That part of block group 3 consisting of blocks 0, 1, 2,
656 | and 8.
657 |      5. That part of tract 148.13 consisting of:
658 |      a. All of block group 2.
659 |      6. That part of tract 152.03 consisting of:
660 |      a. That part of block group 1 consisting of blocks 28, 29,
661 | 35, 36, 37, and 38.
662 |      7. That part of tract 152.04 consisting of:
663 |      a. That part of block group 1 consisting of blocks 28 and
664 | 29.
665 |      8. That part of tract 169.02 consisting of:
666 |      a. That part of block group 1 consisting of blocks 0, 1, 2,
667 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
668 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
669 | 37, 40, 41, 52, and 53.
670 |      b. All of block group 2.
671 |      c. All of block group 3.
672 |      9. That part of tract 170.01 consisting of:
673 |      a. All of block group 1.
674 |      b. All of block group 2.
675 |      c. That part of block group 3 consisting of blocks 19, 30,
676 | 31, 32, 33, 34, 49, and 50.
677 |      10. That part of tract 171.16 consisting of:

1/12/2022 12:53:42 PM                                    598-01971-22

SEN-0000498

 444992

678 |     a. That part of block group 2 consisting of blocks 1, 2, 3,
679 | 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
680 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, and 35.
681 |     11. That part of tract 180.00 consisting of:
682 |     a. That part of block group 1 consisting of blocks 0, 2, 3,
683 | 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
684 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
685 | 37, 38, 39, 40, and 41.
686 |     b. That part of block group 2 consisting of blocks 25, 29,
687 | 30, 31, 32, 33, 34, 39, 40, 43, and 44.
688 |     12. That part of tract 185.00 consisting of:
689 |     a. All of block group 1.
690 |     b. All of block group 2.
691 |     c. That part of block group 3 consisting of blocks 3, 4, 5,
692 | 6, 7, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 46, 47,
693 | 48, and 49.
694 |     (12) District 12 is composed of:
695 |     (a) All of Lake County.
696 |     (b) That part of Orange County consisting of:
697 |     1. All of tracts 148.09, 148.10, 148.14, 148.15, 171.08,
698 | 171.09, 171.10, 171.11, 171.12, 171.13, 171.14, 171.15, 171.17,
699 | 171.18, 171.19, 171.20, 171.21, 171.22, and 171.23.
700 |     2. That part of tract 148.13 consisting of:
701 |     a. All of block group 1.
702 |     3. That part of tract 171.16 consisting of:
703 |     a. All of block group 1.
704 |     b. That part of block group 2 consisting of blocks 0 and
705 | 34.
706 |     c. All of block group 3.

SEN-0000499

 444992

707        (13) District 13 is composed of:
708        (a) That part of Orange County consisting of:
709        1. All of tracts 102.01, 102.02, 110.00, 111.00, 112.00,
710   113.00, 129.00, 132.01, 132.02, 133.00, 134.02, 134.03, 134.05,
711   134.06, 135.03, 135.05, 135.07, 135.10, 135.11, 135.12, 135.13,
712   136.03, 136.04, 136.05, 136.06, 136.07, 137.01, 137.02, 138.01,
713   138.02, 138.03, 139.00, 140.00, 141.00, 163.02, 164.02, 164.06,
714   164.07, 164.08, 164.09, 164.11, 164.12, 164.13, 164.14, 165.03,
715   165.04, 165.05, 165.09, 165.10, 165.11, 165.12, 165.13, 165.14,
716   165.15, 166.03, 166.04, 166.05, 166.06, 166.07, 167.09, 167.10,
717   167.13, 167.14, 167.15, 167.16, 167.17, 167.23, 167.24, 167.28,
718   167.31, 167.33, 167.35, 167.36, 167.37, 167.38, 167.39, 167.40,
719   167.41, 167.42, 167.43, 167.44, 167.45, 167.46, 167.47, 167.48,
720   167.49, 167.50, 167.51, 167.52, 167.53, 167.54, 167.55, 167.56,
721   182.01, 182.02, 182.04, 184.00, and 189.02.
722        2. That part of tract 103.00 consisting of:
723        a. All of block group 1.
724        b. All of block group 2.
725        c. That part of block group 3 consisting of blocks 0, 1, 2,
726   3, 4, 5, 6, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 23,
727   24, and 25.
728        3. That part of tract 108.02 consisting of:
729        a. That part of block group 1 consisting of blocks 0, 1, 2,
730   3, 4, 5, 6, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
731   21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, and 32.
732        b. That part of block group 2 consisting of blocks 4, 5, 6,
733   7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23,
734   24, 25, 26, 27, 28, 29, 30, 31, 32, 33, and 34.
735        c. That part of block group 3 consisting of blocks 4, 5, 6,

SEN-0000500

 444992

```
736   7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23,
737   24, 25, 26, 27, 28, 29, 30, 31, and 32.
738        4. That part of tract 127.01 consisting of:
739        a. That part of block group 3 consisting of blocks 36 and
740   37.
741        5. That part of tract 128.00 consisting of:
742        a. That part of block group 1 consisting of blocks 0, 9,
743   10, and 11.
744        6. That part of tract 162.00 consisting of:
745        a. That part of block group 1 consisting of block 11.
746        7. That part of tract 163.01 consisting of:
747        a. That part of block group 1 consisting of block 0.
748        b. That part of block group 3 consisting of blocks 0 and
749   18.
750        8. That part of tract 168.02 consisting of:
751        a. That part of block group 2 consisting of blocks 0, 1, 2,
752   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
753   21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
754   37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52,
755   53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68,
756   69, 70, 71, 72, 73, 74, 75, 88, 89, 90, 91, 92, 93, 94, 95, 96,
757   97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109,
758   110, 111, 112, 113, 114, 115, and 116.
759        b. All of block group 3.
760        c. All of block group 4.
761        d. All of block group 5.
762        9. That part of tract 182.03 consisting of:
763        a. That part of block group 1 consisting of blocks 0, 3, 4,
764   5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, and 20.
```

Page 27 of 106

SEN-0000501

 444992

765    10. That part of tract 185.00 consisting of:
766    a. That part of block group 3 consisting of blocks 0, 1, 2,
767  8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 34, 35,
768  36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 50, 51, 52, 53, 54, and
769  55.
770    11. That part of tract 188.00 consisting of:
771    a. That part of block group 1 consisting of blocks 39, 40,
772  41, 43, 44, 45, 46, 47, 48, 49, 50, and 51.
773    b. All of block group 3.
774    c. All of block group 4.
775    (14) District 14 is composed of:
776    (a) That part of Brevard County consisting of:
777    1. All of tracts 601.03, 601.04, 601.05, 601.06, 602.01,
778  602.02, 603.01, 603.02, 604.00, 605.00, 606.00, 607.00, 610.01,
779  610.02, 611.00, 612.01, 714.01, and 714.02.
780    2. That part of tract 612.02 consisting of:
781    a. That part of block group 1 consisting of blocks 0, 1, 2,
782  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 19, 20, and
783  21.
784    b. That part of block group 2 consisting of blocks 0, 1, 2,
785  3, 4, and 5.
786    c. That part of block group 3 consisting of blocks 3, 4, 6,
787  7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23,
788  27, 28, 29, 30, 31, 32, 33, 34, 36, 65, 66, and 67.
789    3. That part of tract 699.05 consisting of:
790    a. That part of block group 1 consisting of blocks 0, 1, 2,
791  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
792  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
793  37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52,

SEN-0000502

 444992

794 | 70, 71, and 129.
795 |     4. That part of tract 711.00 consisting of:
796 | a. All of block group 1.
797 | b. That part of block group 2 consisting of blocks 0 and 1.
798 |     5. That part of tract 9801.00 consisting of:
799 | a. That part of block group 1 consisting of blocks 0, 2, 3,
800 | 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
801 | 21, 22, 23, 26, 27, 28, 30, 31, and 32.
802 |     6. That part of tract 9900.00 consisting of:
803 | a. That part of block group 0 consisting of block 1.
804 |   (b) That part of Volusia County consisting of:
805 |     1. All of tracts 808.08, 808.09, 812.02, 813.00, 818.00,
806 | 819.00, 820.00, 821.00, 822.01, 822.02, 823.02, 823.03, 824.01,
807 | 824.04, 824.05, 824.06, 824.10, 824.11, 824.12, 824.13, 824.14,
808 | 824.15, 825.03, 825.06, 825.08, 825.09, 825.10, 825.11, 825.12,
809 | 825.13, 826.04, 826.05, 826.06, 826.07, 827.01, 827.03, 827.04,
810 | 827.05, 828.01, 828.02, 829.02, 829.03, 829.04, 830.03, 830.05,
811 | 830.06, 830.07, 830.08, 830.09, 832.05, 832.06, 832.07, 832.09,
812 | 832.10, 832.11, 902.02, 902.03, 902.04, 903.03, 903.04, 903.05,
813 | 903.06, 903.07, 904.01, 904.02, 905.00, 906.00, 907.01, 907.02,
814 | 908.03, 908.04, 908.06, 908.07, 908.08, 909.03, 909.04, 909.05,
815 | 909.06, 910.01, 910.05, 910.15, 910.16, 910.17, 910.18, 910.19,
816 | 910.20, 910.21, 910.23, 910.25, 910.28, 910.29, 910.30, 910.31,
817 | 910.32, 910.33, 910.34, 910.35, 910.36, 910.37, 910.38, 910.39,
818 | and 925.00.
819 |     2. That part of tract 808.05 consisting of:
820 | a. All of block group 1.
821 | b. That part of block group 2 consisting of blocks 0, 1, 2,
822 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 19, 20, 21, 22, 23,

SEN-0000503

 444992

823 | 26, 27, 28, 29, 30, 31, 32, 33, and 36.
824 |     c. That part of block group 3 consisting of blocks 1, 2, 3,
825 | 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
826 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 35, 36, 37,
827 | 38, 39, 40, 41, 44, 46, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57,
828 | 58, 59, 60, 61, 62, and 63.
829 |     3. That part of tract 812.01 consisting of:
830 |     a. All of block group 2.
831 |     b. All of block group 4.
832 |     4. That part of tract 815.00 consisting of:
833 |     a. All of block group 1.
834 |     b. That part of block group 2 consisting of blocks 4, 5, 6,
835 | 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24,
836 | 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40,
837 | 41, 42, 43, 44, 45, 46, and 47.
838 |     5. That part of tract 816.00 consisting of:
839 |     a. That part of block group 1 consisting of blocks 5, 6, 9,
840 | 10, 11, 12, 13, 18, 19, 20, 21, 22, 23, 24, 25, 26, and 27.
841 |     b. That part of block group 2 consisting of blocks 12, 13,
842 | 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29,
843 | 30, 31, 32, 33, 34, and 35.
844 |     6. That part of tract 817.01 consisting of:
845 |     a. That part of block group 1 consisting of blocks 1, 2, 5,
846 | 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23,
847 | 24, 25, 26, 27, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40,
848 | 41, 42, 43, and 44.
849 |     b. All of block group 2.
850 |     7. That part of tract 817.02 consisting of:
851 |     a. All of block group 1.

1/12/2022 12:53:42 PM                                    598-01971-22

SEN-0000504

 444992

852    b. That part of block group 2 consisting of blocks 3, 4, 5,
853 6, 7, 8, 9, 10, 11, 12, 14, 15, 16, 17, 18, 19, 20, 21, and 22.
854    c. All of block group 3.
855    8. That part of tract 901.01 consisting of:
856    a. All of block group 1.
857    9. That part of tract 901.02 consisting of:
858    a. That part of block group 2 consisting of blocks 29, 30,
859 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46,
860 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, and 59.
861    10. That part of tract 9900.00 consisting of:
862    a. That part of block group 0 consisting of blocks 10, 12,
863 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28,
864 29, 30, 31, 32, and 33.
865    (15) District 15 is composed of:
866    (a) All of Osceola County.
867    (b) That part of Orange County consisting of:
868    1. All of tracts 168.03, 168.04, 168.08, 168.09, 168.10,
869 168.11, 168.12, 168.13, 168.14, 170.04, 170.06, 170.11, 170.12,
870 170.13, 170.15, 170.18, 170.19, 170.20, 170.21, 170.22, 170.23,
871 170.24, 170.25, and 170.26.
872    2. That part of tract 142.02 consisting of:
873    a. That part of block group 3 consisting of blocks 3, 4, 5,
874 6, 7, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, and
875 23.
876    3. That part of tract 168.02 consisting of:
877    a. All of block group 1.
878    b. That part of block group 2 consisting of blocks 76, 77,
879 78, 79, 80, 81, 82, 83, 84, 85, 86, and 87.
880    4. That part of tract 169.02 consisting of:

SEN-0000505

Florida Senate - 2022                                        COMMITTEE AMENDMENT
Bill No. SJR 100

 444992

881      a. That part of block group 1 consisting of blocks 38, 39,
882  42, 43, 44, 45, 46, 47, 48, 49, 50, and 51.
883      5. That part of tract 170.01 consisting of:
884      a. That part of block group 3 consisting of blocks 0, 1, 2,
885  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 20, 21,
886  22, 23, 24, 25, 26, 27, 28, 29, 35, 36, 37, 38, 39, 40, 41, 42,
887  43, 44, 45, 46, 47, 48, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60,
888  61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76,
889  77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92,
890  93, 94, 95, 96, and 97.
891      (16) District 16 is composed of:
892      (a) That part of Pasco County consisting of:
893      1. All of tracts 302.03, 302.04, 302.05, 303.03, 303.04,
894  304.04, 304.05, 304.06, 304.07, 304.08, 304.09, 304.10, 304.11,
895  304.12, 305.01, 305.02, 306.01, 306.02, 307.00, 308.00, 309.01,
896  309.05, 309.06, 310.03, 310.05, 310.06, 310.07, 310.08, 310.09,
897  310.10, 310.11, 310.12, 310.13, 310.14, 313.01, 313.02, 314.01,
898  314.04, 314.06, 314.07, 314.10, 314.11, 314.12, 315.03, 315.04,
899  315.05, 315.06, 315.07, 315.08, 316.01, 316.02, 317.04, 317.05,
900  317.06, 317.07, and 317.08.
901      2. That part of tract 316.03 consisting of:
902      a. That part of block group 3 consisting of block 2.
903      3. That part of tract 316.05 consisting of:
904      a. That part of block group 1 consisting of blocks 16 and
905  17.
906      4. That part of tract 317.01 consisting of:
907      a. That part of block group 1 consisting of blocks 7, 8, 9,
908  10, 11, 12, 14, 15, 16, 17, 18, 19, 20, 21, 22, 24, 25, 26, 27,
909  28, 29, 30, 31, 32, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63,

1/12/2022 12:53:42 PM                                        598-01971-22

SEN-0000506

 444992

```
910   64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79,
911   80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95,
912   96, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108,
913   109, 110, 111, 112, 113, 114, 115, 116, 117, 118, 119, 120, 121,
914   122, 123, 124, 125, 126, 127, 128, 129, 130, 131, 132, 136, 137,
915   138, 148, 149, 150, and 151.
916        5. That part of tract 317.03 consisting of:
917        a. That part of block group 1 consisting of blocks 2, 3, 4,
918   5, 6, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23,
919   24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39,
920   40, 41, 42, 43, and 44.
921        b. All of block group 2.
922        c. All of block group 3.
923        6. That part of tract 9900.00 consisting of:
924        a. That part of block group 0 consisting of blocks 5, 6, 7,
925   8, 9, 10, 11, 12, 13, and 14.
926        (b) That part of Pinellas County consisting of:
927        1. All of tracts 260.01, 260.03, 260.04, 261.01, 261.02,
928   262.00, 263.00, 265.02, 266.02, 267.01, 267.03, 267.04, 267.05,
929   268.04, 268.09, 268.11, 268.12, 268.13, 268.14, 268.15, 268.16,
930   268.17, 268.18, 268.19, 268.20, 268.21, 269.04, 269.08, 269.09,
931   269.11, 269.12, 269.13, 269.14, 269.15, 269.16, 269.17, 270.00,
932   271.05, 271.06, 271.07, 271.08, 272.02, 272.04, 272.06, 272.07,
933   272.08, 272.09, 272.10, 272.11, 272.12, 273.08, 273.09, 273.14,
934   273.16, 273.17, 273.18, 273.19, 273.20, 273.21, 273.23, 273.24,
935   273.25, 273.26, 273.27, 273.28, 273.29, 273.30, 273.31, 273.32,
936   273.33, 274.01, 274.04, 275.01, 275.03, 275.04, and 276.04.
937        2. That part of tract 255.05 consisting of:
938        a. That part of block group 2 consisting of blocks 0, 3,
```

SEN-0000507

 444992

939  25, and 26.
940      3. That part of tract 257.00 consisting of:
941      a. All of block group 1.
942      b. All of block group 2.
943      c. That part of block group 3 consisting of blocks 0, 1, 2,
944  3, 4, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22,
945  23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, and 37.
946      4. That part of tract 259.02 consisting of:
947      a. All of block group 1.
948      b. That part of block group 2 consisting of blocks 0, 1, 2,
949  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 20, 21, 22, 23,
950  24, 25, 26, 27, 28, 37, 38, 39, 40, 41, 42, 55, and 56.
951      5. That part of tract 264.02 consisting of:
952      a. All of block group 2.
953      b. That part of block group 3 consisting of blocks 0, 1, 2,
954  3, 4, 5, 6, 7, 8, 9, and 10.
955      6. That part of tract 265.01 consisting of:
956      a. That part of block group 2 consisting of blocks 0, 1, 2,
957  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
958  21, 22, 23, 24, 25, and 31.
959      7. That part of tract 9900.00 consisting of:
960      a. That part of block group 0 consisting of blocks 1, 2, 3,
961  4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, and 15.
962      (17) District 17 is composed of:
963      (a) That part of Brevard County consisting of:
964      1. All of tracts 621.06, 621.08, 621.09, 621.10, 621.11,
965  621.12, 621.13, 621.14, 621.15, 623.01, 623.02, 624.01, 624.02,
966  625.00, 626.00, 628.00, 629.00, 630.00, 631.02, 631.04, 631.05,
967  631.06, 631.08, 631.09, 641.02, 641.23, 641.24, 641.26, 641.27,

SEN-0000508

Florida Senate - 2022                    COMMITTEE AMENDMENT
Bill No. SJR 100

 444992

```
968   641.28, 641.29, 641.30, 642.01, 642.02, 643.01, 643.02, 644.00,
969   645.00, 646.01, 646.02, 647.01, 647.02, 648.00, 649.01, 649.02,
970   650.01, 650.22, 650.23, 650.24, 650.25, 651.23, 651.24, 651.26,
971   651.27, 651.28, 651.29, 651.30, 651.31, 652.01, 652.02, 652.31,
972   652.36, 652.37, 652.38, 652.39, 652.40, 661.01, 661.03, 661.04,
973   662.00, 663.01, 663.02, 664.00, 665.00, 666.00, 667.00, 668.00,
974   669.00, 671.00, 681.01, 681.02, 684.00, 685.01, 685.02, 686.01,
975   686.03, 686.04, 691.00, 692.00, 693.00, 694.00, 697.00, 698.01,
976   698.02, 699.03, 699.04, 699.06, 699.07, 712.01, 712.02, 712.03,
977   712.04, 712.05, 713.35, 713.37, 713.39, 713.41, 713.42, 713.43,
978   713.44, 713.45, 713.46, 713.47, 713.48, 713.49, 713.50, 713.51,
979   713.52, 713.53, 713.54, 715.00, 716.01, 716.02, 717.00, and
980   9800.00.
981         2. That part of tract 612.02 consisting of:
982         a. That part of block group 1 consisting of block 18.
983         b. That part of block group 2 consisting of block 6.
984         c. That part of block group 3 consisting of blocks 0, 1, 2,
985   5, 24, 25, 26, 35, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47,
986   48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63,
987   and 64.
988         3. That part of tract 699.05 consisting of:
989         a. That part of block group 1 consisting of blocks 53, 54,
990   55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 72,
991   73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88,
992   89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103,
993   104, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114, 115, 116,
994   117, 118, 119, 120, 121, 122, 123, 124, 125, 126, 127, 128, 130,
995   131, 132, 133, 134, 135, 136, 137, 138, 139, and 140.
996         4. That part of tract 711.00 consisting of:
```

1/12/2022 12:53:42 PM                         598-01971-22

SEN-0000509

 444992

997         a. That part of block group 2 consisting of blocks 2, 3, 4,
998    5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
999    22, and 23.
1000        5. That part of tract 9801.00 consisting of:
1001        a. That part of block group 1 consisting of blocks 1, 24,
1002    25, and 29.
1003        6. That part of tract 9900.00 consisting of:
1004        a. That part of block group 0 consisting of blocks 2, 3, 4,
1005    5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
1006    22, 23, 24, 25, 26, 27, and 28.
1007        (18) District 18 is composed of:
1008        (a) That part of Hillsborough County consisting of:
1009        1. All of tracts 5.00, 6.01, 14.00, 15.00, 23.00, 24.00,
1010    25.00, 26.00, 27.01, 45.00, 46.01, 46.02, 47.00, 48.00, 49.02,
1011    54.01, 55.00, 57.00, 58.00, 59.00, 60.00, 61.01, 61.03, 62.00,
1012    63.00, 64.00, 65.01, 65.03, 65.04, 66.00, 67.00, 68.01, 68.02,
1013    69.00, 70.01, 70.02, 71.02, 71.03, 72.00, 73.00, 110.05, 110.06,
1014    110.07, 110.10, 111.03, 111.06, 111.07, 111.08, 111.09, 112.03,
1015    112.04, 112.05, 112.06, 113.01, 113.03, 113.04, 114.07, 114.08,
1016    114.09, 114.10, 114.11, 114.12, 114.13, 114.14, 114.15, 114.16,
1017    114.17, 114.18, 115.04, 115.06, 115.09, 115.10, 115.12, 115.14,
1018    115.15, 115.16, 115.18, 115.19, 115.20, 115.21, 115.22, 115.23,
1019    115.24, 115.25, 115.26, 115.27, 115.28, 116.03, 116.05, 116.10,
1020    116.11, 116.12, 116.13, 116.14, 116.15, 116.16, 116.17, 117.08,
1021    117.12, 117.13, 117.14, 117.15, 117.16, 118.02, 118.04, 118.05,
1022    118.06, 119.05, 119.07, 119.08, 119.09, 119.10, 119.11, 144.00,
1023    9801.00, 9805.00, 9806.00, and 9807.00.
1024        2. That part of tract 4.01 consisting of:
1025        a. All of block group 1.

1/12/2022 12:53:42 PM                                    598-01971-22

SEN-0000510

Florida Senate - 2022                           COMMITTEE AMENDMENT
Bill No. SJR 100

 444992

```
1026        b. That part of block group 2 consisting of block 8.
1027        c. All of block group 3.
1028        3. That part of tract 4.02 consisting of:
1029        a. All of block group 1.
1030        b. All of block group 2.
1031        c. That part of block group 3 consisting of block 5.
1032        4. That part of tract 6.02 consisting of:
1033        a. All of block group 1.
1034        b. That part of block group 2 consisting of blocks 2, 3, 4,
1035   5, 6, 7, 8, 9, 10, 11, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33,
1036   34, 35, 36, 37, 38, 39, and 40.
1037        5. That part of tract 12.00 consisting of:
1038        a. That part of block group 1 consisting of blocks 1, 2, 3,
1039   12, 13, 14, 15, 16, 17, 18, 19, 22, and 23.
1040        b. That part of block group 2 consisting of blocks 18, 19,
1041   20, 21, 22, 28, 29, 30, 31, 32, 33, 34, 35, 41, 42, and 43.
1042        6. That part of tract 13.00 consisting of:
1043        a. That part of block group 1 consisting of blocks 3, 4, 5,
1044   6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22,
1045   23, 24, 26, and 27.
1046        b. All of block group 2.
1047        c. All of block group 3.
1048        d. All of block group 4.
1049        e. All of block group 5.
1050        7. That part of tract 27.02 consisting of:
1051        a. That part of block group 1 consisting of blocks 0, 1, 2,
1052   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1053   21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 32, 33, 35, and 36.
1054        b. That part of block group 2 consisting of blocks 0, 1, 2,
```

1/12/2022 12:53:42 PM                           598-01971-22

SEN-0000511

 444992

1055 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1056 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
1057 | 37, 38, 39, and 40.
1058 | 8. That part of tract 50.00 consisting of:
1059 | a. That part of block group 3 consisting of blocks 2, 3, 4,
1060 | 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
1061 | 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37,
1062 | 38, 39, 40, 41, 42, 43, 44, 45, and 46.
1063 | 9. That part of tract 108.20 consisting of:
1064 | a. That part of block group 1 consisting of block 0.
1065 | 10. That part of tract 108.23 consisting of:
1066 | a. That part of block group 1 consisting of block 4.
1067 | 11. That part of tract 109.00 consisting of:
1068 | a. That part of block group 1 consisting of blocks 0 and 1.
1069 | 12. That part of tract 110.03 consisting of:
1070 | a. All of block group 1.
1071 | b. That part of block group 2 consisting of blocks 0, 1, 2,
1072 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1073 | and 21.
1074 | c. That part of block group 3 consisting of blocks 0, 1, 2,
1075 | 3, 4, 5, and 6.
1076 | 13. That part of tract 110.08 consisting of:
1077 | a. That part of block group 1 consisting of blocks 2, 3, 4,
1078 | 5, 7, 8, 9, 10, 12, and 13.
1079 | b. That part of block group 2 consisting of blocks 0, 1, 3,
1080 | 4, 5, and 6.
1081 | c. All of block group 3.
1082 | d. All of block group 4.
1083 | e. All of block group 5.

SEN-0000512

 444992

1084      f. All of block group 6.
1085      14. That part of tract 110.16 consisting of:
1086      a. That part of block group 1 consisting of blocks 1, 2, 3,
1087 4, 5, 6, 7, 8, 9, 10, 13, and 14.
1088      b. All of block group 2.
1089      c. All of block group 3.
1090      15. That part of tract 110.17 consisting of:
1091      a. That part of block group 1 consisting of blocks 2, 3, 4,
1092 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
1093 and 22.
1094      b. All of block group 2.
1095      c. All of block group 3.
1096      16. That part of tract 110.18 consisting of:
1097      a. All of block group 1.
1098      b. That part of block group 2 consisting of blocks 0, 1, 2,
1099 3, 5, 6, 8, 9, 11, and 12.
1100      17. That part of tract 9900.00 consisting of:
1101      a. That part of block group 0 consisting of blocks 1, 2, 3,
1102 4, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 29, 30, and 31.
1103      (19) District 19 is composed of:
1104      (a) That part of Hillsborough County consisting of:
1105      1. All of tracts 1.01, 1.02, 2.01, 2.02, 3.01, 3.02, 7.01,
1106 7.02, 8.00, 9.01, 9.02, 10.01, 10.02, 11.00, 16.00, 17.00,
1107 18.00, 19.00, 20.00, 21.00, 22.00, 28.00, 29.00, 30.00, 31.00,
1108 32.00, 33.00, 34.00, 35.00, 36.00, 37.00, 38.00, 41.00, 42.00,
1109 43.00, 44.00, 49.01, 51.01, 51.02, 53.01, 53.02, 102.04, 104.01,
1110 104.02, 105.01, 105.02, 106.00, 107.01, 107.02, 108.05, 108.08,
1111 108.09, 108.11, 108.14, 108.15, 108.16, 108.17, 108.19, 108.21,
1112 108.22, 108.24, 120.01, 120.02, 121.03, 122.11, 133.15, 133.17,

SEN-0000513

 444992

1113 | 133.19, 135.01, 135.03, 135.04, 135.05, 136.02, 136.04, 137.02,
1114 | 137.03, 137.05, 137.06, 138.01, 138.02, 138.03, 138.04, 138.06,
1115 | 138.07, 140.02, 140.07, 141.04, 141.06, 141.08, 141.09, 141.17,
1116 | 141.18, 141.19, 141.21, 141.22, and 142.00.
1117 |     2. That part of tract 4.01 consisting of:
1118 |     a. That part of block group 2 consisting of blocks 0, 1, 2,
1119 | 3, 4, 5, 6, 7, 9, 10, and 11.
1120 |     3. That part of tract 4.02 consisting of:
1121 |     a. That part of block group 3 consisting of blocks 0, 1, 2,
1122 | 3, 4, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1123 | 21, and 22.
1124 |     4. That part of tract 6.02 consisting of:
1125 |     a. That part of block group 2 consisting of blocks 0, 1,
1126 | 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 41, 42, 43, 44,
1127 | 45, 46, 47, 48, 49, 50, 51, 52, 53, and 54.
1128 |     5. That part of tract 12.00 consisting of:
1129 |     a. That part of block group 1 consisting of blocks 0, 4, 5,
1130 | 6, 7, 8, 9, 10, 11, 20, 21, 24, 25, 26, 27, 28, 29, 30, 31, and
1131 | 32.
1132 |     b. That part of block group 2 consisting of blocks 0, 1, 2,
1133 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 23, 24, 25,
1134 | 26, 27, 36, 37, 38, 39, 40, 44, 45, and 46.
1135 |     6. That part of tract 13.00 consisting of:
1136 |     a. That part of block group 1 consisting of blocks 0, 1, 2,
1137 | 25, 28, 29, and 30.
1138 |     7. That part of tract 27.02 consisting of:
1139 |     a. That part of block group 1 consisting of blocks 31, 34,
1140 | 37, and 38.
1141 |     b. That part of block group 2 consisting of block 41.

1/12/2022 12:53:42 PM                              598-01971-22

SEN-0000514

Florida Senate - 2022                    COMMITTEE AMENDMENT
Bill No. SJR 100

 444992

```
1142        8. That part of tract 50.00 consisting of:
1143        a. All of block group 1.
1144        b. All of block group 2.
1145        c. That part of block group 3 consisting of blocks 0 and 1.
1146        9. That part of tract 103.05 consisting of:
1147        a. All of block group 3.
1148        10. That part of tract 108.10 consisting of:
1149        a. That part of block group 1 consisting of blocks 1, 2, 3,
1150   4, 5, 7, 8, 9, 10, 11, 12, 13, 14, and 15.
1151        b. All of block group 2.
1152        11. That part of tract 108.20 consisting of:
1153        a. That part of block group 1 consisting of blocks 1, 2, 3,
1154   and 4.
1155        b. All of block group 2.
1156        12. That part of tract 108.23 consisting of:
1157        a. That part of block group 1 consisting of blocks 0, 1, 2,
1158   3, 5, 6, 7, and 8.
1159        13. That part of tract 109.00 consisting of:
1160        a. That part of block group 1 consisting of blocks 2, 3, 4,
1161   5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
1162   22, and 23.
1163        14. That part of tract 110.03 consisting of:
1164        a. That part of block group 2 consisting of block 22.
1165        b. That part of block group 3 consisting of blocks 7, 8, 9,
1166   10, 11, 12, 13, 14, and 15.
1167        c. All of block group 4.
1168        15. That part of tract 110.18 consisting of:
1169        a. That part of block group 2 consisting of blocks 4, 7,
1170   10, 13, and 14.
```

1/12/2022 12:53:42 PM                        598-01971-22

SEN-0000515

 444992

1171          16. That part of tract 133.23 consisting of:
1172          a. That part of block group 4 consisting of blocks 1, 2, 3,
1173     4, 5, 6, 7, 8, 9, and 10.
1174          17. That part of tract 134.10 consisting of:
1175          a. That part of block group 2 consisting of block 8.
1176          18. That part of tract 140.03 consisting of:
1177          a. That part of block group 1 consisting of blocks 50, 51,
1178     and 69.
1179          19. That part of tract 140.09 consisting of:
1180          a. That part of block group 1 consisting of blocks 10 and
1181     11.
1182          20. That part of tract 140.11 consisting of:
1183          a. That part of block group 3 consisting of blocks 15 and
1184     16.
1185          21. That part of tract 140.13 consisting of:
1186          a. That part of block group 1 consisting of blocks 2, 3,
1187     24, and 25.
1188          22. That part of tract 9900.00 consisting of:
1189          a. That part of block group 0 consisting of blocks 5, 6, 7,
1190     8, 9, 10, 11, 12, 13, 14, 15, 26, 27, 28, 32, 33, 34, 35, 36,
1191     37, 38, 39, 40, and 41.
1192          (b) That part of Pinellas County consisting of:
1193          1. All of tracts 201.09, 201.10, 202.01, 202.02, 202.06,
1194     202.07, 202.08, 202.09, 203.01, 203.02, 204.00, 205.00, 206.00,
1195     207.00, 208.00, 212.00, 215.01, 215.02, 216.00, 218.00, 219.00,
1196     220.00, 221.01, 221.02, 222.00, 229.01, 233.00, 234.00, 235.01,
1197     235.02, 236.01, 236.02, 237.00, 286.01, 286.02, 287.00, and
1198     9901.00.
1199          2. That part of tract 201.05 consisting of:

SEN-0000516

 444992

```
1200        a. That part of block group 2 consisting of blocks 6 and 7.
1201        b. That part of block group 3 consisting of blocks 0, 1, 2,
1202   3, 4, 5, 6, 7, 8, 9, 11, 12, 13, 14, 15, 18, and 19.
1203        3. That part of tract 201.06 consisting of:
1204        a. That part of block group 3 consisting of blocks 1, 4, 7,
1205   and 31.
1206        4. That part of tract 226.01 consisting of:
1207        a. That part of block group 1 consisting of blocks 22, 23,
1208   24, 25, 26, 27, 28, 29, 30, 31, 32, 33, and 34.
1209        b. That part of block group 3 consisting of blocks 15, 16,
1210   17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, and
1211   32.
1212        5. That part of tract 227.00 consisting of:
1213        a. That part of block group 1 consisting of blocks 28, 29,
1214   30, 31, 32, 33, 34, 35, 36, 37, 38, 39, and 40.
1215        b. That part of block group 2 consisting of blocks 13, 14,
1216   15, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38,
1217   39, 40, and 41.
1218        c. That part of block group 3 consisting of blocks 23, 24,
1219   25, 26, 27, 28, 29, 30, 31, 32, 33, and 34.
1220        (20) District 20 is composed of:
1221        (a) That part of Hillsborough County consisting of:
1222        1. All of tracts 101.05, 101.06, 101.07, 101.08, 102.03,
1223   102.10, 102.11, 102.12, 102.13, 102.15, 102.16, 102.17, 102.18,
1224   103.03, 103.04, 110.13, 110.19, 121.06, 121.07, 121.08, 121.09,
1225   121.10, 122.06, 122.07, 122.08, 122.09, 122.10, 122.12, 122.13,
1226   123.01, 123.03, 123.04, 124.01, 124.02, 124.03, 125.01, 125.03,
1227   125.04, 126.00, 127.01, 127.02, 128.00, 129.00, 130.01, 130.02,
1228   130.03, 130.04, 132.03, 132.04, 132.05, 133.07, 133.11, 133.12,
```

SEN-0000517

 444992

1229  133.16, 143.00, 9803.00, and 9804.00.
1230        2. That part of tract 103.05 consisting of:
1231        a. All of block group 1.
1232        b. All of block group 2.
1233        3. That part of tract 108.10 consisting of:
1234        a. That part of block group 1 consisting of blocks 0 and 6.
1235        4. That part of tract 110.08 consisting of:
1236        a. That part of block group 1 consisting of blocks 0, 1, 6,
1237  and 11.
1238        b. That part of block group 2 consisting of block 2.
1239        5. That part of tract 110.16 consisting of:
1240        a. That part of block group 1 consisting of blocks 0, 11,
1241  12, and 15.
1242        6. That part of tract 110.17 consisting of:
1243        a. That part of block group 1 consisting of blocks 0 and 1.
1244        7. That part of tract 133.05 consisting of:
1245        a. That part of block group 1 consisting of blocks 0, 1, 2,
1246  3, 4, and 5.
1247        (b) That part of Pasco County consisting of:
1248        1. All of tracts 316.04, 319.01, 319.02, 319.03, 320.01,
1249  320.05, 320.06, 320.07, 320.08, 320.09, 320.10, 320.11, 320.12,
1250  320.13, 320.14, 321.03, 321.04, 321.05, 321.06, 321.07, 321.08,
1251  321.09, 321.10, 321.11, 321.12, 321.13, 322.00, 323.00, 324.01,
1252  324.02, 325.00, 326.01, 326.02, 327.00, 328.02, 328.04, 328.05,
1253  329.01, 329.02, 329.05, 330.05, 330.06, 330.07, 330.08, 330.09,
1254  330.10, 330.11, 330.12, 330.13, 330.14, 331.01, and 331.02.
1255        2. That part of tract 316.03 consisting of:
1256        a. All of block group 1.
1257        b. All of block group 2.

SEN-0000518

Florida Senate - 2022                          COMMITTEE AMENDMENT
Bill No. SJR 100

 444992

1258     c. That part of block group 3 consisting of blocks 0, 1, 3,
1259 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, and 18.
1260     3. That part of tract 316.05 consisting of:
1261     a. That part of block group 1 consisting of blocks 0, 1, 2,
1262 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, and 15.
1263     b. All of block group 2.
1264     4. That part of tract 317.01 consisting of:
1265     a. That part of block group 1 consisting of blocks 0, 1, 2,
1266 6, 23, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46,
1267 47, 48, 49, 50, 51, 52, 133, 134, 135, 139, 140, 141, 142, 143,
1268 144, 145, 146, and 147.
1269     5. That part of tract 318.06 consisting of:
1270     a. That part of block group 2 consisting of block 13.
1271     6. That part of tract 318.08 consisting of:
1272     a. That part of block group 2 consisting of blocks 3, 4,
1273 and 12.
1274     7. That part of tract 318.09 consisting of:
1275     a. That part of block group 1 consisting of blocks 0, 1, 2,
1276 3, 4, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 18, 19, 21, 23, 24,
1277 25, 26, and 27.
1278     b. All of block group 2.
1279     (21) District 21 is composed of:
1280     (a) That part of Hillsborough County consisting of:
1281     1. All of tracts 131.00, 132.06, 132.07, 132.08, 133.10,
1282 133.13, 133.14, 133.20, 133.22, 134.06, 134.07, 134.09, 134.11,
1283 134.12, 134.13, 134.14, 134.15, 139.03, 139.07, 139.12, 139.13,
1284 139.14, 139.15, 139.16, 139.17, 139.18, 139.19, 139.22, 139.23,
1285 139.24, 139.25, 139.26, 140.08, 140.10, 140.12, 140.14, 140.17,
1286 9802.00, and 9901.00.

1/12/2022 12:53:42 PM                                    598-01971-22

SEN-0000519

 444992

```
1287        2. That part of tract 133.05 consisting of:
1288        a. That part of block group 1 consisting of blocks 6, 7, 8,
1289   9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, and
1290   24.
1291        b. All of block group 2.
1292        3. That part of tract 133.23 consisting of:
1293        a. All of block group 1.
1294        b. All of block group 2.
1295        c. All of block group 3.
1296        d. That part of block group 4 consisting of blocks 0, 11,
1297   12, 13, 14, 15, and 16.
1298        e. All of block group 5.
1299        4. That part of tract 134.10 consisting of:
1300        a. All of block group 1.
1301        b. That part of block group 2 consisting of blocks 0, 1, 2,
1302   3, 4, 5, 6, 7, 9, 10, and 11.
1303        5. That part of tract 140.03 consisting of:
1304        a. That part of block group 1 consisting of blocks 0, 1, 2,
1305   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1306   21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
1307   37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 52, 53, 54,
1308   55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 70, 71,
1309   72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, and 86.
1310        6. That part of tract 140.09 consisting of:
1311        a. That part of block group 1 consisting of blocks 0, 1, 2,
1312   3, 4, 5, 6, 7, 8, 9, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22,
1313   23, and 24.
1314        7. That part of tract 140.11 consisting of:
1315        a. All of block group 1.
```

SEN-0000520

Florida Senate - 2022                          COMMITTEE AMENDMENT
Bill No. SJR 100

 444992

1316        b. All of block group 2.
1317        c. That part of block group 3 consisting of blocks 0, 1, 2,
1318   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 17, 18, 19, 20, 21, 22,
1319   23, 24, 25, 26, 27, 28, 29, 30, and 31.
1320        8. That part of tract 140.13 consisting of:
1321        a. That part of block group 1 consisting of blocks 0, 1, 4,
1322   5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
1323   22, 23, 26, 27, 28, 29, 30, 31, 32, 33, and 34.
1324        (b) That part of Manatee County consisting of:
1325        1. All of tracts 1.01, 1.03, 1.05, 1.06, 2.01, 2.03, 2.04,
1326   3.07, 3.09, 3.10, 4.03, 4.05, 4.06, 4.07, 4.09, 4.10, 5.01,
1327   5.03, 5.04, 6.01, 6.03, 6.04, 7.03, 7.04, 7.05, 8.04, 8.11,
1328   8.12, 11.04, 11.05, 11.06, 11.07, 11.08, 12.02, 12.03, 12.04,
1329   13.00, 14.02, 14.04, 14.05, 14.06, 15.01, 15.02, 16.02, 16.03,
1330   16.04, 17.01, 17.05, 18.01, 18.02, 19.04, 19.07, 19.08, 19.09,
1331   19.10, 19.11, 19.13, 19.14, 19.15, 19.16, 20.03, 20.11, 20.12,
1332   20.14, 20.18, 20.19, 20.20, 20.21, 20.24, 20.25, and 9900.00.
1333        2. That part of tract 3.11 consisting of:
1334        a. All of block group 1.
1335        b. That part of block group 2 consisting of blocks 2, 3, 4,
1336   5, 6, 7, and 8.
1337        3. That part of tract 3.12 consisting of:
1338        a. All of block group 2.
1339        4. That part of tract 20.10 consisting of:
1340        a. That part of block group 1 consisting of blocks 0, 1, 2,
1341   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1342   21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
1343   38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53,
1344   54, 55, 56, 57, 58, and 59.

1/12/2022 12:53:42 PM                          598-01971-22

SEN-0000521

 444992

1345    (22) District 22 is composed of:

1346    (a) That part of Polk County consisting of:

1347    1. All of tracts 103.00, 104.01, 104.02, 105.01, 105.02,

1348  106.04, 107.01, 107.02, 108.00, 109.00, 110.00, 111.00, 112.02,

1349  112.03, 112.04, 113.00, 114.00, 115.01, 115.02, 116.03, 116.04,

1350  116.05, 116.06, 117.31, 117.32, 120.01, 120.02, 120.03, 120.04,

1351  121.13, 121.24, 121.25, 121.26, 121.27, 121.28, 121.30, 121.31,

1352  121.32, 121.33, 122.03, 122.07, 122.08, 122.09, 123.03, 123.04,

1353  123.05, 123.06, 123.07, 123.09, 124.04, 124.05, 124.07, 124.08,

1354  124.09, 124.10, 124.11, 124.12, 124.13, 124.14, 124.15, 125.02,

1355  125.06, 125.08, 125.09, 125.10, 125.11, 125.12, 125.13, 125.14,

1356  125.15, 126.01, 126.02, 127.01, 127.02, 128.02, 128.03, 128.04,

1357  129.00, 130.01, 130.02, 131.01, 131.02, 131.03, 132.00, 133.00,

1358  134.00, 135.00, 136.01, 136.02, 137.01, 137.02, 138.01, 138.02,

1359  139.01, 139.02, 140.01, 140.03, 140.05, 140.06, 141.04, 141.21,

1360  141.23, 141.24, 141.26, 141.27, 141.28, 141.29, 141.30, 141.31,

1361  142.01, 142.02, 142.03, 143.01, 143.03, 143.04, 144.01, 164.00,

1362  and 9800.00.

1363    2. That part of tract 106.01 consisting of:

1364    a. All of block group 1.

1365    b. All of block group 2.

1366    3. That part of tract 106.03 consisting of:

1367    a. That part of block group 1 consisting of block 0.

1368    b. That part of block group 2 consisting of blocks 0 and 1.

1369    4. That part of tract 117.04 consisting of:

1370    a. That part of block group 1 consisting of blocks 0, 1, 2,

1371  3, 4, 5, 6, 7, 8, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,

1372  22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, and

1373  37.

SEN-0000522

 444992

```
1374        b. All of block group 2.
1375        c. All of block group 3.
1376        5. That part of tract 117.21 consisting of:
1377        a. All of block group 1.
1378        b. That part of block group 2 consisting of blocks 0, 1, 2,
1379    3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1380    21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
1381    39, and 40.
1382        6. That part of tract 117.22 consisting of:
1383        a. That part of block group 1 consisting of blocks 0, 1, 2,
1384    3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1385    21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 37, 38, and 39.
1386        b. All of block group 2.
1387        7. That part of tract 118.34 consisting of:
1388        a. That part of block group 3 consisting of blocks 0, 1, 2,
1389    3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 21, 30, 52, 53, 54,
1390    55, and 79.
1391        8. That part of tract 119.01 consisting of:
1392        a. That part of block group 1 consisting of blocks 0, 1, 2,
1393    3, 6, and 8.
1394        9. That part of tract 144.02 consisting of:
1395        a. That part of block group 1 consisting of blocks 0, 1, 2,
1396    3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 21,
1397    22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 41, 42, 75, 76,
1398    and 79.
1399        10. That part of tract 145.01 consisting of:
1400        a. That part of block group 4 consisting of blocks 0, 1, 2,
1401    3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1402    21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 32, 34, 35, 36, 38, 39,
```

1/12/2022 12:53:42 PM                              598-01971-22

SEN-0000523

 444992

1403 | 40, 41, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70,
1404 | 71, 72, 73, 74, and 78.
1405 | 11. That part of tract 146.00 consisting of:
1406 | a. That part of block group 1 consisting of blocks 0, 1, 2,
1407 | 3, 4, 5, 11, 12, 13, 14, 15, 16, 17, 18, 25, 26, 31, 49, and 50.
1408 | 12. That part of tract 147.01 consisting of:
1409 | a. That part of block group 1 consisting of blocks 0, 1, 2,
1410 | 3, 4, 5, 6, 7, 8, 9, 10, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
1411 | 22, 23, 24, 25, 26, 27, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48,
1412 | 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 77, 78, and 79.
1413 | b. That part of block group 3 consisting of block 0.
1414 | 13. That part of tract 147.03 consisting of:
1415 | a. All of block group 1.
1416 | b. That part of block group 2 consisting of blocks 0, 1, 2,
1417 | 3, 4, 5, and 6.
1418 | c. That part of block group 3 consisting of block 0.
1419 | 14. That part of tract 147.04 consisting of:
1420 | a. That part of block group 1 consisting of block 0.
1421 | 15. That part of tract 153.02 consisting of:
1422 | a. That part of block group 1 consisting of blocks 0, 1, 2,
1423 | 3, 4, 5, 6, 8, 9, 10, 11, 12, 13, 39, 40, and 41.
1424 | 16. That part of tract 154.01 consisting of:
1425 | a. That part of block group 2 consisting of block 7.
1426 | 17. That part of tract 155.00 consisting of:
1427 | a. That part of block group 1 consisting of blocks 0, 1, 2,
1428 | 3, 4, 5, 6, and 7.
1429 | b. All of block group 2.
1430 | c. That part of block group 3 consisting of blocks 0, 1,
1431 | and 2.

SEN-0000524

 444992

```
1432        (23) District 23 is composed of:
1433        (a) All of Sarasota County.
1434        (b) That part of Manatee County consisting of:
1435        1. All of tracts 3.04, 3.05, 3.13, 3.14, 8.05, 8.08, 8.09,
1436   8.10, 8.13, 8.14, 9.01, 9.02, 10.01, 10.02, 20.05, 20.08, 20.16,
1437   20.17, 20.22, and 20.23.
1438        2. That part of tract 3.11 consisting of:
1439        a. That part of block group 2 consisting of blocks 0 and 1.
1440        3. That part of tract 3.12 consisting of:
1441        a. All of block group 1.
1442        4. That part of tract 20.10 consisting of:
1443        a. That part of block group 1 consisting of block 37.
1444        b. All of block group 2.
1445        (24) District 24 is composed of:
1446        (a) That part of Pinellas County consisting of:
1447        1. All of tracts 201.07, 201.08, 223.01, 223.02, 224.01,
1448   224.02, 225.01, 225.02, 225.03, 226.02, 228.01, 228.02, 229.02,
1449   230.00, 231.00, 232.00, 238.00, 239.00, 240.01, 240.02, 240.04,
1450   240.05, 241.00, 242.01, 242.02, 243.01, 243.02, 244.03, 244.06,
1451   244.08, 244.09, 244.10, 244.11, 244.12, 244.13, 245.05, 245.07,
1452   245.08, 245.09, 245.10, 245.12, 245.14, 245.15, 245.16, 245.17,
1453   245.18, 245.19, 246.01, 246.03, 246.04, 247.01, 247.02, 247.03,
1454   248.01, 248.03, 248.04, 248.05, 249.01, 249.04, 249.05, 249.06,
1455   249.07, 249.08, 250.04, 250.07, 250.09, 250.11, 250.12, 250.13,
1456   250.14, 250.15, 250.16, 250.17, 250.18, 250.19, 250.20, 250.21,
1457   251.06, 251.07, 251.08, 251.09, 251.10, 251.11, 251.12, 251.13,
1458   251.14, 251.15, 251.16, 251.19, 251.20, 251.21, 251.22, 251.23,
1459   252.04, 252.05, 252.07, 252.08, 252.09, 252.10, 252.11, 253.03,
1460   253.05, 253.07, 253.09, 253.10, 253.11, 254.01, 254.07, 254.11,
```

SEN-0000525

 444992

1461  254.12, 254.13, 254.14, 254.15, 254.16, 254.17, 254.18, 254.19,
1462  254.20, 254.21, 255.01, 255.07, 255.08, 255.09, 255.10, 256.02,
1463  256.03, 256.04, 258.00, 259.01, 264.01, 266.01, 276.03, 276.05,
1464  276.06, 277.01, 277.03, 277.04, 278.01, 278.02, 279.01, 279.05,
1465  280.02, 280.04, 280.05, 280.06, 281.02, 281.03, 281.04, 282.00,
1466  283.00, 284.03, and 285.00.
1467       2. That part of tract 201.05 consisting of:
1468       a. All of block group 1.
1469       b. That part of block group 2 consisting of blocks 0, 1, 2,
1470  3, 4, 5, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, and
1471  21.
1472       c. That part of block group 3 consisting of blocks 10, 16,
1473  and 17.
1474       3. That part of tract 201.06 consisting of:
1475       a. All of block group 1.
1476       b. All of block group 2.
1477       c. That part of block group 3 consisting of blocks 0, 2, 3,
1478  5, 6, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22,
1479  23, 24, 25, 26, 27, 28, 29, and 30.
1480       4. That part of tract 226.01 consisting of:
1481       a. That part of block group 1 consisting of blocks 0, 1, 2,
1482  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1483  and 21.
1484       b. All of block group 2.
1485       c. That part of block group 3 consisting of blocks 0, 1, 2,
1486  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, and 14.
1487       5. That part of tract 227.00 consisting of:
1488       a. That part of block group 1 consisting of blocks 0, 1, 2,
1489  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,

SEN-0000526

 444992

1490  21, 22, 23, 24, 25, 26, and 27.
1491       b. That part of block group 2 consisting of blocks 0, 1, 2,
1492  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 16, 17, 18, 19, 20, 21, 22, and
1493  23.
1494       c. That part of block group 3 consisting of blocks 0, 1, 2,
1495  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1496  21, and 22.
1497       6. That part of tract 255.05 consisting of:
1498       a. All of block group 1.
1499       b. That part of block group 2 consisting of blocks 1, 2, 4,
1500  5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
1501  22, 23, 24, 27, 28, and 29.
1502       7. That part of tract 257.00 consisting of:
1503       a. That part of block group 3 consisting of blocks 5, 6,
1504  and 7.
1505       8. That part of tract 259.02 consisting of:
1506       a. That part of block group 2 consisting of blocks 17, 18,
1507  19, 29, 30, 31, 32, 33, 34, 35, 36, 43, 44, 45, 46, 47, 48, 49,
1508  50, 51, 52, 53, 54, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67,
1509  68, and 69.
1510       9. That part of tract 264.02 consisting of:
1511       a. All of block group 1.
1512       b. That part of block group 3 consisting of blocks 11, 12,
1513  13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, and
1514  28.
1515       10. That part of tract 265.01 consisting of:
1516       a. All of block group 1.
1517       b. That part of block group 2 consisting of blocks 26, 27,
1518  28, 29, 30, 32, 33, 34, 35, 36, 37, 38, 39, 40, and 41.

1/12/2022 12:53:42 PM                          598-01971-22

SEN-0000527

Florida Senate - 2022                           COMMITTEE AMENDMENT
Bill No. SJR 100

 444992

1519    11. That part of tract 9900.00 consisting of:
1520    a. That part of block group 0 consisting of blocks 16, 17,
1521 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33,
1522 34, 35, 36, 37, 38, 39, 40, 41, and 42.
1523    (25) District 25 is composed of:
1524    (a) All of Glades County.
1525    (b) All of Highlands County.
1526    (c) All of Indian River County.
1527    (d) All of Okeechobee County.
1528    (e) That part of St Lucie County consisting of:
1529    1. All of tracts 3801.00, 3802.00, 3803.00, 3804.00,
1530 3805.00, 3806.00, 3807.00, 3808.00, 3809.01, 3809.02, 3810.00,
1531 3811.03, 3811.04, 3811.05, 3811.06, 3811.07, 3812.04, 3813.00,
1532 3814.01, 3814.02, 3815.04, 3815.05, 3815.06, 3815.07, 3815.08,
1533 3816.02, 3816.03, 3816.04, 3816.05, 3817.01, 3817.02, 3818.02,
1534 3818.03, 3818.04, 3820.09, 3820.10, 3820.11, 3820.12, 3820.13,
1535 3820.14, 3821.22, 3821.23, 3821.24, 3821.25, 3822.01, 9800.00,
1536 and 9900.00.
1537    2. That part of tract 3820.07 consisting of:
1538    a. That part of block group 1 consisting of blocks 0, 1, 2,
1539 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1540 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
1541 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, and 49.
1542    b. That part of block group 2 consisting of blocks 0, 1, 2,
1543 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 17, 18, 19, 20, 21,
1544 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37,
1545 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, and
1546 53.
1547    3. That part of tract 3820.08 consisting of:

1/12/2022 12:53:42 PM                              598-01971-22

SEN-0000528

 444992

1548    a. That part of block group 1 consisting of blocks 0, 1, 2,
1549  3, 4, 5, 6, 7, 8, 9, 10, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22,
1550  23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38,
1551  39, 40, 41, 42, 43, 44, 45, 46, and 47.
1552    b. All of block group 2.
1553    c. All of block group 3.
1554    d. All of block group 4.
1555    4. That part of tract 3821.20 consisting of:
1556    a. All of block group 1.
1557    b. That part of block group 2 consisting of blocks 0, 1, 2,
1558  and 3.
1559    c. All of block group 3.
1560    d. All of block group 4.
1561    5. That part of tract 3821.21 consisting of:
1562    a. That part of block group 1 consisting of blocks 0, 1, 2,
1563  3, 4, 5, 6, 7, 8, 9, 10, 11, and 12.
1564    b. That part of block group 2 consisting of blocks 0, 1, 2,
1565  and 3.
1566    c. All of block group 3.
1567    6. That part of tract 3821.26 consisting of:
1568    a. That part of block group 1 consisting of block 0.
1569    b. That part of block group 2 consisting of blocks 0, 1, 2,
1570  and 8.
1571    7. That part of tract 3821.27 consisting of:
1572    a. All of block group 1.
1573    b. All of block group 2.
1574    c. That part of block group 3 consisting of blocks 0, 1, 2,
1575  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, and 16.
1576    8. That part of tract 3822.02 consisting of:

SEN-0000529

Florida Senate - 2022                              COMMITTEE AMENDMENT
Bill No. SJR 100

 444992

1577      a. That part of block group 1 consisting of blocks 0, 1, 2,
1578 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1579 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
1580 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52,
1581 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68,
1582 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84,
1583 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100,
1584 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113,
1585 114, 115, 116, 117, 118, 119, 120, 121, 122, 123, 124, 125, 126,
1586 127, 128, 129, 130, 131, 132, 133, 134, 135, 136, 137, 138, 139,
1587 140, 141, 142, 143, 144, 150, 151, 152, 157, 158, 159, 160, 161,
1588 162, 163, 164, 165, 166, 167, 168, 169, 170, 171, 172, 173, 174,
1589 175, 176, 177, 178, 179, 180, 181, 182, 183, 184, 185, and 186.
1590      b. All of block group 2.
1591      (26) District 26 is composed of:
1592      (a) All of Charlotte County.
1593      (b) All of De Soto County.
1594      (c) All of Hardee County.
1595      (d) That part of Lee County consisting of:
1596      1. All of tracts 4.02, 202.01, 202.02, 203.01, 203.02,
1597 205.01, 301.00, 302.01, 302.02, 302.05, 303.00, 401.23, 401.24,
1598 401.25, 401.26, 401.27, 402.05, 402.06, 402.07, 402.08, 402.09,
1599 402.10, 402.11, and 402.12.
1600      2. That part of tract 201.02 consisting of:
1601      a. That part of block group 1 consisting of blocks 0, 1, 2,
1602 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 14, 15, 16, 17, 18, 19, 20, and
1603 21.
1604      b. That part of block group 2 consisting of blocks 0, 1, 2,
1605 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,

1/12/2022 12:53:42 PM                              598-01971-22

SEN-0000530

Florida Senate - 2022                                    COMMITTEE AMENDMENT
Bill No. SJR 100

 444992

1606 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, and 35.
1607 |      c. All of block group 3.
1608 |      d. All of block group 4.
1609 |      3. That part of tract 201.03 consisting of:
1610 |      a. That part of block group 1 consisting of blocks 0, 1, 2,
1611 | 3, 4, 5, 6, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1612 | and 25.
1613 |      b. That part of block group 2 consisting of blocks 0, 1, 2,
1614 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 18, 19, 20, 22,
1615 | 23, 25, 27, 28, 29, 30, 31, and 32.
1616 |      4. That part of tract 201.04 consisting of:
1617 |      a. That part of block group 1 consisting of blocks 0, 1, 2,
1618 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 15, 16, 17, 18, 19, 20, and 21.
1619 |      b. That part of block group 2 consisting of blocks 0, 1, 2,
1620 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 13, 14, 15, 16, 17, 18, 19, 20, 21,
1621 | and 22.
1622 |      5. That part of tract 204.00 consisting of:
1623 |      a. That part of block group 2 consisting of blocks 0, 1, 2,
1624 | 3, 5, 6, and 7.
1625 |      6. That part of tract 208.02 consisting of:
1626 |      a. All of block group 1.
1627 |      b. That part of block group 3 consisting of blocks 0, 6, 7,
1628 | 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23,
1629 | 24, 25, 26, 27, 28, 29, 30, and 31.
1630 |      7. That part of tract 401.10 consisting of:
1631 |      a. That part of block group 1 consisting of blocks 0, 1, 2,
1632 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1633 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, and 35.
1634 |      (e) That part of Polk County consisting of:

1/12/2022 12:53:42 PM                                        598-01971-22

SEN-0000531

 444992

1635          1. All of tracts 118.21, 118.22, 118.32, 118.35, 118.36,
1636     118.37, 118.38, 119.02, 119.08, 119.09, 119.10, 119.11, 119.12,
1637     119.13, 145.02, 148.02, 148.03, 148.04, 149.03, 149.04, 149.05,
1638     149.06, 150.00, 151.01, 151.02, 152.00, 153.01, 154.02, 154.04,
1639     154.05, 156.00, 157.01, 157.02, 158.01, 158.02, 159.00, 160.01,
1640     160.02, 160.03, and 161.00.
1641          2. That part of tract 106.01 consisting of:
1642          a. All of block group 3.
1643          3. That part of tract 106.03 consisting of:
1644          a. That part of block group 1 consisting of blocks 1, 2, 3,
1645     4, 5, 6, 7, 8, 9, 10, and 11.
1646          b. That part of block group 2 consisting of blocks 2, 3, 4,
1647     5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, and 17.
1648          4. That part of tract 117.04 consisting of:
1649          a. That part of block group 1 consisting of blocks 9 and
1650     10.
1651          5. That part of tract 117.21 consisting of:
1652          a. That part of block group 2 consisting of blocks 37 and
1653     38.
1654          6. That part of tract 117.22 consisting of:
1655          a. That part of block group 1 consisting of blocks 33, 34,
1656     35, and 36.
1657          7. That part of tract 118.34 consisting of:
1658          a. All of block group 1.
1659          b. All of block group 2.
1660          c. That part of block group 3 consisting of blocks 16, 17,
1661     18, 19, 20, 22, 23, 24, 25, 26, 27, 28, 29, 31, 32, 33, 34, 35,
1662     36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51,
1663     56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71,

SEN-0000532

 444992

1664 | 72, 73, 74, 75, 76, 77, and 78.
1665 |      8. That part of tract 119.01 consisting of:
1666 |      a. That part of block group 1 consisting of blocks 4, 5, 7,
1667 | 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, and 21.
1668 |      b. All of block group 2.
1669 |      9. That part of tract 144.02 consisting of:
1670 |      a. That part of block group 1 consisting of blocks 20, 34,
1671 | 35, 36, 37, 38, 39, 40, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52,
1672 | 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68,
1673 | 69, 70, 71, 72, 73, 74, 77, 78, 80, 81, 82, 83, 84, 85, 86, 87,
1674 | 88, 89, 90, and 91.
1675 |      10. That part of tract 145.01 consisting of:
1676 |      a. All of block group 1.
1677 |      b. All of block group 2.
1678 |      c. All of block group 3.
1679 |      d. That part of block group 4 consisting of blocks 31, 33,
1680 | 37, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56,
1681 | 75, 76, and 77.
1682 |      11. That part of tract 146.00 consisting of:
1683 |      a. That part of block group 1 consisting of blocks 6, 7, 8,
1684 | 9, 10, 19, 20, 21, 22, 23, 24, 27, 28, 29, 30, 32, 33, 34, 35,
1685 | 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, and 48.
1686 |      b. All of block group 2.
1687 |      12. That part of tract 147.01 consisting of:
1688 |      a. That part of block group 1 consisting of blocks 11, 28,
1689 | 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 59, 60, 61, 62, 63, 64,
1690 | 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 80, 81, 82, 83,
1691 | 84, 85, 86, 87, 88, 89, 90, and 91.
1692 |      b. All of block group 2.

1/12/2022 12:53:42 PM                                598-01971-22

SEN-0000533

 444992

1693    c. That part of block group 3 consisting of blocks 1, 2, 3,
1694  4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1695  21, 22, 23, 24, 25, 26, and 27.
1696    13. That part of tract 147.03 consisting of:
1697    a. That part of block group 2 consisting of blocks 7 and 8.
1698    b. That part of block group 3 consisting of blocks 1, 2,
1699  and 3.
1700    14. That part of tract 147.04 consisting of:
1701    a. That part of block group 1 consisting of blocks 1, 2, 3,
1702  4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1703  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
1704  37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52,
1705  53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, and 65.
1706    b. All of block group 2.
1707    15. That part of tract 153.02 consisting of:
1708    a. That part of block group 1 consisting of blocks 7, 14,
1709  15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30,
1710  31, 32, 33, 34, 35, 36, 37, 38, 42, 43, 44, 45, 46, 47, 48, 49,
1711  50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, and 62.
1712    b. All of block group 2.
1713    16. That part of tract 154.01 consisting of:
1714    a. All of block group 1.
1715    b. That part of block group 2 consisting of blocks 0, 1, 2,
1716  3, 4, 5, 6, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1717  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
1718  37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, and 49.
1719    17. That part of tract 155.00 consisting of:
1720    a. That part of block group 1 consisting of blocks 8, 9,
1721  10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25,

1/12/2022 12:53:42 PM                          598-01971-22

SEN-0000534

 444992

1722 | 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41,
1723 | 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57,
1724 | 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, and 69.
1725 |     b. That part of block group 3 consisting of blocks 3, 4, 5,
1726 | 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22,
1727 | 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38,
1728 | 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54,
1729 | 55, 56, 57, 58, 59, 60, and 61.
1730 |     (27) District 27 is composed of:
1731 |     (a) That part of Lee County consisting of:
1732 |     1. All of tracts 3.03, 3.04, 3.05, 3.06, 4.01, 5.02, 5.03,
1733 | 5.04, 6.00, 7.00, 8.00, 9.00, 10.01, 10.02, 11.01, 11.03, 11.04,
1734 | 12.03, 12.04, 12.05, 12.06, 12.07, 12.08, 12.09, 13.00, 14.01,
1735 | 14.02, 15.01, 15.02, 16.01, 16.02, 17.01, 17.05, 17.06, 17.08,
1736 | 17.09, 17.10, 17.11, 18.01, 18.02, 19.03, 19.08, 19.10, 19.11,
1737 | 19.12, 19.13, 19.15, 19.16, 19.17, 19.18, 19.19, 19.20, 19.21,
1738 | 19.22, 19.23, 101.04, 101.06, 101.07, 101.08, 101.09, 101.10,
1739 | 101.11, 101.12, 101.13, 102.03, 102.05, 102.06, 102.07, 102.08,
1740 | 102.09, 102.10, 103.02, 103.03, 103.05, 103.06, 103.07, 103.08,
1741 | 103.09, 104.04, 104.11, 104.12, 104.13, 104.14, 104.15, 104.16,
1742 | 104.17, 104.18, 104.19, 104.20, 104.21, 104.22, 104.23, 105.01,
1743 | 105.03, 105.04, 106.01, 106.02, 107.01, 107.02, 108.01, 108.02,
1744 | 108.03, 205.02, 206.00, 207.00, 208.01, 401.08, 401.11, 401.13,
1745 | 401.17, 401.34, 401.35, 501.03, 501.04, 501.05, 501.06, 502.04,
1746 | 502.05, 502.06, 502.07, 502.08, 502.10, 502.11, 502.12, 502.13,
1747 | 503.05, 503.06, 503.15, 503.16, 503.17, 503.18, 503.19, 503.20,
1748 | 503.21, 503.22, 504.01, 504.02, 505.01, 505.02, 506.01, 506.03,
1749 | 506.04, 601.01, 601.02, 602.01, 602.02, 602.03, 603.00, 701.01,
1750 | 701.02, 702.01, 702.02, 801.00, 802.02, 802.03, 802.04, 803.00,

SEN-0000535

 444992

1751 | 901.00, and 9900.00.
1752 |      2. That part of tract 201.02 consisting of:
1753 |      a. That part of block group 1 consisting of block 13.
1754 |      b. That part of block group 2 consisting of block 3.
1755 |      3. That part of tract 201.03 consisting of:
1756 |      a. That part of block group 1 consisting of blocks 7, 21,
1757 | 22, 23, and 24.
1758 |      b. That part of block group 2 consisting of blocks 17, 21,
1759 | 24, 26, and 33.
1760 |      4. That part of tract 201.04 consisting of:
1761 |      a. That part of block group 1 consisting of blocks 13, 14,
1762 | and 22.
1763 |      b. That part of block group 2 consisting of block 12.
1764 |      5. That part of tract 204.00 consisting of:
1765 |      a. All of block group 1.
1766 |      b. That part of block group 2 consisting of blocks 4, 8, 9,
1767 | 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25,
1768 | 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41,
1769 | 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, and 56.
1770 |      c. All of block group 3.
1771 |      6. That part of tract 208.02 consisting of:
1772 |      a. All of block group 2.
1773 |      b. That part of block group 3 consisting of blocks 1, 2, 3,
1774 | 4, and 5.
1775 |      (28) District 28 is composed of:
1776 |      (a) All of Collier County.
1777 |      (b) All of Hendry County.
1778 |      (c) That part of Lee County consisting of:
1779 |      1. All of tracts 401.09, 401.18, 401.20, 401.21, 401.22,

SEN-0000536

Florida Senate - 2022                                    COMMITTEE AMENDMENT
Bill No. SJR 100

 444992

1780 | 401.28, 401.29, 401.30, 401.31, 401.32, 401.33, 401.36, 401.37,
1781 | 401.38, 401.39, 403.01, 403.02, 403.03, 403.04, 403.05, 403.08,
1782 | 403.10, 403.11, 403.12, 403.13, 403.14, 403.15, 403.16, 503.11,
1783 | 503.12, 503.23, 503.24, 503.25, and 9800.00.
1784 |     2. That part of tract 401.10 consisting of:
1785 |     a. That part of block group 1 consisting of blocks 33, 34,
1786 | 36, 37, and 38.
1787 |     (29) District 29 is composed of:
1788 |     (a) All of Martin County.
1789 |     (b) That part of Palm Beach County consisting of:
1790 |     1. All of tracts 1.02, 1.03, 1.04, 2.02, 2.04, 2.08, 2.10,
1791 | 2.11, 2.13, 2.14, 2.16, 2.17, 2.18, 2.19, 2.20, 2.21, 2.22,
1792 | 2.23, 3.01, 3.03, 3.04, 4.05, 4.06, 4.07, 4.08, 4.10, 9.05,
1793 | 78.05, 78.12, 78.13, 78.14, 78.18, 78.20, 78.21, 78.23, 78.30,
1794 | 78.31, 78.32, 78.33, 78.34, 78.35, 78.37, 78.38, 78.40, 78.41,
1795 | 78.42, 78.43, 78.44, 78.45, 78.46, 78.47, 78.48, 78.49, 78.50,
1796 | 78.51, 78.52, 78.53, 79.09, 79.13, 79.14, 79.15, 79.16, 79.18,
1797 | 79.19, 80.01, 9801.00, and 9802.00.
1798 |     2. That part of tract 5.07 consisting of:
1799 |     a. That part of block group 1 consisting of blocks 0, 1, 2,
1800 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 14, 15, 16, 17, 18, 19, 20, 21,
1801 | 22, 23, 24, 25, 26, 35, and 36.
1802 |     3. That part of tract 6.00 consisting of:
1803 |     a. That part of block group 1 consisting of blocks 0, 1, 2,
1804 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1805 | 21, and 23.
1806 |     4. That part of tract 9.04 consisting of:
1807 |     a. All of block group 2.
1808 |     b. All of block group 3.

1/12/2022 12:53:42 PM                                    598-01971-22

SEN-0000537

 444992

1809    5. That part of tract 79.17 consisting of:
1810    a. All of block group 1.
1811    b. All of block group 2.
1812    c. All of block group 3.
1813    d. That part of block group 4 consisting of blocks 0, 1, 2,
1814    3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1815    21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 39, 40, 41, 42,
1816    43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58,
1817    59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 75, 76, 77,
1818    78, 79, 80, 81, 82, 83, 84, 85, 86, 93, 94, 95, 111, 112, 143,
1819    144, 159, 160, 161, 162, 163, 164, 165, 166, 167, 168, 169, 170,
1820    171, 172, 173, 174, and 205.
1821    6. That part of tract 80.02 consisting of:
1822    a. All of block group 1.
1823    b. All of block group 2.
1824    c. All of block group 3.
1825    d. That part of block group 4 consisting of blocks 0, 1, 2,
1826    3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 20, 21, 22, and 23.
1827    7. That part of tract 81.01 consisting of:
1828    a. That part of block group 1 consisting of blocks 0, 1, 2,
1829    3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1830    21, 22, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 67, 68, and
1831    71.
1832    8. That part of tract 83.01 consisting of:
1833    a. That part of block group 2 consisting of blocks 18 and
1834    19.
1835    9. That part of tract 9900.00 consisting of:
1836    a. That part of block group 0 consisting of blocks 1, 2, 3,
1837    and 4.

Page 64 of 106

SEN-0000538

 444992

```
1838        10. That part of tract 9901.00 consisting of:
1839        a. That part of block group 0 consisting of blocks 1, 2,
1840   and 5.
1841        (c) That part of St Lucie County consisting of:
1842        1. All of tracts 3819.00, 3820.15, 3820.16, 3821.10,
1843   3821.12, 3821.14, 3821.15, 3821.16, 3821.17, 3821.18, 3821.19,
1844   3821.28, 3821.29, and 3821.30.
1845        2. That part of tract 3820.07 consisting of:
1846        a. That part of block group 1 consisting of block 48.
1847        b. That part of block group 2 consisting of block 16.
1848        3. That part of tract 3820.08 consisting of:
1849        a. That part of block group 1 consisting of blocks 11 and
1850   12.
1851        4. That part of tract 3821.20 consisting of:
1852        a. That part of block group 2 consisting of blocks 4 and 5.
1853        5. That part of tract 3821.21 consisting of:
1854        a. That part of block group 1 consisting of blocks 13 and
1855   14.
1856        b. That part of block group 2 consisting of blocks 4 and 5.
1857        6. That part of tract 3821.26 consisting of:
1858        a. That part of block group 1 consisting of blocks 1, 2, 3,
1859   4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1860   21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
1861   37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52,
1862   53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68,
1863   69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84,
1864   85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100,
1865   101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113,
1866   114, 115, 116, 117, 118, 119, 120, 121, 122, 123, and 124.
```

SEN-0000539

 444992

```
1867        b. That part of block group 2 consisting of blocks 3, 4, 5,
1868   6, 7, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23,
1869   24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, and 38.
1870        c. All of block group 3.
1871        d. All of block group 4.
1872        e. All of block group 5.
1873        f. All of block group 6.
1874        7. That part of tract 3821.27 consisting of:
1875        a. That part of block group 3 consisting of blocks 17, 18,
1876   and 19.
1877        8. That part of tract 3822.02 consisting of:
1878        a. That part of block group 1 consisting of blocks 145,
1879   146, 147, 148, 149, 153, 154, 155, and 156.
1880        (30) District 30 is composed of:
1881        (a) That part of Palm Beach County consisting of:
1882        1. All of tracts 5.05, 5.09, 5.12, 5.13, 7.02, 7.03, 8.03,
1883   8.05, 9.02, 9.03, 10.02, 10.03, 10.04, 11.01, 11.02, 12.00,
1884   13.01, 13.02, 14.02, 14.03, 14.04, 15.00, 16.00, 17.00, 18.01,
1885   18.02, 19.04, 19.07, 19.09, 19.10, 19.11, 19.12, 19.13, 19.16,
1886   19.17, 19.18, 19.19, 19.20, 19.21, 20.05, 20.06, 21.00, 22.00,
1887   23.00, 24.00, 26.00, 27.01, 27.02, 27.03, 28.00, 29.00, 30.00,
1888   31.01, 31.02, 32.01, 32.02, 33.00, 34.00, 35.07, 35.12, 35.13,
1889   35.14, 36.00, 37.00, 38.01, 38.02, 39.01, 39.02, 40.05, 40.07,
1890   40.08, 40.09, 40.10, 40.11, 40.12, 40.13, 41.01, 41.02, 42.03,
1891   42.04, 42.05, 42.06, 42.07, 43.00, 44.01, 44.02, 45.00, 46.01,
1892   46.02, 47.02, 47.04, 47.05, 47.06, 48.10, 48.13, 48.15, 48.16,
1893   48.17, 48.18, 48.19, 48.20, 48.21, 48.22, 48.23, 49.02, 49.03,
1894   49.04, 50.00, 51.01, 51.02, 52.02, 52.03, 52.04, 53.00, 54.12,
1895   54.13, 55.01, 55.02, 56.02, 58.14, 59.16, 59.17, 59.60, 59.61,
```

SEN-0000540

 444992

1896   9800.00, and 9805.00.
1897        2. That part of tract 5.07 consisting of:
1898        a. That part of block group 1 consisting of blocks 13, 27,
1899   28, 29, 30, 31, 32, 33, and 34.
1900        3. That part of tract 6.00 consisting of:
1901        a. That part of block group 1 consisting of blocks 22, 24,
1902   25, 26, 27, 28, 29, 30, 31, 32, 33, 34, and 35.
1903        4. That part of tract 9.04 consisting of:
1904        a. All of block group 1.
1905        5. That part of tract 56.01 consisting of:
1906        a. That part of block group 2 consisting of blocks 0, 1, 2,
1907   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, and 18.
1908        b. All of block group 3.
1909        6. That part of tract 57.03 consisting of:
1910        a. That part of block group 1 consisting of blocks 0, 1, 2,
1911   3, 4, 5, 6, 7, and 22.
1912        7. That part of tract 58.07 consisting of:
1913        a. All of block group 1.
1914        b. That part of block group 2 consisting of blocks 0, 1, 2,
1915   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, and 16.
1916        c. All of block group 3.
1917        d. That part of block group 4 consisting of blocks 0, 1, 2,
1918   3, 4, 5, 6, 7, 8, and 9.
1919        8. That part of tract 58.15 consisting of:
1920        a. That part of block group 1 consisting of blocks 0, 1, 2,
1921   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, and 18.
1922        b. All of block group 2.
1923        9. That part of tract 77.54 consisting of:
1924        a. That part of block group 1 consisting of block 0.

1/12/2022 12:53:42 PM                                    598-01971-22

SEN-0000541

 444992

1925       10. That part of tract 9900.00 consisting of:
1926       a. That part of block group 0 consisting of blocks 5, 6, 7,
1927  8, and 9.
1928       (31) District 31 is composed of:
1929       (a) That part of Palm Beach County consisting of:
1930       1. All of tracts 54.11, 57.02, 57.04, 58.10, 58.11, 58.12,
1931  58.13, 58.18, 58.19, 58.20, 58.21, 59.18, 59.21, 59.22, 59.23,
1932  59.26, 59.30, 59.31, 59.33, 59.34, 59.36, 59.37, 59.38, 59.39,
1933  59.40, 59.42, 59.43, 59.44, 59.45, 59.46, 59.47, 59.49, 59.50,
1934  59.51, 59.52, 59.53, 59.54, 59.55, 59.57, 59.58, 59.59, 60.05,
1935  60.06, 60.07, 60.08, 60.09, 60.10, 60.11, 60.12, 61.00, 62.01,
1936  62.02, 62.03, 63.01, 63.02, 64.01, 64.02, 65.01, 65.02, 66.02,
1937  66.04, 66.06, 66.07, 67.00, 68.01, 68.02, 69.06, 69.07, 69.08,
1938  69.09, 69.10, 69.11, 69.12, 70.05, 70.06, 70.07, 70.08, 70.09,
1939  70.10, 70.11, 70.12, 70.13, 71.00, 72.02, 72.06, 72.07, 72.08,
1940  73.01, 73.02, 74.07, 74.10, 74.12, 74.14, 77.05, 77.10, 77.16,
1941  77.21, 77.23, 77.24, 77.25, 77.42, 77.43, 77.46, 77.47, 77.48,
1942  77.49, 77.50, 77.51, 77.52, 77.57, 77.58, 77.59, 77.63, 77.64,
1943  77.68, 77.69, 77.70, 77.71, 77.72, 77.73, 77.74, 77.75, 77.76,
1944  77.78, 77.79, 77.80, 81.02, 82.01, 82.02, 82.03, 83.02, and
1945  9804.00.
1946       2. That part of tract 56.01 consisting of:
1947       a. All of block group 1.
1948       b. That part of block group 2 consisting of block 19.
1949       3. That part of tract 57.03 consisting of:
1950       a. That part of block group 1 consisting of blocks 8, 9,
1951  10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, and 21.
1952       4. That part of tract 58.07 consisting of:
1953       a. That part of block group 2 consisting of block 15.

SEN-0000542

 444992

| 1954 | b. That part of block group 4 consisting of blocks 10, 11, |
| 1955 | and 12. |
| 1956 | 5. That part of tract 58.15 consisting of: |
| 1957 | a. That part of block group 1 consisting of blocks 15, 16, |
| 1958 | and 17. |
| 1959 | 6. That part of tract 72.05 consisting of: |
| 1960 | a. All of block group 2. |
| 1961 | b. All of block group 3. |
| 1962 | 7. That part of tract 74.21 consisting of: |
| 1963 | a. That part of block group 1 consisting of blocks 0, 1, |
| 1964 | and 2. |
| 1965 | b. All of block group 3. |
| 1966 | c. All of block group 4. |
| 1967 | 8. That part of tract 75.01 consisting of: |
| 1968 | a. That part of block group 1 consisting of blocks 3, 4, 5, |
| 1969 | and 6. |
| 1970 | 9. That part of tract 77.30 consisting of: |
| 1971 | a. All of block group 2. |
| 1972 | b. All of block group 3. |
| 1973 | c. All of block group 4. |
| 1974 | 10. That part of tract 77.54 consisting of: |
| 1975 | a. That part of block group 1 consisting of blocks 1, 2, 3, |
| 1976 | 4, 5, 6, 7, 8, 9, 10, and 11. |
| 1977 | b. All of block group 2. |
| 1978 | c. All of block group 3. |
| 1979 | 11. That part of tract 79.17 consisting of: |
| 1980 | a. That part of block group 4 consisting of blocks 33, 34, |
| 1981 | 35, 36, 37, 38, 72, 73, 74, 87, 88, 89, 90, 91, 92, 96, 97, 98, |
| 1982 | 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 113, |

SEN-0000543

Florida Senate - 2022                          COMMITTEE AMENDMENT
Bill No. SJR 100

 444992

1983  114, 115, 116, 117, 118, 119, 120, 121, 122, 123, 124, 125, 126,
1984  127, 128, 129, 130, 131, 132, 133, 134, 135, 136, 137, 138, 139,
1985  140, 141, 142, 145, 146, 147, 148, 149, 150, 151, 152, 153, 154,
1986  155, 156, 157, 158, 175, 176, 177, 178, 179, 180, 181, 182, 183,
1987  184, 185, 186, 187, 188, 189, 190, 191, 192, 193, 194, 195, 196,
1988  197, 198, 199, 200, 201, 202, 203, 204, 206, 207, 208, 209, 210,
1989  and 211.
1990       12. That part of tract 80.02 consisting of:
1991       a. That part of block group 4 consisting of blocks 16, 17,
1992  18, and 19.
1993       13. That part of tract 81.01 consisting of:
1994       a. That part of block group 1 consisting of blocks 23, 24,
1995  25, 26, 27, 28, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51,
1996  52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 69,
1997  70, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, and 83.
1998       b. All of block group 2.
1999       c. All of block group 3.
2000       14. That part of tract 83.01 consisting of:
2001       a. All of block group 1.
2002       b. That part of block group 2 consisting of blocks 0, 1, 2,
2003  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 20, 21, 22,
2004  23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38,
2005  39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54,
2006  55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70,
2007  71, 72, 73, 74, 75, 76, 77, 78, and 79.
2008       15. That part of tract 9900.00 consisting of:
2009       a. That part of block group 0 consisting of blocks 10, 11,
2010  and 12.
2011       16. That part of tract 9901.00 consisting of:

1/12/2022 12:53:42 PM                              598-01971-22

SEN-0000544

 444992

2012        a. That part of block group 0 consisting of blocks 3 and 4.
2013        (32) District 32 is composed of:
2014        (a) That part of Broward County consisting of:
2015        1. All of tracts 702.09, 702.11, 703.04, 703.06, 703.10,
2016    703.11, 703.12, 703.14, 703.15, 703.16, 703.18, 703.19, 703.20,
2017    703.21, 703.23, 703.25, 703.26, 703.27, 703.28, 703.29, 703.30,
2018    703.31, 704.01, 704.02, 704.03, 704.04, 704.05, 705.01, 705.03,
2019    705.04, 706.01, 706.02, 906.01, 913.00, 1101.00, 1103.01,
2020    1103.03, 1103.07, 1103.08, 1103.09, 1103.11, 1103.12, 1103.13,
2021    1103.19, 1103.21, 1103.23, 1103.26, 1103.27, 1103.28, 1103.30,
2022    1103.32, 1103.33, 1103.34, 1103.37, 1103.38, 1103.39, 1103.41,
2023    1103.44, 1103.45, 1103.46, 1103.47, 1103.48, 1103.49, 1103.50,
2024    1103.51, 1103.52, 1103.53, 1103.54, 1103.55, 1103.56, 1103.57,
2025    1103.58, 1103.59, 1103.60, 1103.61, 1103.62, 1103.63, 1103.64,
2026    1103.65, 1103.66, 1103.67, 1103.68, 1104.03, and 9800.00.
2027        2. That part of tract 106.01 consisting of:
2028        a. That part of block group 2 consisting of blocks 24 and
2029    25.
2030        3. That part of tract 106.12 consisting of:
2031        a. That part of block group 1 consisting of block 37.
2032        b. That part of block group 2 consisting of block 23.
2033        4. That part of tract 203.12 consisting of:
2034        a. That part of block group 1 consisting of block 7.
2035        5. That part of tract 203.18 consisting of:
2036        a. That part of block group 1 consisting of block 6.
2037        6. That part of tract 203.26 consisting of:
2038        a. That part of block group 2 consisting of block 17.
2039        7. That part of tract 204.16 consisting of:
2040        a. That part of block group 1 consisting of block 14.

SEN-0000545



444992

| | |
|---|---|
| 2041 | 8. That part of tract 601.11 consisting of: |
| 2042 | a. That part of block group 1 consisting of block 23. |
| 2043 | 9. That part of tract 601.13 consisting of: |
| 2044 | a. That part of block group 2 consisting of block 29. |
| 2045 | 10. That part of tract 601.19 consisting of: |
| 2046 | a. That part of block group 3 consisting of blocks 10, 11, |
| 2047 | 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, and 25. |
| 2048 | 11. That part of tract 601.20 consisting of: |
| 2049 | a. That part of block group 4 consisting of blocks 0, 1, 5, |
| 2050 | 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, |
| 2051 | 23, 24, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, |
| 2052 | 40, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, |
| 2053 | 59, 60, 61, 62, 63, 64, 65, and 66. |
| 2054 | 12. That part of tract 701.02 consisting of: |
| 2055 | a. That part of block group 1 consisting of blocks 6, 7, 8, |
| 2056 | 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 30, 31, and |
| 2057 | 32. |
| 2058 | 13. That part of tract 701.03 consisting of: |
| 2059 | a. All of block group 1. |
| 2060 | b. That part of block group 2 consisting of blocks 2, 3, 4, |
| 2061 | 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 18, 19, and 20. |
| 2062 | 14. That part of tract 701.04 consisting of: |
| 2063 | a. That part of block group 1 consisting of blocks 11, 12, |
| 2064 | 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, and 34. |
| 2065 | b. All of block group 2. |
| 2066 | 15. That part of tract 702.04 consisting of: |
| 2067 | a. That part of block group 1 consisting of blocks 2, 3, 4, |
| 2068 | 5, 6, 7, 8, 9, 10, 11, 12, 13, and 14. |
| 2069 | b. All of block group 2. |

SEN-0000546

 444992

2070    16. That part of tract 702.05 consisting of:
2071    a. All of block group 1.
2072    b. That part of block group 2 consisting of blocks 4, 5, 6,
2073    7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, and 20.
2074    c. All of block group 3.
2075    17. That part of tract 702.08 consisting of:
2076    a. All of block group 1.
2077    b. That part of block group 2 consisting of blocks 2, 4, 5,
2078    6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, and 21.
2079    c. That part of block group 3 consisting of blocks 2, 3, 4,
2080    5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
2081    22, 23, and 24.
2082    18. That part of tract 702.10 consisting of:
2083    a. That part of block group 1 consisting of blocks 3, 4, 6,
2084    7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, and 22.
2085    b. All of block group 2.
2086    19. That part of tract 702.12 consisting of:
2087    a. All of block group 1.
2088    b. All of block group 2.
2089    c. That part of block group 3 consisting of blocks 2, 3, 4,
2090    5, 6, and 7.
2091    20. That part of tract 702.13 consisting of:
2092    a. All of block group 1.
2093    b. That part of block group 2 consisting of blocks 2, 3, 4,
2094    5, 6, and 7.
2095    21. That part of tract 703.24 consisting of:
2096    a. All of block group 1.
2097    b. That part of block group 2 consisting of blocks 2, 3, 4,
2098    5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, and 17.

1/12/2022 12:53:42 PM                          598-01971-22

SEN-0000547

 444992

2099     c. That part of block group 3 consisting of blocks 4, 5, 6,
2100 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, and
2101 23.
2102     22. That part of tract 906.02 consisting of:
2103     a. All of block group 1.
2104     b. All of block group 2.
2105     c. All of block group 3.
2106     d. All of block group 4.
2107     e. That part of block group 5 consisting of blocks 1, 2, 3,
2108 4, 5, 6, 7, 8, 9, 10, 11, 14, 15, 16, 17, 18, 19, 20, and 21.
2109     23. That part of tract 907.00 consisting of:
2110     a. That part of block group 1 consisting of blocks 1, 2, 3,
2111 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2112 21, 22, 23, 24, 25, 26, 27, and 28.
2113     b. All of block group 2.
2114     c. All of block group 3.
2115     24. That part of tract 912.01 consisting of:
2116     a. That part of block group 1 consisting of blocks 1, 2, 3,
2117 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2118 21, 22, 23, and 24.
2119     b. All of block group 2.
2120     c. All of block group 3.
2121     25. That part of tract 912.02 consisting of:
2122     a. That part of block group 1 consisting of blocks 1, 2, 3,
2123 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2124 21, 22, 23, 24, 25, 26, 27, 28, and 29.
2125     b. All of block group 2.
2126     26. That part of tract 914.00 consisting of:
2127     a. That part of block group 4 consisting of block 4.

1/12/2022 12:53:42 PM                                    598-01971-22

SEN-0000548

 444992

2128    27. That part of tract 1104.02 consisting of:
2129    a. All of block group 1.
2130    b. That part of block group 2 consisting of blocks 1, 2, 3,
2131    4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2132    21, 22, 23, 24, 25, 26, and 27.
2133    28. That part of tract 1104.04 consisting of:
2134    a. That part of block group 1 consisting of blocks 1, 2, 3,
2135    4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2136    21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, and 33.
2137    b. All of block group 2.
2138    c. All of block group 3.
2139    (33) District 33 is composed of:
2140    (a) That part of Broward County consisting of:
2141    1. All of tracts 204.05, 204.06, 204.07, 204.12, 204.14,
2142    204.15, 204.17, 204.18, 204.19, 204.20, 204.21, 408.01, 408.02,
2143    409.01, 409.02, 410.00, 411.00, 412.00, 413.00, 414.00, 415.00,
2144    416.01, 416.02, 417.00, 426.01, 426.02, 428.02, 429.00, 501.00,
2145    502.07, 502.08, 503.01, 503.06, 503.08, 503.09, 503.11, 503.12,
2146    503.13, 503.14, 503.15, 503.16, 504.01, 504.02, 505.01, 505.02,
2147    506.02, 507.01, 507.02, 508.00, 601.05, 601.07, 601.09, 601.14,
2148    601.15, 601.16, 601.17, 601.18, 601.21, 601.22, 601.23, 601.24,
2149    601.25, 601.26, 601.27, 601.28, 601.29, 601.30, 602.03, 602.06,
2150    602.07, 602.08, 602.09, 602.10, 602.11, 602.12, 602.14, 602.15,
2151    603.02, 603.03, 603.04, 603.05, 603.06, 604.01, 604.02, 604.04,
2152    604.05, 605.01, 605.03, 605.04, 605.05, 606.03, 606.05, 606.06,
2153    606.07, 606.08, 606.09, 607.00, 608.01, 608.02, 609.00, 610.03,
2154    and 610.04.
2155    2. That part of tract 204.04 consisting of:
2156    a. All of block group 1.

1/12/2022 12:53:42 PM                                598-01971-22

SEN-0000549

 444992

2157     b. All of block group 2.

2158     c. That part of block group 3 consisting of blocks 0, 1, 2,

2159 3, 4, 5, 6, 7, 8, 9, 10, 12, 13, 14, 15, 16, 17, 18, and 19.

2160     3. That part of tract 204.16 consisting of:

2161     a. That part of block group 1 consisting of blocks 0, 1, 2,

2162 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 15, 16, 17, 18, 19, 20, 21,

2163 22, 23, 24, 25, 26, 27, 28, and 29.

2164     b. All of block group 2.

2165     4. That part of tract 205.02 consisting of:

2166     a. That part of block group 1 consisting of blocks 0, 1, 2,

2167 3, 4, 6, 7, 8, 9, 10, 11, 12, 13, 14, and 15.

2168     5. That part of tract 402.05 consisting of:

2169     a. That part of block group 3 consisting of block 3.

2170     6. That part of tract 403.00 consisting of:

2171     a. That part of block group 1 consisting of block 4.

2172     7. That part of tract 423.02 consisting of:

2173     a. That part of block group 2 consisting of blocks 1, 2, 3,

2174 4, 5, 6, 7, 12, and 13.

2175     8. That part of tract 425.01 consisting of:

2176     a. That part of block group 1 consisting of blocks 1, 2, 3,

2177 4, 5, 6, 7, 8, 11, 12, 15, 16, and 18.

2178     b. That part of block group 2 consisting of blocks 2, 3, 4,

2179 6, 7, 8, 9, 10, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24,

2180 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, and 37.

2181     9. That part of tract 425.02 consisting of:

2182     a. That part of block group 1 consisting of blocks 1, 2, 3,

2183 4, 5, 6, 7, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 23, 24, 25,

2184 26, 27, 28, 29, 30, 32, 33, 34, 35, and 36.

2185     b. That part of block group 2 consisting of blocks 1, 2, 3,

SEN-0000550

 444992

2186  4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2187  21, 22, 23, 24, 25, 28, 29, 30, 31, 32, 33, 34, and 35.
2188      10. That part of tract 427.00 consisting of:
2189      a. All of block group 1.
2190      b. All of block group 3.
2191      c. That part of block group 4 consisting of blocks 0, 1, 2,
2192  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 19, and 20.
2193      11. That part of tract 428.01 consisting of:
2194      a. That part of block group 1 consisting of blocks 0, 1, 2,
2195  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2196  21, 22, 23, 24, 25, 26, 30, 31, 32, 33, 34, 35, 36, 37, and 38.
2197      b. All of block group 2.
2198      c. All of block group 3.
2199      d. All of block group 4.
2200      12. That part of tract 430.02 consisting of:
2201      a. That part of block group 1 consisting of blocks 0, 1, 2,
2202  3, 4, 5, 6, 7, 8, 9, 10, and 11.
2203      b. That part of block group 6 consisting of blocks 0, 1, 2,
2204  and 6.
2205      13. That part of tract 502.04 consisting of:
2206      a. That part of block group 2 consisting of blocks 1, 2, 3,
2207  4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2208  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
2209  37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52,
2210  and 53.
2211      b. All of block group 3.
2212      14. That part of tract 506.01 consisting of:
2213      a. All of block group 1.
2214      b. That part of block group 2 consisting of blocks 0, 1, 2,

1/12/2022 12:53:42 PM                              598-01971-22

SEN-0000551

 444992

2215 | 3, 4, 5, 6, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
2216 | 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, and 34.
2217 |     c. All of block group 3.
2218 |     15. That part of tract 509.00 consisting of:
2219 |     a. That part of block group 5 consisting of blocks 11, 17,
2220 | 18, 19, 20, 21, 22, 23, and 24.
2221 |     16. That part of tract 601.11 consisting of:
2222 |     a. That part of block group 1 consisting of blocks 0, 1, 2,
2223 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2224 | 21, 22, 24, 25, 26, 27, 28, and 29.
2225 |     b. All of block group 2.
2226 |     c. All of block group 3.
2227 |     d. All of block group 4.
2228 |     e. All of block group 5.
2229 |     17. That part of tract 601.13 consisting of:
2230 |     a. All of block group 1.
2231 |     b. That part of block group 2 consisting of blocks 0, 1, 2,
2232 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2233 | 21, 22, 23, 24, 25, 26, 27, 28, 30, 31, 32, 33, 34, 35, 36, 37,
2234 | 38, 39, 40, and 41.
2235 |     c. All of block group 3.
2236 |     18. That part of tract 601.19 consisting of:
2237 |     a. All of block group 1.
2238 |     b. All of block group 2.
2239 |     c. That part of block group 3 consisting of blocks 0, 1, 2,
2240 | 3, 4, 5, 6, 7, 8, and 9.
2241 |     19. That part of tract 601.20 consisting of:
2242 |     a. All of block group 1.
2243 |     b. All of block group 2.

SEN-0000552

 444992

2244    c. All of block group 3.
2245    d. That part of block group 4 consisting of blocks 2, 3, 4,
2246 25, 41, 42, and 43.
2247    20. That part of tract 610.01 consisting of:
2248    a. That part of block group 1 consisting of blocks 0, 1, 2,
2249 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 17, 18, 19, 20, 21,
2250 22, 23, 24, 25, 26, 27, 28, 29, and 30.
2251    b. All of block group 2.
2252    c. All of block group 3.
2253    21. That part of tract 611.00 consisting of:
2254    a. That part of block group 2 consisting of block 0.
2255    b. That part of block group 4 consisting of blocks 10 and
2256 11.
2257    22. That part of tract 701.03 consisting of:
2258    a. That part of block group 2 consisting of block 1.
2259    23. That part of tract 702.04 consisting of:
2260    a. That part of block group 1 consisting of blocks 0 and 1.
2261    24. That part of tract 702.05 consisting of:
2262    a. That part of block group 2 consisting of blocks 0, 1, 2,
2263 and 3.
2264    25. That part of tract 702.08 consisting of:
2265    a. That part of block group 2 consisting of blocks 0, 1,
2266 and 3.
2267    b. That part of block group 3 consisting of blocks 0 and 1.
2268    26. That part of tract 702.10 consisting of:
2269    a. That part of block group 1 consisting of blocks 0, 1, 2,
2270 and 5.
2271    27. That part of tract 702.12 consisting of:
2272    a. That part of block group 3 consisting of blocks 0 and 1.

SEN-0000553

 444992

2273        28. That part of tract 702.13 consisting of:
2274        a. That part of block group 2 consisting of blocks 0 and 1.
2275        29. That part of tract 703.24 consisting of:
2276        a. That part of block group 2 consisting of blocks 0 and 1.
2277        b. That part of block group 3 consisting of blocks 0, 1, 2,
2278    and 3.
2279        (34) District 34 is composed of:
2280        (a) That part of Broward County consisting of:
2281        1. All of tracts 103.04, 103.05, 103.08, 104.01, 104.02,
2282    104.03, 104.05, 104.06, 104.07, 105.02, 105.03, 105.04, 106.03,
2283    106.04, 106.05, 106.06, 106.09, 106.10, 106.11, 106.13, 106.14,
2284    106.15, 107.01, 201.01, 201.03, 201.04, 202.04, 202.05, 202.06,
2285    202.09, 202.10, 202.11, 202.12, 202.13, 202.14, 203.02, 203.08,
2286    203.09, 203.11, 203.13, 203.14, 203.15, 203.16, 203.17, 203.19,
2287    203.20, 203.21, 203.22, 203.23, 203.24, 203.25, 205.01, 303.01,
2288    305.00, 306.01, 306.02, 307.02, 307.03, 307.04, 307.05, 308.05,
2289    308.06, 502.05, and 502.06.
2290        2. That part of tract 101.04 consisting of:
2291        a. That part of block group 1 consisting of block 6.
2292        3. That part of tract 103.06 consisting of:
2293        a. All of block group 2.
2294        4. That part of tract 103.07 consisting of:
2295        a. All of block group 1.
2296        b. That part of block group 2 consisting of blocks 0, 1, 2,
2297    3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2298    21, 22, 23, 24, 25, 30, 31, 32, and 33.
2299        c. All of block group 3.
2300        5. That part of tract 106.01 consisting of:
2301        a. All of block group 1.

SEN-0000554

 444992

2302          b. That part of block group 2 consisting of blocks 0, 1, 2,
2303    3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2304    21, 22, 23, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38,
2305    39, 40, 41, 42, 43, 44, 45, 46, 47, 48, and 49.
2306          c. All of block group 3.
2307          d. All of block group 4.
2308          6. That part of tract 106.12 consisting of:
2309          a. That part of block group 1 consisting of blocks 0, 1, 2,
2310    3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2311    21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, and
2312    36.
2313          b. That part of block group 2 consisting of blocks 0, 1, 2,
2314    3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2315    21, 22, 24, and 25.
2316          7. That part of tract 107.02 consisting of:
2317          a. That part of block group 1 consisting of blocks 1, 2, 3,
2318    4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2319    21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
2320    37, 38, 39, 40, and 41.
2321          b. That part of block group 2 consisting of blocks 1, 2, 3,
2322    4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2323    21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, and 34.
2324          c. All of block group 3.
2325          d. All of block group 4.
2326          8. That part of tract 203.12 consisting of:
2327          a. That part of block group 1 consisting of blocks 0, 1, 2,
2328    3, 4, 5, 6, 8, 9, 10, 11, 12, 13, and 14.
2329          b. All of block group 2.
2330          9. That part of tract 203.18 consisting of:

SEN-0000555

Florida Senate - 2022                    COMMITTEE AMENDMENT
Bill No. SJR 100

 444992

2331    a. That part of block group 1 consisting of blocks 0, 1, 2,
2332    3, 4, 5, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2333    21, 22, 23, 24, 25, and 26.
2334    b. All of block group 2.
2335    c. All of block group 3.
2336    d. All of block group 4.
2337    10. That part of tract 203.26 consisting of:
2338    a. All of block group 1.
2339    b. That part of block group 2 consisting of blocks 0, 1, 2,
2340    3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 18, 19, 20, 21,
2341    22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37,
2342    38, 39, and 40.
2343    c. All of block group 3.
2344    d. All of block group 4.
2345    11. That part of tract 204.04 consisting of:
2346    a. That part of block group 3 consisting of block 11.
2347    12. That part of tract 205.02 consisting of:
2348    a. That part of block group 1 consisting of block 5.
2349    b. All of block group 2.
2350    c. All of block group 3.
2351    d. All of block group 4.
2352    13. That part of tract 303.02 consisting of:
2353    a. All of block group 1.
2354    b. All of block group 2.
2355    c. That part of block group 3 consisting of blocks 1, 2, 3,
2356    4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2357    21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, and 34.
2358    d. That part of block group 4 consisting of blocks 1, 3, 4,
2359    5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, and

1/12/2022 12:53:42 PM                           598-01971-22

SEN-0000556

 444992

2360  21.
2361        14. That part of tract 304.01 consisting of:
2362        a. That part of block group 1 consisting of blocks 2, 3, 4,
2363  5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
2364  and 22.
2365        b. All of block group 2.
2366        15. That part of tract 304.02 consisting of:
2367        a. That part of block group 1 consisting of blocks 1, 2, 3,
2368  4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2369  21, 22, 23, 24, 25, 26, 27, 28, 29, 34, 37, and 38.
2370        b. All of block group 2.
2371        c. That part of block group 3 consisting of blocks 0, 1, 2,
2372  3, 4, 5, 8, 9, 10, 11, 12, 14, 15, 16, 17, 18, 19, 20, 21, 22,
2373  23, 24, 25, and 26.
2374        16. That part of tract 308.03 consisting of:
2375        a. That part of block group 2 consisting of blocks 0, 1, 2,
2376  3, 9, 10, 11, 12, 13, 14, 15, 16, 21, 22, 23, 24, 25, 26, and
2377  27.
2378        17. That part of tract 308.04 consisting of:
2379        a. That part of block group 2 consisting of blocks 7, 8, 9,
2380  10, 11, 12, 13, 14, 15, 16, and 17.
2381        18. That part of tract 502.04 consisting of:
2382        a. All of block group 1.
2383        b. That part of block group 2 consisting of block 0.
2384        (b) That part of Palm Beach County consisting of:
2385        1. All of tracts 72.04, 74.20, 75.04, 75.05, 76.03, 76.04,
2386  76.05, 76.10, 76.12, 76.13, 76.14, 76.15, 76.16, 76.19, 76.20,
2387  76.21, 76.22, 76.23, 76.24, 77.31, 77.32, 77.35, 77.36, 77.38,
2388  77.39, 77.40, 77.41, 77.66, 77.67, and 77.77.

SEN-0000557

 444992

2389     2. That part of tract 72.05 consisting of:
2390     a. All of block group 1.
2391     b. All of block group 4.
2392     3. That part of tract 74.21 consisting of:
2393     a. That part of block group 1 consisting of blocks 3, 4, 5,
2394     6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22,
2395     23, and 24.
2396     b. All of block group 2.
2397     4. That part of tract 75.01 consisting of:
2398     a. That part of block group 1 consisting of blocks 0, 1, 2,
2399     7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, and 18.
2400     b. All of block group 2.
2401     c. All of block group 3.
2402     5. That part of tract 77.30 consisting of:
2403     a. All of block group 1.
2404     (35) District 35 is composed of:
2405     (a) That part of Miami-Dade County consisting of:
2406     1. All of tracts 1.09, 1.20, 1.24, 2.04, 2.06, 2.11, 2.12,
2407     2.13, 2.15, 2.16, 2.18, 2.19, 2.20, 2.21, 2.22, 2.23, 2.24,
2408     2.25, 2.26, 2.27, 2.28, 3.02, 3.06, 3.07, 3.08, 3.09, 3.10,
2409     3.11, 3.12, 4.02, 4.05, 4.08, 4.09, 4.10, 4.11, 4.13, 4.14,
2410     4.15, 4.16, 4.17, 4.18, 4.19, 4.20, 5.04, 5.06, 5.07, 5.09,
2411     10.03, 10.04, 10.05, 10.06, 10.07, 10.08, 11.01, 11.02, 11.03,
2412     11.04, 12.04, 12.05, 12.06, 12.07, 12.08, 12.09, 13.01, 13.02,
2413     14.01, 14.02, 15.01, 15.02, 18.01, 18.02, 18.03, 19.01, 19.03,
2414     19.04, 20.01, 20.03, 20.04, 21.00, 22.01, 22.02, 23.00, 38.01,
2415     38.03, 38.04, 39.06, 39.09, 39.11, 39.12, 39.13, 39.14, 39.15,
2416     39.16, 39.17, 39.18, 39.19, 39.21, 39.22, 94.01, 94.02, 95.03,
2417     95.04, 95.05, 95.06, 96.01, 96.02, 98.03, 98.04, 98.06, 98.09,

SEN-0000558

Florida Senate - 2022                    COMMITTEE AMENDMENT
Bill No. SJR 100

 444992

2418  98.10, 98.11, 98.12, 99.03, 99.04, 99.05, 99.06, 99.07, 99.08,
2419  99.09, 100.10, 100.12, 100.19, 100.20, 100.21, 100.22, 100.23,
2420  100.24, 100.25, and 9808.00.
2421      2. That part of tract 1.28 consisting of:
2422      a. That part of block group 3 consisting of blocks 2, 4, 5,
2423  6, 7, 15, 16, and 17.
2424      3. That part of tract 1.30 consisting of:
2425      a. That part of block group 2 consisting of blocks 0 and 3.
2426      b. That part of block group 5 consisting of blocks 2 and 3.
2427      4. That part of tract 1.32 consisting of:
2428      a. That part of block group 1 consisting of blocks 2, 3,
2429  and 4.
2430      b. That part of block group 4 consisting of blocks 0 and 2.
2431      5. That part of tract 5.05 consisting of:
2432      a. That part of block group 2 consisting of blocks 0, 1, 2,
2433  3, 4, 5, 6, 7, 8, 9, 11, 12, 13, 14, 15, 16, 17, 18, 31, 32, 33,
2434  34, 35, and 42.
2435      6. That part of tract 5.08 consisting of:
2436      a. That part of block group 1 consisting of blocks 0, 1, 2,
2437  3, 4, 5, 6, 7, 8, 9, 10, and 11.
2438      b. That part of block group 2 consisting of blocks 0, 1, 2,
2439  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 20, and 21.
2440      7. That part of tract 9.03 consisting of:
2441      a. That part of block group 1 consisting of blocks 0, 1, 2,
2442  3, 19, 20, 21, 24, 25, 26, 30, 31, 32, 33, 34, 37, 38, 41, 42,
2443  43, 44, 45, 48, and 49.
2444      8. That part of tract 17.01 consisting of:
2445      a. That part of block group 2 consisting of blocks 0, 1, 2,
2446  5, 6, 7, 8, 9, 10, 13, 14, and 15.

1/12/2022 12:53:42 PM                            598-01971-22

SEN-0000559

 444992

2447    b. That part of block group 3 consisting of blocks 0, 1, 2,
2448    4, 5, 6, 8, 9, 10, 29, 30, and 31.
2449    9. That part of tract 24.03 consisting of:
2450    a. That part of block group 1 consisting of blocks 0, 1, 2,
2451    3, 4, 5, 6, 7, 8, 15, and 16.
2452    10. That part of tract 24.04 consisting of:
2453    a. That part of block group 1 consisting of blocks 0, 1, 2,
2454    3, 5, and 6.
2455    11. That part of tract 25.02 consisting of:
2456    a. All of block group 1.
2457    b. That part of block group 3 consisting of blocks 0, 1, 2,
2458    13, 14, 15, 16, 17, and 18.
2459    12. That part of tract 26.00 consisting of:
2460    a. That part of block group 2 consisting of blocks 0, 1, 2,
2461    3, 4, and 5.
2462    b. That part of block group 3 consisting of blocks 0, 1, 2,
2463    and 7.
2464    c. That part of block group 4 consisting of blocks 0 and 1.
2465    d. That part of block group 5 consisting of blocks 0, 1, 2,
2466    and 3.
2467    13. That part of tract 27.02 consisting of:
2468    a. That part of block group 1 consisting of blocks 0 and 1.
2469    14. That part of tract 40.00 consisting of:
2470    a. All of block group 1.
2471    b. All of block group 2.
2472    c. All of block group 3.
2473    d. All of block group 4.
2474    e. All of block group 6.
2475    15. That part of tract 97.04 consisting of:

SEN-0000560

Florida Senate - 2022                              COMMITTEE AMENDMENT
Bill No. SJR 100

 444992

```
2476        a. That part of block group 3 consisting of block 13.
2477        16. That part of tract 100.26 consisting of:
2478        a. That part of block group 1 consisting of blocks 0, 1, 2,
2479   3, 4, 5, 6, 7, 8, 9, 15, 16, 17, and 18.
2480        17. That part of tract 9900.00 consisting of:
2481        a. That part of block group 0 consisting of blocks 1 and 2.
2482        (36) District 36 is composed of:
2483        (a) That part of Miami-Dade County consisting of:
2484        1. All of tracts 6.01, 6.02, 6.03, 6.05, 6.07, 6.09, 6.10,
2485   6.11, 6.12, 7.05, 7.10, 7.11, 7.12, 7.13, 7.14, 7.15, 7.16,
2486   7.17, 7.18, 7.19, 7.20, 8.04, 8.05, 8.06, 8.07, 8.08, 9.04,
2487   9.05, 9.06, 9.07, 9.08, 16.03, 16.05, 16.06, 16.07, 16.08,
2488   17.02, 17.04, 17.05, 47.01, 47.03, 47.04, 47.05, 90.20, 90.21,
2489   90.22, 90.39, 90.40, 90.43, 90.44, 90.48, 90.49, 90.50, 90.56,
2490   90.57, 90.58, 90.59, 90.60, 90.61, 90.62, 90.63, 90.64, 90.65,
2491   90.66, 92.00, 93.05, 93.12, 93.14, 93.15, 93.16, 93.17, 93.18,
2492   93.19, 93.20, 93.21, 93.22, 93.23, 93.24, 93.25, 93.26, 93.27,
2493   100.13, 100.15, 100.16, 100.17, 100.18, 116.01, 116.02, 117.01,
2494   117.02, 118.00, 119.00, 120.01, 120.02, 121.01, 121.02, 121.03,
2495   121.04, 121.05, 122.00, 123.01, 123.02, 124.01, 124.02, 125.01,
2496   125.02, 126.01, 126.02, 127.01, 127.02, 128.01, 128.02, 129.00,
2497   130.00, 131.00, 132.01, 132.02, 133.01, 133.02, 134.00, 135.00,
2498   136.00, 137.00, 138.01, 138.02, 139.00, 142.00, 143.00, 144.00,
2499   and 145.00.
2500        2. That part of tract 5.05 consisting of:
2501        a. All of block group 1.
2502        b. That part of block group 2 consisting of blocks 10, 19,
2503   20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 36, 37, 38, 39, 40,
2504   and 41.
```

SEN-0000561

 444992

2505 | c. All of block group 3.
2506 | 3. That part of tract 5.08 consisting of:
2507 | a. That part of block group 1 consisting of blocks 12, 13,
2508 | 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, and 28.
2509 | b. That part of block group 2 consisting of blocks 18, 19,
2510 | 22, 23, 24, 25, 26, 27, and 28.
2511 | 4. That part of tract 9.03 consisting of:
2512 | a. That part of block group 1 consisting of blocks 4, 5, 6,
2513 | 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 22, 23, 27, 28, 29,
2514 | 35, 36, 39, 40, 46, and 47.
2515 | b. All of block group 2.
2516 | 5. That part of tract 17.01 consisting of:
2517 | a. All of block group 1.
2518 | b. That part of block group 2 consisting of blocks 3, 4,
2519 | 11, and 12.
2520 | c. That part of block group 3 consisting of blocks 3, 7,
2521 | 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26,
2522 | 27, 28, and 32.
2523 | d. All of block group 4.
2524 | 6. That part of tract 90.10 consisting of:
2525 | a. All of block group 1.
2526 | b. All of block group 2.
2527 | c. That part of block group 3 consisting of blocks 0, 1, 2,
2528 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2529 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
2530 | 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52,
2531 | 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68,
2532 | 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, and 79.
2533 | 7. That part of tract 90.28 consisting of:

SEN-0000562

Florida Senate - 2022                    COMMITTEE AMENDMENT
Bill No. SJR 100

 444992

2534 | a. That part of block group 3 consisting of block 1.
2535 | 8. That part of tract 91.02 consisting of:
2536 | a. All of block group 1.
2537 | b. That part of block group 2 consisting of blocks 0, 1, 2,
2538 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2539 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 33, 34, 35, 36, 37, and
2540 | 38.
2541 | 9. That part of tract 100.26 consisting of:
2542 | a. That part of block group 1 consisting of blocks 10, 11,
2543 | 12, 13, and 14.
2544 | 10. That part of tract 124.03 consisting of:
2545 | a. That part of block group 1 consisting of blocks 0, 1, 2,
2546 | 3, 4, 5, 6, 7, 8, 9, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23,
2547 | 24, 25, 26, 27, 28, 29, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40,
2548 | 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56,
2549 | 57, 58, 59, 60, 61, 62, 63, 64, 65, and 66.
2550 | 11. That part of tract 141.00 consisting of:
2551 | a. That part of block group 1 consisting of blocks 0, 1, 2,
2552 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2553 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
2554 | 37, 38, 39, 44, 45, 46, and 47.
2555 | 12. That part of tract 9805.00 consisting of:
2556 | a. That part of block group 1 consisting of blocks 0, 1, 2,
2557 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2558 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
2559 | 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52,
2560 | 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68,
2561 | 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 95, 96,
2562 | 97, 98, 99, 101, 102, and 104.

1/12/2022 12:53:42 PM                          598-01971-22

SEN-0000563

 444992

2563     13. That part of tract 9811.00 consisting of:

2564     a. That part of block group 1 consisting of blocks 2, 3, 4,

2565 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,

2566 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37,

2567 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53,

2568 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69,

2569 70, 71, 72, 73, 74, 75, and 76.

2570     (37) District 37 is composed of:

2571     (a) That part of Miami-Dade County consisting of:

2572     1. All of tracts 24.02, 25.01, 27.05, 27.07, 27.08, 27.09,

2573 27.10, 28.00, 29.00, 30.01, 30.04, 30.05, 30.06, 31.00, 34.00,

2574 36.03, 36.04, 36.05, 36.06, 36.07, 37.03, 37.04, 37.05, 37.06,

2575 37.07, 37.08, 37.09, 37.10, 41.02, 41.03, 41.05, 41.06, 42.04,

2576 42.05, 42.06, 42.07, 42.08, 43.01, 43.03, 43.04, 44.03, 44.04,

2577 44.05, 44.06, 45.00, 49.01, 49.03, 49.04, 50.02, 50.03, 50.04,

2578 51.02, 51.03, 51.04, 52.01, 52.02, 53.03, 53.04, 53.05, 53.06,

2579 54.03, 54.05, 54.06, 54.07, 54.09, 54.10, 55.03, 55.04, 55.05,

2580 55.06, 56.00, 57.01, 57.05, 57.06, 57.07, 57.08, 58.03, 58.04,

2581 58.05, 58.06, 59.01, 59.02, 59.03, 59.04, 60.02, 60.03, 60.04,

2582 61.03, 61.04, 61.05, 61.06, 62.01, 62.03, 62.05, 62.06, 63.02,

2583 63.03, 63.04, 64.01, 64.02, 64.03, 65.01, 65.03, 65.04, 66.03,

2584 66.04, 66.05, 66.06, 66.07, 66.08, 67.07, 67.09, 67.13, 67.14,

2585 67.16, 67.17, 67.18, 67.19, 67.20, 67.21, 69.01, 69.02, 70.03,

2586 70.04, 70.05, 70.06, 74.02, 88.07, 89.06, 89.07, 89.08, 89.09,

2587 89.10, 89.11, 90.14, 90.15, 90.24, 90.26, 90.27, 90.29, 90.30,

2588 90.31, 90.51, 90.52, 90.53, 90.54, 90.55, 91.01, 4901.00, and

2589 9810.00.

2590     2. That part of tract 24.03 consisting of:

2591     a. That part of block group 1 consisting of blocks 9, 10,

SEN-0000564



444992

2592 | 11, 12, 13, 14, 17, 18, 19, 20, 21, 22, 23, 24, 25, and 26.
2593 |     b. All of block group 2.
2594 |     3. That part of tract 24.04 consisting of:
2595 |     a. That part of block group 1 consisting of blocks 4, 7, 8,
2596 | 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, and 22.
2597 |     b. All of block group 2.
2598 |     c. All of block group 3.
2599 |     4. That part of tract 25.02 consisting of:
2600 |     a. All of block group 2.
2601 |     b. That part of block group 3 consisting of blocks 3, 4, 5,
2602 | 6, 7, 8, 9, 10, 11, 12, 19, 20, 21, 22, 23, 24, 25, and 26.
2603 |     5. That part of tract 26.00 consisting of:
2604 |     a. All of block group 1.
2605 |     b. That part of block group 2 consisting of blocks 6, 7, 8,
2606 | 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, and 19.
2607 |     c. That part of block group 3 consisting of blocks 3, 4, 5,
2608 | 6, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, and 21.
2609 |     d. That part of block group 4 consisting of blocks 2, 3, 4,
2610 | 5, 6, 7, 8, 9, and 10.
2611 |     e. That part of block group 5 consisting of blocks 4, 5, 6,
2612 | 7, 8, 9, 10, 11, 12, 13, and 14.
2613 |     6. That part of tract 27.02 consisting of:
2614 |     a. That part of block group 1 consisting of blocks 2, 3, 4,
2615 | 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
2616 | 22, 23, 24, 25, 26, and 27.
2617 |     b. All of block group 2.
2618 |     7. That part of tract 40.00 consisting of:
2619 |     a. All of block group 5.
2620 |     8. That part of tract 67.06 consisting of:

Page 91 of 106

SEN-0000565

Florida Senate - 2022                            COMMITTEE AMENDMENT
Bill No. SJR 100

 444992

```
2621        a. That part of block group 1 consisting of block 1.
2622        9. That part of tract 67.15 consisting of:
2623        a. All of block group 1.
2624        b. All of block group 2.
2625        c. That part of block group 3 consisting of block 0.
2626        d. All of block group 4.
2627        10. That part of tract 67.22 consisting of:
2628        a. That part of block group 1 consisting of block 0.
2629        11. That part of tract 70.07 consisting of:
2630        a. All of block group 1.
2631        b. All of block group 3.
2632        12. That part of tract 77.08 consisting of:
2633        a. That part of block group 1 consisting of blocks 0, 1, 2,
2634   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, and 19.
2635        b. That part of block group 2 consisting of block 0.
2636        c. All of block group 3.
2637        13. That part of tract 77.09 consisting of:
2638        a. That part of block group 1 consisting of blocks 0, 1, 2,
2639   3, 4, and 9.
2640        b. All of block group 2.
2641        14. That part of tract 88.05 consisting of:
2642        a. All of block group 2.
2643        15. That part of tract 88.06 consisting of:
2644        a. All of block group 2.
2645        16. That part of tract 90.10 consisting of:
2646        a. That part of block group 3 consisting of block 80.
2647        17. That part of tract 90.28 consisting of:
2648        a. All of block group 1.
2649        b. All of block group 2.
```

Page 92 of 106

SEN-0000566

Florida Senate – 2022
Bill No. SJR 100

COMMITTEE AMENDMENT

 444992

2650   c. That part of block group 3 consisting of blocks 0, 2, 3,
2651   4, 5, 6, 7, 8, 9, 10, 11, 12, and 13.
2652   18. That part of tract 91.02 consisting of:
2653   a. That part of block group 2 consisting of blocks 31, 32,
2654   39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, and 51.
2655   19. That part of tract 9804.00 consisting of:
2656   a. That part of block group 1 consisting of blocks 0, 1, 2,
2657   3, 4, 7, 15, 16, 17, 18, 19, and 21.
2658   20. That part of tract 9805.00 consisting of:
2659   a. That part of block group 1 consisting of blocks 83, 84,
2660   85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 100, and 103.
2661   (38) District 38 is composed of:
2662   (a) That part of Broward County consisting of:
2663   1. All of tracts 101.02, 101.03, 102.01, 102.02, 108.00,
2664   109.01, 109.02, 110.00, 301.00, 302.01, 302.02, 302.03, 309.02,
2665   309.03, 309.04, 310.01, 310.02, 311.01, 311.02, 312.03, 312.04,
2666   312.05, 312.06, 312.07, 401.01, 401.02, 402.03, 402.04, 402.06,
2667   404.01, 404.02, 405.02, 405.03, 405.05, 405.06, 406.01, 406.02,
2668   407.01, 407.02, 418.01, 418.02, 419.00, 420.00, 421.00, 422.00,
2669   423.01, 424.00, 430.01, 431.00, 433.01, 433.02, 510.01, 510.02,
2670   801.02, 801.03, 801.04, 801.05, 802.00, 804.02, 804.03, 804.05,
2671   804.06, 805.00, 901.02, 901.03, 901.04, 902.00, 903.01, 903.03,
2672   903.04, 904.01, 904.03, 904.04, 905.02, 905.03, 905.04, 908.01,
2673   908.02, 909.00, 910.00, 911.00, 915.00, 916.01, 916.02, 917.01,
2674   917.02, 918.02, 918.03, 918.04, 919.01, 919.03, 919.04, 920.00,
2675   1001.03, 1001.04, 1001.05, 1001.06, 1001.07, 1001.08, 1002.01,
2676   1002.03, 1002.04, 1003.01, 1003.02, 1004.00, 1005.01, 1005.02,
2677   1006.00, 1007.00, 1008.01, 1008.03, 1008.04, 1105.01, 1105.02,
2678   1106.00, and 9900.00.

1/12/2022 12:53:42 PM

598-01971-22

SEN-0000567

 444992

```
2679        2. That part of tract 101.04 consisting of:
2680        a. That part of block group 1 consisting of blocks 0, 1, 2,
2681   3, 4, 5, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, and
2682   20.
2683        b. All of block group 2.
2684        3. That part of tract 103.06 consisting of:
2685        a. All of block group 1.
2686        4. That part of tract 103.07 consisting of:
2687        a. That part of block group 2 consisting of blocks 26, 27,
2688   28, 29, 34, 35, and 36.
2689        5. That part of tract 107.02 consisting of:
2690        a. That part of block group 1 consisting of block 0.
2691        b. That part of block group 2 consisting of block 0.
2692        6. That part of tract 303.02 consisting of:
2693        a. That part of block group 3 consisting of block 0.
2694        b. That part of block group 4 consisting of blocks 0 and 2.
2695        7. That part of tract 304.01 consisting of:
2696        a. That part of block group 1 consisting of blocks 0 and 1.
2697        8. That part of tract 304.02 consisting of:
2698        a. That part of block group 1 consisting of blocks 0, 30,
2699   31, 32, 33, 35, and 36.
2700        b. That part of block group 3 consisting of blocks 6, 7,
2701   and 13.
2702        9. That part of tract 308.03 consisting of:
2703        a. All of block group 1.
2704        b. That part of block group 2 consisting of blocks 4, 5, 6,
2705   7, 8, 17, 18, 19, and 20.
2706        c. All of block group 3.
2707        10. That part of tract 308.04 consisting of:
```

1/12/2022 12:53:42 PM                          598-01971-22

SEN-0000568

Florida Senate - 2022                          COMMITTEE AMENDMENT
Bill No. SJR 100

 444992

2708    a. All of block group 1.
2709    b. That part of block group 2 consisting of blocks 0, 1, 2,
2710 3, 4, 5, 6, 18, and 19.
2711    11. That part of tract 402.05 consisting of:
2712    a. All of block group 1.
2713    b. All of block group 2.
2714    c. That part of block group 3 consisting of blocks 0, 1, 2,
2715 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2716 and 21.
2717    12. That part of tract 403.00 consisting of:
2718    a. That part of block group 1 consisting of blocks 0, 1, 2,
2719 3, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, and 19.
2720    b. All of block group 2.
2721    c. All of block group 3.
2722    d. All of block group 4.
2723    13. That part of tract 423.02 consisting of:
2724    a. All of block group 1.
2725    b. That part of block group 2 consisting of blocks 0, 8, 9,
2726 10, 11, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27,
2727 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, and 42.
2728    14. That part of tract 425.01 consisting of:
2729    a. That part of block group 1 consisting of blocks 0, 9,
2730 10, 13, 14, and 17.
2731    b. That part of block group 2 consisting of blocks 0, 1, 5,
2732 11, and 12.
2733    15. That part of tract 425.02 consisting of:
2734    a. That part of block group 1 consisting of blocks 0, 8, 9,
2735 10, 21, 22, and 31.
2736    b. That part of block group 2 consisting of blocks 0, 26,

1/12/2022 12:53:42 PM                           598-01971-22

SEN-0000569

 444992

2737   and 27.
2738         16. That part of tract 427.00 consisting of:
2739         a. All of block group 2.
2740         b. That part of block group 4 consisting of blocks 14, 15,
2741   16, 17, and 18.
2742         17. That part of tract 428.01 consisting of:
2743         a. That part of block group 1 consisting of blocks 27, 28,
2744   and 29.
2745         18. That part of tract 430.02 consisting of:
2746         a. That part of block group 1 consisting of blocks 12, 13,
2747   14, 15, 16, 17, 18, 19, and 20.
2748         b. All of block group 2.
2749         c. All of block group 3.
2750         d. All of block group 4.
2751         e. All of block group 5.
2752         f. That part of block group 6 consisting of blocks 3, 4, 5,
2753   7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, and
2754   23.
2755         19. That part of tract 506.01 consisting of:
2756         a. That part of block group 2 consisting of blocks 7 and 8.
2757         20. That part of tract 509.00 consisting of:
2758         a. All of block group 1.
2759         b. All of block group 2.
2760         c. All of block group 3.
2761         d. All of block group 4.
2762         e. That part of block group 5 consisting of blocks 0, 1, 2,
2763   3, 4, 5, 6, 7, 8, 9, 10, 12, 13, 14, 15, and 16.
2764         f. All of block group 6.
2765         21. That part of tract 610.01 consisting of:

SEN-0000570

Florida Senate - 2022                     COMMITTEE AMENDMENT
Bill No. SJR 100

 444992

2766          a. That part of block group 1 consisting of block 16.
2767          22. That part of tract 611.00 consisting of:
2768          a. All of block group 1.
2769          b. That part of block group 2 consisting of blocks 1, 2, 3,
2770     4, 5, 6, 7, 8, and 9.
2771          c. All of block group 3.
2772          d. That part of block group 4 consisting of blocks 0, 1, 2,
2773     3, 4, 5, 6, 7, 8, 9, 12, 13, 14, 15, 16, and 17.
2774          e. All of block group 5.
2775          23. That part of tract 701.02 consisting of:
2776          a. That part of block group 1 consisting of blocks 0, 1, 2,
2777     3, 4, 5, 22, 23, 24, 25, 26, 27, 28, and 29.
2778          24. That part of tract 701.03 consisting of:
2779          a. That part of block group 2 consisting of blocks 0, 16,
2780     and 17.
2781          25. That part of tract 701.04 consisting of:
2782          a. That part of block group 1 consisting of blocks 0, 1, 2,
2783     3, 4, 5, 6, 7, 8, 9, 10, 27, 28, 29, 30, 31, 32, 33, and 35.
2784          26. That part of tract 906.02 consisting of:
2785          a. That part of block group 5 consisting of blocks 0, 12,
2786     and 13.
2787          27. That part of tract 907.00 consisting of:
2788          a. That part of block group 1 consisting of block 0.
2789          28. That part of tract 912.01 consisting of:
2790          a. That part of block group 1 consisting of block 0.
2791          29. That part of tract 912.02 consisting of:
2792          a. That part of block group 1 consisting of block 0.
2793          30. That part of tract 914.00 consisting of:
2794          a. All of block group 1.

1/12/2022 12:53:42 PM                          598-01971-22

SEN-0000571

 444992

2795    b. All of block group 2.
2796    c. All of block group 3.
2797    d. That part of block group 4 consisting of blocks 0, 1, 2,
2798  3, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, and
2799  20.
2800    31. That part of tract 1104.02 consisting of:
2801    a. That part of block group 2 consisting of block 0.
2802    32. That part of tract 1104.04 consisting of:
2803    a. That part of block group 1 consisting of block 0.
2804    (b) That part of Miami-Dade County consisting of:
2805    1. All of tracts 1.07, 1.15, 1.18, 1.21, 1.22, 1.23, 1.25,
2806  1.26, 1.27, 1.29, 1.31, 1.34, 1.40, 1.41, 1.42, 1.43, 1.44,
2807  1.45, 1.46, 97.03, 97.05, and 97.06.
2808    2. That part of tract 1.28 consisting of:
2809    a. All of block group 1.
2810    b. All of block group 2.
2811    c. That part of block group 3 consisting of blocks 0, 1, 3,
2812  8, 9, 10, 11, 12, 13, and 14.
2813    3. That part of tract 1.30 consisting of:
2814    a. That part of block group 1 consisting of block 0.
2815    b. That part of block group 2 consisting of blocks 1 and 2.
2816    c. All of block group 3.
2817    d. All of block group 4.
2818    e. That part of block group 5 consisting of blocks 0 and 1.
2819    4. That part of tract 1.32 consisting of:
2820    a. That part of block group 1 consisting of blocks 0, 1,
2821  and 5.
2822    b. All of block group 2.
2823    c. All of block group 3.

1/12/2022 12:53:42 PM                          598-01971-22

SEN-0000572

Florida Senate - 2022                                    COMMITTEE AMENDMENT
Bill No. SJR 100

 444992

2824        d. That part of block group 4 consisting of blocks 1, 3,
2825   and 4.
2826        e. All of block group 5.
2827        5. That part of tract 97.04 consisting of:
2828        a. All of block group 1.
2829        b. All of block group 2.
2830        c. That part of block group 3 consisting of blocks 0, 1, 2,
2831   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 14, 15, 16, and 17.
2832        d. All of block group 4.
2833        (39) District 39 is composed of:
2834        (a) All of Monroe County.
2835        (b) That part of Miami-Dade County consisting of:
2836        1. All of tracts 87.03, 88.09, 88.10, 89.04, 101.93,
2837   101.98, 103.02, 110.08, 110.09, 110.10, 110.14, 110.15, 111.03,
2838   112.03, 112.05, 113.01, 113.02, 114.05, 114.06, 114.07, 114.08,
2839   114.09, 114.10, 114.11, 114.12, 115.00, 146.01, 146.02, 147.01,
2840   147.02, 148.00, 149.00, 150.01, 150.02, 151.01, 151.02, 151.03,
2841   152.01, 152.02, 153.00, 154.00, 155.01, 155.02, 157.00, 158.00,
2842   159.00, 160.00, 161.00, 162.00, 163.00, 164.01, 164.02, 165.01,
2843   165.02, 166.00, 167.00, 168.00, 169.00, 170.00, 171.01, 171.02,
2844   172.00, 173.00, 174.01, 174.02, 175.00, 176.00, 177.00, 178.00,
2845   179.01, 179.02, 180.01, 180.02, 180.03, 181.00, 182.00, 183.00,
2846   184.00, 185.00, 186.01, 186.02, 187.00, 188.01, 188.02, 188.03,
2847   189.01, 189.02, 190.00, 191.00, 194.01, 195.01, 195.02, 196.00,
2848   197.00, 198.01, 200.01, 200.02, 201.00, 9802.00, 9809.00,
2849   9812.00, and 9813.00.
2850        2. That part of tract 87.04 consisting of:
2851        a. All of block group 2.
2852        3. That part of tract 88.08 consisting of:

Page 99 of 106

SEN-0000573

Florida Senate - 2022                    COMMITTEE AMENDMENT
Bill No. SJR 100

 444992

2853 |        a. That part of block group 1 consisting of blocks 3, 4, 5,
2854 | 6, 7, 8, 9, 10, 11, 12, 18, 19, 20, and 21.
2855 |        4. That part of tract 102.01 consisting of:
2856 |        a. That part of block group 1 consisting of blocks 6, 7, 8,
2857 | 9, 10, 20, 21, 22, 23, 24, 25, 26, 41, 42, 43, 44, 51, 52, 54,
2858 | 55, 56, 57, and 73.
2859 |        5. That part of tract 103.03 consisting of:
2860 |        a. All of block group 1.
2861 |        b. All of block group 3.
2862 |        6. That part of tract 107.06 consisting of:
2863 |        a. That part of block group 1 consisting of blocks 11, 12,
2864 | 13, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51,
2865 | 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, and 63.
2866 |        b. That part of block group 2 consisting of block 14.
2867 |        7. That part of tract 110.03 consisting of:
2868 |        a. That part of block group 3 consisting of blocks 9, 10,
2869 | 11, 14, and 15.
2870 |        8. That part of tract 110.11 consisting of:
2871 |        a. That part of block group 1 consisting of block 17.
2872 |        b. That part of block group 2 consisting of blocks 4, 5, 6,
2873 | 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 18, 20, 21, 22, 23, 25, 26,
2874 | 27, 28, 29, 30, 31, 32, 33, 34, 35, and 36.
2875 |        9. That part of tract 110.12 consisting of:
2876 |        a. That part of block group 1 consisting of blocks 7 and 8.
2877 |        10. That part of tract 111.04 consisting of:
2878 |        a. That part of block group 1 consisting of blocks 0, 12,
2879 | 13, 14, 15, 16, and 17.
2880 |        b. All of block group 2.
2881 |        c. All of block group 3.

1/12/2022 12:53:42 PM                              598-01971-22

SEN-0000574

Florida Senate - 2022                      COMMITTEE AMENDMENT
Bill No. SJR 100

 444992

2882        d. That part of block group 4 consisting of blocks 2, 3, 4,
2883   5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, and 16.
2884        11. That part of tract 111.06 consisting of:
2885        a. That part of block group 2 consisting of blocks 22, 25,
2886   26, 27, 28, 29, 30, 31, 32, 42, 43, 44, 45, 46, 47, 48, and 51.
2887        12. That part of tract 112.04 consisting of:
2888        a. That part of block group 1 consisting of blocks 5, 6, 7,
2889   8, 16, 19, 22, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
2890   37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52,
2891   53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, and
2892   68.
2893        13. That part of tract 112.06 consisting of:
2894        a. All of block group 1.
2895        b. That part of block group 2 consisting of blocks 2, 3, 4,
2896   5, 6, 7, 12, 13, 14, 15, 16, 17, 23, 24, 25, 26, 27, 28, 29, 30,
2897   31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46,
2898   47, 48, 49, 50, 51, 52, 53, 54, 55, 56, and 57.
2899        14. That part of tract 124.03 consisting of:
2900        a. That part of block group 1 consisting of blocks 10, 11,
2901   12, and 30.
2902        15. That part of tract 141.00 consisting of:
2903        a. That part of block group 1 consisting of blocks 40, 41,
2904   42, and 43.
2905        16. That part of tract 192.00 consisting of:
2906        a. All of block group 1.
2907        b. That part of block group 2 consisting of blocks 0, 1, 2,
2908   3, 4, 6, 7, 8, 9, 10, 11, and 12.
2909        c. All of block group 3.
2910        17. That part of tract 194.02 consisting of:

1/12/2022 12:53:42 PM                              598-01971-22

SEN-0000575

 444992

2911    a. All of block group 1.
2912    b. That part of block group 2 consisting of blocks 1, 2, 3,
2913    4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2914    21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
2915    37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52,
2916    53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 65, and 66.
2917    18. That part of tract 198.02 consisting of:
2918    a. That part of block group 1 consisting of blocks 0, 1, 2,
2919    3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2920    22, 23, and 24.
2921    b. All of block group 2.
2922    19. That part of tract 202.00 consisting of:
2923    a. All of block group 1.
2924    20. That part of tract 9801.00 consisting of:
2925    a. That part of block group 1 consisting of blocks 3, 4, 5,
2926    6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, and 21.
2927    21. That part of tract 9811.00 consisting of:
2928    a. That part of block group 1 consisting of blocks 0, 1,
2929    77, and 78.
2930    22. That part of tract 9900.00 consisting of:
2931    a. That part of block group 0 consisting of blocks 26, 27,
2932    31, 34, 35, 36, 37, and 38.
2933    (40) District 40 is composed of:
2934    (a) That part of Miami-Dade County consisting of:
2935    1. All of tracts 46.02, 46.05, 46.07, 46.08, 67.05, 68.01,
2936    68.02, 71.01, 71.03, 71.04, 72.00, 73.00, 74.01, 74.03, 75.01,
2937    75.03, 76.01, 76.03, 76.05, 76.07, 76.08, 76.09, 76.10, 77.04,
2938    77.05, 77.06, 77.07, 78.01, 78.05, 78.06, 78.07, 78.08, 78.09,
2939    79.01, 79.02, 80.00, 81.01, 81.02, 82.02, 82.05, 82.06, 82.07,

SEN-0000576

 444992

2940 | 82.08, 82.09, 83.05, 83.08, 83.09, 83.10, 83.11, 83.12, 83.13,
2941 | 83.14, 83.15, 84.09, 84.15, 84.16, 84.18, 84.19, 84.20, 84.21,
2942 | 84.22, 84.23, 84.24, 84.25, 84.26, 84.27, 84.28, 84.29, 84.30,
2943 | 84.31, 85.02, 85.03, 85.04, 86.01, 86.03, 86.04, 87.02, 102.05,
2944 | 102.07, 102.08, 102.09, 102.11, 102.12, 102.13, 102.14, 103.01,
2945 | 104.00, 105.01, 105.02, 106.04, 106.08, 106.09, 106.10, 106.13,
2946 | 106.18, 106.19, 106.20, 106.21, 106.22, 106.23, 106.24, 106.25,
2947 | 106.26, 107.05, 107.07, 107.08, 107.09, 107.10, 108.03, 108.04,
2948 | 108.05, 108.06, 109.00, 110.13, 111.05, 156.00, 193.01, 193.02,
2949 | 199.01, 199.02, 203.00, 9803.00, 9806.00, and 9807.00.
2950 |     2. That part of tract 67.06 consisting of:
2951 |     a. That part of block group 1 consisting of blocks 0, 2, 3,
2952 | 4, 5, 6, 7, and 8.
2953 |     b. All of block group 2.
2954 |     c. That part of block group 3 consisting of block 0.
2955 |     3. That part of tract 67.15 consisting of:
2956 |     a. That part of block group 3 consisting of blocks 1, 2, 3,
2957 | 4, 5, and 6.
2958 |     4. That part of tract 70.07 consisting of:
2959 |     a. All of block group 2.
2960 |     5. That part of tract 77.08 consisting of:
2961 |     a. That part of block group 1 consisting of blocks 20 and
2962 | 21.
2963 |     b. That part of block group 2 consisting of blocks 1, 2, 3,
2964 | 4, 5, 6, and 7.
2965 |     6. That part of tract 77.09 consisting of:
2966 |     a. That part of block group 1 consisting of blocks 5, 6, 7,
2967 | 8, 10, 11, 12, 13, 14, 15, 16, 17, and 18.
2968 |     b. All of block group 3.

SEN-0000577



444992

| | |
|---|---|
| 2969 | 7. That part of tract 87.04 consisting of: |
| 2970 | a. All of block group 1. |
| 2971 | 8. That part of tract 88.05 consisting of: |
| 2972 | a. All of block group 1. |
| 2973 | b. All of block group 3. |
| 2974 | 9. That part of tract 88.06 consisting of: |
| 2975 | a. All of block group 1. |
| 2976 | 10. That part of tract 88.08 consisting of: |
| 2977 | a. That part of block group 1 consisting of blocks 0, 1, 2, |
| 2978 | 13, 14, 15, 16, 17, 22, 23, 24, 25, and 26. |
| 2979 | b. All of block group 2. |
| 2980 | 11. That part of tract 102.01 consisting of: |
| 2981 | a. That part of block group 1 consisting of blocks 0, 1, 2, |
| 2982 | 3, 4, 5, 11, 12, 13, 14, 15, 16, 17, 18, 19, 27, 28, 29, 30, 31, |
| 2983 | 32, 33, 34, 35, 36, 37, 38, 39, 40, 45, 46, 47, 48, 49, 50, 53, |
| 2984 | 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, and 72. |
| 2985 | b. All of block group 2. |
| 2986 | c. All of block group 3. |
| 2987 | 12. That part of tract 103.03 consisting of: |
| 2988 | a. All of block group 2. |
| 2989 | 13. That part of tract 107.06 consisting of: |
| 2990 | a. That part of block group 1 consisting of blocks 0, 1, 2, |
| 2991 | 3, 4, 5, 6, 7, 8, 9, 10, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, |
| 2992 | 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, and 64. |
| 2993 | b. That part of block group 2 consisting of blocks 0, 1, 2, |
| 2994 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 15, 16, 17, 18, 19, 20, 21, |
| 2995 | 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, |
| 2996 | 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, |
| 2997 | 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, and 65. |

1/12/2022 12:53:42 PM                        598-01971-22

SEN-0000578

 444992

2998    14. That part of tract 110.03 consisting of:

2999    a. All of block group 1.

3000    b. All of block group 2.

3001    c. That part of block group 3 consisting of blocks 0, 1, 2,
3002    3, 4, 5, 6, 7, 8, 12, 13, 16, 17, 18, 19, and 20.

3003    15. That part of tract 110.11 consisting of:

3004    a. That part of block group 1 consisting of blocks 0, 1, 2,
3005    3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, and 18.

3006    b. That part of block group 2 consisting of blocks 0, 1, 2,
3007    3, 17, 19, and 24.

3008    16. That part of tract 110.12 consisting of:

3009    a. That part of block group 1 consisting of blocks 0, 1, 2,
3010    3, 4, 5, 6, 9, 10, 11, 12, 13, 14, 15, and 16.

3011    b. All of block group 2.

3012    17. That part of tract 111.04 consisting of:

3013    a. That part of block group 1 consisting of blocks 1, 2, 3,
3014    4, 5, 6, 7, 8, 9, 10, and 11.

3015    b. That part of block group 4 consisting of blocks 0 and 1.

3016    18. That part of tract 111.06 consisting of:

3017    a. All of block group 1.

3018    b. That part of block group 2 consisting of blocks 0, 1, 2,
3019    3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
3020    21, 23, 24, 33, 34, 35, 36, 37, 38, 39, 40, 41, 49, 50, 52, 53,
3021    54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, and 66.

3022    19. That part of tract 112.04 consisting of:

3023    a. That part of block group 1 consisting of blocks 0, 1, 2,
3024    3, 4, 9, 10, 11, 12, 13, 14, 15, 17, 18, 20, 21, 23, and 24.

3025    20. That part of tract 112.06 consisting of:

3026    a. That part of block group 2 consisting of blocks 0, 1, 8,

1/12/2022 12:53:42 PM                          598-01971-22

SEN-0000579

 444992

3027 | 9, 10, 11, 18, 19, 20, 21, and 22.
3028 | 21. That part of tract 192.00 consisting of:
3029 | a. That part of block group 2 consisting of block 5.
3030 | 22. That part of tract 194.02 consisting of:
3031 | a. That part of block group 2 consisting of blocks 0 and
3032 | 64.
3033 | 23. That part of tract 198.02 consisting of:
3034 | a. That part of block group 1 consisting of block 21.
3035 | 24. That part of tract 202.00 consisting of:
3036 | a. All of block group 2.
3037 | b. All of block group 3.
3038 | c. All of block group 4.
3039 | 25. That part of tract 9801.00 consisting of:
3040 | a. That part of block group 1 consisting of blocks 0, 1,
3041 | and 2.
3042 | 26. That part of tract 9804.00 consisting of:
3043 | a. That part of block group 1 consisting of blocks 5, 6, 8,
3044 | 9, 10, 11, 12, 13, 14, 20, 22, 23, 24, 25, 26, 27, 28, and 29.
3045 | 27. That part of tract 9900.00 consisting of:
3046 | a. That part of block group 0 consisting of blocks 3, 4, 5,
3047 | 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22,
3048 | 23, 24, 25, 28, 29, 30, 32, and 33.
3049 |
3050 | ================ T I T L E   A M E N D M E N T ================
3051 | And the title is amended as follows:
3052 | Delete line 3011
3053 | and insert:
3054 | Senate (plans _____ and S027S8056); adopting the

SEN-0000580

Florida Senate - 2022                        COMMITTEE AMENDMENT
Bill No. SJR 100

 357120

LEGISLATIVE ACTION

| Senate | . | House |
|---|---|---|
| Comm: RCS | . | |
| 01/13/2022 | . | |
| | . | |
| | . | |
| | . | |

The Committee on Reapportionment (Rodrigues) recommended the following:

1    **Senate Substitute for Amendment (360368) (with title**
2    **amendment)**
3
4        Delete line 74
5    and insert:
6        (1) District 1 is composed of:
7        (a) All of Escambia County.
8        (b) All of Santa Rosa County.
9        (c) That part of Okaloosa County consisting of:
10       1. All of tracts 201.0 and 201.02.

SEN-0000581

Florida Senate - 2022                              COMMITTEE AMENDMENT
Bill No. SJR 100

 357120

11      2. That part of tract 202.00 consisting of:
12      a. That part of block group 1 consisting of blocks 0, 1, 2,
13 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
14 21, 22, 24, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38,
15 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54,
16 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70,
17 74, 76, 77, 78, 79, 89, 94, 95, 96, 97, 98, 99, 100, 101, 102,
18 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114, 115,
19 116, 117, 144, 146, 147, 149, 151, and 152.
20      3. That part of tract 203.03 consisting of:
21      a. All of block group 2.
22      4. That part of tract 203.04 consisting of:
23      a. That part of block group 1 consisting of blocks 0, 1, 2,
24 3, 5, 6, 7, 27, and 29.
25      b. All of block group 2.
26      5. That part of tract 203.05 consisting of:
27      a. That part of block group 1 consisting of blocks 11, 13,
28 16, 18, 35, and 36.
29      6. That part of tract 205.00 consisting of:
30      a. That part of block group 1 consisting of blocks 2, 5, 6,
31 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 21, 22, 23, 24, 25, 26,
32 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 39, 40, 41, 42, 43,
33 44, 49, 50, 51, and 52.
34      b. That part of block group 2 consisting of blocks 0, 1, 2,
35 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
36 21, 22, 25, 26, 27, 28, 29, and 30.
37      c. That part of block group 3 consisting of blocks 0, 1, 2,
38 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
39 21, 22, 23, 26, 27, 28, 29, 30, 31, and 32.

1/13/2022 4:16:24 PM                              598-02007-22

SEN-0000582

 357120

40      d. That part of block group 4 consisting of blocks 1, 2, 3,
41  4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 22, 23, 24, 25, 26, 27, 28,
42  29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 47, 48, 49,
43  50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 61, 62, 63, 64, 65, 66,
44  67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, and 78.
45      e. All of block group 5.
46      f. All of block group 6.
47      7. That part of tract 206.01 consisting of:
48      a. All of block group 1.
49      b. That part of block group 2 consisting of blocks 0, 1, 2,
50  3, 4, 5, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, and
51  31.
52      c. That part of block group 3 consisting of blocks 0, 1, 2,
53  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
54  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
55  37, 38, 39, 40, 41, 42, 43, 44, 68, 69, 70, and 72.
56      (2) District 2 is composed of:
57      (a) All of Bay County.
58      (b) All of Calhoun County.
59      (c) All of Holmes County.
60      (d) All of Jackson County.
61      (e) All of Walton County.
62      (f) All of Washington County.
63      (g) That part of Okaloosa County consisting of:
64      1. All of tracts 203.06, 204.00, 206.02, 207.01, 207.02,
65  208.00, 209.00, 210.01, 210.02, 211.01, 211.02, 212.00, 214.00,
66  215.01, 215.02, 216.00, 217.00, 218.01, 218.02, 219.01, 219.02,
67  220.01, 220.02, 221.00, 223.00, 224.00, 225.00, 226.00, 227.00,
68  228.00, 229.00, 231.00, 232.00, 233.03, 233.04, 233.05, 233.06,

SEN-0000583

 357120

69 | 233.07, 233.08, 9901.00, and 9902.00.
70 |     2. That part of tract 202.00 consisting of:
71 |     a. That part of block group 1 consisting of blocks 23, 25,
72 | 71, 72, 73, 75, 80, 81, 82, 83, 84, 85, 86, 87, 88, 90, 91, 92,
73 | 93, 118, 119, 120, 121, 122, 123, 124, 125, 126, 127, 128, 129,
74 | 130, 131, 132, 133, 134, 135, 136, 137, 138, 139, 140, 141, 142,
75 | 143, 145, 148, 150, and 153.
76 |     3. That part of tract 203.03 consisting of:
77 |     a. All of block group 1.
78 |     4. That part of tract 203.04 consisting of:
79 |     a. That part of block group 1 consisting of blocks 4, 8, 9,
80 | 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25,
81 | 26, and 28.
82 |     5. That part of tract 203.05 consisting of:
83 |     a. That part of block group 1 consisting of blocks 0, 1, 2,
84 | 3, 4, 5, 6, 7, 8, 9, 10, 12, 14, 15, 17, 19, 20, 21, 22, 23, 24,
85 | 25, 26, 27, 28, 29, 30, 31, 32, 33, and 34.
86 |     b. All of block group 2.
87 |     6. That part of tract 205.00 consisting of:
88 |     a. That part of block group 1 consisting of blocks 0, 1, 3,
89 | 4, 18, 19, 20, 38, 45, 46, 47, and 48.
90 |     b. That part of block group 2 consisting of blocks 23 and
91 | 24.
92 |     c. That part of block group 3 consisting of blocks 24 and
93 | 25.
94 |     d. That part of block group 4 consisting of blocks 0, 14,
95 | 15, 16, 17, 18, 19, 20, 21, 42, 43, 44, 45, 46, and 60.
96 |     7. That part of tract 206.01 consisting of:
97 |     a. That part of block group 2 consisting of blocks 6, 7, 8,

SEN-0000584

 357120

98   9, 10, 11, 12, 13, 14, 15, 16, 17, 32, 33, 34, 35, 36, 37, 38,
99   39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54,
100  and 55.
101       b. That part of block group 3 consisting of blocks 45, 46,
102  47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62,
103  63, 64, 65, 66, 67, and 71.
104       (3) District 3 is composed of:
105       (a) All of Dixie County.
106       (b) All of Franklin County.
107       (c) All of Gadsden County.
108       (d) All of Gulf County.
109       (e) All of Hamilton County.
110       (f) All of Jefferson County.
111       (g) All of Lafayette County.
112       (h) All of Leon County.
113       (i) All of Liberty County.
114       (j) All of Madison County.
115       (k) All of Suwannee County.
116       (l) All of Taylor County.
117       (m) All of Wakulla County.
118       (4) District 4 is composed of:
119       (a) All of Nassau County.
120       (b) That part of Duval County consisting of:
121       1. All of tracts 101.01, 101.05, 101.06, 101.07, 102.04,
122  103.01, 105.01, 105.02, 106.02, 138.00, 139.01, 139.02, 139.04,
123  139.05, 139.06, 140.01, 140.02, 141.01, 141.03, 141.04, 142.03,
124  142.04, 142.05, 142.06, 143.11, 143.12, 143.28, 143.29, 143.30,
125  143.31, 143.33, 143.34, 143.35, 143.36, 143.38, 143.39, 143.40,
126  143.41, 143.42, 143.43, 143.44, 144.08, 144.13, 144.14, 144.15,

1/13/2022 4:16:24 PM                                    598-02007-22

SEN-0000585

 357120

```
127   144.16, 144.17, 144.18, 144.19, 144.20, 144.21, 144.22, 144.23,
128   144.24, 144.25, 144.26, 144.27, 144.28, 145.00, 159.22, 167.11,
129   167.24, 167.25, 167.26, 167.27, 167.28, 167.29, 167.30, 167.31,
130   168.01, 168.03, 168.04, 168.07, 168.08, 168.09, 168.10, 168.11,
131   168.12, 168.13, and 9900.00.
132        2. That part of tract 101.04 consisting of:
133        a. All of block group 1.
134        b. That part of block group 2 consisting of blocks 0, 1, 2,
135   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
136   21, 23, and 24.
137        c. That part of block group 3 consisting of blocks 0, 1, 2,
138   3, 4, 12, 13, 14, 15, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29,
139   30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45,
140   46, 47, 48, 49, 50, 51, 53, 54, 55, 56, 63, 67, 68, 69, 70, 71,
141   72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, and 86.
142        3. That part of tract 102.03 consisting of:
143        a. That part of block group 1 consisting of blocks 0, 1, 2,
144   3, 4, 5, 6, 7, and 16.
145        b. All of block group 2.
146        c. That part of block group 3 consisting of blocks 0, 1, 2,
147   3, 4, 5, and 6.
148        d. That part of block group 4 consisting of blocks 0, 1, 2,
149   3, 4, 5, 6, 7, and 8.
150        4. That part of tract 106.01 consisting of:
151        a. That part of block group 1 consisting of blocks 0, 1, 2,
152   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
153   21, 22, 23, 24, 25, 26, 27, and 28.
154        b. That part of block group 2 consisting of blocks 0, 1, 2,
155   3, 4, 5, 6, 7, 16, 37, and 38.
```

SEN-0000586

 357120

156    5. That part of tract 117.00 consisting of:
157    a. That part of block group 1 consisting of blocks 27, 28,
158 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, and 39.
159    6. That part of tract 119.01 consisting of:
160    a. That part of block group 1 consisting of blocks 1, 2, 3,
161 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
162 21, 22, 23, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38,
163 39, 40, 42, 43, 44, 45, 46, and 47.
164    b. That part of block group 2 consisting of blocks 0, 1, 2,
165 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
166 22, 23, 24, and 25.
167    c. That part of block group 3 consisting of blocks 1, 2, 3,
168 4, 5, 6, 7, 8, 9, 10, 11, 13, 14, 15, 16, 17, 18, 19, 20, 21,
169 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37,
170 38, 39, 40, and 41.
171    d. That part of block group 4 consisting of blocks 0, 1, 2,
172 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 19, 20, 21, 22, 23,
173 24, 25, 26, 27, and 28.
174    e. All of block group 5.
175    7. That part of tract 137.23 consisting of:
176    a. That part of block group 2 consisting of blocks 2 and
177 13.
178    b. That part of block group 3 consisting of blocks 13, 14,
179 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 28, 29, 30, 31, and 32.
180    8. That part of tract 137.32 consisting of:
181    a. That part of block group 2 consisting of blocks 12 and
182 13.
183    9. That part of tract 137.33 consisting of:
184    a. That part of block group 2 consisting of blocks 12, 13,

SEN-0000587

 357120

185 | 14, and 15.
186 | 10. That part of tract 146.01 consisting of:
187 | a. All of block group 1.
188 | b. That part of block group 2 consisting of blocks 6, 7, 8,
189 | and 9.
190 | c. That part of block group 3 consisting of blocks 0, 1, 2,
191 | 3, 5, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25,
192 | and 26.
193 | d. All of block group 4.
194 | 11. That part of tract 146.03 consisting of:
195 | a. All of block group 1.
196 | b. That part of block group 2 consisting of blocks 0, 1, 2,
197 | 3, 6, 7, 8, 9, 10, 11, 13, and 14.
198 | c. All of block group 3.
199 | d. All of block group 4.
200 | 12. That part of tract 146.04 consisting of:
201 | a. That part of block group 1 consisting of blocks 0, 1, 2,
202 | 3, 4, 5, 6, 7, 8, 9, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30,
203 | 31, 32, and 33.
204 | b. All of block group 2.
205 | c. All of block group 3.
206 | 13. That part of tract 149.02 consisting of:
207 | a. That part of block group 4 consisting of block 9.
208 | 14. That part of tract 150.01 consisting of:
209 | a. That part of block group 1 consisting of block 0.
210 | 15. That part of tract 166.03 consisting of:
211 | a. That part of block group 2 consisting of blocks 21 and
212 | 22.
213 | 16. That part of tract 173.00 consisting of:

SEN-0000588

 357120

214      a. That part of block group 1 consisting of blocks 0, 1, 2,
215 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
216 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
217 40, 41, 42, 43, and 44.
218      b. That part of block group 2 consisting of blocks 2, 3, 4,
219 5, 6, 7, 8, 9, 10, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24,
220 25, 26, 27, 28, 29, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41,
221 42, 43, 44, 45, 46, 47, and 48.
222      c. All of block group 3.
223      d. All of block group 4.
224      (5) District 5 is composed of:
225      (a) That part of Duval County consisting of:
226      1. All of tracts 1.01, 1.02, 2.00, 3.00, 6.00, 7.00, 8.00,
227 10.00, 11.00, 12.00, 13.00, 14.01, 14.02, 15.00, 16.00, 21.01,
228 21.02, 22.00, 23.00, 24.00, 25.01, 25.02, 26.00, 27.01, 27.02,
229 28.01, 28.02, 29.01, 29.02, 102.02, 103.05, 103.06, 103.07,
230 103.08, 104.01, 104.02, 105.03, 107.00, 108.00, 109.00, 110.00,
231 111.00, 112.00, 113.00, 114.00, 115.00, 116.00, 118.00, 119.03,
232 119.04, 119.05, 120.00, 121.00, 122.01, 122.02, 123.00, 124.00,
233 125.00, 126.01, 126.02, 127.02, 127.03, 127.04, 128.00, 129.00,
234 130.00, 131.00, 132.00, 133.01, 133.02, 134.02, 134.03, 134.04,
235 135.02, 135.04, 135.22, 135.23, 135.24, 135.25, 135.26, 137.28,
236 137.29, 137.30, 137.31, 147.02, 147.03, 147.04, 148.00, 149.01,
237 150.02, 151.00, 152.00, 153.00, 154.00, 155.01, 155.02, 156.00,
238 157.01, 157.02, 158.03, 158.04, 158.05, 158.06, 159.24, 159.25,
239 159.26, 159.27, 159.28, 159.29, 160.01, 160.02, 161.01, 161.02,
240 162.00, 163.00, 164.00, 165.00, 166.04, 166.05, 166.06, 171.01,
241 171.02, 172.00, and 174.00.
242      2. That part of tract 101.04 consisting of:

Page 9 of 106

SEN-0000589

‖‖‖‖‖‖‖‖‖‖‖‖‖ 357120

243          a. That part of block group 2 consisting of block 22.
244          b. That part of block group 3 consisting of blocks 5, 6, 7,
245  8, 9, 10, 11, 16, 17, 18, 19, 52, 57, 58, 59, 60, 61, 62, 64,
246  65, 66, and 85.
247          3. That part of tract 102.03 consisting of:
248          a. That part of block group 1 consisting of blocks 8, 9,
249  10, 11, 12, 13, 14, 15, and 17.
250          b. That part of block group 3 consisting of blocks 7, 8, 9,
251  10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, and
252  25.
253          c. That part of block group 4 consisting of blocks 9, 10,
254  and 11.
255          4. That part of tract 106.01 consisting of:
256          a. That part of block group 1 consisting of blocks 29 and
257  30.
258          b. That part of block group 2 consisting of blocks 8, 9,
259  10, 11, 12, 13, 14, 15, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26,
260  27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 39, 40, 41, and 42.
261          5. That part of tract 117.00 consisting of:
262          a. That part of block group 1 consisting of blocks 0, 1, 2,
263  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
264  21, 22, 23, 24, 25, 26, and 40.
265          b. All of block group 2.
266          6. That part of tract 119.01 consisting of:
267          a. That part of block group 1 consisting of blocks 0, 24,
268  25, and 41.
269          b. That part of block group 2 consisting of block 21.
270          c. That part of block group 3 consisting of blocks 0 and
271  12.

Page 10 of 106

SEN-0000590

 357120

272    d. That part of block group 4 consisting of blocks 16, 17,
273  and 18.
274    7. That part of tract 137.23 consisting of:
275    a. All of block group 1.
276    b. That part of block group 2 consisting of blocks 0, 1, 3,
277  4, 5, 6, 7, 8, 9, 10, 11, and 12.
278    c. That part of block group 3 consisting of blocks 0, 1, 2,
279  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 25, 26, 27, 33, 34, and 35.
280    d. All of block group 4.
281    8. That part of tract 137.32 consisting of:
282    a. All of block group 1.
283    b. That part of block group 2 consisting of blocks 0, 1, 2,
284  3, 4, 5, 6, 7, 8, 9, 10, and 11.
285    9. That part of tract 137.33 consisting of:
286    a. All of block group 1.
287    b. That part of block group 2 consisting of blocks 0, 1, 2,
288  3, 4, 5, 6, 7, 8, 9, 10, and 11.
289    10. That part of tract 146.01 consisting of:
290    a. That part of block group 2 consisting of blocks 0, 1, 2,
291  3, 4, 5, 10, 11, 12, 13, 14, 15, 16, 17, and 18.
292    b. That part of block group 3 consisting of blocks 4, 6, 7,
293  8, 9, 10, and 11.
294    11. That part of tract 146.03 consisting of:
295    a. That part of block group 2 consisting of blocks 4, 5,
296  and 12.
297    12. That part of tract 146.04 consisting of:
298    a. That part of block group 1 consisting of blocks 10, 11,
299  12, 13, 14, 15, 16, 17, 18, and 19.
300    13. That part of tract 149.02 consisting of:

SEN-0000591

 357120

301          a. All of block group 1.
302          b. All of block group 2.
303          c. All of block group 3.
304          d. That part of block group 4 consisting of blocks 0, 1, 2,
305     3, 4, 5, 6, 7, and 8.
306          14. That part of tract 150.01 consisting of:
307          a. That part of block group 1 consisting of blocks 1, 2, 3,
308     4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, and 19.
309          b. All of block group 2.
310          c. All of block group 3.
311          d. All of block group 4.
312          15. That part of tract 166.03 consisting of:
313          a. All of block group 1.
314          b. That part of block group 2 consisting of blocks 0, 1, 2,
315     3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
316     23, 24, 25, 26, 27, and 28.
317          16. That part of tract 173.00 consisting of:
318          a. That part of block group 1 consisting of blocks 37, 38,
319     and 39.
320          b. That part of block group 2 consisting of blocks 0, 1,
321     11, 12, 13, and 30.
322          (6) District 6 is composed of:
323          (a) All of Baker County.
324          (b) All of Bradford County.
325          (c) All of Clay County.
326          (d) All of Columbia County.
327          (e) All of Gilchrist County.
328          (f) All of Union County.
329          (g) That part of Alachua County consisting of:

Page 12 of 106

SEN-0000592

 357120

330        1. All of tracts 3.01, 3.02, 4.00, 9.01, 9.02, 10.00,
331 11.00, 12.01, 12.02, 12.03, 15.22, 16.05, 17.01, 17.02, 18.02,
332 18.03, 18.11, 18.13, 18.15, 18.16, 18.17, 18.18, 18.19, 19.07,
333 19.08, 22.01, and 22.04.
334        2. That part of tract 2.01 consisting of:
335        a. All of block group 1.
336        b. All of block group 2.
337        c. That part of block group 3 consisting of blocks 0, 1, 2,
338 3, 4, 5, 6, 7, 8, 9, 10, 11, 14, and 16.
339        d. That part of block group 4 consisting of blocks 1, 2, 7,
340 and 8.
341        3. That part of tract 2.02 consisting of:
342        a. That part of block group 2 consisting of blocks 5 and
343 18.
344        b. That part of block group 3 consisting of blocks 4 and 8.
345        4. That part of tract 5.00 consisting of:
346        a. That part of block group 1 consisting of blocks 0, 1, 2,
347 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
348 21, 22, 23, 24, 25, 26, 27, 28, 29, 36, 48, 49, 50, 51, 52, 53,
349 54, and 55.
350        b. All of block group 2.
351        c. All of block group 3.
352        d. All of block group 4.
353        e. All of block group 5.
354        5. That part of tract 8.09 consisting of:
355        a. That part of block group 1 consisting of blocks 0, 1,
356 16, 17, 18, 20, and 21.
357        6. That part of tract 15.14 consisting of:
358        a. All of block group 1.

SEN-0000593

 357120

```
359        b. That part of block group 2 consisting of blocks 0 and 5.
360        7. That part of tract 15.15 consisting of:
361        a. That part of block group 3 consisting of blocks 0 and 5.
362        b. That part of block group 4 consisting of block 0.
363        8. That part of tract 15.19 consisting of:
364        a. That part of block group 1 consisting of blocks 0, 10,
365   and 11.
366        9. That part of tract 19.02 consisting of:
367        a. All of block group 1.
368        b. That part of block group 2 consisting of blocks 0, 1, 2,
369   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 19, 20, 21,
370   22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, and 59.
371        10. That part of tract 20.02 consisting of:
372        a. That part of block group 1 consisting of block 15.
373        b. That part of block group 2 consisting of blocks 0, 1,
374   and 2.
375        11. That part of tract 22.02 consisting of:
376        a. That part of block group 1 consisting of blocks 0, 1,
377   15, 16, 21, 22, and 33.
378        b. That part of block group 3 consisting of blocks 0, 1, 2,
379   3, 4, 5, 6, 7, 8, 9, 10, and 11.
380        12. That part of tract 22.07 consisting of:
381        a. That part of block group 1 consisting of blocks 0, 1, 2,
382   and 3.
383        13. That part of tract 22.08 consisting of:
384        a. That part of block group 1 consisting of blocks 0, 1, 2,
385   3, 4, and 5.
386        14. That part of tract 22.10 consisting of:
387        a. All of block group 3.
```

1/13/2022 4:16:24 PM                                598-02007-22

SEN-0000594

 357120

388    15. That part of tract 22.17 consisting of:
389    a. That part of block group 3 consisting of blocks 0, 3, 4,
390    and 6.
391    16. That part of tract 22.19 consisting of:
392    a. That part of block group 1 consisting of block 0.
393    b. That part of block group 2 consisting of block 0.
394    (7) District 7 is composed of:
395    (a) All of Flagler County.
396    (b) All of Putnam County.
397    (c) All of St Johns County.
398    (d) That part of Volusia County consisting of:
399    1. All of tracts 801.01, 801.02, 802.01, 802.02, 803.00,
400    804.00, 805.00, 806.00, 807.00, 808.03, 808.06, 808.07, 809.01,
401    809.02, 810.01, 810.02, 811.01, 811.02, and 832.03.
402    2. That part of tract 808.05 consisting of:
403    a. That part of block group 2 consisting of blocks 16, 17,
404    18, 24, 25, 34, and 35.
405    b. That part of block group 3 consisting of blocks 0, 34,
406    42, 43, 45, and 47.
407    3. That part of tract 812.01 consisting of:
408    a. All of block group 1.
409    b. All of block group 3.
410    4. That part of tract 815.00 consisting of:
411    a. That part of block group 2 consisting of blocks 0, 1, 2,
412    3, 7, and 8.
413    5. That part of tract 816.00 consisting of:
414    a. That part of block group 1 consisting of blocks 0, 1, 2,
415    3, 4, 7, 8, 14, 15, 16, and 17.
416    b. That part of block group 2 consisting of blocks 0, 1, 2,

SEN-0000595


Florida Senate – 2022                           COMMITTEE AMENDMENT
Bill No. SJR 100

 357120

417 | 3, 4, 5, 6, 7, 8, 9, 10, and 11.
418 |       6. That part of tract 817.01 consisting of:
419 |       a. That part of block group 1 consisting of blocks 0, 3, 4,
420 | 6, and 28.
421 |       7. That part of tract 817.02 consisting of:
422 |       a. That part of block group 2 consisting of blocks 0, 1, 2,
423 | and 13.
424 |       8. That part of tract 901.01 consisting of:
425 |       a. All of block group 2.
426 |       b. All of block group 3.
427 |       9. That part of tract 901.02 consisting of:
428 |       a. All of block group 1.
429 |       b. That part of block group 2 consisting of blocks 0, 1, 2,
430 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
431 | 21, 22, 23, 24, 25, 26, 27, and 28.
432 |       c. All of block group 3.
433 |       10. That part of tract 9900.00 consisting of:
434 |       a. That part of block group 0 consisting of blocks 1, 2, 3,
435 | 4, 5, 6, 7, 8, 9, and 11.
436 |       (8) District 8 is composed of:
437 |       (a) That part of Brevard County consisting of:
438 |       1. All of tracts 601.03, 601.04, 601.05, 601.06, 602.01,
439 | 602.02, 603.01, 603.02, 604.00, 605.00, 606.00, 607.00, 610.01,
440 | 610.02, 611.00, 612.01, 714.01, and 714.02.
441 |       2. That part of tract 612.02 consisting of:
442 |       a. That part of block group 1 consisting of blocks 0, 1, 2,
443 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 19, 20, and
444 | 21.
445 |       b. That part of block group 2 consisting of blocks 0, 1, 2,

1/13/2022 4:16:24 PM                              598-02007-22

SEN-0000596

 357120

446  3, 4, and 5.
447        c. That part of block group 3 consisting of blocks 3, 4, 6,
448  7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23,
449  27, 28, 29, 30, 31, 32, 33, 34, 36, 65, 66, and 67.
450        3. That part of tract 699.05 consisting of:
451        a. That part of block group 1 consisting of blocks 0, 1, 2,
452  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
453  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
454  37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52,
455  70, 71, and 129.
456        4. That part of tract 711.00 consisting of:
457        a. All of block group 1.
458        b. That part of block group 2 consisting of blocks 0 and 1.
459        5. That part of tract 9801.00 consisting of:
460        a. That part of block group 1 consisting of blocks 0, 2, 3,
461  4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
462  21, 22, 23, 26, 27, 28, 30, 31, and 32.
463        6. That part of tract 9900.00 consisting of:
464        a. That part of block group 0 consisting of block 1.
465        (b) That part of Volusia County consisting of:
466        1. All of tracts 808.08, 808.09, 812.02, 813.00, 818.00,
467  819.00, 820.00, 821.00, 822.01, 822.02, 823.02, 823.03, 824.01,
468  824.04, 824.05, 824.06, 824.10, 824.11, 824.12, 824.13, 824.14,
469  824.15, 825.03, 825.06, 825.08, 825.09, 825.10, 825.11, 825.12,
470  825.13, 826.04, 826.05, 826.06, 826.07, 827.01, 827.03, 827.04,
471  827.05, 828.01, 828.02, 829.02, 829.03, 829.04, 830.03, 830.05,
472  830.06, 830.07, 830.08, 830.09, 832.05, 832.06, 832.07, 832.09,
473  832.10, 832.11, 902.02, 902.03, 902.04, 903.03, 903.04, 903.05,
474  903.06, 903.07, 904.01, 904.02, 905.00, 906.00, 907.01, 907.02,

SEN-0000597

Florida Senate - 2022                    COMMITTEE AMENDMENT
Bill No. SJR 100

 357120

```
475   908.03, 908.04, 908.06, 908.07, 908.08, 909.03, 909.04, 909.05,
476   909.06, 910.01, 910.05, 910.15, 910.16, 910.17, 910.18, 910.19,
477   910.20, 910.21, 910.23, 910.25, 910.28, 910.29, 910.30, 910.31,
478   910.32, 910.33, 910.34, 910.35, 910.36, 910.37, 910.38, 910.39,
479   and 925.00.
480        2. That part of tract 808.05 consisting of:
481        a. All of block group 1.
482        b. That part of block group 2 consisting of blocks 0, 1, 2,
483   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 19, 20, 21, 22, 23,
484   26, 27, 28, 29, 30, 31, 32, 33, and 36.
485        c. That part of block group 3 consisting of blocks 1, 2, 3,
486   4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
487   21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 35, 36, 37,
488   38, 39, 40, 41, 44, 46, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57,
489   58, 59, 60, 61, 62, and 63.
490        3. That part of tract 812.01 consisting of:
491        a. All of block group 2.
492        b. All of block group 4.
493        4. That part of tract 815.00 consisting of:
494        a. All of block group 1.
495        b. That part of block group 2 consisting of blocks 4, 5, 6,
496   9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24,
497   25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40,
498   41, 42, 43, 44, 45, 46, and 47.
499        5. That part of tract 816.00 consisting of:
500        a. That part of block group 1 consisting of blocks 5, 6, 9,
501   10, 11, 12, 13, 18, 19, 20, 21, 22, 23, 24, 25, 26, and 27.
502        b. That part of block group 2 consisting of blocks 12, 13,
503   14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29,
```

1/13/2022 4:16:24 PM                          598-02007-22

SEN-0000598

Florida Senate - 2022                                COMMITTEE AMENDMENT
Bill No. SJR 100

 357120

504 | 30, 31, 32, 33, 34, and 35.
505 |      6. That part of tract 817.01 consisting of:
506 |      a. That part of block group 1 consisting of blocks 1, 2, 5,
507 | 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23,
508 | 24, 25, 26, 27, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40,
509 | 41, 42, 43, and 44.
510 |      b. All of block group 2.
511 |      7. That part of tract 817.02 consisting of:
512 |      a. All of block group 1.
513 |      b. That part of block group 2 consisting of blocks 3, 4, 5,
514 | 6, 7, 8, 9, 10, 11, 12, 14, 15, 16, 17, 18, 19, 20, 21, and 22.
515 |      c. All of block group 3.
516 |      8. That part of tract 901.01 consisting of:
517 |      a. All of block group 1.
518 |      9. That part of tract 901.02 consisting of:
519 |      a. That part of block group 2 consisting of blocks 29, 30,
520 | 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46,
521 | 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, and 59.
522 |      10. That part of tract 9900.00 consisting of:
523 |      a. That part of block group 0 consisting of blocks 10, 12,
524 | 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28,
525 | 29, 30, 31, 32, and 33.
526 |      (9) District 9 is composed of:
527 |      (a) All of Levy County.
528 |      (b) All of Marion County.
529 |      (c) That part of Alachua County consisting of:
530 |      1. All of tracts 6.00, 7.00, 8.06, 8.08, 14.00, 15.16,
531 | 15.17, 20.01, 21.01, 21.02, 22.09, 22.18, 22.20, 22.21, 22.22,
532 | and 1108.00.

1/13/2022 4:16:24 PM                                598-02007-22

SEN-0000599

 357120

533       2. That part of tract 2.01 consisting of:

534       a. That part of block group 3 consisting of blocks 12, 13,

535  15, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, and 28.

536       b. That part of block group 4 consisting of blocks 0, 3, 4,

537  5, 6, 9, and 10.

538       3. That part of tract 2.02 consisting of:

539       a. All of block group 1.

540       b. That part of block group 2 consisting of blocks 0, 1, 2,

541  3, 4, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, and 17.

542       c. That part of block group 3 consisting of blocks 0, 1, 2,

543  3, 5, 6, 7, 9, 10, 11, 12, 13, and 14.

544       4. That part of tract 5.00 consisting of:

545       a. That part of block group 1 consisting of blocks 30, 31,

546  32, 33, 34, 35, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 56,

547  57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72,

548  73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88,

549  89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103,

550  104, 105, 106, 107, 108, 109, 110, and 111.

551       5. That part of tract 8.09 consisting of:

552       a. That part of block group 1 consisting of blocks 2, 3, 4,

553  5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 19, 22, 23, 24, 25, 26,

554  27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, and 38.

555       6. That part of tract 15.14 consisting of:

556       a. That part of block group 2 consisting of blocks 1, 2, 3,

557  and 4.

558       7. That part of tract 15.15 consisting of:

559       a. All of block group 1.

560       b. All of block group 2.

561       c. That part of block group 3 consisting of blocks 1, 2, 3,

1/13/2022 4:16:24 PM                                    598-02007-22

SEN-0000600

Florida Senate - 2022                        COMMITTEE AMENDMENT
Bill No. SJR 100

 357120

562 | 4, 6, and 7.
563 |     d. That part of block group 4 consisting of blocks 1, 2, 3,
564 | 4, 5, 6, and 7.
565 |     8. That part of tract 15.19 consisting of:
566 |     a. That part of block group 1 consisting of blocks 1, 2, 3,
567 | 4, 5, 6, 7, 8, 9, and 12.
568 |     9. That part of tract 19.02 consisting of:
569 |     a. That part of block group 2 consisting of blocks 18, 34,
570 | 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50,
571 | 51, 52, 53, 54, 55, 56, 57, 58, and 60.
572 |     10. That part of tract 20.02 consisting of:
573 |     a. That part of block group 1 consisting of blocks 0, 1, 2,
574 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 16, 17, 18, 19, 20, 21,
575 | 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37,
576 | 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, and
577 | 53.
578 |     b. That part of block group 2 consisting of blocks 3, 4, 5,
579 | 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22,
580 | 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38,
581 | 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54,
582 | 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70,
583 | 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86,
584 | 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101,
585 | 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114,
586 | 115, 116, 117, 118, 119, 120, 121, 122, 123, 124, 125, 126, 127,
587 | 128, 129, 130, 131, 132, 133, 134, 135, 136, 137, 138, 139, 140,
588 | 141, 142, 143, 144, 145, 146, 147, 148, 149, 150, 151, 152, 153,
589 | 154, 155, 156, 157, 158, 159, 160, 161, 162, 163, 164, 165, 166,
590 | 167, 168, 169, 170, 171, 172, 173, 174, 175, 176, 177, 178, 179,

SEN-0000601

 357120

591  180, 181, 182, 183, 184, 185, and 186.
592       c. All of block group 3.
593       11. That part of tract 22.02 consisting of:
594       a. That part of block group 1 consisting of blocks 2, 3, 4,
595  5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 17, 18, 19, 20, 23, 24, 25,
596  26, 27, 28, 29, 30, 31, 32, 34, 35, 36, 37, 38, 39, 40, 41, 42,
597  43, 44, 45, 46, 47, 48, and 49.
598       b. All of block group 2.
599       c. That part of block group 3 consisting of blocks 12, 13,
600  14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29,
601  30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45,
602  46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61,
603  62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, and 76.
604       12. That part of tract 22.07 consisting of:
605       a. That part of block group 1 consisting of blocks 4, 5, 6,
606  7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, and
607  23.
608       b. All of block group 2.
609       13. That part of tract 22.08 consisting of:
610       a. That part of block group 1 consisting of blocks 6, 7, 8,
611  9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, and 21.
612       b. All of block group 2.
613       14. That part of tract 22.10 consisting of:
614       a. All of block group 1.
615       b. All of block group 2.
616       15. That part of tract 22.17 consisting of:
617       a. All of block group 1.
618       b. All of block group 2.
619       c. That part of block group 3 consisting of blocks 1, 2, 5,

SEN-0000602

 357120

620 | 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, and 21.
621 | 16. That part of tract 22.19 consisting of:
622 | a. That part of block group 1 consisting of blocks 1, 2, 3,
623 | 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
624 | 21, 22, 23, 24, 25, and 26.
625 | b. That part of block group 2 consisting of blocks 1, 2, 3,
626 | 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
627 | 21, 22, 23, and 24.
628 | c. All of block group 3.
629 | (10) District 10 is composed of:
630 | (a) All of Seminole County.
631 | (b) That part of Orange County consisting of:
632 | 1. All of tracts 155.01, 156.01, 156.02, 157.01, 157.02,
633 | 158.01, 158.02, 159.01, 160.01, 160.02, 161.00, and 190.00.
634 | 2. That part of tract 108.02 consisting of:
635 | a. That part of block group 1 consisting of block 7.
636 | b. That part of block group 2 consisting of blocks 0, 1, 2,
637 | and 3.
638 | c. That part of block group 3 consisting of blocks 0, 1, 2,
639 | and 3.
640 | 3. That part of tract 127.01 consisting of:
641 | a. That part of block group 1 consisting of block 0.
642 | b. That part of block group 3 consisting of blocks 0 and 1.
643 | 4. That part of tract 128.00 consisting of:
644 | a. That part of block group 1 consisting of blocks 1, 2, 3,
645 | 4, 5, 6, 7, 8, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23,
646 | 24, and 25.
647 | b. All of block group 2.
648 | c. All of block group 3.

SEN-0000603

 357120

649      5. That part of tract 152.03 consisting of:
650      a. That part of block group 1 consisting of blocks 0, 1, 2,
651 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
652 21, 22, 23, 24, 25, 26, 27, 30, 31, 32, 33, 34, and 39.
653      6. That part of tract 152.04 consisting of:
654      a. That part of block group 1 consisting of blocks 0, 1, 2,
655 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
656 21, 22, 23, 24, 25, 26, and 27.
657      b. All of block group 2.
658      c. All of block group 3.
659      7. That part of tract 162.00 consisting of:
660      a. That part of block group 1 consisting of blocks 0, 1, 2,
661 3, 4, 5, 6, 7, 8, 9, 10, 12, and 13.
662      b. All of block group 2.
663      c. All of block group 3.
664      d. All of block group 4.
665      8. That part of tract 163.01 consisting of:
666      a. That part of block group 1 consisting of blocks 1, 2, 3,
667 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
668 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
669 37, 38, 39, and 40.
670      b. All of block group 2.
671      c. That part of block group 3 consisting of blocks 1, 2, 3,
672 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, and 17.
673      9. That part of tract 180.00 consisting of:
674      a. That part of block group 1 consisting of block 1.
675      b. That part of block group 2 consisting of blocks 0, 1, 2,
676 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
677 21, 22, 23, 24, 26, 27, 28, 35, 36, 37, 38, 41, 42, 45, 46, 47,

SEN-0000604

 357120

| | |
|---|---|
| 678 | 48, 49, 50, 51, 52, 53, 54, 55, and 56. |
| 679 | 10. That part of tract 182.03 consisting of: |
| 680 | a. That part of block group 1 consisting of blocks 1 and 2. |
| 681 | 11. That part of tract 188.00 consisting of: |
| 682 | a. That part of block group 1 consisting of blocks 0, 1, 2, |
| 683 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, |
| 684 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, |
| 685 | 37, 38, and 42. |
| 686 | b. All of block group 2. |
| 687 | (11) District 11 is composed of: |
| 688 | (a) All of Citrus County. |
| 689 | (b) All of Hernando County. |
| 690 | (c) All of Sumter County. |
| 691 | (d) That part of Pasco County consisting of: |
| 692 | 1. All of tracts 301.01, 301.02, 302.02, 311.01, 311.03, |
| 693 | 311.04, 312.03, 312.04, 312.05, 312.06, 312.07, 312.08, 318.04, |
| 694 | 318.05, and 318.07. |
| 695 | 2. That part of tract 317.01 consisting of: |
| 696 | a. That part of block group 1 consisting of blocks 3, 4, 5, |
| 697 | and 13. |
| 698 | 3. That part of tract 317.03 consisting of: |
| 699 | a. That part of block group 1 consisting of blocks 0, 1, 7, |
| 700 | and 8. |
| 701 | 4. That part of tract 318.06 consisting of: |
| 702 | a. All of block group 1. |
| 703 | b. That part of block group 2 consisting of blocks 0, 1, 2, |
| 704 | 3, 4, 5, 6, 7, 8, 9, 10, 11, and 12. |
| 705 | 5. That part of tract 318.08 consisting of: |
| 706 | a. All of block group 1. |

SEN-0000605

 357120

707        b. That part of block group 2 consisting of blocks 0, 1, 2,
708   5, 6, 7, 8, 9, 10, 11, and 13.
709        6. That part of tract 318.09 consisting of:
710        a. That part of block group 1 consisting of blocks 5, 6,
711   17, 20, 22, and 28.
712        7. That part of tract 9900.00 consisting of:
713        a. That part of block group 0 consisting of blocks 1, 2, 3,
714   and 4.
715        (12) District 12 is composed of:
716        (a) That part of Polk County consisting of:
717        1. All of tracts 103.00, 104.01, 104.02, 105.01, 105.02,
718   106.04, 107.01, 107.02, 108.00, 109.00, 110.00, 111.00, 112.02,
719   112.03, 112.04, 113.00, 114.00, 115.01, 115.02, 116.03, 116.04,
720   116.05, 116.06, 117.31, 117.32, 120.01, 120.02, 120.03, 120.04,
721   121.13, 121.24, 121.25, 121.26, 121.27, 121.28, 121.30, 121.31,
722   121.32, 121.33, 122.03, 122.07, 122.08, 122.09, 123.03, 123.04,
723   123.05, 123.06, 123.07, 123.09, 124.04, 124.05, 124.07, 124.08,
724   124.09, 124.10, 124.11, 124.12, 124.13, 124.14, 124.15, 125.02,
725   125.06, 125.08, 125.09, 125.10, 125.11, 125.12, 125.13, 125.14,
726   125.15, 126.01, 126.02, 127.01, 127.02, 128.02, 128.03, 128.04,
727   129.00, 130.01, 130.02, 131.01, 131.02, 131.03, 132.00, 133.00,
728   134.00, 135.00, 136.01, 136.02, 137.01, 137.02, 138.01, 138.02,
729   139.01, 139.02, 140.01, 140.03, 140.05, 140.06, 141.04, 141.21,
730   141.23, 141.24, 141.26, 141.27, 141.28, 141.29, 141.30, 141.31,
731   142.01, 142.02, 142.03, 143.01, 143.03, 143.04, 144.01, 164.00,
732   and 9800.00.
733        2. That part of tract 106.01 consisting of:
734        a. All of block group 1.
735        b. All of block group 2.

SEN-0000606

Florida Senate - 2022                    COMMITTEE AMENDMENT
Bill No. SJR 100

 357120

```
736        3. That part of tract 106.03 consisting of:
737        a. That part of block group 1 consisting of block 0.
738        b. That part of block group 2 consisting of blocks 0 and 1.
739        4. That part of tract 117.04 consisting of:
740        a. That part of block group 1 consisting of blocks 0, 1, 2,
741   3, 4, 5, 6, 7, 8, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
742   22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, and
743   37.
744        b. All of block group 2.
745        c. All of block group 3.
746        5. That part of tract 117.21 consisting of:
747        a. All of block group 1.
748        b. That part of block group 2 consisting of blocks 0, 1, 2,
749   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
750   21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
751   39, and 40.
752        6. That part of tract 117.22 consisting of:
753        a. That part of block group 1 consisting of blocks 0, 1, 2,
754   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
755   21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 37, 38, and 39.
756        b. All of block group 2.
757        7. That part of tract 118.34 consisting of:
758        a. That part of block group 3 consisting of blocks 0, 1, 2,
759   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 21, 30, 52, 53, 54,
760   55, and 79.
761        8. That part of tract 119.01 consisting of:
762        a. That part of block group 1 consisting of blocks 0, 1, 2,
763   3, 6, and 8.
764        9. That part of tract 144.02 consisting of:
```

Page 27 of 106

SEN-0000607

 357120

765     a. That part of block group 1 consisting of blocks 0, 1, 2,
766 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 21,
767 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 41, 42, 75, 76,
768 and 79.
769     10. That part of tract 145.01 consisting of:
770     a. That part of block group 4 consisting of blocks 0, 1, 2,
771 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
772 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 32, 34, 35, 36, 38, 39,
773 40, 41, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70,
774 71, 72, 73, 74, and 78.
775     11. That part of tract 146.00 consisting of:
776     a. That part of block group 1 consisting of blocks 0, 1, 2,
777 3, 4, 5, 11, 12, 13, 14, 15, 16, 17, 18, 25, 26, 31, 49, and 50.
778     12. That part of tract 147.01 consisting of:
779     a. That part of block group 1 consisting of blocks 0, 1, 2,
780 3, 4, 5, 6, 7, 8, 9, 10, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
781 22, 23, 24, 25, 26, 27, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48,
782 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 77, 78, and 79.
783     b. That part of block group 3 consisting of block 0.
784     13. That part of tract 147.03 consisting of:
785     a. All of block group 1.
786     b. That part of block group 2 consisting of blocks 0, 1, 2,
787 3, 4, 5, and 6.
788     c. That part of block group 3 consisting of block 0.
789     14. That part of tract 147.04 consisting of:
790     a. That part of block group 1 consisting of block 0.
791     15. That part of tract 153.02 consisting of:
792     a. That part of block group 1 consisting of blocks 0, 1, 2,
793 3, 4, 5, 6, 8, 9, 10, 11, 12, 13, 39, 40, and 41.

1/13/2022 4:16:24 PM                              598-02007-22

SEN-0000608

 357120

794    16. That part of tract 154.01 consisting of:
795    a. That part of block group 2 consisting of block 7.
796    17. That part of tract 155.00 consisting of:
797    a. That part of block group 1 consisting of blocks 0, 1, 2,
798    3, 4, 5, 6, and 7.
799    b. All of block group 2.
800    c. That part of block group 3 consisting of blocks 0, 1,
801    and 2.
802    (13) District 13 is composed of:
803    (a) All of Lake County.
804    (b) That part of Orange County consisting of:
805    1. All of tracts 148.09, 148.10, 148.14, 148.15, 171.08,
806    171.09, 171.10, 171.11, 171.12, 171.13, 171.14, 171.15, 171.17,
807    171.18, 171.19, 171.20, 171.21, 171.22, and 171.23.
808    2. That part of tract 148.13 consisting of:
809    a. All of block group 1.
810    3. That part of tract 171.16 consisting of:
811    a. All of block group 1.
812    b. That part of block group 2 consisting of blocks 0 and
813    34.
814    c. All of block group 3.
815    (14) District 14 is composed of:
816    (a) That part of Hillsborough County consisting of:
817    1. All of tracts 5.00, 6.01, 14.00, 15.00, 23.00, 24.00,
818    25.00, 26.00, 27.01, 45.00, 46.01, 46.02, 47.00, 48.00, 49.02,
819    54.01, 55.00, 57.00, 58.00, 59.00, 60.00, 61.01, 61.03, 62.00,
820    63.00, 64.00, 65.01, 65.03, 65.04, 66.00, 67.00, 68.01, 68.02,
821    69.00, 70.01, 70.02, 71.02, 71.03, 72.00, 73.00, 110.05, 110.06,
822    110.07, 110.10, 111.03, 111.06, 111.07, 111.08, 111.09, 112.03,

SEN-0000609

 357120

823  112.04, 112.05, 112.06, 113.01, 113.03, 113.04, 114.07, 114.08,
824  114.09, 114.10, 114.11, 114.12, 114.13, 114.14, 114.15, 114.16,
825  114.17, 114.18, 115.04, 115.06, 115.09, 115.10, 115.12, 115.14,
826  115.15, 115.16, 115.18, 115.19, 115.20, 115.21, 115.22, 115.23,
827  115.24, 115.25, 115.26, 115.27, 115.28, 116.03, 116.05, 116.10,
828  116.11, 116.12, 116.13, 116.14, 116.15, 116.16, 116.17, 117.08,
829  117.12, 117.13, 117.14, 117.15, 117.16, 118.02, 118.04, 118.05,
830  118.06, 119.05, 119.07, 119.08, 119.09, 119.10, 119.11, 144.00,
831  9801.00, 9805.00, 9806.00, and 9807.00.
832      2. That part of tract 4.01 consisting of:
833      a. All of block group 1.
834      b. That part of block group 2 consisting of block 8.
835      c. All of block group 3.
836      3. That part of tract 4.02 consisting of:
837      a. All of block group 1.
838      b. All of block group 2.
839      c. That part of block group 3 consisting of block 5.
840      4. That part of tract 6.02 consisting of:
841      a. All of block group 1.
842      b. That part of block group 2 consisting of blocks 2, 3, 4,
843  5, 6, 7, 8, 9, 10, 11, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33,
844  34, 35, 36, 37, 38, 39, and 40.
845      5. That part of tract 12.00 consisting of:
846      a. That part of block group 1 consisting of blocks 1, 2, 3,
847  12, 13, 14, 15, 16, 17, 18, 19, 22, and 23.
848      b. That part of block group 2 consisting of blocks 18, 19,
849  20, 21, 22, 28, 29, 30, 31, 32, 33, 34, 35, 41, 42, and 43.
850      6. That part of tract 13.00 consisting of:
851      a. That part of block group 1 consisting of blocks 3, 4, 5,

SEN-0000610

Florida Senate – 2022                    COMMITTEE AMENDMENT
Bill No. SJR 100

 357120

852 | 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22,
853 | 23, 24, 26, and 27.
854 |     b. All of block group 2.
855 |     c. All of block group 3.
856 |     d. All of block group 4.
857 |     e. All of block group 5.
858 |     7. That part of tract 27.02 consisting of:
859 |     a. That part of block group 1 consisting of blocks 0, 1, 2,
860 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
861 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 32, 33, 35, and 36.
862 |     b. That part of block group 2 consisting of blocks 0, 1, 2,
863 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
864 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
865 | 37, 38, 39, and 40.
866 |     8. That part of tract 50.00 consisting of:
867 |     a. That part of block group 3 consisting of blocks 2, 3, 4,
868 | 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
869 | 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37,
870 | 38, 39, 40, 41, 42, 43, 44, 45, and 46.
871 |     9. That part of tract 108.20 consisting of:
872 |     a. That part of block group 1 consisting of block 0.
873 |     10. That part of tract 108.23 consisting of:
874 |     a. That part of block group 1 consisting of block 4.
875 |     11. That part of tract 109.00 consisting of:
876 |     a. That part of block group 1 consisting of blocks 0 and 1.
877 |     12. That part of tract 110.03 consisting of:
878 |     a. All of block group 1.
879 |     b. That part of block group 2 consisting of blocks 0, 1, 2,
880 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,

1/13/2022 4:16:24 PM                              598-02007-22

SEN-0000611

 357120

881  and 21.
882      c. That part of block group 3 consisting of blocks 0, 1, 2,
883  3, 4, 5, and 6.
884      13. That part of tract 110.08 consisting of:
885      a. That part of block group 1 consisting of blocks 2, 3, 4,
886  5, 7, 8, 9, 10, 12, and 13.
887      b. That part of block group 2 consisting of blocks 0, 1, 3,
888  4, 5, and 6.
889      c. All of block group 3.
890      d. All of block group 4.
891      e. All of block group 5.
892      f. All of block group 6.
893      14. That part of tract 110.16 consisting of:
894      a. That part of block group 1 consisting of blocks 1, 2, 3,
895  4, 5, 6, 7, 8, 9, 10, 13, and 14.
896      b. All of block group 2.
897      c. All of block group 3.
898      15. That part of tract 110.17 consisting of:
899      a. That part of block group 1 consisting of blocks 2, 3, 4,
900  5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
901  and 22.
902      b. All of block group 2.
903      c. All of block group 3.
904      16. That part of tract 110.18 consisting of:
905      a. All of block group 1.
906      b. That part of block group 2 consisting of blocks 0, 1, 2,
907  3, 5, 6, 8, 9, 11, and 12.
908      17. That part of tract 9900.00 consisting of:
909      a. That part of block group 0 consisting of blocks 1, 2, 3,

1/13/2022 4:16:24 PM                           598-02007-22

SEN-0000612

 357120

910 | 4, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 29, 30, and 31.
911 | (15) District 15 is composed of:
912 | (a) That part of Orange County consisting of:
913 | 1. All of tracts 104.00, 105.00, 116.00, 117.01, 117.02,
914 | 120.00, 121.00, 122.01, 122.02, 123.03, 123.04, 123.05, 123.06,
915 | 123.07, 124.02, 124.03, 124.04, 124.05, 125.00, 126.00, 142.01,
916 | 143.01, 143.02, 144.00, 145.02, 145.03, 145.04, 146.01, 146.05,
917 | 146.06, 146.07, 146.08, 146.09, 147.01, 147.02, 147.03, 147.05,
918 | 147.06, 148.04, 148.05, 148.06, 148.07, 148.11, 148.12, 149.04,
919 | 149.06, 149.08, 149.09, 150.01, 150.02, 150.03, 150.05, 150.06,
920 | 151.03, 151.04, 151.05, 151.06, 152.02, 153.00, 169.04, 169.06,
921 | 169.07, 169.08, 169.09, 169.10, 169.11, 172.00, 173.01, 173.02,
922 | 174.01, 174.02, 175.03, 175.04, 175.05, 175.06, 176.00, 177.01,
923 | 177.02, 177.03, 178.05, 178.06, 178.07, 178.08, 178.09, 178.10,
924 | 178.11, 178.12, 178.13, 178.14, 179.01, 179.02, 181.00, 183.00,
925 | 187.00, 189.01, and 9900.00.
926 | 2. That part of tract 103.00 consisting of:
927 | a. That part of block group 3 consisting of blocks 7, 8,
928 | 21, and 22.
929 | 3. That part of tract 127.01 consisting of:
930 | a. That part of block group 1 consisting of blocks 1, 2, 3,
931 | 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
932 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, and 34.
933 | b. All of block group 2.
934 | c. That part of block group 3 consisting of blocks 2, 3, 4,
935 | 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
936 | 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 38, 39,
937 | 40, 41, and 42.
938 | 4. That part of tract 142.02 consisting of:

SEN-0000613

 357120

| | |
|---|---|
| 939 | a. All of block group 1. |
| 940 | b. All of block group 2. |
| 941 | c. That part of block group 3 consisting of blocks 0, 1, 2, |
| 942 | and 8. |
| 943 | 5. That part of tract 148.13 consisting of: |
| 944 | a. All of block group 2. |
| 945 | 6. That part of tract 152.03 consisting of: |
| 946 | a. That part of block group 1 consisting of blocks 28, 29, |
| 947 | 35, 36, 37, and 38. |
| 948 | 7. That part of tract 152.04 consisting of: |
| 949 | a. That part of block group 1 consisting of blocks 28 and |
| 950 | 29. |
| 951 | 8. That part of tract 169.02 consisting of: |
| 952 | a. That part of block group 1 consisting of blocks 0, 1, 2, |
| 953 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, |
| 954 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, |
| 955 | 37, 40, 41, 52, and 53. |
| 956 | b. All of block group 2. |
| 957 | c. All of block group 3. |
| 958 | 9. That part of tract 170.01 consisting of: |
| 959 | a. All of block group 1. |
| 960 | b. All of block group 2. |
| 961 | c. That part of block group 3 consisting of blocks 19, 30, |
| 962 | 31, 32, 33, 34, 49, and 50. |
| 963 | 10. That part of tract 171.16 consisting of: |
| 964 | a. That part of block group 2 consisting of blocks 1, 2, 3, |
| 965 | 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, |
| 966 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, and 35. |
| 967 | 11. That part of tract 180.00 consisting of: |

SEN-0000614

 357120

968         a. That part of block group 1 consisting of blocks 0, 2, 3,
969  4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
970  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
971  37, 38, 39, 40, and 41.
972         b. That part of block group 2 consisting of blocks 25, 29,
973  30, 31, 32, 33, 34, 39, 40, 43, and 44.
974         12. That part of tract 185.00 consisting of:
975         a. All of block group 1.
976         b. All of block group 2.
977         c. That part of block group 3 consisting of blocks 3, 4, 5,
978  6, 7, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 46, 47,
979  48, and 49.
980         (16) District 16 is composed of:
981         (a) That part of Hillsborough County consisting of:
982         1. All of tracts 1.01, 1.02, 2.01, 2.02, 3.01, 3.02, 7.01,
983  7.02, 8.00, 9.01, 9.02, 10.01, 10.02, 11.00, 16.00, 17.00,
984  18.00, 19.00, 20.00, 21.00, 22.00, 28.00, 29.00, 30.00, 31.00,
985  32.00, 33.00, 34.00, 35.00, 36.00, 37.00, 38.00, 41.00, 42.00,
986  43.00, 44.00, 49.01, 51.01, 51.02, 53.01, 53.02, 102.04, 104.01,
987  104.02, 105.01, 105.02, 106.00, 107.01, 107.02, 108.05, 108.08,
988  108.09, 108.11, 108.14, 108.15, 108.16, 108.17, 108.19, 108.21,
989  108.22, 108.24, 120.01, 120.02, 121.03, 122.11, 133.15, 133.17,
990  133.19, 135.01, 135.03, 135.04, 135.05, 136.02, 136.04, 137.02,
991  137.03, 137.05, 137.06, 138.01, 138.02, 138.03, 138.04, 138.06,
992  138.07, 140.02, 140.07, 141.04, 141.06, 141.08, 141.09, 141.17,
993  141.18, 141.19, 141.21, 141.22, and 142.00.
994         2. That part of tract 4.01 consisting of:
995         a. That part of block group 2 consisting of blocks 0, 1, 2,
996  3, 4, 5, 6, 7, 9, 10, and 11.

SEN-0000615

 357120

```
997        3. That part of tract 4.02 consisting of:
998        a. That part of block group 3 consisting of blocks 0, 1, 2,
999   3, 4, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1000  21, and 22.
1001       4. That part of tract 6.02 consisting of:
1002       a. That part of block group 2 consisting of blocks 0, 1,
1003  12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 41, 42, 43, 44,
1004  45, 46, 47, 48, 49, 50, 51, 52, 53, and 54.
1005       5. That part of tract 12.00 consisting of:
1006       a. That part of block group 1 consisting of blocks 0, 4, 5,
1007  6, 7, 8, 9, 10, 11, 20, 21, 24, 25, 26, 27, 28, 29, 30, 31, and
1008  32.
1009       b. That part of block group 2 consisting of blocks 0, 1, 2,
1010  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 23, 24, 25,
1011  26, 27, 36, 37, 38, 39, 40, 44, 45, and 46.
1012       6. That part of tract 13.00 consisting of:
1013       a. That part of block group 1 consisting of blocks 0, 1, 2,
1014  25, 28, 29, and 30.
1015       7. That part of tract 27.02 consisting of:
1016       a. That part of block group 1 consisting of blocks 31, 34,
1017  37, and 38.
1018       b. That part of block group 2 consisting of block 41.
1019       8. That part of tract 50.00 consisting of:
1020       a. All of block group 1.
1021       b. All of block group 2.
1022       c. That part of block group 3 consisting of blocks 0 and 1.
1023       9. That part of tract 103.05 consisting of:
1024       a. All of block group 3.
1025       10. That part of tract 108.10 consisting of:
```

SEN-0000616

 357120

```
1026        a. That part of block group 1 consisting of blocks 1, 2, 3,
1027  4, 5, 7, 8, 9, 10, 11, 12, 13, 14, and 15.
1028        b. All of block group 2.
1029        11. That part of tract 108.20 consisting of:
1030        a. That part of block group 1 consisting of blocks 1, 2, 3,
1031  and 4.
1032        b. All of block group 2.
1033        12. That part of tract 108.23 consisting of:
1034        a. That part of block group 1 consisting of blocks 0, 1, 2,
1035  3, 5, 6, 7, and 8.
1036        13. That part of tract 109.00 consisting of:
1037        a. That part of block group 1 consisting of blocks 2, 3, 4,
1038  5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
1039  22, and 23.
1040        14. That part of tract 110.03 consisting of:
1041        a. That part of block group 2 consisting of block 22.
1042        b. That part of block group 3 consisting of blocks 7, 8, 9,
1043  10, 11, 12, 13, 14, and 15.
1044        c. All of block group 4.
1045        15. That part of tract 110.18 consisting of:
1046        a. That part of block group 2 consisting of blocks 4, 7,
1047  10, 13, and 14.
1048        16. That part of tract 133.23 consisting of:
1049        a. That part of block group 4 consisting of blocks 1, 2, 3,
1050  4, 5, 6, 7, 8, 9, and 10.
1051        17. That part of tract 134.10 consisting of:
1052        a. That part of block group 2 consisting of block 8.
1053        18. That part of tract 140.03 consisting of:
1054        a. That part of block group 1 consisting of blocks 50, 51,
```

1/13/2022 4:16:24 PM                              598-02007-22

SEN-0000617

 357120

1055  and 69.
1056      19. That part of tract 140.09 consisting of:
1057      a. That part of block group 1 consisting of blocks 10 and
1058  11.
1059      20. That part of tract 140.11 consisting of:
1060      a. That part of block group 3 consisting of blocks 15 and
1061  16.
1062      21. That part of tract 140.13 consisting of:
1063      a. That part of block group 1 consisting of blocks 2, 3,
1064  24, and 25.
1065      22. That part of tract 9900.00 consisting of:
1066      a. That part of block group 0 consisting of blocks 5, 6, 7,
1067  8, 9, 10, 11, 12, 13, 14, 15, 26, 27, 28, 32, 33, 34, 35, 36,
1068  37, 38, 39, 40, and 41.
1069      (b) That part of Pinellas County consisting of:
1070      1. All of tracts 201.09, 201.10, 202.01, 202.02, 202.06,
1071  202.07, 202.08, 202.09, 203.01, 203.02, 204.00, 205.00, 206.00,
1072  207.00, 208.00, 212.00, 215.01, 215.02, 216.00, 218.00, 219.00,
1073  220.00, 221.01, 221.02, 222.00, 229.01, 233.00, 234.00, 235.01,
1074  235.02, 236.01, 236.02, 237.00, 286.01, 286.02, 287.00, and
1075  9901.00.
1076      2. That part of tract 201.05 consisting of:
1077      a. That part of block group 2 consisting of blocks 6 and 7.
1078      b. That part of block group 3 consisting of blocks 0, 1, 2,
1079  3, 4, 5, 6, 7, 8, 9, 11, 12, 13, 14, 15, 18, and 19.
1080      3. That part of tract 201.06 consisting of:
1081      a. That part of block group 3 consisting of blocks 1, 4, 7,
1082  and 31.
1083      4. That part of tract 226.01 consisting of:

1/13/2022 4:16:24 PM                              598-02007-22

SEN-0000618

 357120

```
1084        a. That part of block group 1 consisting of blocks 22, 23,
1085   24, 25, 26, 27, 28, 29, 30, 31, 32, 33, and 34.
1086        b. That part of block group 3 consisting of blocks 15, 16,
1087   17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, and
1088   32.
1089        5. That part of tract 227.00 consisting of:
1090        a. That part of block group 1 consisting of blocks 28, 29,
1091   30, 31, 32, 33, 34, 35, 36, 37, 38, 39, and 40.
1092        b. That part of block group 2 consisting of blocks 13, 14,
1093   15, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38,
1094   39, 40, and 41.
1095        c. That part of block group 3 consisting of blocks 23, 24,
1096   25, 26, 27, 28, 29, 30, 31, 32, 33, and 34.
1097        (17) District 17 is composed of:
1098        (a) That part of Orange County consisting of:
1099        1. All of tracts 102.01, 102.02, 110.00, 111.00, 112.00,
1100   113.00, 129.00, 132.01, 132.02, 133.00, 134.02, 134.03, 134.05,
1101   134.06, 135.03, 135.05, 135.07, 135.10, 135.11, 135.12, 135.13,
1102   136.03, 136.04, 136.05, 136.06, 136.07, 137.01, 137.02, 138.01,
1103   138.02, 138.03, 139.00, 140.00, 141.00, 163.02, 164.02, 164.06,
1104   164.07, 164.08, 164.09, 164.11, 164.12, 164.13, 164.14, 165.03,
1105   165.04, 165.05, 165.09, 165.10, 165.11, 165.12, 165.13, 165.14,
1106   165.15, 166.03, 166.04, 166.05, 166.06, 166.07, 167.09, 167.10,
1107   167.13, 167.14, 167.15, 167.16, 167.17, 167.23, 167.24, 167.28,
1108   167.31, 167.33, 167.35, 167.36, 167.37, 167.38, 167.39, 167.40,
1109   167.41, 167.42, 167.43, 167.44, 167.45, 167.46, 167.47, 167.48,
1110   167.49, 167.50, 167.51, 167.52, 167.53, 167.54, 167.55, 167.56,
1111   182.01, 182.02, 182.04, 184.00, and 189.02.
1112        2. That part of tract 103.00 consisting of:
```

SEN-0000619

 357120

1113      a. All of block group 1.

1114      b. All of block group 2.

1115      c. That part of block group 3 consisting of blocks 0, 1, 2,

1116 3, 4, 5, 6, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 23,

1117 24, and 25.

1118      3. That part of tract 108.02 consisting of:

1119      a. That part of block group 1 consisting of blocks 0, 1, 2,

1120 3, 4, 5, 6, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,

1121 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, and 32.

1122      b. That part of block group 2 consisting of blocks 4, 5, 6,

1123 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23,

1124 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, and 34.

1125      c. That part of block group 3 consisting of blocks 4, 5, 6,

1126 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23,

1127 24, 25, 26, 27, 28, 29, 30, 31, and 32.

1128      4. That part of tract 127.01 consisting of:

1129      a. That part of block group 3 consisting of blocks 36 and

1130 37.

1131      5. That part of tract 128.00 consisting of:

1132      a. That part of block group 1 consisting of blocks 0, 9,

1133 10, and 11.

1134      6. That part of tract 162.00 consisting of:

1135      a. That part of block group 1 consisting of block 11.

1136      7. That part of tract 163.01 consisting of:

1137      a. That part of block group 1 consisting of block 0.

1138      b. That part of block group 3 consisting of blocks 0 and

1139 18.

1140      8. That part of tract 168.02 consisting of:

1141      a. That part of block group 2 consisting of blocks 0, 1, 2,

SEN-0000620

 357120

1142  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1143  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
1144  37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52,
1145  53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68,
1146  69, 70, 71, 72, 73, 74, 75, 88, 89, 90, 91, 92, 93, 94, 95, 96,
1147  97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109,
1148  110, 111, 112, 113, 114, 115, and 116.
1149       b. All of block group 3.
1150       c. All of block group 4.
1151       d. All of block group 5.
1152       9. That part of tract 182.03 consisting of:
1153       a. That part of block group 1 consisting of blocks 0, 3, 4,
1154  5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, and 20.
1155       10. That part of tract 185.00 consisting of:
1156       a. That part of block group 3 consisting of blocks 0, 1, 2,
1157  8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 34, 35,
1158  36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 50, 51, 52, 53, 54, and
1159  55.
1160       11. That part of tract 188.00 consisting of:
1161       a. That part of block group 1 consisting of blocks 39, 40,
1162  41, 43, 44, 45, 46, 47, 48, 49, 50, and 51.
1163       b. All of block group 3.
1164       c. All of block group 4.
1165       (18) District 18 is composed of:
1166       (a) That part of Pinellas County consisting of:
1167       1. All of tracts 201.07, 201.08, 223.01, 223.02, 224.01,
1168  224.02, 225.01, 225.02, 225.03, 226.02, 228.01, 228.02, 229.02,
1169  230.00, 231.00, 232.00, 238.00, 239.00, 240.01, 240.02, 240.04,
1170  240.05, 241.00, 242.01, 242.02, 243.01, 243.02, 244.03, 244.06,

SEN-0000621

 357120

1171 | 244.08, 244.09, 244.10, 244.11, 244.12, 244.13, 245.05, 245.07,
1172 | 245.08, 245.09, 245.10, 245.12, 245.14, 245.15, 245.16, 245.17,
1173 | 245.18, 245.19, 246.01, 246.03, 246.04, 247.01, 247.02, 247.03,
1174 | 248.01, 248.03, 248.04, 248.05, 249.01, 249.04, 249.05, 249.06,
1175 | 249.07, 249.08, 250.04, 250.07, 250.09, 250.11, 250.12, 250.13,
1176 | 250.14, 250.15, 250.16, 250.17, 250.18, 250.19, 250.20, 250.21,
1177 | 251.06, 251.07, 251.08, 251.09, 251.10, 251.11, 251.12, 251.13,
1178 | 251.14, 251.15, 251.16, 251.19, 251.20, 251.21, 251.22, 251.23,
1179 | 252.04, 252.05, 252.07, 252.08, 252.09, 252.10, 252.11, 253.03,
1180 | 253.05, 253.07, 253.09, 253.10, 253.11, 254.01, 254.07, 254.11,
1181 | 254.12, 254.13, 254.14, 254.15, 254.16, 254.17, 254.18, 254.19,
1182 | 254.20, 254.21, 255.01, 255.07, 255.08, 255.09, 255.10, 256.02,
1183 | 256.03, 256.04, 258.00, 259.01, 264.01, 266.01, 276.03, 276.05,
1184 | 276.06, 277.01, 277.03, 277.04, 278.01, 278.02, 279.01, 279.05,
1185 | 280.02, 280.04, 280.05, 280.06, 281.02, 281.03, 281.04, 282.00,
1186 | 283.00, 284.03, and 285.00.
1187 |     2. That part of tract 201.05 consisting of:
1188 |     a. All of block group 1.
1189 |     b. That part of block group 2 consisting of blocks 0, 1, 2,
1190 | 3, 4, 5, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, and
1191 | 21.
1192 |     c. That part of block group 3 consisting of blocks 10, 16,
1193 | and 17.
1194 |     3. That part of tract 201.06 consisting of:
1195 |     a. All of block group 1.
1196 |     b. All of block group 2.
1197 |     c. That part of block group 3 consisting of blocks 0, 2, 3,
1198 | 5, 6, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22,
1199 | 23, 24, 25, 26, 27, 28, 29, and 30.

Page 42 of 106

SEN-0000622

Florida Senate - 2022                                      COMMITTEE AMENDMENT
Bill No. SJR 100

 357120

| | |
|---|---|
| 1200 | 4. That part of tract 226.01 consisting of: |
| 1201 | a. That part of block group 1 consisting of blocks 0, 1, 2, |
| 1202 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, |
| 1203 | and 21. |
| 1204 | b. All of block group 2. |
| 1205 | c. That part of block group 3 consisting of blocks 0, 1, 2, |
| 1206 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, and 14. |
| 1207 | 5. That part of tract 227.00 consisting of: |
| 1208 | a. That part of block group 1 consisting of blocks 0, 1, 2, |
| 1209 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, |
| 1210 | 21, 22, 23, 24, 25, 26, and 27. |
| 1211 | b. That part of block group 2 consisting of blocks 0, 1, 2, |
| 1212 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 16, 17, 18, 19, 20, 21, 22, and |
| 1213 | 23. |
| 1214 | c. That part of block group 3 consisting of blocks 0, 1, 2, |
| 1215 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, |
| 1216 | 21, and 22. |
| 1217 | 6. That part of tract 255.05 consisting of: |
| 1218 | a. All of block group 1. |
| 1219 | b. That part of block group 2 consisting of blocks 1, 2, 4, |
| 1220 | 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, |
| 1221 | 22, 23, 24, 27, 28, and 29. |
| 1222 | 7. That part of tract 257.00 consisting of: |
| 1223 | a. That part of block group 3 consisting of blocks 5, 6, |
| 1224 | and 7. |
| 1225 | 8. That part of tract 259.02 consisting of: |
| 1226 | a. That part of block group 2 consisting of blocks 17, 18, |
| 1227 | 19, 29, 30, 31, 32, 33, 34, 35, 36, 43, 44, 45, 46, 47, 48, 49, |
| 1228 | 50, 51, 52, 53, 54, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, |

1/13/2022 4:16:24 PM                                      598-02007-22

SEN-0000623

 357120

1229 | 68, and 69.
1230 | 9. That part of tract 264.02 consisting of:
1231 | a. All of block group 1.
1232 | b. That part of block group 3 consisting of blocks 11, 12,
1233 | 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, and
1234 | 28.
1235 | 10. That part of tract 265.01 consisting of:
1236 | a. All of block group 1.
1237 | b. That part of block group 2 consisting of blocks 26, 27,
1238 | 28, 29, 30, 32, 33, 34, 35, 36, 37, 38, 39, 40, and 41.
1239 | 11. That part of tract 9900.00 consisting of:
1240 | a. That part of block group 0 consisting of blocks 16, 17,
1241 | 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33,
1242 | 34, 35, 36, 37, 38, 39, 40, 41, and 42.
1243 | (19) District 19 is composed of:
1244 | (a) That part of Brevard County consisting of:
1245 | 1. All of tracts 621.06, 621.08, 621.09, 621.10, 621.11,
1246 | 621.12, 621.13, 621.14, 621.15, 623.01, 623.02, 624.01, 624.02,
1247 | 625.00, 626.00, 628.00, 629.00, 630.00, 631.02, 631.04, 631.05,
1248 | 631.06, 631.08, 631.09, 641.02, 641.23, 641.24, 641.26, 641.27,
1249 | 641.28, 641.29, 641.30, 642.01, 642.02, 643.01, 643.02, 644.00,
1250 | 645.00, 646.01, 646.02, 647.01, 647.02, 648.00, 649.01, 649.02,
1251 | 650.01, 650.22, 650.23, 650.24, 650.25, 651.23, 651.24, 651.26,
1252 | 651.27, 651.28, 651.29, 651.30, 651.31, 652.01, 652.02, 652.31,
1253 | 652.36, 652.37, 652.38, 652.39, 652.40, 661.01, 661.03, 661.04,
1254 | 662.00, 663.01, 663.02, 664.00, 665.00, 666.00, 667.00, 668.00,
1255 | 669.00, 671.00, 681.01, 681.02, 684.00, 685.01, 685.02, 686.01,
1256 | 686.03, 686.04, 691.00, 692.00, 693.00, 694.00, 697.00, 698.01,
1257 | 698.02, 699.03, 699.04, 699.06, 699.07, 712.01, 712.02, 712.03,

SEN-0000624

Florida Senate – 2022                           COMMITTEE AMENDMENT
Bill No. SJR 100

 357120

1258 | 712.04, 712.05, 713.35, 713.37, 713.39, 713.41, 713.42, 713.43,
1259 | 713.44, 713.45, 713.46, 713.47, 713.48, 713.49, 713.50, 713.51,
1260 | 713.52, 713.53, 713.54, 715.00, 716.01, 716.02, 717.00, and
1261 | 9800.00.
1262 |     2. That part of tract 612.02 consisting of:
1263 |     a. That part of block group 1 consisting of block 18.
1264 |     b. That part of block group 2 consisting of block 6.
1265 |     c. That part of block group 3 consisting of blocks 0, 1, 2,
1266 | 5, 24, 25, 26, 35, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47,
1267 | 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63,
1268 | and 64.
1269 |     3. That part of tract 699.05 consisting of:
1270 |     a. That part of block group 1 consisting of blocks 53, 54,
1271 | 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 72,
1272 | 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88,
1273 | 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103,
1274 | 104, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114, 115, 116,
1275 | 117, 118, 119, 120, 121, 122, 123, 124, 125, 126, 127, 128, 130,
1276 | 131, 132, 133, 134, 135, 136, 137, 138, 139, and 140.
1277 |     4. That part of tract 711.00 consisting of:
1278 |     a. That part of block group 2 consisting of blocks 2, 3, 4,
1279 | 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
1280 | 22, and 23.
1281 |     5. That part of tract 9801.00 consisting of:
1282 |     a. That part of block group 1 consisting of blocks 1, 24,
1283 | 25, and 29.
1284 |     6. That part of tract 9900.00 consisting of:
1285 |     a. That part of block group 0 consisting of blocks 2, 3, 4,
1286 | 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,

1/13/2022 4:16:24 PM                              598-02007-22

SEN-0000625

 357120

```
1287  22, 23, 24, 25, 26, 27, and 28.
1288       (20) District 20 is composed of:
1289       (a) That part of Hillsborough County consisting of:
1290       1. All of tracts 131.00, 132.06, 132.07, 132.08, 133.10,
1291  133.13, 133.14, 133.20, 133.22, 134.06, 134.07, 134.09, 134.11,
1292  134.12, 134.13, 134.14, 134.15, 139.03, 139.07, 139.12, 139.13,
1293  139.14, 139.15, 139.16, 139.17, 139.18, 139.19, 139.22, 139.23,
1294  139.24, 139.25, 139.26, 140.08, 140.10, 140.12, 140.14, 140.17,
1295  9802.00, and 9901.00.
1296       2. That part of tract 133.05 consisting of:
1297       a. That part of block group 1 consisting of blocks 6, 7, 8,
1298  9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, and
1299  24.
1300       b. All of block group 2.
1301       3. That part of tract 133.23 consisting of:
1302       a. All of block group 1.
1303       b. All of block group 2.
1304       c. All of block group 3.
1305       d. That part of block group 4 consisting of blocks 0, 11,
1306  12, 13, 14, 15, and 16.
1307       e. All of block group 5.
1308       4. That part of tract 134.10 consisting of:
1309       a. All of block group 1.
1310       b. That part of block group 2 consisting of blocks 0, 1, 2,
1311  3, 4, 5, 6, 7, 9, 10, and 11.
1312       5. That part of tract 140.03 consisting of:
1313       a. That part of block group 1 consisting of blocks 0, 1, 2,
1314  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1315  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
```

SEN-0000626

 357120

1316  37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 52, 53, 54,
1317  55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 70, 71,
1318  72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, and 86.
1319      6. That part of tract 140.09 consisting of:
1320      a. That part of block group 1 consisting of blocks 0, 1, 2,
1321  3, 4, 5, 6, 7, 8, 9, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22,
1322  23, and 24.
1323      7. That part of tract 140.11 consisting of:
1324      a. All of block group 1.
1325      b. All of block group 2.
1326      c. That part of block group 3 consisting of blocks 0, 1, 2,
1327  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 17, 18, 19, 20, 21, 22,
1328  23, 24, 25, 26, 27, 28, 29, 30, and 31.
1329      8. That part of tract 140.13 consisting of:
1330      a. That part of block group 1 consisting of blocks 0, 1, 4,
1331  5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
1332  22, 23, 26, 27, 28, 29, 30, 31, 32, 33, and 34.
1333      (b) That part of Manatee County consisting of:
1334      1. All of tracts 1.01, 1.03, 1.05, 1.06, 2.01, 2.03, 2.04,
1335  3.07, 3.09, 3.10, 4.03, 4.05, 4.06, 4.07, 4.09, 4.10, 5.01,
1336  5.03, 5.04, 6.01, 6.03, 6.04, 7.03, 7.04, 7.05, 8.04, 8.11,
1337  8.12, 11.04, 11.05, 11.06, 11.07, 11.08, 12.02, 12.03, 12.04,
1338  13.00, 14.02, 14.04, 14.05, 14.06, 15.01, 15.02, 16.02, 16.03,
1339  16.04, 17.01, 17.05, 18.01, 18.02, 19.04, 19.07, 19.08, 19.09,
1340  19.10, 19.11, 19.13, 19.14, 19.15, 19.16, 20.03, 20.11, 20.12,
1341  20.14, 20.18, 20.19, 20.20, 20.21, 20.24, 20.25, and 9900.00.
1342      2. That part of tract 3.11 consisting of:
1343      a. All of block group 1.
1344      b. That part of block group 2 consisting of blocks 2, 3, 4,

SEN-0000627

 357120

1345  5, 6, 7, and 8.
1346       3. That part of tract 3.12 consisting of:
1347       a. All of block group 2.
1348       4. That part of tract 20.10 consisting of:
1349       a. That part of block group 1 consisting of blocks 0, 1, 2,
1350  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1351  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
1352  38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53,
1353  54, 55, 56, 57, 58, and 59.
1354       (21) District 21 is composed of:
1355       (a) That part of Pasco County consisting of:
1356       1. All of tracts 302.03, 302.04, 302.05, 303.03, 303.04,
1357  304.04, 304.05, 304.06, 304.07, 304.08, 304.09, 304.10, 304.11,
1358  304.12, 305.01, 305.02, 306.01, 306.02, 307.00, 308.00, 309.01,
1359  309.05, 309.06, 310.03, 310.05, 310.06, 310.07, 310.08, 310.09,
1360  310.10, 310.11, 310.12, 310.13, 310.14, 313.01, 313.02, 314.01,
1361  314.04, 314.06, 314.07, 314.10, 314.11, 314.12, 315.03, 315.04,
1362  315.05, 315.06, 315.07, 315.08, 316.01, 316.02, 317.04, 317.05,
1363  317.06, 317.07, and 317.08.
1364       2. That part of tract 316.03 consisting of:
1365       a. That part of block group 3 consisting of block 2.
1366       3. That part of tract 316.05 consisting of:
1367       a. That part of block group 1 consisting of blocks 16 and
1368  17.
1369       4. That part of tract 317.01 consisting of:
1370       a. That part of block group 1 consisting of blocks 7, 8, 9,
1371  10, 11, 12, 14, 15, 16, 17, 18, 19, 20, 21, 22, 24, 25, 26, 27,
1372  28, 29, 30, 31, 32, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63,
1373  64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79,

SEN-0000628

 357120

```
1374   80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95,
1375   96, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108,
1376   109, 110, 111, 112, 113, 114, 115, 116, 117, 118, 119, 120, 121,
1377   122, 123, 124, 125, 126, 127, 128, 129, 130, 131, 132, 136, 137,
1378   138, 148, 149, 150, and 151.
1379        5. That part of tract 317.03 consisting of:
1380        a. That part of block group 1 consisting of blocks 2, 3, 4,
1381   5, 6, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23,
1382   24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39,
1383   40, 41, 42, 43, and 44.
1384        b. All of block group 2.
1385        c. All of block group 3.
1386        6. That part of tract 9900.00 consisting of:
1387        a. That part of block group 0 consisting of blocks 5, 6, 7,
1388   8, 9, 10, 11, 12, 13, and 14.
1389        (b) That part of Pinellas County consisting of:
1390        1. All of tracts 260.01, 260.03, 260.04, 261.01, 261.02,
1391   262.00, 263.00, 265.02, 266.02, 267.01, 267.03, 267.04, 267.05,
1392   268.04, 268.09, 268.11, 268.12, 268.13, 268.14, 268.15, 268.16,
1393   268.17, 268.18, 268.19, 268.20, 268.21, 269.04, 269.08, 269.09,
1394   269.11, 269.12, 269.13, 269.14, 269.15, 269.16, 269.17, 270.00,
1395   271.05, 271.06, 271.07, 271.08, 272.02, 272.04, 272.06, 272.07,
1396   272.08, 272.09, 272.10, 272.11, 272.12, 273.08, 273.09, 273.14,
1397   273.16, 273.17, 273.18, 273.19, 273.20, 273.21, 273.23, 273.24,
1398   273.25, 273.26, 273.27, 273.28, 273.29, 273.30, 273.31, 273.32,
1399   273.33, 274.01, 274.04, 275.01, 275.03, 275.04, and 276.04.
1400        2. That part of tract 255.05 consisting of:
1401        a. That part of block group 2 consisting of blocks 0, 3,
1402   25, and 26.
```

SEN-0000629

 357120

1403    3. That part of tract 257.00 consisting of:

1404    a. All of block group 1.

1405    b. All of block group 2.

1406    c. That part of block group 3 consisting of blocks 0, 1, 2,

1407    3, 4, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22,

1408    23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, and 37.

1409    4. That part of tract 259.02 consisting of:

1410    a. All of block group 1.

1411    b. That part of block group 2 consisting of blocks 0, 1, 2,

1412    3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 20, 21, 22, 23,

1413    24, 25, 26, 27, 28, 37, 38, 39, 40, 41, 42, 55, and 56.

1414    5. That part of tract 264.02 consisting of:

1415    a. All of block group 2.

1416    b. That part of block group 3 consisting of blocks 0, 1, 2,

1417    3, 4, 5, 6, 7, 8, 9, and 10.

1418    6. That part of tract 265.01 consisting of:

1419    a. That part of block group 2 consisting of blocks 0, 1, 2,

1420    3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,

1421    21, 22, 23, 24, 25, and 31.

1422    7. That part of tract 9900.00 consisting of:

1423    a. That part of block group 0 consisting of blocks 1, 2, 3,

1424    4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, and 15.

1425    (22) District 22 is composed of:

1426    (a) All of Sarasota County.

1427    (b) That part of Manatee County consisting of:

1428    1. All of tracts 3.04, 3.05, 3.13, 3.14, 8.05, 8.08, 8.09,

1429    8.10, 8.13, 8.14, 9.01, 9.02, 10.01, 10.02, 20.05, 20.08, 20.16,

1430    20.17, 20.22, and 20.23.

1431    2. That part of tract 3.11 consisting of:

SEN-0000630

 357120

```
1432        a. That part of block group 2 consisting of blocks 0 and 1.
1433        3. That part of tract 3.12 consisting of:
1434        a. All of block group 1.
1435        4. That part of tract 20.10 consisting of:
1436        a. That part of block group 1 consisting of block 37.
1437        b. All of block group 2.
1438        (23) District 23 is composed of:
1439        (a) That part of Hillsborough County consisting of:
1440        1. All of tracts 101.05, 101.06, 101.07, 101.08, 102.03,
1441  102.10, 102.11, 102.12, 102.13, 102.15, 102.16, 102.17, 102.18,
1442  103.03, 103.04, 110.13, 110.19, 121.06, 121.07, 121.08, 121.09,
1443  121.10, 122.06, 122.07, 122.08, 122.09, 122.10, 122.12, 122.13,
1444  123.01, 123.03, 123.04, 124.01, 124.02, 124.03, 125.01, 125.03,
1445  125.04, 126.00, 127.01, 127.02, 128.00, 129.00, 130.01, 130.02,
1446  130.03, 130.04, 132.03, 132.04, 132.05, 133.07, 133.11, 133.12,
1447  133.16, 143.00, 9803.00, and 9804.00.
1448        2. That part of tract 103.05 consisting of:
1449        a. All of block group 1.
1450        b. All of block group 2.
1451        3. That part of tract 108.10 consisting of:
1452        a. That part of block group 1 consisting of blocks 0 and 6.
1453        4. That part of tract 110.08 consisting of:
1454        a. That part of block group 1 consisting of blocks 0, 1, 6,
1455  and 11.
1456        b. That part of block group 2 consisting of block 2.
1457        5. That part of tract 110.16 consisting of:
1458        a. That part of block group 1 consisting of blocks 0, 11,
1459  12, and 15.
1460        6. That part of tract 110.17 consisting of:
```

1/13/2022 4:16:24 PM                          598-02007-22

SEN-0000631

Florida Senate - 2022                              COMMITTEE AMENDMENT
Bill No. SJR 100

 357120

1461     a. That part of block group 1 consisting of blocks 0 and 1.
1462     7. That part of tract 133.05 consisting of:
1463     a. That part of block group 1 consisting of blocks 0, 1, 2,
1464   3, 4, and 5.
1465     (b) That part of Pasco County consisting of:
1466     1. All of tracts 316.04, 319.01, 319.02, 319.03, 320.01,
1467   320.05, 320.06, 320.07, 320.08, 320.09, 320.10, 320.11, 320.12,
1468   320.13, 320.14, 321.03, 321.04, 321.05, 321.06, 321.07, 321.08,
1469   321.09, 321.10, 321.11, 321.12, 321.13, 322.00, 323.00, 324.01,
1470   324.02, 325.00, 326.01, 326.02, 327.00, 328.02, 328.04, 328.05,
1471   329.01, 329.02, 329.05, 330.05, 330.06, 330.07, 330.08, 330.09,
1472   330.10, 330.11, 330.12, 330.13, 330.14, 331.01, and 331.02.
1473     2. That part of tract 316.03 consisting of:
1474     a. All of block group 1.
1475     b. All of block group 2.
1476     c. That part of block group 3 consisting of blocks 0, 1, 3,
1477   4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, and 18.
1478     3. That part of tract 316.05 consisting of:
1479     a. That part of block group 1 consisting of blocks 0, 1, 2,
1480   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, and 15.
1481     b. All of block group 2.
1482     4. That part of tract 317.01 consisting of:
1483     a. That part of block group 1 consisting of blocks 0, 1, 2,
1484   6, 23, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46,
1485   47, 48, 49, 50, 51, 52, 133, 134, 135, 139, 140, 141, 142, 143,
1486   144, 145, 146, and 147.
1487     5. That part of tract 318.06 consisting of:
1488     a. That part of block group 2 consisting of block 13.
1489     6. That part of tract 318.08 consisting of:

Page 52 of 106

SEN-0000632

 357120

1490     a. That part of block group 2 consisting of blocks 3, 4,
1491 and 12.
1492     7. That part of tract 318.09 consisting of:
1493     a. That part of block group 1 consisting of blocks 0, 1, 2,
1494 3, 4, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 18, 19, 21, 23, 24,
1495 25, 26, and 27.
1496     b. All of block group 2.
1497     (24) District 24 is composed of:
1498     (a) That part of Palm Beach County consisting of:
1499     1. All of tracts 5.05, 5.09, 5.12, 5.13, 7.02, 7.03, 8.03,
1500 8.05, 9.02, 9.03, 10.02, 10.03, 10.04, 11.01, 11.02, 12.00,
1501 13.01, 13.02, 14.02, 14.03, 14.04, 15.00, 16.00, 17.00, 18.01,
1502 18.02, 19.04, 19.07, 19.09, 19.10, 19.11, 19.12, 19.13, 19.16,
1503 19.17, 19.18, 19.19, 19.20, 19.21, 20.05, 20.06, 21.00, 22.00,
1504 23.00, 24.00, 26.00, 27.01, 27.02, 27.03, 28.00, 29.00, 30.00,
1505 31.01, 31.02, 32.01, 32.02, 33.00, 34.00, 35.07, 35.12, 35.13,
1506 35.14, 36.00, 37.00, 38.01, 38.02, 39.01, 39.02, 40.05, 40.07,
1507 40.08, 40.09, 40.10, 40.11, 40.12, 40.13, 41.01, 41.02, 42.03,
1508 42.04, 42.05, 42.06, 42.07, 43.00, 44.01, 44.02, 45.00, 46.01,
1509 46.02, 47.02, 47.04, 47.05, 47.06, 48.10, 48.13, 48.15, 48.16,
1510 48.17, 48.18, 48.19, 48.20, 48.21, 48.22, 48.23, 49.02, 49.03,
1511 49.04, 50.00, 51.01, 51.02, 52.02, 52.03, 52.04, 53.00, 54.12,
1512 54.13, 55.01, 55.02, 56.02, 58.14, 59.16, 59.17, 59.60, 59.61,
1513 9800.00, and 9805.00.
1514     2. That part of tract 5.07 consisting of:
1515     a. That part of block group 1 consisting of blocks 13, 27,
1516 28, 29, 30, 31, 32, 33, and 34.
1517     3. That part of tract 6.00 consisting of:
1518     a. That part of block group 1 consisting of blocks 22, 24,

SEN-0000633

Florida Senate - 2022                                    COMMITTEE AMENDMENT
Bill No. SJR 100

 357120

1519  25, 26, 27, 28, 29, 30, 31, 32, 33, 34, and 35.
1520        4. That part of tract 9.04 consisting of:
1521        a. All of block group 1.
1522        5. That part of tract 56.01 consisting of:
1523        a. That part of block group 2 consisting of blocks 0, 1, 2,
1524  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, and 18.
1525        b. All of block group 3.
1526        6. That part of tract 57.03 consisting of:
1527        a. That part of block group 1 consisting of blocks 0, 1, 2,
1528  3, 4, 5, 6, 7, and 22.
1529        7. That part of tract 58.07 consisting of:
1530        a. All of block group 1.
1531        b. That part of block group 2 consisting of blocks 0, 1, 2,
1532  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, and 16.
1533        c. All of block group 3.
1534        d. That part of block group 4 consisting of blocks 0, 1, 2,
1535  3, 4, 5, 6, 7, 8, and 9.
1536        8. That part of tract 58.15 consisting of:
1537        a. That part of block group 1 consisting of blocks 0, 1, 2,
1538  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, and 18.
1539        b. All of block group 2.
1540        9. That part of tract 77.54 consisting of:
1541        a. That part of block group 1 consisting of block 0.
1542        10. That part of tract 9900.00 consisting of:
1543        a. That part of block group 0 consisting of blocks 5, 6, 7,
1544  8, and 9.
1545        (25) District 25 is composed of:
1546        (a) All of Osceola County.
1547        (b) That part of Orange County consisting of:

1/13/2022 4:16:24 PM                                     598-02007-22

SEN-0000634

 357120

1548      1. All of tracts 168.03, 168.04, 168.08, 168.09, 168.10,
1549  168.11, 168.12, 168.13, 168.14, 170.04, 170.06, 170.11, 170.12,
1550  170.13, 170.15, 170.18, 170.19, 170.20, 170.21, 170.22, 170.23,
1551  170.24, 170.25, and 170.26.
1552      2. That part of tract 142.02 consisting of:
1553      a. That part of block group 3 consisting of blocks 3, 4, 5,
1554  6, 7, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, and
1555  23.
1556      3. That part of tract 168.02 consisting of:
1557      a. All of block group 1.
1558      b. That part of block group 2 consisting of blocks 76, 77,
1559  78, 79, 80, 81, 82, 83, 84, 85, 86, and 87.
1560      4. That part of tract 169.02 consisting of:
1561      a. That part of block group 1 consisting of blocks 38, 39,
1562  42, 43, 44, 45, 46, 47, 48, 49, 50, and 51.
1563      5. That part of tract 170.01 consisting of:
1564      a. That part of block group 3 consisting of blocks 0, 1, 2,
1565  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 20, 21,
1566  22, 23, 24, 25, 26, 27, 28, 29, 35, 36, 37, 38, 39, 40, 41, 42,
1567  43, 44, 45, 46, 47, 48, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60,
1568  61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76,
1569  77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92,
1570  93, 94, 95, 96, and 97.
1571      (26) District 26 is composed of:
1572      (a) That part of Palm Beach County consisting of:
1573      1. All of tracts 54.11, 57.02, 57.04, 58.10, 58.11, 58.12,
1574  58.13, 58.18, 58.19, 58.20, 58.21, 59.18, 59.21, 59.22, 59.23,
1575  59.26, 59.30, 59.31, 59.33, 59.34, 59.36, 59.37, 59.38, 59.39,
1576  59.40, 59.42, 59.43, 59.44, 59.45, 59.46, 59.47, 59.49, 59.50,

SEN-0000635

 357120

1577  59.51, 59.52, 59.53, 59.54, 59.55, 59.57, 59.58, 59.59, 60.05,
1578  60.06, 60.07, 60.08, 60.09, 60.10, 60.11, 60.12, 61.00, 62.01,
1579  62.02, 62.03, 63.01, 63.02, 64.01, 64.02, 65.01, 65.02, 66.02,
1580  66.04, 66.06, 66.07, 67.00, 68.01, 68.02, 69.06, 69.07, 69.08,
1581  69.09, 69.10, 69.11, 69.12, 70.05, 70.06, 70.07, 70.08, 70.09,
1582  70.10, 70.11, 70.12, 70.13, 71.00, 72.02, 72.06, 72.07, 72.08,
1583  73.01, 73.02, 74.07, 74.10, 74.12, 74.14, 77.05, 77.10, 77.16,
1584  77.21, 77.23, 77.24, 77.25, 77.42, 77.43, 77.46, 77.47, 77.48,
1585  77.49, 77.50, 77.51, 77.52, 77.57, 77.58, 77.59, 77.63, 77.64,
1586  77.68, 77.69, 77.70, 77.71, 77.72, 77.73, 77.74, 77.75, 77.76,
1587  77.78, 77.79, 77.80, 81.02, 82.01, 82.02, 82.03, 83.02, and
1588  9804.00.
1589       2. That part of tract 56.01 consisting of:
1590       a. All of block group 1.
1591       b. That part of block group 2 consisting of block 19.
1592       3. That part of tract 57.03 consisting of:
1593       a. That part of block group 1 consisting of blocks 8, 9,
1594  10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, and 21.
1595       4. That part of tract 58.07 consisting of:
1596       a. That part of block group 2 consisting of block 15.
1597       b. That part of block group 4 consisting of blocks 10, 11,
1598  and 12.
1599       5. That part of tract 58.15 consisting of:
1600       a. That part of block group 1 consisting of blocks 15, 16,
1601  and 17.
1602       6. That part of tract 72.05 consisting of:
1603       a. All of block group 2.
1604       b. All of block group 3.
1605       7. That part of tract 74.21 consisting of:

SEN-0000636

 357120

| | |
|---|---|
| 1606 | a. That part of block group 1 consisting of blocks 0, 1, |
| 1607 | and 2. |
| 1608 | b. All of block group 3. |
| 1609 | c. All of block group 4. |
| 1610 | 8. That part of tract 75.01 consisting of: |
| 1611 | a. That part of block group 1 consisting of blocks 3, 4, 5, |
| 1612 | and 6. |
| 1613 | 9. That part of tract 77.30 consisting of: |
| 1614 | a. All of block group 2. |
| 1615 | b. All of block group 3. |
| 1616 | c. All of block group 4. |
| 1617 | 10. That part of tract 77.54 consisting of: |
| 1618 | a. That part of block group 1 consisting of blocks 1, 2, 3, |
| 1619 | 4, 5, 6, 7, 8, 9, 10, and 11. |
| 1620 | b. All of block group 2. |
| 1621 | c. All of block group 3. |
| 1622 | 11. That part of tract 79.17 consisting of: |
| 1623 | a. That part of block group 4 consisting of blocks 33, 34, |
| 1624 | 35, 36, 37, 38, 72, 73, 74, 87, 88, 89, 90, 91, 92, 96, 97, 98, |
| 1625 | 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 113, |
| 1626 | 114, 115, 116, 117, 118, 119, 120, 121, 122, 123, 124, 125, 126, |
| 1627 | 127, 128, 129, 130, 131, 132, 133, 134, 135, 136, 137, 138, 139, |
| 1628 | 140, 141, 142, 145, 146, 147, 148, 149, 150, 151, 152, 153, 154, |
| 1629 | 155, 156, 157, 158, 175, 176, 177, 178, 179, 180, 181, 182, 183, |
| 1630 | 184, 185, 186, 187, 188, 189, 190, 191, 192, 193, 194, 195, 196, |
| 1631 | 197, 198, 199, 200, 201, 202, 203, 204, 206, 207, 208, 209, 210, |
| 1632 | and 211. |
| 1633 | 12. That part of tract 80.02 consisting of: |
| 1634 | a. That part of block group 4 consisting of blocks 16, 17, |

SEN-0000637

 357120

1635 | 18, and 19.
1636 | 13. That part of tract 81.01 consisting of:
1637 | a. That part of block group 1 consisting of blocks 23, 24,
1638 | 25, 26, 27, 28, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51,
1639 | 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 69,
1640 | 70, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, and 83.
1641 | b. All of block group 2.
1642 | c. All of block group 3.
1643 | 14. That part of tract 83.01 consisting of:
1644 | a. All of block group 1.
1645 | b. That part of block group 2 consisting of blocks 0, 1, 2,
1646 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 20, 21, 22,
1647 | 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38,
1648 | 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54,
1649 | 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70,
1650 | 71, 72, 73, 74, 75, 76, 77, 78, and 79.
1651 | 15. That part of tract 9900.00 consisting of:
1652 | a. That part of block group 0 consisting of blocks 10, 11,
1653 | and 12.
1654 | 16. That part of tract 9901.00 consisting of:
1655 | a. That part of block group 0 consisting of blocks 3 and 4.
1656 | (27) District 27 is composed of:
1657 | (a) All of Charlotte County.
1658 | (b) All of De Soto County.
1659 | (c) All of Hardee County.
1660 | (d) That part of Lee County consisting of:
1661 | 1. All of tracts 4.02, 202.01, 202.02, 203.01, 203.02,
1662 | 205.01, 301.00, 302.01, 302.02, 302.05, 303.00, 401.23, 401.24,
1663 | 401.25, 401.26, 401.27, 402.05, 402.06, 402.07, 402.08, 402.09,

SEN-0000638

Florida Senate – 2022                          COMMITTEE AMENDMENT
Bill No. SJR 100

 357120

1664  402.10, 402.11, and 402.12.
1665       2. That part of tract 201.02 consisting of:
1666       a. That part of block group 1 consisting of blocks 0, 1, 2,
1667  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 14, 15, 16, 17, 18, 19, 20, and
1668  21.
1669       b. That part of block group 2 consisting of blocks 0, 1, 2,
1670  4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1671  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, and 35.
1672       c. All of block group 3.
1673       d. All of block group 4.
1674       3. That part of tract 201.03 consisting of:
1675       a. That part of block group 1 consisting of blocks 0, 1, 2,
1676  3, 4, 5, 6, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1677  and 25.
1678       b. That part of block group 2 consisting of blocks 0, 1, 2,
1679  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 18, 19, 20, 22,
1680  23, 25, 27, 28, 29, 30, 31, and 32.
1681       4. That part of tract 201.04 consisting of:
1682       a. That part of block group 1 consisting of blocks 0, 1, 2,
1683  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 15, 16, 17, 18, 19, 20, and 21.
1684       b. That part of block group 2 consisting of blocks 0, 1, 2,
1685  3, 4, 5, 6, 7, 8, 9, 10, 11, 13, 14, 15, 16, 17, 18, 19, 20, 21,
1686  and 22.
1687       5. That part of tract 204.00 consisting of:
1688       a. That part of block group 2 consisting of blocks 0, 1, 2,
1689  3, 5, 6, and 7.
1690       6. That part of tract 208.02 consisting of:
1691       a. All of block group 1.
1692       b. That part of block group 3 consisting of blocks 0, 6, 7,

1/13/2022 4:16:24 PM                          598-02007-22

SEN-0000639

 357120

1693  8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23,
1694  24, 25, 26, 27, 28, 29, 30, and 31.
1695      7. That part of tract 401.10 consisting of:
1696      a. That part of block group 1 consisting of blocks 0, 1, 2,
1697  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1698  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, and 35.
1699      (e) That part of Polk County consisting of:
1700      1. All of tracts 118.21, 118.22, 118.32, 118.35, 118.36,
1701  118.37, 118.38, 119.02, 119.08, 119.09, 119.10, 119.11, 119.12,
1702  119.13, 145.02, 148.02, 148.03, 148.04, 149.03, 149.04, 149.05,
1703  149.06, 150.00, 151.01, 151.02, 152.00, 153.01, 154.02, 154.04,
1704  154.05, 156.00, 157.01, 157.02, 158.01, 158.02, 159.00, 160.01,
1705  160.02, 160.03, and 161.00.
1706      2. That part of tract 106.01 consisting of:
1707      a. All of block group 3.
1708      3. That part of tract 106.03 consisting of:
1709      a. That part of block group 1 consisting of blocks 1, 2, 3,
1710  4, 5, 6, 7, 8, 9, 10, and 11.
1711      b. That part of block group 2 consisting of blocks 2, 3, 4,
1712  5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, and 17.
1713      4. That part of tract 117.04 consisting of:
1714      a. That part of block group 1 consisting of blocks 9 and
1715  10.
1716      5. That part of tract 117.21 consisting of:
1717      a. That part of block group 2 consisting of blocks 37 and
1718  38.
1719      6. That part of tract 117.22 consisting of:
1720      a. That part of block group 1 consisting of blocks 33, 34,
1721  35, and 36.

SEN-0000640

 357120

1722    7. That part of tract 118.34 consisting of:
1723    a. All of block group 1.
1724    b. All of block group 2.
1725    c. That part of block group 3 consisting of blocks 16, 17,
1726  18, 19, 20, 22, 23, 24, 25, 26, 27, 28, 29, 31, 32, 33, 34, 35,
1727  36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51,
1728  56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71,
1729  72, 73, 74, 75, 76, 77, and 78.
1730    8. That part of tract 119.01 consisting of:
1731    a. That part of block group 1 consisting of blocks 4, 5, 7,
1732  9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, and 21.
1733    b. All of block group 2.
1734    9. That part of tract 144.02 consisting of:
1735    a. That part of block group 1 consisting of blocks 20, 34,
1736  35, 36, 37, 38, 39, 40, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52,
1737  53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68,
1738  69, 70, 71, 72, 73, 74, 77, 78, 80, 81, 82, 83, 84, 85, 86, 87,
1739  88, 89, 90, and 91.
1740    10. That part of tract 145.01 consisting of:
1741    a. All of block group 1.
1742    b. All of block group 2.
1743    c. All of block group 3.
1744    d. That part of block group 4 consisting of blocks 31, 33,
1745  37, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56,
1746  75, 76, and 77.
1747    11. That part of tract 146.00 consisting of:
1748    a. That part of block group 1 consisting of blocks 6, 7, 8,
1749  9, 10, 19, 20, 21, 22, 23, 24, 27, 28, 29, 30, 32, 33, 34, 35,
1750  36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, and 48.

SEN-0000641

 357120

1751      b. All of block group 2.
1752      12. That part of tract 147.01 consisting of:
1753      a. That part of block group 1 consisting of blocks 11, 28,
1754 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 59, 60, 61, 62, 63, 64,
1755 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 80, 81, 82, 83,
1756 84, 85, 86, 87, 88, 89, 90, and 91.
1757      b. All of block group 2.
1758      c. That part of block group 3 consisting of blocks 1, 2, 3,
1759 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1760 21, 22, 23, 24, 25, 26, and 27.
1761      13. That part of tract 147.03 consisting of:
1762      a. That part of block group 2 consisting of blocks 7 and 8.
1763      b. That part of block group 3 consisting of blocks 1, 2,
1764 and 3.
1765      14. That part of tract 147.04 consisting of:
1766      a. That part of block group 1 consisting of blocks 1, 2, 3,
1767 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1768 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
1769 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52,
1770 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, and 65.
1771      b. All of block group 2.
1772      15. That part of tract 153.02 consisting of:
1773      a. That part of block group 1 consisting of blocks 7, 14,
1774 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30,
1775 31, 32, 33, 34, 35, 36, 37, 38, 42, 43, 44, 45, 46, 47, 48, 49,
1776 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, and 62.
1777      b. All of block group 2.
1778      16. That part of tract 154.01 consisting of:
1779      a. All of block group 1.

SEN-0000642

 357120

1780    b. That part of block group 2 consisting of blocks 0, 1, 2,
1781  3, 4, 5, 6, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1782  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
1783  37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, and 49.
1784    17. That part of tract 155.00 consisting of:
1785    a. That part of block group 1 consisting of blocks 8, 9,
1786  10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25,
1787  26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41,
1788  42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57,
1789  58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, and 69.
1790    b. That part of block group 3 consisting of blocks 3, 4, 5,
1791  6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22,
1792  23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38,
1793  39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54,
1794  55, 56, 57, 58, 59, 60, and 61.
1795    (28) District 28 is composed of:
1796    (a) All of Collier County.
1797    (b) All of Hendry County.
1798    (c) That part of Lee County consisting of:
1799    1. All of tracts 401.09, 401.18, 401.20, 401.21, 401.22,
1800  401.28, 401.29, 401.30, 401.31, 401.32, 401.33, 401.36, 401.37,
1801  401.38, 401.39, 403.01, 403.02, 403.03, 403.04, 403.05, 403.08,
1802  403.10, 403.11, 403.12, 403.13, 403.14, 403.15, 403.16, 503.11,
1803  503.12, 503.23, 503.24, 503.25, and 9800.00.
1804    2. That part of tract 401.10 consisting of:
1805    a. That part of block group 1 consisting of blocks 33, 34,
1806  36, 37, and 38.
1807    (29) District 29 is composed of:
1808    (a) All of Glades County.

SEN-0000643

 357120

1809          (b) All of Highlands County.

1810          (c) All of Indian River County.

1811          (d) All of Okeechobee County.

1812          (e) That part of St Lucie County consisting of:

1813          1. All of tracts 3801.00, 3802.00, 3803.00, 3804.00,

1814     3805.00, 3806.00, 3807.00, 3808.00, 3809.01, 3809.02, 3810.00,

1815     3811.03, 3811.04, 3811.05, 3811.06, 3811.07, 3812.04, 3813.00,

1816     3814.01, 3814.02, 3815.04, 3815.05, 3815.06, 3815.07, 3815.08,

1817     3816.02, 3816.03, 3816.04, 3816.05, 3817.01, 3817.02, 3818.02,

1818     3818.03, 3818.04, 3820.09, 3820.10, 3820.11, 3820.12, 3820.13,

1819     3820.14, 3821.22, 3821.23, 3821.24, 3821.25, 3822.01, 9800.00,

1820     and 9900.00.

1821          2. That part of tract 3820.07 consisting of:

1822          a. That part of block group 1 consisting of blocks 0, 1, 2,

1823     3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,

1824     21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,

1825     37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, and 49.

1826          b. That part of block group 2 consisting of blocks 0, 1, 2,

1827     3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 17, 18, 19, 20, 21,

1828     22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37,

1829     38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, and

1830     53.

1831          3. That part of tract 3820.08 consisting of:

1832          a. That part of block group 1 consisting of blocks 0, 1, 2,

1833     3, 4, 5, 6, 7, 8, 9, 10, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22,

1834     23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38,

1835     39, 40, 41, 42, 43, 44, 45, 46, and 47.

1836          b. All of block group 2.

1837          c. All of block group 3.

SEN-0000644

 357120

```
1838        d. All of block group 4.
1839        4. That part of tract 3821.20 consisting of:
1840        a. All of block group 1.
1841        b. That part of block group 2 consisting of blocks 0, 1, 2,
1842   and 3.
1843        c. All of block group 3.
1844        d. All of block group 4.
1845        5. That part of tract 3821.21 consisting of:
1846        a. That part of block group 1 consisting of blocks 0, 1, 2,
1847   3, 4, 5, 6, 7, 8, 9, 10, 11, and 12.
1848        b. That part of block group 2 consisting of blocks 0, 1, 2,
1849   and 3.
1850        c. All of block group 3.
1851        6. That part of tract 3821.26 consisting of:
1852        a. That part of block group 1 consisting of block 0.
1853        b. That part of block group 2 consisting of blocks 0, 1, 2,
1854   and 8.
1855        7. That part of tract 3821.27 consisting of:
1856        a. All of block group 1.
1857        b. All of block group 2.
1858        c. That part of block group 3 consisting of blocks 0, 1, 2,
1859   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, and 16.
1860        8. That part of tract 3822.02 consisting of:
1861        a. That part of block group 1 consisting of blocks 0, 1, 2,
1862   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1863   21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
1864   37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52,
1865   53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68,
1866   69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84,
```

SEN-0000645

 357120

```
1867  85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100,
1868  101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113,
1869  114, 115, 116, 117, 118, 119, 120, 121, 122, 123, 124, 125, 126,
1870  127, 128, 129, 130, 131, 132, 133, 134, 135, 136, 137, 138, 139,
1871  140, 141, 142, 143, 144, 150, 151, 152, 157, 158, 159, 160, 161,
1872  162, 163, 164, 165, 166, 167, 168, 169, 170, 171, 172, 173, 174,
1873  175, 176, 177, 178, 179, 180, 181, 182, 183, 184, 185, and 186.
1874      b. All of block group 2.
1875      (30) District 30 is composed of:
1876      (a) That part of Broward County consisting of:
1877      1. All of tracts 103.04, 103.05, 103.08, 104.01, 104.02,
1878  104.03, 104.05, 104.06, 104.07, 105.02, 105.03, 105.04, 106.03,
1879  106.04, 106.05, 106.06, 106.09, 106.10, 106.11, 106.13, 106.14,
1880  106.15, 107.01, 201.01, 201.03, 201.04, 202.04, 202.05, 202.06,
1881  202.09, 202.10, 202.11, 202.12, 202.13, 202.14, 203.02, 203.08,
1882  203.09, 203.11, 203.13, 203.14, 203.15, 203.16, 203.17, 203.19,
1883  203.20, 203.21, 203.22, 203.23, 203.24, 203.25, 205.01, 303.01,
1884  305.00, 306.01, 306.02, 307.02, 307.03, 307.04, 307.05, 308.05,
1885  308.06, 502.05, and 502.06.
1886      2. That part of tract 101.04 consisting of:
1887      a. That part of block group 1 consisting of block 6.
1888      3. That part of tract 103.06 consisting of:
1889      a. All of block group 2.
1890      4. That part of tract 103.07 consisting of:
1891      a. All of block group 1.
1892      b. That part of block group 2 consisting of blocks 0, 1, 2,
1893  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1894  21, 22, 23, 24, 25, 30, 31, 32, and 33.
1895      c. All of block group 3.
```

SEN-0000646

 357120

1896  5. That part of tract 106.01 consisting of:

1897  a. All of block group 1.

1898  b. That part of block group 2 consisting of blocks 0, 1, 2,

1899  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,

1900  21, 22, 23, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38,

1901  39, 40, 41, 42, 43, 44, 45, 46, 47, 48, and 49.

1902  c. All of block group 3.

1903  d. All of block group 4.

1904  6. That part of tract 106.12 consisting of:

1905  a. That part of block group 1 consisting of blocks 0, 1, 2,

1906  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,

1907  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, and

1908  36.

1909  b. That part of block group 2 consisting of blocks 0, 1, 2,

1910  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,

1911  21, 22, 24, and 25.

1912  7. That part of tract 107.02 consisting of:

1913  a. That part of block group 1 consisting of blocks 1, 2, 3,

1914  4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,

1915  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,

1916  37, 38, 39, 40, and 41.

1917  b. That part of block group 2 consisting of blocks 1, 2, 3,

1918  4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,

1919  21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, and 34.

1920  c. All of block group 3.

1921  d. All of block group 4.

1922  8. That part of tract 203.12 consisting of:

1923  a. That part of block group 1 consisting of blocks 0, 1, 2,

1924  3, 4, 5, 6, 8, 9, 10, 11, 12, 13, and 14.

 357120

```
1925        b. All of block group 2.
1926        9. That part of tract 203.18 consisting of:
1927        a. That part of block group 1 consisting of blocks 0, 1, 2,
1928   3, 4, 5, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1929   21, 22, 23, 24, 25, and 26.
1930        b. All of block group 2.
1931        c. All of block group 3.
1932        d. All of block group 4.
1933        10. That part of tract 203.26 consisting of:
1934        a. All of block group 1.
1935        b. That part of block group 2 consisting of blocks 0, 1, 2,
1936   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 18, 19, 20, 21,
1937   22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37,
1938   38, 39, and 40.
1939        c. All of block group 3.
1940        d. All of block group 4.
1941        11. That part of tract 204.04 consisting of:
1942        a. That part of block group 3 consisting of block 11.
1943        12. That part of tract 205.02 consisting of:
1944        a. That part of block group 1 consisting of block 5.
1945        b. All of block group 2.
1946        c. All of block group 3.
1947        d. All of block group 4.
1948        13. That part of tract 303.02 consisting of:
1949        a. All of block group 1.
1950        b. All of block group 2.
1951        c. That part of block group 3 consisting of blocks 1, 2, 3,
1952   4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1953   21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, and 34.
```

SEN-0000648

 357120

1954        d. That part of block group 4 consisting of blocks 1, 3, 4,
1955  5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, and
1956  21.
1957        14. That part of tract 304.01 consisting of:
1958        a. That part of block group 1 consisting of blocks 2, 3, 4,
1959  5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
1960  and 22.
1961        b. All of block group 2.
1962        15. That part of tract 304.02 consisting of:
1963        a. That part of block group 1 consisting of blocks 1, 2, 3,
1964  4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
1965  21, 22, 23, 24, 25, 26, 27, 28, 29, 34, 37, and 38.
1966        b. All of block group 2.
1967        c. That part of block group 3 consisting of blocks 0, 1, 2,
1968  3, 4, 5, 8, 9, 10, 11, 12, 14, 15, 16, 17, 18, 19, 20, 21, 22,
1969  23, 24, 25, and 26.
1970        16. That part of tract 308.03 consisting of:
1971        a. That part of block group 2 consisting of blocks 0, 1, 2,
1972  3, 9, 10, 11, 12, 13, 14, 15, 16, 21, 22, 23, 24, 25, 26, and
1973  27.
1974        17. That part of tract 308.04 consisting of:
1975        a. That part of block group 2 consisting of blocks 7, 8, 9,
1976  10, 11, 12, 13, 14, 15, 16, and 17.
1977        18. That part of tract 502.04 consisting of:
1978        a. All of block group 1.
1979        b. That part of block group 2 consisting of block 0.
1980        (b) That part of Palm Beach County consisting of:
1981        1. All of tracts 72.04, 74.20, 75.04, 75.05, 76.03, 76.04,
1982  76.05, 76.10, 76.12, 76.13, 76.14, 76.15, 76.16, 76.19, 76.20,

SEN-0000649

Florida Senate – 2022                    COMMITTEE AMENDMENT
Bill No. SJR 100

 357120

1983  76.21, 76.22, 76.23, 76.24, 77.31, 77.32, 77.35, 77.36, 77.38,
1984  77.39, 77.40, 77.41, 77.66, 77.67, and 77.77.
1985      2. That part of tract 72.05 consisting of:
1986      a. All of block group 1.
1987      b. All of block group 4.
1988      3. That part of tract 74.21 consisting of:
1989      a. That part of block group 1 consisting of blocks 3, 4, 5,
1990  6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22,
1991  23, and 24.
1992      b. All of block group 2.
1993      4. That part of tract 75.01 consisting of:
1994      a. That part of block group 1 consisting of blocks 0, 1, 2,
1995  7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, and 18.
1996      b. All of block group 2.
1997      c. All of block group 3.
1998      5. That part of tract 77.30 consisting of:
1999      a. All of block group 1.
2000      (31) District 31 is composed of:
2001      (a) All of Martin County.
2002      (b) That part of Palm Beach County consisting of:
2003      1. All of tracts 1.02, 1.03, 1.04, 2.02, 2.04, 2.08, 2.10,
2004  2.11, 2.13, 2.14, 2.16, 2.17, 2.18, 2.19, 2.20, 2.21, 2.22,
2005  2.23, 3.01, 3.03, 3.04, 4.05, 4.06, 4.07, 4.08, 4.10, 9.05,
2006  78.05, 78.12, 78.13, 78.14, 78.18, 78.20, 78.21, 78.23, 78.30,
2007  78.31, 78.32, 78.33, 78.34, 78.35, 78.37, 78.38, 78.40, 78.41,
2008  78.42, 78.43, 78.44, 78.45, 78.46, 78.47, 78.48, 78.49, 78.50,
2009  78.51, 78.52, 78.53, 79.09, 79.13, 79.14, 79.15, 79.16, 79.18,
2010  79.19, 80.01, 9801.00, and 9802.00.
2011      2. That part of tract 5.07 consisting of:

1/13/2022 4:16:24 PM                              598-02007-22

SEN-0000650

 357120

2012     a. That part of block group 1 consisting of blocks 0, 1, 2,
2013 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 14, 15, 16, 17, 18, 19, 20, 21,
2014 22, 23, 24, 25, 26, 35, and 36.
2015     3. That part of tract 6.00 consisting of:
2016     a. That part of block group 1 consisting of blocks 0, 1, 2,
2017 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2018 21, and 23.
2019     4. That part of tract 9.04 consisting of:
2020     a. All of block group 2.
2021     b. All of block group 3.
2022     5. That part of tract 79.17 consisting of:
2023     a. All of block group 1.
2024     b. All of block group 2.
2025     c. All of block group 3.
2026     d. That part of block group 4 consisting of blocks 0, 1, 2,
2027 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2028 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 39, 40, 41, 42,
2029 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58,
2030 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 75, 76, 77,
2031 78, 79, 80, 81, 82, 83, 84, 85, 86, 93, 94, 95, 111, 112, 143,
2032 144, 159, 160, 161, 162, 163, 164, 165, 166, 167, 168, 169, 170,
2033 171, 172, 173, 174, and 205.
2034     6. That part of tract 80.02 consisting of:
2035     a. All of block group 1.
2036     b. All of block group 2.
2037     c. All of block group 3.
2038     d. That part of block group 4 consisting of blocks 0, 1, 2,
2039 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 20, 21, 22, and 23.
2040     7. That part of tract 81.01 consisting of:

SEN-0000651

 357120

2041    a. That part of block group 1 consisting of blocks 0, 1, 2,
2042  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2043  21, 22, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 67, 68, and
2044  71.
2045    8. That part of tract 83.01 consisting of:
2046    a. That part of block group 2 consisting of blocks 18 and
2047  19.
2048    9. That part of tract 9900.00 consisting of:
2049    a. That part of block group 0 consisting of blocks 1, 2, 3,
2050  and 4.
2051    10. That part of tract 9901.00 consisting of:
2052    a. That part of block group 0 consisting of blocks 1, 2,
2053  and 5.
2054    (c) That part of St Lucie County consisting of:
2055    1. All of tracts 3819.00, 3820.15, 3820.16, 3821.10,
2056  3821.12, 3821.14, 3821.15, 3821.16, 3821.17, 3821.18, 3821.19,
2057  3821.28, 3821.29, and 3821.30.
2058    2. That part of tract 3820.07 consisting of:
2059    a. That part of block group 1 consisting of block 48.
2060    b. That part of block group 2 consisting of block 16.
2061    3. That part of tract 3820.08 consisting of:
2062    a. That part of block group 1 consisting of blocks 11 and
2063  12.
2064    4. That part of tract 3821.20 consisting of:
2065    a. That part of block group 2 consisting of blocks 4 and 5.
2066    5. That part of tract 3821.21 consisting of:
2067    a. That part of block group 1 consisting of blocks 13 and
2068  14.
2069    b. That part of block group 2 consisting of blocks 4 and 5.

SEN-0000652

 357120

2070        6. That part of tract 3821.26 consisting of:
2071        a. That part of block group 1 consisting of blocks 1, 2, 3,
2072   4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2073   21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
2074   37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52,
2075   53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68,
2076   69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84,
2077   85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100,
2078   101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113,
2079   114, 115, 116, 117, 118, 119, 120, 121, 122, 123, and 124.
2080        b. That part of block group 2 consisting of blocks 3, 4, 5,
2081   6, 7, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23,
2082   24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, and 38.
2083        c. All of block group 3.
2084        d. All of block group 4.
2085        e. All of block group 5.
2086        f. All of block group 6.
2087        7. That part of tract 3821.27 consisting of:
2088        a. That part of block group 3 consisting of blocks 17, 18,
2089   and 19.
2090        8. That part of tract 3822.02 consisting of:
2091        a. That part of block group 1 consisting of blocks 145,
2092   146, 147, 148, 149, 153, 154, 155, and 156.
2093        (32) District 32 is composed of:
2094        (a) That part of Broward County consisting of:
2095        1. All of tracts 204.05, 204.06, 204.07, 204.12, 204.14,
2096   204.15, 204.17, 204.18, 204.19, 204.20, 204.21, 408.01, 408.02,
2097   409.01, 409.02, 410.00, 411.00, 412.00, 413.00, 414.00, 415.00,
2098   416.01, 416.02, 417.00, 426.01, 426.02, 428.02, 429.00, 501.00,

SEN-0000653

Florida Senate – 2022                           COMMITTEE AMENDMENT
Bill No. SJR 100

 357120

2099 | 502.07, 502.08, 503.01, 503.06, 503.08, 503.09, 503.11, 503.12,
2100 | 503.13, 503.14, 503.15, 503.16, 504.01, 504.02, 505.01, 505.02,
2101 | 506.02, 507.01, 507.02, 508.00, 601.05, 601.07, 601.09, 601.14,
2102 | 601.15, 601.16, 601.17, 601.18, 601.21, 601.22, 601.23, 601.24,
2103 | 601.25, 601.26, 601.27, 601.28, 601.29, 601.30, 602.03, 602.06,
2104 | 602.07, 602.08, 602.09, 602.10, 602.11, 602.12, 602.14, 602.15,
2105 | 603.02, 603.03, 603.04, 603.05, 603.06, 604.01, 604.02, 604.04,
2106 | 604.05, 605.01, 605.03, 605.04, 605.05, 606.03, 606.05, 606.06,
2107 | 606.07, 606.08, 606.09, 607.00, 608.01, 608.02, 609.00, 610.03,
2108 | and 610.04.
2109 | 2. That part of tract 204.04 consisting of:
2110 | a. All of block group 1.
2111 | b. All of block group 2.
2112 | c. That part of block group 3 consisting of blocks 0, 1, 2,
2113 | 3, 4, 5, 6, 7, 8, 9, 10, 12, 13, 14, 15, 16, 17, 18, and 19.
2114 | 3. That part of tract 204.16 consisting of:
2115 | a. That part of block group 1 consisting of blocks 0, 1, 2,
2116 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 15, 16, 17, 18, 19, 20, 21,
2117 | 22, 23, 24, 25, 26, 27, 28, and 29.
2118 | b. All of block group 2.
2119 | 4. That part of tract 205.02 consisting of:
2120 | a. That part of block group 1 consisting of blocks 0, 1, 2,
2121 | 3, 4, 6, 7, 8, 9, 10, 11, 12, 13, 14, and 15.
2122 | 5. That part of tract 402.05 consisting of:
2123 | a. That part of block group 3 consisting of block 3.
2124 | 6. That part of tract 403.00 consisting of:
2125 | a. That part of block group 1 consisting of block 4.
2126 | 7. That part of tract 423.02 consisting of:
2127 | a. That part of block group 2 consisting of blocks 1, 2, 3,

1/13/2022 4:16:24 PM                              598-02007-22

SEN-0000654

Florida Senate - 2022                                    COMMITTEE AMENDMENT
Bill No. SJR 100

 357120

2128  | 4, 5, 6, 7, 12, and 13.
2129  |      8. That part of tract 425.01 consisting of:
2130  |      a. That part of block group 1 consisting of blocks 1, 2, 3,
2131  | 4, 5, 6, 7, 8, 11, 12, 15, 16, and 18.
2132  |      b. That part of block group 2 consisting of blocks 2, 3, 4,
2133  | 6, 7, 8, 9, 10, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24,
2134  | 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, and 37.
2135  |      9. That part of tract 425.02 consisting of:
2136  |      a. That part of block group 1 consisting of blocks 1, 2, 3,
2137  | 4, 5, 6, 7, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 23, 24, 25,
2138  | 26, 27, 28, 29, 30, 32, 33, 34, 35, and 36.
2139  |      b. That part of block group 2 consisting of blocks 1, 2, 3,
2140  | 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2141  | 21, 22, 23, 24, 25, 28, 29, 30, 31, 32, 33, 34, and 35.
2142  |      10. That part of tract 427.00 consisting of:
2143  |      a. All of block group 1.
2144  |      b. All of block group 3.
2145  |      c. That part of block group 4 consisting of blocks 0, 1, 2,
2146  | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 19, and 20.
2147  |      11. That part of tract 428.01 consisting of:
2148  |      a. That part of block group 1 consisting of blocks 0, 1, 2,
2149  | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2150  | 21, 22, 23, 24, 25, 26, 30, 31, 32, 33, 34, 35, 36, 37, and 38.
2151  |      b. All of block group 2.
2152  |      c. All of block group 3.
2153  |      d. All of block group 4.
2154  |      12. That part of tract 430.02 consisting of:
2155  |      a. That part of block group 1 consisting of blocks 0, 1, 2,
2156  | 3, 4, 5, 6, 7, 8, 9, 10, and 11.

1/13/2022 4:16:24 PM                                        598-02007-22

SEN-0000655

Florida Senate - 2022                                    COMMITTEE AMENDMENT
Bill No. SJR 100

 357120

2157        b. That part of block group 6 consisting of blocks 0, 1, 2,
2158    and 6.
2159        13. That part of tract 502.04 consisting of:
2160        a. That part of block group 2 consisting of blocks 1, 2, 3,
2161    4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2162    21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
2163    37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52,
2164    and 53.
2165        b. All of block group 3.
2166        14. That part of tract 506.01 consisting of:
2167        a. All of block group 1.
2168        b. That part of block group 2 consisting of blocks 0, 1, 2,
2169    3, 4, 5, 6, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
2170    22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, and 34.
2171        c. All of block group 3.
2172        15. That part of tract 509.00 consisting of:
2173        a. That part of block group 5 consisting of blocks 11, 17,
2174    18, 19, 20, 21, 22, 23, and 24.
2175        16. That part of tract 601.11 consisting of:
2176        a. That part of block group 1 consisting of blocks 0, 1, 2,
2177    3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2178    21, 22, 24, 25, 26, 27, 28, and 29.
2179        b. All of block group 2.
2180        c. All of block group 3.
2181        d. All of block group 4.
2182        e. All of block group 5.
2183        17. That part of tract 601.13 consisting of:
2184        a. All of block group 1.
2185        b. That part of block group 2 consisting of blocks 0, 1, 2,

1/13/2022 4:16:24 PM                                    598-02007-22

SEN-0000656

Florida Senate - 2022                                  COMMITTEE AMENDMENT
Bill No. SJR 100

 357120

2186  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2187  21, 22, 23, 24, 25, 26, 27, 28, 30, 31, 32, 33, 34, 35, 36, 37,
2188  38, 39, 40, and 41.
2189       c. All of block group 3.
2190       18. That part of tract 601.19 consisting of:
2191       a. All of block group 1.
2192       b. All of block group 2.
2193       c. That part of block group 3 consisting of blocks 0, 1, 2,
2194  3, 4, 5, 6, 7, 8, and 9.
2195       19. That part of tract 601.20 consisting of:
2196       a. All of block group 1.
2197       b. All of block group 2.
2198       c. All of block group 3.
2199       d. That part of block group 4 consisting of blocks 2, 3, 4,
2200  25, 41, 42, and 43.
2201       20. That part of tract 610.01 consisting of:
2202       a. That part of block group 1 consisting of blocks 0, 1, 2,
2203  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 17, 18, 19, 20, 21,
2204  22, 23, 24, 25, 26, 27, 28, 29, and 30.
2205       b. All of block group 2.
2206       c. All of block group 3.
2207       21. That part of tract 611.00 consisting of:
2208       a. That part of block group 2 consisting of block 0.
2209       b. That part of block group 4 consisting of blocks 10 and
2210  11.
2211       22. That part of tract 701.03 consisting of:
2212       a. That part of block group 2 consisting of block 1.
2213       23. That part of tract 702.04 consisting of:
2214       a. That part of block group 1 consisting of blocks 0 and 1.

1/13/2022 4:16:24 PM                                  598-02007-22

SEN-0000657

 357120

2215    24. That part of tract 702.05 consisting of:
2216    a. That part of block group 2 consisting of blocks 0, 1, 2,
2217    and 3.
2218    25. That part of tract 702.08 consisting of:
2219    a. That part of block group 2 consisting of blocks 0, 1,
2220    and 3.
2221    b. That part of block group 3 consisting of blocks 0 and 1.
2222    26. That part of tract 702.10 consisting of:
2223    a. That part of block group 1 consisting of blocks 0, 1, 2,
2224    and 5.
2225    27. That part of tract 702.12 consisting of:
2226    a. That part of block group 3 consisting of blocks 0 and 1.
2227    28. That part of tract 702.13 consisting of:
2228    a. That part of block group 2 consisting of blocks 0 and 1.
2229    29. That part of tract 703.24 consisting of:
2230    a. That part of block group 2 consisting of blocks 0 and 1.
2231    b. That part of block group 3 consisting of blocks 0, 1, 2,
2232    and 3.
2233    (33) District 33 is composed of:
2234    (a) That part of Lee County consisting of:
2235    1. All of tracts 3.03, 3.04, 3.05, 3.06, 4.01, 5.02, 5.03,
2236    5.04, 6.00, 7.00, 8.00, 9.00, 10.01, 10.02, 11.01, 11.03, 11.04,
2237    12.03, 12.04, 12.05, 12.06, 12.07, 12.08, 12.09, 13.00, 14.01,
2238    14.02, 15.01, 15.02, 16.01, 16.02, 17.01, 17.05, 17.06, 17.08,
2239    17.09, 17.10, 17.11, 18.01, 18.02, 19.03, 19.08, 19.10, 19.11,
2240    19.12, 19.13, 19.15, 19.16, 19.17, 19.18, 19.19, 19.20, 19.21,
2241    19.22, 19.23, 101.04, 101.06, 101.07, 101.08, 101.09, 101.10,
2242    101.11, 101.12, 101.13, 102.03, 102.05, 102.06, 102.07, 102.08,
2243    102.09, 102.10, 103.02, 103.03, 103.05, 103.06, 103.07, 103.08,

SEN-0000658

 357120

2244  103.09, 104.04, 104.11, 104.12, 104.13, 104.14, 104.15, 104.16,
2245  104.17, 104.18, 104.19, 104.20, 104.21, 104.22, 104.23, 105.01,
2246  105.03, 105.04, 106.01, 106.02, 107.01, 107.02, 108.01, 108.02,
2247  108.03, 205.02, 206.00, 207.00, 208.01, 401.08, 401.11, 401.13,
2248  401.17, 401.34, 401.35, 501.03, 501.04, 501.05, 501.06, 502.04,
2249  502.05, 502.06, 502.07, 502.08, 502.10, 502.11, 502.12, 502.13,
2250  503.05, 503.06, 503.15, 503.16, 503.17, 503.18, 503.19, 503.20,
2251  503.21, 503.22, 504.01, 504.02, 505.01, 505.02, 506.01, 506.03,
2252  506.04, 601.01, 601.02, 602.01, 602.02, 602.03, 603.00, 701.01,
2253  701.02, 702.01, 702.02, 801.00, 802.02, 802.03, 802.04, 803.00,
2254  901.00, and 9900.00.
2255      2. That part of tract 201.02 consisting of:
2256      a. That part of block group 1 consisting of block 13.
2257      b. That part of block group 2 consisting of block 3.
2258      3. That part of tract 201.03 consisting of:
2259      a. That part of block group 1 consisting of blocks 7, 21,
2260  22, 23, and 24.
2261      b. That part of block group 2 consisting of blocks 17, 21,
2262  24, 26, and 33.
2263      4. That part of tract 201.04 consisting of:
2264      a. That part of block group 1 consisting of blocks 13, 14,
2265  and 22.
2266      b. That part of block group 2 consisting of block 12.
2267      5. That part of tract 204.00 consisting of:
2268      a. All of block group 1.
2269      b. That part of block group 2 consisting of blocks 4, 8, 9,
2270  10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25,
2271  26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41,
2272  42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, and 56.

SEN-0000659

Florida Senate - 2022                          COMMITTEE AMENDMENT
Bill No. SJR 100

 357120

```
2273        c. All of block group 3.
2274        6. That part of tract 208.02 consisting of:
2275        a. All of block group 2.
2276        b. That part of block group 3 consisting of blocks 1, 2, 3,
2277   4, and 5.
2278        (34) District 34 is composed of:
2279        (a) That part of Miami-Dade County consisting of:
2280        1. All of tracts 1.09, 1.20, 1.24, 2.04, 2.06, 2.11, 2.12,
2281   2.13, 2.15, 2.16, 2.18, 2.19, 2.20, 2.21, 2.22, 2.23, 2.24,
2282   2.25, 2.26, 2.27, 2.28, 3.02, 3.06, 3.07, 3.08, 3.09, 3.10,
2283   3.11, 3.12, 4.02, 4.05, 4.08, 4.09, 4.10, 4.11, 4.13, 4.14,
2284   4.15, 4.16, 4.17, 4.18, 4.19, 4.20, 5.04, 5.06, 5.07, 5.09,
2285   10.03, 10.04, 10.05, 10.06, 10.07, 10.08, 11.01, 11.02, 11.03,
2286   11.04, 12.04, 12.05, 12.06, 12.07, 12.08, 12.09, 13.01, 13.02,
2287   14.01, 14.02, 15.01, 15.02, 18.01, 18.02, 18.03, 19.01, 19.03,
2288   19.04, 20.01, 20.03, 20.04, 21.00, 22.01, 22.02, 23.00, 38.01,
2289   38.03, 38.04, 39.06, 39.09, 39.11, 39.12, 39.13, 39.14, 39.15,
2290   39.16, 39.17, 39.18, 39.19, 39.21, 39.22, 94.01, 94.02, 95.03,
2291   95.04, 95.05, 95.06, 96.01, 96.02, 98.03, 98.04, 98.06, 98.09,
2292   98.10, 98.11, 98.12, 99.03, 99.04, 99.05, 99.06, 99.07, 99.08,
2293   99.09, 100.10, 100.12, 100.19, 100.20, 100.21, 100.22, 100.23,
2294   100.24, 100.25, and 9808.00.
2295        2. That part of tract 1.28 consisting of:
2296        a. That part of block group 3 consisting of blocks 2, 4, 5,
2297   6, 7, 15, 16, and 17.
2298        3. That part of tract 1.30 consisting of:
2299        a. That part of block group 2 consisting of blocks 0 and 3.
2300        b. That part of block group 5 consisting of blocks 2 and 3.
2301        4. That part of tract 1.32 consisting of:
```

1/13/2022 4:16:24 PM                           598-02007-22

SEN-0000660

 357120

2302        a. That part of block group 1 consisting of blocks 2, 3,
2303  and 4.
2304        b. That part of block group 4 consisting of blocks 0 and 2.
2305        5. That part of tract 5.05 consisting of:
2306        a. That part of block group 2 consisting of blocks 0, 1, 2,
2307  3, 4, 5, 6, 7, 8, 9, 11, 12, 13, 14, 15, 16, 17, 18, 31, 32, 33,
2308  34, 35, and 42.
2309        6. That part of tract 5.08 consisting of:
2310        a. That part of block group 1 consisting of blocks 0, 1, 2,
2311  3, 4, 5, 6, 7, 8, 9, 10, and 11.
2312        b. That part of block group 2 consisting of blocks 0, 1, 2,
2313  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 20, and 21.
2314        7. That part of tract 9.03 consisting of:
2315        a. That part of block group 1 consisting of blocks 0, 1, 2,
2316  3, 19, 20, 21, 24, 25, 26, 30, 31, 32, 33, 34, 37, 38, 41, 42,
2317  43, 44, 45, 48, and 49.
2318        8. That part of tract 17.01 consisting of:
2319        a. That part of block group 2 consisting of blocks 0, 1, 2,
2320  5, 6, 7, 8, 9, 10, 13, 14, and 15.
2321        b. That part of block group 3 consisting of blocks 0, 1, 2,
2322  4, 5, 6, 8, 9, 10, 29, 30, and 31.
2323        9. That part of tract 24.03 consisting of:
2324        a. That part of block group 1 consisting of blocks 0, 1, 2,
2325  3, 4, 5, 6, 7, 8, 15, and 16.
2326        10. That part of tract 24.04 consisting of:
2327        a. That part of block group 1 consisting of blocks 0, 1, 2,
2328  3, 5, and 6.
2329        11. That part of tract 25.02 consisting of:
2330        a. All of block group 1.

SEN-0000661

Florida Senate - 2022                          COMMITTEE AMENDMENT
Bill No. SJR 100

 357120

2331   b. That part of block group 3 consisting of blocks 0, 1, 2,
2332 13, 14, 15, 16, 17, and 18.
2333   12. That part of tract 26.00 consisting of:
2334   a. That part of block group 2 consisting of blocks 0, 1, 2,
2335 3, 4, and 5.
2336   b. That part of block group 3 consisting of blocks 0, 1, 2,
2337 and 7.
2338   c. That part of block group 4 consisting of blocks 0 and 1.
2339   d. That part of block group 5 consisting of blocks 0, 1, 2,
2340 and 3.
2341   13. That part of tract 27.02 consisting of:
2342   a. That part of block group 1 consisting of blocks 0 and 1.
2343   14. That part of tract 40.00 consisting of:
2344   a. All of block group 1.
2345   b. All of block group 2.
2346   c. All of block group 3.
2347   d. All of block group 4.
2348   e. All of block group 6.
2349   15. That part of tract 97.04 consisting of:
2350   a. That part of block group 3 consisting of block 13.
2351   16. That part of tract 100.26 consisting of:
2352   a. That part of block group 1 consisting of blocks 0, 1, 2,
2353 3, 4, 5, 6, 7, 8, 9, 15, 16, 17, and 18.
2354   17. That part of tract 9900.00 consisting of:
2355   a. That part of block group 0 consisting of blocks 1 and 2.
2356   (35) District 35 is composed of:
2357   (a) That part of Broward County consisting of:
2358   1. All of tracts 702.09, 702.11, 703.04, 703.06, 703.10,
2359 703.11, 703.12, 703.14, 703.15, 703.16, 703.18, 703.19, 703.20,

1/13/2022 4:16:24 PM                                598-02007-22

SEN-0000662

Florida Senate - 2022                                COMMITTEE AMENDMENT
Bill No. SJR 100

 357120

2360  703.21, 703.23, 703.25, 703.26, 703.27, 703.28, 703.29, 703.30,
2361  703.31, 704.01, 704.02, 704.03, 704.04, 704.05, 705.01, 705.03,
2362  705.04, 706.01, 706.02, 906.01, 913.00, 1101.00, 1103.01,
2363  1103.03, 1103.07, 1103.08, 1103.09, 1103.11, 1103.12, 1103.13,
2364  1103.19, 1103.21, 1103.23, 1103.26, 1103.27, 1103.28, 1103.30,
2365  1103.32, 1103.33, 1103.34, 1103.37, 1103.38, 1103.39, 1103.41,
2366  1103.44, 1103.45, 1103.46, 1103.47, 1103.48, 1103.49, 1103.50,
2367  1103.51, 1103.52, 1103.53, 1103.54, 1103.55, 1103.56, 1103.57,
2368  1103.58, 1103.59, 1103.60, 1103.61, 1103.62, 1103.63, 1103.64,
2369  1103.65, 1103.66, 1103.67, 1103.68, 1104.03, and 9800.00.
2370      2. That part of tract 106.01 consisting of:
2371      a. That part of block group 2 consisting of blocks 24 and
2372  25.
2373      3. That part of tract 106.12 consisting of:
2374      a. That part of block group 1 consisting of block 37.
2375      b. That part of block group 2 consisting of block 23.
2376      4. That part of tract 203.12 consisting of:
2377      a. That part of block group 1 consisting of block 7.
2378      5. That part of tract 203.18 consisting of:
2379      a. That part of block group 1 consisting of block 6.
2380      6. That part of tract 203.26 consisting of:
2381      a. That part of block group 2 consisting of block 17.
2382      7. That part of tract 204.16 consisting of:
2383      a. That part of block group 1 consisting of block 14.
2384      8. That part of tract 601.11 consisting of:
2385      a. That part of block group 1 consisting of block 23.
2386      9. That part of tract 601.13 consisting of:
2387      a. That part of block group 2 consisting of block 29.
2388      10. That part of tract 601.19 consisting of:

Page 83 of 106

SEN-0000663

 357120

2389         a. That part of block group 3 consisting of blocks 10, 11,
2390  12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, and 25.
2391         11. That part of tract 601.20 consisting of:
2392         a. That part of block group 4 consisting of blocks 0, 1, 5,
2393  6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22,
2394  23, 24, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39,
2395  40, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58,
2396  59, 60, 61, 62, 63, 64, 65, and 66.
2397         12. That part of tract 701.02 consisting of:
2398         a. That part of block group 1 consisting of blocks 6, 7, 8,
2399  9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 30, 31, and
2400  32.
2401         13. That part of tract 701.03 consisting of:
2402         a. All of block group 1.
2403         b. That part of block group 2 consisting of blocks 2, 3, 4,
2404  5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 18, 19, and 20.
2405         14. That part of tract 701.04 consisting of:
2406         a. That part of block group 1 consisting of blocks 11, 12,
2407  13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, and 34.
2408         b. All of block group 2.
2409         15. That part of tract 702.04 consisting of:
2410         a. That part of block group 1 consisting of blocks 2, 3, 4,
2411  5, 6, 7, 8, 9, 10, 11, 12, 13, and 14.
2412         b. All of block group 2.
2413         16. That part of tract 702.05 consisting of:
2414         a. All of block group 1.
2415         b. That part of block group 2 consisting of blocks 4, 5, 6,
2416  7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, and 20.
2417         c. All of block group 3.

1/13/2022 4:16:24 PM                                    598-02007-22

SEN-0000664

 357120

2418    17. That part of tract 702.08 consisting of:
2419    a. All of block group 1.
2420    b. That part of block group 2 consisting of blocks 2, 4, 5,
2421    6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, and 21.
2422    c. That part of block group 3 consisting of blocks 2, 3, 4,
2423    5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
2424    22, 23, and 24.
2425    18. That part of tract 702.10 consisting of:
2426    a. That part of block group 1 consisting of blocks 3, 4, 6,
2427    7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, and 22.
2428    b. All of block group 2.
2429    19. That part of tract 702.12 consisting of:
2430    a. All of block group 1.
2431    b. All of block group 2.
2432    c. That part of block group 3 consisting of blocks 2, 3, 4,
2433    5, 6, and 7.
2434    20. That part of tract 702.13 consisting of:
2435    a. All of block group 1.
2436    b. That part of block group 2 consisting of blocks 2, 3, 4,
2437    5, 6, and 7.
2438    21. That part of tract 703.24 consisting of:
2439    a. All of block group 1.
2440    b. That part of block group 2 consisting of blocks 2, 3, 4,
2441    5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, and 17.
2442    c. That part of block group 3 consisting of blocks 4, 5, 6,
2443    7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, and
2444    23.
2445    22. That part of tract 906.02 consisting of:
2446    a. All of block group 1.

SEN-0000665

 357120

2447    b. All of block group 2.

2448    c. All of block group 3.

2449    d. All of block group 4.

2450    e. That part of block group 5 consisting of blocks 1, 2, 3,

2451    4, 5, 6, 7, 8, 9, 10, 11, 14, 15, 16, 17, 18, 19, 20, and 21.

2452    23. That part of tract 907.00 consisting of:

2453    a. That part of block group 1 consisting of blocks 1, 2, 3,

2454    4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,

2455    21, 22, 23, 24, 25, 26, 27, and 28.

2456    b. All of block group 2.

2457    c. All of block group 3.

2458    24. That part of tract 912.01 consisting of:

2459    a. That part of block group 1 consisting of blocks 1, 2, 3,

2460    4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,

2461    21, 22, 23, and 24.

2462    b. All of block group 2.

2463    c. All of block group 3.

2464    25. That part of tract 912.02 consisting of:

2465    a. That part of block group 1 consisting of blocks 1, 2, 3,

2466    4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,

2467    21, 22, 23, 24, 25, 26, 27, 28, and 29.

2468    b. All of block group 2.

2469    26. That part of tract 914.00 consisting of:

2470    a. That part of block group 4 consisting of block 4.

2471    27. That part of tract 1104.02 consisting of:

2472    a. All of block group 1.

2473    b. That part of block group 2 consisting of blocks 1, 2, 3,

2474    4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,

2475    21, 22, 23, 24, 25, 26, and 27.

SEN-0000666

 357120

2476   28. That part of tract 1104.04 consisting of:

2477   a. That part of block group 1 consisting of blocks 1, 2, 3,

2478   4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,

2479   21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, and 33.

2480   b. All of block group 2.

2481   c. All of block group 3.

2482   (36) District 36 is composed of:

2483   (a) That part of Miami-Dade County consisting of:

2484   1. All of tracts 24.02, 25.01, 27.05, 27.07, 27.08, 27.09,

2485   27.10, 28.00, 29.00, 30.01, 30.04, 30.05, 30.06, 31.00, 34.00,

2486   36.03, 36.04, 36.05, 36.06, 36.07, 37.03, 37.04, 37.05, 37.06,

2487   37.07, 37.08, 37.09, 37.10, 41.02, 41.03, 41.05, 41.06, 42.04,

2488   42.05, 42.06, 42.07, 42.08, 43.01, 43.03, 43.04, 44.03, 44.04,

2489   44.05, 44.06, 45.00, 49.01, 49.03, 49.04, 50.02, 50.03, 50.04,

2490   51.02, 51.03, 51.04, 52.01, 52.02, 53.03, 53.04, 53.05, 53.06,

2491   54.03, 54.05, 54.06, 54.07, 54.09, 54.10, 55.03, 55.04, 55.05,

2492   55.06, 56.00, 57.01, 57.05, 57.06, 57.07, 57.08, 58.03, 58.04,

2493   58.05, 58.06, 59.01, 59.02, 59.03, 59.04, 60.02, 60.03, 60.04,

2494   61.03, 61.04, 61.05, 61.06, 62.01, 62.03, 62.05, 62.06, 63.02,

2495   63.03, 63.04, 64.01, 64.02, 64.03, 65.01, 65.03, 65.04, 66.03,

2496   66.04, 66.05, 66.06, 66.07, 66.08, 67.07, 67.09, 67.13, 67.14,

2497   67.16, 67.17, 67.18, 67.19, 67.20, 67.21, 69.01, 69.02, 70.03,

2498   70.04, 70.05, 70.06, 74.02, 88.07, 89.06, 89.07, 89.08, 89.09,

2499   89.10, 89.11, 90.14, 90.15, 90.24, 90.26, 90.27, 90.29, 90.30,

2500   90.31, 90.51, 90.52, 90.53, 90.54, 90.55, 91.01, 4901.00, and

2501   9810.00.

2502   2. That part of tract 24.03 consisting of:

2503   a. That part of block group 1 consisting of blocks 9, 10,

2504   11, 12, 13, 14, 17, 18, 19, 20, 21, 22, 23, 24, 25, and 26.

SEN-0000667

Florida Senate - 2022                           COMMITTEE AMENDMENT
Bill No. SJR 100

 357120

```
2505        b. All of block group 2.
2506        3. That part of tract 24.04 consisting of:
2507        a. That part of block group 1 consisting of blocks 4, 7, 8,
2508   9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, and 22.
2509        b. All of block group 2.
2510        c. All of block group 3.
2511        4. That part of tract 25.02 consisting of:
2512        a. All of block group 2.
2513        b. That part of block group 3 consisting of blocks 3, 4, 5,
2514   6, 7, 8, 9, 10, 11, 12, 19, 20, 21, 22, 23, 24, 25, and 26.
2515        5. That part of tract 26.00 consisting of:
2516        a. All of block group 1.
2517        b. That part of block group 2 consisting of blocks 6, 7, 8,
2518   9, 10, 11, 12, 13, 14, 15, 16, 17, 18, and 19.
2519        c. That part of block group 3 consisting of blocks 3, 4, 5,
2520   6, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, and 21.
2521        d. That part of block group 4 consisting of blocks 2, 3, 4,
2522   5, 6, 7, 8, 9, and 10.
2523        e. That part of block group 5 consisting of blocks 4, 5, 6,
2524   7, 8, 9, 10, 11, 12, 13, and 14.
2525        6. That part of tract 27.02 consisting of:
2526        a. That part of block group 1 consisting of blocks 2, 3, 4,
2527   5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
2528   22, 23, 24, 25, 26, and 27.
2529        b. All of block group 2.
2530        7. That part of tract 40.00 consisting of:
2531        a. All of block group 5.
2532        8. That part of tract 67.06 consisting of:
2533        a. That part of block group 1 consisting of block 1.
```

1/13/2022 4:16:24 PM                              598-02007-22

SEN-0000668

 357120

2534    9. That part of tract 67.15 consisting of:
2535    a. All of block group 1.
2536    b. All of block group 2.
2537    c. That part of block group 3 consisting of block 0.
2538    d. All of block group 4.
2539    10. That part of tract 67.22 consisting of:
2540    a. That part of block group 1 consisting of block 0.
2541    11. That part of tract 70.07 consisting of:
2542    a. All of block group 1.
2543    b. All of block group 3.
2544    12. That part of tract 77.08 consisting of:
2545    a. That part of block group 1 consisting of blocks 0, 1, 2,
2546    3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, and 19.
2547    b. That part of block group 2 consisting of block 0.
2548    c. All of block group 3.
2549    13. That part of tract 77.09 consisting of:
2550    a. That part of block group 1 consisting of blocks 0, 1, 2,
2551    3, 4, and 9.
2552    b. All of block group 2.
2553    14. That part of tract 88.05 consisting of:
2554    a. All of block group 2.
2555    15. That part of tract 88.06 consisting of:
2556    a. All of block group 2.
2557    16. That part of tract 90.10 consisting of:
2558    a. That part of block group 3 consisting of block 80.
2559    17. That part of tract 90.28 consisting of:
2560    a. All of block group 1.
2561    b. All of block group 2.
2562    c. That part of block group 3 consisting of blocks 0, 2, 3,

1/13/2022 4:16:24 PM                              598-02007-22

SEN-0000669

 357120

2563 | 4, 5, 6, 7, 8, 9, 10, 11, 12, and 13.
2564 | 18. That part of tract 91.02 consisting of:
2565 | a. That part of block group 2 consisting of blocks 31, 32,
2566 | 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, and 51.
2567 | 19. That part of tract 9804.00 consisting of:
2568 | a. That part of block group 1 consisting of blocks 0, 1, 2,
2569 | 3, 4, 7, 15, 16, 17, 18, 19, and 21.
2570 | 20. That part of tract 9805.00 consisting of:
2571 | a. That part of block group 1 consisting of blocks 83, 84,
2572 | 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 100, and 103.
2573 | (37) District 37 is composed of:
2574 | (a) That part of Broward County consisting of:
2575 | 1. All of tracts 101.02, 101.03, 102.01, 102.02, 108.00,
2576 | 109.01, 109.02, 110.00, 301.00, 302.01, 302.02, 302.03, 309.02,
2577 | 309.03, 309.04, 310.01, 310.02, 311.01, 311.02, 312.03, 312.04,
2578 | 312.05, 312.06, 312.07, 401.01, 401.02, 402.03, 402.04, 402.06,
2579 | 404.01, 404.02, 405.02, 405.03, 405.05, 405.06, 406.01, 406.02,
2580 | 407.01, 407.02, 418.01, 418.02, 419.00, 420.00, 421.00, 422.00,
2581 | 423.01, 424.00, 430.01, 431.00, 433.01, 433.02, 510.01, 510.02,
2582 | 801.02, 801.03, 801.04, 801.05, 802.00, 804.02, 804.03, 804.05,
2583 | 804.06, 805.00, 901.02, 901.03, 901.04, 902.00, 903.01, 903.03,
2584 | 903.04, 904.01, 904.03, 904.04, 905.02, 905.03, 905.04, 908.01,
2585 | 908.02, 909.00, 910.00, 911.00, 915.00, 916.01, 916.02, 917.01,
2586 | 917.02, 918.02, 918.03, 918.04, 919.01, 919.03, 919.04, 920.00,
2587 | 1001.03, 1001.04, 1001.05, 1001.06, 1001.07, 1001.08, 1002.01,
2588 | 1002.03, 1002.04, 1003.01, 1003.02, 1004.00, 1005.01, 1005.02,
2589 | 1006.00, 1007.00, 1008.01, 1008.03, 1008.04, 1105.01, 1105.02,
2590 | 1106.00, and 9900.00.
2591 | 2. That part of tract 101.04 consisting of:

SEN-0000670

 357120

| | |
|---|---|
| 2592 | a. That part of block group 1 consisting of blocks 0, 1, 2, |
| 2593 | 3, 4, 5, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, and |
| 2594 | 20. |
| 2595 | b. All of block group 2. |
| 2596 | 3. That part of tract 103.06 consisting of: |
| 2597 | a. All of block group 1. |
| 2598 | 4. That part of tract 103.07 consisting of: |
| 2599 | a. That part of block group 2 consisting of blocks 26, 27, |
| 2600 | 28, 29, 34, 35, and 36. |
| 2601 | 5. That part of tract 107.02 consisting of: |
| 2602 | a. That part of block group 1 consisting of block 0. |
| 2603 | b. That part of block group 2 consisting of block 0. |
| 2604 | 6. That part of tract 303.02 consisting of: |
| 2605 | a. That part of block group 3 consisting of block 0. |
| 2606 | b. That part of block group 4 consisting of blocks 0 and 2. |
| 2607 | 7. That part of tract 304.01 consisting of: |
| 2608 | a. That part of block group 1 consisting of blocks 0 and 1. |
| 2609 | 8. That part of tract 304.02 consisting of: |
| 2610 | a. That part of block group 1 consisting of blocks 0, 30, |
| 2611 | 31, 32, 33, 35, and 36. |
| 2612 | b. That part of block group 3 consisting of blocks 6, 7, |
| 2613 | and 13. |
| 2614 | 9. That part of tract 308.03 consisting of: |
| 2615 | a. All of block group 1. |
| 2616 | b. That part of block group 2 consisting of blocks 4, 5, 6, |
| 2617 | 7, 8, 17, 18, 19, and 20. |
| 2618 | c. All of block group 3. |
| 2619 | 10. That part of tract 308.04 consisting of: |
| 2620 | a. All of block group 1. |

SEN-0000671

 357120

2621      b. That part of block group 2 consisting of blocks 0, 1, 2,
2622  3, 4, 5, 6, 18, and 19.
2623      11. That part of tract 402.05 consisting of:
2624      a. All of block group 1.
2625      b. All of block group 2.
2626      c. That part of block group 3 consisting of blocks 0, 1, 2,
2627  4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2628  and 21.
2629      12. That part of tract 403.00 consisting of:
2630      a. That part of block group 1 consisting of blocks 0, 1, 2,
2631  3, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, and 19.
2632      b. All of block group 2.
2633      c. All of block group 3.
2634      d. All of block group 4.
2635      13. That part of tract 423.02 consisting of:
2636      a. All of block group 1.
2637      b. That part of block group 2 consisting of blocks 0, 8, 9,
2638  10, 11, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27,
2639  28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, and 42.
2640      14. That part of tract 425.01 consisting of:
2641      a. That part of block group 1 consisting of blocks 0, 9,
2642  10, 13, 14, and 17.
2643      b. That part of block group 2 consisting of blocks 0, 1, 5,
2644  11, and 12.
2645      15. That part of tract 425.02 consisting of:
2646      a. That part of block group 1 consisting of blocks 0, 8, 9,
2647  10, 21, 22, and 31.
2648      b. That part of block group 2 consisting of blocks 0, 26,
2649  and 27.

SEN-0000672

Florida Senate - 2022                              COMMITTEE AMENDMENT
Bill No. SJR 100

 357120

2650    16. That part of tract 427.00 consisting of:
2651    a. All of block group 2.
2652    b. That part of block group 4 consisting of blocks 14, 15,
2653 16, 17, and 18.
2654    17. That part of tract 428.01 consisting of:
2655    a. That part of block group 1 consisting of blocks 27, 28,
2656 and 29.
2657    18. That part of tract 430.02 consisting of:
2658    a. That part of block group 1 consisting of blocks 12, 13,
2659 14, 15, 16, 17, 18, 19, and 20.
2660    b. All of block group 2.
2661    c. All of block group 3.
2662    d. All of block group 4.
2663    e. All of block group 5.
2664    f. That part of block group 6 consisting of blocks 3, 4, 5,
2665 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, and
2666 23.
2667    19. That part of tract 506.01 consisting of:
2668    a. That part of block group 2 consisting of blocks 7 and 8.
2669    20. That part of tract 509.00 consisting of:
2670    a. All of block group 1.
2671    b. All of block group 2.
2672    c. All of block group 3.
2673    d. All of block group 4.
2674    e. That part of block group 5 consisting of blocks 0, 1, 2,
2675 3, 4, 5, 6, 7, 8, 9, 10, 12, 13, 14, 15, and 16.
2676    f. All of block group 6.
2677    21. That part of tract 610.01 consisting of:
2678    a. That part of block group 1 consisting of block 16.

1/13/2022 4:16:24 PM                               598-02007-22

SEN-0000673

 357120

2679        22. That part of tract 611.00 consisting of:
2680        a. All of block group 1.
2681        b. That part of block group 2 consisting of blocks 1, 2, 3,
2682   4, 5, 6, 7, 8, and 9.
2683        c. All of block group 3.
2684        d. That part of block group 4 consisting of blocks 0, 1, 2,
2685   3, 4, 5, 6, 7, 8, 9, 12, 13, 14, 15, 16, and 17.
2686        e. All of block group 5.
2687        23. That part of tract 701.02 consisting of:
2688        a. That part of block group 1 consisting of blocks 0, 1, 2,
2689   3, 4, 5, 22, 23, 24, 25, 26, 27, 28, and 29.
2690        24. That part of tract 701.03 consisting of:
2691        a. That part of block group 2 consisting of blocks 0, 16,
2692   and 17.
2693        25. That part of tract 701.04 consisting of:
2694        a. That part of block group 1 consisting of blocks 0, 1, 2,
2695   3, 4, 5, 6, 7, 8, 9, 10, 27, 28, 29, 30, 31, 32, 33, and 35.
2696        26. That part of tract 906.02 consisting of:
2697        a. That part of block group 5 consisting of blocks 0, 12,
2698   and 13.
2699        27. That part of tract 907.00 consisting of:
2700        a. That part of block group 1 consisting of block 0.
2701        28. That part of tract 912.01 consisting of:
2702        a. That part of block group 1 consisting of block 0.
2703        29. That part of tract 912.02 consisting of:
2704        a. That part of block group 1 consisting of block 0.
2705        30. That part of tract 914.00 consisting of:
2706        a. All of block group 1.
2707        b. All of block group 2.

SEN-0000674

 357120

2708  c. All of block group 3.
2709  d. That part of block group 4 consisting of blocks 0, 1, 2,
2710  3, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, and
2711  20.
2712  31. That part of tract 1104.02 consisting of:
2713  a. That part of block group 2 consisting of block 0.
2714  32. That part of tract 1104.04 consisting of:
2715  a. That part of block group 1 consisting of block 0.
2716  (b) That part of Miami-Dade County consisting of:
2717  1. All of tracts 1.07, 1.15, 1.18, 1.21, 1.22, 1.23, 1.25,
2718  1.26, 1.27, 1.29, 1.31, 1.34, 1.40, 1.41, 1.42, 1.43, 1.44,
2719  1.45, 1.46, 97.03, 97.05, and 97.06.
2720  2. That part of tract 1.28 consisting of:
2721  a. All of block group 1.
2722  b. All of block group 2.
2723  c. That part of block group 3 consisting of blocks 0, 1, 3,
2724  8, 9, 10, 11, 12, 13, and 14.
2725  3. That part of tract 1.30 consisting of:
2726  a. That part of block group 1 consisting of block 0.
2727  b. That part of block group 2 consisting of blocks 1 and 2.
2728  c. All of block group 3.
2729  d. All of block group 4.
2730  e. That part of block group 5 consisting of blocks 0 and 1.
2731  4. That part of tract 1.32 consisting of:
2732  a. That part of block group 1 consisting of blocks 0, 1,
2733  and 5.
2734  b. All of block group 2.
2735  c. All of block group 3.
2736  d. That part of block group 4 consisting of blocks 1, 3,

1/13/2022 4:16:24 PM                          598-02007-22

SEN-0000675

Florida Senate - 2022                                    COMMITTEE AMENDMENT
Bill No. SJR 100

 357120

2737  and 4.
2738       e. All of block group 5.
2739       5. That part of tract 97.04 consisting of:
2740       a. All of block group 1.
2741       b. All of block group 2.
2742       c. That part of block group 3 consisting of blocks 0, 1, 2,
2743  3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 14, 15, 16, and 17.
2744       d. All of block group 4.
2745       (38) District 38 is composed of:
2746       (a) That part of Miami-Dade County consisting of:
2747       1. All of tracts 46.02, 46.05, 46.07, 46.08, 67.05, 68.01,
2748  68.02, 71.01, 71.03, 71.04, 72.00, 73.00, 74.01, 74.03, 75.01,
2749  75.03, 76.01, 76.03, 76.05, 76.07, 76.08, 76.09, 76.10, 77.04,
2750  77.05, 77.06, 77.07, 78.01, 78.05, 78.06, 78.07, 78.08, 78.09,
2751  79.01, 79.02, 80.00, 81.01, 81.02, 82.02, 82.05, 82.06, 82.07,
2752  82.08, 82.09, 83.05, 83.08, 83.09, 83.10, 83.11, 83.12, 83.13,
2753  83.14, 83.15, 84.09, 84.15, 84.16, 84.18, 84.19, 84.20, 84.21,
2754  84.22, 84.23, 84.24, 84.25, 84.26, 84.27, 84.28, 84.29, 84.30,
2755  84.31, 85.02, 85.03, 85.04, 86.01, 86.03, 86.04, 87.02, 102.05,
2756  102.07, 102.08, 102.09, 102.11, 102.12, 102.13, 102.14, 103.01,
2757  104.00, 105.01, 105.02, 106.04, 106.08, 106.09, 106.10, 106.13,
2758  106.18, 106.19, 106.20, 106.21, 106.22, 106.23, 106.24, 106.25,
2759  106.26, 107.05, 107.07, 107.08, 107.09, 107.10, 108.03, 108.04,
2760  108.05, 108.06, 109.00, 110.13, 111.05, 156.00, 193.01, 193.02,
2761  199.01, 199.02, 203.00, 9803.00, 9806.00, and 9807.00.
2762       2. That part of tract 67.06 consisting of:
2763       a. That part of block group 1 consisting of blocks 0, 2, 3,
2764  4, 5, 6, 7, and 8.
2765       b. All of block group 2.

1/13/2022 4:16:24 PM                                    598-02007-22

SEN-0000676

Florida Senate - 2022                              COMMITTEE AMENDMENT
Bill No. SJR 100

 357120

2766      c. That part of block group 3 consisting of block 0.
2767      3. That part of tract 67.15 consisting of:
2768      a. That part of block group 3 consisting of blocks 1, 2, 3,
2769 4, 5, and 6.
2770      4. That part of tract 70.07 consisting of:
2771      a. All of block group 2.
2772      5. That part of tract 77.08 consisting of:
2773      a. That part of block group 1 consisting of blocks 20 and
2774 21.
2775      b. That part of block group 2 consisting of blocks 1, 2, 3,
2776 4, 5, 6, and 7.
2777      6. That part of tract 77.09 consisting of:
2778      a. That part of block group 1 consisting of blocks 5, 6, 7,
2779 8, 10, 11, 12, 13, 14, 15, 16, 17, and 18.
2780      b. All of block group 3.
2781      7. That part of tract 87.04 consisting of:
2782      a. All of block group 1.
2783      8. That part of tract 88.05 consisting of:
2784      a. All of block group 1.
2785      b. All of block group 3.
2786      9. That part of tract 88.06 consisting of:
2787      a. All of block group 1.
2788      10. That part of tract 88.08 consisting of:
2789      a. That part of block group 1 consisting of blocks 0, 1, 2,
2790 13, 14, 15, 16, 17, 22, 23, 24, 25, and 26.
2791      b. All of block group 2.
2792      11. That part of tract 102.01 consisting of:
2793      a. That part of block group 1 consisting of blocks 0, 1, 2,
2794 3, 4, 5, 11, 12, 13, 14, 15, 16, 17, 18, 19, 27, 28, 29, 30, 31,

1/13/2022 4:16:24 PM                              598-02007-22

SEN-0000677

Florida Senate – 2022                           COMMITTEE AMENDMENT
Bill No. SJR 100

 357120

2795 | 32, 33, 34, 35, 36, 37, 38, 39, 40, 45, 46, 47, 48, 49, 50, 53,
2796 | 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, and 72.
2797 |       b. All of block group 2.
2798 |       c. All of block group 3.
2799 |       12. That part of tract 103.03 consisting of:
2800 |       a. All of block group 2.
2801 |       13. That part of tract 107.06 consisting of:
2802 |       a. That part of block group 1 consisting of blocks 0, 1, 2,
2803 | 3, 4, 5, 6, 7, 8, 9, 10, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23,
2804 | 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, and 64.
2805 |       b. That part of block group 2 consisting of blocks 0, 1, 2,
2806 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 15, 16, 17, 18, 19, 20, 21,
2807 | 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37,
2808 | 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53,
2809 | 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, and 65.
2810 |       14. That part of tract 110.03 consisting of:
2811 |       a. All of block group 1.
2812 |       b. All of block group 2.
2813 |       c. That part of block group 3 consisting of blocks 0, 1, 2,
2814 | 3, 4, 5, 6, 7, 8, 12, 13, 16, 17, 18, 19, and 20.
2815 |       15. That part of tract 110.11 consisting of:
2816 |       a. That part of block group 1 consisting of blocks 0, 1, 2,
2817 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, and 18.
2818 |       b. That part of block group 2 consisting of blocks 0, 1, 2,
2819 | 3, 17, 19, and 24.
2820 |       16. That part of tract 110.12 consisting of:
2821 |       a. That part of block group 1 consisting of blocks 0, 1, 2,
2822 | 3, 4, 5, 6, 9, 10, 11, 12, 13, 14, 15, and 16.
2823 |       b. All of block group 2.

1/13/2022 4:16:24 PM                              598-02007-22

SEN-0000678

 357120

```
2824        17. That part of tract 111.04 consisting of:
2825        a. That part of block group 1 consisting of blocks 1, 2, 3,
2826   4, 5, 6, 7, 8, 9, 10, and 11.
2827        b. That part of block group 4 consisting of blocks 0 and 1.
2828        18. That part of tract 111.06 consisting of:
2829        a. All of block group 1.
2830        b. That part of block group 2 consisting of blocks 0, 1, 2,
2831   3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2832   21, 23, 24, 33, 34, 35, 36, 37, 38, 39, 40, 41, 49, 50, 52, 53,
2833   54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, and 66.
2834        19. That part of tract 112.04 consisting of:
2835        a. That part of block group 1 consisting of blocks 0, 1, 2,
2836   3, 4, 9, 10, 11, 12, 13, 14, 15, 17, 18, 20, 21, 23, and 24.
2837        20. That part of tract 112.06 consisting of:
2838        a. That part of block group 2 consisting of blocks 0, 1, 8,
2839   9, 10, 11, 18, 19, 20, 21, and 22.
2840        21. That part of tract 192.00 consisting of:
2841        a. That part of block group 2 consisting of block 5.
2842        22. That part of tract 194.02 consisting of:
2843        a. That part of block group 2 consisting of blocks 0 and
2844   64.
2845        23. That part of tract 198.02 consisting of:
2846        a. That part of block group 1 consisting of block 21.
2847        24. That part of tract 202.00 consisting of:
2848        a. All of block group 2.
2849        b. All of block group 3.
2850        c. All of block group 4.
2851        25. That part of tract 9801.00 consisting of:
2852        a. That part of block group 1 consisting of blocks 0, 1,
```

SEN-0000679

Florida Senate - 2022                          COMMITTEE AMENDMENT
Bill No. SJR 100

 357120

2853 | and 2.
2854 |     26. That part of tract 9804.00 consisting of:
2855 |     a. That part of block group 1 consisting of blocks 5, 6, 8,
2856 | 9, 10, 11, 12, 13, 14, 20, 22, 23, 24, 25, 26, 27, 28, and 29.
2857 |     27. That part of tract 9900.00 consisting of:
2858 |     a. That part of block group 0 consisting of blocks 3, 4, 5,
2859 | 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22,
2860 | 23, 24, 25, 28, 29, 30, 32, and 33.
2861 |     (39) District 39 is composed of:
2862 |     (a) That part of Miami-Dade County consisting of:
2863 |     1. All of tracts 6.01, 6.02, 6.03, 6.05, 6.07, 6.09, 6.10,
2864 | 6.11, 6.12, 7.05, 7.10, 7.11, 7.12, 7.13, 7.14, 7.15, 7.16,
2865 | 7.17, 7.18, 7.19, 7.20, 8.04, 8.05, 8.06, 8.07, 8.08, 9.04,
2866 | 9.05, 9.06, 9.07, 9.08, 16.03, 16.05, 16.06, 16.07, 16.08,
2867 | 17.02, 17.04, 17.05, 47.01, 47.03, 47.04, 47.05, 90.20, 90.21,
2868 | 90.22, 90.39, 90.40, 90.43, 90.44, 90.48, 90.49, 90.50, 90.56,
2869 | 90.57, 90.58, 90.59, 90.60, 90.61, 90.62, 90.63, 90.64, 90.65,
2870 | 90.66, 92.00, 93.05, 93.12, 93.14, 93.15, 93.16, 93.17, 93.18,
2871 | 93.19, 93.20, 93.21, 93.22, 93.23, 93.24, 93.25, 93.26, 93.27,
2872 | 100.13, 100.15, 100.16, 100.17, 100.18, 116.01, 116.02, 117.01,
2873 | 117.02, 118.00, 119.00, 120.01, 120.02, 121.01, 121.02, 121.03,
2874 | 121.04, 121.05, 122.00, 123.01, 123.02, 124.01, 124.02, 125.01,
2875 | 125.02, 126.01, 126.02, 127.01, 127.02, 128.01, 128.02, 129.00,
2876 | 130.00, 131.00, 132.01, 132.02, 133.01, 133.02, 134.00, 135.00,
2877 | 136.00, 137.00, 138.01, 138.02, 139.00, 142.00, 143.00, 144.00,
2878 | and 145.00.
2879 |     2. That part of tract 5.05 consisting of:
2880 |     a. All of block group 1.
2881 |     b. That part of block group 2 consisting of blocks 10, 19,

Page 100 of 106

SEN-0000680

Florida Senate - 2022                        COMMITTEE AMENDMENT
Bill No. SJR 100

 357120

2882 | 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 36, 37, 38, 39, 40,
2883 | and 41.
2884 |       c. All of block group 3.
2885 |       3. That part of tract 5.08 consisting of:
2886 |       a. That part of block group 1 consisting of blocks 12, 13,
2887 | 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, and 28.
2888 |       b. That part of block group 2 consisting of blocks 18, 19,
2889 | 22, 23, 24, 25, 26, 27, and 28.
2890 |       4. That part of tract 9.03 consisting of:
2891 |       a. That part of block group 1 consisting of blocks 4, 5, 6,
2892 | 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 22, 23, 27, 28, 29,
2893 | 35, 36, 39, 40, 46, and 47.
2894 |       b. All of block group 2.
2895 |       5. That part of tract 17.01 consisting of:
2896 |       a. All of block group 1.
2897 |       b. That part of block group 2 consisting of blocks 3, 4,
2898 | 11, and 12.
2899 |       c. That part of block group 3 consisting of blocks 3, 7,
2900 | 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26,
2901 | 27, 28, and 32.
2902 |       d. All of block group 4.
2903 |       6. That part of tract 90.10 consisting of:
2904 |       a. All of block group 1.
2905 |       b. All of block group 2.
2906 |       c. That part of block group 3 consisting of blocks 0, 1, 2,
2907 | 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2908 | 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
2909 | 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52,
2910 | 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68,

1/13/2022 4:16:24 PM                              598-02007-22

SEN-0000681

Florida Senate - 2022                                    COMMITTEE AMENDMENT
Bill No. SJR 100

 357120

```
2911 │ 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, and 79.
2912 │     7. That part of tract 90.28 consisting of:
2913 │     a. That part of block group 3 consisting of block 1.
2914 │     8. That part of tract 91.02 consisting of:
2915 │     a. All of block group 1.
2916 │     b. That part of block group 2 consisting of blocks 0, 1, 2,
2917 │ 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2918 │ 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 33, 34, 35, 36, 37, and
2919 │ 38.
2920 │     9. That part of tract 100.26 consisting of:
2921 │     a. That part of block group 1 consisting of blocks 10, 11,
2922 │ 12, 13, and 14.
2923 │     10. That part of tract 124.03 consisting of:
2924 │     a. That part of block group 1 consisting of blocks 0, 1, 2,
2925 │ 3, 4, 5, 6, 7, 8, 9, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23,
2926 │ 24, 25, 26, 27, 28, 29, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40,
2927 │ 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56,
2928 │ 57, 58, 59, 60, 61, 62, 63, 64, 65, and 66.
2929 │     11. That part of tract 141.00 consisting of:
2930 │     a. That part of block group 1 consisting of blocks 0, 1, 2,
2931 │ 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2932 │ 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
2933 │ 37, 38, 39, 44, 45, 46, and 47.
2934 │     12. That part of tract 9805.00 consisting of:
2935 │     a. That part of block group 1 consisting of blocks 0, 1, 2,
2936 │ 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
2937 │ 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
2938 │ 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52,
2939 │ 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68,
```

1/13/2022 4:16:24 PM                                    598-02007-22

SEN-0000682

 357120

2940  69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 95, 96,
2941  97, 98, 99, 101, 102, and 104.
2942       13. That part of tract 9811.00 consisting of:
2943       a. That part of block group 1 consisting of blocks 2, 3, 4,
2944  5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,
2945  22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37,
2946  38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53,
2947  54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69,
2948  70, 71, 72, 73, 74, 75, and 76.
2949       (40) District 40 is composed of:
2950       (a) All of Monroe County.
2951       (b) That part of Miami-Dade County consisting of:
2952       1. All of tracts 87.03, 88.09, 88.10, 89.04, 101.93,
2953  101.98, 103.02, 110.08, 110.09, 110.10, 110.14, 110.15, 111.03,
2954  112.03, 112.05, 113.01, 113.02, 114.05, 114.06, 114.07, 114.08,
2955  114.09, 114.10, 114.11, 114.12, 115.00, 146.01, 146.02, 147.01,
2956  147.02, 148.00, 149.00, 150.01, 150.02, 151.01, 151.02, 151.03,
2957  152.01, 152.02, 153.00, 154.00, 155.01, 155.02, 157.00, 158.00,
2958  159.00, 160.00, 161.00, 162.00, 163.00, 164.01, 164.02, 165.01,
2959  165.02, 166.00, 167.00, 168.00, 169.00, 170.00, 171.01, 171.02,
2960  172.00, 173.00, 174.01, 174.02, 175.00, 176.00, 177.00, 178.00,
2961  179.01, 179.02, 180.01, 180.02, 180.03, 181.00, 182.00, 183.00,
2962  184.00, 185.00, 186.01, 186.02, 187.00, 188.01, 188.02, 188.03,
2963  189.01, 189.02, 190.00, 191.00, 194.01, 195.01, 195.02, 196.00,
2964  197.00, 198.01, 200.01, 200.02, 201.00, 9802.00, 9809.00,
2965  9812.00, and 9813.00.
2966       2. That part of tract 87.04 consisting of:
2967       a. All of block group 2.
2968       3. That part of tract 88.08 consisting of:

SEN-0000683

Florida Senate - 2022                              COMMITTEE AMENDMENT
Bill No. SJR 100

 357120

2969 |     a. That part of block group 1 consisting of blocks 3, 4, 5,
2970 | 6, 7, 8, 9, 10, 11, 12, 18, 19, 20, and 21.
2971 |     4. That part of tract 102.01 consisting of:
2972 |     a. That part of block group 1 consisting of blocks 6, 7, 8,
2973 | 9, 10, 20, 21, 22, 23, 24, 25, 26, 41, 42, 43, 44, 51, 52, 54,
2974 | 55, 56, 57, and 73.
2975 |     5. That part of tract 103.03 consisting of:
2976 |     a. All of block group 1.
2977 |     b. All of block group 3.
2978 |     6. That part of tract 107.06 consisting of:
2979 |     a. That part of block group 1 consisting of blocks 11, 12,
2980 | 13, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51,
2981 | 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, and 63.
2982 |     b. That part of block group 2 consisting of block 14.
2983 |     7. That part of tract 110.03 consisting of:
2984 |     a. That part of block group 3 consisting of blocks 9, 10,
2985 | 11, 14, and 15.
2986 |     8. That part of tract 110.11 consisting of:
2987 |     a. That part of block group 1 consisting of block 17.
2988 |     b. That part of block group 2 consisting of blocks 4, 5, 6,
2989 | 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 18, 20, 21, 22, 23, 25, 26,
2990 | 27, 28, 29, 30, 31, 32, 33, 34, 35, and 36.
2991 |     9. That part of tract 110.12 consisting of:
2992 |     a. That part of block group 1 consisting of blocks 7 and 8.
2993 |     10. That part of tract 111.04 consisting of:
2994 |     a. That part of block group 1 consisting of blocks 0, 12,
2995 | 13, 14, 15, 16, and 17.
2996 |     b. All of block group 2.
2997 |     c. All of block group 3.

1/13/2022 4:16:24 PM                              598-02007-22

SEN-0000684

 357120

| | |
|---|---|
| 2998 | d. That part of block group 4 consisting of blocks 2, 3, 4, |
| 2999 | 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, and 16. |
| 3000 | 11. That part of tract 111.06 consisting of: |
| 3001 | a. That part of block group 2 consisting of blocks 22, 25, |
| 3002 | 26, 27, 28, 29, 30, 31, 32, 42, 43, 44, 45, 46, 47, 48, and 51. |
| 3003 | 12. That part of tract 112.04 consisting of: |
| 3004 | a. That part of block group 1 consisting of blocks 5, 6, 7, |
| 3005 | 8, 16, 19, 22, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, |
| 3006 | 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, |
| 3007 | 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, and |
| 3008 | 68. |
| 3009 | 13. That part of tract 112.06 consisting of: |
| 3010 | a. All of block group 1. |
| 3011 | b. That part of block group 2 consisting of blocks 2, 3, 4, |
| 3012 | 5, 6, 7, 12, 13, 14, 15, 16, 17, 23, 24, 25, 26, 27, 28, 29, 30, |
| 3013 | 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, |
| 3014 | 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, and 57. |
| 3015 | 14. That part of tract 124.03 consisting of: |
| 3016 | a. That part of block group 1 consisting of blocks 10, 11, |
| 3017 | 12, and 30. |
| 3018 | 15. That part of tract 141.00 consisting of: |
| 3019 | a. That part of block group 1 consisting of blocks 40, 41, |
| 3020 | 42, and 43. |
| 3021 | 16. That part of tract 192.00 consisting of: |
| 3022 | a. All of block group 1. |
| 3023 | b. That part of block group 2 consisting of blocks 0, 1, 2, |
| 3024 | 3, 4, 6, 7, 8, 9, 10, 11, and 12. |
| 3025 | c. All of block group 3. |
| 3026 | 17. That part of tract 194.02 consisting of: |

SEN-0000685

 357120

3027      a. All of block group 1.
3028      b. That part of block group 2 consisting of blocks 1, 2, 3,
3029 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
3030 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,
3031 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52,
3032 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 65, and 66.
3033      18. That part of tract 198.02 consisting of:
3034      a. That part of block group 1 consisting of blocks 0, 1, 2,
3035 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20,
3036 22, 23, and 24.
3037      b. All of block group 2.
3038      19. That part of tract 202.00 consisting of:
3039      a. All of block group 1.
3040      20. That part of tract 9801.00 consisting of:
3041      a. That part of block group 1 consisting of blocks 3, 4, 5,
3042 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, and 21.
3043      21. That part of tract 9811.00 consisting of:
3044      a. That part of block group 1 consisting of blocks 0, 1,
3045 77, and 78.
3046      22. That part of tract 9900.00 consisting of:
3047      a. That part of block group 0 consisting of blocks 26, 27,
3048 31, 34, 35, 36, 37, and 38.
3049
3050 ================ T I T L E   A M E N D M E N T ================
3051 And the title is amended as follows:
3052      Delete line 4
3053 and insert:
3054      Senate (plans _____ and S027S8058); adopting the
3055      United

1/13/2022 4:16:24 PM                          598-02007-22

SEN-0000686

**By** Senator Rodrigues

27-01186A-22                                          2022100__

1       Senate Joint Resolution
2       A joint resolution of apportionment; providing for the
3       apportionment of the House of Representatives and the
4       Senate (plans _____ and _____); adopting the United
5       States Decennial Census of 2020 for use in such
6       apportionment; defining terms; providing for the
7       inclusion of omitted areas; providing contiguity for
8       areas specified for inclusion in one district which
9       are noncontiguous; specifying that the apportioned
10      districts constitute the legislative districts of the
11      state; specifying that electronic maps serve as the
12      official maps of the legislative districts of the
13      state; providing for the public availability of
14      electronic maps; providing for severability of invalid
15      portions; providing for application beginning in 2022.
16
17      Be It Resolved by the Legislature of the State of Florida:
18
19          Section 1. Official census for apportionment; definitions.—
20          (1) In accordance with Section 8(a), Article X of the State
21      Constitution, the United States Decennial Census of 2020 is the
22      official census of the state for the purposes of this joint
23      resolution.
24          (2) The following delineation of representative and
25      senatorial districts employs areas included within official
26      county, tract, block group, and block boundary descriptions used
27      by the United States Department of Commerce, Bureau of the
28      Census, in compiling the United States Decennial Census of 2020
29      in this state. The populations within these census geographic

CODING: Words ~~stricken~~ are deletions; words underlined are additions.

27-01186A-22                                          2022100__

30      units are the population figures reported in the counts of the
31      United States Decennial Census of 2020 provided to the state in
32      accordance with Pub. L. No. 94-171.
33          (3) As used in this joint resolution, the term:
34          (a) "Block" describes the smallest geographic unit for
35      which population was tabulated in the 2020 decennial census.
36      Blocks are nested within tracts and within block groups. A block
37      is identified by a three-character number that is unique within
38      a block group.
39          (b) "Block equivalency file" describes a list of all blocks
40      within the state and the representative or senatorial district
41      number designated for each block. Blocks are listed by a 15-
42      character number that combines the five-character county-level
43      Federal Information Processing System (FIPS) code, the six-
44      character tract number with leading zeros and an implied
45      decimal, the single-character block group number, and the three-
46      character block number.
47          (c) "Block group" describes a cluster of blocks within the
48      same census tract. Block groups are nested within tracts, and
49      are uniquely identified by a single character number with a
50      valid range of 0 through 9.
51          (d) "County" describes a legal governmental subdivision of
52      the state. Boundaries of counties described in this joint
53      resolution reflect those boundaries in effect as of January 1,
54      2020.
55          (e) "Geographical information systems map" describes an
56      electronic map that represents the boundaries of representative
57      and senatorial districts in a commonly accepted and readable
58      format.

CODING: Words ~~stricken~~ are deletions; words underlined are additions.

SEN-0000687

27-01186A-22                                    2022100__

59    (f) "Tract" describes a relatively permanent statistical
60    subdivision of a county. Tracts are nested within counties, and
61    are uniquely identified by an up to four-character number and a
62    two-digit suffix identified by a decimal.
63        Section 2. Representative districts.—For the election of
64    members to the House of Representatives of this state, the state
65    is apportioned into 120 consecutively numbered, single-member,
66    representative districts of contiguous territory, to be
67    designated by such numbers as follows:
68
69        Section 3. Senatorial districts.—For the election of
70    members to the Senate of this state, the state is apportioned
71    into 40 consecutively numbered, single-member senatorial
72    districts of contiguous territory, to be designated by such
73    numbers as follows:
74
75        Section 4. Territory not specified for inclusion in any
76    district.—Any portion of the state which is not stated in this
77    joint resolution as being included in any district described in
78    this joint resolution but which is entirely surrounded by a
79    district shall be deemed to be included within the surrounding
80    district. Any portion of the state which is not included in any
81    district described in this joint resolution and which is not
82    entirely surrounded by a district shall be included within that
83    district contiguous to the portion that contains the least
84    population per legislator according to the United States
85    Decennial Census of 2020; however, if every district contiguous
86    to such portion has an equal population, such portion shall be
87    included within the lowest-numbered district that is contiguous

CODING: Words stricken are deletions; words underlined are additions.

27-01186A-22                                    2022100__

88    to such portion.
89        Section 5. Territory specified for inclusion in one
90    district which is noncontiguous.—If any district described in
91    this joint resolution is composed of noncontiguous territory,
92    the noncontiguous portion that has the least population shall be
93    included in the district that is contiguous to such portion and
94    that has the least population; however, if every district
95    contiguous to such portion has an equal population, such portion
96    shall be included within the lowest-numbered district that is
97    contiguous to such portion.
98        Section 6. Districts to constitute representative and
99    senatorial districts of state.—The districts created by this
100   joint resolution constitute and form the representative and
101   senatorial districts of the state, and members of the
102   Legislature shall be elected in and for these representative and
103   senatorial districts as provided by law.
104       Section 7. Electronic maps to serve as the official maps of
105   representative and senatorial districts; availability.—
106       (1) Geographical information systems maps and block
107   equivalency files representing the boundaries of representative
108   and senatorial districts described in this joint resolution
109   shall serve as the official maps of the representative and
110   senatorial districts of the state. In the event of any conflict
111   between the descriptions of districts set forth in this joint
112   resolution, geographical information systems maps, or block
113   equivalency files, the descriptions in the block equivalency
114   files shall prevail.
115       (2) Within 10 days of a judgment of the Florida Supreme
116   Court determining the apportionment provided for in this joint

CODING: Words stricken are deletions; words underlined are additions.

SEN-0000688

27-01186A-22                                                      2022100__

117 | resolution to be valid, the geographical information systems
118 | maps and block equivalency files representing the boundaries of
119 | the representative and senatorial districts described in this
120 | joint resolution shall be made available to the public by the
121 | Office of Economic and Demographic Research.
122 |      Section 8. Severability.—If any provision of this joint
123 | resolution or the application thereof to any person or
124 | circumstance is held invalid, or if any representative or
125 | senatorial district established in this joint resolution is held
126 | invalid, the invalidity does not affect other provisions or
127 | applications of this joint resolution, or any other districts
128 | established in this joint resolution, which can be given effect
129 | without the invalid provision or application, and to this end
130 | the provisions of this joint resolution are severable.
131 |      Section 9. Applicability.—This joint resolution applies
132 | with respect to the qualification, nomination, and election of
133 | members of the Legislature in the primary and general elections
134 | held in 2022 and thereafter.

**CODING:** Words ~~stricken~~ are deletions; words underlined are additions.

SEN-0000689

The Florida Senate

# **APPEARANCE RECORD**

Deliver both copies of this form to
Senate professional staff conducting the meeting

Meeting Date: January 13, 2022

Committee: Reapportionment

Bill Number or Topic: SB 102/SJR 100

Amendment Barcode (if applicable):

Name: Steven Mangual

Phone: 321-247-6159

Address: 523 W. Colonial Dr.
Street

Email: mgalindo@latinojustice

City: Orlando    State: FL    Zip: 32804

Speaking: ☐ For   ☑ Against   ☐ Information   **OR**   Waive Speaking: ☐ In Support   ☐ Against

---

## PLEASE CHECK ONE OF THE FOLLOWING:

☑ I am appearing without compensation or sponsorship.

☐ I am a registered lobbyist, representing:

☐ I am not a lobbyist, but received something of value for my appearance (travel, meals, lodging, etc.), sponsored by:

---

*While it is a tradition to encourage public testimony, time may not permit all persons wishing to speak to be heard at this hearing. Those who do speak may be asked to limit their remarks so that as many persons as possible can be heard. If you have questions about registering to lobby please see Fla. Stat. §11.045 and Joint Rule 1. 2020-2022 JointRules.pdf (flsenate.gov)*

This form is part of the public record for this meeting.

S-001 (08/10/2021)

SEN-0000690

The Florida Senate

**APPEARANCE RECORD**

SB102 / SJR100

Deliver both copies of this form to
Senate professional staff conducting the meeting

Meeting Date: January 13, 2022

Bill Number or Topic: SB102 / SJR100

Committee

Name: Steven Mangual

Phone: 321-247-6159

Address: 523 W. Colonial Dr.

Email: mgalindo@latinojustice.org

Street

City: Orlando   State: FL   Zip: 32804

Amendment Barcode (if applicable)

Speaking: ☐ For   ☑ Against   ☐ Information   **OR**   Waive Speaking: ☐ In Support   ☐ Against

---

**PLEASE CHECK ONE OF THE FOLLOWING:**

☑ I am appearing without compensation or sponsorship.

☐ I am a registered lobbyist, representing:

☐ I am not a lobbyist, but received something of value for my appearance (travel, meals, lodging, etc.), sponsored by:

---

*While it is a tradition to encourage public testimony, time may not permit all persons wishing to speak to be heard at this hearing. Those who do speak may be asked to limit their remarks so that as many persons as possible can be heard. If you have questions about registering to lobby please see Fla. Stat. §11.045 and Joint Rule 1. 2020-2022 JointRules.pdf (flsenate.gov)*

This form is part of the public record for this meeting.

S-001   (08/10/2021)

SEN-0000691

13 Jan 2022

**The Florida Senate**

Meeting Date

# APPEARANCE RECORD

Committee

Deliver both copies of this form to
Senate professional staff conducting the meeting

Redistricting

Bill Number or Topic

Name Cecile M. Scoon          Phone 850 - 319 - 1975

Amendment Barcode (if applicable)

Address 512 Bunkers Cove Rd   Email cmscoon1@knology.net
Street

Panama City FL 32401
City          State          Zip

Speaking: ☐ For  ☐ Against  ☒ Information  **OR**  Waive Speaking: ☐ In Support  ☐ Against

---

## PLEASE CHECK ONE OF THE FOLLOWING:

☐ I am appearing without
compensation or sponsorship.

☐ I am a registered lobbyist,
representing:

☒ I am not a lobbyist, but received
something of value for my appearance
(travel, meals, lodging, etc.),
sponsored by:

League of Women Voters, Florida, President

---

*While it is a tradition to encourage public testimony, time may not permit all persons wishing to speak to be heard at this hearing. Those who do speak may be asked to limit their remarks so that as many persons as possible can be heard. If you have questions about registering to lobby please see Fla. Stat. §11.045 and Joint Rule 1. 2020-2022JointRules.pdf (flsenate.gov)*

This form is part of the public record for this meeting.

S-001   (08/10/2021)

SEN-0000692

Jan 13, 2022

The Florida Senate

**APPEARANCE RECORD**

Deliver both copies of this form to
Senate professional staff conducting the meeting

Meeting Date

Redistricting
Committee

Redistricting
Bill Number or Topic

Name  Cecile Scoon

Amendment Barcode (if applicable)

Phone 850 - 319 - 1975

Address 512 Bankers Cove Rd
Street                                        Email

Panama City, FL 32401
City          State          Zip

Speaking: ☐ For  ☐ Against  ☒ Information  **OR**  Waive Speaking: ☐ In Support  ☐ Against

**PLEASE CHECK ONE OF THE FOLLOWING:**

☐ I am appearing without compensation or sponsorship.

☐ I am a registered lobbyist, representing:

☒ I am not a lobbyist, but received something of value for my appearance (travel, meals, lodging, etc.), sponsored by:

Florida League of Women Voters. President

*While it is a tradition to encourage public testimony, time may not permit all persons wishing to speak to be heard at this hearing. Those who do speak may be asked to limit their remarks so that as many persons as possible can be heard. If you have questions about registering to lobby please see Fla. Stat. §11.045 and Joint Rule 1. 2020-2022 JointRules.pdf (flsenate.gov)*

This form is part of the public record for this meeting.

S-001  (08/10/2021)

SEN-0000693

# Cards Used to Determine Staggered Elections

Senators shall be elected for terms of four years, those from odd-numbered districts in the years the numbers of which are multiples of four and those from even-numbered districts in even-numbered years the numbers of which are not multiples of four; except, at the election next following a reapportionment, some senators shall be elected for terms of two years when necessary to maintain staggered terms. Article III, Section 15 (a), Florida Constitution

**Production of Cards**

40 cards were created by Senate Professional Staff using Adobe Creative Cloud Express Software. The cards were laid out to standard business card size of 3.5 x 2 inches. The first card produced was the even card. The file was then duplicated and then edited to odd, using the same fonts, colors and layout. The finished files were exported to .JPGs for printing. The .JPG files were centered on a standard digital letter size paper format for printing. The cards were printed with one per sheet of paper. All 40 cards were printed in the same run with the same paper on the same machine, and were then cut using a digital aligned laser guided precision cutter to ensure each card is exactly the same size. The cards fit #3 manila, gummed seal, coin envelopes. Manila was used in to fully conceal the contents of each envelope.

**Resources Utilized in Production**
**Printer:** Ricoh - Pro C7210s
**Paper:** COUGAR DIGITAL – 8.5X11; Grain Long; Smooth; Cover; 80#; White
**Cutter:** CE – Model: E490R; SN: 810612172224; Year of Manufacture: 21.06
**Envelope:** JAM Paper Coin Envelopes, #3, Gummed Seal, Manila
**Software:** Adobe Creative Cloud Express

**Attestation of Inspection**

I inspected 40 cards. Each card is the same size and weight. There are 20 even district cards and 20 odd district cards.

I inspected each envelope. There are no distinguishing features on any envelope.

I placed one card in each envelope. No card is visible in any way from the outside of any envelope.

I placed 40 envelopes in a glass container with a lid. By manually mixing the cards before and after placing them in the container, I ensured there was no possibility of an intentional pattern with which the cards were laid in the container.

I presented the closed container to Chair Rodrigues. The jar was in my custody and control and no other person had access to the jar between the time I inspected the cards and presented the closed container to Chair Rodrigues.

Signature: _____

Printed Name: _Debbie Brown_

Date: _1/13/22_

### Florida State Senate District Renumbering of Plan S027S8056

| District | Even/Odd | District | Even/Odd |
|---|---|---|---|
| 1 | ODD | 21 | EVEN |
| 2 | EVEN | 22 | EVEN |
| 3 | ODD | 23 | EVEN |
| 4 | EVEN | 24 | EVEN |
| 5 | EVEN | 25 | ODD |
| 6 | ODD | 26 | ODD |
| 7 | ODD | 27 | ODD |
| 8 | ODD | 28 | EVEN |
| 9 | EVEN | 29 | ODD |
| 10 | ODD | 30 | EVEN |
| 11 | ODD | 31 | EVEN |
| 12 | ODD | 32 | ODD |
| 13 | ODD | 33 | EVEN |
| 14 | EVEN | 34 | EVEN |
| 15 | ODD | 35 | EVEN |
| 16 | ODD | 36 | ODD |
| 17 | ODD | 37 | EVEN |
| 18 | EVEN | 38 | ODD |
| 19 | EVEN | 39 | EVEN |
| 20 | ODD | 40 | EVEN |

SEN-0000695



**SENATE COMMITTEE ON REAPPORTIONMENT**

**JANUARY 13TH, 2022**

SEN-0000696

# Statewide S000C8040





SEN-0000697



# Panhandle & Northeast Florida



C8040

SEN-0000698



# Central Florida



SEN-0000699



# I-4 Corridor



SEN-0000700

# Orlando





C8040

SEN-0000701



# Tampa Bay



SEN-0000702

# South Florida



C8040

SEN-0000703



# South Florida



SEN-0000704

# Plan S000C8040

## Plan S000C8040

| Overall (Range) Deviation | | Area (sq.mi.) | Perim (mi.) | Convex Hull | Polsby-Popper | Reock Ratio | Average | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Political and Geographic Boundaries: | | | | | |
| Total | % | | | | | | City | County | Road | Water | Rail | Non Pol/Geo |
| 1 | 0.00% | 2,550.1 | 265.8 | 0.80 | 0.43 | 0.46 | 13% | 61% | 19% | 39% | 2% | 8% |

| District Lines and City and County Boundaries | |
|---|---|
| Number of Counties | 67 |
| Counties with only one district | 48 |
| Districts with only one county | 6 |
| Counties split into more than one district | 19 |
| Counties with all population in a single district | 48 |
| Aggregate number of county splits | 50 |
| Aggregate number of splits with population | 50 |
| Number of Cities | 412 |
| Cities with only one district | 367 |
| Cities split into more than one district | 45 |
| Cities with all population in only one district | 372 |
| Aggregate number of city splits | 96 |
| Aggregate number of splits with population | 91 |

SEN-0000705



# Statewide S000S8046



SEN-0000706

# Panhandle & Northeast Florida





SEN-0000707



# Central Florida



SEN-0000708



# I-4 Corridor



S8046

14

SEN-0000709

# South Florida



S8046

SEN-0000710

# South Florida



S8046

16

SEN-0000711



Plan S000S8046

## Plan S000S8046

| Overall (Range) | | Average | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Deviation | | Area | Perim. | Convex | Polsby- | Reock | | | Political and Geographic Boundaries: | | | |
| Total | % | (sq.mi.) | (mi.) | Hull | Popper | Ratio | City | County | Road | Water | Rail | Non-Pol/Geo |
| 10,362 | 1.92% | 1,785.1 | 197.5 | 0.82 | 0.47 | 0.46 | 15% | 60% | 24% | 38% | 2% | 4% |

| District Lines and City and County Boundaries | |
|---|---|
| Number of Counties | 67 |
| Counties with only one district | 51 |
| Districts with only one county | 16 |
| Counties split into more than one district | 16 |
| Counties with all population in a single district | 51 |
| Aggregate number of county splits | 48 |
| Aggregate number of splits with population | 48 |
| Number of Cities | 412 |
| Cities with only one district | 360 |
| Cities split into more than one district | 52 |
| Cities with all population in only one district | 368 |
| Aggregate number of city splits | 111 |
| Aggregate number of splits with population | 103 |



2016-2022
*Florida*
*Congressional Districts*
* * * * *

Court Ordered on
December 2, 2015
* * * * *

*See League of Women Voters*
*of Fla. v. Detzner,*
*172 So. 3d 363 (Fla. 2015)*

SEN-0000713

Plan FLCD2016

| Dist. | Deviation | | Voting Age Population | | Area | Perim | Convex | Polsby- | Reock | Counties | | | Cities | | Political and Geographic Boundaries | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | % | Black | Hisp | (sq mi) | (mi) | #H | Popper | Tring | Whole | Frac | Whole | Parts | City | County | Fixed | Water | Rail | Non-Pol/Geo |
| | 228,217 | 29.69% | 15.74% | 34.98% | 2,044.6 | 2536 | 0.77 | 0.20 | 0.44 | 49 | 96 | 373 | 82 | 33% | 58% | 11% | 40% | 1% | 15% |
| 1 | 38,860 | 5.03% | 13.23% | 5.50% | 5,393 | 412 | 0.82 | 0.40 | 0.40 | 4 | 1 | 21 | 0 | 3% | 94% | 0% | 60% | 0% | 3% |
| 2 | 41,866 | 5.43% | 17.47% | 6.68% | 14,394 | 947 | 0.68 | 0.21 | 0.31 | 14 | 5 | 51 | 3 | 7% | 72% | 11% | 48% | 1% | 10% |
| 3 | -3,088 | -2.40% | 16.10% | 10.25% | 3,944 | 303 | 0.80 | 0.25 | 0.71 | 5 | 1 | 27 | 1 | 37% | 75% | 11% | 25% | 0% | 4% |
| 4 | 102,663 | 13.32% | 10.30% | 8.64% | 1,903 | 379 | 0.72 | 0.17 | 0.37 | 1 | 2 | 4 | 1 | 45% | 78% | 18% | 51% | 1% | 11% |
| 5 | -20,321 | -2.64% | 42.40% | 9.14% | 3,810 | 711 | 0.71 | 0.10 | 0.12 | 4 | 4 | 15 | 3 | 7% | 39% | 1% | 21% | 2% | 15% |
| 6 | 27,033 | 3.51% | 10.17% | 12.07% | 2,582 | 716 | 0.77 | 0.14 | 0.44 | 3 | 2 | 22 | 3 | 8% | 82% | 4% | 57% | 0% | 4% |
| 7 | -19,297 | -2.51% | 12.10% | 21.65% | 436 | 122 | 0.81 | 0.37 | 0.59 | 1 | 1 | 7 | 4 | 15% | 55% | 10% | 51% | 0% | 13% |
| 8 | 14,137 | 1.89% | 5.68% | 10.35% | 3,412 | 271 | 0.76 | 0.41 | 0.34 | 2 | 1 | 21 | 0 | 7% | 89% | 2% | 41% | 0% | 10% |
| 9 | 186,381 | 24.23% | 14.26% | 41.53% | 2,620 | 268 | 0.87 | 0.46 | 0.62 | 1 | 2 | 12 | 4 | 17% | 40% | 14% | 3% | 6% | 17% |
| 10 | 104,583 | 13.60% | 26.70% | 28.95% | 516 | 115 | 0.89 | 0.49 | 0.49 | 0 | 1 | 9 | 4 | 19% | 70% | 15% | 21% | 0% | 11% |
| 11 | -51,611 | -6.71% | 7.22% | 10.12% | 3,202 | 373 | 0.74 | 0.39 | 0.43 | 3 | 2 | 16 | 8 | 14% | 60% | 14% | 40% | 0% | 10% |
| 12 | 37,916 | 4.93% | 5.83% | 12.50% | 1,288 | 187 | 0.82 | 0.46 | 0.38 | 1 | 2 | 8 | 3 | 11% | 77% | 11% | 36% | 0% | 9% |
| 13 | -41,756 | -5.43% | 11.88% | 9.51% | 610 | 106 | 0.93 | 0.68 | 0.66 | 0 | 1 | 19 | 8 | 38% | 74% | 2% | 89% | 0% | 4% |
| 14 | 18,226 | 2.37% | 17.89% | 30.15% | 366 | 101 | 0.82 | 0.45 | 0.48 | 0 | 1 | 0 | 2 | 43% | 38% | 10% | 32% | 1% | 28% |
| 15 | 50,639 | 6.58% | 13.39% | 22.74% | 1,170 | 240 | 0.76 | 0.26 | 0.34 | 0 | 3 | 7 | 8 | 25% | 28% | 13% | 7% | 0% | 24% |
| 16 | 111,826 | 14.03% | 5.33% | 15.01% | 1,010 | 213 | 0.90 | 0.55 | 0.58 | 1 | 2 | 7 | 0 | 12% | 11% | 10% | 56% | 0% | 3% |
| 17 | 10,734 | 1.40% | 7.15% | 13.26% | 5,545 | 433 | 0.77 | 0.44 | 0.51 | 3 | 3 | 15 | 1 | 4% | 39% | 9% | 23% | 3% | 9% |
| 18 | -25,303 | -3.32% | 12.69% | 15.60% | 1,689 | 228 | 0.82 | 0.60 | 0.30 | 2 | 1 | 11 | 1 | 10% | 55% | 3% | 45% | 0% | 30% |
| 19 | 65,791 | 8.57% | 5.78% | 16.00% | 1,922 | 249 | 0.79 | 0.40 | 0.34 | 0 | 3 | 8 | 0 | 4% | 50% | 9% | 60% | 0% | 19% |
| 20 | 7,082 | 0.92% | 58.73% | 29.35% | 2,409 | 387 | 0.73 | 0.30 | 0.45 | 0 | 3 | 14 | 12 | 40% | 37% | 10% | 11% | 1% | 53% |
| 21 | 18,786 | 2.44% | 14.97% | 22.58% | 353 | 123 | 0.54 | 0.29 | 0.37 | 0 | 1 | 16 | 3 | 29% | 24% | 12% | 30% | 1% | 37% |
| 22 | 16,535 | 2.15% | 15.22% | 21.97% | 253 | 110 | 0.73 | 0.22 | 0.44 | 0 | 2 | 12 | 5 | 23% | 28% | 12% | 32% | 2% | 52% |
| 23 | 135 | 0.02% | 12.21% | 39.71% | 252 | 112 | 0.85 | 0.25 | 0.38 | 0 | 1 | 12 | 6 | 58% | 13% | 13% | 29% | 3% | 17% |
| 24 | 30,679 | 4.47% | 42.40% | 14.87% | 115 | 64 | 0.77 | 0.30 | 0.47 | 0 | 1 | 9 | 2 | 04% | 13% | 15% | 29% | 7% | 14% |
| 25 | 2,213 | 0.29% | 4.85% | 60.00% | 3,574 | 357 | 0.58 | 0.36 | 0.41 | 1 | 2 | 11 | 1 | 8% | 70% | 12% | 21% | 0% | 6% |
| 26 | 18,693 | 2.48% | 11.14% | 71.00% | 1,710 | 194 | 0.57 | 0.24 | 0.27 | 1 | 1 | 7 | 0 | 15% | 89% | 2% | 87% | 0% | 15% |
| 27 | -20,396 | -2.62% | 5.08% | 70.00% | 317 | 91 | 0.88 | 0.46 | 0.50 | 0 | 1 | 9 | 1 | 21% | 26% | 25% | 61% | 0% | 3% |
| 0 | | | | | | | | | | | | | | | | | | | | |

Overall numbers
of county and city splits:

In Plan FLCD2016

Dublul line over
City and County Boundaries

Number of Counties
Counties with only one district
District with only one county
Counties split into more than one district
Counties with all population in a single district
Aggregate number of splits with population
Number of Cities
Cities with only one district
Cities split into more than one district
Cities with all population in only one district
Aggregate number of city splits
Aggregate number of splits with population

Split Counties and Cities

PageID 5168

Plan FLCD2016

| Counties included in more than one district | | | | | | | Counties included in more than one district | | | | | | | Counties included in more than one district | | | | | | | Counties included in more than one district | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| County | Dist. | Total Pop | Pop% | Total Area | Area% | | County | Dist. | Total Pop | Pop% | Total Area | Area% | | County | Dist. | Total Pop | Pop% | Total Area | Area% | | County | Dist. | Total Pop | Pop% | Total Area | Area% |

SEN-0000715

Split Counties and Cities

PageID 5169

Plan FLCD2016

| Cities included in more than one district | | | | | | Cities included in more than one district | | | | | | Cities included in more than one district | | | | | | Cities included in more than one district | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| City | Dist. | Total Pop | Pop% | Total Area | Area% | City | Dist. | Total Pop | Pop% | Total Area | Area% | City | Dist. | Total Pop | Pop% | Total Area | Area% | City | Dist. | Total Pop | Pop% | Total Area | Area% |

SEN-0000716

12/29/2021

Plan FLCD2016

| Dist | 2020 Census | | White who are: | | | BV who are: | | a/o/i Voters who are: | | | Hisp. Voters who are: | | | ULM who are: | | RLF who are: | | M Which who are: | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Black | Hisp | DEM | REP | OTH | Black | Hisp | DEM | REP | %%Oth | DEM | REP | NPA/Oth | Black | Hisp | Black | Hisp | Black | Hisp |

SEN-0000717

Plan FLCD2016

| Dist | 2020 Census VAP who are: | | Average Primary Election Turnout | | | | Voters who are: | | D. V. who are: | | FLP who are: | | Average General Election Turnout | | | | Black Voters who are: | | | Hisp. Voters who are: | | | General Election Performance in Statewide Elections 2012-2020 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Black | Hisp. | D. V. who are: Black | D. V. who are: Hisp. | R. V. who are: Black | R. V. who are: Hisp. | DEM | REP | Nf-Affil | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | Nf-Affil | DEM | REP | %%Dem | DEM | REP | %%Dem | Dem | REP | DEm | REP | VAX | Margins DEM | Margins AVG |

| | | | 5 | 9 | 12 | 2? | 24 | 25 | 26 | 27 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Mar (ECO2016) | D-PP | 46.20% | 14.25% | 20.02% | 54.37% | 53.64% | 4.36% | 11.34% | 5.55% |
| | General Election | 1-VAP | 9.14% | -11.55% | 23.05% | 23.73% | 24.87% | 34.57% | 72.44% | 79.15% |
| 2020 | President | D_Biden | 57.59% | 57.01% | 62.01% | 77.37% | 75.42% | 37.86% | 46.56% | 51.78% |
| | | R_Trump | 46.20% | 46.00% | 27.02% | 22.12% | 24.00% | 61.51% | 54.56% | 48.27% |
| | Governor | D_Gillum | 54.88% | 54.07% | 63.26% | 82.18% | 83.57% | 41.10% | 52.02% | 54.00% |
| | | R_DeSantis | 51.70% | 45.01% | 36.57% | 17.73% | 19.65% | 57.22% | 45.81% | 44.34% |
| | Attorney General | D_Shaw | 61.53% | 51.41% | 59.61% | 32.60% | 31.00% | 35.54% | 51.36% | 54.50% |
| | | R_Moody | 36.84% | 46.54% | 24.78% | 18.20% | 16.58% | 58.45% | 49.43% | 44.58% |
| 2018 | Chief Financial Officer | D_Ring | 62.80% | 54.02% | 61.49% | 81.30% | 62.36% | 40.94% | 52.46% | 54.26% |
| | | R_Patronis | 57.93% | 45.98% | 33.52% | 18.14% | 16.65% | 59.08% | 47.51% | 45.83% |
| | Agriculture Commissioner | D_Fried | 51.86% | 55.37% | 65.07% | 82.12% | 83.61% | 42.71% | 54.96% | 56.78% |
| | | R_Caldwell | 36.56% | 44.40% | 29.79% | 17.86% | 18.38% | 57.78% | 40.04% | 41.43% |
| | US Senate | D_Nelson | 51.73% | 53.05% | 62.76% | 31.54% | 83.27% | 41.92% | 52.90% | 55.55% |
| | | R_Scott | 55.22% | 46.04% | 37.24% | 19.07% | 16.73% | 58.08% | 46.00% | 44.05% |
| 2016 | President | D_Clinton | 62.61% | 54.74% | 61.76% | 82.14% | 82.58% | 44.72% | 54.46% | 54.46% |
| | | R_Trump | 36.19% | 41.90% | 34.20% | 19.09% | 15.39% | 56.90% | 40.50% | 39.58% |
| | US Senate | D_Murphy | 58.46% | 49.62% | 83.50% | 77.24% | 77.87% | 37.44% | 43.70% | 41.74% |
| | | R_Rubio | 41.30% | 46.08% | 40.57% | 22.89% | 22.18% | 60.54% | 44.47% | 42.66% |
| | Governor | D_Crist | 58.13% | 47.91% | 55.49% | 81.54% | 64.08% | 39.15% | 52.09% | 51.41% |
| | | R_Scott | 57.03% | 46.21% | 40.01% | 13.60% | 14.33% | 60.11% | 45.26% | 46.53% |
| | Attorney General | D_Sheldon | 35.70% | 42.08% | 52.49% | 79.08% | 81.43% | 37.54% | 46.87% | 47.63% |
| 2014 | | R_Bondi | 41.80% | 49.03% | 44.81% | 19.65% | 17.68% | 61.11% | 10.80% | 52.20% |
| | Chief Financial Officer | D_Rankin | 35.52% | 40.80% | 50.01% | 77.07% | 31.51% | 33.79% | 40.65% | 41.43% |
| | | R_Atwater | 44.08% | 56.11% | 49.56% | 22.27% | 18.40% | 66.22% | 55.15% | 55.83% |
| | Agriculture Commissioner | D_Hamilton | 57.80% | 42.71% | 50.20% | 74.21% | 81.94% | 43.90% | 47.20% | 45.47% |
| | | R_Putnam | 42.18% | 55.23% | 49.59% | 23.77% | 18.07% | 60.39% | 52.52% | 54.51% |
| 2012 | President | D_Obama | 63.52% | 55.67% | 60.78% | 32.60% | 88.73% | 44.91% | 53.38% | 34.07% |
| | | R_Romney | 59.62% | 44.45% | 38.48% | 17.12% | 14.86% | 54.27% | 46.37% | 46.40% |
| | US Senate | D_Nelson | 91.55% | 55.84% | 63.14% | 83.62% | 65.54% | 47.11% | 52.95% | 55.41% |
| | | R_Mack | 55.31% | 36.53% | 33.01% | 19.56% | 13.37% | 50.65% | 41.87% | 43.35% |

SEN-0000720



Florida
Congressional Districts
S000C8040
* * * * *

Produced by
Florida Senate
Committee on Reapportionment
* * * * *

January 03, 2022

SEN-0000721

Case 8:24-cv-00879-CEH-TPB-ALB — Census and Boundary Statistics — Document 113-11 — Filed 05/13/25 — Page 596 of 648 — PageID 5175

5/5/2022 Page 2

## Plan SD00C8040

| Dist | Deviation | | Voting Age Population | | Area | | Conves | Polsby- | Reock | Counties | | | | Cities | | | | | Political and Geographic Boundaries | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | % | Black | +Hisp | (m mi.) | Perim (mi.) | -Hull | Popper | -tion | Whole | Parts | Whole | Parts | City | County | Local | Water | Rail | Non-Pol/Geo |
| 1 | 0 | 0.00% | 13.55% | 5.59% | 4,415 | 329 | 0.87 | 0.51 | 0.54 | 3 | 1 | 15 | 2 | 2% | 41% | 16% | 55% | 0% | 2% |
| 2 | 0 | 0.00% | 14.32% | 6.31% | 15,875 | 884 | 0.71 | 0.26 | 0.36 | 15 | 5 | 55 | 4 | 41% | 76% | 19% | 47% | 0% | 4% |
| 3 | 0 | 0.00% | 16.09% | 10.15% | 3,814 | 308 | 0.88 | 0.41 | 0.40 | 5 | 1 | 28 | 0 | 17% | 77% | 15% | 21% | 1% | 8% |
| 4 | 0 | 0.00% | 10.79% | 4.37% | 1,554 | 387 | 0.66 | 0.18 | 0.34 | 1 | 6 | 6 | 9 | 34% | 73% | 17% | 54% | 2% | 8% |
| 5 | 0 | 0.00% | 43.49% | 9.44% | 3,793 | 587 | 0.55 | 0.12 | 0.12 | 4 | 1 | 16 | 3 | 12% | 77% | 22% | 28% | 0% | 2% |
| 6 | 0 | 0.00% | 5.70% | 11.04% | 2,776 | 312 | 0.73 | 0.31 | 0.33 | 1 | 3 | 20 | 4 | 6% | 74% | 7% | 54% | 2% | 10% |
| 7 | 0 | 0.00% | 12.32% | 25.30% | 400 | 113 | 0.88 | 0.40 | 0.65 | 1 | 2 | 7 | 6 | 6% | 43% | 19% | 32% | 0% | 34% |
| 8 | 0 | 0.00% | 6.58% | 10.30% | 3,301 | 272 | 0.75 | 0.39 | 0.32 | 1 | 2 | 21 | 0 | 0% | 85% | 3% | 46% | 0% | 9% |
| 9 | 0 | 0.00% | 12.31% | 30.24% | 1,040 | 253 | 0.35 | 0.36 | 0.46 | 1 | 1 | 2 | 2 | 2% | 76% | 17% | 31% | 0% | 8% |
| 10 | 0 | 0.00% | 28.31% | 23.18% | 453 | 103 | 0.89 | 0.54 | 0.51 | 0 | 1 | 3 | 5 | 14% | 39% | 31% | 23% | 0% | 2% |
| 11 | 0 | 0.00% | 5.01% | 10.59% | 1,543 | 349 | 0.69 | 0.27 | 0.44 | 2 | 3 | 19 | 3 | 12% | 70% | 19% | 38% | 1% | 7% |
| 12 | 0 | 0.00% | 5.55% | 14.04% | 1,754 | 191 | 0.90 | 0.49 | 0.55 | 2 | 1 | 8 | 1 | 3% | 90% | 10% | 44% | 0% | 2% |
| 13 | 0 | 0.00% | 10.72% | 9.65% | 705 | 123 | 0.85 | 0.59 | 0.53 | 0 | 1 | 17 | 5 | 20% | 62% | 20% | 74% | 0% | 6% |
| 14 | -1 | 0.00% | 11.13% | 26.93% | 412 | 96 | 0.88 | 0.56 | 0.58 | 0 | 1 | 2 | 6 | 19% | 21% | 44% | 20% | 16% | 8% |
| 15 | 0 | 0.00% | 34.98% | 24.05% | 677 | 109 | 0.47 | 0.71 | 0.55 | 0 | 1 | 7 | | 9% | 48% | 35% | 19% | 17% | 3% |
| 16 | 0 | 0.00% | 7.22% | 13.75% | 1,969 | 202 | 0.39 | 0.61 | 0.60 | 1 | 2 | 7 | | 20% | 58% | 16% | 53% | 2% | 5% |
| 17 | 0 | 0.00% | 5.02% | 16.71% | 5,797 | 387 | 0.82 | 0.30 | 0.47 | 3 | 3 | 11 | 3 | 4% | 79% | 10% | 28% | 1% | 2% |
| 18 | 0 | 0.00% | 13.22% | 14.82% | 1,730 | 225 | 0.75 | 0.41 | 0.45 | 2 | 2 | 13 | 2 | 4% | 70% | 11% | 18% | 6% | 10% |
| 19 | 0 | 0.00% | 4.52% | 15.06% | 1,894 | 236 | 0.70 | 0.43 | 0.33 | 2 | 1 | 4 | 1 | 3% | 66% | 18% | 61% | 1% | 8% |
| 20 | 0 | 0.00% | 40.98% | 22.15% | 3,556 | 317 | 0.84 | 0.37 | 0.54 | 0 | 3 | 11 | 13 | 9% | 47% | 9% | 11% | 4% | 15% |
| 21 | 0 | 0.00% | 16.53% | 25.39% | 345 | 98 | 0.77 | 0.48 | 0.48 | 0 | 1 | 18 | 3 | 34% | 25% | 23% | 39% | 0% | 20% |
| 22 | 0 | 0.00% | 17.74% | 20.40% | 258 | 106 | 0.38 | 0.29 | 0.56 | 0 | 3 | 11 | 5 | 33% | 22% | 18% | 36% | 12% | 15% |
| 23 | 0 | 0.00% | 16.90% | 12.18% | 259 | 83 | 0.85 | 0.47 | 0.48 | 0 | 1 | 6 | 6 | 53% | 30% | 28% | 21% | 0% | 10% |
| 24 | 0 | 0.00% | 42.49% | 37.70% | 176 | 68 | 0.46 | 0.47 | 0.48 | 0 | 3 | 16 | 6 | 26% | 36% | 29% | 46% | 1% | 18% |
| 25 | 0 | 0.00% | 7.06% | 16.81% | 3,580 | 564 | 0.57 | 0.35 | 0.30 | 1 | 2 | 30 | 3 | 6% | 58% | 16% | 20% | 0% | 8% |
| 26 | 0 | 0.00% | 10.12% | 23.23% | 2,716 | 191 | 0.51 | 0.34 | 0.37 | 1 | 1 | 8 | | 1% | 89% | 7% | 80% | 0% | 1% |
| 27 | 0 | 0.00% | 7.02% | 24.10% | 280 | 89 | 0.85 | 0.73 | 0.71 | 0 | 1 | 2 | 2 | 0% | 18% | 35% | 59% | 0% | 6% |
| 28 | 0 | 0.00% | 11.78% | 23.18% | 2,240 | 276 | 0.85 | 0.37 | 0.44 | 1 | 1 | 17 | 1 | 5% | 90% | 3% | 26% | 0% | 5% |

**Overall numbers of county and city splits:**

| | In Plan SD00C8040 |
|---|---|
| Number of Counties | 57 |
| Counties with only one district | 48 |
| District with only one county | 19 |
| Counties split into more than one district | 48 |
| Counties with all population in a single district | 50 |
| Aggregate number of county splits | 56 |
| Number of Cities | 411 |
| Cities with only one district | 367 |
| Cities split into more than one district | 45 |
| Cities with all population in only one district | 372 |
| Aggregate number of city splits | 66 |
| Aggregate number of splits with population | 91 |

Plan S000C8040

| County | Dist. | Total Pop | Pop% | Total Area | Area% |
|--------|-------|-----------|------|------------|-------|
| Broward | 20 | 535,675 | 27.6% | 888.0 | 67.9% |
| Broward | 22 | 547,029 | 28.1% | 168.8 | 12.9% |
| Broward | 23 | 769,221 | 39.6% | 238.9 | 18.3% |
| Broward | 24 | 92,450 | 4.8% | 12.6 | 1.0% |
| Collier | 19 | 215,578 | 57.4% | 639.5 | 24.6% |
| Collier | 25 | 160,174 | 42.6% | 1,965.6 | 75.5% |
| Columbia | 2 | 51,337 | 73.7% | 350.3 | 43.7% |
| Columbia | 5 | 18,361 | 26.3% | 451.0 | 56.3% |
| Duval | 4 | 505,744 | 50.8% | 454.9 | 49.5% |
| Duval | 5 | 489,823 | 49.2% | 463.6 | 50.5% |
| Hillsborough | 14 | 592,149 | 40.6% | 299.1 | 22.5% |
| Hillsborough | 15 | 769,221 | 52.7% | 676.6 | 50.8% |
| Hillsborough | 16 | 98,392 | 6.7% | 356.2 | 26.7% |
| Indian River | 8 | 145,456 | 91.0% | 609.1 | 98.7% |
| Indian River | 18 | 14,332 | 9.0% | 7.8 | 1.3% |
| Jefferson | 2 | 4,410 | 30.4% | 400.1 | 59.5% |
| Jefferson | 5 | 10,100 | 69.6% | 272.5 | 40.5% |
| Lake | 6 | 35,396 | 9.2% | 379.1 | 32.8% |
| Lake | 11 | 304,385 | 79.3% | 547.9 | 47.4% |
| Lake | 28 | 44,175 | 11.5% | 229.8 | 19.9% |
| Lee | 17 | 207,179 | 27.2% | 260.0 | 17.2% |
| Lee | 19 | 553,643 | 72.8% | 1,254.9 | 82.8% |
| Leon | 2 | 145,318 | 49.7% | 488.5 | 69.6% |
| Leon | 5 | 146,880 | 50.3% | 213.3 | 30.4% |
| Marion | 2 | 39,930 | 10.6% | 233.6 | 14.1% |
| Marion | 3 | 154,737 | 41.2% | 874.2 | 52.6% |
| Marion | 11 | 181,241 | 48.2% | 554.9 | 33.4% |
| Miami-Dade | 24 | 676,771 | 25.1% | 163.3 | 6.8% |
| Miami-Dade | 25 | 569,428 | 21.1% | 525.2 | 22.0% |
| Miami-Dade | 26 | 686,347 | 25.4% | 1,420.5 | 59.5% |
| Miami-Dade | 27 | 769,221 | 28.5% | 280.3 | 11.7% |
| Orange | 7 | 262,969 | 18.4% | 81.8 | 8.2% |
| Orange | 8 | 17,153 | 1.2% | 134.4 | 13.4% |
| Orange | 9 | 380,565 | 26.6% | 334.2 | 33.3% |
| Orange | 10 | 769,221 | 53.8% | 453.0 | 45.1% |
| Palm Beach | 18 | 267,232 | 17.9% | 281.3 | 11.8% |
| Palm Beach | 20 | 233,546 | 15.7% | 1,667.6 | 70.0% |
| Palm Beach | 21 | 769,221 | 51.6% | 344.5 | 14.5% |
| Palm Beach | 22 | 222,192 | 14.9% | 89.9 | 3.8% |
| Pinellas | 12 | 12,815 | 1.3% | 33.9 | 3.9% |
| Pinellas | 13 | 769,221 | 80.2% | 705.3 | 81.8% |
| Pinellas | 14 | 177,071 | 18.5% | 123.3 | 14.3% |
| Sarasota | 16 | 271,119 | 62.5% | 649.2 | 66.5% |
| Sarasota | 17 | 162,887 | 37.5% | 326.4 | 33.5% |
| St. Johns | 4 | 173,125 | 63.3% | 371.9 | 45.3% |
| St. Johns | 6 | 100,300 | 36.7% | 449.6 | 54.7% |
| Volusia | 6 | 518,147 | 93.6% | 1,370.0 | 95.6% |
| Volusia | 7 | 35,396 | 6.4% | 62.4 | 4.4% |
| Walton | 1 | 47,648 | 63.3% | 821.5 | 58.3% |
| Walton | 2 | 27,657 | 36.7% | 588.0 | 41.7% |

SEN-0000723

Split Counties and Cities
PageID 5177

Plan S000C8040



| City | Dist. | Total Pop | Pop% | Total Area | Area% |
|---|---|---|---|---|---|
| Belle Isle | 9 | 216 | 3.1% | 0.2 | 3.7% |
| Belle Isle | 10 | 6,816 | 96.9% | 5.0 | 96.3% |
| Clearwater | 13 | 82,282 | 70.2% | 25.4 | 70.8% |
| Clearwater | 14 | 35,010 | 29.9% | 10.5 | 29.2% |
| Clermont | 11 | 43,021 | 100.0% | 17.4 | 91.1% |
| Clermont | 28 | 0 | 0.0% | 1.7 | 8.9% |
| Cutler Bay | 26 | 0 | 0.0% | 0.0 | 0.2% |
| Cutler Bay | 27 | 45,425 | 100.0% | 10.3 | 99.8% |
| DeBary | 6 | 9,468 | 42.5% | 8.0 | 36.7% |
| DeBary | 7 | 12,792 | 57.5% | 13.8 | 63.4% |
| Deerfield Beach | 20 | 29,350 | 33.8% | 4.8 | 29.5% |
| Deerfield Beach | 22 | 57,509 | 66.2% | 11.4 | 70.6% |
| DeFuniak Springs | 1 | 860 | 14.5% | 3.7 | 25.9% |
| DeFuniak Springs | 2 | 5,059 | 85.5% | 10.6 | 74.1% |
| Deltona | 6 | 76,307 | 81.4% | 33.7 | 82.4% |
| Deltona | 7 | 17,385 | 18.6% | 7.2 | 17.6% |
| Eatonville | 7 | 1,202 | 51.2% | 0.5 | 41.7% |
| Eatonville | 10 | 1,147 | 48.8% | 0.7 | 58.3% |
| Fort Lauderdale | 20 | 58,993 | 32.3% | 13.0 | 35.7% |
| Fort Lauderdale | 22 | 102,735 | 56.2% | 18.3 | 50.4% |
| Fort Lauderdale | 23 | 21,032 | 11.5% | 5.0 | 13.9% |
| Fort Myers | 17 | 32,184 | 37.3% | 19.8 | 40.4% |
| Fort Myers | 19 | 54,211 | 62.8% | 29.2 | 59.6% |
| Freeport | 1 | 5,587 | 95.3% | 15.3 | 80.4% |
| Freeport | 2 | 274 | 4.7% | 3.7 | 19.6% |
| Groveland | 11 | 16,026 | 86.6% | 24.3 | 93.0% |
| Groveland | 28 | 2,479 | 13.4% | 1.8 | 7.1% |
| Hallandale Beach | 23 | 28,737 | 69.7% | 3.0 | 65.9% |
| Hallandale Beach | 24 | 12,480 | 30.3% | 1.6 | 34.1% |
| Jacksonville | 4 | 461,184 | 48.6% | 412.9 | 47.2% |
| Jacksonville | 5 | 488,427 | 51.4% | 461.6 | 52.8% |
| Lake City | 2 | 6,672 | 54.1% | 6.1 | 49.9% |
| Lake City | 5 | 5,657 | 45.9% | 6.1 | 50.1% |
| Lake Park | 18 | 1,245 | 13.8% | 0.4 | 17.1% |
| Lake Park | 20 | 7,802 | 86.2% | 2.0 | 82.9% |
| Largo | 13 | 75,101 | 91.1% | 17.1 | 87.5% |
| Largo | 14 | 7,384 | 9.0% | 2.4 | 12.5% |
| Maitland | 7 | 13,664 | 69.9% | 4.8 | 73.6% |
| Maitland | 10 | 5,879 | 30.1% | 1.7 | 26.4% |
| Margate | 20 | 17,409 | 29.7% | 2.5 | 27.6% |
| Margate | 22 | 41,303 | 70.4% | 6.6 | 72.4% |
| Miami | 24 | 98,349 | 22.2% | 15.0 | 26.7% |
| Miami | 25 | 54,725 | 12.4% | 4.8 | 8.5% |
| Miami | 27 | 289,167 | 65.4% | 36.3 | 64.8% |
| Miami Gardens | 24 | 90,649 | 81.2% | 15.2 | 79.8% |
| Miami Gardens | 25 | 20,991 | 18.8% | 3.8 | 20.2% |
| Miramar | 23 | 76,594 | 56.9% | 24.0 | 77.2% |
| Miramar | 24 | 58,127 | 43.2% | 7.1 | 22.8% |
| North Palm Beach | 18 | 13,162 | 100.0% | 5.3 | 99.5% |
| North Palm Beach | 20 | 0 | 0.0% | 0.0 | 0.6% |
| Oakland Park | 20 | 15,037 | 34.0% | 3.7 | 44.6% |
| Oakland Park | 22 | 29,192 | 66.0% | 4.5 | 55.4% |
| Opa-locka | 24 | 9,537 | 57.9% | 1.5 | 34.0% |
| Opa-locka | 25 | 6,926 | 42.1% | 3.0 | 66.0% |
| Orlando | 7 | 35,474 | 11.5% | 9.0 | 7.6% |
| Orlando | 9 | 86,183 | 28.0% | 63.9 | 53.7% |
| Orlando | 10 | 185,916 | 60.5% | 46.0 | 38.7% |
| Palm Beach | 18 | 2,634 | 28.5% | 2.7 | 34.4% |
| Palm Beach | 21 | 6,611 | 71.5% | 5.1 | 65.6% |
| Palm Beach Gardens | 18 | 59,182 | 100.0% | 59.3 | 99.9% |
| Palm Beach Gardens | 20 | 0 | 0.0% | 0.1 | 0.1% |
| Pembroke Pines | 23 | 170,725 | 99.7% | 34.7 | 99.9% |
| Pembroke Pines | 24 | 453 | 0.3% | 0.0 | 0.1% |
| Pinellas Park | 13 | 53,093 | 100.0% | 16.8 | 100.0% |
| Pinellas Park | 14 | 0 | 0.0% | 0.0 | 0.0% |
| Plantation | 20 | 41,374 | 45.1% | 9.0 | 40.9% |
| Plantation | 23 | 50,376 | 54.9% | 13.0 | 59.1% |
| Pompano Beach | 20 | 53,918 | 48.1% | 11.3 | 45.8% |
| Pompano Beach | 22 | 58,128 | 51.9% | 13.4 | 54.2% |
| Riviera Beach | 18 | 9,951 | 26.5% | 3.1 | 32.5% |
| Riviera Beach | 20 | 27,653 | 73.5% | 6.5 | 67.5% |
| Royal Palm Beach | 18 | 16,407 | 42.1% | 5.0 | 42.9% |
| Royal Palm Beach | 20 | 17,861 | 45.9% | 5.6 | 48.1% |
| Royal Palm Beach | 21 | 4,664 | 12.0% | 1.1 | 8.9% |
| St. Augustine | 4 | 2,447 | 17.1% | 1.6 | 12.1% |
| St. Augustine | 6 | 11,882 | 82.9% | 11.3 | 87.9% |
| St. Petersburg | 13 | 241,005 | 93.3% | 124.6 | 94.9% |
| St. Petersburg | 14 | 17,303 | 6.7% | 6.7 | 5.1% |
| Sunrise | 20 | 85,270 | 87.6% | 14.1 | 77.8% |
| Sunrise | 23 | 12,065 | 12.4% | 4.0 | 22.2% |
| Tallahassee | 2 | 82,107 | 41.9% | 69.0 | 66.5% |
| Tallahassee | 5 | 114,062 | 58.1% | 34.8 | 33.5% |
| Tampa | 14 | 263,534 | 68.5% | 126.1 | 71.7% |
| Tampa | 15 | 121,425 | 31.5% | 49.8 | 28.3% |
| Tarpon Springs | 12 | 11,582 | 46.1% | 10.2 | 57.5% |
| Tarpon Springs | 13 | 10,748 | 42.8% | 5.8 | 32.7% |
| Tarpon Springs | 14 | 2,787 | 11.1% | 1.7 | 9.8% |
| Umatilla | 6 | 1,415 | 38.4% | 1.9 | 45.5% |
| Umatilla | 11 | 2,270 | 61.6% | 2.3 | 54.5% |
| Venice | 16 | 12,178 | 47.8% | 10.9 | 61.9% |
| Venice | 17 | 13,285 | 52.2% | 6.7 | 38.1% |
| West Palm Beach | 18 | 18,256 | 15.6% | 33.2 | 57.2% |
| West Palm Beach | 20 | 63,092 | 53.7% | 16.2 | 27.9% |
| West Palm Beach | 21 | 36,067 | 30.7% | 8.6 | 14.9% |
| Winter Park | 7 | 28,902 | 97.0% | 10.0 | 96.6% |
| Winter Park | 10 | 893 | 3.0% | 0.4 | 3.4% |

Plan 5000C8040

| Dist | 2020 Census | | | | | | 2020 General Election Registered Voters | | | | | | | | | | | | | |
| | % who are: | | % who are: | | | % white are: | | % of voters who are: | | | + so Voters who are: | | | DEM who are: | | REP who are: | | % white who are: | |
| | Black | Hisp | DEM | REP | OTH | Black | Hisp | DEM | REP | %WCoh | DEM | REP | HPAdd | Black | Hisp | Black | Hisp | Black | Hisp |
| 5 | | | | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | | | | | | | | |

SEN-0000725

Plan 5000C8040

| Dist | 2020 Census | | Average Primary Election Turnout | | | | Voters w/no one: | | D. V who one: | | Average Dem & Election Turnout | | | | Black Voters w/no one: | | | Hisp Voters w/no one: | | | Black+Hisp Census Performance in Statewide Elections 2016-2020 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | VAP w/no one: | | DEV w/no one: | | R+P w/no one: | | | | | | RLP w/no one: | | S+P DR w/no one: | | | Black Voters w/no one: | | | Hisp Voters w/no one: | | | Avg -test | | W ns | | Margins | | |
| | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | NP+Ind | Black | Hisp. | Black | - s | Black | Hisp. | DEM | REP | NP+Ind | DEM | REP | NP+Oth | DEM | REP | DEV | REP | MAX | MIN | Avg |



| | | 5 | 5 | 12 | 21 | 24 | 25 | 26 | 27 |
|---|---|---|---|---|---|---|---|---|---|
| Plan SC/2C/2C40 | Dem | 41.74% | 12.61% | 28.14% | 53.84% | 52.04% | 7.96% | 10.12% | 7.07% |
| General Election | Rep | 9.04% | 57.21% | 21.50% | 22.13% | 27.75% | 70.57% | 72.25% | 71.14% |
| 2020 | President | D_Biden | 55.25% | 35.71% | 61.58% | 73.55% | 74.41% | 40.28% | 46.49% | 47.44% |
| | | R_Trump | 43.61% | 42.22% | 37.54% | 23.84% | 25.05% | 58.43% | 52.49% | 52.01% |
| | Governor | D_Gillum | 62.51% | 31.81% | 62.19% | 79.65% | 81.50% | 40.17% | 52.76% | 53.18% |
| | | R_DeSantis | 56.60% | 36.82% | 36.53% | 19.73% | 17.77% | 57.41% | 46.51% | 45.73% |
| | Attorney General | U_Shaw | 59.21% | 28.41% | 58.22% | 74.13% | 82.14% | 44.45% | 50.56% | 51.96% |
| | | R_Moody | 79.21% | 35.01% | 35.60% | 20.54% | 19.50% | 57.53% | 40.44% | 40.16% |
| 2018 | Chief Financial Officer | D_Ring | 60.56% | 35.81% | 60.59% | 79.53% | 81.61% | 45.82% | 51.18% | 52.95% |
| | | R_Patronis | 39.67% | 35.19% | 35.67% | 20.46% | 18.86% | 54.17% | 48.37% | 47.41% |
| | Agriculture Commissioner | U_Fried | 61.28% | 52.27% | 62.23% | 79.77% | 81.31% | 46.95% | 52.48% | 54.05% |
| | | R_Caldwell | 38.63% | 37.73% | 37.77% | 20.22% | 37.68% | 51.06% | 40.50% | 45.98% |
| | US Senator | D_Nelson | 62.26% | 50.52% | 62.01% | 79.66% | 81.40% | 46.47% | 52.46% | 54.47% |
| | | R_Scott | 37.75% | 49.44% | 37.49% | 20.43% | 18.51% | 53.52% | 46.54% | 45.52% |
| 2016 | President | D_Clinton | 58.56% | 31.93% | 60.09% | 77.52% | 81.10% | 52.56% | 56.86% | 54.41% |
| | | R_Trump | 30.01% | 34.53% | 30.07% | 20.71% | 17.25% | 45.16% | 40.91% | 40.05% |
| | US Senator | D_Murphy | 57.83% | 34.02% | 58.84% | 75.85% | 78.02% | 47.42% | 47.37% | 47.73% |
| | | R_Rubio | 44.90% | 41.04% | 41.35% | 22.55% | 21.86% | 50.55% | 46.47% | 52.75% |
| 2014 | Governor | D_Crist | 66.54% | 52.83% | 54.65% | 79.64% | 62.25% | 43.05% | 53.25% | 50.10% |
| | | R_Scott | 33.65% | 42.19% | 40.77% | 18.20% | 16.17% | 54.76% | 45.96% | 47.95% |
| | Attorney General | D_Sheldon | 55.20% | 48.01% | 57.29% | 75.88% | 74.69% | 42.77% | 45.90% | 46.28% |
| | | R_Bondi | 44.17% | 48.10% | 45.52% | 22.66% | 19.70% | 58.94% | 51.25% | 51.90% |
| | Chief Financial Officer | D_Rankin | 53.57% | 46.89% | 45.22% | 73.06% | 70.05% | 40.24% | 45.36% | 45.45% |
| | | R_Atwater | 46.47% | 51.17% | 50.28% | 24.67% | 20.04% | 59.75% | 54.17% | 55.57% |
| | Agriculture Commissioner | U_Hamilton | 55.57% | 47.72% | 45.47% | 76.82% | 74.92% | 45.79% | 46.54% | 44.45% |
| | | R_Putnam | 41.41% | 52.55% | 50.55% | 25.15% | 20.18% | 60.19% | 51.85% | 55.65% |
| 2012 | President | D_Obama | 61.53% | 51.85% | 58.77% | 80.03% | 83.83% | 51.07% | 54.48% | 59.77% |
| | | R_Romney | 38.14% | 47.49% | 40.14% | 19.14% | 16.82% | 48.44% | 44.51% | 47.29% |
| | US Senator | D_Nelson | 65.06% | 55.62% | 65.02% | 81.94% | 84.40% | 52.79% | 55.52% | 54.91% |
| | | R_Mack | 32.64% | 51.57% | 34.51% | 16.83% | 15.45% | 45.07% | 42.39% | 44.54% |

SEN-0000728



2016-2022
*Florida*
*State Senate Districts*
\* \* \* \* \*

Court Ordered on
December 30, 2015
\* \* \* \* \*

*See League of Women Voters
of Fla. v. Detzner,
No. 2012-CA-2842 (Fla. 2d Cir.)*

SEN-0000729

## Plan FLSD2016

| Dist | Deviation | | Voting Age Populations | | Area | Perim. | Conven. | Polsby- | Reock | Counties | | | Cities | | | Political and Geographic Boundaries | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | % | Black | Hisp | (sq mi) | (mi) | Hull | Popper | Ratio | Whole | Fran | Whole | Frac | City | County | Road | Water | Rail | Non-Pol/Geo |
| | 727,016 | 42.17% | 15.34% | 24.98% | 1,755.9 | 208.4 | 0.81 | 0.41 | 0.60 | 50 | 57 | 377 | 155 | 22% | 73% | 17% | 37% | 1% | 11% |
| 1 | -621 | -0.22% | 15.78% | 5.01% | 1,527 | 281 | 0.84 | 0.41 | 3.58 | 3 | 1 | 3 | 1 | 6% | 79% | 13% | 53% | 0% | 2% |
| 2 | 11,005 | 2.21% | 11.07% | 5.68% | 5,904 | 444 | 0.70 | 0.37 | 0.41 | 5 | 1 | 39 | - | 3% | 87% | 7% | 44% | 0% | 1% |
| 3 | -42,121 | -0.68% | 29.23% | 3.84% | 5,205 | 372 | 0.79 | 0.39 | 0.33 | 11 | 0 | 21 | 0 | 1% | 103% | 2% | 41% | 0% | 0% |
| 4 | 29,662 | 3.84% | 13.07% | 4.37% | 1,404 | 286 | 0.74 | 0.32 | 0.50 | 1 | 1 | 7 | - | 37% | 74% | 17% | 44% | 1% | 8% |
| 5 | -30,639 | -3.67% | 13.13% | 7.30% | 5,394 | 570 | 0.72 | 0.27 | 0.35 | 10 | 1 | 21 | 0 | 12% | 36% | 9% | 34% | 0% | 3% |
| 6 | -11,633 | -0.59% | 43.00% | 10.39% | 240 | 81 | 0.83 | 0.46 | 0.55 | 0 | 1 | 0 | - | 10% | 10% | 55% | 7% | 3% | 23% |
| 7 | -21,609 | -29.14% | 5.83% | 7.99% | 2,314 | 280 | 0.75 | 0.32 | 0.38 | 2 | 1 | 10 | 5 | 23% | 80% | 3% | 64% | 0% | 3% |
| 8 | 27,784 | 4.49% | 16.82% | 11.38% | 3,717 | 287 | 0.82 | 0.41 | 0.55 | 3 | 1 | 16 | - | 3% | 78% | 10% | 26% | 0% | 9% |
| 9 | 16,349 | 3.04% | 12.18% | 20.46% | 450 | 180 | 0.85 | 0.82 | 0.48 | 1 | 1 | 3 | 2 | 33% | 53% | 3% | 41% | 0% | 9% |
| 10 | 7,984 | 1.48% | 4.65% | 10.57% | 2,000 | 283 | 0.73 | 0.34 | 0.47 | 2 | 1 | 4 | 3 | 8% | 74% | 4% | 53% | 0% | 14% |
| 11 | 17,600 | 3.21% | 30.34% | 22.55% | 306 | 103 | 0.77 | 0.35 | 0.54 | 0 | 1 | 3 | 5 | 29% | 53% | 9% | 29% | 0% | 11% |
| 12 | 46,214 | 8.58% | 8.87% | 10.65% | 3,051 | 324 | 0.72 | 0.24 | 0.55 | 1 | 2 | 16 | 1 | 17% | 32% | 15% | 26% | 0% | 14% |
| 13 | 10,098 | 1.88% | 12.03% | 36.40% | 319 | 98 | 0.90 | 0.42 | 0.32 | 0 | 1 | 2 | 4 | 10% | 48% | 44% | 21% | 1% | 1% |
| 14 | -17,336 | -3.22% | 3.40% | 12.60% | 1,503 | 268 | 0.70 | 0.26 | 0.41 | 0 | 2 | 3 | 6 | 23% | 70% | 14% | 51% | 0% | 11% |
| 15 | 175,490 | 32.59% | 11.48% | 42.29% | 1,584 | 232 | 0.87 | 0.37 | 0.44 | 1 | 1 | 7 | 2 | 3% | 76% | 10% | 39% | 0% | 4% |
| 16 | -31,712 | -5.83% | 5.65% | 11.17% | 580 | 103 | 0.96 | 0.68 | 0.62 | 0 | 2 | 3 | 4 | 15% | 44% | 3% | 65% | 0% | 15% |
| 17 | 4,867 | 0.90% | 5.75% | 10.85% | 1,348 | 178 | 0.89 | 0.35 | 0.47 | 1 | 1 | 17 | - | 5% | 32% | 2% | 46% | 0% | 4% |
| 18 | -11,709 | -2.68% | 9.49% | 32.01% | 869 | 62 | 0.89 | 0.40 | 0.44 | 0 | 1 | 0 | - | 4% | 32% | 21% | 17% | 1% | 5% |
| 19 | 41,904 | 7.79% | 31.13% | 21.41% | 352 | 131 | 0.84 | 0.26 | 0.42 | 0 | 2 | 1 | 3 | 21% | 84% | 21% | 30% | 0% | 32% |
| 20 | 10,061 | 2.98% | 14.77% | 20.74% | 293 | 134 | 0.87 | 0.38 | 0.71 | 0 | 2 | 3 | 5 | 34% | 15% | 97% | 58% | 1% | 24% |
| 21 | 49,088 | 9.12% | 8.51% | 16.57% | 1,438 | 220 | 0.71 | 0.37 | 0.43 | 0 | 2 | 3 | 2 | 4% | 71% | 10% | 33% | 0% | 14% |
| 22 | 73,556 | -3.68% | 13.38% | 35.00% | 1,955 | 277 | 0.71 | 0.20 | 0.41 | 0 | 2 | 10 | 6 | 38% | 30% | 8% | 55% | 0% | 19% |
| 23 | 3,626 | 0.67% | 4.13% | 8.25% | 1,383 | 166 | 0.91 | 0.61 | 0.38 | 1 | 2 | 3 | 1 | 8% | 84% | 1% | 63% | 0% | 3% |
| 24 | 47,291 | 8.88% | 8.14% | 9.40% | 450 | 117 | 0.83 | 0.45 | 0.66 | 0 | 1 | 15 | 5 | 30% | 72% | 3% | 80% | 0% | 11% |
| 25 | -6,821 | -1.27% | 15.33% | 16.15% | 2,163 | 221 | 0.85 | 0.61 | 0.57 | 2 | 1 | 0 | 4 | 15% | 59% | 11% | 10% | 0% | 8% |
| 26 | -40,876 | -7.58% | 5.97% | 10.07% | 5,007 | 190 | 0.90 | 0.30 | 0.66 | 1 | 3 | 15 | 3 | 17% | 73% | 11% | 70% | 0% | 6% |
| 27 | -21,381 | 3.66% | 7.78% | 18.28% | 1,117 | 152 | 0.93 | 0.61 | 0.65 | 0 | 3 | 4 | 2 | 4% | 47% | 16% | 58% | 0% | 20% |
| 28 | 25,101 | 4.66% | 8.97% | 26.33% | 4,098 | 320 | 0.83 | 0.30 | 0.48 | 2 | 1 | 3 | 1 | 2% | 78% | 3% | 43% | 0% | 9% |
| 29 | 10,332 | 1.92% | 12.00% | 18.45% | 1,224 | 203 | 0.78 | 0.37 | 0.42 | 0 | 2 | 5 | 6 | 30% | 42% | 31% | 24% | 0% | 5% |
| 30 | -9,285 | -1.72% | 1.19% | 20.54% | 363 | 101 | 0.88 | 0.45 | 0.60 | 0 | 1 | 14 | 8 | 38% | 35% | 10% | 41% | 0% | 19% |
| 31 | -2,702 | -0.49% | 18.70% | 25.76% | 108 | 69 | 0.87 | 0.44 | 0.67 | 0 | 1 | 0 | 3 | 37% | 16% | 33% | 47% | 0% | 8% |
| 32 | -25,268 | -4.69% | 13.89% | 32.83% | 950 | 160 | 0.83 | 0.23 | 0.51 | 0 | 1 | 0 | 6 | 22% | 30% | 11% | 19% | 0% | 8% |
| 33 | 10,860 | 3.23% | 90.00% | 22.71% | 83 | 61 | 0.76 | 0.28 | 0.55 | 0 | 1 | 5 | 5 | 69% | 0% | 28% | 8% | 8% | 9% |
| 34 | -27,012 | -5.02% | 13.78% | 26.37% | 165 | 83 | 0.71 | 0.30 | 0.78 | 0 | 1 | 0 | 4 | 59% | 46% | 21% | 30% | 0% | 3% |
| 35 | 31,926 | 5.83% | 44.29% | 41.88% | 93 | 69 | 0.70 | 0.25 | 0.35 | 0 | 3 | 3 | 3 | 81% | 13% | 38% | 3% | 0% | 15% |
| 36 | -37,466 | 1.02% | 11.77% | 41.00% | 153 | 55 | 0.72 | 0.65 | 0.70 | 0 | 1 | 1 | 1 | 83% | 16% | 40% | 9% | 4% | 22% |
| 37 | 39,760 | 5.54% | 8.54% | 77.94% | 741 | 73 | 0.86 | 0.58 | 0.60 | 0 | 1 | 3 | 3 | 37% | 21% | 19% | 55% | 0% | 8% |
| 38 | -30,265 | -0.15% | 88.01% | 44.16% | 127 | 62 | 0.89 | 0.72 | 0.55 | 0 | 1 | 12 | 4 | 35% | 36% | 14% | 45% | 0% | 15% |
| 39 | 3,326 | 0.67% | 11.12% | 98.78% | 7,021 | 339 | 0.54 | 0.23 | 0.33 | 1 | 1 | 7 | 3 | 1% | 78% | 4% | 79% | 0% | 4% |
| 40 | -46,900 | -8.62% | 9.03% | 74.02% | 42 | 43 | 0.94 | 0.67 | 0.65 | 0 | 1 | 0 | 0 | 39% | 0% | 46% | 9% | 0% | 43% |

**Overall numbers of county and city splits:**

| In Plan FLSD2016 | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 50 | 90 | 13 | 12 | 31 | 42 | 51 | | 41 | 367 | 55 | 375 | 116 | 32 | | |

| Districts have some Crty and County Boundaries | |
|---|---|
| Number of Counties | 50 |
| Counties with only one district | 90 |
| District within only one county | 13 |
| Counties split into more than one district | 12 |
| Counties with all population in a single district | 31 |
| Aggregate number of county splits | 42 |
| Number of Cities | 51 |
| Cities with only one district | 41 |
| Cities split into more than one district | 367 |
| Cities with all population in only one district | 55 |
| Aggregate number of city splits | 375 |
| Aggregate number of splits with population | 116 |

Plan FLSD2016

| Counties included in more than one district | | | | | | Counties included in more than one district | | | | | | Counties included in more than one district | | | | | | Counties included in more than one district | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| County | Dist. | Total Pop | Pop% | Total Area | Area% | County | Dist. | Total Pop | Pop% | Total Area | Area% | County | Dist. | Total Pop | Pop% | Total Area | Area% | County | Dist. | Total Pop | Pop% | Total Area | Area% |
| Brevard | 14 | 223,083 | 36.8% | 776.1 | 49.8% | | | | | | | | | | | | | | | | | | |
| Brevard | 17 | 383,529 | 63.2% | 781.0 | 50.2% | | | | | | | | | | | | | | | | | | |
| Broward | 29 | 143,742 | 7.4% | 37.5 | 2.9% | | | | | | | | | | | | | | | | | | |
| Broward | 32 | 513,187 | 26.4% | 950.4 | 72.6% | | | | | | | | | | | | | | | | | | |
| Broward | 33 | 521,595 | 26.8% | 83.4 | 6.4% | | | | | | | | | | | | | | | | | | |
| Broward | 34 | 511,443 | 26.3% | 185.1 | 14.2% | | | | | | | | | | | | | | | | | | |
| Broward | 35 | 254,408 | 13.1% | 52.0 | 4.0% | | | | | | | | | | | | | | | | | | |
| Charlotte | 23 | 108,075 | 57.8% | 357.8 | 37.8% | | | | | | | | | | | | | | | | | | |
| Charlotte | 26 | 78,772 | 42.2% | 589.4 | 62.2% | | | | | | | | | | | | | | | | | | |
| Duval | 4 | 468,765 | 47.1% | 678.3 | 73.9% | | | | | | | | | | | | | | | | | | |
| Duval | 6 | 526,802 | 52.9% | 240.2 | 26.2% | | | | | | | | | | | | | | | | | | |
| Hillsborough | 18 | 524,046 | 35.9% | 263.5 | 19.8% | | | | | | | | | | | | | | | | | | |
| Hillsborough | 19 | 453,240 | 31.1% | 285.8 | 21.5% | | | | | | | | | | | | | | | | | | |
| Hillsborough | 20 | 294,643 | 20.2% | 308.5 | 23.2% | | | | | | | | | | | | | | | | | | |
| Hillsborough | 21 | 187,833 | 12.9% | 474.2 | 35.6% | | | | | | | | | | | | | | | | | | |
| Lake | 12 | 261,417 | 68.1% | 850.1 | 73.5% | | | | | | | | | | | | | | | | | | |
| Lake | 22 | 122,539 | 31.9% | 306.7 | 26.5% | | | | | | | | | | | | | | | | | | |
| Lee | 26 | 32,817 | 4.3% | 94.9 | 6.3% | | | | | | | | | | | | | | | | | | |
| Lee | 27 | 579,819 | 76.2% | 1,116.9 | 73.7% | | | | | | | | | | | | | | | | | | |
| Lee | 28 | 148,186 | 19.5% | 303.1 | 20.0% | | | | | | | | | | | | | | | | | | |
| Manatee | 21 | 399,710 | 100.0% | 964.0 | 100.0% | | | | | | | | | | | | | | | | | | |
| Manatee | 23 | 0 | 0.0% | 0.1 | 0.0% | | | | | | | | | | | | | | | | | | |
| Marion | 5 | 18,026 | 4.8% | 120.3 | 7.2% | | | | | | | | | | | | | | | | | | |
| Marion | 8 | 164,382 | 43.7% | 921.7 | 55.4% | | | | | | | | | | | | | | | | | | |
| Marion | 12 | 193,500 | 51.5% | 620.7 | 37.3% | | | | | | | | | | | | | | | | | | |
| Miami-Dade | 35 | 252,721 | 9.4% | 44.4 | 1.9% | | | | | | | | | | | | | | | | | | |
| Miami-Dade | 36 | 500,689 | 18.5% | 153.3 | 6.4% | | | | | | | | | | | | | | | | | | |
| Miami-Dade | 37 | 508,693 | 18.8% | 240.7 | 10.1% | | | | | | | | | | | | | | | | | | |
| Miami-Dade | 38 | 488,200 | 18.1% | 127.4 | 5.3% | | | | | | | | | | | | | | | | | | |
| Miami-Dade | 39 | 458,909 | 17.0% | 1,731.5 | 72.5% | | | | | | | | | | | | | | | | | | |
| Miami-Dade | 40 | 492,555 | 18.2% | 92.0 | 3.9% | | | | | | | | | | | | | | | | | | |
| Okaloosa | 1 | 27,929 | 13.2% | 278.9 | 22.4% | | | | | | | | | | | | | | | | | | |
| Okaloosa | 2 | 183,739 | 86.8% | 967.8 | 77.6% | | | | | | | | | | | | | | | | | | |
| Orange | 11 | 556,064 | 38.9% | 306.4 | 30.5% | | | | | | | | | | | | | | | | | | |
| Orange | 13 | 548,553 | 38.4% | 318.8 | 31.8% | | | | | | | | | | | | | | | | | | |
| Orange | 15 | 325,291 | 22.8% | 378.3 | 37.7% | | | | | | | | | | | | | | | | | | |
| Palm Beach | 25 | 43,977 | 3.0% | 665.0 | 27.9% | | | | | | | | | | | | | | | | | | |
| Palm Beach | 29 | 384,381 | 25.8% | 1,186.7 | 49.8% | | | | | | | | | | | | | | | | | | |
| Palm Beach | 30 | 529,170 | 35.5% | 363.5 | 15.3% | | | | | | | | | | | | | | | | | | |
| Palm Beach | 31 | 534,663 | 35.8% | 168.0 | 7.1% | | | | | | | | | | | | | | | | | | |
| Pasco | 10 | 198,081 | 35.3% | 523.9 | 51.6% | | | | | | | | | | | | | | | | | | |
| Pasco | 16 | 165,779 | 29.5% | 234.7 | 23.1% | | | | | | | | | | | | | | | | | | |
| Pasco | 20 | 198,031 | 35.2% | 256.2 | 25.2% | | | | | | | | | | | | | | | | | | |
| Pinellas | 16 | 341,264 | 35.6% | 345.7 | 40.1% | | | | | | | | | | | | | | | | | | |
| Pinellas | 19 | 127,179 | 13.3% | 66.6 | 7.7% | | | | | | | | | | | | | | | | | | |
| Pinellas | 24 | 490,664 | 51.2% | 450.2 | 52.2% | | | | | | | | | | | | | | | | | | |
| Polk | 20 | 61,842 | 8.5% | 148.3 | 7.4% | | | | | | | | | | | | | | | | | | |
| Polk | 22 | 489,472 | 67.5% | 758.0 | 37.7% | | | | | | | | | | | | | | | | | | |
| Polk | 26 | 173,732 | 24.0% | 1,104.1 | 54.9% | | | | | | | | | | | | | | | | | | |
| Volusia | 7 | 204,257 | 36.9% | 621.7 | 43.4% | | | | | | | | | | | | | | | | | | |
| Volusia | 9 | 51,250 | 9.3% | 84.3 | 5.9% | | | | | | | | | | | | | | | | | | |
| Volusia | 14 | 298,036 | 53.8% | 726.5 | 50.7% | | | | | | | | | | | | | | | | | | |

SEN-0000731

Plan FLSD2016

| City | Dist. | Total Pop | Pop% | Total Area | Area% |
|---|---|---|---|---|---|
| Bartow | 22 | 0 | 0.0% | 0.0 | 0.0% |
| Bartow | 26 | 19,309 | 100.0% | 52.7 | 100.0% |
| Belle Glade | 25 | 20 | 0.1% | 0.5 | 7.2% |
| Belle Glade | 29 | 16,678 | 99.9% | 6.5 | 92.9% |
| Belleair | 16 | 0 | 0.0% | 0.0 | 0.1% |
| Belleair | 24 | 4,273 | 100.0% | 2.5 | 99.9% |
| Bonita Springs | 27 | 350 | 0.7% | 0.5 | 1.0% |
| Bonita Springs | 28 | 53,294 | 99.4% | 46.1 | 99.0% |
| Clearwater | 16 | 117,279 | 100.0% | 35.8 | 99.9% |
| Clearwater | 24 | 13 | 0.0% | 0.0 | 0.1% |
| Coral Springs | 29 | 50,644 | 37.7% | 9.5 | 39.4% |
| Coral Springs | 32 | 83,750 | 62.3% | 14.5 | 60.6% |
| Cutler Bay | 37 | 45,400 | 99.9% | 10.3 | 100.0% |
| Cutler Bay | 39 | 25 | 0.1% | 0.0 | 0.0% |
| Dade City | 10 | 6 | 0.1% | 0.0 | 0.8% |
| Dade City | 29 | 7,269 | 99.9% | 6.3 | 99.2% |
| Daytona Beach | 7 | 72,562 | 99.9% | 67.9 | 99.6% |
| Daytona Beach | 14 | 85 | 0.1% | 0.3 | 0.4% |
| Daytona Beach Shores | 7 | 5,175 | 99.9% | 0.9 | 99.9% |
| Daytona Beach Shores | 14 | 4 | 0.1% | 0.0 | 0.1% |
| DeLand | 7 | 376 | 1.0% | 0.7 | 3.4% |
| DeLand | 14 | 36,975 | 99.0% | 18.6 | 96.6% |
| Delray Beach | 29 | 98 | 0.2% | 0.0 | 0.1% |
| Delray Beach | 31 | 66,748 | 99.9% | 16.5 | 99.9% |
| Deltona | 9 | 42 | 0.1% | 0.0 | 0.1% |
| Deltona | 14 | 93,650 | 100.0% | 40.8 | 99.9% |
| Eatonville | 11 | 2,349 | 100.0% | 1.1 | 96.1% |
| Eatonville | 13 | 0 | 0.0% | 0.1 | 4.0% |
| Estero | 27 | 21,505 | 58.2% | 13.4 | 52.7% |
| Estero | 28 | 15,434 | 41.8% | 12.0 | 47.3% |
| Fort Lauderdale | 32 | 5,737 | 3.1% | 1.0 | 2.7% |
| Fort Lauderdale | 33 | 64,497 | 35.3% | 13.4 | 37.0% |
| Fort Lauderdale | 34 | 112,526 | 61.6% | 21.9 | 60.4% |
| Fort Walton Beach | 1 | 17 | 0.1% | 0.1 | 1.5% |
| Fort Walton Beach | 2 | 20,905 | 99.9% | 7.6 | 98.5% |
| Groveland | 12 | 13 | 0.1% | 4.9 | 18.8% |
| Groveland | 22 | 18,492 | 99.9% | 21.2 | 81.2% |
| Hollywood | 32 | 78 | 0.1% | 0.0 | 0.0% |
| Hollywood | 34 | 152,989 | 100.0% | 30.8 | 100.0% |
| Jacksonville | 4 | 422,809 | 44.5% | 634.3 | 72.5% |
| Jacksonville | 6 | 526,802 | 55.5% | 240.2 | 27.5% |
| Jupiter | 25 | 0 | 0.0% | 0.1 | 0.4% |
| Jupiter | 30 | 61,047 | 100.0% | 23.0 | 99.6% |
| Lake Wales | 22 | 0 | 0.0% | 0.0 | 0.1% |
| Lake Wales | 26 | 16,361 | 100.0% | 20.1 | 99.9% |
| Lakeland | 20 | 34 | 0.0% | 0.2 | 0.3% |
| Lakeland | 22 | 112,607 | 100.0% | 75.0 | 99.7% |
| Lakeland | 26 | 0 | 0.0% | 0.0 | 0.0% |
| Largo | 16 | 148 | 0.2% | 0.0 | 0.1% |
| Largo | 24 | 82,337 | 99.8% | 19.5 | 99.9% |
| Longboat Key | 21 | 2,746 | 36.6% | 8.3 | 51.7% |
| Longboat Key | 23 | 4,759 | 63.4% | 7.7 | 48.3% |
| Maitland | 11 | 19,543 | 100.0% | 6.5 | 99.9% |
| Maitland | 13 | 0 | 0.0% | 0.1 | 0.1% |
| Mascotte | 12 | 6,609 | 100.0% | 18.0 | 99.7% |

| City | Dist. | Total Pop | Pop% | Total Area | Area% |
|---|---|---|---|---|---|
| Mascotte | 22 | 0 | 0.0% | 0.1 | 0.3% |
| Miami | 37 | 311,297 | 70.4% | 38.1 | 68.0% |
| Miami | 38 | 130,944 | 29.6% | 18.0 | 32.0% |
| Miami Beach | 37 | 18 | 0.0% | 0.0 | 0.3% |
| Miami Beach | 38 | 82,872 | 100.0% | 15.2 | 99.7% |
| Minneola | 12 | 13,825 | 99.9% | 11.4 | 99.4% |
| Minneola | 22 | 18 | 0.1% | 0.1 | 0.6% |
| North Miami | 35 | 590 | 1.0% | 0.1 | 0.6% |
| North Miami | 38 | 59,601 | 99.0% | 10.0 | 99.4% |
| Oakland Park | 33 | 44,229 | 100.0% | 8.2 | 100.0% |
| Oakland Park | 34 | 0 | 0.0% | 0.0 | 0.0% |
| Ocala | 8 | 63,566 | 100.0% | 45.8 | 96.8% |
| Ocala | 12 | 25 | 0.0% | 1.5 | 3.2% |
| Oldsmar | 16 | 14,887 | 99.9% | 10.1 | 100.0% |
| Oldsmar | 24 | 11 | 0.1% | 0.0 | 0.0% |
| Orange City | 9 | 12,632 | 100.0% | 7.9 | 99.9% |
| Orange City | 14 | 0 | 0.0% | 0.0 | 0.1% |
| Orlando | 11 | 139,814 | 45.5% | 35.9 | 30.2% |
| Orlando | 13 | 131,835 | 42.9% | 35.6 | 30.0% |
| Orlando | 15 | 35,924 | 11.7% | 47.4 | 39.9% |
| Palm Beach | 30 | 9,140 | 98.9% | 7.8 | 99.9% |
| Palm Beach | 31 | 105 | 1.1% | 0.0 | 0.1% |
| Palm Springs | 30 | 0 | 0.0% | 0.0 | 0.0% |
| Palm Springs | 31 | 26,890 | 100.0% | 4.3 | 100.0% |
| Pembroke Pines | 32 | 72,881 | 42.6% | 17.8 | 51.3% |
| Pembroke Pines | 35 | 98,297 | 57.4% | 16.9 | 48.7% |
| Plantation | 32 | 91,750 | 100.0% | 22.0 | 99.9% |
| Plantation | 33 | 0 | 0.0% | 0.0 | 0.1% |
| Pompano Beach | 29 | 0 | 0.0% | 0.0 | 0.0% |
| Pompano Beach | 33 | 58,013 | 51.8% | 14.3 | 58.0% |
| Pompano Beach | 34 | 54,033 | 48.2% | 10.4 | 42.0% |
| Port Orange | 7 | 15 | 0.0% | 0.0 | 0.1% |
| Port Orange | 14 | 62,581 | 100.0% | 28.8 | 100.0% |
| Rockledge | 14 | 27,678 | 100.0% | 14.9 | 99.8% |
| Rockledge | 17 | 0 | 0.0% | 0.0 | 0.2% |
| Royal Palm Beach | 29 | 0 | 0.0% | 0.0 | 0.0% |
| Royal Palm Beach | 30 | 38,932 | 100.0% | 11.7 | 100.0% |
| San Antonio | 10 | 0 | 0.0% | 0.0 | 0.8% |
| San Antonio | 20 | 1,297 | 100.0% | 1.4 | 99.2% |
| South Daytona | 7 | 12,850 | 99.9% | 5.1 | 99.9% |
| South Daytona | 14 | 15 | 0.1% | 0.0 | 0.1% |
| St. Petersburg | 19 | 114,831 | 44.5% | 62.6 | 47.7% |
| St. Petersburg | 24 | 143,477 | 55.5% | 68.7 | 52.3% |
| Sunrise | 32 | 35,497 | 36.5% | 9.9 | 54.9% |
| Sunrise | 33 | 61,838 | 63.5% | 8.2 | 45.1% |
| Sweetwater | 36 | 167 | 0.9% | 1.0 | 43.7% |
| Sweetwater | 39 | 19,196 | 99.1% | 1.3 | 56.3% |
| Tampa | 18 | 198,284 | 51.5% | 110.2 | 62.7% |
| Tampa | 19 | 126,022 | 32.7% | 35.5 | 20.2% |
| Tampa | 20 | 60,653 | 15.8% | 30.2 | 17.2% |
| Temple Terrace | 19 | 0 | 0.0% | 0.4 | 5.0% |
| Temple Terrace | 20 | 26,690 | 100.0% | 7.3 | 95.0% |
| Wellington | 29 | 61,291 | 99.4% | 45.4 | 99.9% |
| Wellington | 30 | 346 | 0.6% | 0.1 | 0.1% |
| Westlake | 25 | 0 | 0.0% | 2.2 | 34.0% |

| City | Dist. | Total Pop | Pop% | Total Area | Area% |
|---|---|---|---|---|---|
| Westlake | 30 | 906 | 100.0% | 4.3 | 66.0% |
| Winter Garden | 11 | 46,934 | 99.9% | 17.8 | 99.2% |
| Winter Garden | 15 | 30 | 0.1% | 0.1 | 0.8% |
| Winter Park | 11 | 21 | 0.1% | 0.0 | 0.0% |
| Winter Park | 13 | 29,774 | 99.9% | 10.4 | 100.0% |

SEN-0000732

Plan FLSD2016

| Dist | 2020 Census | | 2020 General Election Registered Voters | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | VAP who are: | | EV who are: | | | Av who are: | | Aver voters who are: | | + 65 Voters who are: | | | DEM who are: | | REP who are: | | NONVAP who are: | |
| | Black | Hisp | DEM | REP | OTH | Black | Hisp | DEM | REP | NONCeh | DEM | REP | NPA-Oth | Black | Hisp | Black | Hisp | Black | Hisp |
| 9 | 17.06% | 13.39% | 12.28% | 26.10% | 21.22% | 12.83% | 5.10% | 41.54% | 3.21% | 1.20% | 1.64% | 21.20% | 37.00% | 6.86% | 7.30% | 5.27% | 4.31% | 16.79% | 9.72% |
| 11 | 36.4% | 29.35% | 49.22% | 21.92% | 28.03% | 32.33% | 15.99% | 79.40% | 3.30% | 18.43% | 63.43% | 14.08% | 18.55% | 32.58% | 15.15% | 4.41% | 19.24% | 21.58% | 22.18% |
| 12 | 11.41% | 55.59% | 40.11% | 27.17% | 34.51% | 8.71% | 34.60% | 7.86% | 4.35% | 13.68% | 16.47% | 14.35% | 43.57% | 12.65% | 45.55% | 1.47% | 22.41% | 5.61% | 45.16% |
| 19 | 92.73% | 21.41% | 49.43% | 22.12% | 28.42% | 50.09% | 14.72% | 79.33% | 2.90% | 1.08% | 64.47% | 16.00% | 58.91% | 48.29% | 18.24% | 4.72% | 13.96% | 19.79% | 20.15% |
| 22 | 56.01% | 22.31% | 43.18% | 15.45% | 24.37% | 47.94% | 15.14% | 76.06% | 2.43% | 18.66% | 64.34% | 17.64% | 45.66% | 47.12% | 11.63% | 3.24% | 19.16% | 43.79% | 22.76% |
| 1 | 41.74% | 11.99% | 10.72% | 12.11% | 20.09% | 22.20% | 31.54% | 44.13% | 2.72% | 1.70% | 39.49% | 24.19% | 55.01% | 61.97% | 20.55% | 8.77% | 57.90% | 27.04% | 43.92% |
| 36 | 6.02% | 69.09% | 30.82% | 34.07% | 34.71% | 5.47% | 79.21% | 42.46% | 8.43% | 14.14% | 28.70% | 37.07% | 38.29% | 24.87% | 72.25% | 2.58% | 58.18% | 2.28% | 62.53% |
| 43 | 6.58% | 72.26% | 36.17% | 33.13% | 33.17% | 5.06% | 59.90% | 22.75% | 4.42% | 39.94% | 41.34% | 18.11% | 44.79% | 54.13% | 60.77% | 10.62% | 69.04% | 2.05% | 63.19% |
| 39 | 11.52% | 69.72% | 34.15% | 34.39% | 31.89% | 10.02% | 59.40% | 78.72% | 5.23% | 17.80% | 28.22% | 37.40% | 56.49% | 23.24% | 49.36% | 2.95% | 69.85% | 5.65% | 64.51% |
| 41 | 6.69% | 74.92% | 33.27% | 33.55% | 33.18% | 7.57% | 89.96% | 76.47% | 3.34% | 17.72% | 27.47% | 37.64% | 44.59% | 17.44% | 57.77% | 2.73% | 79.11% | 3.92% | 72.95% |

SEN-0000733

Plan FLSD2016

| Dist | 2020 Census VAP who are | | Average PY Pry Election Turnout | | | | Voters who are: | | | D. V who are: | | ALE who are: | | Combined who are: | | | Black Voters who are: | | | Hisp Voters who are: | | | Gove all 5 other Performance in Statewide Elections 2012-2020 | | | | Margins | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | NPA/Oth | Black | Hisp. | Black | Hisp. | Black | Hisp. | DEM | REP | NPA/Oth | DEM | REP | NPA/Oth | DEM | REP | NPA/Oth | Avg Perf | REP | DEV | REP | MAX | MIN | Avg |
| 6 | | 30.89% | 68.22% | 1.73% | 0.31% | 2.64% | 37.25% | 31.17% | 19.57% | 68.44% | 2.74% | 1.66% | 1.96% | 25.40% | 6.92% | 66.48% | 2.13% | 5.79% | 10.00% | 27.01% | 28.84% | | 70.9% | 14 | 0 | D-29.6% | D-2.6% | 2-41.0% |
| | 30.45% | 21.25% | 58.54% | 0.78% | 2.76% | 4.78% | 30.55% | 23.28% | 21.15% | 54.83% | 1.10% | 1.06% | 7.24% | 28.91% | 27.28% | 84.88% | 2.08% | 12.85% | 90.68% | 7.02% | 31.42% | | 86.0% | 15 | 0 | D-38.2% | D-8.9% | 2-23.3% |
| | | 27.3% | 10.17% | 10.4% | 0.40% | 5.6% | 21.3% | 31.64% | 27.16% | 19.61% | 40.06% | 1.14% | 16.16% | 5.50% | 37.05% | 72.23% | 2.16% | 17.27% | 53.10% | 12.64% | 31.67% | | 93.0% | 11 | 3 | D-7.5% | D-5% | 2-11% |
| 29 | 12.88% | 21.42% | 51.41% | 7.94% | 2.67% | 5.20% | 31.20% | 25.09% | 21.71% | 50.59% | 9.40% | 3.20% | 4.64% | 16.67% | 24.49% | 82.49% | 2.74% | 11.56% | 49.19% | 19.53% | 40.68% | | 64.5% | 14 | 0 | D-46.0% | D-11.0% | 2-49.0% |
| 28 | | 20.3% | 67.04% | 4.59% | 6.63% | 1.54% | 66.04% | 14.17% | 16.77% | 67.21% | 0.7% | 7.47% | 14.33% | 26.40% | 1.87% | 66.45% | 2.14% | 11.24% | 50.41% | 6.29% | 20.06% | | 14.1% | 15 | 0 | D-66.59% | D-37.49% | 2-61.49% |
| 3 | | 21.8% | 25.66% | 3.64% | 0.56% | 1.24% | 60.40% | 15.10% | 19.53% | 0.79% | 10.25% | 6.24% | 5.70% | 70.29% | 40.27% | 66.94% | 2.07% | 11.13% | 4.91% | 17.07% | 50.12% | | 19.2% | 15 | 0 | D-66.1% | D-29.0% | 2-43.0% |
| 39 | 6.07% | 40.49% | 25.47% | 96.28% | 0.90% | 44.20% | 31.83% | 40.07% | 22.15% | 27.21% | 58.55% | 0.44% | 26.11% | 2.31% | 86.42% | 37.20% | 2.61% | 12.31% | 26.21% | 44.08% | 20.2% | 46.5% | 52.5% | 3 | 11 | R-10.2% | R-12.5% | R 6.5% |
| | | 40.45% | 11.19% | 10.45% | 0.3% | 0.065% | 46.40% | 66.24% | 77.07% | 77.12% | 42.34% | 10.07% | 18.16% | 70.8% | 54.17% | 27.09% | 2.48% | 15.0% | 66.27% | 44.54% | 24.0% | | 31.0% | 11 | 3 | R-41.0% | R-41.0% | 2-45% |
| 39 | 11.55% | 59.78% | 39.00% | 2.37% | 0.45% | 68.01% | 33.04% | 59.23% | 29.73% | 33.78% | 42.67% | 0.70% | 62.75% | 4.94% | 59.37% | 44.24% | 2.79% | 12.35% | 26.34% | 45.22% | 27.04% | 43.3% | 52.4% | 0 | 4 | R-18.7% | R+7.7% | R+2.7% |
| 40 | 6.02% | 71.43% | 25.88% | 38.66% | 0.58% | 76.04% | 32.07% | 37.68% | 27.16% | 66.98% | 0.7% | 0.7% | 76.67% | 4.29% | 76.89% | 62.45% | 3.07% | 18.27% | 27.40% | 42.05% | 20.02% | 3 | 47.6% | 0 | 5 | R-7.65% | R 19.1% | 2-14% |

| | | 6 | 12 | 25 | 19 | 51 | 35 | 38 | 77 | 33 | 40 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Race H-v0201 3 | RVH- | | | 11.44% | | | | | | | |
| Primary Election | LIVAP | | | | | | | | | | |
| Governor (REP) | R_Bakeauf | | | | | | | | | | |
| | R_DeSantis | | | | | | | | | | |
| | R_Devine | | | | | | | | | | |
| | R_Langford | | | | | | | | | | |
| | R_Mereodante | | | | | | | | | | |
| | R_Kattun | | | | | | | | | | |
| | R_Putnam | | | | | | | | | | |
| | R_Wr te | | | | | | | | | | |
| Governor (DEM) | D_Gillum | | | | | | | | | | |
| | D_Graham | | | | | | | | | | |
| | D_Greene | | | | | | | | | | |
| | D_King | | | | | | | | | | |
| | D_Levine | | | | | | | | | | |
| | D_Pondmark | | | | | | | | | | |
| | D_Wetherbee | | | | | | | | | | |
| Attorney General (REP) | R_Moxey | | | | | | | | | | |
| | R_Wh te | | | | | | | | | | |
| Attorney General (DFM) | D_Shaw | | | | | | | | | | |
| | D_Torrens | | | | | | | | | | |
| | D_Caldwell | | | | | | | | | | |
| Agriculture Commissioner (REP) | R_Grimsley | | | | | | | | | | |
| | R_McCalister | | | | | | | | | | |
| | R_Troutman | | | | | | | | | | |
| Agriculture Commissioner (DEM) | D_Paine | | | | | | | | | | |
| | D_Porter | | | | | | | | | | |
| | D_Walker | | | | | | | | | | |
| La Senate (REP) | R_De la Puente | | | | | | | | | | |
| | R_Scott | | | | | | | | | | |
| US Senate (REP) | R_Rcruff | | | | | | | | | | |
| | R_Jensen | | | | | | | | | | |
| | R_Rubio | | | | | | | | | | |
| | R_Young | | | | | | | | | | |
| US Senate (DEM) | D_De la Faence | | | | | | | | | | |
| | D_Grayson | | | | | | | | | | |
| | D_Keith | | | | | | | | | | |
| | D_Nestor | | | | | | | | | | |
| | D_Murphy | | | | | | | | | | |
| Governor (REP) | R_Adeshina | | | | | | | | | | |
| | R_Crews-Neumann | | | | | | | | | | |
| | R_Scott | | | | | | | | | | |
| Governor (DEM) | D_Crist | | | | | | | | | | |
| | D_Rich | | | | | | | | | | |
| Attorney General (DEM) | D_Sheldon | | | | | | | | | | |
| | D_Thurston | | | | | | | | | | |
| US Senate (REP) | R_Mack | | | | | | | | | | |
| | R_McCalister | | | | | | | | | | |
| | R_Starr | | | | | | | | | | |
| | R_Weldon | | | | | | | | | | |
| US Senate (DEM) | D_Burkett | | | | | | | | | | |
| | D_Nelson | | | | | | | | | | |



Florida
State Senate Districts
S000S8046
* * * * *

Produced by
Florida Senate
Committee on Reapportionment
* * * * *

January 93, 2022

SEN-0000737

2/5/2022    Case 8:24-cv-00879-CEH-TPB-ALB   Census and Boundary Statistics   Document 113-11   Filed 05/13/25   Page 612 of 648    Page 2

PageID 5191

## Plan S000S8046

| Dist | Deviation Total | Deviation % | Voting Age Populations Black | Voting Age Populations Hisp. | Area (sq mi) | Area (mi) | Conver. 40th Percent | PtHwy Perimt Ratio | Reock Ratio | Counties Whole | Counties Frac | Cities Whole | Cities Frac | City | Count Agg | Farm | Warm | Plat | Non-Pol/Geo |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10382 | 1.32% | 15.53% | 34.98% | 1760 | 197.5 | 0.82 | 0.47 | 0.35 | 5 | 4 | 320 | 121 | 15% | 30% | 24% | 38% | 2% | 4% |
| 1 | 473 | 0.09% | 15.53% | 5.70% | 3,590 | 291 | 0.81 | 0.40 | 0.47 | 2 | 1 | 5 | 2 | 13% | 33% | 10% | 56% | 0% | 0% |
| 2 | 649 | 0.12% | 11.78% | 7.12% | 6,415 | 417 | 0.78 | 0.46 | 0.56 | 8 | 1 | 40 | 3 | 15% | 88% | 7% | 61% | 0% | 0% |
| 3 | 2,687 | 0.50% | 37.13% | 7.25% | 10,000 | 574 | 0.85 | 0.42 | 0.44 | 13 | 2 | 37 | 8 | 25% | 100% | 2% | 58% | 0% | 0% |
| 4 | 3,013 | 0.77% | 18.74% | 4.18% | 1,446 | 270 | 0.74 | 0.74 | 0.52 | 1 | 1 | 7 | – | 39% | 77% | 21% | 45% | 0% | 0% |
| 5 | 366 | 0.07% | 11.54% | 8.79% | 3,433 | 593 | 0.83 | 0.38 | 0.50 | 4 | 1 | 21 | 3 | 14% | 67% | 13% | 21% | 0% | 0% |
| 6 | 4,936 | 0.97% | 11.75% | 10.43% | 248 | 12 | 0.87 | 0.66 | 0.60 | 0 | 1 | 0 | | 14% | 14% | 30% | 0% | 0% | 0% |
| 7 | 3,122 | 0.68% | 7.81% | 7.85% | 2,533 | 280 | 0.79 | 0.41 | 0.49 | 3 | 1 | 13 | 5 | 14% | 86% | 13% | 51% | 0% | 0% |
| 8 | 1,648 | 0.37% | 13.85% | 12.39% | 3,728 | 127 | 0.89 | 0.44 | 0.44 | 2 | 1 | 15 | 3 | 7% | 87% | 13% | 45% | 0% | 0% |
| 9 | 3,020 | 0.58% | 8.41% | 20.15% | 366 | 109 | 0.81 | 0.39 | 0.56 | 1 | 1 | 7 | 3 | 20% | 33% | 2% | 57% | 0% | 0% |
| 10 | 84 | 0.02% | 4.88% | 8.19% | 2,403 | 278 | 0.75 | 0.39 | 0.35 | 3 | 1 | 9 | 0 | 9% | 88% | 11% | 48% | 0% | 0% |
| 11 | -1,218 | -0.79% | 37.48% | 25.35% | 258 | 83 | 0.87 | 0.46 | 0.47 | 0 | 1 | 7 | 7 | 10% | 28% | 27% | 25% | 0% | 0% |
| 12 | -1,821 | -0.34% | 5.89% | 15.73% | 1,395 | 226 | 0.72 | 0.32 | 0.35 | 1 | 1 | 14 | 3 | 12% | 89% | 10% | 34% | 0% | 2% |
| 13 | 4,667 | 0.87% | 11.30% | 38.05% | 489 | 112 | 0.94 | 0.49 | 0.52 | 0 | 1 | 8 | 3 | 12% | 74% | 7% | 27% | 3% | 7% |
| 14 | 3,235 | 0.42% | 11.31% | 13.23% | 1,475 | 222 | 0.80 | 0.37 | 0.52 | 0 | 2 | 12 | 4 | 8% | 54% | 21% | 66% | 0% | 0% |
| 15 | 5,144 | 0.96% | 12.77% | 32.20% | 1,578 | 288 | 0.84 | 0.37 | 0.44 | 1 | 1 | 9 | 3 | 3% | 49% | 9% | 39% | 0% | 3% |
| 16 | -3,250 | -0.60% | 5.22% | 10.61% | 655 | 114 | 0.89 | 0.64 | 0.55 | 0 | 2 | 9 | 2 | 12% | 45% | 28% | 54% | 0% | 1% |
| 17 | 1,337 | 0.29% | 10.05% | 10.14% | 1,701 | 188 | 0.78 | 0.43 | 0.43 | 0 | 1 | 15 | – | 1% | 79% | 10% | 53% | 7% | 0% |
| 18 | -2,461 | -0.18% | 8.41% | 32.62% | 281 | 89 | 0.78 | 0.41 | 0.49 | 0 | 1 | 0 | – | 45% | 88% | 19% | 41% | 1% | 6% |
| 19 | -3,007 | -0.55% | 11.26% | 21.78% | 381 | 111 | 0.50 | 0.36 | 0.35 | 0 | 2 | 0 | 3 | 10% | 84% | 33% | 31% | 1% | 18% |
| 20 | 3,318 | 0.44% | 11.30% | 21.41% | 854 | 140 | 0.86 | 0.75 | 0.55 | 0 | 3 | 7 | 3 | 5% | 58% | 46% | 69% | 0% | 7% |
| 21 | -3,588 | -0.63% | 10.97% | 17.22% | 1,155 | 194 | 0.72 | 0.41 | 0.41 | 0 | 2 | 3 | – | 1% | 53% | 33% | 33% | 0% | 9% |
| 22 | 2,197 | 0.41% | 10.18% | 24.30% | 893 | 201 | 0.78 | 0.30 | 0.31 | 0 | 1 | 3 | 4 | 8% | 71% | 25% | 35% | 3% | 7% |
| 23 | -1,979 | -0.92% | 4.33% | 9.59% | 1,148 | 147 | 0.82 | 0.67 | 0.41 | 1 | 1 | 3 | 1 | 13% | 13% | 21% | 46% | 0% | 2% |
| 24 | 4,967 | 0.79% | 6.40% | 9.70% | 453 | 104 | 0.85 | 0.53 | 0.64 | 0 | 1 | 17 | 3 | 14% | 72% | 10% | 71% | 0% | 3% |
| 25 | -2,706 | -0.50% | 13.84% | 15.46% | 4,269 | 307 | 0.83 | 0.36 | 0.48 | 4 | 1 | 12 | – | 2% | 92% | 2% | 31% | 1% | 1% |
| 26 | -3,694 | -0.69% | 5.07% | 10.04% | 3,433 | 102 | 0.30 | 0.13 | 0.40 | 3 | 2 | 11 | 5 | 9% | 74% | 10% | 21% | 2% | 4% |
| 27 | 420 | 0.08% | 8.28% | 17.18% | 1,392 | 172 | 0.90 | 0.88 | 0.41 | 0 | 1 | 3 | 3 | 5% | 71% | 23% | 60% | 0% | 0% |
| 28 | 940 | 0.18% | 7.68% | 26.59% | 4,327 | 126 | 0.83 | 0.48 | 0.48 | 2 | 1 | 5 | 3 | 2% | 89% | 3% | 43% | 0% | 3% |
| 29 | 2,445 | 0.45% | 11.02% | 15.57% | 1,674 | 182 | 0.90 | 0.65 | 0.66 | 1 | 2 | 12 | 4 | 8% | 47% | 31% | 40% | 6% | 5% |
| 30 | 5,080 | 0.94% | 23.10% | 27.72% | 197 | 81 | 0.91 | 0.65 | 0.53 | 0 | 1 | 18 | 3 | 27% | 90% | 33% | 46% | 0% | 14% |
| 31 | 1,687 | 0.31% | 13.91% | 14.33% | 1,320 | 176 | 0.88 | 0.74 | 0.45 | 0 | 1 | 10 | 3 | 11% | 48% | 30% | 24% | 0% | 8% |
| 32 | 3,870 | 0.68% | 20.78% | 15.28% | 955 | 136 | 0.89 | 0.65 | 0.54 | 2 | 1 | 1 | 5 | 24% | 76% | 16% | 0% | 0% | 1% |
| 33 | 3,396 | 0.67% | 40.15% | 23.13% | 83 | 45 | 0.88 | 0.48 | 0.58 | 0 | 1 | 5 | 3 | 58% | 0% | 41% | 0% | 3% | 0% |
| 34 | 973 | 0.18% | 21.25% | 22.61% | 112 | 59 | 0.91 | 0.60 | 0.55 | 0 | 2 | 4 | 3 | 14% | 4% | 39% | 24% | 0% | 18% |
| 35 | 4,884 | 0.91% | 39.07% | 87.80% | 144 | 69 | 0.81 | 0.37 | 0.46 | 0 | 1 | 9 | 6 | 24% | 37% | 38% | 47% | 0% | 4% |
| 36 | -3,038 | -0.73% | 5.92% | 38.00% | 170 | 58 | 0.90 | 0.68 | 0.58 | 0 | 1 | 1 | 3 | 50% | 1% | 72% | 4% | 0% | 5% |
| 37 | 2,230 | 0.41% | 5.53% | 36.85% | 56 | 43 | 0.82 | 0.43 | 0.53 | 0 | 1 | 1 | 4 | 12% | 0% | 64% | 77% | 1% | 9% |
| 38 | 1,279 | 0.77% | 3.33% | 29.75% | 186 | 87 | 0.79 | 0.31 | 0.29 | 0 | 2 | 12 | 10 | 25% | 43% | 39% | 41% | 2% | 0% |
| 39 | 4,077 | 0.76% | 8.73% | 71.00% | 2,953 | 557 | 0.54 | 0.27 | 0.32 | 1 | 1 | 7 | 0 | 1% | 78% | 5% | 80% | 2% | 0% |
| 40 | 5,219 | 0.97% | 18.04% | 10.25% | 343 | 91 | 0.81 | 0.37 | 0.43 | 0 | 1 | 7 | 2 | 13% | 17% | 18% | 51% | 15% | 0% |

### Plan S000S8046

Overall numbers of county and city splits:

| | | | | |
|---|---|---|---|---|
| value S000S8046 | 54 | 410 | 360 | 108 |
| | 51 | 57 | | |
| | 13 | 368 | | |
| | 51 | 111 | | |
| | 48 | | | |
| | 48 | | | |

District Summary: City and County Boundaries

- Number of Counties
- Counties with only one district
- District wholly in only one county
- Counties split into more than one district
- Counties with all population in a single district
- Aggregate number of county splits
- Number of Cities
- Cities wholly in one district
- Cities split into more than one district
- Cities with all population in only one district
- Aggregate number of city splits
- Aggregate number of splits with population

Plan S000S8046

| County | Dist. | Total Pop | Pop% | Total Area | Area% |
|---|---|---|---|---|---|
| Alachua | 5 | 160,305 | 57.6% | 494.0 | 51.0% |
| Alachua | 8 | 118,163 | 42.4% | 474.8 | 49.0% |
| Brevard | 14 | 66,600 | 11.0% | 356.0 | 22.9% |
| Brevard | 17 | 540,012 | 89.0% | 1,201.0 | 77.1% |
| Broward | 32 | 542,134 | 27.9% | 955.0 | 73.0% |
| Broward | 33 | 542,051 | 27.9% | 88.5 | 6.8% |
| Broward | 34 | 407,113 | 20.9% | 89.0 | 6.8% |
| Broward | 38 | 453,077 | 23.3% | 175.9 | 13.4% |
| Duval | 4 | 452,156 | 45.4% | 670.4 | 73.0% |
| Duval | 6 | 543,411 | 54.6% | 248.1 | 27.0% |
| Hillsborough | 18 | 535,992 | 36.7% | 280.8 | 21.1% |
| Hillsborough | 19 | 422,943 | 29.0% | 281.4 | 21.1% |
| Hillsborough | 20 | 266,000 | 18.2% | 301.6 | 22.6% |
| Hillsborough | 21 | 234,827 | 16.1% | 468.2 | 35.2% |
| Lee | 26 | 99,823 | 13.1% | 191.1 | 12.6% |
| Lee | 27 | 538,875 | 70.8% | 1,091.7 | 72.1% |
| Lee | 28 | 122,124 | 16.1% | 232.0 | 15.3% |
| Manatee | 21 | 300,240 | 75.1% | 796.9 | 82.7% |
| Manatee | 23 | 99,470 | 24.9% | 167.2 | 17.3% |
| Miami-Dade | 35 | 533,571 | 19.8% | 143.5 | 6.0% |
| Miami-Dade | 36 | 534,522 | 19.8% | 169.6 | 7.1% |
| Miami-Dade | 37 | 540,685 | 20.0% | 59.9 | 2.5% |
| Miami-Dade | 38 | 89,657 | 3.3% | 10.1 | 0.4% |
| Miami-Dade | 39 | 459,658 | 17.0% | 1,663.5 | 69.6% |
| Miami-Dade | 40 | 543,674 | 20.1% | 342.8 | 14.4% |
| Okaloosa | 1 | 29,023 | 13.7% | 342.0 | 27.4% |
| Okaloosa | 2 | 182,645 | 86.3% | 904.7 | 72.6% |
| Orange | 9 | 64,579 | 4.5% | 20.9 | 2.1% |
| Orange | 11 | 534,207 | 37.4% | 288.1 | 28.7% |
| Orange | 12 | 152,678 | 10.7% | 133.6 | 13.3% |
| Orange | 13 | 533,788 | 37.3% | 489.0 | 48.7% |
| Orange | 15 | 144,656 | 10.1% | 71.8 | 7.2% |
| Palm Beach | 29 | 276,199 | 18.5% | 834.1 | 35.0% |
| Palm Beach | 30 | 543,535 | 36.4% | 196.8 | 8.3% |
| Palm Beach | 31 | 540,142 | 36.2% | 1,319.6 | 55.4% |
| Palm Beach | 34 | 132,315 | 8.9% | 32.8 | 1.4% |
| Pasco | 10 | 60,429 | 10.8% | 146.8 | 14.5% |
| Pasco | 16 | 231,325 | 41.2% | 315.5 | 31.1% |
| Pasco | 20 | 270,137 | 48.1% | 552.4 | 54.4% |
| Pinellas | 16 | 303,880 | 31.7% | 339.9 | 39.4% |
| Pinellas | 19 | 112,505 | 11.7% | 69.2 | 8.0% |
| Pinellas | 24 | 542,722 | 56.6% | 453.5 | 52.6% |
| Polk | 22 | 536,258 | 74.0% | 993.4 | 49.4% |
| Polk | 26 | 188,788 | 26.0% | 1,017.0 | 50.6% |
| St. Lucie | 25 | 222,956 | 67.7% | 600.5 | 87.3% |
| St. Lucie | 29 | 106,270 | 32.3% | 87.3 | 12.7% |
| Volusia | 7 | 79,453 | 14.4% | 313.8 | 21.9% |
| Volusia | 14 | 474,090 | 85.7% | 1,118.7 | 78.1% |

SEN-0000739

Plan S000S8046

| City | Dist. | Total Pop | Pop% | Total Area | Area% | | City | Dist. | Total Pop | Pop% | Total Area | Area% | | City | Dist. | Total Pop | Pop% | Total Area | Area% | | City | Dist. | Total Pop | Pop% | Total Area | Area% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | **Cities included in more than one district** | | | | | | | **Cities included in more than one district** | | | | | | | **Cities included in more than one district** | | | | | | | **Cities included in more than one district** | | | |
| Aventura | 35 | 0 | 0.0% | 0.0 | 0.8% | | Miami | 40 | 30,281 | 6.9% | 12.3 | 21.9% | | Winter Park | 11 | 21 | 0.1% | 0.0 | 0.3% | | | | | | | |
| Aventura | 38 | 40,242 | 100.0% | 3.5 | 99.2% | | Miami Beach | 35 | 40,306 | 48.6% | 8.2 | 53.8% | | | | | | | | | | | | | |
| Belle Isle | 13 | 7,032 | 100.0% | 5.0 | 97.0% | | Miami Beach | 37 | 42,584 | 51.4% | 7.0 | 46.2% | | | | | | | | | | | | | |
| Belle Isle | 15 | 0 | 0.0% | 0.2 | 3.0% | | Miramar | 32 | 117,135 | 87.0% | 28.9 | 93.0% | | | | | | | | | | | | | |
| Boca Raton | 31 | 50,013 | 51.3% | 19.2 | 60.8% | | Miramar | 38 | 17,586 | 13.1% | 2.2 | 7.0% | | | | | | | | | | | | | |
| Boca Raton | 34 | 47,409 | 48.7% | 12.4 | 39.2% | | Newberry | 5 | 3,647 | 49.7% | 23.2 | 39.6% | | | | | | | | | | | | | |
| Bonita Springs | 27 | 43,114 | 80.4% | 32.4 | 69.7% | | Newberry | 8 | 3,695 | 50.3% | 35.4 | 60.4% | | | | | | | | | | | | | |
| Bonita Springs | 28 | 10,530 | 19.6% | 14.1 | 30.3% | | North Miami | 35 | 60,191 | 100.0% | 10.0 | 100.0% | | | | | | | | | | | | | |
| Clearwater | 16 | 83,819 | 71.5% | 29.4 | 82.0% | | North Miami | 38 | 0 | 0.0% | 0.0 | 0.0% | | | | | | | | | | | | | |
| Clearwater | 24 | 33,473 | 28.5% | 6.4 | 18.0% | | North Miami Beach | 35 | 35,300 | 80.8% | 4.3 | 79.9% | | | | | | | | | | | | | |
| Coral Gables | 37 | 25,018 | 50.8% | 3.9 | 10.3% | | North Miami Beach | 38 | 8,376 | 19.2% | 1.1 | 20.1% | | | | | | | | | | | | | |
| Coral Gables | 40 | 24,230 | 49.2% | 33.5 | 89.7% | | Oakland | 11 | 3,516 | 100.0% | 2.3 | 99.1% | | | | | | | | | | | | | |
| Crestview | 1 | 10,214 | 37.6% | 8.7 | 51.9% | | Oakland | 12 | 0 | 0.0% | 0.0 | 0.9% | | | | | | | | | | | | | |
| Crestview | 2 | 16,920 | 62.4% | 8.1 | 48.1% | | Ocoee | 11 | 39,609 | 83.8% | 14.9 | 89.2% | | | | | | | | | | | | | |
| Davie | 32 | 103,272 | 97.7% | 33.4 | 93.4% | | Ocoee | 12 | 7,686 | 16.3% | 1.8 | 10.8% | | | | | | | | | | | | | |
| Davie | 33 | 1,148 | 1.1% | 0.3 | 0.9% | | Oldsmar | 16 | 14,887 | 99.9% | 10.1 | 100.0% | | | | | | | | | | | | | |
| Davie | 38 | 1,271 | 1.2% | 2.1 | 5.7% | | Oldsmar | 24 | 11 | 0.1% | 0.0 | 0.0% | | | | | | | | | | | | | |
| Daytona Beach | 7 | 7,058 | 9.7% | 2.4 | 3.6% | | Opa-locka | 35 | 16,463 | 100.0% | 4.2 | 94.6% | | | | | | | | | | | | | |
| Daytona Beach | 14 | 65,589 | 90.3% | 65.8 | 96.4% | | Opa-locka | 36 | 0 | 0.0% | 0.2 | 5.4% | | | | | | | | | | | | | |
| Deerfield Beach | 34 | 71,094 | 81.9% | 13.2 | 81.6% | | Orlando | 9 | 3,835 | 1.3% | 1.7 | 1.4% | | | | | | | | | | | | | |
| Deerfield Beach | 38 | 15,765 | 18.2% | 3.0 | 18.4% | | Orlando | 11 | 141,201 | 45.9% | 36.7 | 30.9% | | | | | | | | | | | | | |
| Eagle Lake | 22 | 0 | 0.0% | 0.0 | 0.3% | | Orlando | 13 | 159,416 | 51.8% | 75.8 | 63.7% | | | | | | | | | | | | | |
| Eagle Lake | 26 | 3,008 | 100.0% | 3.7 | 99.8% | | Orlando | 15 | 3,121 | 1.0% | 4.7 | 4.0% | | | | | | | | | | | | | |
| Edgewood | 11 | 1,482 | 55.2% | 0.8 | 55.9% | | Ormond Beach | 7 | 36,557 | 84.9% | 36.2 | 93.2% | | | | | | | | | | | | | |
| Edgewood | 13 | 1,203 | 44.8% | 0.7 | 44.1% | | Ormond Beach | 14 | 6,523 | 15.1% | 2.7 | 6.8% | | | | | | | | | | | | | |
| Estero | 27 | 27,095 | 73.4% | 18.5 | 72.8% | | Palm Beach Gardens | 29 | 42,837 | 72.4% | 53.4 | 90.0% | | | | | | | | | | | | | |
| Estero | 28 | 9,844 | 26.7% | 6.9 | 27.2% | | Palm Beach Gardens | 30 | 16,345 | 27.6% | 5.9 | 10.0% | | | | | | | | | | | | | |
| Fanning Springs | 5 | 478 | 40.4% | 1.9 | 38.4% | | Pembroke Pines | 32 | 171,062 | 99.9% | 34.7 | 99.9% | | | | | | | | | | | | | |
| Fanning Springs | 8 | 704 | 59.6% | 3.1 | 61.6% | | Pembroke Pines | 38 | 116 | 0.1% | 0.1 | 0.1% | | | | | | | | | | | | | |
| Fort Lauderdale | 33 | 84,222 | 46.1% | 15.8 | 43.5% | | Pompano Beach | 34 | 49,815 | 44.5% | 13.5 | 54.7% | | | | | | | | | | | | | |
| Fort Lauderdale | 38 | 98,538 | 53.9% | 20.5 | 56.5% | | Pompano Beach | 38 | 62,231 | 55.5% | 11.2 | 45.3% | | | | | | | | | | | | | |
| Fort Myers | 26 | 4,870 | 5.6% | 5.9 | 11.9% | | Port St. Lucie | 25 | 99,884 | 48.8% | 50.7 | 41.9% | | | | | | | | | | | | | |
| Fort Myers | 27 | 68,996 | 79.9% | 35.4 | 72.1% | | Port St. Lucie | 29 | 104,967 | 51.2% | 70.2 | 58.1% | | | | | | | | | | | | | |
| Fort Myers | 28 | 12,529 | 14.5% | 7.8 | 16.0% | | Royal Palm Beach | 29 | 34,268 | 88.0% | 10.7 | 91.1% | | | | | | | | | | | | | |
| Gainesville | 5 | 93,662 | 66.4% | 48.3 | 75.1% | | Royal Palm Beach | 31 | 4,664 | 12.0% | 1.1 | 8.9% | | | | | | | | | | | | | |
| Gainesville | 8 | 47,423 | 33.6% | 16.0 | 24.9% | | St. Petersburg | 19 | 112,505 | 43.6% | 69.2 | 52.7% | | | | | | | | | | | | | |
| Holly Hill | 7 | 12,929 | 99.8% | 4.4 | 96.9% | | St. Petersburg | 24 | 145,803 | 56.5% | 62.1 | 47.3% | | | | | | | | | | | | | |
| Holly Hill | 14 | 29 | 0.2% | 0.1 | 3.1% | | Sunrise | 32 | 10,939 | 11.2% | 6.2 | 34.3% | | | | | | | | | | | | | |
| Hollywood | 32 | 28,649 | 18.7% | 3.5 | 11.3% | | Sunrise | 33 | 86,396 | 88.8% | 11.9 | 65.7% | | | | | | | | | | | | | |
| Hollywood | 38 | 124,418 | 81.3% | 27.3 | 88.7% | | Sweetwater | 36 | 17,601 | 90.9% | 2.0 | 88.9% | | | | | | | | | | | | | |
| Jacksonville | 4 | 406,200 | 42.8% | 626.4 | 71.6% | | Sweetwater | 37 | 1,762 | 9.1% | 0.3 | 11.1% | | | | | | | | | | | | | |
| Jacksonville | 6 | 543,411 | 57.2% | 248.1 | 28.4% | | Tampa | 18 | 201,035 | 52.2% | 120.7 | 68.7% | | | | | | | | | | | | | |
| Lake Wales | 22 | 12,921 | 79.0% | 14.8 | 73.8% | | Tampa | 19 | 147,959 | 38.4% | 39.9 | 22.7% | | | | | | | | | | | | | |
| Lake Wales | 26 | 3,440 | 21.0% | 5.3 | 26.2% | | Tampa | 20 | 35,965 | 9.3% | 15.3 | 8.7% | | | | | | | | | | | | | |
| Lakeland | 22 | 100,638 | 89.3% | 64.0 | 85.2% | | Temple Terrace | 19 | 26,690 | 100.0% | 7.6 | 99.0% | | | | | | | | | | | | | |
| Lakeland | 26 | 12,003 | 10.7% | 11.1 | 14.8% | | Temple Terrace | 20 | 0 | 0.0% | 0.1 | 1.0% | | | | | | | | | | | | | |
| Laurel Hill | 1 | 249 | 42.6% | 2.1 | 49.5% | | Titusville | 14 | 48,133 | 98.7% | 27.7 | 80.6% | | | | | | | | | | | | | |
| Laurel Hill | 2 | 335 | 57.4% | 2.2 | 50.5% | | Titusville | 17 | 656 | 1.3% | 6.7 | 19.4% | | | | | | | | | | | | | |
| Longboat Key | 21 | 2,746 | 36.6% | 8.3 | 51.7% | | West Palm Beach | 29 | 16,219 | 13.8% | 32.5 | 56.1% | | | | | | | | | | | | | |
| Longboat Key | 23 | 4,759 | 63.4% | 7.7 | 48.3% | | West Palm Beach | 30 | 101,196 | 86.2% | 25.5 | 43.9% | | | | | | | | | | | | | |
| Maitland | 9 | 19,543 | 100.0% | 6.5 | 100.0% | | Winter Garden | 11 | 23,888 | 50.9% | 7.6 | 42.3% | | | | | | | | | | | | | |
| Maitland | 11 | 0 | 0.0% | 0.0 | 0.0% | | Winter Garden | 12 | 23,076 | 49.1% | 10.3 | 57.7% | | | | | | | | | | | | | |
| Miami | 35 | 67,844 | 15.3% | 11.3 | 20.1% | | Winter Haven | 22 | 49,169 | 99.9% | 36.8 | 89.6% | | | | | | | | | | | | | |
| Miami | 36 | 701 | 0.2% | 0.1 | 0.1% | | Winter Haven | 26 | 50 | 0.1% | 4.3 | 10.4% | | | | | | | | | | | | | |
| Miami | 37 | 343,415 | 77.7% | 32.5 | 57.9% | | Winter Park | 9 | 29,774 | 99.9% | 10.4 | 99.7% | | | | | | | | | | | | | |

SEN-0000740

Plan SC0058046

| Dist | 2020 Census | | 2020 General Election Registered Voters | | | | | | | | | | | | | | | |
| | 2PA Voting Age | | EV who are: | | | 4y who are: | | Elect voters who are: | | | +50 Voters who are: | | | DLM who are: | | R.P who are: | | S.oV/oH who are: | |
| | Black | +isp. | DEM | REP | OTH | Black | Hisp. | DEM | REP | %%Oth | DEM | REP | NPAOth | Black | Hisp. | Black | Hisp. | Black | Hisp. |
| 9 | | 13.7.9% | | | | | | | | | | | | | | | | | |
| 10 | 37.48% | 25.83% | 50.29% | 21.38% | 28.34% | 33.81% | 17.44% | 78.45% | 3.10% | 18.46% | 50.89% | 13.93% | 38.36% | 32.80% | 10.86% | 4.33% | 11.27% | 21.97% | 24.38% |
| 17 | | | 40.70% | 55.16% | 35.16% | 9.04% | 47.30% | 79.79% | 7.00% | 13.76% | 77.06% | 13.47% | 13.70% | 13.54% | 53.07% | 1.67% | 26.01% | 6.22% | 53.12% |
| 29 | 77.20% | 21.79% | 72.29% | 19.77% | 27.94% | 52.99% | 14.49% | 79.07% | 2.68% | 1.47% | 57.79% | 1.70% | 53.91% | 60.12% | 12.03% | 4.93% | 11.21% | 27.11% | 27.22% |
| 33 | 46.55% | 24.18% | 70.44% | 14.57% | 24.98% | 41.32% | 16.05% | 8.34% | 2.39% | 16.74% | 56.69% | 7.97% | 44.81% | 33.63% | 13.43% | 7.12% | 19.28% | 26.71% | 24.0% |
| 1 | 0.0% | 57.97% | 64.20% | 13.57% | 27.63% | 22.03% | 26.14% | 33.67% | 2.72% | 17.12% | 73.19% | 26.00% | 55.17% | 67.71% | 17.58% | 11.91% | 53.73% | 59.10% | 77.72% |
| 36 | 5.40% | 33.18% | 29.93% | 33.49% | 34.98% | 4.31% | 37.69% | 80.00% | 3.66% | 18.64% | 28.82% | 38.00% | 38.16% | 37.70% | 78.13% | 2.47% | 18.45% | 1.07% | 21.19% |
| 32 | 9.01% | 28.50% | 34.78% | 34.40% | 34.75% | 1.24% | 33.01% | 73.49% | 2.65% | 17.56% | 41.4% | 30.53% | 44.56% | 40.45% | 63.77% | 13.62% | 39.75% | 7.00% | 13.87% |
| 39 | 8.23% | 71.50% | 21.79% | 34.84% | 33.37% | 5.83% | 62.88% | 74.85% | 5.99% | 20.88% | 27.62% | 30.88% | 53.26% | 13.79% | 55.11% | 7.67% | 66.59% | 8.63% | 66.45% |
| 4 | 13.07% | 66.90% | 38.83% | 34.12% | 31.03% | 17.33% | 54.54% | 80.96% | 3.08% | 16.36% | 28.67% | 38.8% | 42.47% | 33.55% | 40.56% | 1.25% | 67.05% | 6.66% | 59.94% |

SEN-0000741

Plan SC0058046



SEN-0000743



Florida
State Senate Districts
S006S8054
* * * * *
by Senator Gibson
* * * * *
January 12, 2022

SEN-0000745

Plan S00658054

The page contains a large, densely-formatted numeric statistics table (rows numbered 1–40) with column groupings for Deviation (Total, %), Voting Age Populations (Black, Hisp), Area (sq mi, mi), Admin, Convex, TotHwy Ratio, Rcock Ratio, Counties (Whole, Parts), Cities (City, Counts), and Political and Geographic Boundaries (Water, Rail, Non Political/Geo). The individual cell values are not legibly reproducible.

To the right, a rotated box headed:

**Overall numbers of county and city splits:**

with vertical row labels including:

- Number of Counties
- Counties with only one district
- District in which only one county
- Counties split into more than one district
- Counties with all population in a single district
- Aggregate number of county splits
- Number of Cities
- Cities with only one district
- Cities split into more than one district
- Cities with all population in only one district
- Aggregate number of city splits
- Aggregate number of splits with population

and side labels "District measure", "City and County Boundaries".

Plan S006S8054

| County | Dist. | Total Pop | Pop% | Total Area | Area% |
|--------|-------|-----------|------|------------|-------|
| Alachua | 5 | 160,305 | 57.6% | 494.0 | 51.0% |
| Alachua | 8 | 118,163 | 42.4% | 474.8 | 49.0% |
| Brevard | 14 | 66,600 | 11.0% | 356.0 | 22.9% |
| Brevard | 17 | 540,012 | 89.0% | 1,201.0 | 77.1% |
| Broward | 32 | 542,134 | 27.9% | 955.0 | 73.0% |
| Broward | 33 | 542,051 | 27.9% | 88.5 | 6.8% |
| Broward | 34 | 407,113 | 20.9% | 89.0 | 6.8% |
| Broward | 38 | 453,077 | 23.3% | 175.9 | 13.4% |
| Duval | 4 | 452,508 | 45.5% | 464.8 | 50.6% |
| Duval | 6 | 543,059 | 54.6% | 453.7 | 49.4% |
| Hillsborough | 18 | 535,992 | 36.7% | 280.8 | 21.1% |
| Hillsborough | 19 | 422,943 | 29.0% | 281.4 | 21.1% |
| Hillsborough | 20 | 266,000 | 18.2% | 301.6 | 22.6% |
| Hillsborough | 21 | 234,827 | 16.1% | 468.2 | 35.2% |
| Lee | 26 | 99,823 | 13.1% | 191.1 | 12.6% |
| Lee | 27 | 538,875 | 70.8% | 1,091.7 | 72.1% |
| Lee | 28 | 122,124 | 16.1% | 232.0 | 15.3% |
| Manatee | 21 | 300,240 | 75.1% | 796.9 | 82.7% |
| Manatee | 23 | 99,470 | 24.9% | 167.2 | 17.3% |
| Miami-Dade | 35 | 533,571 | 19.8% | 143.5 | 6.0% |
| Miami-Dade | 36 | 534,522 | 19.8% | 169.6 | 7.1% |
| Miami-Dade | 37 | 540,685 | 20.0% | 59.9 | 2.5% |
| Miami-Dade | 38 | 89,657 | 3.3% | 10.1 | 0.4% |
| Miami-Dade | 39 | 459,658 | 17.0% | 1,663.5 | 69.6% |
| Miami-Dade | 40 | 543,674 | 20.1% | 342.8 | 14.4% |
| Okaloosa | 1 | 29,023 | 13.7% | 342.0 | 27.4% |
| Okaloosa | 2 | 182,645 | 86.3% | 904.7 | 72.6% |
| Orange | 9 | 64,579 | 4.5% | 20.9 | 2.1% |
| Orange | 11 | 534,207 | 37.4% | 288.1 | 28.7% |
| Orange | 12 | 152,678 | 10.7% | 133.6 | 13.3% |
| Orange | 13 | 533,788 | 37.3% | 489.0 | 48.7% |
| Orange | 15 | 144,656 | 10.1% | 71.8 | 7.2% |
| Palm Beach | 29 | 276,199 | 18.5% | 834.1 | 35.0% |
| Palm Beach | 30 | 543,535 | 36.4% | 196.8 | 8.3% |
| Palm Beach | 31 | 540,142 | 36.2% | 1,319.6 | 55.4% |
| Palm Beach | 34 | 132,315 | 8.9% | 32.8 | 1.4% |
| Pasco | 10 | 60,429 | 10.8% | 146.8 | 14.5% |
| Pasco | 16 | 231,325 | 41.2% | 315.5 | 31.1% |
| Pasco | 20 | 270,137 | 48.1% | 552.4 | 54.4% |
| Pinellas | 16 | 303,880 | 31.7% | 339.9 | 39.4% |
| Pinellas | 19 | 112,505 | 11.7% | 69.2 | 8.0% |
| Pinellas | 24 | 542,722 | 56.6% | 453.5 | 52.6% |
| Polk | 22 | 536,258 | 74.0% | 993.4 | 49.4% |
| Polk | 26 | 188,788 | 26.0% | 1,017.0 | 50.6% |
| St. Lucie | 25 | 222,956 | 67.7% | 600.5 | 87.3% |
| St. Lucie | 29 | 106,270 | 32.3% | 87.3 | 12.7% |
| Volusia | 7 | 79,453 | 14.4% | 313.8 | 21.9% |
| Volusia | 14 | 474,090 | 85.7% | 1,118.7 | 78.1% |

SEN-0000747

Plan S006S8054

| City | Dist. | Total Pop | Pop% | Total Area | Area% |
|---|---|---|---|---|---|
| Aventura | 35 | 0 | 0.0% | 0.0 | 0.8% |
| Aventura | 38 | 40,242 | 100.0% | 3.5 | 99.2% |
| Belle Isle | 13 | 7,032 | 100.0% | 5.0 | 97.0% |
| Belle Isle | 15 | 0 | 0.0% | 0.2 | 3.0% |
| Boca Raton | 31 | 50,013 | 51.3% | 19.2 | 60.8% |
| Boca Raton | 34 | 47,409 | 48.7% | 12.4 | 39.2% |
| Bonita Springs | 27 | 43,114 | 80.4% | 32.4 | 69.7% |
| Bonita Springs | 28 | 10,530 | 19.6% | 14.1 | 30.3% |
| Clearwater | 16 | 83,819 | 71.5% | 29.4 | 82.0% |
| Clearwater | 24 | 33,473 | 28.5% | 6.4 | 18.0% |
| Coral Gables | 37 | 25,018 | 50.8% | 3.9 | 10.3% |
| Coral Gables | 40 | 24,230 | 49.2% | 33.5 | 89.7% |
| Crestview | 1 | 10,214 | 37.6% | 8.7 | 51.9% |
| Crestview | 2 | 16,920 | 62.4% | 8.1 | 48.1% |
| Davie | 32 | 103,272 | 97.7% | 33.4 | 93.4% |
| Davie | 33 | 1,148 | 1.1% | 0.3 | 0.9% |
| Davie | 38 | 1,271 | 1.2% | 2.1 | 5.7% |
| Daytona Beach | 7 | 7,058 | 9.7% | 2.4 | 3.6% |
| Daytona Beach | 14 | 65,589 | 90.3% | 65.8 | 96.4% |
| Deerfield Beach | 34 | 71,094 | 81.9% | 13.2 | 81.6% |
| Deerfield Beach | 38 | 15,765 | 18.2% | 3.0 | 18.4% |
| Eagle Lake | 22 | 0 | 0.0% | 0.0 | 0.3% |
| Eagle Lake | 26 | 3,008 | 100.0% | 3.7 | 99.8% |
| Edgewood | 11 | 1,482 | 55.2% | 0.8 | 55.9% |
| Edgewood | 13 | 1,203 | 44.8% | 0.7 | 44.1% |
| Estero | 27 | 27,095 | 73.4% | 18.5 | 72.8% |
| Estero | 28 | 9,844 | 26.7% | 6.9 | 27.2% |
| Fanning Springs | 5 | 478 | 40.4% | 1.9 | 38.4% |
| Fanning Springs | 8 | 704 | 59.6% | 3.1 | 61.6% |
| Fort Lauderdale | 33 | 84,222 | 46.1% | 15.8 | 43.5% |
| Fort Lauderdale | 38 | 98,538 | 53.9% | 20.5 | 56.5% |
| Fort Myers | 26 | 4,870 | 5.6% | 5.9 | 11.9% |
| Fort Myers | 27 | 68,996 | 79.9% | 35.4 | 72.1% |
| Fort Myers | 28 | 12,529 | 14.5% | 7.8 | 16.0% |
| Gainesville | 5 | 93,662 | 66.4% | 48.3 | 75.1% |
| Gainesville | 8 | 47,423 | 33.6% | 16.0 | 24.9% |
| Holly Hill | 7 | 12,929 | 99.8% | 4.4 | 96.9% |
| Holly Hill | 14 | 29 | 0.2% | 0.1 | 3.1% |
| Hollywood | 32 | 28,649 | 18.7% | 3.5 | 11.3% |
| Hollywood | 38 | 124,418 | 81.3% | 27.3 | 88.7% |
| Jacksonville | 4 | 407,948 | 43.0% | 422.8 | 48.4% |
| Jacksonville | 6 | 541,663 | 57.0% | 451.6 | 51.7% |
| Lake Wales | 22 | 12,921 | 79.0% | 14.8 | 73.8% |
| Lake Wales | 26 | 3,440 | 21.0% | 5.3 | 26.2% |
| Lakeland | 22 | 100,638 | 89.3% | 64.0 | 85.2% |
| Lakeland | 26 | 12,003 | 10.7% | 11.1 | 14.8% |
| Laurel Hill | 1 | 249 | 42.6% | 2.1 | 49.5% |
| Laurel Hill | 2 | 335 | 57.4% | 2.2 | 50.5% |
| Longboat Key | 21 | 2,746 | 36.6% | 8.3 | 51.7% |
| Longboat Key | 23 | 4,759 | 63.4% | 7.7 | 48.3% |
| Maitland | 9 | 19,543 | 100.0% | 6.5 | 100.0% |
| Maitland | 11 | 0 | 0.0% | 0.0 | 0.0% |
| Miami | 35 | 67,844 | 15.3% | 11.3 | 20.1% |
| Miami | 36 | 701 | 0.2% | 0.1 | 0.1% |
| Miami | 37 | 343,415 | 77.7% | 32.5 | 57.9% |
| Miami | 40 | 30,281 | 6.9% | 12.3 | 21.9% |
| Miami Beach | 35 | 40,306 | 48.6% | 8.2 | 53.8% |
| Miami Beach | 37 | 42,584 | 51.4% | 7.0 | 46.2% |
| Miramar | 32 | 117,135 | 87.0% | 28.9 | 93.0% |
| Miramar | 38 | 17,586 | 13.1% | 2.2 | 7.0% |
| Newberry | 5 | 3,647 | 49.7% | 23.2 | 39.6% |
| Newberry | 8 | 3,695 | 50.3% | 35.4 | 60.4% |
| North Miami | 35 | 60,191 | 100.0% | 10.0 | 100.0% |
| North Miami | 38 | 0 | 0.0% | 0.0 | 0.0% |
| North Miami Beach | 35 | 35,300 | 80.8% | 4.3 | 79.9% |
| North Miami Beach | 38 | 8,376 | 19.2% | 1.1 | 20.1% |
| Oakland | 11 | 3,516 | 100.0% | 2.3 | 99.1% |
| Oakland | 12 | 0 | 0.0% | 0.0 | 0.9% |
| Ocoee | 11 | 39,609 | 83.8% | 14.9 | 89.2% |
| Ocoee | 12 | 7,686 | 16.3% | 1.8 | 10.8% |
| Oldsmar | 16 | 14,887 | 99.9% | 10.1 | 100.0% |
| Oldsmar | 24 | 11 | 0.1% | 0.0 | 0.0% |
| Opa-locka | 35 | 16,643 | 100.0% | 4.2 | 94.6% |
| Opa-locka | 36 | 0 | 0.0% | 0.2 | 5.4% |
| Orlando | 9 | 3,835 | 1.3% | 1.7 | 1.4% |
| Orlando | 11 | 141,201 | 45.9% | 36.7 | 30.9% |
| Orlando | 13 | 159,416 | 51.8% | 75.8 | 63.7% |
| Orlando | 15 | 3,121 | 1.0% | 4.7 | 4.0% |
| Ormond Beach | 7 | 36,557 | 84.9% | 36.2 | 93.2% |
| Ormond Beach | 14 | 6,523 | 15.1% | 2.7 | 6.8% |
| Palm Beach Gardens | 29 | 42,837 | 72.4% | 53.4 | 90.0% |
| Palm Beach Gardens | 30 | 16,345 | 27.6% | 5.9 | 10.0% |
| Pembroke Pines | 32 | 171,062 | 99.9% | 34.7 | 99.9% |
| Pembroke Pines | 38 | 116 | 0.1% | 0.1 | 0.1% |
| Pompano Beach | 34 | 49,815 | 44.5% | 13.5 | 54.7% |
| Pompano Beach | 38 | 62,231 | 55.5% | 11.2 | 45.3% |
| Port St. Lucie | 25 | 99,884 | 48.8% | 50.7 | 41.9% |
| Port St. Lucie | 29 | 104,967 | 51.2% | 70.2 | 58.1% |
| Royal Palm Beach | 29 | 34,268 | 88.0% | 10.7 | 91.1% |
| Royal Palm Beach | 31 | 4,664 | 12.0% | 1.1 | 8.9% |
| St. Petersburg | 19 | 112,505 | 43.6% | 69.2 | 52.7% |
| St. Petersburg | 24 | 145,803 | 56.5% | 62.1 | 47.3% |
| Sunrise | 32 | 10,939 | 11.2% | 6.2 | 34.3% |
| Sunrise | 33 | 86,396 | 88.8% | 11.9 | 65.7% |
| Sweetwater | 36 | 17,601 | 90.9% | 2.0 | 88.9% |
| Sweetwater | 37 | 1,762 | 9.1% | 0.3 | 11.1% |
| Tampa | 18 | 201,035 | 52.2% | 120.7 | 68.7% |
| Tampa | 19 | 147,959 | 38.4% | 39.9 | 22.7% |
| Tampa | 20 | 35,965 | 9.3% | 15.3 | 8.7% |
| Temple Terrace | 19 | 26,690 | 100.0% | 7.6 | 99.0% |
| Temple Terrace | 20 | 0 | 0.0% | 0.1 | 1.0% |
| Titusville | 14 | 48,133 | 98.7% | 27.7 | 80.6% |
| Titusville | 17 | 656 | 1.3% | 6.7 | 19.4% |
| West Palm Beach | 29 | 16,219 | 13.8% | 32.5 | 56.1% |
| West Palm Beach | 30 | 101,196 | 86.2% | 25.5 | 43.9% |
| Winter Garden | 11 | 23,888 | 50.9% | 7.6 | 42.3% |
| Winter Garden | 12 | 23,076 | 49.1% | 10.3 | 57.7% |
| Winter Haven | 22 | 49,169 | 99.9% | 36.8 | 89.6% |
| Winter Haven | 26 | 50 | 0.1% | 4.3 | 10.4% |
| Winter Park | 9 | 29,774 | 99.9% | 10.4 | 99.7% |
| Winter Park | 11 | 21 | 0.1% | 0.0 | 0.3% |

SEN-0000748

Plan SC0658054

Plan SC0658054

| | | | 10 | 11 | 15 | 18 | 19 | 36 | 37 | 38 | 40 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Place No. | RVAP | | | | | | | | | |
| | General Election | HVAP | 9.93% | 25.35% | 52.56% | 31.78% | 23.13% | 37.93% | | | |
| **2016** | President | H_Biden | 84.67% | | 58.59% | 88.01% | 24.34% | 78.01% | | 49.68% | |
| | | R_Trump | 59.13% | 33.23% | 40.00% | 30.72% | 14.5% | 31.63% | | 49.65% | 54.03% |
| | Governor | D_Gillum | 61.73% | 67.52% | 62.28% | 71.52% | 78.59% | 65.12% | | | 57.08% |
| | | R_DeSantis | | 31.46% | 36.44% | | 78.80% | | | 44.14% | 39.00% | 41.08% |
| | Attorney General | D_Shaw | 67.99% | 83.11% | 59.18% | 65.63% | 77.96% | 73.59% | | 53.77% | 56.74% |
| | | R_Moody | 40.81% | 96.1% | 38.88% | 31.00% | 21.03% | 73.46% | | 43.14% | 41.45% |
| | Chief Financial Officer | D_Ring | 56.82% | 65.96% | | 70.03% | 78.50% | 65.11% | 46.53% | 53.58% | 57.11% |
| | | R_Patronis | | 37.18% | 48.47% | 29.08% | 21.50% | | 53.46% | 46.77% | 77.68% |
| | Agriculture Commissioner | D_Fried | 58.50% | 67.53% | 51.88% | 72.40% | 79.10% | 85.5% | 47.56% | 55.48% | 58.29% |
| | | R_Caldwell | 76.50% | 32.67% | 37.12% | 27.55% | 20.7% | 17.35% | 52.63% | 43.58% | 76.72% |
| | US Senate | D_Nelson | 60.06% | 67.05% | 60.28% | 71.12% | 78.18% | 84.00% | 47.38% | 54.54% | 59.18% |
| | | R_Scott | 59.02% | 32.55% | 39.12% | 28.77% | 20.32% | 15.23% | 52.55% | 45.15% | 49.82% |
| **2016** | President | H_Clinton | | 36.31% | 64.10% | 68.26% | 76.48% | 95.48% | 34.80% | 39.05% | 00.44% |
| | | R_Trump | 40.04% | 31.48% | 33.59% | 28.01% | 21.75% | 13.94% | 42.28% | 37.91% | 39.50% |
| | US Senate | H_Murphy | 70.04% | 61.37% | 56.09% | 62.77% | 74.59% | 89.7% | 37.78% | 48.88% | 52.46% |
| | | R_Rubio | 42.46% | 35.74% | 38.63% | 31.14% | 29.43% | 18.44% | 54.58% | 48.94% | 45.14% |
| **2014** | Governor | H_Crist | | 60.74% | 54.34% | 68.10% | 70.86% | 74.62% | 33.08% | 48.84% | 46.79% |
| | | R_Scott | 44.58% | 34.73% | 42.21% | 29.96% | 19.46% | 12.98% | 54.80% | 50.29% | 48.01% |
| | Attorney General | D_Sheldon | 73.77% | 57.52% | 56.53% | 62.16% | 75.68% | 83.15% | 38.29% | 73.50% | 53.33% |
| | | R_Bondi | 68.04% | 39.76% | 42.18% | 34.89% | 23.80% | 15.48% | 59.50% | 14.14% | 44.02% |
| | Chief Financial Officer | D_Rankin | 65.71% | 56.42% | 56.56% | 60.34% | 73.57% | 82.81% | 39.60% | 42.94% | 50.25% |
| | | R_Atwater | 56.66% | 44.58% | 48.44% | 29.66% | 26.02% | 17.18% | 60.39% | 59.06% | 49.75% |
| | Agriculture Commissioner | D_Hamilton | 52.75% | 56.35% | 48.67% | 59.77% | 75.58% | 83.72% | 38.21% | 43.11% | 51.10% |
| | | R_Putnam | 44.74% | 43.36% | 50.03% | 40.04% | 24.50% | 15.57% | 61.76% | 56.84% | 48.70% |
| **2012** | President | D_Obama | 58.84% | 55.62% | 64.44% | 72.79% | 78.11% | 83.93% | 50.54% | 54.44% | 57.08% |
| | | R_Romney | 70.85% | 35.27% | 35.78% | 26.69% | 22.43% | 12.78% | 48.35% | 45.05% | 71.82% |
| | US Senate | H_Nelson | 60.99% | 59.71% | 64.49% | 76.76% | 78.68% | 80.78% | 57.07% | 59.45% | 59.97% |
| | | R_Mack | 55.52% | 28.45% | 25.52% | 22.52% | 19.77% | 12.23% | 45.63% | 42.76% | 58.34% |

**Please Provide Completed Form To:**
help@floridaredistricting.gov



House Committee on Redistricting
402 House Office Building
402 South Monroe Street
Tallahassee, FL 32399-1300



Senate Committee on Reapportionment
2000 The Capitol
404 South Monroe Street
Tallahassee, FL 32399-1100

*Field is required.

Prefix **SEN** *First Name **Andreyta**    *Last Name **Gibson**    Suffix ____

Organization Name (if applicable) **State Senate**

*Your Address **101 E. Union St. 4th** *City **Jacksonville** *State **FL** *Zip **32202**

*Your County **DUVAL**    Your Email **gibson.audrey@flsenate**

*Your Phone Number **(904) 359-2553**

*Have you received compensation or anything of value (travel, meals, lodging, etc.) from any groups or organizations that have an interest in redistricting as part of, or in exchange for, your comments, suggestions, or map?

☐ YES    ☒ NO

If YES, please list what you received and who provided it to you below:

List the name of every person(s), group(s), or organization(s) you collaborated with on your comment, suggestion, or submitted map below:

**Proposed of Staff drawn + workshopped MAPS**

By submitting this form, I acknowledge and agree to the following terms and conditions:

☑ YES, I understand that my comments, suggestions, or map submission may be displayed on www.FloridaRedistricting.gov or other public websites maintained by the Florida Legislature.

☑ YES, I understand that my communications with the Florida Legislature, including this form and any submitted materials, are subject to public records laws in Florida.

SEN-0000753

YES, I understand that I may be contacted by a member of the legislature or their staff to answer questions about my comments, suggestions, or map submission.

YES, I understand that similar to other pieces of legislation, input and ideas from members of the public must be proposed by Legislators in order to become part of bills or amendments.

*The Florida Legislature acknowledges the importance of transparency throughout the entire redistricting process. By engaging in the redistricting process – through comments, suggestions, or map submissions – it is possible your detailed communications and submissions may be included, reviewed, and examined in all steps of the legislative process until, and even after, new district maps are enacted into law.*

*Your Signature

1 12 2022
*Date

**Please provide detailed comments regarding your suggestion. Florida's redistricting plans must be drawn and approved in alignment with Florida's constitutional standards and federal law.**

*If you are submitting a map, please select the Plan Type and provide the unique Plan Number included in your Submission Receipt email: 3b19fccd5eed48f596dfca0412d597e2

Plan Type:  ☐ Congressional    ☐ State House    ☑ State Senate

*If you are submitting comments or suggestions about a plan already published at www.FloridaRedistricting.gov, please provide the name of the plan: _____

Details:

SEN-0000754



Florida
State Senate Districts
S027S8056
* * * * *
by Senator Rodrigues
* * * * *
January 12, 2022

SEN-0000755

Plan S027S8056

| Dist | Deviation Total | % | Voting Age Population Black # | % Hisp | Area (sq mi) | Perim # (mi) | Convex # Hull | Polsby- Popper | Reock Ratio | Counties Whole | Split | Whole | Parts | Cities Whole | Counts | Frag | Political and Geographic Boundaries Warn # | Phi | Non Pol/Geo |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 808 | 0.15% | 15.33% | 5.59% | 3,592 | 297 | 0.81 | 0.38 | 0.47 | 2 | 1 | 3 | 1 | 4% | 82% | 9% | 55% | 0% | 0% |
| 2 | 914 | 0.06% | 11.76% | 7.12% | 6,414 | 473 | 0.78 | 0.45 | 0.56 | 7 | 1 | 40 | | 3% | 87% | 9% | 61% | 0% | 0% |
| 3 | 2,687 | 0.50% | 37.13% | 7.25% | 10,00 | 674 | 0.85 | 0.72 | 0.44 | 11 | 0 | 37 | 0 | 2% | 100% | 2% | 58% | 0% | 0% |
| 4 | 3,073 | 0.77% | 18.14% | 4.14% | 1,446 | 270 | 0.74 | 0.74 | 0.52 | 1 | 1 | 7 | | 39% | 77% | 21% | 45% | 0% | 0% |
| 5 | 366 | 0.07% | 11.54% | 8.79% | 3,434 | 585 | 0.83 | 0.88 | 0.60 | 4 | 1 | 21 | 3 | 14% | 67% | 13% | 20% | 0% | 0% |
| 6 | 4,926 | 0.92% | 41.72% | 10.43% | 248 | 69 | 0.87 | 0.66 | 0.60 | 0 | 1 | 0 | | 14% | 14% | 30% | 0% | 0% | 0% |
| 7 | 5,151 | 0.99% | 7.81% | 7.85% | 2,533 | 282 | 0.79 | 0.70 | 0.49 | 3 | 1 | 11 | 2 | 15% | 35% | 12% | 53% | 0% | 0% |
| 8 | 1,429 | 0.27% | 13.85% | 12.39% | 3,728 | 327 | 0.89 | 0.44 | 0.44 | 2 | 1 | 15 | 3 | 7% | 87% | 13% | 45% | 0% | 0% |
| 9 | 3,020 | 0.56% | 12.63% | 20.15% | 366 | 109 | 0.31 | 0.39 | 0.56 | 1 | 1 | 7 | 3 | 20% | 33% | 7% | 57% | 0% | 2% |
| 10 | 84 | 0.02% | 4.88% | 8.19% | 2,403 | 278 | 0.75 | 0.39 | 0.35 | 3 | 1 | 9 | 0 | 9% | 88% | 11% | 48% | 0% | 0% |
| 11 | -1,218 | -0.79% | 37.44% | 25.35% | 258 | 83 | 0.8 | 0.46 | 0.4 | 0 | 1 | 7 | 7 | 10% | 28% | 27% | 36% | 0% | 0% |
| 12 | -1,821 | -0.34% | 5.99% | 15.75% | 1,390 | 226 | 0.72 | 0.32 | 0.35 | 1 | 1 | 17 | 3 | 12% | 89% | 10% | 34% | 0% | 2% |
| 13 | 4,667 | 0.87% | 11.30% | 38.05% | 489 | 112 | 0.94 | 0.49 | 0.52 | 0 | 1 | 8 | 3 | 12% | 76% | 7% | 27% | 3% | 7% |
| 14 | 4,721 | 0.88% | 11.48% | 13.21% | 1,385 | 231 | 0.83 | 0.35 | 0.52 | 0 | 2 | 13 | 2 | 12% | 52% | 22% | 61% | 8% | 0% |
| 15 | 5,143 | 0.96% | 12.77% | 52.30% | 1,578 | 283 | 0.84 | 0.37 | 0.44 | 1 | 1 | 9 | 3 | 3% | 89% | 9% | 36% | 0% | 2% |
| 16 | -3,250 | -0.60% | 5.22% | 10.61% | 655 | 114 | 0.89 | 0.61 | 0.52 | 0 | 2 | 5 | 2 | 12% | 45% | 28% | 54% | 0% | 1% |
| 17 | 938 | 0.17% | 10.09% | 10.15% | 1,189 | 194 | 0.77 | 0.40 | 0.52 | 0 | 1 | 15 | 0 | 4% | 77% | 9% | 57% | 7% | 0% |
| 18 | -2,761 | -0.51% | 8.42% | 32.62% | 281 | 89 | 0.78 | 0.44 | 0.50 | 0 | 1 | 0 | 2 | 45% | 48% | 19% | 11% | 1% | 6% |
| 19 | -3,007 | -0.55% | 13.20% | 21.78% | 351 | 111 | 0.50 | 0.36 | 0.35 | 0 | 2 | 0 | 3 | 10% | 66% | 35% | 31% | 1% | 18% |
| 20 | 2,318 | 0.43% | 11.34% | 71.41% | 854 | 140 | 0.86 | 0.75 | 0.56 | 0 | 3 | 7 | 2 | 5% | 58% | 46% | 39% | 0% | 7% |
| 21 | -3,588 | -0.63% | 10.97% | 17.22% | 1,255 | 194 | 0.72 | 0.41 | 0.44 | 0 | 2 | 5 | 2 | 1% | 53% | 33% | 33% | 0% | 9% |
| 22 | 1,981 | 0.37% | 16.13% | 24.29% | 899 | 208 | 0.78 | 0.29 | 0.33 | 0 | 1 | 7 | 4 | 0% | 70% | 27% | 34% | 15% | 7% |
| 23 | -1,979 | -0.92% | 4.33% | 9.19% | 1,143 | 177 | 0.82 | 0.67 | 0.30 | 1 | 1 | 3 | 2 | 13% | 73% | 21% | 16% | 0% | 2% |
| 24 | 4,967 | 0.79% | 9.40% | 9.70% | 453 | 104 | 0.88 | 0.53 | 0.64 | 0 | 1 | 17 | 3 | 34% | 29% | 16% | 71% | 0% | 8% |
| 25 | -2,706 | -0.50% | 13.34% | 15.41% | 4,269 | 307 | 0.84 | 0.36 | 0.41 | 4 | 1 | 12 | 2 | 2% | 92% | 2% | 31% | 1% | 1% |
| 26 | -3,910 | -0.73% | 5.01% | 10.04% | 3,427 | 301 | 0.30 | 0.31 | 0.46 | 3 | 2 | 11 | 5 | 10% | 33% | 19% | 21% | 1% | 4% |
| 27 | 720 | 0.08% | 6.28% | 17.18% | 1,392 | 172 | 0.91 | 0.86 | 0.41 | 0 | 1 | 3 | 3 | 3% | 71% | 23% | 60% | 0% | 0% |
| 28 | 960 | 0.89% | 7.68% | 26.59% | 4,327 | 326 | 0.83 | 0.48 | 0.48 | 2 | 1 | 5 | 3 | 2% | 89% | 3% | 43% | 0% | 3% |
| 29 | 2,445 | 0.45% | 11.02% | 15.57% | 1,674 | 182 | 0.90 | 0.65 | 0.66 | 1 | 2 | 12 | 4 | 8% | 47% | 31% | 40% | 6% | 5% |
| 30 | 5,080 | 0.94% | 25.10% | 37.27% | 197 | 63 | 0.91 | 0.65 | 0.53 | 0 | 1 | 18 | 3 | 77% | 90% | 33% | 46% | 0% | 14% |
| 31 | 1,687 | 0.31% | 13.91% | 14.23% | 1,320 | 174 | 0.88 | 0.74 | 0.45 | 0 | 1 | 10 | 2 | 11% | 48% | 30% | 34% | 0% | 8% |
| 32 | 3,495 | 0.70% | 20.18% | 15.26% | 955 | 136 | 0.84 | 0.65 | 0.54 | 0 | 1 | 4 | 4 | 24% | 76% | 16% | 0% | 0% | 1% |
| 33 | 3,596 | 0.67% | 40.15% | 23.15% | 83 | 45 | 0.88 | 0.48 | 0.58 | 0 | 1 | 5 | 3 | 59% | 0% | 41% | 0% | 3% | 0% |
| 34 | 973 | 0.18% | 21.29% | 22.81% | 112 | 50 | 0.91 | 0.60 | 0.55 | 0 | 2 | 4 | 3 | 52% | 0% | 38% | 24% | 0% | 18% |
| 35 | 4,884 | 0.91% | 90.02% | 37.90% | 144 | 69 | 0.81 | 0.37 | 0.46 | 0 | 1 | 9 | 6 | 24% | 37% | 38% | 47% | 0% | 4% |
| 36 | -5,053 | -0.94% | 8.92% | 60.11% | 170 | 58 | 0.90 | 0.68 | 0.58 | 0 | 1 | 1 | 3 | 90% | 1% | 72% | 4% | 0% | 5% |
| 37 | 2,230 | 0.41% | 8.53% | 78.48% | 55 | 43 | 0.82 | 0.43 | 0.52 | 0 | 1 | 1 | 4 | 12% | 0% | 64% | 77% | 1% | 9% |
| 38 | 4,164 | 0.77% | 19.12% | 49.29% | 186 | 87 | 0.79 | 0.31 | 0.29 | 0 | 2 | 12 | 9 | 24% | 42% | 39% | 44% | 2% | 8% |
| 39 | 4,077 | 0.76% | 8.73% | 71.00% | 5,951 | 337 | 0.94 | 0.71 | 0.37 | 1 | 1 | 7 | 0 | 1% | 28% | 59% | 80% | 2% | 6% |
| 40 | 5,219 | 0.97% | 13.01% | 11.07% | 343 | 91 | 0.81 | 0.72 | 0.42 | 0 | 1 | 7 | 2 | 13% | 17% | 18% | 51% | 17% | 0% |

**Overall numbers of county and city splits:**

| S027S8056 | Value |
|---|---|
| 54 | |
| 61 | |
| 11 | |
| 18 | |
| 48 | |
| 48 | |
| 217 | |
| 364 | |
| 48 | |
| 3/8 | |
| 103 | |
| 94 | |

Row labels (left side):

District and County Boundaries — City and County Boundaries

- Number of Counties
- Counties with only one district
- District wholly in only one county
- Counties split into more than one district
- Counties with all population in a single district
- Aggregate number of county splits
- Number of Cities
- Cities wholly in one district
- Cities split into more than one district
- Cities with all population in only one district
- Aggregate number of city splits
- Aggregate number of splits with population

Plan S027S8056

| Counties included in more than one district | | | | | | | Counties included in more than one district | | | | | | | Counties included in more than one district | | | | | | | Counties included in more than one district | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| County | Dist. | Total Pop | Pop% | Total Area | Area% | | County | Dist. | Total Pop | Pop% | Total Area | Area% | | County | Dist. | Total Pop | Pop% | Total Area | Area% | | County | Dist. | Total Pop | Pop% | Total Area | Area% |
| Alachua | 5 | 160,305 | 57.6% | 494.0 | 51.0% | | | | | | | | | | | | | | | | | | | | |
| Alachua | 8 | 118,163 | 42.4% | 474.8 | 49.0% | | | | | | | | | | | | | | | | | | | | |
| Brevard | 14 | 69,115 | 11.4% | 367.5 | 23.6% | | | | | | | | | | | | | | | | | | | | |
| Brevard | 17 | 537,497 | 88.6% | 1,189.5 | 76.4% | | | | | | | | | | | | | | | | | | | | |
| Broward | 32 | 542,250 | 27.9% | 955.0 | 73.0% | | | | | | | | | | | | | | | | | | | | |
| Broward | 33 | 542,051 | 27.9% | 88.5 | 6.8% | | | | | | | | | | | | | | | | | | | | |
| Broward | 34 | 407,113 | 20.9% | 89.0 | 6.8% | | | | | | | | | | | | | | | | | | | | |
| Broward | 38 | 452,961 | 23.3% | 175.9 | 13.4% | | | | | | | | | | | | | | | | | | | | |
| Duval | 4 | 452,156 | 45.4% | 670.4 | 73.0% | | | | | | | | | | | | | | | | | | | | |
| Duval | 6 | 543,411 | 54.6% | 248.1 | 27.0% | | | | | | | | | | | | | | | | | | | | |
| Hillsborough | 18 | 535,992 | 36.7% | 280.8 | 21.1% | | | | | | | | | | | | | | | | | | | | |
| Hillsborough | 19 | 422,943 | 29.0% | 281.4 | 21.1% | | | | | | | | | | | | | | | | | | | | |
| Hillsborough | 20 | 266,000 | 18.2% | 301.6 | 22.6% | | | | | | | | | | | | | | | | | | | | |
| Hillsborough | 21 | 234,827 | 16.1% | 468.2 | 35.2% | | | | | | | | | | | | | | | | | | | | |
| Lee | 26 | 99,823 | 13.1% | 191.1 | 12.6% | | | | | | | | | | | | | | | | | | | | |
| Lee | 27 | 538,875 | 70.8% | 1,091.7 | 72.1% | | | | | | | | | | | | | | | | | | | | |
| Lee | 28 | 122,124 | 16.1% | 232.0 | 15.3% | | | | | | | | | | | | | | | | | | | | |
| Manatee | 21 | 300,240 | 75.1% | 796.9 | 82.7% | | | | | | | | | | | | | | | | | | | | |
| Manatee | 23 | 99,470 | 24.9% | 167.2 | 17.3% | | | | | | | | | | | | | | | | | | | | |
| Miami-Dade | 35 | 533,571 | 19.8% | 143.5 | 6.0% | | | | | | | | | | | | | | | | | | | | |
| Miami-Dade | 36 | 534,522 | 19.8% | 169.6 | 7.1% | | | | | | | | | | | | | | | | | | | | |
| Miami-Dade | 37 | 540,685 | 20.0% | 59.9 | 2.5% | | | | | | | | | | | | | | | | | | | | |
| Miami-Dade | 38 | 89,657 | 3.3% | 10.1 | 0.4% | | | | | | | | | | | | | | | | | | | | |
| Miami-Dade | 39 | 459,658 | 17.0% | 1,663.5 | 69.6% | | | | | | | | | | | | | | | | | | | | |
| Miami-Dade | 40 | 543,674 | 20.1% | 342.8 | 14.4% | | | | | | | | | | | | | | | | | | | | |
| Okaloosa | 1 | 29,358 | 13.9% | 344.1 | 27.6% | | | | | | | | | | | | | | | | | | | | |
| Okaloosa | 2 | 182,310 | 86.1% | 902.6 | 72.4% | | | | | | | | | | | | | | | | | | | | |
| Orange | 9 | 64,579 | 4.5% | 20.9 | 2.1% | | | | | | | | | | | | | | | | | | | | |
| Orange | 11 | 534,207 | 37.4% | 288.1 | 28.7% | | | | | | | | | | | | | | | | | | | | |
| Orange | 12 | 152,678 | 10.7% | 133.6 | 13.3% | | | | | | | | | | | | | | | | | | | | |
| Orange | 13 | 533,788 | 37.3% | 489.0 | 48.7% | | | | | | | | | | | | | | | | | | | | |
| Orange | 15 | 144,656 | 10.1% | 71.8 | 7.2% | | | | | | | | | | | | | | | | | | | | |
| Palm Beach | 29 | 276,199 | 18.5% | 834.1 | 35.0% | | | | | | | | | | | | | | | | | | | | |
| Palm Beach | 30 | 543,535 | 36.4% | 196.8 | 8.3% | | | | | | | | | | | | | | | | | | | | |
| Palm Beach | 31 | 540,142 | 36.2% | 1,319.6 | 55.4% | | | | | | | | | | | | | | | | | | | | |
| Palm Beach | 34 | 132,315 | 8.9% | 32.8 | 1.4% | | | | | | | | | | | | | | | | | | | | |
| Pasco | 10 | 60,429 | 10.8% | 146.8 | 14.5% | | | | | | | | | | | | | | | | | | | | |
| Pasco | 16 | 231,325 | 41.2% | 315.5 | 31.1% | | | | | | | | | | | | | | | | | | | | |
| Pasco | 20 | 270,137 | 48.1% | 552.4 | 54.4% | | | | | | | | | | | | | | | | | | | | |
| Pinellas | 16 | 303,880 | 31.7% | 339.9 | 39.4% | | | | | | | | | | | | | | | | | | | | |
| Pinellas | 19 | 112,505 | 11.7% | 69.2 | 8.0% | | | | | | | | | | | | | | | | | | | | |
| Pinellas | 24 | 542,722 | 56.6% | 453.5 | 52.6% | | | | | | | | | | | | | | | | | | | | |
| Polk | 22 | 536,474 | 74.0% | 999.4 | 49.7% | | | | | | | | | | | | | | | | | | | | |
| Polk | 26 | 188,572 | 26.0% | 1,011.0 | 50.3% | | | | | | | | | | | | | | | | | | | | |
| St. Lucie | 25 | 222,956 | 67.7% | 600.5 | 87.3% | | | | | | | | | | | | | | | | | | | | |
| St. Lucie | 29 | 106,270 | 32.3% | 87.3 | 12.7% | | | | | | | | | | | | | | | | | | | | |
| Volusia | 7 | 79,482 | 14.4% | 313.9 | 21.9% | | | | | | | | | | | | | | | | | | | | |
| Volusia | 14 | 474,061 | 85.6% | 1,118.5 | 78.1% | | | | | | | | | | | | | | | | | | | | |

SEN-0000757

1/12/2022    Case 8:24-cv-00879-CEH-TPB-ALB   Split Counties and Cities   Document 113-11   Filed 05/13/25   Page 632 of 648     Page 4

PageID 5211

Plan S027S8056

| City | Dist. | Total Pop | Pop% | Total Area | Area% | City | Dist. | Total Pop | Pop% | Total Area | Area% |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Aventura | 35 | 0 | 0.0% | 0.0 | 0.8% | Miramar | 38 | 17,586 | 13.1% | 2.2 | 7.0% |
| Aventura | 38 | 40,242 | 100.0% | 0.0 | 99.2% | Newberry | 5 | 3,647 | 49.7% | 23.2 | 39.6% |
| Belle Isle | 13 | 7,032 | 100.0% | 3.5 | 97.0% | Newberry | 8 | 3,695 | 50.3% | 35.4 | 60.4% |
| Belle Isle | 15 | 0 | 0.0% | 0.2 | 3.0% | North Miami | 35 | 60,191 | 100.0% | 10.0 | 100.0% |
| Boca Raton | 31 | 50,013 | 51.3% | 19.2 | 60.8% | North Miami | 38 | 0 | 0.0% | 0.0 | 0.0% |
| Boca Raton | 34 | 47,409 | 48.7% | 12.4 | 39.2% | North Miami Beach | 35 | 35,300 | 80.8% | 4.3 | 79.9% |
| Bonita Springs | 27 | 43,114 | 80.4% | 32.4 | 69.7% | North Miami Beach | 38 | 8,376 | 19.2% | 1.1 | 20.1% |
| Bonita Springs | 28 | 10,530 | 19.6% | 14.1 | 30.3% | Oakland | 11 | 3,516 | 100.0% | 2.3 | 99.1% |
| Clearwater | 16 | 83,819 | 71.5% | 29.4 | 82.0% | Oakland | 12 | 0 | 0.0% | 0.0 | 0.9% |
| Clearwater | 24 | 33,473 | 28.5% | 6.4 | 18.0% | Ocoee | 11 | 39,609 | 83.8% | 14.9 | 89.2% |
| Coral Gables | 37 | 25,018 | 50.8% | 3.9 | 10.3% | Ocoee | 12 | 7,686 | 16.3% | 1.8 | 10.8% |
| Coral Gables | 40 | 24,230 | 49.2% | 33.5 | 89.7% | Oldsmar | 16 | 14,887 | 99.9% | 10.1 | 100.0% |
| Crestview | 1 | 10,214 | 37.6% | 8.7 | 51.9% | Oldsmar | 24 | 11 | 0.1% | 0.0 | 0.0% |
| Crestview | 2 | 16,920 | 62.4% | 8.1 | 48.1% | Opa-locka | 35 | 16,463 | 100.0% | 4.2 | 94.6% |
| Davie | 32 | 103,272 | 97.7% | 33.4 | 93.4% | Opa-locka | 36 | 0 | 0.0% | 0.2 | 5.4% |
| Davie | 33 | 1,148 | 1.1% | 0.3 | 0.9% | Orlando | 9 | 3,835 | 1.3% | 1.7 | 1.4% |
| Davie | 38 | 1,271 | 1.2% | 2.1 | 5.7% | Orlando | 11 | 141,201 | 45.9% | 36.7 | 30.9% |
| Daytona Beach | 7 | 7,058 | 9.7% | 2.4 | 3.6% | Orlando | 13 | 159,416 | 51.8% | 75.8 | 63.7% |
| Daytona Beach | 14 | 65,589 | 90.3% | 65.8 | 96.4% | Orlando | 15 | 3,121 | 1.0% | 4.7 | 4.0% |
| Deerfield Beach | 34 | 71,094 | 81.9% | 13.2 | 81.6% | Ormond Beach | 7 | 36,557 | 84.9% | 36.2 | 93.2% |
| Deerfield Beach | 38 | 15,765 | 18.2% | 3.0 | 18.4% | Ormond Beach | 14 | 6,523 | 15.1% | 2.7 | 6.8% |
| Eagle Lake | 22 | 0 | 0.0% | 0.0 | 0.3% | Palm Beach Gardens | 29 | 42,837 | 72.4% | 53.4 | 90.0% |
| Eagle Lake | 26 | 3,008 | 100.0% | 3.7 | 99.8% | Palm Beach Gardens | 30 | 16,345 | 27.6% | 5.9 | 10.0% |
| Edgewood | 11 | 1,482 | 55.2% | 0.8 | 55.9% | Pompano Beach | 34 | 49,815 | 44.5% | 13.5 | 54.7% |
| Edgewood | 13 | 1,203 | 44.8% | 0.7 | 44.1% | Pompano Beach | 38 | 62,231 | 55.5% | 11.2 | 45.3% |
| Estero | 27 | 27,095 | 73.4% | 18.5 | 72.8% | Port St. Lucie | 25 | 99,884 | 48.8% | 50.7 | 41.9% |
| Estero | 28 | 9,844 | 26.7% | 6.9 | 27.2% | Port St. Lucie | 29 | 104,967 | 51.2% | 70.2 | 58.1% |
| Fanning Springs | 5 | 478 | 40.4% | 1.9 | 38.4% | Royal Palm Beach | 29 | 34,268 | 88.0% | 10.7 | 91.1% |
| Fanning Springs | 8 | 704 | 59.6% | 3.1 | 61.6% | Royal Palm Beach | 31 | 4,664 | 12.0% | 1.1 | 8.9% |
| Fort Lauderdale | 33 | 84,222 | 46.1% | 15.8 | 43.5% | St. Petersburg | 19 | 112,505 | 43.6% | 69.2 | 52.7% |
| Fort Lauderdale | 38 | 98,538 | 53.9% | 20.5 | 56.5% | St. Petersburg | 24 | 145,803 | 56.5% | 62.1 | 47.3% |
| Fort Myers | 26 | 4,870 | 5.6% | 5.9 | 11.9% | Sunrise | 32 | 10,939 | 11.2% | 6.2 | 34.3% |
| Fort Myers | 27 | 68,996 | 79.9% | 35.4 | 72.1% | Sunrise | 33 | 86,396 | 88.8% | 11.9 | 65.7% |
| Fort Myers | 28 | 12,529 | 14.5% | 7.8 | 16.0% | Sweetwater | 36 | 17,601 | 90.9% | 2.0 | 88.9% |
| Gainesville | 5 | 93,662 | 66.4% | 48.3 | 75.1% | Sweetwater | 37 | 1,762 | 9.1% | 0.3 | 11.1% |
| Gainesville | 8 | 47,423 | 33.6% | 16.0 | 24.9% | Tampa | 18 | 201,035 | 52.2% | 120.7 | 68.7% |
| Hollywood | 32 | 28,649 | 18.7% | 3.5 | 11.3% | Tampa | 19 | 147,959 | 38.4% | 39.9 | 22.7% |
| Hollywood | 38 | 124,418 | 81.3% | 27.3 | 88.7% | Tampa | 20 | 35,965 | 9.3% | 15.3 | 8.7% |
| Jacksonville | 4 | 406,200 | 42.8% | 626.4 | 71.6% | Temple Terrace | 19 | 26,690 | 100.0% | 7.6 | 99.0% |
| Jacksonville | 6 | 543,411 | 57.2% | 248.1 | 28.4% | Temple Terrace | 20 | 0 | 0.0% | 0.1 | 1.0% |
| Lake Wales | 22 | 12,921 | 79.0% | 14.8 | 73.8% | West Palm Beach | 29 | 16,219 | 13.8% | 32.5 | 56.1% |
| Lake Wales | 26 | 3,440 | 21.0% | 5.3 | 26.2% | West Palm Beach | 30 | 101,196 | 86.2% | 25.5 | 43.9% |
| Lakeland | 22 | 100,638 | 89.3% | 64.0 | 85.2% | Winter Garden | 11 | 23,888 | 50.9% | 7.6 | 42.3% |
| Lakeland | 26 | 12,003 | 10.7% | 11.1 | 14.8% | Winter Garden | 12 | 23,076 | 49.1% | 10.3 | 57.7% |
| Longboat Key | 21 | 2,746 | 36.6% | 8.3 | 51.7% | Winter Haven | 22 | 49,219 | 100.0% | 40.2 | 97.8% |
| Longboat Key | 23 | 4,759 | 63.4% | 7.7 | 48.3% | Winter Haven | 26 | 0 | 0.0% | 0.9 | 2.2% |
| Maitland | 9 | 19,543 | 100.0% | 6.5 | 100.0% | Winter Park | 9 | 29,774 | 99.9% | 10.4 | 99.7% |
| Maitland | 11 | 0 | 0.0% | 0.0 | 0.0% | Winter Park | 11 | 21 | 0.1% | 0.0 | 0.3% |
| Miami | 35 | 67,844 | 15.3% | 11.3 | 20.1% | | | | | | |
| Miami | 36 | 701 | 0.2% | 0.1 | 0.1% | | | | | | |
| Miami | 37 | 343,415 | 77.7% | 32.5 | 57.9% | | | | | | |
| Miami | 40 | 30,281 | 6.9% | 12.3 | 21.9% | | | | | | |
| Miami Beach | 35 | 40,306 | 48.6% | 8.2 | 53.8% | | | | | | |
| Miami Beach | 37 | 42,584 | 51.4% | 7.0 | 46.2% | | | | | | |
| Miramar | 32 | 117,135 | 87.0% | 28.9 | 93.0% | | | | | | |

SEN-0000758

2/12/2022

Plan S02758056

SEN-0000759

Plan S02758056

| | | | 6 | 17 | 78 | 19 | 39 | 45 | 36 | 47 | 38 | 49 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PLANED/WIDE | RVAP | -1.47% | -4.48% | 19.77% | 49.70% | 76.18% | -0.16% | 4.70% | 6.78% | 30.79% | -2.11% |
| | General Election | HVAP | 107.3% | 25.35% | 52.56% | 31.78% | 23.13% | 37.95% | 90.13% | 78.45% | 71.50% | 65.33% |
| 2016 | President | H_Biden | 83.18% | 56.90% | 58.59% | 68.01% | 24.34% | 78.01% | 49.57% | 49.83% | 44.48% | 53.89% |
| | | R_Trump | 58.2% | 33.2% | 40.30% | 30.72% | 14.34% | 31.63% | 58.21% | 49.65% | 54.03% | 45.22% |
| | Governor | D_Gillum | 61.82% | 67.52% | 62.28% | 71.52% | 78.59% | 55.28% | 46.51% | 57.11% | 70.83% | 57.05% |
| | | R_DeSantis | 37.74% | 31.46% | 36.44% | 28.52% | 20.80% | 44.31% | 40.49% | 44.34% | 29.00% | 41.08% |
| | Attorney General | D_Shaw | 53.73% | 83.11% | 59.18% | 65.60% | 77.95% | 53.59% | 45.47% | 53.77% | 48.72% | 56.74% |
| | | R_Moody | 40.40% | 36.17% | 38.88% | 31.07% | 27.03% | 42.60% | 50.01% | 45.04% | 49.06% | 41.40% |
| 2018 | Chief Financial Officer | D_Ring | 56.08% | 65.96% | 57.47% | 70.00% | 78.50% | 65.15% | 46.53% | 53.58% | 49.27% | 57.13% |
| | | R_Patronis | 20.33% | 37.48% | 38.47% | 29.08% | 21.30% | 32.78% | 53.46% | 46.77% | 40.43% | 32.58% |
| | Agriculture Commissioner | D_Fried | 60.12% | 67.53% | 51.88% | 72.40% | 79.70% | 55.55% | 47.56% | 55.44% | 50.65% | 58.29% |
| | | R_Caldwell | 36.89% | 22.67% | 37.11% | 27.55% | 20.73% | 17.85% | 52.63% | 43.58% | 49.64% | 46.71% |
| | US Senate | D_Nelson | 60.07% | 57.05% | 60.85% | 71.17% | 78.18% | 84.00% | 47.18% | 52.84% | 51.05% | 59.18% |
| | | R_Scott | 59.95% | 32.55% | 39.11% | 28.77% | 20.32% | 15.23% | 52.56% | 45.15% | 46.85% | 49.82% |
| 2016 | President | H_Clinton | 57.59% | 56.84% | 64.10% | 68.76% | 65.49% | 94.48% | 44.86% | 49.06% | 58.45% | 60.94% |
| | | R_Trump | 39.25% | 31.48% | 33.59% | 28.01% | 21.75% | 13.94% | 42.88% | 37.91% | 45.49% | 35.56% |
| | US Senate | H_Murphy | 70.68% | 61.92% | 58.09% | 62.70% | 74.59% | 94.77% | 43.88% | 45.30% | 46.74% | 57.07% |
| | | R_Rubio | 47.15% | 35.74% | 38.63% | 31.16% | 24.43% | 18.44% | 54.88% | 48.94% | 51.46% | 45.14% |
| 2014 | Governor | H_Crist | 47.11% | 61.74% | 53.77% | 68.10% | 78.36% | 94.67% | 43.08% | 43.39% | 48.96% | 45.29% |
| | | R_Scott | 44.72% | 34.73% | 42.23% | 29.96% | 19.40% | 12.98% | 54.85% | 50.29% | 48.01% | 49.23% |
| | Attorney General | D_Sheldon | 48.25% | 57.92% | 56.05% | 62.16% | 75.68% | 83.15% | 38.29% | 43.50% | 45.25% | 53.83% |
| | | R_Bondi | 48.41% | 39.76% | 42.18% | 34.84% | 23.86% | 13.48% | 59.50% | 54.74% | 54.25% | 44.40% |
| | Chief Financial Officer | D_Rankin | 48.72% | 55.42% | 56.56% | 60.34% | 73.57% | 82.81% | 39.60% | 42.94% | 43.08% | 50.25% |
| | | R_Atwater | 50.03% | 44.58% | 48.44% | 39.66% | 26.01% | 17.18% | 60.39% | 57.06% | 56.90% | 49.75% |
| | Agriculture Commissioner | D_Hamilton | 52.06% | 56.35% | 48.67% | 59.77% | 75.28% | 83.72% | 39.21% | 43.11% | -3.08% | 51.30% |
| | | R_Putnam | 44.14% | 43.66% | 50.09% | 40.04% | 24.59% | 13.67% | 60.78% | 55.89% | 56.87% | 48.70% |
| 2012 | President | D_Obama | 52.07% | 55.62% | 64.44% | 72.79% | 78.17% | 83.99% | 50.94% | 54.44% | 57.70% | 57.08% |
| | | R_Romney | 49.80% | 35.27% | 35.78% | 26.69% | 22.43% | 12.78% | 48.35% | 45.05% | 47.69% | 41.82% |
| | US Senate | D_Nelson | 62.70% | 59.71% | 66.99% | 75.78% | 79.69% | 80.78% | 57.22% | 59.07% | 60.42% | 59.90% |
| | | R_Mack | 55.06% | 28.45% | 29.52% | 22.52% | 18.67% | 12.23% | 45.65% | 42.76% | 44.93% | 38.34% |



**Please Provide Completed Form To:**
help@floridaredistricting.gov

House Committee on Redistricting
402 House Office Building
402 South Monroe Street
Tallahassee, FL 32399-1300

Senate Committee on Reapportionment
2000 The Capitol
404 South Monroe Street
Tallahassee, FL 32399-1100

*Field is required.

Prefix _____ *First Name _Ray_ _____ *Last Name _Rodrigues_ _____ Suffix _____

Organization Name (if applicable) _____

*Your Address _200 mein street_ Suite 401 _____ *City _Ft myers_ *State _FL_ *Zip _33901_

*Your County _Lee_ _____ Your Email _rodrigues.ray@flsenate.gov_

*Your Phone Number _(239) 388-2370_

*Have you received compensation or anything of value (travel, meals, lodging, etc.) from any groups or organizations that have an interest in redistricting as part of, or in exchange for, your comments, suggestions, or map?

☐ YES    ☑ NO

If YES, please list what you received and who provided it to you below:

List the name of every person(s), group(s), or organization(s) you collaborated with on your comment, suggestion, or submitted map below:

_Senate Reapportionment Staff & Counsel_

By submitting this form, I acknowledge and agree to the following terms and conditions:

☑ YES, I understand that my comments, suggestions, or map submission may be displayed on www.FloridaRedistricting.gov or other public websites maintained by the Florida Legislature.

☑ YES, I understand that my communications with the Florida Legislature, including this form and any submitted materials, are subject to public records laws in Florida.

SEN-0000763

☑ YES, I understand that I may be contacted by a member of the legislature or their staff to answer questions about my comments, suggestions, or map submission.

☑ YES, I understand that similar to other pieces of legislation, input and ideas from members of the public must be proposed by Legislators in order to become part of bills or amendments.

*The Florida Legislature acknowledges the importance of transparency throughout the entire redistricting process. By engaging in the redistricting process – through comments, suggestions, or map submissions – it is possible your detailed communications and submissions may be included, reviewed, and examined in all steps of the legislative process until, and even after, new district maps are enacted into law.*

Ray Rodriguez
*Your Signature

1/11/22
*Date

---

**Please provide detailed comments regarding your suggestion. Florida's redistricting plans must be drawn and approved in alignment with Florida's constitutional standards and federal law.**

---

\*If you are submitting a map, please select the Plan Type and provide the unique Plan Number included in your Submission Receipt email: _____

Plan Type:   ☐ Congressional      ☐ State House      ☑ State Senate

\*If you are submitting comments or suggestions about a plan already published at
www.FloridaRedistricting.gov, please provide the name of the plan: **d 65q 75 1616349d 360e8e7d88a**
F6d60

Details:

makes whole municipalities in non Tier 1
Districts where the split between two
districts is contiguous and 1,000 or less
Voters.

SEN-0000764



Florida
State Senate Districts
S027S8058
* * * * *
by Senator Rodrigues
* * * * *
January 13, 2022

SEN-0000765

Plan S027S8058

| Dist | Deviation | | Area | Voting Age Population | | Density | Compactness | | Houses | | Committee | | Ethnic | | | Political and Geographic Boundaries | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | % | Pop. | (sq mi) | (mi) | Perim | Reock | Ratio | White | Black | Hisp | Asian | Nat | City | County | Town | Non Pol/Geo | | | | | | |

SEN-0000766

Split Counties and Cities

PageID 5220

Plan S027S8058

| County | Dist. | Total Pop | Pop% | Total Area | Area% | County | Dist. | Total Pop | Pop% | Total Area | Area% | County | Dist. | Total Pop | Pop% | Total Area | Area% | County | Dist. | Total Pop | Pop% | Total Area | Area% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alachua | 6 | 160,905 | 57.6% | 494.0 | 51.0% | | | | | | | | | | | | | | | | | | |
| Alachua | 9 | 118,163 | 42.4% | 474.8 | 49.0% | | | | | | | | | | | | | | | | | | |
| Brevard | 8 | 69,115 | 11.4% | 367.5 | 23.6% | | | | | | | | | | | | | | | | | | |
| Brevard | 19 | 537,497 | 88.6% | 1,189.5 | 76.4% | | | | | | | | | | | | | | | | | | |
| Broward | 30 | 407,113 | 20.9% | 89.0 | 6.8% | | | | | | | | | | | | | | | | | | |
| Broward | 32 | 542,051 | 27.9% | 88.5 | 6.8% | | | | | | | | | | | | | | | | | | |
| Broward | 35 | 542,250 | 27.9% | 955.0 | 73.0% | | | | | | | | | | | | | | | | | | |
| Broward | 37 | 452,961 | 23.3% | 175.9 | 13.4% | | | | | | | | | | | | | | | | | | |
| Duval | 4 | 452,156 | 45.4% | 670.4 | 73.0% | | | | | | | | | | | | | | | | | | |
| Duval | 5 | 543,411 | 54.6% | 248.1 | 27.0% | | | | | | | | | | | | | | | | | | |
| Hillsborough | 14 | 535,992 | 36.7% | 280.8 | 21.1% | | | | | | | | | | | | | | | | | | |
| Hillsborough | 16 | 422,943 | 29.0% | 281.4 | 21.1% | | | | | | | | | | | | | | | | | | |
| Hillsborough | 20 | 234,827 | 16.1% | 468.2 | 35.2% | | | | | | | | | | | | | | | | | | |
| Hillsborough | 23 | 266,000 | 18.2% | 301.6 | 22.6% | | | | | | | | | | | | | | | | | | |
| Lee | 27 | 99,823 | 13.1% | 191.1 | 12.6% | | | | | | | | | | | | | | | | | | |
| Lee | 28 | 122,124 | 16.1% | 232.0 | 15.3% | | | | | | | | | | | | | | | | | | |
| Lee | 33 | 538,875 | 70.8% | 1,091.7 | 72.1% | | | | | | | | | | | | | | | | | | |
| Manatee | 20 | 300,240 | 75.1% | 796.9 | 82.7% | | | | | | | | | | | | | | | | | | |
| Manatee | 22 | 99,470 | 24.9% | 167.2 | 17.3% | | | | | | | | | | | | | | | | | | |
| Miami-Dade | 34 | 533,571 | 19.8% | 143.5 | 6.0% | | | | | | | | | | | | | | | | | | |
| Miami-Dade | 36 | 540,685 | 20.0% | 59.9 | 2.5% | | | | | | | | | | | | | | | | | | |
| Miami-Dade | 37 | 89,657 | 3.3% | 10.1 | 0.4% | | | | | | | | | | | | | | | | | | |
| Miami-Dade | 38 | 543,674 | 20.1% | 342.8 | 14.4% | | | | | | | | | | | | | | | | | | |
| Miami-Dade | 39 | 534,522 | 19.8% | 169.6 | 7.1% | | | | | | | | | | | | | | | | | | |
| Miami-Dade | 40 | 459,658 | 17.0% | 1,663.5 | 69.6% | | | | | | | | | | | | | | | | | | |
| Okaloosa | 1 | 29,358 | 13.9% | 344.1 | 27.6% | | | | | | | | | | | | | | | | | | |
| Okaloosa | 2 | 182,310 | 86.1% | 902.6 | 72.4% | | | | | | | | | | | | | | | | | | |
| Orange | 10 | 64,579 | 4.5% | 20.9 | 2.1% | | | | | | | | | | | | | | | | | | |
| Orange | 13 | 152,678 | 10.7% | 139.6 | 13.3% | | | | | | | | | | | | | | | | | | |
| Orange | 15 | 534,207 | 37.4% | 288.1 | 28.7% | | | | | | | | | | | | | | | | | | |
| Orange | 17 | 533,788 | 37.3% | 489.0 | 48.7% | | | | | | | | | | | | | | | | | | |
| Orange | 25 | 144,656 | 10.1% | 71.8 | 7.2% | | | | | | | | | | | | | | | | | | |
| Palm Beach | 24 | 543,535 | 36.4% | 196.8 | 8.3% | | | | | | | | | | | | | | | | | | |
| Palm Beach | 26 | 540,142 | 36.2% | 1,319.6 | 55.4% | | | | | | | | | | | | | | | | | | |
| Palm Beach | 30 | 132,315 | 8.9% | 32.8 | 1.4% | | | | | | | | | | | | | | | | | | |
| Palm Beach | 31 | 276,199 | 18.5% | 834.1 | 35.0% | | | | | | | | | | | | | | | | | | |
| Pasco | 11 | 60,429 | 10.8% | 146.8 | 14.5% | | | | | | | | | | | | | | | | | | |
| Pasco | 21 | 231,325 | 41.2% | 315.5 | 31.1% | | | | | | | | | | | | | | | | | | |
| Pasco | 23 | 270,137 | 48.1% | 552.4 | 54.4% | | | | | | | | | | | | | | | | | | |
| Pinellas | 16 | 112,505 | 11.7% | 69.2 | 8.0% | | | | | | | | | | | | | | | | | | |
| Pinellas | 18 | 542,722 | 56.6% | 453.5 | 52.6% | | | | | | | | | | | | | | | | | | |
| Pinellas | 21 | 303,880 | 31.7% | 339.9 | 39.4% | | | | | | | | | | | | | | | | | | |
| Polk | 12 | 536,474 | 74.0% | 999.4 | 49.7% | | | | | | | | | | | | | | | | | | |
| Polk | 27 | 188,572 | 26.0% | 1,011.0 | 50.3% | | | | | | | | | | | | | | | | | | |
| St. Lucie | 29 | 222,956 | 67.7% | 600.5 | 87.3% | | | | | | | | | | | | | | | | | | |
| St. Lucie | 31 | 106,270 | 32.3% | 87.3 | 12.7% | | | | | | | | | | | | | | | | | | |
| Volusia | 7 | 79,482 | 14.4% | 313.9 | 21.9% | | | | | | | | | | | | | | | | | | |
| Volusia | 8 | 474,061 | 85.6% | 1,118.5 | 78.1% | | | | | | | | | | | | | | | | | | |

SEN-0000767



Plan S027S8058

| Cities included in more than one district | | | | | | Cities included in more than one district | | | | | | Cities included in more than one district | | | | | | Cities included in more than one district | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| City | Dist. | Total Pop | Pop% | Total Area | Area% | City | Dist. | Total Pop | Pop% | Total Area | Area% | City | Dist. | Total Pop | Pop% | Total Area | Area% | City | Dist. | Total Pop | Pop% | Total Area | Area% |
| Aventura | 34 | 0 | 0.0% | 0.0 | 0.8% | Miramar | 37 | 17,586 | 13.1% | 2.2 | 7.0% | | | | | | | | | | | | |
| Aventura | 37 | 40,242 | 100.0% | 3.5 | 99.2% | Newberry | 6 | 3,647 | 49.7% | 23.2 | 39.6% | | | | | | | | | | | | |
| Belle Isle | 17 | 7,032 | 100.0% | 5.0 | 97.0% | Newberry | 9 | 3,695 | 50.3% | 35.4 | 60.4% | | | | | | | | | | | | |
| Belle Isle | 25 | 0 | 0.0% | 0.2 | 3.0% | North Miami | 34 | 60,191 | 100.0% | 10.0 | 100.0% | | | | | | | | | | | | |
| Boca Raton | 26 | 50,013 | 51.3% | 19.2 | 60.8% | North Miami | 37 | 0 | 0.0% | 0.0 | 0.0% | | | | | | | | | | | | |
| Boca Raton | 30 | 47,409 | 48.7% | 12.4 | 39.2% | North Miami Beach | 34 | 35,300 | 80.8% | 4.3 | 79.9% | | | | | | | | | | | | |
| Bonita Springs | 28 | 10,530 | 19.6% | 14.1 | 30.3% | North Miami Beach | 37 | 8,376 | 19.2% | 1.1 | 20.1% | | | | | | | | | | | | |
| Bonita Springs | 33 | 43,114 | 80.4% | 32.4 | 69.7% | Oakland | 13 | 0 | 0.0% | 0.0 | 0.9% | | | | | | | | | | | | |
| Clearwater | 18 | 33,473 | 28.5% | 6.4 | 18.0% | Oakland | 15 | 3,516 | 100.0% | 2.3 | 99.1% | | | | | | | | | | | | |
| Clearwater | 21 | 83,819 | 71.5% | 29.4 | 82.0% | Ocoee | 13 | 7,686 | 16.3% | 1.8 | 10.8% | | | | | | | | | | | | |
| Coral Gables | 36 | 25,018 | 50.8% | 3.9 | 10.3% | Ocoee | 15 | 39,609 | 83.8% | 14.9 | 89.2% | | | | | | | | | | | | |
| Coral Gables | 38 | 24,230 | 49.2% | 33.5 | 89.7% | Oldsmar | 18 | 11 | 0.1% | 0.0 | 0.0% | | | | | | | | | | | | |
| Crestview | 1 | 10,214 | 37.6% | 8.7 | 51.9% | Oldsmar | 21 | 14,887 | 99.9% | 10.1 | 100.0% | | | | | | | | | | | | |
| Crestview | 2 | 16,920 | 62.4% | 8.1 | 48.1% | Opa-locka | 34 | 16,463 | 100.0% | 4.2 | 94.6% | | | | | | | | | | | | |
| Davie | 32 | 1,148 | 1.1% | 0.3 | 0.9% | Opa-locka | 39 | 0 | 0.0% | 0.2 | 5.4% | | | | | | | | | | | | |
| Davie | 35 | 103,272 | 97.7% | 33.4 | 93.4% | Orlando | 10 | 3,835 | 1.3% | 1.7 | 1.4% | | | | | | | | | | | | |
| Davie | 37 | 1,271 | 1.2% | 2.1 | 5.7% | Orlando | 15 | 141,201 | 45.9% | 36.7 | 30.9% | | | | | | | | | | | | |
| Daytona Beach | 7 | 7,058 | 9.7% | 2.4 | 3.6% | Orlando | 17 | 159,416 | 51.8% | 75.8 | 63.7% | | | | | | | | | | | | |
| Daytona Beach | 8 | 65,589 | 90.3% | 65.8 | 96.4% | Orlando | 25 | 3,121 | 1.0% | 4.7 | 4.0% | | | | | | | | | | | | |
| Deerfield Beach | 30 | 71,094 | 81.9% | 13.2 | 81.6% | Ormond Beach | 7 | 36,557 | 84.9% | 36.2 | 93.2% | | | | | | | | | | | | |
| Deerfield Beach | 37 | 15,765 | 18.2% | 3.0 | 18.4% | Ormond Beach | 8 | 6,523 | 15.1% | 2.7 | 6.8% | | | | | | | | | | | | |
| Eagle Lake | 12 | 0 | 0.0% | 0.0 | 0.3% | Palm Beach Gardens | 24 | 16,345 | 27.6% | 5.9 | 10.0% | | | | | | | | | | | | |
| Eagle Lake | 27 | 3,008 | 100.0% | 3.7 | 99.8% | Palm Beach Gardens | 31 | 42,837 | 72.4% | 53.4 | 90.0% | | | | | | | | | | | | |
| Edgewood | 15 | 1,482 | 55.2% | 0.8 | 55.9% | Pompano Beach | 30 | 49,815 | 44.5% | 13.5 | 54.7% | | | | | | | | | | | | |
| Edgewood | 17 | 1,203 | 44.8% | 0.7 | 44.1% | Pompano Beach | 37 | 62,231 | 55.5% | 11.2 | 45.3% | | | | | | | | | | | | |
| Estero | 28 | 9,844 | 26.7% | 6.9 | 27.2% | Port St. Lucie | 29 | 99,884 | 48.8% | 50.7 | 41.9% | | | | | | | | | | | | |
| Estero | 33 | 27,095 | 73.4% | 18.5 | 72.8% | Port St. Lucie | 31 | 104,967 | 51.2% | 70.2 | 58.1% | | | | | | | | | | | | |
| Fanning Springs | 6 | 478 | 40.4% | 1.9 | 38.4% | Royal Palm Beach | 26 | 4,664 | 12.0% | 1.1 | 8.9% | | | | | | | | | | | | |
| Fanning Springs | 9 | 704 | 59.6% | 3.1 | 61.6% | Royal Palm Beach | 31 | 34,268 | 88.0% | 10.7 | 91.1% | | | | | | | | | | | | |
| Fort Lauderdale | 32 | 84,222 | 46.1% | 15.8 | 43.5% | St. Petersburg | 16 | 112,505 | 43.6% | 69.2 | 52.7% | | | | | | | | | | | | |
| Fort Lauderdale | 37 | 98,538 | 53.9% | 20.5 | 56.5% | St. Petersburg | 18 | 145,803 | 56.5% | 62.1 | 47.3% | | | | | | | | | | | | |
| Fort Myers | 27 | 4,870 | 5.6% | 5.9 | 11.9% | Sunrise | 32 | 86,396 | 88.8% | 11.9 | 65.7% | | | | | | | | | | | | |
| Fort Myers | 28 | 12,529 | 14.5% | 7.8 | 16.0% | Sunrise | 35 | 10,939 | 11.2% | 6.2 | 34.3% | | | | | | | | | | | | |
| Fort Myers | 33 | 68,996 | 79.9% | 35.4 | 72.1% | Sweetwater | 36 | 1,762 | 9.1% | 0.3 | 11.1% | | | | | | | | | | | | |
| Gainesville | 6 | 93,662 | 66.4% | 48.3 | 75.1% | Sweetwater | 39 | 17,601 | 90.9% | 2.0 | 88.9% | | | | | | | | | | | | |
| Gainesville | 9 | 47,423 | 33.6% | 16.0 | 24.9% | Tampa | 14 | 201,035 | 52.2% | 120.7 | 68.7% | | | | | | | | | | | | |
| Hollywood | 35 | 28,649 | 18.7% | 3.5 | 11.3% | Tampa | 16 | 147,959 | 38.4% | 39.9 | 22.7% | | | | | | | | | | | | |
| Hollywood | 37 | 124,418 | 81.3% | 27.3 | 88.7% | Tampa | 23 | 35,965 | 9.3% | 15.3 | 8.7% | | | | | | | | | | | | |
| Jacksonville | 4 | 406,200 | 42.8% | 626.4 | 71.6% | Temple Terrace | 16 | 26,690 | 100.0% | 7.6 | 99.0% | | | | | | | | | | | | |
| Jacksonville | 5 | 543,411 | 57.2% | 248.1 | 28.4% | Temple Terrace | 23 | 0 | 0.0% | 0.1 | 1.0% | | | | | | | | | | | | |
| Lake Wales | 12 | 12,921 | 79.0% | 14.8 | 73.8% | West Palm Beach | 24 | 101,196 | 86.2% | 25.5 | 43.9% | | | | | | | | | | | | |
| Lake Wales | 27 | 3,440 | 21.0% | 5.3 | 26.2% | West Palm Beach | 31 | 16,219 | 13.8% | 32.5 | 56.1% | | | | | | | | | | | | |
| Lakeland | 12 | 100,638 | 89.3% | 64.0 | 85.2% | Winter Garden | 13 | 23,076 | 49.1% | 10.3 | 57.7% | | | | | | | | | | | | |
| Lakeland | 27 | 12,003 | 10.7% | 11.1 | 14.8% | Winter Garden | 15 | 23,888 | 50.9% | 7.6 | 42.3% | | | | | | | | | | | | |
| Longboat Key | 20 | 2,746 | 36.6% | 8.3 | 51.7% | Winter Haven | 12 | 49,219 | 100.0% | 40.2 | 97.8% | | | | | | | | | | | | |
| Longboat Key | 22 | 4,759 | 63.4% | 7.7 | 48.3% | Winter Haven | 27 | 0 | 0.0% | 0.9 | 2.2% | | | | | | | | | | | | |
| Maitland | 10 | 19,543 | 100.0% | 6.5 | 100.0% | Winter Park | 10 | 29,774 | 99.9% | 10.4 | 99.7% | | | | | | | | | | | | |
| Maitland | 15 | 0 | 0.0% | 0.0 | 0.0% | Winter Park | 15 | 21 | 0.1% | 0.0 | 0.3% | | | | | | | | | | | | |
| Miami | 34 | 67,844 | 15.3% | 11.3 | 20.1% | | | | | | | | | | | | | | | | | | | |
| Miami | 36 | 343,415 | 77.7% | 32.5 | 57.9% | | | | | | | | | | | | | | | | | | | |
| Miami | 38 | 30,281 | 6.9% | 12.3 | 21.9% | | | | | | | | | | | | | | | | | | | |
| Miami | 39 | 701 | 0.2% | 0.1 | 0.1% | | | | | | | | | | | | | | | | | | | |
| Miami Beach | 34 | 40,306 | 48.6% | 8.2 | 53.8% | | | | | | | | | | | | | | | | | | | |
| Miami Beach | 36 | 42,584 | 51.4% | 7.0 | 46.2% | | | | | | | | | | | | | | | | | | | |
| Miramar | 35 | 117,135 | 87.0% | 28.9 | 93.0% | | | | | | | | | | | | | | | | | | | |

SEN-0000768

Plan SO2758058

SEN-0000769

Plan S02758058

SEN-0000770

| | | | 5 | 15 | 5 | 15 | 30 | 44 | 34 | 54 | 34 | 40 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Place SD/WDER | | RVAH | 11.63% | 44.48% | 54.70% | 15.50% | 26.16% | 44.14% | 6.73% | 14.10% | 4.71% | 4.24% |
| General Election | | HVAP | 10.73% | 25.35% | 21.76% | 52.55% | 10.13% | 37.93% | 74.90% | 64.33% | 90.29% | 71.50% |
| 2016 | President | D_Biden | 60.16% | 65.03% | 62.10% | 58.04% | 24.34% | 78.01% | 49.58% | 54.23% | 49.03% | 44.52% |
| | | R_Trump | 58.20% | 35.22% | 30.71% | 40.55% | 14.31% | 31.63% | 49.85% | 45.22% | 59.01% | 54.02% |
| 2014 | Governor | D_Gillum | 61.82% | 67.52% | 75.52% | 63.28% | 78.50% | 65.12% | 51.41% | 57.06% | 76.01% | 70.83% |
| | | R_DeSantis | 37.74% | 31.46% | 24.44% | 30.52% | 70.80% | 54.17% | 44.54% | 41.08% | 57.71% | 45.00% |
| | Attorney General | D_Shaw | 58.53% | 63.15% | 66.85% | 54.33% | 77.95% | 73.59% | 47.73% | 58.35% | 45.47% | 48.24% |
| | | R_Moody | 40.40% | 36.52% | 37.55% | 45.85% | 27.00% | 72.60% | 45.03% | 41.49% | 50.01% | 48.00% |
| | Chief Financial Officer | D_Ring | 55.08% | 65.96% | 70.33% | 61.67% | 78.50% | 65.11% | 53.58% | 57.13% | 46.53% | 45.27% |
| | | R_Patronis | 70.63% | 37.19% | 29.08% | 43.39% | 27.30% | 72.78% | 46.42% | 42.68% | 53.45% | 50.73% |
| | Agriculture Commissioner | D_Fried | 60.12% | 67.53% | 72.40% | 62.88% | 79.10% | 85.55% | 55.44% | 58.26% | 47.65% | 50.95% |
| | | R_Caldwell | 38.20% | 32.67% | 27.59% | 37.11% | 20.73% | 17.35% | 44.53% | 40.71% | 52.03% | 49.04% |
| | US Senate | D_Nelson | 60.07% | 67.05% | 71.22% | 60.69% | 75.18% | 84.00% | 54.84% | 59.16% | 47.18% | 11.15% |
| | | R_Scott | 59.95% | 32.55% | 28.77% | 30.31% | 20.32% | 15.23% | 45.15% | 40.82% | 52.81% | 43.85% |
| 2015 | President | H_Clinton | 54.50% | 68.34% | 68.70% | 65.78% | 76.46% | 94.48% | 56.34% | 64.54% | 54.36% | 15.87% |
| | | R_Trump | 39.25% | 31.46% | 28.01% | 33.59% | 21.75% | 13.94% | 37.92% | 35.50% | 42.88% | 43.45% |
| | US Senate | H_Murphy | 70.48% | 61.32% | 63.47% | 65.36% | 74.59% | 94.73% | 58.39% | 57.77% | 45.74% | 45.18% |
| | | R_Rubio | 42.15% | 35.74% | 35.14% | 39.03% | 24.43% | 18.44% | 48.53% | 45.14% | 54.88% | 53.84% |
| 2014 | Governor | H_Crist | 52.11% | 60.45% | 63.10% | 63.77% | 78.86% | 94.52% | 47.63% | 57.99% | 45.38% | 40.86% |
| | | R_Scott | 44.72% | 34.73% | 20.90% | 41.11% | 18.46% | 12.98% | 50.29% | 40.21% | 54.85% | 48.02% |
| | Attorney General | D_Sheldon | 78.25% | 57.62% | 52.16% | 60.03% | 75.58% | 83.15% | 73.60% | 53.38% | 36.25% | 73.25% |
| | | R_Bondi | 48.41% | 44.76% | 34.83% | 44.18% | 23.90% | 15.49% | 54.74% | 44.46% | 58.60% | 53.25% |
| | Chief Financial Officer | D_Rankin | 45.72% | 55.42% | 51.94% | 50.56% | 73.57% | 82.81% | 43.54% | 50.25% | 30.80% | 43.08% |
| | | R_Atwater | 50.30% | 44.58% | 49.10% | 49.44% | 20.01% | 17.18% | 57.07% | 48.75% | 60.09% | 16.90% |
| | Agriculture Commissioner | D_Hamilton | 52.26% | 58.35% | 58.77% | 48.57% | 75.28% | 83.72% | 41.33% | 51.30% | 35.27% | 43.38% |
| | | R_Putnam | 44.14% | 43.86% | 40.79% | 51.04% | 24.03% | 16.26% | 56.68% | 48.70% | 60.76% | 55.60% |
| 2012 | President | D_Obama | 58.01% | 55.62% | 72.09% | 63.43% | 79.11% | 83.99% | 54.84% | 57.08% | 50.94% | 51.70% |
| | | R_Romney | 40.90% | 35.27% | 26.89% | 35.73% | 20.43% | 12.79% | 55.05% | 41.82% | 48.65% | 73.65% |
| | US Senator | H_Nelson | 60.09% | 59.71% | 71.02% | 74.09% | 75.58% | 84.78% | 71.77% | 54.90% | 16.44% | 58.49% |
| | | R_Mack | 55.08% | 28.15% | 22.52% | 29.62% | 19.07% | 12.23% | 42.46% | 33.81% | 75.86% | 74.93% |

SEN-0000772

# CourtSmart Tag Report

**Room:** KB 412                    **Case No.:** -                                    **Type:**
**Caption:** Senate Committee on Reapportionment                          **Judge:**

**Started:**  1/13/2022 1:34:25 PM
**Ends:**     1/13/2022 5:04:27 PM          **Length: 03:30:03**

| | |
|---|---|
| 1:34:35 PM | Meeting called to order; Danna Ivey calls the roll |
| 1:35:22 PM | Chair Rodrigues makes introductory remarks |
| 1:39:42 PM | Sen. Bean asks a question |
| 1:40:36 PM | Chair Rodrigues responds |
| 1:41:04 PM | Sen. Bean asks a follow-up question |
| 1:41:17 PM | Chair Rodrigues responds |
| 1:41:49 PM | Sen. Bean asks a follow-up question |
| 1:42:11 PM | Chair Rodrigues responds |
| 1:42:27 PM | Sen. Bean asks a follow-up question |
| 1:42:34 PM | Chair Rodrigues responds |
| 1:42:37 PM | Sen. Gibson asks a question |
| 1:43:00 PM | Chair Rodrigues responds |
| 1:43:09 PM | Sen. Gibson asks a follow-up question |
| 1:43:54 PM | Chair Rodrigues responds |
| 1:44:36 PM | Sen. Stewart makes a comment |
| 1:45:03 PM | Sen. Gibson asks a question |
| 1:45:31 PM | Chair Rodrigues responds |
| 1:45:36 PM | Tab 1: SB 102 on Establishing the Congressional Districts of the State by Sen. Rodrigues |
| 1:46:50 PM | Committee takes up Amendment 1: Barcode 652836 presented by Jay Ferrin, Staff Director |
| 1:59:14 PM | No questions on the amendment |
| 2:00:21 PM | No debate on amendment |
| 2:00:33 PM | Amendment is adopted |
| 2:00:53 PM | No questions on the bill as amended |
| 2:01:13 PM | No debate on the bill as amended |
| 2:01:34 PM | Steven Mangual gives public comment on the bill as amended |
| 2:06:51 PM | Cecile Scoon gives public comment on the bill as amended |
| 2:10:16 PM | Danna Ivey calls roll on the bill as amended |
| 2:11:18 PM | Committee substitute for SB 102 is reported favorably |
| 2:11:56 PM | Tab 2: SJR 100 - Joint Resolution of Apportionment |
| 2:13:13 PM | Committee takes up Amendment 1: Barcode 360368 presented by Jay Ferrin, Staff Director |
| 2:26:18 PM | Committee takes up Amendment to the Amendment: Barcode 212004 by Sen. Gibson |
| 2:27:21 PM | Sen. Gibson explains her amendment to the amendment |
| 2:30:02 PM | Sen. Bean asks a question |
| 2:31:14 PM | Sen. Gibson responds |
| 2:32:11 PM | Sen. Bean asks a follow-up question |
| 2:32:24 PM | Sen. Gibson responds |
| 2:32:39 PM | Chair Rodrigues asks a question |
| 2:32:55 PM | Sen. Gibson responds |
| 2:33:37 PM | No public comment |
| 2:33:41 PM | Sen. Burgess gives debate on the amendment to the amendment |
| 2:35:29 PM | Sen. Bean asks a question |
| 2:36:05 PM | Chair Rodrigues responds |
| 2:37:03 PM | Sen. Gibson closes on her amendment to the amendment |
| 2:38:45 PM | The amendment to the amendment has failed |
| 2:39:53 PM | Committee takes up Amendment to the Amendment: Barcode 444992 by Chair Rodrigues |
| 2:40:49 PM | Chair Rodrigues explains his amendment to the amendment |
| 2:43:34 PM | Sen. Bracy asks a question |
| 2:44:06 PM | Chair Rodrigues responds |
| 2:44:52 PM | Sen. Stewart asks a question |
| 2:45:48 PM | Chair Rodrigues responds |
| 2:46:04 PM | Sen. Bracy makes a comment |
| 2:46:14 PM | Sen. Burgess gives debate |

SEN-0000773

| | |
|---|---|
| **2:47:09 PM** | Sen. Rodrigues closes on his amendment to the amendment |
| **2:47:36 PM** | The amendment to the amendment is adopted |
| **2:47:59 PM** | Sen. Bracy asks a question on the amendment as amended |
| **2:48:28 PM** | Chair Rodrigues repsonds |
| **2:51:20 PM** | Chair Rodrigues moves to temporarily postpone the amendment |
| **2:51:58 PM** | Without objection, the amendment is temporarily postponed |
| **2:52:57 PM** | Tab 4: Consideration of District Numbering - SJR 100 to Maintain Staggered Election Term |
| **3:03:15 PM** | Sen. Bean performs the random district numbering |
| **3:04:18 PM** | Committee stand sin informal recess |
| **3:04:28 PM** | Recording Paused |
| **4:45:45 PM** | Recording Resumed |
| **4:45:49 PM** | Committee is called back to order following informal recess |
| **4:46:32 PM** | Substitute Amendment: Barcode 357120 by Chair Rodrigues |
| **4:47:06 PM** | No questions on substitute amendment |
| **4:48:08 PM** | No public comment on substitute amendment |
| **4:48:24 PM** | No debate on substitute amendment |
| **4:48:27 PM** | Chair Rodrigues closes on the substitute amendment |
| **4:48:39 PM** | Substitute amendment adopted |
| **4:48:49 PM** | No questions on the bill as amended |
| **4:48:58 PM** | Cecile Scoon gives public comment on the bill as amended |
| **4:50:44 PM** | Steven Mangual gives public comment on the bill as amended |
| **4:55:16 PM** | No debate on the bill as amended |
| **4:56:22 PM** | Chair Rodrigues closes on SJR 100 |
| **4:56:33 PM** | Danna Ivey calls the roll on SJR 100 |
| **4:57:26 PM** | Committee Substitute for SJR 100 is reported favorably |
| **4:58:26 PM** | Sen. Rouson chnages his vote on the Congressional map to "no" |
| **4:58:56 PM** | Sen. Gibson changes her vote on the Congressional map to "no" |
| **4:59:16 PM** | Chair Rodrigues makes closing remarks |
| **5:02:11 PM** | Sen. Broxson makes a comment |
| **5:03:10 PM** | Sen. Bracy changes his vote on 8050 |
| **5:04:12 PM** | Meeting adjourned |