# The Florida Senate

## APPEARANCE RECORD

Deliver both copies of this form to Senate professional staff conducting the meeting

**Meeting Date:** 11/17/2021

**Committee:** Reapportionment · ~~Congressional~~ Legislative

**Bill Number or Topic:** Legislative Reapportionment

**Amendment Barcode (if applicable):**

**Name:** NICHOLAS WARREN

**Phone:** (850) 509-5450

**Address (Street):** 304 W 8th AVE

**Email:** NICHOLASVWARREN@GMAIL.COM

**City:** TALLAHASSEE  **State:** FL  **Zip:** 32303

**Speaking:** ☐ For  ☐ Against  ☒ Information  **OR**  **Waive Speaking:** ☐ In Support  ☐ Against

---

**PLEASE CHECK ONE OF THE FOLLOWING:**

☒ I am appearing without compensation or sponsorship.

☐ I am a registered lobbyist, representing:

☐ I am not a lobbyist, but received something of value for my appearance (travel, meals, lodging, etc.), sponsored by:

---

While it is a tradition to encourage public testimony, time may not permit all persons wishing to speak to be heard at this hearing. Those who do speak may be asked to limit their remarks so that as many persons as possible can be heard. If you have questions about registering to lobby please see Fla. Stat. §11.045 and Joint Rule 1. 2020-2022JointRules.pdf (flsenate.gov)

This form is part of the public record for this meeting.

S-001 (08/10/2021)

**Exhibit**
Exhibit No.: 5
Name: N. Warren
Date: 11.18.24 MA
ESQUIRE

SEN-0000859

Exhibit 16