**In the Matter Of:**

HODGES vs PASSIDOMO

8:24-cv-879

---

**MEIKO SEYMOUR**

*November 26, 2024*

---

<span style="color:red">Exhibit 24</span>



*800.211.DEPO (3376)*
*EsquireSolutions.com*

1                    IN THE UNITED STATES DISTRICT COURT
                         MIDDLE DISTRICT OF FLORIDA
2                            TAMPA DIVISION

3
KETO NORD HODGES, et al.,
4
        Plaintiffs,
5

6    v.                               Case No.:  8:24-cv-879

7
KATHLEEN PASSIDOMO, et al.,
8
        Defendants.
9    _____/

10

11

12        VIDEOCONFERENCE DEPOSITION OF MEIKO SEYMOUR

13            TAKEN ON BEHALF OF THE DEFENDANT

14            DATE TAKEN:   November 26, 2024

15            TIME:         10:14 a.m. – 11:45 a.m.

16            LOCATION:     Via Zoom Videoconference

17

18

19

20

21

22        Examination of the witness taken before:

23                    Wendy E. Rivera, FPR

24

25



```
 1                    APPEARANCES OF COUNSEL
                       (Via Videoconference)
 2

 3   On behalf of the Plaintiffs:

 4
             NAOMI ROBERTSON, ESQUIRE
 5           and
             JAMES M. SHAW, JR., ESQUIRE
 6           Butler Weihmuller Katz Craig, LLP
             400 North Ashley Drive
 7           Suite 2300
             Tampa, Florida 33602
 8           P. (813) 281-1900
             Nrobertson@butler.legal
 9           jshaw@butler.legal

10
     On behalf of the Defendants:
11

12           DENISE M. HARLE, ESQUIRE
             and
13           LEILA S. OBERSCHALL, ESQUIRE
             Shutts & Bowen, LLP
14           215 South Monroe Street
             Suite 804
15           Tallahassee, Florida 32301
             P. (850) 241-1717
16           Tprice@shutts.com

17


18
     Also Present:
19

20           MONIQUA BUMOSKEY

21

22

23

24

25
```



1          I N D E X   O F   E X A M I N A T I O N

2

3    WITNESS:   MEIKO SEYMOUR
                                                   PAGE
4
     Direct Examination by Ms. Harle              4
5
     Certificate of Oath                          47
6
     Certificate of Reporter                      48
7
     Errata (to be forwarded upon execution)      49
8

9

10          D E F E N D A N T ' S   E X H I B I T S

11   EXHIBIT NO.           DESCRIPTION              PAGE

12   Exhibit 1        Complaint                     22

13   Exhibit 2        Plaintiff's Rule 26           43
                      Initial Disclosures
14

15

16

17

18

19

20

21

22

23

24

25



```
 1         VIDEOCONFERENCE DEPOSITION OF MEIKO SEYMOUR

 2                    November 26, 2024

 3                       - - -

 4                    MEIKO SEYMOUR,

 5   having been first duly sworn and responding "Yes,"

 6   testifies as follows:

 7                  DIRECT EXAMINATION

 8   BY MS. HARLE:

 9        Q.   Good morning, Mr. Seymour.  My name is Denise

10   Harle.  I'm one of the attorneys for the Florida Senate

11   in this case and I'll be taking your deposition today.

12        A.   Good morning.

13        Q.   Could you please state and spell your name for

14   the record.

15        A.   Meiko Seymour, M-e-i-k-o, S-e-y-m-o-u-r.

16        Q.   Thank you.  Were you able to observe some of

17   the depositions of your co-plaintiffs last week?

18        A.   Yes.

19        Q.   Okay.  Great.  Well, this will sound very

20   familiar to you then.

21             Have you been deposed before?

22        A.   I have not.

23        Q.   Do you understand that you're under oath and

24   your testimony today has the same significance as if you

25   were in court?
```



1    A.   Yes.

2    Q.   We -- you're doing a great job so far, but

3 just a few things we need to keep in mind are that you

4 speak clearly, give complete answers, and try not to

5 interrupt when I'm talking.

6         Does that make sense?

7    A.   Yes.

8    Q.   Okay.  Also, you need to answer your question

9 -- each question even if your attorney objects unless

10 your attorney instructs you not to answer.  If you need

11 a break at any time, please let me know and we can do

12 that.

13        Is there anything preventing you from giving

14 truthful testimony today?

15   A.   Such as?

16   Q.   Such as a medical condition, taking drugs or

17 medications, feeling ill or unable to think clearly.

18   A.   No, ma'am.

19   Q.   Anything else that would keep you from being

20 truthful today in your testimony?

21   A.   No, ma'am.

22   Q.   Okay.  What did you do to prepare for your

23 deposition today?

24   A.   Can you define prepare?

25   Q.   Sure.  In advance of your deposition today,



1  did you take any actions like have any conversations,

2  any meetings, review any documents, anything at all that

3  -- with an eye toward today to prepare yourself for

4  sitting for deposition today?

5       A.   Other than prepping with my attorney, no.

6       Q.   And is your attorney Ms. Robertson?

7       A.   She is one of my attorneys.

8       Q.   Okay.  And how long did you prep with your

9  attorneys for?

10      A.   A few hours.

11      Q.   Did you review -- did you review any documents

12  in preparation for your deposition today?

13           MS. ROBERTSON:  Object to form.

14           THE WITNESS:  Only during our prep time

15      together.

16  BY MS. HARLE:

17      Q.   Can you please state your address, your

18  current residence?

19      A.   824 10th Avenue South, St. Petersburg, Florida

20  33701.

21      Q.   And when did you move there?

22      A.   July 2022, I believe.

23      Q.   Is that an apartment or a house?

24      A.   It's a house.

25      Q.   And do you own it?



1    A.    I do not.

2    Q.    And I apologize.  I have a very froggy voice

3  today, so just let me know if I'm got coming through

4  clearly.

5        Where did you live before you moved to 824

6  10th Avenue South?

7    A.    In St. Pete.

8    Q.    Okay.  What was your street address prior?

9    A.    441 33rd Street North.  I believe my ZIP code

10  was 33712.

11    Q.    And do you know where that address falls on

12  the maps that you're currently challenging, whether it's

13  in the District 16 where you are now or in District 18?

14    A.    I can't recall right now.

15    Q.    And when did you move to 441 3rd Street North?

16    A.    I believe it was sometime in 2017, 2018.

17    Q.    Is there any chance you're aware of that you

18  might be moving in the next year or two?

19    A.    Can you repeat the question?

20    Q.    Sure.  Is there any chance that you're aware

21  of that you might be moving in the next year or two?

22    A.    No.

23    Q.    Have you ever had an address on your driver's

24  license that was different from your residential

25  address?



```
 1       A.   Can you repeat the question?

 2       Q.   Sure.  Have you ever had an address on your

 3  driver's license that was different from your

 4  residential address?

 5       A.   I'm sure at one point or another during moves

 6  perhaps that has occurred.

 7       Q.   Would that just have been however long it took

 8  you to get to the DMV, that sort of thing?

 9       A.   Perhaps.

10       Q.   I can relate to that.

11            What's your educational background since high

12  school?

13       A.   I am currently pursuing a master's degree.

14       Q.   In what field?

15       A.   Theology.

16       Q.   And is that an online program or in person?

17       A.   It is a mixture.

18       Q.   Okay.  What's the school?

19       A.   Portland Seminary and Aldersgate School of

20  Ministry.

21       Q.   Are those in Florida?

22       A.   They are not.

23       Q.   Okay.  So you just have to sort of travel

24  every so often for classes?  Or what does that look like

25  to be getting a degree from somewhere outside of
```





1  Florida?

2      A.   Sorry.  I heard two questions.  Which one are

3  you asking?

4      Q.   Yeah.  Do you have to -- do you just travel to

5  take classes or -- I guess -- I guess that's the first

6  question.

7      A.   They're -- the majority of the classwork is

8  online.  The start and stop to semesters are in person.

9      Q.   Okay.  In person in what city?

10     A.   Portland, Oregon.

11     Q.   And when will you graduate?

12     A.   2027.

13     Q.   So if you're pursuing your master's, I assume

14 -- do you already have your bachelor's?

15     A.   I do not.

16     Q.   Okay.  And where did you obtain your

17 bachelor's degree?

18     A.   I have not.

19     Q.   Oh, you don't?

20     A.   Correct.

21     Q.   Okay.  I'm sorry.  I thought you said you do.

22 Okay.

23          So in the -- in your master's program, are you

24 receiving a bachelor's degree as part of the program?

25     A.   It is taking as a part of the program some of



1  my previous college credits as well as work experience

2  to satisfy a bachelor's requirement.

3       Q.   And where did you previously obtain your

4  college credits?

5       A.   Valencia Community College and Southeastern

6  University or at the time, Southeastern Bible College.

7       Q.   Is that in Lakeland?

8       A.   Yes, ma'am.

9       Q.   Okay.  My uncle went there and my dad.

10          Who is your current employer?

11      A.   Mission Igniter is the organization that I get

12  paid through.

13      Q.   And what is your role at Mission Igniter?

14      A.   I'm a church planter.

15      Q.   And when did you start working at Mission

16  Igniter?

17      A.   August 2024.

18      Q.   So just describe for me in your own words what

19  it looks like to have the job duties of a church

20  planter.

21      A.   Sure.  That includes meeting with potential

22  supporters or donors.  That includes meeting with

23  potential attendees of the church.  It also includes

24  forming a team.  It includes my degree program.  It

25  includes training and certifications in church planting.



 1  And there may be some others that I'm -- that aren't
 2  coming to mind right now.
 3      Q.   Great.  Is there, like, one particular church
 4  that you're focussed on at the current moment?  Or is it
 5  -- do you have sort of a portfolio of churches?
 6      A.   Can you restate the question?
 7      Q.   Yes.  Is it -- do you just sort of have one
 8  church plant that you're focussed on at a time or do you
 9  have a portfolio of churches that you're working on?
10      A.   Focus on one church plant.
11      Q.   And is there a particular church you're
12  focussed on right now?
13      A.   Yes.
14      Q.   And where is that church?  Or does it not
15  exist?
16      A.   Does not exist.
17      Q.   Okay.  Where does it -- where do you think
18  it's going to exist?
19      A.   I do not know.
20      Q.   Okay.  So when you're speaking with I think
21  you said potential donors, potential attendees of the
22  church, if you don't know the geographic location, how
23  do you identify who those people are?
24      A.   Define people.
25      Q.   Well, I assume the potential attendees of the



1    church are people; is that right?

2         A.    (Nonverbal response.)

3         Q.    Okay.  So are you currently working to

4    identify attendees for the church plant?

5         A.    I am not.

6         Q.    Okay.  Would you know the name of the church

7    plant you're working on?

8         A.    I do.

9         Q.    Okay.  What is the name of it?

10        A.    Uncommon City -- excuse me --

11        Q.    And --

12        A.    -- Uncommon City --

13        Q.    Uncommon City?

14        A.    Uncommon City Church.

15        Q.    City church.  And is there a region --

16   particular geographic region you're looking at for

17   planting Uncommon City Church?

18        A.    Not at this time.

19        Q.    And when -- when Uncommon City Church is

20   planted, will you go there to sort of help get it up and

21   running for a while?

22        A.    That depends on where it's planted, but I

23   imagine that is a possibility.

24        Q.    Would you potentially be the lead pastor?

25        A.    Yes.



 1       Q.   Great.   Okay.   So back on track here, before
 2   August 2024, where were you working?
 3       A.   I lost the end of that.
 4       Q.   Where were you working before you became
 5   employed with Mission Igniter in August 2024?
 6       A.   Novum Partners.
 7       Q.   And what does Novum Partners do?
 8       A.   They provide back-end administrative support
 9   for ministries -- church ministries and ministers.
10       Q.   What was your job title there?
11       A.   Donor management specialist.
12       Q.   And how long did you work at Novum Partners?
13       A.   For several months.
14       Q.   Before Novum Partners, where did you work?
15       A.   Pinellas Community Church.
16       Q.   What was your job title at Pinellas Community
17   Church?
18       A.   I held several, executive pastor at the end.
19       Q.   What years were you working at Pinellas
20   Community Church?
21       A.   2015 through 2023.
22       Q.   Any particular reason you left Pinellas
23   Community Church?
24       A.   No.
25       Q.   Do you still attend there with your family?



1      A.   I do not.

2      Q.   Have you ever worked for a political campaign?

3      A.   Can you define political campaign?

4      Q.   Sure.  Have you ever worked on a campaign for

5   someone who is running for office -- someone who's

6   running for office?

7      A.   No.

8      Q.   Have you ever worked on a campaign for an

9   issue that was going to be on the ballot?

10     A.   Can you define work?

11     Q.   Sure, either volunteer or paid advocacy for or

12  against an issue that was going to be on a ballot.

13     A.   No.

14     Q.   Have you ever worked for any voting rights

15  organization?

16     A.   No.

17     Q.   Have you ever been involved with a civil

18  rights organization?

19     A.   Define involved.

20     Q.   Either volunteer or a member or paid work for

21  a civil rights organization.

22     A.   No.

23     Q.   What sorts of engagements or activities have

24  you done relating to black voters?

25     A.   Can you be more specific on engagement?



```
1        Q.   Have you done any kind of advocacy work
2   relating to black voters?
3        A.   Sorry.  I'm having a hard time understanding
4   the question, more specifically with the use of
5   advocating for.
6        Q.   Have you -- let's be more general.
7             Have you done any public advocacy relating to
8   issues of race?
9        A.   I don't think so.
10       Q.   Race equity listener?
11       A.   Say that again.
12       Q.   Are you a race equity listener?
13       A.   I am.
14       Q.   And what do you do as a race equity listener?
15       A.   Sorry.  Can I change that answer?  I was.
16       Q.   Okay.  What did you do as a race equity
17  listener?
18       A.   I sat with residents of St. Petersburg to
19  listen to their stories, their life experiences.
20       Q.   And what sorts of residents were you speaking
21  with?  How -- I guess I'll start -- how did you -- how
22  did the residents come to be connected with you for
23  listening?
24       A.   A myriad of different -- different ways.
25       Q.   Maybe some of the ways that you would get
```



1  connected with folks as a listener?

2      A.   Sure.  Through bumping into someone, a

3  stranger on the street or through social media, someone

4  might post something that I would think, oh, I would --

5  I think we need to listen to that story; just a plethora

6  of different ways.

7      Q.   Was race equity listener a volunteer position?

8      A.   It was a contract position.

9      Q.   Okay.  And who is the organization that

10  contracts with race equity listeners?

11     A.   Foundation for a Healthy St. Pete.

12     Q.   That contract, does that mean you were paid to

13  be a race equity listener?

14     A.   Yes.

15     Q.   Were the people you were listening to as a

16  race equity listener primarily black individuals?

17     A.   No.

18     Q.   Okay.  Were they primarily white individuals?

19     A.   Yes.

20     Q.   Have you ever done any podcast episodes on

21  issues of race?

22     A.   Yes.

23     Q.   What are some of the issues relating to race

24  that you addressed on podcast episodes?

25     A.   I know that I did one where we invited people



MEIKO SEYMOUR                                    November 26, 2024
HODGES vs PASSIDOMO                                            17

1  to sort of reflect on some of the issues related to

2  2020, and there might be one other.  I can't -- I can't

3  recall.

4       Q.   What do you mean by issues related to 2020?

5       A.   There were some significant murders that

6  happened or came to light and we invited folks to sort

7  of record their reflections, and then we pieced that all

8  together into one episode.

9       Q.   And were the racial issues related to 2020

10  primarily concerned with the experiences of black

11  individuals?

12       A.   In that particular episode, yes.

13       Q.   Besides this lawsuit, have you ever been

14  involved in a civil lawsuit as a party?

15       A.   No.

16       Q.   Have you ever testified in court?

17       A.   No.

18       Q.   Have you ever been charged with a crime?

19       A.   From my recollection, there was an issue in

20  the previous location that I lived where my registration

21  had been expired.  They sent notice to an address that I

22  didn't live at and because I didn't get that notice,

23  there was a bench warrant issued.  I went to -- to

24  court.  There was someone from the court who sort of met

25  with me in that proceeding and handed me a sheet of



 1  paper saying, sign this.  It doesn't go on your record.

 2  Everything just kinds of -- kind of goes away.  And so I

 3  signed it.

 4          I can't remember what the form was called or

 5  what I checked on that form, but that's the only thing

 6  that comes to mind when you ask that question.

 7      Q.   Okay.  What state was that in?

 8      A.   Georgia.

 9      Q.   Okay.  Tell me in your own words why you're

10  bringing this lawsuit.

11      A.   I think I have been, along with my neighbors,

12  sort of unfairly grouped together in a section of

13  St. Pete and sort of tied with a larger section over in

14  Tampa, and that, in my opinion, severely limits proper

15  representation and limits my ability to sort of vote

16  with the rest of the residents and neighbors of

17  St. Petersburg.

18      Q.   How did you come to be a plaintiff in this

19  lawsuit?  And without telling me any actual

20  conversations with any of your attorneys, other than

21  that, generally, how did you come to be a plaintiff

22  here?

23      A.   I was contacted by one of our lawyers from the

24  ACLU.

25          MS. ROBERTSON:  Don't say anything about what



 1      you spoke about with any of your lawyers.

 2   BY MS. HARLE:

 3      Q.   Other than your attorneys, who else have you

 4   spoken about -- who else have you spoken with about this

 5   lawsuit?

 6      A.   I missed the beginning of your question.

 7      Q.   Yeah.  Other than your lawyers, who else have

 8   you spoken with about this lawsuit?

 9      A.   Family and a few friends.

10      Q.   Have you ever spoken with -- just yes or no --

11   any of the other plaintiffs in this case?

12      A.   No.

13      Q.   During the redistricting process at issue in

14   this case that resulted in the maps that you're

15   challenging, were you aware that the process was

16   happening at the time?

17      A.   I don't recall my awareness level.

18      Q.   During the redistricting process, did you

19   communicate with any members or staff of the Florida

20   legislature about the process?

21      A.   I did not.

22      Q.   After the maps were enacted, have you

23   communicated with any members or staff of the Florida

24   legislature about the maps?

25      A.   I have not.



MEIKO SEYMOUR                                            November 26, 2024
HODGES vs PASSIDOMO                                              20

1       Q.    Have you at any point communicated with any
2   members of the media regarding the redistricting process
3   or the maps?
4       A.    I have not.
5       Q.    Have you made any statements on social media
6   about this lawsuit?
7       A.    I have not.
8       Q.    What social media apps or accounts do you
9   have?
10      A.    Instagram, Facebook, Threads, Blewsky, and I'm
11  sure there are others that aren't coming to mind.
12      Q.    Do you have Twitter X?
13      A.    I no longer have Twitter X.
14      Q.    Do you have TikTok?
15      A.    Yes.
16      Q.    Signal?
17      A.    No.
18      Q.    Have you made any written or oral statements
19  to any community organizations regarding this lawsuit?
20      A.    No.
21      Q.    Have you communicated to your employer about
22  this lawsuit?
23      A.    No.
24      Q.    Are you currently a registered voter?
25      A.    Yes.



1     Q.   And when is the last time you voted?

2     A.   Just a few weeks ago.

3     Q.   Have you voted in every presidential election

4  since you turned 18?

5     A.   Yes.

6     Q.   Have you voted in every state congressional

7  election?

8     A.   Can you be more specific as to which state?

9     Q.   Good question.  Yes.  Well, we'll cul de sac

10 here.  You mentioned living in another state.

11         When did you initially move to the State of

12 Florida, what year?

13    A.   2015.

14    Q.   Okay.  Since 2015, have you voted in every

15 state congressional election in Florida?

16    A.   I believe so, yes.

17    Q.   Have you seen any of the alternative maps that

18 your attorneys and experts have proposed in this

19 lawsuit?

20    A.   I have seen the maps that are in our

21 complaint.  I've seen the maps that are in our

22 complaint.

23         MS. HARLE:  Okay.  Let's pull up the

24      complaint, Leila.  If you can you please share your

25      screen.  So this will be Exhibit 1.



```
 1           (Defendant's Exhibit No. 1 was marked for
 2   identification.)
 3   BY MS. HARLE:
 4      Q.   And let's start with figure 3, the map you're
 5   challenging, which I think is on page 20 of the
 6   complaint.
 7           MS. ROBERTSON:  Can you zoom in a little bit
 8       more?  Thank you.
 9   BY MS. HARLE:
10      Q.   Mr. Seymour, do you remember seeing this map
11   before?
12      A.   Yes.
13      Q.   Okay.  So can you explain to me all the
14   reasons why you think that District 16, where you live,
15   is problematic?
16      A.   Are you asking where I -- why --
17      Q.   Well, let me --
18      A.   Why where I live is problematic?
19      Q.   Well, you do live in District 16 on this map,
20   right?
21      A.   Yes.
22      Q.   Okay.  Can you tell me just in looking at the
23   map all the reasons you think District 16 as a whole is
24   problematic?
25           MS. ROBERTSON:  Object to form.
```



1          THE WITNESS:  I'm unclear as to what you're --
2      what you're asking or what topics would be
3      problematic for District 16.
4  BY MS. HARLE:
5      Q.   So earlier I asked you to explain in your own
6  words why you brought this lawsuit.  Now that we have
7  the map in front of you, I just wanted to give you an
8  opportunity the state any other reasons why you're
9  challenging the district lines.
10     A.   Can you state your question?
11     Q.   Sure.  Can you list all the reasons why you're
12  challenging the district lines reflected here on the
13  map?
14     A.   Gotcha.  So District 16 right now encompasses
15  a portion of the City of St. Petersburg, a portion of
16  the City of Tampa, and I think it doesn't -- it doesn't
17  make a lot of sense to group our portion of District 16
18  in St. Pete with -- with the City of Tampa.  Our -- the
19  issues that are important to the residents of St. Pete,
20  more specifically -- or the residents of St. Pete and
21  those of the City of Tampa though regionally might seem
22  to be the same, they're much more nuanced depending on
23  where you live in that region and I think grouping us
24  together presents a challenge for representation and
25  what can be and should be advocated for or against in



1  terms of representing constituents on either side of the

2  bay.

3      Q.   Can you tell me some of the issues that would

4  be of unique concern to individuals in St. Pete but not

5  in Tampa?

6      A.   Sure.  Like I said, a lot of the issues are

7  sort of regional, but when you niche down things like

8  our environmental concerns on -- in St. Pete due to our

9  -- just our geography, as an example, we are on a

10 peninsula versus being attached to the mainland.  Also,

11 we have a myriad of housing-related issues that are very

12 different than those over on the Tampa side of District

13 16.  For example, because we're on a peninsula, we are

14 sort of land challenged.  We do not have anymore land

15 other than if you were to bulldoze and rebuild on top of

16 that; otherwise, you'd have to go up.  So our real

17 estate issues, housing issues are much more -- they're

18 nuanced and -- nuanced to our location.

19          And then I think another one would be sort of

20 food insecurity and how that plays out in -- on the

21 south end of St. Pete versus how it plays out in what's

22 colored on the map in front of me on the Tampa side.

23     Q.   What is unique about the food insecurity in

24 St. Pete?

25     A.   There -- just for example, St. Pete has a long



1    history of pushing its lower income and/or black

2    residents towards the south end.  That's been going on

3    for generations and so we have -- we have a good number

4    of areas in that -- in that purple shading that deal

5    with poverty and the results of poverty, and as such, we

6    have had a probably decades or more history or problems

7    with drawing in grocers for people to be able to go get

8    groceries or groceries that would be affordable and

9    healthy for -- for the residents in that purple shaded

10   area.

11       Q.   Do you know how lower income and black

12   residents are being, you said, pushed to the south?  How

13   does that happen?

14       A.   I said the city has a history of having done

15   that.

16       Q.   How would they do that?

17       A.   Through -- redlining comes to mind.  Also,

18   the, in more recent years, gentrification and

19   affordability of the housing stock and so at times, it

20   can be more economically feasible for residents to live

21   on the south end of the city versus the central and

22   north side of the city.  As the city continues to grow,

23   that becomes more and more -- or has become more and

24   more of a challenge.

25       Q.   Is there anything else relating to race



1  whether in District 16 or 18 on the map you're

2  challenging that you believe is problematic?

3      A.    Well, the -- the majority of the city's black

4  residents tend to live in that shaded area in the map --

5  on the map in front of me, tend to live on the south end

6  of the city.  More majority culture, more majority races

7  live on the north and west end of the city, so it seems

8  to me the shaded area seems to encompass the

9  historically black neighborhoods of St. Pete in that

10  shaded area.

11      Q.    All right.  Let's look up at paragraph 6 and 7

12  of the complaint.  Okay.  I'll give you time to read

13  that.  The gist here of your allegations in paragraph 6,

14  you say, quote, in developing the challenged districts,

15  the legislature elevated race above all other

16  considerations.  And then paragraph 7, you say, quote,

17  legislators and their staff purportedly drew these

18  districts in a race predominant manner to avoid the

19  diminishment of black voters' ability to elect

20  representatives of their choice in District 16.

21          So based on those allegations, my first

22  question is, what facts do you have that -- or what

23  facts do you have related to the racial motivations of

24  the legislature in drawing the challenged district

25  lines?



 1            MS. ROBERTSON:  Object to form.

 2            THE WITNESS:  Other than it's pretty obvious

 3        that those -- the boundary lines on the St. Pete

 4        side encompasses almost all of the historically

 5        black neighborhoods, I have no facts.

 6    BY MS. HARLE:

 7        Q.    Is there a certain percentage of black voting

 8    age population that you think should be in your

 9    distinct, 16?

10        A.    I'm not sure.

11        Q.    Do you know the correct percentage of black

12    voting age population in your district?

13        A.    I do not.

14        Q.    Are you familiar with the history of the

15    district boundaries for Hillsborough and Pinellas?

16        A.    I am not.

17        Q.    Are you aware that the communities that are

18    combined into District 16 in the map you're challenging

19    have been part of the same district since the early

20    1990s?

21        A.    I'm not fully aware of that, but just because

22    it was something done in previous years doesn't mean

23    that it's right or fair or just.

24        Q.    As -- I believe based on your pleadings, you

25    identify as a black voter; is that right?



1      A.    Sorry.  That's legal wording.  Can you

2    rephrase that?

3      Q.    Oh, sure.  Do you identify as black?

4      A.    Yes.

5      Q.    Do you feel that the black vote is diluted in

6    your district, District 16?

7            MS. ROBERTSON:  Object to form.

8            THE WITNESS:  Can you define diluted?

9    BY MS. HARLE:

10     Q.    Do you -- well, maybe I'll say it this way:

11   As -- what do you feel as a black voter is your harm

12   based on being grouped with the folks in Tampa?

13     A.    I feel that I do not get to sort of vote along

14   with my northern and western neighbors in the city of

15   St. Pete.  I think it's sort of an unfair practice to

16   not -- our city is not that large and so to not be able

17   to vote on issues related to the city with the entirety

18   of the city is unfair and thus affords a representation

19   that sort of -- that's sort of split and doesn't make

20   sense and additionally lumps me into being represented

21   by someone who has -- who has to sort of shoulder the

22   weight of a sliver of the City of St. Petersburg than a

23   much larger area in Tampa.  Those are two very different

24   places.

25     Q.    And do you know how many city's in Florida are



1  split by district lines?

2      A.   I do not.

3      Q.   Do you believe that it's always a problem if a

4  city is split by a distinct line?

5      A.   I'm not sure.

6      Q.   Are there any issues unique to black voters

7  that you feel like you can't get fair representation on

8  because of the way the district lines are drawn?

9      A.   I'm not sure.

10     Q.   Did you read the whole complaint before it was

11 filed?

12     A.   Yes.

13          MS. HARLE:  Let's -- does anybody else need a

14     break at all?

15          MS. ROBERTSON:  We could take one.

16          MS. HARLE:  Okay.  Is that okay?  Just five

17     minutes.  Sorry.  I hate to be that person.

18          MS. ROBERTSON:  Okay.

19          MS. HARLE:  Let's go off the record.  Thanks.

20          (Brief recess.)

21 BY MS. HARLE:

22     Q.   Okay.  Let's look at paragraph 11 of the

23 complaint.  So that paragraph is where you allege,

24 quote, Plaintiffs are further harmed because the

25 legislature sacrificed genuine communities of interest.



1          What facts were you relying on in making that

2   particular allegation?

3          MS. ROBERTSON:  Object to form.

4          THE WITNESS:  Other than what seems to be

5      obvious in looking at the map, no facts.

6   BY MS. HARLE:

7      Q.   Okay.  What are the genuine communities of

8   interest that you're referring to there that you allege

9   were sacrificed?

10     A.   I would say just the -- the community that is

11  St. Petersburg as -- as a whole.

12     Q.   Okay.  Anything else?

13     A.   That's what comes to mind right now.

14     Q.   Okay.  I notice it says communities, plural,

15  so I just want to make sure.  Are there any other

16  communities of interest that you think are sacrificed

17  under the map you're challenging?

18         MS. ROBERTSON:  Object to form.

19         THE WITNESS:  I'm unsure right now.

20  BY MS. HARLE:

21     Q.   Okay.  Is there anything that would refresh

22  your recollection of which communities you were

23  referring to when -- when the complaint was filed?

24         MS. ROBERTSON:  Object to form.

25         THE WITNESS:  Not that I can think of right



```
 1        now.
 2   BY MS. HARLE:
 3        Q.    What do you understand communities of interest
 4   to mean generally?
 5        A.    A grouping or a party or something similar.
 6   I'm sure there's more, but that's what comes to mind.
 7        Q.    Do you think communities of interest can be
 8   based on race?
 9        A.    Can you restate that?
10        Q.    Sure.  Do you think a community of interest
11   could be based on race?
12        A.    Yes.
13        Q.    Do you think a community of interest could be
14   based on faith?
15        A.    Yes.
16        Q.    Do you think a community of interest could be
17   based on income levels?
18        A.    Yes.
19        Q.    Do you think a community of interest could be
20   based on education levels?
21        A.    Perhaps.
22        Q.    Do you think a community of interest could be
23   based on political party?
24        A.    Perhaps.
25        Q.    Are you involved in any community leadership
```



1  organizations?

2       A.   Can you define the leadership part?

3       Q.   Well, are you involved with Leadership

4  St. Pete?

5       A.   Can you define involved?

6       Q.   What is your involvement with Leadership

7  St. Pete?

8       A.   I'm an alumni of Leadership St. Pete.

9       Q.   So is Leadership St. Pete, like, a program?

10      A.   Yes.

11      Q.   Okay.  How long does it last?

12      A.   Typically 9 to 10 months.

13      Q.   Did you consider that -- do you consider

14  Leadership St. Pete a community leadership organization?

15      A.   I'm sorry.  Could you define community

16  leadership organization --

17      Q.   Well --

18      A.   -- again?

19      Q.   -- this might be better:  What -- how would

20  you describe Leadership St. Pete?  What -- how would you

21  define it or describe it?

22      A.   Sure.  It is like other leadership

23  organizations across the country.  It is a deep dive

24  into a municipality or a -- a county that helps you to

25  acclimate and know the interworkings of how that city of



1  county or state even works, who the players are, and

2  helps you be able to better champion the city as a fully

3  informed resident.

4      Q.   So I think I heard you say leadership

5  organization.  Is that right?

6      A.   Yes.

7      Q.   Okay.  What is your involvement with the

8  St. Pete Chamber of Commerce?

9      A.   I have no involvement with the St. Pete

10  Chamber of Commerce.

11      Q.   Have you ever been involved with the St. Pete

12  Chamber of Commerce?

13      A.   Yes.

14      Q.   Okay.  In what capacity were you involved with

15  the St. Pete Chamber of Commerce?

16      A.   As a part of leadership of St. Pete, which is

17  a chamber program, and then also our church at the time

18  was a chamber member.

19      Q.   A public arts commissioner for St. Pete?

20      A.   What was the beginning of your question?

21      Q.   Are you a public arts commissioner for

22  St. Pete?

23      A.   I am not.

24      Q.   Okay.  Were you ever a public arts

25  commissioner for St. Pete?



```
 1        A.    Yes.

 2        Q.    Okay.  And when were you a public arts

 3   commissioner for St. Pete?

 4        A.    The specific dates are not coming to mind.

 5        Q.    Can you estimate what year or years you were

 6   involved as a St. Pete public arts commissioner?

 7        A.    My estimation is somewhere between 20 --

 8   somewhere between 2019 and 2022.

 9        Q.    What did you do as a public arts commissioner?

10        A.    We were tasked with overseeing the City of

11   St. Pete's budget for public art in the city.

12        Q.    So for those three that we just talked about,

13   the Leadership St. Pete, St. Pete Chamber of Commerce,

14   and public arts commissioner, the relevant communities

15   there was basically St. Pete; is that right?

16        A.    Yes.

17        Q.    Okay.  Do you know any facts -- pivoting back

18   to the map now.  Do you know any facts supporting the

19   assertion that the challenged plan reduces the influence

20   of black voters in District 18?  So the district to your

21   northwest, do you know any facts supporting the

22   assertion that the plan reduces the influence of black

23   voters in District 18?

24        A.    Again, other than what's obvious based on the

25   map and how it is drawn, I don't have other facts.
```



1      Q.   Okay.  And can you spell out for me what is
2  obvious about the map and how it is drawn?
3      A.   It sections off a portion of the City of
4  St. Pete from the -- from the other.
5      Q.   And how does that reduce the influence of back
6  voters, if that's your testimony?
7      A.   Can you restate the question?
8      Q.   Sure.  It --
9      A.   Or --
10     Q.   How does sectioning off a portion of south
11 St. Pete reduce the influence of black voters?
12     A.   Well, if they can't vote with the rest of the
13 city, then they're not getting their say as to who's
14 representing their city.
15     Q.   And by they, are you referring to the black
16 voters in south St. Pete?
17     A.   I'm referring to who you just asked me about.
18     Q.   Okay.  Let me try again.  What is it about
19 sectioning off a portion of south St. Pete that reduces
20 the influence of black voters, if that is your
21 testimony?
22     A.   Majority of the historical -- historically
23 black neighborhoods exists in the sectioned off portion
24 on that map.  The majority of the city's black residents
25 live in that sectioned off portion of the map, which



1  means that that portion of the city's residents do not
2  get to vote with the other residents of the city.
3      Q.   And just to get to the ultimate point, what
4  about that reduces the influence of black voters, about
5  two groups voting for separate representation?
6          MS. ROBERTSON:  Object to form.
7          THE WITNESS:  Can you ask that differently?
8      I'm unclear as to the question.
9  BY MS. HARLE:
10     Q.   Yeah.  I think where you left your answer was
11 that the groups of voters were not voting together, the
12 ones in south St. Pete and the ones in the rest of
13 St. Pete, so my question is, if you could take that one
14 step further and describe for me how you believe that
15 reduces the influence of black voters.
16         MS. ROBERTSON:  Object to form.
17         THE WITNESS:  They do not -- or we do not have
18     a say in who's representing the city of -- the City
19     of St. Pete.
20 BY MS. HARLE:
21     Q.   So would it be your preference to be part of
22 District 16 so that your representative is the same
23 person representing all of St. Pete?  Would that be your
24 preference?
25     A.   I'm currently in District 16.



1        Q.   Oh, sorry.  Sorry.  Sorry.  District 18 -- I'm
2    sorry.
3            Would it be your preference to be part of
4    District 18 and vote in the same representative as the
5    other residents of St. Pete?
6        A.   No.
7        Q.   Okay.  What would be your preference in terms
8    of who you vote with?
9        A.   Well, the preference would be that the city
10   isn't split.
11       Q.   Looking at paragraph 13 of the complaint, on
12   the third line down, you allege Floridian's including
13   individual legislators called out and questioned the
14   legislature's unconstitutional actions.
15           Who are you aware of that called out or
16   questioned the legislature during the redistricting
17   process?
18       A.   Other than what has been disclosed through our
19   lawyers, I don't have any to add.
20       Q.   Okay.  Paragraph 20, this is where you allege
21   that the enacted plan splits up your communities along
22   racial lines and groups your communities with dissimilar
23   ones because of race.
24           So the question is, which community are you
25   referring to there when you say the plan splits up your



 1  community?

 2      A.   St. Pete.

 3      Q.   And where you allege there that the plan

 4  groups your community with dissimilar ones because of

 5  race, what is the dissimilar community you're referring

 6  to?

 7      A.   Tampa.

 8      Q.   Do you know --

 9      A.   Or --

10      Q.   I'm sorry?

11          MS. ROBERTSON:  He was going to say something.

12          MS. HARLE:  Oh.

13          THE WITNESS:  Or other neighborhoods in 16

14      that's across -- across the bay.

15  BY MS. HARLE:

16      Q.   Do you know if the part of 16 across the bay

17  has a significant number of black residents?

18      A.   I'm unsure.

19      Q.   Okay.  Looking at paragraph 97, this is where

20  you refer to, quote, the direct evidence of racial

21  predominance.  So I just want to make sure I'm giving

22  you every opportunity just to share on this point.  I

23  know -- I apologize if it sounds redundant, but what

24  direct evidence do you have that race predominates the

25  drawing of the lines of 16 and 18?



1      A.   Again, other than what is obvious on the map

2   and through -- yeah, what's on the map, I am not

3   bringing any other sort of evidence.

4      Q.   And so I mean, correct me if I'm wrong, but is

5   -- is your testimony that you have a general

6   understanding or belief that the residents of south

7   St. Pete are predominantly black?

8      A.   Can you repeat the question?

9      Q.   Yes.  Is it your understanding or belief that

10  the residents of south St. Pete that are in District 16

11  are predominantly black?

12     A.   Yes.

13     Q.   Have you ever looked at the demographic

14  distribution across all of St. Pete in terms of race?

15     A.   I can't recall.

16     Q.   Let's scroll up to paragraph 95.  This was

17  where you allege, quote, these race-based decisions

18  resulted in a map that splits neighborhoods and ignores

19  traditional redistricting criteria.

20          What do you believe to be appropriate criteria

21  for the legislature to use when its doing redistricting?

22     A.   Well, I'm not an expert on this stuff;

23  however, something like a natural border such as Tampa

24  Bay should definitely be taken into consideration.  I

25  think there may be others, but I can't think of them



 1  right now.
 2      Q.   That allegation uses the word "ignores".
 3           Are there any race-neutral criteria besides
 4  Tampa Bay that you believe the legislature ignored?
 5      A.   Would you mind repeating the question?
 6      Q.   Is there any race-neutral criteria that you
 7  believe the legislature ignored when doing the
 8  redistricting?
 9      A.   I'm not sure at this time.
10      Q.   Do you know whether at the time you filed your
11  complaint you were aware of other criteria you believed
12  the legislature was ignoring?
13      A.   I can't remember my level of awareness at that
14  time.
15      Q.   Let's look at paragraph 131.  This is where
16  you allege, quote, the legislature lacked good reasons
17  to believe that the enacted plan was necessary to
18  achieve Tier One compliance.
19           Do you know what Tier One compliance means in
20  your complaint?
21      A.   I do not.
22      Q.   Let's look at pages 13 and 14 of the complaint
23  where you have a map of plan 42.
24           Do you know whether you've seen this map
25  before?  Or I guess I should say, have you seen this map



 1  before?

 2        A.   Yes.

 3        Q.   Can you explain in your own words why you

 4  proposed this map as an alternative to the map you're

 5  challenging?

 6             MS. ROBERTSON:  Object to form.

 7             THE WITNESS:  I -- it includes the entirety of

 8        the City of St. Pete.  I think there may be other

 9        reasons, but that's the one that comes to mind.

10  BY MS. HARLE:

11        Q.   And is -- the line there at the top of what's

12  District 24, is that roughly the municipal line for the

13  top of St. Pete?

14        A.   It is not.

15        Q.   Is the municipal line for the border of

16  St. Pete north or south of the district line there

17  between 24 and 16?

18        A.   It's hard to tell on this map.

19        Q.   So earlier when you said that the district

20  line between 16 and 24 here did not reflect the

21  municipal boundary, you know, what made you give that

22  answer?

23        A.   Well, the City of St. Pete has a unique --

24  pardon my words -- shape to it and so according to your

25  question about the top line, that top line does not



1  reflect the shape of the city boundaries or borders.

2      Q.   Let's look at figure 6, the Isbell map.

3           And do you recall seeing this map before?

4      A.   Yes.

5      Q.   And what is it about this map that you prefer

6  to the map that you're challenging?

7      A.   Again, it includes the entirety -- it seems to

8  include the entirety of the City of St. Pete.  Again,

9  there might be other reasons, but that's one that stands

10 out.

11     Q.   So is -- the top line there on the top of 18,

12 does that match the municipal line for the northern

13 border of St. Pete?

14     A.   It's hard to tell on the map that's in front

15 of me.

16     Q.   So for this map and the one we just looked at

17 before it, when you say it includes all of St. Pete, but

18 then you say it doesn't track the city boundaries of

19 St. Pete, can you tell me why you're saying that it

20 includes all of St. Pete?

21     A.   Includes all of St. Pete.  St. Pete's northern

22 boundary where it comes up through the water gets

23 jagged, which would make sense as a natural border.  So

24 I cannot -- based on the map in front of me, I cannot

25 tell you if that northern boundary is correct.



1      Q.   Have you seen maps of plan A, B, and C that

2   your expert witnesses have filed with the court?

3      A.   I'm not sure what maps you're -- what do you

4   mean by A, B, and C?

5      Q.   Have you seen any maps that your expert

6   witnesses have filed with the court so far?

7      A.   I have not.

8           MS. HARLE:  Let's go to Exhibit 2, which will

9      be the initial disclosures.

10          (Defendant's Exhibit No. 2 was marked for

11   identification.)

12   BY MS. HARLE:

13      Q.   Does this document look familiar to you?

14          MS. HARLE:  Leila, can you scroll to the

15      bottom and up, please.

16   BY MS. HARLE:

17      Q.   Mr. Seymour, do you know if you've seen this

18   document before?

19      A.   I believe so.

20      Q.   And do you remember when you've seen this

21   document?

22          MS. ROBERTSON:  Caution my client not to

23      disclose anything about what he spoke about with

24      his attorney.

25          THE WITNESS:  I'm not sure.



```
 1   BY MS. HARLE:
 2       Q.   Section 1A there has your name and says,
 3   quote, you have -- well, it says you, quote, have
 4   information tending to show that the challenged
 5   districts caused harm, end quote, you and the other
 6   residents.
 7            So what harm does the challenged district
 8   cause to you?
 9            MS. ROBERTSON:  Object to form.
10            THE WITNESS:  Can you be more specific?
11   BY MS. HARLE:
12       Q.   Not sure, but I can.  These are your words.
13   So this says you have information tending to show that
14   the challenged districts cause harm to you.
15            So my question is, what harm does the
16   challenged district cause to you?
17       A.   Can you define harm in your question?
18       Q.   Unfortunately, I can't because I'm just using
19   the word that you used, which you did not define, so I
20   guess maybe I can ask, what did you mean when you said
21   harm here, that the -- when you said the challenged
22   districts caused harm to you, what did you mean by that?
23       A.   I've been unfairly lumped in with residents
24   that are not in my community and I am unable to vote for
25   representation for the City of St. Pete with the rest of
```



1  my neighbors in the city of St. Pete.  I'm sure there

2  are others.  They don't come to mind right now, but

3  those are the two that I'm thinking about.

4      Q.   And so in terms of you having information

5  tending to show that, what information do you have to

6  show that the challenged districts caused harm to you?

7           MS. ROBERTSON:  Object to form.

8           THE WITNESS:  Other than what is on -- or

9      what's shown on the current map or what's current,

10     I'm not sure.

11 BY MS. HARLE:

12     Q.   And where you say -- where you refer to the

13 harm that the challenged districts cause other

14 residents, is that the same harm that you just described

15 or is there any other harm that you believe other

16 residents are caused?

17     A.   I would say it includes what I just said and

18 probably others.

19     Q.   As we sit here today, is there any other harm

20 that you can think of that the challenged districts

21 caused to other residents of 16 or 18?

22           MS. ROBERTSON:  Object to form.

23           THE WITNESS:  Not that I can think of right

24     now.

25 BY MS. HARLE:



MEIKO SEYMOUR                                      November 26, 2024
HODGES vs PASSIDOMO                                                46

1      Q.   Do you know of any individual who would have

2  information about whether the district lines that you're

3  challenging were drawn based primarily on race?

4      A.   Not sure.

5           MS. HARLE:  Okay.  That is the end of my

6      questions.

7           MS. ROBERTSON:  Okay.  I don't have any

8      questions.

9           MS. HARLE:  Okay.  We'll order a copy, Wendy.

10          MS. ROBERTSON:  We'd like to read and we'll

11     also order a copy.  Can you please bill the ACLU,

12     not Butler Weihmuller for our copy.

13          (This deposition was concluded at 11:45 a.m.)

14                          - - -

15

16

17

18

19

20

21

22

23

24

25



```
 1                    CERTIFICATE OF OATH

 2

 3   STATE OF FLORIDA )

 4   COUNTY OF DUVAL  )

 5

 6

 7        I, WENDY E. RIVERA, Florida Professional

 8   Reporter, Notary Public, State of Florida, certify that

 9   MEIKO SEYMOUR personally appeared before me via

10   videoconference on November 26, 2024, and was duly

11   sworn.

12

13

14        Signed this 12th day of December, 2024.

15

16

17                        [signature]

18
     _____
19                    Wendy E. Rivera
                Notary Public, State of Florida
20              Commission No.:  HH 373469
                  Expires: March 15, 2027
21

22              WENDY E. RIVERA
                Commission # HH 373469
23              Expires March 15, 2027

24

25
```



1               CERTIFICATE OF REPORTER

2

3   STATE OF FLORIDA )

4   COUNTY OF DUVAL  )

5

6        I, WENDY E. RIVERA, Florida Professional

7   Reporter, do hereby certify that I was authorized to and

8   did remotely stenographically report the videoconference

9   deposition of MEIKO SEYMOUR; that a review of the

10  transcript WAS requested; and that the foregoing

11  transcript, pages 1 through 46, is a true record of my

12  stenographic notes.

13

14       I FURTHER CERTIFY that I am not a relative,

15  employee, or attorney, or counsel of any of the parties,

16  nor am I a relative or employee of any of the parties'

17  attorney or counsel connected with the action, nor am I

18  financially interested in the action.

19

20       DATED this 12th day of December, 2024.

21

22

23  _____

24               Wendy E. Rivera

25



```
 1                    DEPOSITION ERRATA SHEET

 2   Assignment No.: J12004912

 3   Case Caption:   KETO NORD HODGES et al vs. KATHLEEN

 4   PASSIDOMO et al

 5   Witness:        MEIKO SEYMOUR

 6

 7           DECLARATION UNDER PENALTY OF PERJURY

 8

 9        I declare under penalty of perjury that I have

10   read the entire transcript of my deposition taken in the

11   captioned matter or the same has been read to me, and

12   the same is true and accurate, save and except for

13   changes and/or corrections, if any, as indicated by me

14   on the DEPOSITION ERRATA SHEET hereof, with the

15   understanding that I offer these changes as if still

16   under oath.

17

18      Signed on the _____ day of _____, 20___.

19

20        _____

21                    MEIKO SEYMOUR

22

23

24

25
```



```
 1              DEPOSITION ERRATA SHEET

 2    Page No._____Line No._____Change to:_____

 3    _____

 4    Reason for change:_____

 5    Page No._____Line No._____Change to:_____

 6    _____

 7    Reason for change:_____

 8    Page No._____Line No._____Change to:_____

 9    _____

10    Reason for change:_____

11    Page No._____Line No._____Change to:_____

12    _____

13    Reason for change:_____

14    Page No._____Line No._____Change to:_____

15    _____

16    Reason for change:_____

17    Page No._____Line No._____Change to:_____

18    _____

19    Reason for change:_____

20    Page No._____Line No._____Change to:_____

21    _____

22    Reason for change:_____

23

24    SIGNATURE: _____DATE:_____

25              MEIKO SEYMOUR
```



MEIKO SEYMOUR                                     November 26, 2024
HODGES vs PASSIDOMO                                            51

```
 1              DEPOSITION ERRATA SHEET

 2   Page No._____Line No._____Change to:_____

 3   _____

 4   Reason for change:_____

 5   Page No._____Line No._____Change to:_____

 6   _____

 7   Reason for change:_____

 8   Page No._____Line No._____Change to:_____

 9   _____

10   Reason for change:_____

11   Page No._____Line No._____Change to:_____

12   _____

13   Reason for change:_____

14   Page No._____Line No._____Change to:_____

15   _____

16   Reason for change:_____

17   Page No._____Line No._____Change to:_____

18   _____

19   Reason for change:_____

20   Page No._____Line No._____Change to:_____

21   _____

22   Reason for change:_____

23

24   SIGNATURE: _____DATE:_____

25              MEIKO SEYMOUR
```



**Exhibits**

12004912 Me
iko.
Seymour.
EXHIBIT1
  3:12
  21:25
  22:1

12004912 Me
iko.
Seymour.
EXHIBIT2
  3:13
  43:8,10

1
  21:25
  22:1

10
  32:12

10th
  6:19 7:6

11
  29:22

11:45
  46:13

13
  37:11
  40:22

131
  40:15

14
  40:22

16
  7:13
  22:14,19,
  23 23:3,
  14,17
  24:13
  26:1,20
  27:9,18

28:6
36:22,25
38:13,16,
25 39:10
41:17,20
45:21

18
  7:13 21:4
  26:1
  34:20,23
  37:1,4
  38:25
  42:11
  45:21

1990s
  27:20

1A
  44:2

_____

2

2
  43:8,10

20
  22:5 34:7
  37:20

2015
  13:21
  21:13,14

2017
  7:16

2018
  7:16

2019
  34:8

2020
  17:2,4,9

2022
  6:22 34:8

2023
  13:21

2024
  4:2 10:17
  13:2,5

2027
  9:12

24
  41:12,17,
  20

26
  4:2

_____

3

3
  22:4

33701
  6:20

33712
  7:10

33rd
  7:9

3rd
  7:15

_____

4

42
  40:23

441
  7:9,15

_____

6

6
  26:11,13
  42:2

_____

7

7

26:11,16

_____

8

824
  6:19 7:5

_____

9

9
  32:12

95
  39:16

97
  38:19

_____

A

a.m.
  46:13

ability
  18:15
  26:19

acclimate
  32:25

accounts
  20:8

achieve
  40:18

ACLU
  18:24
  46:11

actions
  6:1 37:14

activities
  14:23

actual
  18:19

add

37:19

_____

additionall
y
  28:20

address
  6:17 7:8,
  11,23,25
  8:2,4
  17:21

addressed
  16:24

administrat
ive
  13:8

advance
  5:25

advocacy
  14:11
  15:1,7

advocated
  23:25

advocating
  15:5

affordabili
ty
  25:19

affordable
  25:8

affords
  28:18

age
  27:8,12

Aldersgate
  8:19

allegation
  30:2 40:2

allegations
  26:13,21

allege
  29:23



30:8
37:12,20
38:3
39:17
40:16

**alternative**
21:17
41:4

**alumni**
32:8

**and/or**
25:1

**answers**
5:4

**anymore**
24:14

**apartment**
6:23

**apologize**
7:2 38:23

**apps**
20:8

**area**
25:10
26:4,8,10
28:23

**areas**
25:4

**art**
34:11

**arts**
33:19,21,
24 34:2,
6,9,14

**assertion**
34:19,22

**assume**
9:13
11:25

**attached**

24:10

**attend**
13:25

**attendees**
10:23
11:21,25
12:4

**attorney**
5:9,10
6:5,6
43:24

**attorneys**
4:10 6:7,
9 18:20
19:3
21:18

**August**
10:17
13:2,5

**Avenue**
6:19 7:6

**avoid**
26:18

**aware**
7:17,20
19:15
27:17,21
37:15
40:11

**awareness**
19:17
40:13

———————

**B**

———————

**bachelor's**
9:14,17,
24 10:2

**back**
13:1
34:17

35:5

**back-end**
13:8

**background**
8:11

**ballot**
14:9,12

**based**
26:21
27:24
28:12
31:8,11,
14,17,20,
23 34:24
42:24
46:3

**basically**
34:15

**bay**
24:2
38:14,16
39:24
40:4

**beginning**
19:6
33:20

**belief**
39:6,9

**believed**
40:11

**bench**
17:23

**Bible**
10:6

**bill**
46:11

**bit**
22:7

**black**
14:24

15:2
16:16
17:10
25:1,11
26:3,9,19
27:5,7,
11,25
28:3,5,11
29:6
34:20,22
35:11,15,
20,23,24
36:4,15
38:17
39:7,11

**Blewsky**
20:10

**border**
39:23
41:15
42:13,23

**borders**
42:1

**bottom**
43:15

**boundaries**
27:15
42:1,18

**boundary**
27:3
41:21
42:22,25

**break**
5:11
29:14

**bringing**
18:10
39:3

**brought**
23:6

**budget**
34:11

**bulldoze**
24:15

**bumping**
16:2

**Butler**
46:12

———————

**C**

———————

**called**
18:4
37:13,15

**campaign**
14:2,3,4,
8

**capacity**
33:14

**case**
4:11
19:11,14

**caused**
44:5,22
45:6,16,
21

**Caution**
43:22

**central**
25:21

**certificati
ons**
10:25

**challenge**
23:24
25:24

**challenged**
24:14
26:14,24
34:19
44:4,7,
14,16,21
45:6,13,



20

**challenging**
7:12
19:15
22:5
23:9,12
26:2
27:18
30:17
41:5 42:6
46:3

**chamber**
33:8,10,
12,15,17,
18 34:13

**champion**
33:2

**chance**
7:17,20

**change**
15:15

**charged**
17:18

**checked**
18:5

**choice**
26:20

**church**
10:14,19,
23,25
11:3,8,
10,11,14,
22 12:1,
4,6,14,
15,17,19
13:9,15,
17,20,23
33:17

**churches**
11:5,9

**city**
9:9

12:10,12,
13,14,15,
17,19
23:15,16,
18,21
25:14,21,
22 26:6,7
28:14,16,
17,18,22
29:4
32:25
33:2
34:10,11
35:3,13,
14 36:2,
18 37:9
41:8,23
42:1,8,18
44:25
45:1

**city's**
26:3
28:25
35:24
36:1

**civil**
14:17,21
17:14

**classes**
8:24 9:5

**classwork**
9:7

**client**
43:22

**co-plaintiffs**
4:17

**code**
7:9

**college**
10:1,4,5,
6

**colored**
24:22

**combined**
27:18

**Commerce**
33:8,10,
12,15
34:13

**commissioner**
33:19,21,
25 34:3,
6,9,14

**communicate**
19:19

**communicated**
19:23
20:1,21

**communities**
27:17
29:25
30:7,14,
16,22
31:3,7
34:14
37:21,22

**community**
10:5
13:15,16,
20,23
20:19
30:10
31:10,13,
16,19,22,
25 32:14,
15 37:24
38:1,4,5
44:24

**complaint**
21:21,22,
24 22:6
26:12

29:10,23
30:23
37:11
40:11,20,
22

**complete**
5:4

**compliance**
40:18,19

**concern**
24:4

**concerned**
17:10

**concerns**
24:8

**concluded**
46:13

**condition**
5:16

**congressional**
21:6,15

**connected**
15:22
16:1

**consideration**
39:24

**considerations**
26:16

**constituents**
24:1

**contacted**
18:23

**continues**
25:22

**contract**
16:8,12

**contracts**
16:10

**conversations**
6:1 18:20

**copy**
46:9,11,
12

**correct**
9:20
27:11
39:4
42:25

**country**
32:23

**county**
32:24
33:1

**court**
4:25
17:16,24
43:2,6

**credits**
10:1,4

**crime**
17:18

**criteria**
39:19,20
40:3,6,11

**cul**
21:9

**culture**
26:6

**current**
6:18
10:10
11:4 45:9

---

**D**

---

**dad**



10:9

**dates**
    34:4

**de**
    21:9

**deal**
    25:4

**decades**
    25:6

**decisions**
    39:17

**deep**
    32:23

**defendant's**
    22:1
    43:10

**define**
    5:24
    11:24
    14:3,10,
    19 28:8
    32:2,5,
    15,21
    44:17,19

**degree**
    8:13,25
    9:17,24
    10:24

**demographic**
    39:13

**Denise**
    4:9

**depending**
    23:22

**depends**
    12:22

**deposed**
    4:21

**deposition**
    4:1,11

5:23,25
6:4,12
46:13

**depositions**
    4:17

**describe**
    10:18
    32:20,21
    36:14

**developing**
    26:14

**differently**
    36:7

**diluted**
    28:5,8

**diminishmen**
**t**
    26:19

**direct**
    4:7
    38:20,24

**disclose**
    43:23

**disclosed**
    37:18

**disclosures**
    43:9

**dissimilar**
    37:22
    38:4,5

**distinct**
    27:9 29:4

**distributio**
**n**
    39:14

**district**
    7:13
    22:14,19,
    23 23:3,
    9,12,14,

17 24:12
26:1,20,
24 27:12,
15,18,19
28:6
29:1,8
34:20,23
36:22,25
37:1,4
39:10
41:12,16,
19 44:7,
16 46:2

**districts**
    26:14,18
    44:5,14,
    22 45:6,
    13,20

**dive**
    32:23

**DMV**
    8:8

**document**
    43:13,18,
    21

**documents**
    6:2,11

**Donor**
    13:11

**donors**
    10:22
    11:21

**drawing**
    25:7
    26:24
    38:25

**drawn**
    29:8
    34:25
    35:2 46:3

**drew**
    26:17

**driver's**
    7:23 8:3

**drugs**
    5:16

**due**
    24:8

**duly**
    4:5

**duties**
    10:19

───────────

        **E**

**earlier**
    23:5
    41:19

**early**
    27:19

**economicall**
**y**
    25:20

**education**
    31:20

**educational**
    8:11

**elect**
    26:19

**election**
    21:3,7,15

**elevated**
    26:15

**employed**
    13:5

**employer**
    10:10
    20:21

**enacted**
    19:22
    37:21
    40:17

**encompass**
    26:8

**encompasses**
    23:14
    27:4

**end**
    13:3,18
    24:21
    25:2,21
    26:5,7
    44:5 46:5

**engagement**
    14:25

**engagements**
    14:23

**entirety**
    28:17
    41:7
    42:7,8

**environment**
**al**
    24:8

**episode**
    17:8,12

**episodes**
    16:20,24

**equity**
    15:10,12,
    14,16
    16:7,10,
    13,16

**estate**
    24:17

**estimate**
    34:5

**estimation**
    34:7

**evidence**
    38:20,24
    39:3



**EXAMINATION**
   4:7

**excuse**
   12:10

**executive**
   13:18

**Exhibit**
   21:25
   22:1
   43:8,10

**exist**
   11:15,16,
   18

**exists**
   35:23

**experience**
   10:1

**experiences**
   15:19
   17:10

**expert**
   39:22
   43:2,5

**experts**
   21:18

**expired**
   17:21

**explain**
   22:13
   23:5 41:3

**eye**
   6:3

─────────────

        **F**

─────────────

**Facebook**
   20:10

**facts**
   26:22,23
   27:5

30:1,5
34:17,18,
21,25

**fair**
   27:23
   29:7

**faith**
   31:14

**falls**
   7:11

**familiar**
   4:20
   27:14
   43:13

**family**
   13:25
   19:9

**feasible**
   25:20

**feel**
   28:5,11,
   13 29:7

**feeling**
   5:17

**field**
   8:14

**figure**
   22:4 42:2

**filed**
   29:11
   30:23
   40:10
   43:2,6

**Florida**
   4:10 6:19
   8:21 9:1
   19:19,23
   21:12,15
   28:25

**Floridian's**
   37:12

**Focus**
   11:10

**focussed**
   11:4,8,12

**folks**
   16:1 17:6
   28:12

**food**
   24:20,23

**form**
   6:13
   18:4,5
   22:25
   27:1 28:7
   30:3,18,
   24 36:6,
   16 41:6
   44:9
   45:7,22

**forming**
   10:24

**Foundation**
   16:11

**friends**
   19:9

**froggy**
   7:2

**front**
   23:7
   24:22
   26:5
   42:14,24

**fully**
   27:21
   33:2

─────────────

        **G**

─────────────

**general**
   15:6 39:5

**generally**
   18:21
   31:4

**generations**
   25:3

**gentrificat
ion**
   25:18

**genuine**
   29:25
   30:7

**geographic**
   11:22
   12:16

**geography**
   24:9

**Georgia**
   18:8

**gist**
   26:13

**give**
   5:4 23:7
   26:12
   41:21

**giving**
   5:13
   38:21

**good**
   4:9,12
   21:9 25:3
   40:16

**Gotcha**
   23:14

**graduate**
   9:11

**great**
   4:19 5:2
   11:3 13:1

**groceries**
   25:8

**grocers**
   25:7

**group**
   23:17

**grouped**
   18:12
   28:12

**grouping**
   23:23
   31:5

**groups**
   36:5,11
   37:22
   38:4

**grow**
   25:22

**guess**
   9:5 15:21
   40:25
   44:20

─────────────

        **H**

─────────────

**handed**
   17:25

**happen**
   25:13

**happened**
   17:6

**happening**
   19:16

**hard**
   15:3
   41:18
   42:14

**Harle**
   4:8,10
   6:16 19:2
   21:23
   22:3,9
   23:4 27:6



28:9
29:13,16,
19,21
30:6,20
31:2
36:9,20
38:12,15
41:10
43:8,12,
14,16
44:1,11
45:11,25
46:5,9

**harm**
28:11
44:5,7,
14,15,17,
21,22
45:6,13,
14,15,19

**harmed**
29:24

**hate**
29:17

**healthy**
16:11
25:9

**heard**
9:2  33:4

**held**
13:18

**helps**
32:24
33:2

**high**
8:11

**Hillsborough**
27:15

**historical**
35:22

**historically**
26:9  27:4
35:22

**history**
25:1,6,14
27:14

**hours**
6:10

**house**
6:23,24

**housing**
24:17
25:19

**housing-related**
24:11

———————

**I**

———————

**identification**
22:2
43:11

**identify**
11:23
12:4
27:25
28:3

**Igniter**
10:11,13,
16  13:5

**ignores**
39:18
40:2

**ignoring**
40:12

**ill**
5:17

**imagine**
12:23

**important**
23:19

**include**
42:8

**includes**
10:21,22,
23,24,25
41:7
42:7,17,
20,21
45:17

**including**
37:12

**income**
25:1,11
31:17

**individual**
37:13
46:1

**individuals**
16:16,18
17:11
24:4

**influence**
34:19,22
35:5,11,
20  36:4,
15

**information**
44:4,13
45:4,5
46:2

**informed**
33:3

**initial**
43:9

**initially**
21:11

**insecurity**
24:20,23

**Instagram**

20:10

**instructs**
5:10

**interest**
29:25
30:8,16
31:3,7,
10,13,16,
19,22

**interrupt**
5:5

**interworkings**
32:25

**invited**
16:25
17:6

**involved**
14:17,19
17:14
31:25
32:3,5
33:11,14
34:6

**involvement**
32:6
33:7,9

**Isbell**
42:2

**issue**
14:9,12
17:19
19:13

**issued**
17:23

**issues**
15:8
16:21,23
17:1,4,9
23:19
24:3,6,
11,17

28:17
29:6

———————

**J**

———————

**jagged**
42:23

**job**
5:2  10:19
13:10,16

**July**
6:22

———————

**K**

———————

**kind**
15:1  18:2

**kinds**
18:2

———————

**L**

———————

**lacked**
40:16

**Lakeland**
10:7

**land**
24:14

**large**
28:16

**larger**
18:13
28:23

**lawsuit**
17:13,14
18:10,19
19:5,8
20:6,19,
22  21:19
23:6



lawyers
 18:23
 19:1,7
 37:19

lead
 12:24

leadership
 31:25
 32:2,3,6,
 8,9,14,
 16,20,22
 33:4,16
 34:13

left
 13:22
 36:10

legal
 28:1

legislators
 26:17
 37:13

legislature
 19:20,24
 26:15,24
 29:25
 37:16
 39:21
 40:4,7,
 12,16

legislature
 's
 37:14

Leila
 21:24
 43:14

level
 19:17
 40:13

levels
 31:17,20

license
 7:24 8:3

life
 15:19

light
 17:6

limits
 18:14,15

lines
 23:9,12
 26:25
 27:3
 29:1,8
 37:22
 38:25
 46:2

list
 23:11

listen
 15:19
 16:5

listener
 15:10,12,
 14,17
 16:1,7,
 13,16

listeners
 16:10

listening
 15:23
 16:15

live
 7:5 17:22
 22:14,18,
 19 23:23
 25:20
 26:4,5,7
 35:25

lived
 17:20

living
 21:10

location

11:22
 17:20
 24:18

long
 6:8 8:7
 13:12
 24:25
 32:11

longer
 20:13

looked
 39:13
 42:16

lost
 13:3

lot
 23:17
 24:6

lower
 25:1,11

lumped
 44:23

lumps
 28:20

———————————

M

———————————

M-E-I-K-O
 4:15

made
 20:5,18
 41:21

mainland
 24:10

majority
 9:7 26:3,
 6 35:22,
 24

make
 5:6 23:17

28:19
 30:15
 38:21
 42:23

making
 30:1

management
 13:11

manner
 26:18

map
 22:4,10,
 19,23
 23:7,13
 24:22
 26:1,4,5
 27:18
 30:5,17
 34:18,25
 35:2,24,
 25 39:1,
 2,18
 40:23,24,
 25 41:4,
 18 42:2,
 3,5,6,14,
 16,24
 45:9

maps
 7:12
 19:14,22,
 24 20:3
 21:17,20,
 21 43:1,
 3,5

marked
 22:1
 43:10

master's
 8:13
 9:13,23

match
 42:12

means
 36:1
 40:19

media
 16:3
 20:2,5,8

medical
 5:16

medications
 5:17

meeting
 10:21,22

meetings
 6:2

Meiko
 4:1,4,15

member
 14:20
 33:18

members
 19:19,23
 20:2

mentioned
 21:10

met
 17:24

mind
 5:3 11:2
 18:6
 20:11
 25:17
 30:13
 31:6 34:4
 40:5 41:9
 45:2

ministers
 13:9

ministries
 13:9

Ministry



8:20

minutes
  29:17

missed
  19:6

Mission
  10:11,13,
  15 13:5

mixture
  8:17

moment
  11:4

months
  13:13
  32:12

morning
  4:9,12

motivations
  26:23

move
  6:21 7:15
  21:11

moved
  7:5

moves
  8:5

moving
  7:18,21

municipal
  41:12,15,
  21 42:12

municipalit
y
  32:24

murders
  17:5

myriad
  15:24
  24:11

———————

N

———————

natural
  39:23
  42:23

neighborhoo
ds
  26:9 27:5
  35:23
  38:13
  39:18

neighbors
  18:11,16
  28:14
  45:1

niche
  24:7

nonverbal
  12:2

north
  7:9,15
  25:22
  26:7
  41:16

northern
  28:14
  42:12,21,
  25

northwest
  34:21

notice
  17:21,22
  30:14

November
  4:2

Novum
  13:6,7,
  12,14

nuanced
  23:22

24:18

number
  25:3
  38:17

———————

O

———————

oath
  4:23

Object
  6:13
  22:25
  27:1 28:7
  30:3,18,
  24 36:6,
  16 41:6
  44:9
  45:7,22

objects
  5:9

observe
  4:16

obtain
  9:16 10:3

obvious
  27:2 30:5
  34:24
  35:2 39:1

occurred
  8:6

office
  14:5,6

online
  8:16 9:8

opinion
  18:14

opportunity
  23:8
  38:22

oral

20:18

order
  46:9,11

Oregon
  9:10

organizatio
n
  10:11
  14:15,18,
  21 16:9
  32:14,16
  33:5

organizatio
ns
  20:19
  32:1,23

overseeing
  34:10

———————

P

———————

pages
  40:22

paid
  10:12
  14:11,20
  16:12

paper
  18:1

paragraph
  26:11,13,
  16 29:22,
  23 37:11,
  20 38:19
  39:16
  40:15

pardon
  41:24

part
  9:24,25
  27:19

32:2
  33:16
  36:21
  37:3
  38:16

Partners
  13:6,7,
  12,14

party
  17:14
  31:5,23

pastor
  12:24
  13:18

peninsula
  24:10,13

people
  11:23,24
  12:1
  16:15,25
  25:7

percentage
  27:7,11

person
  8:16 9:8,
  9 29:17
  36:23

Pete
  7:7 16:11
  18:13
  23:18,19,
  20 24:4,
  8,21,24,
  25 26:9
  27:3
  28:15
  32:4,7,8,
  9,14,20
  33:8,9,
  11,15,16,
  19,22,25
  34:3,6,
  13,15



35:4,11,
16,19
36:12,13,
19,23
37:5 38:2
39:7,10,
14 41:8,
13,16,23
42:8,13,
17,19,20,
21 44:25
45:1

Pete's
34:11
42:21

Petersburg
6:19
15:18
18:17
23:15
28:22
30:11

pieced
17:7

Pinellas
13:15,16,
19,22
27:15

pivoting
34:17

places
28:24

plaintiff
18:18,21

plaintiffs
19:11
29:24

plan
34:19,22
37:21,25
38:3
40:17,23
43:1

plant
11:8,10
12:4,7

planted
12:20,22

planter
10:14,20

planting
10:25
12:17

players
33:1

plays
24:20,21

pleadings
27:24

plethora
16:5

plural
30:14

podcast
16:20,24

point
8:5 20:1
36:3
38:22

political
14:2,3
31:23

population
27:8,12

portfolio
11:5,9

portion
23:15,17
35:3,10,
19,23,25
36:1

Portland
8:19 9:10

position
16:7,8

possibility
12:23

post
16:4

potential
10:21,23
11:21,25

potentially
12:24

poverty
25:5

practice
28:15

predominance
38:21

predominant
26:18

predominantly
39:7,11

predominates
38:24

prefer
42:5

preference
36:21,24
37:3,7,9

prep
6:8,14

preparation
6:12

prepare
5:22,24
6:3

prepping
6:5

presents
23:24

presidential
21:3

pretty
27:2

preventing
5:13

previous
10:1
17:20
27:22

previously
10:3

primarily
16:16,18
17:10
46:3

prior
7:8

problem
29:3

problematic
22:15,18,
24 23:3
26:2

problems
25:6

proceeding
17:25

process
19:13,15,
18,20
20:2
37:17

program
8:16
9:23,24,
25 10:24
32:9

33:17

proper
18:14

proposed
21:18
41:4

provide
13:8

public
15:7
33:19,21,
24 34:2,
6,9,11,14

pull
21:23

purple
25:4,9

purportedly
26:17

pursuing
8:13 9:13

pushed
25:12

pushing
25:1

_____

Q

_____

question
5:8,9
7:19 8:1
9:6 11:6
15:4 18:6
19:6 21:9
23:10
26:22
33:20
35:7
36:8,13
37:24
39:8 40:5



41:25
44:15,17

**questioned**
37:13,16

**questions**
9:2 46:6,
8

**quote**
26:14,16
29:24
38:20
39:17
40:16
44:3,5

---

**R**

---

**race**
15:8,10,
12,14,16
16:7,10,
13,16,21,
23 25:25
26:15,18
31:8,11
37:23
38:5,24
39:14
46:3

**race-based**
39:17

**race-neutral**
40:3,6

**races**
26:6

**racial**
17:9
26:23
37:22
38:20

**read**

26:12
29:10
46:10

**real**
24:16

**reason**
13:22

**reasons**
22:14,23
23:8,11
40:16
41:9 42:9

**rebuild**
24:15

**recall**
7:14 17:3
19:17
39:15
42:3

**receiving**
9:24

**recent**
25:18

**recess**
29:20

**recollection**
17:19
30:22

**record**
4:14 17:7
18:1
29:19

**redistricting**
19:13,18
20:2
37:16
39:19,21
40:8

**redlining**

25:17

**reduce**
35:5,11

**reduces**
34:19,22
35:19
36:4,15

**redundant**
38:23

**refer**
38:20
45:12

**referring**
30:8,23
35:15,17
37:25
38:5

**reflect**
17:1
41:20
42:1

**reflected**
23:12

**reflections**
17:7

**refresh**
30:21

**region**
12:15,16
23:23

**regional**
24:7

**regionally**
23:21

**registered**
20:24

**registration**
17:20

**relate**

8:10

**related**
17:1,4,9
26:23
28:17

**relating**
14:24
15:2,7
16:23
25:25

**relevant**
34:14

**relying**
30:1

**remember**
18:4
22:10
40:13
43:20

**repeat**
7:19 8:1
39:8

**repeating**
40:5

**rephrase**
28:2

**representation**
18:15
23:24
28:18
29:7 36:5
44:25

**representative**
36:22
37:4

**representatives**
26:20

**represented**

28:20

**representing**
24:1
35:14
36:18,23

**requirement**
10:2

**residence**
6:18

**resident**
33:3

**residential**
7:24 8:4

**residents**
15:18,20,
22 18:16
23:19,20
25:2,9,
12,20
26:4
35:24
36:1,2
37:5
38:17
39:6,10
44:6,23
45:14,16,
21

**responding**
4:5

**response**
12:2

**rest**
18:16
35:12
36:12
44:25

**restate**
11:6 31:9
35:7



resulted
   19:14
   39:18

results
   25:5

review
   6:2,11

rights
   14:14,18,
   21

Robertson
   6:6,13
   18:25
   22:7,25
   27:1 28:7
   29:15,18
   30:3,18,
   24 36:6,
   16 38:11
   41:6
   43:22
   44:9
   45:7,22
   46:7,10

role
   10:13

roughly
   41:12

running
   12:21
   14:5,6

——————————
           S
——————————

S-E-Y-M-O-
U-R
   4:15

sac
   21:9

sacrificed
   29:25
   30:9,16

sat
   15:18

satisfy
   10:2

school
   8:12,18,
   19

screen
   21:25

scroll
   39:16
   43:14

section
   18:12,13
   44:2

sectioned
   35:23,25

sectioning
   35:10,19

sections
   35:3

semesters
   9:8

Seminary
   8:19

Senate
   4:10

sense
   5:6 23:17
   28:20
   42:23

separate
   36:5

severely
   18:14

Seymour
   4:1,4,9,
   15 22:10
   43:17

shaded
   25:9
   26:4,8,10

shading
   25:4

shape
   41:24
   42:1

share
   21:24
   38:22

sheet
   17:25

shoulder
   28:21

show
   44:4,13
   45:5,6

shown
   45:9

side
   24:1,12,
   22 25:22
   27:4

sign
   18:1

Signal
   20:16

signed
   18:3

significanc
e
   4:24

significant
   17:5
   38:17

similar
   31:5

sit
   45:19

sitting
   6:4

sliver
   28:22

social
   16:3
   20:5,8

sort
   8:8,23
   11:5,7
   12:20
   17:1,6,24
   18:12,13,
   15 24:7,
   14,19
   28:13,15,
   19,21
   39:3

sorts
   14:23
   15:20

sound
   4:19

sounds
   38:23

south
   6:19 7:6
   24:21
   25:2,12,
   21 26:5
   35:10,16,
   19 36:12
   39:6,10
   41:16

Southeaster
n
   10:5,6

speak
   5:4

speaking
   11:20
   15:20

specialist
   13:11

specific
   14:25
   21:8 34:4
   44:10

specificall
y
   15:4
   23:20

spell
   4:13 35:1

split
   28:19
   29:1,4
   37:10

splits
   37:21,25
   39:18

spoke
   19:1
   43:23

spoken
   19:4,8,10

St
   6:19 7:7
   15:18
   16:11
   18:13,17
   23:15,18,
   19,20
   24:4,8,
   21,24,25
   26:9 27:3
   28:15,22
   30:11
   32:4,7,8,
   9,14,20
   33:8,9,
   11,15,16,
   19,22,25
   34:3,6,
   11,13,15



35:4,11,
16,19
36:12,13,
19,23
37:5 38:2
39:7,10,
14 41:8,
13,16,23
42:8,13,
17,19,20,
21 44:25
45:1

**staff**
19:19,23
26:17

**stands**
42:9

**start**
9:8 10:15
15:21
22:4

**state**
4:13 6:17
18:7
21:6,8,
10,11,15
23:8,10
33:1

**statements**
20:5,18

**step**
36:14

**stock**
25:19

**stop**
9:8

**stories**
15:19

**story**
16:5

**stranger**
16:3

**street**
7:8,9,15
16:3

**stuff**
39:22

**support**
13:8

**supporters**
10:22

**supporting**
34:18,21

**sworn**
4:5

———————

**T**

———————

**taking**
4:11 5:16
9:25

**talked**
34:12

**talking**
5:5

**Tampa**
18:14
23:16,18,
21 24:5,
12,22
28:12,23
38:7
39:23
40:4

**tasked**
34:10

**team**
10:24

**telling**
18:19

**tend**
26:4,5

**tending**
44:4,13
45:5

**terms**
24:1 37:7
39:14
45:4

**testified**
17:16

**testifies**
4:6

**testimony**
4:24
5:14,20
35:6,21
39:5

**Theology**
8:15

**thing**
8:8 18:5

**things**
5:3 24:7

**thinking**
45:3

**thought**
9:21

**Threads**
20:10

**tied**
18:13

**Tier**
40:18,19

**Tiktok**
20:14

**time**
5:11 6:14
10:6 11:8
12:18
15:3
19:16

21:1
26:12
33:17
40:9,10,
14

**times**
25:19

**title**
13:10,16

**today**
4:11,24
5:14,20,
23,25
6:3,4,12
7:3 45:19

**top**
24:15
41:11,13,
25 42:11

**topics**
23:2

**track**
13:1
42:18

**traditional**
39:19

**training**
10:25

**travel**
8:23 9:4

**truthful**
5:14,20

**turned**
21:4

**Twitter**
20:12,13

**Typically**
32:12

———————

**U**

———————

**ultimate**
36:3

**unable**
5:17
44:24

**uncle**
10:9

**unclear**
23:1 36:8

**Uncommon**
12:10,12,
13,14,17,
19

**unconstitut
ional**
37:14

**understand**
4:23 31:3

**understandi
ng**
15:3
39:6,9

**unfair**
28:15,18

**unfairly**
18:12
44:23

**unique**
24:4,23
29:6
41:23

**University**
10:6

**unsure**
30:19
38:18



**V**

**Valencia**
  10:5
**versus**
  24:10,21
  25:21
**VIDEOCONFER
ENCE**
  4:1
**voice**
  7:2
**volunteer**
  14:11,20
  16:7
**vote**
  18:15
  28:5,13,
  17 35:12
  36:2
  37:4,8
  44:24
**voted**
  21:1,3,6,
  14
**voter**
  20:24
  27:25
  28:11
**voters**
  14:24
  15:2 29:6
  34:20,23
  35:6,11,
  16,20
  36:4,11,
  15
**voters'**
  26:19
**voting**
  14:14

27:7,12
  36:5,11

**W**

**wanted**
  23:7
**warrant**
  17:23
**water**
  42:22
**ways**
  15:24,25
  16:6
**week**
  4:17
**weeks**
  21:2
**weight**
  28:22
**Weihmuller**
  46:12
**Wendy**
  46:9
**west**
  26:7
**western**
  28:14
**white**
  16:18
**witnesses**
  43:2,6
**word**
  40:2
  44:19
**wording**
  28:1
**words**
  10:18

18:9 23:6
  41:3,24
  44:12
**work**
  10:1
  13:12,14
  14:10,20
  15:1
**worked**
  14:2,4,8,
  14
**working**
  10:15
  11:9
  12:3,7
  13:2,4,19
**works**
  33:1
**written**
  20:18
**wrong**
  39:4

**Y**

**year**
  7:18,21
  21:12
  34:5
**years**
  13:19
  25:18
  27:22
  34:5

**Z**

**ZIP**
  7:9
**zoom**
  22:7

