IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KÉTO NORD HODGES, *et al.*,

    *Plaintiffs*,

v.                                                                                                     Case No. 8:24-cv-879

BEN ALBRITTON, *etc.*, *et al.*,

    *Defendants*.

_____/

**JOINT STATUS REPORT ON MEDIATION**

    The Parties submit this status report in accordance with the Court's Order of May 8, 2025, ECF No. 111.

    1.    The Parties mediated before court-appointed mediator Michael Hanzman on March 26, 2025.

    2.    Plaintiffs Kéto Nord Hodges, Jarvis El-Amin, Meiko Seymour, and Jacqueline Azis all attended. Each had "full authority to settle" on their own behalf. *See* ECF No. 37 at 12.

    3.    Jay Ferrin, Senior Policy Adviser to the Senate President for Environment, Ethics and Elections, attended on behalf of Defendant Senate President Albritton.

    4.    Brad McVay, Deputy Secretary of State, attended on behalf of Defendant Secretary of State Byrd.

    5.    The following counsel also attended: Plaintiffs' counsel Nicholas Warren, Daniel Tilley, Caroline McNamara, David Chen, James Shaw, and Naomi

Robertson; the Senate President's counsel Daniel Nordby; and the Secretary of State's counsel Mohammad O. Jazil and Michael R. Beato.

6. The mediator declared an impasse.

Respectfully submitted May 15, 2025,

 /s/ Nicholas L.V. Warren  

Nicholas L.V. Warren (FBN 1019018)
Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
dtilley@aclufl.org
cmcnamara@aclufl.org

James Michael Shaw, Jr. (FBN 677851)
Naomi Robertson (FBN 1032076)
**Butler Weihmuller Katz Craig LLP**
400 North Ashley Drive, Suite 2300
Tampa, FL 33602
(813) 281-1900
jshaw@butler.legal
nrobertson@butler.legal

Deborah N. Archer*
David Chen*
**Civil Rights & Racial Justice Clinic**
**Washington Square Legal Services, Inc.**
245 Sullivan Street
New York, NY 10012
(212) 998-6473
deborah.archer@nyu.edu
davidchen@nyu.edu
* *Special admission*

*Counsel for Plaintiffs*

 /s/ Michael Beato  

Mohammad O. Jazil (FBN 72556)
mjazil@holtzmanvogel.com
Michael Beato (FBN 1017715)
mbeato@holtzmanvogel.com
zbennington@holtzmanvogel.com

 /s/ Daniel E. Nordby  

Ricky L. Polston (FBN 648906)
Daniel E. Nordby (FBN 14588)
Denise M. Harle (FBN 81977)
Tara R. Price (FBN 98073)
Alyssa L. Cory (FBN 118150)

| | |
|---|---|
| **Holtzman Vogel Baran Torchinsky & Josefiak PLLC** <br> 119 S. Monroe Street, Suite 500 <br> Tallahassee, Florida 32301 <br> (850) 270-5938 <br><br> Bradley R. McVay (FBN 79034) <br> brad.mcvay@dos.myflorida.com <br> Joseph S. Van de Bogart (FBN 84764) <br> joseph.vandebogart@dos.myflorida.com <br> Ashley Davis (FBN 48032) <br> ashley.davis@dos.myflorida.com <br> **Florida Department of State** <br> R.A. Gray Building <br> 500 S. Bronough Street <br> Tallahassee, Florida 32399 <br> (850) 245-6536 <br><br> *Counsel for the Secretary of State* | Kassandra S. Reardon (FBN 1033220) <br> **Shutts & Bowen LLP** <br> 215 South Monroe Street, Suite 804 <br> Tallahassee, Florida 32301 <br> (850) 241-1717 <br> RPolston@shutts.com <br> DNordby@shutts.com <br> DHarle@shutts.com <br> TPrice@shutts.com <br> ACory@shutts.com <br> KReardon@shutts.com <br><br> Carlos Rey (FBN 11648) <br> **Florida Senate** <br> 404 South Monroe Street <br> Tallahassee, Florida 32399 <br> (850) 487-5855 <br> Rey.Carlos@flsenate.gov <br><br> *Counsel for the Senate President* |