**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HONORABLE CHARLENE EDWARDS HONEYWELL**
**HONORABLE THOMAS P. BARBER**
**HONORABLE ANDREW L. BRASHER**

**CLERK'S MINUTES**

| **CASE NO.:** 8:24-cv-879-CEH-TPB-ALB | **DATE:** May 20, 2025 |
|---|---|
| **NORD HODGES,** *et al.,*<br><br>         Plaintiffs,<br><br>**v.**<br><br>**BEN ALBRITTON,**<br>*in his official capacity as President of the Florida Senate, et al.,*<br><br>         Defendants. | **PLAINTIFFS' COUNSEL:**<br>Daniel B. Tilley,<br>Nicholas Warren, and<br>James M. Shaw, Jr.<br><br>**DEFENDANTS' COUNSEL:**<br>Daniel E. Nordby,<br>Tara R. Klimek Price,<br>Alyssa Cory,<br>Kassandra S. Reardon,<br>Michael Beato, and<br>Mohammad O. Jazil |
| **COURTROOM:** *via* Zoom | **INTERPRETER/LANGUAGE:** N/A |
| **TIME:** 3:02 P.M. – 4:18 P.M. | **TOTAL:** 1 Hour, 16 Minutes |
| **DEPUTY CLERK:** Charmaine A. Black | **COURT REPORTER:** Sharon A. Miller |

**PROCEEDING: FINAL PRETRIAL CONFERENCE**

Court in session.

This matter is before this three-judge panel today for a final pretrial conference and a hearing on Plaintiff's Motion for Non-Sequestration (Doc. 102).

Senior District Judge Charlene Edwards Honeywell, Circuit Judge Andrew L. Brasher, and District Judge Thomas P. Barber are presiding.

Counsel is present and identified for the record.

The case is scheduled for trial commencing on June 9, 2025.

The parties estimate that the trial will conclude within one week.

A discussion is held.

The Court hears oral arguments from counsel.

An Order will follow.

Plaintiffs' Motion to Permit Remote Testimony (Doc. 122) was filed last night.

Defendants' response to Plaintiffs' motion is due within seven (7) days from today's date.

The Court discusses its trial practices and procedures with counsel.

Orders will also be issued on the pending motions *in limine*.

Further discussions are held.

Court is adjourned.