# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

KETO NORD HODGES, MEIKO SEYMOUR, and JARVIS EL-AMIN,

    Plaintiffs,

v.

BEN ALBRITTON and CORD BYRD,

    Defendants.

Case No: 8:24-cv-879-CEH-UAM

THREE-JUDGE COURT

## ORDER

This matter came before the Court at a pretrial conference held on May 20, 2025, pursuant to Fed. R. Civ. P. 16(d) and Rule 3.06, Local Rules of the Middle District of Florida. Upon consideration, it is **ORDERED** that:

(1) This matter is set for a non-jury trial commencing on June 9, 2025 at 9:00 a.m. The parties estimate that 4-5 days will be needed to try this case.

(2) The parties' Final Pretrial Statement (Doc. 101) will control the course of the trial and may not be further amended except by order of the Court in furtherance of justice.

(3) Defendants' response to Plaintiffs' motion to permit remote testimony (Doc. 122) shall be filed on or before May 27, 2025.

(4) The parties shall meet, in-person or by videoconference, by May 30, 2025, to try to resolve objections to the exhibits, specifically, but not limited to, those objections based on a failure to disclose.

(5) There will be no opening statements. The trial will begin with the presentation of testimony.

(6) Each side will be allowed one hour for closing arguments.

(7) Counsel shall submit proposed Findings of Fact and Conclusions of Law on or before July 14, 2025. The Findings of Fact shall include citations to the trial transcript.

(8) The parties are directed to deliver the following to the Courtroom Deputy Clerk on the morning of trial: (1) copy of all depositions that the parties intend to read at trial, other than those used for the purpose of impeaching a witness, with the selected excerpts so marked; (2) three copies of each parties' witness list; and (3) three copies of each parties' exhibit list. Additionally, on the last day of trial, the parties are directed to deliver to the Courtroom Deputy Clerk a CD which contains all of the parties' exhibits, individually listed, in pdf format.

(9) Additionally, no later than June 6, 2025, the parties are directed to deliver one paper copy and three electronic copies of their exhibits to the undersigned's Deputy Clerk, Charmaine Black, for use by the three-judge panel during the trial.

**DONE** and **ORDERED** in Tampa, Florida on May 21, 2025.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record