IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KÉTO NORD HODGES, *et al.*,

   *Plaintiffs*,

v.

BEN ALBRITTON, in his official capacity as President of the Florida Senate, *et al.*,

   *Defendants*.
_____/

Case No. 8:24-cv-879-CEH-TPB-ALB

### DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO PERMIT REMOTE TESTIMONY

Mr. Seymour and the other Plaintiffs filed their lawsuit on April 10, 2024. ECF No. 1. On June 6, 2024, this Court set the trial date in this litigation for June 9 through 13, 2025. ECF No. 37. Mr. Seymour learned in February 2025 that a conference he wanted to attend was scheduled for June 8 through 11, 2025. ECF No. 122 at 1-2. Plaintiffs moved for Mr. Seymour to testify remotely on May 19, 2025 so that he could both attend the conference and testify in the case he filed.

Following the Court's Pre-Trial hearing on May 20, 2025, Defendants offered to stipulate to Mr. Seymour's residency within State Senate District 16 and his eligibility to vote in Florida. Plaintiffs provided no redlines to the stipulation; they rejected it and said that Mr. Seymour wishes to testify remotely.

Given Plaintiffs' counsel's comments at the Court's Pre-Trial hearing that Mr. Seymour's direct testimony would take 10-15 minutes at most, and this Court's

admonition for the Parties to accommodate where possible, Defendants do not oppose Mr. Seymour's request to testify remotely in Plaintiffs' case. Defendants maintain their objection to Plaintiffs' alternative request that Mr. Seymour be permitted to testify in person during Defendants' case. Defendants are entitled to hear all of Plaintiffs' case before putting on their defense.

Respectfully submitted,

/s/ *Mohammad O. Jazil*
Mohammad O. Jazil (FBN 72556)
mjazil@holtzmanvogel.com
Michael Beato (FBN 1017715)
mbeato@holtzmanvogel.com
zbennington@holtzmanvogel.com
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe Street, Suite 500
Tallahassee, Florida 32301
(850) 270-5938

Bradley R. McVay (FBN 79034)
brad.mcvay@dos.myflorida.com
Ashley Davis (FBN 48032)
ashley.davis@dos.myflorida.com
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building
500 S. Bronough Street
Tallahassee, Florida 32399
(850) 245-6536

*Counsel for the Secretary*

/s/ *Tara R. Price*
RICKY L. POLSTON (FBN 648906)
DANIEL E. NORDBY (FBN 14588)
DENISE M. HARLE (FBN 81977)
TARA R. PRICE (FBN 98073)
ALYSSA L. CORY (FBN 118150)
KASSANDRA S. REARDON (FBN 1033220)
**SHUTTS & BOWEN LLP**
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
(850) 241-1717
*RPolston@shutts.com*
*DNordby@shutts.com*
*DHarle@shutts.com*
*TPrice@shutts.com*
*ACory@shutts.com*
*KReardon@shutts.com*

CARLOS REY (FBN 11648)
**FLORIDA SENATE**
404 South Monroe Street
Tallahassee, Florida 32399
(850) 487-5855
*Rey.Carlos@flsenate.gov*

*Counsel for Florida Senate President Ben Albritton, in his official capacity*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2025, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Tara R. Price
Attorney