**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

KÉTO NORD HODGES, *et al.*,

     *Plaintiffs,*

v.

                                 Case No. 8:24-cv-879-CEH-TPB-ALB

BEN ALBRITTON, in his official
capacity as President of the Florida
Senate, *et al.*,

     *Defendants.*

_____/

**UNOPPOSED MOTION FOR DEFENDANTS TO USE NUMERICAL
LABELING INSTEAD OF ALPHABETICAL LABELING FOR EXHIBITS**

     Pursuant to M.D. Florida Local Rule 3.01, Defendants Ben Albritton, in his

official capacity as President of the Florida Senate, and Cord Byrd, in his official

capacity as Florida Secretary of State, file this unopposed motion to allow

Defendants to use numerical labeling instead of alphabetical labeling for

Defendants' Joint Exhibits. In support, Defendants state as follows:

     1.     Defendants have prepared for trial in accordance with M.D. Fla. Local

Rule 3.07 and this Court's Case Management and Scheduling Order (the "CMSO").

ECF No. 37.

2.      Pursuant to the CMSO, Defendants prepared Defendants' Joint Exhibit list, which was filed on April 22, 2025, as a part of the parties' Final Pretrial Statement. ECF No. 101.

3.      Defendants' Joint Exhibit List labels the joint defense exhibits in numerical order. *See* ECF 101-2. There are more than 300 exhibits listed for admission into evidence or to be used as demonstrative exhibits or for impeachment purposes. *See id.*

4.      Pursuant to the CMSO, Defendants submitted to Plaintiffs copies of the joint defense exhibits, labeled in accordance with the numerical labeling present on Defendants' Joint Exhibit List. Defendants also printed copies of their exhibits and have been in the process of numbering them in accordance with Local Rule 3.07 on the Court's requested exhibit labels.

5.      Following this Court's pre-trial hearing on May 20, 2025, the Courtroom Deputy Clerk issued the June 2025 Trial Calendar. ECF No. 125. The Trial Calendar states, in part: "**Plaintiffs shall use a <u>numerical</u> system to mark exhibits, i.e., 1, 2, 3, etc. Defendants shall use an <u>alphabetical</u> system to mark exhibits, i.e., A, B, C, etc.**" *Id.* at 1.

6.      Defendants respectfully request an order superseding this portion of the June 2025 Trial Calendar and authorizing Defendants to—like Plaintiffs—use a numerical system to mark their exhibits. Defendants are concerned that an

alphabetical system to mark exhibits will prove unwieldly and confusing when applied to more than 300 exhibits. If required to use an alphabetical system, Defendants would be seeking admission of exhibits during trial with identifying markings such as "AA," BBBB," or "CCCCCC."

7.     In addition, Defendants have already labeled their exhibits electronically and physically according to the numerical system listed in Defendants' Joint Exhibit List attached to the parties' Final Pretrial Statement. Although Defendants will comply with any orders from this Court, Defendants respectfully request to not have to re-mark all their exhibits both electronically and in paper form according to an alphabetical system.

8.     This Court has wide discretion in managing its docket and trial proceedings. *See, e.g.*, *Scantland v. Jeffrey Knight, Inc.*, 721 F.3d 1308, 1320 (11th Cir. 2013); *United States v. Day*, 405 F.3d 1293, 1297 (11th Cir. 2005).

9.     Issuing an order to authorize Defendants to use the numerical system they have already used in pretrial filings in this litigation falls well within this Court's discretion.

10.     This motion is not being filed for purposes of delay; rather, it is to increase efficiency of the parties' and this Court's resources and allow for faster and more accurate exhibit reference at trial and in this Court's post-trial opinion.

11.     In addition, Plaintiffs do not oppose Defendants' motion, and no party will be prejudiced by this Court's granting of Defendants' request.

**WHEREFORE**, Defendants respectfully request that this Court enter an order authorizing Defendants to use a numerical system for labeling Defendants' joint exhibits, in accordance with Defendants' pretrial filings.

Respectfully submitted,

/s/ Mohammad O. Jazil
Mohammad O. Jazil (FBN 72556)
mjazil@holtzmanvogel.com
Michael Beato (FBN 1017715)
mbeato@holtzmanvogel.com
zbennington@holtzmanvogel.com
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe Street, Suite 500
Tallahassee, Florida 32301
(850) 270-5938

Bradley R. McVay (FBN 79034)
brad.mcvay@dos.myflorida.com
Ashley Davis (FBN 48032)
ashley.davis@dos.myflorida.com
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building
500 S. Bronough Street
Tallahassee, Florida 32399
(850) 245-6536

Counsel for Secretary of State Cord Byrd

/s/ Tara R. Price
RICKY L. POLSTON (FBN 648906)
DANIEL E. NORDBY (FBN 14588)
DENISE M. HARLE (FBN 81977)
TARA R. PRICE (FBN 98073)
ALYSSA L. CORY (FBN 118150)
KASSANDRA S. REARDON (FBN 1033220)
SHUTTS & BOWEN LLP
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
(850) 241-1717
RPolston@shutts.com
DNordby@shutts.com
DHarle@shutts.com
TPrice@shutts.com
ACory@shutts.com
KReardon@shutts.com

CARLOS REY (FBN 11648)
FLORIDA SENATE
404 South Monroe Street
Tallahassee, Florida 32399
(850) 487-5855
Rey.Carlos@flsenate.gov

Counsel for Florida Senate President Ben Albritton, in his official capacity

5

## **LOCAL RULE 3.01(g) CERTIFICATION**

The undersigned certifies that she conferred with counsel for the Plaintiffs

via email on May 28, 2025, regarding this Motion, and Plaintiffs do not oppose the

relief sought herein.

/s/ Tara R. Price
Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2025, I electronically filed the foregoing with

the Clerk of Court by using CM/ECF, which automatically serves all counsel of

record for the parties who have appeared.

/s/ Tara R. Price
Attorney

6