IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KÉTO NORD HODGES, *et al.*,

    *Plaintiffs*,

v.

BEN ALBRITTON, in his official
capacity as President of the Florida
Senate, *et al.*,

    *Defendants.*
_____/

Case No. 8:24-cv-879-CEH-TPB-ALB

**PARTIES' JOINT MOTION FOR LEAVE TO BRING
ELECTRONIC AND TECHNICAL DEVICES
INTO COURTHOUSE FOR USE DURING TRIAL**

Pursuant to M.D. Florida Local Rule 7.02, the Parties move this Court for entry of an Order granting non-lawyer professionals and representatives' permission to bring certain electronic and technical devices and equipment into the Court for use during the trial before U.S. Circuit Judge Andrew L. Brasher, Judge Thomas P. Barber, and Judge Charlene Honeywell, scheduled during the Court's trial period commencing June 9, 2025, at the federal courthouse located at 801 North Florida Avenue, Tampa, Florida 33602.

1. Rule 7.02 of the Local Rules of the Middle District of Florida prohibit, *inter alia,* non-lawyers from entering the courthouse with an electronic device, absent a judge's order permitting passage with electronics.

2. The Parties request the following persons to be permitted to bring the following equipment into the Courthouse in preparation for the trial period beginning June 9, 2025 and to remove said equipment upon completion of trial:

**A.** **Plaintiffs' Non-Lawyer Professionals and Representatives**

Kéto Nord Hodges (Plaintiff)
  (a) Mobile phone

Jarvis El-Amin (Plaintiff)
  (a) Mobile phone

Moniqua Bumoskey (Paralegal, Plaintiffs)
  (a) Mobile phone and power cord
  (b) Laptop computer, power cords, and adapter

Joseph Dye (Litigation Support, Plaintiffs)
  (a) Mobile phone and power cord
  (b) Laptop computer, power cords, and adapter
  (c) iPad and power cord
  (d) Small printer
  (e) HDMI cables, extension cords, and power strips

Veronica McLean (Civil Rights & Racial Justice Clinic Student, Plaintiffs)
  (a) Mobile phone

**B.** **Defendants' Non-Lawyer Professionals and Representatives**

Jay Ferrin (Party Representative, Florida Senate)
  (a) Apple iPhone
  (b) Apple Watch

Brian Delostrinos (Litigation Support, Florida Senate)
  (a) Apple iPhone
  (b) Apple Watch

    (c)    Dell Laptop, with external monitor-screen/power cords/adapters, HDMI Cables, HDMI Signal Splitter, and accessories
(d) Flash drives/external drives
(e) Verizon Hotspots (2) or MiFi wireless router
(f) Extension cords/power strips
(g) 1- 24" Monitor
(h) Small printer
(i) 2' x 4' folding table
(j) Small cart

Tina Rosenberger (Paralegal, Florida Senate)
(a) Apple iPhone
(b) Apple Watch
(c) Dell Laptop/power cords/adapters, and accessories
(d) Flash drives/external drives
(e) Scissors

Abigail Morgan (Law Student Summer Associate, Florida Senate)

(a) Apple iPhone
(b) Apple Watch
(c) Dell Laptop/power cords/adapters, and accessories

Zack Bennington (Paralegal, Florida Secretary of State)

(a) Two (2) Apple iPhones
(b) Apple Watch
(c) Microsoft Surface laptop, with external Arzopa portable monitor, power cords and adaptors, and accessories
(d) Apple iPad
(e) Flash drives/external drives
(f) Verizon Hotspot/MiFi Wireless router
(g) Extension cords/power strips
(h) HP Printer

3. The aforementioned equipment is needed to facilitate the Parties' presentations to the Court, as the trial will entail use of electronic and physical

3

documentary, video/audio, and transcript evidence. The use of the above-listed equipment will provide the Court with a more seamless presentation of evidence and increase the Parties' efficiency at trial.

**WHEREFORE**, the Parties respectfully request that this Court grant their joint motion for leave to bring the aforementioned electronic and technical devices and equipment into Court for use during the trial set to commence June 9, 2025.

Respectfully submitted,

*/s/ Mohammad O. Jazil*
Mohammad O. Jazil (FBN 72556)
mjazil@holtzmanvogel.com
Michael Beato (FBN 1017715)
mbeato@holtzmanvogel.com
zbennington@holtzmanvogel.com
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe Street, Suite 500
Tallahassee, Florida 32301
(850) 270-5938

Bradley R. McVay (FBN 79034)
brad.mcvay@dos.myflorida.com
Ashley Davis (FBN 48032)
ashley.davis@dos.myflorida.com
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building
500 S. Bronough Street
Tallahassee, Florida 32399
(850) 245-6536

*Counsel for Secretary of State Cord Byrd*

*/s/ Tara R. Price*
RICKY L. POLSTON (FBN 648906)
DANIEL E. NORDBY (FBN 14588)
DENISE M. HARLE (FBN 81977)
TARA R. PRICE (FBN 98073)
ALYSSA L. CORY (FBN 118150)
KASSANDRA REARDON (FBN 1033220)
**SHUTTS & BOWEN LLP**
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
(850) 241-1717
*RPolston@shutts.com*
*DNordby@shutts.com*
*DHarle@shutts.com*
*TPrice@shutts.com*
*ACory@shutts.com*
*KReardon@shutts.com*

CARLOS REY (FBN 11648)
**FLORIDA SENATE**
404 South Monroe Street
Tallahassee, Florida 32399
(850) 487-5855
*Rey.Carlos@flsenate.gov*

*Counsel for Florida Senate President Ben Albritton, in his official capacity*

/s/ Nicholas L.V. Warren
Nicholas L.V. Warren (FBN 1019018)
Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
dtilley@aclufl.org
cmcnamara@aclufl.org

James Michael Shaw, Jr. (FBN 677851)
Naomi Robertson (FBN 1032076)
**Butler Weihmuller Katz Craig LLP**
400 North Ashley Drive, Suite 2300
Tampa, FL 33602
(813) 281-1900
jshaw@butler.legal
nrobertson@butler.legal

Deborah N. Archer*
David Chen*
**Civil Rights & Racial Justice Clinic**
**Washington Square Legal Services**
245 Sullivan Street
New York, NY 10012
(212) 998-6473
deborah.archer@nyu.edu
davidchen@nyu.edu

* *Special admission*

*Counsel for Plaintiffs*

5

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2025, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

>
> */s/ Tara R. Price*\_\_\_\_\_
> Attorney