UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| KETO NORD HODGES, MEIKO SEYMOUR, and JARVIS EL-AMIN, <br><br> Plaintiffs, <br><br> v. <br><br> BEN ALBRITTON and CORD BYRD, <br><br> Defendants. | Case No: 8:24-cv-879-CEH-TPB-ALB <br><br> THREE-JUDGE COURT |

**ORDER**

This matter comes before the Court on the Parties' Joint Motion for Leave to Bring Electronic and Technical Devices into Courthouse for Use During Trial (Doc. 133). The parties request permission for their respective non-lawyer professionals and representatives to bring in specified electronic equipment for the purposes of the trial of this case commencing on June 9, 2025.

Upon consideration, it is hereby,

**ORDERED** as follows:

1. The Parties' Joint Motion for Leave to Bring Electronic and Technical Devices into Courthouse for Use During Trial (Doc. 133) is granted-in-part and denied-in-part.

2. The following individuals may bring into the courthouse, for the purpose of the trial, the following electronic items:

    a. Moniqua Bumoskey:
        i. Mobile phone, power cord
        ii. Laptop computer, power cords, adapter
    b. Joseph Dye:
        i. Mobile phone, power cord
        ii. Laptop computer, power cords, adapter
        iii. Apple iPad, power cord
        iv. HDMI cables
        v. Extension cords, power strips
    c. Veronica McLean
        i. Mobile phone
    d. Brian Delostrinos
        i. Apple iPhone
        ii. Apple watch
        iii. Dell laptop, power cords
        iv. External monitor, power cords, adapters
        v. HDMI cables, HDMI signal splitter
        vi. Flash drives, external hard drives
        vii. 2 Verizon hotspots or MiFi wireless router
        viii. Extension cords, power strips
        ix. Cart
    e. Tina Rosenberger
        i. Apple iPhone
        ii. Apple watch
        iii. Dell laptop, power cords, adapters
        iv. Flash drives, external drives
    f. Abigail Morgan
        i. Apple iPhone
        ii. Apple watch
        iii. Dell laptop, power cords, adapters
    g. Zack Bennington
        i. 2 Apple iPhones
        ii. Apple watch
        iii. Microsoft Surface laptop, power cords, adapters
        iv. Apple iPad
        v. Flash drives, external drives
        vi. External Arzopa monitor, power cords, adapters
        vii. Verizon hotspot or MiFi wireless router
        viii. Extension cords, power strips

3. The following items are <u>not</u> permitted:

   a. Printers
   b. Folding tables
   c. Scissors
   d. Plaintiffs' mobile phones and Jay Ferrin's Apple iPhone and Apple watch.

4. This Order shall stand in full force and effect for the duration of the trial, which commences on June 9, 2025, and is expected to conclude on or about June 13, 2025.

5. All cellphones must be on silent or vibrate while in the courtroom during the course of the trial.

**DONE** and **ORDERED** in Tampa, Florida on May 30, 2025.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record