IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KÉTO NORD HODGES, *et al.*,

    *Plaintiffs*,

v.                                                           Case No. 8:24-cv-879

BEN ALBRITTON, *etc.*, *et al.*,

    *Defendants*.

_____/

**PLAINTIFFS' UNOPPOSED MOTION TO TAKE JUDICIAL NOTICE OF THE COUNTY-LEVEL ELECTION RESULTS FOR THE 2016 DEMOCRATIC PRIMARY FOR FLORIDA SENATE DISTRICT NINETEEN**

Plaintiffs, KÉTO NORD HODGES, JARVIS EL-AMIN, and MEIKO SEYMOUR, pursuant to Rule 201 of the Federal Rules of Evidence, respectfully request that the Court take judicial notice of the county-level election results for the 2016 Democratic Primary for Florida Senate District 19 as published on the website of the Florida Department of Elections. In support thereof, Plaintiffs states as follows:

**GROUNDS FOR MOTION**

On the first day of trial in this matter (June 9, 2025), following the testimony of witness Yvette Lewis, counsel for Plaintiffs requested that the Court take judicial notice of the county-level election results for the 2016 Democratic Primary for Florida Senate District 19 as published on the website for the Florida Department of State, Division of Elections (hereinafter "Division of Elections"), which can be accessed at http://results.elections.myflorida.com. The court requested that Plaintiffs make the motion in writing. Plaintiffs accordingly submit this motion.

1

The Florida Division of Elections publishes the results of elections at http://results.elections.myflorida.com in the form of an interactive tool that allows citizens to identify an election and see the official results. Selecting the August 30, 2016 Primary Election for Senate District 19 yields the following data:

**Florida Department of State**
**Division of Elections**
**August 30, 2016 Primary Election**
**Democratic Primary**

*Official Results*

**State Senator District: 19**

| County | Edwin "Ed" Narain | Betty Reed | Augie Ribeiro | Darryl Ervin Rouson |
|---|---|---|---|---|
| Hillsborough | 8,862 | 7,030 | 3,574 | 2,487 |
| Pinellas | 1,877 | 1,311 | 4,308 | 8,327 |
| Total | 10,739 | 8,341 | 7,882 | 10,814 |
| % Votes | 28.4% | 22.1% | 20.9% | 28.6% |

Machine and Manual Recounts Completed

This data is published by the government of the State of Florida [1] and cannot reasonably be questioned.

## MEMORANDUM OF LAW

Rule 201 allows the Court to take judicial notice of a matter that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2) (2025). The results the 2016 Democratic Primary for Senate District 19 can be readily determined from a source whose accuracy cannot

---

[1] Notably, the Florida Statutes designate the Florida Secretary of State (Defendant CORD BYRD) as the chief election officer of the State of Florida. See § 97.012, Florida Statutes (2025).

reasonably be questioned, to wit, the published results on the Division of Elections website at http://results.elections.myflorida.com. *See Alpha Phi Alpha Fraternity Inc. v. Raffensperger*, No. 1:21-CV-5337-SCJ, 2023 WL 5675032, at *4 (N.D. Ga. Aug. 23, 2023) (citing *Scott v. Garlock*, No. 2:18-cv-981-WKW-WC, 2019 WL 4200400, at *3 n.4 (M.D. Ala. July 31, 2019)).

## LOCAL RULE 3.01(g) CERTIFICATION

Undersigned counsel hereby certifies that undersigned counsel conferred with Defendants' counsel on June 9 and 10, and that counsel for the Defendants does not oppose the relief sought in this motion.

Respectfully submitted June 10, 2025,

 */s/*James Michael Shaw, Jr.
Nicholas L.V. Warren (FBN 1019018)
Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
dtilley@aclufl.org
cmcnamara@aclufl.org

James Michael Shaw, Jr. (FBN 677851)
Naomi Robertson (FBN 1032076)
**Butler Weihmuller Katz Craig LLP**
400 North Ashley Drive, Suite 2300
Tampa, FL 33602
(813) 281-1900
jshaw@butler.legal
nrobertson@butler.legal

*Counsel for Plaintiffs*

Deborah N. Archer*
David Chen*
**Civil Rights & Racial Justice Clinic**
**Washington Square Legal Services, Inc.**
245 Sullivan Street
New York, NY 10012
(212) 998-6473
deborah.archer@nyu.edu
davidchen@nyu.edu

* *Special admission*