IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KÉTO NORD HODGES, *et al.*,

    *Plaintiffs*,

v.                                                  Case No. 8:24-cv-879

BEN ALBRITTON, *etc.*, *et al.*,

    *Defendants*.

_____/

**PLAINTIFFS' UNOPPOSED MOTION TO TAKE JUDICIAL NOTICE OF FILINGS IN 2015 FLORIDA SENATE REDISTRICTING LITIGATION**

    Plaintiffs, pursuant to Federal Rule of Evidence 201, respectfully request that the Court take judicial notice of the three attached filings in the 2015 Florida Senate redistricting litigation. In support thereof, Plaintiffs states as follows:

    1.    On the third day of trial in this matter (June 11, 2025), Plaintiffs' counsel offered as three exhibits filings in the 2015 Florida Senate redistricting litigation, *League of Women Voters of Florida v. Detzner*, No. 2012-CA-2842 (Fla. 2d Jud. Cir. 2015):

        a.    Plaintiffs' Withdrawal of Certain Proposed Alternative Remedial Plans (Nov. 23, 2015) (PX 37)

        b.    Joint Stipulation Regarding Minority Districts (Dec. 13, 2015) (PX 38)

        c.    Final Judgment Adopting Remedial Senate Plan (Dec. 30, 2015) (PX 39)

    2.    After hearing objections from Defendants, the Court suggested the filings were properly judicially noticeable. Plaintiffs accordingly submit this motion.

    3.    Rule 201(b)(2) allows the Court to take judicial notice of a matter that

"can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."

4. The attached filings can be readily determined from a source whose accuracy cannot reasonably be questioned, to wit, the docket of Florida's Second Judicial Circuit in Leon County.

## Local Rule 3.01(g) Certification

Plaintiffs' counsel conferred with Defendants' counsel on June 11. Neither Defendant opposes the relief requested.

Respectfully submitted June 11, 2025,

/s/ Nicholas L.V. Warren

| | |
|---|---|
| Deborah N. Archer* | Nicholas L.V. Warren (FBN 1019018) |
| David Chen* | Daniel B. Tilley (FBN 102882) |
| **Civil Rights & Racial Justice Clinic** | Caroline A. McNamara (FBN 1038312) |
| **Washington Square Legal Services** | Michelle Morton (FBN 81975) |
| 245 Sullivan Street | Amy Godshall (FBN 1049803) |
| New York, NY 10012 | **ACLU Foundation of Florida** |
| (212) 998-6473 | 4343 West Flagler Street, Suite 400 |
| deborah.archer@nyu.edu | Miami, FL 33134 |
| davidchen@nyu.edu | (786) 363-1769 |
| | nwarren@aclufl.org |
| James Michael Shaw, Jr. (FBN 677851) | dtilley@aclufl.org |
| Naomi Robertson (FBN 1032076) | cmcnamara@aclufl.org |
| **Butler Weihmuller Katz Craig LLP** | mmorton@aclufl.org |
| 400 North Ashley Drive, Suite 2300 | agodshall@aclufl.org |
| Tampa, FL 33602 | |
| (813) 281-1900 | *Special admission* |
| jshaw@butler.legal | |
| nrobertson@butler.legal | |

*Counsel for Plaintiffs*

2