UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KÉTO NORD HODGES, *et al.*,

   *Plaintiffs*,

v.                                                                                          Case No. 8:24-cv-879-CEH-TPB-ALB

BEN ALBRITTON, *et al.*,

   *Defendants*.

_____/

## ALL PARTIES' JOINT EXHIBIT LIST

The exhibits on this list comprise legislative transcripts, video/audio recordings, and committee meeting packets of the Florida Senate during the 2020 redistricting cycle. The parties have agreed that the portions of these exhibits that involve the State Senate redistricting process (that is, the Florida Senate's discussion, deliberation, analysis, and passage of the State Senate Enacted Map) are admissible, may be considered by this Court, and reflect the legislative record. In the event a party wishes to admit a statement from these exhibits for the truth of the matter asserted, an opposing party or parties have the right to object on the basis of hearsay, relevance, or any other applicable objections on a case-by-case basis. The Florida Senate and Secretary of State do not agree to the admission of any statements or portions of these exhibits that discuss or involve other bills, or the congressional or House redistricting process.

1

\_\_\_\_\_ Government   \_\_X\_\_ Plaintiff   \_\_X\_\_ Defendant   \_\_\_\_\_ Court

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 1. | | 6-9-2025 | _____ | * | 09.20.21 Transcript of Audio File of Senate Committee on Reapportionment |
| 2. | | 6-9-2025 | _____ | * | 09.20.21 Senate Reapportionment Committee Meeting Packet |
| 3. | | 6-9-2025 | _____ | * | 09.20.21 Video/Audio file of Senate Reapportionment Committee meeting |
| 4. | | 6-9-2025 | _____ | * | 10.11.21 Transcript of Senate Committee on Reapportionment |
| 5. | | 6-9-2025 | _____ | * | 10.11.21 Senate Reapportionment Committee Meeting Packet |
| 6. | | 6-9-2025 | _____ | * | 10.11.21 Video/Audio file of Senate Reapportionment Committee meeting |
| 7. | | 6-9-2025 | _____ | * | 10.18.21 Transcript of Video Recording of Senate Committee on Reapportionment |
| 8. | | 6-9-2025 | _____ | * | 10.18.21 Senate Reapportionment Committee Meeting Packet |
| 9. | | 6-9-2025 | _____ | * | 10.18.21 Video/Audio file of Senate Reapportionment Committee meeting |
| 10. | | 6-9-2025 | _____ | * | 11.17.21 Transcript of Video Recording of Senate Select Subcommittee on Legislative Reapportionment |
| 11. | | 6-9-2025 | _____ | * | 11.17.21 Senate Select Subcommittee on Legislative Reapportionment Meeting Packet |
| 12. | | 6-9-2025 | _____ | * | 11.17.21 Video/Audio file of Senate Select Subcommittee on Legislative Reapportionment meeting |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 13. | | 6-9-2025 | ——————— | * | 11.29.21 Transcript of Video Recording of Senate Select Subcommittee on Legislative Reapportionment |
| 14. | | 6-9-2025 | ——————— | * | 11.29.21 Senate Select Subcommittee on Legislative Reapportionment Meeting Packet |
| 15. | | 6-9-2025 | ——————— | * | 11.29.21 Video/Audio file of Senate Select Subcommittee on Legislative Reapportionment meeting |
| 16. | | 6-9-2025 | ——————— | * | 01.10.22 Transcript of Video Recording of Senate Select Subcommittee on Legislative Reapportionment |
| 17. | | 6-9-2025 | ——————— | * | 01.10.22 Senate Select Subcommittee on Legislative Reapportionment Meeting Packet |
| 18. | | 6-9-2025 | ——————— | * | 01.10.22 Video/Audio file of Senate Select Subcommittee on Legislative Reapportionment meeting |
| 19. | | 6-9-2025 | ——————— | * | 01.13.22 Transcript of Video Recording of Senate Committee on Reapportionment |
| 20. | | 6-9-2025 | ——————— | * | 01.13.22 Senate Reapportionment Committee Meeting Packet |
| 21. | | 6-9-2025 | ——————— | * | 01.13.22 Video/Audio file of Senate Reapportionment Committee meeting |
| 22. | | 6-9-2025 | ——————— | * | 01.19.22 Transcript of Excerpt of Video Recording of Senate Regular Session |
| 23. | | 6-9-2025 | ——————— | * | 01.20.22 Transcript of Excerpt of Video Recording of Sente Regular Session |
| 24. | | 6-9-2025 | ——————— | * | 02.03.22 Transcript of Excerpt of Video Recording of Senate Regular Session |

Respectfully submitted June 6, 2025,

*/s/ Mohammad O. Jazil*
Mohammad O. Jazil (FBN 72556)
mjazil@holtzmanvogel.com
Michael Beato (FBN 1017715)
mbeato@holtzmanvogel.com
zbennington@holtzmanvogel.com
**HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC**
119 S. Monroe Street, Suite 500
Tallahassee, Florida 32301
(850) 270-5938

Bradley R. McVay (FBN 79034)
brad.mcvay@dos.myflorida.com
Ashley Davis (FBN 48032)
ashley.davis@dos.myflorida.com
**FLORIDA DEPARTMENT OF STATE**
R.A. Gray Building
500 S. Bronough Street
Tallahassee, Florida 32399
(850) 245-6536

*Counsel for Secretary of State Cord Byrd*

*/s/ Tara R. Price*
Ricky L. Polston (FBN 648906)
Daniel E. Nordby (FBN 14588)
Denise M. Harle (FBN 81977)
Tara R. Price (FBN 98073)
Alyssa L. Cory (FBN 118150)
Kassandra Reardon (FBN 1033220)
**SHUTTS & BOWEN LLP**
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
(850) 241-1717
RPolston@shutts.com
DNordby@shutts.com
DHarle@shutts.com
TPrice@shutts.com
ACory@shutts.com
KReardon@shutts.com

CARLOS REY (FBN 11648)
**FLORIDA SENATE**
404 South Monroe Street
Tallahassee, Florida 32399
(850) 487-5855
Rey.Carlos@flsenate.gov

*Counsel for Florida Senate President Ben Albritton, in his official capacity*

| | |
|---|---|
| */s/ Nicholas L.V. Warren* | Deborah N. Archer* |
| Nicholas L.V. Warren (FBN 1019018) | David Chen* |
| Daniel B. Tilley (FBN 102882) | **CIVIL RIGHTS & RACIAL JUSTICE CLINIC** |
| Caroline A. McNamara (FBN 1038312) | **WASHINGTON SQUARE LEGAL SERVICES** |
| Amy Godshall (FBN 1049803) | 245 Sullivan Street |
| **ACLU FOUNDATION OF FLORIDA** | New York, NY 10012 |
| 4343 West Flagler Street, Suite 400 | (212) 998-6473 |
| Miami, FL 33134 | deborah.archer@nyu.edu |
| (786) 363-1769 | davidchen@nyu.edu |
| nwarren@aclufl.org | |
| dtilley@aclufl.org | * *Special admission* |
| cmcnamara@aclufl.org | |
| agodshall@aclufl.org | |

James Michael Shaw, Jr. (FBN 677851)
Naomi Robertson (FBN 1032076)
**BUTLER WEIHMULLER KATZ CRAIG LLP**
400 North Ashley Drive, Suite 2300
Tampa, FL 33602
(813) 281-1900
jshaw@butler.legal
nrobertson@butler.legal

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2025, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

> */s/ Tara R. Price*
> Attorney

5