UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KÉTO NORD HODGES, *et al.*,

   *Plaintiffs*,

v.                                         Case No. 8:24-cv-879-CEH-TPB-ALB

BEN ALBRITTON, *et al.*,

   *Defendants*.

_____/

**PLAINTIFFS' EXHIBIT LIST
WITH DEFENDANTS' REVISED OBJECTIONS[1]**

_____ Government    __X__ Plaintiff    _____ Defendant    _____ Court

**Defendants' Objection Key**: A- Authenticity; R- Relevance; H- Hearsay; F- Foundation; IO- Impeachment Only Ok

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 1. | | | | *Use All Parties' Jt. Ex. 1* | 2021-09-20 Reapportionment Committee Transcript P-000055-P-000138 |
| 2. | | | | *Use All Parties' Jt. Ex. 4* | 2021-10-11 Reapportionment Committee Transcript P-000229-P-000363 |
| 3. | | | | *Use All Parties' Jt. Ex. 7* | 2021-10-18 Reapportionment Committee Transcript P-001682-P-001704 |
| 4. | | | Ferrin Warren | H, R, F if not Ferrin | 2021-11-16 Congressional Reapportionment Subcommittee Transcript P-000480-P-000547 |

---

[1] Pursuant to this Court's May 21, 2025 Order (ECF No. 124), the parties conferred in an effort to resolve objections to the exhibits. Defendants agreed to remove several of their objections to Plaintiffs' exhibits and provide this Revised Objections to Plaintiffs' Exhibit List to reflect Defendants' remaining objections.

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 5. | | | | *Use All Parties' Jt. Ex. 10* | 2021-11-17 Legislative Reapportionment Subcommittee Transcript P-000649-P-000683 |
| 6. | | | | *Use All Parties' Jt. Ex. 14* | 2021-11-29 Legislative Reapportionment Subcommittee Transcript P-000797-P-000808 |
| 7. | | | Ferrin | H, R, F if not Ferrin | 2022-01-10 Congressional Reapportionment Subcommittee Transcript P-001705-P-001724 |
| 8. | | | | *Use All Parties' Jt. Ex. 16* | 2022-01-10 Legislative Reapportionment Subcommittee Transcript P-000939-P-000987 Ferrin Dep. Ex. 11 |
| 9. | | | | *Use All Parties' Jt. Ex. 19* | 2022-01-13 Reapportionment Committee Transcript P-001725-P-001776 |
| 10. | | | | *Use All Parties' Jt. Ex. 22* | 2022-01-19 Senate Session Transcript P-001777-P-001805 |
| 11. | | | | *Use All Parties' Jt. Ex. 23* | 2022-01-20 Senate Session Transcript P-001806-P-001820 |
| 12. | 6-11-2025 | 6-11-2025 | _____ | Objection Overruled | 2022-02-02 House Session Transcript P-1850-P-1889 |
| 13. | | | | *Use All Parties' Jt. Ex. 24* | 2022-02-03 Senate Session Transcript P-001821-P-001824 |
| 14. | | | | *Use All Parties' Jt. Ex. 2* | 2021-09-20 Reapportionment Committee Meeting Packet P-000007-P-000049 |
| 15. | | | | *Use All Parties' Jt. Ex. 5* | 2021-10-11 Reapportionment Committee Meeting Packet P-000156-P-000225 |
| 16. | | 6-9-2025 | _____ | * | 2021-10-18 Rodrigues Memo re Committee Directives P-000002-P-000004 Ferrin Dep. Ex. 02 |
| 17. | | | | *Use All Parties' Jt. Ex. 8* | 2021-10-18 Reapportionment Committee Meeting Packet P-000388 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 18. | | | | * | 2021-11-08 Rodrigues Memo re Important Updates |
| 19. | | 6-9-2025 | _____ | * | 2021-11-10 Ferrin Memo re Staff-Produced Maps P-000005-P-000006 |
| 20. | | | Ferrin Warren | H, R, F if not Ferrin | 2021-11-16 Congressional Reapportionment Subcommittee Meeting Packet P-000393-P-000476 |
| 21. | | | Ferrin Warren | H, R, F if not Ferrin | 2021-11-16 Congressional Reapportionment Subcommittee Video |
| 22. | | | | *Use All Parties' Jt. Ex. 11* | 2021-11-17 Legislative Reapportionment Subcommittee Meeting Packet P-000563-P-000646 |
| 23. | | | | *Use All Parties' Jt. Ex. 12* | 2021-11-17 Legislative Reapportionment Subcommittee Video SEN-0000991- |
| 24. | | 6-9-2025 | _____ | * | 2021-11-24 Ferrin Memo re Additional Maps |
| 25. | | | Ferrin | H, R, F if not Ferrin | 2021-11-29 Congressional Reapportionment Subcommittee Meeting Packet P-000684-P-000734 |
| 26. | | | | *Use All Parties' Jt. Ex. 15* | 2021-11-29 Legislative Reapportionment Subcommittee Meeting Packet P-000739-P-000791 |
| 27. | | | | * | 2021-12-08 Rodrigues Memo re Reapportionment Update |
| 28. | | | Ferrin | H, R, F if not Ferrin | 2022-01-10 Congressional Reapportionment Subcommittee Meeting Packet P-000809-P-000870 |
| 29. | | | | *Use All Parties' Jt. Ex. 17* | 2022-01-10 Legislative Reapportionment Subcommittee Meeting Packet P-000876-P-000932 |
| 30. | | | | *Use All Parties' Jt. Ex. 18* | 2022-01-10 Legislative Reapportionment Subcommittee Video SEN-0000995- |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 31. | | | | *Use All Parties' Jt. Ex. 20* | 2022-01-13 Reapportionment Committee Meeting Packet P-000988-P-001633 |
| 32. | | | | *Use All Parties' Jt. Ex. 21* | 2022-01-13 Reapportionment Committee Video SEN-0000989- |
| 33. | | | Ferrin Warren | H, R, F if not Ferrin | 2022-01-16 Newman Plan 79 Suggestion Form |
| 34. | | | Ferrin Warren | H, R, F if not Ferrin | 2022-02-14 Newman Plan 94 Suggestion Form |
| 35. | | | Ferrin Warren | H, R, F if not Ferrin | 2022-04-13 Kelly Plan 109 Suggestion Form |
| 36. | | | Ferrin Warren | H, R, F if not Ferrin | 2022-04-13 Rodrigues Memo re DeSantis Map Submission |
| 37. | 6-11-2025 | _____ | _____ | F, H, R | 2015-11-23 LWV v. Detzner, Plfs' Withdrawal of Certain Proposed Alternative Remedial Plans |
| 38. | 6-11-2025 | _____ | _____ | F, H, R | 2015-12-13 LWV v. Detzner, Jt. Stip. re Minority Districts |
| 39. | 6-11-2025 | _____ | _____ | F, H, R | 2015-12-30 LWV v. Detzner, Final Judgment |
| 40. | 6-11-2025 | _____ | _____ | F, H, R | 2015-08-14 Dep't of State Directive 2015-02 Matthews Dep. Ex. 2 |
| 41. | | 6-9-2025 | _____ | * | Stipulation re 2015 Plans |
| 42. | | 6-11-2025 | _____ | * | Senate's Responses to Plfs' First Set of Requests for Admission Ferrin Dep. Ex. 04 |
| 43. | | | | * | Senate's Responses to Plfs' First Set of Interrogatories |
| 44. | | 6-11-2025 | _____ | * | Senate's Responses to Plfs' Send Set of Interrogatories |
| 45. | | | | * | Senate's Responses to Plfs' Third Set of Interrogatories |
| 46. | | | | * | Secretary's Reponses to Plfs' Second Set of Interrogatories |
| 47. | | | | * | Secretary's Reponses to Plfs' Third Set of Interrogatories |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 48. | | 6-11-2025 | _____ | * | Secretary's Responses to Plfs' First Set of RFAs<br>Mathews Dep. Ex. 5 |
| 49. | | | | * | Secretary's Responses to Plfs' First Set of Interrogatories<br>Mathews Dep. Ex. 6 |
| 50. | | | | H, IO | Adkins Transcript |
| 51. | | | | H, IO | Barreto Deposition Transcript |
| 52. | | | | H, IO | Ferrin Deposition Transcript |
| 53. | | | | * | Isbell Deposition Transcript |
| 54. | | | | H, IO | Matthews Deposition Transcript |
| 55. | | | | H, IO | McCartan Deposition Transcript |
| 56. | | | | H, R, IO | Plf Azis Deposition Transcript |
| 57. | | | | H, IO | Plf El-Amin Deposition Transcript |
| 58. | | | | H, IO | Plf Nord Deposition Transcript |
| 59. | | | | H, IO | Plf Seymour Deposition Transcript |
| 60. | | | | H, IO | Trende Deposition Transcript |
| 61. | | | | H, IO | Voss Deposition Transcript |
| 62. | | | | * | Warren Deposition Transcript |
| 63. | | | Barreto | H | P063 Barreto Report |
| 64. | | | Barreto | H | P064 Barreto Rebuttal Report |
| 65. | 6-10-2025 | _____ | McCartan | H | P065 McCartan Report |
| 66. | 6-9-2025 | 6-9-2025 | Warren | * | P066 McCartan Instructions |
| 67. | | 6-10-2025 | _____ | * | Barreto Report Fig. 1 |
| 68. | | 6-10-2025 | _____ | * | Barreto Report Fig. 2 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 69. | | 6-10-2025 | _____ | * | Barreto Report Fig. 3 |
| 70. | | 6-10-2025 | _____ | * | Barreto Report Fig. 4 |
| 71. | | 6-10-2025 | _____ | * | Barreto Report Fig. 5 |
| 72. | | 6-10-2025 | _____ | * | Barreto Report Fig. 6 |
| 73. | | 6-10-2025 | _____ | * | Barreto Report Fig. 7 |
| 74. | | 6-10-2025 | _____ | * | Barreto Report Fig. 8 |
| 75. | | 6-10-2025 | _____ | * | Barreto Report Fig. 9 |
| 76. | | 6-10-2025 | _____ | * | Barreto Report Fig. 10 |
| 77. | | 6-10-2025 | _____ | * | Barreto Report Fig. 11 |
| 78. | | 6-10-2025 | _____ | * | Barreto Report Fig. 12 |
| 79. | | 6-10-2025 | _____ | * | Barreto Report Fig. 13 |
| 80. | | 6-10-2025 | _____ | * | Barreto Report Fig. 14 |
| 81. | | 6-10-2025 | _____ | * | Barreto Report Fig. 15 |
| 82. | | 6-10-2025 | _____ | * | Barreto Report Fig. 16 |
| 83. | | 6-10-2025 | _____ | * | Barreto Report Tbl. 1 |
| 84. | | 6-10-2025 | _____ | * | Barreto Report Tbl. 2 |
| 85. | | 6-10-2025 | _____ | * | Barreto Report Tbl. 3 |
| 86. | | 6-10-2025 | _____ | * | Barreto Report Tbl. 4, pt. 1 |
| 87. | | 6-10-2025 | _____ | * | Barreto Report Tbl. 4, pt. 2 |
| 88. | | 6-10-2025 | _____ | * | Barreto Report Tbl. 5 |
| 89. | | 6-10-2025 | _____ | * | Barreto Report Tbl. 6A |
| 90. | | 6-10-2025 | _____ | * | Barreto Report Tbl. 6B, pt. 1 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 91. | | 6-10-2025 | _____ | * | Barreto Report Tbl. 6B, pt. 2 |
| 92. | | 6-10-2025 | _____ | * | Barreto Report Tbl. 6B. pt. 3 |
| 93. | | 6-10-2025 | _____ | * | Barreto Common Cause Report Fig. B16 |
| 94. | | 6-10-2025 | _____ | * | Barreto Common Cause Report Fig. B17 |
| 95. | | 6-10-2025 | _____ | * | Barreto Rebuttal App'x A, pt. 1 |
| 96. | | 6-10-2025 | _____ | * | Barreto Rebuttal App'x A, pt. 2 |
| 97. | | 6-9-2025 | _____ | * | McCartan Report Fig. 1 Enacted Plan |
| 98. | | 6-9-2025 | _____ | * | McCartan Report Fig. 2 Plan A |
| 99. | 6-9-2025 | 6-9-2025 | Hodges | * | McCartan Report Fig. 3 Plan B |
| 100. | | 6-10-2025 | _____ | * | McCartan Report Fig. 4 Plan C |
| 101. | | 6-10-2025 | _____ | * | McCartan Report Fig. 5 |
| 102. | | 6-10-2025 | _____ | * | McCartan Report Fig. 6 |
| 103. | | 6-10-2025 | _____ | * | McCartan Report Fig. 7 |
| 104. | | 6-10-2025 | _____ | * | McCartan Report Fig. 8 |
| 105. | | 6-10-2025 | _____ | * | McCartan Report Fig. 9 |
| 106. | | 6-10-2025 | _____ | * | McCartan Report Fig. 10 |
| 107. | | 6-10-2025 | _____ | * | McCartan Report Fig. 11 |
| 108. | | 6-10-2025 | _____ | * | McCartan Report Fig. 12 |
| 109. | | 6-10-2025 | _____ | * | McCartan Report Fig. 13 |
| 110. | | | | H | Adkins Report Adkins Dep. Ex. 2 |
| 111. | | | | * | Adkins CV Adkins Dep. Ex. 1 |
| 112. | | | Adkins | * | Adkins Dep. Ex. 3, Fair Districts Text |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 113. | | | Adkins | * | Adkins Dep. Ex. 4, Fair Districts Petition Form |
| 114. | | | | H | Trende Report Trende Dep. Ex. 1 |
| 115. | | | | H | Voss Report Voss Dep. Ex. 2 |
| 116. | | | | * | Voss CV Voss Dep. Ex. 1 |
| 117. | | | Voss | R | Voss Dep. Ex. 3, Florida Constitution |
| 118. | | | Voss | H, R | Voss Dep. Ex. 6, Assessment re Graham v. Adams |
| 119. | | | Klas | H, R, F if not Klas | 2015-10-13 Bradenton Herald, Top Democrat releases first proposed redistricting map for Florida Senate |
| 120. | | | | F, H, R | 2015-10-20 FlaPol, 2 more maps filed for Senate redistricting |
| 121. | | | Klas | H, R, F if not Klas | 2015-10-21 Times, Bill Galvano offers a new map and alternative plan for choosing who avoids re-election |
| 122. | | | Klas | H, R, F if not Klas | 2015-10-21 Times, Galvano picks a map and offers up new idea for deciding who avoids reelection |
| 123. | | | | F, H, R | 2015-10-22 Tampa Tribune, Senate Maps Need Not Be Color Coded |
| 124. | | | | F, H, R | 2015-10-23 News-Press, Redistricting could lead to new races |
| 125. | | | | F, H, R | 2015-10-23 Tampa Tribune, Senators Still Pitching Maps to Settle Districts |
| 126. | | | | F, H, R | 2015-10-24 News-Press, Court-Ordered Redistricting Could Put All Senate Seats on Ballot |
| 127. | | | | F, H, R | 2015-10-26 FlaPol, Oscar Braynon files five more Senate maps |
| 128. | 6-10-2025 | _____ | Ogles | H, R, F if not Ogles | 2021-11-17 FlaPol, Can SD 19 lines shift to only Hillsborough and still remain a minority district |

8

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 129. | | | Ogles Warren | H, R, F if not Ogles | 2021-11-17 FlaPol Tweet, Can SD 19 move to Hillsborough and still remain a minority district |
| 130. | | | Klas Warren | H, R, F if not Klas | 2021-11-17 Herald, Experts challenge Senate maps in Tampa region |
| 131. | | | Klas Warren | H, R, F if not Klas | 2021-11-18 Times, Florida Senate maps of Tampa Bay district draw complaints from experts |
| 132. | | | Ogles | H, R, F if not Ogles | 2022-01-10 FlaPol, Florida Senate prepares for major week in redistricting saga P-001839-P-001844 |
| 133. | | | | F, H, R | 2022-01-22 Times, A Senate district is split by Tampa Bay. Black organizers ask if it's time to change |
| 134. | | 6-9-2025 | _____ | * | 2021-09-02 Emails Ausley Warren NORD-NW 18418-NORD-NW 18420 |
| 135. | | | | * | 2021-10-13 Emails Warren Grimes Gross Prison Gerrymandering Inquiry SOS_Hodges_0000215-SOS_Hodges_0000216 |
| 136. | | | | * | 2021-10-14 Emails Warren Grimes Prison Gerrymandering Inquiry SOS_Hodges_0000218-SOS_Hodges_0000220 |
| 137. | | | | * | 2021-10-14 Emails Warren Grimes Gross Prison Gerrymandering Inquiry SOS_Hodges_0000221-SOS_Hodges_0000223 |
| 138. | | | | * | 2021-10-18 Emails Warren Grimes Gross Prison Gerrymandering Inquiry SOS_Hodges_0000225--SOS_Hodges_0000227 |

9

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 139. | | | | * | 2021-10-18 Email Warren, Grimes, Gross Prison Gerrymandering Inquiry SOS_Hodges_0000228--SOS_Hodges_0000231 |
| 140. | | | | * | 2021-10-18 Emails Grimes Warren Prison Gerrymandering Inquiry SOS_Hodges_0000232--SOS_Hodges_0000235 |
| 141. | | | | * | 2021-10-19 Email Toman Warren Great to Meet SOS_Hodges_0000236- |
| 142. | | | | * | 2021-10-20 Email Warren Grimes Gross Prison Gerrymandering questions SOS_Hodges_0000237--SOS_Hodges_0000238 |
| 143. | | | | * | 2021-10-20 Emails Grimes Warren Gross Prison gerrymandering questions SOS_Hodges_0000239--SOS_Hodges_0000241 |
| 144. | | | | * | 2021-10-20 Email Warren Grimes Prison Gerrymandering questions SOS_Hodges_0000242--SOS_Hodges_0000244 |
| 145. | | 6-9-2025 | _____ | * | 2021-10-20 Email Warren Toman Great to Meet SOS_Hodges_0000245--SOS_Hodges_0000246 |
| 146. | | | | * | 2021-11-11 Email Warren to Florida Redistricting P-001655 |
| 147. | | 6-9-2025 | _____ | * | 2021-11-11 Plan 42 Suggestion Form P-001666-67 |
| 148. | | | | * | 2021-11-15 Email Toman Warren Reapportionment Maps SOS_Hodges_0000287 |
| 149. | | | | * | 2021-11-15 Email Warren Toman Reapportionment Maps SOS_Hodges_0000288 |

10

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 150. | | | | * | 2021-11-15 Email Warren Toman Reapportionment Maps SOS_Hodges_0000289--SOS_Hodges_0000290 |
| 151. | | | | * | 2021-11-15 Email Warren Toman Reapportionment Maps SOS_Hodges_0000291--SOS_Hodges_0000292 |
| 152. | | | | * | 2021-11-15 Email Warren Toman Reapportionment Maps SOS_Hodges_0000293--SOS_Hodges_0000294 |
| 153. | | | | * | 2021-11-16 Email Toman Warren Reapportionment Maps SOS_Hodges_0000301--SOS_Hodges_0000303 |
| 154. | | | | * | 2021-11-16 Email Warren Bradley Congressional map submissions SOS_Hodges_0000304-SOS_Hodges_0000304 |
| 155. | | | | * | 2021-11-16 Warren Appearance Card P-000477 |
| 156. | | 6-9-2025 | _____ | * | 2021-11-17 Email Betta to Schorch Question/Clarification SEN-0003291 |
| 157. | | | | * | 2021-11-17 Email Betta to Schorch re Question/Clarification SEN-0003288-SEN-0003289 |
| 158. | | | | * | 2021-11-17 Email Heffley to Warren SEN-0004248-SEN-0004249 |
| 159. | | | | * | 2021-11-17 Email Warren to Cassels P-001653 |
| 160. | | 6-9-2025 | _____ | * | 2021-11-17 Warren Appearance Card P-000647 |
| 161. | | | | * | 2021-11-18 Email Warren to Cassels P-001654 |

11

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 162. | | | | * | 2021-11-22 Email Warren Grimes Next redistricting committee meetings  SOS_Hodges_0000307 |
| 163. | | | | * | 2021-11-22 Email Warren Grimes Next redistricting committee meetings SOS_Hodges_0000308-- SOS_Hodges_0000309 |
| 164. | | 6-9-2025 | _____ | * | 2021-11-22 Rodrigues Memo re Appearance Forms SOS_Hodges_0002909 Ferrin Dep. Ex. 14 |
| 165. | | 6-9-2025 | _____ | * | 2021-11-24 Letter Bailey to Senate P-001657 Ferrin Dep. Ex. 15 |
| 166. | | 6-9-2025 | _____ | * | 2021-12-08 Letter Warren to Senate SOS_Hodges_0000310 Ferrin Dep. Ex. 16 |
| 167. | | | | * | 2022-01-23 Messages Warren Grimes SOS_Hodges_0000311 |
| 168. | | | Warren | F, R | 2024-04-10 Email Betta to Fineout Malave SEN-0003271 |
| 169. | | | Warren | F, R | 2024-04-24 Email Rey to Warren SEN-0003272-SEN-0003273 |
| 170. | | | Warren | Email- F, R Letter- * | 2021-11-22 Email Betta to Mears Rojas SEN-0001661-SEN-0001663 |
| 171. | | | Ferrin Warren | F if not Ferrin | 2021-11-29 Email Morris to Rojas Ferrin SEN-0001676-SEN-0001677 |
| 172. | | | Warren | F | 2021-11-29 Email Rojas to Mears Betta Nordby SEN-0001629-SEN-0001630 Ferrin Dep. Ex. 17 |
| 173. | | | Ferrin Warren | F if not Ferrin | 2021-12-09 Email Kulavic to Rojas Ferrin SEN-0001679-SEN-0001680 |
| 174. | | | Warren | F | 2021-12-09 Email Rojas to Mears Betta SEN-0001626-SEN-0001627 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 175. | 6-11-2025 | _____ | _____ | F, H, R | Matthews Dep. Ex. 4, BVM v. Byrd - Jt. Stip. to Narrow Issues for Resolution |
| 176. | | 6-11-2025 | _____ | * | Matthews Dep. Ex. 3, Common Cause v. Byrd - Trial Transcript Excerpt |
| 177. | | | | F, H, R | 2024-10-01 Nordby Email re Deposition Dates |
| 178. | | 6-9-2025 | _____ | * | Senate's Answer and Affirmative Defenses |
| 179. | | 6-9-2025 | _____ | * | Secretary's Answer and Affirmative Defenses |
| 180. | | | | F, R | Complaint Fig. 1, Enacted Plan |
| 181. | 6-11-2025 | _____ | _____ | F, R, A is governed by parties' stipulation | Complaint Fig. 4, Caldwell Plan |
| 182. | | | | R | Ferrin Dep. Ex. 1, Senate 30(b)(6) Notice of Deposition |
| 183. | | | | F, H, R | Ferrin Dep. Ex. 12, Historical Maps, p. 4 |
| 184. | | | | A, F, H, R | Ferrin Dep. Ex. 19, 2022 Redistricting Process Timeline |
| 185. | | | Warren | F, H, R | 2020-08-31 Email Ethics & Elections A.A. Applications SEN-0007390 |
| 186. | | | Warren | F, H, R | 2021-11-18 Email Morgan to Whitaker SEN-0007236-0007238 |
| 187. | | | Warren | F, H, R | 2021-09-08 Email Ramirez SEN-0007239-0007240 |
| 188. | | | Warren | F, H, R | 2021-09-01 Email McKee to Ramirez SEN-0007241 |
| 189. | | | Warren | H, R | 2021-08-27 Dream Defenders Governor's Supp. Briefing Attachment to Email SEN-0007242-0007248 |
| 190. | | | Warren | H, R | 2021-08-27 Dream Defenders Williams' Supp. Briefing Attachment to Email SEN-0007249-0007256 |

13

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 191. | | | Warren | H, R | 2021-08-27 Dream Defenders Plfs' Sentence Diagrams Attachment to Email SEN-0007257-0007264 |
| 192. | | | Warren | F, H, R | 2024-04-05 Email Warren to Rey SEN-0005938-0005939 |
| 193. | 6-10-2025 | 6-10-2025 | McCartan | * | Boundary Report (pages 29 - 62) |

Respectfully submitted June 6, 2025,

/s/ Nicholas L.V. Warren

Deborah N. Archer*
David Chen*
**Civil Rights & Racial Justice Clinic**
**Washington Square Legal Services**
245 Sullivan Street
New York, NY 10012
(212) 998-6473
deborah.archer@nyu.edu
davidchen@nyu.edu

James Michael Shaw, Jr. (FBN 677851)
Naomi Robertson (FBN 1032076)
**Butler Weihmuller Katz Craig LLP**
400 North Ashley Drive, Suite 2300
Tampa, FL 33602
(813) 281-1900
jshaw@butler.legal
nrobertson@butler.legal

Nicholas L.V. Warren (FBN 1019018)
Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
Michelle Morton (FBN 81975)
Amy Godshall (FBN 1049803)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
dtilley@aclufl.org
cmcnamara@aclufl.org
mmorton@aclufl.org
agodshall@aclufl.org

* *Special admission*

*Counsel for Plaintiffs*