# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

KÉTO NORD HODGES, *et al.*,

    *Plaintiffs*,

v.                                                                Case No. 8:24-cv-879-CEH-TPB-ALB

BEN ALBRITTON, *et al.*,

    *Defendants*.

_____/

## DEFENDANTS' EXHIBIT LIST
## WITH PLAINTIFFS' REVISED OBJECTIONS[1]

\_\_\_\_\_ Government     \_\_\_\_\_ Plaintiff     \_X\_ Defendant     \_\_\_\_\_ Court

**Plaintiffs' Objection Key**: A- Authenticity; R- Relevance; H- Hearsay; F- Foundation; D- Failed to disclose (FRCP 37(c)(1)); P- Probative value substantially outweighed by dangers enumerated in FRE 403; DEM- Improper under FRE 107 & 1006.

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 1. | | 6-9-2025 | —————— | * | Plaintiffs' Rule 26 Initial Disclosures<br>Depo Ex. |
| 2. | | 6-9-2025 | —————— | * | Plaintiffs' First Supplement to Rule 26 Initial Disclosures |
| 3. | | 6-9-2025 | —————— | * | Deposition Transcript of Jarvis El-Amin (impeachment) |
| 4. | | 6-9-2025 | —————— | * | Deposition Transcript of Matthew Barreto (impeachment) |
| 5. | | 6-9-2025 | —————— | * | CV of Matthew Barreto |

---

[1] Pursuant to this Court's May 21, 2025 Order (ECF No. 124), the parties conferred in an effort to resolve objections to the exhibits. Plaintiffs agreed to remove some of their objections to Defendants' exhibits and provide this Revised Objections to Defendants' Exhibit List to reflect Plaintiffs' remaining objections.

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 6. | 6-11-2025 | 6-11-2025 | Jay Ferrin (Corp. Rep.) | No Objection | 10.18.21 Memo from J. Ferrin to Senator Rodrigues re: Committee Directives to Staff on Map-Drawing JF Ex. 2 CM Ex. 6 |
| 7. | | | Jay Ferrin (Corp. Rep.) | *Use All Parties' Jt. Ex. 22* | 01.19.22 Florida Senate Committee Meeting Regular Session Floor Debate transcript Ex. 5 |
| 8. | | | Jay Ferrin (Corp. Rep.) | *Use All Parties' Jt. Ex. 19* | 01.13.22 Senate Committee on Reapportionment transcript Ex. 6 |
| 9. | | | Jay Ferrin (Corp. Rep.) | H | 11.17.21 Senate Select Subcommittee on Legislative Reapportionment transcript Ex. 7 |
| 10. | | 6-9-2025 | _____ | * | 2016-2022 Florida State Senate Districts packet Ex. 9 |
| 11. | | 6-9-2025 | _____ | * | 2022 Florida State Senate Districts packet Ex. 10 |
| 12. | 6-11-2025 | 6-11-2025 | Jay Ferrin (Corp. Rep.) | No Objection | 11.22.21 memo to all Senators from Senator Rodrigues re: Misleading Committee Appearance Forms Ex. 14 |
| 13. | | 6-9-2025 | _____ | * | 11.24.21 letter to Senator Rodrigues from Kirk Bailey re: Committee Appearance Forms re: Nicholas Warren JF Ex. 15 |
| 14. | | 6-9-2025 | _____ | * | 12.08.21 letter to the Florida Senate from Nicholas Warren JF Ex. 16 |
| 15. | | 6-9-2025 | _____ | * | Deposition Transcript of Keto Nord Hodges (impeachment) |
| 16. | | | Keto Nord Hodges | R | 11.09.2012 Blog Ex. 3 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 17. | | | Matthew Isbell | R | Deposition Transcript of Matthew Isbell |
| 18. | | | Matthew Isbell | R | Video Recording of Deposition of Matthew Isbell |
| 19. | 6-12-2025 | 6-12-2025 | Matthew Isbell | Objection Overruled | Text messages with Allison Tant Ex. 4 |
| 20. | 6-12-2025 | 6-12-2025 | Matthew Isbell | Objection Overruled | Messages with Joe Dye Ex. 5 |
| 21. | | | Matthew Isbell | R, H | Summary of phone call with Christian Ulvert and Lauren Book Ex. 6 |
| 22. | | | Matthew Isbell | R, H | Summary of meeting with Jena Kingery and Dan Newman Ex. 7 |
| 23. | | | Matthew Isbell | R, H | Group text with Dan Newman and Jena Kingery Ex. 8 |
| 24. | | | Matthew Isbell | R, H | Texts with Dan Newman Ex. 9 |
| 25. | | | Matthew Isbell | R, H | Texts with Drew Shannon Ex. 10 |
| 26. | | | Matthew Isbell | R, H | Texts with Jena Kingery Ex. 11 |
| 27. | | | Matthew Isbell | R, H | POP Redistricting email Ex. 12 |
| 28. | | | Matthew Isbell | R, H | Matt Isbell Redistricting Insights Ex. 13 |
| 29. | | | Matthew Isbell | R, H | Messages with Matt Dixon Ex. 14 |
| 30. | | | Matthew Isbell | R, H | Texts with Marc Caputo Ex. 15 |
| 31. | | | Matthew Isbell | R, H | Messages with Nathaniel Rakich Ex. 16 |
| 32. | | | Matthew Isbell | R, H | Messages with Andrew Pantazi Ex. 17 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 33. | | | Matthew Isbell | R, H | Emails with Matt Dixon re: Senate maps today Ex. 18 |
| 34. | | | Matthew Isbell | R, H, A | Texts with Steven Lemongello SOS_Hodges_0000081 |
| 35. | | | Matthew Isbell | R, H, A | Messages with Steven Lemongello SOS_Hodges_0000001 |
| 36. | | | Matthew Isbell | R, H, A | Texts with Mary Ellen Klas SOS_Hodges_0000072-SOS_Hodges_0000073 |
| 37. | | | Matthew Isbell | R, H, A | Messages with Mary Ellen Klas SOS_Hodges_0000002 |
| 38. | | | Matthew Isbell | R, H, A | Messages with Bianca Padro Ocasio SOS_Hodges_0000003 |
| 39. | | | Matthew Isbell | R, H, A | Messages with Reporter McCabe SOS_Hodges_0000004 |
| 40. | | | Matthew Isbell | R, H, A | Messages with Tallahassee Democrat SOS_Hodges_0000005 |
| 41. | | | Matthew Isbell | R, H, A | Messages with Valerie Crowder SOS_Hodges_0000006 |
| 42. | | | Matthew Isbell | R, H, A | Messages with William Hatfield SOS_Hodges_0000007 |
| 43. | | | Matthew Isbell | R, H, A | Messages with Jeffrey Schweers SOS_Hodges_0000011 |
| 44. | | | Matthew Isbell | R, H, A | Messages with Gary Fineout SOS_Hodges_0000012-SOS_Hodges_0000013 |
| 45. | | | Matthew Isbell | R, H, A | Messages with Peter Schorsch SOS_Hodges_0000014-SOS_Hodges_0000016 |
| 46. | | | Matthew Isbell | R, H, A | Messages with Skip Foster SOS_Hodges_0000017 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 47. | | | Matthew Isbell | R, H, A | Messages with Jacob Ogles SOS_Hodges_0000047-SOS_Hodges_0000055 |
| 48. | | | Matthew Isbell | R, H, A | Messages with Jim Rosica SOS_Hodges_0000060 |
| 49. | | | Matthew Isbell | R, H, A | Texts with Mike Vasilinda SOS_Hodges_0000061 |
| 50. | | | Matthew Isbell | R, H, A | Texts with Colby Itkowitz SOS_Hodges_0000062 |
| 51. | | | Matthew Isbell | R, H, A | Texts with Dexter Filkins SOS_Hodges_0000063 |
| 52. | | | Matthew Isbell | R, H, A | Texts with Will McDuffie SOS_Hodges_0000065 |
| 53. | | | Matthew Isbell | R, H, A | Texts with Steve Contorno SOS_Hodges_0000066 |
| 54. | | | Matthew Isbell | R, H, A | Texts with Lori Rozsa SOS_Hodges_0000067 |
| 55. | | | Matthew Isbell | R, H, A | Texts with Bianca Padro Ocasio SOS_Hodges_0000068 |
| 56. | | | Matthew Isbell | R, H, A | Texts with Gary Fineout SOS_Hodges_0000069 |
| 57. | | | Matthew Isbell | R, H, A | Texts with John Kennedy SOS_Hodges_0000070 |
| 58. | | | Matthew Isbell | R, H, A | Texts with Windy March SOS_Hodges_0000071 |
| 59. | | | Matthew Isbell | R, H, A | Texts with Valerie Crowder SOS_Hodges_0000074-SOS_Hodges_0000080 |
| 60. | | | Matthew Isbell | R, H, A | Email with Valerie Crowder SOS_Hodges_0000084 |
| 61. | | | Matthew Isbell | R, H, A | Email with Mark Harper SOS_Hodges_0000085-SOS_Hodges_0000087 |
| 62. | | | Matthew Isbell | R, H, A | Email with Jeffrey Schweers SOS_Hodges_0000088 |
| 63. | | | Matthew Isbell | R, H, A | Email with Aaron Zitner SOS_Hodges_0000089-SOS_Hodges_0000090 |
| 64. | | | Matthew Isbell | R, H, A | Email with Stephanie Murphy SOS_Hodges_0000091 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 65. | | | Matthew Isbell | R, H, A | Email with William Hatfield SOS_Hodges_0000092- SOS_Hodges_0000098 |
| 66. | | | Matthew Isbell | R, H, A | Email with John Kennedy SOS_Hodges_0000099 |
| 67. | | | Matthew Isbell | R, H, A | Email with Matthew Dixon SOS_Hodges_0000100- SOS_Hodges_0000102 |
| 68. | | | Matthew Isbell | R, H, A | Email appointment with Phil Ammann SOS_Hodges_0000103- SOS_Hodges_0000104 |
| 69. | | | Matthew Isbell | R, H, A | Email appointment with Peter Schorsch SOS_Hodges_0000105- SOS_Hodges_0000106 |
| 70. | | | Matthew Isbell | R, H, A | Email with Michael Leahy SOS_Hodges_0000107 |
| 71. | | | Matthew Isbell | R, H, A | Emails with Jeffrey Schweers SOS_Hodges_0000108- SOS_Hodges_0000109 |
| 72. | | | Matthew Isbell | R, H, A | Email with Trimmel Gomes SOS_Hodges_0000110- SOS_Hodges_0000111 |
| 73. | | | Matthew Isbell | R, H, A | Email with William March SOS_Hodges_0000112 |
| 74. | | | Matthew Isbell | R, H, A | Email with William March SOS_Hodges_0000113 |
| 75. | | | Matthew Isbell | R, H, A | Email with Jacob Ogles SOS_Hodges_0000114 |
| 76. | | | Matthew Isbell | R, H, A | Email with Matt Dixon SOS_Hodges_0000115 |
| 77. | | | Matthew Isbell | R, H, A | Email with Reid Wilson SOS_Hodges_0000116 |
| 78. | | | Matthew Isbell | R, H, A | Email with Jami Sims SOS_Hodges_0000117- SOS_Hodges_0000123 |
| 79. | | | Matthew Isbell | R, H, A | Email with Steven Contorno SOS_Hodges_0000124 |
| 80. | | | Matthew Isbell | R, H, A | Email with Bianca Padro SOS_Hodges_0000125 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 81. | | | Matthew Isbell | R, H, A | Email with Steven Lemongello SOS_Hodges_0000126 |
| 82. | | | Matthew Isbell | R, H, A | Email with Matt Dixon SOS_Hodges_0000127-SOS_Hodges_0000131 |
| 83. | | | Matthew Isbell | R, H, A | Email with Valerie Crowder SOS_Hodges_0000132 |
| 84. | | | Matthew Isbell | R, H, A | Email with Valerie Crowder SOS_Hodges_0000133 |
| 85. | | | Matthew Isbell | R, H, A | Email with Craig Kopp SOS_Hodges_0000134 |
| 86. | | | Matthew Isbell | R, H, A | Email with Colby Itkowitz SOS_Hodges_0000135 |
| 87. | | | Matthew Isbell | R, H, A | Email with Tony Winton SOS_Hodges_0000136 |
| 88. | | | Matthew Isbell | R, H, A | Email with Mark Harper SOS_Hodges_0000137-SOS_Hodges_0000138 |
| 89. | | | Matthew Isbell | R, H, A | Email with Joel Engelhardt SOS_Hodges_0000139 |
| 90. | | | Matthew Isbell | R, H, A | Email with Greg Allen SOS_Hodges_0000140-SOS_Hodges_0000141 |
| 91. | | | Matthew Isbell | R, H, A | Email with William March SOS_Hodges_0000142 |
| 92. | | | Matthew Isbell | R, H, A | Email with Steve Bousquet SOS_Hodges_0000143-SOS_Hodges_0000144 |
| 93. | | | Matthew Isbell | R, H, A | Email with Susan Ferrechio SOS_Hodges_0000145 |
| 94. | | | Matthew Isbell | R, H, A | Email with Joel Gardens SOS_Hodges_0000146 |
| 95. | | | Matthew Isbell | R, H, A | Email with Joel Engelhardt SOS_Hodges_0000147-SOS_Hodges_0000148 |
| 96. | | | Matthew Isbell | R, H, A | Email with Reid Wilson SOS_Hodges_0000149 |
| 97. | | | Matthew Isbell | R, H, A | Email with Steven Lemongello SOS_Hodges_0000150-SOS_Hodges_0000151 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 98. | | | Matthew Isbell | R, H, A | Email with Patrik Jonsson SOS_Hodges_0000152 |
| 99. | | | Matthew Isbell | R, H, A | Email with Kathryn Varn SOS_Hodges_0000153 |
| 100. | | | Matthew Isbell | R, H, A | Email with Spencer Briggs SOS_Hodges_0000154-SOS_Hodges_0000158 |
| 101. | | | Matthew Isbell | R, H, A | Email with Spencer Briggs SOS_Hodges_0000159 |
| 102. | | | Matthew Isbell | R, H, A | Email with Jane Timm SOS_Hodges_0000160 |
| 103. | | | Matthew Isbell | R, H, A | Email with William Hatfield SOS_Hodges_0000161-SOS_Hodges_0000165 |
| 104. | | | Matthew Isbell | R, H, A | Email with William March SOS_Hodges_0000166 |
| 105. | | | Matthew Isbell | R, H, A | Email with Pam Webb SOS_Hodges_0000167-SOS_Hodges_0000168 |
| 106. | | | Matthew Isbell | R, H, A | Email with Breana Ross SOS_Hodges_0000169-SOS_Hodges_0000171 |
| 107. | | | Matthew Isbell | R, H, A | Email with Spencer Briggs SOS_Hodges_0000172-SOS_Hodges_0000174 |
| 108. | | | Matthew Isbell | R, H, A | Email with Zachary Anderson SOS_Hodges_0000175 |
| 109. | | | Matthew Isbell | R, H, A | Senate 8058 BVAP Set SOS_Hodges_0000176 |
| 110. | | | Matthew Isbell | R, H, A | Differences in Four State Senate Plans Released on November 11 SOS_Hodges_0000177 |
| 111. | | | Matthew Isbell | R, H, A | Senate 8058 Shift in Margin from 2016-2020 President SOS_Hodges_0000178 |
| 112. | | | Matthew Isbell | R, H, A | Senate 8058 2018 Governor Vote by Senate Districts SOS_Hodges_0000179 |
| 113. | | | Matthew Isbell | R, H, A | 2020 Presidential Election by State Senate District (Plan 8010) SOS_Hodges_0000180 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 114. | | | Matthew Isbell | R, H, A | Florida Senate Districts 16 & 24 Sandbox SOS_Hodges_0000181 |
| 115. | | | Matthew Isbell | R, H, A | Florida Senate Districts 19 & 21 Sandbox SOS_Hodges_0000182 |
| 116. | | | Matthew Isbell | R, H, A | Florida State Senate Districts and Sandboxes SOS_Hodges_0000183 |
| 117. | | | Matthew Isbell | R, H, A | Draft State Senate Districts Plan 8010 SOS_Hodges_0000184 |
| 118. | | | Matthew Isbell | R, H, A | Proposed State Senate Districts 16, 17, 18, 19 SOS_Hodges_0000185 |
| 119. | | | Matthew Isbell | R, H, A | Proposed Fair Lines SOS_Hodges_0000186 |
| 120. | | | Matthew Isbell | R, H, A | Proposed Fair Lines CAD File SOS_Hodges_0000187 |
| 121. | | | Matthew Isbell | R, H, A | Proposed Fair Lines CAD File SOS_Hodges_0000188 |
| 122. | | | Matthew Isbell | R, H, A | Proposed Fair Lines CAD File SOS_Hodges_0000189 |
| 123. | | | Matthew Isbell | R, H, A | Proposed Fair Lines CAD File SOS_Hodges_0000191 |
| 124. | | | Matthew Isbell | R, H, A | Draft Plans from FL Senate vs Alternative Plan SOS_Hodges_0000192 |
| 125. | | | Matthew Isbell | R, H, A | Draft SD17 in Proposed State Senate, overlapped with 2020 Democratic Primary Racial Makeup SOS_Hodges_0000193 |
| 126. | | | Matthew Isbell | R, H, A | Draft SD19 in State Senate Plan 8010, overlapped with 2020 Democratic Party Racial Makeup SOS_Hodges_0000194 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 127. | | | Matthew Isbell | R, H, A | Draft State Senate District 19 under November 10th Plans SOS_Hodges_0000195 |
| 128. | | | Matthew Isbell | R, H, A | Plan 8058, 2020 Presidential Vote by Senate Districts SOS_Hodges_0000196 |
| 129. | | | Matthew Isbell | R, H, A | Isbell note regarding Shapefiles SOS_Hodges_0000197 |
| 130. | | | Matthew Isbell Nicholas Warren | R, H, A, P | Full text messages b/w N. Warren and M. Isbell SEN-0002662-SEN-0002934 |
| 131. | 6-9-2025 | 6-9-2025 | Nicholas Warren | Objection Overruled | Composite of messages b/w N. Warren and M. Isbell MI Ex. 19 NW Ex. 6 |
| 132. | | 6-9-2025 | _____ | * | Deposition Transcript of Cory McCartan (impeachment) |
| 133. | | 6-9-2025 | _____ | * | CV of Cory McCartan Ex. 1 |
| 134. | | 6-9-2025 | _____ | * | Benchmark Plan Map 2016-2022 Ex. 2 |
| 135. | | 6-9-2025 | _____ | * | Enacted Plan Map Jan. 13, 2022 CM Ex. 3 NW Ex. 7 |
| 136. | | 6-9-2025 | _____ | * | McCartan Map A Ex. 7 |
| 137. | | 6-9-2025 | _____ | * | McCartan Map B Ex. 8 |
| 138. | | 6-9-2025 | _____ | * | McCartan Map C Ex. 9 |
| 139. | | 6-9-2025 | _____ | * | Deposition Transcript of Meiko Seymour (impeachment) |
| 140. | | | Nicholas Warren | R, H | 11.18.24 Deposition Transcript of Nicholas Warren |
| 141. | | 6-9-2025 | _____ | * | 10.21.21 Email thread b/w N. Warren, D. Grimes, and K. Gross re: Prison Gerrymandering Inquiry Ex. 1 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 142. | | 6-9-2025 | _____ | * | 10.14.21 Email thread b/w N. Warren, and John Toman re: Great to Meet Ex. 2 |
| 143. | | 6-9-2025 | _____ | * | 11.16.21 Email thread b/w N. Warren and J. Toman re: Reapportionment Maps Ex. 3 |
| 144. | | 6-9-2025 | _____ | * | Warren appearance card Ex. 5 |
| 145. | | | Nicholas Warren | R | Instant message b/w N. Warren and D. Grimes Ex. 8 |
| 146. | | 6-9-2025 | _____ | * | Email with Loranne Ausley, 9/2/21, re: Rural N. Florida Voting Rights Outreach SOS_Hodges_0003722-SOS_Hodges_0003724 |
| 147. | | 6-9-2025 | _____ | * | Email with David Grimes, 10/13/21, re: Prison Gerrymandering Inquiry SOS_Hodges_0000215-SOS_Hodges_0000216 |
| 148. | | 6-9-2025 | _____ | * | Email appointment with David Grimes and Representative Driskell, 10/18/21 SOS_Hodges_0000217 |
| 149. | | 6-9-2025 | _____ | * | Email with David Grimes, 10/14/21, re: Prison Gerrymandering Issue SOS_Hodges_0000218-SOS_Hodges_0000220 |
| 150. | | 6-9-2025 | _____ | * | Email with David Grimes, 10/14/21, re: Prison Gerrymandering Inquiry SOS_Hodges_0000221-SOS_Hodges_0000223 |
| 151. | | 6-9-2025 | _____ | * | Email with David Grimes, 10/18/21, re: Prison Gerrymandering Inquiry SOS_Hodges_0000225-SOS_Hodges_0000227 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 152. | | 6-9-2025 | _____ | * | Email with David Grimes, 10/18/21, re: Prison Gerrymandering Inquiry SOS_Hodges_0000228-SOS_Hodges_0000231 |
| 153. | | 6-9-2025 | _____ | * | Email with David Grimes, 10/18/21, re: Prison Gerrymandering Issue SOS_Hodges_0000232-SOS_Hodges_0000235 |
| 154. | | 6-9-2025 | _____ | * | Email with John Toman, 10/19/21, "Great to Meet" SOS_Hodges_0000236 |
| 155. | | 6-9-2025 | _____ | * | Email with David Grimes, 10/20/21, re: Prison Gerrymandering Questions SOS_Hodges_0000237-SOS_Hodges_0000238 |
| 156. | | 6-9-2025 | _____ | * | Email with David Grimes, 10/20/21, re: Prison Gerrymandering Questions SOS_Hodges_0000239-SOS_Hodges_0000241 |
| 157. | | 6-9-2025 | _____ | * | Email with David Grimes, 10/20/21, re: Prison Gerrymandering Questions SOS_Hodges_0000242-SOS_Hodges_0000244 |
| 158. | | 6-9-2025 | _____ | * | Email with John Toman, 10/20/21, "Great to Meet" SOS_Hodges_0000245-SOS_Hodges_0000246 |
| 159. | | 6-9-2025 | _____ | * | Map Text Files (.csv) SOS_Hodges_0000247 |
| 160. | | 6-9-2025 | _____ | * | Email with Florida Redistricting, 11/11/21, re: Redistricting Plan Submitted SOS_Hodges_0000248 |
| 161. | | 6-9-2025 | _____ | * | 2022 Redistricting Suggestion Form, N. Warren, 11/11/21 SOS_Hodges_0000249-SOS_Hodges_0000250 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 162. | | 6-9-2025 | _____ | * | Email with Florida Redistricting, 11/11/21, re: Redistricting Suggestion Form – S8010 – Modified Tampa Bay SOS_Hodges_0000251-SOS_Hodges_0000252 |
| 163. | | 6-9-2025 | _____ | * | 2022 Redistricting Suggestion Form, N. Warren, S8010 Modified Tampa Bay, 11/11/21 SOS_Hodges_0000253-SOS_Hodges_0000254 |
| 164. | | 6-9-2025 | _____ | * | Email with Florida Redistricting, 11/12/21, re: Redistricting Plan Submitted – C8002 SOS_Hodges_0000255 |
| 165. | | 6-9-2025 | _____ | * | 2022 Redistricting Suggestion Form, N. Warren, 11/12/21 SOS_Hodges_0000256-SOS_Hodges_0000257 |
| 166. | | 6-9-2025 | _____ | * | Email with Florida Redistricting, 11/12/21, re: Redistricting Plan Submitted – C8002 – Modified North-Central Fla SOS_Hodges_0000258-SOS_Hodges_0000259 |
| 167. | | 6-9-2025 | _____ | * | 2022 Redistricting Suggestion Form, 11/12/21 SOS_Hodges_0000260-SOS_Hodges_0000261 |
| 168. | | 6-9-2025 | _____ | * | Email with Florida Redistricting, 11/12/21, Re: Redistricting Plan Submitted – C8002 – Whole Volusia Modified North-Central Fla SOS_Hodges_0000262 |
| 169. | | 6-9-2025 | _____ | * | 2022 Redistricting Suggestion Form, 11/12/21 SOS_Hodges_0000263-SOS_Hodges_0000264 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 170. | | 6-9-2025 | _____ | * | Email with Florida Redistricting, 11/12/21, Re: Redistricting Suggestion Form, C8002 – Whole Volusia Modified North-Central Fla SOS_Hodges_0000265 |
| 171. | | 6-9-2025 | _____ | * | 2022 Redistricting Suggestion Form 11/12/21 SOS_Hodges_0000266-SOS_Hodges_0000267 |
| 172. | | 6-9-2025 | _____ | * | Map Text Files (.CSV) SOS_Hodges_0000268 |
| 173. | | 6-9-2025 | _____ | * | Email with Florida Redistricting, 11/13/21, Re: Redistricting Plan Submitted, CD20 Without Boynton Appendage SOS_Hodges_0000269 |
| 174. | | 6-9-2025 | _____ | * | 2022 Redistricting Suggestion Form SOS_Hodges_0000270-SOS_Hodges_0000271 |
| 175. | | 6-9-2025 | _____ | * | Email with Florida Redistricting, 11/13/21, Re: Redistricting Suggestion, CD20 Without Boynton Appendage SOS_Hodges_0000272 |
| 176. | | 6-9-2025 | _____ | * | Map Text Files (.CSV) SOS_Hodges_0000275 |
| 177. | | 6-9-2025 | _____ | * | Map Text Files (.CSV) SOS_Hodges_0000276 |
| 178. | | 6-9-2025 | _____ | * | Map Text Files (.CSV) SOS_Hodges_0000277 |
| 179. | | 6-9-2025 | _____ | * | Map Text Files (.CSV) SOS_Hodges_0000278 |
| 180. | | 6-9-2025 | _____ | * | Map Text Files (.CSV) SOS_Hodges_0000279 |
| 181. | | 6-9-2025 | _____ | * | Map Text Files (.CSV) SOS_Hodges_0000280 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 182. | | 6-9-2025 | _____ | * | Email with Florida Redistricting, 11/14/21, Re: Redistricting Plan Submitted – C8002 Modified – South Fla Without Crossing the Glades SOS_Hodges_0000281 |
| 183. | | 6-9-2025 | _____ | * | 2022 Redistricting Suggestion Form, N. Warren, 11/14/21 SOS_Hodges_0000282-SOS_Hodges_0000283 |
| 184. | | 6-9-2025 | _____ | * | Email with Florida Redistricting, 11/14/21, Re: Redistricting Plan Submitted – C8002 Modified – South Fla Without Crossing the Glades SOS_Hodges_0000284 |
| 185. | | 6-9-2025 | _____ | * | Email with John Toman, 11/15/21, Re: Reapportionment Maps SOS_Hodges_0000287 |
| 186. | | 6-9-2025 | _____ | * | Email with John Toman, 11/15/21, Re: Reapportionment Maps SOS_Hodges_0000288 |
| 187. | | 6-9-2025 | _____ | * | Email with John Toman, 11/15/21, Re: Reapportionment Maps SOS_Hodges_0000289-SOS_Hodges_0000290 |
| 188. | | 6-9-2025 | _____ | * | Email with John Toman, 11/15/21, Re: Reapportionment Maps SOS_Hodges_0000291-SOS_Hodges_0000292 |
| 189. | | 6-9-2025 | _____ | * | Email with John Toman, 11/15/21, Re: Reapportionment Maps SOS_Hodges_0000293-SOS_Hodges_0000294 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 190. | | 6-9-2025 | _____ | * | Email with John Toman, 11/16/21, Re: Reapportionment Maps SOS_Hodges_0000301-SOS_Hodges_0000303 |
| 191. | | 6-9-2025 | _____ | * | Email with Senator Jennifer Bradley, 11/16/21, re: Congressional map submissions SOS_Hodges_0000304 |
| 192. | | 6-9-2025 | _____ | * | Email with Katelyn Heffley, 11/17/21, re: Congressional Map Submissions SOS_Hodges_0000305-SOS_Hodges_0000306 |
| 193. | | 6-9-2025 | _____ | * | Email with David Grimes, 11/22/21, re: Next Redistricting committee meetings SOS_Hodges_0000307 |
| 194. | | 6-9-2025 | _____ | * | Email with David Grimes, 11/22/21, re: Next Committee Meetings SOS_Hodges_0000308-SOS_Hodges_0000309 |
| 195. | | 6-9-2025 | _____ | * | N. Warren letter to the Florida Senate, 12/8/21 SOS_Hodges_0000310 |
| 196. | | 6-9-2025 | _____ | * | Email with John Toman, 11/15/21, re: Reapportionment Maps SOS_Hodges_0000312 |
| 197. | | 6-9-2025 | _____ | * | 03.11.24 letter from Nick Warren to Dr. McCartan re: Tampa Bay Senate redistricting mapping instructions P001846 |
| 198. | | | *Left intentionally blank* | | *Left intentionally blank* |
| 199. | | 6-9-2025 | _____ | * | CV of Professor Mary Adkins |
| 200. | | | Mary Adkins | R | Appendix 1, 1977-78 CRC Proposal |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 201. | | | Mary Adkins | R | Appendix 2, 1980 Proposal |
| 202. | | | Mary Adkins | R | Appendix 3, Journal of the Senate, Feb. 23, 1993, page 187 |
| 203. | | | Mary Adkins | R | Appendix 4, Florida CRC Proposal for Independent Revision Commission |
| 204. | | | Mary Adkins | R | Appendix 5, 2002 People Over Politics Proposal 99-06 |
| 205. | | | Mary Adkins | R | Appendix 6, Table illustrating each proposal |
| 206. | | | Mary Adkins | R | Appendix 7, List of donors |
| 207. | | | Mary Adkins | R | Appendix 8, List of contributors |
| 208. | | | Mary Adkins | R | Appendix 9, List of legislative hearings |
| 209. | | 6-9-2025 | _____ | * | CV of Sean Trende |
| 210. | | 6-9-2025 | _____ | * | Figure 1: Deviations in Litigated Districts |
| 211. | | 6-9-2025 | _____ | * | Figure 2: Benchmark Map, Tampa Area |
| 212. | | 6-9-2025 | _____ | * | Figure 3: Enacted Map, Tampa Area |
| 213. | | 6-9-2025 | _____ | * | Figure 4: Benchmark Map with Enacted Map Overlay |
| 214. | | 6-9-2025 | _____ | * | Figure 5: Core Retention from Benchmark to Enacted Map |
| 215. | | 6-9-2025 | _____ | * | Figure 6: Core Retention from Benchmark to Enacted Map |
| 216. | | 6-9-2025 | _____ | * | Figure 7: Benchmark 19, with Enacted 16 overlaid |
| 217. | | 6-9-2025 | _____ | * | Figure 8: Relationship of District Boundaries to Geo-Political Boundaries, Enacted Map and Maps A-C |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 218. | | 6-9-2025 | _____ | * | Figure 9: Histogram of Percentage of district boundaries that deviate from geopolitical boundaries; Enacted Map |
| 219. | | 6-9-2025 | _____ | * | Figure 10: Histogram of Percentage of district boundaries that deviate from geopolitical boundaries, Map A |
| 220. | | 6-9-2025 | _____ | * | Figure 11: Histogram of Percentage of district boundaries that deviate from geopolitical boundaries, Map B |
| 221. | | 6-9-2025 | _____ | * | Figure 12: Histogram of Percentage of district boundaries that deviate from geopolitical boundaries, Map C |
| 222. | | 6-9-2025 | _____ | * | Figure 13: Core retention, McCartan Map A, Litigated Districts, Approach 1 |
| 223. | | 6-9-2025 | _____ | * | Figure 14: Core retention, McCartan Map B, Litigated Districts, Approach 1 |
| 224. | | 6-9-2025 | _____ | * | Figure 15: Core retention, McCartan Map C, Litigated Districts, Approach 1 |
| 225. | | 6-9-2025 | _____ | * | Figure 16: Core retention, McCartan Map A, Litigated Districts, Approach 2 |
| 226. | | 6-9-2025 | _____ | * | Figure 17: Core retention, McCartan Map B, Litigated Districts, Approach 2 |
| 227. | | 6-9-2025 | _____ | * | Figure 18: Core retention, McCartan Map C, Litigated Districts, Approach 2 |
| 228. | | 6-9-2025 | _____ | * | Figure 19: Map A, District 16, with municipal borders overlaid |
| 229. | | 6-9-2025 | _____ | * | Figure 20: Map B, District 16, with municipal borders overlaid |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 230. | | 6-9-2025 | _____ | * | Figure 21: Map C, District 16, with municipal borders overlaid |
| 231. | | 6-9-2025 | _____ | * | Figure 22: Map A, with precincts shaded by BVAP |
| 232. | | 6-9-2025 | _____ | * | Figure 23: Map B, with precincts shaded by BVAP |
| 233. | | 6-9-2025 | _____ | * | Figure 24: Map C, with precincts shaded by BVAP |
| 234. | | 6-9-2025 | _____ | * | Figure 25: Map A, District 16 |
| 235. | | 6-9-2025 | _____ | * | Figure 26: Map B, District 16 |
| 236. | | 6-9-2025 | _____ | * | Figure 27: Map A, District 16, with precincts shaded by BVAP |
| 237. | | 6-9-2025 | _____ | * | Figure 28: Map B, District 16, with precincts shaded by BVAP |
| 238. | | 6-9-2025 | _____ | * | Figure 29: Map C, District 16, with precincts shaded by BVAP |
| 239. | | 6-9-2025 | _____ | * | Figure 30: Enacted Map, District 16, with precincts shaded by BVAP |
| 240. | | 6-9-2025 | _____ | * | Figure 31: Map A, District 16, with Hillsborough County precincts with BVAPS in excess of 20% |
| 241. | | 6-9-2025 | _____ | * | Figure 32: Map B, District 16, with Hillsborough County precincts with BVAPS in excess of 20% |
| 242. | | 6-9-2025 | _____ | * | Figure 33: Map C, District 16, with Hillsborough County precincts with BVAPS in excess of 20% |
| 243. | | 6-9-2025 | _____ | * | Figure 34: Enacted Map, District 16, with Hillsborough County precincts with BVAPS in excess of 20% |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 244. | | 6-9-2025 | _____ | * | Figure 35: Distribution of Hillsborough County Precincts, by BVAP, Map A |
| 245. | | 6-9-2025 | _____ | * | Figure 36: Distribution of Hillsborough County Precincts, by BVAP, Map B |
| 246. | | 6-9-2025 | _____ | * | Figure 37: Distribution of Hillsborough County Precincts, by BVAP, Map C |
| 247. | | 6-9-2025 | _____ | * | Figure 38: Distribution of Hillsborough County Precincts, by BVAP, Enacted Map |
| 248. | | 6-9-2025 | _____ | * | Figure 39: Stacked Barplot of Distribution of Precincts in Hillsborough County, by BVAP, Map A |
| 249. | | 6-9-2025 | _____ | * | Figure 40: Stacked Barplot of Distribution of Precincts in Hillsborough County, by BVAP, Map B |
| 250. | | 6-9-2025 | _____ | * | Figure 41: Stacked Barplot of Distribution of Precincts in Hillsborough County, by BVAP, Map C |
| 251. | | 6-9-2025 | _____ | * | Figure 42: Stacked Barplot of Distribution of Precincts in Hillsborough County, by BVAP, Enacted Map |
| 252. | | 6-9-2025 | _____ | * | CV of Dr. S. Stephen Voss |
| 253. | | 6-9-2025 | _____ | * | Table 1: Compactness Scores for Select Hillsborough County Districts |
| 254. | | 6-9-2025 | _____ | * | Figure 1: Comparing the Enacted SSD16 with the Obsolete SSD19 |
| 255. | | 6-9-2025 | _____ | * | Table 2: Partisanship in the Tampa-St. Petersburg-Clearwater MSA |
| 256. | | 6-9-2025 | _____ | * | Figure 2: ACLU Map C |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 257. | | 6-9-2025 | _____ | * | Table 3: Packing and Cracking Republican Voters |
| 258. | | 6-9-2025 | _____ | * | Figure 3: The ACLU Tendril Splits Ruskin in Half |
| 259. | | 6-9-2025 | _____ | * | Figure 4: How ALCU-C Expanded Eastward to Buffer Tampa District's Democratic Vote Share |
| 260. | | 6-9-2025 | _____ | * | Table 4: Enacted SSD16 Restored Black Voting Strength |
| 261. | | 6-9-2025 | _____ | * | Figure 5: Barreto's Missing Voters |
| 262. | | 6-9-2025 | _____ | * | Figure 6: Two Approaches to EI Do Not Produce Stable Outputs |
| 263. | | 6-9-2025 | _____ | * | Figure 7: Errors from the Replication of Barreto's Iterative EI |
| 264. | | 6-9-2025 | _____ | * | Figure 8: Barreto's Missing Voters in Pinellas County |
| 265. | | 6-9-2025 | _____ | * | Table 5: Racial Polarization Depending on Estimation Method |
| 266. | | 6-9-2025 | _____ | * | Table 6: ACLU-C Map Slightly Increases Expected Racial Polarization in SSD16 |
| 267. | | 6-9-2025 | _____ | * | Technical Appendix to Report |
| 268. | | 6-9-2025 | _____ | * | Technical Appendix Figure A: Forcing Ecological Inferences to by Mathematically Possible |
| 269. | | 6-9-2025 | _____ | * | Technical Appendix Figure B: Cuban and Puerto Rican Census Tract |
| 270. | | 6-9-2025 | _____ | * | Technical Appendix Table A: Method of Bounds in Heavily Cuban Precinct |
| 271. | | 6-9-2025 | _____ | * | Technical Appendix Figure C: Hillsborough 118.04 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 272. | | 6-9-2025 | _____ | * | Technical Appendix Table B: Method of Bounds in Heavily Puerto Rican Precinct |
| 273. | | 6-9-2025 | _____ | * | Technical Appendix Figure C: Hillsborough 108.17 |
| 274. | | 6-9-2025 | _____ | * | Technical Appendix Figure D: Well Behaved Tomography Plot |
| 275. | | 6-9-2025 | _____ | * | Technical Appendix Figure E: What We Definitely know: Tomography Plot for 2018 Dem Primary |
| 276. | | 6-9-2025 | _____ | * | Technical Appendix Figure F: Tomography Plot for 2018 Dem Primary |
| 277. | | 6-9-2025 | _____ | * | Technical Appendix Table 5: Racial Polarization Depending on Estimation Method |
| 278. | | | Jay Ferrin (Corp. Rep.) | *Use All Parties' Jt. Ex. 1* | 09.20.21 Transcript of Audio File of Senate Committee on Reapportionment |
| 279. | | | Jay Ferrin (Corp. Rep.) | *Use All Parties' Jt. Ex. 2* | 09.20.21 Reapportionment Committee Meeting Packet SEN-0000001–SEN-0000048 |
| 280. | | | Jay Ferrin (Corp. Rep.) | *Use All Parties' Jt. Ex. 3* | 09.20.21 Video/Audio file of meeting SEN-0000983 |
| 281. | | | Jay Ferrin (Corp. Rep.) | *Use All Parties' Jt. Ex. 4* | 10.11.21 Transcript of Senate Committee on Reapportionment JF Ex. 3 SEN-0001510–SEN-0001623 |
| 282. | | | Jay Ferrin (Corp. Rep.) | *Use All Parties' Jt. Ex. 5* | 10.11.21 Reapportionment Committee Meeting Packet SEN-0000049–SEN-0000121 |
| 283. | | | Jay Ferrin (Corp. Rep.) | *Use All Parties' Jt. Ex. 6* | 10.11.21 Video/Audio file of meeting SEN-0000985 |
| 284. | | | Jay Ferrin (Corp. Rep.) Nicholas Warren | *Use All Parties' Jt. Ex. 10* | 11.17.21 Transcript of Video Recording of the Florida Senate Select Subcommittee on Legislative Reapportionment |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 285. | | | Jay Ferrin (Corp. Rep.) | *Use All Parties' Jt. Ex. 11* | 11.17.21 Select Subcommittee on Legislative Reapportionment Meeting Packet SEN-0000775–SEN-0000860 |
| 286. | | | Jay Ferrin (Corp. Rep.) Nicholas Warren | *Use All Parties' Jt. Ex. 12* | 11.17.21 Video/Audio file of meeting SEN-0000991 |
| 287. | | | Jay Ferrin (Corp. Rep.) | *Use All Parties' Jt. Ex. 13* | 11.29.21 Transcript of Video Recording of the Florida Senate Select Subcommittee on Legislative Reapportionment |
| 288. | | | Jay Ferrin (Corp. Rep.) | *Use All Parties' Jt. Ex. 14* | 11.29.21 Select Subcommittee on Legislative Reapportionment Meeting Packet SEN-0000861-SEN-0000918 |
| 289. | | | Jay Ferrin (Corp. Rep.) | *Use All Parties' Jt. Ex. 15* | 11.29.21 Video/Audio file of meeting SEN-0000993 |
| 290. | | | Jay Ferrin (Corp. Rep.) | *Use All Parties' Jt. Ex. 16* | 01.10.22 Transcript of Video Recording of the Florida Senate Select Subcommittee on Legislative Reapportionment JF Ex. 11 DE 75-4 |
| 291. | | | Jay Ferrin (Corp. Rep.) | *Use All Parties' Jt. Ex. 17* | 01.10.22 Select Subcommittee on Legislative Reapportionment Meeting Packet SEN-0000919-SEN-0000981 |
| 292. | | | Jay Ferrin (Corp. Rep.) | *Use All Parties' Jt. Ex. 18* | 01.10.22 Video/Audio file of meeting SEN-0000995 |
| 293. | | | Jay Ferrin (Corp. Rep.) | *Use All Parties' Jt. Ex. 8* | 10.18.21 Reapportionment Committee Meeting Packet SEN-0000122-SEN-0000126 |
| 294. | | | Jay Ferrin (Corp. Rep.) | *Use All Parties' Jt. Ex. 9* | 10.18.21 Video/Audio file of meeting SEN-0000987 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 295. | | | Jay Ferrin (Corp. Rep.) | *Use All Parties' Jt. Ex. 20* | 01.13.22 Reapportionment Committee Meeting Packet SEN-0000127-SEN0000774 |
| 296. | | | Jay Ferrin (Corp. Rep.) | *Use All Parties' Jt. Ex. 21* | 01.13.22 Video/Audio file of meeting SEN-0000989 |
| 297. | | 6-9-2025 | _____ | * | Keto Nord Hodges's Answers and Objections to President Passidomo's First Set of Interrogatories |
| 298. | | 6-9-2025 | _____ | * | Meiko Seymour's Answers and Objections to President Passidomo's First Set of Interrogatories |
| 299. | | 6-9-2025 | _____ | * | Jarvis El-Amin's Answers and Objections to President Passidomo's First Set of Interrogatories |
| 300. | | 6-9-2025 | _____ | * | Keto Nord Hodges's Answers and Objections to President Albritton's Second Set of Interrogatories |
| 301. | | 6-9-2025 | _____ | * | Meiko Seymour's Answers and Objections to President Albritton's Second Set of Interrogatories |
| 302. | | 6-9-2025 | _____ | * | Jarvis El-Amin's Answers and Objections to President Albritton's Second Set of Interrogatories |
| 303. | | 6-9-2025 | _____ | * | Keto Nord Hodges's Answers to President Albritton's First Request for Admissions |
| 304. | | 6-9-2025 | _____ | * | Meiko Seymour's Answers to President Albritton's First Request for Admissions |
| 305. | | 6-9-2025 | _____ | * | Jarvis El-Amin's Answers to President Albritton's First Request for Admissions |
| 306. | | | Keto Nord Hodges Meiko Seymour Jarvis El-Amin | R | Plaintiffs' Supplemental Response to Secretary's Request for Admissions Nos. 3-5 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 307. | | | Mary Ellen Klas Jay Ferrin (Corporate Rep) | R, H | 11.22.2021 Letter from Florida Senate to the Miami Herald SEN-0001670-SEN-0001672 |
| 308. | | | Mary Ellen Klas | R, H | 11.18.2021 Email from K. Morgan to R. Whitaker re: Miami Herald article SEN-0007236-SEN0007238 |
| 309. | | | Mary Ellen Klas Jay Ferrin (Corp. Rep) | R, H | 01.05.2022 Email from K. Betta to M. Vasilinda re: Public records request #216 – Records release SEN-0008110-SEN-0008111 |
| 310. | | | Mary Ellen Klas Jay Ferrin (Corp. Rep) | R, H | 11.17.2021 Audio recording of LRSC Gaggle SEN-0008112 |
| 311. | | | Matt Isbell | R, H, A | Texts with Andrew Pantazi SOS_Hodges_0000064 |
| 312. | | 6-9-2025 | _____ | * | 10.18.21 Calendar invite from Nicholas Warren to Representative Driskell SIS_Hodges_0000224 |
| 313. | | 6-9-2025 | _____ | * | 10.18.21 Email from Nick Warren to Representative Driskell w/attachments. SOS_Hodges_0000311 – SOS_Hodges_000389 |
| 314. | | | | P, F, DEM | Full Map and Stats- Enacted Map Demonstrative Exhibit |
| 315. | | | | P, F, DEM | Full Map and Stats- Benchmark Map Demonstrative Exhibit |
| 316. | 6-11-2025 | 6-11-2025 | Jay Ferrin (Corp Rep.) | No Objection | Senate District 16- Full District Map Demonstrative Exhibit |
| 317. | | | | P, H, A, D, F, DEM | Full Map and Stats- ACLU A Demonstrative Exhibit |
| 318. | | | | P, H, A, D, F, DEM | Full Map and Stats- ACLU B Demonstrative Exhibit |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 319. | | | | P, H, A, D, F, DEM | Full Map and Stats- ACLU C Demonstrative Exhibit |
| 320. | 6-11-2025 | 6-11-2025 | _____ | No Objection | Full Map and Stats- ACLU A |
| 321. | 6-11-2025 | 6-11-2025 | _____ | No Objection | Full Map and Stats- ACLU B |
| 322. | 6-11-2025 | 6-11-2025 | _____ | No Objection | Full Map and Stats- ACLU C |
| 323. | | 6-9-2025 | _____ | * | FL_SSD_ACLU_A |
| 324. | | 6-9-2025 | _____ | * | FL_SSD_ACLU_B |
| 325. | | 6-9-2025 | _____ | * | FL_SSD_ACLU_C |
| 326. | 6-10-2025 | 6-11-2025 | Cory McCartan Jay Ferrin (Corp. Rep.) | No Objection | Statistical Comparison – Enacted v. ACLU Maps Demonstrative Exhibit |
| 327. | | | | | Any and all demonstrative aids, charts, blow-ups, models, exemplars, etc. utilized by Plaintiffs, without waiving objections thereto. |
| 328. | | | | | Any and all previously unanticipated impeachment and rebuttal exhibits. |
| 329. | | | | | Any and all exhibits listed by Plaintiffs, subject to objections. |

Dated: June 6, 2025

Respectfully submitted,

/s/ Mohammad O. Jazil
Mohammad O. Jazil (FBN 72556)
MJazil@holtzmanvogel.com
Michael Beato (FBN 1017715)
MBeato@holtzmanvogel.com
ZBennington@holtzmanvogel.com

/s/ Tara R. Price
RICKY L. POLSTON (FBN 648906)
DANIEL E. NORDBY (FBN 14588)
DENISE HARLE (FBN 81977)
TARA R. PRICE (FBN 98073)
ALYSSA L. CORY (FBN 118150)

**HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC**
119 S. Monroe St. Suite 500 Tallahassee, FL 32301 (850) 270-5938

Bradley R. McVay (FBN 79034)
Brad.Mcvay@dos.myflorida.com
Ashley Davis (FBN 48032)
Ashley.Davis@dos.myflorida.com
**FLORIDA DEPARTMENT OF STATE**
R.A. Gray Building
500 S. Bronough St.
Tallahassee, FL 32399
(850) 245-6536

*Counsel for Cord Byrd, in his official capacity as Secretary of State*

KASSANDRA S. REARDON (FBN 1033220)
**SHUTTS & BOWEN LLP**
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
(850) 241-1717
RPolston@shutts.com
DNordby@shutts.com
DHarle@shutts.com
TPrice@shutts.com
ACory@shutts.com
KReardon@shutts.com

CARLOS REY (FBN 11648)
**FLORIDA SENATE**
404 South Monroe Street
Tallahassee, Florida 32399
(850) 487-5855
Rey.Carlos@flsenate.gov

*Counsel for Ben Albritton, in his official capacity as President of the Florida Senate*

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2025, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Tara R. Price
Attorney