# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

# CLERK'S MINUTES

| CASE NO.: | 8:24-cv-879-CEH-TPB-ALB-AEP | DATE: | October 28, 2025 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **KETO NORD HODGES, et al.**<br><br>Plaintiff,<br><br>v.<br><br>**KATHLEEN PASSIDOMO, et al.**<br>Defendant | | **PLAINTIFF COUNSEL**<br>James Shaw, Caroline McNamara, Naomi Robertson, James Shaw | |
| | | **DEFENSE COUNSEL**<br>Mohammad Jazil, (deft Byrd)<br>Alyssa Cory, Daniel Nordby, Tara Price<br>Carlos Rey | |
| **COURT REPORTER:** Bill Jones and DIGITAL | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME**: 10:30 to 10:50   **TOTAL**: 20 min | | **COURTROOM:** | 10A |

**PROCEEDINGS:**   MOTION HEARING – via zoom

MOTION for Taxation of Costs by Cord Byrd. (#181)
MOTION for Taxation of Costs by Ben Albritton (#183)

Oral argument heard.   Court places findings on the record.

Report and recommendation to be entered.