**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

KETO NORD HODGES, MEIKO SEYMOUR, and JARVIS EL-AMIN,

    Plaintiffs,

v.

BEN ALBRITTON and CORD BYRD,

    Defendants.

Case No: 8:24-cv-879-CEH-TPB-ALB

THREE-JUDGE COURT

**ORDER**

This cause comes before the Court on the Report and Recommendation filed by Magistrate Judge Anthony E. Porcelli on November 6, 2025 (Doc. 192). In the Report and Recommendation, Magistrate Judge Porcelli recommends Defendant Florida Secretary of State Cord Byrd's Motion for Prevailing Party Costs (Doc. 181) be granted and Defendant be awarded $9,044.20 in costs. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)   The Report and Recommendation of the Magistrate Judge (Doc. 192) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)   Defendant Florida Secretary of State Cord Byrd's Motion for Prevailing Party Costs (Doc. 181) is **granted**.

(3)   Defendant Florida Secretary of State Cord Byrd is awarded costs for the following: $260.00 in discovery subpoena costs; $2,966.20 in deposition transcript costs; $438.00 in summary judgment hearing transcript costs; $5,100.00 in trial transcript costs; and $280.00 in expert trial travel reimbursement. The total amount of costs awarded to Defendant Florida Secretary of State Cord Byrd is **$9,044.20**.

(4)   The Clerk is directed to tax costs in the total amount of **$9,044.20**.

**DONE AND ORDERED** at Tampa, Florida on December 1, 2025.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Anthony E. Porcelli
Counsel of Record