# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

KETO NORD HODGES, MEIKO SEYMOUR, and JARVIS EL-AMIN,

    Plaintiffs,

v.

BEN ALBRITTON and CORD BYRD,

    Defendants.

Case No: 8:24-cv-879-CEH-TPB-ALB

THREE-JUDGE COURT

## ORDER

This cause comes before the Court on the Report and Recommendation filed by Magistrate Judge Anthony E. Porcelli on November 6, 2025 (Doc. 193). In the Report and Recommendation, Magistrate Judge Porcelli recommends Defendant Ben Albritton's Motion for Prevailing Party Costs (Doc. 183) be granted-in-part and denied-in-part and Defendant Albritton be awarded $12,324.05 in costs. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 193) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Defendant Florida Senate President Ben Albritton's Motion for Prevailing Party Costs (Doc. 183) is **granted-in-part** and **denied-in-part**.

(3) Defendant Florida Senate President Ben Albritton is awarded costs for the following: $12,199.95 for deposition transcript costs; $84.10 for pre-trial conference transcript costs; and $40.00 for witness fees. The total amount of costs awarded to Defendant Florida Senate President Ben Albritton is **$12,324.05**.

(4) The Clerk is directed to tax costs in the total amount of **$12,324.05**.

**DONE AND ORDERED** at Tampa, Florida on December 1, 2025.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Anthony E. Porcelli
Counsel of Record